# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 355: EXHIBIT 1 – NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | HJSI DEVONSHIRE, LLC<br>C/O HJ SIMS INVESTMENTS, LLC<br>3530 POST ROAD, SUITE 301<br>SOUTHPORT, CT 06890 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28239 | Undetermined* | No Guarantee Claim |
| 2 | HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE<br>PASS THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST<br>CTLA-STRUCTURED FINANCE<br>ATTN: FERNANDO ACEBEDO<br>10 EAST 40TH STREET, 14TH FLOOR<br>NEW YORK, NY 10016 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28532 | Undetermined* | No Guarantee Claim |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts