# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 356: EXHIBIT 1 – INSUFFICIENT DOCUMENTATION CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | RUTTER, JAY P.<br>16 REDMOND DR.<br>MADISON, NJ 07940 | | Lehman No Case Asserted/All Cases Asserted | 09/22/2009 | 30400 | Undetermined* | Insufficient Documentation Claim |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts