EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | F. CH. W. MEVISSEN B.V.<br>T.A.V. DE HEER F.C.W. MEVISSEN<br>P/A HOEVENSTRAAT 1A<br>ST.HUIBRECHTS-LILLE, B-3910<br>BELGIUM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65160 | $42,453.00 | Late-Filed Lehman Programs Securities Claim |
| 2 | HO, CHU WAI YEE., DR<br>8/F HUMPHREY PLAZA, 4 HUMPHREYS AVE<br>TSIM SHA TSUI<br>KOWLOON,<br>HONG KONG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/23/2009 | 65692 | $100,000.00 | Late-Filed Lehman Programs Securities Claim |
| 3 | MEVROUW E.C. ROOTVELD EN<br>MEVROUW F.B.A.P. ROOTVELD<br>GROENLOSEWEG 106<br>WINTERSWIJK, 7104 GA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65164 | $35,377.50 | Late-Filed Lehman Programs Securities Claim |
| 4 | MEVROUW N.P.J. VAN LUIJK<br>MOLENDIJK 20<br>ROCKANJE, 3235 XG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65158 | $399,058.20 | Late-Filed Lehman Programs Securities Claim |
| 5 | POLITT, HANS-DIETRICH<br>ZUR RAST 14<br>BADDECKENSTEDT, 38271<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/2009 | 65645 | $71,005.00 | Late-Filed Lehman Programs Securities Claim |
| 6 | R.F.P. ROBYN B.V.<br>REF. J.J.C.M. WILLEMEN<br>ROBYNDYK 179<br>ROOSENDAAL, 4706 MG<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/16/2009 | 65538 | $0.00 | Late-Filed Lehman Programs Securities Claim |
| 7 | ROOTVELD, H.<br>GROENLOSEWEG 106<br>WINTERSWIJK, 7104 GA<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65163 | $14,151.00 | Late-Filed Lehman Programs Securities Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 42: EXHIBIT 1 – LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | STICHTING THE IAMEX VALUE FOUNDATION<br>TRANSFEROR: STICHTING QUADRAAM<br>KEIZERSGRACHT 268<br>AMSTERDAM, 1016 EV<br>NETHERLANDS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/09/2009 | 65159 | $353,775.00 | Late-Filed Lehman Programs Securities Claim |
| | | | | | TOTAL | $1,015,819.70 | |