**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings Inc          Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Yorvik Partners LLP | Front Capital AB |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>11 Ironmonger Lane<br>London EC2V 8EY<br>United Kingdom | Court Claim # (if known):  44272<br><br>Amount of Claim: 100% of ISIN FI0008903000 ($495,285.00 of $495,285.00) of the total filed under Claim number 44272 |
| e-mail: C.Jones@yorvikpartners.com | Date Claim Filed:  22 October 2009 |
| Tel : +44 20 7796 5917 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Simon Mullaly_          Date: 20th November 2012
Transferee/Transferee's Agent
SIMON MULLALY
PARTNER

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.