# EXHIBIT 1

08-13555-mg    Doc 32258-1    Filed 11/21/12    Entered 11/21/12 12:09:39    Exhibits
Pg 1 of 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CARTY, LEA<br>445 3RD ST., # 4R<br>BROOKLYN, NY 11215 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35593 | $685,270.35 | Late-Filed Claim |
| | | | | | TOTAL | $685,270.35 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts