EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 348: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA - STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO NEW YORK, NY 10016 | 28775 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 | Lehman Brothers Special Financing Inc. | Unsecured | $574.78 |
| 2 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 41768 | 10/19/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $0.00 | Lehman Brothers Special Financing Inc. | Unsecured | $123.42 |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 348: EXHIBIT 1 – VALUED DERIVATIVES CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | DEBTOR | MODIFIED CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 3 | THE BANK OF NEW YORK MELLON, AS TRUSTEE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK, NY 10286 | 41769 | 10/19/2009 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 | Lehman Brothers Holdings Inc. | Unsecured | $123.42 |
| | | | | | TOTAL | $0.00 | | TOTAL | $821.62 |

EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 348: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED | | | MODIFIED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | CLASS | AMOUNT | DEBTOR | CLASS | AMOUNT | |
| 1 | NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY ATTN: MAUREEN BABIS, EXECUTIVE DIRECTOR 110 WILLIAM STREET NEW YORK, NY 10038 | 67556 | 07/06/2011 | Lehman Brothers Special Financing Inc. | Unsecured | $36,256,673.74 | Lehman Brothers Special Financing Inc. | Unsecured | $7,717,443.00 | |
| 2 | US BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO, IL 60661 | 21156 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $0.00 | Lehman Brothers Holdings Inc. | Unsecured | $496.54 | |
| 3 | US BANK NATIONAL ASSOCIATION TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT ATTN: WAYNE MILLER CORPORATE TRUST SERVICES 540 WEST MADISON STREET, SUITE 1840 CHICAGO, IL 60661 | 21157 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | Undetermined | Lehman Brothers Holdings Inc. | Unsecured | $496.54 | |

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 348: EXHIBIT 2 – VALUED DERIVATIVES CLAIMS – ADJOURNED OBJECTIONS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | AMOUNT | MODIFIED DEBTOR | CLASS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 4 | US BANK NATIONAL ASSOCIATION U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL, MN 55170-9705 | 30966 | 09/22/2009 | Lehman Brothers Holdings Inc. | Unsecured | $500,063,856.09* | Lehman Brothers Holdings Inc. | Unsecured | $14,408,944.22 |
| 5 | US BANK NATIONAL ASSOCIATION U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL, MN 55170-9705 | 30967 | 09/22/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $500,063,856.09* | Lehman Brothers Special Financing Inc. | Unsecured | $14,408,944.22 |
| | | | | | TOTAL | $1,036,384,385.92 | | TOTAL | $36,536,324.52 |