EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 351: EXHIBIT 1 – SETTLED DERIVATIVES CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | SAPHIR FINANCE PLC- SERIES 2008-1<br>ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL<br>C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH<br>CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25947 | Undetermined* | No Liability Claim – Derivative Settled |
| 2 | SAPHIR FINANCE PLC- SERIES 2008-1<br>ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL<br>C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH<br>CORPORATE TRUST<br>ONE CANADA SQUARE<br>LONDON, E14 5AL<br>UNITED KINGDOM | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/21/2009 | 25948 | Undetermined* | No Liability Claim – Derivative Settled |
| | | | | | TOTAL | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts