# EXHIBIT 1

08-13555-mg   Doc 32262-1   Filed 11/21/12   Entered 11/21/12 12:21:02   Exhibits
Pg 1 of 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 359: EXHIBIT 1 – AMENDED CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | ING USA ANNUITY & LIFE INSURANCE COMPANY<br>C/O ING INVESTMENT MANAGEMENT LLC<br>ATTN: A. APONTE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 09/10/2009 | 08-13555 (JMP) | 11151 | $3,569,307.93 | ING USA ANNUITY AND LIFE INSURANCE COMPANY<br>C/O ING INVESTMENT MANAGEMENT CO.<br>ATTN: GERALD LINS, GEN. COUNS., ARMOND APONTE, VP AND COUNS.<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | 09/22/2009 | 08-13555 (JMP) | 27881 | $14,888,737.41* |
| 2 | STARK MASTER FUND LTD.<br>ATTN: MARTHA TSUCHIHASHI<br>C/O STARK OFFSHORE MANAGEMENT, LLC<br>2600 SOTH LAKE DRIVE<br>ST. FRANCIS, WI 53235 | 09/18/2009 | 08-13555 (JMP) | 18184 | $13,948,950.00 | STARK MASTER FUND LTD.<br>ATTN: MARTHA TSUCHIHASHI<br>C/O STARK OFFSHORE MANAGEMENT, LLC<br>3600 SOUTH LAKE DRIVE<br>ST. FRANCIS, WI 53235 | 09/19/2009 | 08-13555 (JMP) | 19542 | $13,948,950.00 |
| | | | TOTAL | | $17,518,257.93 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1