EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 363: EXHIBIT 1 – REDUCE AND ALLOW CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BROWN BROTHERS HARRIMAN & CO. F/B/O BROWN BROTHERS HARRIMAN TRUST CO. LTD AS TTEE OF THE GOLDMAN SACHS INVESTMENT TRUST UNIT GS YEN LIBOR PLUS FUND ATTN: OFFICE OF THE GENERAL COUNSEL 40 WATER STREET BOSTON, MA 02119 | 5806 | 07/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $95,649.52 | Lehman Brothers Holdings Inc. | Unsecured | $92,585.40 |
| 2 | CB RICHARD ELLIS 1003 BISHOP ST SUITE 1800 HONOLULU, HI 96813 | 27440 | 09/22/2009 | LB 2080 Kalakaua Owners LLC | Administrative Unsecured Subtotal | $40,357.33 $22,039.29 $62,396.62 | LB 2080 Kalakaua Owners LLC | Unsecured | $22,039.29 |
| | | | | | TOTAL | $158,046.14 | | TOTAL | $114,624.69 |

\* - Indicates claim contains unliquidated and/or undetermined amounts