EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 364: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ARK. PUBLIC EMPLOYEES RETIREMENT SYSTEM<br>124 W CAPITOL AVE., STE 400<br>LITTLE ROCK, AR 72201 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 32388 | $541.24 | Claim 32388 reflects that the claim is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 2 | CURRENT COMMUNICATIONS &<br>2600 W. 23RD STREET<br>BROADVIEW, IL 60155 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/27/2009 | 6182 | $43,797.94 | The Debtors' records reflect that Claim 6182 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 3 | DEUTSCHE BANK AG<br>ATTN: CHIP GOODRICH, ESQ.<br>60 WALL STREET<br>NEW YORK, NY 10005-2858 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 26969 | $6,089.75* | The portion of Claim 26969 in the amount of $6,089.75 relates to a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. The remaining portion of Claim 26969 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 26969 are reserved. |
| 4 | DIALOGIC COMMUNICATIONS CORPORATION<br>117 SEABOARD LN STE D100<br>FRANKLIN, TN 37067-2871 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/05/2008 | 1232 | $8,650.74 | The Debtors' records reflect that Claim 1232 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 5 | FORBES CONSULTING GROUP, LLC<br>GARY E. BLUMENHAL, CPA<br>24 HARTWELL AVE, 3RD FLOOR<br>LEXINGTON, MA 02421 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/23/2008 | 14 | $8,000.00 | The Debtors' records reflect that Claim 14 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 364: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | KONICA MINOLTA DANKA IMAGING COMPANY<br>FKA DANKA OFFICE IMAGING COMPANY<br>ATTN LEE ACEVEDO<br>11101 ROOSEVELT BLVD.<br>ST PETERSBURG, FL 33716 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/2008 | 140 | $7,147.69 | The Debtor's records reflect that claim 140 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or possibly other non-Debtor entities, on the other hand. The Debtors have no liability to claimant for such transaction or transactions. |
| 7 | LOWRY, R.K. JR<br>ATTN: DAVID R. DEARY<br>L-FALLING CREEK LLC<br>LMC RECOVERY FUND LLC<br>LOEWINSOHN FLEGLE DEARY<br>DALLAS, TX 75251 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 32694 | $1,834,333.33 | Claimant does not assert any contractual or legal basis on which claimant is entitled to collect on the grounds asserted in the claim. |
| 8 | MBS ENERGY GROUP LLC<br>525 7TH AVE<br>SUITE 1713<br>NEW YORK, NY 10018 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/25/2008 | 25 | $28,227.50 | The obligations alleged in this claim have been satisfied by Barclays Capital Inc. through payments made to the claimant after September 15, 2008 (the "Commencement Date"). |
| 9 | MERRILL CORPORATION<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3850 | $25,525.00 | The Debtors' records reflect that Claim 3850 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 10 | MOFFITT, JOHN P<br>ATTN: DAVID R. DEARY<br>J-JASON, LLC<br>LMC RECOVERY FUND<br>LOEWINSOHN FLEGLE DEARY<br>DALLAS, TX 75251 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 32692 | $1,825,833.00 | Claimant does not assert any contractual or legal basis on which claimant is entitled to collect on the grounds asserted in the claim. |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 364: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 11 | MUNI CENTER, LLC, THE<br>JULIA DEPTULA, DIR., CLIENT SVCS.<br>825 THIRD AVENUE, 14 FL<br>NEW YORK, NY 10022 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/2009 | 1562 | $5,905.47 | Claim 1562 reflects that the claim is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 12 | RIPLEY, ROBERT & FRANCES<br>ATTN: DAVID R. DEARY<br>CARY INVESTMENTS, LLC<br>C/O DAVID R. DEARY<br>LOEWINSOHN FLEGLE DEARY<br>DALLAS, TX 75251 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 32693 | $2,872,115.00 | Claimant does not assert any contractual or legal basis on which claimant is entitled to collect on the grounds asserted in the claim. |
| 13 | RITZ CARLTON HOTEL COMPANY<br>THE RITZ-CARLTON BUCKHEAD<br>3434 PEACHTREE ROAD N.E.<br>ATLANTA, GA 30326 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/14/2009 | 5328 | $20,900.55 | The Debtors' records reflect that Claim 5328 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 14 | RUSSELL A. CHABAUD AND RELATED ENTITIES<br>C/O DAVID R. DEARY<br>LOEWINSOHN FLEGLE DEARY<br>12377 MERIT DRIVE, #900<br>DALLAS, TX 75251 | 08-13901 (JMP) | Lehman Brothers Commercial Corporation | 09/22/2009 | 33666 | $1,815,933.33 | Claimant does not assert any contractual or legal basis on which claimant is entitled to collect on the grounds asserted in the claim. |
| 15 | SECURE FINANCIAL SERVICES<br>C/O JAMES BUSHEY<br>97 BLAKELY ROAD, SUITE 107<br>COLCHESTER, VT 05446 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 30548 | $10,267.50 | The Debtors' records reflect that Claim 30548 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 16 | SENECA CENTER<br>KEN BERRICK<br>2275 ARLINGTON DRIVE<br>SAN LEANDRO, CA 94578 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/20/2009 | 3835 | $1,113,148.88 | This claim relates to an alleged obligation of SCC Acquisitions, Inc. ("SunCal") or an affiliate of SunCal, neither of which is a Debtor in these chapter 11 cases. LBHI has no liability to claimant for such obligation. |

## OMNIBUS OBJECTION 364: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 17 | TEVA PHARMACEUTICAL WORKS PRIVATE LIMITED COMPANY<br>ATTN: LAURENCE SCHOEN, ESQ.<br>C/O MINTZ LEVIN<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28221 | $69,666.50* | Claim 28221 is for unmatured interest, which is disallowed pursuant to Section 502(b)(2) of the Bankruptcy Code. |
| 18 | WOODTRONICS<br>110 REYNOLDS STREET<br>SOUTH WILLIAMSPORT, PA 17702 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/10/2009 | 7885 | $21,072.44 | The Debtors' records reflect that Claim 7885 is based on a transaction or transactions between claimant and Lehman Brothers Inc.  LBHI has no liability to claimant for such transaction or transactions. |
| 19 | LIM, GIOK KWEE<br>802 THOMSON ROAD<br>#17-05<br>, 298187<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18567 | $294,000.00 | Claims 18567, 18569, and 25587 were filed as guarantee claims against LBHI by holders (the "Noteholders") of structured notes (the "Notes") issued by Minibond Limited (the "Issuer") pursuant to a Secured Note Program registered by the Monetary Authority of Singapore on March 30, 2006 (the "Program"). However, the Noteholders have not provided any evidence with their proofs of claim to show that LBHI |
| 20 | LIM, GIOK KWEE<br>802 THOMSON ROAD<br>#17-05<br>, 298187<br>SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18569 | $395,087.00 | |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 364: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 21 | MEE NG, JIM NO 2, #04-01, SIMEI RISE , 528800 SINGAPORE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25587 | $30,000.00 | issued a valid and enforceable guarantee of the Notes. The Noteholders neither submitted a Guarantee Questionnaire nor provided any evidence of a guarantee of the Notes by LBHI. Moreover, the Base Prospectus for the Program, dated March 30, 2006, explicitly states that "The Notes will solely be obligations of the Issuer and will not be guaranteed or insured by, or be the responsibility of, any other entity...The Notes will not be obligations of, and will not be guaranteed or insured by, any of the Transaction Participants (as defined herein), in particular [LBHI]." Accordingly, LBHI has no liability on account of the Notes. |
| | | | | | TOTAL | $10,436,242.86 | |