EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 362: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 1 | KING STREET CAPITAL MASTER FUND, LTD. C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19741 | $31,795,000.00* | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 524909AW8 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21807 | $201,949,500.00 | Duplicate of Trustee Claim 21807 |
| 2 | KING STREET CAPITAL, LP C/O KING STREET CAPITAL MANAGEMENT, L.P. ATTN: GENERAL COUNSEL 65 EAST 55TH STREET, 30TH FLOOR NEW YORK, NY 10022 | 09/21/2009 | 08-13555 (JMP) | 19748 | $11,445,000.00* | BANK OF NEW YORK MELLON, THE, AS INDENTURE TRUSTEE FOR CUSIP 524909AW8 ATTN: JOHN GUILIANO 101 BARCLAY STREET, 8 WEST NEW YORK, NY 10286 | 09/21/2009 | 08-13555 (JMP) | 21807 | $201,949,500.00 | Duplicate of Trustee Claim 21807 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 362: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 3 | VANGUARD SHORT-TERM BOND INDEX FUND A SERIES OF VANGUARD BOND INDEX FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13555 (JMP) | 16825 | $5,086,228.03 | US BANK NATIONAL ASSOCIATION TIMOTHY PILLAR, VP CORPORATE TRUST SERVICES EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 12/29/2011 | 08-13555 (JMP) | 67831 | $1,017,083,916.67 | Duplicate of Trustee Claim 67831 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 362: EXHIBIT 1 – DUPLICATIVE OF INDENTURE TRUSTEE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | REASON |
| 4 | VANGUARD VARIABLE INSURANCE FUND-TOTAL BOND MARKET INDEX PORTFOLIO A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 09/18/2009 | 08-13555 (JMP) | 16828 | $152,586.84 | US BANK NATIONAL ASSOCIATION TIMOTHY PILLAR, VP CORPORATE TRUST SERVICES EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL, MN 55107-2292 | 12/29/2011 | 08-13555 (JMP) | 67831 | $1,017,083,916.67 | Duplicate of Trustee Claim 67831 |
| | | | TOTAL | | $48,478,814.87 | | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts

EXHIBIT 2

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 362: EXHIBIT 2 – RECLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 1 | VANGUARD BALANCED INDEX FUND, A SERIES OF VANGUARD VALLEY FORGE FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 VALLEY FORGE, PA 19482 | 16818 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $381,467.10 |
| 2 | VANGUARD SHORT-TERM BOND INDEX FUND, A SERIES OF VANGUARD BOND INDEX FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 16824 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $5,086,228.03 |
| 3 | VANGUARD SHORT-TERM INVESTMENT-GRADE FUND (FKA VANGUARD SHORT-TERM CORPORATE FUND), A SERIES OF VANGUARD FIXED INCOME SECURITIES FUNDS ATTN: MICHAEL DRAYO PO BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 16705 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $9,436,265.66 |
| 4 | VANGUARD TOTAL BOND MARKET INDEX FUND TRANSFEROR: VANGUARD INSTITUTIONAL TOTAL BOND MARKET INDEX FUND ATTN: MICHAEL DRAYO P.O. BOX 2600 VALLEY FORGE, PA 19482 | 16820 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $762,934.20 |
| 5 | VANGUARD TOTAL BOND MARKET INDEX FUND A SERIES OF VANGUARD BOND INDEX FUNDS ATTN: MICHAEL DRAYO P.O. BOX 2600 MAIL STOP V26 VALLEY FORGE, PA 19482 | 16826 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $6,688,389.86 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 362: EXHIBIT 2 – RECLASSIFIED CLAIMS

|  | NAME | CLAIM # | FILED DATE | DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT |
|---|---|---|---|---|---|---|
| 6 | VANGUARD VARIABLE INSURANCE FUND-TOTAL BOND MARKET INDEX PORTFOLIO, A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS<br>ATTN: MICHAEL DRAYO<br>PO BOX 2600 MAIL STOP V26<br>VALLEY FORGE, PA 19482 | 20201 | 09/21/2009 | Lehman Brothers Holdings Inc. | Unsecured | $152,586.84 |
| 7 | VANGUARD VARIABLE INSURANCE FUND-SHORT-TERM INVESTMENT-GRADE PORTFOLIO A SERIES OF VANGUARD VARIABLE INSURANCE FUNDS<br>ATTN: MICHAEL DRAYO<br>P.O. BOX 2600 MAIL STOP V26<br>VALLEY FORGE, PA 19482 | 16822 | 09/18/2009 | Lehman Brothers Holdings Inc. | Unsecured | $210,586.16 |
|  |  |  |  |  | TOTAL | $22,718,457.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

† - Indicates that the Debtor on the filed proof of claim has been previously ordered modified to the Debtor listed on this exhibit