WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                                                     :
In re                                                                :    Chapter 11 Case No.
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                         :    08-13555 (JMP)
                                                                     :
                            Debtors.                                 :    (Jointly Administered)
                                                                     :
---------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), and certain of its affiliated debtors in the above referenced chapter 11 cases (collectively, the "Debtors"), filed the *One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)*, dated March 11, 2011, [ECF No. 14950] (the "One Hundred Second Omnibus Objection to Claims"),[1] against claim numbers 59055, 59056, and 59057 (the "Claims"), which were filed by Luxicav Obbligazionario, Luxicav Plus Flex 35 and Luxicav Plus Flex 50 (collectively, "Luxicav");

WHEREAS the One Hundred Second Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the One Hundred Second Omnibus Objection to Claims.

procedures for the filing of omnibus objections to proofs of claim, [ECF No. 6664] (the "Procedures Order"), to disallow and expunge certain claims on the grounds that such claims were not denominated in lawful currency of the United States, all as more fully described in the One Hundred Second Omnibus Objection to Claims;

WHEREAS the Court held a hearing on April 28, 2011 (the "Omnibus Hearing") to consider the relief requested in the One Hundred Second Omnibus Objection to Claims;

WHEREAS the Court entered an order on May 5, 2011, [ECF No. 16602], granting the relief requested in the One Hundred Second Omnibus Objection to Claims (the "Order"), which, among other things, disallowed and expunged the Claims;

WHEREAS LBHI has determined that the Claims should not have been disallowed and expunged, and therefore now seeks to reinstate the Claims;

**IT IS HEREBY**:

ORDERED that the Court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate the Claims on the official claims register (the "Claims Register"); and it is further

ORDERED that the One Hundred Second Omnibus Objection to Claims is withdrawn as to the Claims; and it is further

ORDERED that, other than as expressly set forth herein, the rights of LBHI and any other party in interest with respect to the Claims are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that, other than with respect to the Claims, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

Pg 3 of 3

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: New York, New York
November 21, 2012

*s/ James M. Peck*
Honorable James M. Peck
United States Bankruptcy Judge