UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :  08-13555 (JMP)
                                                               :  (Jointly Administered)
                            Debtors.                           :
                                                               :
---------------------------------------------------------------x  Ref. Docket No. 31782, 32021,
                                                                  32061

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
                                                   Lauren Rodriguez

Sworn to before me this
21st day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31782, 32021, 32061_AFF_11-19-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    CC ARBITRAGE, LTD.                          CC ARBITRAGE, LTD.
       TRANSFEROR: BARCLAYS BANK PLC               SIDLEY AUSTIN LLP
       C/O CASTLE CREEK ARBITRAGE, LLC             ATTN: ROBERT SCHEININGER
       ATTN: CONSTANCE WICK                        787 SEVENTH AVENUE
       227 WEST MONROE, SUITE 3550                 NEW YORK NY 10019
       CHICAGO IL 60606
```

Please note that your claim # 60699-08 in the above referenced case and in the amount of
 $1,952,903.91  allowed at $1,856,050.24      has been transferred **(unless previously expunged by court order)**

```
       CC ARB SIF I, LTD.                          CC ARB SIF I, LTD.
       TRANSFEROR: CC ARBITRAGE, LTD.              ROBERT SCHEININGER
       C/O CASTLE CREEK ARBITRAGE, LLC             SIDLEY AUSTIN LLP
       227 WEST MONROE STREET, SUITE 3550          787 SEVENTH AVENUE
       CHICAGO IL 60606                            NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

 UNITED STATES BANKRUPTCY COURT
 Southern District of New York
 One Bowling Green
 New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31782     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/19/2012                    Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 19, 2012.

**EXHIBIT B**

```
TIME: 21:01:51                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 11/19/12                                  CREDITOR LISTING

Name                                         Address
BANCA ALETTI & C. S.P.A.                     ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO  ITALY
CC ARB SIF I, LTD.                           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARB SIF I, LTD.                           TRANSFEROR: CC ARBITRAGE, LTD. C/O CASTLE CREEK ARBITRAGE, LLC 227 WEST MONROE STREET, SUITE 3550 CHICAGO IL 60606
CC ARBITRAGE, LTD.                           SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE, LTD.                           TRANSFEROR: BARCLAYS BANK PLC C/O CASTLE CREEK ARBITRAGE, LLC ATTN: CONSTANCE WICK 227 WEST MONROE, SUITE 3550 CHICAGO IL 60606
ILLIQUIDX LLP                                TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
U.S. BANK NATIONAL ASSOCIATION               TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107
WILMINGTON TRUST COMPANY, AS TRUSTEE         ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424
WILMINGTON TRUST COMPANY, AS TRUSTEE         ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309
WILMINGTON TRUST COMPANY, AS TRUSTEE         ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309
WILMINGTON TRUST COMPANY, AS TRUSTEE         ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE STREET ATLANTA GA 30309
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN ABS CORPORATION, SERIES 2003-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2005-3 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2006-19 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2006-20 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2007-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2007-3 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         LEHMAN XS TRUST, SERIES 2007-6 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801
WILMINGTON TRUST COMPANY, AS TRUSTEE         STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801

Total Number of Records Printed     20
```

EPIQ BANKRUPTCY SOLUTIONS, LLC