UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
: 
In re                                                            : Chapter 11 Case No.
                                                                 : 
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         : 08-13555 (JMP)
                                                                 : (Jointly Administered)
                Debtors.                                         : 
                                                                 : 
-----------------------------------------------------------------x Ref. Docket No. 31783, 31785-
31789, 31791, 31797, 31799, 31800,
31802, 31803, 31805, 31806, 32051-
32053, 32062-32064, 32066, 32067,
32072, 32073, 32082, 32083, 32085

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
21st day of November, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31783, 31785-31789...32082, 32083, 32085_AFF_11-20-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANQUE CANTONALE DU VALAIS
        C/O BAKER & MCKENZIE LLP
        ATTN: IRA A. REID
        1114 AVENUE OF THE AMERICAS
        NEW YORK NY 10036

Please note that your claim # 58512 in the above referenced case and in the amount of
$23,633.00  allowed at $44,602.13      has been transferred **(unless previously expunged by court order)**

        ILLIQUIDX LLP
        TRANSFEROR: BANQUE CANTONALE DU VALAIS
        ATTN: MR. CELESTINO AMORE
        80 FLEET STREET
        LONDON    EC4Y 1EL
        UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32073       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/20/2012                       Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez

                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 20, 2012.

**EXHIBIT B**

```
TIME: 16:01:48                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 11/20/12                                              CREDITOR LISTING

Name                                                Address
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.             VIA SAN CARLO 8/20 MODENA   41100 ITALY
 COOP.
BANCA POPOLARE DI SPOLETO SPA                       TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: VALERIO VOLPI/CLAUDIO CALABRESI PIAZZA PIANCIANI 06049 SPOLETO (PG)  ITALY
BANK JULIUS BAER & CO. LTD.                         ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BANQUE CANTONALE DU VALAIS                          C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
BENELLI MARCO                                       VIA CROCIALI 26 BOLOGNA   40138 ITALY
CNA INSURANCE COMPANY LIMITED                       ATTN: INVESTMENT - LEGAL 333 S WASHASH AVE, 23RD FL CHICAGO IL 60604
CREDITO EMILIANO SPA                                ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA   42100 ITALY
CREDITO EMILIANO SPA                                ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CNA INSURANCE COMPANY LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UK
EFG BANK AB (PUBL)                                  P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
FORNI, ALBERTO                                      VIA L BASSI VERATTI 16 BOLOGNA  40137 ITALY
GARCIA, JOSE ANTONIO JESUS GARCIA                   TRANSFEROR: BANK JULIUS BAER & CO. LTD. BUCARELLI 2624 3-E BUENOS AIRES   ARGENTINA
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                    JERSEY CITY NJ 07302
GUSTAFSSON, KRISTER                                 TRANSFEROR: EFG BANK AB (PUBL) C/O JENNY SUNDBERG SPARREGATAN 5 LINKOPING   S-582 21 SWEDEN
HUMLE KAPITALFORVALTNING AB                         TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 29 BOX 5769 STOCKHOLM  S-114 87 SWEDEN
ILLIQUIDX LLP                                       TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: BANQUE CANTONALE DU VALAIS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: BENELLI MARCO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                       TRANSFEROR: FORNI, ALBERTO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LUCARELLI MARISA                                    TRANSFEROR: LUCARELLI MARISA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
                                                    VIA BENIAMINO GIGLI 22/02 BOLOGNA  40137 ITALY
MACQUARIE BANK LIMITED                              JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                              TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING
                                                    125 WEST 55TH STREET NEW YORK NY 10019
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.              DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
NOMURA GLOBAL FINANCIAL PRODUCTS, INC.              THOMAS SALATTE, ESQ 2 WORLD FINANCIAL CENTER NEW YORK NY 10281
SANTANDER PRIVATE BANKING SPA                       F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO   20121 ITALY
STATE STREET BANK AND TRUST COMPANY,                AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689
STATE STREET BANK AND TRUST COMPANY,                O/B/O BRITISH AIRWAYS PENSION TRUSTEES LTD AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32
                                                    BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O CZECH NATIONAL BANK AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O DEUTSCHE INTERNATIONAL TRUST CORPORATION (CI) LTD AS INVESTMENT MANAGER OF UNIVERSAL INVESTMENT FUND
                                                    AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O INVESCO ASSET MANAGEMENT IRELAND AS MANAGER AND J.P. MORGAN BANK (IRELAND) PLC AS TRUSTEE ON BEHALF OF INVESCO FUND SERIES 4 IN
                                                    RESPECT OF THE SUB-FIND INVESCO JAPANESE SMALL/MID CAP EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE
                                                    1 LINCOLN STREET SFC 32 - ATTN: R. BRYAN WOODARD BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O INVESCO FUNDS IN RESPECT OF THE SUB-FUND INVESCO NIPPON SMALL/MID CAPITAL EQUITY AND ITSELF AS SUBROGEE OR ASSIGNEE
                                                    ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O INVESTEC GLOBAL STRATEGY FUND LIMITED IN RESPECT OF THE SUB-FUND INVESTEC GLOBAL STRATEGIC INCOME FUND
                                                    AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O MARKS AND SPENCER PENSION TRUST LIMITED AS TRUSTEE FOR MARKS AND SPENCER PENSION SCHEME AND ITSELF AS SUBROGEE OR ASSIGNEE
                                                    ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT
                                                    PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS TRACKER AND SPECIALIST INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE
                                                    ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT
                                                    PARTNERSHIP LTD. ON BEHALF OF SCOTTISH WIDOWS INVESTMENT PARTNERSHIP LTD ON BEHALF OF SCOTTISH WIDOWS OVERSEAS GROWTH
                                                    ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O STATE STREET TRUSTEES LIMITED AND SCOTTISH WIDOWS INVESTMENT PARTNERSHIP
                                                    INVESTMENT FUNDS ICVC, AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
STATE STREET BANK AND TRUST COMPANY,                O/B/O UNICO ASSET MANAGEMENT S.A. AND ITSELF AS SUBROGEE OR ASSIGNEE ATTN: R. BRYAN WOODARD 1 LINCOLN STREET SFC 32 BOSTON MA 02111
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 16:01:48                                                                          PAGE:    2
DATE: 11/20/12
                              LEHMAN BROTHERS HOLDING INC.
                                    CREDITOR LISTING

Name                           Address
STATE STREET BANK AND TRUST COMPANY,  O/B/O VIRGIN MONEY UNIT TRUST MANAGERS LIMITED AS MANAGER AND CITIBANK INTERNATIONAL PLC AS TRUSTEE OF VIRGIN UK INDEX TRACKING TRUST
                                      AND ITSELF AS SUBROGEE OR ASSIGNEE 1 LINCOLN STREET SFC 32 - ATTN: R. BRYAN WOODARD BOSTON MA 02111


Total Number of Records Printed    41
```

EPIQ BANKRUPTCY SOLUTIONS, LLC