RECEIVED
NOV 15 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC ,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNION BANCAIRE PRIVEE, UBP SA | BANCO SANTANDER (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
RUE DU RHONE 96-98/CASE POSTALE 1320 - 1211 GENEVA 1 (SWITZERLAND)

Court Claim # (if known): 55697
Amount of Claim: $141,910.58
Date Claim Filed: 10/29/2009

Phone: +41.58.819.3428
Last Four Digits of Acct #: _____

Phone: 011 41 22 909 26 47
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
JP MORGAN CHASE NY (CHASUS33)
A/C 001 1 821865

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ _____   Date: 11/06/2012
Transferee/Transferee's Agent
E. MONTGOMERY TONINI
Jean-Baptiste ERATH

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC  ,                    Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNION BANCAIRE PRIVEE, UBP SA | BANCO SANTANDER (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
RUE DU RHONE 96-98/CASE POSTALE 1320 - 1211 GENEVA 1 (SWITZERLAND)

Court Claim # (if known):  55698
Amount of Claim:  $70,955.29
Date Claim Filed:  10/29/2009

Phone:  +41.58.819.3428
Last Four Digits of Acct #: _____

Phone:  01 41 22 909 26 47
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
JP MORGAN CHASE NY (CHASUS33)
A/C 001 1 821865

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____                Date:  11/06/2012
    Transferee/Transferee's Agent
E. MONTGOMERY TONINI        Jean-Baptiste ERATH

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED NOV 15 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC  ,    Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNION BANCAIRE PRIVEE, UBP SA | BANCO SANTANDER (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  RUE DU RHONE 96-98/CASE POSTALE
  1320 - 1211 GENEVA 1 (SWITZERLAND)

Court Claim # (if known):  55706
Amount of Claim:  $35,826.66
Date Claim Filed:  10/29/2009

Phone:  +41.58.819.3428
Last Four Digits of Acct #: _____

Phone:  01 41 22 909 26 47
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  JP MORGAN CHASE NY (CHASUS33)
  A/C 001 1 821865

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ E. Montgomery Tonini / Jean-Baptiste Erath    Date:  11/06/2012
     Transferee/Transferee's Agent
     E. MONTGOMERY TONINI    Jean-Baptiste ERATH

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED NOV 15 2012 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC  ,    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNION BANCAIRE PRIVEE, UBP SA | BANCO SANTANDER (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
RUE DU RHONE 96-98/CASE POSTALE
1320 - 1211 GENEVA 1 (SWITZERLAND)

Court Claim # (if known):  55692
Amount of Claim:  $0.00
Date Claim Filed:  10/29/2009

Phone:  +41.58.819.3428
Last Four Digits of Acct #: _____

Phone:  011 41 22 909 26 47
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
JP MORGAN CHASE NY (CHASUS33)
A/C 001 1 821865

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ E. Montgomery Tonini / Jean-Baptiste ERATH    Date:  11/06/2012
    Transferee/Transferee's Agent
    E. MONTGOMERY TONINI

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
NOV 15 2012
U.S. BANKRUPTCY COURT
SD[NY] OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC  ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

 UNION BANCAIRE PRIVEE, UBP SA                  BANCO SANTANDER (SUISSE) SA
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  55684
should be sent:                                 Amount of Claim:  $0.00
 RUE DU RHONE 96-98/CASE POSTALE                Date Claim Filed:  10/29/2009
 1320 - 1211 GENEVA 1 (SWITZERLAND)

Phone:  +41.58.819.3428                         Phone:  011 41 22 909 26 47
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):
 JP MORGAN CHASE NY (CHASUS33)
 A/C 001 1 821865

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                   Date: 11/06/2012
    Transferee/Transferee's Agent
E. MONTGOMERY TONINI                            Jean-Baptiste ERATH

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Extremely Urgent**

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
- Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
- Document de secours - Veuillez le placer sur le colis
- ...nentación de envío aq...
- ...ne di spedizione UPS v...
- Bitte bringen Sie die UPS Versanddoku...
- Place UPS shipping documentation her...
- vysyłkową UPS umieść
- www.ups.com

SHIP TO:
C/O EPIQ BANKRUPTCY SOLUTIONS LLC
(001) 212-5921 400
LEHMAN BROTHERS HOLDING CLAIMS
757 3RD AVE
NEW YORK NY 10017 2013

SHP#: 8A60 40GC LNJ
DATE: 9 NOV 2012
TR#: 1Z 8A6 040 04 4227 4299

NY 100 7-02
1P

TRACKING #: 1Z 8A6 040 04 4227 4299

BILLING: P/P
DESC: DOCUMENTS

N° de facture: 605

EDI-DOC

Shipper's Signature:

Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by the UPS Terms conventions or other mandatory law, UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. Where allowed the US shipper certifies that the commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to US law is prohibited.

FILED / RECEIVED
NOV 10
EPIQ SYSTEMS

FILED / RECEIVED
NOV 10
EPIQ SYSTEMS

FILED / RECEIVED
NOV 12 2012