Hearing Date and Time:  December 19, 2012 at 2:00 p.m. (Prevailing Eastern Time)

Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000

and

David S. Cohen
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON OMNIBUS APPLICATION OF (I)
INDIVIDUAL MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND (II) INDENTURE TRUSTEES PURSUANT TO SECTION 1129(a)(4),
OR, ALTERNATIVELY, SECTIONS 503(b)(3)(D) AND 503(b)(4) OF BANKRUPTCY
CODE FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that the hearing to consider the Omnibus Application

of (i) Individual members of Official Committee of Unsecured Creditors and (ii) Indenture

Trustees Pursuant to Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4)

of Bankruptcy Code For Payment of Fees and Reimbursement Of Expenses, filed January 30,

2012 [ECF Nos. 24762 and 24881], which was scheduled for November 29, 2012 at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned to December 19, 2012 at 2:00 p.m. (Prevailing**

**Eastern Time)**, or as soon thereafter as counsel may be heard (the "Hearing"). The Hearing shall be held before the Honorable James M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601. The Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
      November 26, 2012

                  **MILBANK, TWEED, HADLEY & M$^C$CLOY LLP**

            By: /s/ Dennis F. Dunne
                Dennis F. Dunne
                Evan R. Fleck
                Dennis C. O'Donnell
                1 Chase Manhattan Plaza
                New York, New York 10005
                Telephone: (212) 530-5000

                David S. Cohen
                1850 K Street N.W., Suite 1100
                Washington, DC 20006
                Telephone: (202) 835-7500
                Facsimile: (202) 835-7586

                Counsel for Official Committee of Unsecured
                Creditors of Lehman Brothers Holdings Inc., et al.