Gautam Sushila

Vishwa Prakash Gautam ( passed away)

Neu Strasse 44

50171 - Kerpen

Germany


United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408


Lehman Brother Holdings Inc , Chapter 11 case No. 08-13555 (JMP)

CLAIM # 43836 , Control No. 31476

Herewith I do object to transfer our Claim # 43836 , your Internal Control Number 31476 to STICHTING THE IAMEX VALUE FOUNDATION

TRANSFEROR : GAUTAM VISHWA PRAKASH AND SUSHILA

ATTN: J: KAPTEN

KAIZERSGRACHT 268

AMSTERDAM 1016 EV

NETHERLANDS

RECEIVED NOV 15 2012

Sincerely yours

*Sushila Gautam* (signature)

05.11.2012

1