UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.    Case No. 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Deutsche Bank AG Brussels Branch<br>Avenue Marnix/Marnixlaan 17<br>1000 Brussels<br>Belgium<br>Attention: Cécile Counet<br>Telephone number: +32 (0)2 551.63.07<br>Email address: cecile.counet@db.com | Deutsche Bank Europe GmbH Belgium Branch<br>Avenue Marnix/Marnixlaan 13-15<br>1000 Brussels<br>Belgium<br>Attention: Cécile Counet<br>Telephone number: +32 (0)2 551.63.07<br>Email address: cecile.counet@db.com |
| Notices to Transferee should be sent to:<br>(see above) | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br>(see above) |
| Claim Amount:<br>$28,382.12 (100% of allowed claim amount) | |
| Court Claim No. (if known):<br>47226 | |
| Date Claim Filed:<br>October 26, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Filip WEYNANTS
Chief Operating Officer
Deutsche Bank Belgium
By:   _____Filip Weynants_____    Date:   26 November 2012
Authorized Agent of Transferee

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75224414.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Deutsche Bank Europe GmbH Belgium Branch, Avenue Marnix/Marnixlaan 13-15, 1000 Brussels, Belgium, its successors and assigns, the record holder of Claim N° 47226, does hereby certify that it has unconditionally and irrevocably transferred and assigned to:

Deutsche Bank AG Brussels Branch
Avenue Marnix/Marnixlaan 17
1000 Brussels
Belgium
Attention: Cécile Counet
Telephone number: +32 (0)2 551.63.07
Email address: cecile.counet@db.com

its successors and assigns (collectively, "Transferee") all right, title and interest in and to that claim of Transferor (the "Assigned Claim") against LEHMAN BROTHERS HOLDINGS INC. in the allowed amount of $28,382.12, being 100% of Claim No. 47226 in the bankruptcy proceeding of Lehman Brothers Holdings Inc., which is being administered under the auspices of the U.S. Bankruptcy Court for the Southern District of New York and is captioned In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP).

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer of the Assigned Claim as an unconditional assignment and Transferee herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Transferee.

IN WITNESS WHEREOF, dated as of the 26th day of November, 2012.

Deutsche Bank Europe GmbH Belgium Branch (Transferor)

By: _____
(Signature of authorized officer)

Name: Alain Moreau
Title: CEO – General Manager
Tel.: +32(0)2 551.61.70

Deutsche Bank AG Brussels Branch (Transferee)

By: _____
(Signature of authorized officer)

Name: Filip Weynants
Title: COO
Tel.: +32(0)2 551.67.55

A/75224414.2