Dennis F. Dunne
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

and

David S. Cohen
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                 Debtors.                                    :
                                                             :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

        CHARMAINE THOMAS, being duly sworn, deposes and says:

        I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

        On the 16th of November 2012, I caused a copy of the following document:

> *Reply of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees in Further Support of Omnibus Application Pursuant to Section 1129(a)(4), Or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses* [DI 32129],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by hand delivery, and to be served upon the parties identified on Exhibit C attached hereto by FedEx for next business day delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 26th of November 2012

/s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2013

**Exhibit A**

'richard.krasnow@weil.com'; "maurice.horwitz@weil.com'; 'harvey.miller@weil.com'; 'jacqueline.marcus@weil.com'; 'lori.fife@weil.aaaronson@dilworthlaw.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abeaumont@fklaw.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agoldstein@tnsj-law.com; ahandler@moundcotton.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akolod@mosessinger.com; alum@ftportfolios.com; amarder@msek.com; amartin@sheppardmullin.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com; bguiney@pbwt.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com; broy@rltlawfirm.com; bruce.wright@sutherland.com; bstrickland@wtplaw.com; btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohen@sewkis.com; colea@gtlaw.com; contact@lawofficesjje.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.heller@lw.com; david.powlen@btlaw.com; david.seligman@kirkland.com;

davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com;
dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com;
deggert@freebornpeters.com; demetra.liggins@tklaw.com; dfelder@orrick.com;
dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com;
dheffer@foley.com; diconzam@gtlaw.com; djoseph@stradley.com;
dkleiner@velaw.com; dkozusko@willkie.com; dlemay@chadbourne.com;
dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com;
dmurray@jenner.com; dneier@winston.com; dove.michelle@dorsey.com;
dpegno@dpklaw.com; draelson@fisherbrothers.com; dravin@wolffsamson.com;
drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com;
drosner@kasowitz.com; dshaffer@wtplaw.com; dshemano@peitzmanweg.com;
dspelfogel@foley.com; dtatge@ebglaw.com; dtheising@harrisonmoberly.com;
dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com;
easmith@venable.com; echang@steinlubin.com; ecohen@russell.com;
efriedman@fklaw.com; efriedman@friedumspring.com; eglas@mccarter.com;
ekbergc@lanepowell.com; eleicht@whitecase.com; eli.mattioli@klgates.com;
ellen.halstead@cwt.com; emerberg@mayerbrown.com; enkaplan@kaplanlandau.com;
eobrien@sbchlaw.com; erin.mautner@bingham.com; eschwartz@contrariancapital.com;
etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; ffm@bostonbusinesslaw.com;
fhyman@mayerbrown.com; foont@foontlaw.com; francois.janson@hklaw.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
ggitomer@mkbattorneys.com; ggoodman@foley.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com;
gravert@ravertpllc.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov;
harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com;
heim.steve@dorsey.com; heiser@chapman.com; hollace.cohen@troutmansanders.com;
holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com;
hsnovikoff@wlrk.com; hsteel@brownrudnick.com; icatto@mwe.com;
igoldstein@proskauer.com; ilevee@lowenstein.com; ira.greene@hoganlovells.com;
israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov;
james.heaney@lawdeb.com; james.mcclammy@dpw.com;
james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com;
jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
jchubak@proskauer.com; jdoran@haslaw.com; Jdrucker@coleschotz.com;
jdwarner@warnerandscheuerman.com; jdyas@halperinlaw.net; jean-
david.barnea@usdoj.gov; jeanites@whiteandwilliams.com;
jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffery.black@bingham.com;
jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@ag.state.mn.us; jfalgowski@reedsmith.com; jflaxer@golenbock.com;

4

jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;
jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@btkmc.com;
jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com;
jlevitin@cahill.com; jlipson@crockerkuno.com; jlovi@steptoe.com;
jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmakower@tnsj-law.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
jnadritch@olshanlaw.com; jnm@mccallaraymer.com; john.monaghan@hklaw.com;
john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschiller@bsfllp.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jsherman@bsfllp.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com;
jstoll@mayerbrown.com; jsullivan@mosessinger.com; jteitelbaum@tblawllp.com;
jtimko@shutts.com; jtorf@schiffhardin.com; judy.morse@crowedunlevy.com;
jvail@ssrl.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; kanema@formanlaw.com; karen.wagner@dpw.com;
kdwbankruptcydepartment@kelleydrye.com; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kerry.moynihan@hro.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kjarashow@fklaw.com; kkelly@ebglaw.com; kkolbig@mosessinger.com;
klyman@irell.com; klynch@formanlaw.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; kovskyd@pepperlaw.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lapeterson@foley.com;
lathompson@co.sanmateo.ca.us; lberkoff@morittthock.com;
Lee.Stremba@troutmansanders.com; lgotko@fklaw.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lkatz@ltblaw.com;
LKISS@KLESTADT.COM; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@SC.com;
margolin@hugheshubbard.com; mark.bane@ropesgray.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.ellenberg@cwt.com;
mark.hellerer@pillsburylaw.com; mark.sherrill@sutherland.com;
Marvin.Clements@ag.tn.gov; matt@willaw.com; matthew.klepper@dlapiper.com;
maustin@orrick.com; max.polonsky@skadden.com; mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com; mberman@nixonpeabody.com;
mbienenstock@proskauer.com; mbloemsma@mhjur.com;

5

mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcantor@normandyhill.com; mccombst@sullcrom.com; mcordone@stradley.com;
mcto@debevoise.com; mcyganowski@oshr.com; mdorval@stradley.com;
melorod@gtlaw.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mh1@mccallaraymer.com; mhopkins@cov.com; michael.frege@cms-hs.com;
michael.kelly@monarchlp.com; michael.kim@kobrekim.com;
michael.mccrory@btlaw.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com;
mlahaie@akingump.com; MLandman@lcbf.com; mlichtenstein@crowell.com;
mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mparry@mosessinger.com; mpomerantz@julienandschlesinger.com;
mprimoff@kayescholer.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com;
mruetzel@whitecase.com; mschimel@sju.edu; mschlesinger@julienandschlesinger.com;
msegarra@mayerbrown.com; mshiner@tuckerlaw.com; msiegel@brownrudnick.com;
msolow@kayescholer.com; mspeiser@stroock.com; mstamer@akingump.com;
mvenditto@reedsmith.com; mwarren@mtb.com; nathan.spatz@pillsburylaw.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;
neilberger@teamtogut.com; newyork@sec.gov; Nherman@morganlewis.com;
nickolas.karavolas@pillsburylaw.com; nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
otccorpactions@finra.org; patrick.oh@freshfields.com; paul.turner@sutherland.com;
pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com;
peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; philip.wells@ropesgray.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrain-gutierrez@kaplanlandau.com; ptrostle@jenner.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com;
rbeacher@pryorcashman.com; rbernard@foley.com; rbyman@jenner.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgoodman@moundcotton.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.fingard@newedge.com; richard.lear@hklaw.com; richard.levy@lw.com;
richard.tisdale@friedfrank.com; richard@rwmaplc.com; ritkin@steptoe.com;
RJones@BoultCummings.com; rleek@HodgsonRuss.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com;
robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com;
roger@rnagioff.com; ronald.silverman@bingham.com; ross.martin@ropesgray.com;
rqureshi@reedsmith.com; rrainer@wmd-law.com; rreid@sheppardmullin.com;
rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com;
russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com;

s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; SABVANROOY@HOTMAIL.COM; Sally.Henry@skadden.com; samuel.cavior@pillsburylaw.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scott.golden@hoganlovells.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; seba.kurian@invesco.com; sehlers@armstrongteasdale.com; seichel@crowell.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com; slerman@ebglaw.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sschultz@akingump.com; sselbst@herrick.com; sshimshak@paulweiss.com; sskelly@teamtogut.com; sstarr@starrandstarr.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.usdin@flastergreenberg.com; steven.wilamowsky@bingham.com; steven@blbglaw.com; Streusand@StreusandLandon.com; susheelkirpalani@quinnemanuel.com; sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tdewey@dpklaw.com; tduffy@andersonkill.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; tim.desieno@bingham.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tomwelsh@orrick.com; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; tunrad@burnslev.com; twheeler@lowenstein.com; ukreppel@whitecase.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wchen@tnsj-law.com; wcurchack@loeb.com; wdase@fzwz.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; wmaher@wmd-law.com; wmarcari@ebglaw.com; wmckenna@foley.com; wrightth@sullcrom.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wweintraub@fklaw.com; wzoberman@bermanesq.com; YUwatoko@mofo.com; 'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
         Elisabetta G. Gasparini, Esq.
         Andrea B. Schwartz, Esq.

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

## Exhibit C

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
       Harvey R. Miller, Esq..

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007