**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
:
In re                                              :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        **08-13555 (JMP)**
:
Debtors.                              :        **(Jointly Administered)**
:
:        **Ref. Docket Nos. 32030, 32033 &**
-------------------------------------------------------------------------x        **32036**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                       )  ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 14, 2012, I caused to be served the:

    a)  "Notice of Adjournment of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims," dated November 13, 2012 [Docket No. 32030], (the "97th Omni NOA"),

    b)  "Notice of Adjournment of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation)," dated November 13, 2012 [Docket No. 32033], (the "125th Omni NOA"), and

    c)  "Notice of Adjournment of Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc.," dated November 13, 2012 [Docket No. 32036], (the "Syncora NOA"),

    by causing true and correct copies of the:

        i.   97th Omni NOA, 125th Omni NOA and Syncora NOA, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

        ii.  97th Omni NOA, 125th Omni NOA and Syncora NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    97th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

    iv.    125th Omni NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, and

    v.    Syncora NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
15th day of November, 2012

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.

## E-mail Service List

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| austin.bankruptcy@publicans.com | loizides@loizides.com |
| avenes@whitecase.com | lromansic@steptoe.com |
| azylberberg@whitecase.com | lscarcella@farrellfritz.com |
| bankr@zuckerman.com | lschweitzer@cgsh.com |
| bankruptcy@goodwin.com | lubell@hugheshubbard.com |
| bankruptcy@morrisoncohen.com | lwhidden@salans.com |
| bankruptcy@ntexas-attorneys.com | mabrams@willkie.com |
| bankruptcymatters@us.nomura.com | maofiling@cgsh.com |
| barbra.parlin@hklaw.com | marc.chait@sc.com |
| bbisignani@postschell.com | margolin@hugheshubbard.com |
| bcarlson@co.sanmateo.ca.us | mark.bane@ropesgray.com |
| bdk@schlamstone.com | mark.deveno@bingham.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bkmail@prommis.com | mark.ellenberg@cwt.com |
| bmanne@tuckerlaw.com | mark.hellerer@pillsburylaw.com |
| bmiller@mofo.com | mark.sherrill@sutherland.com |
| boneill@kramerlevin.com | marvin.clements@ag.tn.gov |
| brian.corey@greentreecreditsolutions.com | matt@willaw.com |
| brosenblum@jonesday.com | matthew.klepper@dlapiper.com |
| broy@rltlawfirm.com | maustin@orrick.com |
| bruce.wright@sutherland.com | max.polonsky@skadden.com |
| bstrickland@wtplaw.com | mbenner@tishmanspeyer.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mberman@nixonpeabody.com |
| bwolfe@sheppardmullin.com | mbienenstock@proskauer.com |
| cahn@clm.com | mbloemsma@mhjur.com |
| calbert@reitlerlaw.com | mbossi@thompsoncoburn.com |
| canelas@pursuitpartners.com | mcademartori@sheppardmullin.com |
| carol.weinerlevy@bingham.com | mcantor@normandyhill.com |
| cbelisle@wfw.com | mccombst@sullcrom.com |
| cbelmonte@ssbb.com | mcordone@stradley.com |
| cbrotstein@bm.net | mcto@debevoise.com |
| cdesiderio@nixonpeabody.com | mcyganowski@oshr.com |
| cgoldstein@stcwlaw.com | mdorval@stradley.com |
| chammerman@paulweiss.com | melorod@gtlaw.com |
| charles@filardi-law.com | meltzere@pepperlaw.com |
| charles_malloy@aporter.com | metkin@lowenstein.com |
| chipford@parkerpoe.com | mfeldman@willkie.com |
| chris.donoho@lovells.com | mgordon@briggs.com |
| christopher.schueller@bipc.com | mgreger@allenmatkins.com |
| clarkb@sullcrom.com | mh1@mccallaraymer.com |
| clynch@reedsmith.com | mhopkins@cov.com |
| cmontgomery@salans.com | michael.frege@cms-hs.com |
| cohen@sewkis.com | michael.kelly@monarchlp.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| colea@gtlaw.com | michael.kim@kobrekim.com |
| contact@lawofficesjje.com | michael.mccrory@btlaw.com |
| cp@stevenslee.com | millee12@nationwide.com |
| cpappas@dilworthlaw.com | miller@taftlaw.com |
| craig.goldblatt@wilmerhale.com | mimi.m.wong@irscounsel.treas.gov |
| crmomjian@attorneygeneral.gov | mitchell.ayer@tklaw.com |
| cs@stevenslee.com | mjedelman@vedderprice.com |
| csalomon@beckerglynn.com | mjr1@westchestergov.com |
| cschreiber@winston.com | mkjaer@winston.com |
| cshore@whitecase.com | mlahaie@akingump.com |
| cshulman@sheppardmullin.com | mlandman@lcbf.com |
| ctatelbaum@adorno.com | mlichtenstein@crowell.com |
| cwalsh@mayerbrown.com | mlynch2@travelers.com |
| cward@polsinelli.com | mmendez@hunton.com |
| cweber@ebg-law.com | mmooney@deilylawfirm.com |
| cweiss@ingramllp.com | mmorreale@us.mufg.jp |
| dallas.bankruptcy@publicans.com | mneier@ibolaw.com |
| daniel.guyder@allenovery.com | monica.lawless@brookfieldproperties.com |
| dave.davis@isgria.com | mpage@kelleydrye.com |
| david.bennett@tklaw.com | mparry@mosessinger.com |
| david.heller@lw.com | mpomerantz@julienandschlesinger.com |
| david.powlen@btlaw.com | mprimoff@kayescholer.com |
| david.seligman@kirkland.com | mpucillo@bermanesq.com |
| davids@blbglaw.com | mrosenthal@gibsondunn.com |
| davidwheeler@mvalaw.com | mruetzel@whitecase.com |
| dbalog@intersil.com | mschimel@sju.edu |
| dbarber@bsblawyers.com | mschlesinger@julienandschlesinger.com |
| dbaumstein@whitecase.com | msegarra@mayerbrown.com |
| dbesikof@loeb.com | mshiner@tuckerlaw.com |
| dcimo@gjb-law.com | msiegel@brownrudnick.com |
| dcoffino@cov.com | msolow@kayescholer.com |
| dcrapo@gibbonslaw.com | mspeiser@stroock.com |
| ddavis@paulweiss.com | mstamer@akingump.com |
| ddrebsky@nixonpeabody.com | mvenditto@reedsmith.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | ncoco@mwe.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |
| dfelder@orrick.com | ned.schodek@shearman.com |
| dflanigan@polsinelli.com | neilberger@teamtogut.com |
| dgrimes@reedsmith.com | newyork@sec.gov |
| dhayes@mcguirewoods.com | nherman@morganlewis.com |
| dheffer@foley.com | nickolas.karavolas@pillsburylaw.com |

## LEHMAN BROTHERS HOLDINGS INC.
### E-mail Service List

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

francois.janson@hklaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hhlaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

richard@rwmaplc.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rqureshi@reedsmith.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hhlaw.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

## LEHMAN BROTHERS HOLDINGS INC.
### E-mail Service List

| | |
|---|---|
| jar@outtengolden.com | seba.kurian@invesco.com |
| jason.jurgens@cwt.com | sehlers@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | seichel@crowell.com |
| jay@kleinsolomon.com | sfelderstein@ffwplaw.com |
| jbecker@wilmingtontrust.com | sfineman@lchb.com |
| jbeemer@entwistle-law.com | sfox@mcguirewoods.com |
| jbeiers@co.sanmateo.ca.us | sgordon@cahill.com |
| jbird@polsinelli.com | sgubner@ebg-law.com |
| jbromley@cgsh.com | shannon.nagle@friedfrank.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdyas@halperinlaw.net | slevine@brownrudnick.com |
| jean-david.barnea@usdoj.gov | sloden@diamondmccarthy.com |
| jeanites@whiteandwilliams.com | smayerson@ssd.com |
| jeannette.boot@wilmerhale.com | smillman@stroock.com |
| jeff.wittig@coair.com | smulligan@bsblawyers.com |
| jeffery.black@bingham.com | snewman@katskykorins.com |
| jeffrey.sabin@bingham.com | sory@fdlaw.com |
| jeldredge@velaw.com | spiotto@chapman.com |
| jen.premisler@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.demarco@cliffordchance.com | sree@lcbf.com |
| jennifer.gore@shell.com | sschultz@akingump.com |
| jeremy.eiden@ag.state.mn.us | sselbst@herrick.com |
| jfalgowski@reedsmith.com | sshimshak@paulweiss.com |
| jflaxer@golenbock.com | sskelly@teamtogut.com |
| jfox@joefoxlaw.com | sstarr@starrandstarr.com |
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.net | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.troyer@commerzbank.com |
| jherzog@gklaw.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | steven@blbglaw.com |
| jhuggett@margolisedelstein.com | streusand@streusandlandon.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |
| jjureller@klestadt.com | szuch@wiggin.com |
| jkehoe@btkmc.com | tannweiler@greerherz.com |

**LEHMAN BROTHERS HOLDINGS INC.**

**E-mail Service List**

| | |
|---|---|
| jlamar@maynardcooper.com | tarbit@cftc.gov |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tduffy@andersonkill.com |
| jlipson@crockerkuno.com | tgoren@mofo.com |
| jlovi@steptoe.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | thomas_noguerola@calpers.ca.gov |
| jmakower@tnsj-law.com | tim.desieno@bingham.com |
| jmazermarino@msek.com | timothy.brink@dlapiper.com |
| jmcginley@wilmingtontrust.com | timothy.palmer@bipc.com |
| jmelko@gardere.com | tjfreedman@pbnlaw.com |
| jmerva@fult.com | tkiriakos@mayerbrown.com |
| jmmurphy@stradley.com | tlauria@whitecase.com |
| jmr@msf-law.com | tmacwright@whitecase.com |
| jnadritch@olshanlaw.com | tmarrion@haslaw.com |
| jnm@mccallaraymer.com | tnixon@gklaw.com |
| john.monaghan@hklaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.rapisardi@cwt.com | tomwelsh@orrick.com |
| jorbach@hahnhessen.com | tony.davis@bakerbotts.com |
| joseph.cordaro@usdoj.gov | tslome@msek.com |
| joshua.dorchak@bingham.com | ttracy@crockerkuno.com |
| jowen769@yahoo.com | tunrad@burnslev.com |
| jowolf@law.nyc.gov | twheeler@lowenstein.com |
| joy.mathias@dubaiic.com | ukreppel@whitecase.com |
| jpintarelli@mofo.com | villa@streusandlandon.com |
| jporter@entwistle-law.com | vmilione@nixonpeabody.com |
| jprol@lowenstein.com | vrubinstein@loeb.com |
| jrabinowitz@rltlawfirm.com | walter.stuart@freshfields.com |
| jrsmith@hunton.com | wanda.goodloe@cbre.com |
| jschiller@bsfllp.com | wballaine@lcbf.com |
| jschwartz@hahnhessen.com | wbenzija@halperinlaw.net |
| jsheerin@mcguirewoods.com | wchen@tnsj-law.com |
| jsherman@bsfllp.com | wcurchack@loeb.com |
| jshickich@riddellwilliams.com | wdase@fzwz.com |
| jsmairo@pbnlaw.com | wfoster@milbank.com |
| jstoll@mayerbrown.com | william.m.goldman@dlapiper.com |
| jsullivan@mosessinger.com | wiltenburg@hugheshubbard.com |
| jteitelbaum@tblawllp.com | wisotska@pepperlaw.com |
| jtimko@shutts.com | wk@pwlawyers.com |
| jtorf@schiffhardin.com | wmaher@wmd-law.com |
| judy.morse@crowedunlevy.com | wmarcari@ebglaw.com |
| jvail@ssrl.com | wmckenna@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**E-mail Service List**

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Additional E-mail Service List**

Additional Parties

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.
### Overnight Mail Service List

**ADDS-OVN**

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

**MSL - OVN**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF | AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1-LH0401 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| U.S. BANK NATIONAL ASSOCIATION, AND | U.S. BANK NATIONAL ASSOCIATION AS U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL MN 55170-9705 |
| U.S. BANK NATIONAL ASSOCIATION, AND | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORP. TR MAIL CODE MK-IL-SL7R 190 SOUTH LASALLE STREET 7TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AND | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE TRANSFEROR: BANK OF AMERICA, NA, SUCCESSOR BY MERGER TO LASALLE ATTN: SACHIKO NISHIDA; CORPORATE TRUST SERVICES 190 SOUTH LASALLE STREET 7TH FLOOR CHICAGO IL 60603 |
| US BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL MN 55170-9705 |
| US BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION, U.S. BANK OPERATIONS CENTER ATTN: TRUST FINANCE MANAGEMENT LOCKBOX SERVICES-CM9705 PO BOX 70870 ST. PAUL MN 55170-9705 |
| US BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603 |
| WILMINGTON TRUST COMPANY | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: DORRI COSTELLO RODNEY SQUARE NORTH MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |

Total Creditor count  9

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO., RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-14, C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-6, C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-20, C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-19XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-11XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-9XS C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2004-7 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1, C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ERWIN M. SORIANO WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH, MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2005-3 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN ABS CORPORATION, SERIES 2003-1 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQ. NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 120 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | J. WILLIAM BOONE ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |

**Total Creditor count  19**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| SYNCORA GUARANTEE INC | ATTN: JAMES W. LUNDY, JR., ESQ. SYNCORA GUARANTEE INC. 1221 AVENUE OF THE AMERICAS NEW YORK NY 10021 |
| SYNCORA GUARANTEE INC | ATTN: DAVID W. DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| SYNCORA GUARANTEE INC | GARY T. HOLTZER WEIL, GOTSHAL & MANGES 767 FIFTH AVENUE NEW YORK NY 10153-0119 |

**Total Creditor count  3**