UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                        Debtors.                   :   (Jointly Administered)
                                                   :
                                                   :   Ref. Docket Nos. 32086-32089,
                                                   :   32091, 32093, 32095, 32096 &
------------------------------------------------------------------x   32098-32102

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2012, I caused to be served the:

    a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," r*elated to ThreadNeedle Asset Management Ltd. on behalf of Norwegian Hull Club*, dated November 14, 2012 [Docket No. 32086],

    b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," r*elated to Sella Bank Luxembourg SA*, dated November 14, 2012 [Docket No. 32087],

    c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," r*elated to Robeco Fixed Income Strategies SPC, Respect of Segregated Portfolio A*, dated November 14, 2012 [Docket No. 32088],

    d) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Shining Prospects Pte. Ltd.,* dated November 14, 2012 [Docket No. 32089],

e) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Gestora De Fondos Del Mediterraneo, S.G.I.I.C., S.A.*, dated November 14, 2012 [Docket No. 32091],

f) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to SG Hambros Bank (Channel Islands) Limited*, dated November 14, 2012 [Docket No. 32093],

g) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Dai-Ichi Life Insurance Company, Ltd.*, dated November 14, 2012 [Docket No. 32095],

h) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Quartz Finance Limited*, dated November 14, 2012 [Docket No. 32096],

i) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Anchorage Capital Master Offshore Ltd.*, dated November 14, 2012 [Docket No. 32098],

j) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to LBCCO-1, LLC*, dated November 14, 2012 [Docket No. 32099],

k) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Perry Principles LLC*, dated November 14, 2012 [Docket No. 32100],

l) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to King Street Acquisition Company. LLC*, dated November 14, 2012 [Docket No. 32101], and

m) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Strategic Value Master Fund, Ltd.*, dated November 14, 2012 [Docket No. 32102],

by causing true and correct copies to be:

i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
16th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | karen.wagner@dpw.com |
| aalfonso@willkie.com | kdwbankruptcydepartment@kelleydrye.com |
| abeaumont@fklaw.com | keckhardt@hunton.com |
| abraunstein@riemerlaw.com | keith.simon@lw.com |
| acaton@kramerlevin.com | ken.coleman@allenovery.com |
| acker@chapman.com | ken.higman@hp.com |
| adam.brezine@hro.com | kerry.moynihan@hro.com |
| adarwin@nixonpeabody.com | kgwynne@reedsmith.com |
| adiamond@diamondmccarthy.com | kiplok@hugheshubbard.com |
| aeckstein@blankrome.com | kjarashow@fklaw.com |
| aentwistle@entwistle-law.com | kkelly@ebglaw.com |
| afriedman@irell.com | kkolbig@mosessinger.com |
| agbanknewyork@ag.tn.gov | klyman@irell.com |
| aglenn@kasowitz.com | klynch@formanlaw.com |
| agold@herrick.com | kmayer@mccarter.com |
| agoldstein@tnsj-law.com | kobak@hugheshubbard.com |
| ahandler@moundcotton.com | korr@orrick.com |
| ahandller@moundcotton.com | kovskyd@pepperlaw.com |
| aisenberg@saul.com | kpiper@steptoe.com |
| akantesaria@oppenheimerfunds.com | kressk@pepperlaw.com |
| akolod@mosessinger.com | kreynolds@mklawnyc.com |
| alum@ftportfolios.com | krosen@lowenstein.com |
| amarder@msek.com | kuehn@bragarwexler.com |
| amartin@sheppardmullin.com | kurt.mayr@bgllp.com |
| amcmullen@boultcummings.com | lacyr@sullcrom.com |
| amenard@tishmanspeyer.com | landon@streusandlandon.com |
| andrew.brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | lee.stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | ljkotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | lkiss@klestadt.com |
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | lmay@coleschotz.com |
| aseuffert@lawpost-nyc.com | lmcgowen@orrick.com |
| ashmead@sewkis.com | lml@ppgms.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**E-mail Service List**

| | |
|---|---|
| asnow@ssbb.com | lnashelsky@mofo.com |
| aunger@sidley.com | loizides@loizides.com |
| austin.bankruptcy@publicans.com | lromansic@steptoe.com |
| avenes@whitecase.com | lscarcella@farrellfritz.com |
| azylberberg@whitecase.com | lschweitzer@cgsh.com |
| bankr@zuckerman.com | lubell@hugheshubbard.com |
| bankruptcy@goodwin.com | lwhidden@salans.com |
| bankruptcy@morrisoncohen.com | mabrams@willkie.com |
| bankruptcy@ntexas-attorneys.com | maofiling@cgsh.com |
| bankruptcymatters@us.nomura.com | marc.chait@sc.com |
| barbra.parlin@hklaw.com | margolin@hugheshubbard.com |
| bbisignani@postschell.com | mark.bane@ropesgray.com |
| bcarlson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bkmail@prommis.com | mark.hellerer@pillsburylaw.com |
| bmanne@tuckerlaw.com | mark.sherrill@sutherland.com |
| bmiller@mofo.com | marvin.clements@ag.tn.gov |
| boneill@kramerlevin.com | matt@willaw.com |
| brian.corey@greentreecreditsolutions.com | matthew.klepper@dlapiper.com |
| brosenblum@jonesday.com | maustin@orrick.com |
| broy@rltlawfirm.com | max.polonsky@skadden.com |
| bruce.wright@sutherland.com | mbenner@tishmanspeyer.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mbienenstock@proskauer.com |
| bwolfe@sheppardmullin.com | mbloemsma@mhjur.com |
| cahn@clm.com | mbossi@thompsoncoburn.com |
| calbert@reitlerlaw.com | mcademartori@sheppardmullin.com |
| canelas@pursuitpartners.com | mcantor@normandyhill.com |
| carol.weinerlevy@bingham.com | mccombst@sullcrom.com |
| cbelisle@wfw.com | mcordone@stradley.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cbrotstein@bm.net | mcyganowski@oshr.com |
| cdesiderio@nixonpeabody.com | mdorval@stradley.com |
| cgoldstein@stcwlaw.com | melorod@gtlaw.com |
| chammerman@paulweiss.com | meltzere@pepperlaw.com |
| charles@filardi-law.com | metkin@lowenstein.com |
| charles_malloy@aporter.com | mfeldman@willkie.com |
| chipford@parkerpoe.com | mgordon@briggs.com |
| chris.donoho@lovells.com | mgreger@allenmatkins.com |
| christopher.schueller@bipc.com | mh1@mccallaraymer.com |
| clarkb@sullcrom.com | mhopkins@cov.com |

# LEHMAN BROTHERS HOLDINGS INC.
### E-mail Service List

| | |
|---|---|
| clynch@reedsmith.com | michael.frege@cms-hs.com |
| cmontgomery@salans.com | michael.kelly@monarchlp.com |
| cohen@sewkis.com | michael.kim@kobrekim.com |
| colea@gtlaw.com | michael.mccrory@btlaw.com |
| contact@lawofficesjje.com | millee12@nationwide.com |
| cp@stevenslee.com | miller@taftlaw.com |
| cpappas@dilworthlaw.com | mimi.m.wong@irscounsel.treas.gov |
| craig.goldblatt@wilmerhale.com | mitchell.ayer@tklaw.com |
| crmomjian@attorneygeneral.gov | mjedelman@vedderprice.com |
| cs@stevenslee.com | mjr1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | mlandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@adorno.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmendez@hunton.com |
| cward@polsinelli.com | mmooney@deilylawfirm.com |
| cweber@ebg-law.com | mmorreale@us.mufg.jp |
| cweiss@ingramllp.com | mneier@ibolaw.com |
| dallas.bankruptcy@publicans.com | monica.lawless@brookfieldproperties.com |
| daniel.guyder@allenovery.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | mschlesinger@julienandschlesinger.com |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | nathan.spatz@pillsburylaw.com |
| deggermann@kramerlevin.com | ncoco@mwe.com |
| deggert@freebornpeters.com | neal.mann@oag.state.ny.us |
| demetra.liggins@tklaw.com | ned.schodek@shearman.com |
| dfelder@orrick.com | neilberger@teamtogut.com |
| dflanigan@polsinelli.com | newyork@sec.gov |
| dgrimes@reedsmith.com | nherman@morganlewis.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| dhayes@mcguirewoods.com | nickolas.karavolas@pillsburylaw.com |
| dheffer@foley.com | nissay_10259-0154@mhmjapan.com |
| diconzam@gtlaw.com | nlepore@schnader.com |
| djoseph@stradley.com | notice@bkcylaw.com |
| dkleiner@velaw.com | oipress@travelers.com |
| dkozusko@willkie.com | otccorpactions@finra.org |
| dlemay@chadbourne.com | paronzon@milbank.com |
| dlipke@vedderprice.com | patrick.oh@freshfields.com |
| dludman@brownconnery.com | paul.turner@sutherland.com |
| dmcguire@winston.com | pbattista@gjb-law.com |
| dmurray@jenner.com | pbosswick@ssbb.com |
| dneier@winston.com | pdublin@akingump.com |
| dodonnell@milbank.com | peisenberg@lockelord.com |
| dove.michelle@dorsey.com | peter.gilhuly@lw.com |
| dpegno@dpklaw.com | peter.macdonald@wilmerhale.com |
| draelson@fisherbrothers.com | peter.simmons@friedfrank.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosenzweig@fulbright.com | phayden@mcguirewoods.com |
| drosner@goulstonstorrs.com | philip.wells@ropesgray.com |
| drosner@kasowitz.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rfleischer@pryorcashman.com |
| eglas@mccarter.com | rfrankel@orrick.com |
| ekbergc@lanepowell.com | rfriedman@silvermanacampora.com |
| eleicht@whitecase.com | rgmason@wlrk.com |
| eli.mattioli@klgates.com | rgoodman@moundcotton.com |
| ellen.halstead@cwt.com | rgraham@whitecase.com |
| emerberg@mayerbrown.com | rhett.campbell@tklaw.com |
| enkaplan@kaplanlandau.com | richard.fingard@newedge.com |
| eobrien@sbchlaw.com | richard.lear@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| erin.mautner@bingham.com | richard.levy@lw.com |
| eschwartz@contrariancapital.com | richard.tisdale@friedfrank.com |
| etillinghast@sheppardmullin.com | richard@rwmaplc.com |
| ezujkowski@emmetmarvin.com | ritkin@steptoe.com |
| ezweig@optonline.net | rjones@boultcummings.com |
| fbp@ppgms.com | rleek@hodgsonruss.com |
| ffm@bostonbusinesslaw.com | rlevin@cravath.com |
| fhyman@mayerbrown.com | rmatzat@hahnhessen.com |
| foont@foontlaw.com | rnetzer@willkie.com |
| francois.janson@hklaw.com | robert.bailey@bnymellon.com |
| fsosnick@shearman.com | robert.dombroff@bingham.com |
| fyates@sonnenschein.com | robert.henoch@kobrekim.com |
| gabriel.delvirginia@verizon.net | robert.malone@dbr.com |
| gbray@milbank.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ronald.silverman@bingham.com |
| gkaden@goulstonstorrs.com | ross.martin@ropesgray.com |
| glenn.siegel@dechert.com | rqureshi@reedsmith.com |
| gmoss@riemerlaw.com | rrainer@wmd-law.com |
| gravert@ravertpllc.com | rreid@sheppardmullin.com |
| gspilsbury@jsslaw.com | rroupinian@outtengolden.com |
| harrisjm@michigan.gov | rrussell@andrewskurth.com |
| harveystrickon@paulhastings.com | rterenzi@stcwlaw.com |
| hbeltzer@mayerbrown.com | russj4478@aol.com |
| heim.steve@dorsey.com | rwasserman@cftc.gov |
| heiser@chapman.com | rwyron@orrick.com |
| hollace.cohen@troutmansanders.com | s.minehan@aozorabank.co.jp |
| holsen@stroock.com | sabin.willett@bingham.com |
| howard.hawkins@cwt.com | sabramowitz@velaw.com |
| hseife@chadbourne.com | sabvanrooy@hotmail.com |
| hsnovikoff@wlrk.com | sally.henry@skadden.com |
| hsteel@brownrudnick.com | samuel.cavior@pillsburylaw.com |
| icatto@mwe.com | sandyscafaria@eaton.com |
| igoldstein@proskauer.com | sara.tapinekis@cliffordchance.com |
| ilevee@lowenstein.com | scargill@lowenstein.com |
| ira.greene@hhlaw.com | schannej@pepperlaw.com |
| israel.dahan@cwt.com | schepis@pursuitpartners.com |
| iva.uroic@dechert.com | schnabel.eric@dorsey.com |
| jacobsonn@sec.gov | schristianson@buchalter.com |
| james.heaney@lawdeb.com | schwartzmatthew@sullcrom.com |
| james.mcclammy@dpw.com | scott.golden@hoganlovells.com |
| james.sprayregen@kirkland.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
### E-mail Service List

| | |
|---|---|
| jamestecce@quinnemanuel.com | scousins@armstrongteasdale.com |
| jamie.nelson@dubaiic.com | sdnyecf@dor.mo.gov |
| jar@outtengolden.com | seba.kurian@invesco.com |
| jason.jurgens@cwt.com | sehlers@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | seichel@crowell.com |
| jay@kleinsolomon.com | sfelderstein@ffwplaw.com |
| jbecker@wilmingtontrust.com | sfineman@lchb.com |
| jbeemer@entwistle-law.com | sfox@mcguirewoods.com |
| jbeiers@co.sanmateo.ca.us | sgordon@cahill.com |
| jbird@polsinelli.com | sgubner@ebg-law.com |
| jbromley@cgsh.com | shannon.nagle@friedfrank.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | slerman@ebglaw.com |
| jdwarner@warnerandscheuerman.com | slerner@ssd.com |
| jdyas@halperinlaw.net | slevine@brownrudnick.com |
| jean-david.barnea@usdoj.gov | sloden@diamondmccarthy.com |
| jeanites@whiteandwilliams.com | smayerson@ssd.com |
| jeannette.boot@wilmerhale.com | smillman@stroock.com |
| jeff.wittig@coair.com | smulligan@bsblawyers.com |
| jeffery.black@bingham.com | snewman@katskykorins.com |
| jeffrey.sabin@bingham.com | sory@fdlaw.com |
| jeldredge@velaw.com | spiotto@chapman.com |
| jen.premisler@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.demarco@cliffordchance.com | sree@lcbf.com |
| jennifer.gore@shell.com | sschultz@akingump.com |
| jeremy.eiden@ag.state.mn.us | sselbst@herrick.com |
| jfalgowski@reedsmith.com | sshimshak@paulweiss.com |
| jflaxer@golenbock.com | sskelly@teamtogut.com |
| jfox@joefoxlaw.com | sstarr@starrandstarr.com |
| jfreeberg@wfw.com | steele@lowenstein.com |
| jg5786@att.com | stephen.cowan@dlapiper.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jguy@orrick.com | steven.troyer@commerzbank.com |
| jherzog@gklaw.com | steven.usdin@flastergreenberg.com |
| jhiggins@fdlaw.com | steven.wilamowsky@bingham.com |
| jhorgan@phxa.com | steven@blbglaw.com |
| jhuggett@margolisedelstein.com | streusand@streusandlandon.com |
| jim@atkinslawfirm.com | susheelkirpalani@quinnemanuel.com |
| jjoyce@dresslerpeters.com | sweyl@haslaw.com |
| jjtancredi@daypitney.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| jjureller@klestadt.com | szuch@wiggin.com |
| jkehoe@btkmc.com | tannweiler@greerherz.com |
| jlamar@maynardcooper.com | tarbit@cftc.gov |
| jlawlor@wmd-law.com | tbrock@ssbb.com |
| jlee@foley.com | tdewey@dpklaw.com |
| jlevitin@cahill.com | tduffy@andersonkill.com |
| jlipson@crockerkuno.com | tgoren@mofo.com |
| jlovi@steptoe.com | thaler@thalergertler.com |
| jlscott@reedsmith.com | thomas.califano@dlapiper.com |
| jmaddock@mcguirewoods.com | thomas_noguerola@calpers.ca.gov |
| jmakower@tnsj-law.com | tim.desieno@bingham.com |
| jmazermarino@msek.com | timothy.brink@dlapiper.com |
| jmcginley@wilmingtontrust.com | timothy.palmer@bipc.com |
| jmelko@gardere.com | tjfreedman@pbnlaw.com |
| jmerva@fult.com | tkiriakos@mayerbrown.com |
| jmmurphy@stradley.com | tlauria@whitecase.com |
| jmr@msf-law.com | tmacwright@whitecase.com |
| jnadritch@olshanlaw.com | tmarrion@haslaw.com |
| jnm@mccallaraymer.com | tnixon@gklaw.com |
| john.monaghan@hklaw.com | toby.r.rosenberg@irscounsel.treas.gov |
| john.rapisardi@cwt.com | tomwelsh@orrick.com |
| jorbach@hahnhessen.com | tony.davis@bakerbotts.com |
| joseph.cordaro@usdoj.gov | tslome@msek.com |
| joshua.dorchak@bingham.com | ttracy@crockerkuno.com |
| jowen769@yahoo.com | tunrad@burnslev.com |
| jowolf@law.nyc.gov | twheeler@lowenstein.com |
| joy.mathias@dubaiic.com | ukreppel@whitecase.com |
| jpintarelli@mofo.com | villa@streusandlandon.com |
| jporter@entwistle-law.com | vmilione@nixonpeabody.com |
| jprol@lowenstein.com | vrubinstein@loeb.com |
| jrabinowitz@rltlawfirm.com | walter.stuart@freshfields.com |
| jrsmith@hunton.com | wanda.goodloe@cbre.com |
| jschiller@bsfllp.com | wballaine@lcbf.com |
| jschwartz@hahnhessen.com | wbenzija@halperinlaw.net |
| jsheerin@mcguirewoods.com | wchen@tnsj-law.com |
| jsherman@bsfllp.com | wcurchack@loeb.com |
| jshickich@riddellwilliams.com | wdase@fzwz.com |
| jsmairo@pbnlaw.com | wfoster@milbank.com |
| jstoll@mayerbrown.com | william.m.goldman@dlapiper.com |
| jsullivan@mosessinger.com | wiltenburg@hugheshubbard.com |
| jteitelbaum@tblawllp.com | wisotska@pepperlaw.com |
| jtimko@shutts.com | wk@pwlawyers.com |
| jtorf@schiffhardin.com | wmaher@wmd-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
## E-mail Service List

| | |
|---|---|
| judy.morse@crowedunlevy.com | wmarcari@ebglaw.com |
| jvail@ssrl.com | wmckenna@foley.com |
| jwallack@goulstonstorrs.com | wrightth@sullcrom.com |
| jwang@sipc.org | wsilverm@oshr.com |
| jwcohen@daypitney.com | wswearingen@llf-law.com |
| jweiss@gibsondunn.com | wtaylor@mccarter.com |
| jwest@velaw.com | wweintraub@fklaw.com |
| jwh@njlawfirm.com | wzoberman@bermanesq.com |
| kanema@formanlaw.com | yuwatoko@mofo.com |

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail Service List

**MSL - OVN**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007