RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Timothy Lin

*Attorneys for Burlington Loan Management Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                        :     **Chapter 11 Case No.**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                 :     **08-13555 (JMP)**
                                                             :
                    Debtors.                                 :     **(Jointly Administered)**
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 14418, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by ELQ Portefeuille I BV ("ELQ") in the amount of $2,641,507.36 (the "Claim"). On or about June 15, 2012, Yorvik Partners LLP ("Yorvik") purchased a 100% interest in the Claim from ELQ (see Dkt. No. 28754). On or about November 1, 2012, Burlington Loan Management Limited ("Burlington") purchased a 100% interest in the Claim from Yorvik (see Dkt. No. 31771).

PLEASE TAKE NOTICE that, through their undersigned counsel, Burlington hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Burlington represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 26, 2012
      New York, New York

                                 RICHARDS KIBBE & ORBE LLP

By: _____
      Timothy Lin

One World Financial Center
New York, New York  10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Burlington Loan Management Limited*

2