UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 20269 filed against Lehman Brothers Holdings Inc. by H/2 Special Opportunities Ltd. in the amount of $19,931,688.00 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, H/2 Special Opportunities Ltd. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. H/2 Special Opportunities Ltd. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon H/2 Special Opportunities Ltd. on September 17, 2012, the issuance of which was noticed in a filing with the Court on September 18, 2012.

Dated: November 29, 2012
New York, New York

| | |
|---|---|
| /s/ Spencer B. Haber | /s/ Robert J. Lemons |
| Name: Spencer B. Haber | Robert J. Lemons |
| Title: Director | WEIL, GOTSHAL & MANGES LLP |
| H/2 SPECIAL OPPORTUNITIES LTD. | 767 Fifth Avenue |
| | New York, New York 10153 |
| | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*