WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER OBJECTIONS TO PURPORTED**
**CLAIMS TRANSFERS TO STICHTING THE IAMEX VALUE FOUNDATION**

       **PLEASE TAKE NOTICE** that a hearing to consider the objections listed on **Exhibit A** to certain purported transfers of claims to Stichting The IAMEX Value Foundation will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 16, 2013 at 10:00 a.m. (Eastern Time)**.

Dated: November 26, 2012
      New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc. and
                                       certain of its affiliates

## **Exhibit A**

| Claimant Name | Purported Transferee | Claim Number | Transfer ECF No. | Objection ECF No. |
|---|---|---|---|---|
| Bernhard, Karolina | Stichting The IAMEX Value Foundation | 41625 | 31467 | 31807 |
| Guatam, Visha Prakash and Sushilla | Stichting The IAMEX Value Foundation | 43836 | 31476 | 32296 |
| Kostka, Ingrid | Stichting The IAMEX Value Foundation | 63864 | 31456 | 31902 |
| Wälchli, Rene | Stichting The IAMEX Value Foundation | 36728 | 31430 | n.a. |