## Exhibit A

Amended Categorical Summary of Expenses
billed during the Compensation Period

# Exhibit A

## Professional Fees Accrued During Compensation Period[1]

| Name | Admission Date | Position | Hours | Fees Accrued |
|------|----------------|----------|-------|--------------|
| Alter, Jonathan | 1989 | Partner | 3.00 | $2,825.50 |
| Arnholz, John | 1986 | Partner | 5.00 | $4,930.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | 1,377.30 | $1,016,911.00 |
| Bowers, Christopher P. | 1999 | Partner | 2,743.80 | $2,440,773.50 |
| Bridgeman, James D. | 1981 | Partner | 230.60 | $226,335.00 |
| Brockway, David H. | 1972 | Partner | 425.50 | $436,833.25 |
| Brody, Steven G. | 1987 | Partner | 87.50 | $79,887.50 |
| Buch, Ronald L. | 1993 | Partner | 570.10 | $460,678.25 |
| Carpenter-Holmes, Amy | 1998 | Partner | 0.60 | $451.50 |
| Cejudo, William P. | 1998 | Partner | 5.50 | $4,658.50 |
| Curtin, David J. | 1972 | Partner | 0.40 | $438.00 |
| Davis, Richard L. | 2000 | Partner | 4.70 | $2,961.00 |
| Dawkins, Mark | 1985 | Partner | 12.30 | $10,762.50 |
| Desmond, Michael | 1994 | Partner | 163.00 | $148,243.00 |
| Dillon, Sheri A. | 1999 | Partner | 1,853.50 | $1,539,892.75 |
| Eckas, Scott E. | 1990 | Partner | 8.20 | $6,549.00 |
| Farmer, Scott | 1989 | Partner | 1.00 | $995.00 |
| Fitzgerald, Brian W. | 1981 | Partner | 1.00 | $785.00 |
| Gainor, Edward E. | 1992 | Partner | 4.95 | $4,475.75 |
| Gouwar, James A. | 1988 | Partner | 1.20 | $1,160.50 |
| Gross, Robert J. | 1988 | Partner | 22.40 | $16,800.00 |
| Howard, Jasper A. | 1989 | Partner | 12.60 | $12,284.00 |
| Huffman, Gary R. | 1988 | Partner | 0.80 | $776.00 |
| Johnson, Jeffrey R. | 1993 | Partner | 257.20 | $193,238.00 |
| Katcher, Robert A. | 1978 | Partner | 18.00 | $18,059.50 |
| Kingsley, Darius | 1995 | Partner | 2.50 | $1,762.50 |
| Klippert, Barbara D. | 1976 | Partner | 0.80 | $692.00 |
| Kroll, Amy | 1992 | Partner | 11.70 | $8,541.00 |
| Leonard, Robert G. | 1986 | Partner | 2.40 | $2,064.00 |
| Levy, Michael | 1997 | Partner | 113.30 | $102,617.75 |
| Leyva, Natan J. | 2000 | Partner | 1,133.90 | $876,395.00 |
| Madan, Raj | 1993 | Partner | 2,985.80 | $2,648,954.00 |
| Magee, John B. | 1972 | Partner | 94.40 | $93,923.00 |
| McGrath, James C. | 1993 | Partner | 7.40 | $5,032.00 |
| McKee, Bill | 1970 | Partner | 0.30 | $328.50 |
| Morreale, Peter C. | 1994 | Partner | 1.00 | $760.00 |
| Nelson, William F. | 1972 | Partner | 5.40 | $5,627.00 |
| O'Brien, Michael P. | 1975 | Partner | 0.50 | $447.50 |
| Sadler, Tim P. | 1975 | Partner | 28.50 | $18,382.50 |

[1] For billing rates for individual professionals and paraprofessionals, please see page A-10.

| Name | Admission Date | Position | Hours | Fees Accrued |
|---|---|---|---|---|
| Salmons, David B. | 1998 | Partner | 16.80 | $13,602.50 |
| Sharon, Craig A. | 1988 | Partner | 3.00 | $3,420.00 |
| Stark, Richard C. | 1994 | Partner | 1.30 | $1,066.00 |
| Sweet, Charles A. | 1986 | Partner | 18.10 | $16,401.00 |
| | **Partner Total** | | **12,237.25** | **$10,431,720.25** |
| | | | | |
| | | | | |
| Armitage, J. Clark | 1991 | Of Counsel | 153.90 | $149,112.00 |
| Boelitz, Anna M. | 1997 | Of Counsel | 4.60 | $2,921.00 |
| Buddhdev, Sheena | 1999 | Of Counsel | 49.80 | $35,607.00 |
| Goldman, Gerald | 1968 | Of Counsel | 126.30 | $125,556.00 |
| Greer, Stefanie | 2002 | Of Counsel | 191.30 | $123,549.50 |
| Gross, Robert J. | 1998 | Of Counsel | 28.00 | $18,474.50 |
| Jewett, Susan | 1977 | Of Counsel | 1.00 | $950.00 |
| Kliegman, Matthew I. | 1996 | Of Counsel | 5.70 | $3,933.00 |
| Plank, Thomas | 1975 | Of Counsel | 0.30 | $313.50 |
| Weisbach, David | 1991 | Of Counsel | 0.80 | $836.00 |
| | **Of Counsel Total** | | **561.70** | **$461,252.50** |
| | | | | |
| | | | | |
| Herald, Asa J. | 2002 | Counsel | 2.30 | $1,529.50 |
| Lawson, Matthew J. | 2005 | Counsel | 6.10 | $3,782.00 |
| Marcus, David | 1995 | Counsel | 0.40 | $116.00 |
| Martin, Elizabeth L. | 2004 | Counsel | 48.90 | $32,185.00 |
| Neuberg, Elisabeth | 2003 | Counsel | 1.50 | $1,042.50 |
| | **Counsel Total** | | **59.20** | **$38,655.00** |
| | | | | |
| | | | | |
| Amanti, Lena M. | 2004 | Associate | 206.70 | $128,304.00 |
| Anglin, Raechel Keay | 2008 | Associate | 29.10 | $13,677.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | 404.50 | $146,011.00 |
| Banvard, Honor | 2008 | Associate | 286.70 | $127,833.50 |
| Carroll, Tom | 2009 | Associate | 18.60 | $6,138.00 |
| Chen-Young, Claudine | 2003 | Associate | 74.20 | $44,593.50 |
| Cox, Sean A. | 2010 | Associate | 16.50 | $6,096.00 |
| Davis-Diehl, Joseph | 2008 | Associate | 12.10 | $4,560.00 |
| El-Mallawany, Deana | 2008 | Associate | 23.40 | $14,274.00 |
| Flaherty, Renee D. | 2012 | Associate | 179.70 | $84,422.50 |
| Glass, Jason E. | 2009 | Associate | 68.80 | $24,890.50 |
| Goff, Bryan P. | 2008 | Associate | 41.80 | $15,048.00 |
| Hagan, Robert Patrick | 2007 | Associate | 82.40 | $44,502.00 |
| Herald, Asa J. | 2002 | Associate | 4.40 | $2,926.00 |
| Hintmann, Brooke E. | 2002 | Associate | 708.40 | $459,190.00 |
| Janiga, Matthew | 2009 | Associate | 14.70 | $5,535.00 |
| Jaramillo, Victor | 2008 | Associate | 612.90 | $256,350.50 |
| Killian, Bryan M. | 2006 | Associate | 16.30 | $10,082.00 |

| Name | Admission Date | Position | Hours | Fees Accrued |
|---|---|---|---|---|
| Kim, Minsoon Sharon | 2003 | Associate | 2.50 | $1,387.50 |
| King, Micah | 2005 | Associate | 252.00 | $127,264.00 |
| Kitchin, Miles | 2010 | Associate | 102.40 | $39,879.00 |
| Krause, Arielle S. | 2007 | Associate | 43.80 | $18,323.50 |
| Kummer, Michael | 2008 | Associate | 377.70 | $177,222.50 |
| Laughlin, Anne M. | 2008 | Associate | 561.30 | $241,149.00 |
| Leonard, Bob | 2007 | Associate | 1,208.90 | $609,345.50 |
| Levin, Michelle Abroms | 2005 | Associate | 36.10 | $20,154.00 |
| Leyland, Jessica | 2007 | Associate | 2.80 | $1,190.50 |
| Lo, Audrey | 2007 | Associate | 88.40 | $47,841.50 |
| Lu, Karen | 2007 | Associate | 147.90 | $80,274.00 |
| Margulies, Oren P. | 2006 | Associate | 1,215.30 | $674,666.00 |
| Martin, Alexis | 2010 | Associate | 13.10 | $6,419.00 |
| Martin, Elizabeth L. | 2004 | Associate | 1.40 | $1,001.00 |
| Mears, Veronica | 2008 | Associate | 181.90 | $80,695.00 |
| Mezei, Saul | 2003 | Associate | 612.50 | $346,413.50 |
| Mohan, Anand | 2008 | Associate | 62.70 | $25,751.50 |
| Muaddi, Jawad | 2008 | Associate | 18.30 | $6,588.00 |
| Murdock, John | 1999 | Staff Attorney | 212.80 | $78,736.00 |
| Murphy, Christopher P. | 2007 | Associate | 85.10 | $39,980.00 |
| Otero, Kevin | 2005 | Associate | 1,045.60 | $645,165.00 |
| Pai, Sarah | 2007 | Associate | 201.80 | $84,863.50 |
| Peppelman, David J. | 2008 | Associate | 231.40 | $125,531.00 |
| Phelan, Todd | 2008 | Associate | 6.90 | $2,725.50 |
| Rankin, Kiara L. | 2007 | Associate | 4,618.00 | $2,479,190.50 |
| Redmond, Lothlorien S. | 2005 | Associate | 6.90 | $4,083.00 |
| Robins, Sima Gavriella | 2009 | Associate | 8.80 | $4,884.00 |
| Santamaria, Monisha | N/A | Summer Associate | 48.10 | $0.00 |
| Schatz, Brian D. | 2009 | Associate | 163.20 | $93,304.50 |
| Schonholz, Matthew | N/A | Summer Associate | 13.10 | $3,340.50 |
| Sheckler, John O | 2007 | Staff Attorney | 89.90 | $33,263.00 |
| Smith, David K. | 2008 | Associate | 14.80 | $7,252.00 |
| Sosna, Daniel | 2010 | Associate | 457.10 | $216,190.00 |
| Speaker, Michael P. | 2003 | Associate | 1.30 | $721.50 |
| Strawbridge, Patrick | 2004 | Associate | 2.70 | $1,755.00 |
| Stults, Kevin R. | 2005 | Associate | 4,322.40 | $2,553,032.00 |
| Sundar, Smitha | 2010 | Associate | 33.60 | $16,464.00 |
| Tatarowicz, Chris | 2009 | Associate | 53.40 | $17,622.00 |
| Taylor, Victoria | 2008 | Associate | 46.80 | $27,857.00 |
| Tidwell, Royce | 2007 | Associate | 869.90 | $470,398.75 |
| Ussing, C. Terrell | N/A | Summer Associate | 18.30 | $0.00 |
| Wacker, Nathan P. | 2010 | Associate | 681.60 | $303,490.00 |
| Walsh, Suzanne M. | 2005 | Associate | 17.80 | $10,502.00 |
| Wideman, Lauren B. | 2009 | Associate | 102.90 | $49,808.50 |
| Wilkins, Nicholas | 2011 | Associate | 498.90 | $233,959.00 |
| Wilson, Justin T. | 2007 | Associate | 737.70 | $318,652.50 |

| Name | Admission Date | Position | Hours | Fees Accrued |
|---|---|---|---|---|
| Wright, Hannah | 2008 | Associate | 10.40 | $3,120.00 |
| Zawitz, David | 2008 | Associate | 14.50 | $5,772.50 |
| **Associate and Staff Attorney Total** | | | **22,345.90** | **$11,731,661.75** |
| | | | | |
| | | | | |
| Bohls, Dawn | N/A | Library Researcher | 146.30 | $48,489.00 |
| Dana, Anne M. | N/A | Library Researcher | 0.30 | $70.50 |
| Gristwood, Rachel | N/A | Library Researcher | 1.00 | $110.00 |
| Hall, Kevin B. | N/A | Library Researcher | 1.00 | $220.00 |
| Humphreys, Amber | N/A | Library Researcher | 2.70 | $540.00 |
| Jordan, Melissa | N/A | Library Researcher | 0.20 | $44.00 |
| Lemire, Roger A. | N/A | Library Researcher | 1.00 | $220.00 |
| Newton, Rebecca | N/A | Library Researcher | 0.50 | $132.50 |
| Palmer, Lynne S. | N/A | Library Researcher | 0.40 | $88.00 |
| Whorton, Tanya | N/A | Library Researcher | 2.70 | $877.50 |
| **Library Researcher Total** | | | **156.10** | **$50,791.50** |
| | | | | |
| | | | | |
| Bhagroo, Tony | N/A | Litigation Support | 1.50 | $330.00 |
| Campbell, Chad W. | N/A | Litigation Support | 461.90 | $125,580.00 |
| Currin, Alan | N/A | Litigation Support | 466.20 | $147,406.50 |
| Flickinger, Peter F. | N/A | Litigation Support | 25.50 | $6,072.00 |
| Metcalfe, Jonathon | N/A | Litigation Support | 17.90 | $5,298.50 |
| Neal, Stephen | N/A | Litigation Support | 99.30 | $26,178.50 |
| Sutton, Levon | N/A | Litigation Support | 0.50 | $132.50 |
| Zukowski, Todd | N/A | Litigation Support | 39.00 | $9,188.50 |
| **Litigation Support Total** | | | **1,111.80** | **$320,186.50** |
| | | | | |
| | | | | |
| Brooks Jr., Gary | N/A | Paralegal | 2.00 | $430.00 |
| Bruce, Meredith | N/A | Paralegal | 0.40 | $78.00 |
| Capato, Gina M. | N/A | Paralegal | 98.20 | $34,173.50 |
| Carrera, Alex | N/A | Paralegal | 7.50 | $2,012.50 |
| Charles, LeVar F. | N/A | Paralegal | 1.00 | $110.00 |
| Dalton, Sarah | N/A | Paralegal | 12.40 | $2,666.00 |
| Davidson, Gordon | N/A | Paralegal | 3.70 | $943.50 |
| Gardner, Stephanie | N/A | Paralegal | 0.10 | $23.50 |
| Gilroy, Joyce | N/A | Paralegal | 49.30 | $12,058.50 |
| Harris, Susan | N/A | Paralegal | 84.50 | $12,675.00 |
| Hensel, Jeannie H. | N/A | Paralegal | 1,106.20 | $356,387.50 |
| Humphreys, Amber | N/A | Paralegal | 3.90 | $815.00 |
| Kehoe, Paul T. | N/A | Paralegal | 147.20 | $49,322.00 |
| Lepine, Gina M. | N/A | Paralegal | 12.40 | $4,450.00 |
| Morrow, Trina | N/A | Paralegal | 3.70 | $1,202.50 |
| Murray, Ann C. | N/A | Paralegal | 142.10 | $50,498.00 |
| Nieves, Roberto | N/A | Paralegal | 8.50 | $1,872.50 |

| Name | Admission Date | Position | Hours | Fees Accrued |
|---|---|---|---|---|
| Obach, Andrew | N/A | Paralegal | 56.00 | $12,040.00 |
| Owens, Angela M. | N/A | Paralegal | 2,009.80 | $521,671.00 |
| Parish, Shawn | N/A | Paralegal | 24.20 | $7,653.00 |
| Peskowitz, Adam | N/A | Paralegal | 1.70 | $374.00 |
| Plegge, Lisa Doussard | N/A | Paralegal | 4.60 | $1,508.00 |
| Rodriguez, Michelle | N/A | Paralegal | 57.25 | $17,252.50 |
| Ross, Mark | N/A | Paralegal | 40.90 | $12,061.00 |
| Sakason, Alexandra B. | N/A | Paralegal | 76.50 | $17,206.50 |
| Senior, Tim | N/A | Paralegal | 1.60 | $344.00 |
| Sloan, Charles | N/A | Paralegal | 138.00 | $20,700.00 |
| Soverel, Myles C. | N/A | Paralegal | 21.50 | $4,192.50 |
| Trevicano, Luisa | N/A | Paralegal | 16.20 | $4,122.50 |
| von Klemperer, Michael J. | N/A | Paralegal | 0.70 | $161.00 |
| Wingard, Adam | N/A | Paralegal | 62.20 | $9,952.00 |
| Zeller, Donald | N/A | Paralegal | 48.60 | $11,812.50 |
| Ziegler, Julie E. | N/A | Paralegal | 89.10 | $20,493.00 |
| Abdel-Nour, Francesca | N/A | Paralegal | 655.90 | $156,805.50 |
| | **Paralegal Total** | | **4,987.85** | **$1,348,067.00** |
| | | | | |
| | | **Grand Total** | **41,459.80** | **$24,382,334.50** |
| | | | | |
| | | **Attorney Blended Rate** | | **$643.77**[2] |
| | | **Paraprofessional and Staff Blended Rate** | | **$274.79**[3] |

---

[2] The attorney blended rate is determined prior to the application of (1) the various voluntary reductions provided by Bingham and described in Paragraph 34 of the Application and (2) the reductions agreed upon by Bingham and the Fee Committee.  The actual blended rate paid by Debtors is lower once these adjustments are taken into account.

[3] The paraprofessional and staff blended rate is determined prior to the application of (1) the various voluntary reductions provided by Bingham and described in Paragraph 34 of the Application and (2) the reductions agreed upon by Bingham and the Fee Committee.  The actual blended rate paid by Debtors is lower once these adjustments are taken into account.

## SUMMARY OF FEES REQUESTED BY TIMEKEEPER CATEGORY DURING COMPENSATION PERIOD

| Total Fees | | |
|---|---|---|
| **Position** | **Total Hours** | **Total Fees** |
| Partner | 12,237.25 | $10,431,720.25 |
| Of Counsel | 561.70 | $461,252.50 |
| Counsel | 59.20 | $38,655.00 |
| Associate and Staff Attorney | 22,345.90 | $11,731,661.75 |
| Library Researcher | 156.10 | $50,791.50 |
| Litigation Support | 1,111.80 | $320,186.50 |
| Paralegal | 4,987.85 | $1,348,067.00 |
| **Subtotal** | **41,459.80** | **$24,382,334.50** |
| | | |
| **Additions to Total Fees** | | |
| Amount Due Bingham from Fee Committee Retrospective Review of 1st through 5th Applications | | $164,459.36 |
| | | |
| **Reductions to Total Fees** | | |
| Voluntary Reductions Made in Interim Fee Applications | | ($67,143.10) |
| Credits Applied to Reflect Discount Due Debtors from Agreed Interim Fee Applications | | ($653,833.55) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Tenth Interim Fee Periods | | ($460,203.37) |
| Credit for Discount Attributable to 7th through 10th Interim Fee Applications | | ($750,000.00) |
| Bingham Concession to Achieve Global Settlement | | ($63,675.00) |
| | | |
| **TOTAL FEES REQUESTED** | | **$22,551,938.84** |

## Expenses Incurred During Compensation Period

| Expense Category | Actual Expense |
|---|---|
| Closing CDs | $5,488.06 |
| Consulting | $1,060,388.11 |
| Court Costs | $988.27 |
| Depositions and Transcripts | $614.33 |
| Facsimile | $303.12 |
| Filing Fees | $20,324.55 |
| Ground Transportation | $5,301.85 |
| Index/Binding | $2,258.28 |
| Library Retrieval Services | $3,177.96 |
| Meals: Client Meeting | $14,313.78 |
| Meals: Overtime | $186.88 |
| Meals: Working Lunch | $512.95 |
| Meeting Space | $3,469.35 |
| Online Legal Research | $167,875.28 |
| Other Electronic Research | $9,734.64 |
| Outside Service: Copy & Printing | $7,164.05 |
| Overnight/Express Delivery | $13,107.61 |
| Overtime Ground Transportation | $134.16 |
| Overtime Meals | $209.59 |
| Photocopies | $52,233.54 |
| Photocopies: Color | $4,022.69 |
| Scanning | $3,476.68 |
| Teleconference Charges | $1,159.29 |
| Telephone Charges | $2,733.04 |
| Travel: Air Transportation | $250,742.36 |
| Travel: Coach Services | $28,525.40 |
| Travel: Ground Transportation | $32,908.45 |
| Travel: Lodging | $125,363.72 |
| Travel: Meals | $11,612.80 |
| Travel: Miscellaneous | $18.00 |
| Travel: Parking | $1,098.00 |
| Travel: Rail Transportation | $42,322.79 |
| Travel: Telephone | $694.63 |
| **Subtotal of All Expense Categories** | **$1,872,464.21** |
| Voluntary Reductions Made in Monthly Statements | ($158,730.16) |
| Voluntary Reductions Made in Interim Fee Applications | ($11,266.15) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Tenth Interim Fee Periods | ($38,926.74) |
|  |  |
| **Total Expenses Requested** | **$1,663,541.16** |

## Summary of Fees and Expenses Requested and Approved

| | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|
| **First Interim Period**<br>(September 15, 2008 - January 31, 2009) | $2,727,562.00 | $105,916.85 | $2,727,562.00 | $105,916.85 |
| **Second Interim Period[4]**<br>(February 1, 2009 - May 31, 2009) | $2,967,972.25 | $171,034.92 | $2,881,554.08 | $171,034.92 |
| **Third Interim Period[5]**<br>(June 1, 2009 - September 30, 2009) | $2,674,901.00 | $108,636.71 | $2,594,831.51 | $107,213.40 |
| **Fourth Interim Period**<br>(October 1, 2009 - January 31, 2010) | $2,605,491.77 | $97,483.70 | $2,485,041.94 | $87,857.38 |
| **Fifth Interim Period[6]**<br>(February 1, 2010 - May 31, 2010) | $2,746,440.48 | $103,873.32 | $2,616,539.44 | $103,363.01 |
| **Sixth Interim Period[7]**<br>(June 1, 2010 - September 30, 2010) | $2,042,918.90 | $188,198.37 | $2,010,384.15 | $187,655.49 |
| **Seventh Interim Period[8]**<br>(October 1, 2010 - January 31, 2011) | $1,683,554.39 | $206,529.67 | $1,679,950.30 | $205,944.85 |
| **Eighth Interim Period[9]**<br>(February 1, 2011 - May 31, 2011) | $1,919,507.31 | $144,616.38 | $1,914,623.81 | $144,188.26 |
| **Ninth Interim Period**<br>(June 1, 2011 - September 30, 2011) | $1,559,850.00 | $140,707.96 | $1,559,252.50 | $140,707.96 |
| **Tenth Interim Period**<br>(October 1, 2011 - March 6, 2012) | $2,733,159.75 | $435,470.02 | $2,731,414.75 | $409,659.04 |
| **TOTAL** | **$23,661,357.85[10]** | **$1,702,467.90[11]** | **$23,201,154.48** | **$1,663,541.16** |

---

[4] Includes adjustments to fees and expenses of $2,795.00 and $4,144.55, respectively, for the various voluntary reductions described in Paragraph 34 of this Application.

[5] Includes an adjustment to expenses of $2,070.74 for the various voluntary reductions described in Paragraph 34 of this Application.

[6] Includes adjustments to fees and expenses of $212,756.02 and $2,679.50, respectively, for the various voluntary reductions described in Paragraph 34 of this Application.

[7] Includes adjustments to fees and expenses of $135,206.35 and $1,505.46, respectively, for the various voluntary reductions described in Paragraph 34 of this Application.

[8] Includes adjustments to fees and expenses of $170,569.86 and $493.85, respectively, for the various voluntary reductions described in Paragraph 34 of this Application.

[9] Includes adjustments to fees and expenses of $171,370.19 and $372.05, respectively, for the various voluntary reductions described in Paragraph 34 of this Application.

[10] Bingham now requests $22,551,938.84 in fees, which reflects additional total reductions of $460,203.38 agreed upon by Bingham and the Fee Committee for the First through Tenth Interim Fee Periods, a $750,000 Credit from Bingham Attributable to the Seventh through Tenth Interim Fee Applications; a $63,675.00 Concession by Bingham to achieve Global Settlement and a total of $164,459.36 returned to Bingham after the Fee Committee's Retrospective Review of the 1st through 5th Fee Applications.

[11] Bingham now requests $1,663,541.16 in expenses, which reflects additional total reductions of $38,926.74 agreed upon by Bingham and the Fee Committee for the First through Tenth Interim Fee Periods.

## Summary of Total Hours and Fees Incurred by Professional

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Abdel-Nour, Francesca | N/A | Paralegal | $215.00 | 52.7 | $11,330.50 |
| | | | $230.00 | 208.9 | $48,047.00 |
| | | | $240.00 | 166.9 | $40,056.00 |
| | | | $250.00 | 175.2 | $43,800.00 |
| | | | $260.00 | 52.2 | $13,572.00 |
| Alter, Jonathan B. | 1989 | Partner | $915.00 | 0.7 | $640.50 |
| | | | $950.00 | 2.3 | $2,185.00 |
| Amanti, Lena M. | 2004 | Associate | $620.00 | 203.7 | $126,294.00 |
| | | | $670.00 | 3 | $2,010.00 |
| Anglin, Raechel Keay | 2008 | Associate | $470.00 | 29.1 | $13,677.00 |
| Armitage, J. Clark | 1991 | Of Counsel | $950.00 | 45.6 | $41,895.00 |
| | | | $990.00 | 108.3 | $107,217.00 |
| Arnholz, John | 1986 | Partner | $950.00 | 1 | $950.00 |
| | | | $995.00 | 4 | $3,980.00 |
| Bahar, Ardrelle | 2001 | Staff Attorney | $355.00 | 243.6 | $86,478.00 |
| | | | $370.00 | 148.4 | $54,908.00 |
| | | | $370.00 | 12.5 | $4,625.00 |
| Banvard, Honor | 2008 | Associate | $375.00 | 23.1 | $8,662.50 |
| | | | $420.00 | 144.4 | $60,648.00 |
| | | | $470.00 | 89.8 | $42,206.00 |
| | | | $555.00 | 29.4 | $16,317.00 |
| Bhagroo, Tony | N/A | Litigation Support | $220.00 | 1.5 | $330.00 |
| Blanchard, Jr., Hartman E. | 1994 | Partner | $765.00 | 280.80 | $197,867.25 |
| | | | $790.00 | 831 | $615,805.00 |
| | | | $825.00 | 265.5 | $203,238.75 |
| Boelitz, Anna M. | 1997 | Of Counsel | $635.00 | 4.6 | $2,921.00 |
| Bohls, Dawn | N/A | Library Researcher | $325.00 | 33.5 | $10,887.50 |
| | | | $325.00 | 71.5 | $23,237.50 |
| | | | $345.00 | 33.6 | $11,592.00 |
| | | | $360.00 | 7.7 | $2,772.00 |
| Bowers, Chris | 1999 | Partner | $795.00 | 201.1 | $159,874.50 |
| | | | $895.00 | 883.6 | $790,822.00 |
| | | | $940.00 | 1,000.9 | $915,795.00 |
| | | | $940.00 | 552.9 | $473,995.00 |
| | | | $990.00 | 105.3 | $100,287.00 |

---

[12] Consistent with Fee Committee guidelines, all non-working travel time was billed at 50% of the billing rates listed in Exhibit B.

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Bridgeman, James D. | 1981 | Partner | $970.00 | 137.2 | $133,084.00 |
| | | | $995.00 | 82.8 | $82,386.00 |
| | | | $1,025.00 | 10.6 | $10,865.00 |
| Brockway, David H. | 1972 | Partner | $975.00 | 0.8 | $780.00 |
| | | | $995.00 | 194.9 | $193,925.50 |
| | | | $1,065.00 | 229.8 | $242,127.75 |
| Brody, Steven G. | 1987 | Partner | $875.00 | 18.1 | $15,837.50 |
| | | | $910.00 | 43.8 | $39,858.00 |
| | | | $945.00 | 25.6 | $24,192.00 |
| Brooks Jr., Gary | N/A | Paralegal | $215.00 | 2 | $430.00 |
| Bruce, Meredith | N/A | Paralegal | $195.00 | 0.4 | $78.00 |
| Buch, Ronald L. | 1993 | Partner | $735.00 | 2.7 | $1,984.50 |
| | | | $780.00 | 170.7 | $133,146.00 |
| | | | $820.00 | 188.5 | $145,591.00 |
| | | | $935.00 | 202.4 | $174,330.75 |
| | | | $970.00 | 5.8 | $5,626.00 |
| Buddhdev, Sheena | 1999 | Of Counsel | $715.00 | 49.8 | $35,607.00 |
| Campbell, Chad W. | N/A | Litigation Support | $260.00 | 41.8 | $10,868.00 |
| | | | $280.00 | 371.5 | $104,020.00 |
| | | | $220.00 | 48.6 | $10,692.00 |
| Capato, Gina M. | N/A | Paralegal | $305.00 | 1 | $305.00 |
| | | | $325.00 | 7.5 | $2,437.50 |
| | | | $340.00 | 27.5 | $9,350.00 |
| | | | $355.00 | 62.2 | $22,081.00 |
| Carpenter-Holmes, Amy K. | 1998 | Partner | $720.00 | 0.3 | $216.00 |
| | | | $785.00 | 0.3 | $235.50 |
| Carrera, Edgar Alex | N/A | Paralegal | $255.00 | 3.5 | $892.50 |
| | | | $280.00 | 4 | $1,120.00 |
| Carroll, Tom | 2009 | Law Clerk | $330.00 | 18.6 | $6,138.00 |
| Cejudo, William P. | 1989 | Partner | $765.00 | 0.4 | $306.00 |
| | | | $815.00 | 0.2 | $163.00 |
| | | | $855.00 | 4.9 | $4,189.50 |
| Charles, LeVar F. | N/A | Paralegal | $110.00 | 1 | $110.00 |
| Chen-Young, Claudine | 2003 | Associate | $555.00 | 21.7 | $12,043.50 |
| | | | $620.00 | 52.5 | $32,550.00 |
| Cox, Sean A. | 2010 | Associate | $360.00 | 15.2 | $5,472.00 |
| | | | $480.00 | 1.3 | $624.00 |
| Currin, Alan | N/A | Litigation Support | $305.00 | 121.4 | $37,027.00 |
| | | | $325.00 | 299.3 | $97,272.50 |
| | | | $288.07 | 45.5 | $13,107.00 |
| Curtin, David J. | 1972 | Partner | $1,095.00 | 0.4 | $438.00 |
| Dalton, Sarah | N/A | Paralegal | $215.00 | 12.4 | $2,666.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Dana, Anne M. | N/A | Library Researcher | $235.00 | 0.3 | $70.50 |
| Davidson, Gordon | N/A | Library Researcher | $255.00 | 3.7 | $943.50 |
| Davis, Richard L. | 2000 | Partner | $630.00 | 4.7 | $2,961.00 |
| Davis-Diehl, Joseph | 2008 | Law Clerk | $375.00 | 11.6 | $4,350.00 |
| | | | $420.00 | 0.5 | $210.00 |
| Dawkins, Mark | 1985 | Partner | $875.00 | 12.3 | $10,762.50 |
| Desmond, Michael | 1994 | Partner | $895.00 | 124.6 | $111,517.00 |
| | | | $950.00 | 33.6 | $31,920.00 |
| | | | $995.00 | 3.8 | $3,781.00 |
| | | | $1,025.00 | 1 | $1,025.00 |
| Dillon, Sheri A. | 1999 | Partner | $765.00 | 258.2 | $197,523.00 |
| | | | $815.00 | 739 | $602,285.00 |
| | | | $855.00 | 581.1 | $494,660.25 |
| | | | $935.00 | 254.2 | $225,054.50 |
| | | | $970.00 | 21 | $20,370.00 |
| Eckas, Scott E. | 1990 | Partner | $745.00 | 0.2 | $149.00 |
| | | | $800.00 | 8 | $6,400.00 |
| El-Mallawany, Deana | 2008 | Associate | $610.00 | 23.4 | $14,274.00 |
| Farmer, Scott | 1989 | Partner | $995.00 | 1 | $995.00 |
| Fitzgerald, Brian W. | 1981 | Partner | $785.00 | 1 | $785.00 |
| Flaherty, Renee D. | 2012 | Associate | $469.80 | 179.7 | $84,422.50 |
| Flickinger, Peter F. | N/A | Litigation Support | $255.00 | 13.2 | $3,366.00 |
| | | | $220.00 | 12.3 | $2,706.00 |
| Gainor, Edward E. | 1992 | Partner | $865.00 | 1.75 | $1,513.75 |
| | | | $920.00 | 2.8 | $2,576.00 |
| | | | $965.00 | 0.4 | $386.00 |
| Gardner, Stephanie | N/A | Paralegal | $235.00 | 0.1 | $23.50 |
| Gilroy, Joyce | N/A | Paralegal | $235.00 | 2 | $470.00 |
| | | | $245.00 | 47.3 | $11,588.50 |
| Glass, Jason E. | 2009 | Associate | $375.00 | 36.3 | $13,612.50 |
| | | | $330.00 | 24.6 | $8,118.00 |
| | | | $400.00 | 7.9 | $3,160.00 |
| Goff, Bryan P. | 2008 | Associate | $360.00 | 41.8 | $15,048.00 |
| Goldman, Gerald | 1968 | Of Counsel | $950.00 | 2.5 | $2,375.00 |
| | | | $995.00 | 123.8 | $123,181.00 |
| Gouwar, James A. | 1988 | Partner | $915.00 | 0.2 | $183.00 |
| | | | $970.00 | 0.7 | $679.00 |
| | | | $995.00 | 0.3 | $298.50 |
| Greer, Stefanie | 2002 | Of Counsel | $635.00 | 125 | $79,375.00 |
| | | | $665.00 | 62.9 | $41,828.50 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| | | | $690.00 | 3.4 | $2,346.00 |
| Gristwood, Rachel | N/A | Library Researcher | $110.00 | 1 | $110.00 |
| Gross, Robert J. | 1998 | Partner | $645.00 | 17.9 | $11,545.50 |
| | | | $685.00 | 9.8 | $6,713.00 |
| | | | $720.00 | 0.3 | $216.00 |
| | | | $750.00 | 22.4 | $16,800.00 |
| Hagan, Robert P. | 2007 | Associate | $415.00 | 20.6 | $8,549.00 |
| | | | $510.00 | 19.3 | $9,843.00 |
| | | | $590.00 | 21.8 | $12,862.00 |
| | | | $640.00 | 20.7 | $13,248.00 |
| Hall, Kevin B. | N/A | Library Researcher | $220.00 | 1 | $220.00 |
| Harris, Susan | N/A | Paralegal | $150.00 | 84.5 | $12,675.00 |
| Hensel, Jeannie H. | N/A | Paralegal | $305.00 | 30.5 | $9,302.50 |
| | | | $325.00 | 391 | $127,075.00 |
| | | | $340.00 | 445.5 | $151,470.00 |
| | | | $275.61 | 211.5 | $58,291.00 |
| | | | $370.00 | 27.7 | $10,249.00 |
| Herald, Asa J. | 2002 | Counsel | $665.00 | 6.7 | $4,455.50 |
| Hintmann, Brooke E. | 2002 | Associate | $585.00 | 148.7 | $86,989.50 |
| | | | $665.00 | 277.1 | $184,271.50 |
| | | | $665.00 | 282.6 | $187,929.00 |
| Howard, Jasper A. | 1989 | Partner | $915.00 | 2.4 | $2,196.00 |
| | | | $970.00 | 4 | $3,880.00 |
| | | | $995.00 | 4.9 | $4,875.50 |
| | | | $1,025.00 | 1.3 | $1,332.50 |
| Huffman, Gary R. | 1988 | Partner | $970.00 | 0.8 | $776.00 |
| Humphreys, Amber | N/A | Library Researcher | $200.00 | 3.1 | $620.00 |
| | | | $210.00 | 3.5 | $735.00 |
| Janiga, Matthew | 2009 | Law Clerk | $375.00 | 14.2 | $5,325.00 |
| | | | $420.00 | 0.5 | $210.00 |
| Jaramillo, Victor | 2008 | Associate | $375.00 | 43.5 | $16,312.50 |
| | | | $420.00 | 551.6 | $231,672.00 |
| | | | $470.00 | 17.8 | $8,366.00 |
| Jewett, Susan | 1977 | Of Counsel | $950.00 | 1 | $950.00 |
| Johnson, Jeffrey R. | 1993 | Partner | $685.00 | 43 | $29,455.00 |
| | | | $730.00 | 113.9 | $83,147.00 |
| | | | $765.00 | 55.4 | $42,381.00 |
| | | | $850.00 | 42.9 | $36,465.00 |
| | | | $895.00 | 2 | $1,790.00 |
| Jordan, Melissa | N/A | Library Researcher | $220.00 | 0.2 | $44.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Katcher, Robert A. | 1978 | Partner | $915.00 | 3 | $2,745.00 |
| | | | $970.00 | 1.3 | $1,261.00 |
| | | | $995.00 | 0.3 | $298.50 |
| | | | $1,025.00 | 12.9 | $13,222.50 |
| | | | $1,065.00 | 0.5 | $532.50 |
| Kehoe, Paul T. | N/A | Paralegal | $325.00 | 52.1 | $16,932.50 |
| | | | $340.00 | 91.4 | $31,076.00 |
| | | | $355.00 | 3.7 | $1,313.50 |
| Killian, Bryan M. | 2006 | Associate | $560.00 | 4 | $2,240.00 |
| | | | $637.56 | 12.3 | $7,842.00 |
| Kim, Minsoon Sharon | 2003 | Associate | $555.00 | 2.5 | $1,387.50 |
| King, Micah | 2005 | Associate | $480.00 | 173.2 | $83,136.00 |
| | | | $560.00 | 78.8 | $44,128.00 |
| Kingsley, Darius | 1995 | Partner | $705.00 | 2.5 | $1,762.50 |
| Kitchin, Miles | 2010 | Law Clerk | $375.00 | 28.9 | $10,837.50 |
| | | | $395.12 | 73.5 | $29,041.50 |
| Kliegman, Matthew I. | | Of Counsel | $690.00 | 5.7 | $3,933.00 |
| Klippert, Barbara D. | 1976 | Partner | $865.00 | 0.8 | $692.00 |
| Krause, Arielle S. | 2007 | Associate | $395.00 | 27.2 | $10,744.00 |
| | | | $440.00 | 13.7 | $6,028.00 |
| | | | $535.00 | 2.9 | $1,551.50 |
| Kroll, Amy | 1992 | Partner | $730.00 | 11.7 | $8,541.00 |
| Kummer, Michael | 2008 | Associate | $465.91 | 301.8 | $138,513.50 |
| | | | $510.00 | 75.9 | $38,709.00 |
| Laughlin, Anne M. | 2008 | Associate | $395.00 | 129.4 | $51,113.00 |
| | | | $440.00 | 431.9 | $190,036.00 |
| Lawson, Matthew J. | 2005 | Counsel | $620.00 | 6.1 | $3,782.00 |
| Lemire, Roger A. | N/A | Library Researcher | $220.00 | 1 | $220.00 |
| Leonard, Bob | 2007 | Associate | $395.00 | 95.6 | $37,762.00 |
| | | | $440.00 | 297.8 | $131,032.00 |
| | | | $535.00 | 705.1 | $374,286.00 |
| | | | $610.00 | 98.4 | $58,285.50 |
| | | | $665.00 | 12 | $7,980.00 |
| Leonard, Robert G. | 1986 | Partner | $860.00 | 2.4 | $2,064.00 |
| Lepine, Gina M. | N/A | Paralegal | $355.00 | 9.2 | $3,266.00 |
| | | | $370.00 | 3.2 | $1,184.00 |
| Levin, Michelle A. | 2007 | Associate | $480.00 | 1 | $480.00 |
| | | | $560.00 | 34.8 | $19,488.00 |
| | | | $620.00 | 0.3 | $186.00 |
| Levy, Michael N. | 1991 | Partner | $795.00 | 4.8 | $3,816.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| | | | $865.00 | 11.7 | $10,120.50 |
| | | | $910.00 | 35.3 | $32,123.00 |
| | | | $945.00 | 61.5 | $56,559.00 |
| Leyland, Jessica | 2007 | Law Clerk | $415.00 | 2.5 | $1,037.50 |
| | | | $510.00 | 0.3 | $153.00 |
| Leyva, Natan J. | 2000 | Partner | $715.00 | 69.4 | $49,621.00 |
| | | | $760.00 | 609.6 | $463,296.00 |
| | | | $815.00 | 430.6 | $341,729.50 |
| | | | $895.00 | 24.3 | $21,748.50 |
| Lo, Audrey | 2007 | Associate | $535.00 | 81.1 | $43,388.50 |
| | | | $610.00 | 7.3 | $4,453.00 |
| Lu, Karen | 2007 | Associate | $535.00 | 132.6 | $70,941.00 |
| | | | $610.00 | 15.3 | $9,333.00 |
| Madan, Raj | 1993 | Partner | $815.00 | 509.7 | $415,405.50 |
| | | | $895.00 | 1,160.20 | $1,038,379.00 |
| | | | $940.00 | 796.3 | $735,409.00 |
| | | | $940.00 | 439.2 | $387,045.00 |
| | | | $990.00 | 80.4 | $72,715.50 |
| Magee, John B. | 1972 | Partner | $975.00 | 2 | $1,950.00 |
| | | | $995.00 | 91.9 | $91,440.50 |
| | | | $1,065.00 | 0.5 | $532.50 |
| Marcus, David | 1995 | Counsel | $290.00 | 0.4 | $116.00 |
| Margulies, Oren P. | 2006 | Associate | $415.00 | 33.4 | $13,861.00 |
| | | | $510.00 | 613.6 | $312,936.00 |
| | | | $584.27 | 334.5 | $195,437.50 |
| | | | $640.00 | 182.9 | $117,056.00 |
| | | | $695.00 | 50.9 | $35,375.50 |
| Martin, Alexis | 2010 | Associate | $490.00 | 13.1 | $6,419.00 |
| Martin, Elizabeth L. | 2004 | Associate | $555.00 | 6.1 | $3,385.50 |
| | | | $620.00 | 10.4 | $6,448.00 |
| | | | $670.00 | 18.1 | $12,127.00 |
| | | | $715.00 | 15.7 | $11,225.50 |
| McGrath, James C. | 1993 | Partner | $680.00 | 7.4 | $5,032.00 |
| McKee, Bill | 1970 | Partner | $1,095.00 | 0.3 | $328.50 |
| Mears, Veronica | 2008 | Associate | $395.00 | 37.5 | $14,812.50 |
| | | | $440.00 | 119.7 | $52,668.00 |
| | | | $535.00 | 24.7 | $13,214.50 |
| Metcalfe, Jonathon | N/A | Litigation Support | $241.56 | 3.2 | $773.00 |
| | | | $307.86 | 14.7 | $4,525.50 |
| Mezei, Saul | 2003 | Associate | $510.00 | 279.6 | $142,596.00 |
| | | | $580.00 | 175.7 | $101,906.00 |
| | | | $640.00 | 133.5 | $85,440.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| | | | $695.00 | 23.7 | $16,471.50 |
| Mohan, Anand | 2008 | Associate | $375.00 | 19.5 | $7,312.50 |
| | | | $420.00 | 37.3 | $15,666.00 |
| | | | $470.00 | 5.9 | $2,773.00 |
| Morreale, Peter C. | 1994 | Partner | $760.00 | 1 | $760.00 |
| Morrow, Trina | N/A | Library Researcher | $325.00 | 3.7 | $1,202.50 |
| Muaddi, Jawad | 2008 | Associate | $360.00 | 18.3 | $6,588.00 |
| Murdock, John | 1999 | Staff Attorney | $370.00 | 208.8 | $77,256.00 |
| | | | $370.00 | 4 | $1,480.00 |
| Murphy, Christopher P. | 2007 | Associate | $415.00 | 36.6 | $15,189.00 |
| | | | $510.00 | 47.7 | $24,327.00 |
| | | | $580.00 | 0.8 | $464.00 |
| Murray, Ann C. | N/A | Paralegal | $340.00 | 2 | $680.00 |
| | | | $355.00 | 134.6 | $47,783.00 |
| | | | $370.00 | 5.5 | $2,035.00 |
| Neal, Stephen | N/A | Litigation Support | $250.00 | 14.6 | $3,650.00 |
| | | | $265.00 | 76.4 | $20,246.00 |
| | | | $275.00 | 8.3 | $2,282.50 |
| Nelson, William F. | 1972 | Partner | $995.00 | 1.3 | $1,293.50 |
| | | | $995.00 | 0.9 | $895.50 |
| | | | $1,065.00 | 2.2 | $2,343.00 |
| | | | $1,095.00 | 1 | $1,095.00 |
| Neuberg, Elisabeth | 2003 | Counsel | $695.00 | 1.5 | $1,042.50 |
| Newton, Rebecca | N/A | Library Researcher | $265.00 | 0.5 | $132.50 |
| Nieves, Roberto | N/A | Paralegal | $215.00 | 5.5 | $1,182.50 |
| | | | $230.00 | 3 | $690.00 |
| Obach, Andrew | N/A | Paralegal | $215.00 | 56 | $12,040.00 |
| O'Brien, Michael P. | 1975 | Partner | $895.00 | 0.5 | $447.50 |
| Otero, Kevin | 2005 | Associate | $505.00 | 120.2 | $60,701.00 |
| | | | $590.00 | 245.6 | $144,904.00 |
| | | | $650.00 | 639.8 | $414,375.00 |
| | | | $690.00 | 40 | $25,185.00 |
| Owens, Angela M. | N/A | Paralegal | $240.00 | 225.5 | $54,120.00 |
| | | | $255.00 | 783.2 | $199,716.00 |
| | | | $265.00 | 582.2 | $154,283.00 |
| | | | $268.25 | 364.5 | $97,776.00 |
| | | | $290.00 | 54.4 | $15,776.00 |
| Pai, Sarah | 2007 | Associate | $395.00 | 87.3 | $34,483.50 |
| | | | $440.00 | 114.5 | $50,380.00 |
| Palmer, Lynne S. | N/A | Library Researcher | $220.00 | 0.4 | $88.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Parish, Shawn | N/A | Paralegal | $315.00 | 22.2 | $6,993.00 |
| | | | $330.00 | 2 | $660.00 |
| Peppelman, David J. | 2008 | Associate | $395.00 | 13.1 | $5,174.50 |
| | | | $440.00 | 12.2 | $5,368.00 |
| | | | $535.00 | 143.1 | $76,558.50 |
| | | | $610.00 | 63 | $38,430.00 |
| Peskowitz, Adam | N/A | Paralegal | $220.00 | 1.7 | $374.00 |
| Phelan, Todd | 2008 | Law Clerk | $395.00 | 6.9 | $2,725.50 |
| Plank, Thomas | 1975 | Of Counsel | $1,045.00 | 0.3 | $313.50 |
| Plegge, Lisa Doussard | N/A | Associate | $305.00 | 2.5 | $762.50 |
| | | | $355.00 | 2.1 | $745.50 |
| Rankin, Kiara L. | 2007 | Associate | $440.00 | 1,098.70 | $483,428.00 |
| | | | $535.00 | 1,450.3 | $759,165.00 |
| | | | $610.00 | 1,726.30 | $1,013,423.50 |
| | | | $665.00 | 342.7 | $223,174.00 |
| Redmond, Lothlorien | 2005 | Associate | $650.00 | 0.2 | $130.00 |
| | | | $590.00 | 6.7 | $3,953.00 |
| Robins, Sima Gavriella | 2009 | Associate | $555.00 | 8.8 | $4,884.00 |
| Rodriguez, Michelle | N/A | Paralegal | $298.71 | 47.95 | $14,323.00 |
| | | | $315.00 | 9.3 | $2,929.50 |
| Ross, Mark | N/A | Paralegal | $280.00 | 14.4 | $4,032.00 |
| | | | $295.00 | 12.4 | $3,658.00 |
| | | | $310.00 | 14.1 | $4,371.00 |
| Sadler, Tim P. | 1975 | Counsel | $645.00 | 28.5 | $18,382.50 |
| Sakason, Alexandra B. | N/A | Paralegal | $215.00 | 25.9 | $5,568.50 |
| | | | $230.00 | 50.6 | $11,638.00 |
| Salmons, David B. | 1998 | Partner | $800.00 | 9.1 | $7,280.00 |
| | | | $821.10 | 7.7 | $6,322.50 |
| Santamaria, Monisha | N/A | Associate - Summer | $0.00 | 48.1 | $0.00 |
| Schatz, Brian D. | 2009 | Associate | $490.00 | 6.3 | $3,087.00 |
| | | | $575.00 | 156.9 | $90,217.50 |
| Schonholz, Matthew | N/A | Litigation Support | $255.00 | 13.1 | $3,340.50 |
| Senior, Tim | N/A | Paralegal | $215.00 | 1.6 | $344.00 |
| Sharon, Craig A. | 1988 | Partner | $1,140.00 | 3 | $3,420.00 |
| Sheckler, John O | 2007 | Staff Attorney | $370.00 | 89.9 | $33,263.00 |
| Sloan, Charles | N/A | Paralegal | $150.00 | 138 | $20,700.00 |
| Smith, David K. | 2008 | Associate | $490.00 | 14.8 | $7,252.00 |
| Sosna, Daniel | 2010 | Associate | $460.00 | 323.9 | $148,258.00 |
| | | | $510.00 | 133.2 | $67,932.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Soverel, Myles C. | N/A | Paralegal | $195.00 | 21.5 | $4,192.50 |
| Speaker, Michael P. | 2003 | Law Clerk | $555.00 | 1.3 | $721.50 |
| Stark, Richard C. | 1994 | Partner | $820.00 | 1.3 | $1,066.00 |
| Strawbridge, Patrick | 2004 | Associate | $650.00 | 2.7 | $1,755.00 |
| Stults, Kevin R. | 2005 | Associate | $480.00 | 506.7 | $243,216.00 |
| | | | $560.00 | 1,638.30 | $917,448.00 |
| | | | $620.00 | 1,204.7 | $742,047.00 |
| | | | $670.00 | 678.3 | $446,689.00 |
| | | | $715.00 | 294.4 | $203,631.50 |
| Sundar, Smitha | 2010 | Associate | $490.00 | 33.6 | $16,464.00 |
| Sutton, Levon | N/A | Litigation Support | $265.00 | 0.5 | $132.50 |
| Sweet, Charles A. | 1986 | Partner | $845.00 | 2.3 | $1,943.50 |
| | | | $885.00 | 8.5 | $7,522.50 |
| | | | $950.00 | 7.3 | $6,935.00 |
| Tatarowicz, Chris | 2009 | Associate | $330.00 | 53.4 | $17,622.00 |
| Taylor, Victoria | 2008 | Associate | $510.00 | 0.2 | $102.00 |
| | | | $595.60 | 46.6 | $27,755.00 |
| Tidwell, Royce | 2007 | Associate | $395.00 | 9.4 | $3,713.00 |
| | | | $440.00 | 167.5 | $73,700.00 |
| | | | $535.00 | 401.7 | $213,331.00 |
| | | | $610.00 | 239 | $144,875.00 |
| | | | $665.00 | 52.3 | $34,779.50 |
| Trevicano, Luisa | N/A | Paralegal | $240.00 | 4.1 | $984.00 |
| | | | $255.00 | 9.5 | $2,422.50 |
| | | | $265.00 | 0.8 | $212.00 |
| | | | $280.00 | 1.8 | $504.00 |
| Ussing, C. Terrell | N/A | Associate - Summer | $0.00 | 18.3 | $0.00 |
| von Klemperer, Michael J. | N/A | Paralegal | $230.00 | 0.7 | $161.00 |
| Wacker, Nathan P. | 2010 | Associate | $440.00 | 201.8 | $88,792.00 |
| | | | $456.38 | 466.6 | $207,966.00 |
| | | | $510.00 | 13.2 | $6,732.00 |
| Walsh, Suzanne M. | 2005 | Associate | $590.00 | 17.8 | $10,502.00 |
| Weisbach, David | | | $1,045.00 | 0.8 | $836.00 |
| Whorton, Tanya | N/A | Library Researcher | $325.00 | 2.7 | $877.50 |
| Wideman, Lauren B. | 2009 | Associate | $484.05 | 102.9 | $49,808.50 |
| Wilkins, Nicholas | 2007 | Associate | $460.00 | 409.6 | $188,416.00 |
| | | | $510.00 | 89.3 | $45,543.00 |
| Wilson, Justin T. | 2007 | Associate | $395.00 | 131.9 | $52,100.50 |
| | | | $440.00 | 605.8 | $266,552.00 |

| Timekeeper | Admission Date | Title | Billing Rate[12] | Total Hours Billed | Total Amount Billed |
|---|---|---|---|---|---|
| Wingard, Adam | N/A | Paralegal | $160.00 | 62.2 | $9,952.00 |
| Wright, Hannah | N/A | Associate | $300.00 | 10.4 | $3,120.00 |
| Zawitz, David | 2008 | Associate | $395.00 | 13.5 | $5,332.50 |
| | | | $440.00 | 1 | $440.00 |
| Zeller, Donald | N/A | Paralegal | $240.00 | 38.7 | $9,288.00 |
| | | | $255.00 | 9.9 | $2,524.50 |
| Ziegler, Julie E. | N/A | Paralegal | $230.00 | 89.1 | $20,493.00 |
| Zukowski, Todd | N/A | Litigation Support | $220.00 | 3.1 | $682.00 |
| | | | $235.00 | 28.9 | $6,791.50 |
| | | | $245.00 | 7 | $1,715.00 |
| **Subtotal** | | | | **477,946.65** | **24,382,334.50** |
| | | | | | |
| **Additions to Total Fees** | | | | | |
| Amount Due Bingham from Fee Committee Retrospective Review of 1st through 5th Applications | | | | | $164,459.36 |
| | | | | | |
| **Reductions to Total Fees** | | | | | |
| Voluntary Reductions Made in Interim Fee Applications | | | | | ($67,143.10) |
| Credits Applied to Reflect Discount Due Debtors from Agreed Interim Fee Applications | | | | | ($653,833.55) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Tenth Interim Fee Periods | | | | | ($460,203.37) |
| Credit for Discount Attributable to 7th through 10th Interim Fee Applications | | | | | ($750,000.00) |
| Bingham Concession to Achieve Global Settlement | | | | | ($63,675.00) |
| | | | | | |
| **TOTAL FEES REQUESTED** | | | | | **$22,551,938.84** |

## Summary of Hours and Fees Incurred by Category

| Matter Number | Hours | Fees |
|---|---|---|
| 342678 | 305.00 | $291,087.00 |
| 343744 | 241.80 | $181,978.75 |
| 1101400001 | 489.80 | $277,372.00 |
| 1101400015 | 927.70 | $499,928.25 |
| 1101400382 | 2,280.10 | $1,304,800.00 |
| 1101400395 | 216.40 | $148,077.00 |
| 1101400397 | 413.40 | $269,235.00 |
| 1101400402 | 2,667.30 | $1,747,672.75 |
| 1101400474 | 12,305.30 | $7,173,074.75 |
| 1101400485 | 53.30 | $34,632.50 |
| 1101400489 | 1,441.70 | $948,408.00 |
| 1101400502 | 1,389.40 | $959,042.50 |
| 1101400561 | 2,618.30 | $1,423,893.25 |
| 1101400617 | 87.20 | $36,598.00 |
| 1101400664 | 19.10 | $7,606.00 |
| 1101400665 | 178.10 | $88,462.00 |
| 1101400667 | 1,666.60 | $1,042,848.50 |
| 1101400701 | 377.10 | $222,627.00 |
| 1101400750 | 2,997.70 | $1,704,884.75 |
| 1101400798 | 1,314.10 | $843,661.25 |
| 1101400799 | 88.00 | $40,967.50 |
| 1101400800 | 132.50 | $58,333.00 |
| 1101400801 | 67.50 | $29,142.50 |
| 1101400810 | 51.40 | $21,683.00 |
| 1101400811 | 91.80 | $36,785.50 |
| 1101400849 | 229.00 | $118,035.00 |
| 1101400900 | 506.90 | $350,333.50 |
| 1101400901 | 153.90 | $89,810.50 |
| 1101400902 | 2,319.60 | $1,019,921.25 |
| 1101400903 | 389.60 | $185,454.50 |
| 1101400904 | 59.00 | $33,771.50 |
| 1101400905 | 175.80 | $72,189.00 |
| 1101400906 | 627.90 | $273,502.50 |
| 1101400907 | 570.60 | $286,146.50 |
| 1101400908 | 79.10 | $38,003.00 |
| 1101400909 | 185.00 | $128,438.00 |
| 1101400910 | 1,301.20 | $818,748.00 |
| 1101400911 | 853.30 | $549,859.00 |
| 1101400912 | 1,535.00 | $989,472.50 |
| 1101400913 | 53.30 | $35,849.00 |
| **Subtotal:** | **41,459.80** | **$24,382,334.50** |

| Additions to Total Fees | |
|---|---|
| Amount Due Bingham from Fee Committee Retrospective Review of 1st through 5th Applications | $164,459.36 |
| Reductions to Total Fees | |
| Voluntary Reductions Made in Interim Fee Applications | ($67,143.10) |
| Credits Applied to Reflect Discount Due Debtors from Agreed Interim Fee Applications | ($653,833.55) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Tenth Interim Fee Periods | ($460,203.37) |
| Credit for Discount Attributable to 7th through 10th Interim Fee Applications | ($750,000.00) |
| Bingham Concession to Achieve Global Settlement | ($63,675.00) |
|  |  |
| **TOTAL FEES REQUESTED** | **$22,551,938.84** |

Summary of Expenses

| Expense Category | Actual Expense |
|---|---|
| Closing CDs | $5,488.06 |
| Consulting | $1,060,388.11 |
| Court Costs | $988.27 |
| Depositions and Transcripts | $614.33 |
| Facsimile | $303.12 |
| Filing Fees | $20,324.55 |
| Ground Transportation | $5,301.85 |
| Index/Binding | $2,258.28 |
| Library Retrieval Services | $3,177.96 |
| Meals: Client Meeting | $14,313.78 |
| Meals: Overtime | $186.88 |
| Meals: Working Lunch | $512.95 |
| Meeting Space | $3,469.35 |
| Online Legal Research | $167,875.28 |
| Other Electronic Research | $9,734.64 |
| Outside Service: Copy & Printing | $7,164.05 |
| Overnight/Express Delivery | $13,107.61 |
| Overtime Ground Transportation | $134.16 |
| Overtime Meals | $209.59 |
| Photocopies | $52,233.54 |
| Photocopies: Color | $4,022.69 |
| Scanning | $3,476.68 |
| Teleconference Charges | $1,159.29 |
| Telephone Charges | $2,733.04 |
| Travel: Air Transportation | $250,742.36 |
| Travel: Coach Services | $28,525.40 |
| Travel: Ground Transportation | $32,908.45 |
| Travel: Lodging | $125,363.72 |
| Travel: Meals | $11,612.80 |
| Travel: Miscellaneous | $18.00 |
| Travel: Parking | $1,098.00 |
| Travel: Rail Transportation | $42,322.79 |
| Travel: Telephone | $694.63 |
| **Subtotal of All Expense Categories** | **$1,872,464.21** |
| Voluntary Reductions Made in Monthly Statements | ($158,730.16) |
| Voluntary Reductions Made in Interim Fee Applications | ($11,266.15) |
| Reductions Agreed upon by Bingham and Fee Committee for First Through Tenth Interim Fee Periods | ($38,926.74) |
| | |
| **Total Expenses Requested** | **$1,663,541.16** |