UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                    Debtors.                         : (Jointly Administered)
------------------------------------------------------------------x

## ORDER ALLOWING PROOFS OF CLAIM NUMBERS 55396, 41225, AND 60352

Upon the *Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims Filed Based on Structrued Securities Issued or Guaranteed by Lehman Brothers Holdings Inc.* dated April 27, 2011 [ECF No. 16294] (the "Motion") of the Debtors[1], and in accordance with this Court's order approving the Motion and establishing procedures for the determination of the Allowed amount of Claims based on structured securities issued or guaranteed by Lehman Brothers Holdings Inc. ("LBHI") [ECF No. 19120] (the "Structured Securities Valuation Procedures Order"), all as more fully described in the *Notice of Merits Hearing With Respect to Proofs of Claim Number 55396, 41225, and 60352* [ECF No. 30909] (the "Notice of Merits Hearing") and the *Reply to Responses of Peter Weiss/Renate Anna, Fundacion Isla Cuoto, Aggeliki Bartzi, and Christos Konstas to Notice of Proposed Allowed Claim Amount for Proofs of Claim Number 55396, 41225, and 60352* (the "Reply"); and due and proper notice of the Motion, the Structured Securities Valuation Procedures Order, the Notice of Merits Hearing, and the Reply having been provided; and it appearing that no other or further notice need be provided; and the Motion having been deemed an objection to proofs of claim

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [ECF No. 23023].

number 55396, 41225, and 60352; and the Court having found and determined that the relief sought in the Motion and Reply is in the best interests of LBHI, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion and Reply establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion and Reply is granted to the extent provided herein; and it is further

ORDERED that each Claim listed on Exhibit 1 annexed hereto is allowed in the amount set forth on Exhibit 1 under the column heading "*Proposed Allowed Claim Amount*," and any asserted amounts in excess of such amount are disallowed; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       November 27, 2012

                                            *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE

2

## **Exhibit 1**

## **The Claims:**

| Claimant Name | Claim Number | Relevant ISIN Number | Filed Amount | Proposed Allowed Claim Amount |
|---|---|---|---|---|
| PETER WEISS, RENATE ANNA | 41225 | CH0027120853 | $16,097.00 | $13,520.39 |
| FUNDACION ISLA CUOTO | 60352 | XS0210433206 | $14,662.99 | $14,677.20 |
| AGGELIKI BARTZI (BENEFICIAL HOLDER) | 55396* | XS0336943427 | $4,126,811.00 | $4,123,921.37 |
| CHRISTOS KONSTAS (BENEFICIAL HOLDER) | 55396* | XS0324445807 | $560,940.00 | $560,546.78 |

---

[*] The Plan Administrator is seeking to establish the Allowed amount of Claim Number 55396 solely with respect to the portion of Claim Number 55396 relating to the securities identified by the following International Securities Identification Numbers: XS0336943427 and XS0324445807.