SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
Lawrence V. Gelber

*Attorneys for SuttonBrook Capital Portfolio, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

<u>**NOTICE OF WITHDRAWAL OF CLAIM**</u>

    Reference is made to proof of claim number 67590, filed on July 28, 2011, against Lehman Brothers Holdings, Inc. by SuttonBrook Capital Portfolio, L.P. ("<u>SuttonBrook</u>") in the amount of not less than $2,719,016.00 (the "<u>Claim</u>").

    PLEASE TAKE NOTICE that, through its undersigned counsel, SuttonBrook hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by SuttonBrook other than the Claim. SuttonBrook represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 27, 2012
   New York, New York

              SCHULTE ROTH & ZABEL LLP
              *Attorneys for SuttonBrook Capital Portfolio, L.P.*


        By: /s/ Lawrence V. Gelber
           Lawrence V. Gelber
           919 Third Avenue
           New York, New York 10022
           Telephone: (212) 756-2000
           Facsimile: (212) 593-5955

DOC ID-19345609.1

US_ACTIVE:\44104586\1\58399.0011

United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. Case No. 08-13555 |
|---|---|
| Creditor Name and Address: | SuttonBrook Capital Portfolio, L.P.<br>c/o SuttonBrook Capital Management LP<br>623 5th Avenue, Suite 2602<br>New York, NY 10022 |
| Court Claim Number (if known): | 67590 |
| Date Claim Filed: | July 28, 2011 |
| Total Amount of Claim Filed: | not less than $2,719,016.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/27/2012

Print Name: Richard Potapchuk

Title (if applicable): CFO

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**