**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                          :    Chapter 11
                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :    Case No. 08-13555 (JMP)
                                                :
                                                :    Jointly Administered
                       Debtors.                 :
---------------------------------------------------------------x    Ref. Docket No. 31939

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Hearing on Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012," dated November 7, 2012 [Docket No. 31939],

    by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on November 7, 2012,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on November 7, 2012, and

    iii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on November 9, 2012.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
____ day of November, 2012

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2014

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS, INC.
## E-mail Master Service List

| | | |
|---|---|---|
| aaaronson@dilworthlaw.com | ilevee@lowenstein.com | monica.lawless@brookfieldproperties.com |
| aalfonso@willkie.com | isgreene@hhlaw.com | mpage@kelleydrye.com |
| abeaumont@fklaw.com | israel.dahan@cwt.com | mparry@mosessinger.com |
| abraunstein@riemerlaw.com | iva.uroic@dechert.com | mpomerantz@julienandschlesinger.com |
| acaton@kramerlevin.com | jacobsonn@sec.gov | mprimoff@kayescholer.com |
| acker@chapman.com | james.heaney@lawdeb.com | mpucillo@bermanesq.com |
| adam.brezine@hro.com | james.mcclammy@dpw.com | mrosenthal@gibsondunn.com |
| adarwin@nixonpeabody.com | james.sprayregen@kirkland.com | mruetzel@whitecase.com |
| adiamond@diamondmccarthy.com | jamestecce@quinnemanuel.com | mschimel@sju.edu |
| aeckstein@blankrome.com | jamie.nelson@dubaiic.com | mschlesinger@julienandschlesinger.com |
| aentwistle@entwistle-law.com | jar@outtengolden.com | msegarra@mayerbrown.com |
| afriedman@irell.com | jason.jurgens@cwt.com | mshiner@tuckerlaw.com |
| agbanknewyork@ag.tn.gov | jay.hurst@oag.state.tx.us | msiegel@brownrudnick.com |
| aglenn@kasowitz.com | jay@kleinsolomon.com | msolow@kayescholer.com |
| agold@herrick.com | jbecker@wilmingtontrust.com | mspeiser@stroock.com |
| agoldstein@tnsj-law.com | jbeemer@entwistle-law.com | mstamer@akingump.com |
| aisenberg@saul.com | jbeiers@co.sanmateo.ca.us | mvenditto@reedsmith.com |
| akantesaria@oppenheimerfunds.com | jbird@polsinelli.com | mwarren@mtb.com |
| akolod@mosessinger.com | jbromley@cgsh.com | nathan.spatz@pillsburylaw.com |
| alum@ftportfolios.com | jcarberry@cl-law.com | ncoco@mwe.com |
| amarder@msek.com | jchristian@tobinlaw.com | neal.mann@oag.state.ny.us |
| amartin@sheppardmullin.com | jchubak@proskauer.com | ned.schodek@shearman.com |
| amcmullen@boultcummings.com | jdoran@haslaw.com | neilberger@teamtogut.com |
| amenard@tishmanspeyer.com | jdrucker@coleschotz.com | newyork@sec.gov |
| andrew.brozman@cliffordchance.com | jdyas@halperinlaw.net | nherman@morganlewis.com |
| andrew.lourie@kobrekim.com | jean-david.barnea@usdoj.gov | nickolas.karavolas@pillsburylaw.com |
| angelich.george@arentfox.com | jeanites@whiteandwilliams.com | nissay_10259-0154@mhmjapan.com |
| ann.reynaud@shell.com | jeannette.boot@wilmerhale.com | nlepore@schnader.com |
| anthony_boccanfuso@aporter.com | jeff.wittig@coair.com | notice@bkcylaw.com |
| aoberry@bermanesq.com | jeffery.black@bingham.com | oipress@travelers.com |
| aostrow@beckerglynn.com | jeffrey.sabin@bingham.com | otccorpactions@finra.org |
| apo@stevenslee.com | jeldredge@velaw.com | paronzon@milbank.com |
| aquale@sidley.com | jen.premisler@cliffordchance.com | patrick.oh@freshfields.com |
| arahl@reedsmith.com | jennifer.demarco@cliffordchance.com | paul.turner@sutherland.com |
| arheaume@riemerlaw.com | jennifer.gore@shell.com | pbattista@gjb-law.com |
| arlbank@pbfcm.com | jeremy.eiden@ag.state.mn.us | pbosswick@ssbb.com |
| arosenblatt@chadbourne.com | jfalgowski@reedsmith.com | pdublin@akingump.com |
| arthur.rosenberg@hklaw.com | jflaxer@golenbock.com | peisenberg@lockelord.com |
| arwolf@wlrk.com | jfox@joefoxlaw.com | peter.gilhuly@lw.com |
| aseuffert@lawpost-nyc.com | jfreeberg@wfw.com | peter.macdonald@wilmerhale.com |
| ashmead@sewkis.com | jg5786@att.com | peter.simmons@friedfrank.com |
| asnow@ssbb.com | jgenovese@gjb-law.com | peter@bankrupt.com |
| aunger@sidley.com | jguy@orrick.com | pfeldman@oshr.com |
| austin.bankruptcy@publicans.com | jherzog@gklaw.com | phayden@mcguirewoods.com |

# LEHMAN BROTHERS HOLDINGS, INC.
## E-mail Master Service List

| | | |
|---|---|---|
| avenes@whitecase.com | jhiggins@fdlaw.com | philip.wells@ropesgray.com |
| azylberberg@whitecase.com | jhorgan@phxa.com | pmaxcy@sonnenschein.com |
| bankr@zuckerman.com | jhuggett@margolisedelstein.com | ppascuzzi@ffwplaw.com |
| bankruptcy@goodwin.com | jim@atkinslawfirm.com | ppatterson@stradley.com |
| bankruptcy@morrisoncohen.com | jjoyce@dresslerpeters.com | psp@njlawfirm.com |
| bankruptcy@ntexas-attorneys.com | jjtancredi@daypitney.com | ptrain-gutierrez@kaplanlandau.com |
| bankruptcymatters@us.nomura.com | jjureller@klestadt.com | ptrostle@jenner.com |
| barbra.parlin@hklaw.com | jkehoe@btkmc.com | r.stahl@stahlzelloe.com |
| bbisignani@postschell.com | jlamar@maynardcooper.com | raj.madan@bingham.com |
| bcarlson@co.sanmateo.ca.us | jlawlor@wmd-law.com | ramona.neal@hp.com |
| bdk@schlamstone.com | jlee@foley.com | rbeacher@pryorcashman.com |
| bguiney@pbwt.com | jlevitin@cahill.com | rbernard@foley.com |
| bkmail@prommis.com | jlipson@crockerkuno.com | rbyman@jenner.com |
| bmanne@tuckerlaw.com | jlovi@steptoe.com | rdaversa@orrick.com |
| bmiller@mofo.com | jlscott@reedsmith.com | relgidely@gjb-law.com |
| boneill@kramerlevin.com | jmaddock@mcguirewoods.com | rfleischer@pryorcashman.com |
| brian.corey@greentreecreditsolutions.com | jmakower@tnsj-law.com | rfrankel@orrick.com |
| brosenblum@jonesday.com | jmazermarino@msek.com | rfriedman@silvermanacampora.com |
| broy@rltlawfirm.com | jmcginley@wilmingtontrust.com | rgmason@wlrk.com |
| bruce.wright@sutherland.com | jmelko@gardere.com | rgraham@whitecase.com |
| bstrickland@wtplaw.com | jmerva@fult.com | rhett.campbell@tklaw.com |
| btrust@mayerbrown.com | jmmurphy@stradley.com | richard.fingard@newedge.com |
| bturk@tishmanspeyer.com | jmr@msf-law.com | richard.lear@hklaw.com |
| bwolfe@sheppardmullin.com | jnadritch@olshanlaw.com | richard.levy@lw.com |
| cahn@clm.com | jnm@mccallaraymer.com | richard.tisdale@friedfrank.com |
| calbert@reitlerlaw.com | john.monaghan@hklaw.com | richard@rwmaplc.com |
| canelas@pursuitpartners.com | john.rapisardi@cwt.com | ritkin@steptoe.com |
| carol.weinerlevy@bingham.com | jorbach@hahnhessen.com | rjones@boultcummings.com |
| cbelisle@wfw.com | joseph.cordaro@usdoj.gov | rleek@hodgsonruss.com |
| cbelmonte@ssbb.com | joshua.dorchak@bingham.com | rlevin@cravath.com |
| cbrotstein@bm.net | jowen769@yahoo.com | rmatzat@hahnhessen.com |
| cdesiderio@nixonpeabody.com | jowolf@law.nyc.gov | rnetzer@willkie.com |
| cgoldstein@stcwlaw.com | joy.mathias@dubaiic.com | robert.bailey@bnymellon.com |
| chammerman@paulweiss.com | jpintarelli@mofo.com | robert.dombroff@bingham.com |
| charles@filardi-law.com | jporter@entwistle-law.com | robert.henoch@kobrekim.com |
| charles_malloy@aporter.com | jprol@lowenstein.com | robert.malone@dbr.com |
| chipford@parkerpoe.com | jrabinowitz@rltlawfirm.com | robert.yalen@usdoj.gov |
| chris.donoho@lovells.com | jrsmith@hunton.com | robin.keller@lovells.com |
| christopher.schueller@bipc.com | jschwartz@hahnhessen.com | roger@rnagioff.com |
| clarkb@sullcrom.com | jsheerin@mcguirewoods.com | ronald.silverman@bingham.com |
| clynch@reedsmith.com | jshickich@riddellwilliams.com | ross.martin@ropesgray.com |
| cmontgomery@salans.com | jsmairo@pbnlaw.com | rqureshi@reedsmith.com |
| cohen@sewkis.com | jstoll@mayerbrown.com | rrainer@wmd-law.com |
| colea@gtlaw.com | jsullivan@mosessinger.com | rreid@sheppardmullin.com |

# LEHMAN BROTHERS HOLDINGS, INC.
## E-mail Master Service List

| | | |
|---|---|---|
| contact@lawofficesjje.com | jteitelbaum@tblawllp.com | rroupinian@outtengolden.com |
| cp@stevenslee.com | jtimko@shutts.com | rrussell@andrewskurth.com |
| cpappas@dilworthlaw.com | jtorf@schiffhardin.com | rterenzi@stcwlaw.com |
| craig.goldblatt@wilmerhale.com | judy.morse@crowedunlevy.com | russj4478@aol.com |
| crmomjian@attorneygeneral.gov | jvail@ssrl.com | rwasserman@cftc.gov |
| cs@stevenslee.com | jwallack@goulstonstorrs.com | rwyron@orrick.com |
| csalomon@beckerglynn.com | jwang@sipc.org | s.minehan@aozorabank.co.jp |
| cschreiber@winston.com | jwcohen@daypitney.com | sabin.willett@bingham.com |
| cshore@whitecase.com | jweiss@gibsondunn.com | sabramowitz@velaw.com |
| cshulman@sheppardmullin.com | jwest@velaw.com | sabvanrooy@hotmail.com |
| ctatelbaum@adorno.com | jwh@njlawfirm.com | sagolden@hhlaw.com |
| cwalsh@mayerbrown.com | kanema@formanlaw.com | sally.henry@skadden.com |
| cward@polsinelli.com | karen.wagner@dpw.com | samuel.cavior@pillsburylaw.com |
| cweber@ebg-law.com | kdwbankruptcydepartment@kelleydrye.com | sandyscafaria@eaton.com |
| cweiss@ingramllp.com | keckhardt@hunton.com | sara.tapinekis@cliffordchance.com |
| dallas.bankruptcy@publicans.com | keith.simon@lw.com | scargill@lowenstein.com |
| daniel.guyder@allenovery.com | ken.coleman@allenovery.com | schannej@pepperlaw.com |
| dave.davis@isgria.com | ken.higman@hp.com | schepis@pursuitpartners.com |
| david.bennett@tklaw.com | kerry.moynihan@hro.com | schnabel.eric@dorsey.com |
| david.heller@lw.com | kgwynne@reedsmith.com | schristianson@buchalter.com |
| david.powlen@btlaw.com | kiplok@hugheshubbard.com | schwartzmatthew@sullcrom.com |
| david.seligman@kirkland.com | kjarashow@fklaw.com | scottshelley@quinnemanuel.com |
| davids@blbglaw.com | kkelly@ebglaw.com | scousins@armstrongteasdale.com |
| davidwheeler@mvalaw.com | kkolbig@mosessinger.com | sdnyecf@dor.mo.gov |
| dbalog@intersil.com | klyman@irell.com | sehlers@armstrongteasdale.com |
| dbarber@bsblawyers.com | klynch@formanlaw.com | seichel@crowell.com |
| dbaumstein@whitecase.com | kmayer@mccarter.com | sfelderstein@ffwplaw.com |
| dbesikof@loeb.com | kobak@hugheshubbard.com | sfineman@lchb.com |
| dcimo@gjb-law.com | korr@orrick.com | sfox@mcguirewoods.com |
| dcoffino@cov.com | kovskyd@pepperlaw.com | sgordon@cahill.com |
| dcrapo@gibbonslaw.com | kpiper@steptoe.com | sgubner@ebg-law.com |
| ddavis@paulweiss.com | kressk@pepperlaw.com | shannon.nagle@friedfrank.com |
| ddrebsky@nixonpeabody.com | kreynolds@mklawnyc.com | sharbeck@sipc.org |
| ddunne@milbank.com | krosen@lowenstein.com | shari.leventhal@ny.frb.org |
| deggermann@kramerlevin.com | kuehn@bragarwexler.com | shgross5@yahoo.com |
| deggert@freebornpeters.com | kurt.mayr@bgllp.com | sidorsky@butzel.com |
| demetra.liggins@tklaw.com | lacyr@sullcrom.com | slerman@ebglaw.com |
| dfelder@orrick.com | landon@streusandlandon.com | slerner@ssd.com |
| dflanigan@polsinelli.com | lapeterson@foley.com | slevine@brownrudnick.com |
| dgrimes@reedsmith.com | lathompson@co.sanmateo.ca.us | sloden@diamondmccarthy.com |
| dhayes@mcguirewoods.com | lberkoff@moritthock.com | smayerson@ssd.com |
| dheffer@foley.com | lee.stremba@troutmansanders.com | smillman@stroock.com |
| diconzam@gtlaw.com | lgotko@fklaw.com | smulligan@bsblawyers.com |
| djoseph@stradley.com | lgranfield@cgsh.com | snewman@katskykorins.com |

# LEHMAN BROTHERS HOLDINGS, INC.
## E-mail Master Service List

| | | |
|---|---|---|
| dkleiner@velaw.com | lhandelsman@stroock.com | sory@fdlaw.com |
| dkozusko@willkie.com | linda.boyle@twtelecom.com | spiotto@chapman.com |
| dlemay@chadbourne.com | lisa.ewart@wilmerhale.com | splatzer@platzerlaw.com |
| dlipke@vedderprice.com | lisa.kraidin@allenovery.com | sree@lcbf.com |
| dludman@brownconnery.com | ljkotler@duanemorris.com | sschultz@akingump.com |
| dmcguire@winston.com | lkatz@ltblaw.com | sselbst@herrick.com |
| dmurray@jenner.com | lkiss@klestadt.com | sshimshak@paulweiss.com |
| dneier@winston.com | lmarinuzzi@mofo.com | sskelly@teamtogut.com |
| dodonnell@milbank.com | lmay@coleschotz.com | sstarr@starrandstarr.com |
| dove.michelle@dorsey.com | lmcgowen@orrick.com | steele@lowenstein.com |
| dpegno@dpklaw.com | lml@ppgms.com | stephen.cowan@dlapiper.com |
| draelson@fisherbrothers.com | lnashelsky@mofo.com | steve.ginther@dor.mo.gov |
| dravin@wolffsamson.com | loizides@loizides.com | steven.troyer@commerzbank.com |
| drose@pryorcashman.com | lromansic@steptoe.com | steven.usdin@flastergreenberg.com |
| drosenzweig@fulbright.com | lscarcella@farrellfritz.com | steven.wilamowsky@bingham.com |
| drosner@goulstonstorrs.com | lschweitzer@cgsh.com | steven@blbglaw.com |
| drosner@kasowitz.com | lubell@hugheshubbard.com | streusand@streusandlandon.com |
| dshaffer@wtplaw.com | lwhidden@salans.com | susheelkirpalani@quinnemanuel.com |
| dshemano@peitzmanweg.com | mabrams@willkie.com | sweyl@haslaw.com |
| dspelfogel@foley.com | maofiling@cgsh.com | swolowitz@mayerbrown.com |
| dtatge@ebglaw.com | marc.chait@sc.com | szuch@wiggin.com |
| dtheising@harrisonmoberly.com | margolin@hugheshubbard.com | tannweiler@greerherz.com |
| dwdykhouse@pbwt.com | mark.bane@ropesgray.com | tarbit@cftc.gov |
| dwildes@stroock.com | mark.deveno@bingham.com | tbrock@ssbb.com |
| dworkman@bakerlaw.com | mark.ellenberg@cwt.com | tdewey@dpklaw.com |
| easmith@venable.com | mark.ellenberg@cwt.com | tduffy@andersonkill.com |
| echang@steinlubin.com | mark.hellerer@pillsburylaw.com | seba.kurian@invesco.com |
| ecohen@russell.com | mark.sherrill@sutherland.com | tgoren@mofo.com |
| efleck@milbank.com | marvin.clements@ag.tn.gov | thaler@thalergertler.com |
| efriedman@fklaw.com | matt@willaw.com | thomas.califano@dlapiper.com |
| efriedman@friedumspring.com | matthew.klepper@dlapiper.com | thomas_noguerola@calpers.ca.gov |
| eglas@mccarter.com | maustin@orrick.com | tim.desieno@bingham.com |
| ekbergc@lanepowell.com | max.polonsky@skadden.com | timothy.brink@dlapiper.com |
| eleicht@whitecase.com | mbenner@tishmanspeyer.com | timothy.palmer@bipc.com |
| eli.mattioli@klgates.com | mberman@nixonpeabody.com | tjfreedman@pbnlaw.com |
| ellen.halstead@cwt.com | mberman@nixonpeabody.com | tkiriakos@mayerbrown.com |
| emerberg@mayerbrown.com | mbienenstock@proskauer.com | tlauria@whitecase.com |
| enkaplan@kaplanlandau.com | mbloemsma@mhjur.com | tmacwright@whitecase.com |
| eobrien@sbchlaw.com | mbossi@thompsoncoburn.com | tmarrion@haslaw.com |
| erin.mautner@bingham.com | mcademartori@sheppardmullin.com | tnixon@gklaw.com |
| eschwartz@contrariancapital.com | mcantor@normandyhill.com | toby.r.rosenberg@irscounsel.treas.gov |
| etillinghast@sheppardmullin.com | mccombst@sullcrom.com | tomwelsh@orrick.com |
| ezujkowski@emmetmarvin.com | mcordone@stradley.com | tony.davis@bakerbotts.com |
| ezweig@optonline.net | mcto@debevoise.com | tslome@msek.com |

# LEHMAN BROTHERS HOLDINGS, INC.
## E-mail Master Service List

| | | |
|---|---|---|
| fbp@ppgms.com | mcyganowski@oshr.com | ttracy@crockerkuno.com |
| ffm@bostonbusinesslaw.com | mdorval@stradley.com | tunrad@burnslev.com |
| fhyman@mayerbrown.com | melorod@gtlaw.com | twheeler@lowenstein.com |
| foont@foontlaw.com | meltzere@pepperlaw.com | ukreppel@whitecase.com |
| francois.janson@hklaw.com | metkin@lowenstein.com | villa@streusandlandon.com |
| fsosnick@shearman.com | mfeldman@willkie.com | vmilione@nixonpeabody.com |
| fyates@sonnenschein.com | mgordon@briggs.com | vrubinstein@loeb.com |
| gabriel.delvirginia@verizon.net | mgreger@allenmatkins.com | walter.stuart@freshfields.com |
| gbray@milbank.com | mh1@mccallaraymer.com | wanda.goodloe@cbre.com |
| ggitomer@mkbattorneys.com | mhopkins@cov.com | wballaine@lcbf.com |
| ggoodman@foley.com | michael.frege@cms-hs.com | wbenzija@halperinlaw.net |
| giddens@hugheshubbard.com | michael.kelly@monarchlp.com | wchen@tnsj-law.com |
| gkaden@goulstonstorrs.com | michael.kim@kobrekim.com | wcurchack@loeb.com |
| glenn.siegel@dechert.com | michael.mccrory@btlaw.com | wdase@fzwz.com |
| gmoss@riemerlaw.com | millee12@nationwide.com | wfoster@milbank.com |
| gravert@ravertpllc.com | miller@taftlaw.com | william.m.goldman@dlapiper.com |
| gspilsbury@jsslaw.com | mimi.m.wong@irscounsel.treas.gov | wiltenburg@hugheshubbard.com |
| harrisjm@michigan.gov | mitchell.ayer@tklaw.com | wisotska@pepperlaw.com |
| harveystrickon@paulhastings.com | mjedelman@vedderprice.com | wk@pwlawyers.com |
| hbeltzer@mayerbrown.com | mjr1@westchestergov.com | wmaher@wmd-law.com |
| heim.steve@dorsey.com | mkjaer@winston.com | wmarcari@ebglaw.com |
| heiser@chapman.com | mlahaie@akingump.com | wmckenna@foley.com |
| hollace.cohen@troutmansanders.com | mlandman@lcbf.com | wrightth@sullcrom.com |
| holsen@stroock.com | mlichtenstein@crowell.com | wsilverm@oshr.com |
| howard.hawkins@cwt.com | mlynch2@travelers.com | wswearingen@llf-law.com |
| hseife@chadbourne.com | mmendez@hunton.com | wtaylor@mccarter.com |
| hsnovikoff@wlrk.com | mmooney@deilylawfirm.com | wweintraub@fklaw.com |
| hsteel@brownrudnick.com | mmorreale@us.mufg.jp | wzoberman@bermanesq.com |
| icatto@mwe.com | mneier@ibolaw.com | yuwatoko@mofo.com |
| igoldstein@proskauer.com | | |

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS, INC.
## Overnight Mail Service List

**MSL- OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611

**ADDS -OVN**
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
ATTN: DENNIS F. DUNNE, ESQ., DENNIS O'DONNELL,
ESQ., AND EVAN R. FLECK, ESQ.,

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ.,
ROBERT J. LEMONS, ESQ., AND JACQUELINE MARCUS, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

# EXHIBIT C

## LEHMAN BROTHERS HOLDINGS, INC.
### Additional Email List

harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com