GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198

Carla O. Andres (*Pro Hac Vice*)

*Attorneys for the Fee Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                          :     Chapter 11
                                               :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.,*   :     Case No. 08-13555 (JMP)
                                               :
                              Debtors.         :     (Jointly Administered)
                                               :
------------------------------------------------------------ x

**STIPULATION BETWEEN QUINN EMANUEL URQUHART & SULLIVAN LLP AND THE FEE COMMITTEE REGARDING THE TENTH INTERIM APPLICATION OF QUINN EMANUEL URQUHART & SULLIVAN LLP, FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD FROM OCTOBER 1, 2011 THROUGH MARCH 5, 2012**

**TO:    THE HONORABLE JAMES M. PECK
         U.S. BANKRUPTCY JUDGE**

WHEREAS, on May 21, 2012, Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") filed the *Tenth Interim Application of Quinn Emanuel Urquhart & Sullivan LLP, for Allowance of Interim Compensation for Professional Services Rendered and Expenses Incurred During the Period From October 1, 2011 Through March 5, 2012* (the "Tenth Fee Application") [Docket No. 28003] seeking interim fees in the amount of $8,380,343.00 for professional services rendered and reimbursement of out-of-pocket expenses in the amount of $486,774.68;

WHEREAS, Quinn Emanuel has received from the Debtors 80 percent of the amounts invoiced to the Debtors for professional services rendered and 100 percent of the amounts invoiced for expenses;

WHEREAS, pursuant to the *Order Appointing Fee Committee and Approving Fee Protocol* [Docket No. 3651], and consistent with the procedures set forth in the *Amended Fee Protocol* attached as Exhibit A to *Order Amending the Fee Protocol* [Docket No. 15998], counsel for the Fee Committee in Lehman Brothers Holdings, Inc. (the "Fee Committee") has reviewed the Tenth Fee Application and issued a Confidential Letter Report on July 30, 2012;

WHEREAS, Quinn Emanuel has agreed to accept the Fee Committee's proposal of a reduction in the amount of $36,919.92 for Quinn Emanuel's out-of-pocket expense reimbursement request and a reduction of $352,031.75 for professional services rendered; and

WHEREAS, notwithstanding this Stipulation, the Tenth Fee Application remains subject to notice, an opportunity for a hearing, and Court approval under Rule 2016 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 330, 331.

## STIPULATION

NOW, THEREFORE, the Fee Committee and Quinn Emanuel hereby stipulate and agree that the Court may enter an order (to be submitted subsequently) approving Quinn Emanuel's request for interim compensation and reimbursement of expenses in the amount of $8,028,311.25 in fees and the reduced amount of $449,854.76 in expenses.

*[Signature Page Follows]*

Dated: Milwaukee, Wisconsin
November 2, 2012.

                             GODFREY & KAHN, S.C.

By:      /s/ *Carla O. Andres*
       Carla O. Andres
       GODFREY & KAHN, S.C.
       780 North Water Street
       Milwaukee, Wisconsin 53202
       Telephone: (414) 273-3500
       Facsimile: (414) 273-5198
       E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By:      /s/ *James C. Tecce*
       James C. Tecce
       Quinn Emanuel Urquhart & Sullivan, LLP
       51 Madison Avenue 22nd Floor
       New York, NY 10010
       Telephone:  (212) 849-7000
       Facsimile:  (212) 849-7100
       E-mail: jamestecce@quinnemanuel.com

8643189_1

Dated: Milwaukee, Wisconsin
November 2, 2012.

                              GODFREY & KAHN, S.C.

By: _____
Carla O. Andres
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
E-mail: candres@gklaw.com

*Attorneys for the Fee Committee*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By: _____
James C. Tecce
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
E-mail: jamestecce@quinnemanuel.com

8643189_1