Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:      Lehman Brothers Holdings Inc.

Case No.: _08-13555 (JMP_
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Rathbone Investment Management Limited | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br><br>Rathbone Investment Management Limited<br>Port of Liverpool Building<br>Pier Head<br>Liverpool L3 1NW<br><br>Beverly Jones on 0151 243 7131 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>GBP 50'000.00  (face amount of securities) | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____

Rathbone Investment Management Limited
Port of Liverpool Building
Pier Head
Liverpool
L3 1NW

Date: 19.7.2012



THE COMMON SEAL OF
RATHBONE NOMINEES LIMITED
WAS HEREUNTO AFFIXED IN THE PRESENCE OF

AUTHORISED
SIGNATORIES

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).





Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
           Court")
           One Bowling Green
           New York, New York  10004
           Attention:  Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is
based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN BROTHERS TREASURY BV 2007-12.12.2012 5YR | XS0334419321 | LBT BV | LBH Inc. | GBP 50,000.00 out of GBP 4'452'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of
doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines
41 of the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and
assigned to:

Rathbone Investment Management Limited
Port of Liverpool Building
Pier Head
Liverpool
L3 1NW

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No.
08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy
proceedings of the Debtor.



Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 19, 2012.

UBS AG
Transferor

By: _____
    Name:  Hugo Koller
    Title:  Director

By: _____
    Name:  Jean-Claude Besson
    Title:  Associate Director


ACKNOWLEDGED BY:

Rathbone Investment Management Limited

Transferee

By: _____
    Name:
    Title:

THE COMMON SEAL OF
RATHBONE NOMINEES LIMITED
WAS HEREUNTO AFFIXED IN THE PRESENCE OF

AUTHORISED
SIGNATORIES