**Hearing date: January 16, 2013 at 2 p.m.**
**Response date: Fully briefed**

| | |
|---|---|
| DICKSTEIN SHAPIRO LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 1633 Broadway | One Liberty Plaza |
| New York, NY 10019 | New York, New York 10006 |
| (212) 277-6500 | (212) 225-2000 |
| Jeffrey A. Mitchell | Lindsee P. Granfield |
| Judith R. Cohen | Boaz S. Morag |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL.,<br><br>　　　　　　　　　　Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>　　　　　　　　　　Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>　　　　　　　　　　Defendant. | Adversary Proc. No.<br>10-04103 (JMP) |

**NOTICE OF HEARING**
**ON MOTIONS FOR SUMMARY JUDGMENT IN ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE THAT, on September 13, 2012, Barclays Capital Inc. and FirstBank Puerto Rico each filed a motion for summary judgment with this Court (the

"Summary Judgment Motions") in the above-captioned adversary proceeding (D.I. 15, 23 in Adversary Proc. No. 10-4103 (JMP)), which are now fully briefed.

PLEASE TAKE FURTHER NOTICE THAT a hearing on the Summary Judgment Motions will be held on January 16, 2013 at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 601, New York, New York 10004.

Dated: November 28, 2012
      New York, New York

|  |  |
|---|---|
| DICKSTEIN SHAPIRO LLP | Respectfully submitted,<br><br>CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: ___/s/ Judith R. Cohen___<br>    Jeffrey A. Mitchell<br>    Judith R. Cohen | By: _____<br>    Lindsee P. Granfield<br>    Boaz S. Morag |
| 1633 Broadway<br>New York, NY 10019<br>(212) 277-6500 | One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for FirstBank Puerto Rico* | *Attorneys for Barclays Capital Inc.* |