EXHIBIT 1

## OMNIBUS OBJECTION 329: EXHIBIT 1 - MISCLASSIFIED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | CARPENTER, THERESA J. | 67688 | 10/13/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $51,555.84 | | | $51,555.84 |
| | | | | **CLAIM AS MODIFIED** | | | $10,950.00 | $40,605.84 | | $51,555.84 |
| | | | | TOTAL ASSERTED | $0.00 | $0.00 | $51,555.84 | $0.00 | $0.00 | $51,555.84 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 51,555.84 | 0.00 | 0.00 | 51,555.84 |
| | | | | **TOTAL CLAIM AS MODIFIED** | $0.00 | $0.00 | $10,950.00 | $40,605.84 | $0.00 | $51,555.84 |

\* - Indicates claim contains unliquidated and/or undetermined amounts