JOANNE CHORMANSKI
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9466
Facsimile: (212) 285-9337

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS
### HEARING WITH RESPECT TO CLAIM NOS. 33309 AND 33315

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 33309 and 33315 [ECF No. 12533] that was scheduled for December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to February 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: November 28, 2012
      New York, New York

    /s/ Joanne Chormanski
    Joanne Chormanski
    LEHMAN BROTHERS HOLDINGS INC.
    OFFICE OF THE GENERAL COUNSEL
    1271 Avenue of the Americas
    New York, New York 10020
    Telephone: (646) 285-9466
    Facsimile: (646) 285-9337

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*