WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
                                                            :
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :   **08-13555 (JMP)**
                                                            :
                    Debtors.                                :   (Jointly Administered)
                                                            :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR FEE HEARING ON NOVEMBER 29, 2012 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED FEE HEARING MATTERS:**

1. Final Applications of Retained Professionals for Final Allowance and Approval of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 15, 2008 to March 6, 2012 **[See ECF No. 31939]**

    Retained Professionals:

    A.    Akerman Senterfitt **[ECF No. 29221]**

    B.    Bingham McCutchen LLP **[ECF Nos. 29210 and 32332]**

    C.    Curtis, Mallet-Prevost, Colt & Mosle LLP **[ECF No. 29228]**

Pg 2 of 3

  D. Foster Graham Milstein & Calisher, LLP **[ECF Nos. 29400 and 32109]**

  E. FTI Consulting, Inc. **[ECF No. 29321]**

  F. Gibson Dunn & Crutcher LLP **[ECF No. 29401]**

  G. Gleacher & Company Securities, Inc. **[ECF No. 29232]**

  H. Huron Consulting Group **[ECF No. 30041]**

  I. Jones Day **[ECF No. 29227]**

  J. Lazard Freres & Co. LLC **[ECF No. 29320]**

  K. McKenna Long & Aldridge LLP **[ECF No. 29405]**

  L. Milbank, Tweed, Hadley & McCloy LLP **[ECF No. 29238]**

  M. Pachulski Stang Ziehl & Jones LLP **[ECF No. 29226]**

  N. Quinn, Emanuel, Urquhart & Sullivan LLP **[ECF No. 29236]**

  O. Reilly Pozner LLP **[ECF No. 29233]**

  P. SNR Denton US LLP (f/k/a Sonnenschein Nath) **[ECF No. 29194]**

  Q. Sutherland Asbill & Brennan LLP **[ECF No. 29402]**

  R. The O'Neil Group, LLC **[ECF No. 27218]**

  S. Weil Gotshal & Manges LLP **[ECF No. 29201]**

  T. Windels Marx Lane & Mittendorf, LLP **[ECF No. 29350]**

  U. Wollmuth Maher & Deutsch, LLP **[ECF No. 29235]**

<u>Withdrawn Response</u>:

  V. Limited Objection of William Kuntz, III to Fee Application of Counsel to the Creditor Committee Milbank, Tweed, Hadley & McCloy LLP **[ECF No. 31660]**

<u>Related Documents</u>:

  W. Fee Committee's Summary Report on Uncontested Final Fee Applications for Hearing on November 29, 2012 **[ECF No. 32372]**

2

    X. Reply of Milbank, Tweed, Hadley & McCloy LLP in Further Support of the Final Fee Application **[ECF No. 32339]**

<u>Status</u>:  This matter is going forward on an uncontested basis solely with respect to the retained professionals that are identified above.

Dated:  November 28, 2012
   New York, New York

             /s/ Harvey R. Miller
             Harvey R. Miller

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Lehman Brothers Holdings Inc.
             and Certain of Its Affiliates