UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 31919, 31925,
                                                                       32090, 32092, 32094, 32097, 32104,
                                                                       32105, 32107, 32108, 32110, 32114-
                                                                       32121, 32123, 32125, 32127, 32131,
                                                                       32132, 32134-32139

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
28th day of November, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP.
TRANSFEROR: DUNGAN PARTNERS, LP
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE
NEW YORK NY 10022

Please note that your claim # 47110-01 in the above referenced case and in the amount of
$589,341.50  allowed at $588,928.89       has been transferred **(unless previously expunged by court order)**

ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP.
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32107    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/21/2012                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 21, 2012.

# EXHIBIT B

```
TIME: 19:57:02                                  LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 11/21/12                                        CREDITOR LISTING

Name                                                    Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES                   TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
 MASTER FUND, LP                                        NEW YORK NY 10022
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER                TRANSFEROR: DUNGAN PARTNERS, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 FUND, LP.
BANK LEUMI USA                                          ATTN: DONALD BITTKER 562 FIFTH AVENUE NEW YORK NY 10036
CHIMNEY ROCK VALUE FUND, L.P.                           ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CHIMNEY ROCK VALUE FUND, LP                             ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
CHIMNEY ROCK VALUE FUND, LP                             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: BEAU LESCOTT 350 PARK AVENUE NEW YORK NY 10022
CITIGROUP FINANCIAL PRODUCTS INC                        ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS INC                        ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6094
CITIGROUP FINANCIAL PRODUCTS INC                        TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC                        TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                       ELANIT SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS INC.                       TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP FINANCIAL PRODUCTS INC.                       TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CLAREN ROAD CREDIT MASTER FUND, LTD.                    C/O CLAREN ROAD ASSET MANAGEMENT, LLC ATTN: AL MARINO 900 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10022
CLAREN ROAD CREDIT MASTER FUND, LTD.                    C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004
CVI GVF LUXEMBOURG TWELVE SARL                          TRANSFEROR: ALLIANZ RISK TRANSFER AG (FORMERLY ALLIANZ RISK TRANSFER) C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                        3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UK
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: TORONTO-DOMINION BANK, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UK
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: ARISTEIA MASTER, L.P. C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: ARISTEIA SPECIAL INVESTMENTS MASTER LP C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL ST 3RD FL
                                                        NEW YORK NY 10005
DEUTSCHE BANK SECURITIES, INC.                          TRANSFEROR: HANK'S LIVING TRUST ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS LENDING PARTNERS, LLC                     TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                        JERSEY CITY NJ 07302
HABIB BANK AG ZURICH                                    WEINBERGSTRASSE 59 ZURICH 8006 SWITZERLAND
HALCYON LOAN TRADING FUND LLC                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HCN LP                                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC HALYCON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC HALYCON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
HLF LP                                                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                        NEW YORK NY 10022
KNIGHTHEAD MASTER FUND, LP                              TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MGMT - L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
KNOLL, PHOEBUS                                          87 BEN YEHUDAH ST. TEL AVIV 63437 ISRAEL
LMA SPC FOR AND ON BEHALF OF THE MAP 84                 TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
 SEGREGATED PORTFOLIO
NOTENSTEIN PRIVATBANK AG                                TRANSFEROR: UBS AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
NUVERSE ADVISORS LLC                                    TRANSFEROR: KNOLL, PHOEBUS 645 FIFTH AVENUE NEW YORK NY 10128
PROMOTORA DE INVERSIONES FLUMEN, S.A.                   ALTEGUI GESTION A.V., S.A. CL GRAN VIA 40BIS, 6 DCHA BILBAO VIZCAYA 48009 SPAIN
PROMOTORA DE INVERSIONES FLUMEN, S.A.                   CL MUELLE TOMAS OLABARRI 5, 3 IZQ GUECHO VIZCAYA 48930 SPAIN
QUEENSFERRY L LLC                                       TRANSFEROR: CVI GVF LUXEMBOURG TWELVE SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                        NEW YORK NY 10019
RUST BELT HOLDINGS, LLC                                 ALICE BELISLE EASTON PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS, LLC                                 ALICE BELISLE EATON PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS, LLC                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH P.O. BOX 8155 NEW YORK NY 10150
SOLUS RECOVERY FUND LP                                  TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 19:57:02                    LEHMAN BROTHERS HOLDING INC.
DATE: 11/21/12                         CREDITOR LISTING                                                    PAGE:    2

Name                              Address
SOLUS RECOVERY FUND OFFSHORE MASTER LP   TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TORONTO-DOMINION BANK, THE               C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105
UBS AG                                   BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                   ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
UBS FINANCIAL SERVICES INC.              TRANSFEROR: BANK LEUMI USA 1000 HARBOR BLVD. WEEHAWKEN NJ 07086
YORVIK PARTNERS LLP                      TRANSFEROR: HABIB BANK AG ZURICH ATTN: B. RANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                      TRANSFEROR: PROMOTORA DE INVERSIONES FLUMEN, S.A. ATTN: B. RANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    50
```

EPIQ BANKRUPTCY SOLUTIONS, LLC