UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
                                                               :    Ref. Docket No. 31919
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
28th day of November, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 31919_Aff 11-21-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   ALLIANZ RISK TRANSFER AG
              FORMERLY ALLIANZ RISK TRANSFER
              ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL
              LAVATERSTRASSE 67
              CH-8002
              ZURICH CH- 8002 SWITZERLAND

Additional:   ALLIANZ RISK TRANSFER AG
              FORMERLY ALLIANZ RISK TRANSFER
              ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL
              LAVATERSTRASSE 67
              ZURICH CH-8002 SWITZERLAND

Transferee:   QUEENSFERRY L LLC
              C/O ELLIOT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              40 WEST 57TH STREET
              NEW YORK NY 10019

**Your transfer   of claim #   25358   is defective for the reason(s) checked below:**

Other                              TRANSFEROR NOT CURRENT CLAIM HOLDER

Docket Number 31919            Date 11/07/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 21, 2012.

# EXHIBIT B

```
TIME: 19:58:28                                                          PAGE:    1
DATE: 11/21/12
                         LEHMAN BROTHERS HOLDING INC.
                              CREDITOR LISTING

Name                     Address
ALLIANZ RISK TRANSFER AG    FORMERLY ALLIANZ RISK TRANSFER ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL LAVATERSTRASSE 67 CH-8002 ZURICH CH- 8002 SWITZERLAND
ALLIANZ RISK TRANSFER AG    FORMERLY ALLIANZ RISK TRANSFER ATTENTION: THOMAS BRUENDLER, GENERAL COUNSEL LAVATERSTRASSE 67 ZURICH CH-8002 SWITZERLAND
QUEENSFERRY L LLC           C/O ELLIOT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019

Total Number of Records Printed      3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC