UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                         :
:
------------------------------------------------------------------x    Ref. Docket No. 32069-32071,
32074, 32165-32168, 32173-32175,
32185-32187, 32197, 32206, 32207,
32209, 32211, 32216

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 26, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of November, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:   GOLDMAN SACHS LENDING PARTNERS LLC
           TRANSFEROR: DANSKE BANK A/S LONDON BRANCH
           ATTN: MICHELLE LATZONI
           30 HUDSON STREET, 5TH FLOOR
           JERSEY CITY NJ 07302
```

Please note that your claim # 19487-24 in the above referenced case and in the amount of $1,206,305.75  allowed at $1,000,000.00    has been transferred (**unless previously expunged by court order**)

```
     GRF MASTER FUND II LP                              GRF MASTER FUND II LP
     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC     ROBERT SCHEININGER
     C/O ANCHORAGE CAPITAL GROUP, LLC                   SIDLEY AUSTIN LLP
     ATTN: MELISSA GRIFFITHS                            787 SEVENTH AVENUE
     610 BROADWAY, 6TH FLOOR                            NEW YORK NY 10019
     NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32165     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/26/2012                         Vito Genna, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　By: Epiq Bankruptcy Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 26, 2012.

**EXHIBIT B**

```
TIME: 17:34:09                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 11/26/12                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLP C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON CH-1400 SWITZERLAND |
| COMMERZBANK LAUF | MARKTPLATZ 12 LAUF 91207 GERMANY |
| CORBIERE LIMITED | TRANSFEROR: IAB LIMITED ATTN: ELIZABETH DENMAN, DIRECTOR CLARENDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| DORILTON CAPITAL ADVISORS LLC | TRANSFEROR: CORBIERE LIMITED ATTN: MATTHEW SAVAGE 131 VARICK STREET, SUITE 1034 NEW YORK NY 10013 |
| FRANKFURTER SPARKASSE | TRANSFEROR: COMMERZBANK LAUF ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRF MASTER FUND II LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| GRF MASTER FUND II, LP | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GRF MASTER FUND II, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ANCHORAGE CAPITAL GROUP, LLC ATTN: MELISSA GRIFFITHS 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012 |
| HANNOVERSCHE VOLKSBANK | KURT-SCHUMACHER-STR. 19 HANNOVER 30159 GERMANY |
| HANNOVERSCHE VOLKSBANK EG | KURT-SCHUMACHER-STR. 19 HANNOVER 30159 GERMANY |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE J. GLASS ESQ. 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE J. GLASS, ESQ. 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, L.P. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: PIRODDA ANTONIO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: STEFANELLIA BARBARA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: TROMBETTI ERMES ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| KLOSE, WALTRAUD & HUBERT KLOSE | AUTUST-BEBEL-STR. 47, PULHEIM D-50259 GERMANY |
| MAUS, ANNE | LE RIVAGE 235 RTE D'HERMANCE CORSIER-PORT 1246 SWITZERLAND |
| MAUS, DIDIER | 473 ROUTE D'HERMANCE 1248 HERMANCE SWITZERLAND |
| PIRODDA ANTONIO | STRADA MAGGIORE 82 BOLOGNA 40125 ITALY |
| SCHWERDTFEGER, MARVIN | C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS MT 59401 |
| SEAWORTH PARTNERS LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND, L.P. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SEAWORTH PARTNERS, LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SEAWORTH PARTNERS, LLC | TRANSFEROR: HARBINGER CAPITAL PARTNERS SPECIAL SITUATONS FUND, L.P. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SOMMER, NATHALIE MAUS | 235 RTE D'HERMANCE CORSIER-PORT SWITZERLAND |
| SPARKASSE HANNOVER | TRANSFEROR: HANNOVERSCHE VOLKSBANK ATTN: RALF EBERT, ABTEILUNG TREASURY RASCHPLATZ 4 HANNOVER 30161 GERMANY |
| SPARKASSE HANNOVER | TRANSFEROR: HANNOVERSCHE VOLKSBANK EG ATTN: RALF EBERT, ABTEILUNG TREASURY RASCHPLATZ 4 HANNOVER 30161 GERMANY |
| SPARKASSE HANNOVER | TRANSFEROR: SPARKASSE ULM ATTN: RALF EBERT, ABTEILUNG TREASURY AEGIDIENTORPLATZ 1 HANNOVER 30159 GERMANY |
| SPARKASSE ULM | NEUE STR. 66 ULM 89073 GERMANY |
| STEFANELLIA BARBARA | VIA MORGAGNI 5 BOLOGNA 40122 ITALY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: KLOSE, WALTRAUD & HUBERT KLOSE KASERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: SCHWERDTFEGER, MARVIN KASERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| TROMBETTI ERMES | C/O REGENCY HOTEL VIA PILASTRO 2 BOLOGNA 40127 ITALY |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: MAUS, ANNE BY VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 17:34:09                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    2
DATE: 11/26/12                         CREDITOR LISTING

Name                              Address
VONWIN CAPITAL MANAGEMENT, L.P.   TRANSFEROR: MAUS, DIDIER BY VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                  NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.   TRANSFEROR: SOMMER, NATHALIE MAUS BY: VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                  NEW YORK NY 10016

Total Number of Records Printed    45
```

EPIQ BANKRUPTCY SOLUTIONS, LLC