UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :    (Jointly Administered)
                    Debtors.                                  :
                                                              :
-----------------------------------------------------------------x   Ref. Docket No. 32203, 32204

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 26, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ *Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
28th day of November, 2012
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    STICHTING THE IAMEX VALUE FOUNDATION
               TRANSFEROR: TEMPLIN, EWALD
               ATTN: J. KAPTEIN
               KEIZERSGRACHT 268
               AMSTERDAM 1016 EV NETHERLANDS

Additional:

Transferee:    TARGOBANK AG & CO. KGAA
               KASERNENSTR. 10
               DUSSELDORF 40213 GERMANY

Your transfer  of claim #   61001   is defective for the reason(s) checked below:

Previously Transferred

Docket Number 32203                Date 10/24/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 26, 2012.

# EXHIBIT B

08-13555-mg    Doc 32392    Filed 11/28/12    Entered 11/28/12 23:12:40    Main Document
Pg 4 of 5

```
TIME: 17:32:03                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 11/26/12                                   CREDITOR LISTING

Name                                 Address
HOCKAUF, MARIANNE                    BAUMSCHULENWEG 49 COBURG   D-96450 GERMANY
HOCKAUF, MARIANNE                    REINHILDE HOCKAUF-SCHNEIDER BAUMSCHULENWEG 49 COBURG   96450 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION TRANSFEROR: TEMPLIN, EWALD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TARGOBANK AG & CO. KGAA              KASERNENSTR. 10 DUESSELDORF   40213 GERMANY
TARGOBANK AG & CO. KGAA              KASERNENSTR. 10 DUSSELDORF    40213 GERMANY

Total Number of Records Printed    5
```

EPIQ BANKRUPTCY SOLUTIONS, LLC