

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Amsterdam, 29th October 2012

Subject: Objection Transfer Claim Lehman Brothers claim number 53526

Dear Sir / Madam,

I hereby give my objection to the decision, which I attached as a copy.

I've never gave any permission to transfer my claim of Lehman Brothers with claimnumber 53526 to Stichting The IAMEX VALUE FOUNDATION.

I trust my objection is enough to cancel the transfer.

I should be grateful if you would kindly keep me informed of the progress.

Yours sincerely,
Mr. M. Gerritsma

Pidgin B.V.
Hobbemakade 30-c
1071 XK  AMSTERDAM
The Netherlands

Annex: Copy of decision

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   PIDGIN BV
      NICOLAAS WITSENKADE 34
      AMSTERDAM    1017 ZT
      NETHERLANDS
```

Please note that your claim # 53526 in the above referenced case and in the amount of
        $227,123.60  allowed at $217,711.99        has been transferred (**unless previously expunged by court order**)

```
      STICHTING THE IAMEX VALUE FOUNDATION
      TRANSFEROR: PIDGIN BV
      ATTN: J. KAPTEIN
      KEIZERSGRACHT 268
      AMSTERDAM    1016 EV
      THE NETHERLANDS
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 31402    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/16/2012                               Vito Genna, Clerk of Court

                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 16, 2012.