Brian Yeung
2 Northside Piers
Apt 5V
Brooklyn, NY 11211

Chambers of the Honorable James M. Peck
One Bowling Green
New York, New York 10004,
Courtroom 601

Attorney for LBHI
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Robert J. Lemons, Esq. and Mark Bernstein, Esq.)

Office of the United States Trustee for Region 2
33 Whitehall Street 21st Floor
New York, New York 10004
(Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.)



October 18, 2012

Bankruptcy Court: United States Bankruptcy Court Southern District of New York
Debtor: Lehman Brothers Holdings Inc., et al., Debtors
Case No.: Chapter 11 Case No 08-13555 (JMP) (Jointly Administered)
Claimant Name: Brian Yeung, 2 Northside Piers, Apt 5V, Brooklyn, NY 11211
Claim Number 67791 – Filed 12/01/11.

Motion for Omnibus Objection to Claim(s): Three Hundred Fifty-Eighth Omnibus Objection to Claims (improper Amendments) filed by Robert J. Lemons on behalf of Lehman Brothers Holdings Inc..

Dear Sirs/Madams,

I DO oppose the disallowance of my Employment Related Claims as described in the Debtors Three Hundred-Fifty-Eighth Omnibus Objection to Claims (Partnership and Other Employee Claims), Claim Number 67791 – Filed 12/01/11 respectively

My claim 67791 was an amendment to a <u>previously unopposed claim</u> related to employment compensation and benefits (27233). This claim provides additional clarity and detail to amounts I believe are due to me as they relate to my employment with the debtor. In providing this detail,

amounts and detail were added but as this detail was all employment related this should not be considered an additional claim and thus considered a late claim that can be expunged.

I look forward to a response from the Plan Administrator and the Court with respect to my objection.

Regards,

/s/ Brian Yeung