**Notice of Hearing on Debtors Forty Second Omnibus Objection to Claims (Late filed Lehman Programs Securities Claims) from Heleene van Meurs-Bergsma,**
**Claim number 66022 ( " the claim").**

The claim is dated on November 1, 2009. See copy.
In Holland we received a notice from the ING bank on September 24, 2009 with the information how we have to get a electronic reference number before October 8, 2009.
I got this number on October 1, 2009.
It was difficult for me to find out more information on how to proceed with this claim. ING bank wrote on September 24, 2009 that the procedure about the Lehman Brother claims was not clear yet. At that time the bank didn't tell me where to go for advise or support. I had the idea that my bank as a financial planner/account manager would help me. No way!
As a private person and not a legal financial professional it is a very complicated procedure in a foreign country with little/if any support from the ING Bank (or other Dutch Banks). Banks wants to sell their products in that time and didn't want to see me when I asked for help about the Lehman claim during the crisis.

Finally I found out by myself and downloaded the form (the Lehman Securities Programs Proof of Claim) and sent it by post on November 1, 2009 to the US Bankruptcy Court. I'm very surprised (bit disappointed) that the Court received my Claim on December 28, 2009. Almost two months later! What happened those two months in the USA? Of course I know that it was better to send the form earlier. But, if I had sent my form in time when I first got the electronic reference number (October 1, 2009) it still wouldn't have made it in time (you received my form two months later).
Anyway, I still hope you will allow my claim. I bought the Lehman-product a couple of years ago because the bank advised me to do. The economy changed the last few years. But I am still the owner of this Lehman product. It is Lehman brothers who is bankrupt by their way of doing business. It is not an act from the persons who investigate in Lehman.
A " little " failure in the procedure - late filed claim- (at my side) cannot be that important / the reason that my claim/ownership is not allowed! All the other paperwork I filled in after searching and calling with Epiq etc .

Kind regards, Heleene van Meurs

Grenslaan 6
2111GH Aerdenhout
Netherlands Europe

20/10/2012

RECEIVED
OCT 23 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**ELECTRONIC CASE FILING *TEST* SYSTEM**
**ATTORNEY/PARTICIPANT REGISTRATION FORM**

***TEST CASES ONLY***

This form shall be used to register for an account on the Court's Electronic Filing System . Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all test cases assigned to the Electronic Filing System. The following information is required for registration:

First Name: Heleene

Middle Name: van

Last Name: Meurs-Bergsma

Bar ID # (if applicable): ______

Firm Name: ______

Firm Address: Grenslaan 6
2111GH AERDENHOUT NETHERLANDS EUROPE

Voice Phone Number: +31651273954

Fax Phone Number: NONE

Internet E-Mail Address: heleenevanmeurs@planet.nl

By submitting this registration form, the undersigned agrees to abide by the following rules:

1) This system is for use only in U.S. Bankruptcy cases permitted by the U.S. Bankruptcy Court for the Southern District of New York. It may be used to file and view electronic documents, docket sheets, and notices.

2) Documents are to be submitted electronically only in Portable Document Format (PDF).

3) The combination of the user identification and password issued by the court will serve as the signature of the attorney/participant filing the document. Individuals must protect the security of passwords and immediately notify the court if they learn that their password has been compromi

**Please return to :**

MIS Department, Att: Electronic Filing Registration
U. S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Applicant Signature: ______________________ Date: 20/10/201

**Notice of Hearing on Debtors Forty Second Omnibus Objection to Claims (Late filed Lehman Programs Securities Claims) from Heleene van Meurs-Bergsma,**
**Claim number 66022 ( " the claim").**

The claim is dated on November 1, 2009. See copy.
In Holland we received a notice from the ING bank on September 24, 2009 with the information how we have to get a electronic reference number before October 8, 2009.
I got this number on October 1, 2009.
It was difficult for me to find out more information on how to proceed with this claim. ING bank wrote on September 24, 2009 that the procedure about the Lehman Brother claims was not clear yet. At that time the bank didn't tell me where to go for advise or support. I had the idea that my bank as a financial planner/account manager would help me. No way!
As a private person and not a legal financial professional it is a very complicated procedure in a foreign country with little/if any support from the ING Bank (or other Dutch Banks). Banks wants to sell their products in that time and didn't want to see me when I asked for help about the Lehman claim during the crisis.

Finally I found out by myself and downloaded the form (the Lehman Securities Programs Proof of Claim) and sent it by post on November 1, 2009 to the US Bankruptcy Court. I'm very surprised (bit disappointed) that the Court received my Claim on December 28, 2009. Almost two months later! What happened those two months in the USA? Of course I know that it was better to send the form earlier. But, if I had sent my form in time when I first got the electronic reference number (October 1, 2009) it still wouldn't have made it in time (you received my form two months later).
Anyway, I still hope you will allow my claim. I bought the Lehman-product a couple of years ago because the bank advised me to do. The economy changed the last few years. But I am still the owner of this Lehman product. It is Lehman brothers who is bankrupt by their way of doing business. It is not an act from the persons who investigate in Lehman.
A " little " failure in the procedure - late filed claim- (at my side) cannot be that important / the reason that my claim/ownership is not allowed! All the other paperwork I filled in after searching and calling with Epiq etc .

Kind regards, Heleene van Meurs

20/10/2012

Grenslaan 6
2111GH Aerdenhout
Netherlands Europe

31-10-2012 NOTICE HEARING

**Heleene van Meurs**

**Van:** Heleene Van Meurs [heleenevanmeurs@planet.nl]
**Verzonden:** woensdag 17 oktober 2012 20:46
**Aan:** Heleene van Meurs
**Onderwerp:** Fwd: response lehman brothers claim/ Notice hearing on debtors forty second omnibus objection to claims / late filed lehamn programs securities claims
**Bijlagen:** lehman 15 oktober 2012.pages; Lehmann 15 oktober 2012.pages

Begin forwarded message:

**From:** Heleene Van Meurs <heleenevanmeurs@planet.nl>
**Subject: Fwd: response lehman brothers claim/ Notice hearing on debtors forty second omnibus objection to claims / late filed lehamn programs securities claims**
**Date:** October 17, 2012 8:43:04 PM GMT+02:00
**To:** Maurice Horwitz <maurice.horwitz@weil.com>
**Bcc:** Heleene Van Meurs <heleenevanmeurs@planet.nl>

Maurice, I checked my email files and see below that I respond in time and spoke to one of your colleagues
I really don't understand why you could not find my email with Erin Eckols, working for Weil too.
Could you please let me know what the reason is.
For me as a private person and not a professional - specialist - in this kind of law/financial material it is still difficult to understand the procedure. So therefore I spoke to your colleague to ask what I have to do. As yo know I still fill in all the other paperwork!
kind regards Heleene van Meurs

Begin forwarded message:

**From:** "Eckols, Erin" <erin.eckols@weil.com>
**Subject: RE: response lehman brothers claim/ Notice hearing on debtors forty second omnibus objection to claims / late filed lehamn programs securities claims**
**Date:** October 18, 2010 9:02:31 PM GMT+02:00
**To:** Heleene van Meurs <heleenevanmeurs@planet.nl>

Thank you Mrs. Van Meurs.

**From:** Heleene van Meurs [mailto:heleenevanmeurs@planet.nl]
**Sent:** Monday, October 18, 2010 1:52 PM
**To:** Eckols, Erin
**Cc:** heleenevanmeurs@planet.nl
**Subject:** response lehman brothers claim/ Notice hearing on debtors forty second omnibus objection to claims / late filed lehamn programs securities claims

Hi Erin,
Reference to our telephone call today below you will find my response.

**i)**
Bankruptcy Court : United States Bankruptcy Court Southern District New York
Debtor: Lehman Brothers Holdings INC
Case number: 08-13555
Notice of hearing on debtor's forty second omnibus objection to claims (late-filed Lehman programs securities claims).

**ii)**
Claiment: Van Meurs-Bergsma, H.M.A. Grenslaan 6, 2111 GH AERDENHOUT, NETHERLANDS
Classification and Amount: UNSECURED: $71,000.00

**iii)**
The claim is dated on November 1, 2009. See copy.
In Holland we received a notice from the ING bank on September 24, 2009 with the information that we have to get a electronic reference number before October 8, 2009.
I got this number on October 1, 2009.
It was difficult for me to find out more information on how to proceed with this claim. ING bank wrote on September 24, 2009 that the procedure about the Lehman Brother claims was not clear yet.
As a private person and not a legal professional it is a very complicated procedure with little/if any support from the ING Bank (Dutch Banks).

Finally I found and downloaded the form (the Lehman Securities Programs Proof of Claim) and sent it on November 1, 2009 to the US Bankruptcy Court. I'm very surprised (disappointed) that the Court received my Claim on December 28, 2009. Almost two months later!
If I had sent my form when I first got the electronic reference number (October 1, 2009) It still wouldn't have made it in time.

**iv)**
Documentation:

- ING Bank September 24, 2009. Procedure and amount Nominaal 50.000 EURO 7% FLRN Lehman Brothers 05/35-2744.
- Lehman securities programs proof of claim
- EpiQ systems Acknowledgement of receipt of proof of claim, January 19, 2010.

**v)**
Same address as claimant (above).

**vi)**
Same address as claimant. Telephone number 0031 235246193 or 0031 6 51273954

Kind regards
Heleene van Meurs Bergsma
Grenslaan 6
2111 Gh AERDENHOUT, NETHERLANDS EUROPE

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you.

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) HMA VAN MEURS - BERGSMA
GRENSLAAN 6 2111 GH AERDENHOUT - HOLLAND
EUROPE

Telephone number: +31 235246193 Email Address: heleenevanmeurs@planet.nl

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** ____________
(*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 71,000 **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0218304458 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 9434863 ref. no Euroclear ~~acc. no ING 98626~~ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** acc. no. ING 98626. **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| **Date.** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| Nov 1st 2009 | [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500 F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

epiq SYSTEMS

MAILID *** 0008275842 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000113076 ****

VAN MEURS-BERGSMA, HMA
GRENSLAAN 6
AERDENHOUT, 2111 GH HOLLAND

January 19, 2010

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | VAN MEURS-BERGSMA, HMA |
| Date Received: | 12/28/2009 |
| Claim Number: | 66022 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

**The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.**

You may also contact by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

ING

Kantooradres / Branch address
ING Servicelijn
Postbus 1800
locatiecode FP A 02.14
1000 BV Amsterdam

Telefoon / Telephone
0800-7011

Postbus 1800, 1000 BV Amsterdam, FP A 02.14

DE HEER B.R. VAN MEURS E/O
MEVROUW H.M.A. VAN MEURS-BERGSMA
GRENSLAAN 6
2111 GH AERDENHOUT

Datum / Date
24-09-2009

Rekeningnr. / Account No.
66.54.14.579

Depotnr. / Depot No.
053.5526

Blad / Page
1

Lehman Brothers

Geachte heer/mevrouw,

Volgens onze administratie heeft u obligaties Lehman Brothers 2005/2035 (ISIN-code XS0218304458) in uw portefeuille. De laatst bij ons bekende koers is 39%. Dit was de slotkoers van 8 september 2008 op Euronext Amsterdam. Uw positie op 15 september 2008 staat onder aan deze brief.

Faillissement Lehman Brothers Treasury
Deze effecten zijn uitgegeven door Lehman Brothers Treasury (LBT). Het faillissement van LBT is uitgesproken op 8 oktober 2008.

Rol van ING
ING zal niet namens u een claim indienen bij de curator. Deze brief is uitsluitend bedoeld om onze kennis over de afwikkeling van het faillissement van LBT met u te delen. De informatie in deze brief is afkomstig van derden, ING staat daarom niet in voor de juistheid en/of volledigheid van deze informatie.

Uw rol
U bent zelf verantwoordelijk voor het indienen van uw claim bij de curator en het verzamelen van de daarvoor benodigde informatie. U mag de informatie in deze brief, zonder eigen onderzoek, niet voor juist en/of volledig aannemen. Ook bent u er zelf voor verantwoordelijk dat u uw vordering tijdig bij de curator indient. Doet u dat niet dan kunt u later geen aanspraak maken op een eventuele uitkering uit de failliete boedel.

procedure

Wat kunt u nu doen?
Op dit moment is het ING nog niet duidelijk hoe u een claim kunt indienen bij LBT. Wilt u op de hoogte gehouden worden, stuur dan een email naar de curator info.lbtreasurybv@houthoff.com.

Naast LBT kunt u ook bij Lehman Brothers Holdings International (LBHI) een vordering indienen.

Codes
ref.no euroclear
9434863
acc.no ING
90.626

aanmelding 28/9/09
aangemeld
o/o 1/10/09.

Wilt u een vordering bij LBHI indienen dan moet u nu twee dingen doen:
1.Geef ons uiterlijk 8 oktober 10.00 uur de opdracht om de hierboven genoemde effecten te blokkeren. Dit kan telefonisch via 0900 0664 (10 cent per minuut). Na 3 werkdagen kunt u opnieuw bellen met dit nummer en ontvangt u van ons uw unieke Euroclear Bank Electronic Reference Number. Dit nummer heeft u nodig voor het formulier dat u zelf bij LBHI kunt inleveren (zie stap 2).
2.Stuur ruim voor 2 november 2009 een volledig ingevulde Lehman Securities Programs Proof of Claim naar de US Bankruptcy Court in New York. Dit formulier kunt u downloaden van www.lehman-docket.com Let op: is uw formulier op 2

0000535526

225933 0808 1719

ING

Kantooradres / Branch address
ING Servicelijn
Postbus 1800
locatiecode FP A 02.14
1000 BV Amsterdam

Telefoon / Telephone
0800-7011

Postbus 1800, 1000 BV Amsterdam, FP A 02.14

DE HEER B.R. VAN MEURS E/O
MEVROUW H.M.A. VAN MEURS-BERGSMA
GRENSLAAN 6
2111 GH AERDENHOUT

Datum / Date
24-09-2009

Rekeningnr. / Account No.
66.54.14.579

Depotnr. / Depot No.
053.5526

Blad / Page
2

november 2009 niet ontvangen door de US Bankruptcy Court, dan maakt u geen aanspraak op een mogelijke vergoeding in de toekomst.

Tot slot
Heeft u naar aanleiding van het faillissement van LBT nog vragen? Neem dan contact op met de de curator van LBT of LBHI.

Per 15 september 2008 had u in portefeuille:

$ 1,42

Nominaal 50.000,00 EUR 7% FLRN LEHMAN BROTHERS 05/35 -2744-

Hoogachtend,
ING Bank N.V.

• bardate 2 november & forms
  middellijk kennisname.
• 3e secretar. prepare proof of claim
  form.

0000535526

225933 0808 1719