# EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
     Attn: Clerk

AND TO:  Lehman Brothers Special Financing Inc. (the "Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 17533

**DEUTSCHE BANK AG, LONDON BRANCH** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Solus Recovery Fund LP**
C/O Solus Alternative Asset Management LP
Attn: Compliance Dept.
410 Park Avenue, 11th Floor
New York, NY 10022
Fax: 212-284-4338
Email: compliance@soluslp.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 17533, solely to the extent of $1,810,878.94, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated Nov. 8 2012.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: Michael Sutton
Title: Managing Director

By: _____
Name: Duncan Roberts
Title: Director

**SOLUS RECOVERY FUND LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

RECEIVED NOV - 9 2012 U.S. BANKRUPTCY COURT, SDNY JMP

8

## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
       Attn: Clerk

AND TO:   Lehman Brothers Special Financing Inc. (the "Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 17533

DEUTSCHE BANK AG, LONDON BRANCH and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Solus Recovery Fund LP
C/O Solus Alternative Asset Management LP
Attn: Compliance Dept.
410 Park Avenue, 11th Floor
New York, NY 10022
Fax: 212-284-4338
Email: compliance@soluslp.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 17533, solely to the extent of $1,810,878.94, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated __Nov. 8__ 2012.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____          By: _____
    Name:                                        Name:
    Title:                                       Title:

SOLUS RECOVERY FUND LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
    Name:
    Title:   **Gordon Yeager**
             **Chief Risk Officer &**
             **Chief Operations Officer**

8

**File a Claim action:**

08-13555-jmp Lehman Brothers Holdings Inc.

U.S. Bankruptcy Court

Southern District of New York

Notice of Electronic Filing

The following transaction was received from Joseph G. Minias entered on 11/8/2012 at 11:54 AM and filed on 11/8/2012
Case Name:      Lehman Brothers Holdings Inc.
Case Number:    08-13555-jmp
Document Number: 31943

**Docket Text:**
Transfer Agreement FRBP *(Partial)* Transfer Agreement 3001 (e) 2 Transferors:Deutsche Bank AG, London Branch(Claim No.17533, Amount 1,810,878.94). To Solus Recovery Fund LP. filed by Joseph G. Minias on behalf of Solus Recovery Fund LP.(Minias, Joseph)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:P:\08-13555 - Lehman Sola Claim Transfers - 11-8-12\08-13555 - Lehman-Sola Claim Transfer #17533 for 1M.pdf
Electronic document Stamp:
[STAMP NYSBStamp_ID=842906028 [Date=11/8/2012] [FileNumber=12047947-0]
[952439b120ef645d68138653beeea65c419c6c6127c56d71215096841ec6d1306f65
0851a51ab46f54274f957ef3b24c58acee67bccc8b2f946f6a484907cf82]]

08-13555-jmp Notice will be electronically mailed to:

Anne Marie Aaronson on behalf of Creditor Jeanes Hospital
aaaronson@dilworthlaw.com

Marc Abrams on behalf of Creditor ADI Alternative Investments
maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker on behalf of Attorney Chapman and Cutler LLP
acker@chapman.com

David J. Adler on behalf of Creditor Occidental Energy Marketing, Inc.
dadler@mccarter.com

Suyash Agrawal on behalf of Attorney Susman Godfrey, L.L.P.
sagrawal@susmangodfrey.com

Kathleen M. Aiello on behalf of Attorney Fox Rothschild LLP
kaiello@foxrothschild.com

Robert D. Albergotti on behalf of Creditor Steven G. Holder Living Trust
robert.albergotti@haynesboone.com

Craig J. Albert on behalf of Creditor Edward J. Agostini Living Trust Dated May 12, 2000
calbert@reitlerlaw.com

Jose Raul Alcantar Villagran on behalf of Creditor Sankaty Credit Opportunities III, L.P.
raul.alcantar@ropesgray.com

Ana M. Alfonso on behalf of Interested Party BANK OF AMERICA, N.A.
maosbny@willkie.com, aalfonso@willkie.com

Jonathan Bradley Alter on behalf of Unknown Bingham McCutchen LLP (Successor in Interest to McKee Nelson LLP)
jonathan.alter@bingham.com

Darryl J. Alvarado on behalf of Unknown Chun Ip
dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com

D. Sam Anderson on behalf of Unknown Citibank, N.A., In Its Capacity As Trustee
sanderson@bernsteinshur.com, acummings@bernsteinshur.com;lkubiak@bernsteinshur.com

Carla O. Andres on behalf of Interested Party Fee Committee
candres@gklaw.com

George Angelich on behalf of Creditor The Vanguard Group, Inc.
angelich.george@arentfox.com, lane.katie@arentfox.com

Philip D. Anker on behalf of Creditor Banque Populaire Cote d'Azur
philip.anker@wilmerhale.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Laura E. Appleby on behalf of Creditor US Bank, National Association, as Trustee
appleby@chapman.com