Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:   08-13555 (JMP)
                                            :
            Debtors.                        :   (Jointly Administered)
                                            :
------------------------------------------------------------x

*Proof of Mailing on Fee OBJECTION*

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

From: M Kunz, PO Box 1801, Nantucket, MA

To: US Trustee, 33 Whitehall, NY NY 10014

U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 16, 12 AMOUNT $1.15

PS Form 3817, April 2007

FILED 2012 NOV 14 P 3:38 U.S. BANKRUPTCY COURT S.D. OF N.Y.

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

NEW YORK, NY 10153

| | | |
|---|---|---|
| Postage | $1.90 | 0601 |
| Certified Fee | $2.95 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.85 | 10/16/2012 |

Sent To: Weil Gotshal
Street, Apt. No. or PO Box No.: 767 5th
City, State, ZIP+4: NY NY 10153

7012 1010 0000 2843 5530

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

NEW YORK, NY 10005

| | | |
|---|---|---|
| Postage | $1.90 | 0601 |
| Certified Fee | $2.95 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.85 | 10/16/2012 |

Sent To: Mr Bruce Reed
Street, Apt. No. or PO Box No.: One Plza
City, State, ZIP+4: NY NY 10005

7012 1010 0000 2843 5509