Please help!!



RECEIVED NOV 14 2012 U.S. BANKRUPTCY COURT, SDNY JMP

Nov/2012



idalia borges
lehman employee



Illustration © Monique Felix
Published by The Creative Company, Mankato, MN

8336/135
PRINTED IN CHINA





GALISON
NEW YORK
WWW.GALISON.COM



5 November 2012

Honorable James M. Peck
Southern District of New York

Re: Lehman 08-13555
Claim # 11265
Borges Borges Idalia

It's been now more than four (4) years since Lehman was closed.

Many people and companies have been paid, but we the employees have been left behind.

It is us the employees that have had the worst part in this nightmare.

Even though I submited my claim on a timely basis, I have not been paid yet.

I have written to the trustee, but nothing has happened. I have called Epic, to no result. I have called Lehman Brothers human resources and they haven't helped either.

I was an employee in sick leave when Lehman was closed. (2008)

I have not been paid. My claim is number 11265 from 08-13555.

To make things worst this year (2012) they changed the health plan to a terrible plan, which has curtailed my ability to see the doctors I need to continue seeing for my health and rehabilitation.

This new (2012) plan has also changed the prescription's access.

It is so heartbreaking!!

I can not beleive that these people - Lehman Human Resources - the Trustee for this Lehman case - Epic - lawyers and others are paid so much money (millions of dollars) while we the employees which have only asked for that that we have worked for and which is covered by the labor laws, have to continue waiting for our money.

I do not have the money to pay a

3 lawyer. I am not in good health and because of my health condition I am computer illiterate

Can you please, if it pleases the court, guide me to where I can receive the help to get my money owed by Lehman to me and the reinstatement of the health plan as it was before. Before they unilaterally changed it to this creepy, terrible health plan –

[ Aetna * NAP Lehman Brothers holdings Inc.
  ID W1900 98941
  health plan (80840) 914086 0054
  grp. 837094-10-004
  RX BIN # 610502

If there is justice in this world I hope I can get some of it.
I am + will be perpetually grateful (thankfull) for any help or guidance you can give me to solve this problem and put this nightmare behind.

Idalia Burgos
PO BOX 9020968, SJ, PR. 00902-0968