*[handwritten at top right:]* Blocking No. 9544866

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,                Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Mr. S. Grijpstra__                            __Recreatiepark Linnaeushof BV__
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): __62710.00__
should be sent:                                 Amount of Claim: __$ 227,179.09__
                                                Date Claim Filed: _____

Phone: __0031 615061757__                       Phone: __0031 615061757__
Last Four Digits of Acct #: __0815__            Last Four Digits of Acct. #: __0882__

Name and Address where transferee payments
should be sent (if different from above):

                                                RECEIVED
                                                NOV 16 2012

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Grijpstra__                           Date: __17/10/2012__
    Transferee/Transferee's Agent                     (17th October 2012)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.