

**HSBC Private Bank**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Monaco, 9 November 2012

Hello,

Please find attached a claim transfer form for the partial transfer of claim from Citibank N.A to HSBC Private bank Monaco S.A.

Please kindly confirm receipt of this transfer form, and acceptance of the transfer of claim, to:
Pbrs.mco.ost@hsbcpb.com

Thanks and best regards

Gérome VICENTE/ Gaelle MIGANI
Securities department
HSBC Private Bank Monaco S.A

RECEIVED
NOV 26 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

HSBC PRIVATE BANK (MONACO) S.A.

Tel  +377 93 15 25 25
Fax  +377 93 15 25 00

INTERNAL

HSBC Private Bank (Monaco) S.A.
17, avenue d'Ostende
MC 98000 Monaco

www.hsbcprivatebank.com

Société Anonyme Monégasque au capital de 151 001 000 €
R.C.I. 97 S 03269, D.S.E.E. 651 C 07583, Swift BLICMCMC
Siège Social 17, avenue d'Ostende - MC 98000 Monaco

RECEIVED NOV 26 2012 U.S. BANKRUPTCY COURT SDNY

B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                               Case No. 08-13555

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **HSBC PRIVATE BANK MONACO S.A.** | **Citibank, N.A.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**17 AVENUE D'OSTENDE**
**MC 98000 MONACO**
**Attn: GEROME VICENTE**
Phone: +377 93 15 24 23
Email: gerome.vicente@hsbcpb.com

Court Claim # (if known): 55393
Total Amount of Claim Filed: $70,282,561
Amount of Claim Transferred: $250,000
ISIN/CUSIP: XS0353301947
Blocking Number:
Date Claim Filed: October 29, 2009

Phone: 212-373-3000
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

**EUROCLEAR BANK SA/ NV ,
1 boulevard du Roi Albert II , 1210 Brussels,
BELGIUM
Account 97797 ( BIC BANKcode : MGTCBEBE)**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **HSBC PRIVATE BANK MONACO S.A.**   Date: 4th October 2012
Transferee/Transferee's Agent

[Stamp: HSBC Private Bank (MONACO) S.A. 17, avenue d'Ostende MC 98000 Monaco]

E. DUPUY
General Counsel

G. VICENTE
Head of Securities Department

INTERNAL - Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 55393 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October   , 2012.

| Citibank, N.A. | HSBC PRIVATE BANK MONACO S.A. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Citibank, N.A.<br>601 Lexington Avenue, 17th Floor<br>New York, New York 10022<br>Attn: Maria Elizabeth Coll | 17 AVENUE D'OSTENDE<br>MC 98000 MONACO<br>Attn: GEROME VICENTE<br>Phone: +377 93 15 24 23<br>Email: gerome.vicente@hsbcpb.com |
| With a copy to:<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Attn: Douglas R. Davis<br>Phone: 212-373-3000<br>Email: ddavis@paulweiss.com | |

~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                    **CLERK OF THE COURT**

INTERNAL