RECEIVED NOV 26 2012 U.S. BANKRUPTCY COURT S.D.N.Y. OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

Frankfurter Sparkasse                                      See Exhibit A
Name of Transferee                                         Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): See Exhibit A
should be sent:                                 Amount of Claim: See Exhibit A
                                                Date Claim Filed: See Exhibit A

Frankfurter Sparkasse
Attn: Dr. Sven Matthiesen, R 11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2610

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen*                      Date: 11-14-2012
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse ,

Transferee's Agent

Frankfurter Sparkasse – Christian Schlaghecke

# Exhibit A

| | |
|---|---|
| Transferor: | Christian Schlaghecke<br>Landhausstraße 11<br>71134 Aidlingen<br>Germany |
| Court Claim # (if known): | Claim Number 38443<br>Blocking Number 7004200909250409987 |
| Date Claim Filed | October 13, 2009 |
| Amount of Claim: | 28,472.00 USD |

We kindly ask to receive distributions by wire, see the enclosed form.

Frankfurter Sparkasse – Christian Schlaghecke