UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re                                                      :
                                                           :       Chapter 11
                                                           :
Lehman Brothers Holdings Inc., *et al*.    :       Case No.  08-13555 (JMP)
                                                           :
                                                           :       (Jointly Administered)
                                         Debtors    :
-----------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that, as of November, 14, 2011, Cole, Schotz, Meisel, Forman & Leonard, P.A. was substituted as counsel for Highland Capital Management, L.P.; Highland Credit Strategies Fund; Highland Credit Strategies Master Fund, L.P.; Longhorn Credit Funding, LLC; Highland Floating Rate Fund; Highland Floating Rate Advantage Fund; SEI Institutional Investment Trust-Enhanced Income Fund; Highland CDO Opportunity Master Fund, L.P.; Highland Credit Opportunities CDO, L.P.; Highland Crusader Offshore Partners, L.P.; Highland Financial Corporation; Highland Floating Rate Advantage Fund; and Highland Floating Rate Fund (collectively, the "Highland Entities").  Haynes and Boone, LLP is no longer counsel for the Highland Entities.  The contact information for counsel for the Highland Entities is now:

Michael D. Warner
**Cole, Schotz, Meisel, Forman & Leonard, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.810.5265
Facsimile: 817.810.5255
Email: mwarner@coleschotz.com

Dated: November 29, 2012

**HAYNES AND BOONE, LLP**

*/s/ Scott W. Everett*

Scott W. Everett – Texas Bar #00796522
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: scott.everett@haynesboone.com

and

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

*/s/ Michael D. Warner*

Michael D. Warner – Texas Bar #00792304
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.810.5265
Facsimile: 817.832.5566
Email: mwarner@coleschotz.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012, true and correct copies of the foregoing document was served upon individuals that receive ECF notices by this court's ECF system in the above case and upon the parties on the attached service list via electronic service.

/s/ Michael D. Warner
Michael D. Warner