**Bank Vontobel AG**

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Zurich, November 22, 2012 / VBSNT
Telephone 0041 58 283 74 71
Telefax 0041 58 283 51 60
E-mail thomas.schwerzmann@vontobel.ch

| ☐ as discussed | ☒ please process |
| ☐ for your information | ☐ please comment |
| ☐ for your records | ☐ please sign |
| ☐ please return | ☐ returned with thanks |
| ☐ please call | ☐ please clarify |
| ☐ forward to | ☐ |

Please note:
Enclosed please find one form "Evidence of Transfer of Claim".
Please note, that the mentioned Lehman Product is deposited now in our bank.
Our Claim number is: 67373
If you have any questions, don't hesitate to contact me

Yours sincerely,
Bank Vontobel AG

*[signature]*

Thomas Schwerzmann

---

Bank Vontobel AG        Gotthardstrasse 43        Telephone +41(0)58 283 71 11
                        CH-8022 Zurich           Telefax +41(0)58 283 76 50

NOV 26 2012

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Vontobel AG, Zurich / Switzerland          CREDIT SUISSE, Zurich / Switzerland
Name of Transferee                              Name of Transferor

Name and Address where notices                  Court Claim # (if known): 55829
to transferee should be sent:                   Date Claim Filed: not known
Bank Vontobel AG                                Amount of Claim: to be determined
Gotthardstrasse 43                              Portion of Claim Transferred (see
Postfach                                        Schedule I): CHF 27'000.00
CH-8022 Zurich / Switzerland

Phone: 0041 58 283 74 71                        Phone: _____
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 11/22/12
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Bank Vontobel AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [DATE].

**[full company name of Transferor]**

By: _____
Name: Adrian Graf
Title:  Assistant Vice President

By: _____
Name: Rita von Wyl
Title:  Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0319862818 | 55829 | October 29, 2009 | Lehman Brothers Securities N. | CHF 27'000 |