DR. WITTEN FAM. DEP. GBR
c/o Prof. Dr. Peer Witten
Alsterkamp 18
20149 Hamburg
GERMANY

UNITED STATES BANKRUPTCY COURT                             November 15, 2012
Southern District of New York
One Bowling Green
NEW YORK, NY 10004-1408
USA

Ref. Internal Control no. 31385

Dear Sir or Madam,

we have been informed that our claims in the Lehman Brothers Holdings Inc. proceedings (claim no. 50632) have been transferred to Stichting The IAMEX Value Foundation, Keizergracht 268, Amsterdam 1016 EV, Netherlands. We herewith object to such transfer which has been made fraudulent without our knowledge.

Best Regards,

*(signature)*

(Prof. Dr. Peer Witten)

RECEIVED
NOV 26 2012
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK