BOA        Fax 6468550114        Jun 12 2012 10:35am P004/005

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI GVF Luxembourg Twelve S.a.r.l. | Bank of America, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CarVal Investors, LLC
12700 Whitewater Drive, MS 144
Minnetonka, Minnesota 55343-9439

Court Claim # (if known): 20105
Amount of Claim: $20,000,000.00
Date Claim Filed:        September 21, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 6/8/12
    Transferee/Transferee's Agent
    by CarVal Investors, LLC
    its attorney-in-fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

500989702v3

BOA                    Fax 6468550114              Jun 12 2012 10:36am P005/005

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank of America, N.A. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVI GVF Luxembourg Twelve S.a.r.l. ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $20,000,000.00, and the relevant portion of any and all proofs of claim (No. 20105) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 12 day of June, 2012.

BANK OF AMERICA, N.A.

By: _____
Name: Ronald Torok
Title: Director

CVI GVF LUXEMBOURG TWELVE S.A.R.L.
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:
Title:

**Tiffany Parr
Authorized Signer**

S0098970v3

## SCHEDULE 1

## WIRE INSTRUCTIONS

SELLER

Bank: Bank of America, N.A.
ABA No.: 026-009-593
Acct: Credit Services
Acct. No.: 1366210627300
Attn: Servicing Team TLC004
Ref: LBSF Sale / CVI GVF Luxembourg Twelve S.a.r.l.

PURCHASER
Bank: JPMorgan
ABA: 021000021
Acct: CVI GVF Luxembourg Twelve S.a.r.l.
Acct #: 780251823
Swift Code: CHASUS33

500989702v3