UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                              Debtors.                       :    (Jointly Administered)
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claims number 21677 against Lehman Brothers Holdings Inc. by Dover Master Fund II, L.P. filed in the amount of $1,375,283.25 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Dover Master Fund II, L.P. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Dover Master Fund II, L.P. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: Nov. 29, 2012
New York, New York

DOVER MASTER FUND II, L.P.
By: Bowery Management, LLC, its General Partner

By: _____
Name: Vladimir Jelisavcic
Title: Manager

US_ACTIVE:\44147999\1\58399.0003