# UNITED STATES BANKRUPTCY COURT

In re Lehman Commercial Paper Inc.,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed file under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Icade** | **Morgan Stanley Mortgage Servicing Limited** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Le Millenaire 1
Direction Juridique
35 Rue De La Gare
75019 Paris
France

Court Claim # (if known): 28260

lodged against Lehman Commercial Paper Inc. (08-13900)

Amount of Claim: $ not less than $26,007,804.19

Date Claim Filed: September 22 2009

Phone:_____
Last Four Digits of Acct#: N/A

Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Same as Above

Last Four Digits of Acct #: N/A



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: OCtobeR 10, 2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Commercial Paper Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 28260

**Morgan Stanley Mortgage Servicing Limited**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **Icade**
> Millenaire 1
> 35 rue de la Gare
> 75019 Paris

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $26,007,804.19 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 10, 2012.

| SELLER | BUYER |
|---|---|
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ICADE |
| By: _____ | By: _____ |
| Name: | Name: Serge Grzybowski |
| Title: | Title: CEO |

Kumaresh Thiru - Authorised Signatory