# EVIDENCE OF TRANSFER OF CLAIMS

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

CVF Lux Master S.a.r.l. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

CVF Lux Finco, LLC
c/o Car Val Investors, LLC
9320 Excelsior Blvd.
Hopkins, MN 55343
ATTN: Teri Salberg
Email: bdsettlements@carval.com
Tel: 952-984-3416

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** in the proof of claim numbers and in the dollar amounts as further set forth below (each, a "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

| LBHI Proof of Claim No. | Claim Amount |
|---|---|
| 67079.40 | $20,000,000.00 |
| 15922.10 | $9,662,500.00 |
| 20121.31 | $6,616,254.70 |
| 20121.32 | $10,000,000.00 |
| 20121.33 | $20,499,793.84 |
| 26211.00 | $598,698.66 |
| 26213.00 | $1,446,732.83 |
| 26215.00 | $310,574.74 |
| 26217.00 | $1,180,207.87 |
| 26220.00 | $605,095.20 |
| 27975.00 | $1,138,300.01 |
| 28103.11 | $12,500,000.00 |
| 28161.00 | $2,772,294.88 |
| 28163.00 | $1,403,713.17 |
| 28165.00 | $855,827.53 |
| 33172.00 | $3,737,547.10 |
| 66655.13 | $2,412,900.00 |

KL2 2761202.6

| | |
|---|---|
| 66655.14 | $1,087,100.00 |
| 66655.15 | $1,500,000.00 |
| 66655.19 | $986,000.00 |
| 66655.20 | $1,015,000.00 |
| 66655.21 | $1,215,000.00 |
| 66655.23 | $1,784,000.00 |
| 66799.00 | $4,000,000.00 |
| | |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 26th day of November, 2012.

CVF Lux Master S.a.r.l.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: *Renee Axelson*
Name: Renee Axelson
Title: Authorized Signatory


CVF Lux Finco, LLC
By CarVal Investors, LLC
Its Attorney-in-Fact

By: *Renee Axelson*
Name: Renee Axelson
Title: Authorized Signatory

KL2 2761202.6