UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (JMP)
                                                         :
                    Debtors.                             :   (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | 08-13555 Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | RIGHT MANAGEMENT, INC.<br>ATTN: PRINCE ALTEE THOMAS, ESQ.<br>FOX ROTHSCHILD LLP<br>2000 MARKET STREET, 20TH FLOOR<br>PHILADELPHIA, PA 19103-3222 |
| Claim Number (if known): | 5503 |
| Date Claim Filed: | 7/17/2009 |
| Total Amount of Claim Filed: | $133,000.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Fox Rothschild LLP, Attorneys for Right Management, Inc. |
|---|---|
| Printed Name: Samuel H. Israel | Dated: 11/27/12 |