SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318
Solomon J. Noh
Stacey L. Corr

*Attorneys for Banco Itau BBA S.A. – Nassau Branch*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                    : Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
                                         :
　　　　Debtors.                          : (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 67338, filed on February 15, 2011, against Lehman Brothers Holdings Inc. by Banco Itau BBA S.A. – Nassau Branch ("Itau") in the amount of $2,482,948.39 (the "Claim"). The Claim amended proof of claim number 22104, which was filed on September 21, 2009.

PLEASE TAKE NOTICE that, through its undersigned counsel, Itau hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Itau represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/959125.3

Dated: November 30, 2012
New York, New York

                        SHEARMAN & STERLING LLP

                        By: /s/ Solomon J. Noh
                            Solomon J. Noh
                            Stacey L. Corr

                        599 Lexington Avenue
                        New York, NY 10022
                        Telephone: (212) 848-4000
                        Facsimile: (646) 848-8318

                        *Attorneys for Banco Itau BBA S.A. – Nassau Branch*