THE ROYAL BANK OF SCOTLAND PLC
RBS Americas HQ
600 Washington Boulevard
Stamford, CT 06901

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL BY THE ROYAL BANK OF SCOTLAND PLC

Reference is made to (a) proofs of claim number 59649 and 59653 (the "Claims") filed by The Royal Bank of Scotland plc ("RBS") and (b) the Response of The Royal Bank of Scotland plc to Debtors' Eighty-Eighth and Ninetieth Omnibus Objection to Claims [ECF No. 15039] and the Response of The Royal Bank of Scotland plc to Debtors' Two Hundred and Seventeenth Omnibus Objection to Claims [ECF No. 21989] (together, the "Responses").

**PLEASE TAKE NOTICE** that RBS hereby withdraws with prejudice the Claims and the Responses. RBS hereby directs Epiq Bankruptcy Solutions LLC, the court-approved claims agent, to expunge the Claims from the claims register. No other proof of claim of RBS against any of the above-captioned debtors shall be affected hereby.

The undersigned represents and warrants that the withdrawal of the Claims and the Responses is within RBS's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: November 28, 2012
New York, New York

Respectfully Submitted,

_/s/ M. Fabiano_
THE ROYAL BANK OF SCOTLAND PLC

Print Name: Michael T. Fabiano

Title: Managing Director

RBS Americas HQ
600 Washington Boulevard
Stamford, CT 06901

US_ACTIVE:\44130758\2\58399.0011