### EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
         Attn: Clerk

AND TO:   Lehman Commercial Paper Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

CVF Lux Master S.a.r.l. ("Seller"), for good and valuable consideration, the receipt and sufficiency of
which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated
on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold,
transferred and assigned to:

CVF Lux Finco, LLC
c/o Car Val Investors, LLC
9320 Excelsior Blvd.
Hopkins, MN 55343
ATTN: Teri Salberg
Email: bdsettlements@carval.com
Tel: 952-984-3416

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against
**Lehman Commercial Paper Inc**. in the proof of claim numbers and in the dollar amounts as further set
forth below (each, a "Claim") in the United States Bankruptcy Court, Southern District of New York,
Case No. 08-13555 (jointly administered) (JMP).

| LCPI Proof of Claim No. | Claim Amount |
|---|---|
| 67080.30 | $20,000,000.00 |

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of
Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You
are hereby requested to make all future payments and distributions, and to give all notices and other
communications, in respect to the Claim to Buyer.

5

KL2 2761202.6

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 26th day of November, 2012.

CVF Lux Master S.a.r.l.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _Renee Axelson_

Name:  Renee Axelson
Title:    Authorized Signatory


CVF Lux Finco, LLC
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _Renee Axelson_

Name:  Renee Axelson
Title:    Authorized Signatory

6

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
       Attn: Clerk

AND TO:  Lehman Brothers OTC Derivatives Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

CVF Lux Master S.a.r.l. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to:

CVF Lux Finco, LLC
c/o Car Val Investors, LLC
9320 Excelsior Blvd.
Hopkins, MN 55343
ATTN: Teri Salberg
Email: bdsettlements@carval.com
Tel: 952-984-3416

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers OTC Derivatives, Inc.** in the proof of claim numbers and in the dollar amounts as further set forth below (each, a "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

| LBOTC Proof of Claim No. | Claim Amount |
|---|---|
| 28160.00 | $2,716,782.05 |
| 28162.00 | $1,375,605.01 |
| 28164.00 | $831,721.41 |

7

KL2 2761202.6

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 26th day of November, 2012.

CVF Lux Master S.a.r.l.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _Renee Axelson_

Name:  Renee Axelson
Title:   Authorized Signatory


CVF Lux Finco, LLC
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _Renee Axelson_

Name:  Renee Axelson
Title:   Authorized Signatory

8