WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re                                                      :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                                             :    **(Jointly Administered)**
:
----------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**DEBTORS' FORTIETH OMNIBUS OBJECTION**
**TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the

"Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, for the entities in the

above-referenced chapter 11 cases is withdrawing without prejudice the Debtors' Fortieth

Omnibus Objection to Claims [ECF No. 11305] **solely as to the claims listed on Exhibit A**

**attached hereto.**

The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: November 30, 2012
      New York, New York

                                                   Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant | Claim nos. |
|---|---|
| MARSILIO, PAUL A. | 66257 |
| IRAGORRI, JULIAN | 64991 |
| VENTURA COUNTY TAX COLLECTOR | 65230 |
| HIGH LODGE CAPITAL LLC | 63540 |