WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
Debtors.                          :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**DEBTORS' FORTY-FIRST OMNIBUS OBJECTION**
**TO CLAIMS SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the

"Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, for the entities in the

above-referenced chapter 11 cases is withdrawing without prejudice the Debtors' Forty-First

Omnibus Objection to Claims [ECF No. 11306] **solely as to the claims listed on Exhibit A**

**attached hereto.**

       The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: November 30, 2012
       New York, New York

       /s/ Robert J. Lemons

       Robert J. Lemons

       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone:  (212) 310-8000
       Facsimile:   (212) 310-8007

       Attorneys for Lehman Brothers Holdings Inc.
       and Certain of its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant | Claim nos. |
|---|---|
| DAVY, DARREN | 63539 |
| REID, WAYNE D, II | 65975 |