B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lataj Group LLC | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Lataj Group LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn:  Larry Halperin

Court Claim # (if known): 30671
Amount of Claim Transferred:  $19,100,000 (as allowed)
Date Claim Filed:  September 22, 2009
Debtor:  Lehman Brothers Holdings Inc.

Phone: (212) 530-1870
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Richards Kibbe & Orbe LLP_        Date: 11/30/12
Richards Kibbe & Orbe LLP, as authorized signatory
and not in the capacity as legal counsel to Lataj Group LLC

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

17

AOC - JPM(Principal Life) to MHD; $19.1MM; POCs 30671 & 30672.docx

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.,** a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **LATAJ GROUP LLC**, with a mailing address c/o Richards Kibbe & Orbe LLP, One World Financial Center, New York, NY 10281, ATTN: Larry Halperin ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the allowed amount of $19,100,000, docketed as Claim No. 30671 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Proceedings") and transferred to Seller at Docket No. 26534 in the Proceedings.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _29_ day of November, 2012.

JPMORGAN CHASE BANK, N.A.

WITNESS:

_____
(Signature)
Name: ANDREW FANERTY
Title: AUTHORIZED SIGNATORY
(Print name and title of witness)

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____

LATAJ GROUP LLC

By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Lataj Group LLC

By: _____
(Signature of authorized signatory)
Name: Larry G Halpen
Title: Partner
Tel.: 212 - 530 - 1670

13