Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(c)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CENKOS CHANNEL ISLANDS LIMITED | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO BOX 222,
LEVEL 5, THE MARKET BUILDINGS
FOUNTAIN STREET
ST PETER PORT
GUERNSEY, GY1 4JG

Phone: (+44) 1481 732766

Last Four Digits of Acct #: HF03

Court Claim # (if known): 55829
Date Claim Filed: 10/29/2009
Amount of Claim: EUR 200,000
Portion of Claim Transferred (see Schedule I): RE ISIN XS0336151088

Phone: +41 44 332 58 11

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

PLEASE FIND PAYMENT DETAILS RELEVANT TO OUR NOMINEE COMPANY ATTACHED.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Amoss    Date: 11/21/2012
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Cenkos Channel Islands Limited** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 3, 2012.

**Credit Suisse AG**

By: _[signature]_
Name: Martina Berli
Title:  Vice President

By: _[signature]_
Name: Juliette Diallo
Title:  Assistant Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0336151088 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 200'000.00 |



## Cenkos Channel Islands Payment Details

***Please reference your account name and number on all payments***

**Sterling**
| | |
|---|---|
| Bank: | BNP Securities Services, Jersey |
| Sort Code: | 60-95-06 |
| Account Name: | Huntress (CI) Nominees Ltd |
| Account Number: | 30454600 |
| IBAN: | GB55PARB60950630454600 |

**Please make cheques payable to:** "Huntress (CI) Nominees Ltd"

**Swift Payments:**
| | |
|---|---|
| Correspondent Bank: **(Field 56)** | Natwest, London |
| SWIFT Address | NWBKGB2LXXX |
| Beneficial Bank: **(Field 57)** | BNP Securities Services, Jersey |
| SWIFT Address | PARBJESHXXX |
| Beneficiary: **(Field 59)** | Huntress (CI) Nominees Ltd 30454600 |
| IBAN: | GB55PARB60950630454600 |

**Euro**
| | |
|---|---|
| Correspondent Bank: **(Field 56)** | BNP Paribas Securities Services, Paris |
| SWIFT Address: | PARBFRPPXXX |
| Account With: **(Field 57)** | BNP Paribas Securities Services |
| SWIFT Address: | PARBJESHXXX |
| Beneficiary: **(Field 59)** | Huntress (CI) Nominees Ltd 30454610 |
| IBAN: | GB76PARB60950630454610 |

**United States Dollars**
| | |
|---|---|
| Correspondent Bank: **(Field 56)** | BNP Paribas U.S.A. New York |
| | Chips 768 ABA No. 026007689 |
| SWIFT: | BNPAUS3NXXX |
| Account Number: | 200-616237-001-36 |
| Account with: **(Field 57)** | BNP Paribas Securities Services |
| SWIFT Address: | PARBJESHXXX |
| Beneficiary: **(Field 59)** | Huntress (CI) Nominees Ltd 30454620 |
| IBAN: | GB97PARB60950630454620 |

Authorised Signatory          Authorised Signatory

If you have any queries please contact operations on the details below:
Tel No:          +44 (0) 1481 732766
Email:          Settlements@Cenkos-ci.com
Dated 17th November 2010

## Huntress (CI) Nominees Limited
### Authorised Signatory List

### A Signatories

| Name | Position | Signature |
|---|---|---|
| Jonathan Richard Ravenscroft ("JR") | Director | |
| Mark Le Conte Bousfield | Alternate Director to JR | |
| Alexander John Davis Margison ("AJDM") | Director | |
| Sandra-Pamela Marie Lawrence | Alternate Director to AJDM | |
| Christopher Anthony Leslie Brock | Director of Stockbroking | |
| Steven Charles Field | Settlements Supervisor | |
| David Johnson McGall | Company Secretary | |

### B Signatories

| Name | Position | Signature |
|---|---|---|
| Andrew Mauger | Settlements Officer | |
| Alex Cross | Settlements Officer | |

Dated 15th March 2012