UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## OCTOBER 2012 POST-EFFECTIVE OPERATING REPORT

OCTOBER 2012
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

DEBTORS' ADDRESS:        LEHMAN BROTHERS HOLDINGS INC.
                         c/o WILLIAM J. FOX
                         1271 AVENUE OF THE AMERICAS
                         40th FLOOR
                         NEW YORK, NY 10020

DEBTORS' ATTORNEYS:      WEIL, GOTSHAL & MANGES LLP
                         c/o HARVEY R. MILLER, LORI R. FIFE
                         767 FIFTH AVENUE
                         NEW YORK, NY 10153

REPORT PREPARER:         LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR

Date:  November 30, 2012

Indicate if this is an amended statement by checking here:        AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………………  3

Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………….  4
    Schedule of Cash Receipts and Disbursements ……………………………………………………....  7

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements ………………………………  11
    Schedule of Professional Fee and Expense Disbursements …………………………………………………....  12

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

| | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**The Company has established an email address to receive questions from readers regarding this presentation. The Company plans to review questions received and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome, the Company shall endeavor to post a response (maintaining the anonymity of the question origination) on the Epiq website maintained for the Company, www.lehman-docket.com. The Company assumes no obligation to respond to e-mail inquiries. Please provide questions in clear language with document references, and email to QUESTIONS@lehmanholdings.com.**

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
OCTOBER 1, 2012 – OCTOBER, 31 2012**

The information and data included in this October 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company").  The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad and excludes Aurora Bank FSB, which is indirectly controlled by LBHI.  LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors".  The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Subsequent Event:**

As announced on November 26, 2012, LBHI (Plan Administrator) entered into a definitive agreement to sell full ownership of Archstone Enterprise LP to Equity Residential ("EQR", NYSE: EQR) and AvalonBay Communities, Inc. ("AVB", NYSE: AVB) for cash and stock with an aggregate value of approximately $6.5 billion.  LBHI and its affiliates will receive $2.685 billion in cash as well as 34,468,085 shares of EQR common stock and 14,889,706 shares of AVB common stock. The Plan Administrator expects that the sale will be consummated on or before March 26, 2013.  Pursuant to the agreement, LBHI and its affiliates are prohibited from selling or hedging shares of EQR or AVB stock until April 25, 2013.  The Plan Administrator will exercise its business judgment to sell the shares in an orderly manner over time.  Available cash will be distributed in accordance with the Plan.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.  Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:

    - Cash posted as collateral for hedging activity;
    - Cash related to LBHI's wholly-owned indirect subsidiary Aurora Bank FSB; and
    - Cash held at real estate owned properties or at third party managers.

5. To facilitate making Plan Distributions to creditors on October 1, 2012, on September 27, 2012, the Debtors (a) made distributions to Allowed Claims of Debtors and certain Debtor-Controlled Entities and (b) transferred Plan Adjustments from Participating Subsidiary Debtors to LBHI on account of Distributions that would be made to holders of Allowed Claims. Additional Plan Distributions were made on October 1, 2012. This Post-Effective Operating Report includes only those disbursements made on October 1, 2012.

6. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of October 31, 2012:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims | $ 2,010 | $ 2,235 | $ 64 | $ 1,494 | $ 5,803 | $ - | $ 5,803 |
| Priority tax claims [1] | 2,827 | 117 | 0 | 5 | 2,949 | - | 2,949 |
| Distributions on Allowed Claims (not remitted) [2] | 140 | 138 | 164 | 8 | 449 | - | 449 |
| Secured, Admin, Priority Claims and Other [3] | 1,540 | 54 | 69 | 32 | 1,694 | - | 1,694 |
| Subtotal, Claims Reserves | 6,516 | 2,543 | 297 | 1,538 | 10,895 | - | 10,895 |
| Cash pledged to JPMorgan (CDA) [4] | 316 | - | 6 | - | 323 | - | 323 |
| Citigroup and HSBC [5] | 2,037 | - | - | - | 2,037 | - | 2,037 |
| Woodlands and LB Bancorp [6] | - | - | - | - | - | 577 | 577 |
| Other [7] | 236 | 77 | 49 | 32 | 392 | 111 | 505 |
| Total | $ 9,105 | $ 2,621 | $ 352 | $ 1,570 | $ 13,647 | $ 688 | $ 14,336 |

Totals may not foot due to rounding.

(1) On November 1, 2012, the Debtors settled a priority tax claim of $627 million with New York City for $113 million. Future Operating Reports will show the reduction of $627 million in restricted cash.

(2) Represents distributions to creditors of Allowed Claims that were not paid related to the first distribution on April 17, 2012 and the second distribution on October 1, 2012. The $449 million is comprised of approximately $170 million related to claimants who failed to submit the proper taxpayer identification number forms and/or Office of Foreign Asset Control ("OFAC") forms and approximately $230 million for distributions held pending resolution on various items described in settlement agreements with certain Non-Controlled Affiliates

(3) Includes approximately $1.2 billion reserved at LBHI for a disputed claim of the Federal Home Loan Mortgage Corporation that was asserted with priority status, $172 million related to post-petition intercompany payables, $90 million related to secured claims, $28 million related to administrative claims and $196 million related to other administrative activity and other.

(4) Represents $323 million of cash deposited into accounts by LBHI and LCPI and pledged to JPMorgan ("JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, clearance exposures, derivative exposures and contingent letters of credit exposures, pending resolution of these items.

(5) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $30 million, including interest earned thereon.

(6) Represents cash at Woodlands Commercial Corporation ("Woodlands") of $545 million and its parent company, Lehman Brothers Bancorp Inc., a savings and loan holding company, of $32 million, subject to various regulations and supervision by the Federal Reserve Board of Governors.

(7) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $105 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $112 million; (iii) cash collected by LBSF on derivative trades which collateralize certain notes of approximately $77 million; (iv) cash collected in previous months by LCPI on behalf of a third party for $41 million related to a loan participation agreement; (v) net cash collections on assets reported on the books of LBHI and LCPI related to Intercompany-Only Repurchase transactions of approximately $13 million; (vi) cash received by LBHI related to securities transferred to LBHI under the CDA with JPM of approximately $19 million; and (vii) other cash required to be restricted by various agreements of $138 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. unfunded loans or anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**October 1, 2012 - October 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (10/1/12)** | $ 7,595 | $ 822 | $ 776 | $ 257 | $ 9,450 | $ 144 | $ 44 | $ 1,332 | $ 1,519 | $ 10,969 |
| Restricted Cash | 9,104 | 2,637 | 340 | 1,576 | 13,657 | - | - | 639 | 639 | 14,296 |
| **Beginning Total Cash and Investments** | 16,699 | 3,459 | 1,116 | 1,833 | 23,107 | 144 | 44 | 1,970 | 2,158 | 25,265 |
| **Sources of Cash** | | | | | | | | | | |
| Commercial Real Estate | 13 | - | 20 | - | 33 | - | 11 | 16 | 27 | 60 |
| Loans (Corporate and Residential) | 10 | - | 80 | - | 90 | - | - | 43 | 43 | 133 |
| Private Equity / Principal Investing | 214 | - | 6 | - | 220 | 371 | - | 1 | 372 | 592 |
| Derivatives | 7 | 157 | - | 4 | 167 | - | - | 0 | 0 | 167 |
| Receipts from Affiliates | 12 | 1 | - | 1 | 14 | - | - | 348 | 348 | 361 |
| Other | 40 | 2 | (3) | 0 | 40 | 0 | 0 | 3 | 3 | 43 |
| **Total Sources of Cash** | 295 | 160 | 104 | 5 | 564 | 371 | 11 | 411 | 793 | 1,357 |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating | | | | | | | | | | |
| Commercial Real Estate | (2) | - | (2) | (0) | (4) | - | (2) | (5) | (6) | (11) |
| Loans (Corporate and Residential) | (1) | - | (1) | - | (2) | - | - | (1) | (1) | (3) |
| Private Equity / Principal Investing | - | - | - | - | - | (2) | - | - | (2) | (2) |
| Derivatives | - | (0) | - | - | (0) | - | - | - | - | (0) |
| Payments to Creditors | (6,731) | (405) | (382) | (220) | (7,737) | - | - | (1) | (1) | (7,738) |
| Other | (1) | (2) | (0) | (0) | (4) | - | - | (1) | (1) | (5) |
| Operating Expenses | (35) | (16) | (0) | (0) | (51) | (0) | (0) | (10) | (10) | (61) |
| **Total Uses of Cash** | (6,770) | (423) | (386) | (220) | (7,799) | (2) | (2) | (17) | (21) | (7,820) |
| **Net Cash Flow** | (6,475) | (263) | (282) | (215) | (7,235) | 370 | 9 | 393 | 772 | (6,463) |
| Inter-Company Transfers, Net | 251 | 8 | 300 | (16) | 542 | (313) | (0) | (229) | (542) | (0) |
| Transfers from (to) Securitization Trustee | 45 | - | (35) | - | 9 | - | - | - | - | 9 |
| Loan Agencies, Net | 0 | - | 1 | - | 1 | - | - | - | - | 1 |
| FX Fluctuation | 2 | (0) | 0 | - | 2 | - | - | 1 | 1 | 3 |
| **Ending Total Cash and Investments** | 10,522 | 3,204 | 1,099 | 1,602 | 16,427 | 201 | 52 | 2,135 | 2,388 | 18,815 |
| Restricted Cash | (9,105) | (2,621) | (352) | (1,570) | (13,647) | - | - | (688) | (688) | (14,336) |
| **Ending Free Cash and Investments (10/31/12)** | $ 1,417 | $ 584 | $ 747 | $ 32 | $ 2,780 | $ 201 | $ 52 | $ 1,447 | $ 1,700 | $ 4,480 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**October 1, 2012 - October 31, 2012**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (10/1/12)** | | $ 7,595 | $ 822 | $ 776 | $ 257 | $ 9,450 | $ 144 | $ 44 | $ 1,332 | $ 1,519 | $ 10,969 |
| Restricted Cash | | 9,104 | 2,637 | 340 | 1,576 | 13,657 | - | - | 639 | 639 | 14,296 |
| **Beginning Total Cash and Investments** | | 16,699 | 3,459 | 1,116 | 1,833 | 23,107 | 144 | 44 | 1,970 | 2,158 | 25,265 |
| **Sources of Cash** | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
|   Principal | | 12 | - | 18 | - | 30 | - | 10 | 16 | 25 | 55 |
|   Interest | | 1 | - | 3 | - | 3 | - | 1 | 1 | 2 | 5 |
| Loans (Corporate and Residential) | | | | | | | | | | | |
|   Principal | (a) | 8 | - | 78 | - | 86 | - | - | 41 | 41 | 127 |
|   Interest | | 2 | - | 2 | - | 4 | - | - | 2 | 2 | 6 |
| Private Equity / Principal Investing | | | | | | | | | | | |
|   Principal | (b) | 214 | - | 3 | - | 217 | 371 | - | 1 | 372 | 589 |
|   Interest and Dividends | | 0 | - | 3 | - | 3 | - | - | - | - | 3 |
| Derivatives | | | | | | | | | | | |
|   Return / (Posting) of Hedging Collateral, net | | - | 7 | - | 2 | 9 | - | - | 0 | 0 | 9 |
|   Collections from Live / Terminated Trades | (c) | 7 | 149 | - | 2 | 158 | - | - | 0 | 0 | 158 |
|   Other | | - | 1 | - | - | 1 | - | - | - | - | 1 |
| Receipts from Affiliates | | | | | | | | | | | |
|   Distributions from Non-Controlled Affiliates | (d) | 12 | - | - | - | 12 | - | - | - | - | 12 |
|   Plan Distributions from Debtors | (e) | 0 | 1 | - | 1 | 2 | - | - | 348 | 348 | 350 |
| Other | | | | | | | | | | | |
|   Interest | (f) | 3 | 2 | (0) | 0 | 6 | 0 | 0 | 1 | 1 | 7 |
|   Other | | 37 | - | (3) | 0 | 35 | - | - | 2 | 2 | 37 |
| **Total Sources of Cash** | | 295 | 160 | 104 | 5 | 564 | 371 | 11 | 411 | 793 | 1,357 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
October 1, 2012 - October 31, 2012

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total | |
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
|   Preservation of Assets | | (2) | - | (2) | (0) | **(4)** | - | (2) | (5) | **(6)** | **(11)** |
| Loans (Corporate and Residential) | | | | | | | | | | | |
|   Preservation of Assets | | (1) | - | (1) | - | **(2)** | - | - | (1) | **(1)** | **(3)** |
| Private Equity / Principal Investing | | | | | | | | | | | |
|   Capital Calls | | - | - | - | - | **-** | (2) | - | - | **(2)** | **(2)** |
| Derivatives | | | | | | | | | | | |
|   Payments on Live Trades | | - | (0) | - | - | **(0)** | - | - | - | **-** | **(0)** |
| Payments to Creditors (Secured and Administrative) | | | | | | | | | | | |
|   Plan Distributions | (g) | (6,731) | (405) | (382) | (220) | **(7,737)** | - | - | - | **-** | **(7,737)** |
|   Payments to Creditors - Non Controlled Affiliates | | - | - | - | - | **-** | - | - | (1) | **(1)** | **(1)** |
| Other | | | | | | | | | | | |
|   Other | | (1) | (2) | (0) | (0) | **(4)** | - | - | (1) | **(1)** | **(5)** |
| Operating Expenses | (h) | | | | | | | | | | |
|   Compensation and Benefits | (i) | (8) | - | - | - | **(8)** | - | - | (5) | **(5)** | **(13)** |
|   Professional Fees | (j) | (26) | (16) | (0) | - | **(42)** | (0) | (0) | (0) | **(0)** | **(42)** |
|   Other | (k) | (1) | (0) | (0) | (0) | **(2)** | (0) | (0) | (4) | **(4)** | **(6)** |
| **Total Uses of Cash** | | **(6,770)** | **(423)** | **(386)** | **(220)** | **(7,799)** | **(2)** | **(2)** | **(17)** | **(21)** | **(7,820)** |
| **Net Cash Flow** | | **(6,475)** | **(263)** | **(282)** | **(215)** | **(7,235)** | **370** | **9** | **393** | **772** | **(6,463)** |
|   Inter-Company Receipts | (l) | 308 | 8 | 324 | 0 | **641** | - | 0 | 52 | **52** | **693** |
|   Inter-Company Disbursements | (m) | (58) | (0) | (24) | (17) | **(99)** | (313) | (0) | (281) | **(595)** | **(693)** |
|   Transfers from (to) Securitization Trustee | (n) | 45 | - | (35) | - | **9** | - | - | - | **-** | **9** |
|   Loan Agencies, Net | | 0 | - | 1 | - | **1** | - | - | - | **-** | **1** |
|   FX Fluctuation | | 2 | (0) | 0 | - | **2** | - | - | 1 | **1** | **3** |
| **Ending Total Cash and Investments** | (o) | **10,522** | **3,204** | **1,099** | **1,602** | **16,427** | **201** | **52** | **2,135** | **2,388** | **18,815** |
| Restricted Cash | | (9,105) | (2,621) | (352) | (1,570) | **(13,647)** | - | - | (688) | **(688)** | **(14,336)** |
| **Ending Free Cash and Investments (10/31/12)** | | **$ 1,417** | **$ 584** | **$ 747** | **$ 32** | **$ 2,780** | **$ 201** | **$ 52** | **$ 1,447** | **$ 1,700** | **$ 4,480** |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
October 1, 2012 - October 31, 2012

Unaudited ($)

**Notes:**

(a)  Primarily includes cash received from the sale of assets and principal pay downs related to Corporate Loans and Residential Real Estate assets, including approximately $37 million collected by Woodlands Commercial Corp. which is restricted as of October 31, 2012.

(b) Cash collections for LBHI primarily relate to redemptions and principal distributions from GP and LP stakes in private equity and hedge funds. LB I Group cash collections primarily reflec a partial sale and dividend payments of approximately $312 million related to the Formula One investment.  The $312 million was subsequently transferred to LCPI (refer to footnote (l) below).

(c)  Includes collections on live and terminated trades, net of purchases of SPV notes.

(d) Includes a distribution of $12 million from Lehman Brothers Japan which was subsequently transferred to Lehman Brothers Commercial Corporation.

(e) Includes Plan Distributions from Debtors to Debtors and Other Debtor-Controlled Entities.

(f)  Includes interest collected on short term investments, net of purchased interest, and amortization on treasury investments.

(g)  Includes Plan Distributions related to the October 1st Distribution and payments to certain Claimants not paid in the April 17, 2012 distribution.  Certain holders of Allowed Claims related to the October 1st Distribution were not paid for various reasons (refer to page 5, footnote (2), of this report).

(h)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(i)  Compensation and Benefits includes Company's employees expenses as well as fees paid to Alvarez & Marsal as interim management.

(j)  Includes approximately $19 million of professional fees approved by the Bankruptcy Court under section 503(b) of the bankruptcy code.

(k)  Primarily includes expenses related to outsourced services and IT, occupancy, taxes, insurance and other operating disbursements.

(l)  Inter-Company receipts of $641 million at Debtors includes cash received from Debtor-Controlled Entities primarily due to a transfer from LB I Group to LCPI of $312 million related to the Formula One investment, partial repayment of intercompany balances, dividend distributions, and other administrative activities.

(m)  Inter-Company disbursements of $99 million at Debtors is primarily related to settlement of cost allocations and other administrative activities.

(n)  Includes cash outflows to the Verano Securitization Trustee for proceeds received on underlying collateral, netted against any receipts for pay downs and interest on the Verano notes.  Cash collections on the underlying collateral are presented in "Sources of Cash" in Loans (Corporate and Residential).

(o)  Other Debtor-Controlled Entities - Other Ending Cash and Investments at October 31, 2012 includes $669 million of cash balances at Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**FROM SEPTEMBER 15, 2008 TO OCTOBER 31, 2012**

The information and data included in this October 2012 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad, and Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

4. This Operating Report includes disbursements for services rendered on or prior to March 6, 2012 ("Pre-Effective Date") and subsequent to March 6, 2012 ("Post-Effective Date"). Professional fees incurred Post- Effective Date are paid in accordance with the terms of the engagement of each professional as agreed to with LBHI, as Plan Administrator.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
For Services Rendered Pre-Effective Date
October 2012 (a)

| Unaudited ($ in thousands) | | For services rendered Pre-Effective Date | |
|---|---|---|---|
| | | Oct-2012 | Sept-2008 Through Oct-2012 |
| **Debtors - Claims and Noticing Agent** | | | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | $ - | $ 28,773 |
| **Debtors - Section 363 Professionals** | | | |
| Alvarez & Marsal LLC | Interim Management | - | 535,520 |
| **Debtors - Section 327 Professionals** | | | |
| Akerman Senterfit | Special Counsel - Mortgage Litigation and Claims | - | 26 |
| Bingham McCutchen LLP | Special Counsel - Tax | - | 24,199 |
| Bortstein Legal LLC | Special Counsel - IT and Other Vendor Contracts | - | 4,144 |
| Clyde Click, P.C. | Special Counsel - Real Estate | - | 363 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | - | 50,166 |
| Dechert LLP | Special Counsel - Real Estate | - | 7,736 |
| Deloitte LLP | Tax Services | - | 924 |
| Ernst & Young LLP | Audit and Tax Services | - | 1,734 |
| Foster, Graham, Milstein & Calisher, LLP | Special Counsel - Mortgage Litigation and Claims | - | 819 |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Special Counsel - Real Estate | 75 | 496 |
| Gibson Dunn & Crutcher LLP | Special Counsel - Real Estate | - | 3,670 |
| Gleacher | Financial Advisor | 1,500 | 7,695 |
| Hardinger & Tenenholz LLP | Special Counsel - Discovery | - | 194 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | - | 65,697 |
| Kasowitz, Benson, Torres & Friedman | Special Counsel - Litigation | - | 2,687 |
| Kleyr Grasso Associes | Special Counsel - UK | - | 1,078 |
| Kramer Levin Naftalis and Frankel LLP | Special Counsel - Employee Matters | - | 197 |
| Krebsbach & Snyder, P.C. | Special Counsel - Litigation | - | 598 |
| Lazard Freres & Co. | Investment Banking Advisor | - | 31,773 |
| Locke Lord Bissell & Liddell LLP | Special Counsel - Mortgage Litigation and Claims | 40 | 1,708 |
| McKenna Long & Aldridge LLP | Special Counsel - Commercial Real Estate Lending | - | 5,851 |
| MMOR Consulting | Tax Services | - | 1,012 |
| Momo-o, Matsuo & Namba | Special Counsel - Asia | - | 674 |
| Moulton Bellingham P. C. | Special Counsel - Mortgage Litigation and Claims | - | 691 |
| O'Neil Group | Tax Services | - | 3,288 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | - | 3,460 |
| Pricewaterhouse Coopers LLP | Tax Services | - | 2,531 |
| Reed Smith LLP | Special Counsel - Insurance | - | 1,235 |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | - | 9,113 |
| Simpson Thacher & Bartlett LLP | Special Counsel - SEC Reporting, Asset Sales, and Congressional Testimony | - | 2,820 |
| SNR Denton LLP | Special Counsel - Real Estate | - | 2,524 |
| Sutherland LLP | Special Counsel - Tax | - | 969 |
| Weil Gotshal & Manges LLP | Lead Counsel | - | 419,228 |
| Windels Marx Lane & Mittendorf, LLP | Special Counsel - Real Estate | - | 3,403 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | - | 1,951 |
| **Creditors - Section 327 Professionals** | | | |
| FTI Consulting Inc. | Financial Advisor | 661 | 90,330 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | - | 17,410 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel | - | 140,320 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | - | 35,803 |
| Richard Sheldon, Q.C. | Special Counsel - UK | - | 378 |
| **Examiner - Section 327 Professionals** | | | |
| Duff & Phelps LLC | Financial Advisor | - | 43,210 |
| Jenner & Block LLP | Examiner | - | 59,454 |
| **Fee Examiner** | | | |
| Godfrey & Kahn, S.C. | Fee Examiner (Current) | 860 (c) | 6,995 |
| **503(B) - Substantial Contribution Fees (b)** | | | |
| Blackstone Advisory Partners LP | LBSF Working Group | 12,710 | 12,710 |
| Brown Rudnick LLP | LBT Ad Hoc Group | 3,306 | 3,306 |
| Goldman Sachs Lending Partners LLC | LBSF | 3,112 | 3,112 |
| **Total Non-Ordinary Course Professionals** | | **22,263** | **1,641,979** |
| **Inactive Non-Ordinary Course Professionals** | | **-** | **54,233** (e) |
| **Debtors - Ordinary Course Professionals** | | **-** | **46,871** |
| **Other Professionals** | | **163** (d) | **10,601** |
| **US Trustee Quarterly Fees** | | **-** | **1,959** |
| **Total Pre-Effective Date Professional Fees and UST Fees** | | **$ 22,426** | **$ 1,755,643** |

(a) Approximately $31 million of professional fee and expense related to holdback and final fee applications (excluding incentive fees) have not yet been approved by the fee examiner.
(b) Reflects professional fees approved by the Bankruptcy Court under section 503(b) of the bankruptcy code
(c) Includes services rendered subsequent to March 2012 for the review of professional fee and expenses incurred during the Pre-Effective Date period
(d) Includes disbursements to various professionals not subject to court retention
(e) Discover Ready LLC, Hudson Global Resources, Pachulski Stang Ziehl & Jones, Feinberg Rozen LLP, and Brown Greer Plc have been reclassified and will be included in Inactive Non-Ordinary Course Professionals in future presentations

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**For Services Rendered Post-Effective Date**
**October 2012 (a)**

| Unaudited ($ in thousands) | | For services rendered Post-Effective Date | |
|---|---|---|---|
| | | Oct-2012 | March 7, 2012 - Oct-2012 |
| Alvarez & Marsal LLC | Interim Management | $ 5,932 | $ 38,770 |
| **Professional Fees** | | | |
| Bingham McCutchen LLP | Special Counsel - Tax | 3 | 3,180 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Special Counsel - Conflicts | 4,590 | 4,590 |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | - | 3,260 |
| FTI Consulting Inc. | Financial Advisor - Creditors | - | 384 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | - | 441 |
| Jones Day | Special Counsel - Asia and Domestic Litigation | 1,624 | 1,825 |
| Lazard Freres & Co. | Investment Banking Advisor | - | 150 |
| Milbank Tweed Hadley & McCloy LLP | Lead Counsel - Creditors | - | 2,626 |
| Pachulski Stang Ziehl & Jones | Special Counsel - Real Estate | - | 342 |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Special Counsel - Conflicts | 3,021 | 3,021 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Board of Directors Counsel | - | 958 |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 5,408 | 10,845 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 118 | 1,053 |
| US Trustee Quarterly Fees | | - | 302 |
| Other Professionals - Legal | Various | 3,427 | 18,917 (b) |
| Other Professionals - Non-Legal | Various | 1,010 | 5,640 (b) |
| Other Professionals - Asia | Various | 332 | 1,845 (b) |
| Sub-total Professional Fees | | 19,533 | 59,380 |
| **Total Post-Effective Date Professional Fees - Including Alvarez & Marsal** | | **$ 25,465** | **$ 98,150** |

(a) Additional professional fee expenses have been incurred and are under review by the Company; these expenses will be reflected in future Operating Reports as cash payments are made to professionals.

(b) Includes disbursements to over 100 vendors. The majority of these payments were less than $150,000.