# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 320: EXHIBIT 1 – LB ROSE RANCH LLC NO LIABILITY CLAIMS**

| | | | Membership Agreement Claims | | | |
|---|---|---|---|---|---|---|
| 1 | Richard Condon & Rosemary Knox<br>P.O. Box 2084<br>Basalt, CO 81621 | 09-10560 (JMP) | LB Rose Ranch LLC | 24572 | $35,000.00 | Not entitled to reimbursement. |
| 2 | Kay Young<br>P.O. Box 1464<br>Glenwood Springs, CO 81601 | 09-10560 (JMP) | LB Rose Ranch LLC | 8421 | $40,000.00 | Not entitled to reimbursement. |