ROPES & GRAY LLP
Lisa M. Coyle
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090
E-mail: lisa.coyle@ropesgray.com

-AND-

Peter L. Welsh
D. Ross Martin
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050
E-mail: peter.welsh@ropesgray.com
E-mail: ross.martin@ropesgray.com

*Attorneys for FYI Ltd., FFI Fund Ltd. and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | ) Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                                                              :ss.:
COUNTY OF SUFFOLK                                      )

BRENDON O. CARRINGTON , being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP.  I am over 18 years of age and I reside in Boston, Massachusetts.  I am not a party to this action.

1

2.      On Thursday, November 29, 2012, I caused true and correct copies of the following document, which was filed by Ropes & Gray LLP on Thursday, November 29, 2012, to be served on all of those parties receiving electronic notification via the Court's electronic filing system, and by hand delivery upon the parties listed on the annexed Exhibit A:

- FYI Ltd., FFI Fund Ltd. and Olifant Fund, Ltd.'s Objection to Lehman Brothers Holdings Inc.'s Motion for an Order Amending the Order Pursuant to Section 105 of the Bankruptcy Code, Bankruptcy Rule 9014, and General Order M-390 Authorizing the Debtors to Implement Claims Hearing Procedures and Alternative Dispute Resolution Procedures for Claims Against Debtors [Docket No. 32449]

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 3, 2012

Brendon O. Carrington

## EXHIBIT A

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Robert J. Lemons
Attn: Lee Goldberg
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee[1]
Attn: Elisabetta G. Gasparini
Attn: Andrea B. Schwartz
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

---

[1] The service package directed to the U.S. Trustee was returned due to an office closure at 33 Whitehall Street. The package was resent by hand-delivery on Friday, November 30, 2012, to 271 Cadman Plaza East, Suite 4529, Brooklyn, NY 11201, as requested by the office of the U.S. Trustee.

1