Alex R. Rovira
Andrew P. Propps
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Luxicav Obbligazionario,
Luxicav Plus Flex 35 and Luxicav
Plus Flex 50*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
: 
: Chapter 11
In re: :
: Case No. 08-13555 (JMP)
Lehman Brothers Holdings Inc., *et al.*, :
: (Jointly Administered)
Debtors, :
: 
-----------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF MOTION OF LUXICAV FOR RECONSIDERATION OF ORDER GRANTING DEBTORS' ONE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (FOREIGN CURRENCY CLAIMS)

On September 13, 2012, Luxicav Obbligazionario, Luxicav Plus Flex 35 and Luxicav Plus Flex 50 (collectively "Luxicav"), by and through their undersigned counsel, filed their motion [Docket No. 30910] (the "Motion") for an order granting Luxicav a hearing on the merits of the *One Hundred Second Omnibus Objection to Claims (Foreign Currency Claims)* [Dkt. No. 14950] as to the Luxicav Claims (as defined in the Motion), or, if the Court deemed appropriate, allowance of the Luxicav Claims in specified amounts, with the supporting Declaration of Francesco Molaro (the "Declaration").  Luxicav and LBHI have agreed to an appropriate treatment of the Luxicav Claims, and an order reinstating the Luxicav Claims was entered on November 21, 2012 [Docket No. 32266].

**ACCORDINGLY, PLEASE TAKE NOTICE** that Luxicav, by and through its undersigned counsel, hereby withdraws its Motion and Declaration without prejudice.

Dated: December 3, 2012
      New York, New York

By: /s/ *Alex R. Rovira*
Alex R. Rovira
Andrew P. Propps
Sidley Austin LLP
787 Seventh Ave.
New York, NY 10019
Tel: (212)839-5300
Fax: (212)839-5599

*Counsel For Luxicav Obbligazionario,*
*Luxicav Plus Flex 35 and Luxicav*
*Plus Flex 50*