UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket No. 31097, 31599,
32075, 32103

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 27, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of December, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 32558    Filed 12/04/12    Entered 12/04/12 16:43:14    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  JPMORGAN CHASE BANK, N.A.
         TRANSFEROR: STATE STREET BANK AND TRUST
         ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
         ONE CHASE MANHATTAN PLAZA - FLOOR 26
         NEW YORK NY 10005
```

Please note that your claim # 32697-09 in the above referenced case and in the amount of
     $10,093,750.00   allowed at $9,500,000.00         has been transferred **(unless previously expunged by court order)**

```
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.              ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.                C/O SIDLEY AUSTIN LLP
610 BROADWAY, 6TH FLOOR                              ATTN: ROBERT SCHEININGER
NEW YORK NY 10012                                    787 SEVENTH AVENUE
                                                     NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31599       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/27/2012                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 27, 2012.

**EXHIBIT B**

```
TIME: 17:51:08                                                LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 11/27/12                                                     CREDITOR LISTING

Name                                          Address
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       C/O SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
ANCHORAGE CAPITAL MASTER OFFSHORE, LTD.       TRANSFEROR: JPMORGAN CHASE BANK, N.A. 610 BROADWAY, 6TH FLOOR NEW YORK NY 10012
BANCA DEL PIEMONTE CON UNICO SOCIO            (ON BEHALF OF ITS CLIENTS) FAO: ILARIA SICA VIA CERNAIA, 7 TORINO  10121 ITALY
 S.P.A.
BANCA MONTE DEI PASCHI DI SIENA SPA           ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
CITIGROUP GLOBAL MARKETS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ABERTO BPI ACCOES ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES BNP PARIBAS ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES BPI ABERTO VALORIZACAO ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES CENTRALCER ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES DO BANCO DO BRASIL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ENVC ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES EPAL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES GESTNAVE ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES GRUPO GAS DE PORTUGAL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES IAPMEI ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES ICP ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES JERONIMO MARTINS ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES PORTUCEL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SANOFI-AVENTIS ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOCITREL ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOGRAPE ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SOREFAME ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES SYMINGTON ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES TEJO ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES UNICER ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOES VISTA ALEGRE ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS INC.                 TRANSFEROR: FUNDO DE PENSOS ABERTO BPI SEGURANCA ATTN: PETER W. HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
FUNDO DE PENSOES ABERTO BPI ACCOES            RUA BRAAMCAMP N 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES BNP PARIBAS                  RUA BAAMCAMP, N 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES BPI ABERTO VALORIZACAO       RUA BRAAMCAMP, N 11, 7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES CENTRALCER                   RUA BRAAMCAMP N 11, 7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES DO BANCO DO BRASIL           RUA BRAAMCAMP, N. 11,7. LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES ENVC                         RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES EPAL                         RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES GESTNAVE                     RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES GRUPO GAS DE PORTUGAL        RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES IAPMEI                       RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES ICP                          RUA BRAAMCAMP, N. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES JERONIMO MARTINS             RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES PORTUCEL                     RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES SANOFI-AVENTIS               RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES SOCITREL                     RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES SOGRAPE                      RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES SOREFAME                     RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES SYMINGTON                    RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES TEJO                         RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES UNICER                       RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOES VISTA ALEGRE                 RUA BRAAMCAMP NO. 11, 7 LISBOA  1250-049 PORTUGAL
FUNDO DE PENSOS ABERTO BPI SEGURANCA          RUA BRAAMCAMP N 11, 7 LISBOA  1250-049 PORTUGAL
ILLIQUIDX LLP                                 TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
UBI BANCA S.P.A.                              TRANSFEROR: BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. VIA CAVRIANA, 20 ATTN: FABIO BOSCHIAN MILANO  20134 ITALY


Total Number of Records Printed     52                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```