```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :   (Jointly Administered)
            Debtors.                        :
                                            :
-------------------------------------------------------------------x   Ref. Docket No. 32076, 32169,
                                                32170, 32176, 32180-32182, 32198,
                                                32201, 32202, 32210, 32214, 32239-
                                                32241, 32243-32257, 32259, 32267
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of December, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 32567    Filed 12/04/12    Entered 12/04/12 16:56:04    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CREDIT SUISSE (LUXEMBOURG) S.A.           CREDIT SUISSE (LUXEMBOURG) S.A.
     ATTN: ALLEN GAGE                          CRAVATH, SWAINE & MOORE LLP
     1 MADISON AVE                             WORLDWIDE PLAZA
     NEW YORK NY 10010                         ATTN: RICHARD LEVIN
                                               825 EIGHTH AVENUE
                                               NEW YORK NY 10019
```

Please note that your claim # 55819-12 in the above referenced case and in the amount of
      $0.00    allowed at $369,188.63        has been transferred (**unless previously expunged by court order**)

```
NORDEA BANK S.A.
TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.
ATTN: GOS - CUSTODY DEPT.
562, RUE DE NEUDORF
(P.O. BOX 562)
G.D. LUXEMBOURG    L-2015
LUXEMBOURG
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32214     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/28/2012                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 28, 2012.

# EXHIBIT B

08-13555-mg    Doc 32567    Filed 12/04/12    Entered 12/04/12 16:56:04    Main Document
Pg 4 of 6

```
TIME: 17:38:19                                           LEHMAN BROTHERS HOLDING INC.                                                        PAGE:   1
DATE: 11/28/12                                                 CREDITOR LISTING

Name                                              Address
AG INSURANCE                                      ATTN: JACQUES CRABBE AND WILLIAM VAN IMPE BOULEVARD EMILE JACQMAIN 53 BRUSSELS 1000 BELGIUM
AG INSURANCE                                      DOUGLAS R. DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
BANCA ALETTI & C. S.P.A.                          ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA 41100 ITALY
   COOP.
CREDIT SUISSE (LUXEMBOURG) S.A.                   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.                   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.                   CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: CREDIT SUISSE ATTN: RIKESH PATEL & #PC P&L-CSI CREDIT ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: TORONTO-DOMINION BANK, THE ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FRONT CAPITAL AB                                  TRANSFEROR: ICEFOX TRADING OY ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
FRONT CAPITAL AB                                  TRANSFEROR: LAITINEN, OLLI-PEKKA ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
FRONT CAPITAL AB                                  TRANSFEROR: OY, MAINOSBUUMI ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
FRONT CAPITAL AB                                  TRANSFEROR: SAASTOPANKKI, LAMMIN ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
FRONT CAPITAL AB                                  TRANSFEROR: VANHATALO, JARI ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
FRONT CAPITAL AB                                  TRANSFEROR: VIRKKALA OY, HUOLTOASEMA M. ALEKSANTERINKATU 48 A HELSINKI FI-00100 FINLAND
GOLDMAN, SACHS & CO.                              TRANSFEROR: AG INSURANCE ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GSS MASTER SPC - HAYMAN SEGREGATED                TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT LP ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
   PORTFOLIO                                        DALLAS TX 75201
GSS MASTER SPC - HAYMAN SEGREGATED                TRANSFEROR: J.P. MORGAN SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRISTOPHER E. KIRKPATRICK
   PORTFOLIO                                        2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201
HARBINGER CAPITAL PARTNERS MASTER FUND            C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022
   I, LTD.
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ICEFOX TRADING OY                                 C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: GSS MASTER SPC - HAYMAN SEGREGATED PORTFOLIO C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                     383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: GSS MASTER SPC - HAYMAN SEGREGATED PORTFOLIO C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                     383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LTD                        TRANSFEROR: CONDUIT CAPITAL MARKETS LTD JP MORGAN CHASE BANK, N.A. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                     ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ILLIQUIDX LLP ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ILLIQUIDX LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
KREISSPARKASSE FREUDENSTADT                       STUTTGARTER STR. 31 FREUDENSTADT 72250 GERMANY
LAITINEN, OLLI-PEKKA                              C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND
LAMP HAYMAN CAPITAL FUND                          TRANSFEROR: J.P.MORGAN SECURITIES LTD C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                     DALLAS TX 75201
LAMP HAYMAN CAPITAL FUND                          TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                     DALLAS TX 75201
NORDEA BANK S.A.                                  TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A. ATTN: GOS - CUSTODY DEPT. 562, RUE DE NEUDORF (P.O. BOX 562)
                                                     G.D. LUXEMBOURG L-2015 LUXEMBOURG
OY, MAINOSBUUMI                                   C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND
SAASTOPANKKI, LAMMIN                              C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI FI-00100 FINLAND
SEAWORTH PARTNERS, L.L.C.                         TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10036-8704
SPARKASSE STARKENBURG                             TRANSFEROR: KREISSPARKASSE FREUDENSTADT ATTN: PETER MEUSEL AN DER SPARKASSE HEPPENHEIM 64646 GERMANY
TORONTO-DOMINION BANK, THE                        C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VALIANT BANK AG                                   TRANSFEROR: UBS AG ATTN: BERGMANN BEAT TRIBA BUNDESPLATZ 4 BERN CH 30001 SWITZERLAND

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 17:38:19                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 11/28/12                                    CREDITOR LISTING

Name                              Address
VANHATALO, JARI                   C/O FRONT CAPITAL LTD ALEKSANTERINKATU 48A HELSINKI  FI-00100 FINLAND
VARDE FUND VI-A LP, THE           TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE     TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
  MASTER, L.P.
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: YORVIK PARTNERS LLP ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VIRKKALA OY, HUOLTOASEMA M.       WHITE & CASE LLP ETELARANTA 14 HELSINKI  00130 FINLAND
VIRKKALA OY, HUOLTOASEMA M.       YLIVIESKANTIE 87 OULAINEN  86300 FINLAND
YORVIK PARTNERS LLP               TRANSFEROR: FRONT CAPITAL AB 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP               TRANSFEROR: FRONT CAPITAL AB 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed          54
```

EPIQ BANKRUPTCY SOLUTIONS, LLC