**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** ***et al.*****,** | : | **08-13555 (JMP)** **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket No. 32046, 32205, 32215, 32217, 32230, 32231, 32292, 32294, 32297, 32298, 32300, 32301, 32311** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of December, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: 55 HOLDINGCO LLC
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD SUITE 400
WILMINGTON DE 19808

55 HOLDINGCO LLC
C/O MICHELE COSENTINO
33 ATHENA COURT
MAHOPAC NY 10541

Please note that your claim # 21329 in the above referenced case and in the amount of $950,956.00 has been transferred **(unless previously expunged by court order)**

CVIC LUX MASTER S.A.R.L.
TRANSFEROR: 55 HOLDINGCO LLC
C/O CARVAL INVESTORS, LLC
ATTN: TERI SALBERG
12700 WHITEWATER DRIVE, MS I44
MINNETONKA MN 55343-9439

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32046 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/29/2012

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 29, 2012.

# EXHIBIT B

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING



| Name | Address |
|---|---|
| 55 HOLDINGCO LLC | C/O MICHELE COSENTINO 33 ATHENA COURT MAHOPAC NY 10541 |
| 55 HOLDINGCO LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA 1201 SWITZERLAND |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER (SUISSE) S.A., AS AGENT | WILLIAM M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CARNEGIE INVESTMENT BANK AB (PUBL) | TRANSFEROR: EFG BANK AB (PUBL) REGERINGSGATAN 56 STOCKHOLM SE-103 38 SWEDEN |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: 55 HOLDINGCO LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS I44 MINNETONKA MN 55343-9439 |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 SWITZERLAND |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: CORNEILLIE, ANNE ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: DEMINOR INTERNATIONAL S.C.R.L. ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: DEUTSCHE BANK NV ATTN: DIETRICH VREVEN AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH | TRANSFEROR: WAUTERS, HERMAN ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS 1000 BELGIUM |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| ILLIQUIDX LLP | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JP MORGAN SECURITIES LLC | TRANSFEROR: NUVERSE ADVISORS LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| NUVERSE ADVISORS LLC | TRANSFEROR: KNOLL, PHOEBUS 645 FIFTH AVENUE NEW YORK NY 10128 |
| SVENSSON, DANIEL | TRANSFEROR: EFG BANK AB (PUBL) SKOLGATAN 4 B, LGH 1203 VAXJO S-352 33 SWEDEN |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: WOERNER, PETRA KASERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT RUE DU RHONE 96-98 CASE POSTALE 1320-1211 GENEVA 1 SWITZERLAND |
| WOERNER, PETRA | UHLANDSTR. 11 LANGENFELD D-40764 GERMANY |

Total Number of Records Printed 22