WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                                   :
                                        Debtors.                   :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------x

**TENTH NOTICE OF WITHDRAWAL OR DEFERRAL OF**
**DEBTORS' APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1. On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2. Pursuant to the Confirmation Order, the hearing on the Debtors' proposed assumption of certain executory contracts and unexpired leases set forth on Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such other date as may be scheduled by the Debtors, with leave from the Court, with at least 30 days notice to the relevant counterparty, or as otherwise agreed.

3. On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May 31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, and November 16, 2012, the Debtors filed notices of withdrawal of their application to assume certain executory contracts or to defer indefinitely the hearing on their application to assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4. Subsequent to the filing of the Notices of Withdrawal or Deferral, the Debtors have reached agreements with certain additional parties with respect to their objections to the Debtors' application to assume executory contracts and unexpired leases.

5. The Debtors hereby withdraw their application to assume the executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6. The hearing on the Debtors' proposed assumption of the executory contracts identified on Exhibit C (the "Additional Deferred Contracts") shall be adjourned without date.

7. The Debtors reserve their rights to withdraw in the future their application to assume additional executory contracts and unexpired leases set forth on

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed on Schedule 1 or 2 to the Confirmation Order.

Dated: December 4, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# EXHIBIT A

## AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contacts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

# EXHIBIT B

# WITHDRAWN CONTRACTS

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Access Group, Inc. Series 2005-A | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of June 3, 2005 | Alissa M. Nann<br>Foley & Lardner LLP<br>90 Park Ave., 36th Fl.<br>New York, NY 10016 |
| | | | Geoffrey S. Goodman<br>Lars A. Peterson<br>Foley & Lardner LLP<br>321 N. Clark Street, Ste. 2800<br>Chicago, IL 60654 |
| | | | 425 Walnut St., 6th Fl.<br>Mil Cn-Oh-W6ct<br>Attn: Corporate Trust Services Student Loan Group<br>Cincinnati, OH, 45202 |
| | | | 5500 Brandywine Parkway<br>P.O. Box 7430<br>Attn: Vice President of Portfolio Management<br>Wilmington, DE, 19803 |
| Access Group, Inc. Series 2005-B | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of November 17, 2005 | Alissa M. Nann<br>Foley & Lardner LLP<br>90 Park Ave., 36th Fl.<br>New York, NY 10016 |
| | | | Geoffrey S. Goodman<br>Lars A. Peterson<br>Foley & Lardner LLP<br>321 N. Clark Street, Ste. 2800<br>Chicago, IL 60654 |
| | | | 5500 Brandywine Parkway<br>P.O. Box 7430<br>Attn: Vice President of Portfolio Management<br>Wilmington, DE, 19803 |
| | | | 60 Wall Street<br>MS NYC60-2606<br>New York, NY, 10005 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Anthracite Balanced Company (R-26) Limited | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of December 14, 2007 | Carole Neville, Esq. SNR Denton US LLP 1221 Avenue of the Americas New York, NY 10020 |
|  |  |  | AIB International Centre I.F.S.C Dublin, 1 Ireland The Directors |

# EXHIBIT C

## ADDITIONAL DEFERRED CONTRACTS

US_ACTIVE:\44151230\2\58399.0011

| Number | Counterparty | ECF No. | Debtor | Agreement |
|---|---|---|---|---|
| 1. | Sankaty Credit Opportunities III, L.P | 21896 | Lehman Brothers Special Financing Inc. | March 17, 2007 ISDA Master Agreement (Multicurrency-Cross Border), as amended and supplemented by a schedule and a credit support annex |
| 2. | Sankaty Special Situations I, L.P. | 21897 | Lehman Brothers Special Financing Inc. | August 13, 2007 ISDA Master Agreement (Multicurrency-Cross Border), as amended and supplemented by a schedule and a credit annex |