UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x Ref. Docket No. 32292


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 29, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of December, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 32292_Aff 11-29-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>    Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANCO SANTANDER (SUISSE) S.A., AS AGENT
               ATTN: LEGAL DEPARTMENT
               5-7 AMI-LEVRIER
               GENEVA 1201 SWITZERLAND

Additional:    BANCO SANTANDER (SUISSE) S.A., AS AGENT
               WILLIAM. M. GOLDMAN, ESQ.
               DLA PIPER
               1251 AVENUE OF THE AMERICAS
               NEW YORK NY 10020

Transferee:    UNION BANCAIRE PRIVEE, UBP SA
               RUE DU RHONE 96-98
               CASE POSTALE 1320-1211
               GENEVA 1 SWITZERLAND

Your transfer  of claim #   55692   is defective for the reason(s) checked below:

Expunged By Court Order

Docket Number 32292            Date 11/15/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 29, 2012.

# EXHIBIT B

```
TIME: 12:15:45                         LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 11/29/12                              CREDITOR LISTING

Name                                   Address
BANCO SANTANDER (SUISSE) S.A., AS AGENT   ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA   1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT   WILLIAM. M. GOLDMAN, ESQ. DLA PIPER 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
UNION BANCAIRE PRIVEE, UBP SA             RUE DU RHONE 96-98 CASE POSTALE 1320-1211 GENEVA  1 SWITZERLAND

Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC