UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                        Debtors.                                   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 31885, 32236,
                                                                        32237, 32268, 32269, 32286, 32287,
                                                                        32347-32349, 32351-32360

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 30, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
4th day of December, 2012

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK OF AMERICA, N.A.
     C/O FREDRIC SOSNICK
     NED S. SCHODECK
     SHEARMAN & STERLING LLP
     599 LEXINGTON AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 20105-09 in the above referenced case and in the amount of
$10,895,398.39  allowed at $1,157,575.14      has been transferred **(unless previously expunged by court order)**

```
SOLUS RECOVERY FUND OFFSHORE MASTER LP
TRANSFEROR: BANK OF AMERICA, N.A.
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: SOLUS COMPLIANCE OFFICER
410 PARK AVENUE, 11TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32348      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/30/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  November 30, 2012.

# EXHIBIT B

TIME: 15:31:50
DATE: 11/30/12

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| BANK OF AMERICA, N.A. | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE SECURITIES INC. | TRANSFEROR: MIZUHO INVESTORS SECURITIES CO., LTD ATTN: AKIRA TAMURA ATTN: KIRK SHIMIZUISHI SANNO PARK TOWER 2-11-1 NAGATACHO CHIYODA-KU TOKYO 100-6171 JAPAN |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LOWSTA TRAHUS AB | TRANSFEROR: EFG BANK AB (PUBL) VIREDAHOLM LOVSTAD 3 ANEBY S-578-92 SWEDEN |
| MIZUHO INVESTORS SECURITIES CO., LTD | STROOCK & STROOCK & LAVAN LLP ATTN: SHERRY MILLMAN 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO INVESTORS SECURITIES CO., LTD | LEGAL DEPARTMENT ATTN: KEN HASHIMOTO 2-10-30, NIHONBASHI KAKIGARA-CHO, CHUO-KU TOKYO 103-8658 JAPAN |
| PKB PRIVATBANK SA | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA VIA BALESTRA LUGANO CH-6900 SWITZERLAND |
| SOLA LTD | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UBS SECURITIES LLC | TRANSFEROR: UBS AG ATTN: DARLENE ARIAS/CRAIG PEARSON/BPS 677 WASHINGTON BLVD STAMFORD CT 06901 |
| ULTRA MASTER LTD | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| VAGGERYDS KOMMUN | TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 43 SKILLINGARYD S-568-21 SWEDEN |

Total Number of Records Printed        24

EPIQ BANKRUPTCY SOLUTIONS, LLC