UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
            Debtors.                            :
                                                :
------------------------------------------------------------------x    Ref. Docket No. 32172


### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             /s/ Lauren Rodriguez
                                             Lauren Rodriguez

Sworn to before me this
4th day of December, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BLAZQUEZ, ROBERTO GARCIA
              C/ INFANTA MERCEDES NO 58, 7 D
              MADRID 28020 SPAIN

Additional:

Transferee:   TANNOR PARTNERS CREDIT FUND, LP
              150 GRAND STREET, SUITE 401
              WHITE PLAINS NY 10601

Your transfer of claim #  56451  is defective for the reason(s) checked below:

Amount Not On Transfer Agreement

Docket Number 32172             Date 11/19/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 30, 2012.

# EXHIBIT B

08-13555-mg    Doc 32578    Filed 12/04/12    Entered 12/04/12 17:48:33    Main Document
Pg 4 of 5

```
TIME: 15:33:43                          LEHMAN BROTHERS HOLDING INC.                                               PAGE:    1
DATE: 11/30/12                                 CREDITOR LISTING

Name                              Address
BLAZQUEZ, ROBERTO GARCIA          C/ INFANTA MERCEDES NO 58, 7 D MADRID  28020 SPAIN
TANNOR PARTNERS CREDIT FUND, LP   150 GRAND STREET, SUITE 401 WHITE PLAINS NY 10601


Total Number of Records Printed     2
```