UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
            Debtors.                            :   (Jointly Administered)
                                                :
---------------------------------------------------------------------x   Ref Docket Nos. 32384 & 32388

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 28, 2012, I caused to be served the:

   a) "Notice of Adjournment of Claims Objections Hearing with Respect to Claim Nos. 33309 and 33315," dated November 28, 2012 [Docket No. 32384], (the "Claims Objections NOA"), and

   b) "Notice of ADR Procedures and Scheduling of Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 11972 & 11973," dated November 28, 2012 [Docket No. 32388], (the "ADR Procedures Notice"),

   by causing true and correct copies of the:

   i.   Claims Objections NOA and ADR Procedures Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  Claims Objections NOA and ADR Procedures Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. Claims Objections NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C, and

    iv.    ADR Procedures Notice, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
29th day of November, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| aaaronson@dilworthlaw.com | kdwbankruptcydepartment@kelleydrye.com |
| aalfonso@willkie.com | keckhardt@hunton.com |
| abeaumont@fklaw.com | keith.simon@lw.com |
| abraunstein@riemerlaw.com | ken.coleman@allenovery.com |
| acaton@kramerlevin.com | ken.higman@hp.com |
| acker@chapman.com | kerry.moynihan@hro.com |
| adam.brezine@hro.com | kgwynne@reedsmith.com |
| adarwin@nixonpeabody.com | kiplok@hugheshubbard.com |
| adiamond@diamondmccarthy.com | kjarashow@fklaw.com |
| aeckstein@blankrome.com | kkelly@ebglaw.com |
| aentwistle@entwistle-law.com | kkolbig@mosessinger.com |
| afriedman@irell.com | klyman@irell.com |
| agbanknewyork@ag.tn.gov | klynch@formanlaw.com |
| aglenn@kasowitz.com | kmayer@mccarter.com |
| agold@herrick.com | kobak@hugheshubbard.com |
| agoldstein@tnsj-law.com | korr@orrick.com |
| ahandler@moundcotton.com | kovskyd@pepperlaw.com |
| aisenberg@saul.com | kpiper@steptoe.com |
| akantesaria@oppenheimerfunds.com | kressk@pepperlaw.com |
| akolod@mosessinger.com | kreynolds@mklawnyc.com |
| alum@ftportfolios.com | krosen@lowenstein.com |
| amarder@msek.com | kuehn@bragarwexler.com |
| amartin@sheppardmullin.com | kurt.mayr@bgllp.com |
| amcmullen@boultcummings.com | lacyr@sullcrom.com |
| amenard@tishmanspeyer.com | landon@streusandlandon.com |
| andrew.brozman@cliffordchance.com | lapeterson@foley.com |
| andrew.lourie@kobrekim.com | lathompson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | lberkoff@moritthock.com |
| ann.reynaud@shell.com | lee.stremba@troutmansanders.com |
| anthony_boccanfuso@aporter.com | lgotko@fklaw.com |
| aoberry@bermanesq.com | lgranfield@cgsh.com |
| aostrow@beckerglynn.com | lhandelsman@stroock.com |
| apo@stevenslee.com | linda.boyle@twtelecom.com |
| aquale@sidley.com | lisa.ewart@wilmerhale.com |
| arahl@reedsmith.com | lisa.kraidin@allenovery.com |
| arheaume@riemerlaw.com | ljkotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | lkiss@klestadt.com |
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | lmay@coleschotz.com |
| aseuffert@lawpost-nyc.com | lmcgowen@orrick.com |
| ashmead@sewkis.com | lml@ppgms.com |
| asnow@ssbb.com | lnashelsky@mofo.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| aunger@sidley.com | loizides@loizides.com |
| austin.bankruptcy@publicans.com | lromansic@steptoe.com |
| avenes@whitecase.com | lscarcella@farrellfritz.com |
| azylberberg@whitecase.com | lschweitzer@cgsh.com |
| bankr@zuckerman.com | lubell@hugheshubbard.com |
| bankruptcy@goodwin.com | lwhidden@salans.com |
| bankruptcy@morrisoncohen.com | mabrams@willkie.com |
| bankruptcy@ntexas-attorneys.com | maofiling@cgsh.com |
| bankruptcymatters@us.nomura.com | marc.chait@sc.com |
| barbra.parlin@hklaw.com | margolin@hugheshubbard.com |
| bbisignani@postschell.com | mark.bane@ropesgray.com |
| bcarlson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bkmail@prommis.com | mark.hellerer@pillsburylaw.com |
| bmanne@tuckerlaw.com | mark.sherrill@sutherland.com |
| bmiller@mofo.com | marvin.clements@ag.tn.gov |
| boneill@kramerlevin.com | matt@willaw.com |
| brian.corey@greentreecreditsolutions.com | matthew.klepper@dlapiper.com |
| brosenblum@jonesday.com | maustin@orrick.com |
| broy@rltlawfirm.com | max.polonsky@skadden.com |
| bruce.wright@sutherland.com | mbenner@tishmanspeyer.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mbienenstock@proskauer.com |
| bwolfe@sheppardmullin.com | mbloemsma@mhjur.com |
| cahn@clm.com | mbossi@thompsoncoburn.com |
| calbert@reitlerlaw.com | mcademartori@sheppardmullin.com |
| canelas@pursuitpartners.com | mcantor@normandyhill.com |
| carol.weinerlevy@bingham.com | mccombst@sullcrom.com |
| cbelisle@wfw.com | mcordone@stradley.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cbrotstein@bm.net | mcyganowski@oshr.com |
| cdesiderio@nixonpeabody.com | mdorval@stradley.com |
| cgoldstein@stcwlaw.com | melorod@gtlaw.com |
| chammerman@paulweiss.com | meltzere@pepperlaw.com |
| charles@filardi-law.com | metkin@lowenstein.com |
| charles_malloy@aporter.com | mfeldman@willkie.com |
| chipford@parkerpoe.com | mgordon@briggs.com |
| chris.donoho@lovells.com | mgreger@allenmatkins.com |
| christopher.schueller@bipc.com | mh1@mccallaraymer.com |
| clarkb@sullcrom.com | mhopkins@cov.com |
| clynch@reedsmith.com | michael.frege@cms-hs.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| cmontgomery@salans.com | michael.kelly@monarchlp.com |
| cohen@sewkis.com | michael.kim@kobrekim.com |
| colea@gtlaw.com | michael.mccrory@btlaw.com |
| contact@lawofficesjje.com | millee12@nationwide.com |
| cp@stevenslee.com | miller@taftlaw.com |
| cpappas@dilworthlaw.com | mimi.m.wong@irscounsel.treas.gov |
| craig.goldblatt@wilmerhale.com | mitchell.ayer@tklaw.com |
| crmomjian@attorneygeneral.gov | mjedelman@vedderprice.com |
| cs@stevenslee.com | mjr1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | mlandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@adorno.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmendez@hunton.com |
| cward@polsinelli.com | mmooney@deilylawfirm.com |
| cweber@ebg-law.com | mmorreale@us.mufg.jp |
| cweiss@ingramllp.com | mneier@ibolaw.com |
| dallas.bankruptcy@publicans.com | monica.lawless@brookfieldproperties.com |
| daniel.guyder@allenovery.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | mschlesinger@julienandschlesinger.com |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | nathan.spatz@pillsburylaw.com |
| deggermann@kramerlevin.com | ncoco@mwe.com |
| deggert@freebornpeters.com | neal.mann@oag.state.ny.us |
| demetra.liggins@tklaw.com | ned.schodek@shearman.com |
| dfelder@orrick.com | neilberger@teamtogut.com |
| dflanigan@polsinelli.com | newyork@sec.gov |
| dgrimes@reedsmith.com | nherman@morganlewis.com |
| dhayes@mcguirewoods.com | nickolas.karavolas@pillsburylaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-mail List**

| | |
|---|---|
| dheffer@foley.com | nissay_10259-0154@mhmjapan.com |
| diconzam@gtlaw.com | nlepore@schnader.com |
| djoseph@stradley.com | notice@bkcylaw.com |
| dkleiner@velaw.com | oipress@travelers.com |
| dkozusko@willkie.com | otccorpactions@finra.org |
| dlemay@chadbourne.com | paronzon@milbank.com |
| dlipke@vedderprice.com | patrick.oh@freshfields.com |
| dludman@brownconnery.com | paul.turner@sutherland.com |
| dmcguire@winston.com | pbattista@gjb-law.com |
| dmurray@jenner.com | pbosswick@ssbb.com |
| dneier@winston.com | pdublin@akingump.com |
| dodonnell@milbank.com | peisenberg@lockelord.com |
| dove.michelle@dorsey.com | peter.gilhuly@lw.com |
| dpegno@dpklaw.com | peter.macdonald@wilmerhale.com |
| draelson@fisherbrothers.com | peter.simmons@friedfrank.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosenzweig@fulbright.com | phayden@mcguirewoods.com |
| drosner@goulstonstorrs.com | philip.wells@ropesgray.com |
| drosner@kasowitz.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rflanagan@flanassoc.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ekbergc@lanepowell.com | rfrankel@orrick.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| eli.mattioli@klgates.com | rgmason@wlrk.com |
| ellen.halstead@cwt.com | rgoodman@moundcotton.com |
| emerberg@mayerbrown.com | rgraham@whitecase.com |
| enkaplan@kaplanlandau.com | rhett.campbell@tklaw.com |
| eobrien@sbchlaw.com | richard.fingard@newedge.com |
| erin.mautner@bingham.com | richard.lear@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| eschwartz@contrariancapital.com | richard.levy@lw.com |
| etillinghast@sheppardmullin.com | richard.tisdale@friedfrank.com |
| ezujkowski@emmetmarvin.com | richard@rwmaplc.com |
| ezweig@optonline.net | ritkin@steptoe.com |
| fbp@ppgms.com | rjones@boultcummings.com |
| ffm@bostonbusinesslaw.com | rleek@hodgsonruss.com |
| fhyman@mayerbrown.com | rlevin@cravath.com |
| foont@foontlaw.com | rmatzat@hahnhessen.com |
| francois.janson@hklaw.com | rnetzer@willkie.com |
| fsosnick@shearman.com | robert.bailey@bnymellon.com |
| fyates@sonnenschein.com | robert.dombroff@bingham.com |
| gabriel.delvirginia@verizon.net | robert.henoch@kobrekim.com |
| gbray@milbank.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rqureshi@reedsmith.com |
| gravert@ravertpllc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rreid@sheppardmullin.com |
| harrisjm@michigan.gov | rroupinian@outtengolden.com |
| harveystrickon@paulhastings.com | rrussell@andrewskurth.com |
| hbeltzer@mayerbrown.com | rterenzi@stcwlaw.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | rwyron@orrick.com |
| holsen@stroock.com | s.minehan@aozorabank.co.jp |
| howard.hawkins@cwt.com | sabin.willett@bingham.com |
| hseife@chadbourne.com | sabramowitz@velaw.com |
| hsnovikoff@wlrk.com | sabvanrooy@hotmail.com |
| hsteel@brownrudnick.com | sally.henry@skadden.com |
| icatto@mwe.com | samuel.cavior@pillsburylaw.com |
| igoldstein@proskauer.com | sandyscafaria@eaton.com |
| ilevee@lowenstein.com | sara.tapinekis@cliffordchance.com |
| ira.greene@hoganlovells.com | scargill@lowenstein.com |
| israel.dahan@cwt.com | schannej@pepperlaw.com |
| iva.uroic@dechert.com | schepis@pursuitpartners.com |
| jacobsonn@sec.gov | schnabel.eric@dorsey.com |
| james.heaney@lawdeb.com | schristianson@buchalter.com |
| james.mcclammy@dpw.com | schwartzmatthew@sullcrom.com |
| james.sprayregen@kirkland.com | scott.golden@hoganlovells.com |
| jamestecce@quinnemanuel.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jamie.nelson@dubaiic.com | scousins@armstrongteasdale.com |
| jar@outtengolden.com | sdnyecf@dor.mo.gov |
| jason.jurgens@cwt.com | seba.kurian@invesco.com |
| jay.hurst@oag.state.tx.us | sehlers@armstrongteasdale.com |
| jay@kleinsolomon.com | seichel@crowell.com |
| jbecker@wilmingtontrust.com | sfelderstein@ffwplaw.com |
| jbeemer@entwistle-law.com | sfineman@lchb.com |
| jbeiers@co.sanmateo.ca.us | sfox@mcguirewoods.com |
| jbird@polsinelli.com | sgordon@cahill.com |
| jbromley@cgsh.com | sgubner@ebg-law.com |
| jcarberry@cl-law.com | shannon.nagle@friedfrank.com |
| jchristian@tobinlaw.com | sharbeck@sipc.org |
| jchubak@proskauer.com | shari.leventhal@ny.frb.org |
| jdoran@haslaw.com | shgross5@yahoo.com |
| jdrucker@coleschotz.com | sidorsky@butzel.com |
| jdwarner@warnerandscheuerman.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jen.premisler@cliffordchance.com | spiotto@chapman.com |
| jennifer.demarco@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.gore@shell.com | sree@lcbf.com |
| jeremy.eiden@ag.state.mn.us | sschultz@akingump.com |
| jfalgowski@reedsmith.com | sselbst@herrick.com |
| jflaxer@golenbock.com | sshimshak@paulweiss.com |
| jfox@joefoxlaw.com | sskelly@teamtogut.com |
| jfreeberg@wfw.com | sstarr@starrandstarr.com |
| jg5786@att.com | steele@lowenstein.com |
| jgenovese@gjb-law.com | stephen.cowan@dlapiper.com |
| jguy@orrick.com | steve.ginther@dor.mo.gov |
| jherzog@gklaw.com | steven.troyer@commerzbank.com |
| jhiggins@fdlaw.com | steven.usdin@flastergreenberg.com |
| jhorgan@phxa.com | steven.wilamowsky@bingham.com |
| jhuggett@margolisedelstein.com | steven@blbglaw.com |
| jim@atkinslawfirm.com | streusand@streusandlandon.com |
| jjoyce@dresslerpeters.com | susheelkirpalani@quinnemanuel.com |
| jjtancredi@daypitney.com | sweyl@haslaw.com |
| jjureller@klestadt.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jkehoe@btkmc.com | szuch@wiggin.com |
| jlamar@maynardcooper.com | tannweiler@greerherz.com |
| jlawlor@wmd-law.com | tarbit@cftc.gov |
| jlee@foley.com | tbrock@ssbb.com |
| jlevitin@cahill.com | tdewey@dpklaw.com |
| jlipson@crockerkuno.com | tduffy@andersonkill.com |
| jlovi@steptoe.com | tgoren@mofo.com |
| jlscott@reedsmith.com | thaler@thalergertler.com |
| jmaddock@mcguirewoods.com | thomas.califano@dlapiper.com |
| jmakower@tnsj-law.com | thomas_noguerola@calpers.ca.gov |
| jmazermarino@msek.com | tim.desieno@bingham.com |
| jmcginley@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jmelko@gardere.com | timothy.palmer@bipc.com |
| jmerva@fult.com | tjfreedman@pbnlaw.com |
| jmmurphy@stradley.com | tkiriakos@mayerbrown.com |
| jmr@msf-law.com | tlauria@whitecase.com |
| jnadritch@olshanlaw.com | tmacwright@whitecase.com |
| jnm@mccallaraymer.com | tmarrion@haslaw.com |
| john.monaghan@hklaw.com | tnixon@gklaw.com |
| john.rapisardi@cwt.com | toby.r.rosenberg@irscounsel.treas.gov |
| jorbach@hahnhessen.com | tomwelsh@orrick.com |
| joseph.cordaro@usdoj.gov | tony.davis@bakerbotts.com |
| joshua.dorchak@bingham.com | tslome@msek.com |
| jowen769@yahoo.com | ttracy@crockerkuno.com |
| jowolf@law.nyc.gov | tunrad@burnslev.com |
| joy.mathias@dubaiic.com | twheeler@lowenstein.com |
| jpintarelli@mofo.com | ukreppel@whitecase.com |
| jporter@entwistle-law.com | villa@streusandlandon.com |
| jprol@lowenstein.com | vmilione@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | vrubinstein@loeb.com |
| jrsmith@hunton.com | walter.stuart@freshfields.com |
| jschiller@bsfllp.com | wanda.goodloe@cbre.com |
| jschwartz@hahnhessen.com | wballaine@lcbf.com |
| jsheerin@mcguirewoods.com | wbenzija@halperinlaw.net |
| jsherman@bsfllp.com | wchen@tnsj-law.com |
| jshickich@riddellwilliams.com | wcurchack@loeb.com |
| jsmairo@pbnlaw.com | wdase@fzwz.com |
| jstoll@mayerbrown.com | wfoster@milbank.com |
| jsullivan@mosessinger.com | william.m.goldman@dlapiper.com |
| jteitelbaum@tblawllp.com | wiltenburg@hugheshubbard.com |
| jtimko@shutts.com | wisotska@pepperlaw.com |
| jtorf@schiffhardin.com | wk@pwlawyers.com |
| judy.morse@crowedunlevy.com | wmaher@wmd-law.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jvail@ssrl.com | wmarcari@ebglaw.com |
| jwallack@goulstonstorrs.com | wmckenna@foley.com |
| jwang@sipc.org | wrightth@sullcrom.com |
| jwcohen@daypitney.com | wsilverm@oshr.com |
| jweiss@gibsondunn.com | wswearingen@llf-law.com |
| jwest@velaw.com | wtaylor@mccarter.com |
| jwh@njlawfirm.com | wweintraub@fklaw.com |
| kanema@formanlaw.com | wzoberman@bermanesq.com |
| karen.wagner@dpw.com | yuwatoko@mofo.com |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service List – Overnight Mail**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

08-13555-mg    Doc 32584    Filed 12/05/12    Entered 12/05/12 12:04:03    Main Document
Pg 14 of 17

## LEHMAN BROTHERS HOLDINGS INC.
### Additional Service List – Overnight Mail

BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD
C/O SEWARD & KISSEL LLP
ATTN: JUSTIN L SHEARER ESQ
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1485

STEVEN P. VINCENT
53 FOREST AVE STE 202
OLD GREENWICH, CT 06870-1537

**EXHIBIT D**

**LEHMAN BROTHERS HOLDINGS INC.**
**Additional Service List – Overnight Mail**

INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND LTD
C/O SEWARD & KISSEL LLP
ATTN: JUSTIN L. SHEARER
ONE BATTERY PARK PLAZA
NEW YORK NY 10004