WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### THREE HUNDRED TWENTY-FOURTH OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 29296] **solely as to the claim listed on Exhibit A attached hereto**. The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any

grounds in the future.

Dated:  December 5, 2012
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| THE GREENTREE GAZETTE, INC. | 1190 |