B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLTS Fund II LP | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 17718
Amount of Claim Transferred: $25,000,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HLTS FUND II LP, as Transferee**
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____    Date: __12/5/12__
Name: James W. Sykes
Title: Managing Principal

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

David Martino
Controller

2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor") Case No. 08-13555 (the "Case")

Claim # 17718

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

HLTS FUND II LP

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17718, solely to the extent of $25,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 4, 2012.

| HLTS FUND II LP | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: Halcyon Long Term Strategies LP,<br>Its Investment Manager<br>By: _____<br>Name: James W. Sykes<br>Title: Managing Principal<br><br>David Martino<br>Controller | By: _____<br>Name:<br>Title: |

-17-

754214v.2 463/01249

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDINGS INC. ("Debtor") Case No. 08-13555 (the "Case")

Claim # 17718

**Citigroup Financial Products Inc.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**HLTS FUND II LP**

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 17718, solely to the extent of $25,000,000.00, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 4, 2012.

| | |
|---|---|
| **HLTS FUND II LP** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
| By: Halcyon Long Term Strategies LP, Its Investment Manager | |
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: Brian S. Broyles, Authorized Signatory |

-17-

754214v.2 463/01249