HEARING DATE AND TIME: January 16, 2013, at 10:00 a.m. (Prevailing Eastern Time)
RESPONSE DEADLINE: January 9, 2013 at 4:00 p.m. ( Prevailing Eastern Time)

SEWARD & KISSEL LLP
John R. Ashmead, Esq.
Ronald L. Cohen, Esq.
Justin L. Shearer, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Traxis Fund LP*
*and Traxis Emerging Market*
*Opportunities Fund LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF TRAXIS FUND LP
AND TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP TO COMPEL
DEBTORS TO REISSUE DISTRIBUTION CHECKS FOR ALLOWED CLAIMS**

PLEASE TAKE NOTICE that the hearing to consider the Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims (the "Motion") (Docket No. 32163), previously scheduled for December 12, 2012, **has been adjourned to January 16, 2013 at 10:00 a.m. (Prevailing Eastern Time),** before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with two hard copies delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Courtroom 601, New York, New York 10004); and shall also be served upon (a) counsel to the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.); (b) the office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq. and Tracy Hope Davis, Esq.); (c) counsel for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan R. Fleck, Esq.); and (d) counsel for Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP, Seward & Kissel LLP, One Battery Park Plaza, New York, New York 10004 (Attn: John R. Ashmead, Esq., Ronald L. Cohen, Esq. and Justin L. Shearer, Esq.), so as to be received no later than **January 9, 2013, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections that have been filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Bankruptcy Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

New York, New York
December 5, 2012

          SEWARD & KISSEL LLP

          By:   /s/ John R. Ashmead
                John R. Ashmead, Esq.
                Ronald L. Cohen, Esq.
                Justin L. Shearer, Esq.
                One Battery Park Plaza
                New York, New York 10004
                Telephone: (212) 574-1200
                Facsimile:  (212) 480-8421

*Attorneys for Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP*