Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings Inc.**                     Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                                       **Name of Transferor**

**VonWin Capital Management, LP**                            **SAMPERS (SUB ACCOUNT GBP)**

**Name and Address where notices to Transferee should be sent:**          Court Claim# (if Known**): 17132**
By: VonWin Capital, LLC its general Partner                  Amount of Claim: **$24,662.00**
261 Fifth Avenue, 22nd Floor                                 Date Claim Filed**: 09/18/2009**
New York, NY 10016                                           Debtor: **Lehman Brothers Holdings Inc.**
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: **/s/ Roger Von Spiegel**                  Date:   December 5, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of Sampers (Sub Account GBP) ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $24,662.00 | 17132 |

has / have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.,
By: VonWin Capital, LLC, its general partner
Address: 261 Fifth Avenue, 22nd Floor
New York, NY 10016

Signature:
Name: Roger Von Spiegel
Title: Managing Director
Date:

SELLER: Sampers (Sub Account GBP)
Address: Vanderland Street 48
9000 Gent,,
Belgium

Signature:
Name: ETIENNE DESMYTER
Title: OWNER
Date: 19 Nov 2012

SAMPERS ROZA
OWNER
19 Nov 2012

8