Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings Inc.**                Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                                    **Name of Transferor**

**VonWin Capital Management, LP**             **Madamme Gerard Nordmann**


**Name and Address where notices to Transferee should be sent:**

By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 13700**
Amount of Claim: **$1,160,058.00**
Date Claim Filed**: 09/16/2009**
Debtor: **Lehman Brothers Holdings Inc.**


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**                Date:   December 5, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of Madamme Gerard Nordmann ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,160,058.00 | 13700 |

has / have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
By: *VonWin Capital, LLC, its general partner*
Address: 261 5th Avenue, 22nd Floor
New York, NY 10016

Signature:
Name: Roger Von Spiegel
Title: Managing Director
Date:

SELLER: Madamme Gerard Nordmann
Address: 17 Rue de Pressy, Vandoeuvres
CH-1253, Switzerland
Me Costin van BERCHEM as executor of the Estate of Mme NORDMANN

Signature:
Name: Costin van BERCHEM
Title: notary
Date: 08.11.2012

notaires de carouge
Costin van Berchem
notaire
Place d'Armes 20 / CP 1116
CH-1227 Carouge-Genève
t: 022 839 33 33