# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BIESEMANN, DR. JOERG<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13624 | $36,161.55 | No Blocking Number LPS Claim |
| 2 | GETTE, HELENE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12444 | $11,441.51 | No Blocking Number LPS Claim |
| 3 | ISHII, HIROICHI AND HELLA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13602 | $28,485.37 | No Blocking Number LPS Claim |
| 4 | KAPALLA, KURT<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12448 | $28,485.37 | No Blocking Number LPS Claim |
| 5 | KLUG, KLAUS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/14/2009 | 12442 | $18,804.01 | No Blocking Number LPS Claim |
| 6 | KUHNAST, FRANK-ROLAND<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 12/17/2010 | 67258 | $70,905.00 | No Blocking Number LPS Claim |
| 7 | LUCKS, IIONA<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24996 | $70,905.00 | No Blocking Number LPS Claim |
| 8 | LUKOSCHEK, WOLFGANG<br>AM WIESENRAIN 21<br>60341 FRANFURT,<br>GERMANY | 08-13555<br>(JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13611 | $56,970.75 | No Blocking Number LPS Claim |

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 92: EXHIBIT 1 – NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | RUTTENER, JUERG FOR RUETTENER, HANNELORE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/17/2010 | 67267 | $11,344.80 | No Blocking Number LPS Claim |
| 10 | RUTTENER, JUERG FOR RUETTENER, HANS<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | | Lehman No Case Asserted/All Cases Asserted | 12/17/2010 | 67265 | $17,017.20 | No Blocking Number LPS Claim |
| 11 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11202 | $14,464.62 | No Blocking Number LPS Claim |
| 12 | UTTENDORF, WILFRIED<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57811 | $21,271.50 | No Blocking Number LPS Claim |
| 13 | WEISS, RENATE<br>C/O NABER PC<br>300 CENTRAL AVENUE SUITE 320<br>GREAT FALLS, MT 59401 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/10/2009 | 11212 | $10,125.23 | No Blocking Number LPS Claim |
| 14 | WILDEBRAND, PETER<br>FINKENAU 34<br>HAMBURG, 22081<br>GERMANY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13609 | $14,181.00 | No Blocking Number LPS Claim |
| | | | | | TOTAL | $410,562.91 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts