EXHIBIT 1

08-13555-mg    Doc 32610-1    Filed 12/06/12    Entered 12/06/12 10:58:50    Exhibits
Pg 1 of 12

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | AMONN-DINGER, VERENA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11169 | $14,606.43 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 2 | BAYER, DR. INGEBORG<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12425 | $4,381.92 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 3 | BAYER, DR. INGEBORG<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12426 | $5,785.85 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 4 | FASSBENDER, MARIA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13638 | $7,090.50 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 5 | FETKENHEUER, LOTHAR C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | 12/17/2010 | 08-13555 (JMP) | 67257 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 6 | GANSER, ALBERT C/O NABER PC 300 CENTRAL AVENUE, SUITE 320 GREAT FALLS, MT 59401 | 09/21/2009 | 08-13555 (JMP) | 24995 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 7 | HASSE, KLAUS-DIETER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13628 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 8 | HEINZEN, HANS C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11178 | $16,067.07 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 9 | HIRSCH, KURT<br>ORTSSTR. 18<br>BOLSTERLANG, 87538<br>GERMANY | 09/10/2009 | 08-13555 (JMP) | 11179 | $80,335.37 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 10 | JAHN, URSULA & HORST<br>C/O NABER PC<br>300 CENTRAL AVENUE, SUITE 320<br>GREAT FALLS, MT 59401 | 09/21/2009 | 08-13555 (JMP) | 24987 | $13,018.16 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 11 | JANSEN, WALTER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34347 | $36,161.55 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 12 | JANSEN, WALTER<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34350 | $21,696.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 13 | KOECHLING, HERMANN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11184 | $28,929.24 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 14 | KRAWINKEL, ODO C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12427 | $28,929.24 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 15 | KRAWINKEL, ODO C/O NABER PC 300 CNETRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12428 | $57,858.48 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 16 | LEWIN, JOERG C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/23/2009 | 08-13555 (JMP) | 34348 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 17 | MASTALEREK, MICHAEL C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11187 | $43,393.86 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 18 | NOERRENBERG-SUDHAUS, WERNER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11190 | $144,646.20 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 19 | OBERKERSCH, BEATRICE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11191 | $46,286.78 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 20 | RAMPOLD, HEIDRUN ELISABETH BARTHELSTRASSE 125 50823 KOLN, GERMANY | 09/10/2009 | 08-13555 (JMP) | 11193 | $14,606.43 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 21 | RODRIGUEZ, KARSTEN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13621 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 22 | SCHIENER, FRIEDBERT WALTER UND HANNELORE EDELTRAUT C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11196 | $10,125.23 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 23 | SCHMIDT, KARIN C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11197 | $21,547.60 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 24 | SCHMIDT, RA PETRA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11198 | $72,323.10 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 25 | SCHWEBIUS, SANDRA C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11199 | $13,018.16 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 26 | SCHWERDT, KORINNA, DR. C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61158 | $70,905.00 | FRANKFURTER SPARKASSE 1822 ATTN: MICHAEL WEIS NEUE MAINZER STR. 47-53 FRANKFURT AM MAIN, 60311 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60564 | $1,191,565.56 |
| 27 | SPERZEL, SUSANNE C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12443 | $85,086.00 | FRANKFURTER SPARKASSE 1822 ATTN: MICHAEL WEIS NEUE MAINZER STR. 47-53 FRANKFURT AM MAIN, 60311 GERMANY | 10/30/2009 | 08-13555 (JMP) | 60564 | $1,191,565.56 |
| 28 | SPRINGER, WERNER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13623 | $11,571.70 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 29 | STANGE, HANS-JOACHIM<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/14/2009 | 08-13555 (JMP) | 12440 | $4,381.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 30 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11201 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 31 | STEINFORT, SILVIA<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11203 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 32 | VOLK, HELMUT UND ANNEMARIE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11209 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 33 | VON DER HEYDE, PHILIP<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11210 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 34 | WARTAK, BEATE<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11211 | $72,323.10 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 35 | WEIDLICH, JOERG<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13642 | $4,339.39 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 36 | WIPPERN, MARGIT<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/16/2009 | 08-13555 (JMP) | 13619 | $2,853.93 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 37 | WITTIG, HANSPETER C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 10/30/2009 | 08-13555 (JMP) | 57824 | $1,460.84 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 38 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61159 | $7,232.31 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 39 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61160 | $11,571.70 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| 40 | WOLSKI, MIECZYSLAW C/O NABER PC 300 CENTRAL AVENUE SUITE 320 GREAT FALLS, MT 59401 | 11/02/2009 | 08-13555 (JMP) | 61191 | $14,464.62 | CITIBANK PRIVATKUNDEN AG & CO. KGAA ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF, 40213 GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### SUPPLEMENT TO OMNIBUS OBJECTION 92: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 41 | ZELLINGER, ERNST<br>C/O NABER PC<br>300 CENTRAL AVENUE<br>SUITE 320<br>GREAT FALLS, MT 59401 | 09/10/2009 | 08-13555 (JMP) | 11224 | $20,250.47 | CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF, 40213<br>GERMANY | 10/29/2009 | 08-13555 (JMP) | 55404 | $473,750,207.00* |
| | | | | **TOTAL** | **$1,102,966.05** | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts