Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Rabobank Nederland, New York Branch*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*,[1] | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM
### FILED BY RABOBANK NEDERLAND, NEW YORK BRANCH

**PLEASE TAKE NOTICE** that Rabobank Nederland, New York Branch, as holder of Class A-1 Notes Issued by Gemstone CDO VI Ltd. and Gemstone CDO VI Corp., hereby withdraws (i) its Proof of Claim filed September 18, 2009, numbered 17230 against Lehman Brothers Special Financing, Inc. and (ii) its Proof of Claim filed September 18, 2009, numbered 17235 against Lehman Brothers Holdings, Inc.

Dated: December 6, 2012
New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Robert A. Rich*
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for Rabobank Nederland, New York Branch*

---

[1] The Debtors are Lehman Brothers Holdings Inc., a Delaware corporation, together with the other debtors jointly administered under Case No. 08-13555 pursuant to the Bankruptcy Court's Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administrate of Chapter 11 Cases, entered September 17, 2008 [Docket No. 86].

76136.000002 EMF_US 43069913v1