UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :    (Jointly Administered)
              Debtors.                           :
                                                 :
---------------------------------------------------------------x    Ref. Docket No. 31873, 32288-
                                                      32291, 32303-32305, 32307, 32310,
                                                      32318

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Lauren Rodriguez
                                         Lauren Rodriguez

Sworn to before me this
7th day of December, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: GOLDMAN SACHS INTERNATIONAL
          C/O GOLDMAN, SACHS & CO.
          ATTN: MICHELLE LATZONI
          30 HUDSON STREET, 5TH FLOOR
          JERSEY CITY NJ 07302

Please note that your claim # 28105-28 in the above referenced case and in the amount of
    $6,533,991.60  allowed at $5,404,000.00       has been transferred (**unless previously expunged by court order**)

          HCN LP
          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
          C/O HALCYON ASSET MANAGEMENT LP
          ATTN: MATT SELTZER
          477 MADISON AVENUE, 8TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31873    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/03/2012                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 3, 2012.

# EXHIBIT B

```
TIME: 15:48:43                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:   1
DATE: 12/03/12                                    CREDITOR LISTING

Name                                   Address
ADEL, JOHAN                            TRANSFEROR: EFG BANK AB (PUBL) LUND EKHAGA SODERKOPING  S-614 92 SWEDEN
AHLBERG, NIKLAS                        TRANSFEROR: EFG BANK AB (PUBL) STUREHILLSVAGEN 39 STOCKHOLM  S-117 56 SWEDEN
CREDITO VALTELLINESE SOC. COOP.        TRANSFEROR: INTESA SANPAOLO SPA ATTN: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO  23100 ITALY
DEUTSCHE BANK AG BRUSSELS BRANCH       TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 17 BRUSSELS  1000 BELGIUM
DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH  TRANSFEROR: DEUTSCHE BANK SA/NV ATTN: CECILE COUNET AVENUE MARNIX/MARNIXLAAN 13-15 BRUSSELS  1000 BELGIUM
EFG BANK AB (PUBL)                     P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
EKFALK VETERINARPRAKTIK AB             TRANSFEROR: EFG BANK AB (PUBL) CHARLOTTENLUND SIGTUNA  S-195 92 SWEDEN
GOLDMAN SACHS LENDING PARTNERS LLC     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                       JERSEY CITY NJ 07302
HAMMARSTROM, BERT                      TRANSFEROR: EFG BANK AB (PUBL) ERIK DAHLBERGS ALLE 3 STOCKHOLM  S-115 20 SWEDEN
HCN LP                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                       NEW YORK NY 10022
INTESA SANPAOLO SPA                    ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
KURKI, INGER-BRITT                     TRANSFEROR: EFG BANK AB (PUBL) BERGSVAGEN 20 HALMSTAD  S-305 95 SWEDEN
RIGNELL, KRISTER                       TRANSFEROR: EFG BANK AB (PUBL) KUNG KRISTOFFERS GATA 25 HELSINGBORG  S-252-34 SWEDEN
SPORTA VALA AB                         TRANSFEROR: EFG BANK AB (PUBL) C/O SVEN ERIK BIEL KARL JOHANS GATA 6 HELSINGBORG  252 67 SWEDEN
UHNELL, MARTIN                         TRANSFEROR: EFG BANK AB (PUBL) FRODINGS ALLE 20 LERUM  S-443 31 SWEDEN

Total Number of Records Printed        15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC