## EXHIBIT B-1

### PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.** ("Seller"), with its registered office at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claims Assignment Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVFII (LUX) MASTER S.A.R.L.**, with offices at and an address of c/o CarVal Investors, LLC, 12700 Whitewater Drive, MS 144 Minnetonka, Minnesota 55343-9439 ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of $37,000,000, docketed as Claim No. 13940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

*[signature page follows]*

IN WITNESS WHEREOF, dated as of the ___6___ day of __December__ 2012.

|  | JPMORGAN CHASE BANK, N.A. |
|---|---|
| WITNESS: | By: _____ |
| (Signature) | (Signature of authorized corporate officer) |
| Name: Chris Jannuzzi | Name: Alexander Wilk |
| Title: | Title: Authorized Signatory |
| (Print name and title of witness) | Tel.: |

|  | CVFII (LUX) MASTER S.A.R.L. |
|---|---|
| WITNESS: | By: _____ |
| (Signature) | (Signature of authorized corporate officer) |
| Name: Sulaine Marie Pedersen | Name: Renee Axelson |
| Title: notary public | Title: Authorized Signatory |
| (Print name and title of witness) | Tel.: 952-984-4018 |

SULAINE MARIE PEDERSEN
COMM. #20209749
Notary Public
State of Minnesota
My Commission Expires 1/31/2015

B-1-2