Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| **CVI GVF (Lux) Master S.a.r.l.** | **Smolansky Fund Limited** |

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK limited
25 Great Pulteney Street, 3rd Floor
London W1F 9LT
United Kingdom

Court Claim# (if Known): **19969**
Amount of Claim: **$4,434,421.00**
Date Claim Filed: **September 21, 2009**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Clifford Bottomley**          Date:    December 7, 2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Attn.: Matt Shipton / David Short
Matt.shipton@carval.com / david.short@carval.com UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of Smolansky Fund Limited ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $4,434,421.00 | 19969 |

has / have been transferred and assigned to CVI GVF (Lux )Master S.a.r.l.("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (LUX) MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature:
Name: Clifford Bottomley
Title: Director
European Fund Operations
Date: 4 Dec 2012

SELLER: Smolansky Fund Limited
Address: c/o Man Investments Limited
Attn: Kirsten Rogers/Margo Jensen
Sugar Quay, Lower Thames Street
London, EC3R 6DU
United Kingdom

Signature:
Name: M.S.6u.J.
Title: D.Lu Yon
Date: Nov 21 2012

16