WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**AMENDED NOTICE OF HEARING**
**TO CONSIDER OBJECTIONS TO PURPORTED CLAIMS**
**TRANSFERS TO STICHTING THE IAMEX VALUE FOUNDATION**

     **PLEASE TAKE NOTICE** that a hearing to consider the objections listed on **Exhibit A** to certain purported transfers of claims to Stichting The IAMEX Value Foundation will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 16, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  December 7, 2012
       New York, New York

                                               /s/ Robert J. Lemons
                                               Robert J. Lemons

                                               WEIL, GOTSHAL & MANGES LLP
                                               767 Fifth Avenue
                                               New York, New York 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

                                               Attorneys for Lehman Brothers Holdings Inc. and
                                               certain of its affiliates

**Exhibit A**

| Claimant Name | Purported Transferee | Claim Number | Transfer ECF No. | Objection ECF No. |
|---|---|---|---|---|
| Bernhard, Karolina | Stichting The IAMEX Value Foundation | 41625 | 31467 | 31807 |
| Guatam, Visha Prakash and Sushilla | Stichting The IAMEX Value Foundation | 43836 | 31476 | 32296 |
| Kostka, Ingrid | Stichting The IAMEX Value Foundation | 63864 | 31456 | 31902 |
| Pidgin B.V. | Stichting The IAMEX Value Foundation | 53526 | 31402 | 32394 |
| Wälchli, Rene | Stichting The IAMEX Value Foundation | 36728 | 31430 | n.a. |
| Witten Fam. Dep. GBR | Stichting The IAMEX Value Foundation | 50632 | 31385 | 32419 |