UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                  :
:
------------------------------------------------------------------x    Ref. Docket No. 32374, 32393,
32416-32418, 32421, 32423, 32425,
32426

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
7th day of December, 2012
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP.
          VIA SAN CARLO 8/20
          MODENA     41100
          ITALY
```

Please note that your claim # 49737-38 in the above referenced case and in the amount of
        $57,761.85    allowed at $57,906.60         has been transferred **(unless previously expunged by court order)**

```
          ILLIQUIDX LLP
          TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP.
          ATTN: MR. CELESTINO AMORE
          80 FLEET STREET
          LONDON     EC4Y 1EL
          UNITED KINGDOM
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32393        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/05/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 5, 2012.

**EXHIBIT B**

```
TIME: 18:23:41                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 12/05/12                                         CREDITOR LISTING

Name                                              Address
ALLIANZ BANK FINANCIAL ADVISORS SPA               TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: FRANCO BRICHETTI ATTN: FRANCESCA TREBBI PIAZZALE LODI, 3
                                                  MILANO 20137 ITALY
BANCA CARIGE SPA                                  TRANSFEROR: CREDITO EMILIANO SPA ATTN: LUCA AMELOTTI VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY
BANCA MONTE PARMA SPA                             TRANSFEROR: CREDITO EMILIANO SPA ATTN: ERICO VERDERI PIAZZALE JACOPO SANVITALE, 1 PARMA 43121 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA 41100 ITALY
  COOP.
BANCA POPOLARE DI SONDRIO S.C.P.A.                TRANSFEROR: CREDITO EMILIANO SPA ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO 23100 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.           ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY
CASSA DI RISPARMIO DI SAVONA PA                   C/O BANCA CARIGE SPA ATTN: LUCY AMELOTTI VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY
CASSA DI RISPARMIO DI SAVONA PA                   TRANSFEROR: CREDITO EMILIANO SPA ATTN: LUCA AMELOTTI VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY
CREDITO EMILIANO SPA                              ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO SPA                              ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
FRANCA, BERNARDI                                  TRANSFEROR: CREDITO EMILIANO SPA ATTN: BERNARDI FRANCA VIA E. GRAZIOLI 22/1 MINERBIO (BO) 40061 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING SPA               TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: PAOLO POLLASTRI VIA HOEPLI N 10 MILANO 20121 ITALY
LORELLA, CALZOLARI                                TRANSFEROR: CREDITO EMILIANO SPA ATTN: LORELLA CALZOLARI VIA E. GRAZIOLI 22/1 MINERBIO (BO) 40061 ITALY


Total Number of Records Printed                   14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC