UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
        Debtors.                                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 32375, 32396,
                                                                       32408, 32409, 32412, 32420, 32452,
                                                                       32453

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/ Lauren Rodriguez
                                                Lauren Rodriguez

Sworn to before me this
7th day of December, 2012
/s/ Panagiota Manataki*s*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   BANK OF AMERICA, N.A.
          C/O FREDRIC SOSNICK
          NED S. SCHODECK
          SHEARMAN & STERLING LLP
          599 LEXINGTON AVENUE
          NEW YORK NY 10022
```

Please note that your claim # 20105-15 in the above referenced case and in the amount of
$188,245,203.55  allowed at $20,000,000.00         has been transferred (unless previously expunged by court order)

```
          CVI GVF LUXEMBOURG TWELVE S.A.R.L.
          TRANSFEROR: BANK OF AMERICA, N.A.
          C/O CARVAL INVESTORS, LLC
          12700 WHITEWATER DRIVE, MS 144
          MINNETONKA MN 55343-9439
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32452       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/06/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 6, 2012.

# EXHIBIT B

```
TIME: 16:53:09                                     LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 12/06/12                                           CREDITOR LISTING

Name                                     Address
BANCA POPOLARE DI SONDRIO S.C.P.A        TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO 23100 ITALY
BANCA ZARATTINI & CO SA                  TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: COMPLIANCE AND BACK OFFICE DEPT VIA BALESTRA 17 LUGANO 6900 SWITZERLAND
BANK OF AMERICA, N.A.                    C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
BANK OF AMERICA, N.A.                    C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022
CHANG CHOU HOOI                          TRANSFEROR: WEALTH OVERSEAS LTD ROOM 1701, SHUN TAK CENTRE 200 CONNAUGHT ROAD CENTRAL HONG KONG  HONG KONG
CREDITO PRIVATO COMMERCIALE SA           VIA ZURIGO 46 LUGANO 6901 SWITZERLAND
CVI GVF LUXEMBOURG TWELVE S.A.R.L.       TRANSFEROR: BANK OF AMERICA, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
FRANKFURTER SPARKASSE                    TRANSFEROR: SCHLAGHECKE, KARIN ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY
FRANKFURTER SPARKASSE                    TRANSFEROR: SCHLAGHECKE,CHRISTIAN ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY
INTESA SANPAOLO PRIVATE BANKING S.P.A.   REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
SCHLAGHECKE, KARIN                       LANDHAUSSTR. 11 AIDLINGEN 71134 GERMANY
SCHLAGHECKE, CHRISTIAN                   LANDHAUSSTR. 11 AIDLINGEN 71134 GERMANY
TALAMOD MASTER FUND, LP                  TRANSFEROR: YORVIK PARTNERS LLP C/O TALAMOD ASSET MANAGEMENT, LLC 2100 MCKINNEY AVENUE, SUITE 1425 DALLAS TX 75201
WEALTH OVERSEAS LTD                      C/O SOEN CHIN YEW P O BOX 2275 ROBINSON ROAD POST OFFICE SINGAPORE  904275 SINGAPORE
YORVIK PARTNERS LLP                      TRANSFEROR: HABIB BANK AG ZURICH ATTN: B. RANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      15
```

EPIQ BANKRUPTCY SOLUTIONS, LLC