B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| HLTS Fund II LP | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): 67073
Amount of Claim Transferred: $11,375,000.00
Date Claim Filed: September 9, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/7/12
Name of Transferee/Transferee's Agent
David Martino
Controller

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

08-13555-mg    Doc 32677    Filed 12/10/12    Entered 12/10/12 10:17:50    Main Document
Pg 3 of 5

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
     Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: 12/7/12
     Name of Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152, & 3571.

TO:        Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:    LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13885

Goldman Sachs Lending Partners LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Transfer of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to HLTS II LP and its successors and assigns ("**Buyer**"), all of Seller's right, title and interest in and to Proof of Claim No. 67073 against Lehman Brothers Holdings Inc. but solely to the extent of $11,375,000.00 (the "**Claim**") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 7th day of December, 2012.

**SELLER:**

Goldman Sachs Lending Partners LLC

By: _Michelle Latzoni_
    Authorized Signatory
Name: _____

Title: _____

**BUYER:**

HLTS Fund II LP

By: Halcyon Long Term Strategies LP,
Its Investment Manager

By: _____

Name: _____

Title: _____

**TO:** Clerk, United States Bankruptcy Court, Southern District of New York
**AND TO:** LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13885

Goldman Sachs Lending Partners LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Transfer of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to HLTS II LP and its successors and assigns ("**Buyer**"), all of Seller's right, title and interest in and to Proof of Claim No. 67073 against Lehman Brothers Holdings Inc. but solely to the extent of $11,375,000.00 (the "**Claim**") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 7th day of December, 2012.

**SELLER:**

Goldman Sachs Lending Partners LLC

By: _____

Name: _____

Title: _____

**BUYER:**

HLTS Fund II LP

By: Halcyon Long Term Strategies LP,
Its Investment Manager

By: _____

Name: _____

Title: _____

David Martino
Controller