B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

HLTS Fund II LP                             Goldman Sachs Lending Partners LLC
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 66139
should be sent:                                 Amount of Claim Transferred: $27,385,000.00
                                                Date Claim Filed: January 20, 2010
HLTS Fund II LP                                 Debtor: Lehman Brothers Holdings Inc.
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone:_____           Phone:_____
Last Four Digits of Acct #:_____    Last Four Digits of Acct. #:_____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

756843v.3 3091/00225

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/7/12
Name of Transferee/Transferee's Agent
David Martino
Controller

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

756843v.3 3091/00225

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____    Date: 12/7/12
    Name of Transferor/Transferor's Agent

*Michelle Latzoni, Authorized Signatory*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

756843v.3 3091/00225