**EXHIBIT A**

## Announcement

*This announcement appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the warrants described below.*

*The Stock Exchange of Hong Kong Limited (the stock exchange) takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*Investors are warned that the price of the warrants may fall in value as rapidly as it may rise and holders may sustain a total loss of their investment. Prospective purchasers should therefore ensure that they understand the nature of the warrants and carefully study the risk factors set out in our base listing document and our supplement listing document (when available) and, where necessary, seek professional advice, before they invest in the warrants.*

Warrants
to be issued by

# LEHMAN BROTHERS HOLDINGS INC.

*(Incorporated in the State of Delaware)*

We intend to issue the warrants detailed below (the **warrants**).

| Stock Code | 14976 | 14977 | 14978 | 14979 | 14980 |
|---|---|---|---|---|---|
| Shares | Existing issued ordinary shares of US$0.50 each of the company | Existing issued ordinary shares of HK$0.25 each of the company | Existing issued ordinary shares of HK$0.25 each of the company | Existing issued ordinary shares of HK$0.25 each of the company | Existing issued ordinary shares of HK$2.50 each of the company |
| Company | HSBC Holdings plc | Hutchison Whampoa Limited | Hutchison Whampoa Limited | Hutchison Whampoa Limited | The Bank of East Asia, Limited |
| Style | European | European | European | European | European |
| Type | Call | Call | Call | Call | Call |
| Settlement method | Cash Settled | Cash Settled | Cash Settled | Cash Settled | Cash Settled |
| Issue size | 200,000,000 | 100,000,000 | 100,000,000 | 100,000,000 | 50,000,000 |
| Issue price | HK$0.151 per warrant | HK$0.53 per warrant | HK$0.51 per warrant | HK$0.251 per warrant | HK$0.255 per warrant |
| Expiry date | 30 March, 2009 | 30 March, 2009 | 30 June, 2009 | 30 June, 2009 | 29 May, 2009 |
| Board lot | 40,000 warrants | 10,000 warrants | 10,000 warrants | 10,000 warrants | 2,000 warrants |
| Entitlement | 1 | 1 | 1 | 1 | 1 |
| Exercise amount | 100 | 10 | 10 | 10 | 10 |
| Exercise price | HK$116.08 per 100 warrants | HK$69.88 per 10 warrants | HK$72.88 per 10 warrants | HK$82.88 per 10 warrants | HK$33.88 per 10 warrants |
| Implied volatility* | 39.00% | 30.00% | 30.00% | 30.00% | 42.00% |
| Gearing* | 8.09x | 12.83x | 13.33x | 27.09x | 11.86x |
| Effective gearing* | 4.60x | 6.46x | 5.80x | 7.11x | 4.77x |
| Premium* | 7.35% | 10.56% | 14.68% | 25.57% | 20.43% |
| Liquidity provider | Lehman Brothers Securities Asia Limited (Broker ID: 9549) 26th Floor, Two International Finance Centre 8 Finance Street, Central, Hong Kong    Tel: (852) 2252 6701 | | | | |

\*    The implied volatility, gearing, effective gearing and premium may not be comparable to similar information provided by other issuers of derivative warrants as different issuers may use different pricing models.

How do we calculate the cash settlement amount?

The warrants are in global registered form and exercisable only in integral multiples of the trading board lot.

If on the relevant expiry date the relevant cash settlement amount is greater than zero, the warrants will be automatically exercised.

Each relevant exercise amount will entitle you to receive from us the relevant cash settlement amount in Hong Kong dollars calculated by us as equal to:

[entitlement x (closing price - exercise price)] - exercise expenses

The relevant closing price per share will be calculated as the arithmetic mean of the closing price of the share for each of the five business days immediately preceding the relevant expiry date.

**Where can you obtain further information?**

Our base listing document dated 19 March 2008, together with any further addenda or successor document, our supplemental listing document to be dated 19 September, 2008 and our latest publicly available annual report and interim report or quarterly financial statements (if any) will be available for inspection, together with their Chinese translations, during normal business hours at the office of Computershare Hong Kong Investor Services Limited, which is presently at Rooms 1712-1716, 17th Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong. Information on us can also be found on the website of the group of companies to which we belong, which is www.lehman.com.

**How will the liquidity provider provide quotes?**

The liquidity provider will provide liquidity by responding to requests for bid and offer quotes. A quote may be obtained by calling the telephone number of the liquidity provider. We or the liquidity provider may be the only market participant for the warrants. The secondary market for the warrants may be limited.

**Additional information**

*The warrants will constitute our general unsecured and unsubordinated contractual obligations. They are not obligations of any other person.*

An application will be made to the stock exchange for the listing of, and permission to deal in, the warrants on the stock exchange. The date of commencement of dealings in the warrants is expected to be 22 September, 2008.

We are not regulated by any of the bodies referred to in rule 15A.13(2) or (3) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited. We are subject to the reporting requirements of the U.S. Securities and Exchange Commission.

Our long term credit ratings are A by Standard and Poor's Ratings Group and A2 by Moody's Investors Service, Inc.

Lehman Brothers Holdings Inc.

12 September, 2008

### Announcement

*This announcement appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the warrants described below.*

*The Stock Exchange of Hong Kong Limited (the stock exchange) takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*Investors are warned that the price of the warrants may fall in value as rapidly as it may rise and holders may sustain a total loss of their investment. Prospective purchasers should therefore ensure that they understand the nature of the warrants and carefully study the risk factors set out in our base listing document and our supplement listing document (when available) and, where necessary, seek professional advice, before they invest in the warrants.*

Warrants
to be issued by

# LEHMAN BROTHERS HOLDINGS INC.

*(Incorporated in the State of Delaware)*

We intend to issue the warrants detailed below (the **warrants**).

| Stock Code | 14981 | 14982 | 14983 | 14984 | 14985 |
|---|---|---|---|---|---|
| Shares | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary shares of HK$0.02 each of the company | Existing issued ordinary shares of HK$0.02 of the company | Existing issued ordinary H shares of RMB1.00 each of the company |
| Company | China Petroleum & Chemical Corporation | China Telecom Corporation Limited | CNOOC Limited | CNOOC Limited | China Construction Bank Corporation |
| Style | European | European | European | European | European |
| Type | Call | Call | Call | Call | Call |
| Settlement method | Cash Settled | Cash Settled | Cash Settled | Cash Settled | Cash Settled |
| Issue size | 200,000,000 | 50,000,000 | 200,000,000 | 200,000,000 | 100,000,000 |
| Issue price | HK$0.151 per warrant | HK$0.251 per warrant | HK$0.164 per warrant | HK$0.151 per warrant | HK$0.6 per warrant |
| Expiry date | 30 June, 2009 | 30 June, 2009 | 29 April, 2009 | 30 June, 2009 | 30 March, 2009 |
| Board lot | 20,000 warrants | 2,000 warrants | 10,000 warrants | 10,000 warrants | 1,000 warrants |
| Entitlement | 1 | 1 | 1 | 1 | 1 |
| Exercise amount | 10 | 1 | 10 | 10 | 1 |
| Exercise price | HK$6.88 per 10 warrants | HK$4.28 per 1 warrant | HK$9.89 per 10 warrants | HK$11.29 per 10 warrants | HK$6.08 per 1 warrant |
| Implied volatility* | 68.00% | 46.00% | 60.00% | 65.00% | 45.00% |
| Gearing* | 4.42x | 13.43x | 5.73x | 6.23x | 9.55x |
| Effective gearing* | 2.64x | 4.55x | 3.24x | 3.00x | 4.67x |
| Premium* | 25.60% | 34.45% | 22.66% | 36.17% | 16.58% |
| Liquidity provider | Lehman Brothers Securities Asia Limited (Broker ID: 9549) 26th Floor, Two International Finance Centre 8 Finance Street, Central, Hong Kong    Tel: (852) 2252 6701 | | | | |

\*    The implied volatility, gearing, effective gearing and premium may not be comparable to similar information provided by other issuers of derivative warrants as different issuers may use different pricing models.

How do we calculate the cash settlement amount?

The warrants are in global registered form and exercisable only in integral multiples of the trading board lot.

If on the relevant expiry date the relevant cash settlement amount is greater than zero, the warrants will be automatically exercised.

Each relevant exercise amount will entitle you to receive from us the relevant cash settlement amount in Hong Kong dollars calculated by us as equal to:

[entitlement x (closing price - exercise price)] - exercise expenses

The relevant closing price per share will be calculated as the arithmetic mean of the closing price of the share for each of the five business days immediately preceding the relevant expiry date.

**Where can you obtain further information?**

Our base listing document dated 19 March 2008, together with any further addenda or successor document, our supplemental listing document to be dated 19 September, 2008 and our latest publicly available annual report and interim report or quarterly financial statements (if any) will be available for inspection, together with their Chinese translations, during normal business hours at the office of Computershare Hong Kong Investor Services Limited, which is presently at Rooms 1712-1716, 17th Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong. Information on us can also be found on the website of the group of companies to which we belong, which is www.lehman.com.

**How will the liquidity provider provide quotes?**

The liquidity provider will provide liquidity by responding to requests for bid and offer quotes. A quote may be obtained by calling the telephone number of the liquidity provider. We or the liquidity provider may be the only market participant for the warrants. The secondary market for the warrants may be limited.

**Additional information**

*The warrants will constitute our general unsecured and unsubordinated contractual obligations. They are not obligations of any other person.*

An application will be made to the stock exchange for the listing of, and permission to deal in, the warrants on the stock exchange. The date of commencement of dealings in the warrants is expected to be 22 September, 2008.

We are not regulated by any of the bodies referred to in rule 15A.13(2) or (3) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited. We are subject to the reporting requirements of the U.S. Securities and Exchange Commission.

Our long term credit ratings are A by Standard and Poor's Ratings Group and A2 by Moody's Investors Service, Inc.

Lehman Brothers Holdings Inc.

12 September, 2008

### Announcement

*This announcement appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the warrants described below.*

*The Stock Exchange of Hong Kong Limited (the stock exchange) takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*Investors are warned that the price of the warrants may fall in value as rapidly as it may rise and holders may sustain a total loss of their investment. Prospective purchasers should therefore ensure that they understand the nature of the warrants and carefully study the risk factors set out in our base listing document and our supplement listing document (when available) and, where necessary, seek professional advice, before they invest in the warrants.*

Warrants
to be issued by

# LEHMAN BROTHERS HOLDINGS INC.

*(Incorporated in the State of Delaware)*

We intend to issue the warrants detailed below (the **warrants**).

| | 14986 | 14987 | 14988 | 14989 | 14990 |
|---|---|---|---|---|---|
| Shares | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary shares of HK$0.025 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company |
| Company | China Construction Bank Corporation | Lenovo Group Limited | Industrial and Commercial Bank of China Limited | China Coal Energy Company Limited | China COSCO Holdings Company Limited |
| Style | European | European | European | European | European |
| Type | Call | Call | Call | Call | Call |
| Settlement method | Cash Settled | Cash Settled | Cash Settled | Cash Settled | Cash Settled |
| Issue size | 100,000,000 | 50,000,000 | 100,000,000 | 75,000,000 | 75,000,000 |
| Issue price | HK$0.67 per warrant | HK$0.965 per warrant | HK$0.305 per warrant | HK$0.251 per warrant | HK$0.251 per warrant |
| Expiry date | 30 June, 2009 | 29 April, 2009 | 30 June, 2009 | 29 April, 2009 | 30 June, 2009 |
| Board lot | 1,000 warrants | 2,000 warrants | 1,000 warrants | 10,000 warrants | 5,000 warrants |
| Entitlement | 1 | 1 | 1 | 1 | 1 |
| Exercise amount | 1 | 1 | 1 | 10 | 10 |
| Exercise price | HK$6.28 per 1 warrant | HK$4.68 per 1 warrant | HK$6.38 per 1 warrant | HK$10.88 per 10 warrants | HK$11.88 per 10 warrants |
| Implied volatility* | 45.00% | 80.00% | 45.00% | 85.00% | 98.00% |
| Gearing* | 8.55x | 4.50x | 16.07x | 4.07x | 3.82x |
| Effective gearing* | 4.03x | 2.61x | 4.73x | 2.41x | 2.15x |
| Premium* | 21.29% | 30.07% | 36.43% | 31.02% | 49.90% |
| Liquidity provider | Lehman Brothers Securities Asia Limited (Broker ID: 9549) 26th Floor, Two International Finance Centre 8 Finance Street, Central, Hong Kong    Tel: (852) 2252 6701 | | | | |

\*    The implied volatility, gearing, effective gearing and premium may not be comparable to similar information provided by other issuers of derivative warrants as different issuers may use different pricing models.

### How do we calculate the cash settlement amount?

The warrants are in global registered form and exercisable only in integral multiples of the trading board lot.

If on the relevant expiry date the relevant cash settlement amount is greater than zero, the warrants will be automatically exercised.

Each relevant exercise amount will entitle you to receive from us the relevant cash settlement amount in Hong Kong dollars calculated by us as equal to:

[entitlement x (closing price - exercise price)] - exercise expenses

The relevant closing price per share will be calculated as the arithmetic mean of the closing price of the share for each of the five business days immediately preceding the relevant expiry date.

**Where can you obtain further information?**

Our base listing document dated 19 March 2008, together with any further addenda or successor document, our supplemental listing document to be dated 19 September, 2008 and our latest publicly available annual report and interim report or quarterly financial statements (if any) will be available for inspection, together with their Chinese translations, during normal business hours at the office of Computershare Hong Kong Investor Services Limited, which is presently at Rooms 1712-1716, 17th Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong. Information on us can also be found on the website of the group of companies to which we belong, which is www.lehman.com.

**How will the liquidity provider provide quotes?**

The liquidity provider will provide liquidity by responding to requests for bid and offer quotes. A quote may be obtained by calling the telephone number of the liquidity provider. We or the liquidity provider may be the only market participant for the warrants. The secondary market for the warrants may be limited.

**Additional information**

*The warrants will constitute our general unsecured and unsubordinated contractual obligations. They are not obligations of any other person.*

An application will be made to the stock exchange for the listing of, and permission to deal in, the warrants on the stock exchange. The date of commencement of dealings in the warrants is expected to be 22 September, 2008.

We are not regulated by any of the bodies referred to in rule 15A.13(2) or (3) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited. We are subject to the reporting requirements of the U.S. Securities and Exchange Commission.

Our long term credit ratings are A by Standard and Poor's Ratings Group and A2 by Moody's Investors Service, Inc.

Lehman Brothers Holdings Inc.

12 September, 2008

## Announcement

*This announcement appears for information purposes only and does not constitute an invitation or offer to acquire, purchase or subscribe for the warrants described below.*

*The Stock Exchange of Hong Kong Limited (the stock exchange) takes no responsibility for the contents of this announcement, makes no representation as to its accuracy or completeness and expressly disclaims any liability whatsoever for any loss howsoever arising from or in reliance upon the whole or any part of the contents of this announcement.*

*Investors are warned that the price of the warrants may fall in value as rapidly as it may rise and holders may sustain a total loss of their investment. Prospective purchasers should therefore ensure that they understand the nature of the warrants and carefully study the risk factors set out in our base listing document and our supplement listing document (when available) and, where necessary, seek professional advice, before they invest in the warrants.*

Warrants
to be issued by

# LEHMAN BROTHERS HOLDINGS INC.

*(Incorporated in the State of Delaware)*

We intend to issue the warrants detailed below (the **warrants**).

| Stock Code | 14991 | 14992 | 14993 | 14994 | 14995 |
|---|---|---|---|---|---|
| Shares / Units | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued ordinary H shares of RMB1.00 each of the company | Existing issued units of the Fund | Existing issued units of the Fund |
| Company / Fund | Ping An Insurance (Group) Company of China, Ltd. | Ping An Insurance (Group) Company of China, Ltd. | China Life Insurance Company Limited | iShares FTSE/Xinhua A50 China Tracker | iShares FTSE/Xinhua A50 China Tracker |
| Style | European | European | European | European | European |
| Type | Call | Call | Call | Call | Call |
| Settlement method | Cash Settled | Cash Settled | Cash Settled | Cash Settled | Cash Settled |
| Issue size | 50,000,000 | 50,000,000 | 200,000,000 | 100,000,000 | 100,000,000 |
| Issue price | HK$0.55 per warrant | HK$0.465 per warrant | HK$0.285 per warrant | HK$0.17 per warrant | HK$0.151 per warrant |
| Expiry date | 29 April, 2009 | 30 June, 2009 | 30 March, 2009 | 30 March, 2009 | 29 April, 2009 |
| Board lot | 5,000 warrants | 5,000 warrants | 10,000 warrants | 1,000 warrants | 1,000 warrants |
| Entitlement | 1 | 1 | 1 | 1 | 1 |
| Exercise amount | 10 | 10 | 10 | 10 | 10 |
| Exercise price | HK$59.98 per 10 warrants | HK$68.88 per 10 warrants | HK$30.88 per 10 warrants | HK$11.00 per 10 warrants | HK$12.50 per 10 warrants |
| Implied volatility* | 55.00% | 55.00% | 48.00% | 54.00% | 59.00% |
| Gearing* | 9.24x | 10.92x | 9.72x | 6.41x | 7.22x |
| Effective gearing* | 3.97x | 3.86x | 4.51x | 3.74x | 3.54x |
| Premium* | 28.90% | 44.74% | 21.77% | 16.51% | 28.53% |
| Liquidity provider | Lehman Brothers Securities Asia Limited (Broker ID: 9549) 26th Floor, Two International Finance Centre 8 Finance Street, Central, Hong Kong   Tel: (852) 2252 6701 | | | | |

\*   The implied volatility, gearing, effective gearing and premium may not be comparable to similar information provided by other issuers of derivative warrants as different issuers may use different pricing models.

How do we calculate the cash settlement amount?

The warrants are in global registered form and exercisable only in integral multiples of the trading board lot.

If on the relevant expiry date the relevant cash settlement amount is greater than zero, the warrants will be automatically exercised.

Each relevant exercise amount will entitle you to receive from us the relevant cash settlement amount in Hong Kong dollars calculated by us as equal to:

[entitlement x (closing price - exercise price)] - exercise expenses

The relevant closing price per share will be calculated as the arithmetic mean of the closing price of the share for each of the five business days immediately preceding the relevant expiry date.

**Where can you obtain further information?**

Our base listing document dated 19 March 2008, together with any further addenda or successor document, our supplemental listing document to be dated 19 September, 2008 and our latest publicly available annual report and interim report or quarterly financial statements (if any) will be available for inspection, together with their Chinese translations, during normal business hours at the office of Computershare Hong Kong Investor Services Limited, which is presently at Rooms 1712-1716, 17th Floor, Hopewell Centre, 183 Queen's Road East, Hong Kong. Information on us can also be found on the website of the group of companies to which we belong, which is www.lehman.com.

**How will the liquidity provider provide quotes?**

The liquidity provider will provide liquidity by responding to requests for bid and offer quotes. A quote may be obtained by calling the telephone number of the liquidity provider. We or the liquidity provider may be the only market participant for the warrants. The secondary market for the warrants may be limited.

**Additional information**

*The warrants will constitute our general unsecured and unsubordinated contractual obligations. They are not obligations of any other person.*

An application will be made to the stock exchange for the listing of, and permission to deal in, the warrants on the stock exchange. The date of commencement of dealings in the warrants is expected to be 22 September, 2008.

We are not regulated by any of the bodies referred to in rule 15A.13(2) or (3) of the Rules Governing the Listing of Securities on The Stock Exchange of Hong Kong Limited. We are subject to the reporting requirements of the U.S. Securities and Exchange Commission.

Our long term credit ratings are A by Standard and Poor's Ratings Group and A2 by Moody's Investors Service, Inc.

iShares® is a registered mark of Barclays Global Investors, N.A. (BGI). The warrants are not sponsored, endorsed, sold, or promoted by BGI, BGI makes no representations or warranties to the owners of the warrants or any member of the public regarding the advisability of investing in the warrants. BGI has no obligation or liability in connection with the operation, marketing, trading or sale of the warrants.

Lehman Brothers Holdings Inc.

12 September, 2008