<u>**EXHIBIT B**</u>

  (2) a completed checklist (obtainable from the Exchange) which specifies the information required by this Chapter and Part D of Appendix 1 regarding the issuer and the issue;

15A.64 The following documents must be supplied to the Exchange as soon as practicable after the launch of the structured product but before the listing of the structured product:--

  (1) completed application form available from the Exchange;

  (2) a remittance in respect of the listing fee, transaction levy and trading fees as determined pursuant to Appendix 8;

  (3) 1 copy of each of the English language version and the Chinese language version of the supplemental or stand alone listing document to be supplied to the Exchange. A soft copy of these documents should also be provided to the Exchange;

  (4) where any document referred to in (3) above is signed by an agent or attorney, a certified copy of the authorisation for such signature;

  (5) in the case of a stand alone listing document in respect of a guaranteed or collateralised issue, legal opinions required pursuant to rules 15A.19 and 15A.50 respectively. In the case of a supplemental listing document supporting a base document in respect of a collateralised issue, the legal opinion required by 15A.50;

  (6) a certified copy of every letter, report, financial statement, statement of adjustments, valuation, contract, agreement, resolution or other document any part of which is extracted or referred to in the listing document;

  (7) a certified copy of the written consent by an expert to the issue of the listing document with the inclusion therein, in the context in which it is included, of a statement purporting to be a copy of or extract from or summary of or reference to a report or valuation or other statement by such expert in the form and context in which they are included. Where a written consent by an expert relates to information included in a base listing document the written consent need only be provided to the Exchange when the base listing document is filed with the Exchange or, if applicable, updated.

1A.    **Debt Securities and Structured Products**

    (1)    In the case of a new listing of debt securities on or after 1st July, 2002 whether by a new applicant or otherwise, where the term of such debt securities until maturity is:—

        (a)    less than 2 years the listing fee payable in one lump sum upon the application of the listing of such debt securities shall be:

            (1)    HK$10,000 for up to HK$100 million of debt securities issued;

            (2)    HK$12,500 for more than HK$100 million but equal to or less than HK$500 million of debt securities issued;

            (3)    HK$24,000 for more than HK$500 million of debt securities issued;

        (b)    more than or equal to 2 years but less than or equal to 5 years, the listing fee payable in one single lump sum upon the application of the listing of such debt securities shall be:

            (1)    HK$20,000 for up to HK$100 million of debt securities issued;

            (2)    HK$25,000 for more than HK$100 million but equal to or less than HK$500 million of debt securities issued;

            (3)    HK$39,000 for more than HK$500 million of debt securities issued;

        (c)    more than 5 years but equal to or less than 10 years, the listing fee payable in one single lump sum upon the application of the listing of such debt securities shall be:

            (1)    HK$25,000 for up to HK$100 million of debt securities issued;

            (2)    HK$30,000 for more than HK$100 million but equal to or less than HK$500 million of debt securities issued;

            (3)    HK$55,000 for more than HK$500 million of debt securities issued;

(d)    more than 10 years, the listing fee payable in one single lump sum upon the application of the listing of such securities shall be:

(1)    HK$25,000 plus an additional HK$5,000 per each year or part year that the term of the debt securities exceeds ten years for up to HK$100 million of debt securities issued, provided that the listing fee shall not exceed HK$60,000;

(2)    HK$30,000 plus an additional HK$5,000 per each year or part year that the term of the debt securities exceeds ten years for more than HK$100 million but equal to or less than HK$500 million of debt securities issued, provided that the listing fee shall not exceed HK$70,000;

(3)    HK$55,000 plus an additional HK$5,000 per each year or part year that the term of the debt securities exceeds ten years for more than HK$500 million of debt securities issued, provided that the listing fee shall not exceed HK$90,000;

Provided that for securities listed before 1st July, 2002 which had a term to maturity at the time of listing of more than ten years, a listing fee of HK$6,000 shall be payable annually from the expiry of the first ten years of the listing.

(2)    (a)    In the case of an application in respect of a new listing, a continuance or an increase in size of a debt issuance programme, the listing fee payable upon the application of such listing, continuance or increase in size of such debt issuance programme shall be HK$15,000.

(b)    In the case of a listing of new issue of debt securities to be issued under a debt issuance programme pursuant to 1A(2)(a) above, the listing fees payable in one single lump sum upon the application of the listing of such debt securities (issued under a debt issuance programme) shall be 70% of the listing fees payable under 1A(1)(a), 1A(1)(b), 1A(1)(c), or 1A(1)(d) as the case may be, rounded upwards to the nearest HK$1,000.

(3)    In the case of all those debt securities which were listed before 1st January 1997, whether by a new applicant or otherwise, the annual listing fees payable for the same shall continue to be payable in accordance with 2(1)(b) and/or 2(1)(e) (as the case may be).

(4)    (a)    The listing fee for an issue of structured products is normally payable in one single lump sum upon the application of the listing of such structured product. The Exchange and/or HKEC may operate discount or rebate schemes for fees in respect of structured products or types of structured product. In such cases the Exchange may permit the fee to be paid net of such discounts or rebate.

(b)    In the case of an issue of structured products, except equity linked instruments and callable bull/bear contracts, the listing fees payable in one single lump sum upon the application of the listing of such structured product shall be HK$60,000 (the "Basic Fee") for the first issue launched in any calendar year by an issuer over a particular security, index, currency or other asset and HK$40,000 (the "Reduced Fee") for any subsequent issues launched in that same calendar year by that issuer over the same underlying security, index, currency or other asset. The fee for baskets shall be HK$60,000 for each issue and each subsequent issue.

(c)    In the case of an issue of equity linked instruments the listing fee, payable in one lump sum upon the application of the listing of such equity linked instrument, shall be:

(i)    HK$5,000 if the market capitalisation is equal to HK$10 million;

(ii)    HK$10,000 if the market capitalisation is greater than HK$10 million and up to or equal to HK$50 million; and

(iii)    HK$15,000 if the market capitalisation is greater than HK$50 million.