Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Securities Inc. | Mitsubishi UFJ Securities Co., Ltd (acting on its own behalf and on behalf of Nihon Douro Koun, Inc.) |

Name and Address where notices to transferee should be sent:

Deutsche Securities Inc.
Sanno Park Tower 2-11-1 Nagatacho
Chiyoda-ku, Tokyo
100-6171
Japan
Attn: Akihiro Amada
Email: Akihiro.Amada@DB.com

Court Claim # (if known): 44912
Amount of Claim (transferred):

(i) JPY 100,000,000.00 of ISIN XS0281385046 (plus all interest, costs and fees relating to this claim) (filed amount in USD: USD 946,489.61)

(ii) JPY 100,000,000.00 of ISIN XS0285052998 (plus all interest, costs and fees relating to this claim) (filed amount in USD: USD 946,418.63)

Date Claim Filed: October 19 2009

Tel: N/A

Last Four Digits of Acct. #: N/A    Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +81 (3) 5156 5313
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Akihiro Amada    Date: Nov. 30, 2012
    Akihiro Amada
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*PARTIAL Transfer of LBHI Claims #44912*
*PROGRAM SECURITY*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Mitsubishi UFJ Morgan Stanley Securities Co., Ltd** ("Seller"), acting on its own behalf and on behalf of **Nihon Douro Koun, Inc.** ("Client"), hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Securities Inc.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller and Client's right, title and interest in and to Proof of Claim Number 44912 filed by or on behalf of **Seller** (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and Client relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller and Client's right, title and interest in, to and under the transfer agreements, if any, under which Seller, Client or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; and (f) neither Seller, Client nor any of their predecessors-in-title has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than five (5) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 25 day of October 2012.

MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD

By: *[signature]*
Name: Hiroyuki Tanaka
Title: Senior Executive Officer
[pls confirm] Head of Business Strategy planning Unit

DEUTSCHE SECURITIES INC.

By: *[signature]* Amada
Name: AKIHIRO AMADA
Title: Director

Sanno Park Tower 2-11-1
Nagatacho, Chiyoda-ku
Tokyo 100-6171

(Former Address)
Marunouchi Building 2-4
Marunouchi, Chiyoda-ku
Tokyo 1006317
JAPAN

(Current Address)
Mejirodai Building, 3-29-20
Mejirodai, Bunkyo-ku,
Tokyo 112-8688
JAPAN

Schedule 1

## Transferred Claims

**Purchased Portion**

- 100% (including all interest, costs and fees relating thereto) of the claim that is referenced in line item number 137 of the Proof of Claim (as highlighted in the copy of the Proof of Claim attached at Schedule 2) and relating to the first Purchased Security described below.
- 100% (including all interest, costs and fees relating thereto) of the claim that is referenced in line item number 138 of the Proof of Claim (as highlighted in the copy of the Proof of Claim attached at Schedule 2) and relating to the second Purchased Security described below.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| MTN5802 | XS0281385046 | Lehman Brothers Treasury Co. BV. | Lehman Brothers Holdings Inc. | JPY 100,000,000.00 (filed amount in USD: USD 946,489.61) | 1/19/2010 |
| MTN6064 | XS0285052998 | Lehman Brothers Treasury Co. BV. | Lehman Brothers Holdings Inc. | JPY 100,000,000.00 (filed amount in USD: USD 946,418.63) | 2/16/2010 |

Schedule 1-1

Schedule 2

Copy of Proof of Claim 44912

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000044912 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor:    Mitsubishi UFJ Securities Co., Ltd.
    Marunouchi Building, 2-4-1, Marunouchi, Chiyoda-ku, Tokyo 100-6317, Japan
Name and address where notices should be sent:
TO: Mitsubishi UFJ Securities Co., Ltd. Legal Division
    Marunouchi Building, 2-4-1, Marunouchi,
    Chiyoda-ku, Tokyo, 100-6317, Japan
    Telephone number:(813) 6213-6352
    Email Address1:ooji-hisako@sc.mufg.jp
    Email Address2:nishida-shinobu@sc.mufg.jp

TO: Morrison & Foerster LLP.
    1290 Avenue of the Americas
    New York, New York 10104-0050
    Telephone number: (212)468-8000
    EmailAddress:lmarinuzzi@mofo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:  $ 99,302,928.91  (Required) (Details in the Schedule attached hereto.)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _(Details in the Schedule attached hereto.)_    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_(Details in the Schedule attached hereto.)_    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

    Euroclear Account Number : 92126    (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

2009 OCT 19 P 2:12
U.S. BANKRUPTCY COURT
S.D.N.Y. FILED

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  Hiroyuki _____ Executive Officer of Mitsubishi UFJ Securities Co., Ltd. |
|---|---|
| Oct. 15, 2009 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

Schedule
Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al*., Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6011180 | 92126 |
| XS0305154717 | USD 189,312.65 | USD 44.17 | 6011181 | 92126 |
| XS0266901700 | USD 473,290.81 | USD 119.61 | 6011182 | 92126 |
| XS0306849158 | USD 946,366.05 | USD 23.66 | 6011183 | 92126 |
| XS0285617683 | USD 284,402.74 | USD 17.38 | 6011184 | 92126 |
| XS0246862998 | USD 289,649.96 | USD 69.18 | 6011185 | 92126 |
| XS0292220455 | USD 227,435.32 | USD 27.61 | 6011186 | 92126 |
| XS0303866981 | USD 946,578.98 | USD 236.59 | 6011187 | 92126 |
| XS0304836264 | USD 473,284.24 | USD 113.04 | 6012233 | 92126 |
| XS0304909327 | USD 473,284.24 | USD 113.04 | 6012234 | 92126 |
| XS0304909830 | USD 473,284.24 | USD 113.04 | 6012235 | 92126 |
| XS0304910416 | USD 475,657.98 | USD 2,486.78 | 6012236 | 92126 |
| XS0304910929 | USD 473,284.24 | USD 113.04 | 6012237 | 92126 |
| XS0304911570 | USD 477,579.58 | USD 4,408.38 | 6012238 | 92126 |
| XS0304471666 | USD 473,859.02 | USD 110.55 | 6012239 | 92126 |
| XS0248302845 | USD 300,575.00 | USD 575.00 | 6012240 | 92126 |
| XS0267045705 | USD 101,643.66 | USD 25.41 | 6012241 | 92126 |
| XS0286031850 | USD 285,454.04 | USD 18.24 | 6012242 | 92126 |
| XS0308527612 | USD 484,843.10 | USD 43.10 | 6012243 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6012244 | 92126 |
| XS0268244356 | USD 94,726.25 | USD 92.01 | 6012245 | 92126 |
| XS0268244356 | USD 568,357.47 | USD 552.03 | 6012246 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6012247 | 92126 |
| XS0243988978 | USD 102,118.29 | USD 7.94 | 6012248 | 92126 |
| XS0291463734 | USD 189,311.60 | USD 43.12 | 6012249 | 92126 |
| XS0290555480 | USD 283,973.70 | USD 70.98 | 6012250 | 92126 |
| XS0305154717 | USD 189,312.65 | USD 44.17 | 6012251 | 92126 |
| XS0285051750 | USD 189,283.73 | USD 15.25 | 6012252 | 92126 |
| XS0242973906 | USD 191,687.64 | USD 15.45 | 6012253 | 92126 |
| XS0295859622 | USD 946,468.57 | USD 126.18 | 6013430 | 92126 |
| XS0295860125 | USD 946,468.57 | USD 126.18 | 6013431 | 92126 |
| XS0299886092 | USD 3,000,950.00 | USD 950.00 | 6013432 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6013433 | 92126 |
| XS0243990446 | USD 952,586.22 | USD 92.60 | 6013434 | 92126 |
| XS0290111177 | USD 283,968.18 | USD 65.46 | 6013435 | 92126 |
| XS0266686897 | USD 567,948.98 | USD 143.54 | 6013436 | 92126 |
| XS0302371702 | USD 567,818.06 | USD 12.62 | 6013437 | 92126 |
| XS0302371702 | USD 567,818.06 | USD 12.62 | 6013438 | 92126 |
| XS0295276017 | USD 473,243.50 | USD 72.30 | 6013439 | 92126 |
| XS0295276017 | USD 94,648.71 | USD 14.47 | 6013440 | 92126 |

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al*., Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0291656022 | USD 94,655.27 | USD 21.03 | 6013441 | 92126 |
| XS0295276017 | USD 94,648.71 | USD 14.47 | 6013442 | 92126 |
| XS0276842894 | USD 946,581.61 | USD 239.22 | 6013443 | 92126 |
| XS0284513347 | USD 283,926.38 | USD 23.66 | 6013444 | 92126 |
| XS0243988978 | USD 714,828.01 | USD 55.60 | 6013445 | 92126 |
| XS0295861289 | USD 473,234.30 | USD 63.10 | 6013446 | 92126 |
| XS0290556454 | USD 160,515.02 | USD 65.46 | 6013447 | 92126 |
| XS0291657004 | USD 226,577.05 | USD 138.01 | 6013448 | 92126 |
| XS0242973906 | USD 191,687.64 | USD 15.45 | 6013449 | 92126 |
| XS0305155011 | USD 946,563.21 | USD 220.82 | 6013450 | 92126 |
| XS0290556454 | USD 107,010.01 | USD 43.64 | 6014571 | 92126 |
| XS0286031850 | USD 285,454.04 | USD 18.24 | 6014572 | 92126 |
| XS0286031850 | USD 285,454.04 | USD 18.24 | 6014573 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6014574 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6014575 | 92126 |
| XS0266901700 | USD 283,974.49 | USD 71.77 | 6014576 | 92126 |
| XS0266901700 | USD 283,974.49 | USD 71.77 | 6014577 | 92126 |
| XS0246674138 | USD 192,457.92 | USD 47.58 | 6014578 | 92126 |
| XS0290716595 | USD 484,211.87 | USD 11,040.67 | 6014579 | 92126 |
| XS0290770378 | USD 334,432.71 | USD 33.16 | 6014580 | 92126 |
| XS0253612534 | USD 948,334.59 | USD 71.12 | 6014581 | 92126 |
| XS0247650087 | USD 95,698.08 | USD 22.86 | 6014582 | 92126 |
| XS0247650087 | USD 287,094.23 | USD 68.58 | 6014583 | 92126 |
| XS0291463221 | USD 634,639.17 | USD 76.24 | 6014584 | 92126 |
| XS0246862998 | USD 289,649.96 | USD 69.18 | 6014585 | 92126 |
| XS0291463734 | USD 94,655.80 | USD 21.56 | 6014586 | 92126 |
| XS0284513347 | USD 94,642.13 | USD 7.89 | 6014587 | 92126 |
| XS0291656022 | USD 94,655.27 | USD 21.03 | 6014588 | 92126 |
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6014589 | 92126 |
| XS0286031850 | USD 190,302.70 | USD 12.17 | 6015560 | 92126 |
| XS0305154717 | USD 189,312.65 | USD 44.17 | 6015561 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6015562 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6015563 | 92126 |
| XS0284513933 | USD 473,210.64 | USD 39.44 | 6015564 | 92126 |
| XS0305154717 | USD 189,312.65 | USD 44.17 | 6015565 | 92126 |
| XS0295860554 | USD 946,471.20 | USD 128.81 | 6015566 | 92126 |
| XS0243988978 | USD 102,118.29 | USD 7.94 | 6015567 | 92126 |
| XS0291656022 | USD 94,655.27 | USD 21.03 | 6015568 | 92126 |
| XS0243988978 | USD 102,118.29 | USD 7.94 | 6015569 | 92126 |
| XS0246674138 | USD 192,457.92 | USD 47.58 | 6015570 | 92126 |
| XS0286634125 | USD 473,201.43 | USD 30.23 | 6015571 | 92126 |

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al.*, Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0285051750 | USD 946,418.63 | USD 76.24 | 6015572 | 92126 |
| XS0257595834 | USD 96,830.20 | USD 19.37 | 6015573 | 92126 |
| XS0291656022 | USD 94,655.27 | USD 21.03 | 6015574 | 92126 |
| XS0293965660 | USD 473,244.81 | USD 73.61 | 6015575 | 92126 |
| XS0247650087 | USD 191,396.15 | USD 45.71 | 6015576 | 92126 |
| XS0247650087 | USD 95,698.08 | USD 22.86 | 6015577 | 92126 |
| XS0253214646 | USD 975,184.34 | USD 73.14 | 6015578 | 92126 |
| XS0314857466 | USD 946,786.68 | USD 65.75 | 6015579 | 92126 |
| XS0246862998 | USD 96,550.00 | USD 23.07 | 6015580 | 92126 |
| XS0284726683 | USD 94,643.97 | USD 9.73 | 6015581 | 92126 |
| XS0267045705 | USD 508,218.26 | USD 127.03 | 6016531 | 92126 |
| XS0301565957 | USD 576,278.55 | USD 12.81 | 6016532 | 92126 |
| XS0256313239 | USD 948,500.54 | USD 237.07 | 6016533 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6016534 | 92126 |
| XS0294649529 | USD 189,297.41 | USD 28.93 | 6016535 | 92126 |
| XS0249034603 | USD 946,523.78 | USD 181.39 | 6016536 | 92126 |
| XS0291656022 | USD 189,310.54 | USD 42.06 | 6016537 | 92126 |
| XS0285617683 | USD 474,004.56 | USD 28.97 | 6016538 | 92126 |
| XS0291660644 | USD 949,608.04 | USD 237.35 | 6016539 | 92126 |
| XS0290555480 | USD 283,973.70 | USD 70.98 | 6016540 | 92126 |
| XS0284513347 | USD 283,926.38 | USD 23.66 | 6016541 | 92126 |
| XS0290555480 | USD 283,973.70 | USD 70.98 | 6016542 | 92126 |
| XS0290556454 | USD 107,010.01 | USD 43.64 | 6016543 | 92126 |
| XS0268244356 | USD 284,178.74 | USD 276.02 | 6016544 | 92126 |
| XS0290976157 | USD 179,653.08 | USD 27.83 | 6021243 | 92126 |
| XS0294649529 | USD 473,243.50 | USD 72.30 | 6021244 | 92126 |
| XS0266698801 | USD 946,581.61 | USD 239.22 | 6021245 | 92126 |
| XS0244568035 | USD 946,397.60 | USD 55.21 | 6021246 | 92126 |
| XS0284513347 | USD 94,642.13 | USD 7.89 | 6021247 | 92126 |
| XS0275905270 | USD 946,447.54 | USD 105.15 | 6021248 | 92126 |
| XS0282574655 | USD 473,236.92 | USD 65.72 | 6021249 | 92126 |
| XS0247650087 | USD 191,396.15 | USD 45.71 | 6021250 | 92126 |
| XS0246674138 | USD 288,686.87 | USD 71.36 | 6021251 | 92126 |
| XS0302511216 | USD 283,909.04 | USD 6.32 | 6021252 | 92126 |
| XS0246674138 | USD 288,686.87 | USD 71.36 | 6021253 | 92126 |
| XS0246674138 | USD 192,457.92 | USD 47.58 | 6021254 | 92126 |
| XS0302511216 | USD 283,909.04 | USD 6.32 | 6021255 | 92126 |
| XS0246674138 | USD 192,457.92 | USD 47.58 | 6021256 | 92126 |
| XS0247650087 | USD 287,094.23 | USD 68.58 | 6021257 | 92126 |
| XS0311755697 | USD 482,092.27 | USD 25.45 | 6021258 | 92126 |
| XS0285051750 | USD 283,925.60 | USD 22.88 | 6021259 | 92126 |

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al*., Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0305154717 | USD 94,656.32 | USD 22.08 | 6021260 | 92126 |
| XS0303176456 | USD 473,175.15 | USD 3.95 | 6021261 | 92126 |
| XS0290716595 | USD 968,423.71 | USD 22,081.32 | 6022486 | 92126 |
| XS0255671967 | USD 946,368.68 | USD 26.29 | 6022487 | 92126 |
| XS0247757049 | USD 946,550.06 | USD 207.67 | 6022488 | 92126 |
| XS0247650087 | USD 191,396.15 | USD 45.71 | 6022489 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6022490 | 92126 |
| XS0290976157 | USD 179,653.08 | USD 27.83 | 6022491 | 92126 |
| XS0280723502 | USD 946,508.00 | USD 165.61 | 6022492 | 92126 |
| XS0280903583 | USD 946,508.00 | USD 165.61 | 6022493 | 92126 |
| XS0281421965 | USD 946,473.83 | USD 131.44 | 6022494 | 92126 |
| XS0285201660 | USD 946,418.63 | USD 76.24 | 6022495 | 92126 |
| XS0288589228 | USD 946,360.79 | USD 18.40 | 6022496 | 92126 |
| XS0289746470 | USD 946,576.35 | USD 233.96 | 6022497 | 92126 |
| XS0281385046 | USD 946,489.61 | USD 147.22 | 6022498 | 92126 |
| XS0285052998 | USD 946,418.63 | USD 76.24 | 6022499 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6022500 | 92126 |
| XS0290111177 | USD 283,968.18 | USD 65.46 | 6022501 | 92126 |
| XS0290111177 | USD 283,968.18 | USD 65.46 | 6022502 | 92126 |
| XS0290563740 | USD 473,399.91 | USD 228.71 | 6022503 | 92126 |
| XS0247650087 | USD 95,698.08 | USD 22.86 | 6022504 | 92126 |
| XS0243988978 | USD 306,354.87 | USD 23.83 | 6022505 | 92126 |
| XS0291656022 | USD 283,965.82 | USD 63.10 | 6022506 | 92126 |
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6022507 | 92126 |
| XS0242973906 | USD 287,531.45 | USD 23.16 | 6022508 | 92126 |
| XS0305154717 | USD 94,656.32 | USD 22.08 | 6022509 | 92126 |
| XS0305154717 | USD 94,656.32 | USD 22.08 | 6022510 | 92126 |
| XS0268238622 | USD 946,526.40 | USD 184.01 | 6023815 | 92126 |
| XS0268238622 | USD 946,526.40 | USD 184.01 | 6023816 | 92126 |
| XS0238861115 | USD 302,698.32 | USD 58.02 | 6023817 | 92126 |
| XS0253214646 | USD 195,036.88 | USD 14.64 | 6023818 | 92126 |
| XS0266901700 | USD 189,316.33 | USD 47.85 | 6023819 | 92126 |
| XS0290111417 | USD 473,289.50 | USD 118.30 | 6023820 | 92126 |
| XS0292217311 | USD 946,523.78 | USD 181.39 | 6023821 | 92126 |
| XS0287541089 | USD 500,009.72 | USD 9.72 | 6023822 | 92126 |
| XS0285799770 | USD 567,841.72 | USD 36.28 | 6023823 | 92126 |
| XS0291905858 | USD 232,194.08 | USD 27.61 | 6023824 | 92126 |
| XS0243988978 | USD 102,118.29 | USD 7.94 | 6023825 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6023826 | 92126 |
| XS0295003981 | USD 950,758.66 | USD 4,416.27 | 6023827 | 92126 |
| XS0285617683 | USD 94,800.92 | USD 5.80 | 6023828 | 92126 |

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al*., Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6023829 | 92126 |
| XS0290556454 | USD 160,515.02 | USD 65.46 | 6023830 | 92126 |
| XS0290556454 | USD 160,515.02 | USD 65.46 | 6023831 | 92126 |
| XS0290556454 | USD 160,515.02 | USD 65.46 | 6023832 | 92126 |
| XS0290556454 | USD 160,515.02 | USD 65.46 | 6023833 | 92126 |
| XS0266901700 | USD 189,316.33 | USD 47.85 | 6023834 | 92126 |
| XS0247650087 | USD 191,396.15 | USD 45.71 | 6023835 | 92126 |
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6023836 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6023837 | 92126 |
| XS0289748252 | USD 473,289.50 | USD 118.30 | 6023838 | 92126 |
| XS0248302845 | USD 500,958.33 | USD 958.33 | 6023839 | 92126 |
| XS0257595834 | USD 484,150.96 | USD 96.82 | 6023840 | 92126 |
| XS0309822319 | USD 500,068.06 | USD 68.06 | 6023841 | 92126 |
| XS0284726683 | USD 473,219.84 | USD 48.64 | 6023842 | 92126 |
| XS0285385026 | USD 473,209.32 | USD 38.12 | 6023843 | 92126 |
| XS0257595834 | USD 484,150.96 | USD 96.82 | 6023844 | 92126 |
| XS0268238622 | USD 473,263.21 | USD 92.01 | 6025155 | 92126 |
| XS0272576827 | USD 473,218.52 | USD 47.32 | 6025156 | 92126 |
| XS0247650087 | USD 191,396.15 | USD 45.71 | 6025157 | 92126 |
| XS0267045705 | USD 304,930.96 | USD 76.22 | 6025158 | 92126 |
| XS0246862998 | USD 386,199.94 | USD 92.24 | 6025159 | 92126 |
| XS0270233397 | USD 946,726.19 | USD 383.80 | 6025160 | 92126 |
| XS0294646426 | USD 473,208.01 | USD 36.81 | 6025162 | 92126 |
| XS0285617683 | USD 94,800.92 | USD 5.80 | 6025163 | 92126 |
| XS0285617683 | USD 94,800.92 | USD 5.80 | 6025164 | 92126 |
| XS0246862998 | USD 96,550.00 | USD 23.07 | 6025165 | 92126 |
| XS0257595834 | USD 96,830.20 | USD 19.37 | 6025166 | 92126 |
| XS0291463734 | USD 94,655.80 | USD 21.56 | 6025167 | 92126 |
| XS0305154717 | USD 94,656.32 | USD 22.08 | 6025168 | 92126 |
| XS0290556454 | USD 53,505.02 | USD 21.83 | 6025169 | 92126 |
| XS0305338799 | USD 1,003,584.73 | USD 3,584.73 | 6026333 | 92126 |
| XS0266912905 | USD 946,786.65 | USD 444.26 | 6026334 | 92126 |
| XS0285799002 | USD 283,926.38 | USD 23.66 | 6026336 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6026337 | 92126 |
| XS0285799002 | USD 283,926.38 | USD 23.66 | 6026338 | 92126 |
| XS0305154717 | USD 283,968.97 | USD 66.25 | 6026339 | 92126 |
| XS0245637748 | USD 1,894,609.04 | USD 31.58 | 6026340 | 92126 |
| XS0291463734 | USD 378,623.19 | USD 86.23 | 6026341 | 92126 |
| XS0242973906 | USD 191,687.64 | USD 15.45 | 6026342 | 92126 |
| XS0242973906 | USD 287,531.45 | USD 23.16 | 6026343 | 92126 |
| XS0248302845 | USD 500,958.33 | USD 958.33 | 6026344 | 92126 |

Case Name: In re LEHMAN BROTHERS HOLDINGS INC., *et al*., Debtors.
Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered)

| ISIN | CLAIM AMOUNT | INTEREST INCLUDED IN THE CLAIM AMOUNT | EUROCLEAR BANK ELECTRONIC REFERENCE NUMBER | EUROCLEAR BANK ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0284726683 | USD 189,287.94 | USD 19.46 | 6026345 | 92126 |
| XS0246674138 | USD 96,228.96 | USD 23.79 | 6029291 | 92126 |
| XS0267045705 | USD 101,643.66 | USD 25.41 | 6029292 | 92126 |
| XS0286031850 | USD 285,454.04 | USD 18.24 | 6029293 | 92126 |
| XS0238861115 | USD 201,798.87 | USD 38.67 | 6029294 | 92126 |
| XS0246862998 | USD 289,649.96 | USD 69.18 | 6029295 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6029296 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6029297 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6029298 | 92126 |
| XS0246862998 | USD 193,099.97 | USD 46.12 | 6029299 | 92126 |
| XS0290717486 | USD 1,940,527.65 | USD 47,842.87 | 6029300 | 92126 |
| XS0294645535 | USD 473,208.01 | USD 36.81 | 6029301 | 92126 |
| XS0285459243 | USD 473,218.52 | USD 47.32 | 6029302 | 92126 |
| XS0294898662 | USD 951,222.05 | USD 147.95 | 6029303 | 92126 |
| XS0290556454 | USD 53,505.02 | USD 21.83 | 6029304 | 92126 |
| XS0294649529 | USD 283,946.10 | USD 43.38 | 6029305 | 92126 |
| XS0247651721 | USD 948,497.95 | USD 2,155.56 | 6029306 | 92126 |
| XS0290111177 | USD 946,560.58 | USD 218.19 | 6029307 | 92126 |
| XS0269866306 | USD 4,732,447.99 | USD 736.05 | 6029308 | 92126 |
| XS0291464385 | USD 946,557.95 | USD 215.56 | 6033149 | 92126 |

Total Claim Amount   USD 99,302,928.91

Claimant: Mitsubishi UFJ Securities Co., Ltd.

By: _____
Hiroyuki Tanaka
Title: Executive Officer

Date: Oct. 15, 2009

**Legends (grounds and explanation for calculation methods/formula):**

The "CLAIM AMOUNT" in the table above has been determined by using the foreign exchange rate (Noon Buying Rates) as of 2008/9/15 which appears in the Federal Reserve Bank of New York web page.

The "CLAIM AMOUNT" in the table above has been calculated by adding The Principal Amount and the accrued interest in the "INTEREST INCLUDED IN THE CLAIM AMOUNT" column of the table above.

Whereas:

1. If the redemption was to be made by delivery of the shares, the Principal Amount has been calculated by using the closing share price as of 2008/9/12 (since 2008/9/15 was a national holiday in Japan, preceding business day was 2008/9/12).

2. The accrued interest in the "INTEREST INCLUDED IN THE CLAIM AMOUNT" has been calculated by the following formula:
The Principal Amount × The Rate of Interest × number of days from previous actual interest payment date to 2008/9/15.

   (a) As for equity or index linked notes for which the Rate of Interest has not been determined as of 2008/9/15 (Chapter 11 petition date), the Rate of Interest has been determined by using the closing share price or closing index price as of 2008/9/12 (since 2008/9/15 was a national holiday in Japan, preceding business day was 2008/9/12).

   (b) As for FX linked notes for which the Rate of Interest has not been determined as of 2008/9/15 (Chapter 11 petition date), the Rate of Interest has been determined by using the foreign exchange rate (Noon Buying Rates) as of 2008/9/15 which appears in the Federal Reserve Bank of New York web page.