B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

The Royal Bank of Scotland plc                    Stone Lion Portfolio L.P.
         Name of Transferee                           Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 25621
should be sent:                                    Amount of Claim: $3,663,900.00
                                                   Date Claim Filed: September 21, 2009
The Royal Bank of Scotland plc                     Debtor: Lehman Brothers Commodity Services Inc.
600 Washington Boulevard
Stamford, CT 06901
Attn: Matthew Rosencrans
loanops@rbs.com


Phone: (203) 897-2644                              Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

THE ROYAL BANK OF SCOTLAND PLC
BY: RBS SECURITIES INC., ITS AGENT

By: _____        Date: 12/10/12
        Name of Transferee/Transferee's Agent

**Suzanne Glossoti**
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court –Southern District of New York District
              Attn:   Clerk

AND TO:   **LEHMAN BROTHERS COMMODITY SERVICES INC.**  ("Debtor")
              Case No. 08-13885

Claim # 25621

**STONE LION PORTFOLIO L.P.** and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> **THE ROYAL BANK OF SCOTLAND PLC**
> Address 600 Washington Boulevard, Stamford, CT 06901
> Attn:   Matthew Rosencrans

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation in the amount of $3,663,900.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December ⁄7, 2012

STONE LION PORTFOLIO L.P.        THE ROYAL BANK OF SCOTLAND PLC

By: Stone Lion Capital Partners L.P.,    By:  RBS Securities Inc., its agent
Investment Manager

By: _____          By: _____
Name:         Claudia Borg          Name:    Name: Mason Chau
Title:        General Counsel      Title:    Title: Vice President

Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P., Investment Manager
By: SL Capital Partners LLC. Its: General Partner
By: Stone Lion Capital LLC, Managing Member