UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
                                                               :
------------------------------------------------------------------x   Ref Docket Nos. 32471 & 32472

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2012, I caused to be served the:

   a) "Notice of Adjournment of One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) Solely as to Certain Claims," dated November 30, 2012 [Docket No. 32471], (the "NOA 138th Omni"), and

   b) "Notice of Adjournment *Sine Die* of Three Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) Solely as to Certain Claim," dated November 30, 2012 [Docket No. 32472], (the "NOA 361st Omni"),

   by causing true and correct copies of the:

   i.   NOA 138th Omni and NOA 361st Omni, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  NOA 138th Omni and NOA 361st Omni, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

   iii. NOA 138th Omni, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit C, and

   iv.  NOA 361st Omni, to be enclosed securely in a separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D.

T:\Clients\LBH\Affidavits\NOA 138th Omni & NOA 361st Omni_DI_32471 & 32472_AFF_11-30-12.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
3rd day of December, 2012
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

08-13555-mg    Doc 32695    Filed 12/10/12    Entered 12/10/12 15:26:30    Main Document
Pg 3 of 17

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| aaaronson@dilworthlaw.com | keckhardt@hunton.com |
| aalfonso@willkie.com | keith.simon@lw.com |
| abeaumont@fklaw.com | ken.coleman@allenovery.com |
| abraunstein@riemerlaw.com | ken.higman@hp.com |
| acaton@kramerlevin.com | kerry.moynihan@hro.com |
| acker@chapman.com | kgwynne@reedsmith.com |
| adam.brezine@hro.com | kiplok@hugheshubbard.com |
| adarwin@nixonpeabody.com | kjarashow@fklaw.com |
| adiamond@diamondmccarthy.com | kkelly@ebglaw.com |
| aeckstein@blankrome.com | kkolbig@mosessinger.com |
| aentwistle@entwistle-law.com | klyman@irell.com |
| afriedman@irell.com | klynch@formanlaw.com |
| agbanknewyork@ag.tn.gov | kmayer@mccarter.com |
| aglenn@kasowitz.com | kobak@hugheshubbard.com |
| agold@herrick.com | korr@orrick.com |
| agoldstein@tnsj-law.com | kovskyd@pepperlaw.com |
| ahandler@moundcotton.com | kpiper@steptoe.com |
| aisenberg@saul.com | kressk@pepperlaw.com |
| akantesaria@oppenheimerfunds.com | kreynolds@mklawnyc.com |
| akolod@mosessinger.com | krosen@lowenstein.com |
| alum@ftportfolios.com | kuehn@bragarwexler.com |
| amarder@msek.com | kurt.mayr@bgllp.com |
| amartin@sheppardmullin.com | lacyr@sullcrom.com |
| amcmullen@boultcummings.com | landon@streusandlandon.com |
| amenard@tishmanspeyer.com | lapeterson@foley.com |
| andrew.brozman@cliffordchance.com | lathompson@co.sanmateo.ca.us |
| andrew.lourie@kobrekim.com | lberkoff@moritthock.com |
| angelich.george@arentfox.com | lee.stremba@troutmansanders.com |
| ann.reynaud@shell.com | lgotko@fklaw.com |
| anthony_boccanfuso@aporter.com | lgranfield@cgsh.com |
| aoberry@bermanesq.com | lhandelsman@stroock.com |
| aostrow@beckerglynn.com | linda.boyle@twtelecom.com |
| apo@stevenslee.com | lisa.ewart@wilmerhale.com |
| aquale@sidley.com | lisa.kraidin@allenovery.com |
| arahl@reedsmith.com | ljkotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lkiss@klestadt.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |
| arthur.rosenberg@hklaw.com | lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| aunger@sidley.com | lromansic@steptoe.com |
| austin.bankruptcy@publicans.com | lscarcella@farrellfritz.com |
| avenes@whitecase.com | lschweitzer@cgsh.com |
| azylberberg@whitecase.com | lubell@hugheshubbard.com |
| bankr@zuckerman.com | lwhidden@salans.com |
| bankruptcy@goodwin.com | mabrams@willkie.com |
| bankruptcy@morrisoncohen.com | maofiling@cgsh.com |
| bankruptcy@ntexas-attorneys.com | marc.chait@sc.com |
| bankruptcymatters@us.nomura.com | margolin@hugheshubbard.com |
| barbra.parlin@hklaw.com | mark.bane@ropesgray.com |
| bbisignani@postschell.com | mark.deveno@bingham.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.hellerer@pillsburylaw.com |
| bkmail@prommis.com | mark.sherrill@sutherland.com |
| bmanne@tuckerlaw.com | marvin.clements@ag.tn.gov |
| bmiller@mofo.com | matt@willaw.com |
| boneill@kramerlevin.com | matthew.klepper@dlapiper.com |
| brian.corey@greentreecreditsolutions.com | maustin@orrick.com |
| brosenblum@jonesday.com | max.polonsky@skadden.com |
| broy@rltlawfirm.com | mbenner@tishmanspeyer.com |
| bruce.wright@sutherland.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mbienenstock@proskauer.com |
| bturk@tishmanspeyer.com | mbloemsma@mhjur.com |
| bwolfe@sheppardmullin.com | mbossi@thompsoncoburn.com |
| cahn@clm.com | mcademartori@sheppardmullin.com |
| calbert@reitlerlaw.com | mcantor@normandyhill.com |
| canelas@pursuitpartners.com | mccombst@sullcrom.com |
| carol.weinerlevy@bingham.com | mcordone@stradley.com |
| cbelisle@wfw.com | mcto@debevoise.com |
| cbelmonte@ssbb.com | mcyganowski@oshr.com |
| cbrotstein@bm.net | mdorval@stradley.com |
| cdesiderio@nixonpeabody.com | melorod@gtlaw.com |
| cgoldstein@stcwlaw.com | meltzere@pepperlaw.com |
| chammerman@paulweiss.com | metkin@lowenstein.com |
| charles@filardi-law.com | mfeldman@willkie.com |
| charles_malloy@aporter.com | mgordon@briggs.com |
| chipford@parkerpoe.com | mgreger@allenmatkins.com |
| chris.donoho@lovells.com | mh1@mccallaraymer.com |
| christopher.schueller@bipc.com | mhopkins@cov.com |
| clarkb@sullcrom.com | michael.frege@cms-hs.com |
| clynch@reedsmith.com | michael.kelly@monarchlp.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-mail List**

| | |
|---|---|
| cmontgomery@salans.com | michael.kim@kobrekim.com |
| cohen@sewkis.com | michael.mccrory@btlaw.com |
| colea@gtlaw.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |
| cpappas@dilworthlaw.com | mitchell.ayer@tklaw.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | mjr1@westchestergov.com |
| cs@stevenslee.com | mkjaer@winston.com |
| csalomon@beckerglynn.com | mlahaie@akingump.com |
| cschreiber@winston.com | mlandman@lcbf.com |
| cshore@whitecase.com | mlichtenstein@crowell.com |
| cshulman@sheppardmullin.com | mlynch2@travelers.com |
| ctatelbaum@adorno.com | mmendez@hunton.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | mschlesinger@julienandschlesinger.com |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarner@coleschotz.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | ncoco@mwe.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |
| dfelder@orrick.com | ned.schodek@shearman.com |
| dflanigan@polsinelli.com | neilberger@teamtogut.com |
| dgrimes@reedsmith.com | newyork@sec.gov |
| dhayes@mcguirewoods.com | nherman@morganlewis.com |
| dheffer@foley.com | nickolas.karavolas@pillsburylaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| diconzam@gtlaw.com | nissay_10259-0154@mhmjapan.com |
| djoseph@stradley.com | nlepore@schnader.com |
| dkleiner@velaw.com | notice@bkcylaw.com |
| dkozusko@willkie.com | oipress@travelers.com |
| dlemay@chadbourne.com | otccorpactions@finra.org |
| dlipke@vedderprice.com | paronzon@milbank.com |
| dludman@brownconnery.com | patrick.oh@freshfields.com |
| dmcguire@winston.com | paul.turner@sutherland.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| dravin@wolffsamson.com | peter.simmons@friedfrank.com |
| drose@pryorcashman.com | peter@bankrupt.com |
| drosenzweig@fulbright.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | philip.wells@ropesgray.com |
| dshaffer@wtplaw.com | pmaxcy@sonnenschein.com |
| dshemano@peitzmanweg.com | ppascuzzi@ffwplaw.com |
| dspelfogel@foley.com | ppatterson@stradley.com |
| dtatge@ebglaw.com | psp@njlawfirm.com |
| dtheising@harrisonmoberly.com | ptrain-gutierrez@kaplanlandau.com |
| dwdykhouse@pbwt.com | ptrostle@jenner.com |
| dwildes@stroock.com | r.stahl@stahlzelloe.com |
| dworkman@bakerlaw.com | raj.madan@bingham.com |
| easmith@venable.com | ramona.neal@hp.com |
| echang@steinlubin.com | rbeacher@pryorcashman.com |
| ecohen@russell.com | rbernard@foley.com |
| efleck@milbank.com | rbyman@jenner.com |
| efriedman@fklaw.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | relgidely@gjb-law.com |
| eglas@mccarter.com | rflanagan@flanassoc.com |
| ekbergc@lanepowell.com | rfleischer@pryorcashman.com |
| eleicht@whitecase.com | rfrankel@orrick.com |
| eli.mattioli@klgates.com | rfriedman@silvermanacampora.com |
| ellen.halstead@cwt.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| erin.mautner@bingham.com | richard.fingard@newedge.com |
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| etillinghast@sheppardmullin.com | richard.levy@lw.com |
| ezujkowski@emmetmarvin.com | richard.tisdale@friedfrank.com |
| ezweig@optonline.net | richard@rwmaplc.com |
| fbp@ppgms.com | ritkin@steptoe.com |
| ffm@bostonbusinesslaw.com | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| francois.janson@hklaw.com | rmatzat@hahnhessen.com |
| fsosnick@shearman.com | rnetzer@willkie.com |
| fyates@sonnenschein.com | robert.bailey@bnymellon.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.henoch@kobrekim.com |
| ggitomer@mkbattorneys.com | robert.malone@dbr.com |
| ggoodman@foley.com | robert.yalen@usdoj.gov |
| giddens@hugheshubbard.com | robin.keller@lovells.com |
| gkaden@goulstonstorrs.com | roger@rnagioff.com |
| glenn.siegel@dechert.com | ronald.silverman@bingham.com |
| gmoss@riemerlaw.com | ross.martin@ropesgray.com |
| gravert@ravertpllc.com | rqureshi@reedsmith.com |
| gspilsbury@jsslaw.com | rrainer@wmd-law.com |
| harrisjm@michigan.gov | rreid@sheppardmullin.com |
| harveystrickon@paulhastings.com | rroupinian@outtengolden.com |
| hbeltzer@mayerbrown.com | rrussell@andrewskurth.com |
| heim.steve@dorsey.com | rterenzi@stcwlaw.com |
| heiser@chapman.com | russj4478@aol.com |
| hollace.cohen@troutmansanders.com | rwasserman@cftc.gov |
| holsen@stroock.com | rwyron@orrick.com |
| howard.hawkins@cwt.com | s.minehan@aozorabank.co.jp |
| hseife@chadbourne.com | sabin.willett@bingham.com |
| hsnovikoff@wlrk.com | sabramowitz@velaw.com |
| hsteel@brownrudnick.com | sabvanrooy@hotmail.com |
| icatto@mwe.com | sally.henry@skadden.com |
| igoldstein@proskauer.com | samuel.cavior@pillsburylaw.com |
| ilevee@lowenstein.com | sandyscafaria@eaton.com |
| ira.greene@hoganlovells.com | sara.tapinekis@cliffordchance.com |
| israel.dahan@cwt.com | scargill@lowenstein.com |
| iva.uroic@dechert.com | schannej@pepperlaw.com |
| jacobsonn@sec.gov | schepis@pursuitpartners.com |
| james.heaney@lawdeb.com | schnabel.eric@dorsey.com |
| james.mcclammy@dpw.com | schristianson@buchalter.com |
| james.sprayregen@kirkland.com | schwartzmatthew@sullcrom.com |
| jamestecce@quinnemanuel.com | scott.golden@hoganlovells.com |
| jamie.nelson@dubaiic.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jar@outtengolden.com | scousins@armstrongteasdale.com |
| jason.jurgens@cwt.com | sdnyecf@dor.mo.gov |
| jay.hurst@oag.state.tx.us | seba.kurian@invesco.com |
| jay@kleinsolomon.com | sehlers@armstrongteasdale.com |
| jbecker@wilmingtontrust.com | seichel@crowell.com |
| jbeemer@entwistle-law.com | sfelderstein@ffwplaw.com |
| jbeiers@co.sanmateo.ca.us | sfineman@lchb.com |
| jbird@polsinelli.com | sfox@mcguirewoods.com |
| jbromley@cgsh.com | sgordon@cahill.com |
| jcarberry@cl-law.com | sgubner@ebg-law.com |
| jchristian@tobinlaw.com | shannon.nagle@friedfrank.com |
| jchubak@proskauer.com | sharbeck@sipc.org |
| jdoran@haslaw.com | shari.leventhal@ny.frb.org |
| jdrucker@coleschotz.com | shgross5@yahoo.com |
| jdwarner@warnerandscheuerman.com | sidorsky@butzel.com |
| jdyas@halperinlaw.net | slerman@ebglaw.com |
| jean-david.barnea@usdoj.gov | slerner@ssd.com |
| jeanites@whiteandwilliams.com | slevine@brownrudnick.com |
| jeannette.boot@wilmerhale.com | sloden@diamondmccarthy.com |
| jeff.wittig@coair.com | smayerson@ssd.com |
| jeffery.black@bingham.com | smillman@stroock.com |
| jeffrey.sabin@bingham.com | smulligan@bsblawyers.com |
| jeldredge@velaw.com | snewman@katskykorins.com |
| jen.premisler@cliffordchance.com | sory@fdlaw.com |
| jennifer.demarco@cliffordchance.com | spiotto@chapman.com |
| jennifer.gore@shell.com | splatzer@platzerlaw.com |
| jeremy.eiden@ag.state.mn.us | sree@lcbf.com |
| jfalgowski@reedsmith.com | sschultz@akingump.com |
| jflaxer@golenbock.com | sselbst@herrick.com |
| jfox@joefoxlaw.com | sshimshak@paulweiss.com |
| jfreeberg@wfw.com | sskelly@teamtogut.com |
| jg5786@att.com | sstarr@starrandstarr.com |
| jgenovese@gjb-law.com | steele@lowenstein.com |
| jguy@orrick.com | stephen.cowan@dlapiper.com |
| jherzog@gklaw.com | steve.ginther@dor.mo.gov |
| jhiggins@fdlaw.com | steven.troyer@commerzbank.com |
| jhorgan@phxa.com | steven.usdin@flastergreenberg.com |
| jhuggett@margolisedelstein.com | steven.wilamowsky@bingham.com |
| jim@atkinslawfirm.com | steven@blbglaw.com |
| jjoyce@dresslerpeters.com | streusand@streusandlandon.com |
| jjtancredi@daypitney.com | susheelkirpalani@quinnemanuel.com |
| jjureller@klestadt.com | sweyl@haslaw.com |
| jkehoe@btkmc.com | swolowitz@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jlamar@maynardcooper.com | szuch@wiggin.com |
| jlawlor@wmd-law.com | tannweiler@greerherz.com |
| jlee@foley.com | tarbit@cftc.gov |
| jlevitin@cahill.com | tbrock@ssbb.com |
| jlipson@crockerkuno.com | tdewey@dpklaw.com |
| jlovi@steptoe.com | tduffy@andersonkill.com |
| jlscott@reedsmith.com | tgoren@mofo.com |
| jmaddock@mcguirewoods.com | thaler@thalergertler.com |
| jmakower@tnsj-law.com | thomas.califano@dlapiper.com |
| jmazermarino@msek.com | thomas_noguerola@calpers.ca.gov |
| jmcginley@wilmingtontrust.com | tim.desieno@bingham.com |
| jmelko@gardere.com | timothy.brink@dlapiper.com |
| jmerva@fult.com | timothy.palmer@bipc.com |
| jmmurphy@stradley.com | tjfreedman@pbnlaw.com |
| jmr@msf-law.com | tkiriakos@mayerbrown.com |
| jnadritch@olshanlaw.com | tlauria@whitecase.com |
| jnm@mccallaraymer.com | tmacwright@whitecase.com |
| john.monaghan@hklaw.com | tmarrion@haslaw.com |
| john.rapisardi@cwt.com | tnixon@gklaw.com |
| jorbach@hahnhessen.com | toby.r.rosenberg@irscounsel.treas.gov |
| joseph.cordaro@usdoj.gov | tomwelsh@orrick.com |
| joshua.dorchak@bingham.com | tony.davis@bakerbotts.com |
| jowen769@yahoo.com | tslome@msek.com |
| jowolf@law.nyc.gov | ttracy@crockerkuno.com |
| joy.mathias@dubaiic.com | tunrad@burnslev.com |
| jpintarelli@mofo.com | twheeler@lowenstein.com |
| jporter@entwistle-law.com | ukreppel@whitecase.com |
| jprol@lowenstein.com | villa@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |
| jschwartz@hahnhessen.com | wanda.goodloe@cbre.com |
| jsheerin@mcguirewoods.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jteitelbaum@tblawllp.com | will.sugden@alston.com |
| jtimko@shutts.com | william.m.goldman@dlapiper.com |
| jtorf@schiffhardin.com | wiltenburg@hugheshubbard.com |
| judy.morse@crowedunlevy.com | wisotska@pepperlaw.com |
| jvail@ssrl.com | wk@pwlawyers.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jwallack@goulstonstorrs.com | wmaher@wmd-law.com |
| jwang@sipc.org | wmarcari@ebglaw.com |
| jwcohen@daypitney.com | wmckenna@foley.com |
| jweiss@gibsondunn.com | wrightth@sullcrom.com |
| jwest@velaw.com | wsilverm@oshr.com |
| jwh@njlawfirm.com | wswearingen@llf-law.com |
| kanema@formanlaw.com | wtaylor@mccarter.com |
| karen.wagner@dpw.com | wweintraub@fklaw.com |
| karl.geercken@alston.com | wzoberman@bermanesq.com |
| kdwbankruptcydepartment@kelleydrye.com | yuwatoko@mofo.com |

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service Overnight Mail List**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

**LEHMAN BROTHERS HOLDINGS INC.**
**Additional Service Overnight Mail List**

*LBH NOA_DKT. 32471  11-30-12*

WESTERNBANK PEURTO RICO
C/O WILLIAM M SILVERMAN & PETER FELDMAN
OTTERBOURG STEINDLER HOUSTON & ROSEN
230 PARK AVENUE
NEW YORK, NY 10169

# EXHIBIT D

# LEHMAN BROTHERS HOLDINGS INC.
### Additional Service Overnight Mail List

*LBH NOA_DKT. 32472  11-30-12*                                    *LBH NOA_DKT. 32472  11-30-12*

| | |
|---|---|
| THE TUDOR BVI GLOBAL PORTFOLIO L.P. | SHEARMAN & STERLING LLP |
| TUDOR INVESTMENT CORPORATION, PROCESS AGENT | ATTN: AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. |
| ATTN: STEPHEN N. WALDMAN | 599 LEXINGTON AVENUE |
| 1275 KING ST. | NEW YORK, NY 10022 |
| GREENWICH, CT 06831 | |