UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                            :

In re                              :       Chapter 11 Case No.
                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (JMP)
                            :

            Debtors.         :       (Jointly Administered)
                            :

----------------------------------------------------------------------x   Ref. Docket No. 32385

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On November 28, 2012, I caused to be served the "Notice of Agenda of Matters Scheduled for
    Fee Hearing on November 29, 2012 at 10:00 A.M.," dated November 28, 2012
    [Docket No. 32385], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  delivered via facsimile to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight
         mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL
    DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE,
    PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
   Carol Zhang

Sworn to before me this
29th day of November, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahandler@moundcotton.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kjarashow@fklaw.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

## LEHMAN BROTHERS HOLDINGS INC.
### Master Service E-mail List

| | |
|---|---|
| aunger@sidley.com | loizides@loizides.com |
| austin.bankruptcy@publicans.com | lromansic@steptoe.com |
| avenes@whitecase.com | lscarcella@farrellfritz.com |
| azylberberg@whitecase.com | lschweitzer@cgsh.com |
| bankr@zuckerman.com | lubell@hugheshubbard.com |
| bankruptcy@goodwin.com | lwhidden@salans.com |
| bankruptcy@morrisoncohen.com | mabrams@willkie.com |
| bankruptcy@ntexas-attorneys.com | maofiling@cgsh.com |
| bankruptcymatters@us.nomura.com | marc.chait@sc.com |
| barbra.parlin@hklaw.com | margolin@hugheshubbard.com |
| bbisignani@postschell.com | mark.bane@ropesgray.com |
| bcarlson@co.sanmateo.ca.us | mark.deveno@bingham.com |
| bdk@schlamstone.com | mark.ellenberg@cwt.com |
| bguiney@pbwt.com | mark.ellenberg@cwt.com |
| bkmail@prommis.com | mark.hellerer@pillsburylaw.com |
| bmanne@tuckerlaw.com | mark.sherrill@sutherland.com |
| bmiller@mofo.com | marvin.clements@ag.tn.gov |
| boneill@kramerlevin.com | matt@willaw.com |
| brian.corey@greentreecreditsolutions.com | matthew.klepper@dlapiper.com |
| brosenblum@jonesday.com | maustin@orrick.com |
| broy@rltlawfirm.com | max.polonsky@skadden.com |
| bruce.wright@sutherland.com | mbenner@tishmanspeyer.com |
| bstrickland@wtplaw.com | mberman@nixonpeabody.com |
| btrust@mayerbrown.com | mberman@nixonpeabody.com |
| bturk@tishmanspeyer.com | mbienenstock@proskauer.com |
| bwolfe@sheppardmullin.com | mbloemsma@mhjur.com |
| cahn@clm.com | mbossi@thompsoncoburn.com |
| calbert@reitlerlaw.com | mcademartori@sheppardmullin.com |
| canelas@pursuitpartners.com | mcantor@normandyhill.com |
| carol.weinerlevy@bingham.com | mccombst@sullcrom.com |
| cbelisle@wfw.com | mcordone@stradley.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cbrotstein@bm.net | mcyganowski@oshr.com |
| cdesiderio@nixonpeabody.com | mdorval@stradley.com |
| cgoldstein@stcwlaw.com | melorod@gtlaw.com |
| chammerman@paulweiss.com | meltzere@pepperlaw.com |
| charles@filardi-law.com | metkin@lowenstein.com |
| charles_malloy@aporter.com | mfeldman@willkie.com |
| chipford@parkerpoe.com | mgordon@briggs.com |
| chris.donoho@lovells.com | mgreger@allenmatkins.com |
| christopher.schueller@bipc.com | mh1@mccallaraymer.com |
| clarkb@sullcrom.com | mhopkins@cov.com |
| clynch@reedsmith.com | michael.frege@cms-hs.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| cmontgomery@salans.com | michael.kelly@monarchlp.com |
| cohen@sewkis.com | michael.kim@kobrekim.com |
| colea@gtlaw.com | michael.mccrory@btlaw.com |
| contact@lawofficesjje.com | millee12@nationwide.com |
| cp@stevenslee.com | miller@taftlaw.com |
| cpappas@dilworthlaw.com | mimi.m.wong@irscounsel.treas.gov |
| craig.goldblatt@wilmerhale.com | mitchell.ayer@tklaw.com |
| crmomjian@attorneygeneral.gov | mjedelman@vedderprice.com |
| cs@stevenslee.com | mjr1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | mlandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@adorno.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmendez@hunton.com |
| cward@polsinelli.com | mmooney@deilylawfirm.com |
| cweber@ebg-law.com | mmorreale@us.mufg.jp |
| cweiss@ingramllp.com | mneier@ibolaw.com |
| dallas.bankruptcy@publicans.com | monica.lawless@brookfieldproperties.com |
| daniel.guyder@allenovery.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | mschlesinger@julienandschlesinger.com |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | nathan.spatz@pillsburylaw.com |
| deggermann@kramerlevin.com | ncoco@mwe.com |
| deggert@freebornpeters.com | neal.mann@oag.state.ny.us |
| demetra.liggins@tklaw.com | ned.schodek@shearman.com |
| dfelder@orrick.com | neilberger@teamtogut.com |
| dflanigan@polsinelli.com | newyork@sec.gov |
| dgrimes@reedsmith.com | nherman@morganlewis.com |
| dhayes@mcguirewoods.com | nickolas.karavolas@pillsburylaw.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Master Service E-mail List

dheffer@foley.com

diconzam@gtlaw.com

djoseph@stradley.com

dkleiner@velaw.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

oipress@travelers.com

otccorpactions@finra.org

paronzon@milbank.com

patrick.oh@freshfields.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfleischer@pryorcashman.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| eschwartz@contrariancapital.com | richard.levy@lw.com |
| etillinghast@sheppardmullin.com | richard.tisdale@friedfrank.com |
| ezujkowski@emmetmarvin.com | richard@rwmaplc.com |
| ezweig@optonline.net | ritkin@steptoe.com |
| fbp@ppgms.com | rjones@boultcummings.com |
| ffm@bostonbusinesslaw.com | rleek@hodgsonruss.com |
| fhyman@mayerbrown.com | rlevin@cravath.com |
| foont@foontlaw.com | rmatzat@hahnhessen.com |
| francois.janson@hklaw.com | rnetzer@willkie.com |
| fsosnick@shearman.com | robert.bailey@bnymellon.com |
| fyates@sonnenschein.com | robert.dombroff@bingham.com |
| gabriel.delvirginia@verizon.net | robert.henoch@kobrekim.com |
| gbray@milbank.com | robert.malone@dbr.com |
| ggitomer@mkbattorneys.com | robert.yalen@usdoj.gov |
| ggoodman@foley.com | robin.keller@lovells.com |
| giddens@hugheshubbard.com | roger@rnagioff.com |
| gkaden@goulstonstorrs.com | ronald.silverman@bingham.com |
| glenn.siegel@dechert.com | ross.martin@ropesgray.com |
| gmoss@riemerlaw.com | rqureshi@reedsmith.com |
| gravert@ravertpllc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rreid@sheppardmullin.com |
| harrisjm@michigan.gov | rroupinian@outtengolden.com |
| harveystrickon@paulhastings.com | rrussell@andrewskurth.com |
| hbeltzer@mayerbrown.com | rterenzi@stcwlaw.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hollace.cohen@troutmansanders.com | rwyron@orrick.com |
| holsen@stroock.com | s.minehan@aozorabank.co.jp |
| howard.hawkins@cwt.com | sabin.willett@bingham.com |
| hseife@chadbourne.com | sabramowitz@velaw.com |
| hsnovikoff@wlrk.com | sabvanrooy@hotmail.com |
| hsteel@brownrudnick.com | sally.henry@skadden.com |
| icatto@mwe.com | samuel.cavior@pillsburylaw.com |
| igoldstein@proskauer.com | sandyscafaria@eaton.com |
| ilevee@lowenstein.com | sara.tapinekis@cliffordchance.com |
| ira.greene@hoganlovells.com | scargill@lowenstein.com |
| israel.dahan@cwt.com | schannej@pepperlaw.com |
| iva.uroic@dechert.com | schepis@pursuitpartners.com |
| jacobsonn@sec.gov | schnabel.eric@dorsey.com |
| james.heaney@lawdeb.com | schristianson@buchalter.com |
| james.mcclammy@dpw.com | schwartzmatthew@sullcrom.com |
| james.sprayregen@kirkland.com | scott.golden@hoganlovells.com |
| jamestecce@quinnemanuel.com | scottshelley@quinnemanuel.com |

# LEHMAN BROTHERS HOLDINGS INC.
## Master Service E-mail List

| | |
|---|---|
| jamie.nelson@dubaiic.com | scousins@armstrongteasdale.com |
| jar@outtengolden.com | sdnyecf@dor.mo.gov |
| jason.jurgens@cwt.com | seba.kurian@invesco.com |
| jay.hurst@oag.state.tx.us | sehlers@armstrongteasdale.com |
| jay@kleinsolomon.com | seichel@crowell.com |
| jbecker@wilmingtontrust.com | sfelderstein@ffwplaw.com |
| jbeemer@entwistle-law.com | sfineman@lchb.com |
| jbeiers@co.sanmateo.ca.us | sfox@mcguirewoods.com |
| jbird@polsinelli.com | sgordon@cahill.com |
| jbromley@cgsh.com | sgubner@ebg-law.com |
| jcarberry@cl-law.com | shannon.nagle@friedfrank.com |
| jchristian@tobinlaw.com | sharbeck@sipc.org |
| jchubak@proskauer.com | shari.leventhal@ny.frb.org |
| jdoran@haslaw.com | shgross5@yahoo.com |
| jdrucker@coleschotz.com | sidorsky@butzel.com |
| jdwarner@warnerandscheuerman.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jen.premisler@cliffordchance.com | spiotto@chapman.com |
| jennifer.demarco@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.gore@shell.com | sree@lcbf.com |
| jeremy.eiden@ag.state.mn.us | sschultz@akingump.com |
| jfalgowski@reedsmith.com | sselbst@herrick.com |
| jflaxer@golenbock.com | sshimshak@paulweiss.com |
| jfox@joefoxlaw.com | sskelly@teamtogut.com |
| jfreeberg@wfw.com | sstarr@starrandstarr.com |
| jg5786@att.com | steele@lowenstein.com |
| jgenovese@gjb-law.com | stephen.cowan@dlapiper.com |
| jguy@orrick.com | steve.ginther@dor.mo.gov |
| jherzog@gklaw.com | steven.troyer@commerzbank.com |
| jhiggins@fdlaw.com | steven.usdin@flastergreenberg.com |
| jhorgan@phxa.com | steven.wilamowsky@bingham.com |
| jhuggett@margolisedelstein.com | steven@blbglaw.com |
| jim@atkinslawfirm.com | streusand@streusandlandon.com |
| jjoyce@dresslerpeters.com | susheelkirpalani@quinnemanuel.com |
| jjtancredi@daypitney.com | sweyl@haslaw.com |
| jjureller@klestadt.com | swolowitz@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC.**
**Master Service E-mail List**

| | |
|---|---|
| jkehoe@btkmc.com | szuch@wiggin.com |
| jlamar@maynardcooper.com | tannweiler@greerherz.com |
| jlawlor@wmd-law.com | tarbit@cftc.gov |
| jlee@foley.com | tbrock@ssbb.com |
| jlevitin@cahill.com | tdewey@dpklaw.com |
| jlipson@crockerkuno.com | tduffy@andersonkill.com |
| jlovi@steptoe.com | tgoren@mofo.com |
| jlscott@reedsmith.com | thaler@thalergertler.com |
| jmaddock@mcguirewoods.com | thomas.califano@dlapiper.com |
| jmakower@tnsj-law.com | thomas_noguerola@calpers.ca.gov |
| jmazermarino@msek.com | tim.desieno@bingham.com |
| jmcginley@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jmelko@gardere.com | timothy.palmer@bipc.com |
| jmerva@fult.com | tjfreedman@pbnlaw.com |
| jmmurphy@stradley.com | tkiriakos@mayerbrown.com |
| jmr@msf-law.com | tlauria@whitecase.com |
| jnadritch@olshanlaw.com | tmacwright@whitecase.com |
| jnm@mccallaraymer.com | tmarrion@haslaw.com |
| john.monaghan@hklaw.com | tnixon@gklaw.com |
| john.rapisardi@cwt.com | toby.r.rosenberg@irscounsel.treas.gov |
| jorbach@hahnhessen.com | tomwelsh@orrick.com |
| joseph.cordaro@usdoj.gov | tony.davis@bakerbotts.com |
| joshua.dorchak@bingham.com | tslome@msek.com |
| jowen769@yahoo.com | ttracy@crockerkuno.com |
| jowolf@law.nyc.gov | tunrad@burnslev.com |
| joy.mathias@dubaiic.com | twheeler@lowenstein.com |
| jpintarelli@mofo.com | ukreppel@whitecase.com |
| jporter@entwistle-law.com | villa@streusandlandon.com |
| jprol@lowenstein.com | vmilione@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | vrubinstein@loeb.com |
| jrsmith@hunton.com | walter.stuart@freshfields.com |
| jschiller@bsfllp.com | wanda.goodloe@cbre.com |
| jschwartz@hahnhessen.com | wballaine@lcbf.com |
| jsheerin@mcguirewoods.com | wbenzija@halperinlaw.net |
| jsherman@bsfllp.com | wchen@tnsj-law.com |
| jshickich@riddellwilliams.com | wcurchack@loeb.com |
| jsmairo@pbnlaw.com | wdase@fzwz.com |
| jstoll@mayerbrown.com | wfoster@milbank.com |
| jsullivan@mosessinger.com | william.m.goldman@dlapiper.com |
| jteitelbaum@tblawllp.com | wiltenburg@hugheshubbard.com |
| jtimko@shutts.com | wisotska@pepperlaw.com |
| jtorf@schiffhardin.com | wk@pwlawyers.com |
| judy.morse@crowedunlevy.com | wmaher@wmd-law.com |

## LEHMAN BROTHERS HOLDINGS INC.
### Master Service E-mail List

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wweintraub@fklaw.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**LEHMAN BROTHERS HOLDINGS INC.**
**Agenda Service E-mail List**

kuntzwm1@yahoo.com

**EXHIBIT B**

## LEHMAN BROTHERS HOLDINGS INC.
### Agenda Service Fax List

| FAX | NAME |
| --- | --- |
| 302-374-5095 | ACKERMAN SENTERFITT ATTN: ANDREA S. HARTLEY |
| 212-697-1559 | CURTIS MALLET-PREVOST COLT & MOSLE ATTN:  STEVEN J. REISMAN, L.P. HARRISON , CINDI EILBOLTT GIGLIO |
| 303-333-9786 | FOSTER GRAHAM MILSTEIN & CALISHER, LLP |
| 44-0-20-7070-4244 | GIBSON DUNN & CRUTCHER LLP ATTN: WAYNE P.J. MCARDLE |
| 212-752-2711 | GLEACHER & COMPANY SECURITIES, INC. ATTN: STEPHEN HENTSCHEL |
| 212-755-7306 | JONES DAY ATTN: ROBERT W. GAFFEY |
| 212-922-1819 | MCKENNA LONG & ALDRIDGE LLP ATTN: CHRISTOPHER F. GRAHAM |
| 404-527-4198 | MCKENNA LONG & ALDRIDGE LLP ATTN: CHARLES D. WEISS |
| 212-530-5219 | MILBANK TWEED HADLEY & MCLOY ATTN: DENNIS DUNNE , EVAN R. FLECK, DENNIS O' DONNELL |
| 212-561-7777 | PACHULSKI STANG ZIEHL & JONES LLP ATTN: RICHARD M. PACHULSKI, DEAN A. ZIEHL AND MARIA A. BOVE |
| 303-893-6110 | REILLY POZNER LLP ATTN: MICHAEL A. ROLIN |
| 212+-768-6800 | SNR DENTON ATTN: HUGH MCDONLAD |
| 202-637-3593 | SUTHERLAND ASBILL & BRENNAN LLP ATTN: JEROME B. LIBIN |
| 202-355-7610 | THE O'NEIL GROUP, LLC ATTN: JACQUELINE O'NEIL |
| 212-262-1215 | WINDELS MARX LANE & MITTENDORF LLP |
| 212-382-0050 | WOLLMOUTH MAHER & DEUTSCHE LLP ATTN: WILLIAM A. MAHER, PAUL R. DEFILLIPO , JAMES LAWLOR |
| 508-435-5858 | WILLIAM KUNTZ |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS INC.
## Overnight Mail Service List

**MSL – OVN**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**AGENDA LIST – OVN**

ACKERMAN SENTERFITT
ATTN: ANDREA S. HARTLEY
ONE SOUTHEAST THIRD AVE, 25TH FL
MIAMI, FL 33131

GIBSON DUNN & CRUTCHER LLP
WAYNE P.J. MCARDLE
TELEPHONE HOUSE
2-4 TEMPLE AVENUE
LONDON EC4Y 0HB

THE O'NEIL GROUP, LLC
ATTN: JACQUELINE O'NEIL
4431 P STREET, NW
WASHINGTON, DC 20007

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FTI CONSULTING,  INC. | ATTN: SAMUEL STAR SENIOR MANAGING DIRECTOR THREE TIMES SQUARE NEW YORK NY 10036 |
| HURON CONSULTING | JAMES M. LUKENDA, CIRA MANAGING DIRECTOR 1120 AVENUE OF THE AMERICAS, 8TH FLOOR NEW YORK NY 10036-6700 |
| KUNTZ, WILLIAM | 925 ALPRILLA FARM RD HOPKINTON MA 01748 |
| KUNTZ, WILLIAM A | BOX 461 LAKE PLACID NY 12946 |
| LAZARDE FRERES & CO. LLC | ATTN: BARRY W. RIDINGS MANAGING DIRECTOR 30 ROCKEFELLER PLAZA NEW YORK NY 10020 |
| WILLIAM KUNTZ | 5 FEDERAL STREET P.O. BOX 1801 NANTUCKET ISLAND MA 02554-1801 |
| WILLIAM KUNTZ | BOX 1801 NANTUCKET MA 02554-4801 |
| WILLIAM KUNTZ, III | INDIA ST PO BOX 1801 NANTUCKET ISLAND MA 02554-1801 |
| WILLIAM KUNTZ, III | BOX 461; OLYMPIC STATION LAKE PLACID NY 12946-0461 |

**Total Creditor count  9**