UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                        :
               Debtors.                 :   (Jointly Administered)
                                        :
------------------------------------------------------------------x   Ref Docket No. 32574
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 5, 2012, I caused to be served the "Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts," dated December 4, 2012 [Docket No. 32574], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Kerry O'Neil*
                                                      Kerry O'Neil

Sworn to before me this
6th day of December, 2012
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| charles_malloy@aporter.com | ddrebsky@nixonpeabody.com |
| chipford@parkerpoe.com | ddunne@milbank.com |
| chris.donoho@lovells.com | deggermann@kramerlevin.com |
| christopher.schueller@bipc.com | deggert@freebornpeters.com |
| clarkb@sullcrom.com | demetra.liggins@tklaw.com |
| clynch@reedsmith.com | dfelder@orrick.com |
| cmontgomery@salans.com | dflanigan@polsinelli.com |
| cohen@sewkis.com | dgrimes@reedsmith.com |
| colea@gtlaw.com | dhayes@mcguirewoods.com |
| contact@lawofficesjje.com | dheffer@foley.com |
| cp@stevenslee.com | diconzam@gtlaw.com |
| cpappas@dilworthlaw.com | djoseph@stradley.com |
| craig.goldblatt@wilmerhale.com | dkleiner@velaw.com |
| crmomjian@attorneygeneral.gov | dkozusko@willkie.com |
| cs@stevenslee.com | dlemay@chadbourne.com |
| csalomon@beckerglynn.com | dlipke@vedderprice.com |
| cschreiber@winston.com | dludman@brownconnery.com |
| cshore@whitecase.com | dmcguire@winston.com |
| cshulman@sheppardmullin.com | dmurray@jenner.com |
| ctatelbaum@adorno.com | dneier@winston.com |
| cwalsh@mayerbrown.com | dodonnell@milbank.com |
| cward@polsinelli.com | dove.michelle@dorsey.com |
| cweber@ebg-law.com | dpegno@dpklaw.com |
| cweiss@ingramllp.com | draelson@fisherbrothers.com |
| dallas.bankruptcy@publicans.com | dravin@wolffsamson.com |
| dave.davis@isgria.com | drose@pryorcashman.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.heller@lw.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| david.seligman@kirkland.com | dshaffer@wtplaw.com |
| davids@blbglaw.com | dshemano@peitzmanweg.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbalog@intersil.com | dtatge@ebglaw.com |
| dbarber@bsblawyers.com | dtheising@harrisonmoberly.com |
| dbaumstein@whitecase.com | dwdykhouse@pbwt.com |
| dbesikof@loeb.com | dwildes@stroock.com |
| dcimo@gjb-law.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | easmith@venable.com |
| dcrapo@gibbonslaw.com | echang@steinlubin.com |
| ddavis@paulweiss.com | ecohen@russell.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| efleck@milbank.com | hseife@chadbourne.com |
| efriedman@fklaw.com | hsnovikoff@wlrk.com |
| efriedman@friedumspring.com | hsteel@brownrudnick.com |
| eglas@mccarter.com | icatto@mwe.com |
| ekbergc@lanepowell.com | igoldstein@proskauer.com |
| eleicht@whitecase.com | ilevee@lowenstein.com |
| eli.mattioli@klgates.com | ira.greene@hoganlovells.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov |
| eobrien@sbchlaw.com | james.heaney@lawdeb.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| ezujkowski@emmetmarvin.com | jamie.nelson@dubaiic.com |
| ezweig@optonline.net | jar@outtengolden.com |
| fbp@ppgms.com | jason.jurgens@cwt.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhyman@mayerbrown.com | jay@kleinsolomon.com |
| foont@foontlaw.com | jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdwarner@warnerandscheuerman.com |
| gravert@ravertpllc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hollace.cohen@troutmansanders.com | jeldredge@velaw.com |
| holsen@stroock.com | jen.premisler@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.demarco@cliffordchance.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| jennifer.gore@shell.com | jowen769@yahoo.com |
| jeremy.eiden@ag.state.mn.us | jowolf@law.nyc.gov |
| jfalgowski@reedsmith.com | joy.mathias@dubaiic.com |
| jflaxer@golenbock.com | jpintarelli@mofo.com |
| jfox@joefoxlaw.com | jporter@entwistle-law.com |
| jfreeberg@wfw.com | jprol@lowenstein.com |
| jg5786@att.com | jrabinowitz@rltlawfirm.com |
| jgenovese@gjb-law.com | jrsmith@hunton.com |
| jguy@orrick.com | jschiller@bsfllp.com |
| jherzog@gklaw.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jsherman@bsfllp.com |
| jhuggett@margolisedelstein.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjoyce@dresslerpeters.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jsullivan@mosessinger.com |
| jjureller@klestadt.com | jteitelbaum@tblawllp.com |
| jkehoe@btkmc.com | jtimko@shutts.com |
| jlamar@maynardcooper.com | jtorf@schiffhardin.com |
| jlawlor@wmd-law.com | judy.morse@crowedunlevy.com |
| jlee@foley.com | jvail@ssrl.com |
| jlevitin@cahill.com | jwallack@goulstonstorrs.com |
| jlipson@crockerkuno.com | jwang@sipc.org |
| jlovi@steptoe.com | jwcohen@daypitney.com |
| jlscott@reedsmith.com | jweiss@gibsondunn.com |
| jmaddock@mcguirewoods.com | jwest@velaw.com |
| jmakower@tnsj-law.com | jwh@njlawfirm.com |
| jmazermarino@msek.com | kanema@formanlaw.com |
| jmcginley@wilmingtontrust.com | karen.wagner@dpw.com |
| jmelko@gardere.com | karl.geercken@alston.com |
| jmerva@fult.com | kdwbankruptcydepartment@kelleydrye.com |
| jmmurphy@stradley.com | keckhardt@hunton.com |
| jmr@msf-law.com | keith.simon@lw.com |
| jnadritch@olshanlaw.com | ken.coleman@allenovery.com |
| jnm@mccallaraymer.com | ken.higman@hp.com |
| john.monaghan@hklaw.com | kerry.moynihan@hro.com |
| john.rapisardi@cwt.com | kgwynne@reedsmith.com |
| jorbach@hahnhessen.com | kiplok@hugheshubbard.com |
| joseph.cordaro@usdoj.gov | kkelly@ebglaw.com |
| joshua.dorchak@bingham.com | kkolbig@mosessinger.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| klyman@irell.com | marc.chait@sc.com |
| klynch@formanlaw.com | margolin@hugheshubbard.com |
| kmayer@mccarter.com | mark.bane@ropesgray.com |
| kobak@hugheshubbard.com | mark.deveno@bingham.com |
| korr@orrick.com | mark.ellenberg@cwt.com |
| kovskyd@pepperlaw.com | mark.ellenberg@cwt.com |
| kpiper@steptoe.com | mark.hellerer@pillsburylaw.com |
| kressk@pepperlaw.com | mark.sherrill@sutherland.com |
| kreynolds@mklawnyc.com | marvin.clements@ag.tn.gov |
| krosen@lowenstein.com | matt@willaw.com |
| kuehn@bragarwexler.com | matthew.klepper@dlapiper.com |
| kurt.mayr@bgllp.com | maustin@orrick.com |
| lacyr@sullcrom.com | max.polonsky@skadden.com |
| landon@streusandlandon.com | mbenner@tishmanspeyer.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mberman@nixonpeabody.com |
| lberkoff@moritthock.com | mbienenstock@proskauer.com |
| lee.stremba@troutmansanders.com | mbloemsma@mhjur.com |
| lgotko@fklaw.com | mbossi@thompsoncoburn.com |
| lgranfield@cgsh.com | mcademartori@sheppardmullin.com |
| lhandelsman@stroock.com | mcantor@normandyhill.com |
| linda.boyle@twtelecom.com | mccombst@sullcrom.com |
| lisa.ewart@wilmerhale.com | mcordone@stradley.com |
| lisa.kraidin@allenovery.com | mcto@debevoise.com |
| ljkotler@duanemorris.com | mcyganowski@oshr.com |
| lkatz@ltblaw.com | mdorval@stradley.com |
| lkiss@klestadt.com | melorod@gtlaw.com |
| lmarinuzzi@mofo.com | meltzere@pepperlaw.com |
| lmay@coleschotz.com | metkin@lowenstein.com |
| lmcgowen@orrick.com | mfeldman@willkie.com |
| lml@ppgms.com | mgordon@briggs.com |
| lnashelsky@mofo.com | mgreger@allenmatkins.com |
| loizides@loizides.com | mh1@mccallaraymer.com |
| lromansic@steptoe.com | mhopkins@cov.com |
| lscarcella@farrellfritz.com | michael.frege@cms-hs.com |
| lschweitzer@cgsh.com | michael.kelly@monarchlp.com |
| lubell@hugheshubbard.com | michael.kim@kobrekim.com |
| lwhidden@salans.com | michael.mccrory@btlaw.com |
| mabrams@willkie.com | millee12@nationwide.com |
| maofiling@cgsh.com | miller@taftlaw.com |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

| | |
|---|---|
| mimi.m.wong@irscounsel.treas.gov | nissay_10259-0154@mhmjapan.com |
| mitchell.ayer@tklaw.com | nlepore@schnader.com |
| mjedelman@vedderprice.com | notice@bkcylaw.com |
| mjr1@westchestergov.com | oipress@travelers.com |
| mkjaer@winston.com | otccorpactions@finra.org |
| mlahaie@akingump.com | paronzon@milbank.com |
| mlandman@lcbf.com | patrick.oh@freshfields.com |
| mlichtenstein@crowell.com | paul.turner@sutherland.com |
| mlynch2@travelers.com | pbattista@gjb-law.com |
| mmendez@hunton.com | pbosswick@ssbb.com |
| mmooney@deilylawfirm.com | pdublin@akingump.com |
| mmorreale@us.mufg.jp | peisenberg@lockelord.com |
| mneier@ibolaw.com | peter.gilhuly@lw.com |
| monica.lawless@brookfieldproperties.com | peter.macdonald@wilmerhale.com |
| mpage@kelleydrye.com | peter.simmons@friedfrank.com |
| mparry@mosessinger.com | peter@bankrupt.com |
| mpomerantz@julienandschlesinger.com | pfeldman@oshr.com |
| mprimoff@kayescholer.com | phayden@mcguirewoods.com |
| mpucillo@bermanesq.com | philip.wells@ropesgray.com |
| mrosenthal@gibsondunn.com | pmaxcy@sonnenschein.com |
| mruetzel@whitecase.com | ppascuzzi@ffwplaw.com |
| mschimel@sju.edu | ppatterson@stradley.com |
| mschlesinger@julienandschlesinger.com | psp@njlawfirm.com |
| msegarra@mayerbrown.com | ptrain-gutierrez@kaplanlandau.com |
| mshiner@tuckerlaw.com | ptrostle@jenner.com |
| msiegel@brownrudnick.com | r.stahl@stahlzelloe.com |
| msolow@kayescholer.com | raj.madan@bingham.com |
| mspeiser@stroock.com | ramona.neal@hp.com |
| mstamer@akingump.com | rbeacher@pryorcashman.com |
| mvenditto@reedsmith.com | rbernard@foley.com |
| mwarner@coleschotz.com | rbyman@jenner.com |
| mwarren@mtb.com | rdaversa@orrick.com |
| nathan.spatz@pillsburylaw.com | relgidely@gjb-law.com |
| ncoco@mwe.com | rflanagan@flanassoc.com |
| neal.mann@oag.state.ny.us | rfleischer@pryorcashman.com |
| ned.schodek@shearman.com | rfrankel@orrick.com |
| neilberger@teamtogut.com | rfriedman@silvermanacampora.com |
| newyork@sec.gov | rgmason@wlrk.com |
| nherman@morganlewis.com | rgoodman@moundcotton.com |
| nickolas.karavolas@pillsburylaw.com | rgraham@whitecase.com |

Lehman Brothers Holdings Inc., et al.
Email Service List

| | |
|---|---|
| rhett.campbell@tklaw.com | schnabel.eric@dorsey.com |
| richard.fingard@newedge.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | schwartzmatthew@sullcrom.com |
| richard.levy@lw.com | scott.golden@hoganlovells.com |
| richard.tisdale@friedfrank.com | scottshelley@quinnemanuel.com |
| richard@rwmaplc.com | scousins@armstrongteasdale.com |
| ritkin@steptoe.com | sdnyecf@dor.mo.gov |
| rjones@boultcummings.com | seba.kurian@invesco.com |
| rleek@hodgsonruss.com | sehlers@armstrongteasdale.com |
| rlevin@cravath.com | seichel@crowell.com |
| rmatzat@hahnhessen.com | sfelderstein@ffwplaw.com |
| rnetzer@willkie.com | sfineman@lchb.com |
| robert.bailey@bnymellon.com | sfox@mcguirewoods.com |
| robert.dombroff@bingham.com | sgordon@cahill.com |
| robert.henoch@kobrekim.com | sgubner@ebg-law.com |
| robert.malone@dbr.com | shannon.nagle@friedfrank.com |
| robert.yalen@usdoj.gov | sharbeck@sipc.org |
| robin.keller@lovells.com | shari.leventhal@ny.frb.org |
| roger@rnagioff.com | shgross5@yahoo.com |
| ronald.silverman@bingham.com | sidorsky@butzel.com |
| ross.martin@ropesgray.com | slerman@ebglaw.com |
| rrainer@wmd-law.com | slerner@ssd.com |
| rreid@sheppardmullin.com | slevine@brownrudnick.com |
| rroupinian@outtengolden.com | sloden@diamondmccarthy.com |
| rrussell@andrewskurth.com | smayerson@ssd.com |
| rterenzi@stcwlaw.com | smillman@stroock.com |
| russj4478@aol.com | smulligan@bsblawyers.com |
| rwasserman@cftc.gov | snewman@katskykorins.com |
| rwyron@orrick.com | sory@fdlaw.com |
| s.minehan@aozorabank.co.jp | spiotto@chapman.com |
| sabin.willett@bingham.com | splatzer@platzerlaw.com |
| sabramowitz@velaw.com | sree@lcbf.com |
| sabvanrooy@hotmail.com | sschultz@akingump.com |
| sally.henry@skadden.com | sselbst@herrick.com |
| samuel.cavior@pillsburylaw.com | sshimshak@paulweiss.com |
| sandyscafaria@eaton.com | sskelly@teamtogut.com |
| sara.tapinekis@cliffordchance.com | sstarr@starrandstarr.com |
| scargill@lowenstein.com | steele@lowenstein.com |
| schannej@pepperlaw.com | stephen.cowan@dlapiper.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |

LEHMAN BROTHERS HOLDINGS INC., ET AL.
EMAIL SERVICE LIST

steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com

wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

Lehman Brothers Holdings Inc.
Master Service List

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

**INTERNAL REVENUE SERVICE**
*SPECIAL PROCEDURES BRANCH*
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

LEHMAN BROTHERS HOLDINGS INC., ET AL.
ADDITIONAL SERVICE LIST

**Access Group, Inc. Series 2005-A**
Attn: Corporate Trust Services Student Loan Group
425 Walnut St., 6th Fl.
Mil Cn-Oh-W6ct
Cincinnati, OH, 45202

**Access Group, Inc. Series 2005-A and 2005-B**
Attn: Vice President of Portfolio Management
5500 Brandywine Parkway
Wilmington, DE, 19803

**Access Group, Inc. Series 2005-B**
60 Wall Street
MS NYC60-2606
New York, NY, 10005

**AIB International Centre**
I.F.S.C Dublin
1 Ireland The Directors
Attn: Alissa M. Nann

**Foley & Lardner LLP**
90 Park Ave., 36th Fl.
New York, NY 10016
Attn: Carole Neville, Esq.

**SNR Denton US LLP**
1221 Avenue of the Americas
New York, NY 10020
Attn: Geoffrey S. Goodman
Attn: Lars A. Peterson

**Foley & Lardner LLP**
321 N. Clark Street, Ste. 2800
Chicago, IL 60654