**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
Ronald L. Cohen, Esq.
Justin L. Shearer, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone:  (212)  574-1200
Facsimile:  (212)  480-8421

*Attorneys for Traxis Fund LP*
*and Traxis Emerging Market*
*Opportunities Fund LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### Certificate of Service

I, John R. Ashmead, an attorney duly admitted, hereby certify that on December 5, 2012, I caused a copy of the Notice of Adjournment of Hearing on Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims, to be served upon the parties listed on the annexed Service List in the manner indicated.

/S/ John R. Ashmead
John R. Ashmead

# SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow,Esq.  (Fax) (212) 310-8934
      Lori R. Fife, Esq.  (Fax) (212) 310-8007
      Shai Y. Waisman, Esq.  (Fax) (212) 310-8007
      Jacqueline Marcus, Esq.  (Fax) (212) 310-8007

Office of the United States Trustee (Via Federal Express)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn.:  Andy Velez-Rivera, Esq.

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne, Esq.  (Fax) (212) 822-5770
      Dennis O Donnell, Esq.  (Fax) (212)-822-5287
      Evan R. Fleck, Esq.  (Fax) (212) 8822-5567

SK 26435 0008 1341459