WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                               :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                        :
Debtors.                                        :    **(Jointly Administered)**
                                                        :
                                                        :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED
FOR OMNIBUS HEARING ON DECEMBER 12, 2012 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for December 12, 2012 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") has been adjourned, solely for the matters set forth on Exhibit A hereto, to January 30, 2012 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: December 11, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

# Exhibit A

## Matters Adjourned to January 30, 2012

1. Debtors' **One Hundred Forty-Third** Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]** solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43935 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43936 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43937 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43938 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43939 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. |
| 43940 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43941 | SANFORD C. BERNSTEIN FUND, INC. - |
| 43942 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43943 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - |
| 43944 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43945 | ALLIANCE BERNSTEIN BOND FUND, INC. |
| 43946 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES |
| 43947 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43948 | SANFORD C. BERNSTEIN FUND II, INC. - |
| 43949 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43950 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- |
| 43952 | ACM GLOBAL CREDIT - U.S. SUB-FUND |

2. Debtors' **One Hundred Ninety-Eighth** Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902] solely with respect to the following claims:

| Claim Number | Claimant Name |
|---|---|
| 43934 | PHILIPS PENSION TRUSTEES LTD, |

US_ACTIVE:\44156485\1\58399.0011