**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:     Lehman Brothers Holdings Inc.            Case No.: _08-13555 (JMP_
                                                    Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to
Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims
referenced herein.

| Name of Transferee:<br>**UBS AG]** | Name of Transferor:<br>**Luzerner Kantonalbank AG** |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Luzerner Kantonalbank AG<br>Legal & Compliance Dept.<br>Pilatusstrasse 12<br>CH – 6002 Luzern<br>E-mail: peter.felderukb.ch<br>Phone: +41 41 206 2486 |
| Amount of Claim Being Transferred:<br><br>USD 91'355.81<br><br>(CHF 100'000.00 face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 46988 | |
| Date Claim Filed: 26.10.2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____            Date:  _23.11.2012_
      Hugo Koller, Director
      UBS AG
      Bahnhofstrasse 45
      8001 Zurich, Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18
U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the
fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule
3001(e).

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number 46988 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | Initial Claim Amount Face Amount |
|---|---|---|---|---|
| BRC Lehman Brothers Securities NV 2007-30.10.2008 | XS0326427480 | LBS NV | LBH Inc. | USD 91'355.81 (and/or CHF 100'000.00 Face Amount |

**Luzerner Kantonalbank AG** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 - hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 16, 2012.

**Luzerner Kantonalbank AG**
Transferor

By: _____
    Name:  Jürg Gubler
    Title:   Vice/President

By: _____
    Name:  Peter Felder
    Title:   Vice President

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
    Name:  Hugo Koller
    Title:   Director

**UBS**

UBS AG
P.O. Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

Jean-Claude Besson
OQ9C / OSGC - JWJ
Flurstrasse 62 / FFFE - 020
Tel +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

November 22, 2012

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving:   Evidence of Transfer of Claim between Luzerner Kantonalbank AG and UBS AG, Zurich
dated 16.11.2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE046 USD 91'355.81 CHF     100'000.00     2750611 XS0326427480

Transferor: Luzerner Kantonalbank AG
Initial Claim Number 46988
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E          05.2005     J1

**❄ UBS**

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel.+41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
300 Quarropas Street
White Plains, NY 10601

# Message

November 22, 2012

**subject Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of     Attention: Clerk of the Court

you are receiving     Evidence of Transfer of Claim between Luzerner Kantonalbank AG and UBS AG, Zurich
dated 16.11.2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE046 USD 91'355.81CHF    100'000.00     2750611 XS0326427480

Transferor: Luzerner Kantonalbank AG
Initial Claim Number 46988
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E      05.2005    J1