WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
                                                                    :
**In re**                                                           :    **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :    **08-13555 (JMP)**
                                                                    :
            **Debtors.**                                            :    **(Jointly Administered)**
                                                                    :
--------------------------------------------------------------------x
                                                                    :
**In re**                                                           :
                                                                    :    **Case No.**
**LEHMAN BROTHERS INC.**,                                           :
                                                                    :    **08-01420 (JMP) (SIPA)**
            **Debtor.**                                             :
                                                                    :
--------------------------------------------------------------------x

US_ACTIVE:\44153380\2\58399.0011

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FIFTY-SIXTH OMNIBUS HEARING ON DECEMBER 12, 2012 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS

### I.  UNCONTESTED MATTERS:

1. Tenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From November 1, 2011 Through February 29, 2012 [**LBI ECF No. 5409**]

    Response Deadline:  December 5, 2012 at 4:00 p.m.

    Response Received:

    A.  Recommendation of Securities Investor Protection Corporation [**LBI ECF No. TBD**]

    Related Document:

    B.  Notice of Hearing on Trustee's Counsels' Interim Applications for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses [**LBI ECF No. 5457**]

    Status:  This matter is going forward.

2. Trustee's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement with the Citi Parties [**LBI ECF No. 5450**]

    Response Deadline:  December 5, 2012 at 4:00 p.m., extended by agreement for a certain party to December 10, 2012.

    Responses Received:  None.

    Related Document:

    A.  Notice of Revised Exhibits to Settlement Agreement Between Trustee and Citi Parties [**LBI ECF No. 5490**]

    Status:  This matter is going forward.

**MATTERS TO BE HEARD AT 2:00 P.M.**

**II.    ADVERSARY PROCEEDINGS:**

    3.    LBHI v. JPMorgan Chase Bank, N.A. **[Adversary Proceeding No. 10-03266]**

        **Motion to Compel Answer to Interrogatory**

        Related Documents:

            A.    Motion of JPMorgan Chase Bank, N.A. to Compel Answer to Interrogatory **[ECF No. 161]**

            B.    Declaration of Grant R. Mainland in Support of Motion to Compel Answer to Interrogatory **[ECF No. 162]**

            C.    Motion of JPMorgan Chase Bank, N.A. for an Order Authorizing the Filing of an Unredacted Version of the Motion to Compel Answer to Interrogatory **[ECF No. 164]**

        Status:  This matter is going forward.

    4.    William H. Walton, *et al.* v. Lehman Brothers Inc., *et al.* **[Adversary Proceeding No. 12-01898]**

        **Pre-Trial Conference**

        Related Documents:

            A.    Adversary Complaint **[ECF No. 1]**

            B.    Motion of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. to Extend Time to Respond to the Complaint **[ECF No. 4]**

            C.    Motion of Bank of America, N.A. and Federal National Mortgage Association to Dismiss Adversary Proceeding **[ECF No. 8]**

            D.    Memorandum of Law of Bank of America, N.A. and Federal National Mortgage Association in Support of Motion to Dismiss **[ECF No. 9]**

        Status:  This matter is going forward.

    5.    Williams-Pate v. LBHI, *et al.* **[Adversary Proceeding No. 12-01220]**

        **Status Conference**

        Related Documents:

            A.    Adversary Complaint **[ECF No. 1]**

  B. Motion of McCurdy & Candler, LLC to Dismiss Adversary Proceeding **[ECF No. 4]**

  C. Lehman Brothers Holdings Inc.'s Motion to Dismiss Adversary Complaint **[ECF No. 6]**

  D. Motion of Aurora Bank FSB to Dismiss Adversary Proceeding **[ECF No. 7]**

  E. Memorandum of Law of Aurora Bank FSB **[ECF No. 9]**

  F. Order Establishing Briefing Schedule **[ECF No. 11]**

Status: This matter is going forward.

## III. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

6. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline: February 9, 2011 at 4:00 p.m.

Responses Received:

  A. Debtors' Objection **[ECF No. 14398]**

  B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

  C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

  D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status: This matter has been adjourned to January 16, 2013 at 10:00 a.m.

7. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline: June 8, 2011 at 4:00 p.m.

Response Received:

  A. Debtors' Objection **[ECF No. 17502]**

4

Status:  This matter has been adjourned to January 16, 2013 at 10:00 a.m.

8. LBHI's Objection to Claim No. 17588 Filed by Logan Hotels and Resorts, Mexico, S.A. de c.v., *et al*. **[ECF No. 29174]**

   Response Deadline:    August 9, 2012 at 4:00 p.m.

   Response Received:

     A. Response of Logan Hotels and Resorts, Mexico, S.A. de c.v., *et al*. **[ECF No. 30175]**

   Related Document:

     B. Declaration of Zachary D. Rosenbaum in Support of Response **[ECF No. 30178]**

   Status:  This matter has been adjourned to December 19, 2012 at 10:00 a.m.

9. Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

   Response Deadline:    June 15, 2011 at 4:00 p.m.

   Response Received:

     A. Response of Alliance Bernstein L.P. to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 17710]**

   Related Document:

     B. LBHI's Reply to Responses of Alliancebernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

   Status:  This matter has been adjourned to January 30, 2013 at 10:00 a.m.

10. Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims **[ECF No. 19902]**

    Response Deadline:    October 13, 2011 at 4:00 p.m.

    Response Received:

      A. Response of Alliance Bernstein L.P. to Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20799]**

5

Related Document:

    B.    LBHI's Reply to Responses of Alliancebernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

Status: This matter has been adjourned to January 30, 2013 at 10:00 a.m.

### B. Adversary Proceedings

11. LBHI and LBCC v. Ford Global Treasury, Inc. **[Adversary Proceeding No. 12-01877]**

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint **[ECF No. 1]**

    B.    Memorandum of Law in Support of Defendant's Motion to Dismiss Count I (Solely as to Claim for Damages Under 11 U.S.C. 562) and Counts II and III in Their Entirety **[ECF No. 7]**

    C.    Memorandum of Law Memorandum of Law in Support of Defendant Ford Global Treasury, Inc.'s Motion to Withdraw Reference of Proceeding to Bankruptcy Court **[ECF No. 9]**

    D.    So Ordered Stipulation and Order Regarding Motion to Dismiss **[ECF No. 13]**

Status: This matter has been adjourned to a date to be determined.

### C. Lehman Brothers Inc.

12. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 4634**]

Response Deadline: November 7, 2012 at 4:00 p.m.

Responses Received: None.

Related Documents:

    A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates [**LBI ECF No. 4635**]

6

  B. Notices of Adjournment [**LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355, 5415, 5496**]

 Status: This matter has been adjourned to January 16, 2013 at 10:00 a.m.

13. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates [**LBI ECF No. 5197**]

 Response Deadline: August 8, 2012 at 4:00 p.m.

 Responses Received:

  A. Response of LBHI Entities [**LBI ECF No. 5211**]

  B. Limited Response of Barclays Capital Inc. [**LBI ECF No. 5212**]

  C. Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. [**LBI ECF No. 5213**]

  D. Trustee's Opposition [**LBI ECF No. 5215**]

  E. Declaration of Sarah L. Cave in Support of Trustee's Opposition [**LBI ECF No. 5216**]

  F. Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank [**LBI ECF No. 5217**]

 Related Documents:

  G. Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5198**]

  H. Declaration of Robert T. Honeywell in Support of Motion [**LBI ECF No. 5199**]

  I. FirstBank Puerto Rico's Reply in Further Support of Motion [**LBI ECF No. 5224**]

  J. Supplemental Declaration of Victor M. Barreras in Support of Motion [**LBI ECF No. 5225**]

  K. Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510**]

 Status: This matter has been adjourned to February 13, 2013 at 10:00 a.m.

7

14. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[LBI ECF No. 5129]**

Response Deadline:    September 12, 2012 at 4:00 p.m.

Responses Received:

- A. Trustee's Opposition to Motion of Elliott Management Corporation **[LBI ECF No. 5284]**

- B. Response of the Securities Investor Protection Corporation to Motion of Elliott Management Corporation **[LBI ECF No. 5282]**

- C. Limited Objection by Barclays Capital Inc. **[LBI ECF No. 5156]**

- D. Objection of Joy Global, Inc. **[LBI ECF No. 5274]**

- E. Limited Objection by PricewaterhouseCoopers AG, Zurich **[LBI ECF No. 5275]**

- F. Objection of Teva Pharmaceuticals **[LBI ECF No. 5277]**

- G. Objection of SL Green Realty Corp. **[LBI ECF No. 5278]**

- H. Objection of Belmont Insurance Company **[LBI ECF No. 5279]**

- I. Limited Objection and Request by the Joint Administrations of Lehman Brothers International (Europe) (In Administration) **[LBI ECF No. 5280]**

- J. Objection of LibertyView **[LBI ECF No. 5281]**

- K. Objection of Goldman Sachs Investment Partners Master Fund, L.P. **[LBI ECF No. 5283]**

- L. Joinder of PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. to Objection of LibertyView **[LBI ECF No. 5285]**

- M. Response of Lehman Brothers Holdings Inc. **[LBI ECF No. 5287]**

- N. LBHI Official Committee of Unsecured Creditors' Statement **[LBI ECF No. 5297]**

- O. Response and Reservation of Rights of the Ad Hoc Group of Lehman Brothers Creditors **[LBI ECF No. 5298]**

Related Documents:

    P.    Notices of Adjournment **[LBI ECF Nos. 5143, 5155, 5206, 5528]**

    Q.    Elliott Management Corporation's Reply in Further Support of Motion **[LBI ECF No. 5316]**

Status:  This matter has been adjourned to January 16, 2013 at 10:00 a.m.

15. Trustee's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim (I) Objections Procedures and (II) Settlement Procedures [**LBI ECF No. 5392**]

    Response Deadline:  November 7, 2012 at 4:00 p.m., extended by agreement for certain parties to December 10, 2012 at 12:00 p.m.

    Responses Received:  None to date.

Related Documents:

A.     Order Signed on 11/15/2012 Approving General Creditor Claim Objection Procedures [**LBI ECF No. 5441**]

B.     Notice of Adjournment [**LBI ECF No. 5533**]

Status:  This matter has been adjourned solely as it relates to the Settlement Procedures to January 16, 2013 at 10:00 a.m.

Dated: December 11, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: December 11, 2012
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.