WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                        :
                Debtors.                :   (Jointly Administered)
                                        :
                                        :
------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT
### OF OBJECTION TO CLAIM NO. 17588 FILED BY
### LOGAN HOTELS AND RESORTS, MEXICO, S.A. de c.v. et al.

**PLEASE TAKE NOTICE** that the hearing on the *Objection to Claim No. 17588 Filed by Logan Hotels and Resorts, Mexico, S.A. de c.v. et al.* [ECF No. 29174] that was scheduled for December 12, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  December 11, 2012
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates