B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA SPV I LLC | JAK AMRAM |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TCA SPV I LLC
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn: Tim Andriks
Email: tandriks@taconiccap.com
Phone: 212.318.3606

Court Claim # (if known): 13687
Amount of Claim: $4,542,224.00
Date Claim Filed: 9/16/09
Debtor: Lehman Brothers Holdings Inc.

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn: David Karp
Email: david.karp@srz.com
Phone: 212.756.2175

With a copy to:

White & Case LLP
5 Old Broad Street
London EC2N 1DW
United Kingdom
Attn: Peter Finlay
Email: pfinlay@whitecase.com
Phone: 44 207 532 2100

Phone:_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct. #:_____

DOC ID-19249975.7

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

DOC ID-19249975.7

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 26 November 2012

Transferee/Transferee's Agent
Kelly Hampaul
Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID-19256076.1

Acknowledged and agreed:

By: _____        Date: 26 November 2012
    Transferor/Transferor's Agent

DOC ID-19249975.7