B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TCA SPV I LLC</u>                                    <u>Harlan Investments (G)</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>13789</u>
should be sent:                                       Amount of Claim: <u>$638,229.00</u>
                                                      Date Claim Filed: <u>9/16/09</u>
TCA SPV I LLC                                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn: Tim Andriks
Email: tandriks@taconiccap.com
Phone: 212.318.3606

With a copy to:                                       With a copy to:

Schulte Roth & Zabel LLP                              White & Case LLP
919 Third Ave.                                        5 Old Broad Street
New York, New York 10022, USA                         London EC2N 1DW
Attn: David Karp                                      United Kingdom
Email: david.karp@srz.com                             Attn: Peter Finlay
Phone: 212.756.2175                                   Email: pfinlay@whitecase.com
                                                      Phone: 44 20 7532 2100


Phone:_____                Phone:_____
Last Four Digits of Acct #:_____              Last Four Digits of Acct. #:_____

DOC ID-19329124.1

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

Acknowledged and agreed:

By: _____     Date: 26 November 2012
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 26 November 2012
   Transferee/Transferee's Agent
   Kelly Hampaul
   Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID-19329124.1