UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                                     ) ss.:
COUNTY OF NEW YORK  )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2. On December 7, 2012, I served true copies of the **Supplemental Declaration of James P. Wallin In Support of Response of AllianceBernstein L.P. to (1) Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 16856], and (2) Debtors' One Hundred Ninety-Eight Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 19902]**, [the declaration is filed under Docket No. 32636] on the parties in the attached service list by hand-delivery.

By: _____
Nathanael F. Meyers

Sworn to before me this
11th day of December, 2012

_____
Notary Public
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2014

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Robert J. Lemons, Esq.
     Mark Bernstein, Esq.

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
     Elisabth Gasparini, Esq.
     Andrea Schwartz, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.
     Evan Fleck, Esq.