B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.     Case No. 08-13555 (JMP)
                                                          (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA SPV I LLC | Rider Investments Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 13791<br>Amount of Claim: $683,429.00<br>Date Claim Filed: 9/16/09<br>Debtor: Lehman Brothers Holdings Inc. |
|---|---|
| TCA SPV I LLC<br>c/o Taconic Capital Advisors LLC<br>450 Park Avenue, 9th Floor<br>New York, NY 10022, USA<br>Attn: Tim Andriks<br>Email: tandriks@taconiccap.com<br>Phone: 212.318.3606 | |
| With a copy to: | With a copy to: |
| Schulte Roth & Zabel LLP<br>919 Third Ave.<br>New York, New York 10022, USA<br>Attn: David Karp<br>Email: david.karp@srz.com<br>Phone: 212.756.2175 | White & Case LLP<br>5 Old Broad Street<br>London EC2N 1DW<br>United Kingdom<br>Attn: Peter Finlay<br>Email: pfinlay@whitecase.com<br>Phone: 44 207 532 2100 |
| Phone:_____<br>Last Four Digits of Acct #:_____ | Phone:_____<br>Last Four Digits of Acct. #:_____ |

DOC ID-19256076.1

08-13555-mg    Doc 32731    Filed 12/11/12    Entered 12/11/12 14:17:43    Main Document
Pg 2 of 4

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:_____
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID-19256076.1

Acknowledged and agreed:

By: _____    Date: 26 November 2012
Transferor/Transferor's Agent

DOC ID-19256076.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 26 November 2012
Transferee/Transferee's Agent
Kelly Hampaul
Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID-19249975.7