UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 43973 filed against Lehman Brothers Holdings Inc. and proof of claim number and 43974 filed against Lehman Brothers Special Financing Inc. by FHC Master Fund, Ltd., each in the amount of $49,825,135.24 (the "Claims").

PLEASE TAKE NOTICE that, through its undersigned representative, FHC Master Fund, Ltd. hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. FHC Master Fund, Ltd. represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44156373\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon FHC Master Fund, Ltd. on November 28, 2012, the issuance of which was noticed in a filing with the Court on November 30, 2012.

Dated: December 11, 2012
      New York, New York

| /s/ *Eunice Rim Hudson* | /s/ *Robert J. Lemons* |
|---|---|
| Eunice Rim Hudson | Robert J. Lemons |
| K&L GATES LLP | WEIL, GOTSHAL & MANGES LLP |
| 599 Lexington Ave. | 767 Fifth Avenue |
| New York, New York 10022 | New York, New York 10153 |
| Telephone: (212) 536-3900 | Telephone: (212) 310-8000 |
| Facsimile: (212) 536-3901 | Facsimile: (212) 310-8007 |
| *Attorneys for FHC Master Fund, LTD.* | *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates* |