UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :    08-13555 (JMP)
                                                           :
                                Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claims numbered 17299 and 16850 against Lehman Brothers Holdings Inc. by Paloma Industries Nogata Plant, Ltd., each filed in the amount of $16,000,000 (together, the "Claims").

PLEASE TAKE NOTICE that, through their undersigned representative, Paloma Industries Nogata Plant, Ltd. hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. Paloma Industries Nogata Plant, Ltd represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena dated September 27, 2012 concerning Paloma Industries Nogata Plant, Ltd., the issuance of which was noticed in a filing with the Court on October 1, 2012.

Dated: December 11, 2012
       New York, New York

Name: Mr. Hiroaki Kobayashi
Title: Chief Executive Officer
Paloma Industries Nogata Plant, Ltd.

名古屋市瑞穂区祇園町6番23号
株式会社パロマ工業直方工場
代表取締役 小 林 弘 明

---

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212)310-8000

*Attorneys for Lehman Brothers Holdings Inc.*