**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                                   :
In re                                              :        **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :        **08-13555 (JMP)**
                                                   :
                    **Debtors.**                   :        **(Jointly Administered)**
                                                   :
                                                   :        **Ref. Docket Nos. 32650-32652**
-------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 7, 2012, I caused to be served the:

    a)  "Notice of Hearing on Three Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims)," dated December 7, 2012, to which was attached the "Three Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Claims)," dated December 7, 2012 [Docket No. 32650], (the "377th Omnibus Objection"),

    b)  "Notice of Hearing on Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims)," dated December 7, 2012, to which was attached the "Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims)," dated December 7, 2012 [Docket No. 32651], (the "378th Omnibus Objection"), and

    c)  "Notice of Hearing on Three Hundred Seventy-Ninth Omnibus Objection to Claims (Subordinated Guarantee Claims)," dated December 7, 2012, to which was attached the "Three Hundred Seventy-Ninth Omnibus Objection to Claims (Subordinated Guarantee Claims)," dated December 7, 2012 [Docket No. 32652], (the "379th Omnibus Objection"),

    by causing true and correct copies of the:

    i.   377th Omnibus Objection, 378th Omnibus Objection and 379th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   377th Omnibus Objection, 378th Omnibus Objection and 379th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.   377th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   378th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.   379th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
10th day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

## Email Addresses

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

2

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com

igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com

3

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com

mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com

pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AVILA MESQUITA LOPES, MARIA HELENA | R. DO CARREGAL, N 50 PALMEIRA PALMEIRA BRG 4700-687 PORTUGAL |
| AZEVEDO MAIA, TERESA MARIA | R QUIRES, 238 VILAR DE PINHEIRO 4485-942 PORTUGAL |
| BALSEMO FINANCE SA | 60 MARKET SQUARE P.O. BOX 364 BELIZE CITY BELIZE |
| BALSEMO FINANCE SA | PORTLAND HOUSE GLACIS ROAD P.O. BOX 475 GIBRALTAR GIBRALTAR |
| BANCO COOPERATIVO ESPANOL, S.A. | ATTN: JUAN ANTONIO MERINO / IGNACIO BENLLOCH VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN |
| BANCO COOPERATIVO ESPANOL, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: VILA DESPUJOL, MIGUEL & CARMEN GRIFOLL DE LA ESPERANZA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GARCIA-MILA PALAUDARIAS, JAIME & ROSA M MATEU SOLE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: MATELLANES MARTIN MATEOS, JOSE M. & MERCEDES DE AZPIAZU GELABERT ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CORDONCILLO FONTANET, FRANCISCO J. & MARIA DEL ROSER MITJAVILA GARCIA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: ORIOL DE MINGO, MANUEL, MERCEDES BITAUBE CORTES ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: JUANALS GARCIA, JUAN & ANNA BELLVEHI SOLER ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: COLLET CABOT, JOAN & ROSA FISA PLANA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CARDENO FORASTERO, JOSE ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HERRERO MORO, MARIA DEL MILAGRO & PEDRO HERNANDEZ DEL SANTO ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: HIJOS RAUBERT, ESTEBAN & MARIA JESUS GAGO MOREDA ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: CERDA BARO, AGUSTIN; ROSA MUSSONS SALABERT ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: GINE DAVI, JOSE & MARIA CARIDAD ROGER PLANAS ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| COCA VANO, FRANCISCO JOSE | C/MANUEL DEL VALLE, 16,5 DCHA MADRID 28043 SPAIN |
| CONCEICAO RIBEIRO CARDOSO, MARIA LISETA | RUA ENXOMIL, 560-MIRAMAR ARCOZELO VNG 4405-056 PORTUGAL |
| FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA OR | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA OR | CORCEGA 89, ATICO 2 BARCELONA 08029 SPAIN |
| GARCIA, CRISTINA | TRANSFEROR: MYA INVESTMENTS SA C/O BPI AV. LIBERDADE 180 A 8. LISBOA 1250-146 PORTUGAL |
| GARCIA, MARTA | TRANSFEROR: MYA INVESTMENTS SA C/O BPI AV. LIBERDADE 180 A 8. LISBOA 1250-146 PORTUGAL |
| GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH | AVDA. PRAT DEL A RIBA, 54 BAJOS GRANOLLERS (BARCELONA) 08401 SPAIN |
| GONZALEZ GASCH, ESTEBAN | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, ESTEBAN | JULIA CENTELLES, 14, 4-2 GRANOLLERS 08402 SPAIN |
| GONZALEZ GASCH, HELENA | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, HELENA | PRINCEP DE VIANA, 15, 1-2 GRANOLLERS (BARCELONA) 08400 SPAIN |
| GONZALEZ GASCH, MERCEDES | CAJA DE CREDITO DE LOS INGENIEROS, SCC ATTN: JOAN CAVALLE VIA LAIETANA, 39 |

| Claim Name | Address Information |
|---|---|
| GONZALEZ GASCH, MERCEDES | BARCELONA 08003 SPAIN |
| GONZALEZ GASCH, MERCEDES | PRAT DE LA RIBA, 54 GRANOLLERS (BARCELONA) 08400 SPAIN |
| MACHADO MACIEL BELEZA FERRAZ TORRES, MARIA EMILIA | AV. COMBATENTES GRANDE GUERRA, N 101 BARCELOS 4750-279 PORTUGAL |
| MACHADO, FRANCISCO ANTONIO | RUA DOS ACORES 28 PIRESCOXE SANTERIA DE AZOEA 2690 487 PORTUGAL |
| MARTINS BORGES, JOSE BALTAZAR | R. DA LAMEIRA NO. 22 GUALTAR BRAGA 4710-093 PORTUGAL |
| MICO RAUSELL, JUAN VICENTE | MARIA SEGIMON, ESQ. DLA PIPER SPAIN S.L. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| MICO RAUSELL, JUAN VICENTE | AV. BURJASOT 29 BIS, PUERTA 26 A VALENCIA 46009 SPAIN |
| MICO RAUSELL, JUAN VICENTE | WILLIAM M. GOLDMAN, SEQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| PHOENIX LIFE ASSURANCE LIMITED | HELD BY THE BANK OF NEW YORK DEPOSITORY (NOMINEES) LTD THE PEARL CENTRE LYNCHWOOD PETERBOROUGH PE2 6FY UNITED KINGDOM |
| PHOENIX LIFE ASSURANCE LIMITED | AXIAL INVESTMENT MANAGEMENT LIMITED MIDDLE OFFICE SENTINEL HOUSE 16 HARCOURT STREET LONDON W1H 4AD UNITED KINGDOM |
| REYMEN, EDMOND | K. DE PRETERLEI 42 BORGERHOUT 2140 BELGIUM |
| RIBEIRO DIAS CARDOSO, CARLA ISABEL | R ARQ CASSIANO BARBOSA, 698 - 8 0 ESQ PORTO 4100-012 PORTUGAL |
| RIBEIRO DIAS CARDOSO, RUI ORLANDO | TV JOSE CAMARINHA BARROTE, 98 ARCOZELO ARCOZELO VNG 4410-401 PORTUGAL |
| SPARKASSE LEVERKUSEN | FRIEDRICH-EBERT-STR. 39 LEVERKUSEN 51373 GERMANY |
| STADTSPARKASSE WUPPERTAL | ISLANDUFER 15 WUPPERTAL 42103 GERMANY |
| STEINHARDT, PEDRO | AMENABAR 1572 P2 "A" BUENOS AIRES 1426 ARGENTINA |
| UNIVERSAL LEVEN INZAKE CUM LAUDE LIJFRENTE | BUIZERDLAAN 12 NIEUWEGEIN 3435 SB NETHERLANDS |
| WILLEMS, SIMONE | KREGLINGERSTRAAT 39 DEURNE (ANTWERPEN) B-2100 BELGIUM |

Total Creditor count  48

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABE VENTURES | 60 MARKET SQUARE PO BOX 364 BELIZE CITY BZ BELIZE |
| ABE VENTURES | CRISTOVAO HENRIQUES 2 BIS, RUE DU BOIS PRIE-DIEU 94440 FRANCE |
| ADIZA HOLDINGS INC. | 60 MARKET SQUARE PO BOX 364 BZ BELIZE CITY BELIZE |
| ADIZA HOLDINGS INC. | MANUEL GONCALVES OLIVEIRA 28, RUE MOLIERE 94430 CHENNEVIER FRANCE |
| AGOSTINHO LOURENCO RASCAO, MANUEL | 23 R GUYARD DELALAIN AUBERVILLIERS 93300 FRANCE |
| ANDORRA BANC AGRICOL REIG, S.A. ("ANDBANC") | C/ MANUEL CERQUEDA ESCALER, 6 ESCALDES-ENORDANY ANDORRA |
| BANCA ALETTI & C. S.P.A. | ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| BANCA CARIGE SPA | VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY |
| BANCA CARIGE SPA | LUCA AMELOTTI BANCA CARIGE SPA VIA CASSA DI RISPARMIO 15 OFFICE 903 FINANZA POST TRADING GENOVA 16123 ITALY |
| BANCA FIDEURAM SPA | F/K/A BANCA SARA S.P.A. PIAZZALE GIULIO DOUHET 31 ROME 00143 ITALY |
| BANCA FINNAT EURAMERICA SPA | MR. SAVERIO RIZZUTI PIAZZA DEL GESU 49 ROMA 00187 ITALY |
| BANCA IMI SPA | ATTN: LEGAL DEPT P. GIORDANO DELL 'AMORE 3 MILANO 20121 ITALY |
| BANCA INTERMOBILIARE | DI INVESTMENT E GESTIONI SPA: MR. BALLARINI STEFANO-HEAD OF LEGAL AND COMPLIANCE DEPARTMENT VIA GRAMSCI 7 TURIN 10121 ITALY |
| BANCA MARCH, S.A. | AUDA. ALEJANDRO ROSSELLO 8 PALMA DE MALLORCA BALEARES - PALMA DE MALLORCA 07002 SPAIN |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA SELLA HOLDING SPA | VIA ITALIA, 2 BIELLA 13900 ITALY |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK LEUMI USA | ATTN: DONALD BITTKER 562 FIFTH AVENUE NEW YORK NY 10036 |
| BANK OF SINGAPORE LIMITED | ATTN: DANIEL SIA KOK LEONG, HEAD OF SECURITIES OPERATIONS ATTN: ERIC TEH EN-LIM, HEAD OF LEGAL 9 RAFFLES PLACE #08-01, REPUBLIC PLAZA 048619 SINGAPORE |
| BANK OF SINGAPORE LIMITED | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN, ESQ. & SARA M. TAPINEKIS ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANK OF VALLETTA P.L.C. | C/O PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND |
| BANKINTER, SA | ATTN: ANA ISABEL CASUSO ROMERO PASEO DE LA CASTELLANA, 29 28046 MADRID SPAIN |
| BANQUE LB LUX S.A. | ATTN: RICHARD ROJANSKI 3, RUE JEAN MONNET LUXEMBOURG 2180 LUXEMBOURG |
| BANQUE POPULAIRE COTE D'AZUR, MONACO | TRANSFEROR: UBS AG SPORTING D'HIVER, PLACE DU CASINO B.P. 207 MONACO CEDEX 98004 MONACO |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| BENTHEM, J. | DE RODER 14 GRYPSKERK 9843 BM NETHERLANDS |
| BLOMINVEST BANK S.A.L. | P.O. BOX 11-1540 RIAD EL SOLH BEIRUT 1107 2080 LEBANON |
| CASSA DI RISPARMIO DI BRA SPA | VIA PRINCIPI DI PIEMONTE 12 BRA (CN) 12042 ITALY |
| CASSA DI RISPARMIO DI SALUZZO S.P.A. | ATTN: DANIELA ANDREIS CORSO ITALIA, 86 SALUZZO (CUNEO) 12037 ITALY |
| CONSULNOR SERVICIOS FINANCIEROS SOCIEDAD DE VALORE | GRAN VIA, 38-2 BILBAO(VIZCAYA) 48009 SPAIN |
| CREDIT ANDORRA, S.A. | ATTN: JOAN MARC CAMINAL AV. MERITXELL 80, EDIFICI B, PLANTA 5 ANDORRA LA VELLA AD500 SPAIN |
| CREDIT ANDORRA, S.A. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: DR. STEPHAN ROST PLATZ DER REPUBLIK FRANKFURT AM MAIN 60265 GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| EFG EUROBANK ERGASIAS SA | ATTN: DIMOS ARHODIDIS & ALEXANDER TSOURINAKIS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| F.E.J.M. BEMELMANS BEHEER B.V. | PRINS FLORISLAAN 5 BADHOEVEDORP 1171 LN NETHERLANDS |
| FALASIA LTD | 60 MARKET SQUARE PO BOX 364 BELIZE CITY BZ BELIZE |
| FALASIA LTD | JOSE ROCHA 19 RUE DES BEAUX SITES EUBONNE 95600 FRANCE |
| FELBAR FINANCE LTD | ATTN: JOHN KEMPER 60 MAREKT SQUARE- BOX 364 BELIZE CITY BELIZE |
| FRANKFURTER SPARKASSE | NEUE MAINZER STR. 47-53 FRANKFURT AM MAIN 60255 GERMANY |
| FRESA SA | 60 MARKET SQUARE PO BOX 364 BELIZE CITY B2 BELIZE |
| FRESA SA | FRANCELINO BARBOSA GONCALVES 6 BIS AVE DE ROSIERS ST GUEN 93400 FRANCE |
| GONCALVES, CARLOS ALBERTO | 21 RUE TURBIGO RAMIS 75002 FRANCE |
| GUTIERREZ-GAMERO COLL, ANTONIO / | & MARIA DEL CARMEN VILLALOBOS RODRIGUEZ C/ OBISPO SIVILLA 48 3 1 BARCELONA 08022 SPAIN |
| GUTIERREZ-GAMERO COLL, ANTONIO / | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| GUTIERREZ-GAMERO COLL, ANTONIO / | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HIDALGO CHUECA, MARINO / | CONSUELO LOPEZ PESTONIT CM LAS ARENAS 610 3 SOMIO 33203 GIJON (ASTURIAS) SPAIN |
| HIDALGO CHUECA, MARINO / | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| HIDALGO CHUECA, MARINO / | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| INTER LEBENSVERSICHERUNG AG | ATTN: HOLGER WENTZ ERZBERGERSTR. 9-15 MANNHEIM 68165 GERMANY |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| JIMOR INTERNATIONAL SA | MARIO DE SOUSA ROSA 163 BOULEVARD PARIS 75016 FRANCE |
| JIMOR INTERNATIONAL SA | MILL MALL SUITE 6 WICKHAMS CAY 1 ROAD TOWN, TOROLA VIRGIN ISLANDS (BRITISH) |
| JULLENS-VENEMA, E.J. | DE SAVORNIN LOHMANLAAN 49 GRONINGEN 9722 HD NETHERLANDS |
| KRAUSKOPF, DIETER | LILIENWEG 4 D 41564 KAARST GERMANY |
| L'AUXILIAIRE | 50 COURS FRANKLIN ROOSEVELT LYON 69006 FRANCE |
| LEEUW J.A. | ZORGVRIJ 6 MAREN 9751 SM NETHERLANDS |
| LEUMI PRIVATE BANK LTD | F/K/A BANQUE SAFDIE SA 1, RUE DE LA TOUR-DE-L'ILE CASE POSTALE 5415 GENEVA 11 CH-1211 SWITZERLAND |
| LEUMI PRIVATE BANK LTD | EDWARD NEIGER 317 MADISON AVE FL 21 NEW YORK NY 10017-5208 |
| LUIS LOPEZ ARENAS, JOSE | C/ LAFUENTE 26 03009 ALICANTE SPAIN |
| LUIS LOPEZ ARENAS, JOSE | DLA PIPER SPAIN S.L. ATTN: MARIA SEGIMON, ESQ. PASEO DE LA CASTELLANA, 35-2 MADRID 28046 SPAIN |
| LUIS LOPEZ ARENAS, JOSE | DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MAYFLOWER INVESTMENTS OVERSEAS LIMITED | C/O 31/F THE CENTER 99 QUEEN'S ROAD CENTRAL HONG KONG |
| MERRILL LYNCH BANK (SUISSE) S. A. | AS AGENT FOR ITS CUSTOMERS 13, ROUTE DE FLORISSANT CASE POSTALE 3070 GENEVE 3 1211 SWITZERLAND |
| MITTELBRANDENBURGISCHE SPARKASSE IN POTSDAM | SAARMUNDER STR. 61 POTSDAM 14478 GERMANY |
| NORWICH CORPORATION | ATTN: NORMAN FRIESEN PROVINCE HOUSE EAST WING / EAST HILL STREET PO BOX CB 12399 NASSAU BAHAMAS |
| OFI ALPHA ALTERNATIVE MANDATES | C/O OFI ASSET MANAGEMENT 1 RUE VERNIER PARIS 75017 FRANCE |
| PETERCAM BANK N.V. | DE LAIRESSESTRAAT 180 AMSTERDAM 1075 HM NETHERLANDS |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |
| PIETERSEN, KIRSTEN P | DERDE HELMERSSTRAAT 76-II AMSTERDAM BL 1054 NETHERLANDS |
| RAVESLOOT BEHEER BV. | KEIZER KAREL PLEIN 1 AMSTELVEEN 1105 HL NETHERLANDS |
| RAVESLOOT BEHEER BV. | RAVESLOOT BEHEER BR PB 2211 AMSTELREEN 1180 EE THE NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| RBC DOMINION SECURITIES | ATTN: LANCE LONGMORE 277 FRONT STREET W. 4TH FLOOR TORONTO, ONTARIO M5V 2X4 CANADA |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND |
| ROTHSCHILD BANK AG (AS NOMINEE) | ZOLLIKERSTRASSE 181 ZURICH 8034 SWITZERLAND |
| SA NOSTRA – CAIXA DE BALEARS | ATTN: ASUNCION CONTRASTA BRINAS C/ RAMON LLULL 2 PALMA DE MALLORCA 07007 SPAIN |
| SA NOSTRA – CAIXA DE BALEARS | ASUNCION CONTRASTA SA NOSTRA – CAIXA DE BALEARS C/TER 16. POLIGONO SON FUSTER PALMA DE MALLORCA 07009 SPAIN |
| SA NOSTRA – CAIXA DE BALEARS | JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SA NOSTRA – CAIXA DE BALEARS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SCHEUTER, JOSEF | RAMBLA WILLIMAN Y CALLE 32 PUNTA DEL ESTE 20100 URUGUAY |
| SCHNABEL, ELSE | TRANSFEROR: BERENBERG BANK, JOH. BERENBERG, GOSSLER & CO. KG SASELBERGWEG 51 HAMBURG 22395 GERMANY |
| SCHUSTER DR. JOERG | LEHARSTRASSE 38 KLAGENFURT A-9020 AUSTRIA |
| SEMPER CONSTANTIA PRIVATBANK AG | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20 LAUSANNE 1001 SWITZERLAND |
| SNS GLOBAL CUSTODY B.V. / CLTS SNS SECURITIES | PETTELAARPARK 120 'S-HERTOGENBOSCH 5216 PJ NETHERLANDS |
| SNS SECURITIES NV | NIEUWEZIJDS VOORBURGWAL 162 AMSTERDAM 1012 SJ NETHERLANDS |
| SPARKASSE KOLNBONN | HAHNENSTRASSE 57 KOLN 50667 GERMANY |
| STAALBANKIERS N.V. | ATTN: E. SCHILS POSTBUS 327 2501 CH DEN HAAG NETHERLANDS |
| TIJHUIS, J.A.M. | KLINGERBERSSINGEL 221 VENLO 5925 AH NETHERLANDS |
| TRANSXCOM B.V. | POPULIERENWEG 3 HENGELO OU 1556 HA NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VAN MEURS, JOSJA | A/B/A P. BIERENBROODSPOT ZONNELAAN 10 HAARLEM 2012 TC NETHERLANDS |
| WIERING, L.J.R. | MR. P.J. TROELSTRASTRAAT 129 HENGELO OV 7556 EK NETHERLANDS |

**Total Creditor count  98**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE ATTN: LEGAL PRODUCTS & SERVICES P.O. BOX, CH-8010 ZURICH CH-8010 SWITZERLAND |
| DE LA ROSA DIAZ, JOSE ANTONIO | CALLE JULIAN SANZ IBANEZ 44 4-C ZARAGOZA 50017 SPAIN |
| DEL CAMPO, LUCIA | LIORNA 6523 APTO 201 MONTEVIDEO 11500 URUGUAY |
| EITO EITO, ANGELES | CALLE DOCTOR CERADA 14-16 ESE. 2, 6 ZARAGOZA 50005 SPAIN |
| GELDARD, CHRISTINE L. | CL CUENCA 23 TORRELAMATA ALICANTE 03188 SPAIN |
| GONZALEZ ROQUET, MARIA | CALLE VERONICA 16 4 IZQ. ZARAGOZA 50001 SPAIN |
| HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | MR. JOSEPH PETHES BLOCK 5, FLAT 5B 83 CASTLE PEAK ROAD KWU TUNG SHEUNG SHUI, N.T. HONG KONG |
| HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | TRANSFEROR: CITIBANK, N.A. SINGAPORE BRANCH ATTN: CORPORATE ACTIONS 8 RUE LOU HEMMER L-1748 LUXEMBOURG FINDEL LUXEMBOURG LUXEMBOURG |
| ILDEFONSO LACASTA MARCH | C/MANILA N 51, 1, 2A BARCELONA 08034 SPAIN |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JUVENTIS INTERNATIONAL LIMITED | LEVEL 13 1 QUEEN'S ROAD CENTRAL HONG KONG |
| LIN CHAN, HING | SHUK YI LIU, IVY 3A BLOCK 32 GREENWOOD TERRACE 26-28 SUI WO ROAD FO TAN HONG KONG |
| NORDEA BANK, S.A. | TRANSFEROR: CITIBANK, N.A. SINGAPORE BRANCH ATTN: GOS-CUSTODY DEPT. 562, RUE DE NEUDORF P.O. BOX 562 G.D. LUXEMBOURG L-2015 LUXEMBOURG |
| PARDO CORDERO, EMILIO | CHEMIN D'ARBEILLAT (HARAS) 64490 ACCOUS ACCOUS 64490 FRANCE |
| PHOENIX LIFE ASSURANCE LIMITED | HELD BY THE BANK OF NEW YORK DEPOSITORY (NOMINEES) LTD THE PEARL CENTRE LYNCHWOOD PETERBOROUGH PE2 6FY UNITED KINGDOM |
| PHOENIX LIFE ASSURANCE LIMITED | AXIAL INVESTMENT MANAGEMENT LIMITED MIDDLE OFFICE SENTINEL HOUSE 16 HARCOURT STREET LONDON W1H 4AD UNITED KINGDOM |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |
| PLENTYWEALTH INVESTMENT CO. LTD | ROOM 2206 22/F 118 CONNAUGHT ROADWEST HONG KONG HONG KONG |
| ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED | TRANSFEROR: CITIBANK SINGAPORE LIMITED ATTN: CORPORATE ACTIONS 19-21 BROAD STREET ST HELIER JERSEY JE1 8PB CHANNEL ISLANDS |
| ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED | TRANSFEROR: CITIBANK SINGAPORE LIMITED 19-21 BROAD STREET ST. HELIER, JERSEY JE1 8PB CHANNEL ISLANDS |
| ZARNICKI, ABRAHAM E. | CORRIENTES 3872 5TH C 1194 - BUENOS AIRES ARGENTINA |

**Total Creditor count  21**