B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Taconic Capital Partners 1.5 L.P.</u>
Name of Transferee

<u>TCA SPV I LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Taconic Capital Partners 1.5 L.P.
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn: Reinhold Adam
Email: radam@taconiccap.com
Phone: +44 (0) 207 518 2523

Court Claim # (if known): <u>13789</u>
Amount of Claim: <u>$638,229.00</u>
Date Claim Filed: <u>9/16/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn: David Karp
Email: david.karp@srz.com
Phone: 212.756.2175

Phone:_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct. #:_____

DOC ID - 19446489.1

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

DOC ID - 19446489.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: *December 12, 2012*
    Kelly Hampaur's Agent
    Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID - 19446489.1

Acknowledged and agreed:

By: _____    Date: *December 12, 2012*
Transferor/Transferor's Agent

Zachary Levenick
Principal

DOC ID - 19446489.1
14