B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Taconic Capital Partners 1.5 L.P.
Name of Transferee

TCA SPV I LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 13791
Amount of Claim: $683,429.00
Date Claim Filed: 9/16/09
Debtor: Lehman Brothers Holdings Inc.

Taconic Capital Partners 1.5 L.P.
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn:  Reinhold Adam
Email:  radam@taconiccap.com
Phone:  +44 (0) 207 518 2523

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn:  David Karp
Email:  david.karp@srz.com
Phone:  212.756.2175

Phone:_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct. #:_____

DOC ID - 19445954.1

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____                    Date: _December 12, 2012_
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Kelly Hampaul
Principal

DOC ID - 19445954.1

Acknowledged and agreed:

By: _____
        Transferor/Transferor's Agent

        Zachary Levenick
        Principal

Date: December 12, 2012

DOC ID - 19445954.1
9