WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
                                                   :
         Debtors.                                  :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**THREE HUNDRED SIXTY-NINTH OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE CLAIMS) SOLELY AS TO CLAIM NUMBER 22682**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Sixty-Ninth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 31992] *solely* with respect to the claim of Longue Vue Partners, proof of claim number 22682 ("Claim No. 22682"). The Plan Administrator reserves its rights to object to Claim No. 22682 on any grounds in the future.

Dated:  December 11, 2012
        New York, New York

                                                    /s/ Robert J. Lemons
                                                    Robert J. Lemons

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates