UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Barclays Multi-Manager Fund PLC ("Barclays"), by its undersigned counsel, hereby withdraws proof of claim number 15007 filed by Barclays against Lehman Brothers Holdings, Inc. ("LBHI") on September 17, 2009 in the amount of $90,614.00 and authorizes the claims agent duly appointed in the above-captioned chapter 11 cases to reflect this withdrawal on LBHI's official claims register.

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings, Inc. 08-13555 (JMP) |
| **Creditor Name and Address:** | Barclays Multi-Manager Fund PLC c/o Robert T. Honeywell, Esq. K&L Gates LLP 599 Lexington Avenue New York, NY 10022 |
| **Claim Number:** | 15007 |
| **Date Claim Filed:** | September 17, 2009 |
| **Total Amount of Claim:** | $90,614.00 |

Dated:  December 12, 2012
        New York, New York

**K&L GATES LLP**

/s/     *Eunice Hudson*
Eunice Rim Hudson
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900 (telephone)
(212) 536-3901 (facsimile)

*Attorneys for Barclays Multi-Manager Fund, PLC*

NY-1015743 v1