

RECEIVED
DEC 1 0 2012
U.S. BANKRUPTCY COURT

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,        Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Walter Steinhauser | Bank Vontobel AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stammersdorfer Straße 143/1/15
1210 Vienna
Austria

Phone: +43 664 820 9 734
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Bank Austria
IBAN: AT781200052786046201
BIC: BKAUATWW

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 67373
Date Claim Filed: Nov 02, 2009
Amount of Claim: € 13000
Portion of Claim Transferred (see Schedule I): ISIN XS0252173066

Phone: _____
Last Four Digits of Acct. #: 8004

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Walter Steinhauser_        Date: 27. 11. 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.