UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                             :    Chapter 11 Case No.
                                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (JMP)
                                                                                     :    (Jointly Administered)
                        Debtors.                                          :
                                                                                     :
------------------------------------------------------------------x    Ref. Docket Nos. 32403, 32411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 6, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    /s/ Lauren Rodriguez
                                                                    Lauren Rodriguez

Sworn to before me this
12th day of December, 2012
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   DEUTSCHE BANK AG, LONDON BRANCH
              TRANSFEROR: CFIP MASTER FUND, LTD.
              ATTN: RICH VICHAIDITH
              60 WALL ST., 3RD FLOOR
              NEW YORK NY 10005

Additional:

Transferee:   SOLUS RECOVERY FUND LP
              C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
              ATTN: COMPLIANCE DEPT.
              410 PARK AVENUE, 11TH FLOOR
              NEW YORK NY 10022

**Your transfer of claim #   17533   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number 32403                Date 11/09/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 6, 2012.

# EXHIBIT B

```
TIME: 16:52:04                          LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 12/06/12                               CREDITOR LISTING

Name                              Address
DEUTSCHE BANK AG,LONDON BRANCH    TRANSFEROR: CFIP MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EHLERS, IGNACIO LOZANO            C/ MOLINA N 17 MADRID  28029 SPAIN
SOLUS RECOVERY FUND LP            C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
TANNOR PARTNERS CREDIT FUND, LP   150 GRAND STREET, STE 401 WHITE PLAINS NY 10601

Total Number of Records Printed       4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC