UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                    Debtors.                        :
                                                    :
---------------------------------------------------------------x    Ref. Docket No. 32208, 32395,
                                                         32407, 32410, 32415, 32424, 32427,
                                                         32455-32465

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
12th day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 32768    Filed 12/12/12    Entered 12/12/12 19:38:09    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CITIBANK, N.A.                                CITIBANK, N.A.
     ATTN: MARIA ELIZABETH COLL                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
     601 LEXINGTON AVENUE, 17TH FLOOR              ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10022                             1285 AVENUE OF THE AMERICAS
                                                   NEW YORK NY 10019-6064
```

Please note that your claim # 55393-17 in the above referenced case and in the amount of $250,000.00 allowed at $256,277.21 has been transferred **(unless previously expunged by court order)**

```
HSBC PRIVATE BANK MONACO S.A.
TRANSFEROR: CITIBANK, N.A.
ATTN: GEROME VICENTE
17 AVENUE D'OSTENDE
MONACO    MC 98000
MONACO
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32407 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/07/2012                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 7, 2012.

# EXHIBIT B

08-13555-mg    Doc 32768    Filed 12/12/12    Entered 12/12/12 19:38:09    Main Document
Pg 4 of 5

```
TIME: 15:10:51                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 12/07/12                                         CREDITOR LISTING

Name                                              Address
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.           ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA  40124 ITALY
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BAUPOST GROUP SECURITIES LLC                      TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS
                                                  NEW YORK NY 10036-8704
CASSA DI RISPARMIO IN BOLOGNA                     TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. ATTN: ALESSANDRO FERRIANI VIA FARINI, 22 BOLOGNA 40124 ITALY
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: HSBC ASSURANCE VIE (FRANCE) ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM
CITIBANK, N.A.                                    ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013
CITIBANK, N.A.                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CREDITO EMILIANO S.P.A.                           ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CVF LUX FINCO, LLC                                TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CVF LUX MASTER SARL                               TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVF LUX MASTER SARL                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVF LUX MASTER SARL                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: TERI SALBERG C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144
                                                  MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                                  MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                                  MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                                  MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                               TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
CVF LUX MASTER SARL                               TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
DRESDNER BANK AG HANNOVER                         TRANSFEROR: DRESDNER BANK AG HANNOVER ATTN: DR SVEN MATTHIESEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY
AN DER BORSE 4 HANNOVER 30159 GERMANY
FRANKFURTER SPARKASSE                             TRANSFEROR: CITIBANK, N.A. ATTN: GEROME VICENTE 17 AVENUE D'OSTENDE MONACO MC 98000 MONACO
HSBC PRIVATE BANK MONACO S.A.                     TRANSFEROR: MORGAN STANLEY MORTGAGE SERVICING LIMITED LE MILLENAIRE 1 DIRECTION JURIDIQUE 35 RUE DE LA GARE PARIS 75019 FRANCE
ICADE                                             TRANSFEROR: MORGAN STANLEY MORTGAGE SERVICING LIMITED LE MILLENAIRE 1 DIRECTION JURIDIQUE 35 RUE DE LA GARE PARIS 75019 FRANCE
ICADE                                             TRANSFEROR: RBS COUTTS BANK AG ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC                        ATTN: PATRICK SCIARRONE 25 CABOT SQUARE, CANARY WHARF, FL. 5 LONDON E14 4QA UNITED KINGDOM
MORGAN STANLEY MORTGAGE SERVICING
LIMITED
MORGAN STANLEY MORTGAGE SERVICING                 ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019
LIMITED
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: UBS AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
RBS COUTTS BANK AG                                STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UNIONE DI BANCHE ITALIANE SCPA                    ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                    ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY
VARDE FUND VI-A LP, THE                           TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP
VARDE INVESTMENT PARTNERS (OFFSHORE)
MASTER LP
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed        40
```