UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
              Debtors.                                           :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket No. 32323, 32428,
                                                                      32429, 32446, 32450, 32476, 32479,
                                                                      32491, 32497, 32499, 32536, 32539,
                                                                      32547

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                           */s/ Lauren Rodriguez*
                                                           Lauren Rodriguez

Sworn to before me this
12th day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CVF LUX MASTER SARL
          TRANSFEROR: COMPASS BANK
          CARVAL INVESTORS LLC; ATTN: TERI SALBERG
          1200 WHITEWATER DRIVE, MS 144
          MINNETONKA MN 55343-9439

Please note that your claim # 14727 in the above referenced case and in the amount of
    $2,502,597.69   allowed at $2,250,000.00         has been transferred (**unless previously expunged by court order**)

          CVF LUX FINCO, LLC
          TRANSFEROR: CVF LUX MASTER SARL
          C/O CAR VAL INVESTORS, LLC
          ATTN: TERI SALBERG
          9320 EXCELSIOR BLVD.
          HOPKINS MN 55343

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32476     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2012                    Vito Genna, Clerk of Court


                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 10, 2012.

# EXHIBIT B

08-13555-mg    Doc 32769    Filed 12/12/12    Entered 12/12/12 19:56:27    Main Document
Pg 4 of 5

```
TIME: 18:05:38                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 12/10/12                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS SPA | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. ATTN: FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA SELLA HOLDING SPA | VIA ITALIA, 2 BIELLA 13900 ITALY |
| BANCO DI CREDITO P. AZZOAGLIO S.P.A. | ATTN: MR ROSSI ALLESANDRO - LEGAL DEPARTMENT 17 VIA A. DORIA CEVA (CN) 12073 ITALY |
| BANQUE CANTONALE DU VALAIS | TRANSFEROR: UBS AG ATTN: STEPHANE TRAVELLETTI RUE DES CEDRES 8 SION CH-1951 SWITZERLAND |
| BRIDGEMERE SECURITIES LIMITED | REGENCY COURT-GLATEGNY ESPLANADE ST. PETER PORT GY1 3ST UNITED KINGDOM |
| CASSA LOMBARDA S.P.A. | TRANSFEROR: BANCA AKROS SPA ATTN: STEFANO RIVOLTA VIA A. MANZONI 12/14 MILAN 20121 ITALY |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: LOAN VALUE OC MASTER FUND LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO S.P.A. ATTN: STEFANIA CATELLAI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTERRR S.A.R.L. C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BRIDGEMERE SECURITIES LIMITED C/O CAR VAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: COMPASS BANK CARVAL INVESTORS LLC; ATTN: TERI SALBERG 1200 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: TERI SALBERG C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CARVAL INVESTORS LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: MERRILL LYNCH INTERNATIONAL CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVF LUX MASTER SARL | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: USB AG, STAMFORD BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTERRR S.A.R.L. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: PRINCIPAL LIFE INSURANCE CO ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LATAJ GROUP LLC | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O RICHARDS KIBBLE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| LOAN VALUE OC MASTER FUND LTD. | TRANSFEROR: CAMULOS LOAN VEHICLE I, LTD. C/O BRIGADE CAPITAL MANAGEMENT ATTN: AARON DANIELS 399 PARK AVENUE, 16TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed     35