UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                               :
                    Debtors.                             :    (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 67301 against Lehman Brothers Holdings Inc. by Delta Prime European Special Situations Fund, filed in the amount of $3,810,959.77 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Delta Prime European Special Situations Fund hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Delta Prime European Special Situations Fund represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 13, 2012
         New York, New York

                                                                      _____
                                                                      F. ITAYM
                                                                      CHAIRMAN