SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                               :
**In re**                                              :        **Chapter 11**
                                               :        **Case No. 08-13555**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :        **(Jointly Administered)**
                                               :
**Debtors.**                                           :
                                               :
---------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Mary Elizabeth McGarry hereby withdraws her appearance in the above-captioned bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that Sandeep Qusba hereby enters an appearance in the above-captioned bankruptcy case.

Dated: December 13, 2012
      New York, New York

| /s/ Mary Elizabeth McGarry | /s/ Sandeep Qusba |
|---|---|
| Mary Elizabeth McGarry | Sandeep Qusba |
| SIMPSON THACHER & BARTLETT LLP | SIMPSON THACHER & BARTLETT LLP |
| 425 Lexington Avenue | 425 Lexington Avenue |
| New York, New York 10017 | New York, New York 10017 |
| Telephone: (212) 455-2000 | Telephone: (212) 455-2000 |
| Facsimile: (212) 455-2502 | Facsimile: (212) 455-2502 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, I caused a copy of the foregoing to be served by automatic ECF notice to those parties receiving ECF in the above-captioned case and by first-class mail to the parties listed below.

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:   Robert J. Lemons, Esq. | MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn:   Dennis F. Dunne, Esq.<br>           Evan R. Fleck, Esq.<br>           Dennis C. O'Donnell, Esq. |
| GODFREY & KAHN, S.C.<br>One East Main Street, Suite 500<br>Madison, Wisconsin 53703<br>Attn:   Patricia Wheeler, Esq. | |

By:  */s/ Terry Sanders*

Terry Sanders