DEC 12 2012

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANK GUTMANN AG | BANK VONTOBEL AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Bank Gutmann Aktiengesellschaft
Schwarzenbergplatz 16
1010 Vienna, Austria
attn. WP

Phone: Phone: +43-1-502 20-137
Last Four Digits of Acct #: _____

Court Claim # (if known): 67373
Date Claim Filed: November 02, 2009
Amount of Claim: EUR 90,000.00
Portion of Claim Transferred (see Schedule I): _____

Phone: Phone: +43-1-502 20-137
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: December 07, 2012
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

PRIVATE BANKERS
BANK GUTMANN AKTIENGESELLSCHAFT
SCHWARZENBERGPLATZ 16 · A – 1010 WIEN
TEL. +43 · 1 · 502 20-0 · DVR-NR. 0028533
SITZ WIEN · FN 78445K · HANDELSGERICHT WIEN
MAIL@GUTMANN.AT · WWW.GUTMANN.AT

DEC 12 2012

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **BANK VONTOBEL AG** ("Transferor") unconditionally and irrevocably transferred to **BANK GUTMANN AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 67373**) **EUR 90'000** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON November 12, 2012.

Bank Vontobel AG

By: _____
Name: Thomas Schwerzmann
Title: Director

By: _____
Name: Andrea Sieber
Title: Authorized Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0229269856 | 67373 | November 02.2009 | Lehman Brothers UK Capital Fundling II LP | EUR 90'000 |