WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                :
Debtors.                                        :    (Jointly Administered)
                                                                :
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE
### THREE HUNDRED SIXTY-SIXTH OMNIBUS OBJECTION TO
### CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Sixty-Sixth

Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 31989] that was

scheduled for December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been**

**adjourned, solely as to the claims listed on Exhibit A attached hereto, to January 30, 2013**

**at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may

be heard.  The Hearing will be held before the Honorable James M. Peck, United States

Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New

York, Room 601, and such Hearing may be further adjourned from time to time without further

notice other than an

US_ACTIVE:\44158484\3\58399.0011

announcement at the Hearing.

Dated: December 13, 2012
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone:  (212) 310-8000
      Facsimile:   (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

## Exhibit A

## Adjourned Claims:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| ADAIR, JOHN | 23716 |
| BORGES, IDALIA | 11265 |