WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
**In re**                                                                                :      **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      **08-13555 (JMP)**
:
Debtors.                                          :      **(Jointly Administered)**
:
-------------------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF THE
# THREE HUNDRED SEVENTIETH OMNIBUS OBJECTION TO
# CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Seventieth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 31993] that was scheduled for

December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: December 13, 2012
       New York, New York

                                                            /s/ Robert J. Lemons
                                                            Robert J. Lemons

                                                            WEIL, GOTSHAL & MANGES LLP
                                                            767 Fifth Avenue
                                                            New York, New York 10153
                                                            Telephone:  (212) 310-8000
                                                            Facsimile:  (212) 310-8007

                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates

US_ACTIVE:\44159014\2\58399.0008

## Exhibit A

## Adjourned Claim:

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| THE STOCK EXCHANGE OF HONG KONG LIMITED | 31745 | 32683 |