ALSTON & BIRD LLP
J. William Boone, Esq.
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Wilmington Trust, National Association, as Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                              :         Chapter 11
                                                   :
Lehman Brothers Holdings Inc., *et al.*,           :         Case No. 08-13555 (JMP)
                                                   :
                Debtors.                           :         (Jointly Administered)
---------------------------------------------------------x

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

Pursuant to an Instrument of Appointment by and among Wilmington Trust, National Association ("WTNA") and Citibank, N.A. ("Citibank"), dated October 12, 2012, WTNA succeeded Citibank as Trustee for the following trusts, and WTNA should be substituted as Trustee thereunder:

| Trust | Claim Number(s) |
|---|---|
| BNC Mortgage Trust 2007-3 | 22761, 22718 |
| Lehman Mortgage Trust 2006-1 | 22606, 22721 |
| Lehman Mortgage Trust 2006-3 | 22606, 22721 |
| Lehman Mortgage Trust 2006-4 | 22606, 22721 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-1 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-10 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-3 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-6 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-8 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-1 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-13 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-17 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-5 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-7 | 22605, 22719 |
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-9 | 22605, 22719 |

LEGAL02/33769283v1

| Trust | Claim Number(s) |
|---|---|
| Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-11 | 22605, 22719 |
| Structured Asset Securities Corporation 2005-3XS | 22604, 22774 |
| Structured Asset Securities Corporation 2003-S1 | 22604, 22774 |
| Structured Asset Securities Corporation 2004-18H | 22604, 22774 |
| Structured Asset Securities Corporation 2004-23XS | 22604, 22774 |
| Structured Asset Securities Corporation 2005-10 | 22604, 22774 |
| Structured Asset Securities Corporation 2005-15 | 22604, 22774 |
| Structured Asset Securities Corporation 2005-17 | 22604, 22774 |
| Structured Asset Securities Corporation 2005-9XS | 22604, 22774 |
| Structured Asset Securities Corporation 2006-3H | 22604, 22774 |
| Structured Asset Securities Corporation 2006-ARS1 | 22604, 22774 |
| Structured Asset Securities Corporation 2006-S2 | 22604, 22774 |
| Structured Asset Securities Corporation 2006-S3 | 22604, 22774 |
| Structured Asset Securities Corporation 2006-S4 | 22604, 22774 |

All notices regarding the foregoing trusts and/or claims should be sent to:

Wilmington Trust, National Association,
as Successor Trustee to Citibank, N.A.
Attn: Adam Scozzafava
Rodney Square North, Mail Code 1605
1100 North Market Street
Wilmington, Delaware 19801
Email: AScozzafava@WilmingtonTrust.com

Alston & Bird LLP
Attn: J. William Boone
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7282
Email: bill.boone@alston.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated: December 13, 2012

Respectfully submitted,

Wilmington Trust, National Association, not individually but as Trustee

By: _____
Adam Scozzafava
Assistant Vice President