B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                     (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Centerbridge Credit Partners Master, L.P.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Centerbridge Credit Partners Master, L.P.
375 Park Avenue
13th Floor
New York, NY 10152
Attn: Sandra Markovic

Court Claim # (if known): <u>17247</u>
Amount of Claim: <u>$580,000,000.00 (allowed)</u>
Transferred Amount: <u>$5,647,166.65</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(212) 672-4486</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.

By: _____        Date: ___12/11/12_____
     Name of Transferee/Transferee's Agent

Aleksandra Markovic
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
     Transferor/Transferor's Agent

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.

By: _____
      Name of Transferee/Transferee's Agent          Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

Michelle Latzoni
Authorized Signatory

By: _____
      Transferor/Transferor's Agent

17