B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Centerbridge Special Credit Partners, L.P.</u>   <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>19487</u>
should be sent:                                   Amount of Claim: <u>$580,000,000.00 (allowed)</u>
                                                  Transferred Amount: <u>$3,349,141.31</u>
Centerbridge Special Credit Partners, L.P.        Date Claim Filed: <u>9/18/09</u>
375 Park Avenue                                   Debtor: <u>Lehman Commercial Paper Inc.</u>
13th Floor
New York, NY 10152
Attn: Sandra Markovic

Phone: <u>(212) 672-4486</u>                      Phone:
Last Four Digits of Acct #:                       Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.

By: _____
    Name of Transferee/Transferee's Agent
    Aleksandra Markovic
    Authorized Signatory

Date: __12/11/12__

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.

By: _____     Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____[signature]_____   Michelle Latzoni
    Transferor/Transferor's Agent   Authorized Signatory

15