UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: LEHMAN BROTHERS HOLDINGS, et al   Case 08-cv-13555 (JMP)

Debtor

## REFOCUSED OBJECTION OF WILLIAM KUNTZ,III

Having filed an Objection to the Milbank, Tweed application under the Mistaken belief that US Bank was a Member of the Committee early on, William Kuntz, III who appears here Pro Se, Respectfully submits the following with respect to US Bank's request for Payment and Reimbursement which is now returnable on the 19th of Dec, 2012.

## STANDING ISSUE AS A RED HERRING

Not with-standing requests which went unanswered from last summer It cannot be disputed that US Bank is the Successor Indenture Trustee of some of the wayward Grand Union Capital Corp 0% Notes. Nor can it be disputed that Weil, Gotshal introduced the several orders of Judge Winfield with respect to the replacement of this Certificate that was caught up in the CUSIP Snafu which clears lists USBank, and as the Court may also note, First Trust NA is clearly listed on the Certificate issued in this parties name. Page 28 of the Objection to Milbank,Tweed. The Court is well aware of the

Circumstances of the Kuntz Claims and is also aware that those Appeals are not exhausted, and that this party could have "manufactured standing" by just buying a claim. As the Court noted, Lehman has enjoyed perhaps the Largest Under-Supervised trading in Claims in any Case. The Court has ample authority to entertain this request. As a Corporate Fiduciary US Bank must demonstrate at all times that it is worth of its unique Position as a Fiduciary under the Trust Indenture Act.

## RELIEF REQUESTED

I recall that even the Court identified the obvious exposure of the AWOL Bank Trustee's[1]. It seems appropriate accordingly, that the Court direct that a sum of money from any Award to US Bank be set aside with the Clerk of this Court pending the final resolution of events between these parties. US Bank's Misconduct is Obvious and the Court shouldn't condone it.

Respectfully,

William Kuntz, III
India St
PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA

Dec 6, 2012

Westport, NY  518-774-6202

---

[1] USBank and HSBC