Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for HBK Investments, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*,[1] | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED BY HBK INVESTMENTS, L.P.

**PLEASE TAKE NOTICE** that HBK Investments, L.P., as collateral manager on behalf of Gemstone CDO VI Ltd., hereby withdraws (i) its Proof of Claim filed September 18, 2009, numbered 17238 against Lehman Brothers Special Financing, Inc. and (ii) its Proof of Claim filed September 18, 2009, numbered 17236 against Lehman Brothers Holdings, Inc.

Dated: December 14, 2012
New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Robert A. Rich*
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for HBK Investments, L.P.*

---

[1] The Debtors are Lehman Brothers Holdings Inc., a Delaware corporation, together with the other debtors jointly administered under Case No. 08-13555 pursuant to the Bankruptcy Court's Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases, entered September 17, 2008 [Docket No. 86].

76291.000006 EMF_US 43222103v4