Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for HBK Master Fund L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*,[1] | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED BY HBK MASTER FUND L.P.

**PLEASE TAKE NOTICE** that HBK Master Fund L.P., as holder of Class A-1 Notes Issued by Gemstone CDO VI Ltd. and Gemstone CDO VI Corp., hereby withdraws (i) its Proof of Claim filed September 18, 2009, numbered 17237 against Lehman Brothers Special Financing, Inc. and (ii) its Proof of Claim filed September 18, 2009, numbered 17231 against Lehman Brothers Holdings, Inc.

Dated: December 14, 2012
New York, New York

**HUNTON & WILLIAMS LLP**

*/s/ Robert A. Rich*
Robert A. Rich
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Attorneys for HBK Master Fund L.P.*

---

[1] The Debtors are Lehman Brothers Holdings Inc., a Delaware corporation, together with the other debtors jointly administered under Case No. 08-13555 pursuant to the Bankruptcy Court's Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases, entered September 17, 2008 [Docket No. 86].

76291.000006 EMF_US 43222006v2