B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re _Lehman Brothers Holdings Inc_                Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Winfred Tai | Winnie Tai - GTS Properties |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): _39236_
Amount of Claim: _$400,000.00_
Date Claim Filed: _10/13/2009_

Phone: _650.591.0817_
Last Four Digits of Acct #: _____

Phone: _650-559-8088_
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
_270 Crescent Ave_
_Burlingame, CA 94010_

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Winfred_                    Date: _Nov. 15, 2012_
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED DEC - 4 2012 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

7/9

8357

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11 Case<br>No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000039236 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
G T S PROPERTIES LTD
ROOM 501 PROGRESS COMM'L BLDG
7 IRVING STREET
CAUSEWAY BAY
HONG KONG

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Telephone number: [redacted]    Email Address:

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ USD400,000 plus applicable interest and charges (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0369799845    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA89291    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

73473    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

OCT 13 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 7 SEP 2009    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

X Winnie Wang    TAI, WINNIE WANG

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Page 1 of 2 (30 items)  |◄ ◄ 1 2 ► ►|

| Claim # | Schedule # | Creditor Name | Filed Date | Total Claim Value | |
|---|---|---|---|---|---|
| 67178 | | BENGTSSON, CLAES | 11/01/2010 | $918.29 | Image |
| 43159 | | CHANG TSANN RONG ERNEST & LIU AI LIN | 10/21/2009 | $141,169.08 | Image |
| 50668 | | CHENG TSZ LING MINA | 10/28/2009 | $23,277.10 | Image |
| 64647 | | CHU KENG TONG & TSE LAI FONG | 11/04/2009 | $0.00 | Image |
| 64648 | | CHU KENG TONG & TSE LAI FONG | 11/04/2009 | $0.00 | Image |
| 47361 | | CHU, LAI CHING & TSANG, OI YAN | 10/26/2009 | $31,830.35 | Image |
| 47362 | | CHU, LAI CHING & TSANG, OI YAN | 10/26/2009 | $33,633.11 | Image |
| 65670 | | CHU, LAI CHING & TSANG, OI YAN | 11/23/2009 | $0.00 | Image |
| 65671 | | CHU, LAI CHING & TSANG, OI YAN | 11/23/2009 | $0.00 | Image |
| 39236 | | G T S PROPERTIES LTD | 10/13/2009 | $400,000.00 | Image |

Amounts:
Allowed Unsecured: $400,000.00
Claimed Unsecured: $400,000.00

Remarks:
THIS CLAIM IS ALLOWED

Creditor Address:
68 STUART COURT
LOS ALTOS, CA 94022

Debtor:
08-13555 Lehman Brothers Holdings Inc.

Related Dockets

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 19120 | 08/10/2011 | Order Signed on 8/10/2011 Approving Procedures for Determining the Allowed Amount of Claims Filed Based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. (Related Doc # [16294]) (Nufty, Lynda) Case: Lehman Brothers Holdings Inc. Related: 16294 | Documents |

**UBS**

**UBS Financial Services Inc.**
750 University Avenue, Suite 250
Los Gatos, CA 95032
Tel. 408-827-3293
Fax 855-588-6588
Toll Free 408-341-7661
ben.aslan@ubs.com

Ben Elie Aslan
Senior Vice President - Investments
Senior Portfolio Manager
Advisory & Brokerage Services

www.ubs.com

Sending on behalf of my clients,

Winnie Tai / GTS Properties, and her son, Winifred Tai, whom she is transferring this to.

Please let us know if you need anything else to process this.