B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>HCN LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HCN LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): <u>28104</u>
Amount of Claim Transferred: <u>$32,810,000.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(212) 303-9481</u>
Last Four Digits of Acct #: _____

Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758370v.1 3091/00240         20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ [signatures] _____    Date: 12/14/12
Name of Transferee/Transferee's Agent
James W. Sykes — Managing Principal
David Martino — Controller

Acknowledged and Agreed:

By: _____    Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758370v.1 3091/00240                    21

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: _____

    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:        **Michelle Latzoni**
                              **Authorized Signatory**

By: _[signature]_____      Date: 12/14/12

    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758370v.1 3091/00240                          21