B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Halcyon Loan Trading Fund LLC</u>              <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>28099</u>
should be sent:                                      Amount of Claim Transferred: <u>$19,192,500.00</u>
                                                     Date Claim Filed: <u>September 22, 2009</u>
Halcyon Loan Trading Fund LLC                        Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone: <u>(212) 303-9481</u>                          Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758361v.1 3091/00241                    20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 12/14/12 _____
        Name of Transferee/Transferee's Agent
        James W. Sykes                    David Martino
        Managing Principal                Controller

Acknowledged and Agreed:


By: _____          Date: _____
        Name of Transferor/Transferor's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

758361v.1 3091/00241                    21

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                Date: _____
      Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

*Michelle Latzoni*
*Authorized Signatory*

By: _____                Date: 12/14/12
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758361v.1 3091/00241                          21