# THE FOONT LAW FIRM, LLC
11909 REYNOLDS AVENUE
POTOMAC, MD 20854-3334
TEL. 202-236-4851 / FAX. 202-318-9195
E-MAIL: Foont@FoontLaw.com / WEB: www.FoontLaw.com

Brian E. Foont, Esq.
Admitted in NY, VA, MD and DC

December 6, 2012

VIA FACSIMILE ONLY
Via facsimile to 212-668-2878 (1 page only)

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Attn: Corrections

Subject: **Removal from Service List in In re Lehman Brothers Holders Inc., et al., Case No. 08-13555 (JMP)**

To Whom It May Concern:

I and this firm represented AFCO Cargo PIT LLC in Claim No. 22899. With that claim having been resolved, I would appreciate being removed from the service list.

Thank you for your prompt attention to this matter.

Respectfully,

*[signature]*

Brian E. Foont