B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Halcyon Loan Trading Fund LLC</u>               <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>28105</u>
should be sent:                                  Amount of Claim Transferred: <u>$19,192,500.00</u>
                                                 Date Claim Filed: <u>September 22, 2009</u>
Halcyon Loan Trading Fund LLC                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone: <u>(212) 303-9481</u>                     Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758385v.1 3091/00240                    22

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 12/14/12
Name of Transferee/Transferee's Agent
James W. Sykes
Managing Principal

David Martino
Controller

Acknowledged and Agreed:

By: _____    Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____
  Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____        Date: 12/14/12
  Name of Transferor/Transferor's Agent
  Michelle Latzoni
  Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758385v.1 3091/00240                    23