B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HLTS Fund II LP</u>                                      <u>Goldman Sachs Lending Partners LLC</u>
      Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known): <u>28099</u>
should be sent:                                         Amount of Claim Transferred: <u>$16,497,500.00</u>
                                                        Date Claim Filed: <u>September 22, 2009</u>
HLTS Fund II LP                                         Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Phone: <u>(212) 303-9481</u>                              Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct #: _____              Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758348v.1 3091/00241                 20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/14/12
Name of Transferee/Transferee's Agent
James W. Sykes                David Martino
Managing Principal            Controller

Acknowledged and Agreed:

By: _____  Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____*signature*_____  Michelle Latzoni   Date: 12/14/12
    Name of Transferor/Transferor's Agent   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758348v.1 3091/00241                                21