B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HLTS Fund II LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HLTS Fund II LP
c/o Halcyon Asset Management LP
477 Madison Avenue – 8th Floor
New York, NY 10022
Attn: Matt Seltzer

Court Claim # (if known): <u>28104</u>
Amount of Claim Transferred: <u>$16,497,500.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Phone: <u>(212) 303-9481</u>
Last Four Digits of Acct #: _____

Phone: <u>(212) 934-3921</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

758378v.1 3091/00240                           20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/14/12
Name of Transferee/Transferee's Agent
James W. Sykes
Managing Principal

Acknowledged and Agreed:

By: _____  Date: _____
David Martino
Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758378v.1 3091/00240                    21

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: 12/14/12
    Name of Transferor/Transferor's Agent
    Michelle Latzoni
    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

758378v.1 3091/00240                              21