WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                                 :
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
              Debtors.                         :   (Jointly Administered)
                                               :
                                               :
-----------------------------------------------------------------x
```

**NOTICE OF HEARING ON THREE**
**HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO**
**CLAIMS (PARTNERSHIP CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) [ECF No. 28442] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **December 19, 2012**

**at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated: December 17, 2012
      New York, New York

    /s/ Robert J. Lemons
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates

## **Exhibit A**

**Claim Going Forward at the December 19, 2012 Hearing
With Respect to the Three Hundred Eighteenth Omnibus Objection to Claims**

| Claimant Name | Claim Number |
|---|---|
| Moore, Charles | 34234 |