WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :    **08-13555 (JMP)**
:
Debtors.                          :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

# NOTICE OF HEARING
# ON THREE HUNDRED TWENTY-SEVENTH
# OMNIBUS OBJECTION TO CLAIMS (PARTNERSHIP
# AND OTHER EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) [ECF No. 29322] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on

**December 19, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed

<u>**Exhibit A**</u>.

Dated: December 17, 2012
      New York, New York

                                   /s/ Robert J. Lemons
                                   Robert J. Lemons

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of its Affiliates

# Exhibit A

**Claims Going Forward at the December 19, 2012 Hearing
With Respect to the Three Hundred Twenty-Seventh Omnibus Objection to Claims**

| Claimant Name | Claim Number |
| --- | --- |
| Rodgers, Catherine | 32725 |
| Fucci, Armita M. | 19515 |
| Nader, Marilyn | 18944 |

3

US_ACTIVE:\44159005\3\58399.0011