WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------------x

# NOTICE OF HEARING ON THREE
# HUNDRED TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
# (SEVERANCE AND EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Twenty-Sixth Omnibus Objection to Claims (Severance and Employee Claims) [ECF No. 29321] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **December 19, 2012**

**at 10:00 a.m.** (**Eastern Time**), *solely* as to the claim listed on the annexed **Exhibit A**.

Dated: December 17, 2012
      New York, New York

             /s/ Robert J. Lemons
             Robert J. Lemons

             WEIL, GOTSHAL & MANGES LLP
             767 Fifth Avenue
             New York, New York 10153
             Telephone: (212) 310-8000
             Facsimile: (212) 310-8007

             Attorneys for Lehman Brothers Holdings Inc.
             and Certain of its Affiliates

US_ACTIVE:\44158978\1\58399.0011

# **Exhibit A**

**Claim Going Forward at the December 19, 2012 Hearing**
**With Respect to the Three Hundred Twenty-Sixth Omnibus Objection to Claims**

| Claimant Name | Claim Number |
|---|---|
| Rodgers, Catherine | 32722 |

US_ACTIVE:\44158978\1\58399.0011