WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                                : **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
                                                                  :
                            Debtors.             : **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

# NOTICE OF ADJOURNMENT OF THE THREE
# HUNDRED TWENTY-EIGHTH OMNIBUS OBJECTION
# TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Twenty-Eighth

Omnibus Objection to Claims (No Liability Claims) [**ECF No. 29323**], that was scheduled for

December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claim of Spanish Broadcasting Inc., claim number 67707, to January 30, 2013 at 10:00**

**a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: December 17, 2012
      New York, New York

                         /s/ Jacqueline Marcus
                        Jacqueline Marcus

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Lehman Brothers Holdings Inc.
                         and Certain of its Affiliates