

## Clientis
### Sparkasse Oftringen

Registered Mail
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
USA-New York, NY 10004-1408
United States of America

Oftringen, Switzerland
November 5, 2012 / mdu

**Ihre Kontaktperson:**
Martin W. Duppenthaler
martin.duppenthaler@
sko.clientis.ch

Clientis Sparkasse Oftringen
Genossenschaft
Baslerstrasse 1
CH-4665 Oftringen
Switzerland

Telefon:  +4162 797 25 25
Fax:       +4162 797 52 64

info@sko.clientis.ch
www.sko.clientis.ch

**Internal control number 31 430**
**Objection to transfer the claim of Mister WALCHLI, RENE**

Dear Sirs

**We herewith take the possibility to object the transfer of Mister R.Walchli's claim.**

Walchli, Rene, Neuweg 44, Rothrist, 4852, Switzerland
Internal Control Number: 31430

Please find enclosed the Power of Attorney, dated: September 23, 2009.

This objection will be issued and sent to the following parties:
- Epiq Bankruptcy Solutions, LLC, New York, USA, per registered Mail
- United States Bankruptcy Court, New York, USA, per registered Mail
- Stichting, The Iamex Value Foundations, Amsterdam, Netherlands, per reg. Mail
- Lehmanholdings: J. Suckow, Ph. Kruse, T. Jones; Epiqsystems, per E-Mail

If you have any further questions please do not hesitate to contact us.

Best Regards
**Clientis Sparkasse Oftringen Genossenschaft**

Ueli Baumann          Jsabelle Wilhelm

- Power of Attorney

RECEIVED
NOV 14 2012
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

# Power of Attorney

Name and address of principal:

*René Wälchli*
*Neuweg 44*
*4852 Rothrist*
*Switzerland*

a creditor of the following titles:

50 PCS.  LEHMAN BROTHERS FINANCE SA 07-31.1.10 BSKT SHS   ISIN: CH0027120614

hereby makes and appoints:

*Clientis Sparkasse Oftringen*
*Genossenschaft*
*Baslerstrasse 1*
*4665 Oftringen*
*Switzerland*

as his/her true and lawful attorney in the following matter:

**Lehman Programs Securities / proof of claim / Liquidation payments in future**

to represent his/her interests as a creditor, in particular for the receipt of payments in the debt restructuring liquidation of the company or its affiliates marked above.

The attorney is authorised to undertake or refrain from undertaking any action it deems necessary or appropriate in order to safeguard the interests of the principal.

This power of attorney remains valid even after the creditor's death and/or its incapacity to act.

The present power of attorney shall be exclusively governed by and construed in accordance with Swiss law. The exclusive place of jurisdiction for any disputes arising out of and in connection with the present power of attorney shall be *Oftringen*.

Place and date:

23.9.2009

Principal

*R. Wälchli*
(Signature of principal)

NOV 1 4 2012