WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                      :

In re                                :        Chapter 11 Case No.
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        08-13555 (JMP)
                                      :
               Debtors.              :        (Jointly Administered)
                                      :
                                      :
------------------------------------------------------------------x

**NOTICE OF HEARING ON THE ONE HUNDRED THIRD**
**OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE**
**CLAIMS) SOLELY AS TO THE CLAIMS OF SPCP GROUP, LLC:**
<u>**TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES, LTD.**</u>

      **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Third

Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim numbers 117 and

171 of SPCP Group, LLC: Transferor: Central European Media Enterprises, Ltd. will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, on **December 19, 2012**

**at 10:00 a.m.** (**Eastern Time**).

Dated:  December 17, 2012
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates