UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                    Debtors.                         : (Jointly Administered)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 19119 against Lehman Brothers Holdings Inc. by SG Hambros Bank (Channel Islands) Limited filed in the amount of $1,753,100 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, SG Hambros Bank (Channel Islands) Limited hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. SG Hambros Bank (Channel Islands) Limited represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 7, 2012
       New York, New York

_____
Elaine Fullerton
SG Hambros Bank Limited
Exchange House, 12 Primrose Street
London, EC2A 2EG
Tel: +44(0)207 597 3278
Fax: +44(0)207 597 3056

704104347