WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
<u>**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**</u>

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon SG Hambros Bank (Channel Islands) Limited on November 12, 2012, the issuance of which was noticed in a filing with the Court on November 15, 2012 [ECF No. 32093].

Dated: December 17, 2012
      New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates