UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :
                        Debtors.                   :   (Jointly Administered)
-------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 26995 against Lehman Brothers Holdings Inc. ("LBHI") by Advent Capital Management, LLC ("Advent") in its capacity as investment adviser on behalf of The Advent Phoenix Master Fund, a series of The Advent Series Trust filed in an amount of no less than $125,000,000 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Advent hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Advent represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws with prejudice the subpoena directed to Advent, the issuance of which was noticed in a filing with the Court on November 21, 2012.

Dated: December 17, 2012
New York, New York

| /s/ Seth M. Schwartz | /s/ Robert Lemons |
|---|---|
| Seth M. Schwartz | Robert Lemons |
| Phillip H. Harris | WEIL, GOTSHAL & MANGES LLP |
| Max S. Polonsky | 787 Fifth Avenue |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | New York, New York 10153 |
| Four Times Square | Telephone: (212) 310-8000 |
| New York, New York 10036 | Facsimile: (212) 310-8007 |
| Telephone: (212) 735-3000 | |
| Facsimile: (212) 735-2000 | *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates* |

*Attorneys for Advent Capital Management, LLC in its capacity as investment adviser*

2