WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
Debtors.                              :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF HEARING ON ONE HUNDRED FORTY-THIRD AND THREE HUNDRED TWENTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS (LATE-FILED CLAIMS)

**PLEASE TAKE NOTICE** that a hearing to consider the (i) One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) and (ii) Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **December 19, 2012 at 10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed **Exhibit A**.

Dated: December 17, 2012
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

# Exhibit A

## Claims Going Forward at the December 19, 2012 Hearing

| Claimant Name | Claim Number | Omnibus Objection | Response ECF |
|---|---|---|---|
| DOW CORNING CORPORATION | 43840 | 323 | 29910 |
| DOW CORNING CORPORATION | 43964 | 323 | 29910 |
| CF MIDAS BALANCED GROWTH FUND | 67193 | 143 | 18348, 21186 |