WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### THREE HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION TO
### CLAIMS (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing without prejudice its Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 30953, solely with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: December 17, 2012
      New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons
           Ralph Miller

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | ECF Number |
|---|---|
| U.S. Bank National Association Transferor: Bank of America, NA, as Trustee & Derivatives Agent Lehman Mortgage Trust, Series 2005-3 | 21156 |
| U.S. Bank National Association Transferor: Bank of America, NA, as Trustee & Derivatives Agent Lehman Mortgage Trust, Series 2005-3 | 21157 |