WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                :
                    Debtors.                    :    **(Jointly Administered)**
                                                :
                                                :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE***
**OF OBJECTION TO CLAIM NO. 17588 FILED BY**
**LOGAN HOTELS AND RESORTS, MEXICO, S.A. de c.v. et al.**

**PLEASE TAKE NOTICE** that the hearing on the *Objection to Claim No. 17588 Filed by Logan Hotels and Resorts, Mexico, S.A. de c.v. et al.* [ECF No. 29174] that was scheduled for December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined** (the "Hearing"), or as soon thereafter as counsel may be heard. Lehman Brothers Holdings Inc., as plan administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon the (i) the U.S. Trustee; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) Logan Hotels and Resorts, Mexico, S.A. de c.v. et al.; and (vi) all other parties entitled to notice in accordance with

US_ACTIVE:\44162082\1\58399.0011

the procedures set forth in the second amended order entered on June 17, 2010, governing case management and administrative procedures for these cases [ECF No. 9635]. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: December 17, 2012
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates