

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States of America

DEC 14 2012

Amsterdam, December 4, 2012

Subject: Withdrawal Objection Transfer of Claim 53526 (Docket Number 32394)

Dear Sir, Madam,

On October 29, 2012 I filed an Objection of Transfer of Claim # 53526 (Docket Number 32394).

This Objection is a misunderstanding. I have not realized that the Stichting The IAMEX Value Foundation transferred my claim lawfully and in my interest, for which I thank them. Objecting to this is not in my interest.

I therefore:

- withdraw the Objection to Transfer of Claim #53526 (Docket Number 32394)
- declare that Stichting The IAMEX Value Foundation performed the Transfer of Claim correctly on legal grounds under Dutch law ("Zaakwaarneming" (Art. 198 BW)) and that Stichting The IAMEX Value Foundation has acted lawfully in my interest.
- declare that Stichting The IAMEX Value Foundation is unconditionally and irrevocably authorized (if possible retroactively) to perform transfers of claim or whatever needed in relations to securing claim 53526.

I have sent a copy of this letter to my bank ABN Amro MeesPierson in Amsterdam, which understand and complies with this message.

Thank you in advance, I would appreciate your cooperation in this.

Yours sincerely,

M. Gerritsma
Pidgin B.V.

Hobbemakade 30-C
1071 XK AMSTERDAM
The Netherlands

Annex:  My Objection of Transfer of Claim as filed on November 13, 2012 under Docket Number 32394

C.C.    Epiq Bankruptcy Solutions, LLC          Stichting The IAMEX Value Foundation
        Attn: Lehman Brothers Holding Inc.      Attn: Mr. Jesse Kaptein
        Mrs. Lauren Rodriguez                   Keizersgracht 268
        757 Third Avenue, 3rd Floor             1016 EV AMSTERDAM
        New York, NY 10017                      The Netherlands
        United States of America