

Legal Affairs Division
345 Adams Street, 3rd Fl.
Brooklyn, NY 11201

+ 1 718-403-3600 tel

www.nyc.gov/finance



DEC 1 4 2012

December 12, 2012

Clerks Office
United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, New York 10004-1408

Re: Debtor

withdrawal
Case Number

LEHMAN BROTHERS HOLDINGS, INC. 08-13555(JMP)

Dear Sir or Madam:

Enclosed please find an original and one copy of the withdrawal of proof of claim in the amount of $626,999,222.17 to be filed in the above-referenced bankruptcy matter. Kindly file the original and return the annex copy with the date of filing stamped theron. Enclosed is a stamped envelope for your convenience.

Thank you.

Very truly yours,

Alan Emdin, of counsel
to the Deputy Commissioner
for Legal Affairs



|  |  |  |
|---|---|---|
| Date | : | December 5, 2012 |
| Docket No. | : | 08-13555(JMP) |
| B & A Claim No. | : | 08 S 167 |
| Unit | : | B&A |

United States Bankruptcy Court
Southern District of New York
One Bowling Green, 5th Floor
New York, NY 10004-1408

Debtor:   LEHMAN BROTHERS HOLDINGS, INC. et al

Dear Sir/Madam:

Please withdraw our proof of claim filed on or about May 28, 2009 in the amount of $626,999,222.17.

Reason:  Paid per closing agreement

RECEIVED DEC 1 4 2012

Sincerely,

*Yehuda Miller*

Yehuda Miller
Director

Bankruptcy & Assignment Unit
(718) 403-4059

B&A-Withdrawal

| DAVID M. FRANKEL | HARRY P. LEONARD | 345 ADAMS STREET | 718.403.4210 |
| COMMISSIONER | ASSISTANT COMMISSIONER | BROOKLYN, NY 11201 | http://nyc.gov/finance |
| DEPARTMENT OF FINANCE | TAX POLICY & PLANNING DIVISION | | |
| | OFFICE OF TAX AUDIT | | |