

**Wolters Kluwer** Corporate Legal Services | **CT Corporation**

505 E. Union Street
Suite 120
Olympia, WA 98501

360 357 6794 tel
www.ctcorporation.com

December 07, 2012

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017

Re:  In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Forward Investment Fund Grade Fixex Income Fund

Case No.  0813555(JMP)

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Forward Investment Fund Grade Fixex Income Fund is not listed on our records or on the records of the State of WA.

Very truly yours,

C T Corporation System

Log# 521737709

Sent By Regular Mail

DEC 1 4 2012

cc:  Southern District of New York, Bankruptcy Court
     United States Bankruptcy Court,
     Southern District of New York,
     One Bowling Green,
     New York, NY  10004-1408

(Returned To)

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017

**Wolters Kluwer** Corporate Legal Services | **CT Corporation**

505 E. Union Street
Suite 120
Olympia, WA 98501

360 357 6794 tel
www.ctcorporation.com

December 07, 2012

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017

Re:  In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Forward Funds

Case No.  0813555(JMP)

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Forward Funds is not listed on our records or on the records of the State of WA.

Very truly yours,

C T Corporation System

Log# 521737721

Sent By Regular Mail

cc: Southern District of New York, Bankruptcy Court
    United States Bankruptcy Court,
    Southern District of New York,
    One Bowling Green,
    New York, NY  10004-1408

(Returned To)

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY  10017