Banca Popolare dell'Alto Adige
Ufficio finanze back office
Via Siemens 18
I-39100 Bolzano

Verena Frasnelli
Tel.   0471 996 118
Fax   0471 996 404
Verena.Frasnelli@volksbank.it

To
United States Bankruptcy Court
Southern District of New York
One Bowling Green

NEW YORK, NY 10004-1408

Bolzano, 11/12/2012

Dear Madam, dear Sir!

We attach to this letter a request for a

Partial transfer of claim

From Hypo Tirol Bank Italien AG to Banca Popolare dell'Alto Adige Soc.Coop.pa for

USD 36,470.63 ISIN XS0193035358 – from claim number 56027 to claim numer 40675

Kind regard.

BANCA POPOLARE DELL'ALTO ADIGE
Soc.coop.pa



RECEIVED
DEC 1 3 2012

## ⓥ Banca Popolare · Volksbank

Banca Popolare dell'Alto Adige Soc. coop. pa · Sede legale e Direzione Generale, via Siemens, 18 · I-39100 Bolzano · Tel. 0471 996 111 · Fax 0471 979 188 · gsinfo@bancapopolare.it,
cod. fiscale/partita IVA e Registro Imprese Bolzano 00129730214 · Cod. Banca 5856-0 · Patrimonio netto 31.12.2011 Euro 531.493.137 · aderente al Fondo Nazionale di Garanzia e al Fondo
Interbancario di Tutela dei Depositi · Autorità di controllo: Banca d'Italia · iscrizione albo banche n. 3630.1.0 ·
www.bancapopolare.it

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc.    Case No. 08-13555

PARTIAL   **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Banca Popolare dell'Alto Adige          Hypo Tirol Bank Italien AG
_____         _____
Name of Transferee                      Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 56027
should be sent:                                  Amount of Claim: $1,196,624.69
Banca Popolare dell'Alto Adige                   Date Claim Filed: 10/29/2009
Financial Back Office                            Amount to transfer: $ 36,470.63
Frasnelli Verena                                 nominal of XS0193035358
via Siemens 18 - 39100 Bolzano (ITALY)
Phone: +39 0471 996118                           Phone: +39 0471 1961113
Last Four Digits of Acct #: _____         Last Four Digits of Acct. #: 9688

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.
           Banca Popolare dell'Alto Adige
By: _____Soc. Coop. pa_____         Date: 12/11/2012
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DEC 13 2012