Form 210A (TRANSFER OF CLAIM OTHER THAN FOR SECURITY)

United States Bankruptcy Court

Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JPM) (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Unicredit Bank Czech Republic, a.s. | Anthracite Investments (Cayman) Limited |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 26513 |
| | Amount of Claim: USD1,875,568 |
| Unicredit Bank Czech Republic, a.s.<br>Želetavská 1525/1, 140 92<br>Praha 4 – Michle, Czech Republic | Date Claim Filed: 22 September 2009 |
| Phone: +420 955 960 628<br>Attn: Daniel Kadaník | Phone: N/A |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 7/12/2012
Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, Southern District of New York

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Anthracite Investments (Cayman) Limited** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **UniCredit Bank Czech Republic, A.S.** ("Assignee") all rights, title and interest in and to the Claim of Assignor (a stamp received copy of which is attached as Annex A) in the principal amount of USD 1,875,568 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 7th day of December, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Investments (Cayman) Limited | UniCredit Bank Czech Republic, A.S. |
| Name: | Name: JIRI KUNERT  /  DAVID GRUND |
| Title: | Title: CHAIRMAN OF THE BOARD  /  MEMBER OF THE BOARD |

Annex C

EVIDENCE OF TRANSFER OF CLAIM

To: Clerk, United States Bankruptcy Court, Southern District of New York

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Anthracite Investments (Cayman) Limited** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **UniCredit Bank Czech Republic, A.S.** ("Assignee") all rights, title and interest in and to the Claim of Assignor (a stamp received copy of which is attached as Annex A) in the principal amount of USD 1,875,568 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated the 7th day of December, 2012.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| Anthracite Investments (Cayman) Limited | UniCredit Bank Czech Republic, A.S. |
| *[signatures]* SAMIT GHOSH & DENISE SEVILLA | |
| Name: Authorised Signatory | Name: |
| Title: | Title: |