UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: LEHMAN BROTHERS HOLDINGS, INC, ET AL

Debtor                              Case 08-13555 (JMP)

**RESPONSE OF WILLIAM KUNTZ,III TO REPLY OF US BANK**

Willliam Kuntz, III who appears here Pro Se, respectfully submits the following:

With all due respect to Attorney Hiersteiner, despite the considerable time spent in the bankruptcy courts, as indicated by his professional profile, he barely has a clue as it also appears does his client as to what is really going on with respect to Grand Union.

What Mr. Hiersteiner does not say, was that back in 1995 or thereabouts in the First Grand Union CH 11, in what is mentioned as a Oral Modification made in Open Court before Judge Walsh and accepted without Objection was that Kuntz did not accept the exchange offer and it was clearly stated that the Indenture was not cancelled, etc.

What Mr Hiersteiner, in a bit of ill-logic trys to portray, is that the language of the Stipulation and Orders of Judge Winfield somehow refers to the replacement not the Original $892,000 Note which was exchanged in Error.  Nor does Mr Hiersteiner even address the other US Bank /First Trust Note which has a Face Amount of $1,000,000 and remains in Kuntz's Name.  Docket 31660/32398 pg 28 EXHIBIT 1

Mr. Hiersteiner further ignores the simple fact that the Grand Union

Capital Corp is not the Grand Union Company and that while

Grand Union Capital did enter Bankruptcy in Delaware, that Case

was dismissed without any Plan ever being either proposed or confirmed.

[See Grand Union Capital Corp Delaware 95-130 (PJW) Docket # 201

Order Dismissing Ch 11 Case 3/27/96]

Further, as also overlooked by Mr. Hiersteiner, on page 4 of Exhibit G of

Weil, Gotshal's Objection to my proofs of claim in a letter to Judge Winfield

Morris Bauer sets forth the position of Kuntz in Delaware. Docket 11351

> During the course of the Delaware Case, and more particularly at the confirmation hearing, Kuntz objected to the Settlement and upon information and belief was desirous of continuing to hold the Kuntz Notes. At the confirmation hearing in respect of the Grand Union I Plan, attorneys for Grand Union represented to Judge Walsh that the Grand Union I Plan was intended to only cancel the Zero Notes of Noteholders that consented to the Settlement. As a result thereof, to this day, Kuntz continues to hold Senior Zero Notes in Capital, although Capital has long since been dissolved.

Accordingly almost everything said by Mr Hiersteiner is based upon his

Incorrect Information. The fact that US Bank hopes it is still not the

Indenture Trustee is wishful thinking.


Accordingly, It is only proper and just that the US Bank award, be deposited with

The Clerk of the Court.

Respectfully,

William Kuntz, III

India St PO Box 1801 Nantucket Island, Mass 02554-1801

Westport, NY 518-963-4177

