UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                           Debtors.                      :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | NYC Dept. of Finance<br>Audit Division<br>345 Adams Street, 5th Floor<br>Brooklyn, NY 11201<br><br>Attn: Bankruptcy Unit |
| Claim Number (if known): | 4727 |
| Date Claim Filed: | June 1, 2009 |
| Total Amount of Claim Filed: | $626,999,222.17 plus interest and penalties |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed] Yehuda Miller*<br>Printed Name:<br>Yehuda Miller | Title:<br>Director, Excise Taxes<br>Dated:<br>12/18/12 |