**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby requests to be removed from the Court's CM/ECF and any other service list in this case.

Dated: December 18, 2012

                                              **Teitelbaum & Baskin, LLP**
                                              By:_____/s/ Jay Teitelbaum_____
                                              Jay Teitelbaum, Esq.
                                              1 Barker Avenue, Third Floor
                                              White Plains, New York 10601
                                              Tel: (914) 437-7670
                                              Email: jteitelbaum@tblawllp.com