B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Barclays Bank PLC | KREISSPARKASSE KAISERSLAUTERN |

Name and Address where notices to transferee should be sent:
Aileen Montana
Barclays Bank PLC
1301 Sixth Avenue, 8th Floor
New York, NY 10019
Email: aileen.montana@barclays.com

Court Claim # (if known): 27011
Amount of Claim as Filed: $4,352,662.01
Amount of Claim Transferred: $4,352,662.01
Date Claim Filed: 09/22/2009
Debtor: 08-13555 Lehman Brothers Holdings Inc.

With a copy to:
Daniel Miranda
Barclays Bank PLC
745 Seventh Avenue, 2nd Floor
New York, NY 10019
Email: daniel.miranda@barclays.com

Wire Instructions:
U.S. Dollars
Bank Name: Barclays Bank PLC
Address (City, State): 1301 Ave of the Americas, 8th Fl, New York, N.Y. 10019
ABA#: 026 002 574
Account Name: Clad Control Account
Account Number: 050-019104
Reference: Lehman Claim Payment

Name and Address where transferee payments should be sent (if different from above): N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Aileen Montana    Date: 12/18/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Authorized Signatory
Aileen Montana
Vice President

2654572v1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **KREISSPARKASSE KAISERSLAUTERN** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Barclays Bank PLC ("Buyer") all rights, title and interest in and to the claims of Seller **referenced as proof of claim number 27011** in the principal amount of **$4,352,662.01** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 28 day of Nov, 2012.

| SELLER: | BUYER: |
|---|---|
| **KREISSPARKASSE KAISERSLAUTERN** | **Barclays Bank PLC** |
| Name: LINK SCHOENMAN LANDES | Name: J. BARNETT |
| Title: VORSTAENDE | Title: VICE PRESIDENT |