UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------x

NOTICE OF WITHDRAWAL
OF PROOF OF CLAIM FILED AGAINST LEHMAN BROTHERS SPECIAL
FINANCING INC. AND PARTIAL WITHDRAWAL OF PROOF OF CLAIM FILED
AGAINST LEHMAN BROTHERS HOLDINGS INC. SOLELY IN RELATION TO
PORTION OF SUCH CLAIM RELATING TO UNDERLYING CLAIM AGAINST
LEHMAN BROTHERS SPECIAL FINANCING INC.

Reference is made to proof of claim numbered 27878 against Lehman Brothers Special Financing Inc. ("LBSF") in the amount of $40,590,299.14 plus additional interest, fees, costs and expenses (the "LBSF Claim") and proof of claim numbered 27879 against Lehman Brothers Holdings Inc. ("LBHI") in the amount of $75,335,304.27 plus additional interest, fees, costs and expenses (the "LBHI Claim"), each filed by Swiss Re Financial Products Corporation ("Swiss Re") (together, the "Claims").

Reference also is made to the notice of Transfer of Claim Other Than for Security, filed with the United States Bankruptcy Court for the Southern District of New York on March 2, 2010 [Docket No. 7350] (the "Claims Transfer Notice"), by which notice was provided that on January 12, 2010, the Claims were transferred to Deutsche Bank AG, London Branch ("DB").

PLEASE TAKE NOTICE that, through its undersigned representative, DB hereby withdraws the LBSF Claim and solely that portion of the LBHI Claim that is based on the LBSF Guarantee, as defined in the LBHI Claim in the amount of $40,590,299.14 and requests that

1

Epiq Bankruptcy Solutions LLC update the claims register to reflect that (a) the LBSF Claim is withdrawn and (b) a portion of the LBHI Claim in the amount of $40,590,299.14 is withdrawn, such that the remaining amount of the LBHI Claim shall be $34,745,005.13 (the "Remaining LBHI Claim"). The Remaining LBHI Claim is not hereby deemed allowed and shall not be in any way affected or compromised hereby.

Dated: 18 December 2012
Zurich, Switzerland

Name: Michael Sutton / Jamie Foote
Title: Managing Director / Vice President
Deutsche Bank AG, London Branch
Dated: 18 December 2012

Consented to and agreed by:

Name: Hank Chance
Title: Chief Financial Officer
Swiss Re Financial Products Corporation