WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
------------------------------------------------------------------------------x

**AMENDED NOTICE OF ADJOURNMENT OF
DEBTORS' THREE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION
TO CERTAIN FILED PROOFS OF CLAIM SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Three Hundred Seventy-Third Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 31996] that was scheduled for December 19, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A, to a date to be determined** (the "Hearing"). Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, will provide notice of the new date and time of the Hearing by (a) filing a notice of hearing with the Court and (b) serving the same upon (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635].

Dated: December 17, 2012
      New York, New York

                          /s/ Robert J. Lemons
                         Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claims:

| Claimant | Claim No. |
|---|---|
| Thomson Reuters Corporation | 32003 |
| Bank of New York Mellon | 28486 |

US_ACTIVE:\44161142\2\58399.0011