WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555** (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON DECEMBER 19, 2012 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.   Three Hundred Eighteenth Omnibus Objection to Claims (Partnership Claims) **[ECF No. 28442]**

   Response Deadline:   July 6, 2012 at 4:00 p.m.

   Resolved Response:

      A.   Charles Moore (Claim No. 34234) **[ECF No. 30902]**

   Related Documents:   None.

   Status:   This matter is going forward on an uncontested basis solely with respect to the resolved response.

2. Three Hundred Twenty-Sixth Omnibus Objection to Claims (Severance and Other Employee Claims) **[ECF Nos. 29321]**

   Response Deadline:    August 9, 2012 at 4:00 p.m.

   Resolved Response:

       A.    Catherine Rodgers (Claim No. 32722)

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis solely with respect to the resolved response.

3. Three Hundred Twenty-Seventh Omnibus Objection to Claims (Partnership and Other Employee Claims) **[ECF Nos. 29322]**

   Response Deadline:    August 9, 2012 at 4:00 p.m.

   Resolved Responses:

       A.    Armita Fucci (Claim No. 19515)

       B.    Marilyn Nader (Claim No. 18944)

       C.    Catherine Rodgers (Claim No. 32725)

   Status:  This matter is going forward on an uncontested basis solely with respect to the resolved responses.

4. Three Hundred Sixty-Sixth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 31989]**

   Response Deadline:    December 10, 2012 at 4:00 p.m.

   Adjourned Response:

       A.    Response of Idalia Borges **[ECF No. 32405]**

   Related Documents:    None.

   Status:  This matter is going forward on an uncontested basis with respect to all claims identified on the Objection other than those claims for which the Objection has been adjourned or otherwise resolved.

**II.    CONTESTED MATTERS:**

5.  One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

    Response Deadline:    June 15, 2011 at 4:00 p.m.

    Response Received:

      A.    Response of CF Midas Balanced Growth Fund **[ECF No. 18348]**

    Related Documents:

      B.    Supplemental Response of CF Midas **[ECF No. 21186]**

      C.    LBHI's Omnibus Reply to Certain Responses **[ECF No. 32854]**

    Status:   This matter is going forward on a contested basis solely with respect to the claim of CF Midas Balanced Growth Fund (Claim No. 67193).

6.  Three Hundred Twenty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 29295]**

    Response Deadline:    August 9, 2012 at 4:00 p.m.

    Response Received:

      A.    Response of Dow Corning **[ECF No. 29910]**

    Related Document:

      B.    LBHI's Omnibus Reply to Certain Responses **[ECF No. 32854]**

    Status:   This matter is going forward on a contested basis solely with respect to the claims of Dow Corning Corporation (Claim Nos. 43840 and 43964).

7.  Three Hundred Seventy-Second Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 31995]**

    Response Deadline:    December 10, 2012 at 4:00 p.m.

    Response Received:

      A.    Response of Renata Thomas (Claim No. 68126)

    Related Documents:   None.

    Status:   This matter is going forward on a contested basis solely with respect to the claim of Renata Thomas (Claim No. 68126).

**MATTERS TO BE HEARD AT 2:00 P.M.**

8. Omnibus Application of (i) Individual members of Official Committee of Unsecured Creditors and (ii) Indenture Trustees Pursuant to Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code For Payment of Fees and Reimbursement Of Expenses, filed January 30 2012 **[ECF Nos. 24762 and 24881]**

   Response Deadline:    February 15, 2012 at 4:00 p.m.

   Responses Received:

   A.    Fee Committees Limited Objection to the Omnibus Application **[ECF No. 25384]**

   B.    Omnibus Objection of United States Trustee to Motion of Individual Members of the Creditors' Committee for Reimbursement of Fees and Expenses **[ECF No. 25394]**

   C.    Supplemental Objection of the United States Trustee to Individual Creditors' Applications for Reimbursement of Professional Fees and Expenses **[ECF No. 32765]**

   Related Documents:

   D.    Notice of Amendment to Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4), or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses **[ECF No. 24881]**

   E.    Reply of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees in Further Support of Omnibus Application Pursuant to Section 1129(a)(4), Or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses **[ECF No. 32129]**

   F.    Response of Official Committee of Unsecured Creditors in Further Support of Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), Or, Alternatively, Sections 503(b)(3)(D) And 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses **[ECF No. 32894]**

Status:  This matter is going forward.

## III.  ADJOURNED MATTERS:

9.  Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

    Response Deadline:  March 16, 2011 at 4:00 p.m.

    Adjourned Response:

    A.  Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

    Related Documents:

    B.  Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

    C.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

    D.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

    Status:  The hearing on the objection to the claims identified on Exhibit 1 has been adjourned to January 30, 2013 at 10:00 a.m.

10.  Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

    Response Deadline:  May 18, 2011 at 4:00 p.m.

    Adjourned Response:

    A.  Response of Wilmington Trust Company **[ECF No. 17886]**

    Related Document:

    B.  Declaration of Keri Reed in Support of Debtors' Motion **[ECF No. 16080]**

    Status:  The hearing on the objection to the claims identified above has been adjourned to January 30, 2013 at 10:00 a.m.

5

11. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

   Response Deadline:    June 15, 2011 at 4:00 p.m.

   Related Documents:    None.

   Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to January 30, 2013.

12. Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) **[ECF No. 30062]**

   Response Deadline:    September 13, 2012 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:    None.

   Status:  This matter has been adjourned to January 30, 2013 at 10:00 a.m.

13. Three Hundred Sixty-First Omnibus Objection to Claims (No Guarantee Claims) **[ECF No. 31317]**

   Response Deadline:    November 13, 2012 at 4:00 p.m.

   Related Documents:    None.

   Status:  The hearing for Claim No. 27668 has been adjourned to a date to be determined.

14. Three Hundred Sixty-Sixth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 31989]**

   Response Deadline:    December 10, 2012 at 4:00 p.m.

   Status:  The hearing for Claim Nos. 27233, 23716 and 11265 has been adjourned to January 30, 2013 at 10:00 a.m.

15. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

   Response Deadline:    October 17, 2011 at 4:00 p.m.

   Adjourned Response:

       A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

6

Related Documents:   None.

Status:  The hearing on the objection to the claim identified above has been adjourned to January 30, 2013 at 10:00 a.m.

16. Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 30055]**

Response Deadline:   September 15, 2012 at 4:00 p.m.

Adjourned Response:

    A.   Response of Canary Wharf **[ECF No. 31341]**

Status:  This matter is adjourned to January 16, 2013 at 10:00 a.m.

Dated:  December 18, 2012
       New York, New York

                      /s/ Robert J. Lemons
                      Robert J. Lemons
                      WEIL, GOTSHAL & MANGES LLP
                      767 Fifth Avenue
                      New York, New York 10153
                      Telephone:  (212) 310-8000
                      Facsimile:   (212) 310-8007

                      Attorneys for Lehman Brothers Holdings Inc.
                      and Certain of Its Affiliates

Exhibit 1

(**Ninety-Seventh** Omnibus Objection to Claims<br>
(Insufficient Documentation) **[Docket No. 14492]** – Adjourned Matters)

US_ACTIVE:\44161117\5\58399.0011

| **Claimant Name** | **Claim Number** |
|---|---|
| U.S. Bank National Association, and U.S. Bank National Association as Trustee Transferor: Bank of America, National Association[1] | 15989, 15992, 15993, 15994, 15995, 15996, 16357, 16358, 16359, 16361, 16363, 16367, 16378, 16380, 16381, 16383, 16387, 16388, 16416, 16418, 24349, 24582, 25654 |
| U.S. Bank National Association Transferor: Bank of America, National Association[2] | 15981, 15983, 15984, 15985, 15986, 15987, 15988, 15997, 15998, 16349, 16351, 16352, 16354, 16355, 16356, 16360, 16362, 16364, 16365, 16366, 16368, 16369, 16370, 16371, 16372, 16374, 16375, 16376, 16384, 16385, 16386, 16390, 16391, 16393, 16394, 16395, 16396, 16397, 16398, 16399, 16415, 16417, 16419, 16420, 16421, 16422, 16423, 16424, 16425, 16426, 16427, 16428 |
| Deutsche Bank, National Trust Company, as Trustee | 18542 |
| Wilmington Trust Company[3] | 16382 |

---

[1] Claims transferred by Bank of America National Association to U.S. Bank National Association and U.S. Bank National Association, as Trustee pursuant to Transfer of Claims Other Than for Security filed June 20, 2011 [Docket No. 17904].

[2] Claims transferred by Bank of America National Association to U.S. Bank National Association pursuant to Transfer of Claims Other Than for Security filed October 11, 2011 [Docket No. 20739].

[3] Claim transferred by Bank of America National Association to Wilmington Trust Company pursuant to Transfer of Claim Other Than for Security filed December 13, 2011 [Docket No. 23280].