Dennis F. Dunne
Evan R. Fleck
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                  :
In re:                                            :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (JMP)
                                                  :
                        Debtors.                  :
                                                  :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )  SS.:
COUNTY OF NEW YORK      )

CHARMAINE THOMAS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 17th of December 2012, I caused a copy of each of the following documents:

Statement *of Official Committee of Unsecured Creditors in Support of Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims* [DI 32863], and

> Response *of Official Committee of Unsecured Creditors in Further Support of Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), Or, Alternatively, Sections 503(b)(3)(D) And 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses* [DI 32894]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by hand delivery, and to be served upon the parties identified on Exhibit C attached hereto by FedEx for next business day delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before me this 18th of December 2012

/s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2013

## Exhibit A

'richard.krasnow@weil.com'; "maurice.horwitz@weil.com"; 'harvey.miller@weil.com'; 'jacqueline.marcus@weil.com'; 'lori.fife@weil.com; aaaronson@dilworthlaw.com; aalfonso@willkie.com; abeaumont@fklaw.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com; adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com; aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com; agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com; agoldstein@tnsj-law.com; ahandler@moundcotton.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com; akolod@mosessinger.com; alum@ftportfolios.com; amarder@msek.com; amartin@sheppardmullin.com; AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; ann.reynaud@shell.com; anthony_boccanfuso@aporter.com; aoberry@bermanesq.com; aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com; arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com; bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com; bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com; bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com; bguiney@pbwt.com; bkmail@prommis.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com; broy@rltlawfirm.com; bruce.wright@sutherland.com; bstrickland@wtplaw.com; btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com; cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com; carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com; cbrotstein@bm.net; cdesiderio@nixonpeabody.com; cgoldstein@stcwlaw.com; chammerman@paulweiss.com; charles@filardi-law.com; charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com; cmontgomery@salans.com; cohen@sewkis.com; colea@gtlaw.com; contact@lawofficesjje.com; cp@stevenslee.com; cpappas@dilworthlaw.com; craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov; cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com; cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@publicans.com; dave.davis@isgria.com; david.bennett@tklaw.com; david.heller@lw.com; david.powlen@btlaw.com; david.seligman@kirkland.com; davids@blbglaw.com; davidwheeler@mvalaw.com;

3

dbalog@intersil.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com; dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddrebsky@nixonpeabody.com; deggermann@kramerlevin.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; dfelder@orrick.com; dflanigan@polsinelli.com; dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com; diconzam@gtlaw.com; djoseph@stradley.com; dkleiner@velaw.com; dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com; dneier@winston.com; dove.michelle@dorsey.com; dpegno@dpklaw.com; draelson@fisherbrothers.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshaffer@wtplaw.com; dshemano@peitzmanweg.com; dspelfogel@foley.com; dtatge@ebglaw.com; dtheising@harrisonmoberly.com; dwdykhouse@pbwt.com; dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com; echang@steinlubin.com; ecohen@russell.com; efriedman@fklaw.com; efriedman@friedumspring.com; eglas@mccarter.com; ekbergc@lanepowell.com; eleicht@whitecase.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com; emerberg@mayerbrown.com; enkaplan@kaplanlandau.com; eobrien@sbchlaw.com; erin.mautner@bingham.com; eschwartz@contrariancapital.com; etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com; ezweig@optonline.net; fbp@ppgms.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; foont@foontlaw.com; fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net; ggitomer@mkbattorneys.com; ggoodman@foley.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@ravertpllc.com; gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com; hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com; hollace.cohen@troutmansanders.com; holsen@stroock.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hsteel@brownrudnick.com; icatto@mwe.com; igoldstein@proskauer.com; ilevee@lowenstein.com; ira.greene@hoganlovells.com; israel.dahan@cwt.com; iva.uroic@dechert.com; jacobsonn@sec.gov; james.heaney@lawdeb.com; james.mcclammy@dpw.com; james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com; jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com; jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com; jchubak@proskauer.com; jdoran@haslaw.com; Jdrucker@coleschotz.com; jdwarner@warnerandscheuerman.com; jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov; jeanites@whiteandwilliams.com; jeannette.boot@wilmerhale.com; jeff.wittig@coair.com; jeffery.black@bingham.com; jeffrey.sabin@bingham.com; jeldredge@velaw.com; jen.premisler@cliffordchance.com; jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com; jeremy.eiden@ag.state.mn.us; jfalgowski@reedsmith.com;

4

jflaxer@golenbock.com; jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgenovese@gjb-law.com; jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com; jhuggett@margolisedelstein.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com; jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@btkmc.com; jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jlovi@steptoe.com; jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmakower@tnsj-law.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com; jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com; jnadritch@olshanlaw.com; jnm@mccallaraymer.com; john.monaghan@hklaw.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov; joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov; joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com; jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com; jschiller@bsfllp.com; jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com; jsherman@bsfllp.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com; jsullivan@mosessinger.com; jteitelbaum@tblawllp.com; jtimko@shutts.com; jtorf@schiffhardin.com; judy.morse@crowedunlevy.com; jvail@ssrl.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com; jwh@njlawfirm.com; kanema@formanlaw.com; karen.wagner@dpw.com; karl.geercken@alston.com; kdwbankruptcydepartment@kelleydrye.com; keckhardt@hunton.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kerry.moynihan@hro.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; kkelly@ebglaw.com; kkolbig@mosessinger.com; klyman@irell.com; klynch@formanlaw.com; kmayer@mccarter.com; kobak@hugheshubbard.com; korr@orrick.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com; lacyr@sullcrom.com; Landon@StreusandLandon.com; lapeterson@foley.com; lathompson@co.sanmateo.ca.us; lberkoff@moritthock.com; Lee.Stremba@troutmansanders.com; lgotko@fklaw.com; lgranfield@cgsh.com; lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com; lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lkatz@ltblaw.com; LKISS@KLESTADT.COM; lmarinuzzi@mofo.com; Lmay@coleschotz.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com; lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@SC.com; margolin@hugheshubbard.com; mark.bane@ropesgray.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.ellenberg@cwt.com; mark.hellerer@pillsburylaw.com; mark.sherrill@sutherland.com; Marvin.Clements@ag.tn.gov; matt@willaw.com; matthew.klepper@dlapiper.com; maustin@orrick.com; max.polonsky@skadden.com; mbenner@tishmanspeyer.com; mberman@nixonpeabody.com; mberman@nixonpeabody.com;

5

mbienenstock@proskauer.com; mbloemsma@mhjur.com;
mbossi@thompsoncoburn.com; mcademartori@sheppardmullin.com;
mcantor@normandyhill.com; mccombst@sullcrom.com; mcordone@stradley.com;
mcto@debevoise.com; mcyganowski@oshr.com; mdorval@stradley.com;
melorod@gtlaw.com; meltzere@pepperlaw.com; metkin@lowenstein.com;
mfeldman@willkie.com; mgordon@briggs.com; mgreger@allenmatkins.com;
mh1@mccallaraymer.com; mhopkins@cov.com; michael.frege@cms-hs.com;
michael.kelly@monarchlp.com; michael.kim@kobrekim.com;
michael.mccrory@btlaw.com; millee12@nationwide.com; miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov; mitchell.ayer@tklaw.com;
mjedelman@vedderprice.com; MJR1@westchestergov.com; mkjaer@winston.com;
mlahaie@akingump.com; MLandman@lcbf.com; mlichtenstein@crowell.com;
mlynch2@travelers.com; mmendez@hunton.com; mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mparry@mosessinger.com; mpomerantz@julienandschlesinger.com;
mprimoff@kayescholer.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
mschlesinger@julienandschlesinger.com; msegarra@mayerbrown.com;
mshiner@tuckerlaw.com; msiegel@brownrudnick.com; msolow@kayescholer.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarner@coleschotz.com; mwarren@mtb.com; nathan.spatz@pillsburylaw.com;
ncoco@mwe.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;
neilberger@teamtogut.com; newyork@sec.gov; Nherman@morganlewis.com;
nickolas.karavolas@pillsburylaw.com; nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
otccorpactions@finra.org; patrick.oh@freshfields.com; paul.turner@sutherland.com;
pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com;
peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; philip.wells@ropesgray.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrain-gutierrez@kaplanlandau.com; ptrostle@jenner.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com;
rbeacher@pryorcashman.com; rbernard@foley.com; rbyman@jenner.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rflanagan@flanassoc.com;
rfleischer@pryorcashman.com; rfrankel@orrick.com;
rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgoodman@moundcotton.com; rgraham@whitecase.com; rhett.campbell@tklaw.com;
richard.fingard@newedge.com; richard.lear@hklaw.com; richard.levy@lw.com;
richard.tisdale@friedfrank.com; richard@rwmaplc.com; ritkin@steptoe.com;
RJones@BoultCummings.com; rleek@HodgsonRuss.com; RLevin@cravath.com;
rmatzat@hahnhessen.com; rnetzer@willkie.com; robert.bailey@bnymellon.com;
robert.dombroff@bingham.com; robert.henoch@kobrekim.com;
robert.malone@dbr.com; Robert.yalen@usdoj.gov; Robin.Keller@Lovells.com;
roger@rnagioff.com; ronald.silverman@bingham.com; ross.martin@ropesgray.com;

6

rrainer@wmd-law.com; rreid@sheppardmullin.com; rroupinian@outtengolden.com; rrussell@andrewskurth.com; rterenzi@stcwlaw.com; russj4478@aol.com; rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp; sabin.willett@bingham.com; sabramowitz@velaw.com; SABVANROOY@HOTMAIL.COM; Sally.Henry@skadden.com; samuel.cavior@pillsburylaw.com; sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com; scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com; schnabel.eric@dorsey.com; schristianson@buchalter.com; schwartzmatthew@sullcrom.com; scott.golden@hoganlovells.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; seba.kurian@invesco.com; sehlers@armstrongteasdale.com; seichel@crowell.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com; slerman@ebglaw.com; slerner@ssd.com; slevine@brownrudnick.com; SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com; smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com; spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com; sschultz@akingump.com; sselbst@herrick.com; sshimshak@paulweiss.com; sskelly@teamtogut.com; sstarr@starrandstarr.com; steele@lowenstein.com; stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov; steven.troyer@commerzbank.com; steven.usdin@flastergreenberg.com; steven.wilamowsky@bingham.com; steven@blbglaw.com; Streusand@StreusandLandon.com; susheelkirpalani@quinnemanuel.com; sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com; tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tdewey@dpklaw.com; tduffy@andersonkill.com; TGoren@mofo.com; thaler@thalergertler.com; thomas.califano@dlapiper.com; Thomas_Noguerola@calpers.ca.gov; tim.desieno@bingham.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com; tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com; toby.r.rosenberg@irscounsel.treas.gov; tomwelsh@orrick.com; tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com; tunrad@burnslev.com; twheeler@lowenstein.com; ukreppel@whitecase.com; Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com; walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com; wbenzija@halperinlaw.net; wchen@tnsj-law.com; wcurchack@loeb.com; wdase@fzwz.com; will.sugden@alston.com; william.m.goldman@dlapiper.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com; wmaher@wmd-law.com; wmarcari@ebglaw.com; wmckenna@foley.com; wrightth@sullcrom.com; wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; YUwatoko@mofo.com; 'robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com'; 'Karla.Lammers@cna.com'

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
    Elisabetta G. Gasparini, Esq.
    Andrea B. Schwartz, Esq.

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

## Exhibit C

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007