WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                  :
**In re**                                                         :       **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                      :       **08-13555 (JMP)**
                                                                  :
                                 **Debtors.**                     :       **(Jointly Administered)**
                                                                  :
-------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE**
**THREE HUNDRED SEVENTIETH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

PLEASE TAKE NOTICE that the hearing on the Three Hundred Seventieth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 31993] that was scheduled for

December 19, 2012, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: December 18, 2012
       New York, New York

                                         /s/ Robert J. Lemons
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone:  (212) 310-8000
                                         Facsimile:   (212) 310-8007

                                         Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of Its Affiliates

**Exhibit A**

**Adjourned Claim:**

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| MARSH USA INC. | 8538 | 32930 |