## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New York
Attn: Clerk

MARINER LDC ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

SUPER CASPIAN CAYMAN FUND LIMITED
767 Fifth Ave, 45th Floor
New York, NY 10153
Attn: Susan Lancaster
Tel. (914) 798-4241
Email: susan@casplanlp.com

and its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor against Lehman Brothers Holdings Inc. (Claim No.: 10933) in the amount of $12,514.72 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP). Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. Assignor hereby appoints Assignee as its true and lawful attorney-in-fact with respect to the Claim and authorizes Assignee to act in Assignor's name, place and stead, to negotiate, demand, sue for, compromise and recover all such sums of money which now are, or may hereafter become due and payable for or on account of the Claim, and to do all things necessary to enforce the Claim and Assignor's rights related thereto. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 19th day of December, 2012.

MARINER LDC
By: _____
Name: John C. Kelty
Title: Authorized Signatory

SUPER CASPIAN CAYMAN FUND LIMITED
By: _____
Name: Christopher Manz
Title: Authorized Signatory

AMR-394637-v1                                              - 2 -                                              80-40523353