## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sun Life Assurance Company of Canada (U.S.)

**Sun Life Assurance Company of Canada (U.S.)**, ("Seller"), with offices at One Sun Life Park, SC1306, Wellesley, MA 02481 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of $828,276.50, docketed as Claim No.67007 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19 day of December, 2012.

WITNESS: _____
(Signature) Brett Pacific
Senior Managing Director
Name: _____
Title: _____
(Print name and title of witness)

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)

By: Glenn Barry
(Signature of authorized signatory)

Name: Glenn Barry
Title: Managing Director
Tel.: 781.416.2258

WITNESS: _____
(Signature)
Name: Chris Jaroncyk
Title: _____
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sun Life Assurance Company of Canada (U.S.)

**Sun Life Assurance Company of Canada (U.S.)**, ("Seller"), with offices at One Sun Life Park, SC1306, Wellesley, MA 02481 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of $828,276.50, docketed as Claim No. 67006 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19 day of December, 2012.

WITNESS: (Signature) Brett Pacific, Senior Managing Director
Name:
Title:
(Print name and title of witness)

SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.)
By: Glenn Barry
(Signature of authorized signatory)
Name: Glenn Barry
Title: Managing Director
Tel.: 781.416.2258

WITNESS: (Signature)
Name: Chris Janorio
Title:
(Print name and title of witness)

JPMORGAN CHASE BANK, N.A.
By: (signature)
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Tel.: