Presentment Date and Time:  January 3, 2013 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline:  January 2, 2013 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed):  January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
                    Debtors.                                      :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER REINSTATING CLAIM**

    **PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **January 3, 2013 at 12:00 noon (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Granting Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims), dated January 26, 2012 [ECF No. 24673], and reinstates previously disallowed and expunged claim number 67194.

    **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **January 2, 2013 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

    **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

US_ACTIVE:\44163246\2\58399.0003

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: December 19, 2012
      New York, New York

      /s/ Robert J. Lemons
      Robert J. Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Lehman Brothers Holdings Inc.
      and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                                                   :     **Chapter 11 Case No.**
                                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     **08-13555 (JMP)**
                                                                                              :
                            Debtors.                                              :     **(Jointly Administered)**
                                                                                              :
---------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), and certain of its affiliated debtors in the above-referenced chapter 11 cases, filed the *Debtors' Two Hundred Thirty-Eighth Omnibus Objection to Claims (Late-Filed Claims)*, dated December 12, 2011 [ECF No. 23242] (the "Two Hundred Thirty-Eighth Omnibus Objection to Claims"),[1] against, *inter alia*, claim number 67194 (the "Claim");

WHEREAS the Two Hundred Thirty-Eighth Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), to disallow and expunge certain claims on the grounds that such claims

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Thirty-Eighth Omnibus Objection to Claims.

US_ACTIVE:\44163246\2\58399.0003

violate this Court's July 2, 2009 order setting forth the procedures and deadlines for filing proofs of claim in these chapter 11 cases [ECF No. 4271], as these claims were filed after the applicable bar date, all as more fully described in the Two Hundred Thirty-Eighth Omnibus Objection to Claims;

WHEREAS the Court entered an order on January 26, 2012 [ECF No. 24673], granting the relief requested in the Two Hundred Thirty-Eighth Omnibus Objection to Claims (the "<u>Order</u>"), which, among other things, disallowed and expunged the Claim;

WHEREAS LBHI has determined that the Claim should not have been disallowed and expunged and, therefore, now seeks to reinstate the Claim;

**IT IS HEREBY**:

ORDERED that the Court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate the Claim on the official claims register; and it is further

ORDERED that, other than as expressly set forth herein, the rights of LBHI and any other party in interest with respect to the Claim are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that, other than with respect to the Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, 2012
      New York, New York

                                                        _____
                                                        UNITED STATES BANKRUPTCY JUDGE