UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :    08-13555 (JMP)
                                             :
                    Debtors.                 :    (Jointly Administered)
-------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claims number 17847 against Lehman Brothers Holdings Inc. ("LBHI") by RALD Establishment filed in the amount of $4,368,699 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, RALD Establishment hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. RALD Establishment represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws with prejudice the subpoena directed to RALD Establishment, a copy of which was sent to RALD Establishment by Federal Express on November 29, 2012.

US_ACTIVE:\44151426\1\58399.0003

Dated: December 19, 2012
New York, New York

By: Johannes Matt
Title: Director

By: Claude von Hildebrand
Title: Director

RALD Establishment

Robert Lemons
WEIL, GOTSHAL & MANGES LLP
787 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2