UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                              :
                    Debtors.                                       :    (Jointly Administered)
------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 29116 filed against Lehman Brothers Holdings Inc. by Sansar Capital Holdings, Ltd. ("Sansar"), filed in the amount of $37,262,768.51 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Sansar hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Sansar represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena, a copy of which was delivered by FedEx to Sansar on November 29, 2012.

Dated: December 19, 2012
      New York, New York

| /s/ James A. Wright III | /s/ Robert J. Lemons |
|---|---|
| James A. Wright III | Robert J. Lemons |
| ROPES & GRAY LLP | WEIL, GOTSHAL & MANGES LLP |
| Prudential Tower | 767 Fifth Avenue |
| 800 Boylston Street | New York, New York 10153 |
| Boston, MA 02199 | Telephone: (212) 310-8000 |
| Telephone: (617) 951-7000 | Facsimile: (212) 310-8007 |
| Facsimile: (617) 951-7050 | |
| *Attorneys for Sansar Capital Holdings, Ltd.* | *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates* |