Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | VR-LIW GmbH acting on its own behalf and on behalf ("im auftrag von") of PAX-Bank eG |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): 55177

Amount of Claim (transferred): EUR 15,000,000.00 of ISIN XS0324072346 (plus all interest, costs and fees relating to this claim)

Date Claim Filed: October 29 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A        Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 19/12/12
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Simon Glennie
Vice President

*FULL Transfer of LBHI Claim # 55177*
*PROGRAM SECURITY*

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.  For value received, the adequacy and sufficiency of which are hereby acknowledged, **VR-LIW GmbH** acting on its own behalf and on behalf ("im auftrag von") of **Pax-Bank eG** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller and its clients' right, title and interest in and to Proof of Claim Number 55177 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller and its clients relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller and its clients' right, title and interest in, to and under the transfer agreements, if any, under which Seller, its clients or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.  Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; and (f) neither Seller, any of its clients, nor any of its or their predecessors-in-title has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.  Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

DB Ref: 11742                    Confidential

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of December 2012.

| VR-LIW GMBH | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____ | By: _____ |
| Name: Gunnar Mängel | Name: Simon Glennie / Philipp Roever |
| Title: General Manager | Title: Vice President / Vice President |
| Gabelsbergerstrasse 1a | Winchester House |
| 59069 Hamm | 1, Great Winchester Street |
| Germany | London EC2N 2DB |
| Attention: G. Maengel | ENGLAND |
| | Attn: Michael Sutton |

DB Ref:

Confidential

Schedule 1

## Transferred Claims

Purchased Portion

100% (including all interest, costs and fees relating thereto) of the claims that are referenced in the Proof of Claim attached at Schedule 2 and relating to the Purchased Security described below.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity |
|---|---|---|---|---|---|
| MTN8456 | XS0324072346 | Lehman Brothers Treasury Co. BV. | Lehman Brothers Holdings Inc. | EUR 15,000,000.00 (USD 21,358,500 using a EUR-USD FX rate of 1.423900) | 10/17/2012 |

ConfidentialSchedule 1-1

DB Ref:

Schedule 2

Copy of Proof of Claim 55177

ConfidentialSchedule 1–1

DB Ref:

| | |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000055177

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

| | |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities<br>Gunnar Mängel (General Manager)<br>Gabelsbergerstraße 1a<br>59069 Hamm<br>Germany<br><br>Telephone number:+4930/25 92 45 314    Email Address: g.maengel@vr-liw.de | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br>VR-LIW GmbH<br>Gabelsbergerstraße 1a<br>59069 Hamm<br><br>Telephone number:+4930/25 92 45 314 Email Address: g.maengel@vr-liw.de | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $21,927,476.43 _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0324072346 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached schedule( page 1 to 8) _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See attached schedule (page 1 to 8) _____ (Required)

| | | |
|---|---|---|
| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
| Date<br>26 Oct 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]*    Gunnar Mängel | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Schedule for the notes with the ISIN Code: XS0324072346

### Calculation

| | |
|---|---|
| Fixed interest rate: | 3.0% |
| Method of interest calculation: | Actual/ Actual |
| Initial day of reckoning: | 26 October 2007 |
| Original maturity day: | 17 October 2012 |
| Bankruptcy judgement day: | 15 September 2008 |
| Days of reckoning: | 325 |
| Exchange rate (EUR-USD)*: | 1.423900 |

* The exchange rate of 15 September 2008 is taken from the website www.reuters.com

Amount of Interest= $\dfrac{\text{Nominal amount} \times 3.0\% \times 325 \text{ days}}{366 \text{ days}}$

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA29841 | 67360 | 3.490.000,00 € | 92.971,31 € | 3.582.971,31 € | $ 5.101.792,85 |
| CA29789 | 67360 | 26.000,00 € | 692,62 € | 26.692,62 € | $ 38.007,63 |
| CA29826 | 67360 | 18.000,00 € | 479,51 € | 18.479,51 € | $ 26.312,97 |
| CA29945 | 67360 | 120.000,00 € | 3.196,72 € | 123.196,72 € | $ 175.419,81 |
| CA29830 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29827 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30853 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29814 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30847 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30826 | 67360 | 19.000,00 € | 506,15 € | 19.506,15 € | $ 27.774,80 |
| CA29783 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30217 | 67360 | 8.000,00 € | 213,11 € | 8.213,11 € | $ 11.694,65 |
| CA29772 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30435 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA30465 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29829 | 67360 | 7.000,00 € | 186,48 € | 7.186,48 € | $ 10.232,82 |
| CA30850 | 67360 | 22.000,00 € | 586,07 € | 22.586,07 € | $ 32.160,30 |
| CA29780 | 67360 | 22.000,00 € | 586,07 € | 22.586,07 € | $ 32.160,30 |

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA30219 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA30450 | 67360 | 7.000,00 € | 186,48 € | 7.186,48 € | $ 10.232,82 |
| CA30276 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA30028 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29921 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29792 | 67360 | 82.000,00 € | 2.184,43 € | 84.184,43 € | $ 119.870,20 |
| CA29840 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29973 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30458 | 67360 | 13.000,00 € | 346,31 € | 13.346,31 € | $ 19.003,81 |
| CA30475 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA30860 | 67360 | 14.000,00 € | 372,95 € | 14.372,95 € | $ 20.465,64 |
| CA29972 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30824 | 67360 | 8.000,00 € | 213,11 € | 8.213,11 € | $ 11.694,65 |
| CA29952 | 67360 | 8.000,00 € | 213,11 € | 8.213,11 € | $ 11.694,65 |
| CA30932 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29843 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29912 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29781 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30823 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA30829 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30445 | 67360 | 40.000,00 € | 1.065,57 € | 41.065,57 € | $ 58.473,27 |
| CA29968 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA29766 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29929 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29824 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA29907 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29949 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA29967 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA29846 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA29898 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30855 | 67360 | 4.000,00 € | 106,56 € | 4.106,56 € | $ 5.847,33 |
| CA29953 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30336 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30922 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29773 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA29777 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30029 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30863 | 67360 | 16.000,00 € | 426,23 € | 16.426,23 € | $ 23.389,31 |
| CA30437 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29823 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29909 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29758 | 67360 | 8.000,00 € | 213,11 € | 8.213,11 € | $ 11.694,65 |
| CA29833 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30165 | 67360 | 12.000,00 € | 319,67 € | 12.319,67 € | $ 17.541,98 |

Page 2 of 8

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA30467 | 67360 | 1.000.000,00 € | 26.639,34 € | 1.026.639,34 € | $ 1.461.831,76 |
| CA29845 | 67360 | 350.000,00 € | 9.323,77 € | 359.323,77 € | $ 511.641,12 |
| CA29791 | 67360 | 520.000,00 € | 13.852,46 € | 533.852,46 € | $ 760.152,52 |
| CA29969 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29745 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30148 | 67360 | 14.000,00 € | 372,95 € | 14.372,95 € | $ 20.465,64 |
| CA29931 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA30473 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30216 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29923 | 67360 | 214.000,00 € | 5.700,82 € | 219.700,82 € | $ 312.832,00 |
| CA29957 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29764 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30333 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29744 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA30220 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30335 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA30027 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30159 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29816 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA30470 | 67360 | 350.000,00 € | 9.323,77 € | 359.323,77 € | $ 511.641,12 |
| CA29970 | 67360 | 40.000,00 € | 1.065,57 € | 41.065,57 € | $ 58.473,27 |
| CA29971 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA30151 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29946 | 67360 | 380.000,00 € | 10.122,95 € | 390.122,95 € | $ 555.496,07 |
| CA29950 | 67360 | 146.000,00 € | 3.889,34 € | 149.889,34 € | $ 213.427,44 |
| CA30825 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA30859 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA30447 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29818 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29832 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30443 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30155 | 67360 | 7.000,00 € | 186,48 € | 7.186,48 € | $ 10.232,82 |
| CA29839 | 67360 | 750.000,00 € | 19.979,51 € | 769.979,51 € | $ 1.096.373,82 |
| CA29959 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30446 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30434 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29761 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA30925 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30147 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30867 | 67360 | 40.000,00 € | 1.065,57 € | 41.065,57 € | $ 58.473,27 |
| CA29813 | 67360 | 29.000,00 € | 772,54 € | 29.772,54 € | $ 42.393,12 |
| CA30831 | 67360 | 23.000,00 € | 612,70 € | 23.612,70 € | $ 33.622,13 |
| CA29914 | 67360 | 250.000,00 € | 6.659,84 € | 256.659,84 € | $ 365.457,94 |
| CA29836 | 67360 | 210.000,00 € | 5.594,26 € | 215.594,26 € | $ 306.984,67 |

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA29785 | 67360 | 62.000,00 € | 1.651,64 € | 63.651,64 € | $ 90.633,57 |
| CA30856 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30874 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30463 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA29767 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30917 | 67360 | 45.000,00 € | 1.198,77 € | 46.198,77 € | $ 65.782,43 |
| CA30432 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29905 | 67360 | 24.000,00 € | 639,34 € | 24.639,34 € | $ 35.083,96 |
| CA29954 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30471 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA29774 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29825 | 67360 | 16.000,00 € | 426,23 € | 16.426,23 € | $ 23.389,31 |
| CA29775 | 67360 | 46.000,00 € | 1.225,41 € | 47.225,41 € | $ 67.244,26 |
| CA30844 | 67360 | 16.000,00 € | 426,23 € | 16.426,23 € | $ 23.389,31 |
| CA29794 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29755 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29911 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30469 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA43316 | 67360 | 90.000,00 € | 2.397,54 € | 92.397,54 € | $ 131.564,86 |
| CA30919 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30453 | 67360 | 118.000,00 € | 3.143,44 € | 121.143,44 € | $ 172.496,15 |
| CA29837 | 67360 | 1.000.000,00 € | 26.639,34 € | 1.026.639,34 € | $ 1.461.831,76 |
| CA29747 | 67360 | 165.000,00 € | 4.395,49 € | 169.395,49 € | $ 241.202,24 |
| CA29976 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30442 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30461 | 67360 | 60.000,00 € | 1.598,36 € | 61.598,36 € | $ 87.709,91 |
| CA29782 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30440 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29746 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA29956 | 67360 | 55.000,00 € | 1.465,16 € | 56.465,16 € | $ 80.400,75 |
| CA29754 | 67360 | 35.000,00 € | 932,38 € | 35.932,38 € | $ 51.164,11 |
| CA30918 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29844 | 67360 | 17.000,00 € | 452,87 € | 17.452,87 € | $ 24.851,14 |
| CA30161 | 67360 | 50.000,00 € | 1.331,97 € | 51.331,97 € | $ 73.091,59 |
| CA30848 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29974 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30841 | 67360 | 170.000,00 € | 4.528,69 € | 174.528,69 € | $ 248.511,40 |
| CA29762 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30332 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30452 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA29966 | 67360 | 65.000,00 € | 1.731,56 € | 66.731,56 € | $ 95.019,06 |
| CA29821 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29948 | 67360 | 200.000,00 € | 5.327,87 € | 205.327,87 € | $ 292.366,35 |
| CA29788 | 67360 | 103.000,00 € | 2.743,85 € | 105.743,85 € | $ 150.568,67 |

Page 4 of 8

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA29928 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29793 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA29778 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29743 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA29765 | 67360 | 4.000,00 € | 106,56 € | 4.106,56 € | $ 5.847,33 |
| CA29748 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29759 | 67360 | 4.000,00 € | 106,56 € | 4.106,56 € | $ 5.847,33 |
| CA29757 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA29763 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA30438 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30845 | 67360 | 53.000,00 € | 1.411,89 € | 54.411,89 € | $ 77.477,08 |
| CA30448 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29771 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| CA30830 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30433 | 67360 | 14.000,00 € | 372,95 € | 14.372,95 € | $ 20.465,64 |
| CA30141 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29760 | 67360 | 117.000,00 € | 3.116,80 € | 120.116,80 € | $ 171.034,32 |
| CA29779 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29900 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29831 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30466 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30152 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA29934 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30145 | 67360 | 15.000,00 € | 399,59 € | 15.399,59 € | $ 21.927,48 |
| CA30828 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30140 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA30929 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29776 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29838 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30143 | 67360 | 12.000,00 € | 319,67 € | 12.319,67 € | $ 17.541,98 |
| CA29749 | 67360 | 19.000,00 € | 506,15 € | 19.506,15 € | $ 27.774,80 |
| CA29916 | 67360 | 40.000,00 € | 1.065,57 € | 41.065,57 € | $ 58.473,27 |
| CA30278 | 67360 | 21.000,00 € | 559,43 € | 21.559,43 € | $ 30.698,47 |
| CA29926 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30459 | 67360 | 500.000,00 € | 13.319,67 € | 513.319,67 € | $ 730.915,88 |
| CA30868 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30163 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA30158 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29784 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30834 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA29919 | 67360 | 13.000,00 € | 346,31 € | 13.346,31 € | $ 19.003,81 |
| CA30838 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29751 | 67360 | 98.000,00 € | 2.610,66 € | 100.610,66 € | $ 143.259,51 |
| CA29817 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | *Total amount of claim in $: |
|---|---|---|---|---|---|
| CA29769 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA29901 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30864 | 67360 | 21.000,00 € | 559,43 € | 21.559,43 € | $ 30.698,47 |
| CA29835 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30827 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29768 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA29787 | 67360 | 6.000,00 € | 159,84 € | 6.159,84 € | $ 8.770,99 |
| CA29811 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29790 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA30451 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30927 | 67360 | 9.000,00 € | 239,75 € | 9.239,75 € | $ 13.156,49 |
| CA30871 | 67360 | 4.000,00 € | 106,56 € | 4.106,56 € | $ 5.847,33 |
| CA29842 | 67360 | 125.000,00 € | 3.329,92 € | 128.329,92 € | $ 182.728,97 |
| CA29786 | 67360 | 75.000,00 € | 1.997,95 € | 76.997,95 € | $ 109.637,38 |
| CA29897 | 67360 | 11.000,00 € | 293,03 € | 11.293,03 € | $ 16.080,15 |
| CA30472 | 67360 | 400.000,00 € | 10.655,74 € | 410.655,74 € | $ 584.732,70 |
| CA29752 | 67360 | 30.000,00 € | 799,18 € | 30.799,18 € | $ 43.854,95 |
| CA29828 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA30154 | 67360 | 25.000,00 € | 665,98 € | 25.665,98 € | $ 36.545,79 |
| CA29756 | 67360 | 112.000,00 € | 2.983,61 € | 114.983,61 € | $ 163.725,16 |
| CA29750 | 67360 | 200.000,00 € | 5.327,87 € | 205.327,87 € | $ 292.366,35 |
| CA30436 | 67360 | 10.000,00 € | 266,39 € | 10.266,39 € | $ 14.618,32 |
| CA30444 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA30852 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30842 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30872 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30835 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30449 | 67360 | 100.000,00 € | 2.663,93 € | 102.663,93 € | $ 146.183,18 |
| CA30455 | 67360 | 20.000,00 € | 532,79 € | 20.532,79 € | $ 29.236,64 |
| CA29902 | 67360 | 5.000,00 € | 133,20 € | 5.133,20 € | $ 7.309,16 |
| CA30439 | 67360 | 3.000,00 € | 79,92 € | 3.079,92 € | $ 4.385,50 |
| Total | | 15.000.000,00 € | 399.590,16 € | 15.399.590,16 € | $ 21.927.476,43 |

### Reservation of Rights

1. VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities ("Claimant") expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims. Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

2. This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

3. The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

4. Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

5. In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

26 OCT 2009

Date

*[signature]*

Signature

Gunnar Mängel (General Manager)

VR-LIW GmbH
Gabelsbergerstr. 1a
59069 Hamm
Germany

Registry court: AG Hamm, HRB 6345
VAT-Ident-Number DE262892384

Tel.: +49 30 / 259 245 - 314
Fax: +49 30 / 259 245 - 399
E-Mail: g.maengel@vr-liw.de

