**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                              :

**In re**                                          :        **Chapter 11 Case No.**
                                              :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :        **08-13555 (JMP)**
                                              :

                   **Debtors.**                 :        **(Jointly Administered)**
                                              :
------------------------------------------------------------------x

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)(2)**

A CLAIM (the "Claim") HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§ 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the Claim in the amount set forth below as "Amount of Claim Transferred".

| Lehman Commercial Paper Inc. | GE Corporate Financial Services, as Loan Servicer |
|---|---|
| Name of Transferee | Name of Transferor |

| Entire Claim ($36,610,533.50) | 66604 |
|---|---|
| Amount of Claim Transferred | Proof of Claim No. |

| Lehman Brothers Holdings Inc. |
|---|
| Name of Debtor Against Which Claim is Held |

You are hereby requested to make all future payments and distributions in respect of the Claim to the Transferee at the address below.

TRANSFEREE:    Lehman Commercial Paper Inc.
                          1271 Avenue of the Americas
                          New York, NY 10020
                          Attention: Scott Anchin and Sally Nancoz

You are hereby requested to give all notices and other communications in respect of the Claim to Transferee at the address above.

12627396

-2-

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**LEHMAN COMMERCIAL PAPER INC.**                Date: December 19, 2012

By: *[signature]*

Name:  David G. Walsh
Title:   Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

## EXHIBIT

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

      Transferor, as Loan Servicer for Fusion Funding Luxembourg S.à r.l and Fusion Funding Limited, for  good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has transferred and assigned to Lehman Commercial Paper Inc. the claim specified on the *Notice of Transfer of Claim Pursuant to Rule 3001(e)(2)* submitted herewith.

      Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer.

[*Signature Page Follows*]

12627396

| Transferor: | Transferee: |
|---|---|
| **GE Corporate Financial Services** | **Lehman Commercial Paper Inc.** |
| By: *[signature]* | By: _____ |
| Name: Isabel Fernandez | Name: David G. Walsh |
| Title: Duly Authorized Signatory | Title:   Vice President |

**Fusion Funding Luxembourg S.à r.l**

By: _____
   Name: Mrs. Amiirah Romjhon
   Title: Sole Director

**Fusion Funding Limited**

By: _____
   Name: James J. Sullivan
   Title:  Director

*[Signature Page for Claim No. 66604]*

-4-

| Transferor: | Transferee: |
|---|---|
| **GE Corporate Financial Services** | **Lehman Commercial Paper Inc.** |

By: _____        By: _*[signature]*_____
    Name:                                                                    Name: David G. Walsh
    Title:                                                                       Title:   Vice President

**Fusion Funding Luxembourg S.à r.l**

By: _____
    Name: Mrs. Amiirah Romjhon
    Title: Sole Director

**Fusion Funding Limited**

By: _____
    Name: James J. Sullivan
    Title:  Director

*[Signature Page for Claim No. 66604]*

-4-

| Transferor: | Transferee: |
|---|---|
| **GE Corporate Financial Services** | **Lehman Commercial Paper Inc.** |
| By: _____ | By: _____ |
|    Name: |    Name: David G. Walsh |
|    Title: |    Title: Vice President |

**Fusion Funding Luxembourg S.à r.l**

By: _____*A. Romjhon*_____
   Name: Mrs. Amiirah Romjhon
   Title: Sole Director

**Fusion Funding Limited**

By: _____
   Name: James J. Sullivan
   Title: Director

*[Signature Page for Claim No. 66604]*

| Transferor: | Transferee: |
|---|---|
| **GE Corporate Financial Services** | **Lehman Commercial Paper Inc.** |

By: _____
    Name:
    Title:

By: _____
    Name:  David G. Walsh
    Title:   Vice President

**Fusion Funding Luxembourg S.à r.l**

By: _____
    Name: Mrs. Amiirah Romjhon
    Title: Sole Director

**Fusion Funding Limited**

By: _____
    Name: James J. Sullivan
    Title:  Director

[*Signature Page for Claim No. 66604*]