UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                         Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proofs of claim numbered 26514, 26515, 26516 and 26517 against Lehman Brothers Holdings Inc. by Anthracite Investments (Cayman) Limited, (together, the "Claims").

PLEASE TAKE NOTICE that Anthracite Investments (Cayman) Limited hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. Anthracite Investments (Cayman) Limited represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena dated September 4, 2012 directed to Anthracite Investments (Cayman) Limited solely with respect to the Claims identified, the issuance of which was noticed in a filing with the Court on September 5, 2012 [Docket No. 30804].

INTERNAL

Dated: December 19, 2012

    New York, New York

_____
Name: SAMIT GHOSH & DENISE SEVILLA
Title: Authorised Signatory
Anthracite Investments (Cayman) Limited

_____

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212)310-8000

*Attorneys for Lehman Brothers Holdings Inc.*