UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                       :

**In re**                                                  :       **Chapter 11 Case No.**

                                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       **08-13555 (JMP)**

                                                  :

                     **Debtors.**         :       **(Jointly Administered)**

                                                  :

------------------------------------------------------------------x

### NOTICE OF HEARING ON FIRST AND FINAL FEE APPLICATION OF EPIQ BANKRUPTCY SOLUTIONS, LLC, AS SOLICITATION AND VOTING AGENT TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM SEPTEMBER 1, 2011 THROUGH DECEMBER 6, 2011

      **PLEASE TAKE NOTICE** that a hearing to consider the First and Final Fee Application of Epiq Bankruptcy Solutions, LLC (the "Fee Application"), filed on May 9, 2012 [Docket No. 27762] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 16, 2013 at 10:00 a.m. (prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that any responses to the Fee Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Evan Fleck, Esq., and Dennis O'Donnell, Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq., and Andrea B. Schwartz, Esq.); (iv) attorneys for Lehman Brothers Holdings Inc., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Garrett A. Fail, Esq.); and (v) Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, Third Floor, New York, New York 10017 (Attn: Jane Sullivan and Christina Pullo), the Solicitation and Voting Agent to the Debtors, so as to be so filed and received by no later than **January 7, 2013 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Fee Application, Epiq may, on or after the Response Deadline, submit to the Bankruptcy Court an order granting the Fee Application, which order may be entered with no further notice or opportunity to be heard offered to any party.

Dated: December 20, 2012
      New York, New York

                                        */s/ Jane Sullivan*
                                        Jane Sullivan
                                        Executive Vice President
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
                                        757 Third Avenue
                                        New York, New York 10017
                                        Telephone: (646) 282-2500
                                        Facsimile: (646) 282-2501