# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 366: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | COLON LOPEZ, ELIZABETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/25/2009 | 34924 | $98,695.11 | $98,695.11 | None |
| 2 | GAMBARDELLA, LISA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27360 | $7,105.00 | $3,726.00 | $3,379.00 |
| 3 | KENNEY, ARTHUR J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 2/10/2012 | 67880 | $81,597.66 | $65,172.11 | $16,425.55 |
| 4 | KONHEIM, SETH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/6/2011 | 67484 | $8,000.00 | $8,000.00 | None |
| 5 | LIU, AMY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27354 | $6,621.00 | $2,275.00 | $4,346.00 |
| 6 | MARSAN, DEAN K. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/14/2009 | 12163 | Undetermined | Undetermined | None |
| 7 | MONTELLA, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/29/2011 | 67751 | $57,747.21 | $40,769.21 | $16,978.00 |
| 8 | PATEL, BHAVNA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/24/2009 | 9246 | $40,060.00 | $25,030.00 | $15,030.00 |
| 9 | RODRIGUEZ, KLEBER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18127 | $242,075.64 | $36,000.00 | $206,075.64 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 366: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 10 | SATRIALE, ANTHONY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 17328 | $3,000.00 | $3,000.00 | None |
| 11 | SCELLATO, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41376 | Undetermined | Undetermined | None |
| 12 | SCELLATO, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41377 | Undetermined | Undetermined | None |
| 13 | SCELLATO, JAMES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41378 | $23,736.64 | $23,736.64 | None |
| 14 | SHANAHAN, JOHN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30682 | $37,317.00 | $37,317.00 | None |
| 15 | TERRANOVA, THOMAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/1/2012 | 67935 | $70,000.00 | $70,000.00 | None |
| 16 | ULYANENKO, ANDREY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26198 | $14,450.00 | $14,450.00 | None |
| 17 | WITKIN, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/1/2009 | 10035 | $909.00 * | $909.00 | Undetermined |
| | | | | TOTAL | | $691,314.26 | $429,080.07 | $262,234.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts