# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 327: EXHIBIT 1 - PARTNERSHIP AND OTHER EMPLOYEE CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 FUCCI, ARMITA M. | 19515 | 9/19/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 2 NADER, MARILYN B. | 18944 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 3 RODGERS, CATHERINE M. | 32725 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $900.00 | | $900.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $900.00 | $0.00 | $900.00 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$7,044.69** | **$0.00** | **$7,044.69** |

\* - Indicates claim contains unliquidated and/or undetermined amounts