# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 376: EXHIBIT 1 – INCORRECT DEBTOR CLAIMS

| | CLAIM # | CLAIMANT | DATE FILED | CLAIM AMOUNT | ASSERTED CASE NUMBER | DEBTOR | NEW CASE NUMBER(S) | DEBTOR(S) | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 31172 | FIORILLI, MATTHEW & JUDY<br>6 HEATH DRIVE<br>BRIDGEWATER, NJ 08807 | 09/22/2009 | $206,007.70 | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | 08-13893 (JMP) | Lehman Brothers OTC Derivatives Inc. | $269,786.22 |
| 2 | 66832 | RICHARDS, LAYTON & FINGER, P.A.<br>C/O LEE E. KAUFMAN<br>920 N. KING STREET<br>WILMINGTON, DE 19801 | 06/11/2010 | $63,691.09 | 09-17503 (JMP) | LB Somerset LLC | 09-17505 (JMP) | LB Preferred Somerset LLC | $63,691.09 |

\* - Indicates claim contains unliquidated and/or undetermined amounts