# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)

OMNIBUS OBJECTION 374: EXHIBIT 1 - PARTNERSHIP CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1  AXELROD, STUART | 11253 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $9,050.00 | | $20,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$16,437.60** | | **$16,437.60** |
| 2  BAQUERO,TARA E. | 8198 | 8/13/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $689,050.00 | | $700,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$2,348.23** | | **$2,348.23** |
| 3  BULLEN, JANE E. | 31666 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 4  BUTLER-MCLAUGHLIN, CECELIA E. | 21506 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $70,000.00 | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 5  CORNELL, JENNIFER I | 24175 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $6,000.00 | | $6,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 6  DELUCA, PHILIP F. | 15671 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $3,045.00 | | $3,045.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 7  ETGES,JUERGEN | 26291 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 8  FREEMAN,ROGER A. | 23880 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $39,050.00 | | $50,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$16,437.60** | | **$16,437.60** |
| 9  GREVES, ANNE MARIE | 31667 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 10  HOM, MICHAEL C. | 12939 | 9/15/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $14,050.00 | | $25,000.00 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$16,437.60** | | **$16,437.60** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)

## OMNIBUS OBJECTION 374: EXHIBIT A - PARTNERSHIP CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 11 LAWSON, IAN D | 24364 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $250,000.00 | | $250,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 12 LEACH, EVERETT | 31672 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 13 LYONS, FREDERICK W. | 31164 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $70,000.00 | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 14 MANNINO, JOSEPH | 13370 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $70,000.00 | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 15 MEDERO, XAVIERA | 23796 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $70,000.00 | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 16 MONTALVO, MIRIAM | 30679 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 17 NANCOZ, SALLY | 26301 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $20,000.00 | | $20,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 18 OH, MIRIAM Y. | 15218 | 9/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 19 RADICK, JONATHAN | 11299 | 9/10/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 20 SETO, KAREN | 24168 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (JMP)**

**OMNIBUS OBJECTION 374: EXHIBIT 1 - PARTNERSHIP CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 21  SIBIRSKI, LINDA J. | 13457 | 9/16/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 22  SILVERS, STEVEN T. | 23876 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $10,000.00 | | $10,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| 23  SKINNER, MICHAEL L. | 8419 | 8/17/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $41,357.64 | | $52,307.64 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$16,437.60** | | **$16,437.60** |
| 24  TERRANOVA, THOMAS | 67829 | 12/30/11 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $70,000.00 | | $70,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$16,437.60** | | **$16,437.60** |
| 25  WONG, NANCY C. | 31262 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | **CLAIM AS MODIFIED** | | | | **$2,348.23** | | **$2,348.23** |
| | | | TOTAL ASSERTED | | | $54,750.00 | $1,431,602.64 | | $1,486,352.64 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | | | 0.00 | 0.00 | | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | | | 54,750.00 | 1,431,602.64 | | 1,486,352.64 |
| | | | **TOTAL CLAIM AS MODIFIED** | | | **$0.00** | **$213,688.82** | | **$213,688.82** |