**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED SEVENTY-FIRST
### OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the three hundred seventy-first omnibus objection to claims, dated

November 9, 2012 (the "Three Hundred Seventy-First Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors,

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to

reduce and allow the Reduce and Allow Claims, as more fully described in the Three Hundred

Seventy-First Omnibus Objection to Claims; and due and proper notice of the Three Hundred

Seventy-First Omnibus Objection to Claims having been provided, and it appearing that no other

or further notice need be provided; and the Court having found and determined that the relief

requested in the Three Hundred Seventy-First Omnibus Objection to Claims is in the best

interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal

and factual bases set forth in the Three Hundred Seventy-First Omnibus Objection to Claims

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Three Hundred Seventy-First Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Seventy-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Reduce and Allow Claim listed on Exhibit 1 annexed hereto

is reduced and allowed in the modified amount and priority set forth on Exhibit 1, and any

asserted amounts in excess of the modified amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Three Hundred Seventy-

First Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       December 20, 2012

_____ _s/ James M. Peck_____
Honorable James M. Peck
United States Bankruptcy Judge