# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 371: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | CHAMPION INTERNATIONAL MOVING LTD | 6636 | 7/29/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $8,223.27 | | $8,223.27 |
| | | | | **CLAIM AS MODIFIED** | | | | **$3,528.87** | | **$3,528.87** |
| 2 | CORPORATION SERVICE COMPANY | 3125 | 2/25/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $15,748.10 | | $15,748.10 |
| | | | | **CLAIM AS MODIFIED** | | | | **$1,408.10** | | **$1,408.10** |
| 3 | EXL SERVICE HOLDINGS, INC. | 19488 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | $73,850.15 | | | $124,070.73 | | $197,920.88 |
| | | | | **CLAIM AS MODIFIED** | **None** | | | **$124,070.73** | | **$124,070.73** |
| 4 | METRO OFFICE FURNITURE RENTAL INC | 1151 | 12/1/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $4,751.56 | | $4,751.56 |
| | | | | **CLAIM AS MODIFIED** | | | | **$4,584.74** | | **$4,584.74** |
| 5 | PIEDMONT PRODUCTIONS LLC | 66119 | 1/19/10 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $9,167.30 | | $9,167.30 |
| | | | | **CLAIM AS MODIFIED** | | | | **$3,837.50** | | **$3,837.50** |
| | | | | TOTAL ASSERTED | $73,850.15 | $0.00 | $0.00 | $161,960.96 | $0.00 | $235,811.11 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 73,850.15 | 0.00 | 0.00 | 161,960.96 | 0.00 | 235,811.11 |
| | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$137,429.94** | **$0.00** | **$137,429.94** |

\* - Indicates claim contains unliquidated and/or undetermined amounts