# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 369: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | CHINA CITIC BANK CORPORATION LIMITED ATTN: ZHAO JINGLIANG BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJING, 100027 CHINA | 09/21/2009 | 08-13555 (JMP) | 24579 | $839,481.81* | CHINA CITIC BANK CORPORATION LIMITED ATTN: ZHAO JINGLIANG BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJIING, 100027 CHINA | 09/21/2009 | 08-13555 (JMP) | 20831 | $839,481.81* |
| 2 | CIBA UK PENSION TRUST LTD CHARTER WAY MACCLESFIELD CHESHIRE, SK10 2NX UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 32599 | $54,989.67 | CIBA UK PENSION TRUST LTD CHARTER WAY MACCLESFIELD CHESHIRE, SK10 ZNX UNITED KINGDOM | 09/22/2009 | 08-13555 (JMP) | 26552 | $54,989.67 |
| 3 | DOWNTOWN REDEVELOPMENT AUTHORITY PO BOX 1995 VANCOUVER, WA 98668-1995 | 03/07/2012 | 08-13555 (JMP) | 68036 | $2,196,822.00 | DOWNTOWN REDEVELOPMENT AUTHORITY PO BOX 1995 VANCOUVER, WA 98668-1995 | 03/07/2012 | 08-13555 (JMP) | 68035 | $2,196,822.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 369: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 4 | PILEKA INVESTMENTS LIMITED<br>AKARA BUILDING<br>24 CASTRO STREET, WICKHAMS<br>ROAD TOWN, CAY 1<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 09/22/2009 | 08-13555 (JMP) | 30081 | $250,684.00 | PILEKA INVESTMENTS LIMITED<br>AKARA BUILDING<br>24 CASTRO STREET, ROAD TOWN<br>WICKHAMS CAY 1<br>TORTOLA,<br>VIRGIN ISLANDS (BRITISH) | 09/21/2009 | 08-13555 (JMP) | 25800 | $250,684.00 |
| 5 | R2 INVESTMENTS, LDC<br>C/O AMALGAMATED GADGET, L.P.<br>301 COMMERCE STREET, SUITE 3200<br>FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 25635[1] | $7,388,738.95* | R2 INVESTMENTS, LDC<br>C/O AMALGAMATED GADGET, L.P.<br>ATTN: NOEL NESSER, CHIEF FINANCIAL OFFICER - ATTN: BUSINESS AFFAIRS<br>301 COMMERCE STREET, SUITE 3200<br>FORT WORTH, TX 76102-4140 | 09/21/2009 | 08-13555 (JMP) | 24371[2] | $7,069,667.23 |
| 6 | REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | 12/18/2009 | 08-13555 (JMP) | 65976 | $433,751.50 | REID, WAYNE D, II<br>433 LANGLEY OAKS DRIVE<br>MARIETTA, GA 30067 | 12/18/2009 | 08-13555 (JMP) | 65975 | $433,751.50 |

---

[1] Claim number 25635 was filed in the amount of $19,251,857.97. Only portion of claim number 25635 relating to LBHI's alleged guarantee of Lehman Brothers Special Financing Inc.'s obligation under the Master Agreement (as such term is defined in proof of claim number 25635) is included in the Three Hundred Sixty-Ninth Omnibus Objection to Claims.

[2] Claim number 24371 was previously Allowed (as such term is defined in the Plan) in the amount of $7,069,667.23 pursuant to the Order Granting Debtors' Sixty-Seventh Omnibus Objection to Claims [ECF No. 13616].

**\* - Indicates claim contains unliquidated and/or undetermined amounts**     **Page 2 of 3**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 369: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 7  TREILING, ERIC<br>745 SEVENTH AVENUE<br>THIRD FLOOR<br>NEW YORK, NY 10019 | 09/18/2009 | 08-13555 (JMP) | 19432 | Undetermined | TREILING, ERIC<br>745 SEVENTH AVENUE<br>THIRD FLOOR<br>NEW YORK, NY 10019 | 09/18/2009 | 08-13555 (JMP) | 18277 | Undetermined |
| | | | TOTAL | $11,164,467.93 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts