# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 364: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CHILTON MUELLER, MARTHA | Lehman Brothers Holdings Inc. | 21504 | $1,405,373.85 * | $1,405,373.85 | None | Claim 21504 is based on amounts owed under securities issued by or investments in Lehman Brothers MLP Opportunity Delaware Fund L.P., a non-Debtor entity. LBHI has no liability for the securities issued by or investments in Lehman Brothers MLP Opportunity Delaware Fund L.P. |
| 2 | EMPIRE OFFICE INC. | Lehman Brothers Holdings Inc. | 4340 | $54,825.44 * | $54,825.44 | None | The Debtors' records reflect that Claim 4340 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand. The Debtors have no liability to claimant for such transaction or transactions. |
| | | | TOTAL | $1,460,199.29 | $1,460,199.29 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts