B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

BARCLAYS BANK BBSAU

Name of Transferor

Agrupaejido, S.A.

Name and Address where notices to transferee should be sent:

BARCLAYS BANK, S.A.
C/ Mateo Inurria 15
28036, Madrid
Spain
Attn: Abraham Carpintero

Court Claim # (if known): 56672
Amount of Claim: $4,257,317.31
Date Claim Filed: October 29, 2009

Phone: 0034 91 336 23 50
Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: N/A

Phone: 0034 91 336 23 50
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_ Transferee/Transferee's Agent

Date: December 17, 2012

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

\\NY - 002659/000002 - 2515786 v1