UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                             Debtors.              :    (Jointly Administered)
------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 33634 filed against Lehman Brothers Holdings Inc. by Round Table Global Multi-Strategy Master Fund, Ltd. in the amount of $13,689,426.81 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Round Table Global Multi-Strategy Master Fund, Ltd. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Round Table Global Multi-Strategy Master Fund, Ltd. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon Round Table Global Multi-Strategy Master Fund, Ltd. on November 26, 2012, the issuance of which was noticed in a filing with the Court on November 29, 2012.

US_ACTIVE:\44158951\1\58399.0011

Dated: December 1̵9̵, 2012
      New York, New York

_____
M. Patric Klein
Chief Financial Officer
Round Table Investment Management
Company, LP, on behalf of Round Table
Global Multi-Strategy Master Fund, Ltd.
214 North Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 208-3693
Fax: (704) 208-3699

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

US_ACTIVE:\44158951\1\58399.0011