Francis Healy
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5596

*Attorney for DKR SoundShore Oasis Holding Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 12040, filed on September 14, 2009, against Lehman Brothers Holdings Inc. by DKR SoundShore Oasis Holding Fund Ltd. ("DKR") in the amount of $4,916,443.05 (the "Claim"). DKR represents and warrants that as of the date hereof, DKR has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, DKR hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by DKR other than the Claim. DKR represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 18, 2012

_____
Francis Healy
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5596

*Attorneys for DKR SoundShore Oasis Holding Fund Ltd.*