REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :    (Jointly Administered)
                                        Debtors.           :
                                                           :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
| **Creditor Name and Address:** | Diadem City CDO Limited Series 2008-2<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17954 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December     , 2012            The Bank of New York Mellon        Zaira Jehangir
                                                                          Authorised Signatory
                                      By: _____
                                      Name: _____
                                      Title: _____

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    Case No. 08-13555 (JMP)
                                                            :    (Jointly Administered)
                                  Debtors.                  :
                                                            :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| Creditor Name and Address: | Beryl Finance Limited – Series 2007-13<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice Prseident<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| Court Claim Number: | 17942 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012          The Bank of New York Mellon
                                   By: _____     Zaira Jehangir
                                   Name: _____     Authorised Signatory
                                   Title: _____

US_ACTIVE-111380660.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :    (Jointly Administered)
                            Debtors.        :
                                            :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Diadem City CDO Limited Series 2008-3<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice Prseident<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17953 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012              The Bank of New York Mellon
                                        By: _____    Zaira Jehangir
                                        Name: _____    Authorised Signatory
                                        Title: _____

US_ACTIVE-111383083.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :

In re                                             :      Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      Case No. 08-13555 (JMP)
                                             :      (Jointly Administered)
                            Debtors.  :
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.*<br>08-13555 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited – Series 2008-1<br>c/o The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17949 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012        The Bank of New York Mellon-London Branch

                                                   By: _____
                                                 Name: _____  Zaira Jehangir
                                                 Title: _____  Authorised Signatory

US_ACTIVE-111382099.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re                                                      :    Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    Case No. 08-13555 (JMP)
                                                           :    (Jointly Administered)
                                          Debtors.         :
                                                           :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited – Series 2007-8 BNY Corporate Trustee Services Limited Global Corporate Trust Services – Default Group One Canada Square London E14 5AL England |
| **Court Claim Number:** | 17493 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December      , 2012         BNY Corporate Trustee Services Limited

                                    By: _____          Zaim Jehangir
                                    Name: _____        Authorised Signatory
                                    Title: _____

US_ACTIVE-111377620.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
    :
In re    :    Chapter 11
    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
    :    (Jointly Administered)
            Debtors.    :
    :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Beryl Finance Limited – Series 2008-3<br>BNY Corporate Trustee Services Limited<br>Global Corporate Trust Services – Default Group<br>One Canada Square<br>London E14 5AL<br>England<br>Attn: Sanjay Jobanputra |
| Court Claim Number: | 17946 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December     , 2012         BNY Corporate Trustee Services Limited

                                    By: _____    Zaira Jehangir
                                    Name: _____    Authorised Signatory
                                    Title: _____

US_ACTIVE-111381992.1-ACSUFFER

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                          :     Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :     Case No. 08-13555 (JMP)
:     (Jointly Administered)
Debtors.     :
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Beryl Finance Limited – Series 2007-8<br>BNY Corporate Trustee Services Limited<br>Global Corporate Trust Services – Default Group<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17492 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December ___, 2012          BNY Corporate Trustee Services Limited
                                   By: _____ Zaira Jehangir
                                   Name: _____ Authorised Signatory
                                   Title: _____

US_ACTIVE-111377515.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    Case No. 08-13555 (JMP)
                                                   :    (Jointly Administered)
                                    Debtors.       :
                                                   :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Diadem City CDO Limited Series 2008-2<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17955 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December ___, 2012

The Bank of New York Mellon        Zaira Jehangir
By: _____         Authorised Signatory
Name: _____
Title: _____

US_ACTIVE-111383239.1-ACSUFFER

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                          Debtors.      :
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Zircon Finance Limited Series 2007-17<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 26006 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012          The Bank of New York Mellon    Zaira Jehangir
                                                                                              Authorised Signatory
                                                    By: _____
                                                    Name: _____
                                                    Title: _____

US_ACTIVE-111383491.1-ACSUFFER

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                   :    Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    Case No. 08-13555 (JMP)
                                                        :    (Jointly Administered)
                                             Debtors.   :
                                                        :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Beryl Finance Limited - Series 2008-3 c/o BNY Corporate Trustee Services Limited Global Corporate Trust Services – Default Group One Canada Square London E14 5AL England Attn: Sanjay Jobanputra |
| **Court Claim Number:** | 17982 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December     , 2012

BNY Corporate Trustee Services Limited
By: _____
Name: _____     Zaira Jehangir
Title: _____     Authorised Signatory

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
:
In re                                    :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,   :    Case No. 08-13555 (JMP)
:    (Jointly Administered)
Debtors.     :
:
-----------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Diadem City CDO Limited Series 2008-1 c/o The Bank of New York Mellon – London Branch Attn: Sanjay Jobanputra – Vice President Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 17950 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012              The Bank of New York Mellon    Zaira Jehangir
                                                                       Authorised Signatory
                                       By: _____
                                       Name: _____
                                       Title: _____

US_ACTIVE-111383589.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    Case No. 08-13555 (JMP)
                                                         :    (Jointly Administered)
                                              Debtors.   :
                                                         :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
| **Creditor Name and Address:** | Beryl Finance Limited Series 2005-11 The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 17990 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012          The Bank of New York Mellon    Zaira Jehangir
                                                                   Authorised Signator:
                                   By: _____
                                   Name: _____
                                   Title: _____

US_ACTIVE-111383427.1-ACSUFFER

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
          :
In re     :    Chapter 11
          :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   Case No. 08-13555 (JMP)
          :    (Jointly Administered)
          Debtors.   :
          :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| **Creditor Name and Address:** | Diadem City CDO Limited Series 2008-3<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 17958 |
| **Date Claim Filed:** | September 18, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December   , 2012          The Bank of New York Mellon     Zaira Jehangir
                                                                  Authorised Signatory
                                   By: _____
                                   Name:
                                   Title:

US_ACTIVE-111383268.1-ACSUFFER

**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                                              Debtors.         :
                                                               :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc.<br>08-13888 (JMP) |
| **Creditor Name and Address:** | Zircon Finance Limited - Series 2007-17<br>c/o The Bank of New York Mellon – London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 26007 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012                The Bank of New York Mellon   Zaira Jehangir
                                                                        Authorised Signatory
                                         By: _____
                                         Name: _____
                                         Title: _____

US_ACTIVE-111383527.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    Case No. 08-13555 (JMP)
                                              :    (Jointly Administered)
                                    Debtors.  :
                                              :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Beryl Finance Limited - Series 2005-11 c/o The Bank of New York Mellon – London Branch Attn: Sanjay Jobanputra – Vice President Global Corporate Trust One Canada Square London E14 5AL England |
| **Court Claim Number:** | 21989 |
| **Date Claim Filed:** | September 21, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December     , 2012         The Bank of New York Mellon Zaira Jehangir
                                                            Authorised Signator
                                   By: _____
                                   Name: _____
                                   Title: _____

US_ACTIVE-111383390.1-ACSUFFER

REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    Case No. 08-13555 (JMP)
                                                                 :    (Jointly Administered)
                                                       Debtors.  :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., *et al.* 08-13555 (JMP) |
|---|---|
| Creditor Name and Address: | Beryl Finance Limited Series 2007-13<br>The Bank of New York Mellon-London Branch<br>Attn: Sanjay Jobanputra – Vice President<br>Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| Court Claim Number: | 17948 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Ruby Finance PLC (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December    , 2012          The Bank of New York Mellon    *Zaira Jehangir*
                                                                  Authorised Signatory
                                   By: _____
                                   Name: _____
                                   Title: _____

US_ACTIVE-111382063.1-ACSUFFER