**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                          :
                        Debtors.          :        **(Jointly Administered)**
                                          :
---------------------------------------------------------------------------x    **Ref Docket Nos. 32888-32892**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 17, 2012, I caused to be served the:

    a)  "Notice of Hearing on Three Hundred Eighty-First Omnibus Objection to Claims (Amended and Superseded Claims)," dated December 17, 2012, to which was attached the "Three Hundred Eighty-First Omnibus Objection to Claims (Amended and Superseded Claims)," dated December 17, 2012 [Docket No. 32888], (the "381st Omnibus Objection NOH"),

    b)  "Notice of Hearing on Three Hundred Eighty-Second Omnibus Objection to Claims (Insufficient Documentation Claims)," dated December 17, 2012, to which was attached the "Three Hundred Eighty-Second Omnibus Objection to Claims (Insufficient Documentation Claims)," dated December 17, 2012 [Docket No. 32889], (the "382nd Omnibus Objection NOH"),

    c)  "Notice of Hearing on Three Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims)," dated December 17, 2012, to which was attached the "Three Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims)," dated December 17, 2012 [Docket No. 32890], (the "383rd Omnibus Objection NOH"),

    d)  "Notice of Hearing on Three Hundred Eighty-Fourth Omnibus Objection to Claims (Reduce and Allow Claims)," dated December 17, 2012, to which was attached the "Three Hundred Eighty-Fourth Omnibus Objection to Claims (Reduce and Allow Claims)," dated December 17, 2012 [Docket No. 32891], (the "384th Omnibus Objection NOH"), and

e) "Notice of Hearing on Three Hundred Eighty-Fifth Omnibus Objection to Claims (Late-Filed Claims)," dated December 17, 2012, to which was attached the "Three Hundred Eighty-Fifth Omnibus Objection to Claims (Late-Filed Claims)," dated December 17, 2012 [Docket No. 32892], (the "385th Omnibus Objection NOH"),

by causing true and correct copies of the:

i. 381st Omnibus Objection NOH, 382nd Omnibus Objection NOH, 383rd Omnibus Objection NOH, 384th Omnibus Objection NOH, and 385th Omnibus Objection NOH, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii. 381st Omnibus Objection NOH, 382nd Omnibus Objection NOH, 383rd Omnibus Objection NOH, 384th Omnibus Objection NOH, and 385th Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii. 381st Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv. 382nd Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v. 383rd Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi. 384th Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>, and

vii. 385th Omnibus Objection NOH, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
19th day of December, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
echen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jteitelbaum@tblawllp.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com

tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tony.davis@bakerbotts.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| MEEUS-AELBRECHT, LUDOVICUS | COLETTIJNENHOF 16 BRUGGE 8000 BELGIUM |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| VENTURA COUNTY TAX COLLECTOR | ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA CA 93009-1290 |

**Total Creditor count  4**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| COLLERTON, ANTHONY J. | 165 DUANE STREET, APT 7A NEW YORK NY 10013 |
| ELEXON CLEAR LIMITED | ATTN MARTIN WILES C/O LOGICA EPFAL (UK) LIMITED 7TH FL, KINGS PLACE 90 YORK WAY LONDON N1 9AG UNITED KINGDOM |
| GLOBAL CREDIT OPPORTUNITY FUND | SUB ACCOUNT OF PROMARK ALTERNATIVE HIGH YIELD BOND FUND C/O GM ASSET MANAGEMENT ATTN: DAN HUDSON/WILSON GAITAN 767 FIFTH AVENUE NEW YORK NY 10153 |

**Total Creditor count  3**

**EXHIBIT E**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | HANAN B. KOLKO, ESQ. MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | ATTN: ANTHONY PETRELLA 330 WEST 42ND STREET NEW YORK NY 10036 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | 5030007 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | 5030014 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| KING, TONY | C/O MORGAN STANLEY SMITH BARNEY 101 PARK AVENUE NEW YORK NY 10068 |
| MARANTZ, ALAN J. | 245 STERLING ROAD HARRISON NY 10528 |
| ROTHSCHILD BANK AG (AS NOMINEE) | ZOLLIKERSTRASSE 181 ZURICH 8034 SWITZERLAND |
| VAROLII CORPORATION | ATTN DAVID KNEEDY 821 2ND AVE. SUITE 1000 SEATTLE WA 98104 |

**Total Creditor count  8**

# EXHIBIT F

| Claim Name | Address Information |
|---|---|
| HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUS | MORTGAGE LOAN TRUST SERIES 2007-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUS | C/O PRYOR CASHMAN LLP ATTN: TINA N MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-9 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO, VICE PRESIDENT 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 50TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-1 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2004-1 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2005-7 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-7 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ADJUSTABLE RATE MORTGAGE LOAN TRUST SERIES 2007-5 CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ATTN: TINA N. MOSS, ESQ. PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| KWAN, KEVIN | 175-01 JEWEL AVE FRESH MEADOWS NY 11365 |
| PRICEWATERHOUSECOOPERS LLP | ATTN: HOLLY APLIN, RMG CREDIT CONTROL SAVANNAH HOUSE 3 OCEAN WAY OCEAN VILLAGE SOUTHAMPTON SO14 3TJ UNITED KINGDOM |
| ROTHSTEIN, JONATHAN H. | 241 ADAMS ROAD HEWLETT HARBOR NY 11557 |
| UEDA HARLOW LTD. | 5TH FLOOR, MITSUI ASAHI BLDG. 1-1, KANDA SUDACHO, CHIYODAKU, TOKYO 101-0041 JAPAN |

**Total Creditor count  20**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KOPS, PETRA | ALTE LANDSTRASSE 202 HAMBURG 22391 GERMANY |
| M.C.D.L. REVOC. TRUST | MARIA CAROLINA DIAZ LAVIE TTEE PO BOX 630576 MIAMI FL 33163-6406 |

**Total Creditor count  2**