B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)
Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BKM Holdings (Cayman) Ltd.                    Altuned Holdings LLC
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 63583
should be sent:                                Amount of Claim Transferred: $431,837.67 *(as allowed)*
                                               Date Claim Filed: 11/2/2009
BKM Holdings (Cayman) Ltd                      Debtor: Lehman Brothers Holdings Inc.
c/o Davidson Kempner
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022
Tel: 212.446.4018
Email: jdonovan@dkpartners.com


Phone:_____                  Phone:_____
Last Four Digits of Acct #:_____               Last Four Digits of Acct. #:_____


Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BKM Holdings (Cayman) Ltd.**

By: _____    Date:  12/20/2012
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 357