B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,          Case No. <u>08-13555 (JMP)</u>
                                                              (Jointly Administered)
                            Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>BKM Holdings (Cayman) Ltd.</u>               <u>Davidson Kempner International, Ltd.</u>
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>56081</u>
should be sent:                                Amount of Claim Transferred: <u>$1,380,949.89</u> *(as allowed)*
                                               Date Claim Filed: <u>10/29/2009</u>
BKM Holdings (Cayman) Ltd                      Debtor: <u>  Lehman Brothers Holdings Inc.  </u>
c/o Davidson Kempner
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022
Tel: 212.446.4018
Email: jdonovan@dkpartners.com


Phone:_____        Phone: _____
Last Four Digits of Acct #:_____      Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd

By: _____          Date:  12/20/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.