B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
                                                 (Jointly Administered)
　　　　　　　　　　　Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BKM Holdings (Cayman) Ltd.　　　　　　　　Davidson Kempner International, Ltd.
Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　Court Claim # (if known): 59301
should be sent:　　　　　　　　　　　　　　　Amount of Claim Transferred: $2,039,254.99 *(as allowed)*
　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: 10/30/2009
BKM Holdings (Cayman) Ltd　　　　　　　　　Debtor: ＿Lehman Brothers Holdings Inc.＿
c/o Davidson Kempner
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022
Tel: 212.446.4018
Email: jdonovan@dkpartners.com


Phone:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿　Phone: ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Last Four Digits of Acct #: ＿＿＿＿＿＿＿＿＿＿　Last Four Digits of Acct. #: ＿＿＿＿＿＿＿＿＿＿


Name and Address where transferee payments
should be sent (if different from above):

Phone:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Last Four Digits of Acct #: ＿＿＿＿＿＿＿＿＿＿

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd

By: _____          Date:  12/20/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.