B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| GOLDMAN SACHS LENDING PARTNERS LLC | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 646-769-7700
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com

Court Claim # (if known): 18966
Amount of Claim Transferred: $15,663,622.62
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Commodity Services Inc.

751148v.10 3091/00108

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: 12/20/12
   Transferee/Transferee's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

YORK GLOBAL FINANCE BDH, LLC

By: _____

751148v.10 3091/00108

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

YORK GLOBAL FINANCE BDH, LLC

By: _____
    John J. Fosina
    **Chief Financial Officer**

751148v.10 3091/00108