B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,              Case No. <u>08-13555 (JMP)</u>
                                                                  (Jointly Administered)
                       Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>BKM Holdings (Cayman) Ltd.</u>                           <u>Calogy Associates LLC</u>
         Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>68032</u>
should be sent:                                      Amount of Claim Transferred: <u>$11,160,577.13 (as allowed)</u>
                                                     Date Claim Filed: <u>3/6/2012</u>
BKM Holdings (Cayman) Ltd                            Debtor: <u>Lehman Brothers Holdings Inc.</u>
c/o Davidson Kempner
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022
Tel: 212.446.4018
Email: jdonovan@dkpartners.com


Phone: _____                        Phone: _____
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd

By: _____          Date:  12/20/2012
   Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.