**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | ) Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

_____

Proof of Claim No.: **21916**
Date Proof of Claim Filed: **9/21/2009**
Amount of Claim Transferred: **$694,116.78**

<u>NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)</u>

**TO:   TRANSFEROR:   ORE HILL CREDIT HUB FUND LTD.**
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attention:   Rachel Carr-Harris
Telephone:  212-224-7255
E-mail:         Rachel.car-harris@glgpartners.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **21916** against Lehman Brothers Holdings Inc. in the amount of **$694,116.78** as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:   ORE HILL HUB FUND LTD.**
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attention:   Rachel Carr-Harris
Telephone:  212-224-7255
E-mail:         Rachel.car-harris@glgpartners.com

No action is required if you do not object to the transfer of the claim as described above.  **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Ore Hill Hub Fund Ltd.</u> | <u>Ore Hill Credit Hub Fund Ltd.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ore Hill Hub Fund Ltd.
c/o GLG Ore Hill LLC
HSBC Tower
452 5th Ave., 27th Floor
New York, NY 10018
Attn: Rachel Carr-Harris
Tel: 212-224-7255
Email: rachel.carr-harris@glgpartners.com

Court Claim # (if known): <u>21916</u>
Amount of Claim Transferred: <u>$694,116.78</u>
Date Claim Filed: <u>9/21/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ORE HILL HUB FUND LTD.
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____        Date: 12/21/12
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

ORE HILL CREDIT HUB FUND LTD.
By: GLG Ore Hill LLC
Its: Investment Advisor

By: _____
Transferor/Transferor's Agent

60942386 v1-WorkSiteUS-021441/0011