# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 323: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DOW CORNING CORPORATION<br>ATTN: ANGELA COLE<br>2200 W. SALZBURG ROAD<br>MAIL # CO1232<br>MIDLAND, MI 48686-0994 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/22/2009 | 43840 | $3,612,935.35 | Late-Filed Claim |
| 2 | DOW CORNING CORPORATION<br>ATTN: ANGELA COLE<br>2200 W SALZBURG RD., MAIL # C01232<br>AUBURN, MI 48611 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/2009 | 43964 | $3,612,935.35* | Late-Filed Claim |
| | | | | | TOTAL | $7,225,870.70 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts