# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 335: EXHIBIT 1 – INVALID OR NO BLOCKING NUMBER LPS CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | FINANCIAL SERVICES COMPENSATION SCHEME LIMITED, THE<br>FAO: JAMES DARBYSHIRE<br>7TH FLOOR, LLOYDS CHAMBERS<br>1 PORTSOKEN STREET<br>LONDON, E1 8BN<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/2009 | 63358[1] | Undetermined* | Invalid or No Blocking Number LPS Claim |
| | | | | | TOTAL | Undetermined | |

---

[1] Claim 63358 is being expunged solely with respect to its asserted claim, in an undetermined amount, for the security with ISIN ANN5214T7148. The remaining portion of Claim 63358 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 63358 are reserved.

\* - Indicates claim contains unliquidated and/or undetermined amounts                                Page 1 of 1

US_ACTIVE:\44163013\1\58399.0008