# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS, INC.  CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 103: EXHIBIT 1 – VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SPCP GROUP, LLC TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 117 | 10/13/2008 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $19,900,000.00 | Lehman Brothers OTC Derivatives Inc. | Unsecured | $15,000,000.00 |
| 2 | SPCP GROUP, LLC TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS GREENWICH, CT 06830 | 171 | 10/13/2008 | Lehman Brothers Holdings Inc. | Unsecured | $19,900,000.00 | Lehman Brothers Holdings Inc. | Unsecured | $15,000,000.00 |
| | | | | | TOTAL | $39,800,000.00 | | TOTAL | $30,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts