# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 370: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | ALACO LIMITED | Lehman Brothers Holdings Inc. | 5438 | $31,255.00 | $31,255.00 | None | Claimant has not provided any evidence that any of the Debtors are the Lehman entities liable for claimant's services. |
| 2 | AON RISK SERVICES, INC OF MARYLAND | Lehman Brothers Holdings Inc. | 30554 | $7,014.50 | $7,014.50 | None | Claimant has not provided any evidence that any of the Debtors are the Lehman entities liable for claimant's services. |
| 3 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | Lehman Brothers Holdings Inc. | 32636 | Undetermined | Undetermined | None | Claim 32636 was filed by a holder of securities that were issued by a non-Debtor entity. LBHI did not issue the securities or guarantee the performance of such securities. Therefore, LBHI is not liable on account of the securities. |
| 4 | ELLIOTT ASSOCIATES,L.P. | Lehman Brothers Commercial Corporation | 10741 | $7,644,115.00 | $7,644,115.00 | None | This claimant has no contractual or trading relationship with Lehman Brothers Commercial Corporation ("LBCC"). Therefore, LBCC has no liability to claimant for the transaction or transactions referenced in the claim. |
| 5 | ELLIOTT ASSOCIATES,L.P. | Lehman Brothers Commercial Corporation | 10742 | $6,731,028.00 | $6,731,028.00 | None | This claimant has no contractual or trading relationship with Lehman Brothers Commercial Corporation ("LBCC"). Therefore, LBCC has no liability to claimant for the transaction or transactions referenced in the claim. |
| 6 | IN RECORD TIME, INC. | Lehman Brothers Holdings Inc. | 1427 | $15,933.35 | $15,933.35 | None | The Debtors' records reflect that Claim 1427 is based on a transaction or transactions between claimant and other non-Debtor entities. The Debtors have no liability to claimant for such transaction or transactions. |
| 7 | MANCINI DUFFY | Lehman Brothers Holdings Inc. | 5361 | $3,947.95 | $3,947.95 | None | The Debtors' records reflect that Claim 5361 is based on a transaction or transactions between claimant and other non-Debtor entities. The Debtors have no liability to claimant for such transaction or transactions. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 370: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 8 | MCGRAW-HILL COMPANIES, THE | Lehman Brothers Holdings Inc. | 8085 | $6,665.80 | $6,665.80 | None | Claimant has not provided any evidence that any of the Debtors are the Lehman entities liable for claimant's services. |
| 9 | PUBLIC AFFAIRS SUPPORT SVCS INC | Lehman Brothers Holdings Inc. | 6753 | $4,717.37 | $4,717.37 | None | The Debtors' records reflect that Claim 6753 is based on a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| 10 | SUN HUNG KAI INVESTMENT SERVICES LIMITED | Lehman Brothers Holdings Inc. | 22780 | $100,000.00 * | $100,000.00 | None | Claimant is not the holder of, and therefore is not the real party in interest with standing to assert a claim based on, the notes described in the proof of claim. |
| 11 | SUN HUNG KAI INVESTMENT SERVICES LIMITED | Lehman Brothers Holdings Inc. | 22781 | Undetermined | Undetermined | None | Claimant is not a party to the swap transaction referenced in the proof of claim. Therefore, claimant is not the real party in interest with standing to assert a claim based on such transaction. |
| | | | TOTAL | $14,544,676.97 | $14,544,676.97 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts