# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 365: EXHIBIT 1 – SECTION 510(b) CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | CLASS |
|---|---|---|---|---|---|---|---|---|
| 1 | COHEN, LAURIE S<br>1361 WRIGHT DRIVE<br>HUNTINGDON VALLEY, PA 19006 | | Lehman Brothers Holdings Inc. | 09/14/2009 | 12167[1] | $42,400.00 | $42,400.00 | LBHI Class 11 |
| 2 | HAACK, JOHN A<br>10500 VILLAGE LN<br>FORISTELL, MO 63348-2422 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25005 | $40,000.00 | $40,000.00 | LBHI Class 11 |
| 3 | PUERTO RICO GLOBAL INCOME TARGET MATURITY FUND, INC.<br>ATTN: JOSE SOSA LLORENS, ESQ.<br>FIDDLER GONZALEZ & RODRIGUEZ<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24629 | $5,950,000.00 | $5,950,000.00 | LBHI Class 11 |
| 4 | ROFOUGARAN, AHMADREZA (REZA)<br>33 VISTA LUCI<br>NEWPORT COAST, CA 92657 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 25392[2] | $381,476.00 | $381,476.00 | LBHI Class 11 |
| 5 | SHAPIRO, MARK<br>59 UPLAND DRIVE<br>GREENWICH, CT 06831 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22199 | $50,000.00 | $50,000.00 | LBHI Class 11 |
| | | | | | TOTAL | $6,463,876.00 | $6,463,876.00 | |

---

[1] The Three Hundred Sixty-Fifth Omnibus Objection to Claims does not affect the previously expunged portion of Claim 12167 relating to the security identified by CUSIP 52520X208.

[2] The Three Hundred Sixty-Fifth Omnibus Objection to Claims does not affect the portion of Claim 25392 relating to the securities identified by CUSIPs 524935111 and 5250W143.