# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 373: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | MARTIN, LUIS VICTOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/29/2009 | 4744 | $100,000.00 * | $100,000.00 | LBHI cannot determine the basis for the asserted liability from the information provided by the claimant. |
| 2 | SAMARI, OREN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28652 | $12,223.00 | $12,223.00 | No supporting documentation provided. |
| 3 | SILVERS, STEVEN T. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 23875 | $20,000.00 | $20,000.00 | No supporting documentation provided. |
| 4 | WU, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18827 | $2,005.00 | $2,005.00 | No supporting documentation provided. |
| | | | | | TOTAL | $134,228.00 | $134,228.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 373: EXHIBIT 2 - INSUFFICIENT DOCUMENTATION CLAIMS - ADJOURNED**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK OF NEW YORK MELLON, ETC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28486 | $234,000.00 | $234,000.00 | Claimant failed to provide supporting documentation upon LBHI's request. |
| 2 | THOMSON REUTERS CORPORATION FOR ITSELF AND CERTAIN OF ITS AFFILIATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32003 | $2,176,158.96 | $2,176,158.96 | The claimant has failed to provided sufficient documentation to determine the basis of their claim upon LBHI's request. |
| | | | | TOTAL | | $2,410,158.96 | $2,410,158.96 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts