# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 368: EXHIBIT 1 - IMPROPER AMENDMENT CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | FRANZ, ROBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/24/2011 | 67641 | $8,354,024.08 | $8,354,024.08 | Purports to amend Claim No. 13065, which was expunged by Order dated March 31, 2011 [ECF No. 15491]. |
| 2 | KARP, MICHAEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/11/2011 | 67680 | $41,250.00 | $41,250.00 | Purports to amend Claim No. 26318, which was expunged by Order dated June 3, 2011 [ECF No. 17366]. |
| | | | | TOTAL | | $8,395,274.08 | $8,395,274.08 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts