# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 375: EXHIBIT 1 - NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22223 | $227,844.66 * | $227,844.66 | No Guarantee Claim |
| 2 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22227 | $1,245,170.65 * | $1,245,170.65 | No Guarantee Claim |
| 3 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22228 | $604,273.66 * | $604,273.66 | No Guarantee Claim |
| 4 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22237 | $69,886.43 * | $69,886.43 | No Guarantee Claim |
| 5 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22240 | $2,299,211.11 * | $2,299,211.11 | No Guarantee Claim |
| 6 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22245 | $2,208,673.03 * | $2,208,673.03 | No Guarantee Claim |
| 7 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22246 | $1,184,669.61 * | $1,184,669.61 | No Guarantee Claim |
| 8 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22249 | $23,046,509.08 * | $23,046,509.08 | No Guarantee Claim |
| 9 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22256 | $475,591.63 * | $475,591.63 | No Guarantee Claim |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 375: EXHIBIT 1 - NO GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22258 | $2,781,513.48 * | $2,781,513.48 | No Guarantee Claim |
| 11 | BANCO SANTANDER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22260 | $150,145.70 * | $150,145.70 | No Guarantee Claim |
| 12 | SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22225 | $2,415,436.20 * | $2,415,436.20 | No Guarantee Claim |
| 13 | TSO, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22251 | $1,755,552.42 * | $1,755,552.42 | No Guarantee Claim |
| 14 | TSO, LLC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 22252 | $477,802.18 * | $477,802.18 | No Guarantee Claim |
| | | | | TOTAL | | $38,942,279.84 | $38,942,279.84 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts