# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 43: EXHIBIT 1 - LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | EDIFICACIONES MARSOL, S.A.<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65623 | $99,418.68 | Late-Filed Claim |
| 2 | EDIFICACIONES MARSOL, S.A.<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65624 | $73,400.16 | Late-Filed Claim |
| 3 | MARTINEZ LOPEZ, ENCARNACION<br>C/ JUAN DE URBIETA 16<br>MADRID, 28007<br>SPAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/19/2009 | 65628 | $13,557.09 | Late-Filed Claim |
| | | | | | TOTAL | $186,375.93 | |