# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 372: EXHIBIT 1 - LATE FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ALINE, CHANTAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/9/2012 | 68127 | Undetermined | Undetermined | Late-Filed Claim |
| 2 | HERCHUELZ, ALAIN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/9/2012 | 68129 | $21,365.00 | $21,365.00 | Late-Filed Claim |
| 3 | MENARD, YVELINE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/9/2012 | 68128 | $14,243.00 | $14,243.00 | Late-Filed Claim |
| 4 | THOMAS, RENATA | | Lehman Brothers Holdings Inc. | 10/4/2012 | 68126 | Undetermined | Undetermined | Late-Filed Claim |
| | | | | TOTAL | | $35,608.00 | $35,608.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts