B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                                    Case No. <u>08-13555 (JMP)</u>
                                                                                                                    (Jointly Administered)
                                    Debtors.

To the Debtors and the Bankruptcy Court:

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>BKM Holdings (Cayman) Ltd.</u>  <br>Name of Transferee | <u>CBW LLC</u>  <br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:  <br><br>BKM Holdings (Cayman) Ltd  <br>c/o Davidson Kempner  <br>Attn: Jennifer Donovan  <br>65 East 55th Street  <br>New York, New York 10022  <br>Tel: 212.446.4018  <br>Email: jdonovan@dkpartners.com | Court Claim # (if known): <u>32622</u>  <br>Amount of Claim Transferred: <u>$44,552.73 (as allowed)</u>  <br>Date Claim Filed: <u>9/22/2009</u>  <br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Phone:  <br>Last Four Digits of Acct #: | Phone:  <br>Last Four Digits of Acct. #: |

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd

By: _____          Date:   12/20/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.