Jonathan S. Henes
Joseph Serino, Jr.
Chad J. Husnick
Christopher T. Greco
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Attorneys for Lehman Brothers Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No.  08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

   **PLEASE TAKE NOTICE** pursuant to §1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that Kirkland & Ellis LLP and Kirkland & Ellis International LLP, appear as Attorneys for Lehman Brothers Holdings, Inc.

   **NOTICE IS FURTHER GIVEN** that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required in the above captioned cases be served upon the following:

> Jonathan S. Henes (*Jonathan.Henes@kirkland.com*)
> Joseph Serino, Jr.  (*Joseph.Serino@kirkland.com*)
> Chad J. Husnick (*Chad.Husnick@kirkland.com*)
> Christopher T. Greco (*Christopher.Greco@kirkland.com*)
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, New York 10022-4611
> Telephone: (212) 446-4800
> Facsimile: (212) 446-4900

K&E 24657493.3

| | |
|---|---|
| New York, New York<br>DATED:  December 21, 2012 | Respectfully submitted,<br><br> *s/ Jonathan S. Henes*<br>Kirkland& Ellis LLP<br>Kirkland & Ellis International LLP<br>Attorneys for Lehman Brothers Holdings, Inc<br>Jonathan S. Henes<br>Joseph Serino, Jr.<br>Chad J. Husnick<br>Christopher T. Greco<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS LLP INTERNATIONAL<br>601 Lexington Ave.<br>New York, New York 10022-4611<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 |