B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Banc of America Credit Products, Inc.
Name of Transferee

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Ante Jakic / Gary S. Cohen / Jeff Benesh

Phone: (646) 855-7450
Last Four Digits of Acct #: ________________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________________________________
Last Four Digits of Acct #: ________________

BBT Fund, L.P.
Name of Transferor

Court Claim # (if known): 67282
Amount of Claim Transferred: $4,615,619.39 of the non-allowed portion
Date Claim Filed: December 28, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone: 817-390-8439
Last Four Digits of Acct. #: ________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________ Date: ______________________
Name of Transferee/Transferee's Agent
RONALD TOROK

Acknowledged and Agreed:

By: ______________________________ Date: ______________________
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: ____________________

By: ______________________________
Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

BBT FUND, L.P.

By: BBT Genpar, L.P., Managing General Partner

By: ______________________________ Date: ____________________
Name of Transferor/Transferor's Agent

William O. Reimann, as duly authorized signatory in his capacity as Vice President of BBT-FW, Inc., General Partner of BBT Genpar, L.P.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.