# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 326: EXHIBIT 1 -SEVERANCE AND OTHER EMPLOYEE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | RODGERS, CATHERINE M. | 32722 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $54,417.61 | | $54,417.61 |
| | | | | **CLAIM AS MODIFIED** | | | | **$47,692.26** | | **$47,692.26** |
| | | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $54,417.61 | $0.00 | $54,417.61 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 54,417.61 | 0.00 | 54,417.61 |
| | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$47,692.26** | **$0.00** | **$47,692.26** |