B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.         Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Banc of America Credit Products, Inc. | BBT Master Fund, L.P. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 67279 |
| | Amount of Claim Transferred: $1,702,163.97 of the non-allowed portion |
| Banc of America Credit Products, Inc. | Date Claim Filed: December 28, 2010 |
| c/o Bank of America Merrill Lynch | Debtor: Lehman Brothers Holdings Inc. |
| Bank of America Tower – 3rd Floor | |
| One Bryant Park | |
| New York, New York 10036 | |
| Attn: Ante Jakic / Gary S. Cohen / Jeff Benesh | |
| | |
| Phone: (646) 855-7450 | Phone: 817-390-8439 |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

NYDOCS03/960724.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
Name of Transferee/Transferee's Agent
RONALD TOROK

Acknowledged and Agreed:

By: _____    Date: _____
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: _____
    Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

BBT MASTER FUND, L.P.

By: BBT Master Genpar, L.P., Managing General Partner

By: _____  Date: _____
    Name of Transferor/Transferor's Agent

William O. Reimann, as duly authorized signatory in his capacity as Vice President of BBT Master FW, Inc., General Partner of BBT Master Genpar, L.P.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

2