B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.         Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Banc of America Credit Products, Inc. | SRI Fund, L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attn: Ante Jakic / Gary S. Cohen / Jeff Benesh

Court Claim # (if known): 67281
Amount of Claim Transferred: $1,153,703.25 of the non-allowed portion
Date Claim Filed: December 28, 2010
Debtor: Lehman Brothers Holdings Inc.

Phone: (646) 855-7450                          Phone: 817-390-8439
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

NYDOCS03/960721.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _____
    Name of Transferee/Transferee's Agent
    RONALD TOROK

Acknowledged and Agreed:

By: _____     Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date: _____

By: _____
   Name of Transferee/Transferee's Agent


Acknowledged and Agreed:

SRI FUND, L.P.

By: SRI Genpar, L.P., Managing General Partner


By: _____    Date: _____
   Name of Transferor/Transferor's Agent

William O. Reimann, as duly authorized signatory in his capacity as Vice President of SRI Genpar Holdings, LLC, General Partner of SRI Genpar, L.P.


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

2