# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 318: EXHIBIT 1 – PARTNERSHIP CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL FILED CLAIM AMOUNT | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | MOORE, CHARLES C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 34234 | $10,780,803.79 | $8,852,036.67* | $1,928,767.12 |
| | | | . | | TOTAL | $10,780,803.79 | $8,852,036.67 | $1,928,767.12 |

This portion of the claim corresponds to the amount identified by the claimant as "Carried Interest."

Page 1 of 1