B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>                <u>Prime Capital Master SPC, GOT WAT MAC</u>
Name of Transferee                                       <u>Segregated Portfolio</u>
                                                         Name of Transferor

Name and Address where notices to transferee            Court Claim # (if known): <u>21893</u>
should be sent:                                          Amount of Claim Transferred: <u>$215,000.00 (as allowed)</u>
Goldman Sachs Lending Partners LLC                       Date Claim Filed: <u>September 21, 2009</u>
c/o Goldman, Sachs & Co.                                 Debtor: <u>Lehman Brothers Holdings Inc.</u>
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #: _____

759933v.1 3091/00171                  17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: 12/21/12
Name of Transferee/Transferee's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
By: Waterstone Capital Management, L.P.

By: _____
Transferor/Transferor's Agent

759933v.1 3091/00171                    18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO
By: Waterstone Capital Management, L.P.

By: _____
    Transferor/Transferor's Agent
    Jeffrey C. Erb
    General Counsel

759933v.1 3091/00171                    18