B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC          Waterstone MF Fund, Ltd
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 21893
should be sent:                                 Amount of Claim Transferred: $1,171,000.00 (as allowed)
Goldman Sachs Lending Partners LLC              Date Claim Filed: September 21, 2009
c/o Goldman, Sachs & Co.                        Debtor: Lehman Brothers Holdings Inc.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

Phone:_____           Phone:_____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

759931v.1 3091/00171                    17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: 12/21/12
Name of Transferee/Transferee's Agent

*Michelle Latzoni, Authorized Signatory*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____
Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

WATERSTONE MF FUND, LTD
By: Waterstone Capital Management, L.P.

    Waterstone Capital Management, L.P.
By: _____
    Transferor/Transferor's Agent
    Jeffrey C. Erb
    General Counsel