B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC          Waterstone Market Neutral Master Fund, Ltd
          Name of Transferee                          Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known):  21893
should be sent:                                     Amount of Claim Transferred:  $6,114,000.00 (as
                                                    allowed)
Goldman Sachs Lending Partners LLC                  Date Claim Filed:  September 21, 2009
c/o Goldman, Sachs & Co.                            Debtor:  Lehman Brothers Holdings Inc.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn:  Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

Phone:_____        Phone:_____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

Michelle Latzoni
Authorized Signatory

By: _____    Date: _12/21/12_

Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

By: _____

Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
       Name of Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

Waterstone Capital Management, L.P.

By: _____
       Transferor/Transferor's Agent
       Jeffrey C. Erb
       General Counsel