UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                        Debtors.                :    (Jointly Administered)
------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 15481 filed against Lehman Brothers Holdings Inc.("LBHI") in the amount of $11,888,069.20 by Axa Investment Managers Paris ("Axa Investment Managers"), acting for and on behalf of Matignon Protection Collectives, and proof of claim number 15482 filed against LBHI in the amount of $1,376,184.50 by Axa Investment Managers, acting for and on behalf of Matignon TC (proof of claim numbers 15481 and 15482 are collectively referred herein as the "Claims").

PLEASE TAKE NOTICE that, through their undersigned representative, Axa Investment Managers hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. Axa Investment Managers represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the subpoena served upon Axa Investment Managers on November 21, 2012, the issuance of which was noticed in a filing with the Court on November 28, 2012.

Dated: December 20, 2012
New York, New York

_____
Axa Investment Managers Paris
By: CHRISTIAN RABEAU
Title: DIRECTEUR GAL DELEGUE
AXA I.M. PARIS

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2