UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                            :    (Jointly Administered)
            Debtors.                        :
                                            :
---------------------------------------------------------------x    Ref. Docket No. 32338, 32350,
                                                 32518-32520, 32579, 32591-32593,
                                                 32603-32606, 32621-32625, 32627,
                                                 32628, 32630-32635, 32637-32645,
                                                 32648, 32649, 32654-32656, 32670,
                                                 32676-32681, 32686-32691, 32712,
                                                 32713

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Lauren Rodriguez*
                                                 Lauren Rodriguez

Sworn to before me this
21st day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 32338, 32350, 32518...32691, 32712, 32713_AFF_12-12-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ARES VII CLO LTD.
ATTN: BILL REARDON
1 FEDERAL STREET
3RD FLOOR, US BANK
BOSTON MA 02110

ARES VII CLO LTD.
LATHAM & WATKINS
ATTN: MARK BROUDE
885 THIRD AVENUE
NEW YORK NY 10022

Please note that your claim # 21904 in the above referenced case and in the amount of $2,013,286.00  allowed at $2,003,857.58   has been transferred (**unless previously expunged by court order**)

MORGAN STANLEY SENIOR FUNDING, INC.
TRANSFEROR: ARES VII CLO LTD.
1585 BROADWAY - 2ND FLOOR
NEW YORK NY 10036

MORGAN STANLEY SENIOR FUNDING, INC.
MANAGING CLERK (BANKRUPTCY)
RICHARD KIBBE & ORBE LLP
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32621  in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/12/2012                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 12, 2012.

**EXHIBIT B**

```
TIME: 20:57:54                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 12/12/12                                                   CREDITOR LISTING

Name                                             Address
AG SUPER FUND INTERNATIONAL PARTNERS,             TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
 L.P.
AG SUPER FUND INTERNATIONAL PARTNERS, LP          TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
ARES VII CLO LTD.                                 ATTN: BILL REARDON 1 FEDERAL STREET 3RD FLOOR, US BANK BOSTON MA 02110
ARES VII CLO LTD.                                 LATHAM & WATKINS ATTN: MARK BROUDE 885 THIRD AVENUE NEW YORK NY 10022
BANC OF AMERICA CREDIT PRODUCTS INC               TRANSFEROR: CSP II USIS HOLDINGS L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFFREY BENESH BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANCA FIDEURAM SPA                                PIAZZALE GIULIO DOUHET, 31 ROMA  00163 ITALY
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: CREDIT SUISSE AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL, ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL, ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL, ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BOTTICELLI, LLC                                   TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
C.V.I. G.V.F. (LUX) MASTER S.A.R.L.               TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
CASSA DI RISPARMIO DI PARMA E PIACENZA            TRANSFEROR: BANCA FIDEURAM SPA VIA MISTRALI, 1 PARMA 43121 ITALY
 S.PA.
CITIGROUP FINANCIAL PRODUCTS INC.                 ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT INDUSTRIEL ET COMMERCIAL,                  SINGAPORE BRANCH 63 MARKET STREET, #15-01 SINGAPORE  048942 SINGAPORE
CREDIT SUISSE AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                  PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE SUCURSAL EN ESPANA                  TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CSP II USIS HOLDINGS L.P.                         C/O THE CARLYLE GROUP ATTN: J. BECZAK 520 MADISON AVENUE, 39TH FLOOR NEW YORK NY 10022
CVF LUX MASTER S.A.R.L.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
CVFII (LUX) MASTER S.A.R.L.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE MINNETONKA MN 55343-9439
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: HEART OF LA DEFENSE SAS ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
FRANKFURTER SPARKASSE                             TRANSFEROR: HORNECK, ELLI ATTN: DR. SVEN MATTHIESEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURTER 60255 GERMANY
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN SACHS & CO ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HEART OF LA DEFENSE SAS                           C/O THEVENOT & PERDEREAU 131, BOULEVARD MALESHERBES PARIS  75017 FRANCE
HLTS FUND II LP                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HORNECK, ELLI                                     WOHNSTIFT AUGUSTINUM APP. 529 GEORG RUCKERT STR 2 BAD SODEN AM TAUNUS D-65812 GERMANY
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: GAZPROMBANK MORTGAGE FUNDING 2 S.A. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH             TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INC

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:57:54                                         LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 12/12/12                                              CREDITOR LISTING

Name                                             Address
MERRILL LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INC.
MERRILL LYNCH, PIERCE, FENNER & SMITH            TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
 INC.
MORGAN STANLEY SENIOR FUNDING, INC.              MANAGING CLERK (BANKRUPTCY) RICHARD KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.              TRANSFEROR: ARES VII CLO LTD. 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036
NORDMANN, MADAME GERARD                          17 RUE DE PRESSY VANDOEUVRES    CH-1253 SWITZERLAND
PERMAL STONE LION FUND, LTD.                     TRANSFEROR: LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. STONE LION CAPITAL PARTNERS L.P. ATTN: ZACHARY NUZZI
                                                  555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017
RATHBONE INVESTMENT MANAGEMENT LIMITED           TRANSFEROR: UBS AG PORT OF LIVERPOOL BUILDING PIER HEAD LIVERPOOL   L3 1NW UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE                 TRANSFEROR: PERMAL STONE LION FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                 TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SAMPERS                                          VANDERLAND STREET 48 9000 GENT,            BELGIUM
SAMPERS (SUB ACCOUNT EUR)                        VANDERLAND STREET 48 9000 GENT,            BELGIUM
SAMPERS (SUB ACCOUNT GBP)                        VANDERLAND STREET 48 9000 GENT,            BELGIUM
SHARELINK SECURITIES AND FINANCIAL               ELLINES HOUSE, 6 THEOTOKI STREET P.O. BOX 22379 NICOSIA    1521 CYPRUS
 SERVICES LTD
SMOLANSKY FUND LIMITED                           C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS / MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON   EC3R 6DU UNITED KINGDOM
SMOLANSKY FUND LIMITED                           JEROME RANAWAKE AND HELEN JONES FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
STONE LION PORTFOLIO LP                          TRANSFEROR: DOVER MASTER FUND II, L.P. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
UBS AG                                           BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH   8001 SWITZERLAND
UBS AG                                           ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH   8098 SWITZERLAND
UBS AG, LONDON BRANCH                            TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                                  LONDON  EC2M 2PP UNITED KINGDOM
VARDE FUND VI-A LP, THE                          TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                    TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) MAS         TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                    TRANSFEROR: UBS AG, LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VONWIN CAPITAL MANAGEMENT, L.P.                  TRANSFEROR: NORDMANN, MADAME GERARD ROGER VON SPIEGEL, MANAGING DIRECTOR BY VONWIN CAPITAL, LLC ITS GENERAL PARTNER
                                                  261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.                  TRANSFEROR: SAMPERS ROGER VON SPIEGEL, MANAGING DIRECTOR BY VONWIN CAPITAL, LLC ITS GENERAL PARTNER 261 FIFTH AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.                  TRANSFEROR: SAMPERS (SUB ACCOUNT EUR) ROGER VON SPIEGEL, MANAGING DIRECTOR BY: VONWIN CAPITAL, LLC ITS GENERAL PARTNER
                                                  261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.                  TRANSFEROR: SAMPERS (SUB ACCOUNT GBP) ROGER VON SPIEGEL, MANAGING DIRECTOR BY VONWIN CAPITAL, LLC ITS GENERAL PARTNER
                                                  261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WINDERMERE XII FCT, A FRENCH FONDS               GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ 120W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036
 COMMUN DE TITRISATION
WINDERMERE XII FCT, A FRENCH FONDS               REPRESENTED BY EUROTITRISATION 41 RUE DE DELIZY PANTIN   93500 FRANCE
 COMMUN DE TITRISATION
YORVIK PARTNERS LLP                              TRANSFEROR: SHARELINK SECURITIES AND FINANCIAL SERVICES LTD 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      77
```

EPIQ BANKRUPTCY SOLUTIONS, LLC