UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
            Debtors.                                               :
                                                                   :
------------------------------------------------------------------x    Ref. Docket No. 32693

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 12, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
21st day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 32693_Aff 12-12-12.doc

# EXHIBIT A

08-13555-mg    Doc 33344    Filed 12/21/12    Entered 12/21/12 18:08:36    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    GE CORPORATE FINANCIAL SERVICES, AS LOAN SERVICER
C/O LATHAM & WATKINS LLP
RICHARD LEVY, ESQ.
WILLIS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO IL 60606

Additional:

Transferee:    LEHMAN COMMERCIAL PAPER, INC.
ATTN: SALLY M. NANCOZ AND SCOTT ANCHIN
1271 AVENUE OF THE AMERICAS
NEW YORK NY 10020

**Your transfer of claim # 66604 is defective for the reason(s) checked below:**

Other

Docket Number 32693            Date 12/10/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 12, 2012.

# EXHIBIT B

TIME: 20:58:29
DATE: 12/12/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| GE CORPORATE FINANCIAL SERVICES, AS LOAN SERVICER | C/O LATHAM & WATKINS LLP RICHARD LEVY, ESQ. WILLIS TOWER, SUITE 5800 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| LEHMAN COMMERCIAL PAPER, INC. | ATTN: SALLY M. NANCOZ AND SCOTT ANCHIN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |

Total Number of Records Printed    2

EPIQ BANKRUPTCY SOLUTIONS, LLC