UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

Ref. Docket No. 32420, 32458, 32463, 32475, 32580-32583, 32585-32588, 32595, 32596, 32598-32601, 32623, 32625, 32674, 32675, 32684, 32685, 32715, 32723, 32727-32729, 32731-32734, 32736, 32737, 32748-32752, 32759, 32773-32775, 32785, 32793, 32795-32800

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                     ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 18, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of December, 2012

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 32420, 32458, 32463...32793, 32795-32800_AFF_12-18-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-88 in the above referenced case and in the amount of $100,000.00 allowed at $102,204.00  has been transferred **(unless previously expunged by court order)**

```
     BANK HAPOALIM (SWITZERLAND) LTD.
     TRANSFEROR: BANK HAPOALIM B.M.
     STOCKERSTRASSE 33
     ZURICH    CH-8027
     SWITZERLAND
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32759  in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2012                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 18, 2012.

# EXHIBIT B

```
TIME:  14:16:06                                   LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE:  12/18/12                                         CREDITOR LISTING

Name                                              Address

ADK SOHO FUND LP                                  TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET, 8TH FLOOR NEW YORK NY 10012
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, L.P.
ALTUNED HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
ALTUNED HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
AMRAM, JAK                                        ELMADAG, CUMHURIYET CAD BESLER APT 20-8 ISTANBUL   TURKEY
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC          TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX XBX 1026 MALTA XBX 1026 ITALY
BANCA DI CREDITO COOPERATIVE DI ALBA,             TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: MARIO MUSSO VIA CAVOUR, N.4 ALBA (CUNEO)   12051 ITALY
  LANGHE E ROERO S.C.
BANCA POPOLARE DI SONDRIO S.C.P.A                 TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: GERRY DE ALBERTI PIAZZA GARIBALDI 16 SONDRIO   23100 ITALY
BANCA SELLA HOLDING SPA                           VIA ITALIA, 2 BIELLA  13900 ITALY
BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S.           ATTN: ATOS CAVAZZA VIA FARINI, 17 BOLOGNA 40124 ITALY
BANK HAPOALIM (SWITZERLAND) LTD.                  TRANSFEROR: BANK HAPOALIM B.M. STOCKERSTRASSE 33 ZURICH   CH-8027 SWITZERLAND
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA AND ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BLAZQUEZ, ROBERTO GARCIA                          C/ INFANTA MERCEDES NO 58, 7 D MADRID  28020 SPAIN
BOTTICELLI, LLC                                   TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
BOTTICELLI, LLC                                   TRANSFEROR: BARCLAYS BANK PLC 245 PARK AVENUE, 26TH FLOOR NEW YORK NY 10167
CASSA DI RISPARMIO DI BRA SPA                     TRANSFEROR: BANCO DI CREDITO P. AZZOAGLIO ATTN: GABUTTI LUIGI VIA PRINCIPI DI PIEMONTE, 12  12042 BRA   ITALY
CASSA DI RISPARMIO DI PARMA E PIACENZA            TRANSFEROR: BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S. VIA MISTRALI, 1 PARMA   43121 ITALY
  S.P.A.
CASSA DI RISPARMIO DI PARMA E PIACENZA            TRANSFEROR: INTESA SANPAOLO SPA VIA MISTRALI, 1 PARMA   43121 ITALY
  S.P.A.
CENTERBRIDGE CREDIT PARTNERS L.P.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE CREDIT PARTNERS MASTER,              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
  L.P.
CENTERBRIDGE CREDIT PARTNERS MASTERS,             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
  L.P.
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SANDRA MARKOVIC 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CPV/CAP COOP PERSONALVERSICHERUNG                 HARALD SIEWERT LEITER FINANZANLAGEN DORNACHERSTR. 156 POSTFACH 2550 4002 BASEL SWITZERLAND
CVF LUX FINCO, LLC                                TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVF LUX MASTER SARL                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVFII (LUX) MASTER SARL                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DEUTSCHE SECURITIES INC. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE SECURITIES INC.                          TRANSFEROR: MITSUBISHI UFJ MORGAN STANLEY SECURITIES CO., LTD. ATTN: AKIHIRO AMADA SANNO PARK TOWER 2-11-1 NAGATACHO CHIYODA-KU
                                                  TOKYO  100-6171 JAPAN
DEUTSCHE SECURITIES INC.                          TRANSFEROR: MIZUHO SECURITIES CO LTD ATTN: AKIHIR AMADA SANNO PARK TOWER 2-11-1 NEGATACHO CHIYODA-KU TOKYO   100-6171 JAPAN
EHLERS, IGNACIO LOZANO                            C/ MOLINA N 17 MADRID  28029 SPAIN
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067
ERSEL SIM SPA                                     11 PIAZZA SOLFERINO TORINO  10121 ITALY
ERSEL SIM SPA                                     C/O JOHN E JUREILLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HARLAN INVESTMENTS (G)                            P.O. BOX 438 ROAD TOWN, TORTOLA   VIRGIN ISLANDS (BRITISH)
HARLAN INVESTMENTS LIMITED                        P.O. BOX 438, TOAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH)

                                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:16:06                                                                    PAGE:     2
DATE: 12/18/12
                         LEHMAN BROTHERS HOLDING INC.
                              CREDITOR LISTING

Name                                          Address
ILLIQUIDX LLP                                 TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: THEODOOR GILISSEN GLOBAL CUSTODY N.V. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON ED4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.        REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY
INTESA SANPAOLO SPA                           ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
JADE TREE I, LLC                              ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, LLC                              ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JADE TREE I, LLC                              ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. P.O. BOX 6463 NEW YORK NY 10150
                                              TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY-M138; ATTN: JEFFREY L. PANZO
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: GAZPROMBANK MORTGAGE FUNDING 2 S.A. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND         TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
LUZERNER KANTONALBANK AG                      BAKER & MCKENZIE ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                      TRANSFEROR: ADLER & CO. PRIVATBANK AG LEGAL & COMPLIANCE DEPARTMENT ATTN: PETER FELDER PILATUSSTRASSE 12 CH-LUZERN  SWITZERLAND
MITSUBISHI UFJ MORGAN STANLEY SECURITIES      ATTN: MS. HISAKO KUBO, LEGAL DEPARTMENT MR. TOMOHIRO NAKAMURA, CORPORATE PLANNING DIVISION MEJIRODAI BLDG. 3-29-20 MEJIRODAI
CO., LTD.                                     BUNKYO-KU TOKYO  112-8688 JAPAN
MITSUBISHI UFJ MORGAN STANLEY SECURITIES      MORRISON & FOERSTER LLP. LORENZO MARINUZZI, STACY MOLISON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104-0050
CO., LTD.
MITSUBISHI UFJ MORGAN STANLEY SECURITIES      MITSUBISHI UFJ SECURITIES CO., LTD LEGAL DIVISION MARUNOUCHI BUILDING, 2-4-1 MARUNOUCHI CHIYODA-KU TOKYO  100-6317 JAPAN
CO., LTD.
MIZUHO SECURITIES CO LTD                      ATTENTION: CREDIT TRADING & DERIVATIVE PRODUCTS DEPARTMENT; K. TANAKA OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI
                                              CHIYODA-KU, TOKYO  100-0004 JAPAN
MIZUHO SECURITIES CO LTD                      STROOCK & STROOCK & LAVAN LLP ATTENTION: SHERRY MILLMAN ESQ. 180 MAIDEN LANE NEW YORK NY 10038
RBS COUTTS BANK AG                            STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
RIDER INVESTMENTS LTD                         TROPIC ISLE BUILDING P.O. BOX 964 ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH)
TACONIC CAPITAL PARTNERS 1.5 L.P.             SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.             SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVE. NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 L.P.             TRANSFEROR: TCA SPV I LLC C/O TACONIC CAPITAL ADVISORS LP ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: BLAZQUEZ, ROBERTO GARCIA 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: EHLERS, IGNACIO LOZANO 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TCA SPV I LLC                                 SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVE. NEW YORK NY 10022
TCA SPV I LLC                                 TRANSFEROR: AMRAM, JAK C/O TACONIC CAPITAL ADVISORS LLC ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TCA SPV I LLC                                 TRANSFEROR: HARLAN INVESTMENTS (G) C/O TACONIC CAPITAL ADVISORS LLC ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TCA SPV I LLC                                 TRANSFEROR: HARLAN INVESTMENTS LIMITED C/O TACONIC CAPITAL ADVISORS LLC ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR
                                              NEW YORK NY 10022
TCA SPV I LLC                                 TRANSFEROR: RIDER INVESTMENTS LTD C/O TACONIC CAPITAL ADVISORS LLC ATTN: TIM ANDRIKS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
TURNPIKE LIMITED                              ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
UBS AG                                        TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: MR. HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  8001 SWITZERLAND
UBS AG, ZURICH                                TRANSFEROR: RBS COUTTS BANK AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VARDE FUND X (MASTER) LP, THE                 TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                           TRANSFEROR: CPV/CAP COOP PERSONALVERSICHERUNG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed               83
```

EPIQ BANKRUPTCY SOLUTIONS, LLC