UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :        08-13555 (JMP)
                                        :        (Jointly Administered)
                Debtors.                :
                                        :
------------------------------------------------------------------x        Ref. Docket Nos. 32406, 32758,
                                                 32777

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
   New York 10017.  I am over the age of eighteen years and am not a party to the above-
   captioned action.

2. On December 18, 2012, I caused to be served the "Notice of Defective Transfer," a sample of
   which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1)
   personalized with the transferee, transferor and claim information for the above-referenced
   docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered
   by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
21st day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ERSEL SIM SPA
               TRANSFEROR: CENTROSIM S.P.A.
               ATTN: CESANO GABRIELLA
               PIAZZA SOLFERINO, 11
               TORINO 10121 ITALY

Additional:    ERSEL SIM SPA
               KLESTADT & WINTERS, LLP
               ATTN: JOHN E. JURELLER, JR.
               570 SEVENTH AVENUE, 17TH FLOOR
               NEW YORK NY 10018-6314

Transferee:    AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC
               WHITEHALL MANSIONS
               TA XBIEX SEAFRONT
               TA XBIEX XBX 1026
               MALTA XBX 1026 ITALY

Your transfer  of claim #   56618-02  is defective for the reason(s) checked below:

Other                                ISIN DISCREPANCY

Docket Number 32777           Date 12/13/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2012.

# EXHIBIT B

```
TIME: 14:13:36                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 12/18/12                              CREDITOR LISTING

Name                                   Address
AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC  WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX XBX 1026 MALTA  XBX 1026 ITALY
B.V. RECREATIEPARK LINNAEUSHOF            RIJKSSTRAATWEG 4 BENNEBROEK  2121 AE NETHERLANDS
BANK VONTOBEL AG                          FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH  8002 SWITZERLAND
ERSEL SIM SPA                             TRANSFEROR: CENTROSIM S.P.A. ATTN: CESANO GABRIELLA PIAZZA SOLFERINO, 11 TORINO  10121 ITALY
ERSEL SIM SPA                             KLESTADT & WINTERS, LLP ATTN: JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
MR. S GROYPSTRA                           NO ADDRESS XXXX XX XXXXX
STEINHAUSER, WALTER                       STAMMERSDORFER STRASSE 143/1/15 VIENNA  1210 AUSTRIA


Total Number of Records Printed          7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC