UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 19156, 19159,
                                                                       32068, 32396, 32716, 32794, 32804-
                                                                       32807, 32810, 32835-32838

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
21st day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:    AVENUE TC FUND, LP
       TRANSFEROR: AVENUE INVESTMENTS LP
       ATTN: DAVID S. LEINWAND, ESQ.
       399 PARK AVENUE, 6TH FLOOR
       NEW YORK NY 10022
```

Please note that your claim # 11306-13 in the above referenced case and in the amount of $9,444,305.20 allowed at $9,356,234.48    has been transferred **(unless previously expunged by court order)**

```
MORGAN STANLEY CAPITAL SERVICES, LLC          MORGAN STANLEY CAPITAL SERVICES, LLC
TRANSFEROR: AVENUE TC FUND, LP                MARK C. ELLENBERG, ESQ.
ATTN: CHIEF LEGAL OFFICER                     CADWALDER, WICKERSHAM & TAFT LLP
1585 BROADWAY                                 700 SIXTH STREET, N.W.
NEW YORK NY 10036-8293                        WASHINGTON DC 20001
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32835    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/19/2012                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 19, 2012.

# EXHIBIT B

```
TIME: 16:41:38                                          LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 12/19/12                                               CREDITOR LISTING

Name                                            Address
AVENUE TC FUND, LP                              TRANSFEROR: AVENUE INVESTMENTS LP ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, LP                              TRANSFEROR: AVENUE INVESTMENTS, LP ATTN: DAVID S. LEINWAND 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
AVENUE TC FUND, LP                              TRANSFEROR: AVENUE INVESTMENTS, LP ATTN: DAVID S. LEINWAND, ESQ. 399 PARK AVENUE, 6TH FLOOR NEW YORK NY 10022
BANCA MEDIOLANUM S.P.A.                         ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO ) 20080 ITALY
BANCA ZARATTINI & CO SA                         TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: COMPLIANCE AND BACK OFFICE DEPT VIA BALESTRA 17 LUGANO   6900 SWITZERLAND
CITIGROUP FINANCIAL PRODUCTS INC.               TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: BRIAN BROYLES 1615 BRETT ROAD NEW CASTLE DE 19720
CREDITO PRIVATO COMMERCIALE SA                  VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
CREDITO VALTELLINESE S.C.                       TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO  23100 ITALY
ILLIQUIDX LLP                                   TRANSFEROR: NANNETTI ROSSELLA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC          MARK C. ELLENBERG, ESQ. CADWALDER, WICKERSHAM & TAFT LLP 700 SIXTH STREET WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC          MARK C. ELLENBERG, ESQ. CADWALDER, WICKERSHAM & TAFT LLP 700 SIXTH STREET N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO. INTERNATIONAL PLC          TRANSFEROR: AVENUE TC FUND, LP C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER NEW YORK NY 10036-8293
MORGAN STANLEY & CO. INTERNATIONAL PLC          TRANSFEROR: AVENUE TC FUND, LP C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES, LLC            MARK C. ELLENBERG, ESQ. CADWALDER, WICKERSHAM & TAFT LLP 700 SIXTH STREET N.W. WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES, LLC            MARK C. ELLENBERG, ESQ. CADWALDER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES, LLC            TRANSFEROR: AVENUE TC FUND, LP ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NANNETTI ROSSELLA                               VIA BOLDRINI 16 BOLOGNA  40121 ITALY
NATIONAL BANK OF FUJAIRAH PSC                   TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979
                                                AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI   UNITED ARAB EMIRATES
NATIONAL BANK OF FUJAIRAH PSC ON BEHALF         ISSA MOHAMAD & DINA YASIN ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET
OF                                              DUBAI   UNITED ARAB EMIRATES
SEMPER CONSTANTIA PRIVATBANK AG                 (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                                WEIN  1010 AUSTRIA
SILVER POINT CAPITAL FUND, L.P.                 ATTN: XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, L.P.                 TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER            ATTN: XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, L.P
SILVER POINT CAPITAL OFFSHORE MASTER            TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, L.P                                       GREENWICH CT 06830
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: DEUTSCHE BANK AG ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                                MINNEAPOLIS MN 55437


Total Number of Records Printed                 27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE
C/O HINCKLEY, ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN, ESQ.
28 STATE STREET
BOSTON, MA 02109

WILMINGTON TRUST, NATIONAL ASSOCIATION
AS SUCCESSOR TRUSTEE TO CITIBANK, N.A.
ATTN: ADAM SCOZZAFAVA
RODNEY SQUARE NORTH, MAIL CODE 1605
1100 NORTH MARKET STREET
WILMINGTON, DE 19801

ALSTON & BIRD LLP
ATTN: J. WILLIAM BOONE
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424