UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                     :

In re                                                 :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

                                                 :         (Jointly Administered)

                    Debtors.               :

                                                 :

---------------------------------------------------------------x    Ref. Docket No. 32786

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2012, I caused to be served the "Notice of Defective Transfer," a **s**ample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                         /s/ *Lauren Rodriguez*
                                                                                         Lauren Rodriguez

Sworn to before me this
21st day of December, 2012
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANK VONTOBEL AG
              FAO: MRS. DR. HEIDE SUDEROW GROB
              GOTTHARDSTRASSE 43
              ZURICH 8002 SWITZERLAND


Additional:



Transferee:   BANK GUTMANN AG
              C/O BANK GUTMANN AKTIENGESELLSCHAFT
              SCHWARZENBERGPLATZ 16
              ATTN: WP
              VIENNA 1010 AUSTRIA


**Your transfer   of claim #   67373-07   is defective for the reason(s) checked below:**

Other                                    CURRENCY DOES NOT MATCH FILED PROOF OF CLAIM FOR ISIN


Docket Number 32786            Date 12/12/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 19, 2012.

EXHIBIT B

```
TIME: 16:33:06                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 12/19/12                               CREDITOR LISTING

Name                    Address
BANK GUTMANN AG         C/O BANK GUTMANN AKTIENGESELLSCHAFT SCHWARZENBERGPLATZ 16 ATTN: WP VIENNA  1010 AUSTRIA
BANK VONTOBEL AG        FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH  8002 SWITZERLAND

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC