UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :        08-13555 (JMP)
                                                               :
                                        Debtors.               :        (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | 08-13555 Lehman Brothers Holdings Inc. |
|---|---|
| Creditor Name and Address: | South Pacific Funding 5<br>c/o Puxon Murray LLP<br>1 Royal Exchange Avenue<br>London EC3V 3LT<br>UK |
| Claim Number (if known): | 16526 |
| Date Claim Filed: | 7/09/2009 |
| Total Amount of Claim Filed: | $0 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

For and on behalf of South Pacific Funding 5

| Signature:<br>By: *[signature]* | Title:<br>Director |
|---|---|
| Printed Name:<br>William J Fox | Dated:<br>December 20, 2012 |

US_ACTIVE:¥44151873¥1¥58399.0011