B 210A (Form 210A) (12/09)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                     Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **TURNPIKE LIMITED** | **ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): Multiple – See Schedule 1 to the Agreement and Evidence of Transfer of Claim hereto ("Schedule") and Annex A attached ("Annex A") |
|---|---|
| | Total Amount of Claims Filed: Multiple – See Schedule and Annex A |
| | Amount of Claims Transferred: Multiple – See Schedule and Annex A |
| **Chris Scholfield** | ISIN/CUSIP: Multiple – See Schedule and Annex A |
| **c/o Alden Global Capital** | |
| **885 Third Avenue** | Date Claims Filed: Multiple – See Annex A |
| **New York, New York 10022** | |
| **Phone: 212-418-6862** | |
| **Email: CScholfield@smithnyc.com** | |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Jason Pecora_                                                                     Date: 12/18/2012
Transferee/Transferee's Agent **Jason Pecora**
                **Managing Director - Operations**
                        **Alden Global Capital**
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jason Pecora
Managing Director - Operations
Alden Global Capital

Form 210B (12/09)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

The Claims numbered as set forth in the column "Proof of Claim Number" at Schedule 1 to the Evidence and Agreement of Transfer of Claim hereto were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor (or prior holder of such Claim). As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the clerk's office of this court on ..................

| | |
|---|---|
| **TURNPIKE LIMITED** | **ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP** |
| Name of Transferee | Name of Transferor |
| Address of Alleged Transferee: | Address of Alleged Transferor: |
| **Chris Scholfield**<br>**c/o Alden Global Capital**<br>**885 Third Avenue**<br>**New York, New York 10022** | **Chris Scholfield**<br>**c/o Alden Global Capital**<br>**885 Third Avenue**<br>**New York, New York 10022** |
| **Phone: 212-418-6862**<br>**Email: CScholfield@smithnyc.com** | **Phone: 212-418-6862**<br>**Email: CScholfield@smithnyc.com** |

~~DEADLINE TO OBJECT TO TRANSFER~~
The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____               _____
                              CLERK OF THE COURT

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAMS SECURITIES

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **Alden Global Distressed Opportunities Master Fund, L.P.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Turnpike Limited** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage of the Seller's Holding / principal amounts of the Seller's Holding specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proofs of Claim with the assigned numbers specified in Schedule 1 attached hereto filed by or on behalf of **Seller or Seller's predecessor in interest** (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, principal, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim specified in Schedule 1 attached hereto.

2.   This Agreement and Evidence of Transfer of Claim is consecutive to an assignment and transfer agreement dated as of, and effective as of, 12.00 am EDT on, October 1, 2012 between the Seller and the Purchaser (the "Assignment and Transfer Agreement") and purports to make effective the assignment referred to under paragraph 7 (Lehman Notes) of the Assignment and Transfer Agreement.

3.   Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Programs Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; and (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the Debtor.

4.   Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

5. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

6. Seller shall promptly (but in any event no later than three (3) business days after receipt) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

7. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

8. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 17th day of December 2012.

| SELLER | PURCHASER |
|---|---|
| **ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.** | **TURNPIKE LIMITED** |
| By: _____ | By: _____ |
| Name: Jason Pecora | Name: Jason Pecora |
| Title: Managing Director | Title: Managing Director |
| | |
| Address: | Address: |
| c/o Alden Global Capital | c/o Alden Global Capital |
| 885 Third Avenue | 885 Third Avenue |
| New York, New York 10022 | New York, New York 10022 |
| USA | USA |

Schedule 1

Transferred Claims

Purchased Claims

Lehman Programs Securities and Principal Amounts to which Transfers Relate

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 59552 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 773 882.21 | 100.00000000 | 11.1843% | 11.1843 | USD 198 396.31 (or EUR 139 803.75) | XS0273666437 |
| 59533 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 930 000.00 | 100.00000000 | 11.1843% | 11.18430108 | USD 104 014.00 | XS0346438061 |
| 42667 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 425 000.00 | 50.00000000 | 11.1843% | 5.59215 | USD 79 688.14 (or EUR 55 921.50) | XS0326085742 |
| 48734 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 81 123 212.50 | 0.49540481 | 11.1843% | 0.055407561 | USD 44 948.39 (or EUR 31 651.57) | XS0339810078 |
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 1.06318664 | 11.1843% | 0.118909983 | USD 136 115.81 (or EUR 95 849.45) | XS0339810078 |
| 50549 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 15 693 591.84 | 8.14402473 | 11.1843% | 0.910852158 | USD 142 945.42 (or EUR 100 658.70) | XS0294106314 |
| 35550 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 146 500.00 | 98.73333333 | 11.1843% | 11.0426322 | USD 237 030.10 (or EUR 165 639.48) | XS0162289663 |
| 35552 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 67 524 479.00 | 62.77375498 | 11.1843% | 7.020805078 | USD 4 740 762.05 (or EUR 3 312 901.50) | XS0286529093 |

3

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 41455 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 149 907.02 | 33.10545123 | 11.1843% | 3.702612982 | USD 79 602.74 (or EUR 53 796.48) | XS0283497005 |
| 42026 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 000 000.00 | 50.00000000 | 11.1843% | 5.59215 | USD 111 843.00 | XS0328586606 |
| 44508 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 800 000.00 | 100.00000000 | 11.1843% | 11.18427778 | USD 201 317.00 | XS0342489589 |
| 44509 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 6 600 000.00 | 59.39393939 | 11.1843% | 6.64280303 | USD 438 425.00 | XS0336556146 |
| 44978 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 990 000.00 | 99.24623116 | 11.1843% | 11.1 | USD 220 890.00 | XS0294325203 |
| 44979 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 5 000 000.00 | 98.74000000 | 11.1843% | 11.04338 | USD 552 169.00 | XS0312058752 |
| 44980 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 032 250.00 | 97.18292533 | 11.1843% | 10.86923361 | USD 220 890.00 | XS0336248322 |
| 44981 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 985 000.00 | 99.22948074 | 11.1843% | 11.09812395 | USD 331 279.00 | XS0342406476 |
| 44983 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 000 000.00 | 98.75000000 | 11.1843% | 11.0445 | USD 220 890.00 | XS0275062916 |
| 44984 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 5 000 000.00 | 98.72000000 | 11.1843% | 11.04114 | USD 552 057.00 | XS0269787858 |
| 44985 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 3 000 000.00 | 98.73333333 | 11.1843% | 11.04263333 | USD 331 279.00 | XS0291145364 |
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 0.91555629 | 11.1843% | 0.102398562 | USD 117 215.24 (or EUR 82 540.13) | XS0365839835 |

4

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 0.66123510 | 11.1843% | 0.073954517 | USD 84 655.45 (or EUR 59 612.32) | XS0296067142 |
| 48734 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 81 123 212.50 | 1.75754923 | 11.1843% | 0.196569579 | USD 159 463.56 (or EUR 112 290.37) | XS0296067142 |
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 1.42419867 | 11.1843% | 0.159286652 | USD 182 334.82 (or EUR 128 395.76) | XS0314067140 |
| 48734 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 1.47258173 | 11.1843% | 0.164697958 | USD 188 529.13 (or EUR 132 757.64) | XS0314067140 |
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 3.56669963 | 11.1843% | 0.398910387 | USD 456 631.20 (or EUR 321 548.63) | XS0305948860 |
| 48734 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 5.43999231 | 11.1843% | 0.60842506 | USD 696 461.85 (or EUR 490 431.56) | XS0305948860 |
| 45214 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 114 469 619.48 | 1.83979672 | 11.1843% | 0.205768384 | USD 235 542.29 (or EUR 165 863.17) | XS0317240157 |
| 48734 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 81 123 212.50 | 3.60437637 | 11.1843% | 0.403124266 | USD 327 027.36 (or EUR 230 284.74) | XS0317240157 |
| 50472 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 848 600.00 | 98.75000000 | 11.1843% | 11.04449625 | USD 314 613.52 (or EUR 220 889.93) | XS0306226696 |
| 50549 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 15 693 591.84 | 8.59647055 | 11.1843% | 0.961455055 | USD 150 886.83 (or EUR 106 250.85) | XS0294106405 |
| 50649 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 127 809.00 | 100.00000000 | 11.1843% | 11.1843 | USD 14 294.54 (or EUR 10 065.87) | XS0210433206 |
| 50717 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 20 000 000.00 | 98.73500000 | 11.1843% | 11.04282 | USD 2 208 564.00 | XS0313734922 |

5

PARIS\CMC\3521510.10

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 50717 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 10 000 000.00 | 98.74000000 | 11.1843% | 11.04338 | USD 1 104 338.00 | XS0313737271 |
| 50717 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 10 000 000.00 | 98.74000000 | 11.1843% | 11.04338 | USD 1 104 338.00 | XS0314746479 |
| 51147 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 5 252 000.00 | 17.61233816 | 11.1843% | 1.969821021 | USD 103 455.00 | XS0324269561 |
| 51148 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 4 705 000.00 | 27.94899044 | 11.1843% | 3.125908608 | USD 147 074.00 | XS0326730313 |
| 51170 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 4 380 000.00 | 37.14611872 | 11.1843% | 4.154543379 | USD 181 969.00 | XS0282866192 |
| 56921 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 4 106 620.20 | 50.00000000 | 11.1843% | 5.59215 | USD 229 648.36 (or EUR 162 284.19) | XS0329670433 |
| 58459 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 79 734 375.00 | 0.64000000 | 11.1843% | 0.07157952 | USD 57 073.48 (or EUR 40 263.48) | XS0347064924 |
| 58460 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 643 970.25 | 54.28131191 | 11.1843% | 6.070984768 | USD 39 095.34 (or EUR 27 580.48) | XS0290294742 |
| 58559 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 7 335 941.94 | 18.18197596 | 11.1843% | 2.033526737 | USD 149 178.34 (or EUR 94 842.86) | XS0314918276 |
| 58562 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 20 553.75 | 86.06093779 | 11.1843% | 9.625313465 | USD 1 978.36 (or EUR 1 398.04) | XS0231346593 |
| 58563 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 866 122.80 | 29.78792384 | 11.1843% | 3.33151373 | USD 28 855.00 | DE000A0TU1P4 |
| 58568 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 310 018 687.21 | 25.87407615 | 11.1843% | 2.893834299 | USD 8 971 427.10 (or EUR 6 071 620.94) | DE000A0MJHE1 |

6

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 58569 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 139 377 827.27 | 28.72145275 | 11.1843% | 3.21229344 | USD 4 477 224.80 (or EUR 2 771 245.85) | DE000A0MHVV0 |
| 58571 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 38 972 624.23 | 35.03027361 | 11.1843% | 3.917890891 | USD 1 526 904.89 (or EUR 930 869.29) | DE000A0LHVD0 |
| 58799 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 843 270.00 | 100.00000000 | 11.1843% | 11.1843 | USD 206 156.85 (or EUR 145 395.90) | XS0280904714 |
| 58803 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 950 000.00 | 100.00000000 | 11.1843% | 11.18431579 | USD 106 251.00 | XS0287869050 |
| 58804 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 500 000.00 | 100.00000000 | 11.1843% | 11.1844 | USD 55 922.00 | XS0288802605 |
| 58807 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 400 000.00 | 100.00000000 | 11.1843% | 11.18425 | USD 44 737.00 | XS0300349882 |
| 58808 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 300 000.00 | 98.76923077 | 11.1843% | 11.04661538 | USD 143 606.00 | XS0303865074 |
| 58809 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 197 745.00 | 100.00000000 | 11.1843% | 11.1843 | USD 245 802.39 (or EUR 173 356.65) | XS0310084339 |
| 58810 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 283 580.00 | 100.00000000 | 11.1843% | 11.1843 | USD 31 716.44 (or EUR 22 368.60) | XS0324356376 |
| 58811 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 000 000.00 | 98.70000000 | 11.1843% | 11.0389 | USD 110 389.00 | XS0327055371 |
| 58812 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 300 000.00 | 100.00000000 | 11.1843% | 11.18433333 | USD 33 553.00 | XS0335971858 |
| 58890 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 45 000 000.00 | 21.94222222 | 11.1843% | 2.454084444 | USD 1 104 338.00 | XS0278638258 |

7

PARIS\CMC\3521510.10

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 59098 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 669 387 079.91 | 1.12042796 | 11.1843% | 0.125312099 | USD 838 823.00 | XS0242396249 |
| 59233 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 000 000.00 | 70.87500000 | 11.1843% | 7.926872625 | USD 79 268.73 (or EUR 55 921.50) | XS0313528944 |
| 59233 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 20 170 000.00 | 98.41348537 | 11.1843% | 11.00686168 | USD 2 220 084.00 | CH0039308686 |
| 59536 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 205 000.00 | 100.00000000 | 11.1843% | 11.18431535 | USD134 771.00 | XS0344556864 |
| 59581 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 810 000.00 | 100.00000000 | 11.1843% | 11.18432099 | USD 90 593.00 | XS0349054360 |
| 59589 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 250 000.00 | 100.00000000 | 11.1843% | 11.18432 | USD 139 804.00 | XS0314479337 |
| 60348 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 212 625.00 | 100.00000000 | 11.1843% | 11.1843 | USD 23 780.62 (or EUR 16 776.45) | XS0282208718 |
| 60349 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 141 750.00 | 70.54673721 | 11.1843% | 11.1843 | USD 15 853.75 (or EUR 11 184.30) | XS0282208718 |
| 60350 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 191 362.50 | 70.54673721 | 11.1843% | 11.1843 | USD 21 402.56 (or EUR 15 098.81) | XS0282208718 |
| 60351 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 70 875.00 | 70.54673721 | 11.1843% | 11.1843 | USD 7 926.87 (or EUR 5 592.15) | XS0282208718 |
| 60638 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 67 091 313.98 | 17.77857250 | 11.1843% | 1.988408885 | USD 1 334 049.65 (or EUR 942 724.65) | XS0300460721 |
| 55937 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 3 703 316.70 | 50.00000081 | 11.1843% | 5.592150091 | USD 207 095.03 (or EUR 146 346.57) | XS0312463184 |

8

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 60638 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 21 549 142.80 | 100.00000000 | 11.1843% | 11.1843 | USD 2 410 120.78 (or EUR 1 703 145.20) | XS0312463184 |
| 60652 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 526 417.20 | 100.00000000 | 11.1843% | 11.1843 | USD 58 876.08 (or EUR 41 605.60) | XS0312463184 |
| 60696 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 4 786 285.55 | 55.41275739 | 11.1843% | 6.197529025 | USD 296 631.44 (or CHF 332 397.40) | XS0294024004 |
| 62750 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 16 054 309.50 | 4.84795064 | 11.1843% | 0.542209343 | USD 87 047.97 (or EUR 61 513.65) | XS0237304059 |
| 62750 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 16 054 309.50 | 13.22168356 | 11.1843% | 1.478752755 | USD 237 403.54 (or EUR 167 764.50) | XS0210326202 |
| 62750 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 16 054 309.50 | 6.17011900 | 11.1843% | 0.690084619 | USD 110 788.32 (or EUR 78 290.10) | XS0259672599 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.40222123 | 11.1843% | 0.044985378 | USD 54 210.00 | XS0325475084 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.24646112 | 11.1843% | 0.027564643 | USD 33 217.00 | XS0327687843 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.49050286 | 11.1843% | 0.054859311 | USD 66 108.66 (or EUR 46 414.85) | XS0331533330 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.41317506 | 11.1843% | 0.046211045 | USD 55 687.00 | XS0329284987 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.11451729 | 11.1843% | 0.01280768 | USD 15 434.00 | XS0329288384 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.33276401 | 11.1843% | 0.037217289 | USD 44 849.00 | XS0334446134 |

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.23402305 | 11.1843% | 0.02617384 | USD 31 541.00 (or EUR 22 144.91) | XS0345320799 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.40330002 | 11.1843% | 0.045106534 | USD 54 356.00 | XS0345320872 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.36486321 | 11.1843% | 0.040807396 | USD 49 175.29 (or EUR 34 525.93) | XS0362343930 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.35641431 | 11.1843% | 0.039862804 | USD 48 037.00 | XS0368249487 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 0.29985681 | 11.1843% | 0.033536885 | USD 40 413.90 (or EUR 28 374.57) | XS0368298187 |
| 62870 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 120 505 822.00 | 1.98399541 | 11.1843% | 0.221895999 | USD 267 397.60 (or EUR 187 739.66) | CH0027120978 |
| 62901 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 41 159 958.12 | 5.27697330 | 11.1843% | 0.590192534 | USD 242 923.00 | XS0306341958 |
| 62901 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 41 159 958.12 | 7.19631442 | 11.1843% | 0.804857476 | USD 331 279.00 | XS0303764129 |
| 62901 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 41 159 958.12 | 6.55212037 | 11.1843% | 0.732808798 | USD 301 623.79 (or GBP 167 764.50) | XS0317366689 |
| 65521 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 6 000 000.00 | 33.33333333 | 11.1843% | 3.7281 | USD 223 686.00 | XS0371847210 |
| 66286 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 14 373 860.00 | 87.23474418 | 11.1843% | 9.756592871 | USD 1 402 399.00 | US52519VAR78 |
| 66962 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 275 750.00 | 50.00000000 | 11.1843% | 5.59215 | USD 71 341.85 (or EUR 50 329.35) | XS0342236295 |

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 66962 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 657 432 812.50 | 0.09126408 | 11.1843% | 0.014468775 | USD 95 122.47 (or EUR 67 105.80) | XS0327398656 |
| 66962 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 657 432 812.50 | 3.58518613 | 11.1843% | 0.400977972 | USD 2 636 160.76 (or EUR 1 859 725.40) | XS0286531156 |
| 66962 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 657 432 812.50 | 0.71863275 | 11.1843% | 0.080374043 | USD 528 405.33 (or EUR 372 772.72) | XS0314763052 |
| 66962 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 657 432 812.50 | 5.62098884 | 11.1843% | 0.628668254 | USD 4 133 071.39 (or EUR 2 915 747.01) | XS0297155565 |
| 67183 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 10 000 000.00 | 90.00000000 | 11.1843% | 10.06587 | USD 1 006 587.00 | XS0226711629 |
| 67361 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 185 359.94 | 1.12374808 | 11.1843% | 0.125683357 | USD 31 653.81 (or EUR 22 368.60) | XS0208459023 |
| 67361 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 185 359.94 | 3.09030723 | 11.1843% | 0.345629232 | USD 87 047.97 (or EUR 61 513.65) | XS0200284247 |
| 47110 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 788 155.50 | 74.77477477 | 11.1843% | 8.363035135 | USD 65 913.72 (or EUR 46 414.85) | XS0268043709 |
| 67361 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 185 359.94 | 0.67424885 | 11.1843% | 0.075410014 | USD 18 992.28 (or EUR 13 421.16) | XS0268043709 |
| 58461 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 515.00 | 100.00000000 | 11.1843% | 11.1843 | USD 2 853.67 (or EUR 2 013.17) | XS0268043709 |
| 67361 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 185 359.94 | 12.04096073 | 11.1843% | 1.346697171 | USD 339 170.53 (or EUR 239 679.55) | XS0213971210 |
| 67361 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 25 185 359.94 | 12.71520958 | 11.1843% | 1.422107185 | USD 358 162.81 (or EUR 253 100.71) | XS0211093041 |

11

PARIS\CMC\3521510.10

| Proof of Claim Number | Debtor | Case Number | Claim amount as of Proof of Claim ("Claim Amount") in USD | % of Claim Amount owned by the Seller ("Seller's Holding") | % of the Seller's Holding transferred to Purchaser | % of Claim Amount transferred to Purchaser | Amount of Claim Amount being transferred to Purchaser in USD (and other currency, where applicable) | ISIN / CUSIP of Security |
|---|---|---|---|---|---|---|---|---|
| 67456 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 830 200.00 | 100.00000000 | 11.1843% | 11.1843 | USD 316 538.06 (or EUR 223 686.00) | XS0285422597 |
| 67457 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 415 100.00 | 100.00000000 | 11.1843% | 7.903540386 | USD 111 843.00 (or EUR 111 843.00) | XS0323312974 |
| 67534 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 300 000.00 | 100.00000000 | 11.1843% | 11.18430769 | USD 145 396.00 | XS0342399325 |
| 67534 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 700 000.00 | 100.00000000 | 11.1843% | 11.1842963 | USD 301 976.00 | XS0353382681 |
| 67534 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 000 000.00 | 100.00000000 | 11.1843% | 11.1843 | USD 111 843.00 | XS0341731767 |
| 67542 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 783 365.00 | 100.00000000 | 11.1843% | 11.52195702 | USD 90 258.98 (or EUR 61 513.65) | XS0317961729 |
| 35551 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 458 688.55 | 96.82649528 | 11.1843% | 10.82936571 | USD 157 966.72 (or EUR 110 389.04) | XS0163559841 |
| 67545 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 770 314.85 | 100.00000000 | 11.1843% | 11.1843 | USD 86 154.32 (or EUR 58 717.58) | XS0163559841 |
| 59233 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 1 000 000.00 | 63.78750000 | 11.1843% | 7.134185363 | USD 71 341.85 (or EUR 50 329.35) | XS0313532623 |
| 62783 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 084 741 055.00 | 0.22784604 | 11.1843% | 0.025482985 | USD 531 254.25 (or JPY 55 921 500.00) | XS0318599056 |
| 62783 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 084 741 055.00 | 0.22784604 | 11.1843% | 0.025482985 | USD 531 254.25 (or JPY 55 921 500.00) | XS0298201988 |
| 62783 | Lehman Brothers Holdings Inc | 08-13555 (JMP) | 2 084 741 055.00 | 0.22784604 | 11.1843% | 0.025482985 | USD 531 254.25 (or EUR 139 803.75) | XS0298320218 |

PARIS\CMC\3521510.10

## ANNEX A

| Court Claim # (if known) | Total Amount of Claim Filed | Amount of Claim Transferred | ISIN/CUSIP | Date Claim Filed |
|---|---|---|---|---|
| 59552 | 1 773 882.21 | USD 198 396.31 (or EUR 139 803.75) | XS0273666437 | 10/30/2009 |
| 59533 | 930 000.00 | USD 104 014.00 | XS0346438061 | 10/30/2009 |
| 42667 | 1 425 000.00 | USD 79 688.14 (or EUR 55 921.50) | XS0326085742 | 10/20/2009 |
| 48734 | 81 123 212.50 | USD 44 948.39 (or EUR 31 651.57) | XS0339810078 | 10/27/2009 |
| 45214 | 114 469 619.48 | USD 136 115.81 (or EUR 95 849.45) | XS0339810078 | 10/23/2009 |
| 50549 | 15 693 591.84 | USD 142 945.42 (or EUR 100 658.70) | XS0294106314 | 10/28/2009 |
| 35550 | 2 146 500.00 | USD 237 030.10 (or EUR 165 639.48) | XS0162289663 | 09/30/2009 |
| 35552 | 67 524 479.00 | USD 4 740 762.05 (or EUR 3 312 901.50) | XS0286529093 | 09/30/2009 |
| 41455 | 2 149 907.02 | USD 79 602.74 (or EUR 53 796.48) | XS0283497005 | 10/19/2009 |
| 42026 | 2 000 000.00 | USD 111 843.00 | XS0328586606 | 10/19/2009 |
| 44508 | 1 800 000.00 | USD 201 317.00 | XS0342489589 | 10/22/2009 |
| 44509 | 6 600 000.00 | USD 438 425.00 | XS0336556146 | 10/22/2009 |
| 44978 | 1 990 000.00 | USD 220 890.00 | XS0294325203 | 10/23/2009 |
| 44979 | 5 000 000.00 | USD 552 169.00 | XS0312058752 | 10/23/2009 |
| 44980 | 2 032 250.00 | USD 220 890.00 | XS0336248322 | 10/23/2009 |
| 44981 | 2 985 000.00 | USD 331 279.00 | XS0342406476 | 10/23/2009 |
| 44983 | 2 000 000.00 | USD 220 890.00 | XS0275062916 | 10/23/2009 |
| 44984 | 5 000 000.00 | USD 552 057.00 | XS0269787858 | 10/23/2009 |
| 44985 | 3 000 000.00 | USD 331 279.00 | XS0291145364 | 10/23/2009 |
| 45214 | 114 469 619.48 | USD 117 215.24 (or EUR 82 540.13) | XS0365839835 | 10/23/2009 |
| 45214 | 114 469 619.48 | USD 84 655.45 (or EUR 59 612.32) | XS0296067142 | 10/23/2009 |

| | | | | |
|---|---|---|---|---|
| 48734 | 81 123 212.50 | USD 159 463.56 (or EUR 112 290.37) | XS0296067142 | 10/27/2009 |
| 45214 | 114 469 619.48 | USD 182 334.82 (or EUR 128 395.76) | XS0314067140 | 10/23/2009 |
| 45214 | 114 469 619.48 | USD 188 529.13 (or EUR 132 757.64) | XS0314067140 | 10/27/2009 |
| 45214 | 114 469 619.48 | USD 456 631.20 (or EUR 321 548.63) | XS0305948860 | 10/23/2009 |
| 45214 | 114 469 619.48 | USD 696 461.85 (or EUR 490 431.56) | XS0305948860 | 10/27/2009 |
| 45214 | 114 469 619.48 | USD 235 542.29 (or EUR 165 863.17) | XS0317240157 | 10/23/2009 |
| 45214 | 81 123 212.50 | USD 327 027.36 (or EUR 230 284.74) | XS0317240157 | 10/27/2009 |
| 45214 | 2 848 600.00 | USD 314 613.52 (or EUR 220 889.93) | XS0306226696 | 10/28/2009 |
| 45214 | 15 693 591.84 | USD 150 886.83 (or EUR 106 250.85) | XS0294106405 | 10/28/2009 |
| 45214 | 127 809.00 | USD 14 294.54 (or EUR 10 065.87) | XS0210433206 | 10/28/2009 |
| 45214 | 20 000 000.00 | USD 2 208 564.00 | XS0313734922 | 10/28/2009 |
| 50717 | 10 000 000.00 | USD 1 104 338.00 | XS0313737271 | 10/28/2009 |
| 50717 | 10 000 000.00 | USD 1 104 338.00 | XS0314746479 | 10/28/2009 |
| 51147 | 5 252 000.00 | USD 103 455.00 | XS0324269561 | 10/28/2009 |
| 51148 | 4 705 000.00 | USD 147 074.00 | XS0326730313 | 10/28/2009 |
| 51170 | 4 380 000.00 | USD 181 969.00 | XS0282866192 | 10/28/2009 |
| 56921 | 4 106 620.20 | USD 229 648.36 (or EUR 162 284.19) | XS0329670433 | 10/29/2009 |
| 58459 | 79 734 375.00 | USD 57 073.48 (or EUR 40 263.48) | XS0347064924 | 10/30/2009 |
| 58460 | 643 970.25 | USD 39 095.34 (or EUR 27 580.48) | XS0290294742 | 10/30/2009 |
| 58559 | 7 335 941.94 | USD 149 178.34 (or EUR 94 842.86) | XS0314918276 | 10/30/2009 |
| 50717 | 20 553.75 | USD 1 978.36 (or EUR 1 398.04) | XS0231346593 | 10/30/2009 |
| 50717 | 866 122.80 | USD 28 855.00 | DE000A0TU1P4 | 10/30/2009 |
| 50717 | 310 018 687.21 | USD 8 971 427.10 (or EUR 6 071 620.94) | DE000A0MJHE1 | 10/30/2009 |
| 58569 | 139 377 827.27 | USD 4 477 224.80 (or EUR 2 771 245.85) | DE000A0MHVV0 | 10/30/2009 |

| | | | | |
|---|---|---|---|---|
| 58571 | 38 972 624.23 | USD 1 526 904.89 (or EUR 930 869.29) | DE000A0LHVD0 | 10/30/2009 |
| 58799 | 1 843 270.00 | USD 206 156.85 (or EUR 145 395.90) | XS0280904714 | 10/30/2009 |
| 58803 | 950 000.00 | USD 106 251.00 | XS0287869050 | 10/30/2009 |
| 58804 | 500 000.00 | USD 55 922.00 | XS0288802605 | 10/30/2009 |
| 58807 | 400 000.00 | USD 44 737.00 | XS0300349882 | 10/30/2009 |
| 58808 | 1 300 000.00 | USD 143 606.00 | XS0303865074 | 10/30/2009 |
| 58809 | 2 197 745.00 | USD 245 802.39 (or EUR 173 356.65) | XS0310084339 | 10/30/2009 |
| 58810 | 283 580.00 | USD 31 716.44 (or EUR 22 368.60) | XS0324356376 | 10/30/2009 |
| 58811 | 1 000 000.00 | USD 110 389.00 | XS0327055371 | 10/30/2009 |
| 58812 | 300 000.00 | USD 33 553.00 | XS0335971858 | 10/30/2009 |
| 58890 | 45 000 000.00 | USD 1 104 338.00 | XS0278638258 | 10/30/2009 |
| 59098 | 669 387 079.91 | USD 838 823.00 | XS0242396249 | 10/30/2009 |
| 59233 | 1 000 000.00 | USD 79 268.73 (or EUR 55 921.50) | XS0313528944 | 10/30/2009 |
| 59233 | 20 170 000.00 | USD 2 220 084.00 | CH0039308686 | 10/30/2009 |
| 59536 | 1 205 000.00 | USD134 771.00 | XS0344556864 | 10/30/2009 |
| 59581 | 810 000.00 | USD 90 593.00 | XS0349054360 | 10/30/2009 |
| 59589 | 1 250 000.00 | USD 139 804.00 | XS0314479337 | 10/30/2009 |
| 60348 | 212 625.00 | USD 23 780.62 (or EUR 16 776.45) | XS0282208718 | 10/30/2009 |
| 60349 | 141 750.00 | USD 15 853.75 (or EUR 11 184.30) | XS0282208718 | 10/30/2009 |
| 60350 | 191 362.50 | USD 21 402.56 (or EUR 15 098.81) | XS0282208718 | 10/30/2009 |
| 60351 | 70 875.00 | USD 7 926.87 (or EUR 5 592.15) | XS0282208718 | 10/30/2009 |
| 60638 | 67 091 313.98 | USD 1 334 049.65 (or EUR 942 724.65) | XS0300460721 | 10/30/2009 |
| 55937 | 3 703 316.70 | USD 207 095.03 (or EUR 146 346.57) | XS0312463184 | 10/29/2009 |
| 60638 | 21 549 142.80 | USD 2 410 120.78 (or EUR 1 703 145.20) | XS0312463184 | 10/30/2009 |
| 60652 | 526 417.20 | USD 58 876.08 (or EUR 41 605.60) | XS0312463184 | 10/30/2009 |
| 60696 | 4 786 285.55 | USD 296 631.44 (or CHF 332 397.40) | XS0294024004 | 10/30/2009 |
| 62750 | 16 054 309.50 | USD 87 047.97 | XS0237304059 | 11/02/2009 |

| | | (or EUR 61 513.65) | | |
|---|---|---|---|---|
| 62750 | 16 054 309.50 | USD 237 403.54 (or EUR 167 764.50) | XS0210326202 | 11/02/2009 |
| 62750 | 16 054 309.50 | USD 110 788.32 (or EUR 78 290.10) | XS0259672599 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 54 210.00 | XS0325475084 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 33 217.00 | XS0327687843 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 66 108.66 (or EUR 46 414.85) | XS0331533330 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 55 687.00 | XS0329284987 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 15 434.00 | XS0329288384 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 44 849.00 | XS0334446134 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 31 541.00 (or EUR 22 144.91) | XS0345320799 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 54 356.00 | XS0345320872 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 49 175.29 (or EUR 34 525.93) | XS0362343930 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 48 037.00 | XS0368249487 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 40 413.90 (or EUR 28 374.57) | XS0368298187 | 11/02/2009 |
| 62870 | 120 505 822.00 | USD 267 397.60 (or EUR 187 739.66) | CH0027120978 | 11/02/2009 |
| 62901 | 41 159 958.12 | USD 242 923.00 | XS0306341958 | 11/02/2009 |
| 62901 | 41 159 958.12 | USD 331 279.00 | XS0303764129 | 11/02/2009 |
| 62901 | 41 159 958.12 | USD 301 623.79 (or GBP 167 764.50) | XS0317366689 | 11/02/2009 |
| 65521 | 6 000 000.00 | USD 223 686.00 | XS0371847210 | 11/08/2009 |
| 66286 | 14 373 860.00 | USD 1 402 399.00 | US52519VAR78 | 09/16/2009 |
| 66962 | 1 275 750.00 | USD 71 341.85 (or EUR 50 329.35) | XS0342236295 | 07/28/2010 |
| 66962 | 657 432 812.50 | USD 95 122.47 (or EUR 67 105.80) | XS0327398656 | 07/28/2010 |
| 66962 | 657 432 812.50 | USD 2 636 160.76 (or EUR 1 859 725.40) | XS0286531156 | 07/28/2010 |
| 66962 | 657 432 812.50 | USD 528 405.33 (or EUR 372 772.72) | XS0314763052 | 07/28/2010 |
| 66962 | 657 432 812.50 | USD 4 133 071.39 (or EUR 2 915 747.01) | XS0297155565 | 07/28/2010 |
| 67183 | 10 000 000.00 | USD 1 006 587.00 | XS0226711629 | 11/02/2010 |
| 67361 | 25 185 359.94 | USD 31 653.81 (or EUR 22 368.60) | XS0208459023 | 03/07/2011 |

| | | | | |
|---|---|---|---|---|
| 67361 | 25 185 359.94 | USD 87 047.97 (or EUR 61 513.65) | XS0200284247 | 03/07/2011 |
| 47110 | 788 155.50 | USD 65 913.72 (or EUR 46 414.85) | XS0268043709 | 10/27/2009 |
| 67361 | 25 185 359.94 | USD 18 992.28 (or EUR 13 421.16) | XS0268043709 | 03/07/2011 |
| 58461 | 25 515.00 | USD 2 853.67 (or EUR 2 013.17) | XS0268043709 | 10/30/2009 |
| 67361 | 25 185 359.94 | USD 339 170.53 (or EUR 239 679.55) | XS0213971210 | 03/07/2011 |
| 67361 | 25 185 359.94 | USD 358 162.81 (or EUR 253 100.71) | XS0211093041 | 03/07/2011 |
| 67456 | 2 830 200.00 | USD 316 538.06 (or EUR 223 686.00) | XS0285422597 | 04/08/2011 |
| 67457 | 1 415 100.00 | USD 111 843.00 (or EUR 111 843.00) | XS0323312974 | 04/08/2011 |
| 67534 | 1 300 000.00 | USD 145 396.00 | XS0342399325 | 06/27/2011 |
| 67534 | 2 700 000.00 | USD 301 976.00 | XS0353382681 | 06/27/2011 |
| 67534 | 1 000 000.00 | USD 111 843.00 | XS0341731767 | 06/27/2011 |
| 67542 | 783 365.00 | USD 90 258.98 (or EUR 61 513.65) | XS0317961729 | 06/27/2011 |
| 35551 | 1 458 688.55 | USD 157 966.72 (or EUR 110 389.04) | XS0163559841 | 09/30/2009 |
| 67545 | 770 314.85 | USD 86 154.32 (or EUR 58 717.58) | XS0163559841 | 06/27/2011 |
| 59233 | 1 000 000.00 | USD 71 341.85 (or EUR 50 329.35) | XS0313532623 | 10/30/2009 |
| 62783 | 2 084 741 055.00 | USD 531 254.25 (or JPY 55 921 500.00) | XS0318599056 | 11/02/2009 |
| 62783 | 2 084 741 055.00 | USD 531 254.25 (or JPY 55 921 500.00) | XS0298201988 | 11/02/2009 |
| 62783 | 2 084 741 055.00 | USD 531 254.25 (or EUR 139 803.75) | XS0298320218 | 11/02/2009 |