

TARGOBANK AG & Co. KGaA  Postfach 10 02 43  47002 Duisburg

United States Bankruptcy Court
Southern District of New York
Attention: Clerk´s Office
One Bowling Green
New York, NY 10004-1408
United States of America

**TARGOBANK AG & Co. KGaA**

Recht und Versicherungen
Kasernenstraße 10
40213 Düsseldorf

**Korrespondenz bitte nur über:**
☒ Postfach 10 02 43
   47002  Duisburg

www.targobank.de
BLZ 300 209 00

Herr Dr. Quante

Telefon:     0211 89 84-1639
Telefax:     0211 89 84-1548

Datum:       19.12.2012 mk
                           2348

**Transfer of claim to claim number 55404**

Dear Sir or Madam,

please find attached the Transfer of Claim documentation. Our customer Mrs. Gabriele Plessow (transferor) has decided to transfer her claim to TARGOBANK AG & Co. KGaA (f/k/a Citibank Privatkunden AG & Co. KGaA).

TARGOBANK AG & Co. KGaA has collectively filed the claims under claim number 55404.
We kindly ask you to add the aforementioned claims to the collective claim 55404.

Please do not hesitate to contact us, if there are any questions.

Yours sincerely,

TARGOBANK AG & Co. KGaA





DEC 2 6 2012

Persönlich haftender und geschäftsführender Gesellschafter: TARGO Management AG | Vorstand: Franz Josef Nick (Vorsitzender);
Peter Klein; Pascal Laugel; Jürgen Lieberknecht; Berthold Rüsing; Maria Topaler | Vorsitzender des Aufsichtsrates: Eckart Thomä
Sitz der Gesellschaft: Düsseldorf | Handelsregister Amtsgericht Düsseldorf HRB 48380 | USt-ID-Nr.: DE 811 285 485;
USt-ID-Nr. des umsatzsteuerlichen Organträgers: DE 261 486 989





MIX
Papier aus verantwor-
tungsvollen Quellen
FSC® C015076

## Agreement and evidence of transfer of claim
## Lehman Program Security

DEC 2 6 2012

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Mrs. Gabriele Plessow** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

**TARGOBANK AG & Co. KGaA f/k/a Citibank**
**Privatkunden AG & Co. KGaA**

name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __21,226.50__, which is equal to __67.37527646__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number __54818__ filed by or on behalf of

**TARGOBANK AG & Co. KGaA f/k/a Citibank**
**Privatkunden AG & Co. KGaA**

name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __21,226.50__, which is equal to __67.37527646__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __29__ th day of __October__ 2009.

| | |
|---|---|
| **Mrs. Gabriele Plessow** | **TARGOBANK AG & Co. KGaA f/k/a**<br>**Citibank Privatkunden AG & Co. KGaA** |
| name of customer | name of customer |
| By X G. Plessow | By _____ _____ |
| Name   Mrs.Gabriele Plessow | Name   Mr. Oliver Stuempges        Mr. Theo Peters |
| Title | Title   Area Director        Area Manager |
| HENNIGSDORFER STR. 140 | Kasernenstr. 10 |
| address | address |
| BERLIN, D-13503,  GERMANY | 40213 Duesseldorf, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al. _____, Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TARGOBANK AG & Co. KGaA | Mrs. Gabriele Plessow |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

TARGOBANK AG & Co. KGaA

Kasernenstr. 10, 40213 Düsseldorf, Germany

Court Claim # (if known): 54818

Amount of Claim: $ 21,226.50

Date Claim Filed: 29 October 2009

Phone:  + 49 (0) 203 347 5703

Last Four Digits of Acct #: _____

Phone:  +49 (0) 177 4603588

Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent:
(if different from above):

_____

_____

Phone: _____

Last Four Digits of Acct #: _____

DEC 2 6 2012

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By X _____    Date _____
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Transferred Claim

$ ___21,226.50___ of $ ___31,504.88___ (the outstanding amount of the Proof of Claim as of

___29 October 2009___

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.KUPON NTS12 | DE000A0MHXQ6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 21,226.50 | ---------------- | 29 October 2009 | $ 21,226.50 |