

Karen M. Simon Krieger
kmskrieger@gmail.com
19 Marshall Court
Great Neck, New York 11021
December 17, 2012

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attention:  Ralph I. Miller, Robert J. Lemons, Denise Alvarez

Re:  Chapter 11 – Case No. 08-13555 (JMP)

Lehman Brothers Holdings Inc.'s Document Requests to Claimants Participating in RSU Claims Discovery
Pursuant to Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure

Dear Mr. Ralph Miller:
Dear Robert J. Lemons:
Dear Denise Alvarez:

Please be advised that I am in receipt of the documents listed on the schedule (attached) and will produce to you no later than February 7, 2013.

Sincerely,

Karen M. Simon Krieger

*Karen M. Simon Krieger*

Cc:  The Honorable James M. Peck, U.S. Bankruptcy Court for the Southern District

Lehman Brothers - Document Lists - Submission in Support of RSU Claims Discovery by Karen M. Simon Krieger

| Document Identification | Documents Date | For Attachments to emails and Documents, the Document Name |
|---|---|---|
| KK-01 | October 1994 | Lehman Brothers Stock Award Program |
| KK-02 | October 2001 | Lehman Brothers Stock Award Program |
| KK-03 | October 2000 | Lehmans Brother Offer Letter |
| KK-04 | 9/16/08 | Equity Award Program - LehmanLive |
| KK-05 | 12/15/03 | Lehman Brothers 2003 Total Compensation Statement |
| KK-06 | 12/13/04 | Lehman Brothers 2004 Total Compensation Statement |
| KK-07 | 12/12/05 | Lehman Brothers 2005 Total Compensation Statement |
| KK-08 | 1/16/08 | Memorandum - Participants of the 2002 Stock Award Program |
| KK-09 | 1/11/08 | Lehman Live - November 2007 Equity Award Issuance |
| KK-10 | 2/14/01 | Lehman Brothers Annual Report 2000 |
| KK-11 | 2/15/02 | Lehman Brothers Annual Report 2001 |
| KK-12 | 2/17/03 | Lehman Brothers Annual Report 2002 |
| KK-13 | 2/9/04 | Lehman Brothers Annual Report 2003 |
| KK-14 | 2/18/05 | Lehman Brothers Annual Report 2004 |
| KK-15 | 2/17/06 | Lehman Brothers Annual Report 2005 |
| KK-16 | 2/16/07 | Lehman Brothers Annual Report 2006 |
| KK-17 | 1/29/08 | Form 10K Annual Report |
| KK-18 | 1/29/04 | 2003 RSU Bonus Pay Stub |
| KK-19 | 1/31/05 | 2004 RSU Bonus Pay Stub |
| KK-20 | 1/31/06 | 2005 RSU Bonus Pay Stub |
| KK-21 | 1/31/07 | 2006 RSU Bonus Pay Stub |
| KK-22 | 1/31/08 | 2007 RSU Bonus Pay Stub |

Karen M. Simon Krieger
kmskrieger@gmail.com
19 Marshall Court
Great Neck, New York 11021
December 17, 2012

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY   10153
Attention: Ralph I. Miller, Robert J. Lemons, Denise Alvarez

Re: Chapter 11 – Case No. 08-13555 (JMP)

Lehman Brothers Holdings Inc.'s Interrogatories to Claimants Participating in RSU Claims Discovery  Pursuant to Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure

Dear Mr. Ralph Miller:
Dear Robert J. Lemons:
Dear Denise Alvarez:

Please be advised of my responses to the following:

1) Identify all Individuals who you believe may have knowledge or information concerning the classification of your RSU Claim as an equity interest or equity security and describe the subject matter of each Individual's knowledge.
2) Identify all Individuals who you will be calling as fact witnesses at an evidentiary hearing on whether Your RSU Claim should be classified as equity, and describe the subject matter of each Individual's relevant knowledge.
3) Identify all Individuals who You will be calling as an expert witnesses [sic] at an evidentiary hearing on whether Your RSU Claim should be classified as equity, and describe the subject matter of each Individual's relevant knowledge
4) Identify all Individuals who answered or provided assistance in answering these Interrogatories

1) None
2) None
3) None
4) None

Sincerely,

*Karen M. Simon Krieger* (signature)

Karen M. Simon Krieger

Cc: The Honorable James M. Peck, U.S. Bankruptcy Court for the Southern District