Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Cynergi LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                           Debtors.                            :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 66098, filed on January 13, 2010, against Lehman Brothers Holdings Inc. by Pond View Credit (Master), L.P. in the amount of $3,171,994.00 (the "Claim"). CVI GVF (LUX) Master S.A.R.L ("CVI") purchased a 100% interest in the Claim, *see* ECF No. 8341. Cynergi LLC ("Cynergi") subsequently purchased a 100% interest in the Claim from CVI, *see* ECF No. 31061. Cynergi represents and warrants that as of the date hereof, Cynergi has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Cynergi hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Cynergi other than the Claim. Cynergi represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Cynergi LLC*

RGREEN\219028.1 - 12/18/12