*[Execution Version]*

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banc of America Credit Products, Inc.</u>          <u>Stone Lion Portfolio L.P.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):<u>33587</u>
should be sent:                                   Amount of Claim: <u>$637,003.75</u>
Banc of America Credit Products, Inc.             Date Claim Filed:<u>9/22/09</u>
Bank of America Tower - 3rd Floor                 Debtor: <u>Lehman Brothers Holdings Inc.</u>
One Bryant Park
New York, NY 10036
Attention: Jeff Benesh/ Ron Torok
Phone: (646) 855-7450
Email:Jeffrey.benesh@baml.com
          Ron.torok@baml.com

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

*[Execution Version]*

By: _____    ⑤    Date: _December 21, 2012_
      Name of Transferee/Transferee's Agent

                                            Claudia Borg
                                            General Counsel

By: _____         Date: _December 21, 2012_
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.