*[Execution Version]*

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.        Case No. <u>08-13555 (JMP)</u>
                                                                   (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banc of America Credit Products, Inc.</u>         <u>Stone Lion Portfolio L.P.</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known):<u>33584</u>
should be sent:                                    Amount of Claim: <u>$637,003.75</u>
Banc of America Credit Products, Inc.              Date Claim Filed:<u>9/22/09</u>
Bank of America Tower - 3rd Floor                  Debtor: <u>Lehman Brothers Special Financing Inc.</u>
One Bryant Park
New York, NY 10036
Attention: Jeff Benesh/ Ron Torok
Phone: (646) 855-7450
Email:Jeffrey.benesh@baml.com
        Ron.torok@baml.com


Phone:_____          Phone:_____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BOA                    Fax 6468550114                Dec 20 2012 05:23pm    P003/016

*[Execution Version]*

By: _____                              Date: December 21, 2012
Name of Transferee/Transferee's Agent

                        Claudia Borg
                        General Counsel
By: _____                              Date: December 21, 2012
Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.