Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                                       Debtors.    :    (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 13904, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by The Co-operative Bank (p.l.c. (f/k/a) Britannia Building Society) in the amount of $8,225,031.00 (the "Claim"). Yorvik Partners LLC ("Yorvik") purchased a 100% interest in the Claim, *see* ECF No. 30632. Elliott Associates, L.P. ("Elliott") subsequently purchased a 100% interest in the Claim from Yorvik, *see* ECF No. 30788. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

1

RGREEN\218729.1 - 12/14/12

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                        Debtors.                               :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 14419, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by The Co-operative Bank (p.l.c. (f/k/a) Britannia Building Society) in the amount of $28,333,187.58 (the "Claim"). Yorvik Partners LLC ("Yorvik") purchased a 100% interest in the Claim, *see* ECF No. 30631. Elliott Associates, L.P. ("Elliott") subsequently purchased a 100% interest in the Claim from Yorvik, *see* ECF No. 30789. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

RGREEN\218729.1 - 12/14/12

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :
                    Debtors.                            :    (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 67757, filed on December 5, 2011, against Lehman Brothers Holdings Inc. by Elliott Associates, L.P. ("Elliott") in the amount of $650,450.00 (the "Claim"). Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

RGREEN\218729.1 - 12/14/12

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 14679, filed on September 17, 2009, against Lehman Brothers Holdings Inc. by Brevan Howard Master Fund Limited ("Brevan Howard") in the amount of $11,609,399.00 (the "Claim"). Elliott Associates, L.P. ("Elliott") purchased a 100% interest in the Claim from Brevan Howard, *see* ECF No. 13075. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

/s/ Matthew J. Gold
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

5

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 17724, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by Bank of Scotland plc ("Bank of Scotland") in the amount of $2,013,953.00 (the "Claim"). Merrill Lynch Credit Products ("Merrill") purchased a 100% interest in the Claim, *see* EFC No.19118. Elliott Associates, L.P. ("Elliott") subsequently purchased a 100% interest in the Claim from Merrill, *see* ECF No. 19137. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

RGREEN\218729.1 - 12/14/12

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                              Debtors.                         :    **(Jointly Administered)**
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 26680, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by GSW Grundbesitz GmbH ("GSW") in the amount of $24,576,471.00 (the "Claim"). UBS AG, Stamford Branch ("UBS") purchased a 100% interest in the Claim, *see* EFC No. 20669. Elliott Associates, L.P. ("Elliott") subsequently purchased a 100% interest in the Claim from UBS, *see* ECF No. 20784. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

RGREEN\218729.1 - 12/14/12

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    **08-13555 (JMP)**
                                                               :
                              Debtors.                         :    **(Jointly Administered)**
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the following proof of claim number 16746, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by Artradis Russian Opportunities Fund ("Artradis") in the amount of $279,217.00 (the "Claim"). Elliott Associates, L.P. ("Elliott") purchased a 100% interest in the Claim from Artradis, *see* ECF No. 12821. Elliott represents and warrants that as of the date hereof, Elliott has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through its undersigned counsel, Elliott hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Elliott other than the Claim. Elliott represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 20, 2012

_____
Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen PC
551 Fifth Avenue
New York, NY 10176
(212) 986-6000

*Attorneys for Elliott Associates, L.P.*

8

RGREEN\218729.1 - 12/14/12