Exhibit C

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banc of America Credit Products, Inc. | Stone Lion Portfolio L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Banc of America Credit Products, Inc.
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Phone: (646) 855-7450
Email: Jeffrey.benesh@baml.com /
ryan.weddle@baml.com /
ron.torok@baml.com

Court Claim # (if known): 66800
Amount of Claim Transferred: $10,000,000.00
Amount of Claim Total: $64,000,000.00
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Special Financing Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  [signature]    Date: December 21, 2012
    Name of Transferee/Transferee's Agent

                                    Claudia Borg
                                    General Counsel

By: _____  [signature]    Date: December 21, 2012
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.