B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Banc of America Credit Products, Inc.</u>     <u>Stone Lion Portfolio L.P.</u>
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):<u>66799</u>
should be sent:                                    Amount of Claim Transferred: <u>$10,000,000.00</u>
Banc of America Credit Products, Inc.              Amount of Claim Total: <u>$64,000,000.00</u>
Bank of America Tower – 3rd Floor       Date Claim Filed:<u>9/22/09</u>
One Bryant Park                                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
New York, NY 10036
Phone: (646) 855-7450
Email: <u>Jeffrey.benesh@baml.com</u> /
<u>ryan.weddle@baml.com</u> /
<u>ron.torok@baml.com</u>

Phone:_____     Phone:_____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

BOA                    Fax 6468550114          Dec 20 2012 05:23pm P008/016

By: _____                    Date: _December 21, 2012_
    Name of Transferee/Transferee's Agent

                    Claudia Borg
                    General Counsel

By: _____                    Date: _December 21, 2012_
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.