Peter L. Welsh (*pro hac vice* pending)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Attorney for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.* | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Peter L. Welsh, Esq., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Massachusetts Housing Finance Agency in the above-captioned cases.

I certify that I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and am admitted to practice before the U.S. District Court for the District of Massachusetts and the U.S. District Court for the District of Colorado.

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New York, NY 10036. My address is:

> Peter L. Welsh
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Telephone: (617) 951-7000
> Facsimile: (617) 951-7050
> E-mail: peter.welsh@ropesgray.com

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  December 26, 2012
       Boston, Massachusetts

                                  Respectfully submitted,

                                  By: */s/ Peter L. Welsh*
                                  Peter L. Welsh
                                  ROPES & GRAY LLP
                                  Prudential Tower
                                  800 Boylston Street
                                  Boston, MA 02199-3600
                                  Telephone:  (617) 951-7000
                                  Facsimile:   (617) 951-7050
                                  E-mail:  peter.welsh@ropesgray.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Peter L. Welsh, Esq., to be admitted, *pro hac vice*, to represent Massachusetts Housing Finance Agency in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice before the U.S. District Court for the District of Massachusetts and the U.S. District Court for the District of Colorado, it is hereby

**ORDERED**, that Peter L. Welsh, Esq., is admitted to practice, *pro hac vice*, in the above-captioned cases, to represent Massachusetts Housing Finance Agency in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2012

_____
Honorable James M. Peck
United States Bankruptcy Judge