08-13555-mg    Doc 33429    Filed 12/27/12    Entered 12/27/12 15:53:21    Main Document
                                          Pg 1 of 3

ROPES & GRAY LLP
D. Ross Martin (DM-2497)
Peter L. Welsh (*pro hac vice* pending)
Aliza F. Goren (*pro hac vice* pending)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

-and-

Adam J. Goldstein (*pro hac vice* pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorney for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Adam J. Goldstein, Esq., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Massachusetts Housing Finance Agency in the above-captioned cases.

I certify that I am a member in good standing of the Bar of the State of Illinois, and am admitted to practice before the U.S. District Court for the Northern District of Illinois.

My address is:

> Adam J. Goldstein
> ROPES & GRAY LLP
> 1211 Avenue of the Americas
> New York, NY 10036-8704
> Telephone: (212) 596-9000
> Facsimile: (212) 596-9090
> E-mail: adam.goldstein@ropesgray.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 26, 2012
New York, New York

Respectfully submitted,

By: _____
Adam J. Goldstein
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
E-mail: adam.goldstein@ropesgray.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Adam J. Goldstein, Esq., to be admitted, *pro hac vice*, to represent Massachusetts Housing Finance Agency in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Illinois, and is admitted to practice before the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Adam J. Goldstein, Esq., is admitted to practice, *pro hac vice*, in the above-captioned cases, to represent Massachusetts Housing Finance Agency in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
          _____, 2012

                                                          _____
                                                          Honorable James M. Peck
                                                          United States Bankruptcy Judge