Aliza F. Goren (*pro hac vice* pending)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

*Attorney for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Aliza F. Goren, Esq., request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Massachusetts Housing Finance Agency in the above-captioned cases.

I certify that I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and am admitted to practice before the U.S. District Court for the District of Massachusetts.

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New York, NY 10036.  My address is:

> Aliza F. Goren
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA 02199-3600
> Telephone:  (617) 951-7000
> Facsimile:  (617) 951-7050
> E-mail:  aliza.goren@ropesgray.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 26, 2012
       Boston, Massachusetts

Respectfully submitted,

By: _____
Aliza F. Goren
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
E-mail: aliza.goren@ropesgray.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Aliza F. Goren, Esq., to be admitted, *pro hac vice*, to represent Massachusetts Housing Finance Agency in the above-captioned case, and upon the movant's certification that the movant is a member in good standing of the Bar of the Commonwealth of Massachusetts and is admitted to practice before the U.S. District Court for the District of Massachusetts, it is hereby

**ORDERED**, that Aliza F. Goren, Esq., is admitted to practice, *pro hac vice*, in the above-captioned cases, to represent Massachusetts Housing Finance Agency in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
_____, 2012

_____
Honorable James M. Peck
United States Bankruptcy Judge