RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Timothy Lin

*Attorneys for Jatralec Capital, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                            Debtors.                     :    (Jointly Administered)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 18216, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by Clal Finance Batucha Investment Management Ltd. ("Clal") in the amount of $1,873,584.58 (the "Claim"). On or about April 6, 2011, Yorvik Partners LLP ("Yorvik") purchased a 100% interest in the Claim from Clal (see ECF 15667). On or about July 22, 2011, Jatralec Capital, LLC ("Jatralec") purchased a 100% interest in the Claim from Yorvik (see ECF 18716).

PLEASE TAKE NOTICE that, through their undersigned counsel, Jatralec hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Jatralec represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: December 27, 2012
New York, New York

                    RICHARDS KIBBE & ORBE LLP

                    By:  /s/ Timothy Lin
                        Timothy Lin

One World Financial Center
New York, New York  10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Jatralec Capital, LLC*