**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                        :
In re                                                   :      Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :      **08-13555 (JMP)**
                                                        :
        Debtors.                                        :      **(Jointly Administered)**
                                                        :
------------------------------------------------------------------------x      **Ref. Docket Nos. 32964 & 32978**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a)  "Notice of Adjournment of the Three Hundred Seventieth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated December 18, 2012 [Docket No. 32964], (the "370th Omnibus NOA"), and

    b)  "Notice of Presentment of Supplemental Order Reinstating Claim," dated December 18, 2012 [Docket No. 32978], (the "Supplemental Order NOP"),

    by causing true and correct copies of the:

        i.    370th Omnibus NOA and Supplemental Order NOP, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, on December 19, 2012,

        ii.   370th Omnibus NOA and Supplemental Order NOP, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on December 19, 2012,

        iii.  370th Omnibus NOA, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit C</u>, on December 19, 2012,

        iv.   Supplemental Order NOP, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit D</u>, on December 19, 2012,

v.    370th Omnibus NOA, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit E</u>, on December 19, 2012,

vi.    Supplemental Order NOP, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>, on December 20, 2012, and

vii.    Supplemental Order NOP, be delivered via electronic mail to the party listed on the annexed <u>Exhibit G</u>, on December 20, 2012.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
20th day of December, 2012
<u>*/s/ Cassandra Murray*</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

eli.mattioli@klgates.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jamie.nelson@dubaiic.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfox@joefoxlaw.com

jfreeberg@wfw.com

jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jteitelbaum@tblawllp.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com

peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tony.davis@bakerbotts.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

ukreppel@whitecase.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

MARSH USA INC.
ATTN: CRAIG PADOVER
121 RIVER STREET, 11TH FLOOR
HOBOKEN, NJ   07030


STAGG, TERENZI, CONFUSIONE & WABNIK, LLP
ATTN: RONALD TERENZI AND CARA GOLDSTEIN
(COUNSEL TO LAUREL COVE DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY 11530

**EXHIBIT D**

CATHOLIC HEALTHCARE WEST
ATTENTION: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT
185 BERRY STREET, SUITE 300
SAN FRANCISCO, CA  94107

**EXHIBIT E**

kclark@stcwlaw.com

**EXHIBIT F**

Ivan L. Kallick
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

**EXHIBIT G**

**<u>Additional Email</u>**

ikallick@manatt.com