**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                       :
In re                                                                  :        Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                           :        08-13555 (JMP)
                                                                       :        **(Jointly Administered)**
                          Debtors.                                     :
                                                                       :
------------------------------------------------------------------------x        **Ref. Docket No. 31782, 32422,**
                                                                                 **32486, 32589, 32689, 32691, 32828,**
                                                                                 **32830, 32832, 32833, 32834, 32839,**
                                                                                 **32842, 32843, 32847, 32849, 32852,**
                                                                                 **32855, 32857, 32859, 32864, 32865,**
                                                                                 **32868, 32869, 32900**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
   New York 10017.  I am over the age of eighteen years and am not a party to the above-
   captioned action.

2. On December 20, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to
   F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
   true and correct copies to be: 1) personalized with the transferee, transferor and claim
   information for the above-referenced docket numbers, 2) enclosed securely in separate
   postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
   attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
27th day of December, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CC ARBITRAGE, LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      C/O CASTLE CREEK ARBITRAGE, LLC
      ATTN: CONSTANCE WICK
      227 WEST MONROE, SUITE 3550
      CHICAGO IL 60606

CC ARBITRAGE, LTD.
SIDLEY AUSTIN LLP
ATTN: ROBERT SCHEININGER
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 60699-09 in the above referenced case and in the amount of
      $1,856,050.24  allowed at $1,176,000.00      has been transferred **(unless previously expunged by court order)**

      CC ARB SIF I, LTD.
      TRANSFEROR: CC ARBITRAGE, LTD.
      C/O CASTLE CREEK ARBITRAGE, LLC
      227 WEST MONROE STREET, SUITE 3550
      CHICAGO IL 60606

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 31782      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2012

                    Vito Genna, Clerk of Court

                    /s/ Lauren Rodriguez

                    By: Epiq Bankruptcy Solutions, LLC
                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2012.

# EXHIBIT B

TIME: 15:31:05
DATE: 12/20/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| BANCA MEDIOLANUM | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. BANCA MEDIOLANUM S.P.A ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO MI 20080 ITALY |
| CC ARB SIF I, LTD. | TRANSFEROR: CC ARBITRAGE, LTD. C/O CASTLE CREEK ARBITRAGE, LLC 227 WEST MONROE STREET, SUITE 3550 CHICAGO IL 60606 |
| CC ARBITRAGE, LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O CASTLE CREEK ARBITRAGE, LLC ATTN: CONSTANCE WICK 227 WEST MONROE, SWIX 7EE UNITED KINGDOM |
| CC ARBITRAGE, LTD. | TRANSFEROR: SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: SPARKASSE FULDA ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SWIX 7EE UNITED KINGDOM |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O CARVAL INVESTORS, LLC 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| G T S PROPERTIES LTD | 68 STUART COURT LOS ALTOS CA 94022 |
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELITZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP- M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLIS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: FOGLIASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: RBS COUTTS BANK AG ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JP MORGAN SECURITIES LLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138 ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| LUZERNER KANTONALBANK AG | TRANSFEROR: NIDWALDNER KANTONALBANK PILATUSSTRASSE 12 LUZERN 6002 SWITZERLAND |
| NATIONAL BANK OF FUJAIRAH PSC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING HALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES |
| NIDWALDNER KANTONALBANK | TRANSFEROR: STANDSTADERSTRASSE 54 STANS 6370 SWITZERLAND |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SPARKASSE FULDA | BUTTERMARKT 2-6 FULDA 36037 GERMANY |
| STONE LION PORTFOLIO LP | TRANSFEROR: DOVER MASTER FUND, L.P. 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| TAI, WINFRED | TRANSFEROR: G T S PROPERTIES LTD 270 CRESCENT AVE. BURLINGAME CA 94010 |
| TURNPIKE LIMITED | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 889 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    37

EPIQ BANKRUPTCY SOLUTIONS, LLC