```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
         Debtors.                                                 :
                                                                  :
-----------------------------------------------------------------x   Ref. Docket No. 32476, 32840,
                                                                     32841, 32844, 32845, 32850, 32851,
                                                                     32856, 32858, 32860, 32861, 32866,
                                                                     32867, 32933-32942

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
27th day of December, 2012
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

08-13555-mg    Doc 33442    Filed 12/27/12    Entered 12/27/12 19:45:36    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CVF LUX MASTER SARL
      TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC
      C/O CARVAL INVESTORS, LLC
      ATTN: TERI SALBERG
      12700 WHITEWATER DRIVE, MS 144
      MINNETONKA MN 55343-9439

Please note that your claim # 26216 in the above referenced case and in the amount of
     $397,489.00   allowed at $310,574.74            has been transferred **(unless previously expunged by court order)**

      CVF LUX FINCO, LLC
      TRANSFEROR: CVF LUX MASTER SARL
      C/O CAR VAL INVESTORS, LLC
      ATTN: TERI SALBERG
      9320 EXCELSIOR BLVD.
      HOPKINS MN 55343

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32476        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/21/2012                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 21, 2012.

# EXHIBIT B

08-13555-mg    Doc 33442    Filed 12/27/12    Entered 12/27/12 19:45:36    Main Document
Pg 4 of 6

```
TIME: 14:07:07                                           LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 12/21/12                                                 CREDITOR LISTING

Name                                              Address
BANCA ESPERIA S.P.A.                              ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO 20121 ITALY
BANCA FIDEURAM S.P.A.                             TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ROMA    00143 ITALY
BANCA MEDIOLANUM S.P.A.                           ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )   20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA               ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA SELLA HOLDING S.P.A.                        TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: CARLO NEGRO PIAZZA G. SELLA 1 BIELLA   13900 ITALY
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 BARCLAYS BANK PLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: KREISSPARKASSE KAISERSLAUTERN ATTN: ALLEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CVF LUX FINCO, LLC                                TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVF LUX MASTER SARL                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144
                                                  MINNETONKA MN 55343-9439
CVI GVF (LUX) MASTER SARL                         TRANSFEROR: IKOS EUROPE LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                                  LONDON W1F 9LT UNITED KINGDOM
GOLDMAN SACHS BANK USA (SUCCESSOR BY              ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
MERGER TO
GOLDMAN SACHS BANK USA (SUCCESSOR BY              CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
MERGER TO
GOLDMAN SACHS INTERNATIONAL                       ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS INTERNATIONAL                       CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS BANK USA (SUCCESSOR BY MERGER TO 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: GOLDMAN SACHS INTERNATIONAL C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HCN LP                                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                  NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
IKOS EUROPE LIMITED                               1 LACOVOU TOMBAZI STREET 201 VASHIOTIS BUSINESS CENTRE LIMASSOL 3107 CYPRUS
IKOS EUROPE LIMITED                               JAMES O MOORE 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036
IKOS EUROPE LIMITED                               1 LACOVOU TOMBAZI STREET 201 VASHIOTIS BUSINESS CENTRE LIMASSOL 3107 CYPRUS
INTESA SANPAOLO PRIVATE BANKING S.P.A.            TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: PAOLO POLLASTRI VIA HOEPLI, 10 MILANO  20121 ITALY
KREISSPARKASSE KAISERSLAUTERN                     ATTN: MR. HARTMUT ROHDEN AM ALTENHOF 12/14 KAISERSLAUTERN DE-67655 GERMANY
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: STONE LION PORTFOLIO LP C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21
                                                  NEW YORK NY 10281-1198
OESTERREICHE                                      DLA PIPER WEISS-TESSBACH ATTN: CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA  A-1010 AUSTRIA
VOLKSBAKEN-AKTIENGESELLSCHAFT
OESTERREICHE                                      DLA PIPER LLP (US) ATTN: WILLIAM M. GOLDMAN, ESQ. ATTN: VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
VOLKSBAKEN-AKTIENGESELLSCHAFT
OESTERREICHE                                      KOLLINGASSE 19 VIENNA  A-1090 AUSTRIA
VOLKSBAKEN-AKTIENGESELLSCHAFT
STONE LION PORTFOLIO LP                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. STONE LION CAPITAL PARTNERS L.P. ATTN: ZACHARY NUZZI 555 5TH AVENUE, 18TH FLOOR
                                                  NEW YORK NY 10017
VARDE FUND IX LP, THE                             TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)              TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
MASTER LP

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:07:07                        LEHMAN BROTHERS HOLDING INC.
DATE: 12/21/12                             CREDITOR LISTING
PAGE:   2

Name                              Address
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437

Total Number of Records Printed    42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC