ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
D. Ross Martin
Peter L. Welsh
Adam J. Goldstein
Aliza F. Goren

*Attorneys for Massachusetts Housing Finance Agency*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

MEIR C. WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

2. On Thursday, December 27, 2012, I caused true and correct copies of the following document, which was filed by Ropes & Gray LLP on Thursday, December 27, 2012, to be served on all of those parties receiving electronic notification via the Court's electronic filing system, by hand delivery upon the parties listed on the annexed Exhibit A, by e-mail upon

1

the parties listed on the annexed <u>Exhibit B</u>, and by regular US Mail upon the parties listed on the annexed <u>Exhibit C</u>:

- Motion of Massachusetts Housing Finance Agency for a Determination that the Automatic Stay Does Not Bar Commencement of Certain Litigation Against the Debtors for Post-Petition Conduct or, in the Alternative, Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation [Docket No. 33427]

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: December 28, 2012

*/s/ Meir C. Weinberg*
Meir C. Weinberg

**EXHIBIT A**

The Chambers of the Honorable James M. Peck[1]
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.
Attn: Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee[2]
Attn:  Andy Velez-Rivera, Esq.
Attn:  Paul Schwartzberg, Esq.
Attn:  Brian Masumoto, Esq.
Attn:  Linda Riffkin, Esq.
Attn: Tracy Hope Davis, Esq.
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.
Attn: Dennis O'Donnell, Esq.
Attn: Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

---

[1] The package was hand-delivered to One Bowling Green, but was then directed to the drop box at 500 Pearl Street, New York, New York 10007.

[2] The package was hand-delivered to the U.S. Trustee's Brooklyn Office due to the ongoing office closure of the Manhattan Office.

**EXHIBIT B**

aaaronson@dilworthlaw.com;
aalfonso@willkie.com;
abeaumont@fklaw.com;
abraunstein@riemerlaw.com;
acaton@kramerlevin.com;
acker@chapman.com;
adam.brezine@hro.com;
adarwin@nixonpeabody.com;
adiamond@diamondmccarthy.com;
aeckstein@blankrome.com;
aentwistle@entwistle-law.com;
afriedman@irell.com;
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com;
agold@herrick.com;
agoldstein@tnsj-law.com;
ahandler@moundcotton.com;
aisenberg@saul.com;
akantesaria@oppenheimerfunds.com;
akolod@mosessinger.com;
alum@ftportfolios.com;
amarder@msek.com;
amartin@sheppardmullin.com;
amcmullen@boultcummings.com;
amenard@tishmanspeyer.com;
andrew.brozman@cliffordchance.com;
andrew.lourie@kobrekim.com;
angelich.george@arentfox.com;
ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com;
aoberry@bermanesq.com;
aostrow@beckerglynn.com;
apo@stevenslee.com;
aquale@sidley.com;
arahl@reedsmith.com;
arheaume@riemerlaw.com;
arlbank@pbfcm.com;
arosenblatt@chadbourne.com;
arthur.rosenberg@hklaw.com;
arwolf@wlrk.com;
aseuffert@lawpost-nyc.com;
ashmead@sewkis.com;
asnow@ssbb.com;
aunger@sidley.com;
austin.bankruptcy@publicans.com;
avenes@whitecase.com;
azylberberg@whitecase.com;
bankr@zuckerman.com;
bankruptcy@goodwin.com;
bankruptcy@morrisoncohen.com;
bankruptcy@ntexas-attorneys.com;
bankruptcymatters@us.nomura.com;
barbra.parlin@hklaw.com;
bbisignani@postschell.com;
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com;
bguiney@pbwt.com;
bkmail@prommis.com;
bmanne@tuckerlaw.com;
bmiller@mofo.com;
boneill@kramerlevin.com;
brian.corey@greentreecreditsolutions.com;
brosenblum@jonesday.com;
broy@rltlawfirm.com;
bruce.wright@sutherland.com;
bstrickland@wtplaw.com;
btrust@mayerbrown.com;
bturk@tishmanspeyer.com;
bwolfe@sheppardmullin.com;
cahn@clm.com;
calbert@reitlerlaw.com;
canelas@pursuitpartners.com;
carol.weinerlevy@bingham.com;
cbelisle@wfw.com;
cbelmonte@ssbb.com;
cbrotstein@bm.net
cdesiderio@nixonpeabody.com;
cgoldstein@stcwlaw.com;
chammerman@paulweiss.com;
charles@filardi-law.com;
charles_malloy@aporter.com;
chipford@parkerpoe.com;
chris.donoho@lovells.com;
christopher.schueller@bipc.com;
clarkb@sullcrom.com;
clynch@reedsmith.com;
cmontgomery@salans.com;
cohen@sewkis.com;
colea@gtlaw.com;
contact@lawofficesjje.com;
cp@stevenslee.com;
cpappas@dilworthlaw.com;
craig.goldblatt@wilmerhale.com;
crmomjian@attorneygeneral.gov

1

cs@stevenslee.com;
csalomon@beckerglynn.com;
cschreiber@winston.com;
cshore@whitecase.com;
cshulman@sheppardmullin.com;
ctatelbaum@adorno.com;
cwalsh@mayerbrown.com;
cward@polsinelli.com;
cweber@ebg-law.com;
cweiss@ingramllp.com;
dallas.bankruptcy@publicans.com;
dave.davis@isgria.com;
david.bennett@tklaw.com;
david.heller@lw.com;
david.powlen@btlaw.com;
david.seligman@kirkland.com;
davids@blbglaw.com;
davidwheeler@mvalaw.com;
dbalog@intersil.com;
dbarber@bsblawyers.com;
dbaumstein@whitecase.com;
dbesikof@loeb.com;
dcimo@gjb-law.com;
dcoffino@cov.com;
dcrapo@gibbonslaw.com;
ddavis@paulweiss.com;
ddrebsky@nixonpeabody.com;
ddunne@milbank.com;
deggermann@kramerlevin.com;
deggert@freebornpeters.com;
demetra.liggins@tklaw.com;
dfelder@orrick.com;
dflanigan@polsinelli.com;
dgrimes@reedsmith.com;
dhayes@mcguirewoods.com;
dheffer@foley.com;
diconzam@gtlaw.com;
djoseph@stradley.com;
dkleiner@velaw.com;
dkozusko@willkie.com;
dlemay@chadbourne.com;
dlipke@vedderprice.com;
dludman@brownconnery.com;
dmcguire@winston.com;
dmurray@jenner.com;
dneier@winston.com;
dodonnell@milbank.com;
dove.michelle@dorsey.com;
dpegno@dpklaw.com;
draelson@fisherbrothers.com;
dravin@wolffsamson.com;
drose@pryorcashman.com;
drosenzweig@fulbright.com;
drosner@goulstonstorrs.com;
drosner@kasowitz.com;
dshaffer@wtplaw.com;
dshemano@peitzmanweg.com;
dspelfogel@foley.com;
dtatge@ebglaw.com;
dtheising@harrisonmoberly.com;
dwdykhouse@pbwt.com;
dwildes@stroock.com;
dworkman@bakerlaw.com;
easmith@venable.com;
echang@steinlubin.com;
ecohen@russell.com;
efleck@milbank.com;
efriedman@fklaw.com;
efriedman@friedumspring.com;
eglas@mccarter.com;
ekbergc@lanepowell.com;
eleicht@whitecase.com;
eli.mattioli@klgates.com;
ellen.halstead@cwt.com;
emerberg@mayerbrown.com;
enkaplan@kaplanlandau.com;
eobrien@sbchlaw.com;
erin.mautner@bingham.com;
eschwartz@contrariancapital.com;
etillinghast@sheppardmullin.com;
ezujkowski@emmetmarvin.com;
ezweig@optonline.net
fbp@ppgms.com;
ffm@bostonbusinesslaw.com;
fhyman@mayerbrown.com;
foont@foontlaw.com;
fsosnick@shearman.com;
fyates@sonnenschein.com;
gabriel.delvirginia@verizon.net
gbray@milbank.com;
ggitomer@mkbattorneys.com;
ggoodman@foley.com;
giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com;
glenn.siegel@dechert.com;
gmoss@riemerlaw.com;
gravert@ravertpllc.com;
gspilsbury@jsslaw.com;
harrisjm@michigan.gov
harveystrickon@paulhastings.com;

hbeltzer@mayerbrown.com;
heim.steve@dorsey.com;
heiser@chapman.com;
hollace.cohen@troutmansanders.com;
holsen@stroock.com;
howard.hawkins@cwt.com;
hseife@chadbourne.com;
hsnovikoff@wlrk.com;
hsteel@brownrudnick.com;
icatto@mwe.com;
igoldstein@proskauer.com;
ilevee@lowenstein.com;
ira.greene@hoganlovells.com;
israel.dahan@cwt.com;
iva.uroic@dechert.com;
jacobsonn@sec.gov
james.heaney@lawdeb.com;
james.mcclammy@dpw.com;
james.sprayregen@kirkland.com;
jamestecce@quinnemanuel.com;
jamie.nelson@dubaiic.com;
jar@outtengolden.com;
jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com;
jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com;
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com;
jbromley@cgsh.com;
jcarberry@cl-law.com;
jchristian@tobinlaw.com;
jchubak@proskauer.com;
jdoran@haslaw.com;
jdrucker@coleschotz.com;
jdwarner@warnerandscheuerman.com;
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com;
jeannette.boot@wilmerhale.com;
jeff.wittig@coair.com;
jeffery.black@bingham.com;
jeffrey.sabin@bingham.com;
jeldredge@velaw.com;
jen.premisler@cliffordchance.com;
jennifer.demarco@cliffordchance.com;
jennifer.gore@shell.com;
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com;
jflaxer@golenbock.com;

jfox@joefoxlaw.com;
jfreeberg@wfw.com;
jg5786@att.com;
jgenovese@gjb-law.com;
jguy@orrick.com;
jherzog@gklaw.com;
jhiggins@fdlaw.com;
jhorgan@phxa.com;
jhuggett@margolisedelstein.com;
jim@atkinslawfirm.com;
jjoyce@dresslerpeters.com;
jjtancredi@daypitney.com;
jjureller@klestadt.com;
jkehoe@btkmc.com;
jlamar@maynardcooper.com;
jlawlor@wmd-law.com;
jlee@foley.com;
jlevitin@cahill.com;
jlipson@crockerkuno.com;
jlovi@steptoe.com;
jlscott@reedsmith.com;
jmaddock@mcguirewoods.com;
jmakower@tnsj-law.com;
jmazermarino@msek.com;
jmcginley@wilmingtontrust.com;
jmelko@gardere.com;
jmerva@fult.com;
jmmurphy@stradley.com;
jmr@msf-law.com;
jnadritch@olshanlaw.com;
jnm@mccallaraymer.com;
john.monaghan@hklaw.com;
john.rapisardi@cwt.com;
jorbach@hahnhessen.com;
joseph.cordaro@usdoj.gov
joshua.dorchak@bingham.com;
jowen769@yahoo.com;
jowolf@law.nyc.gov
joy.mathias@dubaiic.com;
jpintarelli@mofo.com;
jporter@entwistle-law.com;
jprol@lowenstein.com;
jrabinowitz@rltlawfirm.com;
jrsmith@hunton.com;
jschiller@bsfllp.com;
jschwartz@hahnhessen.com;
jsheerin@mcguirewoods.com;
jsherman@bsfllp.com;
jshickich@riddellwilliams.com;
jsmairo@pbnlaw.com;

3

jstoll@mayerbrown.com;
jsullivan@mosessinger.com;
jteitelbaum@tblawllp.com;
jtimko@shutts.com;
jtorf@schiffhardin.com;
judy.morse@crowedunlevy.com;
jvail@ssrl.com;
jwallack@goulstonstorrs.com;
jwang@sipc.org
jwcohen@daypitney.com;
jweiss@gibsondunn.com;
jwest@velaw.com;
jwh@njlawfirm.com;
kanema@formanlaw.com;
karen.wagner@dpw.com;
karl.geercken@alston.com;
kdwbankruptcydepartment@kelleydrye.com;
keckhardt@hunton.com;
keith.simon@lw.com;
ken.coleman@allenovery.com;
ken.higman@hp.com;
kerry.moynihan@hro.com;
kgwynne@reedsmith.com;
kiplok@hugheshubbard.com;
kkelly@ebglaw.com;
kkolbig@mosessinger.com;
klyman@irell.com;
klynch@formanlaw.com;
kmayer@mccarter.com;
kobak@hugheshubbard.com;
korr@orrick.com;
kovskyd@pepperlaw.com;
kpiper@steptoe.com;
kressk@pepperlaw.com;
kreynolds@mklawnyc.com;
krosen@lowenstein.com;
kuehn@bragarwexler.com;
kurt.mayr@bgllp.com;
lacyr@sullcrom.com;
landon@streusandlandon.com;
lapeterson@foley.com;
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com;
lee.stremba@troutmansanders.com;
lgotko@fklaw.com;
lgranfield@cgsh.com;
lhandelsman@stroock.com;
linda.boyle@twtelecom.com;
lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com;
ljkotler@duanemorris.com;
lkatz@ltblaw.com;
lkiss@klestadt.com;
lmarinuzzi@mofo.com;
lmay@coleschotz.com;
lmcgowen@orrick.com;
lml@ppgms.com;
lnashelsky@mofo.com;
loizides@loizides.com;
lromansic@steptoe.com;
lscarcella@farrellfritz.com;
lschweitzer@cgsh.com;
lubell@hugheshubbard.com;
lwhidden@salans.com;
mabrams@willkie.com;
maofiling@cgsh.com;
marc.chait@sc.com;
margolin@hugheshubbard.com;
mark.bane@ropesgray.com;
mark.deveno@bingham.com;
mark.ellenberg@cwt.com;
mark.ellenberg@cwt.com;
mark.hellerer@pillsburylaw.com;
mark.sherrill@sutherland.com;
marvin.clements@ag.tn.gov
matt@willaw.com;
matthew.klepper@dlapiper.com;
maustin@orrick.com;
max.polonsky@skadden.com;
mbenner@tishmanspeyer.com;
mberman@nixonpeabody.com;
mberman@nixonpeabody.com;
mbienenstock@proskauer.com;
mbloemsma@mhjur.com;
mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com;
mcantor@normandyhill.com;
mccombst@sullcrom.com;
mcordone@stradley.com;
mcto@debevoise.com;
mcyganowski@oshr.com;
mdorval@stradley.com;
melorod@gtlaw.com;
meltzere@pepperlaw.com;
metkin@lowenstein.com;
mfeldman@willkie.com;
mgordon@briggs.com;
mgreger@allenmatkins.com;
mh1@mccallaraymer.com;

4

mhopkins@cov.com;
michael.frege@cms-hs.com;
michael.kelly@monarchlp.com;
michael.kim@kobrekim.com;
michael.mccrory@btlaw.com;
millee12@nationwide.com;
miller@taftlaw.com;
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com;
mjedelman@vedderprice.com;
mjr1@westchestergov.com;
mkjaer@winston.com;
mlahaie@akingump.com;
mlandman@lcbf.com;
mlichtenstein@crowell.com;
mlynch2@travelers.com;
mmendez@hunton.com;
mmooney@deilylawfirm.com;
mmorreale@us.mufg.jp
mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com;
mparry@mosessinger.com;
mpomerantz@julienandschlesinger.com;
mprimoff@kayescholer.com;
mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com;
mruetzel@whitecase.com;
mschimel@sju.edu
mschlesinger@julienandschlesinger.com;
msegarra@mayerbrown.com;
mshiner@tuckerlaw.com;
msiegel@brownrudnick.com;
msolow@kayescholer.com;
mspeiser@stroock.com;
mstamer@akingump.com;
mvenditto@reedsmith.com;
mwarner@coleschotz.com;
mwarren@mtb.com;
nathan.spatz@pillsburylaw.com;
ncoco@mwe.com;
neal.mann@oag.state.ny.us
ned.schodek@shearman.com;
neilberger@teamtogut.com;
newyork@sec.gov
nherman@morganlewis.com;
nickolas.karavolas@pillsburylaw.com;
nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com;
notice@bkcylaw.com;

oipress@travelers.com;
otccorpactions@finra.org
paronzon@milbank.com;
patrick.oh@freshfields.com;
paul.turner@sutherland.com;
pbattista@gjb-law.com;
pbosswick@ssbb.com;
pdublin@akingump.com;
peisenberg@lockelord.com;
peter.gilhuly@lw.com;
peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com;
peter@bankrupt.com;
pfeldman@oshr.com;
phayden@mcguirewoods.com;
philip.wells@ropesgray.com;
pmaxcy@sonnenschein.com;
ppascuzzi@ffwplaw.com;
ppatterson@stradley.com;
psp@njlawfirm.com;
ptrain-gutierrez@kaplanlandau.com;
ptrostle@jenner.com;
r.stahl@stahlzelloe.com;
raj.madan@bingham.com;
ramona.neal@hp.com;
rbeacher@pryorcashman.com;
rbernard@foley.com;
rbyman@jenner.com;
rdaversa@orrick.com;
relgidely@gjb-law.com;
rflanagan@flanassoc.com;
rfleischer@pryorcashman.com;
rfrankel@orrick.com;
rfriedman@silvermanacampora.com;
rgmason@wlrk.com;
rgoodman@moundcotton.com;
rgraham@whitecase.com;
rhett.campbell@tklaw.com;
richard.fingard@newedge.com;
richard.lear@hklaw.com;
richard.levy@lw.com;
richard.tisdale@friedfrank.com;
richard@rwmaplc.com;
ritkin@steptoe.com;
rjones@boultcummings.com;
rleek@hodgsonruss.com;
rlevin@cravath.com;
rmatzat@hahnhessen.com;
rnetzer@willkie.com;
robert.bailey@bnymellon.com;

5

robert.dombroff@bingham.com;
robert.henoch@kobrekim.com;
robert.malone@dbr.com;
robert.yalen@usdoj.gov
robin.keller@lovells.com;
roger@rnagioff.com;
ronald.silverman@bingham.com;
ross.martin@ropesgray.com;
rrainer@wmd-law.com;
rreid@sheppardmullin.com;
rroupinian@outtengolden.com;
rrussell@andrewskurth.com;
rterenzi@stcwlaw.com;
russj4478@aol.com;
rwasserman@cftc.gov
rwyron@orrick.com;
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com;
sabramowitz@velaw.com;
sabvanrooy@hotmail.com;
sally.henry@skadden.com;
samuel.cavior@pillsburylaw.com;
sandyscafaria@eaton.com;
sara.tapinekis@cliffordchance.com;
scargill@lowenstein.com;
schannej@pepperlaw.com;
schepis@pursuitpartners.com;
schnabel.eric@dorsey.com;
schristianson@buchalter.com;
schwartzmatthew@sullcrom.com;
scott.golden@hoganlovells.com;
scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com;
sdnyecf@dor.mo.gov
seba.kurian@invesco.com;
sehlers@armstrongteasdale.com;
seichel@crowell.com;
sfelderstein@ffwplaw.com;
sfineman@lchb.com;
sfox@mcguirewoods.com;
sgordon@cahill.com;
sgubner@ebg-law.com;
shannon.nagle@friedfrank.com;
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com;
sidorsky@butzel.com;
slerman@ebglaw.com;
slerner@ssd.com;
slevine@brownrudnick.com;

sloden@diamondmccarthy.com;
smayerson@ssd.com;
smillman@stroock.com;
smulligan@bsblawyers.com;
snewman@katskykorins.com;
sory@fdlaw.com;
spiotto@chapman.com;
splatzer@platzerlaw.com;
sree@lcbf.com;
sschultz@akingump.com;
sselbst@herrick.com;
sshimshak@paulweiss.com;
sskelly@teamtogut.com;
sstarr@starrandstarr.com;
steele@lowenstein.com;
stephen.cowan@dlapiper.com;
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com;
steven.usdin@flastergreenberg.com;
steven.wilamowsky@bingham.com;
steven@blbglaw.com;
streusand@streusandlandon.com;
susheelkirpalani@quinnemanuel.com;
sweyl@haslaw.com;
swolowitz@mayerbrown.com;
szuch@wiggin.com;
tannweiler@greerherz.com;
tarbit@cftc.gov
tbrock@ssbb.com;
tdewey@dpklaw.com;
tduffy@andersonkill.com;
tgoren@mofo.com;
thaler@thalergertler.com;
thomas.califano@dlapiper.com;
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com;
timothy.brink@dlapiper.com;
timothy.palmer@bipc.com;
tjfreedman@pbnlaw.com;
tkiriakos@mayerbrown.com;
tlauria@whitecase.com;
tmacwright@whitecase.com;
tmarrion@haslaw.com;
tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com;
tony.davis@bakerbotts.com;
tslome@msek.com;
ttracy@crockerkuno.com;
tunrad@burnslev.com;

twheeler@lowenstein.com;
ukreppel@whitecase.com;
villa@streusandlandon.com;
vmilione@nixonpeabody.com;
vrubinstein@loeb.com;
walter.stuart@freshfields.com;
wanda.goodloe@cbre.com;
wballaine@lcbf.com;
wbenzija@halperinlaw.net
wchen@tnsj-law.com;
wcurchack@loeb.com;

wdase@fzwz.com;
wfoster@milbank.com;
will.sugden@alston.com;
william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com;
wisotska@pepperlaw.com;
wk@pwlawyers.com;
wmaher@wmd-law.com;
wmarcari@ebglaw.com;
wmckenna@foley.com;
wrightth@sullcrom.com

# EXHIBIT C

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR, BONNIE AUSTIN
290 BROADWAY
NEW YORK, NY 10007

CROWELL & MORING LLP
ATTN: MARL S. LICHTENSTEIN, ESQ.
STEVEN B. EICHEL, ESQ.
590 MADISON AVENUE
NEW YORK, NY 10022

DEPARTMENT OF JUSTICE
ATTN: DIANE WINTERS
ONTARIO REGIONAL OFFICE
THE EXCHANGE TOWER
130 KING STREET WEST
TORONTO, ON M5X 1K6

KAPLAN LANDAU LLP
1065 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK, NY 10018