**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                 :

In re                                 :      **Chapter 11 Case No.**
                                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                                                 :

                      Debtors.        :      **(Jointly Administered)**
                                                 :

-------------------------------------------------------------------------x   **Ref Docket No. 33322**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2012, I caused to be served the "Notice of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief," dated December 21, 2012, to which is attached "Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1), to Extend Stay of Avoidance Actions and Grant Certain Related Relief," dated December 21, 2012 [Docket No. 33322], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
27th day of December, 2012
*/s/ Regina Amporfro*
Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2013

**EXHIBIT A**

LBH Email Service List

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahandler@moundcotton.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apo@stevenslee.com

aquale@sidley.com

arahl@reedsmith.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cbrotstein@bm.net

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

LBH Email Service List

chris.donoho@lovells.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
colea@gtlaw.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com

LBH Email Service List

| | |
|---|---|
| eleicht@whitecase.com | ilevee@lowenstein.com |
| eli.mattioli@klgates.com | ira.greene@hoganlovells.com |
| ellen.halstead@cwt.com | israel.dahan@cwt.com |
| emerberg@mayerbrown.com | iva.uroic@dechert.com |
| enkaplan@kaplanlandau.com | jacobsonn@sec.gov |
| eobrien@sbclaw.com | james.heaney@lawdeb.com |
| erin.mautner@bingham.com | james.mcclammy@dpw.com |
| eschwartz@contrariancapital.com | james.sprayregen@kirkland.com |
| etillinghast@sheppardmullin.com | jamestecce@quinnemanuel.com |
| ezujkowski@emmetmarvin.com | jamie.nelson@dubaiic.com |
| ezweig@optonline.net | jar@outtengolden.com |
| fbp@ppgms.com | jason.jurgens@cwt.com |
| ffm@bostonbusinesslaw.com | jay.hurst@oag.state.tx.us |
| fhyman@mayerbrown.com | jay@kleinsolomon.com |
| foont@foontlaw.com | jbecker@wilmingtontrust.com |
| fsosnick@shearman.com | jbeemer@entwistle-law.com |
| fyates@sonnenschein.com | jbeiers@co.sanmateo.ca.us |
| gabriel.delvirginia@verizon.net | jbird@polsinelli.com |
| gbray@milbank.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jchubak@proskauer.com |
| gkaden@goulstonstorrs.com | jdoran@haslaw.com |
| glenn.siegel@dechert.com | jdrucker@coleschotz.com |
| gmoss@riemerlaw.com | jdwarner@warnerandscheuerman.com |
| gravert@ravertpllc.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| harrisjm@michigan.gov | jeanites@whiteandwilliams.com |
| harveystrickon@paulhastings.com | jeannette.boot@wilmerhale.com |
| hbeltzer@mayerbrown.com | jeff.wittig@coair.com |
| heim.steve@dorsey.com | jeffery.black@bingham.com |
| heiser@chapman.com | jeffrey.sabin@bingham.com |
| hollace.cohen@troutmansanders.com | jeldredge@velaw.com |
| holsen@stroock.com | jen.premisler@cliffordchance.com |
| howard.hawkins@cwt.com | jennifer.demarco@cliffordchance.com |
| hseife@chadbourne.com | jennifer.gore@shell.com |
| hsnovikoff@wlrk.com | jeremy.eiden@ag.state.mn.us |
| hsteel@brownrudnick.com | jfalgowski@reedsmith.com |
| ian.roberts@bakerbotts.com | jflaxer@golenbock.com |
| icatto@mwe.com | jfox@joefoxlaw.com |
| igoldstein@proskauer.com | jfreeberg@wfw.com |

LBH Email Service List

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jkehoe@btkmc.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwang@sipc.org

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

LBH Email Service List

krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com

matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com

LBH Email Service List

| | |
|---|---|
| mmorreale@us.mufg.jp | peter.gilhuly@lw.com |
| mneier@ibolaw.com | peter.macdonald@wilmerhale.com |
| monica.lawless@brookfieldproperties.com | peter.simmons@friedfrank.com |
| mpage@kelleydrye.com | peter@bankrupt.com |
| mparry@mosessinger.com | pfeldman@oshr.com |
| mpomerantz@julienandschlesinger.com | phayden@mcguirewoods.com |
| mprimoff@kayescholer.com | philip.wells@ropesgray.com |
| mpucillo@bermanesq.com | pmaxcy@sonnenschein.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@whitecase.com | ppatterson@stradley.com |
| mschimel@sju.edu | psp@njlawfirm.com |
| mschlesinger@julienandschlesinger.com | ptrain-gutierrez@kaplanlandau.com |
| msegarra@mayerbrown.com | ptrostle@jenner.com |
| mshiner@tuckerlaw.com | r.stahl@stahlzelloe.com |
| msiegel@brownrudnick.com | raj.madan@bingham.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | rbeacher@pryorcashman.com |
| mstamer@akingump.com | rbernard@foley.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarner@coleschotz.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nathan.spatz@pillsburylaw.com | rflanagan@flanassoc.com |
| ncoco@mwe.com | rfleischer@pryorcashman.com |
| neal.mann@oag.state.ny.us | rfrankel@orrick.com |
| ned.schodek@shearman.com | rfriedman@silvermanacampora.com |
| neilberger@teamtogut.com | rgmason@wlrk.com |
| newyork@sec.gov | rgoodman@moundcotton.com |
| nherman@morganlewis.com | rgraham@whitecase.com |
| nickolas.karavolas@pillsburylaw.com | rhett.campbell@tklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.fingard@newedge.com |
| nlepore@schnader.com | richard.lear@hklaw.com |
| notice@bkcylaw.com | richard.levy@lw.com |
| oipress@travelers.com | richard.tisdale@friedfrank.com |
| otccorpactions@finra.org | richard@rwmaplc.com |
| paronzon@milbank.com | ritkin@steptoe.com |
| patrick.oh@freshfields.com | rjones@boultcummings.com |
| paul.turner@sutherland.com | rleek@hodgsonruss.com |
| pbattista@gjb-law.com | rlevin@cravath.com |
| pbosswick@ssbb.com | rmatzat@hahnhessen.com |
| pdublin@akingump.com | rnetzer@willkie.com |
| peisenberg@lockelord.com | robert.bailey@bnymellon.com |

LBH Email Service List

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com

LBH Email Service List

thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
ukreppel@whitecase.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com

wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|------------|---------------------|
| ACCESS GROUP INC SERIES 2005-A | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ACCESS GROUP INC SERIES 2005-A | C/O U.S. BANK, NATIONAL ASSOCIATION 425 WALNUT STREET, 6TH FLOOR MIL CN-OH-W6CT ATTN: CORPORATE TRUST SERVICES STUDENT LOAN GROUP CINCINNATI OH 45202 |
| ACCESS GROUP INC SERIES 2005-B | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| ACCESS GROUP INC SERIES 2005-B | C/O ACCESS GROUP, INC. 5500 BRANDYWINE PARKWAY P.O. BOX 7430 ATTN: VICE PRESIDENT OF PORTFOLIO MANAGEMENT WILMINGTON DE 19803 |
| ADAGIO III CLO PLC | 19-20 CITY QUAY DUBLIN 2 IRELAND |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ALLIANCEBERNSTEIN L.P F/K/A ALLIANCE CAPITAL | MANAGEMENT L.P. ATTN: GENERAL COUNSEL OR CORPORATE EXEC. THE CORPORATION TRUST COMPANY 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AXA ASSURANCES I.A.R.D. MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA ASSURANCES VIE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA COURTAGE ASSURANCE MUTUELLE | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 26, RUE DROUOT 75009, PARIS FRANCE |
| AXA FINANCIAL, INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| AXA INVESTMENT MANAGERS PARIS S.A. | COUER DÉFENSE TOUR B - LA DÉFENSE 4 100 ESPLANADE DU GÉNÉRAL DE GAULLE 92400 COURBEVOIE FRANCE |
| AXA, S.A. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 25, AVENUE MATIGNON 75009, PARIS FRANCE |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BROUSSARD & GAVAUDAN ASSET MANAGEMENT LP | ATTN: LEGAL DEPT 1 DOVER STREET LONDON 4LA UNITED KINGDOM |
| BROUSSARD & GAVAUDAN GESTION | 69 BOULEVARD HAUSSMANN 75008 PARIS FRANCE |
| CHADBOURNE & PARKE LLP | ATTN: DAVID LEMAY & CHRISTY RIVERA 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHAPMAN AND CUTLER LLP | CRAIG PRICE, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE & RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE AND RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 111 WEST MONROE STREET CHICAGO IL 60603 |
| CONFLUENT V LIMITED | 19-20 CITY QUAY DUBLIN 2 IRELAND |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: LEGAL DEPARTMENT OR CORP. EXECUTIVE 60 WALL STREET FRONT 1 NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 10005-2836 |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| EARTH THEBAULT INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 249 POMEROY ROAD PARSIPPANY NJ 07054 |
| EMORTGAGE LOGIC LLC | 9151 BOULEVARD 26 STE 400 N RICHLND HLS TX 76180-0901 |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FIRST AMERICAN RESIDENTIAL | VALUE VIEW LLC LORRIE NEWBY 1 CORELOGIC DRIVE WESTLAKE TX 76262 |
| FIRST FRANKLIN MORTGAGE | LOAN TRUST 2006-FF8 C/O DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 EAST SAINT ANDREW PLACE SANTA ANA CA 92705 |
| FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| GEMSTONE CDO VI LTD. | CAYMAN ISLANDS |
| GEORGESON INC. | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 199 WATER STREET FLOOR 26 NEW YORK NY 10038-3560 |
| GEORGESON INC. | MATTHEW MOSNER CORPORATE COUNSEL 199 WATER STREET 26TH FLOOR NEW YORK NY 10038-3650 |
| GMAC MORTGAGE CORPORATION | CORPORATION SERVICE COMPANY ATTN: GENERAL COUNSEL OR CORPORATE EXEC. 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | NANCY ISAACSON, ESQ. (BULLET COMMUNICATIONS) 75 LIVINGSTONE AVENUE ROSELAND NJ 07068 |
| GREYSTONE 2006-3 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF | THE SERIES 2006-3 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| HINSHAW & CULBERTSON LLP | (COUNSEL TO: GMAC MORTGAGE CORPORATION) ATTN: CONCEPCION A. MONTOYA 780 THIRD AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| HINSHAW & CULBERTSON LLP | ATTN: CHARLES TATELBAUM (COUNSEL TO GMAC MORTGAGE) ONE EAST BROWARD BLVD, SUITE 1010 FORT LAUDERDALE FL 33301 |
| HINSHAW & CULBERTSON LLP | (COUNSEL TO: GMAC MORTGAGE CORPORATION) ATTN: ESPERANZA SEGARRA ONE EAST BROWARD BLVD, SUITE 1010 FORT LAUDERDALE FL 33301 |
| HYPOTHECA CAPITAL LLC | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 52 VANDERBUILT AVENUE SUITE 403 NEW YORK NY 10017-3874 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-3 | C/O WELLS FARGO BANK, N.A. SIXTH AND MARQUETTE ATTN: CORPORATE TRUST SERVICES IMH ASSETS CORP., SERIES 2005-3 MINNEAPOLIS MN 55479-0113 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-4 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-5 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET ATTN: CORPORATE TRUST ADMINISTRATION WILMINGTON DE 19990-0001 |
| IMPAC CMB TRUST SERIES 2005-8 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC CMB TRUST SERIES 2006-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O IMPAC SECURED ASSETS CORP. 1401 DOVE STREET ATTN: GENERAL COUNSEL NEWPORT BEACH CA 92660 |
| IMPAC SECURED ASSETS TRUST 2007-3 | C/O DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION 1761 EAST ST. ANDREW PLACE ATTN: IM0410 SANTA ANA CA 92705 |
| INTERFACE CABLE ASSEMBLIES | & SERVICES CORP. ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 42-19 23RD AVENUE LONG ISLAND CITY NY 11105 |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| JUPITER QUARTZ FINANCE PLC | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LAKEVIEW 2007-4 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| LAKEVIEW CDP SPC FOR THE ACCOUNT OF | THE SERIES 2007-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MATIGNON DERIVATIVES LOANS | 53 MERRION SQUARE ZIP CODE:  2 DUBLIN IRELAND |
| NIXON PEABODY LLP | DAVID H LEE, ESQ (COUNSEL TO DEUTSCHE BANK TRUST CO AMERICAS) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: CHRISTOPHER M. DESIDERIO, DAVID H. LEE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, RICHARD C. PEDONE COUNSEL TO DEUTSCHE BANK NATIONAL TRUST COMPANY, 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: KYLE KIMPLER 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL STREET, 16TH FLOOR NEW YORK NY 10005 |
| RACERS 2005-10 | C/O U.S. BANK NATIONAL ASSOCIATION ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL |

| Claim Name | Address Information |
| --- | --- |
| RESTRUCTURED ASSET CERTIFICATES WITH | ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SCHIFF HARDIN LLP | COUNSEL TO: GEORGESON INC ATTN: MATHEW B. WEST 666 FIFTH AVENU NEW YORK NY 10103 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: JACK YOSKOWITZ ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: BENAY L. JOHNSON ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STANDARD CHARTER BANK | ATTN: MARC CHAIT 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STEWART LENDER SERVICES | ATTN: GENERAL COUNSEL OR CORP. EXECUTIVE 1980 POST OAK BLVD SUITE 900 HOUSTON TX 77056 |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| THOMPSON COBURN LLP | MARK BOSSI, ESQ., ALLISON GRAVES, ESQ. ONE US BANK PLAZA SAINT LOUIS MO 63101 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR BOSTON MA 02110 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| YOSS LLP | ATTN: FERNANDO MENDENEZ (COUNSEL TO GMAC MORTGAGE) 2525 PONCE DE LEON BLVD |

| Claim Name | Address Information |
| --- | --- |
| YOSS LLP | SUITE 400 MIAMI FL 33134 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  247**