**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x Ref Docket Nos. 33293 & 33294

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2012, I caused to be served the:

   a) "Notice of Appearance and Request for Service of Papers," dated December 21, 2012 [Docket No. 33293], and

   b) "Reply in Further Support of the Debtors' Objection to the Boilermakers Claims Requesting Subordination Pursuant to Section 510(b) of the Bankruptcy Code," dated December 21, 2012 [Docket No. 33294],

by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  delivered via facsimile to the party listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
26th day of December, 2012
/s/ *Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2014

# EXHIBIT A

robert.lemons@weil.com
mark.bernstein@weil.com
jae.kim@weil.com
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
metkin@lowenstein.com
ilevee@lowenstein.com

# EXHIBIT B

| Name | Fax |
|---|---|
| OFFICE OF US TTEE: TH DAVIS E GASPARINI A SCHWARTZ | (212) 668-2255 |

**EXHIBIT C**

LBH KAE Service (12/21/2012)

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQ., DENNIS
O'DONNELL, ESQ., AND EVAN R. FLECK, ESQ.,
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005

LBH KAE Service (12/21/2012)

WEIL GOTSHAL & MANGES LLP
ATTN: ROBERT J. LEMONS, ESQ.
MARK BERNSTEIN, ESQ.
JAE KIM, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

LBH KAE Service (12/21/2012)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

LBH KAE Service (12/21/2012)

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

LBH KAE Service (12/21/2012)

LOWENSTEIN SANDLER PC
Counsel for Boilermakers-Blacksmith National Pension Trust Fund
Michael S. Etkin, Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

LBH KAE Service (12/21/2012)

LOWENSTEIN SANDLER PC
Counsel for Boilermakers-Blacksmith National Pension Trust Fund
Michael S. Etkin, Ira M. Levee
65 Livingston Avenue
Roseland, New Jersey 07068