UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                 :

In re                           :       **Chapter 11 Case No.**

                                   :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :      **08-13555 (JMP)**

                                   :

               **Debtors.**             :      **(Jointly Administered)**

                                   :

----------------------------------------------------------------x

## AMENDED[1] ORDER GRANTING FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES PERFORMED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD OF SEPTEMBER 15, 2008 THROUGH MARCH 6, 2012

Upon consideration of the applications (collectively, the "**Final Applications**") for

allowance of final compensation for professional services performed and reimbursement of

actual and necessary expenses incurred during the period from September 15, 2008 through

March 6, 2012 (the "**Final Application Period**"), pursuant to sections 330 and 331 of title 11 of

the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure, filed by the professionals listed on **Schedule A** annexed hereto (the

"**Retained Professionals**"), and upon consideration of the recommended deductions (the

"**Recommended Deductions**") from fees and expenses made by the Fee Committee in these

Chapter 11 cases ("**Fee Committee**"), and having considered the *Fee Committee's Summary*

*Report on Uncontested Final Fee Applications for Hearing on November 8, 2012* [Docket No.

31851] (the "**Fee Committee Report**"); and a hearing having been held on November 14, 2012

---

[1]   Amends December 13, 2012 *Order Granting Final Fee Applications for Allowance of Compensation for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred for the Period of September 15, 2008 through March 6, 2012* [Docket No. 32790].

before this Court to consider the Final Applications; it appearing that the Court has jurisdiction

over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due notice pursuant to the second

amended order entered on June 17, 2010 governing case management and administrative

procedures [Docket No. 9635]; and there being no objections to the allowance of the amounts set

forth on Schedule A, incorporating the Fee Committee's Recommended Deductions as provided

in the Fee Committee Report; and, after due consideration and upon all of the proceedings had

before the Court, and sufficient cause appearing therefore, it is hereby

**ORDERED**:

1.  The Final Fee Applications of the Retained Professionals are granted to the extent

    provided in Schedule A.

2.  Final compensation to the Retained Professionals for professional services

    performed during the Final Application Period is allowed and awarded in the

    amounts set forth on Schedule A in the column entitled "Fees Allowed" pursuant

    to sections 330 and 331 of the Bankruptcy Code.

3.  Reimbursement to the Retained Professionals for expenses incurred during the

    Final Application Period is allowed and awarded in the amounts set forth on

    Schedule A in the column entitled "Expenses to be Paid for Current Fee Period."

4.  Pursuant to this order, the Debtors are authorized and directed to pay the "Fees

    Allowed" and the "Expenses to be Paid for Current Fee Period," which amounts

    are totaled in **Schedule B** in the columns entitled "Total Fees Paid" and "Total

    Expenses Paid," to the respective Retained Professionals, but only to the extent

2

8792672_2

not previously paid pursuant to the order dated April 14, 2011 governing interim

compensation in these cases [Docket No. 15997].

5.  The Court retains jurisdiction with respect to all matters arising from or related to

implementation of this Order.

Dated:  New York, New York
        December 28, 2012

                                            *s/  James M. Peck*
                                    Hon. James M. Peck
                                    UNITED STATES BANKRUPTCY JUDGE

3

8792672_2

## SCHEDULE A

### CURRENT FEE PERIOD
**(September 15, 2008 Through March 6, 2012)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Date/ Document Number of Application | Current Fees Requested on Application[2] ($) | Fees Allowed ($) | Fees to be Paid for Current Fee Period ($) | Fees to be Paid for Prior Fee Period(s) (if any) (Including Fees Held Back) ($) | Total Fees to be Paid ($) | Current Expenses Requested ($) | Expenses to be Paid for Current Fee Period ($) |
|---|---|---|---|---|---|---|---|---|
| Dechert LLP[3] | 07/03/2012 [29192] | 8,393,840.78 | 8,245,422.59 | 369,839.82[4] | 0.00 | 369,839.82 | 154,179.94 | 20.03[5] |
| Krebsbach & Snyder, PC[6] | 07/16/2012 [29426] | 799,238.50 | 797,683.66 | 212,932.75[7] | 0.00 | 212,932.75 | 15,013.89 | 1,746.40[8] |

**Schedule A**             **Dated:  December 28, 2012**             **INITIALS:   _JMP_ USBJ**

---

[2]  The *Current Fees Requested* by the Applicants in their Final Fee Applications may be less than the *Total Fees Requested* as listed on Schedule B of this order.  This is due to some or all of the reductions agreed to by the Applicant and the Fee Committee on preceding interim fee period applications being incorporated into the Applicant's Final Fee Application.
[3]  Period covered by Final Fee Application is March 1, 2010 to March 6, 2012.
[4]  Applicant received payments for fees in the total amount of $7,875,582.77 ($6,288,446.58 plus $1,587,136.19) during the interim fee periods leaving a balance due of $369,839.82.
[5]  Expenses awarded to Dechert LLP of $154,199.97 reflects an increase of $20.03 from the expenses requested due to adjustments made by the Fee Committee in expense reductions for interim fee period applications.  Applicant received payments for expenses in the amount of $154,179.94 during the interim fee periods leaving a balance due of $20.03.
[6]  Period covered by Final Fee Application is July 1, 2011 to March 6, 2012.
[7]  Applicant received payments for fees in the amount of $584,750.91 during the interim fee periods leaving a balance due of $212,932.75.
[8]  Applicant received payments for expenses in the amount of $13,006.53 during the interim fee periods leaving a balance due of $1,746.40.

8792672_2

## SCHEDULE B

## CUMULATIVE FEE APPLICATIONS
**(September 15, 2008 Through and Including March 6, 2012)**

Case No.:  08-13555 (JMP) (Chapter 11)
Case Name:  In re Lehman Brothers Holdings, Inc., *et al.*

| Applicant | Total Fees Requested[9]<br><br>($) | Total Fees Paid (including amounts to be paid pursuant to this Order)<br>($) | Total Expenses Requested<br><br>($) | Total Expenses Paid (including amounts to be paid pursuant to this Order)<br>($) |
|---|---|---|---|---|
| Dechert LLP | 8,525,501.70 | 8,245,422.59 | 155,281.96 | 154,199.97 |
| Krebsbach & Snyder, PC | 800,046.00 | 797,683.66 | 15,013.89 | 14,752.93 |

**Schedule B**                     **Dated:  December 28, 2012**                     **INITIALS:    *JMP*   USBJ**

---

[9]  *See* footnote 2.

8792672_2