UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
_____ :

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 15028 filed against Lehman Brothers Holdings Inc. by BNP Paribas Commodity Futures Limited in the amount of $28,107.39, plus additional unliquidated and contingent amounts (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned counsel, BNP Paribas Commodity Futures Limited hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. BNP Paribas Commodity Futures Limited represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by BNP Paribas Commodity Futures Limited or its affiliates.

2

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon BNP Paribas Commodity Futures Limited on September 21, 2012, the issuance of which was noticed in a filing with the Court on September 24, 2012.

Dated: December 27, 2012
New York, New York

/s/    Jean-Marie L. Atamian
Jean-Marie L. Atamian

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for BNP Paribas Commodity Futures Limited*

Dated: December 27, 2012
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*