UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                            :        08-13555 (JMP)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Commercial Paper Inc. (Case No. 08-13900) |
|---|---|
| Creditor Name and Address: | Southland Framers, Inc.<br>c/o Alan J. Watson<br>Holland & Knight LLP<br>400 South Hope Street, 8th Floor<br>Los Angeles, CA 90071 |
| Claim Number (if known) | 4774 |
| Date Claim Filed: | June 5, 2009 |
| Total Amount of Claim Filed: | $177,801.98 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Attorney for Southland Framers, Inc. |
|---|---|
| Printed Name:<br>Alan J. Watson | Dated:<br>December 12, 2012 |

Error! Unknown document property name.