**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In re:

Lehman Brothers Holdings Inc., et al.

        Debtors.

_____

) Chapter 11
)
) Case No. 08-13555 (JMP)
)
) Jointly Administered
)
) Proof of Claim No.: 62901
) Amount of Claim Transferred: US $28,000 plus all interest related thereto

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(2)

**TO:    TRANSFEROR:    NEWFINANCE ALDEN SPV**
                                  34th Floor, 885 Third Avenue
                                  New York, NY  10022
                                  Attention:   Ithran Olivacce
                                  Telephone:  212-888-7214
                                  E-mail:       iolivacce@aldenglobal.com

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. **62901** against Lehman Brothers Holdings Inc. in the amount of **US $28,000 plus all interest related thereto** as evidenced by the attached Evidence of Transfer of Claim to:

       **TRANSFEREE:**    **LIQUIDATION OPPORTUNITIES MASTER FUND, L.P.**
                                  34th Floor, 885 Third Avenue
                                  New York, NY  10022
                                  Attention:   Ithran Olivacce
                                  Telephone:  212-888-7214
                                  E-mail:       iolivacce@aldenglobal.com

No action is required if you do not object to the transfer of the claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

                                                                                 _____
                                                                                     Clerk of the Court

60960824