# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No.: 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    Silver Point Capital Offshore Fund, Ltd. ("Transferor")
   c/o Silver Point Capital, L.P.
   2 Greenwich Plaza, First Floor
   Greenwich, CT  06830
   Attn: David F. Steinmetz

2. Please take notice that your claims specified in Exhibit A against Lehman Brothers Holdings Inc. have been transferred to:

   Offshore Asset Holding Vehicle A, Ltd. ("Transferee")
   c/o Silver Point Capital, L.P.
   2 Greenwich Plaza, First Floor
   Greenwich, CT  06830
   Attn: David F. Steinmetz

   These claims were transferred pursuant to that certain Transfer Agreement dated December 28, 2012. All distributions and notices regarding the transferred portion of the claim should be sent to the Transferee at the above address, with a copy to:

   Davis Polk & Wardwell LLP ("Davis Polk")
   450 Lexington Avenue
   New York, NY 10017-3904
   Fax: 212-701-5800
   Attn: Eric Ruiz

3. No action is required if you do not object to the partial transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 21 DAYS OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

-- **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

      United States Bankruptcy Court
      Southern District of New York
      Attn: Clerk of Court
      Alexander Hamilton Custom House
      One Bowling Green
      New York, NY 10004-1408

-- **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIM.**

                                                              CLERK

---

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on _____, 2012.

Copy: (check) Claims Agent___ Transferee___ Debtors' Attorney___

                                                  Clerk of the Court

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date:   December 31, 2012

# **EXHIBIT A**

Exhibit A

Transferred Claims

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/20/2010 (FMV) | USD | 14,000,000.00 | 58781.06 | 6032912 | XS0230515834 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 12/6/2008 (Par) | EUR | 2,910,000.00 | 58792.05 | 6050639 | XS0158383454 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 10/4/2010 (Par) | USD | 60,000.00 | 58792.05 | 6032867 | XS0323108265 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/12 EU (PAR) | EUR | 42,000.00 | 58792.05 | 6032878 | XS0344557839 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/12 EU (PAR) | EUR | 6,000.00 | 58792.05 | 6032878 | XS0344557839 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 30,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 69,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 30,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 18,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 9,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/2012 (Par) | USD | 126,000.00 | 58792.05 | 6032877 | XS0344556864 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/21/10 JP (PAR) | JPY | 300,000,000.00 | 58792.05 | 6032913 | XS0117279058 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.625% 7/22/11 (PAR) | HKD | 29,400,000.00 | 58792.05 | 6032921 | XS0132961896 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 10/4/2010 (Par) | USD | 284,000.00 | 58792.05 | 6032867 | XS0323108265 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/13/12 EU (PAR) | EUR | 217,000.00 | 58792.05 | 6032878 | XS0344557839 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 03/09/17 (PAR) | EUR | 1,757,000.00 | 58792.05 | 6032924 | XS0287569924 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 2/1/2018 (Par) | USD | 1,260,000.00 | 58792.05 | 6046472 | XS0339480005 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 3/20/2018 (Par) | USD | 1,200,000.00 | 58792.05 | 6050649 | XS0350115878 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 8/12/11 EU (PAR) | EUR | 813,000.00 | 58792.05 | 6032908 | XS0197173643 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 4/28/13 (PAR) | EUR | 1,750,000.00 | 58792.05 | 6032931 | XS0359123634 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 6/1/2009 (Par) | GBP | 3,940,000.00 | 58792.05 | 6032933 | XS0251195847 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 6/1/2009 (Par) | GBP | 640,000.00 | 58792.05 | 6032933 | XS0251195847 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 3/1/12 E (FMV) | EUR | 2,304,000.00 | 58792.05 | 6046487 | XS0218261625 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 6/1/2009 (Par) | GBP | 3,530,000.00 | 58792.05 | 6032933 | XS0251195847 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 6/1/2009 (Par) | GBP | 80,000.00 | 58792.05 | 6032933 | XS0251195847 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 1/31/12 SX (FMV) | EUR | 1,750,000.00 | 58792.05 | 6032864 | XS0344442420 |

Exhibit A–1

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 3/19/2013 (FMV) | EUR | 7,908.00 | 58792.05 | 6032882 | XS0291646577 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 1/22/2009 (FMV) | EUR | 698,000.00 | 58792.05 | 6032863 | XS0271893694 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 10/26/2009 (FMV) | EUR | 900,000.00 | 58792.05 | 6032865 | XS0271820978 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 3.63% 3/2/12 (FMV) | EUR | 3,000,000.00 | 58792.05 | 6032918 | XS0214267923 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 11/29/09 (FMV) | USD | 904,000.00 | 58792.05 | 6032927 | XS0204933997 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 12/9/10 (FMV) | EUR | 450,000.00 | 58792.05 | 6032929 | XS0236535679 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 11/2/2012 (FMV) | EUR | 3,578,000.00 | 58792.05 | 6032870 | DE000A0TLL96 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 6/29/2009 (Par) | USD | 375,000.00 | 58792.05 | 6032934 | XS0308389807 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/30/10 (BC) (FMV) | EUR | 3,582,000.00 | 58792.05 | 6032902 | XS0223700658 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 10/26/12 UBS (FMV) | EUR | 3,345,000.00 | 58792.05 | 6032866 | FI0003025379 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/22/12 UB (FMV) | EUR | 750,000.00 | 58792.05 | 6032891 | XS0300418281 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/16/2010 (FMV) | ILS | 2,800,000.00 | 58792.05 | 6032896 | XS0368988951 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/17/2010 (FMV) | USD | 700,000.00 | 58792.05 | 6032897 | XS0369418040 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/5/2009 (FMV) | ILS | 2,800,000.00 | 58792.05 | 6032903 | XS0366859055 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/30/10 (BC) (FMV) | EUR | 77,000.00 | 58792.05 | 6032902 | XS0223700658 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 1/19/2016 (FMV) | EUR | 750,000.00 | 58792.05 | 6032862 | XS0237304059 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/17/2011 (FMV) | EUR | 750,000.00 | 58792.05 | 6032871 | XS0210326202 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/29/2013 (FMV) | EUR | 750,000.00 | 58792.05 | 6032873 | XS0259672599 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/1/2013 (FMV) | EUR | 1,890,000.00 | 58792.05 | 6032876 | XS0210782552 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/12/2012 (FMV) | EUR | 1,350,000.00 | 58792.05 | 3220091013SEB610117 | FI0003026559 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 2.5% 12/15/11 (FMV) | GBP | 1,400,000.00 | 58792.05 | 6032916 | XS0276245700 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 1/19/2016 (FMV) | EUR | 50,000.00 | 58792.05 | 6032862 | XS0237304059 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/17/2011 (FMV) | EUR | 400,000.00 | 58792.05 | 6032871 | XS0210326202 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/29/2013 (FMV) | EUR | 750,000.00 | 58792.05 | 6032873 | XS0259672599 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/20/2011 (FMV) | USD | 4,500,000.00 | 58792.05 | 6032906 | XS0223920348 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/14/2014 (FMV) | EUR | 5,971,000.00 | 58792.05 | 6032904 | XS0309485729 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/15/2010 (FMV) | EUR | 431,000.00 | 58792.05 | 6032911 | XS0228149075 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/7/2009 (PAR) | EUR | 1,403,000.00 | 58792.05 | 6046255 | XS0298614552 |

Exhibit A–2

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/5/2010 (FMV) | EUR | 1,853,000.00 | 58792.05 | 6041192 | XS0268043709 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/16/2015 (FMV) | EUR | 3,937,000.00 | 58792.05 | 6032879 | XS0211093041 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/23/2014 (FMV) | EUR | 1,385,250.00 | 58792.05 | 6032892 | DE000A0TVK20 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/23/2014 (FMV) | EUR | 461,750.00 | 58792.05 | 6032892 | DE000A0TVK20 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/17/2014 (FMV) | USD | 1,181,250.00 | 58792.05 | 6032905 | DE000A0TPVQ8 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/17/2014 (FMV) | USD | 393,750.00 | 58792.05 | 6032905 | DE000A0TPVQ8 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 3,255,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 2,800,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 3,500,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 3.5% 10/31/11 (FMV) | USD | 14,000,000.00 | 58792.05 | 6032917 | XS0271671793 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 4/27/2017 (FMV) | USD | 12,110,000.00 | 58792.05 | 6032887 | XS0297741539 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 8/28/2009 (FMV) | EUR | 6,300,000.00 | 58792.05 | 6032910 | XS0263871674 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 3/3/2009 (FMV) | EUR | 15,400,000.00 | 58792.05 | 6032883 | XS0245046544 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/25/2018 (Par) | USD | 1,365,000.00 | 58792.05 | 6032881 | XS0344549067 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/22/2009 (Par) | USD | 70,000.00 | 58792.05 | 6032898 | XS0370358151 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/30/2009 (FMV) | EUR | 350,000.00 | 58792.05 | 6032914 | XS0293138813 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/9/2009 (FMV) | USD | 140,000.00 | 58792.05 | 6032915 | XS0288704264 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 989,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/14/2014 (FMV) | EUR | 530,000.00 | 58792.05 | 6032904 | XS0309485729 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 9/9/2009 (FMV) | USD | 140,000.00 | 58792.05 | 6032915 | XS0288704264 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 2,275,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/16/2013 (FMV) | USD | 1,750,000.00 | 58792.05 | 6032890 | DE000A0TVAJ5 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 372,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 105,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 283,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 3/31/2018 (Par) | USD | 3,500,000.00 | 58792.05 | 6032884 | XS0353875015 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 4/4/13 SEK (FMV) | SEK | 35,000,000.00 | 58792.05 | 6032888 | XS0249127878 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 560,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/14/2014 (FMV) | EUR | 730,000.00 | 58792.05 | 6032904 | XS0309485729 |

Exhibit A–3

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---:|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 280,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 8/1/2020 (Par) | EUR | 3,500,000.00 | 58792.05 | 6032907 | XS0368926506 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 7/14/2014 (FMV) | EUR | 950,000.00 | 58792.05 | 6032904 | XS0309485729 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 167,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 98,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 35,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 8,139,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 7/8/2014 (FMV) | EUR | 3,500,000.00 | 58792.05 | 6032935 | XS0372163054 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 9/12/2036 (FMV) | JPY | 210,000,000.00 | 58792.05 | 6032936 | XS0266104867 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/23/2012 (FMV) | USD | 45,675,000.00 | 58792.05 | 6032872 | XS0183360063 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 11/5/10 (PAR) | EUR | 3,500,000.00 | 58792.05 | 6032928 | XS0328401830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 140,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 102,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 168,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 71,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 202,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 3/31/18 (PAR) 2 | USD | 1,050,000.00 | 58792.05 | 6032885 | XS0353873408 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/25/10 (FMV) | EUR | 1,617,000.00 | 58792.05 | 6032894 | XS0218961109 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 49,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 41,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 65,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 95,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 91,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 82,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/13/09 (FMV) | EUR | 220,000.00 | 58792.05 | 6032889 | XS0274127009 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/23/14 (FMV) 2 | EUR | 5,250,000.00 | 58792.05 | 6032893 | XS0253857642 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 119,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 104,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 11/5/10 (PAR) | EUR | 511,000.00 | 58792.05 | 6032928 | XS0328401830 |

Exhibit A–4

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 74,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 11/17/09 (FMV) | EUR | 7,200,000.00 | 58792.05 | 6032868 | XS0233810521 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 102,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 204,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 80,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 80,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 155,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 79,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 544,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 139,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 80,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 200,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 98,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 55,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 80,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 1/19/2016 (FMV) | EUR | 200,000.00 | 58792.05 | 6032862 | XS0237304059 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/17/2011 (FMV) | EUR | 200,000.00 | 58792.05 | 6032871 | XS0210326202 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/29/2013 (FMV) | EUR | 250,000.00 | 58792.05 | 6032873 | XS0259672599 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 147,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 140,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 385,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 732,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 228,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/10 S7595 FMV | SEK | 3,504,000.00 | 58792.05 | 6032899 | XS0307326180 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/10 S7596 FMV | SEK | 8,960,000.00 | 58792.05 | 6032900 | XS0307325455 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 6/10 S7597 FMV | SEK | 928,000.00 | 58792.05 | 6032901 | XS0307323161 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 464,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 160,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 199,000.00 | 58792.05 | 6032930 | XS0210433206 |

Exhibit A–5

| Seller | SyCode | Currency | Quantity | Claim Number | Block Number | ISIN |
|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 201,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 140,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 128,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 186,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 80,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 62,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 40,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 148,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 64,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 40,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 100,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 5/17/35 (FMV) | EUR | 60,000.00 | 58792.05 | 6032932 | XS0218304458 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 11/2/2035 (FMV) | EUR | 42,000.00 | 58792.05 | 6032919 | XS0232364868 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 179,000.00 | 58792.05 | 6032930 | XS0210433206 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7.25% 10/35 (FMV) | EUR | 120,000.00 | 58792.05 | 6032920 | XS0229584296 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.25% 3/2035 (FMV) | EUR | 26,000.00 | 58792.05 | 6032922 | XS0213416141 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 3/4/2013 (FMV) | USD | 624,000.00 | 58792.05 | 6032886 | XS0349054360 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 8.5% 7/5/16 (FMV) | EUR | 213,000.00 | 58792.05 | 6032923 | XS0252173066 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 2/09/09 (FMV) | EUR | 328,000.00 | 58792.05 | 6032875 | XS0185349916 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 5/8/2012 (FMV) | USD | 612,000.00 | 58792.05 | 6032895 | XS0292248977 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 4/23/14 (PAR) | EUR | 176,000.00 | 58792.05 | 6034772 | XS0189294225 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 1.5% 10/25/11 (FMV) | EUR | 1,500.00 | 58792.05 | 6034771 | XS0271201484 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/5/2010 (FMV) | EUR | 341,000.00 | 58792.05 | 6032874 | XS0268043709 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 4/23/14 (PAR) | EUR | 154,000.00 | 58792.05 | 6034772 | XS0189294225 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 0 12/5/2010 (FMV) | EUR | 375,000.00 | 58792.05 | 6050794 | XS0268043709 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 4/23/14 (PAR) | EUR | 34,000.00 | 58792.05 | 6050795 | XS0189294225 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 7% 11/26/13 (PAR) | EUR | 262,000.00 | 58792.05 | 6050796 | XS0178969209 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY FRN 3/18/15 (FMV) | EUR | 750,000.00 | 58792.05 | 6055678 | XS0213971210 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD | LEH TSY 6% 2/15/35 (FMV) | EUR | 48,000.00 | 58792.06 | 6032930 | XS0210433206 |

Exhibit A–6