REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   Case No. 08-13555 (JMP)
                                          :   (Jointly Administered)
                           Debtors.       :
                                          :
---------------------------------------------------------------x

## AMENDED NOTICE OF WITHDRAWAL OF CLAIM

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Beryl Finance Limited (hereinafter, the "Creditor") having filed a Notice of Withdrawal of Claim on December 20, 2012 ("Notice of Withdrawal") [Dkt No. 33012] hereby amends the Notice of Withdrawal to correct a typographical error that incorrectly set forth claim number 21989 as the claim number that was assigned to the claim to be withdrawn; and hereby gives notice of the correct claim reference number pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. 08-13888 (JMP) |
|---|---|
| Creditor Name and Address: | Beryl Finance Limited - Series 2007-11 c/o The Bank of New York Mellon – London Branch Attn: Sanjay Jobanputra – Vice President Global Corporate Trust One Canada Square London E14 5AL England |
| Court Claim Number: | 17453 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of the Creditor having filed proof of Claim No. 17453 hereby gives notice of the withdrawal of Claim No. 17453 pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby

withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: December 27, 2012                BNY Mellon Corporate Trustee Services Ltd.

By: _____
Name: _____
Title: _____
                         Sanjay Jobanputra
                         Authorised Signatory