B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)
In re <u>Lehman Brothers Special Financing Inc.</u>, Debtor          Case No. <u>08-13888(JMP)</u>

To the Debtors and the Bankruptcy Court:

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.   Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>JPMorgan Chase Bank, N.A.</u>                              <u>Waterstone Offshore AD Fund, Ltd.</u>
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee                 Court Claim # (if known): <u>28104</u>
should be sent:                                               Amount of Claim as Allowed:  <u>$826,484,029.00</u>
                                                              Amount of Claim Transferred: <u>$6,570,000.00</u>
JPMorgan Chase Bank, N.A.                                     Date Claim Filed: <u>September 22, 2009</u>
c/o J.P. Morgan Securities LLC                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Mail Code:  NY1-M138                                          Phone: _____
383 Madison Avenue – Floor 37                                 Last Four Digits of Acct. #: _____
New York, New York 10179
ATTN:  Jeffrey L. Panzo


Last Four Digits of Acct #: _____


Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #: _____

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Andrew C. Faherty
Authorized Signatory

By: _____          Date: _____12/31/2012_____
Transferee/Transferee's Agent

Waterstone Capital Management, L.P.

By: _____          Date: _12/31/2012_____
Transferor/Transferor's Agent
Jeffrey C. Erb
General Counsel

*Penalty for making a false statement:* fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

19

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.                    Case No. 08-13555 (JMP)
                                                                         (Jointly Administered)

To the Debtors and the Bankruptcy Court:

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its
right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to
receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor
consents to the substitution of Transferor by Transferee for all purposes in the above referenced
bankruptcy cases with respect to the claim, including without limitation, for voting and distribution
purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further
notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and
holder of the claim.   Transferor hereby directs that all payments, distributions, notices and
communications in respect of or with respect to the claim be made to Transferee.

JPMorgan Chase Bank, N.A.                            Waterstone Offshore AD Fund, Ltd.
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 28105
should be sent:                                      Amount of Claim as Allowed:  $826,484,029.00
                                                     Amount of Claim Transferred: $6,570,000.00
JPMorgan Chase Bank, N.A.                            Date Claim Filed: September 22, 2009
c/o J.P. Morgan Securities LLC                       Debtor: Lehman Brothers Holdings, Inc.
Mail Code:  NY1-M138                                 Phone:
383 Madison Avenue – Floor 37                        Last Four Digits of Acct. #:
New York, New York 10179
ATTN:  Jeffrey L. Panzo

Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Andrew C. Faherty
Authorized Signatory

By: _____     Date: ___12/31/2012_____

Transferee/Transferee's Agent

Waterstone Capital Management, L.P.

By: _____     Date: ___12/31/2012_____

Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jeffrey C. Erb
General Counsel

17