Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Pictet & Cie
Name of Transferee

SG Private Banking Suisse SA
Name of Transferor

Name and Address where notices to transferee should be sent:

Pictet & Cie
Att.: Legal Department
Route des Acacias 60
1211 Geneva 73

Court Claim # (if known): 36532
Date Claim Filed: 10/06/2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): USD 100'000

Phone: +41583231326
Last Four Digits of Acct #: EOC 93010

Phone: +41213431278
Last Four Digits of Acct. #: EOC 90375

Name and Address where transferee payments should be sent (if different from above):

JAN - 2 2013

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/    Date: 12 December 2012
Antoine BALAMGEARD Transferee/Transferee's Agent    Nicole LACHER

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Société Générale Private Banking (Suisse) SA** ("Transferor") unconditionally and irrevocably transferred to **Pictet & Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 36532) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON DECEMBER 4, 2012

Société Générale Private Banking (Suisse) SA

By: _____
Name: Thierry Mory
Title: First Vice Pres.

By: _____
Name: Patrick Viquerat
Title: Ass. Vice Pres.

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|
| XS0316372522 | 36532 | LEHMAN BROTHERS SECURITIES CO. NV | USD 100'000.00 |

**SignatureNet**



**Pictet & Cie**

**Pictet & Cie, Genève**

**LACHER Nicole Elisabeth**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 12.12.2012**

Page displayed on: 12 DEC 2012 10:50:28 (GMT +0100)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 10 JUL 2012 13:06:24 (GMT +0100)

# SignatureNet

# PICTET
1805

**Pictet & Cie**

**Pictet & Cie, Genève**

**SALAMOLARD Antoine**
Fondé de Pouvoir
Prokurist
Assistant Vice President

Juriste



### Signature rule

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 12.12.2012**

Page displayed on: 12 DEC 2012 10:50:48 (GMT +0100)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 15 JUN 2011 15:57:57 (GMT +0100)

https://ch.signaturenet.org/popup_print.cfm?Id=120374&pid=1320    12.12.2012

PICTET & CIE, BANQUIERS

Pictet & Cie
Route des Acacias 60
CH-1211 Genève 73
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com



By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 12 December 2012
Our ref: 1326/AS

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number **36532** filled in the name of SG Private Banking Suisse SA (Transferor) to Pictet & Cie (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee :

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & C<sup>IE</sup>

Antoine Salamolard          Nicole Lacher

S076

DEC 22



FILED / RECEIVED
DEC 26 2012
EPIQ SYSTEMS





Priority
1200 Genève 2
RM 043 200 582 CH
12.12.2012
Recommandé
Etranger



Genève 2
750238
Gross 2
LA POSTE