Evidence of Transfer

JAN -2 2013

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Opp. Note Lehman Bros Treasury BV 2006-22.8.09 Var. Rate | XS0262353831 | LBTBV | LBH Inc. | EUR 10'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

CREDIT SUISSE AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Clientis Sparcassa 1816 Genossenschaft
c/o Entris Operations AG
Mattenstrasse 8
CH 3073 Gümligen
PHONE ++41 31 9507316
Attn: Marco Gnaegi
EMAIL marco.gnaegi@entris.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Clientis Sparcassa 1816 Genossenschaft | Name of Transferor:<br>Credit Suisse AG |
| Notices to Transferee should be sent to:<br>Clientis Sparcassa 1816 Genossenschaft<br>c/o Entris Operations AG<br>Mattenstrasse 8<br>CH 3073 Guemligen<br>PHONE ++41 31 9507316<br>Attn: Marco Gnaegi<br>EMAIL marco.gnaegi@entris.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>CREDIT SUISSE AG<br>Postfach<br>8070 Zürich<br>Attn: Irma Bauer<br>+41 44 332 62 65<br>Transfer.lps@credit-suisse.com |
| Amount of Claim Being Transferred:<br>EUR 10'000.00 (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 55829-0 | |
| Date Claim Filed: 29-10-2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 12/17/2012
Heinz Wyler, authorized representative

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June XX, 2010.

Credit Suisse AG
Transferor

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Irma Bauer
Title: VP

ACKNOWLEDGED BY:

[Clientis Sparcassa 1816 Genossenschaft]
Transferee

By: _____
Name: Heinz Wyler
Title: Authorized representative



Entris Operations AG, Mattenstrasse 8, CH-3073 Gümligen

registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Marco Gnägi
T +41 31 950 73 16, F +41 31 950 76 51
marco.gnaegi@entris.ch
Gümligen, December 18th, 2012

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached one notice of claim

ISIN XS0262353831    Transferee: Clientis Sparcassa 1816 Genossenschaft    Transferor: Credit Suisse AG

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Entris Operations AG

Philipp Mohler
Abteilungsleiter Anlegen Abwicklung Handel

Marco Gnägi
Teamleiter Anlegen Corporate Actions

101508507B BD25 1.



**18.12.12**
CH-3073
Gümligen

782990



**001.00**
A
STANDARD

*DIE POST*



EPIQ SYSTEMS
DEC 26 2012
FILED / RECEIVED