UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,               Case No. 08-13555 (JMP)

                          Debtors.
------------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PETER L. WELSH

UPON the motion of Peter L. Welsh dated December 27, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Peter L. Welsh is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
           January 2, 2013

                                                           *s/ James M. Peck*
                                                           UNITED STATES BANKRUPTCY JUDGE