

| | |
|---|---|
| TO THE ATT OF: **LEHMAN BROTHERS** | FROM: BACK OFF.VALORS- MIRIAM MARTINEZ-ILLESCAS |
| INSTITUTION **BANKRUPTCY COURT** | DATE: 17.12.2012 |
| FAX NUMBER: | FAX NUMBER: 00 376 884 359 |
| PHONE NUMBER: | PHONE NUMBER: 00 376 884350 |
| MATTER: TRANSFER CLAIM | YOUR REFERENCE: CLAIM |

Number of pages (incl.this page): **1**

Dear Sir, Madam,

If you need more documents to execute the following transfer of claim, please contact with me:

Miriam Martinez-Illescas Viñuela
Relacions Internacionals

Telf. (+376)88 43 50  Fax (+376)88 43 59
miriam.martinezillescas@morabanc.ad

www.morabanc.ad

Best Regards

Jordi Carboné                                Miriam Martinez-Illescas

JAN - 2 2013

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to MORA BANC GRUP S.A ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55829) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 28, 2012.

Credit Suisse AG

By: _____
Name: Alfredo Sanmamed Sanchez
Title: Vice President

By: _____
Name: Pablo Imhof
Title: Assistant Vice President

JAN - 2 2013

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0210433206 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | EUR 110'000.00 |