UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,              Case No. 08-13555 (JMP)

                              Debtors.
----------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ALIZA F. GOREN

UPON the motion of Aliza F. Goren dated December 27, 2012, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Aliza F. Goren is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         January 2, 2013

                                                           *s/ James M. Peck*
                                                           UNITED STATES BANKRUPTCY JUDGE