

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| WALTER STEINHAUSER | BANK VONTOBEL AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

WALTER STEINHAUSER
STAMMERSDORFER STRASSE 143/1/15
VIENNA 1210
AUSTRIA

Court Claim # (if known): 67373-06
Date Claim Filed: 2nd November 2009
Amount of Claim: € 13000,-
Portion of Claim Transferred (see Schedule I): ISIN: XS0252173066

Phone: +436648209734
Last Four Digits of Acct #: 4043

Phone:
Last Four Digits of Acct. #: 0001-1

Name and Address where transferee payments should be sent (if different from above):

BANK AUSTRIA
IBAN: AT591200000711354043
BIC: BKAUATWW

Phone: +4317173052919
Last Four Digits of Acct #: 4043

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: 28th December 2012
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

08-13555-mg    Doc 33555    Filed 01/02/13    Entered 01/02/13 16:17:06    Main Document
Pg 2 of 4

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  BANK VONTOBEL AG
FAO: MRS. DR. HEIDE SUDEROW GROB
GOTTHARDSTRASSE 43
ZURICH 8002 SWITZERLAND

Additional:

*[Handwritten: DONE? Document including amount is enclosed!]*

*[Stamp: RECEIVED JAN - 2 2013 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK]*

Transferee:  STEINHAUSER, WALTER
STAMMERSDORFER STRASSE 143/1/15
VIENNA 1210 AUSTRIA

Your transfer of claim # 67373-06 is defective for the reason(s) checked below:

Amount Not On Transfer Agreement

Docket Number 32758         Date 12/10/12

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 18, 2012.