**Wolters Kluwer** | **CT Corporation**
Corporate Legal Services

505 E. Union Street
Suite 120
Olympia, WA 98501

360 357 6794 tel
www.ctcorporation.com

December 27, 2012



Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

Re: In re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Forward Investment Fund Grade Fixed Income Fund

Case No. 0813555(JMP)

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Forward Investment Fund Grade Fixed Income Fund is not listed on our records or on the records of the State of WA.

Very truly yours,

CT Corporation System

Log# 521859144

Sent By Regular Mail

cc: Southern District of New York, Bankruptcy Court
    One Bowling Green,
    New York, NY 10004

**(Returned To)**

Epiq Bankruptcy Solutions, LLC
757 Third Avenue,
3rd Floor,
New York, NY 10017

http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=521859144...    12/28/2012