Mary E. Langevin
19 Fort Charles Place
Bronx, NY  10463
Ml10463@gmail.com

December 17, 2012
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attention:  Denise Alvarez, Esquire

Re:  Chapter 11 – Case No. 08-13555 (JMP)

Lehman Brothers Holdings Inc.'s Document Requests to Claimants Participating in RSU claims discovery pursuant to Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure

Dear Ms. Alvarez:

Please be advised that I am in receipt of the documents listed on the schedule (attached) and will produce to you no later than February 7, 2013.

Further, please be advised that the electronic depository connectivity is no longer operable.

Sincerely,
Mary Langevin

Cc:  The Honorable James M. Peck, U.S. Bankruptcy Court for the Southern District



RECEIVED
DEC 1 8 2012
U.S. BANKRUPTCY COURT, SDNY
JMP

| Document Identification | Documents Date | For Attachments to emails and Documents, the Document Name |
|---|---|---|
| ML - 01 | October 1994 | Lehman Brothers Stock Award Program |
| ML - 02 | October 2001 | Lehman Brothers Stock Award Program |
| ML - 03 | October 2000 | Lehmans Brother Offer Letter |
| ML - 04 | 9/16/08 | Equity Award Program - LehmanLive |
| ML - 05 | 12/16/02 | Lehman Brothers 2002 Total Compensation Statement |
| ML - 06 | 12/12/05 | Lehman Brothers 2005 Total Compensation Statement |
| ML - 07 | 12/11/06 | Lehman Brothers 2006 Total Compensation Statement |
| ML - 08 | 12/10/07 | Lehman Brothers 2007 Total Compensation Statement |
| ML - 09 | 12/10/07 | Blue Sheet - Compensation Conversation - Employee #10220916 |
| ML - 10 | 12/10/07 | Blue Sheet - Compensation Conversation - Employee #10066483 (including Talking Points) |
| ML - 11 | 2/14/01 | Lehman Brothers Annual Report 2000 |
| ML - 12 | 2/15/02 | Lehman Brothers Annual Report 2001 |
| ML - 13 | 2/17/03 | Lehman Brothers Annual Report 2002 |
| ML - 14 | 2/9/04 | Lehman Brothers Annual Report 2003 |
| ML - 15 | 2/18/05 | Lehman Brothers Annual Report 2004 |
| ML - 16 | 2/17/06 | Lehman Brothers Annual Report 2005 |
| ML - 17 | 2/16/07 | Lehman Brothers Annual Report 2006 |
| ML - 18 | 1/29/08 | Form 10K Annual Report |

Mary E. Langevin
19 Fort Charles Place
Bronx, NY  10463
Ml10463@gmail.com

December 17, 2012
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attention: Denise Alvarez, Esquire

Re: Chapter 11 – Case No. 08-13555 (JMP)

Lehman Brothers Holdings Inc.'s Interrogatories to Claimants Participating in RSU Claims Discovery pursuant to Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure

Dear Ms. Alvarez:

Please be advised of my responses to the following:

1) Identify all Individuals who You believe may have knowledge or information concerning the classification of your RSU Claim as an equity interest or equity security and describe the subject matter of each Individual's knowledge.
2) Identify all Individuals who You will be calling as fact witnesses at an evidentiary hearing on whether Your RSU Claim should be classified as equity, and describe the subject matter of each Individual's relevant knowledge.
3) Identify all Individuals who You will be calling as an expert witnesses [sic] at an evidentiary hearing on whether Your RSU Claim should be classified as equity, and describe the subject matter of each Individual's relevant knowledge
4) Identify all Individuals who answered or provided assistance in answering these Interrogatories

1) Gregg Somma, another Participant, was my direct supervisor and handled my compensation discussion for every year during my employment at Lehman Brothers.
2) I will call Gregg Somma, as my witness.
3) None
4) None

Further, please be advised that the electronic depository connectivity is no longer operable.

Sincerely,

*Mary E Langevin*

Mary Langevin

Cc: The Honorable James M. Peck, U.S. Bankruptcy Court for the Southern District