**GIBSON, DUNN & CRUTCHER LLP**
David Feldman
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
*Counsel to the Tishman Speyer Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**IN RE:**                                                    :   **Chapter 11**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                  :   **Case No. 08-13555 (JMP)**
                                                              :
                                             **Debtors.**     :
                                                              :   **(Jointly Administered)**
------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 33119 AND 33120

PLEASE TAKE NOTICE that Midtown Plaza (Buildings) Junior Mezz (Level I), L.P.; 1372 Peachtree Junior Mezz (Level I), L.P.; Interstate North Office Park Junior Mezz (Level I), L.P.; Interstate North Office Park (Land) Junior Mezz (Level I), L.P.; and Colony Square Junior Mezz (Level I), L.P. (collectively, the "Tishman Speyer Entities" or the "Claimants"), by and through their undersigned counsel, hereby withdraw the following proofs of claim:

- Proof of claim no. 33119 filed by the Tishman Speyer Entities on September 22, 2009 against Lehman Brothers, Holdings Inc. in an unsecured, contingent and unliquidated amount; and

- Proof of claim no. 33120 filed by the Tishman Speyer Entities on September 22, 2009 against Lehman Commercial Paper Inc. in an unsecured, contingent and unliquidated amount.

PLEASE TAKE FURTHER NOTICE that the Tishman Speyer Entities respectfully request that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced case be updated accordingly.

Dated:  January 2, 2013
        New York, New York

Respectfully submitted,

/s/ David Feldman
David Feldman
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

*Counsel to the Tishman Speyer Entities*