UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Baupost Group Securities, L.L.C.           Goldman Sachs Lending Partners LLC
_____           _____
Name of Transferee           Name of Transferor

$4,183,844.00           19280
_____           _____
Amount of Claim Transferred           Proof of Claim Number

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:   Baupost Group Securities, L.L.C.
Address:            c/o Ropes & Gray LLP
                         1211 Avenue of the Americas
                         New York, NY 10036-8704
                         Attn:  Philip Wells

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By:

By: _____          Date: __1/3/12_____

Name:  Adam J. Dobson
Title:   Counsel for Transferee

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.               Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferor hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the Transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>BAUPOST GROUP SECURITIES, L.L.C.</u>               <u>GOLDMAN SACHS LENDING PARTNERS LLC</u>
Name of Transferee                                                      Name of Transferor

Name and Address where notices to transferee               Court Claim # (if known):  19280
should be sent:                                                              Amount of Claim Transferred:  $4,183,844.00
                                                                                   Date Claim Filed:  September 18, 2009
Baupost Group Securities, L.L.C.                                Debtor:  Lehman Brothers Holdings Inc.
c/o Ropes & Gray LLP
Attn: Jonathan Reisman
Phone: +1 617 235 4779
Fax: +1 617 235 0647
Email: Jonathan.Reisman@ropesgray.com

754945v.4 3091/00110

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Michelle Latzoni Date: __12/20/12__

    Transferor/Transferor's Agent              Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

754945v.4 3091/00110