WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                          :
**In re**                                                              :     **Chapter 11 Case No.**
                                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :     **08-13555 (JMP)**
                                                                          :
                                   Debtors.                     :     **(Jointly Administered)**
                                                                          :
                                                                          :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THREE
HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS
(INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three Hundred Eighty-Second Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 32889] **solely as to the claim listed on Exhibit A attached hereto**.  The Plan

Administrator reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: January 3, 2013
      New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliates

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| ELEXON CLEAR LIMITED | 4140 |