WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re**                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :    **08-13555 (JMP)**
:
**Debtors.**                                   :    **(Jointly Administered)**
:
:
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THREE
## HUNDRED EIGHTY-FIFTH OMNIBUS OBJECTION TO
## CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three

Hundred Eighty-Fifth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 32892] **solely**

**as to the claim listed on Exhibit A attached hereto**.  The Plan Administrator reserves its rights

to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  January 3, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

**Exhibit A**

**Claim for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| KOPS, PETRA | 68120 |

US_ACTIVE:\44170315\1\58399.0011