**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
                                   :

In re                              :      Chapter 11 Case No.
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                   :    **(Jointly Administered)**

                 Debtors.     :

                                   :

-------------------------------------------------------------------------x  **Ref. Docket No. 31402, 31663,**
**32414, 32448, 32498, 32591, 32904,**
**32905, 32908, 32909, 32913, 32915,**
**32943-32945, 32947-32949, 32951-**
**32955, 32967, 32969-32974, 32984,**
**32996, 33013, 33014, 33022, 33024,**
**33025, 33027-33031, 33033, 33036-**
**33038, 33041-33043, 33045, 33046,**
**33050-33054, 33056, 33058, 33059,**
**33061, 33063, 33064, 33066, 33069,**
**33070, 33073, 33076, 33078, 33079,**
**33081, 33084-33086, 33088, 33096,**
**33097, 33099, 33102, 33104, 33106-**
**33108, 33112, 33116-33130, 33132,**
**33134, 33137, 33138, 33140, 33141,**
**33144, 33146-33150, 33152-33156,**
**33158, 33160, 33161**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*

Lauren Rodriguez

Sworn to before me this
3rd day of January, 2013

*/s/  Panagiota Manatakis*

Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ALTUNED HOLDINGS LLC
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
              C/O RICHARDS KIBBE & ORBE
              ATTN: LARRY HALPERIN
              ONE WORLD FINANCIAL CENTER
              NEW YORK NY 10281

Please note that your claim # 50494-03 in the above referenced case and in the amount of
        $2,936,807.60  allowed at $2,878,917.81       has been transferred (**unless previously expunged by court order**)

              BKM HOLDINGS (CAYMAN) LTD.
              TRANSFEROR: ALTUNED HOLDINGS LLC
              C/O DAVIDSON KEMPNER
              ATTN: JENNIFER DONOVAN
              65 EAST 55TH STREET
              NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33031        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/26/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 26, 2012.

EXHIBIT B

TIME: 15:35:44
DATE: 12/26/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| AGRUPAEJIDO, S.A. | CARRETERA NACIONAL 340KM 414, EL EJIDO ALMERIA 04710 SPAIN |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52D STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | HSBC HOUSE 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. | (ON BEHALF OF ITS CLIENTS) FAO: ILARIA SICA VIA CERNAIA, 7 TORINO 10121 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK VONTOBEL AG | TRANSFEROR: CREDIT SUISSE GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON CH-1400 SWITZERLAND |
| BARCLAYS BANK BSSAU | TRANSFEROR: AGRUPAEJIDO, S.A. = BARCLAYS BANK, S.A. ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN |
| BARCLAYS BANK PLC | DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LEHMAN BROS. EUROPEAN MEZZANINE CAPITAL PARTNERS-B,LP ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 2004 PART. AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-A, L.P AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE FUND 2003-A. L.P. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE FUND 2003-A, L.P. AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE FUND 2003-B. L.P. AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE FUND 2003-B, L.P. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE PARTNERS 2003-D, L.P. AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NEOVARA EUROPEAN MEZZANINE PARTNERS 2003-D, L.P. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: AUSTARITY GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CALYON ASSOCIATES, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNIES FUND LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNIES INTERNATIONAL LTD. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LT C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER INSTITUTIONAL PARTNERS C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER INTERNATIONAL LIMITED C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER INTERNATIONAL, LTD. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER INTERNATIONAL, LTD. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DELRANG HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DOLPHINSU CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: HIGHTIP CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 5 EAST 55TH STREET NEW YORK NY 10022 |

TIME: 15:35:44
DATE: 12/26/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: HIGHTIP CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: M.H. DAVIDSON & CO. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MIDTOWN ACQUISITIONS LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BSI SA | TRANSFEROR: CREDIT SUISSE ATTN: ANDREA FERRARI - CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO 6900 SWITZERLAND |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CBW LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: YORVIK PARTNERS LLP ATTN: PATRICIA SEDDON C/O ASHURST LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| CENKOS CHANNEL ISLANDS LIMITED | TRANSFEROR: CREDIT SUISSE PO BOX 222 12 5 THE ESPLANADE BUILDINGS FOUNTAIN STREET ST PETER PORT GY1 4JG GUERNSEY |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LTD. | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: YORVIK PARTNERS LLP 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 ATTN. JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: THE ATTENTION: SUZANNE GIBBONS NEW YORK NY 10022 |
| DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL LIMITED | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | ATTN. JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | ATTN. JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: BARCLAYS BANK PLC 65 EAST 55TH STREET, 19TH FL NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: CANTOR FITZGERALD & CO C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:35:44
DATE: 12/26/12

PAGE: 3

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FIVE STARS S.A. | ATTN: MARINA PADALINO BOULEVARD DU PRINCE HENRI 19-21 GRAND DUCHY OF LUXEMBOURG LUXEMBOURG L-1724 LUXEMBOURG |
| GE CORPORATE FINANCIAL SERVICES, AS LOAN SERVICER | C/O LATHAM & WATKINS LLP RICHARD LEVY, ESQ. WILLIS TOWER, SUITE 5800 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| GOLDENTREE MASTER FUND II, LTD. | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GOLDENTREE MASTER FUND II, LTD. | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HIGHTIP CAPITAL LLC | TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA DEL PIEMONTE CON UNICO SOCIO S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: SUN LIFE ASSURANCE COMPANY OF CANADAUS ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| KTS KENSINGTON SQUARE TRUST S.A.R.L. | TRANSFEROR: FIVE STARS S.A. 1 RUE NICOLAS SIMMER LUXEMBOURG 2-2538 LUXEMBOURG |
| LEHMAN BROS. EUROPEAN MEZZANINE CAPITAL PARTNERS-B,LP | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE ADVISOR TO THE GENERAL PARTNER 52 BROOKS STREET LONDON W1K 5DS UNITED KINGDOM |
| LEHMAN BROTHERS DIVERSIFIED PRIVATE EQUITY FUND 2005 PARTN | ATTN: BRIAN MCCARTHY 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS EUROPEAN MEZZANINE CAPITAL PARTNERS-A,L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE ADVISOR TO THE GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| LEHMAN COMMERCIAL PAPER, INC. | TRANSFEROR: GE CORPORATE FINANCIAL SERVICES, AS LOAN SERVICER ATTN: SALLY M. NANCOZ AND SCOTT ANCHIN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: SHARELINK SECURITIES AND FINANCIAL SERVICES LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| MARINER LDC | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC 767 FIFTH AVENUE NEW YORK NY 10153 |
| NEOVARA ACQUISITIONS LP | TRANSFEROR: ILLIQUIDX LTD 65 EAST 55TH STREET, 19TH FL NEW YORK NY 10022 |
| NEOVARA EUROPEAN MEZZANINE FUND 2003-A, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL COUNSEL 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE FUND 2003-A, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE FUND 2003-B, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE FUND 2003-B, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL PARTNER 52 BROOKS STREET LONDON W1S 1BG UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE PARTNERS 2003-B, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE PARTNERS 2003-D, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| NEOVARA EUROPEAN MEZZANINE PARTNERS 2003-D, L.P. | ATTN: JULIAN ENTWISTLE, DIRECTOR OF THE GENERAL PARTNER 52 BROOK STREET LONDON W1K 5DS UNITED KINGDOM |
| PIDGIN BV | NICOLAAS WITSENKADE 34 AMSTERDAM 1017 ZT NETHERLANDS |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| SEMPER CONSTANTIA PRIVATBANK AG | (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2 WEIN 1010 AUSTRIA |
| SHARELINK SECURITIES AND FINANCIAL SERVICES LTD | ELLINES HOUSE, 6 THEOTOKI STREET P.O. BOX 22379 NICOSIA 1521 CYPRUS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: PIDGIN BV ATTN: J. KAFTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:35:44
DATE: 12/26/12

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 4

| Name | Address |
|------|---------|
| SUN LIFE ASSURANCE COMPANY OF CANADA/US | ONE SUN LIFE EXECUTIVE PARK SC1306 WELLESLEY HILLS MA 02481 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: MARINER LDC ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| UBI BANCA INTERNATIONAL S.A. | TRANSFEROR: CREDIT SUISSE C/O UNIONE DI BANCHE ITALIANE S.C.P.A. ATTN: FABIO BOSCHIAN VIA CAVRIANA 20 MILANO 20134 ITALY |
| UNICREDIT BANK CZECH REPUBLIC, A.S. | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED ZELETAVSKA 1525/1, 140 92 PRAHA 4 - MICHLE CZECH REPUBLIC |

Total Number of Records Printed    126

EPIQ BANKRUPTCY SOLUTIONS, LLC