JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
                                                               :    (Jointly Administered)
                                                               :
                                        Debtors.               :
                                                               :
-------------------------------------------------------------- x

**SUPPLEMENTAL NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

NYI-4485323v2

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination (attached hereto as Exhibit A); and (ii) a declaration of service (attached hereto as Exhibit B).

Dated: January 4, 2013
New York, New York

JONES DAY

*s/* Laura W. Sawyer
Jayant W. Tambe
Laura W. Sawyer
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Debtors and Debtors in Possession*

NYI-4485323v2

# EXHIBIT A

## SUPPLEMENTAL NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | James Vergara |
| Date of Service of Subpoena: | November 9, 2012 |
| Subject of Subpoena: | Testimony at an examination and production of documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination | **Original Deposition Date and Location:**<br><br>December 11, 2012 at 10:00 A.M. (ET) at:<br>Moseley, Prichard, Parrish, Knight & Jones<br>501 West Bay Street<br>Jacksonville, Florida 32202<br><br>**New Deposition Date and Location**:<br><br>January 11, 2013 at 09:00 A.M. (ET) at:<br>Moseley, Prichard, Parrish, Knight & Jones<br>501 West Bay Street<br>Jacksonville, Florida 32202 |

NYI-4485323v2

## EXHIBIT B

## DECLARATION OF SERVICE

NYI-4485323v2