UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                             :
In re                                                        :      Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :      08-13555 (JMP)
                                                             :      (Jointly Administered)
                               Debtors.                      :
                                                             :
-------------------------------------------------------------------------x      Ref. Docket Nos. 32968, 32977

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 26, 2012, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
4th day of January, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfers 32968, 32977_Aff 12-26-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

<u>NOTICE OF DEFECTIVE TRANSFER</u>

Transferor:      ST. PENSIOENFONDS DE HOOP
                 DUITSLANDWEG 2
                 TERNEUZEN 4530 AA NETHERLANDS


Additional:      ST. PENSIOENFONDS DE HOOP
                 KEIJSER CAPITAL N.V.
                 ATTN: COMPLIANCE DEPT
                 KEIZERSGRACHT 410
                 GC AMSTERDAM 1016 THE NETHERLANDS


Transferee:      BSOF PARALLEL MASTER FUND L.P.
                 C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
                 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                 NEW YORK NY 10036


**Your transfer   of claim #   52390   is defective for the reason(s) checked below:**


Docket Number 32977              Date 12/19/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 26, 2012.

# EXHIBIT B

```
TIME: 15:37:18
DATE: 12/26/12                                                              PAGE:   1

                              LEHMAN BROTHERS HOLDING INC.
                                    CREDITOR LISTING

Name                              Address
BSOF PARALLEL MASTER FUND L.P.    C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
BSOF PARALLEL MASTER FUND, L.P.   C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CHASE LINCOLN FIRST COMMERCIAL    383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
  CORPORATION
GOLDENTREE MASTER FUND, LTD.      C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.      BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
ST. PENSIOENFONDS DE HOOP         DUITSLANDWEG 2 TERNEUZEN 4530 AA NETHERLANDS
ST. PENSIOENFONDS DE HOOP         KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 GC AMSTERDAM 1016 THE NETHERLANDS


Total Number of Records Printed   7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC