**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                    :
:    Ref. Docket Nos. 33004, 33006,
:    33007-33009, 33023, 33026, 33032,
:    33035, 33039, 33040, 33044, 33049,
:    33055, 33057, 33060, 33068, 33071,
:    33072, 33074, 33075, 33077, 33080,
:    33082, 33083, 33087, 33089-33095,
:    33098, 33100, 33101, 33103, 33105
:    33109-33111
-----------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN COMMERCIAL PAPER INC.,**          :    08-13900 (JMP)
:    (Jointly Administered)
Debtors.                    :
:    Ref. Docket No. 41
:
:
-----------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                              ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 27, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

T:\Clients\LBH\Affidavits\Transfers\Transfers 33004, 33006, 33007...33105, 33109-33111, (08-13900) 41_AFF_12-27-12.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of January, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>            Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ALTUNED HOLDINGS LLC
         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
         C/O RICHARDS KIBBE & ORBE
         ATTN: LARRY HALPERIN
         ONE WORLD FINANCIAL CENTER
         NEW YORK NY 10281
```

Please note that your claim # 55816-11 in the above referenced case and in the amount of
      $10,000,000.00   allowed at $10,000,000.00         has been transferred **(unless previously expunged by court order)**

```
         BKM HOLDINGS (CAYMAN) LTD.
         TRANSFEROR: ALTUNED HOLDINGS LLC
         C/O DAVIDSON KEMPNER
         ATTN: JENNIFER DONOVAN
         65 EAST 55TH STREET
         NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33068      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/27/2012                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 27, 2012.

**EXHIBIT B**

```
TIME: 16:08:19                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 12/27/12                                          CREDITOR LISTING

Name                                              Address
ALTUNED HOLDINGS LLC                              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
AUSTARITY GROUP LLC                               TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
                                                  ATTN: ANTHONY VITTELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: AUSTARITY GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CALOGY ASSOCIATES, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CBW LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CYAMAN) LTD.                        TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL LTD C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL LTD. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DELRANG HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: M.H. DAVIDSON & CO. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CALOGY ASSOCIATES, LLC                            TRANSFEROR: MORGAN STANLEY & CO LLC ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
CALOGY ASSOCIATES, LLC                            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
CBW LLC                                           TRANSFEROR: BANK JULIUS BAER & CO. LTD. C/O ASHURST LLP; ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
CBW LLC                                           TRANSFEROR: BARCLAYS BANK PLC C/O ASHURST LLP; ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
CBW LLC                                           TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP; ATTN: PATRICIA SEDDON TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND LP                                TRANSFEROR: BARCLAYS BANK PLC C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS EUROPE MASTER FUND LTD.                     TRANSFEROR: M.H. DAVIDSON & CO. C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD           TRANSFEROR: BARCLAYS BANK PLC C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND                   TRANSFEROR: BARCLAYS BANK PLC C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: BARCLAYS BANK PLC C/O CYRUS CAPITAL PARTNERS, L.P. 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
OPPORTUNITIES FUND LP
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
OPPORTUNITIES FUND LP                             NEW YORK NY 10022
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
OPPORTUNITIES INTERNATIONAL FUND
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
OPPORTUNITIES INTL LTD                            NEW YORK NY 10022
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS,          TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
L.P.
DAVIDSON KEMPNER INSTITUTIONAL PARTNERS,          TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
L.P.                                              NEW YORK NY 10022
DELRANG HOLDINGS LLC                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
DELRANG HOLDINGS LLC                              TRANSFEROR: GOLDMAN, SACHS & CO. C/O RICHARDS KIBBE & ORBE LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
DELRANG HOLDINGS LLC                              TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
M.H. DAVIDSON & CO.                               TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FLO NEW YORK NY 10022

                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:08:19                                    LEHMAN BROTHERS HOLDING INC.                                                  PAGE:  2
DATE: 12/27/12                                          CREDITOR LISTING

Name                    Address
M.H. DAVIDSON & CO.     TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
                        NEW YORK NY 10022
PERRY PRINCIPALS LLC    TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MICHAEL NEUSS C/O PERRY CAPITAL 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153


Total Number of Records Printed    42


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```