B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Frank Messenzehl | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Frank Messenzehl
Danziger Straße 18
63322 Rödermark
Germany

Phone: 011-49- 170 1452 925

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *Frank Messenzehl*    Date: 11-19-2012
Title or Source of Authority:

16.11.2012 17:35
FRANKFURT 2014274 v1 [2014274_1.DOCX]

# Exhibit A

| | |
|---|---|
| Transferor: | Sparkasse Dieburg<br>St.-Péray-Straße 2-4<br>64823 Groß-Umstadt<br>Germany |
| Court Claim # (if known): | original Claim ID 60631.<br>New Claim No. as per Docket No. 30324: 200133; |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 4.578.83 USD |
| | Amount of Claim is Allowed Claim Amount relating to Blocking Reference Number:<br>7010200909163948061 |