B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,        Case No. 08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Wucher Spezialbau GmbH | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Wucher Spezialbau GmbH
Attn: Erich Wucher
Alois-Stadler-Str. 3
88167 Gestratz
Germany

Phone: 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-98093

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: _[signature] E. Wucher, Geschäftsführer_    Date: _Gestratz, den 22.11.2012_
Title or Source of Authority:

21.11.2012 17:13
FRANKFURT 2017080 v1 [2017080_1.DOCX]

# Exhibit A

| | |
|---|---|
| Transferor: | DAB bank AG<br>Landsberger Str. 300<br>80687 München<br>Germany |
| Court Claim # (if known): | original Claim ID 60631,<br>New Claim No. 200083 |
| Date Claim Filed | 2 November 2009 |
| Amount of Claim: | 33,723.81 USD |
| | Amount of Claim is Allowed Claim Amount relating to Blocking Reference Number:<br>4043200909256997001 |