UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                :
                        Debtors.                :   (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Saffery Champness Trust Corporation M3521<br>PO Box 141 La Tonnelle House<br>Les Banques, St. Sampson<br>GY1 3HS, Guernsey |
| Claim Number (if known): | 14120 |
| Date Claim Filed: | October 15, 2009 |
| Total Amount of Claim Filed: | $10,215 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: BRANCH OFFICER |
|---|---|
| Printed Name: NICHOLAS JOHN BATISTE | Dated: 3 JANUARY 2013 |