UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                              Debtors.                             :   (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Varian Investments Limited<br>Rue de Puits-Godet 12<br>CASE Postale 763<br>2005 Neuchatel, Switzerland |
| Claim Number (if known): | 13800 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $220 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Authorised Signatories |
| --- | --- |
| Printed Name: Chenillat D Recador | Dated: 3.1.2013 |

US_ACTIVE:\44096563\1\58399.0011