UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                              :
                       Debtors.               :    (Jointly Administered)
---------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Jonathan Green<br>10 Hannover Terrace<br>London, NW1 4RJ, United Kingdom |
| Claim Number (if known): | 13677 |
| Date Claim Filed: | October 15, 2009 |
| Total Amount of Claim Filed: | $92,770 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: [signature]            Title: MR

Printed Name: Jonathan Green      Dated: 7 January 2013

US_ACTIVE:\44096563\1\58399.0011