08-13555-mg    Doc 33665    Filed 01/07/13    Entered 01/07/13 16:23:25    Main Document
                                    Pg 1 of 1

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon TSS Fund Ltd. on December 21, 2012, the issuance of which was noticed in a filing with the Court on December 26, 2012 [ECF No. 33382].

Dated: January 7, 2013
      New York, New York

                                                              /s/ Robert J. Lemons
                                                             Robert J. Lemons
                                                              WEIL, GOTSHAL & MANGES LLP
                                                              767 Fifth Avenue
                                                              New York, New York 10153
                                                              Telephone: (212) 310-8000
                                                              Facsimile: (212) 310-8007

                                                              *Attorneys for Lehman Brothers Holdings Inc.
                                                              and Certain of Its Affiliates*

US_ACTIVE:\44125162\1\58399.0011