UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
            Debtors.                              :
                                                  :
------------------------------------------------------------------x    Ref. Docket No. 32914, 32946,
                                                       32966, 32975, 32976, 33113-33115,
                                                       33131, 33133, 33135, 33139, 33142,
                                                       33143, 33145, 33151, 33157, 33159,
                                                       33162-33190

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 28, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ Lauren Rodriguez
                                                       Lauren Rodriguez

Sworn to before me this
7th day of January, 2013

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 32914, 32946, 32966...33159, 33162-33190_AFF_12-28-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BARCLAYS BANK PLC
         TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG
         745 SEVENTH AVENUE
         NEW YORK NY 10019

Please note that your claim # 66501-35 in the above referenced case and in the amount of
      $908,864.00  allowed at $908,227.69         has been transferred **(unless previously expunged by court order)**

         LAMP HAYMAN CAPITAL FUND
         TRANSFEROR: BARCLAYS BANK PLC
         C/O HAYMAN CAPITAL MANAGEMENT, L.P.
         ATTN: CHRIS KIRKPATRICK
         2101 CEDAR SPRINGS ROAD, SUITE 1400
         DALLAS TX 75201

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32966      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/28/2012                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  December 28, 2012.

# EXHIBIT B

```
TIME: 20:53:48                                              LEHMAN BROTHERS HOLDING INC.                                                        PAGE:    1
DATE: 12/28/12                                                    CREDITOR LISTING

Name                                                    Address
BANCA POPOLARE DELL'ALTO ADIGE                          TRANSFEROR: HYPO TIROL BANK ITALIEN AG ATTN: FRASNELLI VERENA FINANCIAL BACK OFFICE VIA SIEMENS 18 BOLZANO 39100 ITALY
BARCLAYS BANK PLC                                       TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019
BKM HOLDINGS (CAYMAN) L TD.                             TRANSFEROR: DOLPHINSU CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL LTD C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: DAVIDSON KEMPNER INTERNATIONAL, LTD. C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: DAVIDSON KEMPNER PARTNERS C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: DOLPHINSU CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: GFA I LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: HIGHTIP CAPITAL LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: JATRALEC CAPITAL, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: JATRALEC CAPITAL, LLC C/P DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: LATAJ GROUP, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: MIDTOWN ACQUISITIONS LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: REALCLUB HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                              TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
DAVIDSON KEMPNER DISTRESSED                             TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
OPPORTUNITIES INTL LTD                                  NEW YORK NY 10022
DAVIDSON KEMPNER INTERNATIONAL, LTD.                    TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
DAVIDSON KEMPNER INTERNATIONAL, LTD.                    TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
                                                        NEW YORK NY 10022
DAVIDSON KEMPNER PARTNERS                               TRANSFEROR: BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022
DAVIDSON KEMPNER PARTNERS                               ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
DAVIDSON KEMPNER PARTNERS                               C/O DAVIDSON KEMPNER CAPITAL MANARGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022
DAVIDSON KEMPNER PARTNERS                               TRANSFEROR: KNIGHT CAPITAL EUROPE LIMITED ATTN: SUZANNE GIBBONS C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET
                                                        NEW YORK NY 10022
DOLPHINSU CAPITAL LLC                                   TRANSFEROR: CANTOR FITZGERALD & CO C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
DOLPHINSU CAPITAL LLC                                   TRANSFEROR: CANTOR FITZGERALD & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GFA I LLC                                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
GFA I LLC                                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIME SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
GFA I LLC                                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O ASHURST LLP, ATTN: AMANDA GOEHRING TIMES SQUARE TOWER, 7 TIMES SQUARE NEW YORK NY 10036
HIGHTIP CAPITAL LLC                                     TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
HYPO TIROL BANK ITALIEN AG                              HYPO TIROL BANK ITALIA SPA RECHTSSITZ / SEDE LEGALE SCHLACHTHOFSTRASSE 30-A / VIA MACELLO 30-A BOZEN / BOLZANO 39100 ITALY
JATRALEC CAPITAL, LLC                                   TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JATRALEC CAPITAL, LLC                                   TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS, KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LAMP HAYMAN CAPITAL FUND                                TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                        DALLAS TX 75201
LATAJ GROUP, LLC                                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MARY CHOCOLATE CO., LTD.                                TRANSFEROR: LEHMAN BROTHERS JAPAN INC ATTN: MASAKI NAKAYAMA 7-1-14 OMORI-NISHI OTA-KU TOKYO JAPAN
MERRILL LYNCH, PIERCE, FENNER & SMITH                   TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
INC
MIDTOWN ACQUISITIONS LP                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                                 TRANSFEROR: YORVIK PARTNERS LLP ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 20TH FLOOR NEW YORK NY 10022
REALCLUB HOLDINGS LLC                                   TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
REALCLUB HOLDINGS LLC                                   TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                        NEW YORK NY 10281
TSO, LLC                                                TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O AMANDA GOEHRING ASHURST LLP 7 TIMES SQUARE NEW YORK NY 10036
UBS AG, LONDON BRANCH                                   TRANSFEROR: MARY CHOCOLATE CO., LTD. ATTN: KAZUYA ICHIKAWA AND MARIE MIYAZAWA (TOKYO) 1 FINSBURY AVENUE
                                                        LONDON EC2M 2PP UNITED KINGDOM

Total Number of Records Printed          42                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```