UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 15476 filed against Lehman Brothers Holdings Inc. by AXA Interlife S.p.a. in the amount of $2,844,812.80 (the "Claim").

PLEASE TAKE NOTICE that AXA Interlife S.p.a. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. AXA Interlife S.p.a. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by AXA Interlife S.p.a. or its affiliates.



PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon AXA Interlife S.p.a. on November 29, 2012, the issuance of which was noticed in a filing with the Court on December 3, 2012.

Dated: December 31, 2012
[Town, Country]

Name: ERICH DECHEL
Title: AXA MPS CIO
Address:
Telephone: VITC. ONEON PARK, Pl.do de POD, S/M
Facsimile: CORNELIA WOBECOT
93 290 99 22
93 365 XI 57

Dated: December 31, 2012
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*