UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                      Debtors.                                     :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 33136, 33191-
                                                                       33232, 33234-33247, 33326, 33339-
                                                                       33342, 33345, 33346, 33431, 33441,
                                                                       33443

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 31, 2012, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
7th day of January, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALSTON INVESTMENTS LLC
        TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
        C/O ELLIOTT MANAGEMENT CORPORATION
        ATTN: ELLIOT GREENBERG / RAJAT BOSE
        712 FIFTH AVENUE, 35TH FLOOR
        NEW YORK NY 10019

Please note that your claim # 62743-06 in the above referenced case and in the amount of
    $97,237,520.00   allowed at $97,111,224.04      has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS & CO.
        TRANSFEROR: ALSTON INVESTMENTS LLC
        ATTN: MICHELLE LATZONI
        30 HUDSON STREET, 5TH FLOOR
        JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33200    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/31/2012                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 31, 2012.

# EXHIBIT B

```
TIME: 15:31:58                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 12/31/12                                                   CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AUSTARITY GROUP LLC | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: AUSTARITY GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BLUE ANGEL CLAIMS, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CALOGY ASSOCIATES, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DAVIDSON KEMPNER PARTNERS C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: JATRALEC CAPITAL, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: LATAJ GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: LATAJ GROUP, LLC C/O DAVIDSON KEMPER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: LATAJ GROUP, LLC C/O DAVIDSON KEMPNER AATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MIDTOWN ACQUISITIONS LP C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: AES EASTERN ENERGY L.P. ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: BKW FMB ENERGIE AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: JYSKE BANK A/S ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONAVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND II, LP C/O DAVIDSON KEMPNER CAPITAL MANGEMENT LLC 65 EAST 55TH STREET, 19TH FLOOR ATTN: JENNIFER DONOVAN NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: JENNIFER DONOVAN, C/O M.H. DAVIDSON & CO. 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: MIZUHO CORPORATE BANK, LTD. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CMG DR. ZORN & PARTNER AG | TRANSFEROR: CREDIT SUISSE AG OSTR STR 7 FRAUENFELD CH-8500 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND |
| DAVIDSON KEMPNER PARTNERS | BINGHAM MCCUTCHEN LLP ATTN STEVEN LOZNER, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 15:31:58                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 2
DATE: 12/31/12                                         CREDITOR LISTING

Name                                          Address
DAVIDSON KEMPNER PARTNERS                     C/O DAVIDSON KEMPNER CAPITAL MANARGEMENT LLC ATTN SUZANNE GIBBONS 65 EAST 55TH STREET NEW YORK NY 10022
GFA I LLC                                     STEPHEN D LERNER 1095 AVE OF THE AMERICAS, 31ST FLOOR NEW YORK NY 10036
GFA I LLC                                     C/O RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GFA I LLC                                     C/O ASHURST LLP PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
GFA I LLC                                     TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O ASHURST LLP 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
GOLDMAN SACHS & CO.                           TRANSFEROR: ALSTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07302
JATRALEC CAPITAL, LLC                         TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP LLC                               TRANSFEROR: JPMORGAN CHASE BANK, NA C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP, LLC                              TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP, LLC                              TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP, LLC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP, LLC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LATAJ GROUP, LLC                              TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CTR NEW YORK NY 10281
LIQUIDATION OPPORTUNITIES MASTER FUND,        TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
LUZERNER KANTONALBANK AG                      BAKER & MCKENZIE LLP ATT: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                      LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
LUZERNER KANTONALBANK AG                      TRANSFEROR: COOPERA SAMMELSTIFTUNG PUK PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MIDTOWN ACQUISITIONS LP                       SHEARMAN & STERLING LLP DONNA PARISI, ESQ. AND KERRI SILVER, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                       F/K/A DK ACQUISITION PARTNERS, L.P. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO
                                              65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                       F/K/A DK ACQUISITION PARTNERS, L.P. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL
                                              65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
MIDTOWN ACQUISITIONS LP                       DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
ORE HILL CREDIT HUB FUND LTD.                 BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
ORE HILL CREDIT HUB FUND LTD.                 F/K/A ORE HILL CONCENTRATED CREDIT HUB FUND LIMITED C/O ORE HILL PARTNERS LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR
                                              NEW YORK NY 10019
ORE HILL HUB FUND LTD.                        TRANSFEROR: ORE HILL CREDIT HUB FUND LTD. C/O GLG ORE HILL HSBC TOWER ATTN: RACHEL CARR-HARRIS 452 5TH AVE., 27TH FLOOR
                                              NEW YORK NY 10018
TANNOR PARTNERS CREDIT FUND, LP               TRANSFEROR: CMG DR. ZORN & PARTNER AG 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TSO, LLC                                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ASHURST LLP ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
VARDE FUND IX LP, THE                         TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE FUND IX-A LP, THE                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE                       TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)          TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
MASTER LP                                     MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED ATTN: EDWINA STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                              MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN:LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                           TRANSFEROR: LUZERNER KANTONALBANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed           88                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```