UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

### JOINT NOTICE OF PARTIAL WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 11070, filed on September 10, 2009, against Lehman Brothers Holdings Inc. by 820 Management Trust (the "Claimant") in the amount of $43,245,841.98 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice all portions of the Claim other than the portion with respect to certain derivative transactions with Lehman Brothers Finance S.A. (the "Lehman Finance Claim"). All rights and defenses as to the Lehman Finance Claim are hereby reserved. Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the Claim other than the Lehman Finance Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced by $36,298,999.98.

The undersigned represents and warrants that the withdrawal of certain portions of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44171820\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on November 19, 2012, the issuance of which was noticed in a filing with the Court on November 20, 2012.

Dated: January 7, 2013
     New York, New York

/s/ Luke A. Barefoot

Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2829
Facsimile: (212) 225-3999

*Attorneys for 820 Management Trust*

Dated: January 7, 2013
     New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*