UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | ) Case No. 08-13555 (JMP) |
| Debtors | ) (Jointly Administered) |

---

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY

Credit Suisse International hereby withdraws its Notice of Transfer of Claim for Security pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., filed on March 16, 2012 [Docket No. 26940], transferring a portion of claim number 59006 in the amount of $50,000,000.00 as security from PBC Financing LLC as transferor to Credit Suisse International as transferee.

Respectfully submitted on this 8th day of January, 2013.

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein
Paul N. Silverstein (PS 5098)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

*Counsel to Credit Suisse International*

NYC:243717.4