UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                    :
In re                               :    Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                    :
            Debtors.                :    (Jointly Administered)
                                    :
---------------------------------------------------------------------x    Ref Docket No. 33661-33665

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2013, I caused to be served the:

   a. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," ING Belgium S.A./N.V., dated January 7, 2013 [Docket No. 33661],

   b. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," Lyxor Asset Management S.A., as Submanager of the Lyxor/GLG Pan European Equity Fund Limited, dated January 7, 2013  [Docket No. 33662],

   c. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," Lyxor Asset Management S.A., as Submanager of the Lyxor/Julius Baer Global Rates Hedge Fund Ltd, dated January 7, 2013  [Docket No. 33663],

   d. "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," Stichting Shell Pensioenfonds, dated January 7, 2013 [Docket No. 33664], and

   e. "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," dated January 7, 2013  [Docket No. 33665],

-2-

    by causing true and correct copies to be:

      i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

      ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Pete Caris*
                                             Pete Caris

Sworn to before me this
7th day of January, 2013
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of Bronx
Commission Expires September 24, 2013

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apo@stevenslee.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cbrotstein@bm.net
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
cs@stevenslee.com
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com

-1-

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cward@polsinelli.com | dtheising@harrisonmoberly.com |
| cweber@ebg-law.com | dwdykhouse@pbwt.com |
| cweiss@ingramllp.com | dwildes@stroock.com |
| dallas.bankruptcy@publicans.com | dworkman@bakerlaw.com |
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | efleck@milbank.com |
| david.seligman@kirkland.com | efriedman@fklaw.com |
| davids@blbglaw.com | efriedman@friedumspring.com |
| davidwheeler@mvalaw.com | eglas@mccarter.com |
| dbalog@intersil.com | ekbergc@lanepowell.com |
| dbarber@bsblawyers.com | eleicht@whitecase.com |
| dbaumstein@whitecase.com | eli.mattioli@klgates.com |
| dbesikof@loeb.com | ellen.halstead@cwt.com |
| dcimo@gjb-law.com | emerberg@mayerbrown.com |
| dcoffino@cov.com | enkaplan@kaplanlandau.com |
| dcrapo@gibbonslaw.com | eobrien@sbchlaw.com |
| ddavis@paulweiss.com | erin.mautner@bingham.com |
| ddrebsky@nixonpeabody.com | eschwartz@contrariancapital.com |
| ddunne@milbank.com | etillinghast@sheppardmullin.com |
| deggermann@kramerlevin.com | ezujkowski@emmetmarvin.com |
| deggert@freebornpeters.com | ezweig@optonline.net |
| demetra.liggins@tklaw.com | fbp@ppgms.com |
| dfelder@orrick.com | ffm@bostonbusinesslaw.com |
| dflanigan@polsinelli.com | fhyman@mayerbrown.com |
| dgrimes@reedsmith.com | foont@foontlaw.com |
| dhayes@mcguirewoods.com | fsosnick@shearman.com |
| dheffer@foley.com | fyates@sonnenschein.com |
| diconzam@gtlaw.com | gabriel.delvirginia@verizon.net |
| djoseph@stradley.com | gbray@milbank.com |
| dkleiner@velaw.com | ggitomer@mkbattorneys.com |
| dkozusko@willkie.com | ggoodman@foley.com |
| dlemay@chadbourne.com | giddens@hugheshubbard.com |
| dlipke@vedderprice.com | gkaden@goulstonstorrs.com |
| dludman@brownconnery.com | glenn.siegel@dechert.com |
| dmcguire@winston.com | gmoss@riemerlaw.com |
| dmurray@jenner.com | gravert@ravertpllc.com |
| dneier@winston.com | gspilsbury@jsslaw.com |
| dodonnell@milbank.com | harrisjm@michigan.gov |
| dove.michelle@dorsey.com | harveystrickon@paulhastings.com |
| dpegno@dpklaw.com | hbeltzer@mayerbrown.com |
| draelson@fisherbrothers.com | heim.steve@dorsey.com |
| dravin@wolffsamson.com | heiser@chapman.com |
| drose@pryorcashman.com | hollace.cohen@troutmansanders.com |
| drosenzweig@fulbright.com | holsen@stroock.com |
| drosner@goulstonstorrs.com | howard.hawkins@cwt.com |
| dshaffer@wtplaw.com | hseife@chadbourne.com |
| dshemano@peitzmanweg.com | hsnovikoff@wlrk.com |
| dspelfogel@foley.com | hsteel@brownrudnick.com |
| dtatge@ebglaw.com | ian.roberts@bakerbotts.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jkehoe@btkmc.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jwcohen@daypitney.com

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| jweiss@gibsondunn.com | lschweitzer@cgsh.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| karl.geercken@alston.com | marc.chait@sc.com |
| kdwbankruptcydepartment@kelleydrye.com | margolin@hugheshubbard.com |
| keckhardt@hunton.com | mark.bane@ropesgray.com |
| keith.simon@lw.com | mark.deveno@bingham.com |
| ken.coleman@allenovery.com | mark.ellenberg@cwt.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.hellerer@pillsburylaw.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bragarwexler.com | mccombst@sullcrom.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| ljkotler@duanemorris.com | michael.kelly@monarchlp.com |
| lkatz@ltblaw.com | michael.kim@kobrekim.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lromansic@steptoe.com | mkjaer@winston.com |
| lscarcella@farrellfritz.com | mlahaie@akingump.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlandman@lcbf.com | phayden@mcguirewoods.com |
| mlichtenstein@crowell.com | philip.wells@ropesgray.com |
| mlynch2@travelers.com | pmaxcy@sonnenschein.com |
| mmendez@hunton.com | ppascuzzi@ffwplaw.com |
| mmooney@deilylawfirm.com | ppatterson@stradley.com |
| mmorreale@us.mufg.jp | psp@njlawfirm.com |
| mneier@ibolaw.com | ptrain-gutierrez@kaplanlandau.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | r.stahl@stahlzelloe.com |
| mparry@mosessinger.com | raj.madan@bingham.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | rbeacher@pryorcashman.com |
| mpucillo@bermanesq.com | rbernard@foley.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rflanagan@flanassoc.com |
| msegarra@mayerbrown.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nherman@morganlewis.com | rlevin@cravath.com |
| nickolas.karavolas@pillsburylaw.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.gilhuly@lw.com | rroupinian@outtengolden.com |
| peter.macdonald@wilmerhale.com | rrussell@andrewskurth.com |
| peter.simmons@friedfrank.com | rterenzi@stcwlaw.com |
| peter@bankrupt.com | russj4478@aol.com |
| pfeldman@oshr.com | rwasserman@cftc.gov |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| rwyron@orrick.com | steve.ginther@dor.mo.gov |
| s.minehan@aozorabank.co.jp | steven.troyer@commerzbank.com |
| sabin.willett@bingham.com | steven.usdin@flastergreenberg.com |
| sabramowitz@velaw.com | steven.wilamowsky@bingham.com |
| sabvanrooy@hotmail.com | steven@blbglaw.com |
| sally.henry@skadden.com | streusand@streusandlandon.com |
| samuel.cavior@pillsburylaw.com | susheelkirpalani@quinnemanuel.com |
| sandyscafaria@eaton.com | sweyl@haslaw.com |
| sara.tapinekis@cliffordchance.com | swolowitz@mayerbrown.com |
| scargill@lowenstein.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tarbit@cftc.gov |
| schnabel.eric@dorsey.com | tbrock@ssbb.com |
| schristianson@buchalter.com | tdewey@dpklaw.com |
| schwartzmatthew@sullcrom.com | tduffy@andersonkill.com |
| scott.golden@hoganlovells.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| seba.kurian@invesco.com | tim.desieno@bingham.com |
| sehlers@armstrongteasdale.com | timothy.brink@dlapiper.com |
| seichel@crowell.com | timothy.palmer@bipc.com |
| sfelderstein@ffwplaw.com | tjfreedman@pbnlaw.com |
| sfineman@lchb.com | tkiriakos@mayerbrown.com |
| sfox@mcguirewoods.com | tlauria@whitecase.com |
| sgordon@cahill.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmarrion@haslaw.com |
| shannon.nagle@friedfrank.com | tnixon@gklaw.com |
| sharbeck@sipc.org | toby.r.rosenberg@irscounsel.treas.gov |
| shari.leventhal@ny.frb.org | tomwelsh@orrick.com |
| shgross5@yahoo.com | tslome@msek.com |
| sidorsky@butzel.com | ttracy@crockerkuno.com |
| slerman@ebglaw.com | tunrad@burnslev.com |
| slerner@ssd.com | twheeler@lowenstein.com |
| slevine@brownrudnick.com | ukreppel@whitecase.com |
| sloden@diamondmccarthy.com | villa@streusandlandon.com |
| smayerson@ssd.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | walter.stuart@freshfields.com |
| snewman@katskykorins.com | wanda.goodloe@cbre.com |
| sory@fdlaw.com | wballaine@lcbf.com |
| spiotto@chapman.com | wbenzija@halperinlaw.net |
| splatzer@platzerlaw.com | wchen@tnsj-law.com |
| sree@lcbf.com | wcurchack@loeb.com |
| sschultz@akingump.com | wdase@fzwz.com |
| sselbst@herrick.com | wfoster@milbank.com |
| sshimshak@paulweiss.com | will.sugden@alston.com |
| sskelly@teamtogut.com | william.m.goldman@dlapiper.com |
| sstarr@starrandstarr.com | wiltenburg@hugheshubbard.com |
| steele@lowenstein.com | wisotska@pepperlaw.com |
| stephen.cowan@dlapiper.com | wk@pwlawyers.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574