B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                 Case No. <u>08-13555 (JMP)</u>
                                                                    (Jointly Administered)
                    Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>BKM Holdings (Cayman) Ltd.</u>                               <u>Austarity Group LLC</u>
         Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): <u>67417</u>
should be sent:                                           Amount of Claim Transferred: $<u>10,643,293.29 of
                                                          Allowed Claim (50% of the total Allowed Claim)</u>
BKM Holdings (Cayman) Ltd                                 Date Claim Filed: <u>March 28, 2011</u>
c/o Davidson Kempner                                      Debtor:   <u>Lehman Brothers Holdings Inc.</u>
Attn: Jennifer Donovan
65 East 55th Street
New York, New York 10022
Tel: 212.446.4018
Email: <u>jdonovan@dkpartners.com</u>


Phone:                                                    Phone:
Last Four Digits of Acct #:                               Last Four Digits of Acct. #:


Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

760544v.1 445/01676

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM Holdings (Cayman) Ltd

By: _____    Date: 12/27/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

760544v.1 445/01676