UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                         Debtors.               :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 26023 against Lehman Brothers Holdings Inc. by Threadneedle Asset Management Ltd. on behalf of Norwegian Hull Club, filed in the amount of $1,089,525 (plus interest) (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Threadneedle Asset Management Ltd. on behalf of Norwegian Hull Club hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Threadneedle Asset Management Ltd. on behalf of Norwegian Hull Club represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January 4, 2013
       London, United Kingdom

_____
Philip Reed, Director
Threadneedle Asset Management Ltd.
60 St. Mary Axe
London
EC3 8JQ
United Kingdom

704104347

