# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., et al., | : | Case No. 08-13555 |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that Stichting The IAMEX Value Foundation hereby withdraws its Notice of Transfer of Claim filed on October 14, 2012 (ECF Docket No. 31467) from Karolina Bernhard as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 100,800.00.

Respectfully submitted this 7th day of January, 2013.

**Stichting The IAMEX Value Foundation**

Keizersgracht 268
1016 EV AMSTERDAM
The Netherlands
Phone: +31 20 670 44 49

By: Jesse Kaptein