## AMENDED AND RESTATED
## EVIDENCE OF TRANSFER OF CLAIM

This Amended and Restated Evidence of Transfer of Claim dated as of January 3, 2013, amends and restates in its entirety the Evidence of Transfer of Claim dated as of December 19, 2012, by and between GoldenTree Master Fund, Ltd., an exempted company incorporated under the laws of the Cayman Islands, located at 300 Park Avenue, 21st Floor, New York, New York 10022 ("Seller") and Chase Lincoln First Commercial Corporation, with offices at 383 Madison Avenue - Floor 37, New York, New York 10179 ("Buyer"), as follows:

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

   GoldenTree Master Fund, Ltd., an exempted company incorporated under the laws of the Cayman Islands, located at 300 Park Avenue, 21st Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of December 19, 2012, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices at 383 Madison Avenue - Floor 37, New York, New York 10179 ("Buyer"), 100% of all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 15045) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

J:\CLS\Claims\Lehman\(LBIE)\(LBIE) Goldentrees to CL [1601453] 12.11.12TD; 12.19.12SD;£7.3M\Amended EOT (LBIE) GT Master to CL [1601453] 12.11.12TD; £7.07M.docx

IN WITNESS WHEREOF, the undersigned have duly executed this Amended and Restated Evidence of Transfer of Claim by their duly authorized representatives as of the 8 day of January, 2013.

**GOLDENTREE MASTER FUND, LTD.**
By: GoldenTree Asset Management, LP

By: _[signature]_
Name:
Title: Authorized Signatory

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _[signature]_
Name:
Title: Alexander Wilk
Authorized Signatory