WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                           :    **Chapter 11 Case No.**
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                                    :
                              Debtors.                                  :    **(Jointly Administered)**
                                                                                    :
                                                                                    :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF
ONE HUNDRED THIRTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims), that was scheduled for January 30, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be

further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated: January 9, 2013
       New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                      and Certain of Its Affiliates

2

## Exhibit A

## Claims Adjourned to February 28, 2013 Hearing:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| WESTERNBANK PUERTO RICO | 12589 | N/A |
| WESTERNBANK PUERTO RICO | 12590 | N/A |