**Nidwaldner Kantonalbank**

Hauptsitz

Stansstaderstrasse 54
6370 Stans

| Telefon | 041 619 22 22 |
| Telefax | 041 619 22 25 |
| Internet | www.nkb.ch |
| E-Mail | info@nkb.ch |

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Datum: 4. Januar 2013 AK/Lm
Direktwahl: 041 619 22 22 Backoffice AK
E-Mail: corporate.actions@nkb.ch

☐ gemäss Ihrem Brief
☐ gemäss (tel.) Besprechung
☒ bitte um Ihren Anruf
☐ zur Prüfung / Kontrolle
☐ zur Stellungnahme / Erledigung
☐ zur Orientierung
☐ zur Unterschrift / Visum

☐ zu Ihren Akten
☐ mit der Bitte um Rücksendung
☐ mit Dank zu unserer Entlastung zurück
☐ irrtümlich erhalten
☐ bitte weiterleiten an
☐ auf Ihren Wunsch
☐

Bemerkungen

Dear Sirs

We refer to your notice, which you've sent on 12/20/2012. The 3 notices are enclosed. We would like to transfer the following 3 claims with control number 32847, 32857 and 32859 to the Luzerner Kantonalbank, Pilatusstrasse 12, 6002 Luzern.

Many thanks for your efforts.

Freundliche Grüsse

**Nidwaldner Kantonalbank**

i.V. M. [signature]

Marcel Lötscher
Leiter Backoffice Anlagekunden
Handlungsbevollmächtigter

[signature]

Max Zimmermann
Händler
Prokurist

RECEIVED JAN - 7 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

---

**3-fach sicher:** Staatsgarantie | Einlagensicherung | Eigenmittelreserven

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: NIDWALDNER KANTONALBANK
    STANSSTADERSTRASSE 54
    STANS    6370
    SWITZERLAND

JAN - 7 2013

Please note that your claim # 48585 in the above referenced case and in the amount of
    $55,520.00    allowed at $44,737.49        has been transferred (unless previously expunged by court order)

LUZERNER KANTONALBANK AG
TRANSFEROR: NIDWALDNER KANTONALBANK
PILATUSSTRASSE 12
LUZERN    6002
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32847    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2012                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2012.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   NIDWALDNER KANTONALBANK
      STANSSTADERSTRASSE 54
      STANS   6370
      SWITZERLAND

JAN - 7 2013

Please note that your claim # 48592 in the above referenced case and in the amount of $55,520.00  allowed at $31,629.67     has been transferred (**unless previously expunged by court order**)

      LUZERNER KANTONALBANK AG
      TRANSFEROR: NIDWALDNER KANTONALBANK
      PILATUSSTRASSE 12
      LUZERN   6002
      SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 32857     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2012                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 20, 2012.

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   NIDWALDNER KANTONALBANK
      STANSSTADERSTRASSE 54
      STANS   6370
      SWITZERLAND

JAN - 7 2013

Please note that your claim # 48583 in the above referenced case and in the amount of
    $21,224.00  allowed at $21,415.54     has been transferred **(unless previously expunged by court order)**

      LUZERNER KANTONALBANK AG
      TRANSFEROR: NIDWALDNER KANTONALBANK
      PILATUSSTRASSE 12
      LUZERN   6002
      SWITZERLAND

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 32859    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/20/2012                  Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 20, 2012.