UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                                    Debtors.             :    (Jointly Administered)
-----------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbers 13241, 13229, 13230, 13240, 13225, 13243, 13239, 13226, 13235, 13234, 13242, 13228, 13231, 13227, 13237, 13238, 13224, 13236, 13233 & 65396 against Lehman Brothers Holdings Inc. ("LBHI") by ClearBridge Focus Equity, L.P ("ClearBridge") filed in an unliquidated amount (the "Claims").

PLEASE TAKE NOTICE that, through their undersigned representative, ClearBridge hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. ClearBridge represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the subpoena directed to ClearBridge, the issuance of which was noticed in a filing with the Court on December 7, 2012.

Dated: January 8, 2013
      New York, New York

/s/ Jeff J. Friedman
Jeff J. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for the ClearBridge Funds*

/s/ Robert Lemons
Robert Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*