JAN - 7 2013

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**In re Lehman Brothers Holdings, Inc.,**               **Case No. 08-13555 (JMP)**


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


Name of Transferee: **BSI SA**                        Name of Transferor:   **RBS Coutts Bank AG**

Name and Address where notices to                     Court Claim #:            **45221**
transferee should be sent:                            Amount of Claim: Note: This is a partial
**BSI SA**                                                             transfer of claim. See
**Attn. Mr. Andrea Ferrari – Custody Administration**                  attached Evidence of
**Via Magatti 2**                                                      Transfer of Claim for
**6900 Lugano, Switzerland**                                           Details

                                                      Date Claim Filed:  10/23/2009


Phone: Phone: +41 80)58 8083373                        Phone:  +41 43 245'57'67
Email:  group.bsicustodyadministration@bsibank.com
                                                      Email:   hans-peter.schmid@coutts.com
Last Four Digits of Acct #:                           Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments
should be sent (if different from above):

**CITIBANK NEW YORK**
**SWIFT address: CITIUS33**
**Account nr. 10938561**
**In the name of BSI SA**
**Attn. Andrea Ferrari**
**Ref: Lehman**


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:                                                    Date:     November 20th 2012
         A. Fincato            A.. Ferrari
              BSI SA as Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JAN - 7 2013

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG** ("Transferor") unconditionally and irrevocably transferred to **BSI SA, Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 12 October 2012

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0274985828 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD  100'000.00 |

**Epiq Bankruptcy Solutions, LLC**
**Attn: Lehman Brothers Holdings Inc.**
**757 Third Avenue, 3rd Floor**
**New York, New York 10017**
**USA**

Ref.
no.

AF/LBHI/003                                          Lugano        28th December  2012

**Notice of partial transfer from RBS Coutts Bank AG (the "Transferor") to BSI SA on behalf
of its client/s (the "Transferee") of securities issued by Lehman Brothers Securities NV (the
"Securities") and the relevant claim pursuant to Proof of Claim n.  45221 (the "Claim")**

**Dear Sirs,**

**A) Reference is made to the transfer of the above mentioned Securities and Claim (the "Transfer")
to our bank as nominee on behalf of its client/s.**

**In order to duly notify you of the Transfer, please find here attached the following documents, so
that you can kindly proceed and amend the Claim Register accordingly:**

1)  **Form 210/A, signed by BSI SA as Transferee on behalf of its client/s;**

2)  **"Evidence of Transfer of Claim", signed by RBS Coutts Bank AG., as Transferor, as a proof
    that RBS Coutts Bank AG has transferred a registered claim to BSI SA (on behalf of its
    client/s).**

**Should    you    need    any    clarification,    please    do    not    hesitate    to    contact    us    at
group.bsicustodyadministration@bsibank.com.**

**Thank you very much in advance for your kind attention.**

**Yours faithfully,**

BSI SA

pp A. Ferrari                                          P. Solari



Express Worldwide

DOX DHL

From BSI SA
+41918093111
VIA FRANSCINI 8
6900 LUGANO
CH SWITZERLAND

Origin
LUG

To
EPIQ BANKRUPTCY SOLUTIONS LLC
ATT. LEHMAN BROTHERS HOLDINGS
CLAIM PROCESSING
757 THIRD AVENUE
3RD FLOOR
10017 NEW YORK NEW YORK
US UNITED STATES OF AMERICA

Phone:

## US-ZYP-TSS

Day    Time

Ref code  2010009-83373-81749    Piece Weight: 0.5 kg
Account No  150044796    Pickup date: 2013-01-02

Piece
1/1

Content / Commerce Control Statement / RC
document
Service    : DAP    Customs Value :    0.00 CHF
Imp/Exp Type : permanent  IV    0.00 CHF

EPIQ SYSTEMS

FILED / RECEIVED

JAN 03 2013

WAYBILL 50 3549 9055

(2L)US10017+42000000

(J)D01 4452 8274 7009 6811

(2L)US10017+42000000

WAYBILL 50 3549 9055

EXPRESS WORLDWIDE
10017 NEW YORK, United States
JFK

DOX DHL

Origin
LUG

## US-ZYP-TSS

Account No. 150044796
Ref code 2010009-83373-81749

Desc:    Pce / Shpt Weight Piece
0.50 / 0.50 KG    1/1

Day    Time

Content
description:

www.dhl.com