B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.      Case No. 08-13555 (JMP) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Serta Capital LLC
    Name of Transferee

Avignon Capital Ltd.
    Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 62725
Total Amount of Claim as Filed: $72,106,043.06
Date Claim Filed: November 2, 2009
Total Amount of Claim as Allowed per the Revised Notice of Proposed Allowed Claim Amount (dated December 22, 2011): $21,081,867.16

Serta Capital LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, New Castle County, Delaware 19808

Amount of Claim Transferred with respect to ISIN XS0366401031: $2,692,100.25 (or 23.81% of the Allowed Claim Amount for such Structured Security)

With a copy to:
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn: Christy Rivera, Esq.
       Bonnie Dye, Esq.

Amount of Claim Transferred with respect to ISIN XS0366314226: $129,724.97 (or 23.81% of the Allowed Claim Amount for such Structured Security)

Amount of Claim Transferred with respect to ISIN XS0336336960: $421,709.02 (or 28.07% of the Allowed Claim Amount for such Structured Security)

Amount of Claim Transferred with respect to ISIN XS0336336531: $2,169,275.00 (or 28.07% of the Allowed Claim Amount for such Structured Security)

Name and Address where transferee payments should be sent (if different from above): Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112 Attn: Gregory Rodriguez

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By _____[signature]_____     Date: 1/07/13
Transferee/Transferee's Agent
Mary S. Stawikey, Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CPAM: 4851719.3

## **EVIDENCE OF PARTIAL TRANSFER**

**TO: THE DEBTORS AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, AVIGNON CAPITAL LTD. ("Assignor") hereby unconditionally and irrevocably transfers and assigns to SERTA CAPITAL LLC ("Assignee") Assignor's rights, title and interest in and to, or arising under or in connection with (a) the securities specified on Schedule 1 attached hereto (the "Securities") to the extent of the applicable percentage amounts specified therein, and (b) any and all claims (the "Claims") relating to the applicable percentage of the notes filed or to be filed in the insolvency proceedings of Lehman Brothers Treasury Co. B.V. and Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Inc. ("LBI"), as well as any domestic and international subsidiaries and affiliates of the foregoing (collectively, the "Debtors"). The Securities and the Claims are collectively referred to as the "Assigned Interests".

For the avoidance of doubt, the Assigned Interests include the following claims of Assignor: (i) Proof of Claim number 62725, to the extent of the applicable percentage amounts specified in Schedule 1 attached hereto, against LBHI in the cases encaptioned *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP), jointly administered under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"); and (ii) Customer Claim number 900003116, to the extent of the applicable percentage amounts specified in Schedule 1 attached hereto, against LBI in the case encaptioned *In re Lehman Brothers Inc.*, Case No. 08-01420 (JMP) SIPA, administered pursuant to the Securities Investor Protection Act in the Bankruptcy Court.

Assignor hereby waives any objection to the partial transfer of the Assigned Interests to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Interests and recognizing Assignee as the sole owner and holder of the Assigned Interests. Assignor further directs the Debtors, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Interests, and all payments or distributions of money or property in respect of the Assigned Interests, shall be delivered or made to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer by its duly authorized representative dated the _____ day of _____, 2013

**ASSIGNOR:**

AVIGNON CAPITAL LTD.

By: OPORTO CAPITAL LLC, as Director

By: _____
Name:    Carrie L. Tillman
Title:

**ASSIGNEE:**

SERTA CAPITAL LLC

By: _____
Name:    Mary S. Stawikey
Title:

Schedule 1

## Assigned Claims

| Description of Security | ISIN | Issuer | Guarantor | Assigned Percentage of Security |
|---|---|---|---|---|
| One-Year Venezuelan Bolivar Portfolio Linked Note, due December 2008 | XS0336336531 | Lehman Brothers Treasury Co. B.V. ("LBT") | Lehman Brothers Holdings Inc. ("LBHI") | 28.07% |
| One-Year Floating Rate Note Linked to Venezuelan Bolivar, due December 2008 | XS0336336960 | LBT | LBHI | 28.07% |
| One-Year Floating Rate Note Linked to Venezuelan Bolivar, due May 2009 | XS0366314226 | LBT | LBHI | 23.81%. |
| One-Year Floating Rate Note Linked to Venezuelan Bolivar, due May 2009 | XS0366401031 | LBT | LBHI | 23.81%. |
| 221,719.26 Lehman Liquidity Fund Shares | CUSIP #G5460B183 | N/A | N/A | 26.62% |