UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
:
In re                                                                  :   Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                               :   08-13555 (JMP)
                                                                       :   (Jointly Administered)
         Debtors.                                                      :
                                                                       :
-----------------------------------------------------------------------x   Ref. Docket No. 33512-33513

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 2, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
9th day of January, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   SILVER POINT CAPITAL OFFSHORE FUND, LTD.
      C/O SILVER POINT CAPITAL, L.P.
      ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER
      TWO GREENWICH PLAZA
      FIRST FLOOR
      GREENWICH CT 06830
```

Please note that your claim # 58792-05 in the above referenced case and in the amount of
$0.00   allowed at $340,798,232.87         has been transferred **(unless previously expunged by court order)**

```
      OFFSHORE ASSET HOLDING VEHICLE A, LTD
      TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD.
      C/O SILVER POINT CAPITAL, L.P.
      ATTN: DAVID F. STEINMETZ
      2 GREENWICH PLAZA, FIRST FLOOR
      GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33513   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/02/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 2, 2013.

**EXHIBIT B**

```
TIME: 17:42:24                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 01/02/13                                            CREDITOR LISTING

Name                                                Address
OFFSHORE ASSET HOLDING VEHICLE A, LTD               TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06831
OFFSHORE ASSET HOLDING VEHICLE A, LTD               TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                                    2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
OFFSHORE ASSET HOLDING VEHICLE A, LTD               TRANSFEROR: SILVERPOINT CAPITAL OFFSHORE MASTER FUND, LP C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                                    GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE FUND, LTD.            C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                    GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 DAVIS POLK & WARDWELL LLP ATTN: XIN YU 50 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 DAVIS POLK & WARDWELL LLP ATTN: XIU YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SILVER POINT CAPITAL LP ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA 1ST FL
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, LP ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER
 FUND, LP                                           TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, LP; ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA, 1ST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: CITADEL SECURITIES LLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: CREDIT SUISSE SECURITIES (EUROPE) LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
 FUND, LP                                           TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH ATTN: FREDERICK H. FOGEL C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL L.P. ATTN: DAVIS F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVIS F STEINMETZ 2 GREENWICH PLAZA 1ST FL
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL
 FUND, LP                                           2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P.; ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                 TRANSFEROR: GUY BUTLER LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                           GREENWICH CT 06830
```

```
TIME: 17:42:24                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:     2
DATE: 01/02/13                                          CREDITOR LISTING

Name                                               Address
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JP MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP/ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER
FUND, LP                                           TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O SILVER POINT CAPITAL, L.P.
FUND, LP                                           ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O SILVER POINT CAPITAL, L.P.; ATTN: ELISSIA GREENBERG,
FUND, LP                                           VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: TAIFOOK SECURITIES COMPANY LIMITED C/O SILVER POINT CAPITAL, LP; ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: UBS AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
FUND, LP
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: UBS AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ C/O SILVER POINT CAPITAL LP
FUND, LP                                           TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: WALTER HEINZ RHOMBERG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: YORVIK PARTNERS LLP ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830
SILVERPOINT CAPITAL OFFSHORE MASTER                TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                           GREENWICH CT 06830

Total Number of Records Printed                    51
```

EPIQ BANKRUPTCY SOLUTIONS, LLC