UNITED STATES BANKRUPTCY COURT
Southern District Of New York

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDING INC., et al.,** | Case No. 08-13555 |
| Debtor. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Whereas Claim No. 41625 was timely filed by, and never transferred by, Karolina Bernhard;

Whereas a Notice of Transfer was filed by IAMEX Value Foundation ("IAMEX") on or about October 14, 2012 [Docket Entry # 31467] (the "purported transfer notice");

Whereas Karolina Bernhard, by counsel, filed an objection on November 2, 2012 [Docket Entry # 31807] (the "Karolina Bernhard Objection") to the purported transfer notice because the claimed transfer was attempted without the knowledge or consent of Karolina Bernhard and because there was not in fact any such transfer; and

Whereas IAMEX has now withdrawn its purported transfer notice, rendering the Karolina Bernhard Objection moot [Docket Entry # 33701];

NOTICE IS HEREBY GIVEN that the Karolina Bernhard Objection is withdrawn as moot in light of the withdrawal of the purported transfer notice.

January 9, 2012

Respectfully submitted,

STONE BONNER & ROCCO LLP

By: _____/s/ Ralph M. Stone_____
Ralph M. Stone
(rstone@lawssb.com)

260 Madison Avenue, 17th Floor
New York, NY 10016
Tel. (212) 239-4340
Fax (212) 239-4310