UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                   : 08-13555 (JMP)
                                                               : (Jointly Administered)
                  **Debtors.**                                 :
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 31895, 33512

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of January, 2013

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 31895, 33512_AFF_1-7-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P          SILVER POINT CAPITAL OFFSHORE MASTER FUND, L
     TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG             ATTN: XIN YU
     C/O SILVER POINT CAPITAL, L.P.                          DAVIS POLK & WARDWELL LLP
     ATTN: DAVID F. STEINMETZ                                450 LEXINGTON AVENUE
     TWO GREENWICH PLAZA, FIRST FLOOR                        NEW YORK NY 10017-3904
     GREENWICH CT 06830
```

Please note that your claim # 66501-32 in the above referenced case and in the amount of
    $2,948,400.00   allowed at $2,946,335.79         has been transferred **(unless previously expunged by court order)**

```
     OFFSHORE ASSET HOLDING VEHICLE A, LTD
     TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P
     C/O SILVER POINT CAPITAL, L.P.
     2 GREENWICH PLAZA, FIRST FLOOR
     GREENWICH CT 06830
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33512         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/07/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 7, 2013.

# EXHIBIT B

```
TIME: 10:49:25                                       LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 01/07/13                                            CREDITOR LISTING

Name                                     Address
BANK JULIUS BAER & CO. LTD.              TRANSFEROR: HSBC PRIVATE BANK SUISSE SA ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH    SWITZERLAND
HSBC PRIVATE BANK SUISSE SA              ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3   1211 SWITZERLAND
OFFSHORE ASSET HOLDING VEHICLE A, LTD    TRANSFEROR: SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER     ATTN: XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, L.P
SILVER POINT CAPITAL OFFSHORE MASTER     TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
 FUND, L.P                               GREENWICH CT 06830


Total Number of Records Printed          5
```