Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank Sarasin & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: <br><br> Lehman Brothers Holdings Inc. <br><br> Debtor. | Case No. 08-13555 (JMP) |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF
BANK SARASIN & CO. LTD.**

PLEASE TAKE NOTICE that Bank Sarasin & Co. Ltd. ("Sarasin"), by its undersigned attorneys, hereby withdraws with prejudice the following claims, pursuant to Federal Rule of Bankruptcy Procedure 3006:

- Claim 43355 filed by Sarasin against Lehman Brothers Holdings Inc.

- Claim 22810 filed by Sarasin against Lehman Brothers Holdings Inc.

PLEASE TAKE FURTHER NOTICE that Sarasin hereby authorizes the debtors' duly-appointed claims agent to take all actions necessary to amend the debtors' claims registry to reflect this withdrawal.

Dated: New York, New York
January 10, 2013

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Luke A. Barefoot

Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank Sarasin & Co. Ltd.*