UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re                            :   Chapter 11 Case No.
                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :  08-13555 (JMP)
                                 :
                  Debtors.       :   (Jointly Administered)
---------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Lumatec SA<br>Chemin du Champs-des-Filles 19<br>1228 Plan-les-Outes<br>Switzerland |
| Claim Number (if known): | 17189 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $53,270 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: _[signature]_   Title: Director

Printed Name: J. JOLIAT   Dated: Jan. 8, 2013

US_ACTIVE:\44096563\1\58399.0011