UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :    08-13555 (JMP)
                                                              :
                    Debtors.                                  :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Teresa E. Sackler<br>67 Chester Square<br>London, SW1W 9DU<br>United Kingdom |
| Claim Number (if known): | 13589 |
| Date Claim Filed: | October 13, 2009 |
| Total Amount of Claim Filed: | $72,497 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: DAME |
|---|---|
| Printed Name: THERESA SACKLER | Dated: 8th JANUARY 2013 |

US_ACTIVE:\44096563\1\58399.0011