UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (JMP)
                                               :
            Debtors.                           :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | MPH Investments Inc.<br>Parea Estate, PO Box 3149<br>Road Town, Tortola, British Virgin Islands |
| Claim Number (if known): | 14110 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $233,480 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title: ATTORNEY-IN-FACT |
|---|---|
| Printed Name: ALAIN ROCHAT | Dated: JANUARY 10, 2013 |