B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TCA SPV I LLC                                      Yorvik Partners LLP
   Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): 21742
should be sent:                                  Amount of Claim: $3,593,993.86
                                                 Date Claim Filed: 21/09/2009
TCA SPV I LLC                                    Debtor: Lehman Brothers Holdings Inc.
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn: Reinhold Adam
Email: radam@taconiccap.com
Phone: +44 (0) 207 518 2523

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn: David Karp
Email: david.karp@srz.com
Phone: 212.756.2175

Phone:_____     Phone:_____
Last Four Digits of Acct #:_____    Last Four Digits of Acct. #:_____

DOC ID - 19542417.1

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____          Date: January 8, 2013
      Transferee/Transferee's Agent
      Zachary Levenick
      Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

DOC ID - 19542417.1

Acknowledged and agreed:

By: _____/s/ Simon Mullaly_____        Date: __9/1/13__
　　　Transferor/Transferor's Agent

SIMON MULLALY
PARTNER

DOC ID - 19542417.1

3