UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                                                      )
In re:                                                                ) Chapter 11
                                                                      )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                              ) Case No. 08-13555 (JMP)
                                                                      )
                                                                      )
         Debtors                                                      ) (Jointly Administered)
----------------------------------------------------------------------x

TRANSFER OF CLAIM FOR SECURITY

CLAIMS HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer for security, of the claims referenced in this evidence and notice.

| CVF Lux Securities Trading S.à r.L | CVF Lux Finco, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Case No. See attached Evidence of Transfer |
|---|---|
| | Court Claim # (if known): See attached Evidence of Transfer |
| CVF Lux Securities Trading S.à r.L<br>c/o Carval Investors LLC<br>9320 Excelsior Boulevard<br>Hopkins, Minnesota 55343<br>Attn: Teri Salberg<br>(952) 984-3416 | Amount of Claim Transferred for Security: See attached Evidence of Transfer |
| | Date Claim Filed: See attached Evidence of Transfer |
| | Debtor: See attached Evidence of Transfer |

*With a copies to:*

Credit Suisse
11 Madison Avenue
New York, NY 10010
Attn: William Doyle
(212) 325-3571

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
(212) 850-2872

Schedule of Claims

EVIDENCE OF
TRANSFER OF CLAIM FOR SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF LUX FINCO, LLC ("Finco") hereby unconditionally and irrevocably grants a first priority security interest to CVF LUX SECURITIES TRADING S.À R.L ("Trading") in all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) listed below against each Debtor listed below (collectively, the "Debtor"), each a debtor in the Case No. listed below pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim as listed below held by Finco with the Bankruptcy Court in respect of the foregoing claim.

| Court Claim # (if known): | Amount of Claim Transferred for Security | Date Claim Filed: | Debtor | Case No. |
|---|---|---|---|---|
| 28161 | $2,772,294.88 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 28160 | $2,716,782.05 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 28163 | $1,403,713.17 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 28162 | 1,375,605.01 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 28165 | $855,827.53 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 28164 | $831,721.41 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 67079 (amending claim 22119, filed on 9/21/09) | $20,000,000.00 | 9/21/10 | Lehman Brothers Holdings Inc. | 08-13555 |
| 67080 | $20,000,000.00 | 9/21/10 | Lehman Commercial Paper Inc. | 08-13900 |
| 14727 | $2,250,000.00 | 9/17/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 20149 | $37,115,340.22 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |

| | | | | |
|---|---|---|---|---|
| 20121 | $37,116,048.54 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 66653 (amending claim 14213, filed on 9/16/09) | $10,000,000.00 | 5/20/10 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 66655 (amending claim 14212, filed on 9/16/09) | $10,000,000.00 | 5/20/10 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26213 | $1,446,732.83 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26214 | $1,446,732.83 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 26215 | $310,574.74 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26216 | $310,574.74 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 26220 | $605,095.20 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26218 | $605,095.20 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 26217 | $1,180,207.87 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26219 | $1,180,207.87 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 26211 | $598,698.66 | 9/21/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 26212 | $598,698.66 | 9/21/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 27975 | $1,138,300.01 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 27976 | $1,138,300.01 | 9/22/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 66800 (amending claim 27943, filed on 9/22/09) | $4,000,000.00 | 6/7/10 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 66799 (amending claim 27942, filed on 9/22/09) | $4,000,000.00 | 6/7/10 | Lehman Brothers Holdings Inc. | 08-13555 |
| 33172 | $3,737,547.10 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 33171 | $3,737,547.10 | 9/22/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 15922 | $9,662,500.00 | 9/17/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 15921 | $9,662,500.00 | 9/17/09 | Lehman Brothers Special Financing Inc. | 08-13888 |

| 28103 | $12,500,000.00 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
|---|---|---|---|---|
| 28099 | $12,500,000.00 | 9/22/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 13939 | $37,000,000.00 | 9/16/09 | Lehman Brothers Special Financing Inc. | 08-13888 |
| 13940 | $37,000,000.00 | 9/16/09 | Lehman Brothers Holdings Inc. | 08-13555 |

Finco hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:

Citibank N.A., N.Y
ABA 021 000 089
A/C Credit Suisse Securities (USA) LLC, N.Y.
A/C 4080 4003
F/F/C 70Y6Y0 CVF Lux Finco, LLC

Finco hereby waives any objection to the transfer of the claim for security to Trading on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of January, 2013.

| CVF LUX FINCO, LLC | CVF LUX SECURITIES TRADING S.À R.L |
|---|---|
| By: Carval Investors, LLC<br>Its attorney-in-fact | By: Carval Investors, LLC<br>Its attorney-in-fact |
| By: *[signature]*<br>Name:<br>Title:<br>**Tiffany Parr**<br>**Authorized Signer** | By: *[signature]*<br>Name:<br>Title:<br>**Tiffany Parr**<br>**Authorized Signer** |