Form 210A (10/06)

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, ADMINISTERED    Case No. 08 - 13555 (JMP) JOINTLY

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Elliott Associates, L.P.  
Name of Transferee

Barclays Wealth Managers France SA*  
Name of Transferor

Court Claim # (if known):    20186  
Amount of Claim:    $21,719,043**  
Date Claim Filed:    21 September 2009

**plus additional amounts as set forth in the proof of claim

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation  
40 West 57th Street  
New York, NY 10019  
Attn: Michael Stephan  
Phone: 212 478 2310  
Fax: 212 478 2311  
mstephan@elliottmgmt.com

Phone:  
Last Four Digits of Acct #:    Last Four Digits of Acct. #:

*(Account Barclays Dream+)

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

Elliott Associates, L.P.
Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., as general partner
By: Braxton Associates, Inc., as general partner

By: _____
Elliot Greenberg, Vice President

By: :_____
Transferee/Transferee's Agent

Date: [ Dec 14 ] 20[12]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §1152 & 3571.

*(Account Barclays Dream+)

### EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Barclays Wealth Managers France SA ("Seller") (Account Barclays Dream +) has unconditionally and irrevocably sold, transferred, granted, conveyed and assigned to Elliott Associates, L.P. ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no.20186) in the principal amount of USD 21,719,043 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __14__ day of __12__, 20[1]2.

| SELLER: | BUYER: |
|---|---|
| Barclays Wealth Managers France SA | Elliott Associates, L.P. |
| Name: *[signature]* <br> Title: JUSSAT William <br> Directeur Général | Name: <br> Title: |

### EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Barclays Wealth Managers France SA ("Seller") (Account Barclays Dream +) has unconditionally and irrevocably sold, transferred, granted, conveyed and assigned to Elliott Associates, L.P. ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no.20186) in the principal amount of USD 21,719,043 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _14th_ day of _Dec._, 20[12].

| SELLER: | BUYER: |
|---|---|
| **Barclays Wealth Managers France SA** | **Elliott Associates, L.P.** |
|  | Elliott Associates, L.P. |
|  | By: Elliott Capital Advisors, L.P, as general partner |
|  | By: Braxton Associates, Inc., as general partner |
| Name: |  |
| Title: | By: _____ |
|  | Elliot Greenberg, Vice President |

*(Account Barclays Dream+)