Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for BBT Fund, L.P., BBT Master Fund, L.P.,*
*and SRI Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) |
| Lehman Brothers Holdings Inc. | )<br>)     Case No. 08-13555 (JMP) |
| Debtor. | )<br>)<br>) |

**NOTICE OF PARTIAL WITHDRAWAL OF PROOFS OF CLAIM OF**
**BBT FUND, L.P., BBT MASTER FUND, L.P., and SRI FUND, L.P.**

Reference is made to proof of claim number 67282, filed by BBT Fund, L.P. ("BBT")

(the "BBT Claim"); proof of claim number 67279, filed by BBT Master Fund, L.P. f/k/a CAP

Fund, L.P. ("BBT Master") (the "BBT Master Claim"); and proof of claim number 67281,

filed by SRI Fund, L.P. ("SRI") (the "SRI Claim").

PLEASE TAKE NOTICE that BBT hereby withdraws with prejudice all portions of

the BBT Claim other than:  (a) the portion relating to derivative transactions with Lehman

Brothers Special Financing Inc. ("LBSF") (the "BBT-LBSF Claim"); and (b) the portion

relating to those derivative transactions with Lehman Brothers International (Europe)

("LBIE") that were guaranteed pursuant to the Guarantee of Lehman Brothers Holding Inc.,

dated as of January 25, 2002 (the "BBT-LBIE Claim").  All rights and defenses as to the BBT-

LBSF Claim and the BBT-LBIE Claim are hereby reserved.  BBT hereby directs Epiq

Bankruptcy Solutions LLC to expunge all portions of the BBT Claim other than the BBT-

LBSF Claim and BBT-LBIE Claim from the claims register and to reflect that the asserted amount of the non-allowed portion of the BBT Claim has been reduced by $127,423,324.21.

PLEASE TAKE FURTHER NOTICE that BBT Master hereby withdraws with prejudice all portions of the BBT Master Claim other than:   (a) the portion relating to derivative transactions with LBSF (the "BBT Master-LBSF Claim"); and (b) the portion relating to those derivative transactions with LBIE that were guaranteed pursuant to the Guarantee of Lehman Brothers Holding Inc., dated as of May 2, 2002 (the "BBT Master-LBIE Claim").  All rights and defenses as to the BBT Master-LBSF Claim and the BBT Master-LBIE Claim are hereby reserved.  BBT Master hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the BBT Master Claim other than the BBT Master-LBSF Claim and BBT Master-LBIE Claim from the claims register and to reflect that the asserted amount of the non-allowed portion of the BBT Master Claim has been reduced by $100,667,720.13.

***

PLEASE TAKE FURTHER NOTICE that SRI hereby withdraws with prejudice all portions of the SRI Claim other than:  (a) the portion relating to derivative transactions with LBSF (the "SRI-LBSF Claim"); and (b) the portion relating to those derivative transactions with LBIE that were guaranteed pursuant to the Guarantee of Lehman Brothers Holding Inc., dated as of March 1, 2005 (the "SRI-LBIE Claim").  All rights and defenses as to the SRI-LBSF Claim and the SRI-LBIE Claim are hereby reserved.  SRI hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the SRI Claim other than the SRI-LBSF Claim and SRI-LBIE Claim from the claims register and to reflect that the asserted amount of the non-allowed portion of the SRI Claim has been reduced by $62,081,710.41.

Dated: January 10, 2013
     New York, New York

    /s/ Luke A. Barefoot          

Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2829
Facsimile: (212) 225-3999

*Attorneys for BBT Fund, L.P., BBT Master Fund, L.P., and SRI Fund, L.P.*