WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: January 10, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

2

## Exhibit A

NOTICE OF SUBPOENA

| Name of Witness: | STARK MASTER FUND LTD. |
|---|---|
| Date of Service of Subpoena: | January 2, 2013 |
| Subject of Subpoena: | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents to be produced by February 5, 2013 at 10:00 A.M. (EST) at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |