Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Bank Sarasin & Co. Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| Lehman Brothers Holdings Inc. | CERTIFICATE OF SERVICE |
| Debtor. | |

I, Richard V. Conza, an attorney admitted to practice in the State of New York

and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify

that:

On the 10th day of January 2013, the Notice of Withdrawal of Proof of Claim of

Bank Sarasin & Co. Ltd. is being served by hand, Federal Express and email, as indicated upon:

### BY HAND

Tracy Hope Davis, Esq.
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

### BY FEDERAL EXPRESS

Richard Krasnow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Dennis Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

## BY EMAIL

CTATELBAUM@ADORNO.COM;

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM;

RAJOHNSON@AKINGUMP.COM;

MSTAMER@AKINGUMP.COM; NLEVINE@AKINGUMP.COM;

SSCHULTZ@AKINGUMP.COM;

LISA.KRAIDIN@ALLENOVERY.COM;

KEN.COLEMAN@ALLENOVERY.COM;

MGREGER@ALLENMATKINS.COM; KRODRIGUEZ@ALLENMATKINS.COM;

KARL.GEERCKEN@ALSTON.COM;

WILL.SUGDEN@ALSTOM.COM;

TDUFFY@ANDERSONKILL.COM;

RRUSSELL@ANDREWSKURTH.COM;

S.MINEHAN@AOZORABANK.CO.JP;

ANGELICH.GEORGE@ARENTFOX.COM;

SCOUSINS@ARMSTRONGTEASDALE.COM; SEHLERS@ARMSTRONGTEASDALE.COM;

CHARLES_MALLOY@APORTER.COM;

ANTHONY_BOCCANFUSO@APORTER.COM;

ROBERT.YALEN@USDOJ.GOV;

JG5786@ATT.COM;

NEAL.MANN@OAG.STATE.NY.US;

DWORKMAN@BAKERLAW.COM;

IAM.ROBERTS@BAKERBOTTS.COM;

PETER@BANKRUPT.COM;

MICHAEL.MCCRORY@BTLAW.COM;

DAVID.POWLEN@BTLAW.COM;

FFM@BOSTONBUSINESSLAW.COM;

CSALOMON@BECKERGLYNN.COM;

AOSTROW@BECKERGLYNN.COM;

CBROTSTEIN@BM.NET;

MPUCILLO@BERMANESQ.COM; WZOBERMAN@BERMANESQ.COM; AOBERRY@BERMANESQ.COM;

DAVIDS@BLBGLAW.COM;

STEVEN@BLBGLAW.COM;

DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM;

JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;

SABIN.WILLETT@BINGHAM.COM;

JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM;

MARK.DEVENO@BINGHAM.COM;

CAROL.WEINERLEVY@BINGHAM.COM

JOSHUA.DORCHAK@BINGHAM.COM

RAJ.MADAN@BINGHAM.COM;

JOSHUA.DORCHAK@BINGHAM.COM; ERIN.MAUTNER@BINGHAM.COM;

TIM.DESIENO@BINGHAM.COM; JEFFREY.BLACK@BINGHAM.COM;

AECKSTEIN@BLANKROME.COM;

JSCHILLER@BSFLLP.COM;

JSHERMAN@BSFLLP.COM;

AMCMULLEN@BOULTCUMMINGS.COM; RJONES@BOULTCUMMINGS.COM;

KURT.MAYR@BGLLP.COM;

KUEHN@BRAGARWEXLER.COM;

NOTICE@BKCYLAW.COM;

MGORDON@BRIGGS.COM;

MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM;

DLUDMAN@BROWNCONNERY.COM;

DLUDMAN@BROWNCONNERY.COM;

MSIEGEL@BROWNRUDNICK.COM;

SLEVINE@BROWNRUDNICK.COM;

MSTEEL@BROWNRUDNICK.COM;

SCHRISTIANSON@BUCHALTER.COM;

CHRISTOPHER.SCHUELLER@BIPC.COM;

TIMOTHY.PALMER@BIPC.COM;

TUNRAD@BURNSLEV.COM;

SIDORSKY@BUTZEL.COM;

JOHN.RAPISARDI@CWT.COM;

HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;

ISRAEL.DAHAN@CWT.COM;

MARK.ELLENBERG@CWT.COM;

HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;

SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM;

THOMAS_NOGUEROLA@CALPERS.CA.GOV;

CAHN@CLM.COM;

WANDA.GOODLOE@CBRE.COM;

DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;

SPIOTTO@CHAPMAN.COM; ACKER@CHAPMAN.COM; HEISER@CHAPMAN.COM;

HEISER@CHAPMAN.COM;

JBROMLEY@CGSH.COM;

LSCHWEITZER@CGSH.COM; LGRANFIELD@CGSH.COM;

MAOFILING@CGSH.COM;

JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;

ANDREW.BROZMAN@CLIFFORDCHANCE.COM; SARA.TAPINEKIS@CLIFFORDCHANCE.COM;

JEN.PREMISLER@CLIFFORDCHANCE.COM;

PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM;

LMAY@COLESCHOTZ.COM; JDRUCKER@COLESCHOTZ.COM;

MWARNER@COLESCHOTZ.COM;

TARBIT@CFTC.GOV;

RWASSERMAN@CFTC.GOV;

JEFF.WITTIG@COAIR.COM;

ESCHWARTZ@CONTRARIANCAPITAL.COM;
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US;

MHOPKINS@COV.COM; DCOFFINO@COV.COM; ARABOY@COV.COM;

RLEVIN@CRAVATH.COM;

JLIPSON@CROCKERKUNO.COM; TTRACY@CROCKERKUNO.COM;

JUDY.MORSE@CROWEDUNLEVY.COM;

BZABARAUSKAS@CROWELL.COM;

MLICHTENSTEIN@CROWELL.COM; SEICHEL@CROWELL.COM;

JCARBERRY@CL-LAW.COM;

KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM;

JAMES.MCCLAMMY@DPW.COM;

JJTANCREDI@DAYPITNEY.COM;

JWCOHEN@DAYPITNEY.COM;

MCTO@DEBEVOISE.COM;

GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM;

MMOONEY@DEILYLAWFIRM.COM;

MBIENENSTOCK@DL.COM; TKARCHER@DL.COM;

ESMITH@DL.COM;

MBIENENSTOCK@DL.COM; IGOLDSTEIN@DL.COM;

TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM;

ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM;

AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM;

TIMOTHY.BRINK@DLAPIPER.COM; MATTHEW.KLEPPER@DLAPIPER.COM;

THOMAS.CALIFANO@DLAPIPER.COM;

STEPHEN.COWAN@DLAPIPER.COM;

WILLIAM.M.GOLDMAN@DLAPIPER.COM;

SCHNABEL.ERIC@DORSEY.COM;

HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM;

STEVEN.TROYER@COMMERZBANK.COM;

JJOYCE@DRESSLERPETERS.COM;

ROBERT.MALONE@DBR.COM;

LJKOTLER@DUANEMORRIS.COM;

TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM;

SANDYSCAFARIA@EATON.COM;

EZUJKOWSKI@EMMETMARVIN.COM;

AENTWISTLE@ENTWISTLE-LAW.COM;  JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM;

KKELLY@EBGLAW.COM;

DTATGE@EBGLAW.COM;

WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM;

SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM;

LSCARCELLA@FARRELLFRITZ.COM;

SHARI.LEVENTHAL@NY.FRB.ORG;

SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM;

CHARLES@FILARDI-LAW.COM;

ALUM@FTPORTFOLIOS.COM;

RFLANAGAN@FLANASSOC.COM;

STEVEN.USDIN@FLASTERGREENBERG.COM;

WDASE@FZWZ.COM;

DHEFFER@FOLEY.COM;

JLEE@FOLEY.COM;

WMCKENNA@FOLEY.COM;

DSPELFOGEL@FOLEY.COM;

ANANN@FOLEY.COM;

GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM;

RBERNARD@FOLEY.COM;

KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM;

SORY@FDLAW.COM; JHIGGINS@FDLAW.COM;

AHAMMER@FREEBORNPETERS.COM;DEGGERT@FREEBORNPETERS.COM;

WALTER.STUART@FRESHFIELDS.COM; PATRICK.OH@FRESHFIELDS.COM;

PETER.SIMMONS@FRIEDFRANK.COM;  RICHARD.TISDALE@FRIEDFRANK.COM;

SHANNON.NAGLE@FRIEDFRANK.COM;

EFRIEDMAN@FRIEDUMSPRING.COM;

WWEINTRAUB@FKLAW.COM; LGOTKO@FKLAW.COM; ABEAUMONT@FKLAW.COM; KJARASHOW@FKLAW.COM;

DROSENZWEIG@FULBRIGHT.COM;

JMERVA@FULT.COM;

JMELKO@GARDERE.COM;

BANKRUPTCY@NTEXAS-ATTORNEYS.COM;

RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM;

DCRAPO@GIBBONSLAW.COM;

MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM;

ASEUFFERT@LAWPOST-NYC.COM;

TNIXON@GKLAW.COM; JHERZOG@GKLAW.COM;

JFLAXER@GOLENBOCK.COM;

JWALLACK@GOULSTONSTORRS.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM;

BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM;

DICONZAM@GTLAW.COM;

COLE@GTLAW.COM;

MELOROD@GTLAW.COM;

TANNWEILER@GREERHERZ.COM;

JAMIE.NELSON@DUBAIIC.COM; JOY.MATHIAS@DUBAIIC.COM;

JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM;

RMATZAT@HAHNHESSEN.COM;

WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET;

DTHEISING@HARRISONMOBERLY.COM;

AGOLD@HERRICK.COM;

SSELBST@HERRICK.COM;

RAMONA.NEAL@HP.COM;

KEN.HIGMAN@HP.COM;

JDORAN@HASLAW.COM;

TMARRION@HASLAW.COM;

SWEYL@HASLAW.COM;

DPIAZZA@HODGSONRUSS.COM; RLEEK@HODGSONRUSS.COM;

SCOTT.GOLDEN@HOGANLOVELLS.COM; IRA.GREENE@HOGAN LOVELLS.COM;

BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; FRANCOIS.JANSON@HKLAW.COM;

RICHARD.LEAR@HKLAW.COM;

FRANCOIS.JANSON@HKLAW.COM;

JOHN.MONAGHAN@HKLAW.COM;

BARBRA.PARLIN@HKLAW.COM;

ADAM.BREZINE@HRO.COM; KERRY.MOYNIHAN@HRO.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM; LUBELL@HUGHESHUBBARD.COM; WILTENBURG@HUGHESHUBBARD.COM;

MMENDEZ@HUNTON.COM;

KECKHARDT@HUNTON.COM;

JRSMITH@HUNTON.COM;

CWEISS@INGRAMLLP.COM;

DAVE.DAVIS@ISGRIA.COM;

TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV; MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV;

DBALOG@INTERSIL.COM;

SEBA.KURIAN@INVESCO.COM;

AFRIEDMAN@IRELL.COM; KLYMAN@IRELL.COM;

MNEIER@IBOLAW.COM;

JAY.HURST@OAG.STATE.TX.US;

PTROSTLE@JENNER.COM;

DMURRAY@JENNER.COM; RBYMAN@JENNER.COM;

GSPILSBURY@JSSLAW.COM;

JFOX@JOEFOXLAW.COM;

JOSEPH.CORDARO@USDOJ.GOV;

MPOMERANTZ@JULIENANDSCHLESINGER.COM; MSCHLESINGER@JULIENANDSCHLESINGER.COM;

MSCHLESINGER@JULIENANDSCHLESINGER.COM;

ELI.MATTIOLI@KLGATES.COM;

PTRAIN-GUTIERREZ@KAPLANLANDAU.COM; ENKAPLAN@KAPLANLANDAU.COM;

DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM;

SNEWMAN@KATSKYKORINS.COM;

MPRIMOFF@KAYESCHOLER.COM;

MPRIMOFF@KAYESCHOLER.COM;

MSOLOW@KAYESCHOLER.COM; MDAHLMAN@KAYESCHOLER.COM;

MSCHONHOLTZ@KAYESCHOLER.COM; AALFONSO@KAYESCHOLER.COM;

KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;

MPAGE@KELLEYDRYE.COM;

KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;

JAMES.SPRAYREGEN@KIRKLAND.COM;

DAVID.SELIGMAN@KIRKLAND.COM;
Jonathan.Henes@kirkland.com; Joseph.Serino@kirkland.com; Chad.Husnick@kirkland.com;
Christopher.Greco@kirkland.com;

JAY@KLEINSOLOMON.COM;

JJURELLER@KLESTADT.COM;

LKISS@KLESTADT.COM;

MICHAEL.KIM@KOBREKIM.COM; ROBERT.HENOCH@KOBREKIM.COM; ANDREW.LOURIE@KOBREKIM.COM;

BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM;

DEGGERMANN@KRAMERLEVIN.COM;

MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM; AKORNIKOVA@LCBF.COM;

EKBERGC@LANEPOWELL.COM;

KEITH.SIMON@LW.COM;

DAVID.HELLER@LW.COM;

PETER.GILHULY@LW.COM;

RICHARD.LEVY@LW.COM;

JAMES.HEANEY@LAWDEB.COM;

GABRIEL.DELVIRGINIA@VERIZON.NET;

EZWEIG@OPTONLINE.NET;

LKATZ@LTBLAW.COM;

WSWEARINGEN@LLF-LAW.COM;

SHEEHAN@TXSCHOOLLAW.COM;

SFINEMAN@LCHB.COM;

DALLAS.BANKRUPTCY@PUBLICANS.COM;

AUSTIN.BANKRUPTCY@PUBLICANS.COM;

PEISENBERG@LOCKELORD.COM;

WCURCHACK@LOEB.COM; VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM;

LOIZIDES@LOIZIDES.COM;

ROBIN.KELLER@LOVELLS.COM;

CHRIS.DONOHO@LOVELLS.COM;

ROBIN.KELLER@LOVELLS.COM;

ILEVEE@LOWENSTEIN.COM;

KROSEN@LOWENSTEIN.COM;

METKIN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;

TWHEELER@LOWENSTEIN.COM;

JPROL@LOWENSTEIN.COM;

SCARGILL@LOWENSTEIN.COM

ELEVIN@LOWENSTEIN.COM;

MWARREN@MTB.COM;

JHUGGETT@MARGOLISEDELSTEIN.COM;

FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;

BTRUST@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;

FHYMAN@MAYERBROWN.COM.;

EMERBERG@MAYERBROWN.COM;

TKIRIAKOS@MAYERBROWN.COM;

BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM; ATREHAN@MAYERBROWN.COM;

SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;

JSTOLL@MAYERBROWN.COM;

HBELTZER@MAYERBROWN.COM; SH@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;

BTRUST@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM;

JLAMAR@MAYNARDCOOPER.COM;

KREYNOLDS@MKLAWNYC.COM;

MH1@MCCALLARAYMER.COM; BKMAIL@PROMMIS.COM;

JNM@MCCALLARAYMER.COM;

EGLAS@MCCARTER.COM;

KMAYER@MCCARTER.COM;

WTAYLOR@MCCARTER.COM;

GGITOMER@MKBATTORNEYS.COM;

NCOCO@MWE.COM;

ICATTO@MWE.COM;

PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM;

DHAYES@MCGUIREWOODS.COM;

JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM;

JMR@MSF-LAW.COM;

MBLOEMSMA@MHJUR.COM;

TSLOME@MSEK.COM;

AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM;

HARRISJM@MICHIGAN.GOV;

MICHAEL.FREGE@CMS-HS.COM;

DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM;

PARONZON@MILBANK.COM; GBRAY@MILBANK.COM;

SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV;

MICHAEL.KELLY@MONARCHLP.COM;

DAVIDWHEELER@MVALAW.COM;

NHERMAN@MORGANLEWIS.COM;

NISSAY_I0259-0154@MHMJAPAN.COM;

LBERKOFF@MORITTHOCK.COM;

JPINTARELLI@MOFO.COM; LMARINUZZI@MOFO.COM;

LMARINUZZI@MOFO.COM;

YUWATOKO@MOFO.COM;

TGOREN@MOFO.COM;

JPINTARELLI@MOFO.COM;

LNASHELSKY@MOFO.COM;

BMILLER@MOFO.COM;

BANKRUPTCY@MORRISONCOHEN.COM;

JSULLIVAN@MOSESSINGER.COM;

AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM;

AHANDLER@MOUNDCOTTON.COM; RGOODMAN@MOUNDCOTTON.COM;

SABVANROOY@HOTMAIL.COM;

MILLEE12@NATIONWIDE.COM;

JOWOLF@LAW.NYC.GOV;

RICHARD.FINGARD@NEWEDGEGROUP.COM;

DDREBSKY@NIXONPEABODY.COM;

ADARWIN@NIXONPEABODY.COM;

VMILIONE@NIXONPEABODY.COM;

MBERMAN@NIXONPEABODY.COM;

VMILIONE@NIXONPEABODY.COM;

MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM;

BANKRUPTCYMATTERS@US.NOMURA.COM;

MCANTOR@NORMANDYHILL.COM;

CRMOMJIAN@ATTORNEYGENERAL.GOV;

MJR1@WESTCHESTERGOV.COM;

JEREMY.EIDEN@AG.STATE.MN.US;

MARTIN.DAVIS@OTS.TREAS.GOV;

JNADRITCH@OLSHANLAW.COM;

AKANTESARIA@OPPENHEIMERFUNDS.COM;

RDAVERSA@ORRICK.COM;

JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM;

RFRANKEL@ORRICK.COM; RWYRON@ORRICK.COM;

LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM;

TOMWELSH@ORRICK.COM;

OTCCORPACTIONS@FINRA.ORG;

WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM;

MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM;

JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM;

WK@PWLAWYERS.COM;

CHIPFORD@PARKERPOE.COM;

DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM;

HARVEYSTRICKON@PAULHASTINGS.COM;

DRAELSON@FISHERBROTHERS.COM;

SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM;

DSHEMANO@PEITZMANWEG.COM;

KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM;

WISOTSKA@PEPPERLAW.COM;

LAWALLF@PEPPERLAW.COM;

MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM;

ARLBANK@PBFCM.COM;

JHORGAN@PHXA.COM;

SAMUEL.CAVIOR@PILLSBURYLAW.COM; NICKOLAS.KARAVOLAS@PILLSBURYLAW.COM;

BILL.FREEMAN@PILLSBURYLAW.COM; MARK.HOULE@PILLSBURYLAW.COM;

SPLATZER@PLATZERLAW.COM;

DFLANIGAN@POLSINELLI.COM;

JBIRD@POLSINELLI.COM;

CWARD@POLSINELLI.COM;

JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM;

BBISIGNANI@POSTSCHELL.COM;

FBP@PPGMS.COM; LML@PPGMS.COM;

IGOLDSTEIN@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;

MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM

RFLEISCHER@PRYORCASHMAN.COM; MJACOBS@PRYORCASHMAN.COM; DROSE@PRYORCASHMAN.COM;

RBEACHER@PRYORCASHMAN.COM;

CANELAS@PURSUITPARTNERS.COM; SCHEPIS@PURSUITPARTNERS.COM;
SUSHEELKIRPALANI@QUINNEMANUEL.COM; JAMESTECCE@QUINNEMANUEL.COM;
SCOTTSHELLEY@QUINNEMANUEL.COM; ROBERTDAKIS@QUINNEMANUEL.COM;

JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM;

GRAVERT@RAVERTPLLC.COM;

ARAHL@REEDSMITH.COM;

KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;

CLYNCH@REEDSMITH.COM;

ESCHAFFER@REEDSMITH.COM;

MVENDITTO@REEDSMITH.COM;

JLSCOTT@REEDSMITH.COM; DGRIMES@REEDSMITH.COM; RQURESHI@REEDSMITH.COM;

CALBERT@REITLERLAW.COM;

RICHARD@RWMAPLC.COM;

JSHICKICH@RIDDELLWILLIAMS.COM;

GMOSS@RIEMERLAW.COM; ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM;

ROGER@RNAGIOFF.COM;

MARK.BANE@ROPESGRAY.COM;

ROSS.MARTIN@ROPESGRAY.COM;

PHILIP.WELLS@ROPESGRAY.COM;

ECOHEN@RUSSELL.COM;

RUSSJ4478@AOL.COM;

MSCHIMEL@SJU.EDU;

CMONTGOMERY@SALANS.COM; LWHIDDEN@SALANS.COM;

CBELMONTE@SSBB.COM; TBROCK@SSBB.COM;PBOSSWICK@SSBB.COM; ASNOW@SSBB.COM;

AISENBERG@SAUL.COM;

JTORF@SCHIFFHARDIN.COM;

JKEHOE@BTKMC.COM; BHINERFELD@SBTKLAW.COM;

BDK@SCHLAMSTONE.COM;

NLEPORE@SCHNADER.COM;

JVAIL@SSRL.COM;

SHARBECK@SIPC.ORG; JWANG@SIPC.ORG;

COHEN@SEWKIS.COM;

ASHMEAD@SEWKIS.COM;

FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM;

ANN.REYNAUD@SHELL.COM;

JENNIFER.GORE@SHELL.COM;

JSHENWICK@GMAIL.COM;

CSHULMAN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM;

MCADEMARTORI@SHEPPARDMULLIN.COM;

ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;

MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLING.COM;

AMARTIN@SHEPPARDMULLIN.COM;

RREID@SHEPPARDMULLIN.COM;

BANKRUPTCY@GOODWIN.COM;

JTIMKO@SHUTTS.COM;

AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM;

RFRIEDMAN@SILVERMANACAMPORA.COM;

SQUSBA@STBLAW.COM;

SALLY.HENRY@SKADDEN.COM;

FYATES@SONNENSCHEIN.COM;

PMAXCY@SONNENSCHEIN.COM;

SLERNER@SSD.COM;

SMAYERSON@SSD.COM;

RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM;

R.STAHL@STAHLZELLOE.COM;

MARC.CHAIT@SC.COM;

SSTARR@STARRANDSTARR.COM;

ECHANG@STEINLUBIN.COM;

EOBRIEN@SBCHLAW.COM;

JLOVI@STEPTOE.COM; LROMANSIC@STEPTOE.COM;

RITKIN@STEPTOE.COM; KPIPER@STEPTOE.COM;

CS@STEVENSLEE.COM; CP@STEVENSLEE.COM;

APO@STEVENSLEE.COM; CP@STEVENSLEE.COM;

MCORDONE@STRADLEY.COM;

PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM;

PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM;

MDORVAL@STRADLEY.COM; PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM;
JMMURPHY@STRADLEY.COM;

LANDON@STREUSANDLANDON.COM; VILLA@STREUSANDLANDON.COM;

STREUSAND@STREUSANDLANDON.COM;

MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM;

LHANDELSMAN@STROOCK.COM; DWILDES@STROOCK.COM;

HOLSEN@STROOCK.COM;

LACYR@SULLCROM.COM;
CLARKB@SULLCROM.COM; SCHWARTZMATTHEW@SULLCROM.COM; MCCOMBST@SULLCROM.COM;
WRIGHTTH@SULLCROM.COM;

PAUL.TURNER@SUTHERLAND.COM;

MARK.SHERRILL@SUTHERLAND.COM;

BRUCE.WRIGHT@SUTHERLAND.COM;

MILLER@TAFTLAW.COM;

AGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV;

THALER@THALERGERTLER.COM;

ROBERT.BAILEY@BNYMELLON.COM;

MMORREALE@US.MUFG.JP;

FOONT@FOONTLAW.COM;

CONTACT@LAWOFFICESJJE.COM;

YAMASHIRO@SUMITOMOTRUST.CO.JP;

MATT@WILLAW.COM;

IRA.HERMAN@TKLAW.COM; DEMETRA.LIGGINS@TKLAW.COM;

RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM;

DAVID.BENNETT@TKLAW.COM;

MBOSSI@THOMPSONCOBURN.COM;

AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM;

JCHRISTIAN@TOBINLAW.COM;

WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM;

NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM;

OIPRESS@TRAVELERS.COM; MLYNCH2@TRAVELERS.COM;

HOLLACE.COHEN@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM;

LEE.STREMBA@TROUTMANSANDERS.COM;

BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM;

LINDA.BOYLE@TWTELECOM.COM;

NEWYORK@SEC.GOV;

JACOBSONN@SEC.GOV;

DLIPKE@VEDDERPRICE.COM;

MJEDELMAN@VEDDERPRICE.COM;

EASMITH@VENABLE.COM;

SABRAMOWITZ@VELAW.COM;

JWEST@VELAW.COM;

DKLEINER@VELAW.COM;

JELDREDGE@VELAW.COM;

HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM;

ARWOLF@WLRK.COM;

JDWARNER@WARNERANDSCHEUERMAN.COM;

CBELISLE@WFW.COM; JFREEBERG@WFW.COM;
RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM;
JACQUELINE.MARCUS@WEIL.COM;

RGRAHAM@WHITECASE.COM;

TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM;
EHOLLANDER@WHITECASE.COM; AZYLBERBERG@WHITECASE.COM; DBAUMSTEIN@WHITECASE.COM;
RGRAHAM@WHITECASE.COM;

MRUETZEL@WHITECASE.COM; UKREPPEL@WHITECASE.COM;

TLAURIA@WHITECASE.COM;

CSHORE@WHITECASE.COM;

JEANITES@WHITEANDWILLIAMS.COM;

BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM;

SZUCH@WIGGIN.COM;

MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM;

AALFONSO@WILLKIE.COM;

RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM;

MABRAMS@WILLKIE.COM;

PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM;

CRAIG.GOLDBLATT@WILMERHALE.COM; LISA.EWART@WILMERHALE.COM;

JMCGINLEY@WILMINGTONTRUST.COM;

JBECKER@WILMINGTONTRUST.COM;

CSCHREIBER@WINSTON.COM;

DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM;

DNEIER@WINSTON.COM;

DRAVIN@WOLFFSAMSON.COM;

JLAWLOR@WMD-LAW.COM;

WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM;

BANKR@ZUCKERMAN.COM;

Dated:  New York, New York
        January 10, 2013

_____
Richard V. Conza