Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                          Name of Transferor

Deutsche Bank AG, London Branch             SACAMANO PARTNERS, L.L.C.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch             Court Claim # (if known): 16506
60 Wall Street                              Amount of Claim: $18,803,441.33
3rd Floor                                   Date Claim Filed:
New York, NY 10005
Attention: Jeffrey Olinsky                  Phone: N/A
Phone: 212-250-5760
Fax    212-797-8770

Last Four Digits of Acct #  N/A             Last Four Digits of Acct #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By _____          Date: January 11    , 2013
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jamie Foote
Vice President

Philipp Koch
Vice President

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: DEUTSCHE BANK AG, LONDON BRANCH ("BUYER")

SACAMANO PARTNERS, L.L.C. ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to claim number 16506 in the amount of $18,803,443.33 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the ____26th____ day of December, 2012.

SELLER: SACAMANO PARTNERS, L.L.C.

Name: ELAINE MANN
Title: PARTNER

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title: Janine Enea
Vice President

Name:
Title: Michael Sutton
Managing Director