Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Maximillian Partners, L.L.C. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
60 Wall Street
3rd Floor
New York, NY 10005
Attention: Jeffrey Olinsky
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known) 67595
Amount of Claim: $21,146,424.00
Date Claim Filed:

Phone: N/A

Last Four Digits of Acct # N/A

Last Four Digits of Acct # N/A

Name and Address where transferee payments should be sent (if different from above):

Phone: 212-250-5760
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: January 11, 2013
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jamie Foote
Vice President

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: DEUTSCHE BANK AG, LONDON BRANCH ("BUYER")

        MAXIMILIAN PARTNERS, L.L.C. ("SELLER"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement between Buyer and Seller dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to BUYER, its successors and assigns, all right, title and interest in and to the claim of SELLER against Lehman Brothers Holdings Inc. relating to claim number 67595 in the amount of $21,146,424.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

SELLER hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this assignment of claim as an unconditional assignment and BUYER herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to BUYER.

IN WITNESS WHEREOF, dated as of the 26th day of December 2012.

SELLER: MAXIMILIAN PARTNERS, L.L.C.

Name: ELAINE MANN
Title: Partner

BUYER: DEUTSCHE BANK AG, LONDON BRANCH

Name:
Title: Jamie Foote
Vice President

Name:
Title: Michael Sutton
Managing Director