**FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP**
One New York Plaza
New York, NY 10004
Telephone: 212-859-8000
Facsimile: 212-859-4000
Janice Mac Avoy, Esq.
*Counsel for 237 Park Junior Mezz LLC and
237 Park Mezz, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                             :
            Debtors.                                         :    (Jointly Administered)
------------------------------------------------------------x

NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM NOS. 29554 AND 29558

PLEASE TAKE NOTICE that 237 Park Junior Mezz LLC and 237 Park Mezz, L.P. (collectively, the "Claimants"), by and through their undersigned counsel, hereby withdraw the following proofs of claim:

- Proof of Claim No. 29554 filed by 237 Park Junior Mezz LLC on September 22, 2009 against Lehman Brothers, Holdings Inc. in an unsecured, contingent and unliquidated amount; and

- Proof of Claim No. 29558 filed by 237 Park Mezz, L.P. on September 22, 2009 against Lehman Brothers, Holdings Inc. in an unsecured, contingent and unliquidated amount.

PLEASE TAKE FURTHER NOTICE that the Claimants respectfully request that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced case be updated accordingly.

8844110

Dated: January 11, 2013
      New York, New York

Respectfully submitted,

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By: /s/ Janice Mac Avoy
Janice Mac Avoy, Esq.
One New York Plaza
New York, NY 10004
Telephone: 212-859-8000
Facsimile: 212-859-4000

*Counsel for 237 Park Junior Mezz LLC and 237 Park Mezz, L.P.*

8844110