**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas
New York, NY  10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402
*Attorneys for Boilermakers-Blacksmith National Pension Trust Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered |
| **Debtors.** | Re: Doc. No. 33805 |

## CERTIFICATION OF SERVICE

I, Ira M. Levee, certify as follows:

1. On January 11, 2013, I caused to be served a copy of Boilermakers-Blacksmith National Pension Trust Fund's Response To Reply In Further Support Of Debtors' Objection To The Boilermakers Claims Requesting Subordination Pursuant To Section 510(b) Of The Bankruptcy Code, on the following via electronic mail at the address indicated:

Jonathan S. Henes (jonathan.henes@kirkland.com)
Joseph Serino, Jr. (joseph.serino@kirkland.com)
Chad J. Husnick (chad.husnick@kirkland.com)
Christopher T. Greco (christopher.greco@kirkland.com)
Robert Lemons (robert.lemons@weil.com)
Mark Bernstein (mark.bernstein@weil.com)
Dennis Dunne (ddunne@milbank.com)
Dennis O'Donnell (dodonnell@milbank.com)
Evan R. Fleck (efleck@milbank.com)
Andrew B. Schwartz (Andrea b.schwartz@usdoj.gov)

-2-

2. On January 11, 2013, I caused a copy of the aforementioned pleading to be served by regular mail on the following as follows:

Office of the United States Trustee
Tracy Hope Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attention: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Weil, Gotshal & Manges LLP
Attention: Robert J. Lemons, Esq.
Mark Bernstein, Esq.
Jae Kim, Esq.
767 Fifth Avenue
New York, New York 10153

Kirkland & Ellis LLP
Jonathan S. Henes, Esq.
Joseph Serino, Jr., Esq.
Chad J. Husnick, Esq.
Christopher T. Greco, Esq.
601 Lexington Avenue
New York, New York 10022

and

Via Federal Express:

United States Bankruptcy Court
Southern District of New York
Attention: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

I certify under penalty of perjury that the foregoing statements are true.

Dated: January 14, 2013

                                                     */s/ Ira M. Levee*
                                                       Ira M. Levee