SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-5795
Solomon J. Noh

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re:                                                      :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,   :   Case No. 08 – 13555 (JMP)
:
Debtors.                                   :   (Jointly Administered)
:
:
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

James J. Park, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On January 14, 2013, I caused to be served via hand delivery to the parties on the service list annexed hereto as "Exhibit A" true and correct copies of the *Response of The Tudor BVI Global Portfolio Fund to Debtors' Three Hundred Sixty-first Omnibus Objection to Claims (No Guarantee Claims)*.

NYDOCS03/961537.1

_____
James J. Park

SWORN TO AND SUBSCRIBED before me on this 14th day of January, 2013.

_____

State of NY
County of NY

BRYAN JANKAY
Notary Public, State of New York
No. 01JA6172051
Qualified in New York County
Commission Expires Aug. 6, 20 16

NYDOCS03/961537.1

## Exhibit A

Weil Gotshal & Manges LLP
Attn:   Robert Lemons and Lee Goldberg
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
Southern District of New York
Attn:   Elisabeth Gasparini, Andrea Schwartz, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

NYDOCS03/961537.1