B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Halcyon Loan Trading Fund LLC    Yorvik Partners LLP
Name of Transferee                Name of Transferor

Name and Address where notices to transferee should be sent:

Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 26243
Amount of Claim Transferred: $6,891,853.24
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Commodity Services Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HALCYON LOAN TRADING FUND LLC, as Transferee**
By: Halcyon Offshore Asset Management LLC,
Its Investment Manager

By: _____    Date: 11/8/12
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: YORVIK PARTNERS LLP

YORVIK PARTNERS LLP, having offices located at 11 Ironmonger Lane, London EC2V 8EY ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Halcyon Loan Trading Fund LLC, with offices located at 477 Madison Avenue, 8th Floor, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS COMMODITY SERVICES INC. in the amount of $6,891,853.24, docketed as Claim No. 26243 (as modified by the Joint Instruction Letter) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13885 (JMP) (jointly administered under Case No. 08-13555) (which represents 51.56% of the full stipulated claim amount of $13,366,666.49).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 26 day of October 2012.

WITNESS:
_____
(Signature)

Name: CHRIS JONES.
Title: _____
(Print name and title of witness)

WITNESS:
_____
(Signature)

Name: James W. Sykes
Title: Managing Principal
(Print name and title of witness)

YORVIK PARTNERS LLP

By: _____
(Signature of authorized signatory)

Name: SIMON MULLALY
Title: PARTNER
Tel.: _____

HALCYON LOAN TRADING FUND LLC

By: Halcyon Offshore Asset Management LLC,
    Its Investment Manager

By: _____
(Signature of authorized signatory)

Name: David Martino
Title: Controller
Tel.: _____

9

749684v.3 463/01220