UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                          Debtors.               :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Marc Hotimsky<br>76 Elm Park Road<br>London, SW3 6AU<br>United Kingdom |
| Claim Number (if known): | 13595 |
| Date Claim Filed: | October 14, 2009 |
| Total Amount of Claim Filed: | $652 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | /s/ | Title: | MR |
| --- | --- | --- | --- |
| Printed Name: | HOTIMSKY | Dated: | 3/1/2013 |

US_ACTIVE:\44096563\1\58399.0011