UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Davis Polk & Wardwell LLP<br>Attn: James McClammy<br>450 Lexington Avenue<br>New York, New York 10017 |
| Claim Number (if known): | 18010 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $79,345.04 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Counsel, Davis Polk & Wardwell LLP |
|---|---|
| Printed Name: James I. McClammy | Dated: 01/10/2013 |

FILED / RECEIVED
JAN 11 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC