UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   08-13555 (JMP)
                                                :
                          Debtors.              :   (Jointly Administered)
                                                :
---------------------------------------------------------------x   Ref Docket No. 33786

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2013, I caused to be served the "Notice of Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Bank Sarasin & Co. Ltd.*, dated January 10, 2013 [Docket No. 33786], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Carol Zhang*
                                              Carol Zhang

Sworn to before me this
14th day of January, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | kdwbankruptcydepartment@kelleydrye.com |
| aalfonso@willkie.com | keckhardt@hunton.com |
| abeaumont@fklaw.com | keith.simon@lw.com |
| abraunstein@riemerlaw.com | ken.coleman@allenovery.com |
| acaton@kramerlevin.com | ken.higman@hp.com |
| acker@chapman.com | kerry.moynihan@hro.com |
| adam.brezine@hro.com | kgwynne@reedsmith.com |
| adarwin@nixonpeabody.com | kiplok@hugheshubbard.com |
| adiamond@diamondmccarthy.com | kkelly@ebglaw.com |
| aeckstein@blankrome.com | kkolbig@mosessinger.com |
| aentwistle@entwistle-law.com | klyman@irell.com |
| afriedman@irell.com | klynch@formanlaw.com |
| agbanknewyork@ag.tn.gov | kmayer@mccarter.com |
| aglenn@kasowitz.com | kobak@hugheshubbard.com |
| agold@herrick.com | korr@orrick.com |
| agoldstein@tnsj-law.com | kovskyd@pepperlaw.com |
| ahandler@moundcotton.com | kpiper@steptoe.com |
| aisenberg@saul.com | kressk@pepperlaw.com |
| akantesaria@oppenheimerfunds.com | kreynolds@mklawnyc.com |
| akolod@mosessinger.com | krosen@lowenstein.com |
| alum@ftportfolios.com | kuehn@bragarwexler.com |
| amarder@msek.com | kurt.mayr@bgllp.com |
| amartin@sheppardmullin.com | lacyr@sullcrom.com |
| amcmullen@boultcummings.com | landon@streusandlandon.com |
| amenard@tishmanspeyer.com | lapeterson@foley.com |
| andrew.brozman@cliffordchance.com | lathompson@co.sanmateo.ca.us |
| andrew.lourie@kobrekim.com | lberkoff@moritthock.com |
| angelich.george@arentfox.com | lee.stremba@troutmansanders.com |
| ann.reynaud@shell.com | lgotko@fklaw.com |
| anthony_boccanfuso@aporter.com | lgranfield@cgsh.com |
| aoberry@bermanesq.com | lhandelsman@stroock.com |
| aostrow@beckerglynn.com | linda.boyle@twtelecom.com |
| apo@stevenslee.com | lisa.ewart@wilmerhale.com |
| aquale@sidley.com | lisa.kraidin@allenovery.com |
| arahl@reedsmith.com | ljkotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lkiss@klestadt.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |
| arthur.rosenberg@hklaw.com | lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |

1

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com

lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com

2

| | |
|---|---|
| clynch@reedsmith.com | michael.kim@kobrekim.com |
| cmontgomery@salans.com | michael.mccrory@btlaw.com |
| cohen@sewkis.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |
| cpappas@dilworthlaw.com | mitchell.ayer@tklaw.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | mjr1@westchestergov.com |
| cs@stevenslee.com | mkjaer@winston.com |
| csalomon@beckerglynn.com | mlahaie@akingump.com |
| cschreiber@winston.com | mlandman@lcbf.com |
| cshore@whitecase.com | mlichtenstein@crowell.com |
| cshulman@sheppardmullin.com | mlynch2@travelers.com |
| ctatelbaum@adorno.com | mmendez@hunton.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | mschlesinger@julienandschlesinger.com |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarner@coleschotz.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | ncoco@mwe.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |
| dfelder@orrick.com | ned.schodek@shearman.com |
| dflanigan@polsinelli.com | neilberger@teamtogut.com |
| dgrimes@reedsmith.com | newyork@sec.gov |
| dhayes@mcguirewoods.com | nherman@morganlewis.com |

dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
eli.mattioli@klgates.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com

nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com

4

| | |
|---|---|
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |
| etillinghast@sheppardmullin.com | richard.levy@lw.com |
| ezujkowski@emmetmarvin.com | richard.tisdale@friedfrank.com |
| ezweig@optonline.net | richard@rwmaplc.com |
| fbp@ppgms.com | ritkin@steptoe.com |
| ffm@bostonbusinesslaw.com | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.bailey@bnymellon.com |
| gbray@milbank.com | robert.dombroff@bingham.com |
| ggitomer@mkbattorneys.com | robert.henoch@kobrekim.com |
| ggoodman@foley.com | robert.malone@dbr.com |
| giddens@hugheshubbard.com | robert.yalen@usdoj.gov |
| gkaden@goulstonstorrs.com | robin.keller@lovells.com |
| glenn.siegel@dechert.com | roger@rnagioff.com |
| gmoss@riemerlaw.com | ronald.silverman@bingham.com |
| gravert@ravertpllc.com | ross.martin@ropesgray.com |
| gspilsbury@jsslaw.com | rrainer@wmd-law.com |
| harrisjm@michigan.gov | rreid@sheppardmullin.com |
| harveystrickon@paulhastings.com | rroupinian@outtengolden.com |
| hbeltzer@mayerbrown.com | rrussell@andrewskurth.com |
| heim.steve@dorsey.com | rterenzi@stcwlaw.com |
| heiser@chapman.com | russj4478@aol.com |
| hollace.cohen@troutmansanders.com | rwasserman@cftc.gov |
| holsen@stroock.com | rwyron@orrick.com |
| howard.hawkins@cwt.com | s.minehan@aozorabank.co.jp |
| hseife@chadbourne.com | sabin.willett@bingham.com |
| hsnovikoff@wlrk.com | sabramowitz@velaw.com |
| hsteel@brownrudnick.com | sabvanrooy@hotmail.com |
| ian.roberts@bakerbotts.com | sally.henry@skadden.com |
| icatto@mwe.com | samuel.cavior@pillsburylaw.com |
| igoldstein@proskauer.com | sandyscafaria@eaton.com |
| ilevee@lowenstein.com | sara.tapinekis@cliffordchance.com |
| ira.greene@hoganlovells.com | scargill@lowenstein.com |
| israel.dahan@cwt.com | schannej@pepperlaw.com |
| iva.uroic@dechert.com | schepis@pursuitpartners.com |
| jacobsonn@sec.gov | schnabel.eric@dorsey.com |
| james.heaney@lawdeb.com | schristianson@buchalter.com |
| james.mcclammy@dpw.com | schwartzmatthew@sullcrom.com |
| james.sprayregen@kirkland.com | scott.golden@hoganlovells.com |
| jamestecce@quinnemanuel.com | scottshelley@quinnemanuel.com |

5

jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfox@joefoxlaw.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com

scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com

| | |
|---|---|
| jlamar@maynardcooper.com | sweyl@haslaw.com |
| jlawlor@wmd-law.com | swolowitz@mayerbrown.com |
| jlee@foley.com | szuch@wiggin.com |
| jlevitin@cahill.com | tannweiler@greerherz.com |
| jlipson@crockerkuno.com | tarbit@cftc.gov |
| jlovi@steptoe.com | tbrock@ssbb.com |
| jlscott@reedsmith.com | tdewey@dpklaw.com |
| jmaddock@mcguirewoods.com | tduffy@andersonkill.com |
| jmakower@tnsj-law.com | tgoren@mofo.com |
| jmazermarino@msek.com | thaler@thalergertler.com |
| jmcginley@wilmingtontrust.com | thomas.califano@dlapiper.com |
| jmelko@gardere.com | thomas_noguerola@calpers.ca.gov |
| jmerva@fult.com | tim.desieno@bingham.com |
| jmmurphy@stradley.com | timothy.brink@dlapiper.com |
| jmr@msf-law.com | timothy.palmer@bipc.com |
| jnadritch@olshanlaw.com | tjfreedman@pbnlaw.com |
| jnm@mccallaraymer.com | tkiriakos@mayerbrown.com |
| john.monaghan@hklaw.com | tlauria@whitecase.com |
| john.rapisardi@cwt.com | tmacwright@whitecase.com |
| jonathan.henes@kirkland.com | tmarrion@haslaw.com |
| jorbach@hahnhessen.com | tnixon@gklaw.com |
| joseph.cordaro@usdoj.gov | toby.r.rosenberg@irscounsel.treas.gov |
| joseph.serino@kirkland.com; | tomwelsh@orrick.com |
| joshua.dorchak@bingham.com | tslome@msek.com |
| jowen769@yahoo.com | ttracy@crockerkuno.com |
| jowolf@law.nyc.gov | tunrad@burnslev.com |
| joy.mathias@dubaiic.com | twheeler@lowenstein.com |
| jpintarelli@mofo.com | ukreppel@whitecase.com |
| jporter@entwistle-law.com | villa@streusandlandon.com |
| jprol@lowenstein.com | vmilione@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | vrubinstein@loeb.com |
| jrsmith@hunton.com | walter.stuart@freshfields.com |
| jschiller@bsfllp.com | wanda.goodloe@cbre.com |
| jschwartz@hahnhessen.com | wballaine@lcbf.com |
| jsheerin@mcguirewoods.com | wbenzija@halperinlaw.net |
| jsherman@bsfllp.com | wchen@tnsj-law.com |
| jshickich@riddellwilliams.com | wcurchack@loeb.com |
| jsmairo@pbnlaw.com | wdase@fzwz.com |
| jstoll@mayerbrown.com | wfoster@milbank.com |
| jsullivan@mosessinger.com | will.sugden@alston.com |
| jtimko@shutts.com | william.m.goldman@dlapiper.com |
| jtorf@schiffhardin.com | wiltenburg@hugheshubbard.com |
| judy.morse@crowedunlevy.com | wisotska@pepperlaw.com |

7

| | |
|---|---|
| jvail@ssrl.com | wk@pwlawyers.com |
| jwallack@goulstonstorrs.com | wmaher@wmd-law.com |
| jwang@sipc.org | wmarcari@ebglaw.com |
| jwcohen@daypitney.com | wmckenna@foley.com |
| jweiss@gibsondunn.com | wrightth@sullcrom.com |
| jwest@velaw.com | wsilverm@oshr.com |
| jwh@njlawfirm.com | wswearingen@llf-law.com |
| kanema@formanlaw.com | wtaylor@mccarter.com |
| karen.wagner@dpw.com | wzoberman@bermanesq.com |
| karl.geercken@alston.com | yuwatoko@mofo.com |

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574