

**Aargauische Kantonalbank**

5001 Aarau
Bahnhofplatz 1
Telefon 062 835 77 77
www.akb.ch
MWSt-Nr. 100 203

Datum:         03.01.2013
Kontaktperson: Mathias Wirz         Direktwahl:  +41 62 835 71 82
Geht ohne Brief an:

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004
USA

**Mitteilung**

☐ gemäss telefonischer Besprechung
☐ zur Kenntnisnahme
☐ zur Stellungnahme
☐ bitte unterschreiben/visieren
☐ bitte anrufen
☐ bitte zurücksenden
☐ bitte erledigen
☐ mit Dank zurück
☒ zu Ihren Akten
☐



**EVIDENCE OF TRANSFER OF CLAIM**

Dear Sir or Madam,

Enclosed you will receive the updatet form „Evidence of Transfer of Claim » from our client Claire Lüthin.

Kind regards,

Aargauische Kantonalbank

Mathias Wirz

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Claire Lüthin** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55814) in the nominal amount of CHF 50,000 related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this December 22, 2011.

**Neue Aargauer Bank AG**

By: _____

Name of person signing: Stefan Schenkel
Title of person signing: Director

By: _____

Name of person signing: Andreas Zürcher
Title of person signing: Vice President

Adress of the Transferee:
Claire Lüthin
Rebhaldenstrasse 15
5430 Wettingen

RECEIVED JAN 11 2013 US BANKRUPTCY COURT SD DIST. OF NEW YORK

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| CH0036891122 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 50,000 |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Claire Lüthin | Neue Aargauer Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Aargauische Kantonalbank, Atn. IAAA
  Postfach, 5000 Aarau, Switzerland

Court Claim # (if known):  55814
Amount of Claim:  $50,000.00
Date Claim Filed:  10/29/2009

Phone:  +41 62 835 71 82
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Aargauische Kantonalbank_          Date: _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.