New Hearing Date: January 30, 2013 at 10:00 a.m. (EST)

Jonathan S. Henes
Joseph Serino, Jr.
Chad J. Husnick
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the hearing to consider the *Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims)* (the "***Objection***") [Docket No. 19407], with respect to the response filed by the Boilermakers-Blacksmith National Pension Trust Fund (the "***Response***") [Docket No. 20842] and the Debtors' reply (the "***Reply***") to the Response [Docket No. 33294], originally scheduled for hearing on January 16, 2013 at 10:00 a.m. (EST), has been adjourned until **January 30, 2013 at 10:00 a.m. (EST)** and will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

| | |
|---|---|
| New York, New York<br>Dated: January 15, 2013 | */s/ Jonathan S. Henes*<br>Jonathan S. Henes<br>Joseph Serino, Jr.<br>Chad J. Husnick<br>Christopher T. Greco<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>*Attorneys for Lehman Brothers Holdings Inc.* |