UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                    Debtors.                       :        (Jointly Administered)
-------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 12906 against Lehman Brothers

Holdings Inc. ("LBHI") by Halbis US Credit Alpha Master Fund, Ltd. ("Halbis") filed in an

amount of no less than $1,228,570.59 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Halbis

hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to

expunge the Claim from the claims register.  Halbis represents and warrants that the withdrawal

of the Claim is within its corporate powers, has been duly authorized by all necessary action, and

will not contravene any constitutional document or other instrument or agreement binding on it,

or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the subpoena

directed to Halbis, the issuance of which was noticed in a filing with the Court on November 28,

2012.

Dated: January 11, 2013
New York, New York

/s/

*Attorneys for Halbis US Credit Alpha Master Fund, Ltd.*

/s/

Robert Lemons
WEIL, GOTSHAL & MANGES LLP
787 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2