# Sparkasse Bielefeld

Sparkasse Bielefeld · Postfach 10 26 73 · 33526 Bielefeld

**United States Bankruptcy Court**
**Attn: Lehman Brothers Holdings, Inc.**
**One Bowling Green**
**New York, NY 10004**

U.S.A.

Wertpapierabteilung

Marco Weinberger
Telefon 0521 294-1759
Fax 0521 294-4007
marco.weinberger@
sparkasse-bielefeld.de

RECEIVED JAN 1 4 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

11. Januar 2013

**Reverse of Withdrawal Cheque No. 0021783 Lehman Brothers Holding
Withdraw docket 31922**

Dear Sir or Madam,

in october 2012 we received the above mentioned cheque no. 0021783 (enclosed) with an amount of $880.55 issued by Epiq Bankruptcy Solutions, LLC, Portland, OR.

We were not able to trace the beneficiary of the payment. Because of this fact we filled the withdraw of claim form and have sent back the cheque.

Weeks later a customer of ours called and informed us that she was expecting exactly the payment which we could not allocate. She told us that she has briefed us in august by phone about the payment. The colleague she spoke with was long term ill and because of this matter nobody in our department knew about this conversation.

We would like to reverse the withdrawal so the claim can be reinstated and the payment will be reissued to our costumer.

In case you need more information or documents feel free to contact me via email. Thank you.

Best regards,
Sparkasse Bielefeld
Marco Weinberger
Security department

Sparkasse Bielefeld
Schweriner Straße 5
Postanschrift:
Postfach 10 26 73
33526 Bielefeld

Telefon 05 21  2 94-0
Fax 05 21  2 94-40 00
www.sparkasse-bielefeld.de
service@sparkasse-bielefeld.de
Swift-Adresse SPBI DE 3B XXX

BLZ 480 501 61
HRA 13976
Amtsgericht Bielefeld
USt-IdNr. DE 124011615

Unsere Partner in der
Sparkassen Finanzgruppe:

  

LEHMAN BROTHERS HOLDINGS INC., *et. al.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND, OR 97208-4199

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.




780100563433

000 0003594 00000000 001 002 01781 INS: 0 0
SPARKASSE BIELEFELD
SCHWERINER STRASSE 5
BIELEFELD  33605
GERMANY

| | |
|---|---|
| AGGREGATION NUMBER: | W0041245 |
| CHECK NUMBER: | 0021783 |
| CHECK AMOUNT: | $880.55 |
| CHECK DATE: | OCTOBER 1, 2012 |

You are receiving the enclosed distribution related to the allowed claim(s) set forth on the attached schedule in connection with the jointly administered Chapter 11 bankruptcy cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors").

The disbursement(s) set forth on the attached schedule are made in accordance with the relevant terms of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors as confirmed by the Bankruptcy Court on December 6, 2011. The Plan Administrator reserves the right to recover any portion of a distribution that was made in error. If you have any questions, please contact Epiq Bankruptcy Solutions, LLC at 866-879-0688 (non-US: +1 503-597-7691).

PAYMENT TRANSACTION NUMBER: 16528
TRACKING NUMBER: 38437
K6151 v 002 09 13 2012

---

EPIQ BANKRUPTCY SOLUTIONS, LLC AS DISBURSEMENT AGENT FOR
LEHMAN BROTHERS HOLDINGS INC.
PO BOX 4199
PORTLAND, OR 97208-4199

RBS Citizens, N.A.

29-1310
0213

CHECK NUMBER        DATE
0021783             10/01/2012

Void if not negotiated within ninety (90) days of date of issue          For Deposit Only

PAY EXACTLY ********** Eight Hundred Eighty DOLLARS and 55 CENTS

AMOUNT
$880.55

PAY TO THE ORDER OF:
SPARKASSE BIELEFELD
SCHWERINER STRASSE 5
BIELEFELD  33605
GERMANY

*Authorized Signature*
*Authorized Signature*

⑂"002178311⑂ ⑃021313103⑃: 40086280791⑂

Sparkasse Bielefeld
Postfach 102673
33526 Bielefeld

Deutsche Post
FRANKIT 0,75 EUR
11.01.13    3D06000322
Brief
PP - PRIORITY

PRIORITY
PRIORITAIRE / LUFTPOST

RECEIVED
JAN 14 2013
U.S. BANKRUPTCY COURT
S. DIST. OF NY



Sparkasse Bielefeld · Postfach 102673 · 33526 Bielefeld