WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                        :

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF JOINT MOTION OF LEHMAN
BROTHERS HOLDINGS INC. AND LITIGATION SUBCOMMITTEE OF
CREDITORS' COMMITTEE, PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1), TO EXTEND
STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF**

      **PLEASE TAKE NOTICE** that the hearing on the motion of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and the litigation subcommittee of the Official Committee of Unsecured Creditors appointed in these cases, for authorization to extend the stay of avoidance actions and for certain related relief, dated December 21, 2012 [ECF No. 33322] (the "Motion"), that was scheduled for January 16, 2013, at 10:00 a.m. (Eastern Time), **has been adjourned to January 30, 2013, at 10:00 a.m. (Eastern Time)** (the

US_ACTIVE:\44176751\4\58399.0003

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

PLEASE TAKE FURTHER NOTICE that, **solely** with respect to defendants in the adversary proceeding captioned *Lehman Brothers Special Financing Inc. v. Bank of America National Association, et al.*, Adv. Proc. No. 10-03547 (JMP), objections or responses, if any, to the Motion shall be **filed and served so as to be received no later than January 23, 2013 at 4:00 p.m. (Eastern Time)**.  The deadline for all other parties to file and serve objections or responses to the Motion expired on January 9, 2013 at 4:00 p.m. (Eastern Time).

PLEASE TAKE FURTHER NOTICE that contemporaneously herewith the Plan Administrator has filed the *Declaration of Jacqueline Marcus in Support of Request for Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated January 15, 2013 [ECF No. 33892].

Dated:  January 15, 2013
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

2