**SEWARD & KISSEL LLP**
John R. Ashmead, Esq.
Ronald L. Cohen, Esq.
Justin L. Shearer, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Traxis Fund LP*
*and Traxis Emerging Market*
*Opportunities Fund LP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### Certificate of Service

I, Justin L. Shearer, an attorney duly admitted, hereby certify that on January 14, 2013, I caused a copy of the:

(i)     Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator to Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims;

(ii)    Affidavit of Arlene Alves in Support of The Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator to Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks  for Allowed Claims;

(iii)   Affidavit of James Pastrana In Support of the Reply of Traxis Fund LP And Traxis Emerging Market Opportunities Fund LP To Response Of Plan Administrator to Motion

of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel
Debtors to Reissue Distribution Checks for Allowed Claims;

(iv)     Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging
Market Opportunities Fund LP to Response of Plan Administrator to Motion of Traxis
Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to
Reissue Distribution Checks for Allowed Claims;

(v)      Affidavit of Carolyn Frederick in Support of the Reply Of Traxis Fund LP And Traxis
Emerging Market Opportunities Fund LP to Response of Plan Administrator to Motion
of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel
Debtors to Reissue Distribution Checks for Allowed Claims;

to be served upon the parties listed on the annexed service list in the manner
indicated.

/S/ Justin L. Shearer
Justin L. Shearer

## SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow,Esq.  (Fax) (212) 310-8934
    Lori R. Fife, Esq.  (Fax) (212) 310-8007
    Shai Y. Waisman, Esq.  (Fax) (212) 310-8007
    Jacqueline Marcus, Esq.  (Fax) (212) 310-8007


Office of the United States Trustee (Via Federal Express)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn.:  Andrew D. Velez – Rivera, Esq.


Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne, Esq.  (Fax) (212) 822-5770
    Dennis O Donnell, Esq.  (Fax) (212)-822-5287
    Evan R. Fleck, Esq.  (Fax) (212) 8822-5567


SK 26435 0008 1350026