UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                        Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 17531 filed against Lehman Brothers Holdings Inc. by CFIP MASTER FUND, LTD. ("CFIP"), filed in the amount of $16,825,144.33 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, CFIP hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.  CFIP represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon CFIP on November 19, 2012, the issuance of which was noticed in a filing with the Court on November 21, 2012 (ECF Number 32276).

Dated: January 15, 2012
      New York, New York

| /s/ John R. Ashmead | /s/ Robert J. Lemons |
|---|---|
| John R. Ashmead | Robert J. Lemons |
| SEWARD & KISSEL LLP | WEIL, GOTSHAL & MANGES LLP |
| One Battery Park Plaza | 767 Fifth Avenue |
| New York, New York 10004 | New York, New York 10153 |
| Telephone: (212) 574-1200 | Telephone: (212) 310-8000 |
| Facsimile: (212) 480-8421 | Facsimile: (212) 310-8007 |
| *Attorneys for CFIP Master Fund, Ltd.* | *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates* |

2