HEARING DATE AND TIME: February 28, 2013 at 10:00 a.m. (Eastern Time)
RESPONSE DEADLINE: February 14, 2013 at 4:00 p.m. (Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al.,                     :   08-13555 (JMP)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x
```

### NOTICE OF HEARING ON THREE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS) AND SUPPLEMENTAL OBJECTION TO PROOF OF CLAIM NUMBER 28333 FILED BY BANK LEUMI LE-ISRAEL, LTD.

**PLEASE TAKE NOTICE** that a hearing to consider the (i) Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) (the "Objection") [ECF No. 28412], (ii) the response of Bank Leumi le-Israel, Ltd. opposing the Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 28412] (the "Response"), and (iii) the reply of Lehman Brothers Holdings Inc. to the Response and supplemental objection to proof of claim number 28333 (the "Supplemental Objection") [ECF No. 33925] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **February 28, 2013 at 10:00 a.m. (Eastern Time)**, *solely* as to Claim No. 28333 filed by Bank Leumi Le-Israel Ltd.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Reply and Supplemental Objection shall be filed and served in accordance with the Notice of Hearing On

US_ACTIVE:\44140257\1\58399.0011

Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) filed concurrently with the Objection [ECF No. 11308] (the "Notice"), so as to be so filed and received by no later than **February 14, 2013 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

Dated:  January 15, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

2