WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
---------------------------------------------------------------x
: 
**In re** : 
: **Case No.**
**LEHMAN BROTHERS INC.,** : 
: **08-01420 (JMP) (SIPA)**
Debtor. : 
: 
---------------------------------------------------------------x

US_ACTIVE:\44176180\6\58399.0011

# NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR THE FIFTY-SEVENTH OMNIBUS HEARING ON JANUARY 16, 2013 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.    STATUS CONFERENCES:

1. Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 33322]**

    Response Deadline:    January 9, 2013 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.   Declaration of Jacqueline Marcus in Support of Request for Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief **[ECF No. 33892]**

    B.   Notice of Adjournment of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee **[ECF No. 33894]**

    Status: This matter is going forward solely as a status conference.

2. LBHI's Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 30055]**

    Related Documents:

    A.   Response of Canary Wharf to Objection to Proofs of Claim Numbers 14824 and 14826 **[ECF No. 31341]**

    B.   Declaration of Marc De Leeuw in Support of Canary Wharf's Response **[ECF No. 31342]**

    C.   Declaration of Laurence Rabinowitz Q.C. in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31343]**

    D.   Declaration of Anthony Jordan in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31344]**

|   |   |   |
|---|---|---|
|   | E. | Declaration of William Viets in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31345]** |
|   | F. | Reply to Canary Wharf Response and in Further Support of Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 33774]** |

Status:  This matter is going forward solely as a status conference.

3. Hearing to Consider Objections to Purported Claims Transfers to Stichting The Iamex Value Foundation **[ECF No. 32646]**

   Related Documents:

   A. See Exhibit A to ECF No. 32646.

   B. Notice of Withdrawal of Transfer of Claim filed on October 14, 2012 from Dr. Witten Fam. Dep Gbr. as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 142,010.00 **[ECF No. 33700]**

   C. Notice of Withdrawal of Transfer of Claim filed on October 14, 2012 from Karolina Bernhard as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 100,800.00 **[ECF No. 33701]**

   D. Notice of Withdrawal of Transfer of Claim filed on October 14, 2012 from Ingrid Kostka as transferor, to Stichting The IAMEX Value Foundation in the amount of USD 374,406.80 **[ECF No. 33702]**

   Status:  This matter is going forward solely as a status conference.

4. Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No. 32163]**

   Response Deadline:  January 9, 2013 at 4:00 p.m.

   Response Received:

   A. Response of Plan Administrator **[ECF No. 33722]**

   Related Documents:

   B. Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 32863]**

3

    C.    Affidavit of Herb Baer Regarding Checks to Traxis Emerging Markets Opportunities Fund LP and Traxis Fund LP **[ECF No. 33716]**

    D.    Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator **[ECF No. 33822]**

    E.    Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33823]**

    F.    Affidavit of James Pastrana in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33824]**

    G.    Affidavit of Carolyn Frederick in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33825]**

    H.    Affidavit of Arlene Alves in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33826]**

Status: This matter is going forward solely as a status conference.

## II.    UNCONTESTED MATTER:

5.    First and Final Fee Application of Epiq Bankruptcy Solutions, LLC, as Solicitation and Voting Agent to the Debtors for Allowance and Payment of Compensation for Professional Services Rendered and For Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2011 through December 6, 2011 **[ECF No. 27762]**

Response Deadline:    January 7, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status: This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

## III.    ADVERSARY PROCEEDINGS:

6.    Walton, *et al*. v. Lehman Brothers Inc., *et al*. **[Adversary Case No. 12-01898]**

**Motions to Dismiss**

4

Related Documents:

    A.    Adversary Complaint **[ECF No. 1]**

    B.    Motion to Extend Time to Respond to the Complaint, filed on behalf of Bank of America, NA. and Federal National Mortgage Association **[ECF No. 3]**

    C.    Motion of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. to Extend Time to Respond to the Complaint **[ECF No. 4]**

    D.    Motion of Bank of America, N.A. and Federal National Mortgage Association to Dismiss Adversary Proceeding **[ECF No. 8]**

    E.    Memorandum of Law of Bank of America, N.A. and Federal National Mortgage Association in Support of Motion to Dismiss **[ECF No. 9]**

    F.    Trustee's Motion to Dismiss **[ECF No. 10]**

    G.    Joinder in Trustee's Motion to Dismiss **[ECF No. 12]**

    H.    Trustee's Statement in Further Support of Motion to Dismiss **[ECF No. 13]**

    I.    Supplemental Certificate of Service, filed on behalf of Bank of America, NA. and Federal National Mortgage Association **[ECF No. 15]**

    J.    Statement in Further Support of Motion to Dismiss, filed on behalf of Bank of America, NA. and Federal National Mortgage Association **[ECF No. 16]**

Status:  This matter is going forward.

7.    FirstBank Puerto Rico v. Barclays Capital, Inc. **[Adversary Proceeding No. 10-04103]**

**Barclays Capital Inc. Motion for Summary Judgment; FirstBank Puerto Rico Motion for Summary Judgment**

Related Documents:

    A.    Motion for Summary Judgment of Defendant Barclays Capital Inc., dated September 13, 2012 filed by Lindsee Paige Granfield on behalf of Barclays Capital, Inc. **[ECF No. 15]**

    B.    Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Summary Judgment **[ECF No. 16]**

5

C.     Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Summary Judgment **[ECF No. 32]**

D.     Barclays Capital Inc.'s Statement of Undisputed Facts Pursuant to Local Rule 7056-1 in Support of its Motion for Summary Judgment **[ECF No. 18]**

E.     Stipulations of Fact **[ECF No. 19]**

F.     Motion of FirstBank Puerto Rico for Summary Judgment **[ECF No. 23]**

G.     Plaintiff's Statement of Undisputed Fact Pursuant to Local Bankruptcy Rule 7056-1 **[ECF No. 24]**

H.     Declaration of Judith R. Cohen in Support of Plaintiff's Motion for Summary Judgment **[ECF No. 25]**

I.     Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment **[ECF No. 33]**

J.     Supplemental Declaration of Judith R. Cohen in Support of Plaintiff's Motion for Summary Judgment **[ECF No. 29]**

K.     Memorandum of Law of Defendant Barclays Capital Inc. in Opposition to Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment **[ECF No. 44]**

L.     Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Opposition to the Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment [REDACTED] **[ECF No. 36]**

M.     Defendant Barclays Capital Inc.'s Statement of Additional Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1 **[ECF No. 37]**

N.     Response of Defendant Barclays Capital Inc. to the Statement of Purportedly Undisputed Material Facts of Plaintiff FirstBank Puerto Rico Pursuant to Local Bankruptcy Rule 7056-1 **[ECF No. 38]**

O.     Declaration of Judith R. Cohen in Opposition to Barclay Capital Inc.'s Motion for Summary Judgment **[ECF No. 39]**

P.     Plaintiff's Responses to Barclay Capital Inc.'s Statement of Undisputed Facts Pursuant to Local Rule 7056-1 in Support of its Motion for Summary Judgment and Statement of Additional Material Facts **[ECF No. 41]**

  Q. Memorandum of Law of FirstBank Puerto Rico in Opposition to Barclay Capital Inc.'s Motion for Summary Judgment **[ECF No. 49]**

  R. Reply Declaration of Jeffrey A. Mitchell in Further Support of Plaintiff's Motion for Summary Judgment and Exhibits 48-51 Thereto **[ECF No. 52]**

  S. Response of Defendant Barclays Capital Inc. to the Statement of Additional, Purportedly Undisputed Material Facts of Plaintiff FirstBank Puerto Rico Pursuant to Local Bankruptcy Rule 7056-1 [REDACTED], dated November 21, 2012 **[ECF No. 54]**

  T. Declaration of Catherine Hart on behalf of Barclays Capital, Inc. [REDACTED], dated November 21, 2012 **[ECF No. 55]**

  U. Plaintiff's Responses to Defendant Barclays Capital Inc.'s Statement of Additional Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1 **[ECF No. 56]**

  V. Reply Memorandum of Law of FirstBank Puerto Rico in Further Support of Plaintiff's Motion for Summary Judgment **[ECF No. 60]**

  W. Reply Memorandum of Defendant Barclays Capital Inc. in Support of its Motion for Summary Judgment **[ECF No. 61]**

 Status: This matter is going forward.

**ADJOURNED MATTERS:**

**A.** **Lehman Brothers Holdings Inc. Chapter 11 Cases**

 8. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

 Response Deadline: February 9, 2011 at 4:00 p.m.

 Responses Received:

  A. Debtors' Objection **[ECF No. 14398]**

  B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

7

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status: This matter has been adjourned to February 13, 2013 at 10:00 a.m.

9. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline: June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[ECF No. 17502]**

Status: This matter has been adjourned to March 13, 2013 at 10:00 a.m.

10. One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 19407]**

Response Deadline: October 13, 2011 at 4:00 p.m.

Responses Received:

    A.    Response of Boilermakers-Blacksmith National Pension Trust Fund's Response to Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CNBS Claims) **[ECF No. 20824]**

    B.    Boilermakers-Blacksmith National Pension Trust Funds Response to Reply in Further Support **[ECF No. 33805]**

Related Document:

    C.    LBHI's Reply in Further Support of the Debtors' Objection to the Boilermakers Claims Requesting Subordination **[ECF No. 33294]**

Status: This matter has been adjourned to January 30, 2013 at 10:00 a.m.

B. **Adversary Proceedings**

11. LBHI v. JPMorgan Chase Bank, N.A. **[Adversary Proceeding No. 10-03266]**

    **Motion to Compel Answer to Interrogatory and Motion Authorizing the Filing of an Unredacted Version of the Motion to Compel**

    Related Documents:

    A. Motion of JPMorgan Chase Bank, N.A. to Compel Answer to Interrogatory **[ECF No. 161]**

    B. Declaration of Grant R. Mainland in Support of Motion to Compel Answer to Interrogatory **[ECF No. 162]**

    C. Motion of JPMorgan Chase Bank, N.A. for an Order Authorizing the Filing of an Unredacted Version of the Motion to Compel Answer to Interrogatory **[ECF No. 164]**

    Status: This matter has been adjourned to February 13, 2013 at 10:00 a.m.

12. Giants Stadium Discovery Protocol Status Conference

    Related Documents: None.

    Status: This matter has been adjourned to a date to be determined.

C. **Securities Investor Protection Corporation Proceedings**

13. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline: February 6, 2013 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

    B. Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355, 5415, 5496, 5607]**

9

<u>Status</u>:   This matter has been adjourned to February 13, 2013 at 10:00 a.m.

14. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[LBI ECF No. 5129]**

<u>Response Deadline</u>:   September 12, 2012 at 4:00 p.m.

<u>Responses Received</u>:

A. Trustee's Opposition to Motion of Elliott Management Corporation **[LBI ECF No. 5284]**

B. Response of the Securities Investor Protection Corporation to Motion of Elliott Management Corporation **[LBI ECF No. 5282]**

C. Limited Objection by Barclays Capital Inc. **[LBI ECF No. 5156]**

D. Objection of Joy Global, Inc. **[LBI ECF No. 5274]**

E. Limited Objection by PricewaterhouseCoopers AG, Zurich **[LBI ECF No. 5275]**

F. Objection of Teva Pharmaceuticals **[LBI ECF No. 5277]**

G. Objection of SL Green Realty Corp. **[LBI ECF No. 5278]**

H. Objection of Belmont Insurance Company **[LBI ECF No. 5279]**

I. Limited Objection and Request by the Joint Administrations of Lehman Brothers International (Europe) (In Administration) **[LBI ECF No. 5280]**

J. Objection of LibertyView **[LBI ECF No. 5281]**

K. Objection of Goldman Sachs Investment Partners Master Fund, L.P. **[LBI ECF No. 5283]**

L. Joinder of PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. to Objection of LibertyView **[LBI ECF No. 5285]**

M. Response of Lehman Brothers Holdings Inc. **[LBI ECF No. 5287]**

N. LBHI Official Committee of Unsecured Creditors' Statement **[LBI ECF No. 5297]**

O. Response and Reservation of Rights of the Ad Hoc Group of Lehman Brothers Creditors **[LBI ECF No. 5298]**

Related Documents:

    P.    Notices of Adjournment **[LBI ECF Nos. 5143, 5155, 5206, 5528, 5623]**

    Q.    Omnibus Reply of Elliott Management Corporation to Responses to Its Motion **[LBI ECF No. 5316]**

Status:  This matter has been adjourned to February 13, 2013 at 10:00 a.m.

15. Trustee's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim (I) Objections Procedures and (II) Settlement Procedures **[LBI ECF No. 5392]**

    Response Deadline:    November 7, 2012 at 4:00 p.m., extended by agreement for certain parties

    Responses Received:  None to date.

    Related Documents:

    A.    Order Approving General Creditor Claim Objection Procedures **[LBI ECF No. 5441]**

    B.    Notices of Adjournment **[LBI ECF No. 5533 and 5633]**

Status:  This matter has been adjourned to February 13, 2013 at 10:00 a.m.

16. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement **[LBI ECF No. 5483]**

    Response Deadline:    December 21, 2012 at 4:00 p.m., extended by agreement for certain parties to February 6, 2013 at 12:00 p.m.

    Responses Received:  None to date.

Related Document:

A. Notice of Adjournment **[LBI ECF No. 5628]**

Status:  This matter has been adjourned to February 13, 2013 at 10:00 a.m.

Dated: January 15, 2013
 New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: January 15, 2013
 New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.