B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni

Phone: (212)934-3921
Last Four Digits of Acct #: ______

Name and Address where transferee payments should be sent (if different from above):

Phone: ______
Last Four Digits of Acct #: ______

CCP Credit Acquisition Holdings, L.L.C.
Name of Transferor

Court Claim # (if known): 59006
Amount of Claim Transferred: $6,964,722.55
Date Claim Filed: October 30, 2009
Debtor: Lehman Commercial Paper Inc.

Phone: ______
Last Four Digits of Acct. #: ______

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Michelle Latzoni
Authorized Signatory

By: ______________________________ Date: 1/14/13
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.