B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                     Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Nordea Bank S.A | Credit Suisse (Luxembourg S.A.) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

562, Rue de Neudorf, (P.O. Box 562) L-2015
G.D.Luxembourg
Attn: GOS-Custody Dept.
Phone: +352 4388 7487
Email: OPSsafecustody@Nordea.lu

Court Claim # (if known): **55819**
Total Amount of Claim Filed: $10,875,708.06
Amount of Claim Transferred: $250 units
ISIN/CUSIP: XS0258947745
Blocking Number: ?
Date Claim Filed: October 29, 2009

Phone: +352 460011 1
Last Four Digits of Acct #:

Name and address where transferee payments should be sent (if different from above):

Please wire payments to:**CHASUS33 A/C 400807092 ifo Nordea Bank S.A. – Ref.: cl 0246174 – sn.42550 Lehman Bros Claim 55819**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Nordea Bank S.A.                     Date: October 16th, 2012.
Transferee/Transferee's Agent

**KOEN MyNy**                           Gorik van Maele

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                    Case No. 08-13555

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

**Claim No. 55819** was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on **October 16th, 2012.**

| Credit Suisse (Luxembourg) S.A. | Nordea Bank S.A. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

Credit Suisse (Luxembourg) S.A.
56, Grand Rue

L-2010 Luxembourg. G.D. Luxembourg.
Attn: Birgit Lemmermeyer

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Douglas R. Davis
Phone: 212-373-3000
Email: ddavis@paulweiss.com

Address of Transferee:

562, Rue De Neudorf, (P.O. Box 562) L-2015 G.D.Luxembourg.
Attn: GOS-Custody Dept.
Phone: +352 4388 7487
Email: OPSsafecustody@Nordea.lu

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                    **CLERK OF THE COURT**



CREDIT SUISSE

Phone +352 46001 1 1
Fax +352 46 32 70
www.credit-suisse.com

## Fax

| To | Nordea Bank S.A. | From | Credit Suisse (Luxembourg) S.A. Birgit Lemmermeyer |
|---|---|---|---|
| Fax no. | +352 43 88 76 11 | Pages | ✗3 (incl. this page) |
| c.c. | Oscar Pira-Klussmann | Date | 03.11.2011 |
| Re | **Evidence of Transfer of Lehman Programs Securities** | | |

Dear Sirs

This is to confirm the transfer of the following Lehman Programs Security from Credit Suisse (Luxembourg) S.A. to Nordea Bank S.A., Luxembourg:

| Credit Suisse Claim No. | ISIN | Description | Nominal/Units | Transfer Date |
|---|---|---|---|---|
| 55819 | XS0258947745 | Certificates Plus:Lehman Brothers Treasury Bv:2006-14.7.09(EXP.7.7.09)on DJ Euro Stoxx 50 Idx - In Default- | 250 units | 11.08.2011 |

Yours sincerely,

CREDIT SUISSE (LUXEMBOURG) S.A.

Dr. Marion Rinke
Director

Birgit Lemmermeyer
Vice President

Should there be any difficulty with this transmission, please notify the sender at the telephone number given above.

This facsimile is intended only for the use of the individual or entity to which it is addressed and may contain information which is privileged and confidential. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Luxembourg) S.A.** ("Transferor") unconditionally and irrevocably transferred to **Nordea Bank S.A., Luxembourg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55819**), in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 03.11.2011

By: _____
Name: Dr. Marion Rinke
Title:  Director

By: _____
Name: Birgit Lemmermeyer
Title:  Vice President

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0258947745 | 55819 | October 29, 2009 | Lehman Brothers Treasury B.v. | 250 units |
| | | | | |

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC Attn Lauren Rodriguez
FDR Station, P.O. Box 5076
New York, NY 10150-5076
U.S.A.

FILED / RECEIVED
NOV 01 2012
EPIQ BANKRUPTCY SOLUTIONS, LLC

LUXEMBOURG 24.10.12
LUXEMBOURG 00220
84053