## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Société Générale Private Banking (Suisse) S.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of October 2012.

**UBS AG (Transferor)**

By: _____
Name: Hugo Koller
Title:   Director

By: _____
Name: Jean-Claude Besson
Title:   Associate Director

**Société Générale Private Banking
(Suisse) S.A. (Transferee)**
Avenue Rumine 20, CH-1011 Lausanne 11

By: _____
Name:                          Thierry Mory
Title:   First Vice President

By: _____     Patrick Viquerat
Name:
Title:  Assistant Vice President

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holding Inc          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Générale
Private Banking (Suisse) SA
_____
Name of Transferee

UBS Zurich
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Société Générale
Private Banking (Suisse) SA
Avenue de Rumine 20
Case postale 220
1001 Lausanne
Phone: +41 21 343 12 78
Last Four Digits of Acct #: 90395

Court Claim # (if known): 59233
Amount of Claim: EUR 80'000,-
Date Claim Filed: 30/10/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
X   Société Générale NEW YORK
560 Lexington Avenue, NEW YORK
Phone: +1 212 27 25 508
Last Four Digits of Acct #: 188476

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: T. Mory                              Date: 29th October 2012
    Transferee/Transferee's Agent
    First Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

P. Viquerat
Ass. Vice President

www.dhl.com — made from recycled materials

EXPRESS WORLDWIDE — DOX — DHL
10017 NEW YORK, United States
Origin: GVA
JFK
US-ZYP-TSS
Account No. 150046198
Ref code: YPI / FIK
Pcs / Shpt Weight / 0.50 KG — Piece 1/1
WAYBILL 63 7172 5220
(2L)US10017+42000000
(J)JD01 2041 7777 8000 2765

EXPRESS WORLDWIDE EasyShip — DOX — DHL
FROM: Société Générale, 1905 Lausanne, SWITZERLAND, Avenue de Rumine 20
TO: EPIQ BANKRUPTCY SOLUTIONS, LLC
ATT LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
757 THIRD AVENUE, 3RD FLOOR
10017 NEW YORK, NEW YORK
UNITED STATES OF AMERICA
Account: 150046198
US-ZYP
Origin GVA
Pickup Date: 2012-10-29
Shipment Weight: 0.50kg
Piece: 1/1
PARCEL COPY

FILED / RECEIVED
NOV 01 2012
EPIQ SYSTEMS