# EXHIBIT B

(Notice of Claimant Name Change and Amendment of Proof of Claim)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | (Jointly Administered) |

### NOTICE OF CLAIMANT NAME CHANGE AND AMENDMENT OF PROOF OF CLAIM

Clariden Leu Limited (a/k/a Clariden Leu AG or Clariden Leu SA) (the "Claimant"), which filed and holds claim number 55813 and otherwise holds claims, or portions of claims, numbers 22855, 49756, 44904, 46365, 45221, 42069, 55829, 57886, 57887 and 57888, has merged into and is now named Credit Suisse AG, as reflected on the attached copy of an excerpt from the Commercial Registry of Zurich, Switzerland, effective immediately.[1]  Claimant's name and address on its proof of claim are amended to read as follows:

Credit Suisse AG        With notice to:
Paradeplatz 8           Stephanie Tumbiolo
CH-8001 Zurich          Cravath, Swaine & Moore LLP
Switzerland             825 8th Avenue
                        New York, NY 10019
                        STumbiolo@cravath.com

Other than as specified above, nothing herein shall affect the claims filed or held by Clariden Leu Limited or Credit Suisse AG in the above-referenced case.

Dated: July 12, 2012

_____        _____
Name: Reto Kuehne                     Name: Martina Berli
Title: Director                       Title: Vice President

---

[1] Claimant is the Respondent with respect to an objection to a portion of claim number 55813. See Dkt Nos. 20106, 22017.

[[3358190]]



Kanton Zürich
Direktion der Justiz und des Innern
**Handelsregisteramt**

Schöntalstrasse 5
Postfach
8022 Zürich
Schalterstunden: 8.30 - 16.30 Uhr
Tel: +41 (0)43 259 74 00
Fax: +41 (0)43 259 74 90
Internet: www.hrazh.ch
E-Mail: mailbox.hra@ji.zh.ch

**lic. iur. Angelika Schnyder**
Direktwahl: 043 259 74 54
Fax: 043 259 74 90
E-Mail: mailbox.hra@ji.zh.ch

To Whom It May Concern

Ref   5238/2012 / TP
Zürich, 2. April 2012

## Fusion: Credit Suisse AG – Clariden Leu AG (Absorption)

Gemäss der beiliegenden Eintragungs-Bestätigung (Auszug aus dem m Tagesregister) des Handelsregisteramts des Kantons Zürich und entsprechend dem Schweizerischen Fusionsgesetz ist die Fusion zwischen Clariden Leu AG und Credit Suisse AG am 2. April 2012 rechtswirksam geworden. Bei dieser Fusion handelt es sich um eine Absorptionsfusion, welche eine vollständige Übernahme der Clariden Leu AG durch die Credit Suisse AG bewirkte. Per 2. April 2012 sind von Gesetzes wegen sämtliche Aktiven und Passiven sowie sämtliche Rechte und Pflichten der Clariden Leu AG durch Universalsukzession auf die Credit Suisse AG übergegangen.

Freundliche Grüsse
Handelsregisteramt
Kanton Zürich

*Schnyder*
Angelika Schnyder

As per the enclosed confirmation of entry (excerpt from the Journal) of the Commercial Registry of Zurich, Switzerland and pursuant to the Swiss Merger Act, the merger between Clariden Leu AG and Credit Suisse AG became effective on April 2, 2012. The merger between Clariden Leu AG and Credit Suisse AG was consummated as a merger by absorption under the Swiss Merger Act. As per such date, Credit Suisse AG assumed by operation of law all assets and liabilities and all rights and obligations of Clariden Leu AG by way of universal succession.

Kind regards
Commercial Registry, Zurich

*Schnyder*
Angelika Schnyder



# Zeugnis

des Handelsregisteramtes des Kantons Zürich

**CERTIFICATION**
issued by the Commercial Registry of Canton Zurich

It is hereby certified that the following company is entered in the Commercial Register of Canton Zurich: a joint stock company by the name of

Credit Suisse AG-----------------------------------------------------------------------------

domiciled in Zurich---------------------------------------------------------------------------
Address: Paradeplatz 8, 8001 Zurich-----------------------------------------------------

This company has been entered in the Commercial Register of Canton Zurich since 27th April 1883. It has been entered in the aforementioned register under the following versions:

From 11th December 1996 - 13th May 2005
Credit Suisse First Boston-------------------------------------------------------------------

From 13th May 2005 - 09th November 2009
Credit Suisse-----------------------------------------------------------------------------------
(Crédit Suisse) (Credito Svizzero) (Schweizerische Kreditanstalt)---------------------

It has been entered since 09th November 2009 under the following name:
Credit Suisse AG-------------------------------------------------------------------------------

(In reference to the aforementioned joint stock company there was another version of the company name entered in the Commercial Register of Canton Zurich prior to 11th December 1996).----------------------------------------------------------------------------

The Commercial Register also indicates the following for the aforementioned company:

| | | |
|---|---|---|
| Share capital: | CHF 4'399'665'200.-- | (CHF four-three-nine-nine-six-six-five-two-zero-zero 00/00)-------------- |
| Of which is paid in: | CHF 4'399'665'200.-- | (CHF four-three-nine-nine-six-six-five-two-zero-zero 00/00)-------------- |

Share denominations: 43'996'652 registered shares with a par value of CHF 100.-- each.-----------------------------------------------------------------------------------------

Participation capital: CHF 15'000.--    of which is paid in: CHF 15'000.-- ----------

750'000 registered participation certificates with a par value of CHF 0.01 (preferential participation certificates A).----------------------------------------------------------------
750'000 registered participation certificates with a par value of CHF 0.01 (preferential participation certificates B).----------------------------------------------------------------

Seite 2/2

Purpose: The purpose of the company is to operate a bank. Its line of business covers all associated forms of banking, finance, consultancy, service and commercial transactions at home and abroad. The company may create banks, finance companies and other companies of all kinds, take up holdings in such, assume the management thereof and, together with them enter into joint ventures to provide economic services for third parties. The company may acquire, encumber and sell properties at home and abroad.

With journal entry no. 11621 of 02nd April 2012, the following entry was published in the Official Commercial Gazette of Switzerland (SHAB), no. 68 of 05th April 2012:

Merger: Assumption of the assets and liabilities of Clariden Leu AG, of Zurich, (CH-020.3.905.335-3), in accordance with the merger agreement of 13./26. March 2012 and the balance sheet as per 31. December 2011. Assets in the amount of CHF 25,222,742,965.00 and liabilities (third-party capital) in the amount of CHF 23,988,758,873.00 are transferred to the acquiring company. Since the same shareholder holds all the shares of the companies involved in the merger, no share capital increase or allocation of shares takes place.

It is further certified that the aforementioned company is organized according to the laws of Switzerland.

The Commercial Registry Office of the Canton of Zurich can offer no guarantee as to the accuracy of the translation from the original German text of this entry in the Commercial Register.

Zurich, Switzerland, 05th April 2012
Company number:  CH-020.3.923.549-1
Signed:           HI
Fee:              CHF 50.--

