# EXHIBIT C

**(Schedule)**

[[NYCORP:3389188v3:3104W: 01/15/2013--03:58 p]]

| CREDITOR | CLAIM FILED DATE | CLAIM NUMBER | ISIN | ORIGINAL AMOUNT | AMOUNT SUBJECT TO OBJECTION | TRANSFERS[1] |
|---|---|---|---|---|---|---|
| Credit Suisse (Monaco) S.A.M. | 10/29/09 | 55817 | XS0229269856 | EUR 234,000.00 | Undetermined | No transfer for this ISIN under claim 55817 |
| Credit Suisse (UK) Limited | 10/29/09 | 55816 | XS0229269856 | EUR 260,000.00 | Undetermined | No transfer for this ISIN under claim 55816 |
| Credit Suisse AG | 10/29/09 | 55813 | XS0215349357 | EUR 795,000.00 | Undetermined | No transfer for this ISIN under claim 55813 |
| Credit Suisse AG | 10/29/09 | 55813 | XS0229269856 | EUR 910,000.00 | Undetermined | Credit Suisse AG Transfer to: Berenberg Bank EUR 150,000.00 Docket: 31095 9/24/2012 |
| Credit Suisse AG, Singapore Branch | 10/29/09 | 55829 | XS0215349357 | EUR 58,000.00 | Undetermined | No transfer for this ISIN under claim 55829 |
| Credit Suisse AG, Singapore Branch | 10/29/09 | 55829 | XS0229269856 | EUR 28,559,000.00 | Undetermined | No transfer for this ISIN under claim 55829 |
| Credit Suisse Securities Europe | 10/29/09 | 55810 | XS0243852562 | $8,585,758.71 | $8,585,758.71 | No transfer for this ISIN under claim 55810 |
| Credit Suisse AG, Singapore Branch | 10/29/09 | 55825 | XS0229269856 | EUR 320,000.00 | Undetermined | No transfer for this ISIN under claim 55825 |

[1] This Schedule may not include all transfers filed. Credit Suisse reserves the right to update this Schedule as may be necessary.