B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
                                                             (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC            Centerbridge Special Credit Partners, L.P.
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 59006
should be sent:                                Amount of Claim Transferred: $3,035,277.45
                                               Date Claim Filed: October 30, 2009
Goldman Sachs Lending Partners LLC             Debtor: Lehman Commercial Paper Inc.
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni

Phone: (212)934-3921                           Phone:
Last Four Digits of Acct #:                    Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Michelle Latzoni
Name of Transferee/Transferee's Agent   Authorized Signatory   Date: 1/14/13

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16