B 210A (Form 210A) (12/09)

<span style="color:red">JAN 1 5 2013</span>

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee *hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,* of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Can Ansay | REINHOLD FROHLICH |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Can Ansay, Hartungstrasse 14,
  20146 Hamburg, GERMANY

Court Claim # (if known):  36446
Amount of Claim:  $21,226.50
Date Claim Filed:  10/05/2009

Phone:  0049-40-445589
Last Four Digits of Acct #:  6250

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Can Ansay                            Date: 01/01/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

JAN 1 5 2013

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al. Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| [illegible] | REINHOLD FRÖHLICH |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: Cem Ansay, [illegible]strasse 14, [illegible] Hamburg, GERMANY | Court Claim # (if known): 30436<br>Amount of Claim: $21,238.50<br>Date Claim Filed: 10/05/2009 |
| Phone: 0049-40-445589<br>Last Four Digits of Acct #: 6250 | Phone:<br>Last Four Digits of Acct. #: |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Cem Ansay Date: 01/01/2013
Transferee/Transferee's Agent

[illegible]

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

JAN 1 5 2013

In re Lehman Brothers Holdings Inc., et al. _____ ,

Case No. __08-13555 (JMP)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee *hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.*

| | |
|---|---|
| Can Ansay | HANS-GERD VAN DER MEE |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Can Ansay, Hartungstrasse 14,
  20146 Hamburg, GERMANY

Court Claim # (if known): ___37312___
Amount of Claim: ___$21,435.00___
Date Claim Filed: ___10/09/2009___

Phone: __0049-40-445589__
Last Four Digits of Acct #: ___6250___

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Can Ansay _____          Date: __01/01/2013_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

JAN 1 5 2013

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.       ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Can Ansay | CHRISTEL LALA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Can Ansay, Hartungstrasse 14,
  20146 Hamburg, GERMANY

Court Claim # (if known):    50978
Amount of Claim:        $5,330.73
Date Claim Filed:       10/28/2009

Phone:  0049-40-445589
Last Four Digits of Acct #:        6250

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Can Ansay                                              Date:  01/01/2013
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**Kanzlei Dr. Ansay**
Rechtsanwalt Dr. Can Felix Ansay
Hartungstr. 14 - 20146 Hamburg
Germany

PRIORITY
PRIORITAIRE / LUFTPOST

JAN 1 5 2013

**Deutsche Post**    08.01.13
*FILIALE*    F10118F2CB    **2.80 EUR**
Recommandé

RT  07 821 768  5DE

U.S. Bancruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004 - 1408
U.S.A

1000481400