# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67038

**BNP PARIBAS**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto

**BNP PARIBAS SECURITIES CORP**
787 7th Avenue
New York, New York 10019
Attn: Evan Glanoukakis

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller in the principal amount of $25,000,000 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative, dated January 16, 2013.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS | BNP PARIBAS SECURITIES CORP |
| By: _____ <br> Name: <br> Title: | By: _____ <br> Name: <br> Title: |
| By: _____ <br> Name: <br> Title: **Evan Gianoukakis** <br> **Managing Director** | |