# UBS

UBS AG
P.O. Box
CH-8098 Zurich

Securities Services Corporate Events
Special Transaction & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
PEZH FLUR 4 FNNC-017
Badenerstrasse 574 / C
CH-8048 Zurich
Tel +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

## Message

January 10, 2013


RECEIVED JAN 15 2013

**subject**   Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

you are receiving   1 Evidence of partial transfer of claim, duly completed and signed by Credit Suisse AG, Zurich dated 21.12.2012

☐ for your information         ☐ returned with thanks         ☐ please return
☒ for your records             ☐ please comment               ☐ please confirm receipt
☐ as agreed                    ☐ please sign                  ☐ please process
☐ please complete              ☐ please forward to

Remarks
TOCE039 units 24.00 3070219 ANN5214R1481

Transferor: Credit Suisse, Zurich
Initial Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55829)** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 21, 2012.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Irma Bauer
Title: VP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214R1481 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | -24- |

# UBS

UBS AG
P.O. Box
CH-8098 Zurich

Securities Services Corporate Events
Special Transaction & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
PEZH FLUR 4 FNNC-017
Badenerstrasse 574 / C
CH-8048 Zurich
Tel +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
Epiq Bankruptcy Solutions LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

January 09, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

you are receiving    1 Evidence of partial transfer of claim, duly completed and signed by Credit Suisse AG, Zurich dated 21.12.2012

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records       ☐ please comment         ☐ please confirm receipt
☐ as agreed              ☐ please sign            ☐ please process
☐ please complete        ☐ please forward to

Remarks
TOCE039 units 24.00 3070219 ANN5214R1481

Transferor: Credit Suisse, Zurich
Initial Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson         Hugo Koller
Associate Director         Director

61555 E    07.03.2012    N1                          09.01.2013    Page 1/1