JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Benjamin Rosenblum
Miriam Reznik

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                               :

In re:                                         :           Chapter 11
                                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :          Case No. 08-13555 (JMP)
                                                 :

                                                 :           (Jointly Administered)
                                                 :

                       Debtors.           :

                                                 :

--------------------------------------------------------- x

**NOTICE OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE
DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF
PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the

Production of Documents and Authorizing the Examination of Persons and Entities, entered on

November 23, 2009 (the "Order"),[1]  the Court granted Lehman Brothers Holdings Inc. and its

affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to

issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit

to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in
the Order.

As required by the Order, the Debtors hereby file: (i) notice of the subpoena, naming the witness and setting forth the date, time and place of any examination and for the production of any documents (attached hereto as Exhibit A); and (ii) an affidavit of service (attached hereto as Exhibit B).

Dated: January 17, 2013                          JONES DAY
       New York, NY

                                               *s/* Miriam Reznik
                                               Jayant W. Tambe
                                               Benjamin Rosenblum
                                               Miriam Reznik
                                               JONES DAY
                                             222 East 41st Street
                                             New York, New York 10017
                                             Telephone:   (212) 326-3939
                                             Facsimile:   (212) 755-7306

                                             *Attorneys for Debtors and Debtors in Possession*

# EXHIBIT A

## NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Puerto Rico Public Finance Corporation |
| Date of Service of Subpoena: | January 15, 2013 |
| Subject of Subpoena: | Production of Documents pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination and for the Production of any Documents | Documents to be produced by February 14, 2013 at 10:00 A.M. (AST) at Jones Day, 222 East 41st Street, New York, New York 10017, Attn: Miriam Reznik, or to Wanda Rivera, Royal Gardens E-9, Josefina Street, Bayamon, Puerto Rico 00957 |

**EXHIBIT B**

08-13555-mg    Doc 33990    Filed 01/17/13    Entered 01/17/13 15:01:52    Main Document
Pg 4 of 5

# Affidavit of Process Server

United States Bankrupcy Court / District of Puerto Rico
(NAME OF COURT)

Lehman Brothers Holdings Inc. et al.    Puerto Rico Public Finance Corp.    08-13555(JMP)
PLAINTIFF/PETITIONER                     DEFENDANT/RESPONDENT                CASE NUMBER

I Wanda Rivera_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served Puerto Rico Public Finance Corporation_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Subpoena for rule 2004 Examination_____    _____

by leaving with María De Lourdes Rodríguez, esq.    Legal Office Manager_____  At
                    NAME                               RELATIONSHIP

☐ Residence_____
                    ADDRESS                              CITY / STATE

☒ Business  Ave. De Diego Parada 22 San Juan, Puerto Rico_____
                    ADDRESS                              CITY / STATE

On January 15,2013_____     AT___8:15 am_____
        DATE                                      TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                            DATE

from_____
        CITY                STATE                ZIP

**Manner of Service:**
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the paper
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                                    DATE            TIME            DATE        TIME

(3)_____ (4)_____ (5)_____
        DATE        TIME                DATE            TIME            DATE        TIME

Description:. Age_____Sex_____Race_____Height_____Weight_____Hair_____Beard_____Glasses_____

_____
SIGNATURE OF PROCESS SERVER