**Erik Wälchli**
52037 Woodridge Dr.
South Bend, IN 46635
+1 (574) 621-0096
Erik.USA@juno.com

December 28, 2012

United States Bankruptcy Court, Alexander Hamilton Custom House
Attn: Honorable Judge James M. Peck
One Bowling Green
New York, NY 10004-1408

**Reference:**
Case 08-13555, Claim # 36728 – Rene Waelchli, Neuweg 44, CH-4852 Rothrist, Switzerland
ECF #31430 – Matter of the certain purported transfers of claims to Stichting The IAMEX Value Foundation

Dear Judge James M. Peck,

With regard to the above referenced matter, there was a fraudulent transfer of my father's interest due to his lack of notice of deadlines in this proceeding. The transfer was fraudulent inasmuch it was done without my father's knowledge or consent. There was a subsequent fraudulent re-transfer of securities to my father to cover up the prior fraudulent transfer. My father now asks the court to honor his claim distribution against Lehman Brothers in the amount of $5,473.46.

Unfortunately my elderly father (87) cannot, in person or by legal representation, represent his interest in the upcoming hearing on January 16, 2013 at 10:00 a.m. (Eastern Time), before you at the United States Bankruptcy Court in New York.

Thank you for your consideration.

Respectfully yours

Erik Waelchli
South Bend, Indiana
Son of Rene Waelchli at Neuweg 44, CH-4852 Rothrist, Switzerland

[RECEIVED JAN - 2 2013 U.S. BANKRUPTCY COURT, SDNY]

Cc: Mr. Martin Duppenthaler (SKO Bank Oftringen, Switzerland)

Page 1 of 1