UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                :
                    Debtors.                             :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x

### ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EPIQ BANKRUPTCY SOLUTIONS, LLC AS SOLICITATION AND VOTING AGENT TO THE DEBTORS

Upon consideration of the First and Final Application of Epiq Bankruptcy Solutions, LLC, as Solicitation and Voting Agent to the Debtors for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing September 1, 2011 through December 6, 2011; and a hearing having been held before this Court to consider the Application on January 16, 2013; and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Application is granted to the extent set forth in Schedule A and Schedule B.

Dated: New York, New York
           January 17, 2013

                                                                            *s/ James M. Peck*
                                                                    Honorable James M. Peck
                                                                    United States Bankruptcy Judge

Case No.: 08-13555 (JMP)  
Case Name: LEHMAN BROTHERS HOLDINGS INC., et al.

**CURRENT INTERIM FEE PERIOD**
**September 1, 2011 Through December 6, 2011**

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Epiq Bankruptcy Solutions, LLC and Epiq Class Action & Claims Solutions, Inc. ("Epiq") | May 4, 2012 | $1,157,292.80 | $1,157,292.80 | $1,157,292.80 | $0.00 | $1,157,292.80 | $46,125.57 | $46,125.57 |

DATE ON WHICH ORDER WAS SIGNED: 1/17/13          INITIALS: *JMP* , USBJ

Case No.: 08-13555 (JMP)  
Case Name: LEHMAN BROTHERS HOLDINGS INC., et al.

**FINAL FEE APPLICATION TOTALS**
September 1, 2011 Through December 6, 2011

Schedule B

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Epiq Bankruptcy Solutions, LLC and Epiq Class Action & Claims Solutions, Inc. ("Epiq") | $1,157,292.80 | $953,432.88 | $46,125.57 | $46,125.57 |

DATE ON WHICH ORDER WAS SIGNED: 1/17/13                     INITIALS: *JMP* , USBJ