WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                             :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                           :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**THREE HUNDRED SIXTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three Hundred Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 28422] **solely as**

**to the claim listed on Exhibit A attached hereto**, because the claim has been settled.

Dated:  January 17, 2013
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| CONTRARIAN FUNDS, LLC | 8767 |