UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                              Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | JC Bamford Lifeplan<br>JC Bamford Excavators Ltd.<br>Rocester, Uttoxeter<br>Staffordshire, ST14 5JP, United Kingdom |
| Claim Number (if known): | 13584 |
| Date Claim Filed: | October 14, 2009 |
| Total Amount of Claim Filed: | $12,306 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: TRUSTEE |
|---|---|
| Printed Name: ALAN SCOt THOMSON | Dated: 17-1-2013 |