**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    08-13555 (JMP)
                                                        :    (Jointly Administered)
        Debtors.                                        :
                                                        :    Ref. Docket Nos. 33251, 33253-
                                                        :    33257, 33259, 33261, 33267, 33269,
                                                        :    33271-33292, 33295-33306, 33308,
                                                        :    33310, 33311, 33313-33318, 33327,
                                                        :    33329, 33330, 33332, 33333, 33335,
                                                        :    33336, 33353-33360, 33369, 33371,
                                                        :    33374, 33376, 33417
---------------------------------------------------------------x
:
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS SPECIAL FINANCING, INC.,**            :    08-13888 (JMP)
                                                        :    (Jointly Administered)
        Debtors.                                        :
                                                        :    Ref. Docket No. 351
                                                        :
                                                        :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 16, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
18th day of January, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALTUNED HOLDINGS LLC
      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
      C/O RICHARDS KIBBE & ORBE
      ATTN: LARRY HALPERIN
      ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10281
```

Please note that your claim # 66653-40 in the above referenced case and in the amount of
$287,000.00  allowed at $287,000.00        has been transferred (**unless previously expunged by court order**)

```
      BKM HOLDINGS (CAYMAN) LTD.
      TRANSFEROR: ALTUNED HOLDINGS LLC
      C/O DAVIDSON KEMPNER
      ATTN: JENNIFER DONOVAN
      65 EAST 55TH STREET
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
      UNITED STATES BANKRUPTCY COURT
      Southern District of New York
      One Bowling Green
      New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33276       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/16/2013                   Vito Genna, Clerk of Court

                                   /s/ Lauren Rodriguez
                                   _____
                                   By: Epiq Bankruptcy Solutions, LLC
                                       as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 16, 2013.

# EXHIBIT B

08-13555-mg    Doc 34053    Filed 01/18/13    Entered 01/18/13 22:13:56    Main Document
Pg 5 of 8

```
TIME: 18:12:36                              LEHMAN BROTHERS HOLDING INC.                              PAGE: 1
DATE: 01/16/13                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS KIBBE & ORBE LLP; ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LARRY HALPERIN C/O RICHARDS, KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AUSTARITY GROUP LLC | TRANSFEROR: SAPHIR FINANCE PUBLIC LIMITED COMPANY C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: CVF LUX MASTER SARL C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFFREY BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFFREY BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BBT FUND, L.P. | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BBT FUND, L.P. | C/O BBT GENPAR LP ATTENTION: WILLIAM O. RIEMANN LLP 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT MASTER FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BBT MASTER FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BKM HOLDINGS (CAYMAN) LTD. | F/K/A CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. RIEMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: AUSTARITY GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BLUE ANGEL CLAIMS, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CBW LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GFA I LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CYAMAN) LTD. | TRANSFEROR: GFA I LLC, AS SUCCESSOR IN INTEREST TO CERTAIN CLAIMS OF KEYBANK NA C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: LATAJ GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BlUE ANGEL ClAIMS, LLC | TRANSFEROR: LONGACRE MASTER FUND, LTD. C/O MH DAVIDSON & CO. ATTN: JENNIFER DONOVAN 65 EAST 55TH ST, 19TH FL NEW YORK NY 10022 |
| CBW LLC | RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER ATTN: MANAGING CLERK NEW YORK NY 10281-1003 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: ANCHORAGE CROSSOVER CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. LP C/O ASHURST LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. LP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. LP; ATTN: PATRICIA SEDDON 7 TIMES SQUARE NEW YORK NY 10036 |
| CBW LLC | TRANSFEROR: ANCHORAGE SHORT CREDIT OFFSHORE MASTER FUND, LTD. AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CVF LUX MASTER SARL | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ASHURST LLP ATTN: AMANDA GOEHRING 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CVF LUX MASTER SARL | TRANSFEROR: BANQUE EDEL SNC C/O CARVAL INVESTORS UK LIMITED ATTN: ANNEMARIE JACOBSEN/ DAVID SHORT 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX MASTER SARL | TRANSFEROR: CASAM ADI CB ARBITRAGE FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 18:12:36                                           LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 01/16/13                                                 CREDITOR LISTING

Name                                                    Address
CVI GVF LUX MASTER SARL                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                        3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVI GVF LUX MASTER SARL                                 TRANSFEROR: FOREST HILLS TRADING, LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                        3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVI GVF LUX MASTER SARL                                 TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LTD, A BER C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON
                                                        3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG                                        ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG                                        BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
ELLIOTT ASSOCIATES, L.P.                                TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GFA I LLC                                               TRANSFEROR: DEUTSCHE BANK AG C/O ASHURST LLP 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
GFA I LLC                                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP, ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
GFA I LLC, AS SUCCESSOR IN INTEREST TO                  STEPHEN D LERNER 1095 AVE OF THE AMERICAS 31ST FLOOR NEW YORK NY 10036
CERTAIN CLAIMS OF KEYBANK NA
GFA I LLC, AS SUCCESSOR IN INTEREST TO                  ATTN: PATRICIA SEDDON 7 TIMES SQ FL 42 NEW YORK NY 100366524
CERTAIN CLAIMS OF KEYBANK NA
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                        30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                        30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                        JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                      TRANSFEROR: WATERSTONE MF FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HLTS FUND II LP                                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR
                                                        NEW YORK NY 10022
LATAJ GROUP LLC                                         TRANSFEROR: JPMORGAN CHASE BANK, NA C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
ORE HILL CREDIT HUB FUND LTD.                           BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNET, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
ORE HILL CREDIT HUB FUND LTD.                           FKA ONE HILL CONCENTRATED CREDIT HUB FUND C/O ORE HILL PARTNERS, LLC ATTN: RACHEL CARR-HARRIS 650 FIFTH AVENUE, 9TH FLOOR
                                                        NEW YORK NY 10019
ORE HILL HUB FUND LTD.                                  TRANSFEROR: ORE HILL CREDIT HUB FUND LTD. C/O GLG ORE HILL LLC HSBC TOWER; ATTN: RACHEL CARR-HARRIS 452 5TH AVE., 27TH FLOOR
                                                        NEW YORK NY 10018
PRIME CAPITAL MASTER SPC, GOT WAT MAC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
SEGREGATED PORTFOLIO                                    PLYMOUTH MN 55447
PRIME CAPITAL MASTER SPC, GOT WAT MAC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
SEGREGATED PORTFOLIO                                    PLYMOUTH MN 55447
SOLUS CORE OPPORTUNITIES LP                             TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD                TRANSFEROR: DEUTSCHE BANK AG C/O SOLUS ALTERNATIVE ASSET MANAGEMENT L.P. ATTN: COMPLIANCE DEPT. 410 PARK AVENE, 11TH FLOOR
                                                        NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD                TRANSFEROR: DEUTSCHE BANK AG C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR
                                                        NEW YORK NY 10022
SRI FUND, L.P.                                          CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102
SRI FUND, L.P.                                          C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102
STONE LION PORTFOLIO LP                                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STONE LION CAPITAL PARTNERS L.P. ATTN: ZACHARY NUZZI 555 5TH AVENUE, 18TH FLOOR
                                                        NEW YORK NY 10017
TSO, LLC                                                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
TSO, LLC                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FL NEW YORK NY 10036
TSO, LLC                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
TSO, LLC                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ASHURST LLP AMANDA GOEHRING 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
TSO, LLC                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ASHURST LLP ATTN: AMANDA GOEHRING 7 TIMES SQUARE NEW YORK NY 10036
TSO, LLC                                                TRANSFEROR: YORVIK PARNTERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
TSO, LLC                                                TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036
ULTRA MASTER LTD                                        TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                        NEW YORK NY 10022

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 18:12:36                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   3
DATE: 01/16/13                                           CREDITOR LISTING

Name                                 Address
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
LTD.                                     PLYMOUTH MN 55447
WATERSTONE MARKET NEUTRAL MASTER FUND,   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
LTD.                                     PLYMOUTH MN 55447
WATERSTONE MF FUND, LTD.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260
                                         PLYMOUTH MN 55447
YORK GLOBAL FINANCE BDH, LLC             TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O YORK CAPITAL MANAGEMENT; ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                         NEW YORK NY 10153

Total Number of Records Printed    78
```

EPIQ BANKRUPTCY SOLUTIONS, LLC