UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. : 
: 
------------------------------------------------------------------------x   Ref. Docket No. 33418-33420,
33422-33425, 33449-33459, 33465,
33568, 33571, 33572, 33602, 33604

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
18th day of January, 2013

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BANC OF AMERICA CREDIT PRODUCTS INC
          TRANSFEROR: STONE LION PORTFOLIO LP
          BANK OF AMERICA TOWER - 3RD FLOOR
          ONE BRYANT PARK
          NEW YORK NY 10036

Please note that your claim # 66799-07 in the above referenced case and in the amount of
    $5,251,696.63   allowed at $5,251,696.63      has been transferred (unless previously expunged by court order)

          HLTS FUND II LP
          TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC
          C/O HALCYON ASSET MANAGEMENT LP
          ATTN: MATT SELTZER
          477 MADISON AVENUE - 8TH FLOOR
          NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33604     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/17/2013              Vito Genna, Clerk of Court

                              /s/ Lauren Rodriguez
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 17, 2013.

# EXHIBIT B

```
TIME: 15:26:55                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 01/17/13                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ATTN: JEFF BENESH/ RON TOROK ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: NESTLE IN THE USA PENSION TRUST 745 SEVENTH AVENUE NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ELANIT A. SNOW 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIMUS CLO I, LTD. ATTN: RICH VACHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PRIMUS CLO I, LTD. ATTN:RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: STERLING HATHAWAY C/O EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: MONARCH MASTER FUNDING LTD C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HLTS FUND II LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, FLOOR 26 NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP; ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| PRIMUS CLO I, LTD. | PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017 |
| PRIMUS CLO I, LTD. | C/O CIFC ASSET MANAGEMENT ATTN: ROBERT RANOCCHIA 250 PARK AVE., 5TH FLOOR NEW YORK NY 10177 |
| STONE LION PORTFOLIO LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STONE LION CAPITAL PARTNERS L.P. ATTN: ZACHARY NUZZI 555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC 461 FIFTHE AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT /MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    34

EPIQ BANKRUPTCY SOLUTIONS, LLC