Benjamin Blaustein
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Tullett Prebon*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) | Case No. 08-13555 (JMP) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF WITHDRAWAL OF CERTAIN PROOF OF CLAIMS OF TULLETT PREBON AGAINST LEHMAN BROTHERS HOLDINGS INC.

PLEASE TAKE NOTICE that Tullett Prebon hereby withdraws, pursuant to Bankruptcy Rule 3006, certain Proofs of Claim filed against Lehman Brothers Holdings Inc. ("LBHI") in chapter 11 case no. 08-13555 and authorizes the Clerk of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official claim register for LBHI.

| Claim No. | Tullett Entity | Date Filed | Debtor | Amount |
|---|---|---|---|---|
| 29645 | Tullett Prebon (Australia) Pty Ltd | 9/22/2009 | LBHI | $12,947.52 |
| 29646 | Tullett Prebon (Equities) Limited | 9/22/2009 | LBHI | $473,214.91 |
| 29648 | Tullett Prebon (Europe) Limited | 9/22/2009 | LBHI | $867,441.35 |
| 29639 | Tullett Prebon (Hongkong) Ltd | 9/22/2009 | LBHI | $6,326.00 |
| 29656 | Yamane Tullett Prebon (Japan) Limited | 9/22/2009 | LBHI | $159,861.02 |
| 29647 | Tullett Prebon (Securities) Limited | 9/22/2009 | LBHI | $2,300,725.83 |
| 29655 | Tullett Prebon (Singapore) Limited | 9/22/2009 | LBHI | $239,987.39 |
| 29641 | Tullett Prebon (Treasury & Derivatives) Limited | 9/22/2009 | LBHI | $17,497.92 |
| 29640 | Tullett Prebon Money Brokerage (Korea) Limited | 9/22/2009 | LBHI | $52,068.28 |

Dated: January 22, 2013

**KELLEY DRYE & WARREN LLP**

By: */s/ Benjamin Blaustein*
Benjamin Blaustein
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Tullett Prebon*

NY01\ViciM\1691481.1