JAN 1 6 2013

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rahn & Bodmer Co.
_____
Name of Transferee

Credit Suisse AG
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:

Rahn & Bodmer Co.
Attn. Enrico Nussio
Postfach
8022 Zurich
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: 10/29/2009
Amount of Claim: USD 280,245,429.53 (4,765 units)
Portion of Claim Transferred (see
Schedule I): 75 units

Phone: +41 44 639 14 32

Phone: +41 44 332 62 65

Last Four Digits of Acct #: _____

Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 01/08/2013 _____
Transferee/Transferee's Agent
Rahn & Bodmer Co.

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

## TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Rahn & Bodmer Co** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 21, 2012.

Credit Suisse AG

By:_____
Name: Adrian Graf
Title:   AVP

By:_____
Name: Irma Bauer
Title:   VP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|-----------------------------------------------|
| ANN5214R1481 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | -75- |

# R&BANQUIERS

Rahn & Bodmer Zürich

US Bankruptcy Court/Southern District of NY
c/o EPIQ Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 third Avenue, 3rd floor
New York, NY 10017
USA

Zurich, January 8, 2013
CPA-enu

**Lehman Brothers Holdings Inc. - Transfer of Claim**

Dear Sir or Madam

Please find enclosed the completed and signed forms regarding a claim transfer.

In case you should need any further clarification please let us know.

Yours sincerely
Rahn & Bodmer Co.

Enrico Nussio                                Nicola Lapenna

Enclosure:
Form 210A
Evidence of Transfer of Claim

Rahn & Bodmer Co.
Talstrasse 15, Postfach
8022 Zürich, Schweiz
Telefon  +41 44 639 11 11
Telefax  +41 44 639 11 22

