UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :      08-13555 (JMP)
                                              :
                 Debtors.                     :      (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------------x

## DECLARATION OF [The Training Authorities, LLC] REGARDING PROOF OF CLAIM

I, **JAMES R. BENNETT,** being first and duly sworn upon my oath, do state and affirm
as follows:

1.     I am the Managing Member for The Training Authorities, LLC, a Montana
limited liability company. I am over 18 years of age and competent to testify if so called. I have
personal knowledge of the facts set forth below.

2.     On 4/21/2009, The Training Authorities, LLC filed proof of claim 4519 against
BNC Mortgage LLC, a Debtor in the Chapter 11 bankruptcy action titled *In re Lehman Brothers
Holdings Inc, et al.*, before the United States Bankruptcy Court for the Southern District of New
York, Case No. 08-13555 (JMP), for repayment of a security deposit.

3.     The Training Authorities, LLC subleased 6925 Union Park Center, Suite 500,
Cottonwood Heights, Utah 84047 from BNC.  The sublease ended on 12/31/2010.

4.     The Training Authorities, LLC never received its security deposit in the amount
of $9372.44 back.

I declare under penalty of perjury under the laws of the State of Montana that the foregoing is true and correct.

_James R. Bennett_

Date _Dec 14, 2012_

STATE OF MONTANA     )

:ss.

County of Yellowstone     )

On the __14__ day of ___December___ 2012, before me, the undersigned, a Notary Public for the State of Montana, personally appeared JAMES R. BENNETT, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial Seal the date first above written.

_(Signature of Notary Public)_

_KEVIN C. SWEENEY_
(Printed or Typed Name of Notary Public)
Notary Public for the State of Montana
Residing at _____, Montana
My Commission expires __6-25-2015__

KEVIN C SWEENEY
NOTARIAL SEAL
NOTARY PUBLIC for the State of Montana
Residing at Billings, Montana
My Commission Expires
June 25, 2015