

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  <u>Lehman Brothers Holdings Inc. et al. Deb</u>  ,          Case No.  <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>  Banque Cantonale Neuchâteloise  </u>
Name of Transferee

Name and Address where notices to transferee should be sent:
  Banque Cantonale Neuchâteloise
  Av. de la Gare 12, CH - 2013 Colombier

Phone:   <u>+ 41 32 / 723.63.58</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

<u>  UBS AG  </u>
Name of Transferor

Court Claim # (if known): ____<u>59233</u>____
Amount of Claim: _<u>CHF30,000.00</u>____
Date Claim Filed: _____

Phone:   <u>+ 41 44 / 235.60.42</u>
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:  <u>01/10/2013</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Christian Debrot
Fondé de pouvoir
Responsable Transactions
et opérations financières

Michel Chambettaz
Fondé de pouvoir
Resp. Post-Négoce

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to Banque Cantonale Neuchâteloise ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 day of January 2013.

**UBS AG**

By: _____
Name: Hugo Koller
Title:   Director

By: _____
Name: Jean-Claude Besson
Title:   Associate Director

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0320322901 | 59233 | October 30, 2009 | Lehman Brothers Securities NV | CHF 30'000.00 out of CHF17'798'000.00 |
| XS0299386101 | 59233 | October 30, 2009 | Lehman Brothers Treasury Co. BV | CHF 125'000.00 out of CHF 6'480'000.00 |

 BCN

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings
Claims Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

N/réf. : LO/LO42                         Colombier, le 01/10/2013
Tél. : +41 32 / 723 63 58
Fax  + 41 32 / 723 63 21

Dear Sir or Madam,

Enclosed we send you Evidences of Transfers of Claim Form.

Thank you for your attention.

Yours faithfully,

BANQUE CANTONALE NEUCHÂTELOISE

Christian Debrot                    Michel Chambettaz
Fondé de pouvoir                    Fondé de pouvoir
Resp. Transactions et               Resp. Post-Négoce
Opérations financières

**Banque Cantonale Neuchâteloise**
Place Pury 4, CH-2001 Neuchâtel / Avenue Léopold-Robert 44, CH-2301 La Chaux-de-Fonds
**T** +41(0)32 723 61 11, **F** +41(0)32 723 62 36
info@bcn.ch, www.bcn.ch

TNT

SWISS POST

# URGENT



URGENT
delivered by TNT

URGENT –
fast, simple, economical!

URGENT –

URGENT –

TNT
701320827
COLI: 01/01

AIR  XRAY  2

ORIGIN:
ZRH    11.01.13

LOCAL HUB:

15011 22:38 L235OTJ
4A+ QUA 130107
TNT REF:

GLOBAL EXP DOCS

LGG 9

DELIVERY:
NEW YORK
A
101505079

DESTINATION:
NYC NY

US UNITED STATES
SPECIAL INSTRUCTIONS:

Destinataire    Tel.
Addressee       Phone

| Nom Name | UNITED STA... |
|---|---|
| | SOUTHERN DISTRICT... LEHMAN BROTHERS HOLDINGS |
| Rue Street | CLAIMS CENTER   757 3rd Ave  C/O EPIQ BANKRUPTCY SOLUTIONS FTR STATION, P.O. BOX 5078 |
| NPA/Lieu ZIP/City | 10150-5076 NEW YORK |
| Pays Country | UNITED STATES OF AMERICA |
| Code ISO du pays et NPA Country ISO Code and ZIP code | US - 10150-5076 |

EPIQ SYSTEMS
Inbound Date & Time 1/15/2013 4 27 55 PM
Recipient    Persaud, Tony
Client -     lbh
Client - other

EP101362

FRESH FISH SYSTEMS
JAN 15 2013

• Internet: www.swiss...

Echantillons
Samples

| Poids brut total / Total gross weight | Goods certificate |  | ...es / Genre et n |
| 0 kg 250 g | / |  |  |

Permis d'exportation N°
Export licence No.                                    du dated

Permis d'exportation pas nécessaire / Export licence not required

N° TVA du destinataire
VAT No. of the addressee

URGENT: Expédition de colis multiples MPS          09.00 h
URGENT: Multiple Parcel Shipments MPS              12.00 h

N° Impôt
Tax number

202.65 (140.755) 10.2010 SPI