

January 14, 2013

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Forward Funds

Case No. 0813555(JMP)

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Forward Funds is not listed on our records or on the records of the State of WA.

Very truly yours,

C T Corporation System

Log# 521934126

Sent By Regular Mail

cc: Southern District of New York, Bankruptcy Court
One Bowling Green,
New York, NY 10004

(Returned To)

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

 | **CT Corporation**

360 357 6794 tel
www.ctcorporation.com

505 Union Avenue SE
Ste. 120
Olympia, WA 98501



January 14, 2013

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Forward Investment Grade Fixed Income Fund

Case No. 0813555(JMP)

Dear Sir/Madam:

We are herewith returning the enclosed documents which we received regarding the above captioned matter.

Forward Investment Grade Fixed Income Fund is not listed on our records or on the records of the State of WA.

Very truly yours,

C T Corporation System

Log# 521934128

Sent By Regular Mail

cc: Southern District of New York, Bankruptcy Court
One Bowling Green,
New York, NY 10004

(Returned To)

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110