

RICHARDS KIBBE & ORBE LLP

<span style="color:blue">H. Rowan Gaither IV</span>
D 212.530.1807
F 917.344.8807
rgaither@rkollp.com

January 18, 2013

United States Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 1004-1408

Attn.: Clerk of the Court

**Re: Lehman Bros, Case No.: 08-13555 (JMP)**

Dear Sir/Madam:

This is to request the removal of the undersigned's e-mail address rgaither@rkollp.com from the distribution list for ECF filed items in the above.

Thank you for your assistance.

Very truly yours,

H. Rowan Gaither