WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                      Debtors.              :    (Jointly Administered)
                                            :
                                            :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THE ONE HUNDRED FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice its One Hundred Fifty-Eighth Omnibus Objection to Claims (Late-Filed Claims), ECF No. 18399, solely with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to

the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  January 23, 2013
       New York, New York

                               /s/ Jacqueline Marcus
                               Jacqueline Marcus

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates

2

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | ECF Number |
|---|---|
| Deborah E. Focht | 42915 |
| Deborah E. Focht | 42916 |