UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                 :    Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                      :
                              Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM - #19118

Reference is made to proof of claim number 19118 against Lehman Brothers Holdings Inc. by Barep Asset Management (Ireland) Limited, as agent for Société Générale (Dublin Branch), as Trustee for Barep Achillea filed, on September 18, 2009, in the amount of US$8,102,237.10 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Barep Asset Management (Ireland) Limited hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Barep Asset Management (Ireland) Limited represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January 23, 2013
        New York, New York

/s/ Monique J. Mulcare
Monique J. Mulcare, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
PH: (212) 506-2500
FX: (212) 262-1910

705036305