MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Tel. (212) 506-2500
Fax (212) 262-1910
Monique J. Mulcare

*Counsel to Barep Asset Management (Ireland) Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on January 23, 2013, I caused copies of the Notice of Withdrawal of Claim - #19118 (the "Notice") to be served by United Parcel Service Next Day Air upon: (i) The Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andrew Velez-Rivera, Esq.), (iii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Robert J. Lemons, Esq.), (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.), and (v) Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, New York 10017 (Attn: Claims Processing).

705037375

I further certify that on January 23, 2013, upon electronic filing of the Notice, electronic mail filing notifications of the Notice were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:   New York, New York
        January 23, 2013

                                      /s/ James Hennessey
                                         James Hennessey