# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

February 22, 2012

**BY FEDERAL EXPRESS**

Nationwide Life Insurance Company
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

    Re:    *Lehman Brothers Special Financing Inc. v. Bank of America National Association et al.*, Adv. Pro. No. 10-03547 (JMP)

To Whom It May Concern:

By way of this letter, Lehman Brothers Special Financing, Inc., the plaintiff in the above-referenced adversary proceeding, provides notice of its intent, at the appropriate time, to amend its First Amended Complaint, dated October 1, 2010, a copy of which is attached hereto, to add Nationwide Life Insurance Company as a noteholder defendant and member of the putative defendant class in the above-referenced adversary proceeding.

    Very truly yours,

    Adam M. Bialek

Enclosure

**EXHIBIT A**

**WOLLMUTH MAHER & DEUTSCH LLP**

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

Office of CEO
FEB 24 2012

RECEIVED OG

FEB 2 4 2012

February 22, 2012

**BY FEDERAL EXPRESS**

Nationwide Mutual Insurance Company
One Nationwide Plaza 1-35-204
Columbus, Ohio 43215
Attn: Stephen S. Rasmussen, CEO

Re:   *Lehman Brothers Special Financing Inc. v. Bank of America National Association et al.*, Adv. Pro. No. 10-03547 (JMP)

Dear Mr. Rasmussen:

By way of this letter, Lehman Brothers Special Financing, Inc., the plaintiff in the above-referenced adversary proceeding, provides notice of its intent, at the appropriate time, to amend its First Amended Complaint, dated October 1, 2010, a copy of which is attached hereto, to add Nationwide Mutual Insurance Company as a noteholder defendant and member of the putative defendant class in the above-referenced adversary proceeding.

Very truly yours,

Adam M. Bialek

Enclosure