# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE

NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

August 17, 2012

<u>By E-Mail and First Class Mail</u>

Quintin F. Lindsmith, Esq.
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215-4291

      Re:   *Lehman Brothers Special Financing Inc., v. Bank of America National Association et al.*, Adv. Proceeding No. 10-03547 (JMP)

Dear Mr. Lindsmith:

      We are in receipt of the discovery request by the Nationwide Life Insurance Company and Nationwide Mutual Insurance Company (together, "Nationwide"), dated August 10, 2012. As you know, the above-referenced adversary proceeding is stayed until January 20, 2013. See ECF No. 301. Accordingly, Plaintiff Lehman Brothers Special Financing Inc. will not respond to Nationwide's discovery request at this time.

      Please feel free to contact me if you have any questions.

      Very truly yours,

      Adam M. Bialek

**EXHIBIT C**