Wong Fleming
821 Alexander Road
Suite 200, P.O. Box 3663
Princeton, NJ 08540
Telephone: (609) 951-9520
Facsimile: (609) 951-0270
James K. Haney, Esq.
Daniel Fleming, Esq.

Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
Telephone: (614) 227-8802
Quintin F. Lindsmith, Esq.
*Pending Admission Pro Hac Vice*

*Attorneys for Nationwide Life Insurance Company and Nationwide Mutual Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555<br>(JMP) |

**CERTIFICATE OF SERVICE**

I, James Haney, hereby certify that on this 23rd day of January, 2013 that a true and correct copy of the *Objections of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company to Joint Motion of Lehman Brothers Holdings, Inc. and Litigation Subcommittee of Creditors' Committee, Pursuant to Section 105(A) of the Bankruptcy Code and Bankruptcy Rule 7004(A)(1), to Extend Stay of Avoidance Actions and to Grant Certain Related Relief* has been filed and served electronically on all counsel of record.

The undersigned further certifies that a true copy of the foregoing documents were served on the following parties via First Class, U.S. Mail, postage prepaid, on this the 23rd day of January, 2013, properly addressed as follows:

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY 10004

Weil Gotschal & Mages LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Richard W. Slack, Esq.
       Jacqueline Marcus, Esq.
*Attorneys for LBHI*

United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea Schwartz, Esq.

Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne, Esq.
       Evan Fleck, Esq.
       Dennis O'Donnell, Esq.
*Attorneys for the Committee*

/s/ James Haney
**James Haney**