UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                              Debtors.                             :    (Jointly Administered)
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 27195 against Lehman Brothers Holdings Inc. ("LBHI") by Harbinger Capital Partners Master Fund I, Ltd. ("Harbinger") filed in an unliquidated amount (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned representative, Harbinger hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Harbinger represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January 22, 2013
New York, New York

HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD.

By: Harbinger Capital Partners LLC, its investment manager
    450 Park Avenue, 30th Floor
    New York, NY 10022

By: _____
Name: Ian Estus
Title: Vice President

US_ACTIVE:\44178934\1\79831.0003