UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbers 13757, filed on September 16, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Lispenard Street Credit (Master), Ltd. in the amount of $6,618,723.00 (the "Claim"). Banc of America Credit Products, Inc. (the "Claimant") purchased a 100% interest in the Claim, *see* ECF No. 31762. The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred Claim.

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44175354\1\58399.0011

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws with prejudice the subpoena served upon the Claimant on November 26, 2012, the issuance of which was noticed in a filing with the Court on November 29, 2012. LBHI represents and warrants that the withdrawal of the subpoena is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January 22, 2013
New York, New York

Fredric Sosnick
Ned S. Schodek
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Banc of America Credit Products, Inc.*

Dated: January 23, 2013
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2