**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                          :       Case No. 08-01420 (JMP) SIPA
                                         Debtors.                :       (Jointly Administered)
                                                                 :
                                                                 :
---------------------------------------------------------------- x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS

Reference is made to proof claim number 26086 filed against Lehman Brothers Holdings, Inc. ("LBHI") by Redbourn Partners Ltd. ("Redbourn") in the amount of $1,427,027.78 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, Redbourn hereby withdraws with prejudice the Claim and has directed Epiq Bankruptcy Solutions LLC ("Epiq") to expunge the claim from the claims register. See Withdrawal of Claim Form submitted with Epiq on January 22, 2013, attached as Exhibit A. This withdrawal shall not affect any other claim held by Redbourn or its affiliates against LBHI or any of its affiliates. Redbourn represents and warrants that the withdrawal of the Claim (and the execution hereof by its undersigned counsel) is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws the subpoena dated December 3, 2012, which was previously served on Redbourn requesting the production of documents and things.

BOS-3306324 v1

Dated: New York, New York
      January 22, 2013

By:   /s/ Eric T. Moser                                                               By:   /s/ Robert J. Lemons
      Eric T. Moser, Esq.                                                Robert J. Lemons, Esq.
      K&L GATES LLP                                                WEIL, GOTSHAL & MANGES LLP
      599 Lexington Avenue                                     767 Fifth Avenue
      New York, New York  10022                          New York, NY 10153

              - and -                                             *Attorney for Lehman Brothers Holdings Inc.*

      Charles A. Dale III, Esq.
      Mackenzie L. Shea, Esq.
      K&L GATES LLP
      State Street Financial Center
      One Lincoln Street
      Boston, Massachusetts 02111

      *Attorneys for Redbourn Partners Ltd.*

# EXHIBIT "A"

United States Bankruptcy Court for the  Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc., 08-13555 (JMP) |
| Creditor Name and Address: | Redbourn Partners Ltd. <br> c/o Maureen OCampo, CFA, Chief Compliance Officer <br> Camden Asset Management, LP, 2029 Century Park East, Suite 2010 <br> Los Angeles, CA 90067 ⊞ |
| Court Claim Number (if known): | 26086 |
| Date Claim Filed: | September 21, 2009 |
| Total Amount of Claim Filed: | $1,427,027.78 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated:  January 17, 2013 _____

Print Name:  Maureen OCampo, CFA

Title (if applicable):  Chief Compliance Officer

------------------------------------------------------------------------------------------------

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this  withdrawal of claim (attach copy of power of attorney, if any).

> **This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**