Fredric Sosnick
Ned S. Schodek
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7052
Facsimile: (646) 848-7052

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 26261, filed on September 21, 2009, against Lehman Brothers Holdings Inc. ("LBHI") by Investec Funds Series IV - Capital Accumulator Fund in the amount of $2,976,290.00 (the "Claim"). Bank of America, N.A. (the "Claimant") purchased a 100% interest in the Claim, *see* ECF No. 5935. Claimant represents and warrants that as of the date hereof, Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, through their undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Clamant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44175363\1\58399.0011

PLEASE TAKE FURTHER NOTICE that LBHI shall not serve any subpoena on Claimant seeking the production of any documents or examination of any witnesses with respect to the Claim.

Dated: January 22, 2013
New York, New York

_/s/ Fredric Sosnick_
Fredric Sosnick
Ned S. Schodek
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-7179

*Attorneys for Bank of America, N.A.*

Dated: January 23, 2013
New York, New York

_/s/_
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*