WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                             :
In re                                        :    **Chapter 11 Case No.**
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :    **08-13555 (JMP)**
                                             :
            Debtors.                         :    **(Jointly Administered)**
                                             :
                                             :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED FORTY-FIRST**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

   **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 30, 2013 at 10:00 a.m. (Eastern Time)**, *solely* as to the claim listed on the annexed **Exhibit A**.

Dated:  January 24, 2013
   New York, New York

                 /s/ Robert J. Lemons
                 Robert J. Lemons

                 WEIL, GOTSHAL & MANGES LLP
                 767 Fifth Avenue
                 New York, New York 10153
                 Telephone: (212) 310-8000
                 Facsimile: (212) 310-8007

                 Attorneys for Lehman Brothers Holdings Inc. and
                 certain of its affiliates

## Exhibit A

## Claim Going Forward at the January 30, 2013 Hearing

| Claim Number | Claimant |
|---|---|
| 13011 | BROWN RUDNICK, LLP |

US_ACTIVE:\44183200\1\58399.0011