B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
                                                 (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
| --- | --- |
| MSD Credit Opportunities Master Fund, L.P. | Shanti Asset Management |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 27349
Claim Amount: $38,756,999.00
Date Claim Filed: 9/22/09
Debtor against claim filed: Lehman Brothers Holdings Inc.

c/o MSDC Management, L.P.
Attention: Marcello Liguori
645 Fifth Ave., 21st Floor
New York, NY 10022
Phone: (212) 303-7822
Fax: (212) 303-1772

Wire Instructions:

Bank: JPMorgan Chase
ABA #: 021-000-021
Account: J.P. Morgan Clearing Corp.
Account #: 066001633
For Further Credit to: MSD Credit Opportunity Master Fund, L.P.
Account #: 102-41160-2
Attn: Sean Schafer 212-622-1992

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 23, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# FIELDSTONE
## CAPITAL GROUP

March 1, 2010

## TRADE CONFIRMATION

To: SOF Investments, L.P.
*Attn: Jeffrey Kravetz*
*Email: jkravetz@msdcapital.com*
*Fax: 212-303-1622*
*Phone: 212-303-1655*

From: *Fieldstone Services Corp.*
*Attn: Robert Franz*
*Email: robert.franz@fieldstonecapital.com*
*Fax No.: 212-764-4030*
*Phone No: 212-764-4050*

We are pleased to *confirm* the following transaction:

| | |
|---|---|
| **Trade Date:** | March 1, 2010 |
| **Seller:** | Fieldstone Services Corp. |
| **Buyer:** | SOF Investments, L.P. |
| **Debtor:** | Lehman Brothers Special Finance, Inc. ("LBSF") |
| **Guarantor:** | Lehman Brothers Holdings Inc. ("LBHI") |
| **Bankruptcy Case:** | Chapter 11 Case, Lehman Brothers Holdings Inc., No 08-13555 in the United States Bankruptcy Court for the Southern District of New York. |
| **Notes:** | 82.655MM DIAMFN 6 5/18/15 (ISIN: XSO302352405) (the "Notes") in several pieces (Shanti – 35.610MM) |
| **Purchase Price:** | [redacted] |
| **Form of Purchase:** | Notes with language |
| **Settlement:** | As soon as practicable |
| **Distributions:** | All payments or distributions made on account of the Notes, whenever paid, are for the benefit of Buyer. |
| **Other Terms of Trade:** | [redacted] |

84434755_1



2

**Other Terms:** 

**Binding Effect:** Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Trade Confirmation may be executed in multiple counterparts and such counterparts taken together shall be deemed to constitute one and the same instrument. This trade confirmation shall be governed by and construed in accordance with the laws of the State of New York.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Robert Franz at the following fax number: (212) 764-4030. This bid shall have to be reconfirmed with Buyer if not accepted in writing at this time.

If you have any questions, please contact Robert Franz *at (212) 764-4050.*

| BUYER | SELLER |
|---|---|
| **SOF INVESTMENTS, L.P.** | **FIELDSTONE SERVICES CORP.** |
| By: _[signature]_<br>Name: **Marcello Liguori**<br>Title: **Authorized Signatory** | By: _____<br>Name: _____<br>Title: _____ |

3

**Other Terms:** 

**Binding Effect:** Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Trade Confirmation may be executed in multiple counterparts and such counterparts taken together shall be deemed to constitute one and the same instrument. This trade confirmation shall be governed by and construed in accordance with the laws of the State of New York.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Robert Franz at the following fax number: (212) 764-4030. This bid shall have to be reconfirmed with Buyer if not accepted in writing at this time.

If you have any questions, please contact Robert Franz at *(212) 764-4050.*

| BUYER | SELLER |
|---|---|
| SOF INVESTMENTS, L.P. | FIELDSTONE SERVICES CORP. |
| By: *[signature]*<br>Name: __Marcello Liguori__<br>Title: __Authorized Signatory__ | By: *[signature]*<br>Name: __Robert Franz__<br>Title: __Managing Director__ |

3