**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF DEBTORS' TWO HUNDRED SIXTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative Claims) (the "Objection"), that was scheduled for January 30, 2012, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to a date to be determined.**

Dated:  January 24, 2013
        New York, New York

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone:  (212) 696-6000
Facsimile:   (212) 697-1559

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*