**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT *SINE DIE* OF THE THREE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) (the "Objection"), that was scheduled for January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: January 24, 2013
         New York, New York

                                              **CURTIS, MALLET-PREVOST,**
                                               **COLT & MOSLE LLP**

                                              By:  */s/ L. P. Harrison 3rd*
                                                     L. P. Harrison 3rd
                                                     Cindi Eilbott Giglio
                                              101 Park Avenue
                                              New York, New York 10178-0061
                                              (212) 696-6000

                                              *Counsel for Lehman Brothers Holdings Inc.*
                                              *and Certain of Its Affiliates*

## **EXHIBIT A**

## **Adjourned Claims**

| Claimant | Claim Number |
|---|:---:|
| CREDIT SUISSE (MONACO) SAM | 55817 |
| CREDIT SUISSE (UK) LIMITED | 55816 |
| CREDIT SUISSE AG | 55813 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | 55829 |
| CREDIT SUISSE SECURITIES EUROPE, LIMITED | 55810 |
| CREDIT SUISSE SINGAPORE BRANCH | 55825 |

13999374