**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
                                                                         :
**In re**                                                                : **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                             : **08-13555 (JMP)**
                                                                         :
                        Debtors.                                         : **(Jointly Administered)**
                                                                         :
------------------------------------------------------------------------ x

### NOTICE OF SUBPOENA ISSUED PURSUANT TO
### ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
### SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
### AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities, entered on November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and/or submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

14006815

As required by the Order, the Debtors hereby file notice of a subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served, the name of the witness and the date, time and place of any examination are set forth on "Exhibit A" attached hereto.

Dated: January 24, 2013
      New York, New York

                        **CURTIS, MALLET-PREVOST,**
                         **COLT & MOSLE LLP**

                        By: /s/   *L. P. Harrison 3rd*
                            L. P. Harrison 3rd
                            Cindi Eilbott Giglio
                        101 Park Avenue
                        New York, New York 10178-0061
                        Telephone:  (212) 696-6000
                        Facsimile:  (212) 697-1559

                        *Counsel for Lehman Brothers Holdings Inc.*
                        *and Certain of Its Affiliates*

14006815

# Exhibit A

## NOTICE OF SUBPOENA

| | |
|---|---|
| Name of Witness: | Providence TMT Special Situations Fund L.P. |
| Date of Service of Subpoena: | January 23, 2013 |
| Subject of Subpoena: | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 |
| Date, Time and Place of any Examination: | Documents will be produced by the subpoenaed party by February 25, 2013 at 10:00 AM (EST) at Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178 |

14006815