SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seth M. Schwartz
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for BlackRock Advisors, LLC,*
*BlackRock Financial Management, Inc. and*
*BlackRock Investment Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that BlackRock Advisors, LLC, BlackRock Financial Management, Inc. and BlackRock Investment Management, LLC hereby withdraw the following claims:

| DEBTOR | CLAIM NUMBER |
|---|---|
| Lehman Brothers Holdings Inc. | 22141 |
| Lehman Brothers Holdings Inc. | 28683 |
| Lehman Brothers Holdings Inc. | 22136 |
| Lehman Brothers Holdings Inc. | 22137 |
| Lehman Brothers Holdings Inc. | 22138 |
| Lehman Brothers Holdings Inc. | 22139 |
| Lehman Brothers Holdings Inc. | 22140 |

Dated: New York, New York
       January 24, 2013

                                        Respectfully submitted,

                                        */s/ Seth M. Schwartz*
                                        Seth M. Schwartz
                                        Max S. Polonsky
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000 (tel.)
                                        (212) 735-2000 (fax)

                                        *Attorneys for BlackRock Advisors, LLC,*
                                        *BlackRock Financial Management, Inc. and*
                                        *BlackRock Investment Management, LLC*