UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                          :      (Jointly Administered)
             Debtors.                     :
                                          :      Ref. Docket Nos. 33525-33528,
                                          :      33531-33534, 33579-33585, 33595-
                                          :      33601, 33639-33641, 33643-33646,
                                          :      33648-33650, 33652, 33670-33672,
                                          :      33675, 33685, 33696, 33697, 33742,
                                          :      33749, 33751
------------------------------------------------------------x
                                          :
In re                                     :      Chapter 11 Case No.
                                          :
LEHMAN BROTHERS COMMODITY SERVICES, INC., :      08-13885 (JMP)
                                          :      (Jointly Administered)
             Debtors.                     :
                                          :      Ref. Docket No. 48-51
                                          :
                                          :
                                          :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On January 18, 2013,  I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of January, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,  |    08-13555 (JMP)
                                   |
                                   |    (Jointly Administered)
                    Debtors.       |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To: ALSTON INVESTMENTS LLC
        TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
        C/O ELLIOTT MANAGEMENT CORPORATION
        ATTN: MICHAEL STEPHAN
        40 WEST 57TH STREET
        NEW YORK NY 10019

Please note that your claim # 17376 in the above referenced case and in the amount of
    $41,508,505.70  allowed at $24,234,520.00      has been transferred **(unless previously expunged by court order)**

        DEUTSCHE BANK AG, LONDON BRANCH
        TRANSFEROR: ALSTON INVESTMENTS LLC
        C/O DEUTSCHE BANK SECURITIES INC.
        ATTN: MATT WEINSTEIN
        60 WALL STREET, 3RD FLOOR
        NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33525    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/18/2013

                        Vito Genna, Clerk of Court


                        /s/ Lauren Rodriguez
                        _____
                        By: Epiq Bankruptcy Solutions, LLC
                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 18, 2013.

EXHIBIT B

TIME: 15:53:36
DATE: 01/18/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| AKTIA BANK PLC | ATTN: LEGAL & COMPLIANCE DEPARTMENT PO BOX 207 HELSINKI FIN-00101 FINLAND |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ATTN: JEFF BENESH/ RON TOROK ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ATTN: JEFF BENESH/ RON TOROK ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS. INC. | TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| CVI LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| CVI LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC 9320 EXCELSIOR BOULEVARD ATTN: TERI SALBERG HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE B FUND LP C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE FUND C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE B FUND LTD, C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE FUND, LTD. C/O CARVAL INVESTORS, LLC ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AKTIA BANK PLC ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ALSTON INVESTMENTS LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VACHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD ATTN: RICH VACHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PBC FINANCING LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| EOP FUNDING MASTER, LTD. | TRANSFEROR: ELLINGTON OVERSEAS PARTNERS LTD C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE OLD GREENWICH CT 06870 |
| EOP FUNDING MASTER, LTD. | TRANSFEROR: ELLINGTON OVERSEAS PARTNERS, LTD. C/O ELLINGTON MANAGEMENT GROUP, LLC 53 FOREST AVENUE OLD GREENWICH CT 06870 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | TRANSFEROR: (100050) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS GLOBAL CURRENCY FUND C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIRRI 40 WEST 57TH STREET - 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 15:53:36
DATE: 01/18/13

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| HLITS FUND II LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP 477 MADISON AVENUE, 8TH FLOOR ATTN: MATT SELTZER NEW YORK NY 10022 |
| HLITS FUND II LP | TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: WATERSTONE MF FUND, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALIANT BANK 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLEGIANCE (DC) 1150 18TH STREET LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: RAYTHEON SAVINGS AND INVESTMENT PLAN TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: RAYTHEON SAVINGS AND INVESTMENT PLAN TURST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: SORIN MASTER FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: SORIN MASTER FUND, LTD. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| KTS KENSINGTON SQUARE TRUST S.A.R.L. | TRANSFEROR: FIVE STARS S.A. 1 RUE NICOLAS SIMMER LUXEMBOURG 2-2538 LUXEMBOURG |
| LOEB ARBITRAGE B FUND LP | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE B FUND LP | TRANSFEROR: C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | TRANSFEROR: C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | TRANSFEROR: C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND, LTD. | TRANSFEROR: STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND, LTD. | TRANSFEROR: C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: BARCLAYS BANK PLC C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR ATTN: MICHAEL GILLIN NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O MONARCH ALTERNATIVE CAPITAL LP, ATTN: MICHAEL GILLIN 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| PBC FINANCING LLC | TRANSFEROR: CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| PBC FINANCING LLC | TRANSFEROR: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC FINANCING LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| REALCUB HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TCA SPV I LLC | TRANSFEROR: DAVID D. SCHILLER ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022 |
| TCA SPV I LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MKT NEUTRAL MASTER FUND, LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE OFFSHORE AD FUND, LTD. | TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| YORVIK PARTNERS LLP | TRANSFEROR: KTS KENSINGTON SQUARE TRUST S.A.R.L. 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed          70

EPIQ BANKRUPTCY SOLUTIONS, LLC