UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
            Debtors.                                            :
                                                                :
-----------------------------------------------------------------x    Ref. Docket No. 33672

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 18, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
24th day of January, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 33672_Aff 1-18-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:  LOEB OFFSHORE B FUND LTD.
             C/O LOEB ARBITRAGE MANAGEMENT, LLC
             ATTN: ALEXANDER MCMILLAN, ESQ
             61 BROADWAY
             NEW YORK NY 10006


Additional:  LOEB OFFSHORE B FUND LTD.
             STROOCK & STROOCK & LAVAN LLP
             ATTN: FRANCIS HEALY
             180 MAIDEN LANE
             NEW YORK NY 10038


Transferee:  CVIC LUX MASTER S.A.R.L.
             C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT
             ATTN: TERI SALBERG
             12700 WHITEWATER DRIVE, MS 144
             MINNETONKA MN 55343-9439


Your transfer   of claim #   12028   is defective for the reason(s) checked below:

Other



Docket Number 33672            Date 01/07/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 18, 2013.

# EXHIBIT B

```
TIME: 15:54:25                           LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 01/18/13                               CREDITOR LISTING

Name                          Address
CVIC LUX MASTER S.A.R.L.      C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 12700 WHITEWATER DRIVE, MS 144 MINNETONKA MN 55343-9439
LOEB OFFSHORE B FUND LTD.     C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006
LOEB OFFSHORE B FUND LTD.     STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038

Total Number of Records Printed         3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC