UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                       Debtors.                                :
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 26243, 33338,
                                                                   33361, 33362, 33483-33485, 33794,
                                                                   33801, 33802, 33827-33832, 33841-
                                                                   33844, 33846-33858, 33936, 33937,
                                                                   33950, 33952, 33956, 33966

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
24th day of January, 2013

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   CCP CREDIT ACQUISITION HOLDINGS, LLC
          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
          ATTN: MIKE EPSTEIN/DAN BORIS
          375 PARK AVENUE, 13TH FLOOR
          NEW YORK NY 10152
```

Please note that your claim # 59006-23 in the above referenced case and in the amount of
       $6,964,722.55   allowed at $6,964,722.55        has been transferred **(unless previously expunged by court order)**

```
          GOLDMAN SACHS LENDING PARTNERS LLC
          TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
          C/O GOLDMAN SACHS LENDING PARTNERS LLC
          ATTN: MICHELLE LATZONI
          30 HUDSON STREET, 5TH FLOOR
          JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33936    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2013                                    Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    _____
                                                    By: Epiq Bankruptcy Solutions, LLC
                                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 21, 2013.

# EXHIBIT B

TIME: 15:52:10
DATE: 01/21/13

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN/DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152 |
| CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | TRANSFEROR: GLOBALAGRICAP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MAXIMILIAN PARTNERS LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SACAMANO PARTNERS, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VENOR CAPITAL MASTER FUND LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GLOBALAGRICAP | ATTN: VICTOR BADIN BELLERIVESTRASSE 2 ZURICH 8008 SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HCN LP | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLF LP | TRANSFEROR: YORVIK PARTNERS LLP C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| MAXIMILIAN PARTNERS LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: PHILIP WELLS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUETREND MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | C/O ANN REYNAUD ESQ./JENNIFER M. GORE, ESQ. SHELL OIL COMPANY 1000 MAIN STREET LEVEL 12 HOUSTON TX 77002 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | PAUL B. TURNER SUTHERLAND ASBILL & BRENNAN LLP 1001 FANNIN STREET SUITE 3700 HOUSTON TX 77002 |
| SHELL INTERNATIONAL EASTERN TRADING COMPANY | MARK D. SHERRRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| SHELL TRADING (US) COMPANY | C/O ANN REYNAUD ESQ./JENNIFER M. GORE, ESQ. SHELL OIL COMPANY 1000 MAIN STREET LEVEL 12 HOUSTON TX 77002 |
| SHELL TRADING (US) COMPANY | PAUL B. TURNER SUTHERLAND ASBILL & BRENNAN LLP 1001 FANNIN STREET SUITE 3700 HOUSTON TX 77002 |
| SHELL TRADING (US) COMPANY | MARK D. SHERRRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| SHELL TRADING (US) COMPANY | MARK D. SHERRRILL SUTHERLAND ASBILL & BRENNAN LLP 700 SIXTH STREET, NW, SUITE 700 WASHINGTON DC 20001-3980 |
| SHELL TRADING INTERNATIONAL LTD | C/O ANN REYNAUD ESQ./JENNIFER M. GORE, ESQ. SHELL OIL COMPANY 1000 MAIN STREET LEVEL 12 HOUSTON TX 77002 |
| SHELL TRADING INTERNATIONAL LTD | PAUL B. TURNER SUTHERLAND ASBILL & BRENNAN LLP 1001 FANNIN STREET SUITE 3700 HOUSTON TX 77002 |
| SHELL TRADING INTERNATIONAL LTD | PAUL B. TURNER SUTHERLAND ASBILL & BRENNAN LLP 1001 FANNIN STREET SUITE 3700 WASHINGTON DC 20004 |
| SHELL TRADING INTERNATIONAL LTD | MARK D. SHERRRILL SUTHERLAND ASBILL & BRENNAN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| VENOR CAPITAL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID S. ZEMEL SEVEN TIMES SQUARE, SUITE 3505 NEW YORK NY 10036 |
| YORVIK PARTNERS LLP | TRANSFEROR: SHELL INTERNATIONAL EASTERN TRADING COMPANY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: SHELL TRADING (US) COMPANY 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: SHELL TRADING (US) COMPANY ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: SHELL TRADING INTERNATIONAL LTD 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    34

EPIQ BANKRUPTCY SOLUTIONS, LLC