UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                              :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :     08-13555 (JMP)
:     (Jointly Administered)
Debtors.                                        :
:
------------------------------------------------------------------x     Ref. Docket No. 33109

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
24th day of January, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfers\Defective Transfer 33109_Aff 1-18-12.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL FUND
               TRANSFEROR: BARCLAYS BANK PLC
               66 EAST 55TH STREET, 19TH FL
               NEW YORK NY 10022

Additional:

Transferee:    BKM HOLDINGS (CAYMAN) LTD.
               C/O DAVIDSON KEMPNER
               ATTN: JENNIFER DONOVAN
               65 EAST 55TH STREET
               NEW YORK NY 10022

Your transfer   of claim #   41195-09   is defective for the reason(s) checked below:

Other                                    CLAIM NOT OWNED BY TRANSFEROR

Docket Number 33109              Date 12/20/12

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 21, 2013.

# EXHIBIT B

```
TIME: 15:54:14                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 01/21/13                                   CREDITOR LISTING

Name                           Address
BKM HOLDINGS (CAYMAN) LTD.     C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
DAVIDSON KEMPNER DISTRESSED    TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
OPPORTUNITIES INTERNATIONAL FUND


Total Number of Records Printed       2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC