UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                               :
                    Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM 16029

Reference is made to proof of claim number 16029 filed against Lehman Brothers Holdings Inc. ("**LBHI**") by Hong Kong Securities Clearing Company Ltd. ("**Hong Kong Securities**") on September 18, 2009, in an amount of no less than $21,079,112.00 (the "**Claim**").

Hong Kong Securities hereby withdraws the Claim and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to expunge the Claim from the official claims register for LBHI.

Dated: January 25, 2013

For and on behalf of Hong Kong Securities Clearing Company Limited

_____
*Authorized signature*
Name: Kevin Thomas King
Title: Head of Risk Management Division