# United States Bankruptcy Court
# Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>   Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Monarch Master Funding Ltd | Yorvik Partners LLP |
|---|---|
| Name of Transferee | |
| | Court Claim # (if known): 19939 |
| Name and Address where notices to transferee should be sent: | Amount of Transferred Claim: $3,505,108.68 plus all accrued interest, any enhanced returns or principal, and expenses and other charges. |
| Monarch Alternative Capital LP<br>535 Madison Avenue<br>26th Floor<br>New York, NY  10022 | |
| | Date Claim Filed: September 21, 2009 |
| Last Four Digits of Acct. #: _____ | |
| | Phone: <br>Last Four Digits of Acct. #: _____ |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Monarch Master Funding Ltd
By: Monarch Alternative Capital LP
Its: Advisor

By: _____   Date: 1/24/13
    Transferee/Transferee's Agent

**Christopher Santana**
**Managing Principal**

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

132-488/COURT/3674415.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM 19939 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on            .

| | |
|---|---|
| Yorvik Partners LLP | Monarch Master Funding Ltd |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Address of Alleged Transferor:<br><br>11 Ironmonger Lane<br>London EC2V 8EY<br>Attn: Chris Jones<br>Telephone: 44 20 7795 5917<br>Email: C.jones@yorvikpartners.com | Monarch Alternative Capital LP<br>535 Madison Avenue<br>26th Floor<br>New York, NY  10022 |

**~DEADLINE TO OBJECT TO TRANSFER~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twentyone (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        _____
                                                             CLERK OF THE COURT

132-488/COURT/3674415.1

## EXHIBIT A FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Yorvik Partners LLP ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Monarch Master Funding Ltd (the "Assignee") pursuant to a Transfer of Claim Agreement dated as of January __, 2013 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated on or about July 15, 1999 between the Debtor and Dexia Bank Belgium S.A. (n/k/a Belfius Bank S.A.) relating to the ISDA Master Agreement dated July 15, 1999 and related documents (the "ISDA") between Dexia Bank Belgium S.A. and the Debtor including, without limitation, all of its interest in claims represented by Proof of Claim number 19939.

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS JANUARY 18, 2013

**ASSIGNOR:**

YORVIK PARTNERS LLP

By: _____
Name: SIMON MULLALY
Title: PARTNER

**ASSIGNEE:**

MONARCH MASTER FUNDING LTD

By: Monarch Alternative Capital LP
Its: Advisor

By: _____
Name:
Title: Christopher Santana
Managing Principal