B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.         Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Solus Recovery LH Fund LP | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 28101
Amount of Claim Transferred: $5,467,335.71 (as allowed)
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Commodity Services Inc.

Attn: Solus Compliance Officer
Solus Recovery LH Fund LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:  (212) 284-4338
E-Mail: Compliance@soluslp.com

764408v.1 3091/00239

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
　　Its Investment Advisor

By: _____/s/_____　　　　　　　　　　　　　　Date: 1/24/13
　　Name of Transferee/Transferee's Agent
　　Gordon Yeager
　　Chief Risk Officer &
　　Chief Operations Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____　　　　　Date: _____
　　Name of Transferor/Transferor's Agent

764408v.1 3091/00239

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
    Its Investment Advisor

By: _____    Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____/s/ MM/_____    Michelle Latzoni
    Name of Transferor/Transferor's Agent      Authorized Signatory
                                              Date: 1/24/13

764408v.1 3091/00239

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commodity Services Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28101

GOLDMAN SACHS LENDING PARTNERS LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS RECOVERY LH FUND LP
C/O Solus Alternative Asset Management LP
Attn: Solus Compliance Officer
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#: (212) 284-4338
E-Mail: Compliance@soluslp.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28101, solely to the extent of $5,467,335.71, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 24, 2013.

| SOLUS RECOVERY LH FUND LP | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| By: Solus Alternative Asset Management LP<br>Its Investment Advisor | |
| By: _____<br>Name:<br>Title: **Gordon Yeager**<br>**Chief Risk Officer &**<br>**Chief Operations Officer** | By: _____<br>Name:<br>Title: |

764408v.1 3091/00239

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Commodity Services Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28101

GOLDMAN SACHS LENDING PARTNERS LLC and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

SOLUS RECOVERY LH FUND LP
C/O Solus Alternative Asset Management LP
Attn: Solus Compliance Officer
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#: (212) 284-4338
E-Mail: Compliance@soluslp.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28101, solely to the extent of $5,467,335.71, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated January 24, 2013.

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name:
Title:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Name:
Title: Michelle Latzoni
Authorized Signatory

764408v.1 3091/00239