UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Lehman Brothers Holdings Inc., | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtors. | § | Jointly Administered |

**AMENDED NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **Shell Trading (US) Company and Shell Energy North America (US), L.P.** hereby appear and demand, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned case and all papers served or required to be served in the case be given to and served upon the undersigned counsel, at the addresses set forth below.

| Sutherland Asbill & Brennan LLP<br>Attn: Richard G. Murphy, Jr.<br>700 Sixth Street, NW<br>Suite 700<br>Washington, DC 20001<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>rick.murhpy@sutherland.com | Shell Oil Company<br>Attn: Jennifer M. Gore, Esq.<br>1000 Main Street<br>Level 12<br>Houston, Texas 77002<br>Facsimile: (713) 265-3070<br>jennifer.gore@shell.com |
|---|---|

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which

8108381.2

affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

Dated:  January 23, 2013

SUTHERLAND ASBILL & BRENNAN LLP

By: /s/ Mark D. Sherrill
Mark D. Sherrill
700 Sixth Street, NW
Suite 700
Washington, DC  20004
(202) 383-0100

*Counsel for Shell Trading (US) Company and Shell Energy North America (US), L.P.*