CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for Goldman Sachs International Bank, Seoul Branch*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Goldman Sachs International Bank, Seoul Branch ("GSIB"), by and through its attorneys, Cleary Gottlieb Steen & Hamilton LLP, hereby withdraws its proof of claim No. 34714 against Lehman Brothers Holdings Inc. ("LBHI") (Case No. 08-13555 (JMP)), asserted in an amount not less than $13,410,902.61 pursuant to certain guaranties by LBHI of claims under transactions entered into pursuant to an ISDA Master Agreement between GSIB and Lehman Brothers Bankhaus A.G.  GSIB authorizes the Debtors' claims agent to reflect this withdrawal on the official claims register of LBHI.

Dated: January 25, 2013
New York, New York

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: /s/ Sean A. O'Neal
            Thomas J. Moloney
            Sean A. O'Neal
            Member of the Firm
            One Liberty Plaza
            New York, New York 10006
            Telephone: (212) 225-2000
            Facsimile: (212) 225-3999

            *Attorneys for Goldman Sachs International Bank, Seoul Branch*