Ronald S. Beacher  
Patrick Sibley  
PRYOR CASHMAN LLP  
7 Times Square  
New York, New York 10036-6569  
Telephone: (212) 421-4100  
Facsimile: (212) 326-0806  
rbeacher@pryorcashman.com  
psibley@pryorcashman.com  

*Attorneys for Bank of Valletta p.l.c.*

Hearing Date and Time: January 30, 2013 at 10:00 a.m. (Eastern Time)

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**JOINDER OF BANK OF VALLETTA P.L.C. TO THE RESPONSE OF ANDORRA BANC AGRICOL REIG, S.A. TO THE THREE HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) AND <u>RESERVATION OF RIGHTS</u>**

Bank of Valletta p.l.c. ("Bank of Valletta"), by and through its undersigned counsel, hereby joins (the "Joinder") in Andorra Banc Agricol Reig, S.A.'s ("Andorra") response [Docket No. 34181] (the "Andorra Response") to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection to Claims [Docket No. 32651] (the "Objection").

Through this Joinder, Bank of Valletta responds to the partial disallowance of its proof of claim (Claim No. 58114) that the Debtors seek in their Objection and joins in the Andorra Response, without waiving any additional defenses Bank of Valletta may have, and reserves all rights to be heard before the Bankruptcy Court. Bank of Valletta respectfully requests that the Court grant the relief referenced in the Andorra Response and requests that any relief granted to Andorra be equally applicable to Bank of Valletta.

Dated: January 25, 2013
New York, New York

                                          Respectfully Submitted,

By:   */s/ Patrick Sibley*
        Ronald S. Beacher
        Patrick Sibley
        Pryor Cashman LLP
        7 Times Square
        New York, NY 10036
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        rbeacher@pryorcashman.com
        psibley@pryorcashman.com

*Attorneys for Bank of Valletta p.l.c.*