UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
In re                                                    :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                      :
:
-----------------------------------------------------------------------x    Ref. Docket No. 33444, 33574,
33575, 33587, 33588

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
25th day of January, 2013

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 33444, 33574, 33575, 33587, 33588_AFF_1-22-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:   ELLIOTT ASSOCIATES, L.P.
          TRANSFEROR: DEUTSCHE BANK SECURITIES, INC.
          C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
          40 WEST 57TH STREET
          NEW YORK NY 10019
```

Please note that your claim # 29000-02 in the above referenced case and in the amount of $5,200,000.00 allowed at $5,200,000.00    has been transferred **(unless previously expunged by court order)**

```
          J.P. MORGAN SECURITIES LLC
          TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
          ATTN: JEFFREY L. PANZO
          MAIL CODE: NY1-M138
          383 MADISON AVENUE, FLOOR 37
          NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33587    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 22, 2013.

**EXHIBIT B**

```
TIME: 17:02:52                                  LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 01/22/13                                       CREDITOR LISTING

Name                              Address
AKB PRIVATBANK ZURICH             AARGAUISCHE KANTONALBANK ISFS / EBU9 BAHNHOFSTRASSE 58 AARAU  CH-5001 SWITZERLAND
AKB PRIVATBANK ZURICH             POSTFACH ZURICH  8022 SWITZERLAND
CMG DR. ZORN & PARTNER AG         TRANSFEROR: AKB PRIVATBANK ZURICH OSTRSTR. 7 FRAUENFELD  CH-8500 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.          TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES,L.P.           TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES,L.P.           TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES,L.P.           TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES,L.P.           TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.       TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.        TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.        TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.        TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.        TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.        TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
J.P. MORGAN SECURITIES LLC        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC        TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC        TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC        TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
SEA PORT GROUP SECURITIES, LLC    TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC    TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017

Total Number of Records Printed       21
```

EPIQ BANKRUPTCY SOLUTIONS, LLC