UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                    :

In re                           :       Chapter 11 Case No.
                                      :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :      08-13555 (JMP)
                                      :      (Jointly Administered)

                    Debtors.         :
                                      :

------------------------------------------------------------------x    Ref. Docket No. 33445

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 22, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Lauren Rodriguez*
                                      Lauren Rodriguez

Sworn to before me this
24th day of January, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                 |
In re                            |        Chapter 11 Case No.
                                 |
LEHMAN BROTHERS HOLDINGS INC., et al.,    08-13555 (JMP)
                                 |
                                 |        (Jointly Administered)
              Debtors.           |
                                 |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CMG DR. ZORN & PARTNER AG
               TRANSFEROR: AKB PRIVATBANK ZURICH
               OSTRSTR.7
               FRAUENFELD CH-8500 SWITZERLAND


Additional:




Transferee:    TANNOR PARTNERS CREDIT FUND, LP
               150 GRAND STREET, STE 401
               WHITE PLAINS NY 10601



**Your transfer**  of claim #  42376  **is defective for the reason(s) checked below:**

Other                          Transferor does not own claim






Docket Number 33445            Date 12/27/12


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 22, 2013.

**EXHIBIT B**

TIME: 17:04:09
DATE: 01/22/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| CMG DR. ZORN & PARTNER AG<br>TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: AKB PRIVATBANK ZURICH OSTRSTR.7 FRAUENFELD  CH-8500  SWITZERLAND<br>150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC