B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Sparkasse Giessen | See Exhibit A |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known):  See Exhibit A
Amount of Claim:  See Exhibit A
Date Claim Filed:  See Exhibit A

Sparkasse Giessen
Attn: Sven Pfaffl
Johannesstrasse 3
35390 Giessen
Germany

Phone:  011-49-641704430

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone:  [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: _____        Date: _____18.12.2012_____

Title or Source of Authority:_____Vorstand (Management Board)_____,

Transferee's Agent

03.12.2012 18:10
FRANKFURT 2021777 v1 [2021777_1.DOCX]

## Exhibit A

Transferor:                              Irmgard Baier
                                         Begonienweg 19
                                         35447 Reiskirchen/Germany

                                         Court Claim # (if known):  Claim ID 0000040427


Date Claim Filed                         10/15/2009

Amount of Claim:                         5,475.37 USD

                                         Amount of Claim is the Allowed Claim Amount
                                         relating to Blocking Reference Number
                                         CA28943