**Hearing Date and Time: January 30, 2013 at 10:00 a.m. (Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                  Debtors.                :   (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------x
```

**AMENDMENT TO REPLY TO RESPONSES OF ALLIANCEBERNSTEIN L.P.
TO DEBTORS' ONE HUNDRED FORTY-THIRD AND ONE HUNDRED
NINETY-EIGHTH OMNIBUS OBJECTIONS TO CLAIMS (LATE-FILED CLAIMS)**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

On October 26, 2012, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22737] (the "Plan") for the entities in the above-referenced chapter 11 cases filed its reply (the "Reply") [ECF No. 31705] to the responses of AllianceBernstein L.P. ("AllianceBernstein") dated June 15, 2011 [ECF No. 17710] and October 13, 2011 [ECF No. 20799], opposing, respectively, the Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 16856] and the Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims)

[ECF No. 19902] (the "<u>Objections</u>").  LBHI hereby files this Amendment to correct a statement made in the Reply.

**<u>Amendment</u>**

1. In paragraph 3 of the Reply, it was stated that "the Funds[1] have never filed *any* proofs of claim against LBSF and LBHI, even after the applicable bar date for filing proofs of claim." In fact, although the Funds themselves did not submit proofs of claim, on October 22, 2009 – exactly thirty days after the Bar Date and on the same date that AllianceBernstein filed the Late-Filed Claims – AllianceBernstein filed certain claims against LBSF and LBHI on behalf of the Funds as their "authorized signatory" (the "<u>Expunged Claims</u>").  Each of the Expunged Claims is an exact duplicate of one of the Late-Filed Claims in all respects except the capacity in which AllianceBernstein filed the proof of claim; *i.e.*, the Expunged Claims were filed by AllianceBernstein on behalf of the Funds as their "authorized signatory," whereas the Late-Filed Claims were filed by AllianceBernstein in the name of the Funds under Bankruptcy Rule 3005(a).

2. The Expunged Claims were subject to the *One Hundred Forty-Third Omnibus Objection to Claims (Late Filed Claims)* filed on May 16, 2011 [ECF No. 16856], to which AllianceBernstein did not respond in respect of the Expunged Claims.  Thus, the Expunged Claims were disallowed and expunged by this Court's *Order Granting Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late Filed Claims)* entered on July 12, 2011 [ECF No. 18427].

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Reply.

3.     The Expunged Claims are set forth on <u>Exhibit A</u> annexed hereto, under the heading "Expunged Claims."  Each of the Late-Filed Claims that duplicates an Expunged Claim is set forth to the right of the relevant Expunged Claim under the heading "Late-Filed Claims."

Dated: January 28, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Lehman Brothers Holdings
Inc. and Certain of its Affiliates

3

**Exhibit A**

| Expunged Claims (filed by AllianceBernstein as "Authorized Signatory") | | | | | Late-Filed Claims (filed by AllianceBernstein under Rule 3005(a) as "Investment Advisor") | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claimant** | **Debtor** | **Filed Date** | **Claim No** | **Amount** | **Claimant** | **Debtor** | **Filed Date** | **Claim No** | **Amount** |
| ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 10/22/09 | 43918 | $1,371,463 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 10/22/09 | 43951 | $1,371,463 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 10/22/09 | 43919 | $1,371,463 | ACM GLOBAL CREDIT - U.S. SUB-FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 10/22/09 | 43952 | $1,371,463 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 10/22/09 | 43920 | $583,254 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 10/22/09 | 43949 | $583,254 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 10/22/09 | 43921 | $583,254 | ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)- FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 10/22/09 | 43950 | $583,254 |

| Expunged Claims (filed by AllianceBernstein as "Authorized Signatory") | | | | Late-Filed Claims (filed by AllianceBernstein under Rule 3005(a) as "Investment Advisor") | | | |
|---|---|---|---|---|---|---|---|
| **Claimant** | **Debtor** | **Filed Date** **Claim No** | **Amount** | **Claimant** | **Debtor** | **Filed Date** **Claim No** | **Amount** |
| ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43926 | $743,801 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43944 | $743,801 |
| ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43929 | $743,801 | ALLIANCE BERNSTEIN BOND FUND, INC. ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43945 | $743,801 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43927 | $2,017,590 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43942 | $2,017,590 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43928 | $2,017,590 | ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43943 | $2,017,590 |

US_ACTIVE:\44185117\1\58399.0011

| Expunged Claims (filed by AllianceBernstein as "Authorized Signatory") | | | | Late-Filed Claims (filed by AllianceBernstein under Rule 3005(a) as "Investment Advisor") | | | |
|---|---|---|---|---|---|---|---|
| **Claimant** | **Debtor** | **Filed Date** **Claim No** | **Amount** | **Claimant** | **Debtor** | **Filed Date** **Claim No** | **Amount** |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | 43922 | $921,036 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | 43938 | $921,036 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | 43923 | $921,036 | ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | 43939 | $921,036 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | 43930 | $67,817 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | 43935 | $67,817 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | 43931 | $67,817 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | 43936 | $67,817 |

US_ACTIVE:\44185117\1\58399.0011

| Expunged Claims (filed by AllianceBernstein as "Authorized Signatory") | | | | Late-Filed Claims (filed by AllianceBernstein under Rule 3005(a) as "Investment Advisor") | | | |
|---|---|---|---|---|---|---|---|
| **Claimant** | **Debtor** **Filed Date** | **Claim No** | **Amount** | **Claimant** | **Debtor** **Filed Date** | **Claim No** | **Amount** |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43932 | $41,581 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43946 | $41,581 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43933 | $41,581 | ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43937 | $41,581 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43917 | $1,920,890 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBHI | 43947 | $1,920,890 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43916 | $1,920,890 | SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK, NY 10105 | LBSF | 43948 | $1,920,890 |

US_ACTIVE:\44185117\1\58399.0011

| Expunged Claims (filed by AllianceBernstein as "Authorized Signatory") | | | | | Late-Filed Claims (filed by AllianceBernstein under Rule 3005(a) as "Investment Advisor") | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Debtor | Filed Date | Claim No | Amount | Claimant | Debtor | Filed Date | Claim No | Amount |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | | 43924 | $9,853,284 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | | 43940 | $9,853,284 |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | | 43925 | $9,853,284 | SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO<br>C/O ALLIANCE BERNSTEIN, L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBSF | | 43941 | $9,853,284 |
| PHILIPS PENSION TRUSTEES LTD, AS TRUSTEE OF THE PHILIPS PENSION FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | | 43915 | $142,115 | PHILIPS PENSION TRUSTEES LTD, AS TRUSTEE OF THE PHILIPS PENSION FUND<br>C/O ALLIANCE BERNSTEIN L.P.<br>ATTN: MICHAEL COFFEE<br>1345 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10105 | LBHI | | 43934 | $142,115 |