B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

Sparkasse Giessen                              See Exhibit A
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):  See Exhibit A
should be sent:                                 Amount of Claim:  See Exhibit A
                                                Date Claim Filed:  See Exhibit A

Sparkasse Giessen
Attn: Sven Pfaffl
Johannesstrasse 3
35390 Giessen
Germany

Phone: 011-49-641704430

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: __18.12.2012__
Title or Source of Authority: ___Vorstand (Management Board)___,

Transferee's Agent

03.12.2012 18:10
FRANKFURT 2021777 v1 [2021777_1.DOCX]

# Exhibit A

| | |
|---|---|
| Transferor: | Rosemarie Mueller<br>Goenser Str. 55<br>35510 Butzbach/Germany |
| | Court Claim # (if known): Claim ID 0000042449 |
| Date Claim Filed | 10/20/2009 |
| Amount of Claim: | 10,950.75 USD |
| | Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number CA28956 |