B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Sparkasse Giessen | See Exhibit A |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Sparkasse Giessen
Attn: Sven Pfaffl
Johannesstrasse 3
35390 Giessen
Germany

Phone: 011-49-641704430

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 18. 12. 2012
Title or Source of Authority:    Vorstand (Management Board)    ,

Transferee's Agent

03.12.2012 18:10
FRANKFURT 2021777 v1 [2021777_1.DOCX]

# Exhibit A

| | |
|---|---|
| Transferor: | Gerhard Jungermann<br>Nelkenstr. 1<br>35418 Buseck/Germany |
| | Court Claim # (if known): Claim ID 0000061401 |
| Date Claim Filed | 11/02/2009 |
| Amount of Claim: | 5,475.37 USD |
| | Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number CA28953 |