WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                         :
            Debtors.                                     :    **(Jointly Administered)**
                                                         :
                                                         :
-----------------------------------------------------------------x

### NOTICE OF HEARING ON ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTIONS TO CLAIMS (LATE-FILED CLAIMS)

**PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) as to the claim listed on the annexed **Exhibit A** will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 30, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  January 28, 2013
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc. and
                                        certain of its affiliates

## **Exhibit A**

| Claimant Name | Claim Number | Omnibus Objection |
|---|---|---|
| CF MIDAS BALANCED GROWTH FUND | 67193 | 143 |