WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                          :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :  **08-13555 (JMP)**
:
Debtors.                                        :  **(Jointly Administered)**
:
------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF DEBTORS' THREE HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 32651] that was scheduled for January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims listed on Exhibit A, until February 28, 2013** (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court,

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: January 28, 2012
      New York, New York

                                /s/ Robert J. Lemons
                                Robert J. Lemons

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:  (212) 310-8000
                                Facsimile:   (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliates

US_ACTIVE:\44182794\3\58399.0011

## Exhibit A

## Adjourned Claims:

| Claimant | Claim No. |
|---|---|
| Andorra Banc Agricol Reig, S.A. | 63849 |
| Bank of Valletta | 58114 |

US_ACTIVE:\44182794\3\58399.0011