**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| --- | --- | --- |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION
UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS
CLAIMS OBJECTION SCHEDULED FOR HEARING ON JANUARY 30, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on June 17, 2010 [Docket No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, filed the following omnibus claims objection (the "Claim Objection") with the Court for hearing on January 30, 2013:

12199315

The Three Hundred Eightieth Omnibus Objection to Claims (Subordinated Guarantee Claims) **[Docket No. 32883]**.

2. In accordance with the Second Amended Case Management Order, LBHI established a deadline of January 16, 2013 at 4:00 p.m. (the "Response Deadline") for the Claim Objection for parties to object or file responses. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claim Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel by any of the holders of the claims included in **Exhibit 1** to the Order attached hereto, which includes only the proofs of claim for which the Claim Objection will be granted.

4. Accordingly, LBHI respectfully requests that the proposed order granting the Claim Objection annexed hereto as **Exhibit A**, which is unmodified since the filing of the Claim Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

[*Remainder of page intentionally left blank.*]

I declare that the foregoing is true and correct.

Dated: January 28, 2013
     New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

-3-

12199315

# EXHIBIT A

**(Proposed Order – Docket No. 32883)**

14006879

08-13555-mg    Doc 34288    Filed 01/28/13    Entered 01/28/13 17:56:28    Main Document
Pg 4 of 8

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                 :
                                        Debtors.          :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED EIGHTIETH
## OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)

Upon the three hundred eightieth omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to classify the Subordinated Guarantee Claims, all as more fully described in the Three Hundred Eightieth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eightieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eightieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eightieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Eightieth Omnibus Objection to Claims is granted; and it is further

ORDERED that all portions of the claims listed on **Exhibit 1** annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, shall be classified in LBHI Class 12 under the Plan; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

                                                    UNITED STATES BANKRUPTCY JUDGE

14006879

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 380: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT SUISSE (FRANCE) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55823 | XS0301813522 | Undetermined * |
| 2 | CREDIT SUISSE (UK) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55816 | XS0301813522 | Undetermined * |
| 3 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55690 | XS0301813522 | $100,000.00 |
| 4 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55819 | XS0301813522 | $400,000.00 * |
| 5 | CREDIT SUISSE AG, SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0282978666 | Undetermined * |
| | | | | | | XS0301813522 | Undetermined * |
| | | | | | | | Undetermined |
| 6 | CREDIT SUISSE ITALY SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55820 | XS0282978666 | Undetermined * |
| 7 | CREDIT SUISSE SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55825 | XS0282978666 | Undetermined * |
| | | | | | | XS0301813522 | Undetermined * |
| | | | | | | | Undetermined |
| 8 | CREDIT SUISSE SUCURSAL EN ESPANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55815 | XS0282978666 | Undetermined * |
| 9 | GOLDMAN SACHS INTERNATIONAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58849 | XS0301813522 | $500,000.00 * |
| 10 | KING, TONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/09 | 9597 | XS0282978666 | Undetermined * |
| | | | | | | TOTAL | $ 1,000,000.00 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 380 Omnibus Objection.