**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

### CERTIFICATE OF NO OBJECTION
### UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS
### CLAIMS OBJECTION SCHEDULED FOR HEARING ON JANUARY 30, 2013

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures entered on June 17, 2010 [Docket No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1.     Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, filed the following omnibus claims objection (the "Claim Objection") with the Court for hearing on January 30, 2013:

12199315


The Three Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[Docket No. 32893]**.

2. In accordance with the Second Amended Case Management Order, LBHI established a deadline of January 16, 2013 at 4:00 p.m. (the "Response Deadline") for the Claim Objection for parties to object or file responses. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claim Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on LBHI's counsel by any of the holders of the claims included in **Exhibit 1** to the Order attached hereto, which includes only the proofs of claim for which the Claim Objection will be granted.

4. Accordingly, LBHI respectfully requests that the proposed order granting the Claim Objection annexed hereto as **Exhibit A**, which, except for the inclusion of additional language to reference the inclusion of a separate exhibit attached to the proposed order for proofs of claim for which the Claim Objection is adjourned, is unmodified since the filing of the Claim Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

12199315

I declare that the foregoing is true and correct.

Dated: January 28, 2013
     New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
    L. P. Harrison 3rd
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

-3-

12199315

# EXHIBIT A

**(Proposed Order – Docket No. 32893)**

14006879

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                               :
                                        Debtors.               :     (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED EIGHTY-SIXTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred eighty-sixth omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eighty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to disallow and expunge the No Liability Claims, all as more fully described in the Three Hundred Eighty-Sixth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eighty-Sixth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eighty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eighty-Sixth Omnibus Objection to Claims.

14006879

-2-

ORDERED that the relief requested in the Three Hundred Eighty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claims listed on **Exhibit 1** annexed hereto that relate to the securities identified by ISIN XS0215349357, ISIN XS0229269856 or ISIN XS0243852562 whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Three Hundred Eighty-Sixth Omnibus Objection to Claims *sine die* with respect to the claims listed on **Exhibit 2** annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# **Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 386: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG BRUSSELS BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 50475 | XS0215349357 | $62,431.60 * |
| | | | | | | XS0229269856 | $3,792,719.70 * |
| | | | | | | | $3,855,151.30 |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59718 | XS0229269856 | Undetermined * |
| 3 | DEUTSCHE BANK LUXEMBOURG S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46939 | XS0215349357 | Undetermined * |
| | | | | | | TOTAL | $ 3,855,151.30 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 386 Omnibus Objection.

Page 1 of 1

# **<u>Exhibit 2</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 386: EXHIBIT 2 - ADJOURNED NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT SUISSE (MONACO) SAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55817 | XS0229269856 | Undetermined * |
| 2 | CREDIT SUISSE (UK) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55816 | XS0229269856 | Undetermined * |
| 3 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55813 | XS0215349357 | Undetermined * |
| | | | | | | XS0229269856 | Undetermined * |
| | | | | | | | Undetermined |
| 4 | CREDIT SUISSE AG, SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0215349357 | Undetermined * |
| | | | | | | XS0229269856 | Undetermined * |
| | | | | | | | Undetermined |
| 5 | CREDIT SUISSE SECURITIESEUROPE, LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55810 | XS0243852562 | $8,585,758.71 |
| 6 | CREDIT SUISSE SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55825 | XS0229269856 | Undetermined * |
| | | | | | | TOTAL | $ 8,585,758.71 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 386 Omnibus Objection.

Page 1 of 1