**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                           :
                    Debtors.                       :    (Jointly Administered)
                                                           :
---------------------------------------------------------------------x    Ref Docket No. 34115

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 23, 2013, I caused to be served the "Notice of Adjournment," *related to One Hundred Eighty-Third Omnibus Object*, dated January 15, 2013 [Docket No. 34115], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Pete Caris*
                                                                    Pete Caris

Sworn to before me this
25th day of January, 2013
*/s/ Regina Amporfro*
_____
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of Bronx
Commission Expires September 24, 2013

# EXHIBIT A

**Email List**

robert.lemons@weil.com
mark.bernstein@weil.com
jae.kim@weil.com
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
metkin@lowenstein.com
ilevee@lowenstein.com

**EXHIBIT B**

LBH NOA 1/23/13

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQ., DENNIS
O'DONNELL, ESQ., AND EVAN R. FLECK, ESQ.,
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005

LBH NOA 1/23/13

WEIL GOTSHAL & MANGES LLP
ATTN: ROBERT J. LEMONS, ESQ.
MARK BERNSTEIN, ESQ.
JAE KIM, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

LBH NOA 1/23/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

LBH NOA 1/23/13

OFFICE OF THE UNITED STATES TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

LBH NOA 1/23/13

LOWENSTEIN SANDLER PC
Counsel for Boilermakers-Blacksmith National
Pension Trust Fund
Michael S. Etkin, Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

LBH NOA 1/23/13

LOWENSTEIN SANDLER PC
Counsel for Boilermakers-Blacksmith National
Pension Trust Fund
Michael S. Etkin, Ira M. Levee
65 Livingston Avenue
Roseland, New Jersey 07068

LBH NOA 1/23/13

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
271 CADMAN PLAZA EAST STE 4529
BROOKLYN, NY 11201