CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:    (212) 225-2000
Facsimile:    (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Attorneys for Goldman Sachs International Bank, Seoul Branch*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :    Chapter 11
In re:                                                              :    Case No. 08-13555(JMP)
                                                                    :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :
                                                                    :    CERTIFICATE OF
                              Debtors.                              :    SERVICE
                                                                    :
------------------------------------------------------------------- X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 25th day of January 2013, the Notice of Withdrawal of Proof of Claims was served by Federal Express upon:

> Harvey Miller, Esq.
> Richard P. Krasnow, Esq.
> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005

Brady C. Williamson, Esq.
Katherine Stadler, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 22nd Floor
New York, New York 10004

John Suckow
William Fox
Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 45th Floor
New York, NY 10020

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
January 29, 2013

_____
Richard V. Conza