WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                      :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION
### UNDER 28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS
### <u>OBJECTIONS SCHEDULED FOR HEARING ON JANUARY 30, 2013</u>

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

                Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Amended Order Pursuant to Section 105(a) of the

Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "<u>Second Amended Case Management</u>

<u>Order</u>"), the undersigned hereby certifies as follows:

                1.      Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the

"<u>Debtors</u>"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of LBHI and its Affiliated Debtors (the "<u>Plan Administrator</u>"), filed the following motions

and omnibus claims objections (collectively, the "Claims Objections") with the Court for hearing

on or before January 30, 2013:

    (a)   **Two Hundred Forty-First** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29329]**

    (b)   **Three Hundred Seventy-Seventh** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32650]**

    (c)   **Three Hundred Seventy-Eighth** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32651]**

    (d)   **Three Hundred Seventy-Ninth** Omnibus Objection to Claims (Subordinated Guarantee Claims) **[ECF No. 32652]**

    (e)   **Three Hundred Eighty-First** Omnibus Objection to Claims (Amended And Superseded Claims) **[ECF No. 32888]**

    (f)   **Three Hundred Eighty-Second** Omnibus Objection to Claims (Insufficient Documentation Claims) **[ECF No. 32889]**

    (g)   **Three Hundred Eighty-Third** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32890]**

    (h)   **Three Hundred Eighty-Fourth** Omnibus Objection to Claims (Reduce and Allow Claims) **[ECF No. 32891]**

    (i)   **Three Hundred Eighty-Fifth** Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 32892]**

    (j)   **Three Hundred Eighty-Seventh** Omnibus Objection to Claims (Invalid Intercompany Claims) **[ECF No. 33478]**

        2.       In accordance with the Second Amended Case Management Order, the

Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response

Deadline") for each Claim Objection for parties to object or file responses.  The Response

Deadlines have been extended for certain creditors from time to time.  The Second Amended

Case Management Order provides that pleadings may be granted without a hearing, provided that

no objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

3.     The Response Deadlines have now passed and, to the best of my

knowledge, no responsive pleadings to the Claims Objections have been (a) filed with the Court

on the docket of the above-referenced cases in accordance with the procedures set forth in the

Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan

Administrator by any of the holders of the claims included on Exhibit 1 to any of the Orders

attached hereto, which include only the proofs of claim for which the Claims Objection will be

granted.  Responses to certain of the Claims Objections were filed on the docket, or served on

the Debtors, by holders of certain proofs of claim included on the Claims Objections.  The

hearing on the Claims Objections as to any proof of claim for which a response was either filed

on the docket or received by the Debtors, and which objection has not been resolved, has been

adjourned to a future date.

4.     Accordingly, the Debtors and the Plan Administrator respectfully request

that the proposed orders granting the Claims Objections annexed hereto as Exhibits A through J,

which, except for the inclusion of additional language to indicate that such order is supplemental

to a previously entered order for a Claim Objection or to reference the inclusion of separate

exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is

granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objections, be

entered in accordance with the procedures described in the Second Amended Case Management

Order.

        I declare that the foregoing is true and correct.

Dated: January 29, 2013
      New York, New York

                     /s/ Robert J. Lemons
                     Robert J. Lemons

                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, New York 10153
                     Telephone: (212) 310-8000
                     Facsimile: (212) 310-8007

                     Attorneys for Lehman Brothers Holdings Inc. and
                     Certain of Its Affiliates

**EXHIBIT A**
**(Proposed Order – ECF No. 29329)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
In re                                                            :        **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (JMP)**
                                                                 :
                                    **Debtors.**          :        **(Jointly Administered)**
-----------------------------------------------------------------------x

**SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED**
**FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

        Upon the Debtors' two hundred forty-first omnibus objection to claims, dated

December 12, 2011 (the "Two Hundred Forty-First Omnibus Objection to Claims"),[1] of Lehman

Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11

of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No

Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully

described in the Two Hundred Forty-First Omnibus Objection to Claims; and due and proper

notice of the Two Hundred Forty-First Omnibus Objection to Claims having been provided; and

it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Two Hundred Forty-First Omnibus Objection to Claims

is in the best interests of the Debtors and their creditors, and that the legal and factual bases set

forth in the Two Hundred Forty-First Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Forty-First Omnibus
Objection to Claims.

ORDERED that the relief requested in the Two Hundred Forty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (the "Late-Filed Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred Forty-First Omnibus Objection to Claims that is not listed (i) on Exhibit 1 annexed hereto, (ii) Exhibit 1 annexed to the Supplemental Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 27641], or (iii) Exhibit 1 annexed to the Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims [ECF No. 24674]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
　　　　New York, New York

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROWN RUDNICK, LLP C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13011 | $25,678.84 | No Liability Claim |
| | | | | | TOTAL | $25,678.84 | |

**EXHIBIT B**
**(Proposed Order – ECF No. 32650)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

--------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED SEVENTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred seventy-seventh omnibus objection to claims, dated

December 7, 2012 (the "Three Hundred Seventy-Seventh Omnibus Objection to Claims"),[2] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section

502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, all as

more fully described in the Three Hundred Seventy-Seventh Omnibus Objection to Claims; and

due and proper notice of the Three Hundred Seventy-Seventh Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Three Hundred Seventy-Seventh

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest, and that the legal and factual bases set forth in the Three Hundred

Seventy-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

---

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Seventy-Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Seventy-Seventh

Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|---|---|---|---|---|---|---|
| 1 | AVILA MESQUITA LOPES, MARIA HELENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44659 | XS0215349357 |
| | | | | | | XS0229269856 |
| 2 | AZEVEDO MAIA, TERESA MARIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44690 | XS0215349357 |
| | | | | | | XS0229269856 |
| 3 | BALSEMO FINANCE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43177 | XS0229269856 |
| 4 | BANCO COOPERATIVO ESPANOL, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60319 | XS0229269856 |
| 5 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64127 | XS0215349357 |
| 6 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64132 | XS0215349357 |
| 7 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64133 | XS0215349357 |
| 8 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64202 | XS0215349357 |
| 9 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64203 | XS0215349357 |
| 10 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64204 | XS0215349357 |
| 11 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64226 | XS0215349357 |
| 12 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64228 | XS0215349357 |
| 13 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64229 | XS0215349357 |
| 14 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64230 | XS0215349357 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|------|-------------|-------------|------------|---------|------|
| 15 CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64431 | XS0215349357 |
| 16 CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64432 | XS0215349357 |
| 17 COCA VANO, FRANCISCO JOSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64495 | XS0229269856 |
| 18 CONCEICAO RIBEIRO CARDOSO, MARIA LISETA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44664 | XS0215349357 XS0229269856 |
| 19 FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA ORDOVAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64227 | XS0215349357 |
| 20 GARCIA, CRISTINA & MARTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59095 | XS0229269856 |
| 21 GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH RUIDOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64131 | XS0215349357 |
| 22 GONZALEZ GASCH, ESTEBAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64130 | XS0215349357 |
| 23 GONZALEZ GASCH, HELENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64129 | XS0215349357 |
| 24 GONZALEZ GASCH, MERCEDES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64128 | XS0215349357 |
| 25 MACHADO MACIEL BELEZA FERRAZ TORRES, MARIA EMILIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44656 | XS0215349357 XS0229269856 |
| 26 MACHADO, FRANCISCO ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42393 | XS0229269856 |
| 27 MARTINS BORGES, JOSE BALTAZAR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45476 | XS0215349357 XS0229269856 |
| 28 MICO RAUSELL, JUAN VICENTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/09 | 65790 | XS0229269856 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|------|-------------|-------------|------------|---------|------|
| 29 PHOENIX LIFE ASSURANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/09 | 65659 | XS0243852562 |
| 30 REYMEN, EDMOND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64443 | XS0215349357 |
| 31 RIBEIRO DIAS CARDOSO, CARLA ISABEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45539 | XS0215349357 XS0229269856 |
| 32 RIBEIRO DIAS CARDOSO, RUI ORLANDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44688 | XS0215349357 XS0229269856 |
| 33 SPARKASSE LEVERKUSEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200153 | XS0229269856 |
| 34 STADTSPARKASSE WUPPERTAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200187 | XS0229269856 |
| 35 STEINHARDT, PEDRO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64365 | XS0229269856 |
| 36 UNIVERSAL LEVEN INZAKE CUM LAUDE LIJFRENTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62409 | XS0229269856 |
| 37 WILLEMS, SIMONE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64706 | XS0215349357 |

**EXHIBIT C**
**(Proposed Order – ECF No. 32651)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                  :        **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*           :        **08-13555 (JMP)**
                                                       :
                         **Debtors.**                  :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED SEVENTY-EIGHTH
## OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred seventy-eighth omnibus objection to claims, dated

December 7, 2012 (the "Three Hundred Seventy-Eighth Omnibus Objection to Claims"),[3] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section

502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, all as

more fully described in the Three Hundred Seventy-Eighth Omnibus Objection to Claims; and

due and proper notice of the Three Hundred Seventy-Eighth Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Three Hundred Seventy-Eighth

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest, and that the legal and factual bases set forth in the Three Hundred

Seventy-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

---

[3] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Seventy-Eighth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Seventy-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claims listed on Exhibit 1 annexed hereto that relate to the securities identified by ISIN XS0215349357 or ISIN XS0229269856, whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice and the claims listed on Exhibit 2 are adjourned; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Three Hundred Seventy-Eighth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | ABE VENTURES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 50339 | XS0229269856 | $74,457.59 |
| 2 | ADIZA HOLDINGS INC. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45576 | XS0229269856 | $139,980.26 |
| 3 | AGOSTINHO LOURENCO RASCAO, MANUEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46956 | XS0229269856 | $74,457.59 |
| 4 | BANCA ALETTI & C. S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49740 | XS0229269856 | $22,293.55 |
| 5 | BANCA CARIGE SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46901 | XS0229269856 | $37,224.67 |
| 6 | BANCA FIDEURAM SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56173 | XS0215349357 | $511,315.19 |
| | | | | | | XS0229269856 | $44,592.95 |
| | | | | | | | $555,908.14 |
| 7 | BANCA FINNAT EURAMERICA SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43350 | XS0215349357 | $288,914.36 |
| 8 | BANCA IMI SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 50330 | XS0215349357 | $1,425.10 * |
| 9 | BANCA INTERMOBILIARE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55860 | XS0229269856 | $94,311.84 |
| 10 | BANCA MARCH, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63650 | XS0229269856 | $1,429,251.00 |

The schedule attached to claim number 63650 listed $11,429,251 as the amount of the claim related to the ISIN, but the total amount of the claim listed on the schedule to and the cover sheet of the proof of claim suggests that this is a typographical error.   All portions of the claim related to the ISIN above shall be disallowed and expunged pursuant to this order.

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 11 | BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49737 | XS0215349357 | $168,994.00 |

\* Plus unliquidated and/or undetermined amounts.

\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|------|-------------|-------------|-----------|---------|--------|--------------------------|
| 12 BANCA SELLA HOLDING SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59230 | XS0229269856 | $14,548.86 |
| 13 BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58786 | XS0229269856 | Undetermined * |
| 14 BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/09/10 | 66929 | XS0215349357 | $70,962.50 |
| | | | | | XS0229269856 | $1,476,020.00 |
| | | | | | | $1,546,982.50 |
| 15 BANK LEUMI USA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59840 | XS0229269856 | $224,430.07 |
| 16 BANK OF SINGAPORE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 41773 | XS0215349357 | $327,635.00 |
| | | | | | XS0229269856 | $376,068.00 |
| | | | | | | $703,703.00 |
| 17 BANK OF VALLETTA P.L.C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58114 | XS0229269856 | $3,491,415.00 * |
| 18 BANK VONTOBEL AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 03/16/11 | 67373 | XS0229269856 | Undetermined * |
| 19 BANKINTER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 64023 | XS0215349357 | $70,755.00 |
| | | | | | XS0229269856 | $247,642.50 |
| | | | | | | $318,397.50 |
| 20 BANKINTER, SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 64024 | XS0215349357 | $227,831.10 |
| | | | | | XS0229269856 | $2,578,312.20 |
| | | | | | | $2,806,143.30 |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|--------|--------------------------|
| 21 BANQUE LB LUX S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60691 | XS0229269856 | $506,874.28 |
| 22 BANQUE POPULAIRE COTE D'AZUR, MONACO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59233 | XS0229269856 | Undetermined * |
| 23 BANQUE PRIVEE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46890 | XS0215349357 | $260,785.00 |
| | | | | | XS0229269856 | $149,178.00 |
| | | | | | | $409,963.00 |
| 24 BENTHEM, J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49387 | XS0215349357 | $169,812.00 |
| 25 BLOMINVEST BANK S.A.L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55155 | XS0229269856 | $156,161.00 |
| 26 CASSA DI RISPARMIO DI BRA SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46905 | XS0229269856 | $22,296.48 |
| 27 CASSA DI RISPARMIO DI SALUZZO S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49716 | XS0229269856 | $7,431.19 |
| 28 CONSULNOR SERVICIOS FINANCIEROS SOCIEDAD DE VALORES, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 47711 | XS0229269856 | $247,642.50 |
| 29 CREDIT ANDORRA, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60323 | XS0215349357 | $1,568,377.68 |
| | | | | | XS0229269856 | $3,246,980.01 |
| | | | | | | $4,815,357.69 |
| 30 DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63603 | XS0229269856 | $65,500.00 |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|------|-------------|-------------|------------|---------|--------|--------------------------|
| 31 EFG EUROBANK ERGASIAS SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62750 | XS0229269856 | $465,567.90 |
| 32 F.E.J.M. BEMELMANS BEHEER B.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 53466 | XS0215349357 | $70,905.00 |
| 33 FALASIA LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46339 | XS0229269856 | $114,664.68 |
| 34 FELBAR FINANCE LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43171 | XS0229269856 | $223,372.76 |
| 35 FRANKFURTER SPARKASSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200092 | XS0229269856 | Undetermined * |
| 36 FRESA SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/22/09 | 44247 | XS0229269856 | $74,457.59 |
| 37 GONCALVES, CARLOS ALBERTO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44627 | XS0229269856 | $148,915.17 |
| 38 GUTIERREZ-GAMERO COLL, ANTONIO / | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44816 | XS0229269856 | Undetermined * |
| 39 HIDALGO CHUECA, MARINO / | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44753 | XS0229269856 | Undetermined * |
| 40 INTER LEBENSVERSICHERUNG AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/26/10 | 66166 | XS0229269856 | $7,432,174.79 * |
| 41 INTESA SANPAOLO PRIVATE BANKING S.P.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51234 | XS0229269856 | $39,210.68 |
| 42 INTESA SANPAOLO SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46878 | XS0229269856 | $156,842.76 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 43 JIMOR INTERNATIONAL SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45595 | XS0229269856 | $446,745.51 |
| 44 JULLENS-VENEMA, E.J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49133 | XS0215349357 | $31,840.00 |
| 45 KRAUSKOPF, DIETER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/14/09 | 12241 | XS0215349357 | $14,236.00 * |
| 46 L'AUXILIAIRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42415 | XS0215349357 | $2,907,602.46 |
| 47 LEEUW J.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 49017 | XS0215349357 | $56,604.00 |
| 48 LEUMI PRIVATE BANK LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 65272 | XS0229269856 | $300,247.10 |
| 49 LUIS LOPEZ ARENAS, JOSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44732 | XS0229269856 | Undetermined * |
| 50 MAYFLOWER INVESTMENTS OVERSEAS LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/13/09 | 39766 | XS0215349357 | $142,360.00 |
| 51 MERRILL LYNCH BANK (SUISSE) S. A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/09 | 48665 | XS0229269856 | $1,147,811.14 |
| 52 MITTELBRANDENBURGISCHE SPARKASSE IN POTSDAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200115 | XS0229269856 | Undetermined * |
| 53 NORWICH CORPORATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/09 | 40957 | XS0229269856 | $1,055,411.53 |
| 54 OFI ALPHA ALTERNATIVE MANDATES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 64117 | XS0229269856 | $19,297,623.27 |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 55 PETERCAM BANK N.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/02/09 | 36123 | XS0229269856 | $34,546.40 |
| 56 PICTET & CIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64249 | XS0215349357 | $451,932.62 |
| | | | | | XS0229269856 | $55,147.72 |
| | | | | | | $507,080.34 |
| 57 PIETERSEN, KIRSTEN P | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 53173 | XS0229269856 | $76,045.61 |
| 58 RAVESLOOT BEHEER BV. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 53304 | XS0215349357 | $148,073.28 * |
| 59 RBC DOMINION SECURITIES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 51231 | XS0229269856 | $78,871.98 |
| 60 RBS COUTTS BANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45221 | XS0215349357 | $44,016.90 |
| | | | | | XS0229269856 | $99,393.00 |
| | | | | | | $143,409.90 |
| 61 ROTHSCHILD BANK AG (AS NOMINEE) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56031 | XS0229269856 | $366,653.93 |
| 62 SA NOSTRA - CAIXA DE BALEARS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55749 | XS0229269856 | $133,898.85 |
| 63 SANTANDER PRIVATE BANKING SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46908 | XS0215349357 | $28,763.20 |
| 64 SCHEUTER, JOSEF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/05/09 | 36524 | XS0229269856 | $39,706.80 |
| 65 SCHNABEL, ELSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55813 | XS0229269856 | Undetermined * |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|------|-------------|-------------|-----------|---------|--------|--------------------------|
| 66 SCHUSTER DR. JOERG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/28/09 | 35139 | XS0229269856 | $22,739.20 |
| The entirety of claim number 35139 shall be disallowed and expunged pursuant to this order.   By order, dated August 25, 2011, the Court disallowed and expunged the balance of the claim, which related to a second security. | | | | | | |
| 67 SEMPER CONSTANTIA PRIVATBANK AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 04/06/10 | 66501 | XS0229269856 | $142,010.00 * |
| 68 SG PRIVATE BANKING SUISSE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/06/09 | 36532 | XS0229269856 | $581,767.00 |
| 69 SNS GLOBAL CUSTODY B.V. / CLTS SNS SECURITIES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56666 | XS0229269856 | $78,780.88 |
| | | | | | XS0215349357 | Undetermined * |
| | | | | | | $78,780.88 |
| 70 SNS SECURITIES NV | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 56652 | XS0215349357 | $228,234.23 |
| | | | | | XS0229269856 | $743,215.84 |
| | | | | | | $971,450.07 |
| 71 SPARKASSE KOLNBONN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200149 | XS0229269856 | Undetermined * |
| 72 STAALBANKIERS N.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62700 | XS0215349357 | $254,718.00 |
| 73 TIJHUIS, J.A.M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63094 | XS0215349357 | $13,000.00 |
| 74 TRANSXCOM B.V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63186 | XS0215349357 | $1,788,898.48 |
| 75 UBS AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59233 | XS0215349357 | Undetermined * |
| | | | | | XS0229269856 | Undetermined * |
| | | | | | | Undetermined |

\* Plus unliquidated and/or undetermined amounts.

\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|------|-------------|-------------|-----------|---------|--------|--------------------------|
| 76 VAN MEURS, JOSJA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 52619 | XS0229269856 | $14,929.00 |
| 77 WIERING, L.J.R. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63185 | XS0215349357 | $1,846,651.45 |
| | | | | | TOTAL | $ 59,792,463.18 |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

# EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 378: EXHIBIT 2 - ADJOURNED NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.A. ("ANDBANC") | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 63849 | XS0229269856 | $686,312.00 |
| 2 | BANK OF VALLETTA P.L.C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58114 | XS0229269856 | $3,491,415.00 * |
| | | | | | | TOTAL | $ 4,177,727.00 |

\* Plus unliquidated and/or undetermined amounts.

\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

**EXHIBIT D**
**(Proposed Order – ECF No. 32652)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        **08-13555 (JMP)**
                                                         :
                              **Debtors.**              :        **(Jointly Administered)**
--------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED SEVENTY-NINTH
## OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)

Upon the three hundred seventy-ninth omnibus objection to claims, dated

December 7, 2012 (the "Three Hundred Seventy-Ninth Omnibus Objection to Claims"),[4] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to

sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal

Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of

omnibus objections to proofs of claim [ECF No. 6664], seeking to classify the Subordinated

Guarantee Claims, all as more fully described in the Three Hundred Seventy-Ninth Omnibus

Objection to Claims; and due and proper notice of the Three Hundred Seventy-Ninth Omnibus

Objection to Claims having been provided, and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the Three

Hundred Seventy-Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11

Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in

the Three Hundred Seventy-Ninth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[4] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Seventy-Ninth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Seventy-Ninth Omnibus Objection to Claims is granted; and it is further

ORDERED that all portions of the claims listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, shall be classified in LBHI Class 12 under the Plan and the claims listed on <u>Exhibit 2</u> are adjourned; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on <u>Exhibit A</u> annexed to the Three Hundred Seventy-Ninth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

               _____
               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 379: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0301813522 | $200,000.00 |
| 2 | DE LA ROSA DIAZ, JOSE ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64471 | XS0282978666 | $27,492.59 |
| 3 | DEL CAMPO, LUCIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37187 | XS0301813522 | $50,000.00 |
| 4 | EITO EITO, ANGELES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64438 | XS0282978666 | $18,810.71 |
| 5 | GELDARD, CHRISTINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/09 | 1537 | XS0282978666 | Undetermined * |
| 6 | GONZALEZ ROQUET, MARIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64439 | XS0282978666 | $17,363.73 |
| 7 | HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | XS0301813522 | $130,000.00 |
| 8 | ILDEFONSO LACASTA MARCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45223 | XS0282978666 | $76,415.40 |
| 9 | JUVENTIS INTERNATIONAL LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64613 | XS0301813522 | $300,000.00 |
| 10 | LIN CHAN, HING | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64617 | XS0301813522 | $100,000.00 |
| 11 | NORDEA BANK, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | XS0282978666 | $130,000.00 |
| 12 | PARDO CORDERO, EMILIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64718 | XS0282978666 | $31,833.52 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 379: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|------|-------------|-------------|-----------|---------|--------|--------------------------|
| 13 PHOENIX LIFE ASSURANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/09 | 65658 | XS0282978666 | $6,812,536.00 |
| 14 PICTET & CIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64249 | XS0282978666 | $304,692.21 |
| | | | | | XS0301813522 | $1,076,029.67 |
| | | | | | | $1,380,721.88 |
| 15 PLENTYWEALTH INVESTMENT CO. LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64615 | XS0301813522 | $1,200,000.00 |
| 16 ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55849 | XS0301813522 | $190,000.00 |
| | | | | | XS0301813522 | $10,000.00 * |
| | | | | | | $200,000.00 |
| 17 ZARNICKI, ABRAHAM E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43113 | XS0301813522 | $38,000.00 |
| | | | | | TOTAL | $ 10,713,173.83 |

* Plus unliquidated and/or undetermined amounts.
** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 379: EXHIBIT 2 - ADJOURNED SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | JOSE RUIVO DRAGAO, JOAO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64556 | XS0301813522 | $51,015.83 |
| | | | | | | TOTAL | $ 51,015.83 |

* Plus unliquidated and/or undetermined amounts.

** Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

**EXHIBIT E**
**(Proposed Order – ECF No. 32888)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                                    :        **Chapter 11 Case No.**
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
                                                                         :
                                          **Debtors.**                   :        **(Jointly Administered)**
------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the three hundred eighty-first omnibus objection to claims, dated July 9,

2012 (the "Three Hundred Eighty-First Omnibus Objection to Claims"),[5] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664], seeking disallowance and expungement of the Amended and Superseded

Claims on the basis that such claims have been amended and superseded by the corresponding

Surviving Claims, all as more fully described in the Three Hundred Eighty-First Omnibus

Objection to Claims; and due and proper notice of the Three Hundred Eighty-First Omnibus

Objection to Claims having been provided to (i) the United States Trustee for Region 2; (ii) the

Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States

Attorney for the Southern District of New York; (v) the claimants listed on Exhibit A attached to

the Three Hundred Eighty-First Omnibus Objection to Claims; and (vi) all other parties entitled

---

[5] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Eighty-First Omnibus Objection to Claims.

to notice in accordance with the procedures set forth in the second amended order entered on

June 17, 2010, governing case management and administrative procedures for these cases

[Docket No. 9635]; and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Three Hundred Eighty-First

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest and that the legal and factual bases set forth in the Three Hundred

Eighty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Eighty-First Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto under the heading "*Claims to be Disallowed and Expunged*"

(collectively, the "Amended and Superseded Claims") are disallowed and expunged in their

entirety with prejudice; and it is further

ORDERED that the claims listed on Exhibit 1 annexed hereto under the heading

"*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register

subject to the Plan Administrator's right to further object as set forth herein; and it is further

ORDERED that all information included on and all documentation filed in

support of any Amended and Superseded Claim, including, but not limited to, derivative and

guarantee questionnaires and supporting documentation, shall be treated as having been filed in

support of and included in the corresponding Surviving Claim; and it is further

ORDERED that nothing in this Order or the disallowance and expungement of the

Amended and Superseded Claims constitutes any admission or finding with respect to any of the

Surviving Claims, and the Plan Administrator's rights to object to the Surviving Claims on any

basis are preserved; *provided, however,* that notwithstanding anything herein to the contrary, the

Plan Administrator may not object to a Surviving Claim that is listed on <u>Exhibit 1</u> annexed

hereto to the extent that it has been allowed by order of the Court or allowed pursuant to a signed

settlement or termination agreement authorized by the Court; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on <u>Exhibit A</u> annexed to the Three

Hundred Eighty-First Omnibus Objection to Claims under the heading "*Claims to be Disallowed*

*and Expunged*" that is not listed on <u>Exhibit 1</u> annexed hereto and (ii) any Surviving Claim;

*provided, however,* that if the Court subsequently orders that a Surviving Claim did not

appropriately amend and supersede the corresponding Amended and Superseded Claim, then the

claims agent shall be authorized and directed to immediately reinstate such Amended and

Superseded Claim (the "<u>Reinstated Claim</u>") and the rights of all interested parties with respect to

the Reinstated Claim shall be expressly reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 381: EXHIBIT 1 – AMENDED CLAIMS**

| | CLAIMS TO BE DISALLOWED AND EXPUNGED | | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** | **NAME** | **DATE FILED** | **CASE NUMBER** | **CLAIM #** | **TOTAL CLAIM DOLLARS** |
| 1 | MEEUS-AELBRECHT, LUDOVICUS COLETTIJNENHOF 16 BRUGGE, 8000 BELGIUM | 11/10/2009 | 08-13555 (JMP) | 65311 | Undetermined | MEEUS LUDOVICUS COLETTYNENHOF 16 BRUGGE, 8000 BELGIUM | 02/17/2010 | 08-13555 (JMP) | 66283 | $28,302.00 |
| 2 | NATIONAL AUSTRALIA BANK LIMITED ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK, NY 10167 | 09/21/2009 | 08-13555 (JMP) | 24980 | $133,998.23* | NATIONAL AUSTRALIA BANK LIMITED ATTN: ALEX BOLTON 245 PARK AVENUE FLOOR 28 NEW YORK, NY 10167 | 10/19/2012 | 08-13555 (JMP) | 68140 | $236,998.23* |
| 3 | VENTURA COUNTY TAX COLLECTOR ATTN: BANKRUPTCY 800 S VICTORIA AVE VENTURA, CA 93009-1290 | 11/09/2009 | 08-13555 (JMP) | 65230 | $854.67 | VENTURA COUNTY TAX COLLECTOR ATTN: BANKRUPTCY 800 S. VICTORIA AVE. VENTURA, CA 93009-1290 | 10/05/2011 | 08-13555 (JMP) | 67678 | $1,301.51 |
| | | | | **TOTAL** | **$134,852.90** | | | | | |

**EXHIBIT F**
**(Proposed Order – ECF No. 32889)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                    :        **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                         :
                        **Debtors.**                     :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED EIGHTY-SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

Upon the three hundred eighty-second omnibus objection to claims, dated

December 17, 2012 (the "Three Hundred Eighty-Second Omnibus Objection to Claims"),[6] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section

502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the

Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge

the Insufficient Documentation Claims, all as more fully described in the Three Hundred Eighty-

Second Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-

Second Omnibus Objection to Claims having been provided, and it appearing that no other or

further notice need be provided; and the Court having found and determined that the relief

sought in the Three Hundred Eighty-Second Omnibus Objection to Claims is in the best interests

of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual

bases set forth in the Three Hundred Eighty-Second Omnibus Objection to Claims establish just

---

[6] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Eighty-Second Omnibus Objection to Claims.

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Three Hundred Eighty-Second

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice;

and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A annexed to the Three Hundred

Eighty-Second Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and

it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 382: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | COLLERTON, ANTHONY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/27/2009 | 6199 | $70,000.00 | $50,000.00 | $20,000.00 |
| 2 | GLOBAL CREDIT OPPORTUNITY FUND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/2/2009 | 5068 | Undetermined | Undetermined | None |
| | | | | TOTAL | | $70,000.00 | $50,000.00 | $20,000.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts

**EXHIBIT G**
**(Proposed Order – ECF No. 32890)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :        08-13555 (JMP)
                                                   :
                        Debtors.                   :        (Jointly Administered)
--------------------------------------------------------------------x

### ORDER GRANTING THE THREE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred eighty-third omnibus objection to claims, dated

December 17, 2012 (the "Three Hundred Eighty-Third Omnibus Objection to Claims"),[7] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities

in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"),

seeking disallowance and expungement of the No Liability Claims to the extent that they assert

claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully

described in the Three Hundred Eighty-Third Omnibus Objection to Claims; and due and proper

notice of the Three Hundred Eighty-Third Omnibus Objection to Claims having been provided,

and it appearing that no other or further notice need be provided; and the Court having found and

determined that the relief sought in the Three Hundred Eighty-Third Omnibus Objection to

Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

---

[7] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventieth Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Three Hundred Eighty-Third Omnibus

Objection to Claims establish just cause for the relief granted herein; and after due deliberation

and sufficient cause appearing therefore, it is

       ORDERED that the relief requested in the Three Hundred Eighty-Third Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

       ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

       ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Three

Hundred Eighty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto and (ii) the portion of any No Liability Claim that is not the subject of the Three Hundred

Eighty-Third Omnibus Objection to Claims; and it is further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
     New York, New York

               _____
               UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | Lehman Brothers Holdings Inc. | 32592 | $147,430.78 | $147,430.78 | None | Claim 32592 is based on amounts owed under investments in iShares Lehman TIPS, a non-Debtor investment vehicle. LBHI has no liability for the investments in iShares Lehman TIPS, which continues to trade as iShares Barclays TIPS Bond Fund on the open stock exchange, and did not guarantee the performance of such investments. Therefore, LBHI is not liable on account of the claim. |
| 2 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | Lehman Brothers Holdings Inc. | 32633 | $147,430.78 | $147,430.78 | None | Claim 32633 is based on amounts owed under investments in iShares Lehman TIPS, a non-Debtor investment vehicle. LBHI has no liability for the investments in iShares Lehman TIPS, which continues to trade as iShares Barclays TIPS Bond Fund on the open stock exchange, and did not guarantee the performance of such investments. Therefore, LBHI is not liable on account of the claim. |
| 3 | KING, TONY | Lehman Brothers Holdings Inc. | 9597 | Undetermined | Undetermined | Undetermined | A portion of Claim 9597 is based on amounts owed under securities issued by Lehman Brothers Bank FSB (now known as Aurora Bank FSB), a non-Debtor entity. LBHI has no liability for the securities issued by Lehman Brothers Bank FSB. Claim 9597 is being expunged solely with respect to its asserted claim in undetermined amount for the securities issued by Lehman Brothers Bank FSB. The remaining portion of Claim 9596 is not being expunged pursuant to this Objection and is not affected by this Objection.  All rights with respect to the remaining portion of Claim 9597 are reserved. |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | MARANTZ, ALAN J. | Lehman Brothers Holdings Inc. | 25062 | $1,057,828.60 | $1,057,828.60 | None | Claim 25062 is based on amounts owed under securities issued by or investments in Lehman Brothers MLP Opportunity Capital Partners L.P., a non-Debtor entity. LBHI has no liability for the securities issued by or investments in Lehman Brothers MLP Opportunity Capital Partners L.P. |
| 5 | ROTHSCHILD BANK AG (AS NOMINEE) | Lehman Brothers Holdings Inc. | 56031 | $9,540,115.76 | $500,000.00 | $9,040,115.76 | The securities that are the subject of Claim 56031 in the claimed amount of $500,000.00 with ISIN XS0292212270 (the "Anthracite Securities") were issued by Anthracite Rtd. Inv. Ltd., an entity entirely unaffiliated with the Debtors, and were erroneously included on the Debtor's list of Lehman Programs Securities. The Anthracite Securities were neither issued nor guaranteed by the Debtors. Additional information regarding a similar objection can be found in the Debtors' One Hundred Fourteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 15017]. Claim 56031 is being expunged solely with respect to its asserted claim in the amount of $500,000.00 for the Anthracite Securities. The remaining portion of Claim 56031 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 56031 are reserved. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|
| 6  VAROLII CORPORATION | Lehman Brothers Holdings Inc. | 598 | $78,750.00 | $78,750.00 | None | Pursuant to Section 2.2 of the Master Agreement between claimant and LBHI, the "Customer entity" that executes a Transaction Schedule (as defined in the Master Agreement) is liable for the Transactions (as defined in the Master Agreement) under such Transaction Schedule.  The Transaction Schedule attached to Claim 598 identifies Lehman Brothers Inc., a domestic affiliate fo the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under that Transaction Schedule.  LBHI has no liability to claimant for the Transactions under that Transaction Schedule or for the Master Agreement  as it relates to such Transactions and Transaction Schedule. |
|  | TOTAL |  | $10,971,555.92 | $1,931,440.16 | $9,040,115.76 |  |

**EXHIBIT H**
**(Proposed Order – ECF No. 32891)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                              :      Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :      08-13555 (JMP)
                                                                   :
                       Debtors.                             :      (Jointly Administered)
-------------------------------------------------------------------x

**ORDER GRANTING THREE**
**HUNDRED EIGHTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

Upon the three hundred eighty-fourth omnibus objection to claims, dated

December 17, 2012 (the "Three Hundred Eighty-Fourth Omnibus Objection to Claims"),[8] of

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors,

pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule

3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving

procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to

reduce and allow the Reduce and Allow Claims, as more fully described in the Three Hundred

Eighty-Fourth Omnibus Objection to Claims; and due and proper notice of the Three Hundred

Eighty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief requested in the Three Hundred Eighty-Fourth Omnibus Objection to Claims is in the best

interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal

and factual bases set forth in the Three Hundred Eighty-Fourth Omnibus Objection to Claims

---

[8] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Three Hundred Eighty-Fourth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Eighty-Fourth

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Allowed Claim listed on Exhibit 1 annexed hereto is

reduced and allowed in the amount and priority set forth on Exhibit 1 in the row for each

Allowed Claim entitled "*Claim as Modified,*" and against the Chapter 11 Estate listed under the

column entitled "*Modified Debtor Name*" and any asserted claims (whether liquidated,

unliquidated, and/or contingent) subject to the Objection in excess of the reduced amount or of a

priority or against a Debtor not specified on Exhibit 1 are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Three Hundred Eighty-

Fourth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE | 28534 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$12,692.48** | | **$12,692.48** |
| 2 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28538 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$296,918.06** | | **$296,918.06** |
| 3 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28760 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$775.59** | | **$775.59** |
| 4 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28761 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$1,863.28** | | **$1,863.28** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 5 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28763 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$2,328.26** | | **$2,328.26** |
| 6 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28772 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$4,213.12** | | **$4,213.12** |
| 7 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28773 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$15,627.26** | | **$15,627.26** |
| 8 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30060 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$35,402.40** | | **$35,402.40** |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | AMOUNTS | | | |
| 9 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30061 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$14,736.21** | | **$14,736.21** |
| 10 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30062 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$44,236.93** | | **$44,236.93** |
| 11 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30526 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$241,157.08** | | **$241,157.08** |
| 12 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30529 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$80,049.33** | | **$80,049.33** |
| 13 | KWAN, KEVIN | 2073 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $8,447.25 | $63,942.31 | | $72,389.56 |
| | | | | **CLAIM AS MODIFIED** | | | **$8,447.25** | **$59,879.74** | | **$68,326.99** |

* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 14  PRICEWATERHOUSEC OOPERS LLP | 5615 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $149,922.89 | | $149,922.89 |
| | | | **CLAIM AS MODIFIED** | | | | **$79,680.77** | | **$79,680.77** |
| 15  ROTHSTEIN, JONATHAN H. | 32086 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $50,007.70 | | $50,007.70 |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $8,753.85 | | $8,753.85 |
| | | | AMOUNT SUBJECT TO OBJECTION | | | | $41,253.85 | | $41,253.85 |
| | | | **CLAIM AS MODIFIED** | | | | **$65,482.09** | | **$65,482.09** |
| 16  UEDA HARLOW LTD. | 127 | 10/9/08 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $16,828.89 | | $27,778.89 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$27,778.89** | | **$27,778.89** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $19,397.25 | $280,701.79 | $0.00 | $300,099.04 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 8,753.85 | 0.00 | 8,753.85 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 19,397.25 | 271,947.94 | 0.00 | 291,345.19 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$8,447.25** | **$982,821.49** | **$0.00** | **$991,268.74** |

**EXHIBIT I**
**(Proposed Order – ECF No. 32892)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re                                                :        **Chapter 11 Case No.**
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                     :
                               **Debtors.**          :        **(Jointly Administered)**
--------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED EIGHTY-FIFTH
### OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)

Upon the three hundred eighty-fifth omnibus objection to claims, dated December

17, 2012 (the "Three Hundred Eighty-Fifth Omnibus Objection to Claims"),[9] of Lehman

Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors (the "Plan"), in accordance with section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the

Late-Filed Claims on the basis that they were filed after the General Bar Date or Securities

Programs Bar Date, as applicable, all as more fully described in the Three Hundred Eighty-Fifth

Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Fifth

Omnibus Objection to Claims having been provided to (i) the United States Trustee for Region

2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the

United States Attorney for the Southern District of New York; (v) the claimants listed on Exhibit

A attached to the Three Hundred Eighty-Fifth Omnibus Objection to Claims; and (vi) all other

---

[9] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Three Hundred Eighty-Fifth Omnibus Objection to Claims.

parties entitled to notice in accordance with the procedures set forth in the second amended order

entered on June 17, 2010, governing case management and administrative procedures for these

cases [Docket No. 9635]; and it appearing that no other or further notice need be provided; and

the Court having found and determined that the relief sought in the Three Hundred Eighty-Fifth

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest and that the legal and factual bases set forth in the Three Hundred

Eighty-Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Eighty-Fifth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "Late-Filed Claims") are disallowed and

expunged in their entirety with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, any claim listed on Exhibit A annexed to the Three Hundred

Eighty-Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York


                                      _____
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**OMNIBUS OBJECTION 385: EXHIBIT 1 - LATE FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | TOTAL CLAIM DOLLARS SUBJECT TO OBJECTION | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | M.C.D.L. REVOC. TRUST | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2012 | 68125 | $100,000.00 | $100,000.00 | None |
| | | | | TOTAL | | $100,000.00 | $100,000.00 | |

**EXHIBIT J**
**(Proposed Order – ECF No. 33478)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                   :        **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                        :
                                    **Debtors.**                 :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED EIGHTY-SEVENTH
## OMNIBUS OBJECTION TO CLAIMS (INVALID INTERCOMPANY CLAIMS)

Upon the three hundred eighty-seventh objection to claims, dated December 28,

2012 (the "Three Hundred Eighty-Seventh Omnibus Objection to Claims"),[10] of Lehman

Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b)

of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664], seeking to disallow and expunge the Disputed Claims, all as

more fully described in the Three Hundred Eighty-Seventh Omnibus Objection to Claims; and

due and proper notice of the Three Hundred Eighty-Seventh Omnibus Objection to Claims

having been provided, and it appearing that no other or further notice need be provided; and the

Court having found and determined that the relief sought in the Three Hundred Eighty-Seventh

Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors,

and all parties in interest, and that the legal and factual bases set forth in the Three Hundred

Eighty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

---

[10] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to
such terms in the Three Hundred Eighty-Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Eighty-Seventh

Omnibus Objection to Claims is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the following

claims are disallowed and expunged in their entirety with prejudice

| Claimant | Chapter 11 Estate | Disputed Claim Amount |
|---|---|---|
| Aegis | Lehman Commercial Paper Inc. | $2,869,006.97 |
| Blue Way | Lehman Brothers Holdings Inc. | $17,288.73 |
| FAMCO | Lehman Brothers Holdings Inc. | $298,469.79 |
| LB Delta | Lehman Brothers Holdings Inc. | $36.44 |
| LB Global | Lehman Commercial Paper Inc. | $812,732.20 |
| LB GPS | Lehman Commercial Paper Inc. | $13,399,999.95 |
| Nale | Lehman Brothers Holdings Inc. | $40,474.44 |
| Redgrave | Lehman Brothers Holdings Inc. | $94.38 |

; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the

claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: _____, 2013
        New York, New York


_____
UNITED STATES BANKRUPTCY JUDGE