WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
|  |  |
|---|---|
| **In re** | **:**    **Chapter 11 Case No.** |
|  | **:** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **:**    **08-13555 (JMP)** |
|  | **:** |
| **Debtors.** | **:**    **(Jointly Administered)** |

-------------------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR CLAIMS HEARING ON JANUARY 30, 2013 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James
M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling
Green, New York, NY 10004-1408

**I.**    **UNCONTESTED MATTERS:**

1.    Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims)
**[ECF No. 12533]**

Response Deadline:   December 6, 2010 at 4:00 p.m.

Resolved Response:

A.    Response of SPCP Group LLC, as Agent for Silver Point Capital
Fund, LP and Silver Point Capital Offshore Fund, Ltd, as
Successor to Certain Claims of Alliance Laundry Systems LLC
**[ECF No. 13218]**

Status: This matter is going forward on an uncontested basis solely with respect
to the claims of SPCP Group L.L.C. (Claim Nos. 1299 and 1300).

2.      Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims)
        **[ECF No. 13955]**

        Response Deadline:    February 14, 2011 at 4:00 p.m.

        Resolved Response:

                A.      Response of SPCP Group L.L.C. **[ECF No. 14435]**

         Status:  This matter is going forward on an uncontested basis solely with respect
         to the claims of SPCP Group L.L.C. (Claim Nos. 12573 and 12576).

3.      Two Hundred Eighty-Second Omnibus Objection to Claims (Late Filed Claims)
        **[ECF No. 27374]**

        Response Deadline:    May 7, 2012 at 4:00 p.m.

        Resolved Response:

                A.      Response of Piguet Galland & Cie, S.A. **[ECF No. 27933]**

        Status:  This matter is going forward on an uncontested basis solely with respect
        to the claims of Piguet Galland & Cie, S.A. (Claim Nos. 68053 and 68054).

## II.      **CONTESTED MATTERS:**

4.      One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS
        Claims) **[ECF No. 19407]**

        Response Deadline:    October 13, 2011 at 4:00 p.m.

        Responses Received:

                A.      Response of Boilermakers-Blacksmith National Pension Trust
                        Fund's Response to Debtors' One Hundred Eighty-Third Omnibus
                        Objection to Claims (No Liability CMBS Claims) **[ECF No.
                        20824]**

                B.      Boilermakers-Blacksmith National Pension Trust Funds Response
                        to Reply in Further Support **[ECF No. 33805]**

        Related Documents:

                C.      LBHI's Reply in Further Support of the Debtors' Objection to the
                        Boilermakers Claims Requesting Subordination **[ECF No. 33294]**

US_ACTIVE:\44183577\3\58399.0011

      D.        Letter Regarding Boilermakers Response to Reply in Further Support of Debtors Objection to the Boilermakers Claims Requesting Subordination **[ECF No. 34274]**

Status:  This matter is going forward with respect to the Debtors' Objection to Boilermakers Claims Requesting Subordination.

5.       One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Response Received:

      A.        Response of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 17710]**

Related Documents:

      B.        Notice of Hearing on One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30856]**

      C.        LBHI's Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

      D.        Supplemental Declaration of James P. Wallin In Support of Response of AllianceBernstein L.P **[ECF No. 32636]**

      E.        Amendment to Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 34240]**

Status:  This matter is going forward on a contested basis with respect to the claims listed on Exhibit A of the Reply.

6.       Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims **[ECF No. 19902]**

Response Deadline:    October 13, 2011at 4:00 p.m.

3

Response Received:

    A.    Response of AllianceBernstein L.P. to Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20799]**

Related Documents:

    B.    Notice of Hearing on One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30857]**

    C.    LBHI's Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

    D.    Supplemental Declaration of James P. Wallin In Support of Response of AllianceBernstein L.P **[ECF No. 32636]**

    E.    Amendment to Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 34240]**

Status: This matter is going forward on a contested basis with respect to the claims listed on Exhibit A of the Reply.

7.    One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

Response Deadline:    June 15, 2011at 4:00 p.m.

Responses Received:

    A.    Response of CF Midas Balanced Growth Fund **[ECF No. 18348]**

    B.    Supplemental Response of CF Midas **[ECF No. 21186]**

    C.    Second Supplemental Response of CF Midas **[ECF No. 34056]**

Related Documents:

    D.    Omnibus Reply to Certain Responses to Debtors One Hundred Forty-Third and Three Hundred Twenty-Third Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 32854]**

US_ACTIVE:\44183577\3\58399.0011

E.      Reply to CF Midas Balanced Growth Fund's Second Supplemental
Response to the Debtors' One Hundred Forty-Third Omnibus
Objection to Claims (Late-Filed Claims) **[ECF No. 34230]**

Status:  This matter is going forward on a contested basis with respect to the claim
of CF Midas Balanced Growth Fund (Claim No. 67193).

8.      Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability
Claims) **[ECF No. 29323]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Response Received:

A.      Response of Spanish Broadcasting System, Inc. to Three Hundred
Twenty-Eighth Omnibus Objection to Claims (No Liability
Claims) **[ECF No. 30907]**

Related Document:

B.      Reply to Response of Spanish Broadcasting and in Further Support
of the Three Hundred Twenty-Eighth Omnibus Objection to
Claims (No Liability Claims) **[ECF No. 34175]**

Status:  This matter is going forward on a contested basis solely with respect to
Response of Spanish Broadcasting System, Inc. (Claim No. 67707)

9.      Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to
Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No.
32163]**

Response Deadline:    January 9, 2013 at 4:00 p.m.

Response Received:

A.      Response of Plan Administrator **[ECF No. 33722]**

Related Documents:

B.      Statement of Official Committee of Unsecured Creditors in
Support of Motion **[ECF No. 32863]**

C.      Affidavit of Herb Baer Regarding Checks to Traxis Emerging
Markets Opportunities Fund LP and Traxis Fund LP **[ECF No.
33716]**

5

D.   Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator **[ECF No. 33822]**

E.   Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33823]**

F.   Affidavit of James Pastrana in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33824]**

G.   Affidavit of Carolyn Frederick in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33825]**

H.   Affidavit of Arlene Alves in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33826]**

Status:  This matter is going forward on a contested basis.

10.   Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 33322]**

Response Deadline:   January 23, 2013 at 4:00 p.m.

Response Received:

A.   Objections of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company **[ECF No. 34136]**

Related Documents:

B.   Declaration of Jacqueline Marcus in Support of Request for Bridge Order **[ECF No. 33892]**

C.   Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief **[ECF No. 33970]**

D.   Reply in Support of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 34248]**

Status:  This matter is going forward on a contested basis.

6

III.    **ADJOURNED MATTERS:**

11.    Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline:    October 18, 2010 at 4:00 p.m.

Status:  This matter has been adjourned to February 28, 2013 with respect to the claim set forth on the *Notice of Hearing on Fortieth Omnibus Objection to Claims (Late-Filed Claims)* filed on January 22, 2013 [ECF No. 34105].

12.    Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

D.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors Ninety-Seventh Omnibus Objection to Claims* filed on January 25, 2013 [ECF No. 34201] has been adjourned to February 28, 2013 at 10:00 a.m.

13.    Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

A.    Response of Wilmington Trust Company **[ECF No. 17886]**

7

Related Document:

    B.    Declaration of Keri Reed in Support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on January 25, 2013 [ECF No. 34202] has been adjourned to February 28, 2013 at 10:00 a.m.

14.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  The hearing on the objection to Claim Nos. 12589 and 12590 has been adjourned to February 28, 2013.

15.    Debtors' Two Hundred Thirty-Sixth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 23168]**

Response Deadline:    January 11, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to a date to be determined.

16.    Debtors' Two Hundred Sixty-Eighth Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 26189]**

Response Deadline:    April 11, 2012 at 4:00 p.m.

Status:  This matter has been adjourned to a date to be determined.

17.    Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29296]**

Response Deadline:    August 9, 2012 at 4:00 p.m.

Status:  This matter is adjourned to March 28, 2013 with respect to the claims listed on the *Notice of Adjournment of Hearing of the Three Hundred Twenty-Fourth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claims* filed on January 22, 2013 [ECF No. 34106].

18.    Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) **[ECF No. 30062]**

Response Deadline:    September 13, 2012 at 4:00 p.m.

8

<u>Responses Received</u>:  None.

<u>Status</u>: This matter has been adjourned to February 28, 2013 at 10:00 a.m.

19.     Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

<u>Response Deadline</u>:     November 13, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.     Response of ING AM Interfinance Services B.V. **[ECF No. 32034]**

<u>Status</u>:  The Response of ING AM Interfinance Services B.V has been further adjourned to February 28, 2013 at 10:00 a.m.

20.     Three Hundred Sixty-Sixth Omnibus Objection to Claims (Employment-Related Claims) **[ECF No. 31989]**

<u>Response Deadline</u>:     December 10, 2012 at 4:00 p.m.

<u>Status</u>:  The hearing on the objection to Claim Nos. 27233, 23716 and 11265 has been adjourned to a date to be determined.

21.     Three Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32893]**

<u>Response Deadline</u>:     January 16, 2013 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

22.     Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 11972 and 11973 **[ECF No. 32388]**

<u>Status</u>:  This matter has been adjourned to April 25, 2013 at 10:00 a.m.

23.     Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

<u>Response Deadline</u>:     October 17, 2011 at 4:00 p.m.

<u>Adjourned Response</u>:

      A.     Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

<u>Related Documents</u>:  None.

9

Status:  The hearing on the objection to the claim identified above has been adjourned to February 28, 2013 at 10:00 a.m.

24.   Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Amount of Proof of Claim Number 30598 Filed by US Airways, Inc. for Purposes of Establishing Reserves **[ECF No. 33922]**

Response Deadline:    January 23, 2013 at 4:00 p.m.

Responses Received:  None.

Status:  This matter has been adjourned to February 28, 2013 at 10:00 a.m.

## IV.   WITHDRAWN MATTERS:

25.   Lehman Brothers Holdings Inc.'s Motion Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate the Amount of Proof of Claim Number 30596 Filed by Essex Equity Holdings USA, LLC for Purposes of Establishing Reserves **[ECF No. 33907]**

Response Deadline:    January 23, 2013 at 4:00 p.m.

Responses Received:  None.

Related Document:

A.    Notice of Withdrawal of Motion Without Prejudice **[ECF No. 34166]**

Status:  This matter has been withdrawn without prejudice.

Dated:  January 29, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

10

US_ACTIVE:\44183577\3\58399.0011