**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
*Attorneys for Boilermakers-Blacksmith National Pension Trust Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered |
| **Debtors.** | Re: Doc. No. 34274 |

**CERTIFICATION OF SERVICE**

I, Ira M. Levee, certify that on January 28, 2013, I caused to be served via electronic mail a copy of the Boilermakers-Blacksmith National Pension Trust Fund's letter, dated January 28, 2013, addressed to the Honorable James M. Peck, U.S.B.J., filed at Doc No. 34274, on the following:

Jonathan S. Henes (jonathan.henes@kirkland.com)
Joseph Serino, Jr. (joseph.serino@kirkland.com)
Chad J. Husnick (chad.husnick@kirkland.com)
Christopher T. Greco (christopher.greco@kirkland.com)
Robert Lemons (robert.lemons@weil.com)
Mark Bernstein (mark.bernstein@weil.com)
Dennis Dunne (ddunne@milbank.com)
Dennis O'Donnell (dodonnell@milbank.com)
Evan R. Fleck (efleck@milbank.com)
Andrea B. Schwartz (Andrea b.schwartz@usdoj.gov)

Dated: January 29, 2013    */s/ Ira M. Levee*
                              Ira M. Levee

26060/2
01/29/2013 23219860.1