WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
::
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
---------------------------------------------------------------x

**NOTICE OF HEARING ON THE EIGHTY-FOURTH OMNIBUS OBJECTION
TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO THE CLAIMS OF
SPCP GROUP L.L.C.  TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK**

**PLEASE TAKE NOTICE** that a hearing to consider the Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) *solely* as to claim numbers 12573 and 12576 of SPCP Group L.L.C.  Transferor: Inter-American Development Bank will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **January 30, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  January 29, 2013
New York, New York

<u>/s/ Robert J. Lemons</u>
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates