B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nomura Corporate Funding Americas, LLC
Name of Transferee

Groupama Asset Management on behalf of Groupama Gan Vie (f/k/a Gan Assurances Vie Compagnie Française d'Assurances Vie Mixte)
Name of Transferor

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
2 World Financial Center
Building B
New York, NY 10281-1198
Attn: Edward C. Yu

Court Claim # (if known): 17266
Amount of Claim Transferred: $5,099,947.22
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____
      Name of Transferee/Transferee's Agent

Acknowledged and Agreed:

By: _____          Date: 1/10/13
      Name of Transferor/Transferor's Agent

Francis AILHAUD

Chief Executive Officer of Groupama Asset Management on behalf of Groupama Gan Vie (f/k/a Gan Assurances Vie Compagnie Française d'Assurances Vie Mixte)

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 1/18/13
    Name of Transferee/Transferee's Agent
    SANDOR HAU

Acknowledged and Agreed:

By: _____    Date: _____
    Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

TO: Clerk, United States Bankruptcy Court, Southern District of New York
AND TO: LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555

GROUPAMA ASSET MANAGEMENT, acting as management company on behalf of GROUPAMA GAN VIE (f/k/a Gan Assurances Vie Compagnie Française d'Assurances Vie Mixte) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to NOMURA CORPORATE FUNDING AMERICAS, LLC and its successors ("**Buyer**"), all of Seller's right, title and interest in and to Proof of Claim No. 17266 against LEHMAN BROTHERS HOLDINGS INC. (the "**Claim**") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives, to the fullest extent permitted by law, any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives this 18 day of January, 2013.

**SELLER:**

GROUPAMA ASSET MANAGEMENT on behalf of GROUPAMA GAN VIE

By: _____

Name: Francis AILHAUD

Title: Chief Executive Officer

**BUYER:**

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____

Name: _____

Title: _____

TO: Clerk, United States Bankruptcy Court, Southern District of New York
AND TO: LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555

GROUPAMA ASSET MANAGEMENT, acting as management company on behalf of GROUPAMA GAN VIE (f/k/a Gan Assurances Vie Compagnie Française d'Assurances Vie Mixte) ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to NOMURA CORPORATE FUNDING AMERICAS, LLC and its successors and assigns ("**Buyer**"), all of Seller's right, title and interest in and to Proof of Claim No. 17266 against LEHMAN BROTHERS HOLDINGS INC. (the "**Claim**") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 6th day of January, 2013.

**SELLER:**

GROUPAMA ASSET MANAGEMENT on behalf of GROUPAMA GAN VIE

By: _____

Name: _____

Title: _____

**BUYER:**

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____

Name: SANDOR HAU

Title: MANAGING DIRECTOR