UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                   :

In re                               :    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                             :    (Jointly Administered)

            Debtors.        :
                             :
-------------------------------------------------------------------------x  Ref. Docket No. 32981-32983,
                                     33327, 33337, 33352, 33388, 33401,
                                     33414, 33447, 33448, 33751, 33753,
                                     33789

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 24, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Lauren Rodriguez*
                                    Lauren Rodriguez

Sworn to before me this
29th day of January, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To: CVF LUX FINCO, LLC
            TRANSFEROR: CVF LUX MASTER SARL
            C/O CAR VAL INVESTORS, LLC
            ATTN: TERI SALBERG
            9320 EXCELSIOR BLVD.
            HOPKINS MN 55343

Please note that your claim # 28165 in the above referenced case and in the amount of
        $1,910,539.92  allowed at $855,827.53      has been transferred **(unless previously expunged by court order)**

CVI LUX SECURITIES TRADING S.A.R.L.                    CVI LUX SECURITIES TRADING S.A.R.L.
TRANSFEROR: CVF LUX FINCO, LLC                         CREDIT SUISSE
C/O CARVAL INVESTORS LLC                               ATTN: WILLIAM DOYLE
ATTN: TERI SALBERG                                     11 MADISON AVENUE
9320 EXCELSIOR BOULEVARD                               NEW YORK NY 10010
HOPKINS MN 55343

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33751      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/24/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 24, 2013.

EXHIBIT B

TIME: 15:13:27
DATE: 01/24/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
| --- | --- |
| BANCA DI BOLOGNA | SEDE LEGALE E DIREZIONE GENERALE PIAZZA GALVANI, N. 4 BOLOGNA  40124 ITALY |
| BANCA FIDEURAM S.P.A | TRANSFEROR: CREDITO VALTELLINESE S.C. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P. LE. G DOUHET 31 ROMA  00143 ITALY |
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: MELIORBANCA SPA GUILLEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SW1X 7JEE UNITED KINGDOM |
| CINCOTTI, DARIO | C/O D'ALESSANDRO & PARTNERS - SGE VIA ANFITEATRO LATERIZIO NO 290 NOLA, NAPLES  80035 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA PIAZZA QUADRIVIO, 8 SONDRIO  23100 ITALY |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| CVI LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010 |
| CVI LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERRI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVI LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DELBANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: VR-LIW GMBH ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ: 31 WEST 52ND STREET NEW YORK NY 10019 |
| FIR TREE VALUE MASTER FUND, L.P. | C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | CLIFFORD CHANCE US LLP ATTN: JENNIFER B. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO | C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017 |
| GONZALEZ, RAFAEL RUBIO | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| ICCREA BANCA S.P.A. | C/ CAMINO SUR 53 LA MORALEJA-ALCOBENDAS (MADRID)  28109 SPAIN |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ILLIQUIDX LLP | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA DI BOLOGNA ATTN: CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: CINCOTTI, DARIO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GONZALEZ, RAFAEL RUBIO ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MELIORBANCA SPA | TRANSFEROR: W. VAN WOERDEN MANAGEMENT BV ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| VR-LIW GMBH | ATTN: WOLMER IANNONE (COMPLIANCE OFFICER) VIA G.NEGRI, 10 MILANO  20123 ITALY |
| VRE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437 |
| W. VAN WOERDEN MANAGEMENT BV | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM  59069 GERMANY |
| | LUDWIGSTRAAT 1 ROOSENDAAL  4701 ND NETHERLANDS |

Total Number of Records Printed    33

EPIQ BANKRUPTCY SOLUTIONS, LLC