**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)
*Bankruptcy Counsel to Claimants Listed in Exhibit A*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No.  08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

The claimants listed in **Exhibit A** hereto (collectively, the "**Claimants**"), lead plaintiffs and named plaintiffs in the consolidated securities class action filed in the United States District Court for the Southern District of New York (the "**District Court**") entitled *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 08-05523 (LAK) (the "**Securities Litigation**"),[1] by and through their undersigned counsel, hereby withdraw the proofs of claim listed in **Exhibit A** hereto. On or about April 25, 2012, approval of a settlement was granted in

---

[1] By order of the Judicial Panel on Multidistrict Litigation, the Securities Litigation has been consolidated with a number of other federal actions against Lehman Brothers Holdings Inc. and other defendants under the caption *In re Lehman Brothers Securities and ERISA Litigation*, Master Case No. 09-MD-2017 (LAK).

22215/2
01/29/2013 23184468.1

-2-

the Securities Litigation (such approval became final on or about January 19, 2013), which in part, released Claimants' claims against the Debtors.

This Notice is effective only as to the claims listed in **Exhibit A** hereto, and shall not operate as a withdrawal or otherwise be effective with respect to any other claims asserted by the Claimants.

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

By: */s/ S. Jason Teele*

*Bankruptcy Counsel Claimants Listed in Exhibit A*

Dated: January 29, 2013
       New York, New York

## **Exhibit A**

| Claim Number | Claimant |
| --- | --- |
| 27759 | Alameda County Employees' Retirement Association, et al |
| 27761 | Kosseff, Marsha |
| 27762 | Alameda County Employees' Retirement Association |
| 27763 | American European Insurance Company |
| 27764 | Belmont Holdings Corp |
| 27765 | Police And Fire Retirement System Of The City Of Detroit |
| 27766 | Perez, Francisco |
| 27767 | Operating Engineers Local 3 Trust Fund |
| 27768 | Northern Ireland Local Government Officers' Superannuation Committee |
| 27769 | Lee, Ann |
| 27770 | Zahniser Trust |
| 27771 | Wang, Grace |
| 27772 | Telling, Fred |
| 27773 | Teamsters Allied Benefit Funds |
| 27774 | Shea-Edwards Limited Partnership |
| 27775 | Profili, Ronald |
| 27776 | Brockton Contributory Retirement System |
| 27777 | City Of Edinburgh Council As Administering Authority Of The Lothian Pension Fund |
| 27778 | Fleischman, Rick |
| 28048 | Gott, Stephen |
| 28049 | Government of Guam Retirement Fund |
| 28050 | Inter-Local Pension Fund Graphic Communications Conference Of The International Brotherhood Of Teamsters |
| 28051 | Island Medical Group |
| 28052 | Kano, Karim |
| 28053 | Karfunkel, Michael |