UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 30413, 33403,
                                                                    33405-33407, 33459, 33575, 33590,
                                                                    33592, 33754, 33755, 33757-33759,
                                                                    33761, 33765-33767, 33769, 33770,
                                                                    33773, 33776, 33967, 33979

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          /s/ *Lauren Rodriguez*
Sworn to before me this                                   Lauren Rodriguez
29th day of January, 2013

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 30413, 33403, 33405...33776, 33967, 33979_AFF_1-25-13.doc

EXHIBIT A

08-13555-mg    Doc 34328    Filed 01/29/13    Entered 01/29/13 15:47:07    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BNP PARIBAS
      ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER
      787 SEVENTH AVENUE
      NEW YORK NY 10019-6018
```

Please note that your claim # 67138-03 in the above referenced case and in the amount of $25,000,000.00  allowed at $25,265,148.36    has been transferred **(unless previously expunged by court order)**

```
      BNP PARIBAS SECURITIES CORP
      TRANSFEROR: BNP PARIBAS
      ATTN: EVAN GIANOUKAKIS
      787 7TH AVENUE
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33979    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/25/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2013.

# EXHIBIT B

```
TIME: 11:58:39                                              LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 01/25/13                                                    CREDITOR LISTING

Name                                                        Address
BANK JULIUS BAER & CO. LTD.                                 TRANSFEROR: CREDIT SUISSE AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BARCLAYS BANK PLC                                           ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                           TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS WEALTH MANAGERS FRANCE SA                          CLEARY, GOTTLIEB, STEEN, & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS WEALTH MANAGERS FRANCE SA                          ATTN: M. ALIAN ZEITOUNI, MME ANA ALIX 183, AVENUR DAUMESNIL PARIS 75012 FRANCE
BNP PARIBAS                                                 ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS SECURITIES CORP                                 TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CREDIT SUISSE AG                                            CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                            STEPHANIE TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                            RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                            PARADEPLATZ 8 ZURICH CH-8001 SWITZERLAND
CREDIT SUISSE AG                                            TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO
                                                            825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                            TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDITO PRIVATO COMMERCIALE SA                              VIA ZURIGO 46 LUGANO 6901 SWITZERLAND
CVF LUX FINCO, LLC                                          TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVF LUX FINCO, LLC                                          TRANSFEROR: CVF LUX MASTER S.A.R.L. C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343
CVF LUX FINCO, LLC                                          TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVI LUX SECURITIES TRADING S.A.R.L.                         CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
CVI LUX SECURITIES TRADING S.A.R.L.                         TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: ALSTON INVESTMENTS LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                            NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                                    TRANSFEROR: BARCLAYS WEALTH MANAGERS FRANCE SA C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS LENDING PARTNERS LLC                          TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                            JERSEY CITY NJ 07302
ICCREA BANCA S.P.A.                                         ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                                         ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                               TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, N.A.                                   TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                            NEW YORK NY 10179
LIECHTENSTEINISCHE LANDESBANK                               C/O DRRT ATTN: ALEXANDER REUS, P.A. 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131
  AKTIENGESELLSCHAFT
LING RICHARD PING NGOK                                      FLAT B 11/F, 26 BROADWAY MEI FOO SUN CHUEN, KOWLOON  HONG KONG
MORGAN CAPITAL ADVISORS LLP                                 TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA 12 HENRIETTA STREET LONDON WC2E 8LH UNITED KINGDOM
OZ SPECIAL MASTER FUND, LTD.                                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                                            NEW YORK NY 10019
ROYAL BANK OF SCOTLAND NV, THE                              TRANSFEROR: LING RICHARD PING NGOK 38/F, CHEUNG KONG CENTER ATTN: CLEINT ENGAGEMENT TEAM 2 QUEENS ROAD, CENTRAL HONG KONG  HONG KONG
ROYAL BANK OF SCOTLAND NV, THE                              TRANSFEROR: LING RICHARD PING NGOK 38/F, CHEUNG KONG CENTER ATTN: CLIENT ENGAGEMENT TEAM 2 QUEENS ROAD, CENTRAL HONG KONG  HONG KONG
UBS AG                                                      TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                               TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                               TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed                       38                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```