## EVIDENCE OF TRANSFER OF CLAIM

TO:           United States Bankruptcy Court –Southern District of New York District
              Attn:   Clerk

AND TO:       **LEHMAN BROTHERS COMMODITY SERVICES INC.** ("Debtor")
              Case No. 08-13885

<u>Claim # 25804</u>

**THE ROYAL BANK OF SCOTLAND PLC** and its successors and assigns ("Seller"), for good
and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does
hereby unconditionally and irrevocably sell, transfer and assign unto:

      Solus Recovery Fund Offshore Master LP
      c/o Solus Alternative Asset Management LP
      410 Park Avenue, 11th Floor
      New York, NY  10022

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller,
including all rights of stoppage in transit, replevin and reclamation in the amount of $427,106.40
("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the
bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records
of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law
any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of
Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.
Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy
Court may be entered without further notice to Seller transferring to Buyer the Claim and
recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and
other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim
by its duly authorized representative dated January 29, 2013.

THE ROYAL BANK OF SCOTLAND PLC        SOLUS RECOVERY FUND OFFSHORE
                                      MASTER LP

By: RBS Securities Inc., its agent    By:  Solus Alternative Asset Management LP
                                      Its Investment Advisor

By: _~Suzanne Glossell~_____    By: _____
Name:                                 Name:
Title: **Authorized Signatory**           Title:       **Nicholas Signorile**
                                                   **Chief Financial Officer**

- 10 -