SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Seth M. Schwartz
Max S. Polonsky
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for BlackRock Advisors, LLC,*
*BlackRock Financial Management, Inc. and*
*BlackRock Investment Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
|  | : | |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, | : | Case No. 08-13555 (JMP) |
|  | : | |
|  | : | (Jointly Administered) |
| Debtors. | : | |
|  | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

## CERTIFICATE OF SERVICE

I, Max S. Polonsky, an attorney, certify that on January 24, 2013, I caused the following document to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Withdrawal Of Proofs Of Claim **(Docket No. 34189)**

I further certify that on January 24, 2013, I caused the document listed above to be served by regular mail on the parties identified on the attached Exhibit A.

Dated: New York, New York
January 29, 2013

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: */s/ Max S. Polonsky*

Seth M. Schwartz
Max S. Polonsky
Four Times Square
New York, New York 10036
(212) 735-3000

## EXHIBIT A

Chambers of the Hon. James M. Peck
U.S. Bankruptcy Court,
  Southern District of New York
One Bowling Green
New York, NY 10004-1408

Lehman Brothers Holdings
  Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Office of the United States Trustee
Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Garrett A. Fail, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

863866.01-NYCSR06A - MSW