Madlyn Gleich Primoff, Esq.
Joseph Otchin, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000
mprimoff@kayescholer.com
jotchin@kayescholer.com

*Attorneys for Spanish Broadcasting System, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

-----------------------------------------------------------------------x

**DECLARATION OF JOSEPH OTCHIN**

| | |
|---|---|
| STATE OF NEW YORK | ) |
|  | ) ss: |
| COUNTY OF NEW YORK | ) |

JOSEPH OTCHIN, being duly sworn, deposes and says:

1. I am an associate at Kaye Scholer LLP, counsel for Spanish Broadcasting System, Inc.

2. Attached as **Exhibit A** is a true and correct copy of a Form 8-K, filed with the United States Securities and Exchange Commission on October 10, 2008.

3. Attached as **Exhibit B** is a true and correct copy of an executed Payoff Letter, dated as of February 7, 2012.

61110340_1.DOCX

4. Attached as **Exhibit C** is a true and correct copy of a credit opinion issued by Moody's Investor Service, dated as of October 15, 2008.

5. Attached as **Exhibit D** is a true and correct copy of a report issued by Standard & Poor's, dated as of October 16, 2008.

Dated: New York, New York
January 29, 2013

/s/ *Joseph Otchin*
Joseph Otchin