UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :

In re                                        :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         08-13555 (JMP)

                    Debtors.               :         (Jointly Administered)

-------------------------------------------------------------------x

## ORDER IN AID OF EXECUTION OF
## THE MODIFIED THIRD AMENDED CHAPTER 11 PLAN OF
## LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

       WHEREAS by order, dated March 6, 2012 (ECF No. 23023) (the "Confirmation Order"), this Court approved and confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan")[2] for the entities in the above referenced chapter 11 cases (the "Debtors"); and

       WHEREAS on March 6, 2012, the Debtors filed a notice of the occurrence of the Effective Date of the Plan (ECF No.26039) with the Court; and

       WHEREAS, pursuant to the Confirmation Order, the Court retained exclusive jurisdiction over all matters arising under or related to the Chapter 11 Cases, including, without limitation, to "enter and implement other orders, and take such other actions as may be necessary or appropriate to enforce … the Plan, the Confirmation Order or any other order of the Bankruptcy Court"; and

---

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

WHEREAS, on January 7, 2013, the Plan Administrator filed a motion for an order in aid of execution of the Plan (ECF No. 33676) (the "Motion"), and provided due and proper notice thereof; and

WHEREAS the Court has found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

AFTER DUE DELIBERATION AND SUFFICIENT CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Notwithstanding anything contained in Section 1.48 of the Plan, the Plan Administrator shall file on the docket of the Chapter 11 Cases a written notice of Distribution Date at least forty-seven (47) calendar days prior to such Distribution Date.

3. Notwithstanding anything contained in Section 8.3 of the Plan, (A) the Plan Administrator shall schedule the third Distribution Date on a Business Day that falls between March 25, 2013 and April 30, 2013 and provide holders of Allowed Claims with notice of same as provided for in paragraph 2 herein; provided, however, that the Plan Administrator may adjourn the third Distribution without changing the related Record Date by filing a notice on the docket of the Chapter 11 Cases so long as the adjourned date is on or before April 30, 2013; and (B) following the third Distribution, the Plan Administrator shall schedule Distribution Dates semi-annually within five (5) Business Days of March 30 and within five (5) Business Days of September 30 of each year and provide holders of Allowed Claims with notice of same as provided for in paragraph 2 herein.

4. Notwithstanding anything contained in Section 8.11 of the Plan, the Plan Administrator shall not be required to recognize any Claim transfer occurring during the period commencing forty (40) calendar days prior to a Distribution Date and any such Claim transfers shall, for Distribution purposes only, be deemed to have occurred immediately after such Distribution Date.

     5.     The Plan Administrator shall be authorized to make Distributions on account of Affiliate Claims in advance of a Distribution Date to facilitate Distributions in accordance with the Plan.

     6.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       January 31, 2013

       *s/ James M. Peck*
       HONORABLE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE