ANDREWS KURTH LLP
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

ANDREWS KURTH LLP
Robin Russell (admitted *pro hac vice*)
Joseph P. Rovira (24066008 (TX))
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

*Counsel to CCP Credit Acquisition Holdings Luxco, Sarl,*
*CCP Credit Acquisition Holdings, LLC,*
*Centerbridge Special Credit Partners, LP, and*
*CSCP Credit Acquisition Holdings Luxco, Sarl*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CLAIMS**

PLEASE TAKE NOTICE that, through its undersigned counsel, each of (i) CCP Credit Acquisition Holdings Luxco, Sarl, (ii) CCP Credit Acquisition Holdings, LLC, (iii) Centerbridge Special Credit Partners, LP, and (iv) CSCP Credit Acquisition Holdings Luxco, Sarl, (collectively, "Centerbridge") hereby withdraws with prejudice all of its respectively-held portions of the claims represented by proofs of claim number 8836 and 26117, as reflected in the chart below (the "Claims"), and directs Epiq Bankruptcy Solutions LLC, the court-approved

NYC:245949.2

claims agent, to expunge the Claims from the claims register. Withdrawal of the Claims by Centerbridge is without prejudice to any other claims of Centerbridge.

| Proof of Claim Number | Claimant Name | Amount Reflected on Claims Register |
|---|---|---|
| 8836 | CCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | $594,452.51 |
| 8836 | CSCP CREDIT ACQUISITION HOLDINGS LUXCO, SARL | $349,351.66 |
| 26117 | CCP CREDIT ACQUISITION HOLDINGS, LLC | $174,154.50 |
| 26117 | CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | $406,360.50 |

Dated: January 30, 2013
New York, New York

ANDREWS KURTH LLP

By: /s/ Jeremy B. Reckmeyer
Jeremy B. Reckmeyer (JR 7536)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

-and-

Robin Russell (admitted *pro hac vice*)
Joseph P. Rovira ((24066008 (TX))
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285

*Counsel to CCP Credit Acquisition Holdings Luxco, Sarl, CCP Credit Acquisition Holdings, LLC, Centerbridge Special Credit Partners, LP, and CSCP Credit Acquisition Holdings Luxco, Sarl*

NYC:245949.2