UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE BY REGULAR MAIL

      I, Timothy S. Langsdorf, hereby certify that on January 30, 2013, I caused to be served a true copy of the **DECLARATION OF JOSEPH OTCHIN [D.I. 34339]** and **DECLARATION OF JOSEPH A. GARCIA IN SUPPORT OF AMENDED PROOF OF CLAIM OF SPANISH BROADCASTING SYSTEM, INC. AND IN RESPONSE TO LEHMAN'S REPLY [D.I. 34344]**, upon each of the parties on the annexed service list by regular mail.

                                                      */s/ Timothy S. Langsdorf*
                                                      Timothy S. Langsdorf

Sworn to before me this
30th day of January 2013.

*/s/ Paul J. Somelofske*
Notary Public, State of New York
No. 02SO6136677
Qualified in New York County
Commission Expires Nov. 14, 2013

SERVICE LIST

Tracy Hope Davis, Esq.
U.S. Trustee's Office
33 Whitehall Street
21st Floor
New York, NY 10004

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153