WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON JANUARY 30, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for January 30, 2013 at 10:00 a.m. (Prevailing Eastern Time) for the matters set forth on Exhibit A attached hereto (the "Hearing") **has been adjourned to February 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further

US_ACTIVE:\44188249\4\58399.0011

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  January 31, 2013
      New York, New York

/s/ Robert J. Lemons
Jacqueline Marcus
Robert J. Lemons
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

Exhibit A

**I.   UNCONTESTED MATTERS:**

1. Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]** solely with respect to the claims of SPCP Group L.L.C. (Claim Nos. 1299 and 1300)

2. Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]** solely with respect to the claims of SPCP Group L.L.C. (Claim Nos. 12573 and 12576)

3. Two Hundred Eighty-Second Omnibus Objection to Claims (Late Filed Claims) **[ECF No. 27374]** solely with respect to the claims of Piguet Galland & Cie, S.A. (Claim Nos. 68053 and 68054)

**II.   CONTESTED MATTERS:**

4. One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 19407]** solely with respect to the claims identified in the response filed by the Boilermakers-Blacksmith National Pension Trust Fund [Docket No. 20842]

5. One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]** solely with respect to the claim of CF Midas Balanced Growth Fund (Claim No. 67193)

6. Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29323]** solely with respect to the claim of Spanish Broadcasting System, Inc. (Claim No. 67707)

7. Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No. 32163]**

8. Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 33322]**

US_ACTIVE:\44188249\4\58399.0011