KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
(914) 934-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (JMP)
                                                     :
                              Debtors.               : (Jointly Administered)
--------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to the proofs of claim listed on <u>Exhibit A</u> attached hereto (each a "<u>Claim</u>"), which were filed against Lehman Brothers Holdings Inc. by (i) Joan Bagley, Trustee for the Milton Bagley 2004 Trust, dated 12/14/2004, (ii) Milton Bagley, Trustee for the Joan Bagley 2004 Trust, dated 12/14/2004, and (iii) Milton F. Bagley Rollover IRA (each a "<u>Claimant</u>" and together, the "<u>Claimants</u>").

PLEASE TAKE NOTICE that, through the undersigned counsel, each Claimant hereby withdraws its Claim with prejudice and directs Epiq Bankruptcy Solutions LLC to reflect this withdrawal on the official claims register for the above referenced chapter 11 cases. Each Claimant represents and warrants that the withdrawal of its Claim has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that this withdrawal has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object

and defend on any basis are expressly reserved with respect to any claim filed by or on behalf of Claimants that does not appear on Exhibit A.

Dated: January 30, 2013
New York, New York

_____
Jeffrey Klafter
KLAFTER OLSEN & LESSER LLP
2 International Drive, Suite 350
Rye Brook, NY 10573
Telephone: (914) 934-9200

*Attorneys for Joan Bagley Trustee for the Milton Bagley 2004 Trust, dated 12/14/2004, Milton Bagley Trustee for the Joan Bagley 2004 Trust, dated 12/14/2004, and Milton F. Bagley Rollover IRA*

## Exhibit A

## Claims Withdrawn With Prejudice:

| Name | Debtor Name | Case Number | Claim Number | Date Filed | Amount |
|---|---|---|---|---|---|
| Joan Bagley Trustee for the Milton Bagley 2004 Trust, dated 12/14/2004 | Lehman Brothers Holdings Inc. | 08-13555 (JMP) | 32782 | 09/22/2009 | $690,760.00 |
| Milton Bagley Trustee for the Joan Bagley 2004 Trust, dated 12/14/2004 | Lehman Brothers Holdings Inc. | 08-13555 (JMP) | 32783 | 09/22/2009 | $1,126,450.00 |
| Milton F. Bagley Rollover IRA | Lehman Brothers Holdings Inc. | 08-13555 (JMP) | 32784 | 09/22/2009 | $625,000.00 |

US_ACTIVE:\44183312\1\58399.0011