# EXHIBIT 1



**ALVAREZ & MARSAL**

55 West Monroe Street, Suite 4000, Chicago, IL 60603
Phone: 312.601.4220  Fax: 312.332.4599
www.alvarezandmarsal.com

August 30, 2011

LBH CUS NTC 08-30-2011 (ADDRESS2, ADRKEYID3) 9943
1199 SEIU GREATER NEW YORK BENEFIT FUND
HANAN B. KOLKO, ESQ.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 BROADWAY, SUITE 501
NEW YORK, NY 10018

Re:  *In re Lehman Brothers Holdings, Inc., et al., Case No. 08-13555 (JMP)*

Dear Claimant/Claimant Authorized Representative:

We are advisors to Lehman Brothers Holdings, Inc. and its affiliated debtors (collectively, the "Debtors") in the above-referenced chapter 11 cases. We write in regard to claim no. 30600 that you have filed in these cases (the "Claim").

The Debtors, with the assistance of their advisors, have reviewed the Claim and determined that it does not contain sufficient information and/or documentation ("Support") to assess and/or establish its validity. Accordingly, the Debtors hereby request that you provide additional Support regarding the Claim. Support provided in response to this letter should be sent to:

>Jamie Strohl
>Alvarez & Marsal
>55 West Monroe, Suite 4000
>Chicago, Illinois 60603

If we do not receive any additional Support from you by Monday September 12, 2011, then the Debtors will likely be forced to object to the Claim on the basis that it was filed with insufficient supporting documentation.

If you provide additional Support for the Claim, then the Debtors will consider it in future review of the Claim. Notwithstanding this correspondence, the Debtors reserve their right to object to the Claim on any and all bases in the future.

If you have any questions regarding the foregoing, you may contact Jamie Strohl at 312-601-9047 or via email at jstrohl@alvarezandmarsal.com. If you choose to communicate via email, you must use the subject line of "Response to Insufficient Documentation Inquiry."

Sincerely,

/s/ Steven R. Kotarba

Steven R. Kotarba
Managing Director
ALVAREZ & MARSAL CLAIMS MANAGEMENT SERVICES, LLC

US_ACTIVE:\43776570\02\43776570_2.DOC\58399.0008