**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIMS**

PLEASE TAKE NOTICE that Solus Recovery Fund Offshore Master LP hereby withdraws its Evidence of Transfer of Claim (Claim # 25615) filed on January 29, 2013 (ECF Docket No. 34333) from the Royal Bank of Scotland PLC, to Solus Recovery Fund Offshore Master LP in the amount of USD 3,663,900.00.

PLEASE ALSO TAKE NOTICE that Solus Recovery Fund Offshore Master LP hereby withdraws its Evidence of Transfer of Claim (Claim # 25804) filed on January 29, 2013 (ECF Docket No. 34336) from the Royal Bank of Scotland PLC, to Solus Recovery Fund Offshore Master LP in the amount of USD 3,663,900.00.

Respectfully submitted this 31st day of January, 2013

**WILLKIE FARR & GALLAGHER LLP**

/s/ Joseph G. Minias
Joseph G. Minias
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel to Solus Recovery Fund Offshore Master LP*