**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon AIG International Inc. on January 24, 2013, the issuance of which was noticed in a filing with the Court on January 29, 2013 [ECF No. 34307].

Dated:  January 31, 2013
         New York, New York

                                         **CURTIS, MALLET-PREVOST,**
                                           **COLT & MOSLE LLP**

                                         By:  */s/ L. P. Harrison 3rd*
                                                 L. P. Harrison 3rd
                                                 Cindi Eilbott Giglio
                                         101 Park Avenue
                                         New York, New York 10178-0061
                                         (212) 696-6000

                                         *Counsel for Lehman Brothers Holdings Inc.*
                                         *and Certain of Its Affiliates*

13107146