WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                    :   **Chapter 11 Case No.**
                                             :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :   **08-13555 (JMP)**
                                             :
          Debtors.                           :   **(Jointly Administered)**
                                             :
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THREE HUNDRED FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Forty-Sixth Omnibus Objection to Claims (Securities Claims) [ECF No. 30062] *solely* with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: January 31, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44187280\1\58399.0011

# Exhibit A

## Claims For Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| Alameda County Employees' Retirement Association | 27762 |
| American European Insurance Company | 27763 |
| Belmont Holdings Corp | 27764 |
| Brockton Contributory Retirement System | 27776 |
| City of Edinburgh Council as Administering Authority of the Lothian Pension Fund | 27777 |
| Fleischman, Rick | 27778 |
| Gott, Stephen | 28048 |
| Kano, Karim | 28052 |
| Kosseff, Marsha | 27761 |
| Lee, Ann | 27769 |
| Northern Ireland Local Government Officers' Superannuation Committee | 27768 |
| Operating Engineers Local 3 Trust Fund | 27767 |
| Perez, Francisco | 27766 |
| Police and Fire Retirement System of the City of Detroit | 27765 |
| Profili, Ronald | 27775 |
| Shea-Edwards Limited Partnership | 27774 |
| Teamsters Allied Benefit Funds | 27773 |
| Telling, Fred | 27772 |
| Wang, Grace | 27771 |
| Zahniser Trust | 27770 |