GARFIELD COUNTY ATTORNEY
108 8th Street, Suite 219
Glenwood Springs, CO  81601
Telephone:  (970) 945-9150
Facsimile:  (970) 384-5005

Cassie L. Coleman, #37370
Attorneys Garfield County Treasurer and
Board of County Commissioners of
Garfield County, Colorado

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC.,) | Chapter 11 |
| et al. ) | Jointly Administered |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the Cassie L. Coleman, Assistant Garfield County Attorney, has withdrawn as counsel for the Board of County Commissioners of Garfield County, Colorado.  The Proofs of Claim filed on behalf of the Garfield County Treasurer were withdrawn on May 24, 2010 and June 22, 2012, and no issues remain regarding Garfield County.  The undersigned requests that all email notifications cease.

Dated this 1st day of February, 2013.

OFFICE OF THE COUNTY ATTORNEY
OF GARFIELD COUNTY, COLORADO

*/s/ Cassie L. Coleman*
Cassie L. Coleman, #37370
Assistant Garfield County Attorney
108 8th Street, Suite 219
Glenwood Springs, CO  81601
(970) 945-9150
ccoleman@garfield-county.com