WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   08-13555 (JMP)
                                                :
           Debtors.                             :   (Jointly Administered)
                                                :
                                                :
------------------------------------------------------------------x

**NOTICE OF HEARING ON ONE HUNDRED**
**NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

   **PLEASE TAKE NOTICE** that a hearing to consider the One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902] as to the claim listed on the annexed **Exhibit A** will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **February 28, 2013 at 10:00 a.m. (Eastern Time)**.

Dated:  February 1, 2013
   New York, New York

              /s/ Robert J. Lemons
              Robert J. Lemons

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc. and
              certain of its affiliates

US_ACTIVE:\44185632\1\58399.0011

## Exhibit A

| Claimant Name | Claim Number |
|---|---|
| BUNEVICH, CAROL | 67591 |

US_ACTIVE:\44185632\1\58399.0011