UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (JMP)
                                                   :
                    Debtors.                       : (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Mr. George Barakat-Mansour Daniel Building Street No 10, Green Zone Adma, Keserwan, Lebanon |
| Claim Number (if known): | 13686 |
| Date Claim Filed: | October 8, 2009 |
| Total Amount of Claim Filed: | $4,809 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: |
|---|---|
| Printed Name: GEORGE BARAKAT | Dated: 01.14.2013 |

US_ACTIVE:\44096563\1\58399.0011