Form 210A (10/06)

**United States Bankruptcy Court**
**Southern District Of New York**

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Banque de Luxembourg S.A. |

| Name and Address where notices to transferee should be sent: | |
|---|---|
| Deutsche Bank AG, London Branch<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB<br>Tel: +44 20 7547 2400<br>Fax: +44 113 336 2010<br>Attention: Michael Sutton / Philipp Roever<br>E-mail: michael.sutton@db.com<br>philipp.roever@db.com | Court Claim # (if known): 21865<br>Amount of Claim: $14,279,625.00<br>Date Claim Filed: 21 September 2009<br><br>Tel: N/A |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | |
| Tel: +44 20 7547 2400<br>Last Four Digits of Acct #: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                        _____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF GUARANTOR CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**BANQUE DE LUXEMBOURG S.A.**, a public limited liability company ("*société anonyme*"), located at 14, boulevard Royal, L-2449 Luxembourg ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns, with offices at Winchester House, 1 Great Winchester Street, London EC2N 2DB ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 21865) in the amount of $ 14,279,625.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Guarantor Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 24 day of January, 2013.

SELLER:

BANQUE DE LUXEMBOURG S.A.

By: _____  By: _____
Name: Théo Meder                       Name: Benoît Elvinger
Title: Membre du Comité de Direction Elargi   Title: Secretary of the Board of Directors


BUYER:

DEUTSCHE BANK AG, LONDON

By: _____  By: _____
Name:                                  Name:
Title:                                 Title:
       Michael Sutton                         Jamie Foote
       Managing Director                      Vice President