ALSTON & BIRD LLP

John C. Weitnauer
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re:                                                          : Chapter 11
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.,**                             : Case No. 08-13555 (JMP)
*et al.*                                                        :
                                                                : (Jointly Administered)
    **Debtors.**                              :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that John C. Weitnauer of the law firm of Alston & Bird LLP hereby enter his appearance as counsel to Wilmington Trust Company as trustee for certain residential mortgage-backed securitization trusts, in the above-styled Chapter 11 bankruptcy proceeding, pursuant to Rules 9010(b) and 2002(i) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Pursuant to Rules 1009, 2002, 3013, 3017, 4001, 6004, 9007, 9019, and 9022, and other applicable Bankruptcy Rules, the foregoing party requests that all notices given or required to be given in this case, and all pleadings, papers or other documents filed, served, or required to be served in this case, be given to and served upon the following:

John C. Weitnauer
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
kit.weitnauer@alston.com

In addition thereto, the foregoing party requests that all applications, complaints, demands, motions, petitions, requests, statements, schedules, stipulations, orders, disclosure statements, plans of reorganization, and other pleadings, and any notices, which affect or seek to affect in any way any of the rights or interests of any creditor or parties in interest in this case, including, but not limited to, the foregoing party, with respect to the debtor, any property of the debtor, or of the debtor's estate, be given to and served upon counsel at the address set forth above.

Nothing herein or otherwise, including, but without limitation, any later appearance, pleading, claim, or action, is intended or shall be deemed to be a waiver, release, or modification by the foregoing party of its (a) right to have final orders in non-core matters entered after de novo review by a District Judge; (b) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (c) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, remedies, claims, actions, defenses, setoffs, or recoupments to which the

foregoing party is or may be entitled, all of which are hereby expressly reserved.

Dated this 4th day of February, 2013.

                                 ALSTON & BIRD LLP

                                 /s/ John C. Weitnauer
                                 JOHN C. WEITNAUER*
                                 Georgia Bar No. 746550
                                 One Atlantic Center
                                 1201 West Peachtree Street
                                 Atlanta, Georgia  30309-3424
                                 Telephone: (404) 881-7000
                                 Facsimile: (404) 881-7777
                                 *admitted pro hac vice

                                 *Counsel to Wilmington Trust Company, as Trustee*

ALSTON & BIRD LLP

John C. Weitnauer
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
:
In re:                                                       :  Chapter 11
:
**LEHMAN BROTHERS HOLDINGS, INC.,**                          :  Case No. 08-13555 (JMP)
*et al.*                                                     :
:  (Jointly Administered)
Debtors.                                                     :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA      )
                      )    ss:
COUNTY OF FULTON      )

JOHN C. WEITNAUER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1. I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2. On the 4th day of February, 2013, I caused true and correct copies of the **Notice of Appearance of Counsel and Request for Service of Notices, Pleadings and Other Documents** to be delivered by depositing said copies in the United States Mail,

with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

/s/ John C. Weitnauer
JOHN C. WEITNAUER

Sworn to and subscribed before me
this 4th day of February, 2013.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2016

# EXHIBIT "A"

| | |
|---|---|
| Jayant W. Tambe<br>Benjamin Rosenblum<br>Miriam Reznik<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Jonathan S. Henes<br>Joseph Serino Jr.<br>Chad J. Husnick<br>Christopher T. Greco<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Robert J. Lemons<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | L.P. Harrison III<br>Cindi Eilbott Gigilio<br>Curtis, Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Andrea B. Schwartz<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |