ALSTON & BIRD LLP

John C. Weitnauer
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                                        : Chapter 11
                                                              : 
**LEHMAN BROTHERS HOLDINGS, INC.,**       : Case No. 08-13555 (JMP)
*et al.*                                                    : 
                                                              : (Jointly Administered)
   **Debtors.**                                         : 
---------------------------------------------------------------x

# NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Wilmington Trust Company, as trustee for certain residential mortgage-backed securitization trusts ("WTC"), in the above-styled bankruptcy case, files this Substitution of Counsel. WTC substitutes John C. Weitnauer as counsel of record replacing J. William Boone.

PLEASE TAKE FURTHER NOTICE that John C. Weitnauer of the law firm of Alston & Bird LLP, having entered his appearance pursuant to Rules 9010(b) and 2002(i) of the Federal Rules of Bankruptcy Procedure, will be substituted as new counsel of record on behalf of WTC in connection with this case.

Substitute counsel's address, phone number, and contact information is as follows:

>John C. Weitnauer
>Alston & Bird LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, Georgia  30309-3424
>Phone: 404-881-7000
>Fax: 404-881-7777
>Email:  kit.weitnauer@alston.com

PLEASE TAKE FURTHER NOTICE that the substitution of counsel will result in no delay in this matter.  Mr. Weitnauer requests that a copy of all papers henceforth served in this case be served upon him at the above-referenced address.

This 4th day of February, 2013.

>ALSTON & BIRD LLP
>
>/s/ John C. Weitnauer
>JOHN C. WEITNAUER*
>GA Bar No. 746550
>
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309
>Telephone: (404) 881-7000
>Facsimile: (404) 881-7777
>*admitted pro hac vice
>
>Counsel for Wilmington Trust Company, as Trustee

2

ALSTON & BIRD LLP

John C. Weitnauer
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company, as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
**In re:**                                                 : **Chapter 11**
                                                           :
**LEHMAN BROTHERS HOLDINGS, INC.,**                        : **Case No. 08-13555 (JMP)**
*et al.*                                                   :
                                                           : **(Jointly Administered)**
     **Debtors.**                                          :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                    )    ss:
COUNTY OF FULTON    )

JOHN C. WEITNAUER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.  I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

2.  On the 4th day of February, 2013, I caused true and correct copies of the **Notice of Substitution of Counsel** to be delivered by depositing said copies in the

United States Mail, with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

/s/ John C. Weitnauer
JOHN C. WEITNAUER

Sworn to and subscribed before me
this 4th day of February, 2013.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2016

# EXHIBIT "A"

| | |
|---|---|
| Jayant W. Tambe<br>Benjamin Rosenblum<br>Miriam Reznik<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Jonathan S. Henes<br>Joseph Serino Jr.<br>Chad J. Husnick<br>Christopher T. Greco<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| Robert J. Lemons<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | L.P. Harrison III<br>Cindi Eilbott Gigilio<br>Curtis, Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Andrea B. Schwartz<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | |