### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD.** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), evidenced by proof of claim No. 15808 filed by Seller with the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claims to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of February 2013.

| | |
|---|---|
| **THE ROYAL BANK OF SCOTLAND PLC**<br>By: RBS Securities Inc., its agent<br><br>By: _____<br>Name:<br>Title:   Name: Mason Chau<br>         Title: Vice President | **CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD**<br>By:  Candlewood Investment Group LP as its investment manager<br><br>By: _____<br>Name:<br>Title: |

NYC:245780.1

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **THE ROYAL BANK OF SCOTLAND PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD** ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), evidenced by proof of claim No. 15808 filed by Seller with the Bankruptcy Court.

Seller hereby waives any objection to the transfer of the Claims to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the Claims, and directing that all payments or distributions of money or property in respect of the Claims be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of February 2013.

| THE ROYAL BANK OF SCOTLAND PLC | CANDLEWOOD SPECIAL SITUATIONS MASTER FUND LTD |
|---|---|
| By: RBS Securities Inc., its agent | By: Candlewood Investment Group LP as its investment manager |
| By: _____<br>Name:<br>Title: | By: _____<br>Name: David Koenig<br>Title: Authorized Signatory |

NYC:245780.1