UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
               Debtors.                                        :
                                                               :
--------------------------------------------------------------x    Ref. Docket No. 33363, 33402,
                                                                    33408, 33453, 33459, 33486, 33541,
                                                                    33542, 33544-33546, 33577, 33594,
                                                                    33872-33877, 33984, 33993, 33996,
                                                                    33997

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 28, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of February, 2013

/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 33363, 33402, 33408...33993, 33996, 33997_AFF_1-28-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-90 in the above referenced case and in the amount of $50,000.00   allowed at $50,563.89       has been transferred **(unless previously expunged by court order)**

BANK HAPOALIM (SWITZERLAND) LTD.
TRANSFEROR: BANK HAPOALIM B.M.
STOCKERSTRASSE 33
ZURICH    CH-8027
SWITZERLAND

No action is required it you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33594       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/28/2013                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 28, 2013.

# EXHIBIT B

```
TIME: 17:18:35                            LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 01/28/13                                 CREDITOR LISTING

Name                                          Address
ARRIGHETTI GIUSEPPINA                         TRANSFEROR: CREDITO EMILIANO SPA VIA ROMA, 68 15060 BORGETTO BORBERA ITALY
BANK HAPOALIM (SWITZERLAND) LTD.              TRANSFEROR: BANK HAPOALIM B.M. STOCKERSTRASSE 33 ZURICH CH-8027 SWITZERLAND
BANK HAPOALIM B.M.                            18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                            ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BNP PARIBAS                                   PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BNP PARIBAS                                   ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BNP PARIBAS SECURITIES CORP                   ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018
BYBLOS BANK S.A.L.                            TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019
CARNEGIE INVESTMENT BANK AB (PUBL)            TRANSFEROR: CREDIT SUISSE ELIAS SARKIS AVE. PO BOX 11 - 5605 ACHRAFIEH BEIRUT  LEBANON
CARNEGIE INVESTMENT BANK AB (PUBL)            TRANSFEROR: EFG BANK AB (PUBL) ATTN: KATJA LEVEN S-103 38 STOCKHOLM SWEDEN
CHAUT, MICHAEL                                TRANSFEROR: EFG BANK AB (PUBL) ATTN: KATJA LEVEN & PIA MARIONS S-103 38 STOCKHOLM SWEDEN
                                              TRANSFEROR: BANK HAPOALIM B.M. 70-20 108TH STREET, #2N FOREST HILLS NY 11375
CHENAVARI FINANCIAL ADVISORS LTD              TRANSFEROR: MELIORBANCA SPA GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON  SW1X 7EE UNITED KINGDOM
CLIENTIS SPARCASSA 1816 GENOSSENSCHAFT        TRANSFEROR: CREDIT SUISSE C/O ENTRIS OPERATIONS AG ATTN: MARCO GNAEGI MATTENSTRASSE 8 CH 3073 GUEMLIGEN  SWITZERLAND
CREDIT SUISSE                                 ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                 CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                              RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                          TRANSFEROR: PRIVATBANK IHAG ZURICH AG PARADEPLATZ 8 ZURICH 8001 SWITZERLAND
CREDITO EMILIANO SPA                          ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
EFG BANK AB (PUBL)                            ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
                                              P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
ILLIQUIDX LLP                                 TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
LADD WEINBERG IRA                             TRANSFEROR: BANK HAPOALIM B.M. 64 MAYFAIR LANE GREENWICH CT 06831
LIQUIDATION OPPORTUNITIES MASTER FUND LP      TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MELIORBANCA SPA                               ATTN: WOLMER IANNONE VIA G. NEGRI, 10 MILANO 20123 ITALY
NATHAN, GILBERT AND LAUREN                    TRANSFEROR: BANK HAPOALIM B.M. 15 SANDHOPPER TRL WESTPORT CT 06880
NEWFINANCE ALDEN SPV                          TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
PRIVATBANK IHAG ZURICH AG                     ATTN: JURG RAGAZ BLEICHERWEG 18 ZURICH CH-8022 SWITZERLAND
SMITH, IVONA AND CHARLES                      TRANSFEROR: BANK HAPOALIM B.M. 20 BEECHKNOLL ROAD FOREST HILLS NY 11375
TENNENBAUM, DOLORES                           TRANSFEROR: BANK HAPOALIM B.M. 1850 COUNTRY ROAD #246 FULTON MO 65251
YORVIK CAPITAL LTD                            TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                           TRANSFEROR: YORVIK CAPITAL LTD ATTN: B. RANA 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZFI ENDOWMENT PARTNERS, L.P.                  TRANSFEROR: BANK HAPOALIM B.M. 595 MADISON AVE, FL 33 NEW YORK NY 10022


Total Number of Records Printed        33
                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```