UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: Chapter 11 Case No.
In re :
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x  Ref. Docket No. 30543, 33409,
33461-33464, 33487-33492, 33538,
33540, 33554, 33576, 33578, 33603,
33616, 33689-33691, 33693, 33695,
33730, 33752, 33955

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
4th day of February, 2013
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

T:\Clients\LBH\Affidavits\Transfers\Transfers 30543, 33409, 33461...33730, 33752, 33955_AFF_1-30-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  AUSTARITY GROUP LLC
     TRANSFEROR: BARCLAYS BANK PLC
     C/O RICHARDS KIBBE & ORBE
     ATTN: LARRY HALPERIN
     ONE WORLD FINANCIAL CENTER
     NEW YORK NY 10281
```

Please note that your claim # 67417-03 in the above referenced case and in the amount of $1,262,732.00 allowed at $1,263,004.14    has been transferred **(unless previously expunged by court order)**

```
     BKM HOLDINGS (CAYMAN) LTD.
     TRANSFEROR: AUSTARITY GROUP LLC
     C/O DAVIDSON KEMPNER
     ATTN: JENNIFER DONOVAN
     65 EAST 55TH STREET
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33695    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/30/2013    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 30, 2013.

# EXHIBIT B

```
TIME: 13:07:16                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 01/30/13                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| AUSTARITY GROUP LLC | TRANSFEROR: BARCLAYS BANK PLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA DI LEGNANO S.P.A. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: MARIA TERESA GUERRA LARGO FRANCO TOSI 9 LEGNANO (MILANO) 20025 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1 DESIO (MB) 20033 ITALY |
| BANK COOP AG | TRANSFEROR: VALCOURT S.A. CASE POSTALE AESCHENPLATZ 3 BASEL 4002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND) LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRÜNNER STOCKERSTRASSE 33 ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND) LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. FOREIGN SECURITIES DEPARTMENT HEAD OFFICE YEHUDA HALEVI STREET 62 TEL AVIV 65227 ISRAEL |
| BANK HAPOALIM B.M. | TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. FOREIGN SECURITIES DEPARTMENT HEAD OFFICE YEHUDA HALEVI STREET 62 TEL AVIV 65227 ISRAEL |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG PATRIK ROOS BAHNOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LUZERNER KANTONALBANK AG PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER, FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON CH-1400 SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: AUSTARITY GROUP LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CREDIT SUISSE ONE RAFFLES LINK UNIT 05-02 SINGAPORE 039393 SINGAPORE |
| ELLIOTT ASSOCIATES,L.P. | TRANSFEROR: MAP 139 SEGREGATED PORTFOLIO OF LMA SPC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT INTERNATIONAL,L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL,L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HLTS FUND II LP | TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP; ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| INTESA SANPAOLO SPA | TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: MORGAN CAPITAL ADVISORS LLP C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WONG CHEE KONG ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| LUZERNER KANTONALBANK AG | BAKER & MCKENZIE ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND |
| MAP 139 SEGREGATED PORTFOLIO OF LMA SPC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: DAVID S. ZEMEL 7 TIMES SQUARE SUITE 3505 NEW YORK NY 10036 |
| MORGAN CAPITAL ADVISORS LLP | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA 12 HENRIETTA STREET LONDON WC2E 8LH UNITED KINGDOM |
| NEWFINANCE ALDEN SPV | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| NEWFINANCE ALDEN SPV | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| NEWFINANCE ALDEN SPV | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| PICTET & CIE | TRANSFEROR: SG PRIVATE BANKING SUISSE SA ATTN: LEGAL DEPARTMENT ROUTE DES ACACIAS 60 GENEVA 73 1211 SWITZERLAND |
| SANTANDER PRIVATE BANKING SUISSE SPA | TRANSFEROR: SG PRIVATE BANKING SUISSE SA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SG PRIVATE BANKING SUISSE SA | F/K/A MELIORBANCA PRIVATE SPA AVENUE RUMINE 20 LAUSANNE 1001 SWITZERLAND |
| ST. PENSIOENFONDS DE HOOP | KEIJSER CAPITAL N.V. ATTN: COMPLIANCE DEPT KEIZERSGRACHT 410 GC AMSTERDAM 1016 THE NETHERLANDS |
| ST. PENSIOENFONDS DE HOOP | DUITSLANDWEG 2 TERNEUZEN 4530 AA NETHERLANDS |
| THURGAUER KANTONALBANK | TRANSFEROR: CREDIT SUISSE A LEUENBERGER WEINFELDSTR 12 CH-8570 WEINFELDEN SWITZERLAND |
| VALCOURT S.A. | TRANSFEROR: BANQUE PIGUET & CIE S.A. 2 RUE DE LA ROTISSERIE CASE POSTALE 5620 GENEVE 11 1211 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| WONG CHEE KONG | BLK 31 # 02-04 HOUGANG AVE 7 EVERGREEN PARK SINGAPORE 538800 SINGAPORE |
| YORVIK PARTNERS LLP | TRANSFEROR: ST. PENSIOENFONDS DE HOOP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    50

EPIQ BANKRUPTCY SOLUTIONS, LLC