UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                            :        Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                     :        **08-13555 (JMP)**
                                                                 :        **(Jointly Administered)**
              Debtors.                                           :
                                                                 :
-----------------------------------------------------------------x        Ref. Docket No. 33694

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 30, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

#### NOTICE OF DEFECTIVE TRANSFER

Transferor:    DELRANG HOLDINGS LLC
               TRANSFEROR: GOLDMAN SACHS & CO.
               C/O RICHARDS KIBBE & ORBE
               ATTN: LARRY HALPERIN
               ONE WORLD FINANCIAL CENTER
               NEW YORK NY 10281

Additional:

Transferee:    BKM HOLDINGS (CAYMAN) LTD.
               C/O DAVIDSON KEMPNER
               ATTN: JENNIFER DONOVAN
               65 EAST 55TH STREET
               NEW YORK NY 10022

Your transfer  of claim #  62744-06  is defective for the reason(s) checked below:

Docket Number 33694         Date 01/08/13

/s/ Lauren Rodriguez
---
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  January 30, 2013.

EXHIBIT B

TIME: 13:07:54
DATE: 01/30/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed        2

EPIQ BANKRUPTCY SOLUTIONS, LLC