UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                            Debtors.                               :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 32370, 33400,
                                                                       33593, 33775, 33878, 33879, 33881,
                                                                       33882, 33890, 33896, 33897, 33900,
                                                                       33910, 33937, 33966, 34008, 34009,
                                                                       34299, 34301, 34302, 34323, 34330,
                                                                       34332, 34334, 34335, 34337

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
4th day of February, 2013

*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE
      CHRIS SCHOLFIELD
      C/O ALDEN GLOBAL CAPITAL
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 59552-01 in the above referenced case and in the amount of
          $0.00   allowed at $198,396.31        has been transferred **(unless previously expunged by court order)**

```
      TURNPIKE LIMITED
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33400        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/31/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 31, 2013.

# EXHIBIT B

```
TIME: 11:10:41                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  1
DATE: 01/31/13                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| BANK HAPOALIM (SWITZERLAND), LTD. | TRANSFEROR: BANK HAPOALIM B.M. STOCKERSTRASSE 33 ZURICH CH-8027 SWITZERLAND |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: CREDIT SUISSE PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: CREDIT SUISSE AG PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 YVERDON CH-1400 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 20D FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BNP PARIBAS SECURITIES CORP | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| DEUTSCHE BANK AG, LONDON BRANCH | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GROUPAMA ASSET MANAGEMENT ON BEHALF OF GROUPAMA GAN VIE | TRANSFEROR: GROUPAMA ASSET MANAGEMENT GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 WEST 45TH ST, 19FL NEW YORK NY 10036 |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| LUTHIN, CLAIRE | TRANSFEROR: NEUE AARGAUER BANK AG C/O AARGAUISCHE KANTONALVANK ATTN: IAAA POSTFACH 5000 AARAU SWITZERLAND |
| MARINER LDC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528 |
| NEUE AARGAUER BANK AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| NEUE AARGAUER BANK AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: GROUPAMA ASSET MANAGEMENT ON BEHALF OF GROUPAMA GAN VIE ATTN: EDWARD C. YU 2 WORLD FINANCIAL CENTER BUILDING B NEW YORK NY 10281-1198 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: PERMAL STONE LION FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 401 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| UBS AG | TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:10:41                                   LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 01/31/13                                        CREDITOR LISTING

Name                                 Address
VARDE FUND VI-A LP, THE              TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE        TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE) TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
 MASTER LP
YORK GLOBAL FINANCE BDH, LLC         TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MARGARET AURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC         TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153

Total Number of Records Printed      53
```

EPIQ BANKRUPTCY SOLUTIONS, LLC