**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                                      :
:
------------------------------------------------------------------x    Ref. Docket Nos. 33704, 34333, 34336

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
4th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   HYPOSWISS PRIVATBANK AG
              SCHUTZENGASSE 4
              ZURICH CH-8021 SWITZERLAND

Additional:

Transferee:   CREDIT SUISSE AG
              C/O CRAVATH, SWAINE & MOORE LLP
              ATTN: MRS. STEPHANIE R. TUMBIOLO
              825 8TH AVENUE
              NEW YORK NY 10019

Your transfer   of claim #   40668   is defective for the reason(s) checked below:

Other                          TRANSFEROR DOES NOT OWN CLAIM

Docket Number 33704            Date 01/09/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   January 31, 2013.

# EXHIBIT B

```
TIME: 11:11:49                                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 01/31/13                                                CREDITOR LISTING

Name                                Address
CREDIT SUISSE AG                    C/O CRAVATH, SWAINE & MOORE LLP ATTN: MRS. STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
HYPOSWISS PRIVATBANK AG             SCHUTZENGASSE 4 ZURICH CH-8021 SWITZERLAND
ROYAL BANK OF SCOTLAND, PLC, THE    TRANSFEROR: PERMAL STONE LION FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS RECOVERY FUND OFFSHORE MASTER LP    C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed     4
```