UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of LODINA SA ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,093,285 | 13817 |

have been transferred and assigned to CVI CVF II LUX MASTER SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature: _____
Name: _____
Title: _____
Date: _____

SELLER: LODINA SA
Address: East 53rd Street,
Marbella,
MMG Tower, 2nd Floor,
Panama,
Republic of Panama

Signature: _____
Name: Fernando A. Gil - Vittorio Benatti
Title: Directors
Date: 15 January 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of **LODINA SA** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,093,285 | 13817 |

have been transferred and assigned to **CVI CVF II LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature:
Name: Clifford Bottomley
Title: Director
Date: European Fund Operations
15/01/2013

SELLER: LODINA SA
Address: East 53rd Street,
Marbella,
MMG Tower, 2nd Floor,
Panama,
Republic of Panama

Signature:
Name:
Title:
Date:

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al.   Case No.: 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVI CVF II Lux Master SARL</u>
Name of Transferee

<u>Lodina SA</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
Carval Investors UK Limited,
  3rd Floor, 25 Great Pulteney Street,
  London,
  W1F 9LT,
  UK

Court Claim # (if known): <u>13817</u>
Amount of Claim: <u>$2,093,285</u>

Date Claim Filed: <u>16 September 2009</u>

Phone <u>+44207 2927724</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____(signature)_____   Clifford Bottomley
Date: 15/1/2013                                   Director
Transferee/~~Transferee's Agent~~                European Fund Operations

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571