## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

CLAIM NO: 19220

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Paris Prime Commercial Real Estate FCC** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **CVI CVF II Lux Master SARL** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against **Lehman Brothers Holdings Inc** (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11, Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $12,394,389.20, docketed as Claim No. **19220** (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __ day of 8 January 2013.

**PARIS PRIME COMMERCIAL REAL ESTATE FCC** (a French *fonds commun de créances* established on 23 October 2006, represented by EUROTITRISATION, acting in its capacity as management company a *société anonyme* incorporated under French law, and registered with the Companies Registry of Bobigny, France, under no 352 458 368)

By: _____
Name: Jean-Marc LEGER
Title: Managing Director

**CVI CVF II LUX MASTER SARL**, whose registered office is at 11-13 Boulevard de la Foire, L 1528, Luxembourg. C/o CarVal Investors UK Limited, 25 Great Pulteney Street, London W1F 9LT UK

By: _____
Name: ASIM CHOHAN
Title: DIRECTOR

BY CARVAL INVESTORS UK LIMITED