Metropolitan Life Insurance Company
1095 Avenue of the Americas, NY, NY  10036
212 578-2211

**MetLife**®

Gregg P. Hirsch
Associate General Counsel
Legal Department
Tel 212  578-8718    Fax 212  251-1575

RECEIVED

JAN 1 6 2013

January 14, 2013

LEGAL SERVICES

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
10300 SW Allen Blvd.
Beaverton, OR  97005

Re:    **LEHMAN BROTHERS HOLDINGS,**            Case No. 08-13555(JMP)
          **INC., et al**                                                  (Jointly Administered)

                          Debtor                                              Chapter 11

Dear Ms. Bennett:

       MetLife hereby requests withdrawal of its Request for Payment of Administrative Expense.  Kindly acknowledge receipt of the attached by date stamping one copy and returning it to us in the enclosed self-addressed stamped envelope.  Thank you for your attention to this matter.

                                              Very truly yours,

                                              Gregg P. Hirsch
                                              Associate General Counsel

GPH:dp
Attachs.

cc:    Harvey R. Miller, Esq.            James W. Giddens, Esq.
          Weil, Gotshal & Manges LLP       Hughes Hubbard & Reed LLP
          Attorneys for Debtors                  Attorneys for Trustee