**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                 Debtors.                 :   (Jointly Administered)
                                          :
------------------------------------------------------------x   Ref Docket Nos. 34406-34408
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2013, I caused to be served the:

   a) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Deutsche Bank AG, Attention: Chip Goodrich, Esq.*, dated February 4, 2013 [Docket No. 34406],

   b) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Deutsche Bank AG, London Branch c/o Deutsche Bank Securities, Inc.*, dated February 4, 2013 [Docket No. 34407], and

   c) "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Stichting Custody Robeco Institutional*, dated February 4, 2013 [Docket No. 34408],

-2-

    by causing true and correct copies to be:

      i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

      ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
5th day of February, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

-2-

T:\Clients\LBH\Affidavits\Deutsche Bank AG Attn Chip Goldrich, London Branch & Stichting Subpoena_DI 34406-34408_AFF_2-4-13.doc

# EXHIBIT A

08-13555-mg    Doc 34445    Filed 02/06/13    Entered 02/06/13 13:59:30    Main Document
Pg 3 of 12

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com

ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
leila.roeder@whitecase.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com

mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com

| | |
|---|---|
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gbray@milbank.com | robert.bailey@bnymellon.com |
| ggitomer@mkbattorneys.com | robert.dombroff@bingham.com |
| ggoodman@foley.com | robert.henoch@kobrekim.com |
| giddens@hugheshubbard.com | robert.malone@dbr.com |
| gkaden@goulstonstorrs.com | robert.yalen@usdoj.gov |
| glenn.siegel@dechert.com | robin.keller@lovells.com |
| gmoss@riemerlaw.com | roger@rnagioff.com |
| gravert@ravertpllc.com | ronald.silverman@bingham.com |
| gspilsbury@jsslaw.com | ross.martin@ropesgray.com |
| harrisjm@michigan.gov | rrainer@wmd-law.com |
| harveystrickon@paulhastings.com | rreid@sheppardmullin.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | rterenzi@stcwlaw.com |
| hollace.cohen@troutmansanders.com | russj4478@aol.com |
| holsen@stroock.com | rwasserman@cftc.gov |
| howard.hawkins@cwt.com | rwyron@orrick.com |
| hseife@chadbourne.com | s.minehan@aozorabank.co.jp |
| hsnovikoff@wlrk.com | sabin.willett@bingham.com |
| hsteel@brownrudnick.com | sabramowitz@velaw.com |
| ian.roberts@bakerbotts.com | sabvanrooy@hotmail.com |
| icatto@mwe.com | sally.henry@skadden.com |
| igoldstein@proskauer.com | samuel.cavior@pillsburylaw.com |
| ilevee@lowenstein.com | sandyscafaria@eaton.com |
| ira.greene@hoganlovells.com | sara.tapinekis@cliffordchance.com |
| israel.dahan@cwt.com | scargill@lowenstein.com |
| iva.uroic@dechert.com | schannej@pepperlaw.com |
| jacobsonn@sec.gov | schepis@pursuitpartners.com |
| james.heaney@lawdeb.com | schnabel.eric@dorsey.com |
| james.mcclammy@dpw.com | schristianson@buchalter.com |
| james.sprayregen@kirkland.com | schwartzmatthew@sullcrom.com |
| jamestecce@quinnemanuel.com | scott.golden@hoganlovells.com |
| jamie.nelson@dubaiic.com | scottshelley@quinnemanuel.com |
| jar@outtengolden.com | scousins@armstrongteasdale.com |
| jason.jurgens@cwt.com | sdnyecf@dor.mo.gov |
| jay.hurst@oag.state.tx.us | seba.kurian@invesco.com |
| jay@kleinsolomon.com | sehlers@armstrongteasdale.com |
| jbecker@wilmingtontrust.com | seichel@crowell.com |
| jbeemer@entwistle-law.com | sfelderstein@ffwplaw.com |
| jbeiers@co.sanmateo.ca.us | sfineman@lchb.com |
| jbird@polsinelli.com | sfox@mcguirewoods.com |
| jbromley@cgsh.com | sgordon@cahill.com |
| jcarberry@cl-law.com | sgubner@ebg-law.com |
| jchristian@tobinlaw.com | shannon.nagle@friedfrank.com |

| | |
|---|---|
| jchubak@proskauer.com | sharbeck@sipc.org |
| jdoran@haslaw.com | shari.leventhal@ny.frb.org |
| jdrucker@coleschotz.com | shgross5@yahoo.com |
| jdwarner@warnerandscheuerman.com | sidorsky@butzel.com |
| jdyas@halperinlaw.net | sleo@bm.net |
| jean-david.barnea@usdoj.gov | slerman@ebglaw.com |
| jeanites@whiteandwilliams.com | slerner@ssd.com |
| jeannette.boot@wilmerhale.com | slevine@brownrudnick.com |
| jeff.wittig@coair.com | sloden@diamondmccarthy.com |
| jeffery.black@bingham.com | smayerson@ssd.com |
| jeffrey.sabin@bingham.com | smillman@stroock.com |
| jeldredge@velaw.com | smulligan@bsblawyers.com |
| jen.premisler@cliffordchance.com | snewman@katskykorins.com |
| jennifer.demarco@cliffordchance.com | sory@fdlaw.com |
| jennifer.gore@shell.com | spiotto@chapman.com |
| jeremy.eiden@ag.state.mn.us | splatzer@platzerlaw.com |
| jfalgowski@reedsmith.com | squsba@stblaw.com |
| jflaxer@golenbock.com | sree@lcbf.com |
| jfox@joefoxlaw.com | sschultz@akingump.com |
| jfreeberg@wfw.com | sselbst@herrick.com |
| jg5786@att.com | sshimshak@paulweiss.com |
| jgenovese@gjb-law.com | sskelly@teamtogut.com |
| jguy@orrick.com | sstarr@starrandstarr.com |
| jherzog@gklaw.com | steele@lowenstein.com |
| jhiggins@fdlaw.com | stephen.cowan@dlapiper.com |
| jhorgan@phxa.com | steve.ginther@dor.mo.gov |
| jhuggett@margolisedelstein.com | steven.troyer@commerzbank.com |
| jim@atkinslawfirm.com | steven.usdin@flastergreenberg.com |
| jjoyce@dresslerpeters.com | steven.wilamowsky@bingham.com |
| jjtancredi@daypitney.com | steven@blbglaw.com |
| jjureller@klestadt.com | streusand@streusandlandon.com |
| jlamar@maynardcooper.com | susheelkirpalani@quinnemanuel.com |
| jlawlor@wmd-law.com | sweyl@haslaw.com |
| jlee@foley.com | swolowitz@mayerbrown.com |
| jlevitin@cahill.com | szuch@wiggin.com |
| jlipson@crockerkuno.com | tannweiler@greerherz.com |
| jlovi@steptoe.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | tgoren@mofo.com |
| jmcginley@wilmingtontrust.com | thaler@thalergertler.com |
| jmelko@gardere.com | thomas.califano@dlapiper.com |
| jmerva@fult.com | thomas_noguerola@calpers.ca.gov |
| jmmurphy@stradley.com | tim.desieno@bingham.com |

| | |
|---|---|
| jmr@msf-law.com | timothy.brink@dlapiper.com |
| jnadritch@olshanlaw.com | timothy.palmer@bipc.com |
| jnm@mccallaraymer.com | tjfreedman@pbnlaw.com |
| john.monaghan@hklaw.com | tkiriakos@mayerbrown.com |
| john.rapisardi@cwt.com | tlauria@whitecase.com |
| jonathan.henes@kirkland.com | tmacwright@whitecase.com |
| jorbach@hahnhessen.com | tmarrion@haslaw.com |
| joseph.cordaro@usdoj.gov | tnixon@gklaw.com |
| joseph.serino@kirkland.com; | toby.r.rosenberg@irscounsel.treas.gov |
| joshua.dorchak@bingham.com | tom.schorling@whitecase.com, |
| jowen769@yahoo.com | tomwelsh@orrick.com |
| jowolf@law.nyc.gov | tslome@msek.com |
| joy.mathias@dubaiic.com | ttracy@crockerkuno.com |
| jpintarelli@mofo.com | tunrad@burnslev.com |
| jporter@entwistle-law.com | twheeler@lowenstein.com |
| jprol@lowenstein.com | villa@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |
| jschwartz@hahnhessen.com | wanda.goodloe@cbre.com |
| jsheerin@mcguirewoods.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jtimko@shutts.com | will.sugden@alston.com |
| jtorf@schiffhardin.com | william.m.goldman@dlapiper.com |
| judy.morse@crowedunlevy.com | wiltenburg@hugheshubbard.com |
| jvail@ssrl.com | wisotska@pepperlaw.com |
| jwallack@goulstonstorrs.com | wk@pwlawyers.com |
| jwcohen@daypitney.com | wmaher@wmd-law.com |
| jweiss@gibsondunn.com | wmarcari@ebglaw.com |
| jwest@velaw.com | wmckenna@foley.com |
| jwh@njlawfirm.com | wrightth@sullcrom.com |
| kanema@formanlaw.com | wsilverm@oshr.com |
| karen.wagner@dpw.com | wswearingen@llf-law.com |
| karl.geercken@alston.com | wtaylor@mccarter.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |
| keith.simon@lw.com | |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
271 CADMAN PLAZA EAST STE 4529
BROOKLYN, NY 11201


OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574