UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                : Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   : 08-13555 (JMP)
                                                                         :
                            Debtors.                          : (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING THREE HUNDRED EIGHTIETH
## OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)

Upon the three hundred eightieth omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eightieth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to classify the Subordinated Guarantee Claims, all as more fully described in the Three Hundred Eightieth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eightieth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eightieth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eightieth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eightieth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Eightieth Omnibus Objection to Claims is granted; and it is further

ORDERED that all portions of the claims listed on **Exhibit 1** annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, shall be classified in LBHI Class 12 under the Plan; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
       February 6, 2013

                                    *s/ James M. Peck*
                              UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 380: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT SUISSE (FRANCE) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55823 | XS0301813522 | Undetermined * |
| 2 | CREDIT SUISSE (UK) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55816 | XS0301813522 | Undetermined * |
| 3 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55690 | XS0301813522 | $100,000.00 |
| 4 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55819 | XS0301813522 | $400,000.00 * |
| 5 | CREDIT SUISSE AG, SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0282978666 | Undetermined * |
| | | | | | | XS0301813522 | Undetermined * |
| | | | | | | | Undetermined |
| 6 | CREDIT SUISSE ITALY SPA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55820 | XS0282978666 | Undetermined * |
| 7 | CREDIT SUISSE SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55825 | XS0282978666 | Undetermined * |
| | | | | | | XS0301813522 | Undetermined * |
| | | | | | | | Undetermined |
| 8 | CREDIT SUISSE SUCURSAL EN ESPANA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55815 | XS0282978666 | Undetermined * |
| 9 | GOLDMAN SACHS INTERNATIONAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58849 | XS0301813522 | $500,000.00 * |
| 10 | KING, TONY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/28/09 | 9597 | XS0282978666 | Undetermined * |
| | | | | | | TOTAL | $ 1,000,000.00 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 380 Omnibus Objection.