UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                               :
                                    Debtors.                :     (Jointly Administered)
------------------------------------------------------------------x

# ORDER GRANTING THREE HUNDRED EIGHTY-SIXTH
# OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred eighty-sixth omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eighty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to disallow and expunge the No Liability Claims, all as more fully described in the Three Hundred Eighty-Sixth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eighty-Sixth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eighty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eighty-Sixth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Eighty-Sixth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claims listed on **Exhibit 1** annexed hereto that relate to the securities identified by ISIN XS0215349357, ISIN XS0229269856 or ISIN XS0243852562 whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

ORDERED that the Plan Administrator has adjourned the hearing on the Three Hundred Eighty-Sixth Omnibus Objection to Claims *sine die* with respect to the claims listed on **Exhibit 2** annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
         February 6, 2013

                                          *s/ James M. Peck*
                                       UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 386: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | DEUTSCHE BANK AG BRUSSELS BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/09 | 50475 | XS0215349357 | $62,431.60 * |
| | | | | | | XS0229269856 | $3,792,719.70 * |
| | | | | | | | $3,855,151.30 |
| 2 | DEUTSCHE BANK AG, LONDON BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59718 | XS0229269856 | Undetermined * |
| 3 | DEUTSCHE BANK LUXEMBOURG S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/09 | 46939 | XS0215349357 | Undetermined * |
| | | | | | | TOTAL | $ 3,855,151.30 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 386 Omnibus Objection.

Page 1 of 1

# Exhibit 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 386: EXHIBIT 2 - ADJOURNED NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | CREDIT SUISSE (MONACO) SAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55817 | XS0229269856 | Undetermined * |
| 2 | CREDIT SUISSE (UK) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55816 | XS0229269856 | Undetermined * |
| 3 | CREDIT SUISSE AG | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55813 | XS0215349357 | Undetermined * |
| | | | | | | XS0229269856 | Undetermined * |
| | | | | | | | Undetermined |
| 4 | CREDIT SUISSE AG, SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0215349357 | Undetermined * |
| | | | | | | XS0229269856 | Undetermined * |
| | | | | | | | Undetermined |
| 5 | CREDIT SUISSE SECURITIESEUROPE, LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55810 | XS0243852562 | $8,585,758.71 |
| 6 | CREDIT SUISSE SINGAPORE BRANCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55825 | XS0229269856 | Undetermined * |
| | | | | | | TOTAL | $ 8,585,758.71 |

\* Plus unliquidated and/or undetermined amounts
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' 386 Omnibus Objection.