UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                   :     Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                        :
                     Debtors.                   :     (Jointly Administered)
-------------------------------------------------------------------x

ORDER GRANTING THREE
HUNDRED EIGHTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

Upon the three hundred eighty-fourth omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eighty-Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Reduce and Allow Claims, as more fully described in the Three Hundred Eighty-Fourth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Three Hundred Eighty-Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eighty-Fourth Omnibus Objection to Claims

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eighty-Fourth Omnibus Objection to Claims.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Eighty-Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Allowed Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the amount and priority set forth on Exhibit 1 in the row for each Allowed Claim entitled "*Claim as Modified,*" and against the Chapter 11 Estate listed under the column entitled "*Modified Debtor Name*" and any asserted claims (whether liquidated, unliquidated, and/or contingent) subject to the Objection in excess of the reduced amount or of a priority or against a Debtor not specified on Exhibit 1 are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A to the Three Hundred Eighty-Fourth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: New York, New York
       February 6, 2013

                                                       *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | HSBC BANK USA, NA, AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE | 28534 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$12,692.48** | | **$12,692.48** |
| 2 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28538 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$296,918.06** | | **$296,918.06** |
| 3 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28760 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$775.59** | | **$775.59** |
| 4 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28761 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$1,863.28** | | **$1,863.28** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 5 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28763 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$2,328.26** | | **$2,328.26** |
| 6 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28772 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$4,213.12** | | **$4,213.12** |
| 7 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 28773 | 9/22/09 | Structured Asset Securities Corporation | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$15,627.26** | | **$15,627.26** |
| 8 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30060 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$35,402.40** | | **$35,402.40** |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | | | AMOUNTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 9 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30061 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$14,736.21** | | **$14,736.21** |
| 10 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30062 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$44,236.93** | | **$44,236.93** |
| 11 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30526 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$241,157.08** | | **$241,157.08** |
| 12 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED | 30529 | 9/22/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | Undetermined | | Undetermined* |
| | | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | Undetermined | | Undetermined |
| | | | | **CLAIM AS MODIFIED** | | | | **$80,049.33** | | **$80,049.33** |
| 13 | KWAN, KEVIN | 2073 | 1/26/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | $8,447.25 | $63,942.31 | | $72,389.56 |
| | | | | **CLAIM AS MODIFIED** | | | **$8,447.25** | **$59,879.74** | | **$68,326.99** |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 384: EXHIBIT 1 - REDUCE AND ALLOW CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 14 PRICEWATERHOUSECOOPERS LLP | 5615 | 7/20/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $149,922.89 | | $149,922.89 |
| | | | **CLAIM AS MODIFIED** | | | | **$79,680.77** | | **$79,680.77** |
| 15 ROTHSTEIN, JONATHAN H. | 32086 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $50,007.70 | | $50,007.70 |
| | | | AMOUNT NOT SUBJECT TO OBJECTION | | | | $8,753.85 | | $8,753.85 |
| | | | AMOUNT SUBJECT TO OBJECTION | | | | $41,253.85 | | $41,253.85 |
| | | | **CLAIM AS MODIFIED** | | | | **$65,482.09** | | **$65,482.09** |
| 16 UEDA HARLOW LTD. | 127 | 10/9/08 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | $10,950.00 | $16,828.89 | | $27,778.89 |
| | | | **CLAIM AS MODIFIED** | | | **None** | **$27,778.89** | | **$27,778.89** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $19,397.25 | $280,701.79 | $0.00 | $300,099.04 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 8,753.85 | 0.00 | 8,753.85 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 19,397.25 | 271,947.94 | 0.00 | 291,345.19 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$8,447.25** | **$982,821.49** | **$0.00** | **$991,268.74** |

\* - Indicates claim contains unliquidated and/or undetermined amounts