UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                  :     Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                                       :
                    Debtors.                                     :     (Jointly Administered)
------------------------------------------------------------------x

**SECOND SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED
FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the Debtors' two hundred forty-first omnibus objection to claims, dated December 12, 2011 (the "Two Hundred Forty-First Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No Liability Claims on the basis that the Debtors have no liability for such claims, all as more fully described in the Two Hundred Forty-First Omnibus Objection to Claims; and due and proper notice of the Two Hundred Forty-First Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Two Hundred Forty-First Omnibus Objection to Claims is in the best interests of the Debtors and their creditors, and that the legal and factual bases set forth in the Two Hundred Forty-First Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Terms not defined herein shall have the meanings ascribed to them in the Two Hundred Forty-First Omnibus Objection to Claims.

# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 241: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BROWN RUDNICK, LLP C/O KENNETH F. GRAUER SEVEN TIMES SQUARE NEW YORK, NY 10036 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/15/2009 | 13011 | $25,678.84 | No Liability Claim |
| | | | | | TOTAL | $25,678.84 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts

ORDERED that the relief requested in the Two Hundred Forty-First Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (the "Late-Filed Claims") are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Order supersedes all previous orders regarding the Late-Filed Claims listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Two Hundred Forty-First Omnibus Objection to Claims that is not listed (i) on Exhibit 1 annexed hereto, (ii) Exhibit 1 annexed to the Supplemental Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims (No Liability Claims) [ECF No. 27641], or (iii) Exhibit 1 annexed to the Order Granting Debtors' Two Hundred Forty-First Omnibus Objection to Claims [ECF No. 24674]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       February 6, 2013

                                              *s/ James M. Peck*
                                              HONORABLE JAMES M. PECK
                                              UNITED STATES BANKRUPTCY JUDGE