**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :    **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    **08-13555 (JMP)**
                                                   :
                                     Debtors.      :    **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING THREE HUNDRED SEVENTY-SEVENTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the three hundred seventy-seventh omnibus objection to claims, dated December 7, 2012 (the "Three Hundred Seventy-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, all as more fully described in the Three Hundred Seventy-Seventh Omnibus Objection to Claims; and due and proper notice of the Three Hundred Seventy-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Seventy-Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Seventy-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventy-Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Seventy-Seventh Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No Liability Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       February 6, 2013

                                                                       *s/ James M. Peck*
                                                                       HONORABLE JAMES M. PECK
                                                                       UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|---|---|---|---|---|---|---|
| 1 | AVILA MESQUITA LOPES, MARIA HELENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44659 | XS0215349357 |
| | | | | | | XS0229269856 |
| 2 | AZEVEDO MAIA, TERESA MARIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44690 | XS0215349357 |
| | | | | | | XS0229269856 |
| 3 | BALSEMO FINANCE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43177 | XS0229269856 |
| 4 | BANCO COOPERATIVO ESPANOL, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 60319 | XS0229269856 |
| 5 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64127 | XS0215349357 |
| 6 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64132 | XS0215349357 |
| 7 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64133 | XS0215349357 |
| 8 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64202 | XS0215349357 |
| 9 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64203 | XS0215349357 |
| 10 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64204 | XS0215349357 |
| 11 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64226 | XS0215349357 |
| 12 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64228 | XS0215349357 |
| 13 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64229 | XS0215349357 |
| 14 | CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64230 | XS0215349357 |

08-13555-mg    Doc 34456    Filed 02/06/13    Entered 02/06/13 16:20:52    Main Document
Pg 5 of 6

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|---|---|---|---|---|---|
| 15 CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64431 | XS0215349357 |
| 16 CAJA DE CREDITO DE LOS INGENIEROS, SCC | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64432 | XS0215349357 |
| 17 COCA VANO, FRANCISCO JOSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64495 | XS0229269856 |
| 18 CONCEICAO RIBEIRO CARDOSO, MARIA LISETA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44664 | XS0215349357 XS0229269856 |
| 19 FERNANDEZ TREMPS, ADOLFO & MARIA VICENTA ORTEGA ORDOVAS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64227 | XS0215349357 |
| 20 GARCIA, CRISTINA & MARTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 59095 | XS0229269856 |
| 21 GONZALEZ ALVAREZ, ELEUTERIO & MARIA MERCEDES GASCH RUIDOR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64131 | XS0215349357 |
| 22 GONZALEZ GASCH, ESTEBAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64130 | XS0215349357 |
| 23 GONZALEZ GASCH, HELENA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64129 | XS0215349357 |
| 24 GONZALEZ GASCH, MERCEDES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64128 | XS0215349357 |
| 25 MACHADO MACIEL BELEZA FERRAZ TORRES, MARIA EMILIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44656 | XS0215349357 XS0229269856 |
| 26 MACHADO, FRANCISCO ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/20/09 | 42393 | XS0229269856 |
| 27 MARTINS BORGES, JOSE BALTAZAR | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45476 | XS0215349357 XS0229269856 |
| 28 MICO RAUSELL, JUAN VICENTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 12/01/09 | 65790 | XS0229269856 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 377: EXHIBIT 1 - NO LIABILITY CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN |
|---|---|---|---|---|---|
| 29 PHOENIX LIFE ASSURANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/09 | 65659 | XS0243852562 |
| 30 REYMEN, EDMOND | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64443 | XS0215349357 |
| 31 RIBEIRO DIAS CARDOSO, CARLA ISABEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45539 | XS0215349357 |
| | | | | | XS0229269856 |
| 32 RIBEIRO DIAS CARDOSO, RUI ORLANDO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 44688 | XS0215349357 |
| | | | | | XS0229269856 |
| 33 SPARKASSE LEVERKUSEN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200153 | XS0229269856 |
| 34 STADTSPARKASSE WUPPERTAL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 08/22/12 | 200187 | XS0229269856 |
| 35 STEINHARDT, PEDRO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64365 | XS0229269856 |
| 36 UNIVERSAL LEVEN INZAKE CUM LAUDE LIJFRENTE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/02/09 | 62409 | XS0229269856 |
| 37 WILLEMS, SIMONE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64706 | XS0215349357 |