UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                              :
                                            Debtors.           :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED SEVENTY-NINTH
### OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)

Upon the three hundred seventy-ninth omnibus objection to claims, dated December 7, 2012 (the "Three Hundred Seventy-Ninth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to classify the Subordinated Guarantee Claims, all as more fully described in the Three Hundred Seventy-Ninth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Seventy-Ninth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Seventy-Ninth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Seventy-Ninth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventy-Ninth Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Seventy-Ninth Omnibus Objection to Claims is granted; and it is further

ORDERED that all portions of the claims listed on Exhibit 1 annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantee issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, shall be classified in LBHI Class 12 under the Plan and the claims listed on Exhibit 2 are adjourned; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Three Hundred Seventy-Ninth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       February 6, 2013

_s/ James M. Peck_
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 379: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|---|
| 1 | BANK JULIUS BAER & CO. LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0301813522 | $200,000.00 |
| 2 | DE LA ROSA DIAZ, JOSE ANTONIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64471 | XS0282978666 | $27,492.59 |
| 3 | DEL CAMPO, LUCIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/09/09 | 37187 | XS0301813522 | $50,000.00 |
| 4 | EITO EITO, ANGELES | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64438 | XS0282978666 | $18,810.71 |
| 5 | GELDARD, CHRISTINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 01/02/09 | 1537 | XS0282978666 | Undetermined * |
| 6 | GONZALEZ ROQUET, MARIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64439 | XS0282978666 | $17,363.73 |
| 7 | HSBC TRINKAUS & BURKHARDT INTERNATIONAL SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | XS0301813522 | $130,000.00 |
| 8 | ILDEFONSO LACASTA MARCH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/23/09 | 45223 | XS0282978666 | $76,415.40 |
| 9 | JUVENTIS INTERNATIONAL LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64613 | XS0301813522 | $300,000.00 |
| 10 | LIN CHAN, HING | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64617 | XS0301813522 | $100,000.00 |
| 11 | NORDEA BANK, S.A. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55846 | XS0282978666 | $130,000.00 |
| 12 | PARDO CORDERO, EMILIO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64718 | XS0282978666 | $31,833.52 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 379: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|---|---|---|---|---|---|
| 13 PHOENIX LIFE ASSURANCE LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/20/09 | 65658 | XS0282978666 | $6,812,536.00 |
| 14 PICTET & CIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/03/09 | 64249 | XS0282978666 | $304,692.21 |
|  |  |  |  |  | XS0301813522 | $1,076,029.67 |
|  |  |  |  |  |  | $1,380,721.88 |
| 15 PLENTYWEALTH INVESTMENT CO. LTD | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64615 | XS0301813522 | $1,200,000.00 |
| 16 ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/09 | 55849 | XS0301813522 | $190,000.00 |
|  |  |  |  |  | XS0301813522 | $10,000.00 * |
|  |  |  |  |  |  | $200,000.00 |
| 17 ZARNICKI, ABRAHAM E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/21/09 | 43113 | XS0301813522 | $38,000.00 |
|  |  |  |  |  | TOTAL | $ 10,713,173.83 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

# EXHIBIT 2

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 379: EXHIBIT 2 - ADJOURNED SUBORDINATED GUARANTEE CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS BEING CLASSIFIED |
|---|------|-------------|-------------|------------|---------|--------|--------------------------|
| 1 | JOSE RUIVO DRAGAO, JOAO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/04/09 | 64556 | XS0301813522 | $51,015.83 |
|   |      |             |             |            |         | TOTAL  | $ 51,015.83 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Ninth Omnibus Objection.

Page 1 of 1