UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW COUNTY

------------------------------------------------------------x
In re                                            :   Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (JMP)
                                                 :
                Debtors.                         :   (Jointly Administered)
------------------------------------------------------------x

### ORDER GRANTING THE THREE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred eighty-third omnibus objection to claims, dated December 17, 2012 (the "Three Hundred Eighty-Third Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking disallowance and expungement of the No Liability Claims to the extent that they assert claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully described in the Three Hundred Eighty-Third Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Third Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eighty-Third Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventieth Omnibus Objection to Claims.

and that the legal and factual bases set forth in the Three Hundred Eighty-Third Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Three Hundred Eighty-Third Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Three Hundred Eighty-Third Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto and (ii) the portion of any No Liability Claim that is not the subject of the Three Hundred Eighty-Third Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  New York, New York
        February 6, 2013

                                    *s/ James M. Peck*
                                    HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

08-13555-mg    Doc 34460    Filed 02/06/13    Entered 02/06/13 16:26:21    Main Document
Pg 4 of 6

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | Lehman Brothers Holdings Inc. | 32592 | $147,430.78 | $147,430.78 | None | Claim 32592 is based on amounts owed under investments in iShares Lehman TIPS, a non-Debtor investment vehicle. LBHI has no liability for the investments in iShares Lehman TIPS, which continues to trade as iShares Barclays TIPS Bond Fund on the open stock exchange, and did not guarantee the performance of such investments. Therefore, LBHI is not liable on account of the claim. |
| 2 | DRRT FBO SWISS LIFE (LIECHTENSTEIN) AG | Lehman Brothers Holdings Inc. | 32633 | $147,430.78 | $147,430.78 | None | Claim 32633 is based on amounts owed under investments in iShares Lehman TIPS, a non-Debtor investment vehicle. LBHI has no liability for the investments in iShares Lehman TIPS, which continues to trade as iShares Barclays TIPS Bond Fund on the open stock exchange, and did not guarantee the performance of such investments. Therefore, LBHI is not liable on account of the claim. |
| 3 | KING, TONY | Lehman Brothers Holdings Inc. | 9597 | Undetermined | Undetermined | Undetermined | A portion of Claim 9597 is based on amounts owed under securities issued by Lehman Brothers Bank FSB (now known as Aurora Bank FSB), a non-Debtor entity. LBHI has no liability for the securities issued by Lehman Brothers Bank FSB. Claim 9597 is being expunged solely with respect to its asserted claim in undetermined amount for the securities issued by Lehman Brothers Bank FSB. The remaining portion of Claim 9596 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 9597 are reserved. |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | MARANTZ, ALAN J. | Lehman Brothers Holdings Inc. | 25062 | $1,057,828.60 | $1,057,828.60 | None | Claim 25062 is based on amounts owed under securities issued by or investments in Lehman Brothers MLP Opportunity Capital Partners L.P., a non-Debtor entity. LBHI has no liability for the securities issued by or investments in Lehman Brothers MLP Opportunity Capital Partners L.P. |
| 5 | ROTHSCHILD BANK AG (AS NOMINEE) | Lehman Brothers Holdings Inc. | 56031 | $9,540,115.76 | $500,000.00 | $9,040,115.76 | The securities that are the subject of Claim 56031 in the claimed amount of $500,000.00 with ISIN XS0292212270 (the "Anthracite Securities") were issued by Anthracite Rtd. Inv. Ltd., an entity entirely unaffiliated with the Debtors, and were erroneously included on the Debtor's list of Lehman Programs Securities. The Anthracite Securities were neither issued nor guaranteed by the Debtors. Additional information regarding a similar objection can be found in the Debtors' One Hundred Fourteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 15017]. Claim 56031 is being expunged solely with respect to its asserted claim in the amount of $500,000.00 for the Anthracite Securities. The remaining portion of Claim 56031 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 56031 are reserved. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 34460    Filed 02/06/13    Entered 02/06/13 16:26:21    Main Document
Pg 6 of 6

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 383: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 6 | VAROLII CORPORATION | Lehman Brothers Holdings Inc. | 598 | $78,750.00 | $78,750.00 | None | Pursuant to Section 2.2 of the Master Agreement between claimant and LBHI, the "Customer entity" that executes a Transaction Schedule (as defined in the Master Agreement) is liable for the Transactions (as defined in the Master Agreement) under such Transaction Schedule. The Transaction Schedule attached to Claim 598 identifies Lehman Brothers Inc., a domestic affiliate fo the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under that Transaction Schedule. LBHI has no liability to claimant for the Transactions under that Transaction Schedule or for the Master Agreement as it relates to such Transactions and Transaction Schedule. |
| | | | TOTAL | $10,971,555.92 | $1,931,440.16 | $9,040,115.76 | |