UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                                    :
                    Debtors.                 :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING THREE HUNDRED EIGHTY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (INVALID INTERCOMPANY CLAIMS)

Upon the three hundred eighty-seventh objection to claims, dated December 28, 2012 (the "Three Hundred Eighty-Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Disputed Claims, all as more fully described in the Three Hundred Eighty-Seventh Omnibus Objection to Claims; and due and proper notice of the Three Hundred Eighty-Seventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Three Hundred Eighty-Seventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Three Hundred Eighty-Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Eighty-Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Three Hundred Eighty-Seventh Omnibus Objection to Claims is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the following claims are disallowed and expunged in their entirety with prejudice

| Claimant | Chapter 11 Estate | Disputed Claim Amount |
|---|---|---|
| Aegis | Lehman Commercial Paper Inc. | $2,869,006.97 |
| Blue Way | Lehman Brothers Holdings Inc. | $17,288.73 |
| FAMCO | Lehman Brothers Holdings Inc. | $298,469.79 |
| LB Delta | Lehman Brothers Holdings Inc. | $36.44 |
| LB Global | Lehman Commercial Paper Inc. | $812,732.20 |
| LB GPS | Lehman Commercial Paper Inc. | $13,399,999.95 |
| Nale | Lehman Brothers Holdings Inc. | $40,474.44 |
| Redgrave | Lehman Brothers Holdings Inc. | $94.38 |

; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
    February 6, 2013

*s/ James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

2