UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                      :    Chapter 11 Case No.
                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                           :
                    Debtors.               :    (Jointly Administered)

------------------------------------------------------------x

FILED / RECEIVED
FEB 06 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Wimpole Street Investments Limited<br>St. Peters House, Le Bordage<br>St. Peter Port GY16AX Guernsey<br>Attn: Emily Gabriel/Stephen Lowe |
| Claim Number (if known): | 17119 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $108,962 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signatures]* | Title: DIRECTORS |
| --- | --- |
| Printed Name: FIRST BOARD LIMITED & SECOND BOARD LIMITED | Dated: 30TH JANUARY 2013 |

US_ACTIVE:\44096563\1\58399.0011



**Private and Confidential**

1 February 2013

Epiq Bankruptcy Solutions LLC
A W Lehman Brothers Holdings
757 Third Avenue
3rd Floor
NEW YORK
NY 10017
USA

Our Reference        CO02743 / 117083 / VNB / njp
Your Reference

Dear Sirs

**Wimpole Street Investments Limited**

We have pleasure in enclosing the duly completed and signed Withdrawal of Claim document, for your information.

Yours very truly
for and on behalf of
Rothschild Trust Guernsey Limited

Authorised Signatory                    Authorised Signatory

Enc

Please reply to:
PO Box 472, St Julian's Court, St Julian's Avenue
St Peter Port GY1 6AX
Guernsey, Channel Islands

Telephone +44(0)1481 707800
Facsimile +44(0)1481 712686
www.rothschildtrust.com

Registered office:
Rothschild Trust Guernsey Limited
PO Box 472, St Julian's Court, St Julian's Avenue, St Peter Port, GY1 6AX, Guernsey, Channel Islands