UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 24248, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by C.V.I. G.V.F. (LUX) Master S.a.r.l. in the amount of not less than $21,942,898 (the "Claim"). York Global Finance BDH LLC ("Claimant") purchased a 100% interest in the Claim, *see* ECF No. 31685. Claimant represents and warrants that as of the date hereof, Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. For the avoidance of doubt, nothing herein shall affect any other proofs of claim filed by the Claimant against Lehman Brother International (Europe), including without limitation the underlying claims arising out of the De Facto Master Agreement (as defined in the Claim).

PLEASE TAKE NOTICE that, Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: January ___, 2013
      New York, New York

By: _____
*Name:*    Richard P. Swanson
*Title:*    General Counsel
*On behalf of York Global Finance BDH, LLC*

