B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Sparkasse Hannover | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Sparkasse Hannover
Attn: Ralf Ebert, Bereich Treasury
Aegidientorplatz 1
30159 Hannover
Germany

Phone: 011-49-511 3000 4200

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By:_Ralf Ebert_____    Date:_February 6, 2013_____
Title or Source of Authority: Bereichsleiter Treasury, Sparkasse Hannover

Transferee's Agent

05.02.2013 12:00 (2K)
FRANKFURT 2044511 v1 [2044511_1.DOC]

# Exhibit A

| | |
|---|---|
| Transferor: | Meta Michler<br>Wöhlerstr. 23<br>30163 Hannover |
| Court Claim # (if known): | Claim ID 45301, |
| Date Claim Filed | 23 October 2009 |
| Amount of Claim: | 14,191.06 USD |

05.02.2013 12:00 (2K)
FRANKFURT 2044511 v1 [2044511_1.DOC]