## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **Société Générale Private Banking (Suisse) S.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of October 2012.

**UBS AG (Transferor)**

By: _____
Name: Hugo Koller
Title:  Director

By: _____
Name: Jean-Claude Besson
Title:  Associate Director

**Société Générale Private Banking (Suisse) S.A. (Transferee)**
Avenue Rumine 20, CH-1011 Lausanne 11

By: _____
Name:                         Thierry Mory
Title: First Vice President

By: _____  Patrick Viquerat
Name:
Title: Assistant Vice President

TOC098_UBS0206SOCGEN 80K 20121023
Seite 1 von 2



## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0338071987 | 59233 | October 30, 2009 | Lehman Brothers Holdings Inc. | EUR 80'000.00 out of EUR 320'000.00 |



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re **Lehman Brothers Holding Inc**    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Générale
Private Banking (Suisse) SA
_____
Name of Transferee

**UBS Zurich**
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Société Générale
Private Banking (Suisse) SA
Avenue de Rumine 20
Case postale 220
1001 Lausanne
Phone: **+41 21 343 12 78**
Last Four Digits of Acct #: **90375**

Court Claim # (if known): **59233**
Amount of Claim: **EUR 80'000,-**
Date Claim Filed: **30/10/2009**

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
**Société Générale NEW YORK**
**560 Lexington Avenue, NEW YORK**
Phone: **+1 212 27 25 508**
Last Four Digits of Acct #: **188476**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **T. Mory** _____    Date: **29th October 2012**
    Transferee/Transferee's Agent
    **First Vice President**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**P. Viquerat**
**Ass. Vice President**

