Jan. 2, 2013
Vilamoura, 8125-417
Portugal

To : The Honorable James M. Peck
U. S. Bankruptcy Judge
Courtroom 601 of the U.S. Bankruptcy Court
for the Southern District of New York
One Bowling Green, New York
New York, 10004, U.S.of America

Ref: Lehman Brothers Holdings Inc.
**Creditor name – Jose Ruivo Dragao, Joao**
**Claim number - 64556**

Dear Sir

Enclosed please find a copy of my letter send today to Epiq Bankruptcy Solution as answer to Notice of the 379 omnibus Objection to Claims, including mine, with number 64556.

This is sent for you, just for your knowledge and consideration.

Sincerely Yours

Jose Ruivo Dragao, Joao
Vila Dragao – Aldeia do Campo
Vilamoura- Quarteira
8125-417- Portugal

Encl.- copy of letter



RECEIVED
JAN 2 2 2013
U.S. BANKRUPTCY COURT, SDNY

Jan. 2, 2013
Vilamoura, 8125-417
Portugal

To : Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3 rd Floor
New York, NY 10017- USA

Ref. Lehman Brothers Holdings Inc.
**Creditor Name- Jose Ruivo Dragao, Joao**
**Claim number 64556**

Dear Sirs

I have received from you a Notice of the 379 omnibus objection to claims included mine ( number 64556) with several legal considerations and notices but I should inform you that I am not aware of the US legislation and don't real knew what is the relevance of this Notice to my Claim neither what I need to do in relation to this Notice.

As I have referred before, I am a portuguese retired civil engineer, living permanently in Portugal, that have applied his economies buying in Portugal, from a portuguese bank called Millennium BCP 50 bonds of LehmanBrothers Company, as a normal form of investment, from which I have expected to get some profit, because at that time I had a good information about the reputation and financial capacity of Lehman Brothers.

As a matter of fact I never get any interest or dividend from this application but have been involved in a lot of problems, formalities and procedures, in result of the Lehman Brothers bankruptcy, for which I had no interference.

I think that I am entitled to get back the money invested and now I just want this, waiting for the decision of the US Bankruptcy Court to this case.

I believe in the Justice Sistem and Laws of the U.S.A. and hope that at end the decision of the USBC will be favorable for me and others creditors in the same situation.

This is the answer that I can do now for the referred Notice.

Sincerely Yours

J.J. R. Dragao

Copy to
- Mr. Casey A. Burten – casey.burten@weil.com
- Office of the U.S.B.C – 33 White Hall Str. 21st floor 10004 N.Y.