UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                                        :  Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                 :  08-13555 (JMP)
:  (Jointly Administered)
Debtors.                                                     :
:
------------------------------------------------------------x  Ref. Docket No. 32074, 33617,
33705, 33887, 33889, 33895, 33899,
33908, 33911-33913, 33917, 33942,
33943, 33947, 33949, 33973, 33976,
33977, 34346, 34356, 34357, 34359-
34364

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
7th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 32074, 33617, 33705...34357, 34359-34364_AFF_2-1-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ASHTON INVESTMENTS LLC
     TRANSFEROR: ALSTON INVESTMENTS LLC
     C/O ELLIOTT MANAGEMENT CORPORATION
     ATTN: ELLIOT GREENBERG/RAJAT BOSE
     712 FIFTH AVENUE, 35TH FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 62745-04 in the above referenced case and in the amount of $1,709,280.00  allowed at $1,702,926.93       has been transferred (unless previously expunged by court order)

```
BARCLAYS BANK PLC                              BARCLAYS BANK PLC
TRANSFEROR: ASHTON INVESTMENTS LLC             ANTHONY VITIELLO
ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33976      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/01/2013                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2013.

# EXHIBIT B

```
TIME: 12:51:25                                        LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 02/01/13                                             CREDITOR LISTING

Name                                                  Address
ALLIANZ BANK FINANCIAL ADVISORS S.P.A.                TRANSFEROR: CREDITO EMILIANO SPA ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
ALLIANZ BANK FINANCIAL ADVISORS SPA                   TRANSFEROR: BANCO DI NAPOLI S.P.A. ATTN: FRANCO BRICHETTI; FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
ASHTON INVESTMENTS LLC                                TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                                      NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                               TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                      NEW YORK NY 10019
BANCO DI NAPOLI S.P.A.                                ATTN: DOMENICO VACCARO VIA TOLEDO, 177 NAPOLI 80132 ITALY
BANQUE PIGUET & CIE S.A.                              ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                      YVERDON CH-1400 SWITZERLAND
BARCLAYS BANK PLC                                     ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL CROWLEY 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX LP, THE 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASPIAN SELECT CREDIT MASTER FUND, LTD.               TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND, LTD.               TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP ATTN: CHRISTOPHER MANZ 500 MAMARONECK AVENUE HARRISON NY 10528
CASPIAN SELECT CREDIT MASTER FUND. LTD.               TRANSFEROR: MARINER LDC C/O CASPIAN CAPITOL LP 500 MAMARONECK AVENUE HARRISON NY 10528
CMG DR. ZORN & PARTNER AG                             TRANSFEROR: AKB PRIVATBANK ZURICH OSTRSTR.7 FRAUENFELD CH-8500 SWITZERLAND
CREDIT SUISSE                                         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                            ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (UK) LIMITED                            RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (UK) LIMITED                            CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                      TRANSFEROR: CREDIT SUISSE (UK) LIMITED C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                                  ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, N. 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO SPA                                  TRANSFEROR: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                       TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG BANK AB (PUBL)                                    P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
HBK MASTER FUND L.P.                                  TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX CAPITAL LTD.                                TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: CELESTINO AMORE, MANAGING DIRECTOR 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                         TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO SPA                                   ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
J.P. MORGAN SECURITIES LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                            TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                            TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                            TRANSFEROR: TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO., LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                      383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
LBVN HOLDINGS, L.L.C.                                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
LBVN HOLDINGS, L.L.C.                                 TRANSFEROR: SEA PORT GROUP SECURITIES, LLC P.O. BOX 1641 NEW YORK NY 10150
MARINER LDC                                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVE HARRISON NY 10528
MARINER LDC                                           TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
MARINER LDC                                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
MARINER LDC                                           TRANSFEROR: GOLDMAN, SACHS, & CO 500 MAMARONECK AVENUE HARRISON NY 10528
SEA PORT GROUP SECURITIES, LLC                        TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC                        TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SUPER CASPIAN CAYMAN FUND LIMITED                     TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528
SUPER CASPIAN CAYMAN FUND LIMITED                     TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP ATTN: CHRISTOPHER MANZ 500 MAMARONECK AVENUE HARRISON NY 10528
TANNOR PARTNERS CREDIT FUND, LP                       TRANSFEROR: CMG DR. ZORN & PARTNER AG 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601
TOMAS SJODIN FORVALTNING AB                           TRANSFEROR: EFG BANK AB (PUBL) TAKTVAGEN 12 KINNA S-511 58 SWEDEN
TRUE FRIEND 4TH SECURITIZATION SPECIALTY              STEPTOE & JOHNSON LLP 1114 AVENUE OF THE AMERICAS FL 35 NEW YORK NY 10036-7703
CO., LTD.

                                                                                                                             EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:51:25                            LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 02/01/13                                CREDITOR LISTING

Name                                    Address
TRUE FRIEND 4TH SECURITIZATION SPECIALTY ATTN: KYOUNG-JU PARK 27-1 YOIDO-DONG YOUNGDEUNGPO-KU SEOUL  150-745 KOREA
 CO., LTD.
TRUE FRIEND 4TH SECURITIZATION SPECIALTY C/O STEPTOE & JOHNSON LLP ATTN: ROBBIN L. ITKIN, ESQ. & KATHERINE C. PIPER, ESQ. 2121 AVENUE OF THE STARS SUITE 2800
 CO., LTD.                              LOS ANGELES CA 90067
UBS AG                                  TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
VARDE FUND IX LP, THE                   TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                   TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP           TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500
                                        MINNEAPOLIS MN 55437

Total Number of Records Printed        57
```

EPIQ BANKRUPTCY SOLUTIONS, LLC