UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                    :   (Jointly Administered)
                        Debtors.                                :
                                                                    :
-------------------------------------------------------------------x   Ref. Docket Nos. 33909, 33919,
                                                                        33944

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 1, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
7th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   MARINER LDC
              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
              ATTN: SEAN MCCAHILL
              500 MAMARONECK AVENUE
              HARRISON NY 10528

Additional:

Transferee:   MARINER LDC
              C/O CASPIAN CAPITAL LP
              500 MAMERONECK AVENUE
              HARRISON NY 10528

Your transfer of claim #   30305-07   is defective for the reason(s) checked below:

Other                          TRANSFER AMOUNT EXCEEDS DOLLAR AMOUNT WITHIN CURRENT CLAIM

Docket Number 33919            Date 01/15/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 1, 2013.

EXHIBIT B

08-13555-mg    Doc 34479    Filed 02/07/13    Entered 02/07/13 13:34:10    Main Document
Pg 4 of 5

```
TIME: 12:52:23                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE: 1
DATE: 02/01/13                                         CREDITOR LISTING

Name                              Address
CREDIT SUISSE (LUXEMBOURG) S.A.   ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE (LUXEMBOURG) S.A.   CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA ATTN: RICHARD LEVIN 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE (LUXEMBOURG) S.A.   RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
MARINER LDC                       C/O CASPIAN CAPITAL LP 500 MAMERONECK AVENUE HARRISON NY 10528
MARINER LDC                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528
MARINER LDC                       TRANSFEROR: GOLDMAN, SACHS, & CO 500 MAMARONECK AVENUE HARRISON NY 10528
NORDEA BANK S.A.                  ATTN: GOS-CUSTODY DEPT. P.O. BOX 562 RUE DE NEUDORF  L-2015 LUXEMBOURG
SUPER CASPIAN CAYMAN FUND LIMITED C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528

Total Number of Records Printed       8
```

EPIQ BANKRUPTCY SOLUTIONS, LLC