**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Theodore A.B. McCombs hereby requests the withdrawal of his appearance on behalf of Giants Stadium LLC in the above-captioned Chapter 11 proceedings. Bruce E. Clark, Matthew A. Schwartz and Thomas John Wright remain as attorneys of record for Giants Stadium LLC.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       February 7, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By: /s/ _____
Theodore A.B. McCombs
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorney for Giants Stadium LLC*