JAN 24 2013

## §EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Clearstream Banking Luxembourg, 42 Avenue JF Kennedy, L-1855 Luxembourg (Account 62087)** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44585) in the amount of $ USD 50'256.87 (claim amount as filed), respectively USD 31'629.67 (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th day of December 2013.

Luzerner Kantonalbank AG

By: _____

Name of person signing: Peter Felder    / Jörg Gubler
Title of person signing:  Vice President  / Vice President

## SCHEDULE

**Lehman Programs Securities Related to Transferred Portion of Claim:**

USD 50'256.87 (Claim Amount as Filed), respectively USD 31'629.67 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0027121034 | 44585 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | USD 50'256.87 (claim amount as filed) USD 31'629.67 (Allowed Claim Amount) CHF 50'000 (Nominal Amount) |



**ING DiBa**
Die Bank und Du



**ING DiBa**
60628 Frankfurt am Main



Deutsche Post
*FRANKIT* **00,75 EUR**
17.01.13    4D06000E25
Brief
P.P. / PRIORITY

FILED / RECEIVED
JAN 2 2 2013
EPIQ SYSTEMS

1015085076 B026

64.803/1212/2170/0

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
FTR Station, P.O. Box 5076
New York, NY 10150-5076
United States

Bei Fragen stehen wir Ihnen gerne zur Verfügung.

Freundliche Grüsse

Luzerner Kantonalbank

Peter Felder          Jörg Gubler

Beilage.