UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
         **Debtors.**                                              :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket No. 33411, 33493-
                                                                       33511, 33753, 33833, 33839, 33938,
                                                                       33969, 33980, 33983, 34072, 34073,
                                                                       34077, 34099-34101, 34365, 34366,
                                                                       34368-34371, 34374, 34381, 34382,
                                                                       34384-34390, 34392

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
7th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

            Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 62743-07 in the above referenced case and in the amount of
    $84,291,735.40   allowed at $84,029,591.47     has been transferred **(unless previously expunged by court order)**

```
BARCLAYS BANK PLC                          BARCLAYS BANK PLC
TRANSFEROR: ALSTON INVESTMENTS LLC         ATTN: ANTHONY VITIELLO
ATTN: DANIEL MIRANDA                       745 SEVENTH AVENUE, 2ND FLOOR
745 SEVENTH AVENUE, 2ND FLOOR              NEW YORK NY 10019
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34386     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/04/2013                           Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 4, 2013.

# EXHIBIT B

```
TIME: 15:55:34                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 02/04/13                                           CREDITOR LISTING

Name                                              Address
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
BANCA MONTE PARMA S.P.A.                          ATTN: MR. ANDREA MOSCONI P LE JACOPO SANVITALE, 1 PARMA PR 43121 ITALY
BANK JULIUS BAER & CO. LTD                        TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 8010- ZURICH SWITZERLAND
BANQUE CANTONALE NEUCHATELOISE                    TRANSFEROR: UBS AG AV. DE LA GARE 12 CH-2013 COLOMBIER SWITZERLAND
BANQUE PIGUET & CIE S.A.                          ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                                  YVERDON CH-1400 SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BAUPOST GROUP SECURITIES, L.L.C                   TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: PHILIP WELLS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BERNER KANTONALBANK AG                            TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH CH 3001 BERN SWITZERLAND
BERNER KANTONALBANK AG                            TRANSFEROR: CREDIT SUISSE ATTN: SAMUEL STUCKI POSTFACH CH-3001 BERN SWITZERLAND
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTL FUND C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET
                                                  NEW YORK NY 10022
CAN ANSAY                                         TRANSFEROR: FROHLICH, REINHOLD HARTUNGSTRASSE 14 HARNBURG 20146 GERMANY
CAN ANSAY                                         TRANSFEROR: LALA, CHRISTEL HARTUNGSTRASSE 14 HAMBURG 20146 GERMANY
CAN ANSAY                                         TRANSFEROR: VAN DER MEE, HANS-GERD HARTUNGSTRASSE 14 HARNBURG 20146 GERMANY
CASSA DI RISPARMIO DEL VENETO SPA                 LEGAL DEPARTMENT CORSO GARIBALDI 22/26 PADOVA 35122 ITALY
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                     CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE (GUERNSEY) LIMITED                  TRANSFEROR: CREDIT SUISSE ATTN: STEPHANIE TUMBIOLO C/O CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                              ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO SPA                              ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CVF LUX FINCO, LLC                                ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
CVF LUX FINCO, LLC                                CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
CVF LUX FINCO, LLC                                TRANSFEROR: CVF LUX MASTER SARL C/O CAR VAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD. HOPKINS MN 55343
CVF LUX SECURITIES TRADING S.A.R.L.               CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK N 10010
CVF LUX SECURITIES TRADING S.A.R.L.               CREDIT SUISSE ATTN: WILLIAM DOYLE 11 MADISON AVENUE NEW YORK NY 10010
CVF LUX SECURITIES TRADING S.A.R.L.               TRANSFEROR: CVF LUX FINCO, LLC C/O CARVAL INVESTORS LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DAVIDSON KEMPNER DISTRESSED                       TRANSFEROR: BARCLAYS BANK PLC 66 EAST 55TH STREET, 19TH FL NEW YORK NY 10022
OPPORTUNITIES INTERNATIONAL FUND
ELLIOTT ASSOCIATES,L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                        TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FROHLICH, REINHOLD                                MUHLTHALERSTR. 71 MUNCHEN 81475 GERMANY
HSBC PRIVATE BANK SUISSE SA                       ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND
ILLIQUIDX LLP                                     TRANSFEROR: BANCA MONTE PARMA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CASSA DI RISPARMIO DEL VENETO SPA ATTN: GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.            TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
                                                  REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LALA, CHRISTEL                                    LIPPESSTR. 2 DUISBURG D-47051 GERMANY
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MAUFF, URSULA                                     AMSELWEG 10 ARNSBERG 59759 GERMANY

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 15:55:34                              LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 02/04/13                                    CREDITOR LISTING

Name                          Address
NEWFINANCE ALDEN SPV          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: FCDB LBU 2009 LLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE 885 THIRD AVE 34TH FL NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: MERRILL LYNCH INTERNATIONAL CHRIS SCHOFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: METHOD INVESTMENTS & ADVISORY ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: MORGAN STANLEY & CO. LLC ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
NEWFINANCE ALDEN SPV          TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
RAHN BODMER CO                TRANSFEROR: CREDIT SUISSE ATTN: ENRICO NUSSIO TALSTRASSE 15, POSTFACH 8022 ZURICH SWITZERLAND
ROYAL BANK OF SCOTLAND, PLC, THE  TRANSFEROR: STONE LION PORTFOLIO LP ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS RECOVERY FUND OFFSHORE MASTER LP  TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS REVOVERY FUND OFFSHORE MASTER LP  TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: MAUFF, URSULA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
UBS AG                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
UBS AG                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
VAN DER MEE, HANS-GERD        AM ROTT 12 KERPEN 50171 GERMANY
YEHUDA, URI BEN               TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 10 HENHAWK ROAD GREAT NECK NY 11024


Total Number of Records Printed        76
```