UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :    (Jointly Administered)
         Debtors.                                   :
                                                    :
-------------------------------------------------------------------x    Ref. Docket No. 33609, 33610,
                                                         33747, 33748, 33750, 33893, 33902,
                                                         33915, 33918, 33920, 33921, 33934,
                                                         33960, 33961, 33982, 33995, 34007,
                                                         34010, 34015, 34016, 34018, 34020,
                                                         34021, 34025, 34026, 34049, 34057,
                                                         34058-34062, 34069, 34070, 34082,
                                                         34084, 34156, 34208-34210, 34226,
                                                         34231, 34236, 34237, 34242, 34243,
                                                         34247, 34249, 34254-34257, 34280,
                                                         34281, 34286, 34287, 34395, 34396

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
7th day of February, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019

Please note that your claim # 62743-08 in the above referenced case and in the amount of
       $21,366,000.00   allowed at $21,369,572.08       has been transferred (**unless previously expunged by court order**)

      MACQUARIE BANK LIMITED
      TRANSFEROR: ALSTON INVESTMENTS LLC
      C/O MACQUARIE HOLDINGS (USA) INC.
      ATTN: FICC CREDIT SALES AND TRADING
      125 WEST 55TH STREET
      NEW YORK NY

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33609       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/05/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 5, 2013.

# EXHIBIT B

```
TIME: 12:14:51                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 02/05/13                                               CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BAIER, FRANK | BEGONIENWEG 19 REISKIRCHEN 35447 GERMANY |
| BANCA FIDEURAM SPA | PIAZZALE GIULIO DOUHET, 31 ROMA 00163 ITALY |
| BANCA INTERMOBILIARE S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: DAMILANO VIA GRAMSCI, 7 TURIN 10121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE 745 SEVENTH AVENUE ATTN: DANIEL MIRANDA NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 734 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BIEMOND-VAN KAMPEN, JACOMINA M. | BONDEWIJNLAAN 20 DRONTEN 8251 RT NETHERLANDS |
| BLUME, HANS GEORG | FINKENWEG 7 LINDEN 35440 GERMANY |
| BNP PARIBAS | ATTN: KATHRYN QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS SECURITIES CORP | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S ATTANASIOM ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION FUND, LP | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CHAN SHU, LEUNG | G/F BLOCK B ALEXANDRA INDUSTRIAL BUILDING 1064-1066 TUNG CHAU WEST STREET CHEUNG SHA WAN, KLN HONG KONG |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA FIDEURAM SPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY |
| DEIBEL, ROGER | HAUFFSTR. 22 GIESSEN 35398 GERMANY |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FISCHER, RAINER | HERDERSTR 16 POHLHEIM 35415 GERMANY |
| GITZ, H | P.B. 138 HARDERWIJK 3840 AC NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 12:14:51                                        LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 02/05/13                                              CREDITOR LISTING

Name                                                  Address
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                      30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: CANYON VALUE REALIZATION FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                    TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
HESS, MANFRED                                         PFISTERNGASSE 15 P.O. BOX 1207 BURGDORF  CH-3401 SWITZERLAND
HU HUANGRONG                                          ROOM 301 32 GAO TANG YI CHEN NINGBO 315000 CHINA
ICCREA BANCA S.P.A.                                   ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                                   ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA  00178 ITALY
ILLIQUIDX LLP                                         TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                         TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                         TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO SPA                                   ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO  20121 ITALY
J.J.M. PETERSE HOLDING B.V.                           PARK KLINKENBERG 15 WARMOND  2361WR NETHERLANDS
LIQUIDITY SOLUTIONS, INC.                             TRANSFEROR: HESS, MANFRED ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                             TRANSFEROR: LORETAN, ARNOLD ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LORETAN, ARNOLD                                       HOTEL ASTORIA LEUKERBAD  CH-3954 SWITZERLAND
MACQUARIE BANK LIMITED                                TRANSFEROR: ALSTON INVESTMENTS, LLC C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET
                                                      NEW YORK NY
MACQUARIE BANK LIMITED                                TRANSFEROR: ASHTON INVESTMENTS, LLC C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET
                                                      NEW YORK NY 10019
MOHR, WILMA                                           IM STEINGARTEN 16 STAUFENBERG  35460 GERMANY
MUELLER, ROSEMARIE                                    GOENSER STR. 55 BUTZBACH  35510 GERMANY
PLIEGER, J.P.                                         KERKSTRAAT 19 AA ROSSUM  5328 NETHERLANDS
PLIEGER, J.P.                                         KERKSTRAAT 19 ROSSUM  5328 AA NETHERLANDS
QUANTUM PARTNERS LP                                   TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
REID STREET RETIREMENT GLOBAL BOND FUND               C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON  EC4Y ODZ UNITED KINGDOM
REID STREET RETIREMENT GLOBAL BOND FUND               DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333
ROSS, RONALD                                          ALICENSTR. 31 35390 GIESSEN  GERMANY
SOLUS CORE OPPORTUNITIES LP                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANATEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                      410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPARKASSE GIESSEN                                     TRANSFEROR: BAIER, FRANK ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GISSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: BLUME, HANS GEORG ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: DEIBEL, ROGER ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: FISCHER, RAINER ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: MOHR, WILMA ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: MUELLER, ROSEMARIE ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: ROSS, RONALD ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
SPARKASSE GIESSEN                                     TRANSFEROR: ULLMANN, KLAUS ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN  35390 GERMANY
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: CHAN SHU, LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STANDARD CHARTERED BANK (HONG KONG) LTD.              TRANSFEROR: HU HUANGRONG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: BIEMOND-VAN KAMPEN, JACOMINA M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: GITZ, H ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: J.J.M. PETERSE HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: PLIEGER, J.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION                  TRANSFEROR: WILDRICK BEHEER B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TURNPIKE LIMITED                                      TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE NEW YORK NY 10022
ULLMANN, KLAUS                                        GRAUDORNSTR. 2 35463 FERNWALD  GERMANY
UNIONE DI BANCHE ITALIANE SCPA                        ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO  24121 ITALY
UNIONE DI BANCHE ITALIANE SCPA                        ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO  20121 ITALY

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:14:51                             LEHMAN BROTHERS HOLDING INC.                                        PAGE:   3
DATE: 02/05/13                                  CREDITOR LISTING

Name                              Address
VARDE FUND IX LP, THE             TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE             TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND VI-A LP, THE           TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE     TRANSFEROR: SEA PORT GROUP SECURITIES, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD, STE 1500 MINNEAPOLIS MN 55437
VARDE FUND X (MASTER) LP, THE     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS (OFFSHORE)
  MASTER LP                       TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WILDRICK BEHEER B.V.              TIVOLISTRAAT 62 17 TILBURG  5017 HR NETHERLANDS
YORVIK PARTNERS LLP               TRANSFEROR: REID STREET RETIREMENT GLOBAL BOND FUND ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     107
```