UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
------------------------------------------------------------x    Ref Docket No. 33676
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 7, 2013, I caused to be served the "Notice of Motion of Plan Administrator for Orders in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated January 7, 2013, to which was attached the "Motion of Plan Administrator for Orders in Aid of Execution of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors," dated January 7, 2013 [Docket No. 33676], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
9th day of January, 2013
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in the County of Bronx
Commission Expires September 24, 2013

# EXHIBIT A

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | bankruptcymatters@us.nomura.com |
| aalfonso@willkie.com | barbra.parlin@hklaw.com |
| abeaumont@fklaw.com | bbisignani@postschell.com |
| abraunstein@riemerlaw.com | bcarlson@co.sanmateo.ca.us |
| acaton@kramerlevin.com | bdk@schlamstone.com |
| acker@chapman.com | bguiney@pbwt.com |
| adam.brezine@hro.com | bkmail@prommis.com |
| adarwin@nixonpeabody.com | bmanne@tuckerlaw.com |
| adiamond@diamondmccarthy.com | bmiller@mofo.com |
| aeckstein@blankrome.com | boneill@kramerlevin.com |
| aentwistle@entwistle-law.com | brian.corey@greentreecreditsolutions.com |
| afriedman@irell.com | brosenblum@jonesday.com |
| agbanknewyork@ag.tn.gov | broy@rltlawfirm.com |
| aglenn@kasowitz.com | bruce.wright@sutherland.com |
| agold@herrick.com | bstrickland@wtplaw.com |
| agoldstein@tnsj-law.com | btrust@mayerbrown.com |
| ahandler@moundcotton.com | bturk@tishmanspeyer.com |
| aisenberg@saul.com | bwolfe@sheppardmullin.com |
| akantesaria@oppenheimerfunds.com | cahn@clm.com |
| akolod@mosessinger.com | calbert@reitlerlaw.com |
| alum@ftportfolios.com | canelas@pursuitpartners.com |
| amarder@msek.com | carol.weinerlevy@bingham.com |
| amartin@sheppardmullin.com | cbelisle@wfw.com |
| amcmullen@boultcummings.com | cbelmonte@ssbb.com |
| amenard@tishmanspeyer.com | cbrotstein@bm.net |
| andrew.brozman@cliffordchance.com | cdesiderio@nixonpeabody.com |
| andrew.lourie@kobrekim.com | cgoldstein@stcwlaw.com |
| angelich.george@arentfox.com | chad.husnick@kirkland.com; |
| ann.reynaud@shell.com | chammerman@paulweiss.com |
| anthony_boccanfuso@aporter.com | charles@filardi-law.com |
| aoberry@bermanesq.com | charles_malloy@aporter.com |
| aostrow@beckerglynn.com | chipford@parkerpoe.com |
| apo@stevenslee.com | chris.donoho@lovells.com |
| aquale@sidley.com | christopher.greco@kirkland.com |
| arahl@reedsmith.com | christopher.schueller@bipc.com |
| arheaume@riemerlaw.com | clarkb@sullcrom.com |
| arlbank@pbfcm.com | clynch@reedsmith.com |
| arosenblatt@chadbourne.com | cmontgomery@salans.com |
| arthur.rosenberg@hklaw.com | cohen@sewkis.com |
| arwolf@wlrk.com | contact@lawofficesjje.com |
| aseuffert@lawpost-nyc.com | cp@stevenslee.com |
| ashmead@sewkis.com | cpappas@dilworthlaw.com |
| asnow@ssbb.com | craig.goldblatt@wilmerhale.com |
| aunger@sidley.com | crmomjian@attorneygeneral.gov |
| austin.bankruptcy@publicans.com | cs@stevenslee.com |
| avenes@whitecase.com | csalomon@beckerglynn.com |
| azylberberg@whitecase.com | cschreiber@winston.com |
| bankr@zuckerman.com | cshore@whitecase.com |
| bankruptcy@goodwin.com | cshulman@sheppardmullin.com |
| bankruptcy@morrisoncohen.com | ctatelbaum@adorno.com |
| bankruptcy@ntexas-attorneys.com | cwalsh@mayerbrown.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| cward@polsinelli.com | dtheising@harrisonmoberly.com |
| cweber@ebg-law.com | dwdykhouse@pbwt.com |
| cweiss@ingramllp.com | dwildes@stroock.com |
| dallas.bankruptcy@publicans.com | dworkman@bakerlaw.com |
| dave.davis@isgria.com | easmith@venable.com |
| david.bennett@tklaw.com | echang@steinlubin.com |
| david.heller@lw.com | ecohen@russell.com |
| david.powlen@btlaw.com | efleck@milbank.com |
| david.seligman@kirkland.com | efriedman@fklaw.com |
| davids@blbglaw.com | efriedman@friedumspring.com |
| davidwheeler@mvalaw.com | eglas@mccarter.com |
| dbalog@intersil.com | ekbergc@lanepowell.com |
| dbarber@bsblawyers.com | eleicht@whitecase.com |
| dbaumstein@whitecase.com | eli.mattioli@klgates.com |
| dbesikof@loeb.com | ellen.halstead@cwt.com |
| dcimo@gjb-law.com | emerberg@mayerbrown.com |
| dcoffino@cov.com | enkaplan@kaplanlandau.com |
| dcrapo@gibbonslaw.com | eobrien@sbchlaw.com |
| ddavis@paulweiss.com | erin.mautner@bingham.com |
| ddrebsky@nixonpeabody.com | eschwartz@contrariancapital.com |
| ddunne@milbank.com | etillinghast@sheppardmullin.com |
| deggermann@kramerlevin.com | ezujkowski@emmetmarvin.com |
| deggert@freebornpeters.com | ezweig@optonline.net |
| demetra.liggins@tklaw.com | fbp@ppgms.com |
| dfelder@orrick.com | ffm@bostonbusinesslaw.com |
| dflanigan@polsinelli.com | fhyman@mayerbrown.com |
| dgrimes@reedsmith.com | foont@foontlaw.com |
| dhayes@mcguirewoods.com | fsosnick@shearman.com |
| dheffer@foley.com | fyates@sonnenschein.com |
| diconzam@gtlaw.com | gabriel.delvirginia@verizon.net |
| djoseph@stradley.com | gbray@milbank.com |
| dkleiner@velaw.com | ggitomer@mkbattorneys.com |
| dkozusko@willkie.com | ggoodman@foley.com |
| dlemay@chadbourne.com | giddens@hugheshubbard.com |
| dlipke@vedderprice.com | gkaden@goulstonstorrs.com |
| dludman@brownconnery.com | glenn.siegel@dechert.com |
| dmcguire@winston.com | gmoss@riemerlaw.com |
| dmurray@jenner.com | gravert@ravertpllc.com |
| dneier@winston.com | gspilsbury@jsslaw.com |
| dodonnell@milbank.com | harrisjm@michigan.gov |
| dove.michelle@dorsey.com | harveystrickon@paulhastings.com |
| dpegno@dpklaw.com | hbeltzer@mayerbrown.com |
| draelson@fisherbrothers.com | heim.steve@dorsey.com |
| dravin@wolffsamson.com | heiser@chapman.com |
| drose@pryorcashman.com | hollace.cohen@troutmansanders.com |
| drosenzweig@fulbright.com | holsen@stroock.com |
| drosner@goulstonstorrs.com | howard.hawkins@cwt.com |
| dshaffer@wtplaw.com | hseife@chadbourne.com |
| dshemano@peitzmanweg.com | hsnovikoff@wlrk.com |
| dspelfogel@foley.com | hsteel@brownrudnick.com |
| dtatge@ebglaw.com | ian.roberts@bakerbotts.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| icatto@mwe.com | jjoyce@dresslerpeters.com |
| igoldstein@proskauer.com | jjtancredi@daypitney.com |
| ilevee@lowenstein.com | jjureller@klestadt.com |
| ira.greene@hoganlovells.com | jkehoe@btkmc.com |
| israel.dahan@cwt.com | jlamar@maynardcooper.com |
| iva.uroic@dechert.com | jlawlor@wmd-law.com |
| jacobsonn@sec.gov | jlee@foley.com |
| james.heaney@lawdeb.com | jlevitin@cahill.com |
| james.mcclammy@dpw.com | jlipson@crockerkuno.com |
| james.sprayregen@kirkland.com | jlovi@steptoe.com |
| jamestecce@quinnemanuel.com | jlscott@reedsmith.com |
| jamie.nelson@dubaiic.com | jmaddock@mcguirewoods.com |
| jar@outtengolden.com | jmakower@tnsj-law.com |
| jason.jurgens@cwt.com | jmazermarino@msek.com |
| jay.hurst@oag.state.tx.us | jmcginley@wilmingtontrust.com |
| jay@kleinsolomon.com | jmelko@gardere.com |
| jbecker@wilmingtontrust.com | jmerva@fult.com |
| jbeemer@entwistle-law.com | jmmurphy@stradley.com |
| jbeiers@co.sanmateo.ca.us | jmr@msf-law.com |
| jbird@polsinelli.com | jnadritch@olshanlaw.com |
| jbromley@cgsh.com | jnm@mccallaraymer.com |
| jcarberry@cl-law.com | john.monaghan@hklaw.com |
| jchristian@tobinlaw.com | john.rapisardi@cwt.com |
| jchubak@proskauer.com | jonathan.henes@kirkland.com |
| jdoran@haslaw.com | jorbach@hahnhessen.com |
| jdrucker@coleschotz.com | joseph.cordaro@usdoj.gov |
| jdwarner@warnerandscheuerman.com | joseph.serino@kirkland.com; |
| jdyas@halperinlaw.net | joshua.dorchak@bingham.com |
| jean-david.barnea@usdoj.gov | jowen769@yahoo.com |
| jeanites@whiteandwilliams.com | jowolf@law.nyc.gov |
| jeannette.boot@wilmerhale.com | joy.mathias@dubaiic.com |
| jeff.wittig@coair.com | jpintarelli@mofo.com |
| jeffery.black@bingham.com | jporter@entwistle-law.com |
| jeffrey.sabin@bingham.com | jprol@lowenstein.com |
| jeldredge@velaw.com | jrabinowitz@rltlawfirm.com |
| jen.premisler@cliffordchance.com | jrsmith@hunton.com |
| jennifer.demarco@cliffordchance.com | jschiller@bsfllp.com |
| jennifer.gore@shell.com | jschwartz@hahnhessen.com |
| jeremy.eiden@ag.state.mn.us | jsheerin@mcguirewoods.com |
| jfalgowski@reedsmith.com | jsherman@bsfllp.com |
| jflaxer@golenbock.com | jshickich@riddellwilliams.com |
| jfox@joefoxlaw.com | jsmairo@pbnlaw.com |
| jfreeberg@wfw.com | jstoll@mayerbrown.com |
| jg5786@att.com | jsullivan@mosessinger.com |
| jgenovese@gjb-law.com | jtimko@shutts.com |
| jguy@orrick.com | jtorf@schiffhardin.com |
| jherzog@gklaw.com | judy.morse@crowedunlevy.com |
| jhiggins@fdlaw.com | jvail@ssrl.com |
| jhorgan@phxa.com | jwallack@goulstonstorrs.com |
| jhuggett@margolisedelstein.com | jwang@sipc.org |
| jim@atkinslawfirm.com | jwcohen@daypitney.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

| | |
|---|---|
| jweiss@gibsondunn.com | lschweitzer@cgsh.com |
| jwest@velaw.com | lubell@hugheshubbard.com |
| jwh@njlawfirm.com | lwhidden@salans.com |
| kanema@formanlaw.com | mabrams@willkie.com |
| karen.wagner@dpw.com | maofiling@cgsh.com |
| karl.geercken@alston.com | marc.chait@sc.com |
| kdwbankruptcydepartment@kelleydrye.com | margolin@hugheshubbard.com |
| keckhardt@hunton.com | mark.bane@ropesgray.com |
| keith.simon@lw.com | mark.deveno@bingham.com |
| ken.coleman@allenovery.com | mark.ellenberg@cwt.com |
| ken.higman@hp.com | mark.ellenberg@cwt.com |
| kerry.moynihan@hro.com | mark.hellerer@pillsburylaw.com |
| kgwynne@reedsmith.com | mark.sherrill@sutherland.com |
| kiplok@hugheshubbard.com | marvin.clements@ag.tn.gov |
| kkelly@ebglaw.com | matt@willaw.com |
| kkolbig@mosessinger.com | matthew.klepper@dlapiper.com |
| klyman@irell.com | maustin@orrick.com |
| klynch@formanlaw.com | max.polonsky@skadden.com |
| kmayer@mccarter.com | mbenner@tishmanspeyer.com |
| kobak@hugheshubbard.com | mberman@nixonpeabody.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kpiper@steptoe.com | mbloemsma@mhjur.com |
| kressk@pepperlaw.com | mbossi@thompsoncoburn.com |
| kreynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcantor@normandyhill.com |
| kuehn@bragarwexler.com | mccombst@sullcrom.com |
| kurt.mayr@bgllp.com | mcordone@stradley.com |
| lacyr@sullcrom.com | mcto@debevoise.com |
| landon@streusandlandon.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lathompson@co.sanmateo.ca.us | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lgotko@fklaw.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| linda.boyle@twtelecom.com | mh1@mccallaraymer.com |
| lisa.ewart@wilmerhale.com | mhopkins@cov.com |
| lisa.kraidin@allenovery.com | michael.frege@cms-hs.com |
| ljkotler@duanemorris.com | michael.kelly@monarchlp.com |
| lkatz@ltblaw.com | michael.kim@kobrekim.com |
| lkiss@klestadt.com | michael.mccrory@btlaw.com |
| lmarinuzzi@mofo.com | millee12@nationwide.com |
| lmay@coleschotz.com | miller@taftlaw.com |
| lmcgowen@orrick.com | mimi.m.wong@irscounsel.treas.gov |
| lml@ppgms.com | mitchell.ayer@tklaw.com |
| lnashelsky@mofo.com | mjedelman@vedderprice.com |
| loizides@loizides.com | mjr1@westchestergov.com |
| lromansic@steptoe.com | mkjaer@winston.com |
| lscarcella@farrellfritz.com | mlahaie@akingump.com |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| mlandman@lcbf.com | phayden@mcguirewoods.com |
| mlichtenstein@crowell.com | philip.wells@ropesgray.com |
| mlynch2@travelers.com | pmaxcy@sonnenschein.com |
| mmendez@hunton.com | ppascuzzi@ffwplaw.com |
| mmooney@deilylawfirm.com | ppatterson@stradley.com |
| mmorreale@us.mufg.jp | psp@njlawfirm.com |
| mneier@ibolaw.com | ptrain-gutierrez@kaplanlandau.com |
| monica.lawless@brookfieldproperties.com | ptrostle@jenner.com |
| mpage@kelleydrye.com | r.stahl@stahlzelloe.com |
| mparry@mosessinger.com | raj.madan@bingham.com |
| mpomerantz@julienandschlesinger.com | ramona.neal@hp.com |
| mprimoff@kayescholer.com | rbeacher@pryorcashman.com |
| mpucillo@bermanesq.com | rbernard@foley.com |
| mrosenthal@gibsondunn.com | rbyman@jenner.com |
| mruetzel@whitecase.com | rdaversa@orrick.com |
| mschimel@sju.edu | relgidely@gjb-law.com |
| mschlesinger@julienandschlesinger.com | rflanagan@flanassoc.com |
| msegarra@mayerbrown.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| msiegel@brownrudnick.com | rfriedman@silvermanacampora.com |
| msolow@kayescholer.com | rgmason@wlrk.com |
| mspeiser@stroock.com | rgoodman@moundcotton.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| mvenditto@reedsmith.com | rhett.campbell@tklaw.com |
| mwarner@coleschotz.com | richard.fingard@newedge.com |
| mwarren@mtb.com | richard.lear@hklaw.com |
| nathan.spatz@pillsburylaw.com | richard.levy@lw.com |
| ncoco@mwe.com | richard.tisdale@friedfrank.com |
| neal.mann@oag.state.ny.us | richard@rwmaplc.com |
| ned.schodek@shearman.com | ritkin@steptoe.com |
| neilberger@teamtogut.com | rjones@boultcummings.com |
| newyork@sec.gov | rleek@hodgsonruss.com |
| nherman@morganlewis.com | rlevin@cravath.com |
| nickolas.karavolas@pillsburylaw.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.bailey@bnymellon.com |
| notice@bkcylaw.com | robert.dombroff@bingham.com |
| oipress@travelers.com | robert.henoch@kobrekim.com |
| otccorpactions@finra.org | robert.malone@dbr.com |
| paronzon@milbank.com | robert.yalen@usdoj.gov |
| patrick.oh@freshfields.com | robin.keller@lovells.com |
| paul.turner@sutherland.com | roger@rnagioff.com |
| pbattista@gjb-law.com | ronald.silverman@bingham.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rrainer@wmd-law.com |
| peisenberg@lockelord.com | rreid@sheppardmullin.com |
| peter.gilhuly@lw.com | rroupinian@outtengolden.com |
| peter.macdonald@wilmerhale.com | rrussell@andrewskurth.com |
| peter.simmons@friedfrank.com | rterenzi@stcwlaw.com |
| peter@bankrupt.com | russj4478@aol.com |
| pfeldman@oshr.com | rwasserman@cftc.gov |

# LEHMAN BROTHERS HOLDINGS INC.
EMAIL SERVICE LIST

| | |
|---|---|
| rwyron@orrick.com | steve.ginther@dor.mo.gov |
| s.minehan@aozorabank.co.jp | steven.troyer@commerzbank.com |
| sabin.willett@bingham.com | steven.usdin@flastergreenberg.com |
| sabramowitz@velaw.com | steven.wilamowsky@bingham.com |
| sabvanrooy@hotmail.com | steven@blbglaw.com |
| sally.henry@skadden.com | streusand@streusandlandon.com |
| samuel.cavior@pillsburylaw.com | susheelkirpalani@quinnemanuel.com |
| sandyscafaria@eaton.com | sweyl@haslaw.com |
| sara.tapinekis@cliffordchance.com | swolowitz@mayerbrown.com |
| scargill@lowenstein.com | szuch@wiggin.com |
| schannej@pepperlaw.com | tannweiler@greerherz.com |
| schepis@pursuitpartners.com | tarbit@cftc.gov |
| schnabel.eric@dorsey.com | tbrock@ssbb.com |
| schristianson@buchalter.com | tdewey@dpklaw.com |
| schwartzmatthew@sullcrom.com | tduffy@andersonkill.com |
| scott.golden@hoganlovells.com | tgoren@mofo.com |
| scottshelley@quinnemanuel.com | thaler@thalergertler.com |
| scousins@armstrongteasdale.com | thomas.califano@dlapiper.com |
| sdnyecf@dor.mo.gov | thomas_noguerola@calpers.ca.gov |
| seba.kurian@invesco.com | tim.desieno@bingham.com |
| sehlers@armstrongteasdale.com | timothy.brink@dlapiper.com |
| seichel@crowell.com | timothy.palmer@bipc.com |
| sfelderstein@ffwplaw.com | tjfreedman@pbnlaw.com |
| sfineman@lchb.com | tkiriakos@mayerbrown.com |
| sfox@mcguirewoods.com | tlauria@whitecase.com |
| sgordon@cahill.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmarrion@haslaw.com |
| shannon.nagle@friedfrank.com | tnixon@gklaw.com |
| sharbeck@sipc.org | toby.r.rosenberg@irscounsel.treas.gov |
| shari.leventhal@ny.frb.org | tomwelsh@orrick.com |
| shgross5@yahoo.com | tslome@msek.com |
| sidorsky@butzel.com | ttracy@crockerkuno.com |
| slerman@ebglaw.com | tunrad@burnslev.com |
| slerner@ssd.com | twheeler@lowenstein.com |
| slevine@brownrudnick.com | ukreppel@whitecase.com |
| sloden@diamondmccarthy.com | villa@streusandlandon.com |
| smayerson@ssd.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | walter.stuart@freshfields.com |
| snewman@katskykorins.com | wanda.goodloe@cbre.com |
| sory@fdlaw.com | wballaine@lcbf.com |
| spiotto@chapman.com | wbenzija@halperinlaw.net |
| splatzer@platzerlaw.com | wchen@tnsj-law.com |
| sree@lcbf.com | wcurchack@loeb.com |
| sschultz@akingump.com | wdase@fzwz.com |
| sselbst@herrick.com | wfoster@milbank.com |
| sshimshak@paulweiss.com | will.sugden@alston.com |
| sskelly@teamtogut.com | william.m.goldman@dlapiper.com |
| sstarr@starrandstarr.com | wiltenburg@hugheshubbard.com |
| steele@lowenstein.com | wisotska@pepperlaw.com |
| stephen.cowan@dlapiper.com | wk@pwlawyers.com |

**LEHMAN BROTHERS HOLDINGS INC.**
EMAIL SERVICE LIST

wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574