UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                           :

In re                                 :         Chapter 11 Case No.
                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                           :         (Jointly Administered)

                        Debtors.         :

                                           :

---------------------------------------------------------------------x     Ref. Docket Nos. 33569, 34134,
                                                        34135

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
7th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    BANCA CARIM-CASSA DI RISPARMIO DI RIMINI S.P.A.
               ATTN: MR. VINCENZO TORTORICI
               PIAZZA FERRARI, 15
               RIMINI 47921 ITALY


Additional:




Transferee:    CREDITO EMILIANO SPA
               ATTN: EFFISIO BERTRAND
               VIA EMILIA SAN PIETRO, N.4
               REGGIO EMILIA 42121 ITALY


**Your transfer   of claim #   56524   is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match




Docket Number 33569            Date 01/03/13

/s/ Lauren Rodriguez
-------------------------
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 5, 2013.

# EXHIBIT B

TIME: 11:39:38
DATE: 02/05/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|---|---|
| ADM MACULUS FUND II L.P., THE | ATTN: CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GDN RD CENTRAL HONG KONG |
| ADM MACULUS FUND III L.P., THE | ATTN: CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GARDEN CENTRAL HONG KONG |
| BANCA CARIM-CASSA DI RISPARMIO DI RIMINI S.P.A. | ATTN: MR. VINCENZO TORTORICI PIAZZA FERRARI, 15 RIMINI 47921 ITALY |
| CREDITO EMILIANO SPA | ATTN: EFFISIO BERTRAND VIA EMILIA SAN PIETRO, N.4 REGGIO EMILIA 42121 ITALY |
| JATRALEE CAPITAL LLC | C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JATRALEE CAPITAL LLC | C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

Total Number of Records Printed       6

EPIQ BANKRUPTCY SOLUTIONS, LLC