WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                            :
                  Debtors.                  :    (Jointly Administered)
                                            :
---------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF DEBTORS'**
**THREE HUNDRED SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS**
**(INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the Three Hundred Seventy-Third Omnibus Objection to Claims (Insufficient Documentation Claims) **solely as to the claims listed on Exhibit A attached hereto.** The Plan Administrator reserves its rights to object to the claim listed on Exhibit A on any grounds in the future.

Dated: February 7, 2013
      New York, New York

                           /s/ Robert J. Lemons
                            Robert J. Lemons

                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of its Affiliates

## Exhibit A

## Adjourned Claims:

| Claimant | Claim nos. |
|---|---|
| Thomson Reuters Corporation for itself and Certain of its Affiliates. | 32003 |