UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbers 33431, 33433, 33434, 33435, 33436, 33437, 33438, 33439, 33440, 33441, 33442, 33443, 33449, 33450, 33451, 33452, 33453, 33454, 33455, and 66058 against Lehman Brothers Holdings Inc. and certain of its debtor affiliates by Turnberry Leveraged Credit Master, LP[1] (the "Claimant"), each in an unliquidated amount (the "Claims").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The undersigned represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

---

[1] Claim number 33451 was incorrectly filed on behalf of Turnberry Leveraged Capital LP and claim numbers 33431, 33433, 33434, 33435, 33436, 33437, 33438, 33439, 33440, 33441, 33442, 33443, 33449, 33450, 33452, 33453, 33454, and 33455 were incorrectly filed on behalf of Turnberry Leveraged Capital Master LP. Turnberry Leveraged Credit Master LP is the rightful holder of these claims, as indicated by the addenda to the proofs of claim for all above referenced Claims.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoenas served upon the Claimant on December 5, 2012, the issuances of which were noticed in filings with the Court on December 7, 2012.

Dated: February 7, 2013
New York, New York

_____
John R. Ashmead
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Turnberry Leveraged Credit Master, L.P.*

Dated: February 7, 2013
New York, New York

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*