WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                        :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x

**ELEVENTH NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

        1.        On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973]. The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2.       Pursuant to the Confirmation Order, the hearing on the Debtors'
proposed assumption of certain executory contracts and unexpired leases set forth on
Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such
other date as may be scheduled by the Debtors, with leave from the Court, with at least
30 days notice to the relevant counterparty, or as otherwise agreed.

3.       On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May
31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012, and
December 4, 2012, the Debtors filed notices of withdrawal of their application to assume
certain executory contracts or to defer indefinitely the hearing on their application to
assume certain executory contracts (the "Notices of Withdrawal or Deferral").

4.       Subsequent to the filing of the Notices of Withdrawal or Deferral,
the Debtors have reached agreements with certain additional parties with respect to their
objections to the Debtors' application to assume executory contracts and unexpired
leases.

5.       The Debtors hereby withdraw their application to assume the
executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6.       The Debtors reserve their rights to withdraw in the future their
application to assume additional executory contracts and unexpired leases set forth on

US_ACTIVE:\44168061\6\58399.0011

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed

on Schedule 1 or 2 to the Confirmation Order.

Dated: February 8, 2013
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**EXHIBIT A**

**AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND
ORDERS PERTAINING THERETO**

1.  Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2.  Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3.  Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4.  Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5.  Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6.  Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7.  Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8.  Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9.  Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contacts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

US_ACTIVE:\44168061\6\58399.0011

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

US_ACTIVE:\44168061\6\58399.0011

**EXHIBIT B**

**WITHDRAWN CONTRACTS**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| THE FREDERICK FERRIS THOMPSON HOSPITAL (LISTED AS F.F. THOMPSON HEALTH SYSTEM) | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of August 14, 2003 | 350 Parrish Street Canandaigua, NY , 14424 Attn: Chief Financial Officer |
| | | | David M. Capriotti, Esq. Harris Beach PLLC One Park Place, 4th Floor 300 South State Street Syracuse, New York 13202 |
| GUAM POWER AUTHORITY | LEHMAN BROTHERS SPECIAL FINANCING INC. | Bond Reserve Fund Forward Delivery Agreement, dated as of September 28, 2000 | 1911 Route 16 Harmon, 96911 Guam |
| | | | Steven J. Fink Thomas C. Mitchell Orrick, Herrington & Sutcliffe LLP 51 West 52nd Street New York, NY 10019-6142 |
| | | | Franklin H. Top, III Chapman and Cutler LLP 111 West Monroe Street Chicago, Illinois 60603 |
| | | | Craig M. Price Chapman and Cutler LLP 330 Madison Ave., 34th Fl. New York, NY 10017-5010 |
| PEARL FINANCE SERIES 2003-8 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002 | BNY Corporate Trustee Services Limited - London Branch One Canada Square London, E14 5AL United Kingdom |
| | | | HSBC Bank, USA CTLA - Structured Finance 10 East 40th Street, Floor 14 New York, NY, 10016 Attn: Thomas Musarra |
| | | | Eric A. Schaffer Michael J. Venditto Reed Smith LLP 599 Lexington Ave. New York, NY 10022 |
| QUARTZ FINANCE 2003-3 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002 | AIB International Centre International Finance Services Centre Dublin 1, Ireland Attn: Thomas Musarra |
| | | | BNY Corporate Trustee Services Limited - London Branch One Canada Square London, E14 5AL United Kingdom |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Ave. New York,<br>NY 10022 |
| QUARTZ FINANCE 2003-4 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002 | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Ave. New York,<br>NY 10022 |
| SAPHIR FINANCE PLC 2005-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on January 30, 2004 | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Ave. New York,<br>NY 10022 |
| SAPHIR FINANCE PLC 2005-3 CLASS B | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on February 11, 2005 | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Ave. New York, NY 10022 |
| SAPHIR FINANCE PLC 2006-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA Master Agreement, dated as of October 10, 2002, as amended and restated on July 22, 2005 | AIB International Center International Financial Services Center<br>North Wall Quay<br>Dublin 1, Ireland<br>Attn: Tom Geary / Adrian Wrafter |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Ave.<br>New York, NY 10022 |
| ABERDEEN - AB1025 ARGOS-PF1025RE ABERDEEN ASSET MG | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233LL00200) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00212) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00240) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/4/2008 (8248LL00478) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN / MEVGP-VERMOGENSPARAPLU BEHEER BV-MAI (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Brett Bunting |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN-AB1625 M1SOW-SE1625RE ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |

B-4

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ABERDEEN-AB9012 M3IFL-SE9012RE ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 7/28/2008 (8210LL00448) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/14/2008 (8227LL00825) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/14/2008 (8227LL00829) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN- ALCAN PACKAGINGPENSION PLANC/OABERDEEN | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233LL00201) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |

B-5

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00213) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00241) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/4/2008 (8248LL00477) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN ASSET MANAGEMENT INVESTMENT SERVICES LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |

B-6

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN DB1793C/O ABERDEEN ASSET MGMT PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00022) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00026) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN DB2023RE ABERDEEN ASSET MGMT PLC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 7/29/2008 (8211LL00770) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |

B-7

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00188) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| ABERDEEN FUND MANAGEMENT LIMIT ED | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00321) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00323) | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| Aberdeen Global II - Foreign Exchange Swap | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Field Fisher Waterhouse Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |

B-9

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II -<br>GLOBAL HIGH YIELD BOND<br>FUND | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>8/13/2008<br>(8226LL00147) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase<br>Agreement dated<br>8/13/2008<br>(8226LL00149) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase<br>Agreement dated<br>8/20/2008<br>(8233LL00776) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II- EURO<br>CORPORATE BOND FUND | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>8/4/2008<br>(8217LL00389) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-10

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II-GLOBAL BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II-LONG DATED STERLING AGGREGATE BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00307) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II-STERLING AGGREGATE BOND FUND (LX0473) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00308) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8253LL00386) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-11

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL II-STERLING BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00297) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN GLOBAL IV-CORE PLUS INDEX LINKED BOND FUND (LX0488/AB0488) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00312) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN ICVC CORPORATE BONDC/O ABERDEEN ASSET MGM | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00271) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00319) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-12

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN-<br>NORTHAMPTONSHIREALPHA<br>PORTFOLIOC/O ABERD | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN- PHILIPS<br>PENSION FUNDC/O<br>ABERDEEN ASSET M | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN PORTABLE<br>ALPHA II EURHEDGED<br>SHARE CLASS F | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>9/8/2008<br>(8252LL00184) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN PORTABLE<br>ALPHA II GBPHEDGED<br>SHARE CLASS F | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>9/8/2008<br>(8252LL00186) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

US_ACTIVE:\44168061\6\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN- RUSSELL INV CO PLC - SBZ EURO BD PORTFOLI | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00327) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00344) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN- S/P SCA HYGIENEPRODUCTS NEDERLANDC/O ABE | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ABERDEEN- SELECT GLOBALSOVEREIGN BOND FUND (AB9235 | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-14

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| AUSTRALIA CORE PLUS FUND (AUD) | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Legal Department |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| BRM ABERDEEN GLOBAL EQUITIES | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 7/29/2008 (8211LL00817) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| CHARITY SELECT UK BOND FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00298) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| COMP HOLDINGS INC | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/11/2008 (8224LL00052) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-15

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
|  |  |  | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| DEUTSCHE ASSET MANAGEMENT (INTERNATIONAL) LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233LL00194) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  |  | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
|  |  | Forward Purchase Agreement dated 8/20/2008 (8233LL00197) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  |  | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
|  |  | Forward Purchase Agreement dated 8/20/2008 (8233LL00210) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
|  |  |  | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
|  | LEHMAN BROTHERS COMMERCIAL CORPORATION |  | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

B-16

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00299) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00303) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

B-17

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233LL00198) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00211) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00294) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-18

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase<br>Agreement dated<br>9/8/2008<br>(8252LL00311) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>9/8/2008<br>(8252LL00300) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>9/8/2008<br>(8252LL00295) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

B-19

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/11/2008 (8224LL00051) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| J SAINSBURY COMMON INVESTMENT FUND LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/27/2008 (8240LL00026) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00310) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00346) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

US_ACTIVE:\44168061\6\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00348) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| JAGUAR PENSION TRUSTEES LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00270) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| KOREA INVESTMENT CORPORATION | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 7/28/2008 (8210LL00398) | 16F Seoul Finance Centre<br>84 Taepyungro 1-GA, Jung-gu<br>Seoul, 100-768<br>The Republic of Korea<br>Attn: Fixed Income Investment Team |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

US_ACTIVE:\44168061\6\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| LAND ROVER PENSION TRUSTEES LIMITED | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/19/2008 (8232LL00514) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/8/2008 (8252LL00268) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C ABMEL A/C M03M1 (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/27/2008 (8240LL00016) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/27/2008 (8240LL00308) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-22

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/3/2008 (8247LL00575) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/4/2008 (8248LL00476) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C BONY A/C M0EO3 | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233L00196) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 8/20/2008 (8233L00239) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-23

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase<br>Agreement dated<br>9/3/2008 (8247L00580) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | Forward Purchase<br>Agreement dated<br>9/3/2008 (8247L00582) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | LEHMAN BROTHERS<br>COMMERCIAL<br>CORPORATION | Forward Purchase<br>Agreement dated<br>8/27/2008<br>(8240LL00309) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |

US_ACTIVE:\44168061\6\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MGIM A/C JPM A/C M3IFL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| MGIM A/C KASS A/C MESCH | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| MGIM A/C MMC - DEUTSCHE ASSET MANAGEMENT LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| MGIM A/C NT A/C M0GLL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |
| | | | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 |
| MGIM A/C NT A/C M0WHL | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom |

B-25

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C NT A/C THALES | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C SS A/C M0RIB | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C SS A/C M0SYS | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| MGIM A/C SS A/C M0TAT | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

B-26

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| MGIM A/C SS A/C STAFF (ME) | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/20/2008 (8233LL00195) | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Purchase Agreement dated 8/20/2008 (8233LL00238) | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Purchase Agreement dated 9/3/2008 (8247LL00583) | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |
| | | Forward Purchase Agreement dated 9/9/2008 (8253LL00383) | Edward A. Smith Rishi Kapoor Venable LLP Rockefeller Center 1270 Avenue of the Americas, 24th Floor New York, New York 10020 c/o Aberdeen Asset Management Bow Bells House 1 Bread Street London, EC4M 9HH United Kingdom Attn: Derivative Contract |

B-27

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| | | Forward Purchase Agreement dated 9/9/2008 (8253LL00389) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| MGIM A/C SS A/C UNI | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00272) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| MGIM AC NT/NCC | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |
| MORGAN GRENFELL INTERNATIONAL FUNDS MANAGEMENT LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 9/8/2008 (8252LL00305) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |

B-28

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| ROYAL BANK OF SCOTLAND ASSET MANAGEMENT | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 8/8/2008 (8221LL00057) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| SAUDI ARABIAN MONETARY AGENCY | LEHMAN BROTHERS COMMERCIAL CORPORATION | Forward Purchase Agreement dated 7/28/2008 (8210LL00397) | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom<br>Attn: Derivative Contract |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| SOVEREIGN HIGH YIELD LOCAL CURRENCY FUND | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas,<br>24th Floor<br>New York, New York 10020 |
| STICHTING BEWAAR ANWB | LEHMAN BROTHERS COMMERCIAL CORPORATION | | c/o Aberdeen Asset Management<br>Bow Bells House<br>1 Bread Street<br>London, EC4M 9HH<br>United Kingdom |

B-29

US_ACTIVE:\44168061\6\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | Edward A. Smith<br>Rishi Kapoor<br>Venable LLP<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020 |

B-30