Presentment Date and Time:  March 12, 2013 at 12:00 noon (Prevailing Eastern Time)
Objection Deadline:  March 11, 2013 at 11:00 a.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed):  March 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (JMP)
:
Debtors.                                       :    (Jointly Administered)
:
------------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF ORDER AUTHORIZING DEBTORS TO ASSUME CERTAIN EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 12, 2013 at 12:00 noon (Prevailing Eastern Time)**.  The Order authorizes the Debtors to assume certain executory contracts.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **March 11, 2013 at 11:00 a.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **March 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

US_ACTIVE:\44168060\11\58399.0011

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: February 8, 2013
      New York, New York

    /s/ Jacqueline Marcus
    Jacqueline Marcus
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
In re        :   Chapter 11 Case No.
::
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
::
Debtors.   :   (Jointly Administered)
::
------------------------------------------------------------------x

**ORDER AUTHORIZING DEBTORS TO**
**ASSUME CERTAIN EXECUTORY CONTRACTS**

WHEREAS on October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement [ECF No. 21254], as amended from time to time (the "Plan Supplement"),[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"), dated December 5, 2011 [ECF No. 22973] that was confirmed by order of the Court on December 6, 2011 [ECF No. 23023] (the "Confirmation Order");[2]

WHEREAS the Plan became effective on March 6, 2012;

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan and the Confirmation Order.

WHEREAS pursuant to the Confirmation Order, the Court approved the assumption, pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, of each executory contract and unexpired lease designated in the Plan Supplement, other than any executory contracts and unexpired leases set forth on Schedules 1 and 2 of the Confirmation Order, or that were the subject of the objections listed on Schedules 1 and 2 of the Confirmation Order;

WHEREAS the executory contracts listed on Exhibit B hereto (the "BNY Contracts") were included on Schedule 1 of the Confirmation Order and designated as February 14 Contracts because The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited (collectively, "BNY"), among others in some instances, filed objections [ECF Nos. 22010, 22766, and 22970] (collectively, the "BNY Objection") to the Debtors' proposed assumption of such contracts;

WHEREAS the hearing on the Debtors' proposed assumption of the BNY Contracts has been adjourned to March 21, 2013;

WHEREAS on or around November 13, 2012, BNY instructed the Depository Trust Company, Euroclear, and Clearstream (as applicable) to send notices (each, a "Notice") to the registered holders (the "Noteholders") of notes, certificates, bonds or other interests issued pursuant to structures created by the Debtors that are counterparties to the BNY Contracts (such structures, the "SPV Counterparties");

WHEREAS the Notice contained a copy of a letter (the "Reservation of Rights Letter") that, among other things, offered to resolve the BNY Objection, as such objection relates to the BNY Contracts, through the execution of a reservation of rights agreement between BNY and the appropriate Debtor for each BNY Contract;

2

WHEREAS, as more fully set forth in the Notice, BNY requested direction from each Noteholder with regard to the Reservation of Rights Letter, and advised that, in the absence of any direction, BNY would take no further action with respect to the Reservation of Rights Letter, the proposed assumption of the BNY Contracts, or the BNY Objection as it relates to the BNY Contracts;

WHEREAS the Notice warned the Noteholders that if they took no further action with respect to the Reservation of Rights Letter, the proposed assumption of the BNY Contracts, or the BNY Objection, the BNY Objection might be overruled and the Noteholders' rights might be affected;

WHEREAS the Noteholders with interests in the SPV Counterparties did not respond to the Notice or provide direction to BNY with respect to the Reservation of Rights Letter, and, as a result, BNY is not pursuing the BNY Objection as it relates to the BNY Contracts;

WHEREAS because no other objections to the Debtors' assumption of the BNY Contracts remain to be resolved, the Debtors seek this Court's approval to assume the BNY Contracts in accordance with the Confirmation Order and the Plan;

**IT IS HEREBY**:

ORDERED that pursuant to sections 365(a) and 1123(b)(2) of the Bankruptcy Code, the assumption of the BNY Contracts by the Debtors is hereby approved; and it is further

ORDERED that the filing and service of the Plan and the Plan Supplement, the service of notice of the $0 cure amount, the publication of the Confirmation Order, the Notice, and the service of a notice of presentment with respect to this Order provides adequate notice of the assumption of the BNY Contracts; and it is further

3

ORDERED that there are no defaults of any of the Debtors under the BNY Contracts that must be cured pursuant to section 365(b) of the Bankruptcy Code; and it is further

ORDERED that BNY and all SPV Counterparties have been provided with adequate assurance of future performance pursuant to section 365(f) of the Bankruptcy Code; and it is further

ORDERED that the assumption of the BNY Contracts shall not enhance any contractual rights of BNY or any SPV Counterparty that were otherwise unenforceable under the Bankruptcy Code immediately prior to the assumption of such contracts; *provided, however,* that the rights of BNY and all SPV Counterparties to assert that a contractual right was enforceable under the Bankruptcy Code immediately prior to assumption or rejection and the Debtors' rights to dispute any such assertions are fully preserved; and it is further

ORDERED that with respect to the BNY Contracts, any defaults on the part of the Debtors that may arise because of a condition specified in section 365(b)(2) of the Bankruptcy Code ("Ipso Facto Defaults") are not subject to the requirements under section 365(b)(1) of the Bankruptcy Code and no party shall be permitted to declare a default, terminate, cease payment, delivery or any other performance under any executory contract or unexpired lease, or any agreement relating thereto, or otherwise modify any such executory contract or unexpired lease, assert any Claim or right to termination payment, or impose any penalty or otherwise take action against a Debtor as a result of an Ipso Facto Default; and it is further

4

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                                                                  _____
                                                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND ORDERS PERTAINING THERETO

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016]

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contacts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

# EXHIBIT B

# BNY CONTRACTS

US_ACTIVE:\44168060\11\58399.0011

**THE FOLLOWING CONTRACTS LISTED IN THE PLAN SUPPLEMENT ON EXHIBIT 2, PART A – DERIVATIVES CONTRACTS – ARE BNY CONTRACTS:**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Beryl Finance Limited Series 2005-11 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002 and amended and restated on 22 July 2005 | Eric A. Schjaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Beryl Finance Limited Series 2005-16 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 22 July 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Beryl Finance Limited Series 2007-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| Beryl Finance Limited Series 2007-14 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 20 July 2007 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | Walkers SPV Limited<br>Walker House, 87 Mary Street<br>George Town, Grand Cayman, Cayman Islands |
| | | | Dante Finance Public Limited Company<br>AIB International Centre<br>International Financial Services Centre<br>Dublin 1, Ireland |
| Lion City CDO 2006-2 LTD | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 22 July 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/o Walkers SPV Limited<br>Walker House, P.O. Box 908 GT<br>George Town<br>Grand Cayman<br>Cayman Islands, Cayman Islands |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Lion City CDO 2006-3 Ltd | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 22 July 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Lion City CDO Limited c/o Walkerss SPV limited<br>walker house<br>PO BOX 908 GT<br>GeorgeTown<br>Grand Cayman, Cayman ISlands, British West Indies |
| Lion City CDO Limited Series 2006-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 22 July 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | c/o Kim<br>Seyang Building, 223 Naeja-dong<br>Jongo-gu, Seoul 110-720<br>Korea<br>Attn: Y. G. Jung |
| | | | c/o Walker SPV limited<br>Walker House P.O. Box 908 GT<br>George Town, Grand Cayman<br>Cayman Islands, Cayman Islands |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| Lion City CDO Ltd Series 2006-5 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | International Financial Services Centre<br>Northwall Quay<br>Dublin 1, Ireland |
| | | | P.O. Box 908 GT<br>George Town<br>Grand Cayman<br>Cayman Islands |
| Quartz Finance 2005-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 11 February 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| | | | Quartz Finance PLC<br>c/o The Bank of New York Mellon - London Branch<br>One Canada Square<br>London, E14 5AL<br>United Kingdom |
| Ruby Finance 2006-4 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 22 July 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | AIB International Center<br>International Financial Services Center<br>North Wall Quay<br>Dublin 1, Ireland<br>Attn: Tom Geary/ Adrian Wrafter |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Ruby Finance 2007-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | AIB International Center<br>International Financial Services Center<br>North Wall Quay<br>Dublin 1, Ireland<br>Attn: Tom Geary/ Adrian Wrafter |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Ruby Finance 2007-3 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Saphir Finance PLC 2005-3 Class A | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 11 February 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
|  |  |  | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
|  |  |  | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Saphir Finance PLC 2005-3 Class C | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 11 February 2005 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
|  |  |  | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
|  |  |  | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Saphir Finance PLC 2006-10 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
|  |  |  | AIB International Center<br>International Financial Services Center<br>North Wall Quay<br>Dublin 1, Ireland<br>Attn: Tom Geary/ Adrian Wrafter |
|  |  |  | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
|  |  |  | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |

| **Counterparty** | **Debtor** | **Title of Agreement** | **Notice Address** |
|---|---|---|---|
| Saphir Finance PLC 2007-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 21 July 2006 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Sunset Park CDO Limited SPC Series 2004-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of November 3, 2004 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Illinois 60661<br>Chicago, Il, 60661<br>Attn: Matthew Massier |
| | | | c/e Maples Finance Limited<br>P.O. Box 1093GT<br>Queensgate House South Church Street<br>Grand Cayman, Cayman Islands<br>British West Indies |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Sunset Park CDO Limited SPC Series 2004-2 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of November 3, 2004 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Illinois 60661<br>Chicago, Il, 60661<br>Attn: Matthew Massier |

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | c/e Maples Finance Limited<br>P.O. Box 1093GT<br>Queensgate House South Church Street<br>Grand Cayman, Cayman Islands<br>British West Indies |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Sunset Park CDO Limited SPC Series 2004-4 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of December 20, 2004 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Illinois 60661<br>Chicago, Il, 60661<br>Attn: Matthew Massier |
| | | | c/e Maples Finance Limited<br>P.O. Box 1093GT<br>Queensgate House South Church Street<br>Grand Cayman, Cayman Islands<br>British West Indies |
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |
| Topaz Finance Ltd 2005-1 | Lehman Brothers Special Financing Inc. | ISDA Master Agreement dated as of 10 October 2002, as amended and restated on 30 January 2004 | Eric A. Schaffer<br>Michael J. Venditto<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | | | 540 West Madison Street, 25th floor<br>Chicago, Illinois 60661<br>Chicago, Il, 60661<br>Attn: Matthew Massier |
| | | | BNY Corporate Trustee Services Limited - London Branch<br>One Canada Square London<br>London, E14 5AL<br>United Kingdom |

| **Counterparty** | **Debtor** | **Title of Agreement** | **Notice Address** |
|---|---|---|---|
| | | | HSBC Bank, USA<br>CTLA - Structured Finance<br>10 East 40th Street, Floor 14<br>New York, NY, 10016<br>Attn: Thomas Musarra |