UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
---------------------------------------------------------------x    Ref Docket No. 34411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2013, I caused to be served the "Joint Notice of Withdrawal of Claim and Withdrawal of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to GB Voyager Multi-Strategy SPC, Ltd.*, dated February 4, 2013 [Docket No. 34411], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
5th day of February, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com

ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
leila.roeder@whitecase.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com

lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mccombst@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com

| | |
|---|---|
| cp@stevenslee.com | mjedelman@vedderprice.com |
| cpappas@dilworthlaw.com | mjr1@westchestergov.com |
| craig.goldblatt@wilmerhale.com | mkjaer@winston.com |
| crmomjian@attorneygeneral.gov | mlahaie@akingump.com |
| csalomon@beckerglynn.com | mlandman@lcbf.com |
| cschreiber@winston.com | mlichtenstein@crowell.com |
| cshore@whitecase.com | mlynch2@travelers.com |
| cshulman@sheppardmullin.com | mmendez@hunton.com |
| ctatelbaum@adorno.com | mmooney@deilylawfirm.com |
| cwalsh@mayerbrown.com | mmorreale@us.mufg.jp |
| cward@polsinelli.com | mneier@ibolaw.com |
| cweber@ebg-law.com | monica.lawless@brookfieldproperties.com |
| cweiss@ingramllp.com | mpage@kelleydrye.com |
| dallas.bankruptcy@publicans.com | mparry@mosessinger.com |
| dave.davis@isgria.com | mpomerantz@julienandschlesinger.com |
| david.bennett@tklaw.com | mprimoff@kayescholer.com |
| david.heller@lw.com | mpucillo@bermanesq.com |
| david.powlen@btlaw.com | mrosenthal@gibsondunn.com |
| david.seligman@kirkland.com | mruetzel@whitecase.com |
| davids@blbglaw.com | mschimel@sju.edu |
| davidwheeler@mvalaw.com | mschlesinger@julienandschlesinger.com |
| dbalog@intersil.com | msegarra@mayerbrown.com |
| dbarber@bsblawyers.com | mshiner@tuckerlaw.com |
| dbaumstein@whitecase.com | msiegel@brownrudnick.com |
| dbesikof@loeb.com | msolow@kayescholer.com |
| dcimo@gjb-law.com | mspeiser@stroock.com |
| dcoffino@cov.com | mstamer@akingump.com |
| dcrapo@gibbonslaw.com | mvenditto@reedsmith.com |
| ddavis@paulweiss.com | mwarner@coleschotz.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | nathan.spatz@pillsburylaw.com |
| deggermann@kramerlevin.com | ncoco@mwe.com |
| deggert@freebornpeters.com | neal.mann@oag.state.ny.us |
| demetra.liggins@tklaw.com | ned.schodek@shearman.com |
| dfelder@orrick.com | neilberger@teamtogut.com |
| dflanigan@polsinelli.com | newyork@sec.gov |
| dgrimes@reedsmith.com | nherman@morganlewis.com |
| dhayes@mcguirewoods.com | nickolas.karavolas@pillsburylaw.com |
| dheffer@foley.com | nissay_10259-0154@mhmjapan.com |
| diconzam@gtlaw.com | nlepore@schnader.com |
| djoseph@stradley.com | notice@bkcylaw.com |
| dkessler@ktmc.com | oipress@travelers.com |
| dkleiner@velaw.com | otccorpactions@finra.org |
| dkozusko@willkie.com | paronzon@milbank.com |
| dlemay@chadbourne.com | patrick.oh@freshfields.com |

| | |
|---|---|
| dlipke@vedderprice.com | paul.turner@sutherland.com |
| dludman@brownconnery.com | pbattista@gjb-law.com |
| dmcguire@winston.com | pbosswick@ssbb.com |
| dmurray@jenner.com | pdublin@akingump.com |
| dneier@winston.com | peisenberg@lockelord.com |
| dodonnell@milbank.com | peter.gilhuly@lw.com |
| dove.michelle@dorsey.com | peter.macdonald@wilmerhale.com |
| dpegno@dpklaw.com | peter.simmons@friedfrank.com |
| draelson@fisherbrothers.com | peter@bankrupt.com |
| dravin@wolffsamson.com | pfeldman@oshr.com |
| drose@pryorcashman.com | phayden@mcguirewoods.com |
| drosenzweig@fulbright.com | philip.wells@ropesgray.com |
| drosner@goulstonstorrs.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rflanagan@flanassoc.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ekbergc@lanepowell.com | rfrankel@orrick.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| ellen.halstead@cwt.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| erin.mautner@bingham.com | richard.fingard@newedge.com |
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |
| etillinghast@sheppardmullin.com | richard.levy@lw.com |
| ezujkowski@emmetmarvin.com | richard.tisdale@friedfrank.com |
| ezweig@optonline.net | richard@rwmaplc.com |
| fbp@ppgms.com | rick.murphy@sutherland.com |
| ffm@bostonbusinesslaw.com | ritkin@steptoe.com |
| fhyman@mayerbrown.com | rjones@boultcummings.com |
| foont@foontlaw.com | rleek@hodgsonruss.com |
| fsosnick@shearman.com | rlevin@cravath.com |
| fyates@sonnenschein.com | rmatzat@hahnhessen.com |

| | |
|---|---|
| gabriel.delvirginia@verizon.net | rnetzer@willkie.com |
| gbray@milbank.com | robert.bailey@bnymellon.com |
| ggitomer@mkbattorneys.com | robert.dombroff@bingham.com |
| ggoodman@foley.com | robert.henoch@kobrekim.com |
| giddens@hugheshubbard.com | robert.malone@dbr.com |
| gkaden@goulstonstorrs.com | robert.yalen@usdoj.gov |
| glenn.siegel@dechert.com | robin.keller@lovells.com |
| gmoss@riemerlaw.com | roger@rnagioff.com |
| gravert@ravertpllc.com | ronald.silverman@bingham.com |
| gspilsbury@jsslaw.com | ross.martin@ropesgray.com |
| harrisjm@michigan.gov | rrainer@wmd-law.com |
| harveystrickon@paulhastings.com | rreid@sheppardmullin.com |
| hbeltzer@mayerbrown.com | rroupinian@outtengolden.com |
| heim.steve@dorsey.com | rrussell@andrewskurth.com |
| heiser@chapman.com | rterenzi@stcwlaw.com |
| hollace.cohen@troutmansanders.com | russj4478@aol.com |
| holsen@stroock.com | rwasserman@cftc.gov |
| howard.hawkins@cwt.com | rwyron@orrick.com |
| hseife@chadbourne.com | s.minehan@aozorabank.co.jp |
| hsnovikoff@wlrk.com | sabin.willett@bingham.com |
| hsteel@brownrudnick.com | sabramowitz@velaw.com |
| ian.roberts@bakerbotts.com | sabvanrooy@hotmail.com |
| icatto@mwe.com | sally.henry@skadden.com |
| igoldstein@proskauer.com | samuel.cavior@pillsburylaw.com |
| ilevee@lowenstein.com | sandyscafaria@eaton.com |
| ira.greene@hoganlovells.com | sara.tapinekis@cliffordchance.com |
| israel.dahan@cwt.com | scargill@lowenstein.com |
| iva.uroic@dechert.com | schannej@pepperlaw.com |
| jacobsonn@sec.gov | schepis@pursuitpartners.com |
| james.heaney@lawdeb.com | schnabel.eric@dorsey.com |
| james.mcclammy@dpw.com | schristianson@buchalter.com |
| james.sprayregen@kirkland.com | schwartzmatthew@sullcrom.com |
| jamestecce@quinnemanuel.com | scott.golden@hoganlovells.com |
| jamie.nelson@dubaiic.com | scottshelley@quinnemanuel.com |
| jar@outtengolden.com | scousins@armstrongteasdale.com |
| jason.jurgens@cwt.com | sdnyecf@dor.mo.gov |
| jay.hurst@oag.state.tx.us | seba.kurian@invesco.com |
| jay@kleinsolomon.com | sehlers@armstrongteasdale.com |
| jbecker@wilmingtontrust.com | seichel@crowell.com |
| jbeemer@entwistle-law.com | sfelderstein@ffwplaw.com |
| jbeiers@co.sanmateo.ca.us | sfineman@lchb.com |
| jbird@polsinelli.com | sfox@mcguirewoods.com |
| jbromley@cgsh.com | sgordon@cahill.com |
| jcarberry@cl-law.com | sgubner@ebg-law.com |
| jchristian@tobinlaw.com | shannon.nagle@friedfrank.com |

| | |
|---|---|
| jchubak@proskauer.com | sharbeck@sipc.org |
| jdoran@haslaw.com | shari.leventhal@ny.frb.org |
| jdrucker@coleschotz.com | shgross5@yahoo.com |
| jdwarner@warnerandscheuerman.com | sidorsky@butzel.com |
| jdyas@halperinlaw.net | sleo@bm.net |
| jean-david.barnea@usdoj.gov | slerman@ebglaw.com |
| jeanites@whiteandwilliams.com | slerner@ssd.com |
| jeannette.boot@wilmerhale.com | slevine@brownrudnick.com |
| jeff.wittig@coair.com | sloden@diamondmccarthy.com |
| jeffery.black@bingham.com | smayerson@ssd.com |
| jeffrey.sabin@bingham.com | smillman@stroock.com |
| jeldredge@velaw.com | smulligan@bsblawyers.com |
| jen.premisler@cliffordchance.com | snewman@katskykorins.com |
| jennifer.demarco@cliffordchance.com | sory@fdlaw.com |
| jennifer.gore@shell.com | spiotto@chapman.com |
| jeremy.eiden@ag.state.mn.us | splatzer@platzerlaw.com |
| jfalgowski@reedsmith.com | squsba@stblaw.com |
| jflaxer@golenbock.com | sree@lcbf.com |
| jfox@joefoxlaw.com | sschultz@akingump.com |
| jfreeberg@wfw.com | sselbst@herrick.com |
| jg5786@att.com | sshimshak@paulweiss.com |
| jgenovese@gjb-law.com | sskelly@teamtogut.com |
| jguy@orrick.com | sstarr@starrandstarr.com |
| jherzog@gklaw.com | steele@lowenstein.com |
| jhiggins@fdlaw.com | stephen.cowan@dlapiper.com |
| jhorgan@phxa.com | steve.ginther@dor.mo.gov |
| jhuggett@margolisedelstein.com | steven.troyer@commerzbank.com |
| jim@atkinslawfirm.com | steven.usdin@flastergreenberg.com |
| jjoyce@dresslerpeters.com | steven.wilamowsky@bingham.com |
| jjtancredi@daypitney.com | steven@blbglaw.com |
| jjureller@klestadt.com | streusand@streusandlandon.com |
| jlamar@maynardcooper.com | susheelkirpalani@quinnemanuel.com |
| jlawlor@wmd-law.com | sweyl@haslaw.com |
| jlee@foley.com | swolowitz@mayerbrown.com |
| jlevitin@cahill.com | szuch@wiggin.com |
| jlipson@crockerkuno.com | tannweiler@greerherz.com |
| jlovi@steptoe.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | tgoren@mofo.com |
| jmcginley@wilmingtontrust.com | thaler@thalergertler.com |
| jmelko@gardere.com | thomas.califano@dlapiper.com |
| jmerva@fult.com | thomas_noguerola@calpers.ca.gov |
| jmmurphy@stradley.com | tim.desieno@bingham.com |

| | |
|---|---|
| jmr@msf-law.com | timothy.brink@dlapiper.com |
| jnadritch@olshanlaw.com | timothy.palmer@bipc.com |
| jnm@mccallaraymer.com | tjfreedman@pbnlaw.com |
| john.monaghan@hklaw.com | tkiriakos@mayerbrown.com |
| john.rapisardi@cwt.com | tlauria@whitecase.com |
| jonathan.henes@kirkland.com | tmacwright@whitecase.com |
| jorbach@hahnhessen.com | tmarrion@haslaw.com |
| joseph.cordaro@usdoj.gov | tnixon@gklaw.com |
| joseph.serino@kirkland.com; | toby.r.rosenberg@irscounsel.treas.gov |
| joshua.dorchak@bingham.com | tom.schorling@whitecase.com, |
| jowen769@yahoo.com | tomwelsh@orrick.com |
| jowolf@law.nyc.gov | tslome@msek.com |
| joy.mathias@dubaiic.com | ttracy@crockerkuno.com |
| jpintarelli@mofo.com | tunrad@burnslev.com |
| jporter@entwistle-law.com | twheeler@lowenstein.com |
| jprol@lowenstein.com | villa@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |
| jschwartz@hahnhessen.com | wanda.goodloe@cbre.com |
| jsheerin@mcguirewoods.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jtimko@shutts.com | will.sugden@alston.com |
| jtorf@schiffhardin.com | william.m.goldman@dlapiper.com |
| judy.morse@crowedunlevy.com | wiltenburg@hugheshubbard.com |
| jvail@ssrl.com | wisotska@pepperlaw.com |
| jwallack@goulstonstorrs.com | wk@pwlawyers.com |
| jwcohen@daypitney.com | wmaher@wmd-law.com |
| jweiss@gibsondunn.com | wmarcari@ebglaw.com |
| jwest@velaw.com | wmckenna@foley.com |
| jwh@njlawfirm.com | wrightth@sullcrom.com |
| kanema@formanlaw.com | wsilverm@oshr.com |
| karen.wagner@dpw.com | wswearingen@llf-law.com |
| karl.geercken@alston.com | wtaylor@mccarter.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |
| keith.simon@lw.com | |

**EXHIBIT B**

08-13555-mg   Doc 34510   Filed 02/08/13   Entered 02/08/13 19:30:50   Main Document
Pg 10 of 11

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
271 CADMAN PLAZA EAST STE 4529
BROOKLYN, NY 11201


OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574