UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :      Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :      08-13555 (JMP)
                                                               :
                        Debtors.                               :      (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 12474, filed on September 14, 2009, against Lehman Brothers Holdings Inc. by FSC Asia Investment Limited (formerly known as "First Taisec Securities (Asia) Limited") (the "Claimant") in the amount of $1,032,488.73 (the "Claim").

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Clamant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: February 8, 2013
       Hong Kong

_____
CHEN Ke-wei
Chief Business Executive

*FSC Asia Investment Limited (formerly known as
"First Taisec Securities (Asia) Limited")*

US_ACTIVE:\44182397\2\58399.0011