B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., et al.,            Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

Frankfurter Sparkasse                    See Exhibit A
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): See Exhibit A
should be sent:                                  Amount of Claim: See Exhibit A
                                                 Date Claim Filed: See Exhibit A
Frankfurter Sparkasse
Dr. Sven Matthiesen, R11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2551

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: S. Matthiesen     Date: 02-07-13
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse, Transferee's Agent

06.02.2013 15:47
FRANKFURT 2045310 v1 [2045310_1.DOCX]

**Exhibit A**

Transferor: Nassauische Sparkasse
Rhein Str. 42-46
65185 Wiesbaden
Germany

Court Claim # (if known): original Claim ID 60631, New Claim No. 200116:

Date Claim Filed: 2 November 2009

Amount of Claim: $22,152.95 USD
Amount of Claim is the Allowed Claim Amount relating to Blocking Reference Number 4003200909215000141