UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

## CERTIFICATE OF SERVICE

I, Andrew E. Gelfand, hereby certify that, on February 11, 2013, I caused to be served a true and correct copy of the Submission in Advance of the February 13 Status Conference of Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited (Proofs of Claim Numbers 14824 and 14826), including the exhibits thereto, by U.S. mail on Internal Revenue Service, Special Procedures Branch, 290 Broadway, New York, New York 10007 (Attn: District Director), and by hand delivery on:

1. The Honorable James M. Peck
   United States Bankruptcy Judge
   United States Bankruptcy Court for the Southern District of New York
   One Bowling Green
   Courtroom 601
   New York, New York 10004

2. Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Peter D. Isakoff and Robert Lemons

   *Attorneys for the Debtors*

3. The United States Trustee for Region 2
   33 Whitehall Street
   21st Floor
   New York, New York 10004
   Attn: Tracy Hope Davis, Elisabetta Gasparini, and Andrea B. Schwartz

    4.    Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Wilbur Foster, Jr., Dennis O'Donnell, and Evan R. Fleck

*Attorneys for the Creditors' Committee*

Dated: New York, New York
February 11, 2013

Respectfully submitted,

/s/ Andrew E. Gelfand
Andrew E. Gelfand
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Canary Wharf Management Ltd., Heron Quays (HQ2) T1 Limited and Heron Quays (HQ2) T2 Limited*