UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 20132, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Merrill Lynch International ("Claimant") in the amount of $31,879,573.56, plus all additional amounts that may be incurred or will accrue from August 31, 2009 through the date on which the claim is paid in full (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Clamant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. shall not serve any subpoena on the Claimant seeking production of any documents or examination of any witnesses with respect to the Claim.

US_ACTIVE:\44191100\1\58399.0011

Dated: February ___, 2013
      New York, New York

/s/ Fredric Sosnick

Fredric Sosnick
Ned S. Schodek
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7052
Facsimile: (646) 848-7052

*Attorneys for Merrill Lynch International*

Dated: February ___, 2013
      New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*