WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*              :        **08-13555 (JMP)**
                                                          :
                                  **Debtors.**            :        **(Jointly Administered)**
                                                          :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THREE HUNDRED FIFTH OMNIBUS OBJECTION
TO CLAIMS (DUPLICATIVE CLAIMS) AND SUPPLEMENTAL OBJECTION TO
PROOF OF CLAIM NUMBER 28333 FILED BY BANK LEUMI LE-ISRAEL, LTD.**

            **PLEASE TAKE NOTICE** that the hearing to consider the (i) Three Hundred

Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 28412], solely with respect

to proof of claim number 28333 filed by Bank Leumi Le-Israel, Ltd., (ii) the response of Bank

Leumi le-Israel, Ltd. opposing the Three Hundred Fifth Omnibus Objection to Claims

(Duplicative Claims) [ECF No. 28412] (the "Response"), and (iii) the reply of Lehman Brothers

Holdings Inc. to the Response and supplemental objection to proof of claim number 28333 [ECF

No. 33925], that was scheduled for February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time),

**has been adjourned to March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)**, (the

"Hearing"), or as soon thereafter as counsel may be heard.

            **PLEASE TAKE FURTHER NOTICE** that any responses to the Reply and

Supplemental Objection shall be filed and served in accordance with the Notice of Hearing On

Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) filed concurrently with

the Objection [ECF No. 11308] (the "Notice"), so as to be so filed and received by no later than

**February 21, 2013 at 4:00 p.m. (Eastern Time)** (the "Response Deadline").

                    **PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the

Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York, Room 601, and such Hearing may be further

adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 11, 2013
     New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

US_ACTIVE:\44189735\1\58399.0011