B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,        Case No. 08-13555(JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **DEUTSCHE BANK AG, LONDON BRANCH**<br><br>Name of Transferee | **SLB LEASING-FONDS GMBH & CO. THOR KG**<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>Deutsche Bank AG, London<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB<br>Attention: Jamie Foote<br>Tel: +44 (0)207 545 8420<br>Fax: +44 (0)113 336 2010<br>Email: jamie.foote@db.com | Court Claim # (if known): 19963<br><br>Amount of Claim: US$12,684,375.35 of a total amount of US$12,684,375.35 specified on the Court Claim<br><br>Date Claim Filed: 21 September 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    _[signature]_    Date: 12 FEB 2013

Transferee    Philipp Roever
                Vice President

Michael Sutton
Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

Execution Form

## Evidence of Transfer of Claim.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

### EVIDENCE OF TRANSFER OF CLAIM

### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of SLB Leasing-Fonds GmbH & Co. Thor KG ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| USD$ 12,684,375.35 | 19963 |

have been transferred and assigned to Deutsche Bank AG, London ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Deutsche Bank AG, London

Address: Deutsche Bank AG, London
Winchester House
1 Great Winchester Street
London EC2N 2DB
Attention: Jamie Foote
Tel: +44 (0)207 545 8420
Fax: +44 (0)113 336 2010
Email: jamie.foote@db.com

Signature: _____
Name: Philipp Roever / Michael Sutton
Title: Vice President / Managing Director
Date: 12 FEB 2013

ASSIGNOR: SLB Leasing-Fonds GmbH & Co. Thor KG

Address: SLB LEASING-FONDS GMBH & CO. THOR KG
c/o SachsenFonds GmbH
Attn.: Ms. Dagmar Meckler
Max-Planck-Straße 5
85609 Aschheim
Germany

Signature: _____
Name: GABEL BÜTTNER  Putz/Zornau
Title: MANAGING DIRECTORS
Date: 12 FEB 2013

Assignment Agreement Thor KG

- 4 -