WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :   **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   **08-13555 (JMP)**
                                                               :
    Debtors.                                                   :   **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :   **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                               :   **08-01420 (JMP) (SIPA)**
    Debtor.                                                    :
                                                               :
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR THE COMBINED FIFTY-EIGHTH**
<u>**OMNIBUS AND CLAIMS HEARING ON FEBRUARY 13, 2013 AT 10:00 A.M.**</u>

US_ACTIVE:\44192123\3\58399.0011

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## MATTERS TO BE HEARD AT 10:00 A.M.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**I.    STATUS CONFERENCE:**

1. LBHI's Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 30055]**

    Related Documents:

    A. Response of Canary Wharf to Objection to Proofs of Claim Numbers 14824 and 14826 **[ECF No. 31341]**

    B. Declaration of Marc De Leeuw in Support of Canary Wharf's Response **[ECF No. 31342]**

    C. Declaration of Laurence Rabinowitz Q.C. in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31343]**

    D. Declaration of Anthony Jordan in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31344]**

    E. Declaration of William Viets in Support of Proofs of Claim of Canary Wharf Management Limited, *et al*. **[ECF No. 31345]**

    F. Reply to Canary Wharf Response and in Further Support of Objection to Proofs of Claim Number 14824 and 14826 **[ECF No. 33774]**

    G. Canary Wharf's Submission in Advance of the February 13 Status Conference (Proofs of Claim Numbers 14824 and 14826) **[ECF No. 34533]**

    Status: This matter is going forward solely as a status conference.

**II.     UNCONTESTED MATTERS:**

2.  Debtors' Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 12533]**

    Response Deadline:    December 6, 2010 at 4:00 p.m.

    Resolved Response:

    A.  Response of SPCP Group LLC, as Agent for Silver Point Capital Fund, LP and Silver Point Capital Offshore Fund, Ltd, as Successor to Certain Claims of Alliance Laundry Systems LLC **[ECF No. 13218]**

    Status:  This matter is going forward on an uncontested basis solely with respect to the claims of SPCP Group LLC (Claim Nos. 1299 and 1300).

3.  Debtors' Eighty-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 13955]**

    Response Deadline:    February 14, 2011 at 4:00 p.m.

    Resolved Response:

    A.  Response of SPCP Group LLC **[ECF No. 14435]**

    Status:  This matter is going forward on an uncontested basis solely with respect to the claims of SPCP Group LLC (Claim Nos. 12573 and 12576).

4.  Two Hundred Eighty-Second Omnibus Objection to Claims (Late Filed Claims) **[ECF No. 27374]**

    Response Deadline:    May 7, 2012 at 4:00 p.m.

    Resolved Response:

    A.  Response of Piguet Galland & Cie, S.A. **[ECF No. 27933]**

    Status:  This matter is going forward on an uncontested basis solely with respect to the claims of Piguet Galland & Cie, S.A. (Claim Nos. 68053 and 68054).

**III.    CONTESTED MATTERS:**

5.  Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 33322]**

    Response Deadline:    January 23, 2013 at 4:00 p.m.

3

Response Received:

    A.    Objections of Nationwide Life Insurance Company and Nationwide Mutual Insurance Company **[ECF No. 34136]**

Related Documents:

    B.    Declaration of Jacqueline Marcus in Support of Request for Bridge Order **[ECF No. 33892]**

    C.    Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief **[ECF No. 33970]**

    D.    Reply in Support of Joint Motion of Lehman Brothers Holdings Inc. and Litigation Subcommittee of Creditors' Committee to Extend Stay of Avoidance Actions and Grant Certain Related Relief **[ECF No. 34248]**

Status:  This matter is going forward.

6.    One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 19407]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

Responses Received:

    A.    Response of Boilermakers-Blacksmith National Pension Trust Fund's Response to Debtors' One Hundred Eighty-Third Omnibus Objection to Claims (No Liability CMBS Claims) **[ECF No. 20824]**

    B.    Boilermakers-Blacksmith National Pension Trust Funds Response to Reply in Further Support **[ECF No. 33805]**

Related Documents:

    C.    LBHI's Reply in Further Support of the Debtors' Objection to the Boilermakers Claims Requesting Subordination **[ECF No. 33294]**

    D.    Letter Regarding Boilermakers Response to Reply in Further Support of Debtors Objection to the Boilermakers Claims Requesting Subordination **[ECF No. 34274]**

Status:  This matter is going forward with respect to the Debtors' Objection to Boilermakers Claims Requesting Subordination.

US_ACTIVE:\44192123\3\58399.0011

7. One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 16856]**

    Response Deadline:  June 15, 2011at 4:00 p.m.

    Responses Received:

    A. Response of CF Midas Balanced Growth Fund **[ECF No. 18348]**

    B. Supplemental Response of CF Midas **[ECF No. 21186]**

    C. Second Supplemental Response of CF Midas **[ECF No. 34056]**

    Related Documents:

    D. Omnibus Reply to Certain Responses to Debtors' One Hundred Forty-Third and Three Hundred Twenty-Third Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 32854]**

    E. Reply to CF Midas Balanced Growth Fund's Second Supplemental Response to the Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 34230]**

    Status:  This matter is going forward on a contested basis with respect to the claim of CF Midas Balanced Growth Fund (Claim No. 67193).

8. Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 29323]**

    Response Deadline:  August 9, 2012 at 4:00 p.m.

    Response Received:

    A. Response of Spanish Broadcasting System, Inc. to Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 30907]**

    B. Supplemental Brief of Spanish Broadcasting System, Inc. in Response to Reply of Lehman Brothers Holdings Inc. **[ECF No. 34549]**

    Related Documents:

    C. Reply to Response of Spanish Broadcasting and in Further Support of the Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 34175]**

5

  D. Declaration of Joseph Otchin **[ECF No. 34339]**

  E. Declaration of Joseph A. Garcia in Support of Amended Proof of Claim of Spanish Broadcasting System, Inc. and In Response to Lehman's Reply **[ECF No. 34344]**

<u>Status</u>:  This matter is going forward on a contested basis solely with respect to Response of Spanish Broadcasting System, Inc. (Claim No. 67707).

## **MATTERS TO BE HEARD AT 2:00 P.M.**

### **IV. ADVERSARY PROCEEDINGS:**

 9. LBHI v. JPMorgan Chase Bank, N.A. **[Adversary Proceeding No. 10-03266]**

  **Motion to Compel Answer to Interrogatory and Motion Authorizing the Filing of an Unredacted Version of the Motion to Compel**

  <u>Related Documents</u>:

   A. Motion of JPMorgan Chase Bank, N.A. to Compel Answer to Interrogatory **[ECF No. 161]**

   B. Declaration of Grant R. Mainland in Support of Motion to Compel Answer to Interrogatory **[ECF No. 162]**

   C. Motion of JPMorgan Chase Bank, N.A. for an Order Authorizing the Filing of an Unredacted Version of the Motion to Compel Answer to Interrogatory **[ECF No. 164]**

   D. Plaintiffs' Opposition to JPMorgan's Motion to Compel Answer to Interrogatory **[ECF No. 168]**

   E. Declaration of Mitch McGuffey in Support of Plaintiffs' Opposition **[ECF No. 169]**

   F. Motion to Compel Answer to Interrogatory of JPMorgan Chase Bank, N.A. (Unredacted) **[ECF No. 177]**

  <u>Status</u>:  This matter is going forward.

6

**V.    ADJOURNED MATTERS:**

**A.    Lehman Brothers Holdings Inc. Chapter 11 Cases**

10.   Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:   February 9, 2011 at 4:00 p.m.

Responses Received:

   A.   LCPI's Objection **[ECF No. 14398]**

   B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

   C.   Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

   D.   Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status:  This matter has been adjourned to March 13, 2013 at 10:00 a.m.

11.   Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No. 32163]**

Response Deadline:   January 9, 2013 at 4:00 p.m.

Response Received:

   A.   Response of Plan Administrator **[ECF No. 33722]**

Related Documents:

   B.   Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 32863]**

   C.   Affidavit of Herb Baer Regarding Checks to Traxis Emerging Markets Opportunities Fund LP and Traxis Fund LP **[ECF No. 33716]**

08-13555-mg    Doc 34557    Filed 02/12/13    Entered 02/12/13 12:01:13    Main Document
Pg 8 of 12

      D.    Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator **[ECF No. 33822]**

      E.    Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33823]**

      F.    Affidavit of James Pastrana in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33824]**

      G.    Affidavit of Carolyn Frederick in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33825]**

      H.    Affidavit of Arlene Alves in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33826]**

Status: This matter has been adjourned to February 28, 2013 at 10:00 a.m.

**B.    Securities Investor Protection Corporation Proceedings**

12.    Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

Response Deadline:    March 6, 2013 at 4:00 p.m.

Responses Received:  None.

Related Documents:

      A.    Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

      B.    Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355, 5415, 5496, 5607, 5719]**

Status: This matter has been adjourned to March 13, 2013 at 10:00 a.m.

8

US_ACTIVE:\44192123\3\58399.0011

13. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement **[LBI ECF No. 5483]**

    Response Deadline:   December 21, 2012 at 4:00 p.m., extended by agreement for certain parties to March 1, 2013 at 12:00 p.m.

    Responses Received:  None to date.

    Related Document:

      A.   Notices of Adjournment **[LBI ECF No. 5628, 5711]**

    Status:  This matter has been adjourned to March 13, 2013 at 10:00 a.m.

14. Trustee's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 3007 and 9019(b) for Approval of General Creditor Claim (I) Objections Procedures and (II) Settlement Procedures **[LBI ECF No. 5392]**

    Response Deadline:   November 7, 2012 at 4:00 p.m., extended by agreement for certain parties

    Responses Received:  None to date.

    Related Documents:

      A.   Order Approving General Creditor Claim Objection Procedures **[LBI ECF No. 5441]**

      B.   Notices of Adjournment **[LBI ECF No. 5533, 5712]**

    Status:  This matter has been adjourned to March 13, 2013 at 10:00 a.m. solely as it relates to the Settlement Procedures.

15. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 5197]**

    Response Deadline:   August 8, 2012 at 4:00 p.m.

    Responses Received:

      A.   Response of LBHI Entities **[LBI ECF No. 5211]**

      B.   Limited Response of Barclays Capital Inc. **[LBI ECF No. 5212]**

  C. Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[LBI ECF No. 5213]**

  D. Trustee's Opposition **[LBI ECF No. 5215]**

  E. Declaration of Sarah L. Cave in Support of Trustee's Opposition **[LBI ECF No. 5216]**

  F. Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[LBI ECF No. 5217]**

 Related Documents:

  G. Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5198]**

  H. Declaration of Robert T. Honeywell in Support of Motion **[LBI ECF No. 5199]**

  I. FirstBank Puerto Rico's Reply in Further Support of Motion **[LBI ECF No. 5224]**

  J. Supplemental Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5225]**

  K. Notices of Adjournment [**LBI ECF Nos. 5348, 5418, 5510, 5720**]

 Status: This matter has been adjourned to March 13, 2013 at 10:00 a.m.

16. Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[LBI ECF No. 5129]**

 Response Deadline: September 12, 2012 at 4:00 p.m.

 Responses Received:

  A. Trustee's Opposition to Motion of Elliott Management Corporation **[LBI ECF No. 5284]**

  B. Response of the Securities Investor Protection Corporation to Motion of Elliott Management Corporation **[LBI ECF No. 5282]**

  C. Limited Objection by Barclays Capital Inc. **[LBI ECF No. 5156]**

  D. Objection of Joy Global, Inc. **[LBI ECF No. 5274]**

10

  E.  Limited Objection by PricewaterhouseCoopers AG, Zurich [**LBI ECF No. 5275**]

  F.  Objection of Teva Pharmaceuticals [**LBI ECF No. 5277**]

  G.  Objection of SL Green Realty Corp. [**LBI ECF No. 5278**]

  H.  Objection of Belmont Insurance Company [**LBI ECF No. 5279**]

  I.  Limited Objection and Request by the Joint Administrations of Lehman Brothers International (Europe) (In Administration) [**LBI ECF No. 5280**]

  J.  Objection of LibertyView [**LBI ECF No. 5281**]

  K.  Objection of Goldman Sachs Investment Partners Master Fund, L.P. [**LBI ECF No. 5283**]

  L.  Joinder of PEP Credit Investor L.P., Providence Equity Partners VI L.P., Providence Equity Partners VI-A L.P., and Providence TMT Special Situations Fund, L.P. to Objection of LibertyView [**LBI ECF No. 5285**]

  M.  Response of Lehman Brothers Holdings Inc. [**LBI ECF No. 5287**]

  N.  LBHI Official Committee of Unsecured Creditors' Statement [**LBI ECF No. 5297**]

  O.  Response and Reservation of Rights of the Ad Hoc Group of Lehman Brothers Creditors [**LBI ECF No. 5298**]

<u>Related Documents</u>:

  P.  Notices of Adjournment [**LBI ECF Nos. 5143, 5155, 5206, 5528, 5623**]

11

      Q.      Omnibus Reply of Elliott Management Corporation to Responses to Its Motion [**LBI ECF No. 5316**]

<u>Status</u>:  This matter has been adjourned to March 13, 2013 at 10:00 a.m.

Dated: February 12, 2013
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: February 12, 2013
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.