BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 Avenue of the Americas
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                    :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :    **08-13555 (JMP)**
:
Debtors.                                                     :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS HEARING WITH**
**RESPECT TO CLAIM NOs. 15761 AND 1776**

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 15761 and 1776 ECF No. 23253 that was scheduled for February 28, 2013 at 10 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined** (the "Hearing"). The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

Dated: February 12, 2013
      New York, New York

    /s/ Brijesh Dave
    Brijesh P. Dave

    Brijesh P. Dave
    Lehman Brothers Holdings Inc.
    Office of the General Counsel
    1271 Avenue of the Americas
    New York, New York  10020
    Telephone: (646) 285-9441
    Facsimile: (646) 285-9337

    Attorney for Lehman Brothers Holdings Inc.
    and Certain of its Affiliates