BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                :
                                    Debtors.                 :   (Jointly Administered)
                                                                :
-------------------------------------------------------------------x

NOTICE OF ADJOURNMENT
OF CLAIMS OBJECTION HEARING WITH RESPECT TO
<u>OBJECTION TO PROOFS OF CLAIM NOs. 29721 AND 29748</u>

PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 29721 and 29748 that was scheduled for February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to April 25, 2013 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 12, 2013
      New York, New York

           /s/ Brijesh Dave
           Brijesh P. Dave
           LEHMAN BROTHERS HOLDINGS INC.
           OFFICE OF THE GENERAL COUNSEL
           1271 Avenue of the Americas
           New York, New York 10020
           Telephone: (646) 285-9441
           Facsimile: (646) 285-9337

*Attorney for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*