UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

      I, Timothy S. Langsdorf, hereby certify that, I caused to be served a true copy of the **SUPPLEMENTAL BRIEF OF SPANISH BROADCASTING SYSTEM, INC. IN RESPONSE TO REPLY OF LEHMAN BROTHERS HOLDINGS INC. [D.I. 34549]**, upon each of the parties on the annexed service list on the date and by the manner indicted therein.

      */s/ Timothy S. Langsdorf*
      Timothy S. Langsdorf

Sworn to before me this
12th day of February 2013.

*/s/ Paul J. Somelofske*
Notary Public, State of New York
No. 02SO6136677
Qualified in New York County
Commission Expires Nov. 14, 2013

SERVICE LIST

**FEBRUARY 11, 2013**
**VIA OVERNIGHT MAIL**

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

**FEBRUARY 12, 2013**
**VIA FIRST CLASS MAIL**

Tracy Hope Davis, Esq.
U.S. Trustee's Office
33 Whitehall Street
21st Floor
New York, NY 10004