O'MELVENY & MYERS LLP
Daniel S. Shamah, Esq.
7 Times Square
New York, New York 10036
(212) 326-2000

Suzzanne S. Uhland, Esq.
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
(415) 984-8700

Attorneys for Olivant Investments
Switzerland, S.A.

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>            Debtors. | Chapter 11 Case<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**OLIVANT INVESTMENT SWITZERLAND S.A.'S NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**

Olivant Investment Switzerland S.A., by and through its undersigned counsel, hereby withdraws all of its claims, including Claim No. 67043, in the above-captioned proceedings.

Dated: February 12, 2013
       New York, New York

/s/ Daniel S. Shamah
Daniel S. Shamah, Esq.
O'MELVENY & MYERS LLP
7 Times Square
New York, New York  10036
(212) 326-2000

Suzzanne S. Uhland, Esq.
O'MELVENY & MYERS LLP

Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
(415) 984-8700

*Attorneys for Olivant Investments*
*Switzerland, S.A.*