UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x    Ref. Docket No. 33410, 33555,
33609, 33637, 33681, 33703, 33710,
33711, 33791, 33792, 33935, 33940,
33941, 33948, 33962-33964, 33987,
34006, 34012, 34029-34034, 34048,
34055, 34107, 34110, 34112, 34113,
34119, 34128, 34155, 34157, 34158,
34164, 34167, 34168-34170, 34197,
34212, 34216, 34238, 34244, 34250,
34260, 34261, 34264, 34265

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 34566    Filed 02/12/13    Entered 02/12/13 17:56:00    Main Document
Pg 3 of 8

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   ALSTON INVESTMENTS LLC
          TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
          C/O ELLIOTT MANAGEMENT CORPORATION
          ATTN: ELLIOT GREENBERG / RAJAT BOSE
          712 FIFTH AVENUE, 35TH FLOOR
          NEW YORK NY 10019

Please note that your claim # 62743-09 in the above referenced case and in the amount of
       $21,366,000.00   allowed at $21,369,572.08        has been transferred **(unless previously expunged by court order)**

          MACQUARIE BANK LIMITED
          TRANSFEROR: ALSTON INVESTMENTS LLC
          C/O MACQUARIE HOLDINGS (USA) INC.
          ATTN: FICC CREDIT SALES AND TRADING
          125 WEST 55TH STREET
          NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33609     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/06/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 6, 2013.

# EXHIBIT B

```
TIME: 13:02:52                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 02/06/13                                             CREDITOR LISTING
```

| Name | Address |
|---|---|
| ADM MACULUS FUND II L.P., THE | ATTN: CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GDN RD CENTRAL HONG KONG |
| ADM MACULUS FUND III L.P., THE | ATTN: CAROL LEUNG C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1008 ICBC TOWER 3 GARDEN CENTRAL HONG KONG |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOTT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| AUFFENBERG, KORNELIA | TRANSFEROR: STICHTING THE TAMEX VALUE FOUNDATION HAGENAUER STR. 12 28211 BREMEN GERMANY |
| BANCA FIDEURAM S.P.A | TRANSFEROR: CASSA LOMBARDA S.P.A. EMANUELE CASTRO, LEGAL DEPT PIAZZALE G DOUHET 31 00143 ROMA ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCO COOPERATIVO ESPANOL, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO COOPERATIVO ESPANOL, S.A. | FAO: MRS. JUAN ANTONIO MERINO / IGNACIO BENLLOCH VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN |
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH 8002 SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR |
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVE 2ND FL NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DNAILE MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: THE DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BEMO EUROPE | C/O MR. BERNARD HUGO 63 AVENUE MARCEAU PARIS 75116 FRANCE |
| BSOF PARALLEL MASTER FUND L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES LLC ATTN: ARTHER LIAO 345 PARK AVE 28TH FL NEW YORK NY 10154 |
| BSOF PARALLEL MASTER FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT LLC ATTN: LAURA L TARRADO ESQ 1140 AVENUE OF THE AMERICAS 12TH FL NEW YORK NY 10036 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | ATTN: JONATHAN KAPLAN C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. | LEE S. ATTANSIO AND ALEX R. ROVIRA SDILEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CASSA LOMBARDA S.P.A. | VIA A MANZONI 12/16 MILANO 20121 ITALY |
| CHAN SHU, LEUNG | G/F BLOCK B ALEXANDRA INDUSTRIAL BUILDING 1064-1066 TUNG CHAU WEST STREET CHEUNG SHA WAN, KLN HONG KONG |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GOLDENTREE MASTER FUND, LTD. 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CYRUS OPPORTUNITIES MASTER FUND II LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DAB BANK AG | LANDSBERGER STR. 300 MUNCHEN 80687 GERMANY |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| EFG BANK AB (PUBL) | TRANSFEROR: EFG BANK AB (PUBL) QUAI DU SEUJET 24 P.O. BOX 2391 GENEVA 2 1211 SWITZERLAND |
| EFG BANK SA | ATTN: DIMOS ARHODIDIS & ALEXANDER TSOURINAKIS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | WILHELMSTR. 41 GIESSEN 35392 GERMANY |
| FELDKAMP, UWE WILHELM | BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| GOLDENTREE MASTER FUND, LTD. | C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| GOLDENTREE MASTER FUND, LTD. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | EPIQ BANKRUPTCY SOLUTIONS, LLC |

```
TIME: 13:02:52                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 02/06/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O HBK SERVICES LLC ATTN: LEGAL/GENERAL COUNSEL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: EFG EUROBANK ERGASIAS SA C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: YORVIK PARTNERS LLP ATTN: ITHRAN OLIVACCE C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MACQUARIE BANK LIMITED | TRANSFEROR: ALSTON INVESTMENTS LLC C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: SBI (MAURITIUS) LIMITED ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCO COOPERATIVO ESPANOL, S.A. 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA ENGLAND |
| MUELLER, SUSANNE | JAHNSTR. 12 LANGGOENS 35428 GERMANY |
| PLESSOW, GABRIELE | HENNIGSDORFER STR. 140 BERLIN D-13503 GERMANY |
| SBI (MAURITIUS) LIMITED | GLOBAL BUSINESS BRANCH 7TH FLOOR, HARBOUR FRONT BUILDING PRESIDENT JOHN KENNEDY STREET, PO BOX 376 PORT LOUIS MAURITIUS |
| SBI (MAURITIUS) LIMITED | TLT LLP ONE REDCLIFF STREET BRISTOL BS1 6TP UNITED KINGDOM |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: BEMO EUROPE ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10017 |
| SPARKASSE GIESSEN | TRANSFEROR: FELDKAMP, UWE WILHELM ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| SPARKASSE GIESSEN | TRANSFEROR: MUELLER, SUSANNE ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| SPARKASSE GIESSEN | TRANSFEROR: STENKE, WOLFGANG ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| SPLENDID MARKET LTD. | OFFSHORE INCORPORATIONS CENTRE P.O. BOX 957, ROAD TOWN TORTOLA VIRGIN ISLANDS (BRITISH) |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHAN SHU, LEUNG 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| STEINHAUSER, WALTER | TRANSFEROR: BANK VONTOBEL AG STAMMERSDORFER STRASSE 143/1/15 VIENNA 1210 AUSTRIA |
| STENKE, WOLFGANG | WEIHERSGAERTEN 9 POHLHEIM 35415 GERMANY |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: AUFFENBERG, KORNELIA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: RETZLAFF, KATE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: TEMPLIN, EWALD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STRAITS CONSTRUCTION COMPANY (PRIVATE) LIMITED | 16 JALAN KILANG #05-01 HOI HUP BUILDING SINGAPORE 159416 SINGAPORE |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: SPLENDID MARKET LTD. 150 GRAND STREET, STE 401 WHITE PLAINS NY 10601 |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: DR. PETER QUANTE & W. HULEKEN KASERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: DR. PETER QUANTE & W. HULSKEN KNSERNENSTR. 10 DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA F/K/A CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: PLESSOW, GABRIELE KASERNENSTR. 10 DUESSELDORF 40213 GERMANY |
| VARDE FUND IX LP, THE | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | ATTN: ANOTHY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

```
TIME: 13:02:52                                        LEHMAN BROTHERS HOLDING INC.                                            PAGE:  3
DATE: 02/06/13                                              CREDITOR LISTING

Name                              Address
VARDE INVESTMENT PARTNERS, LP     TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
WACHER SPEZIALBAU GMBH            TRANSFEROR: DAB BANK AG ATTN: ERICH WUCHER ALOIS-STADLER-STR.3 GESTRATZ  88167 GERMANY
YORVIK PARTNERS LLP               TRANSFEROR: ADM MACULUS FUND II L.P., THE ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP               TRANSFEROR: ADM MACULUS FUND III L.P., THE ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP               TRANSFEROR: REID STREET RETIREMENT GLOBAL BOND FUND ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP               TRANSFEROR: STRAITS CONSTRUCTION COMPANY (PRIVATE) LIMITED ATTN: C. JONES 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed       103
```

EPIQ BANKRUPTCY SOLUTIONS, LLC