UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :   Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :   08-13555 (JMP)
                                                            :   (Jointly Administered)
                  Debtors.                                  :
                                                            :
------------------------------------------------------------x   Ref. Docket Nos. 33551, 33939,
                                                                34051

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 6, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
12th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    BARCLAYS BANK BBSAU
               TRANSFEROR: AGRUPAEJIDO, S.A.
               BARCLAYS BANK, S.A.
               ATTN: ABRAHAM CARPINTERO
               C/ MATEO INURRIA 15
               MADRID 28036 SPAIN

Additional:    BARCLAYS BANK BBSAU
               ANTHONY VITIELLO
               BARCLAYS BANK PLC
               745 SEVENTH AVENUE, 2ND FLOOR
               NEW YORK NY 10019

Transferee:    BARCLAYS BANK PLC
               745 SEVENTH AVENUE
               NEW YORK NY 10019

Your transfer    of claim #    56672    is defective for the reason(s) checked below:

Other                                    THE TRANSFEROR NAME DOES NOT MATCH CLAIM NAME

Docket Number 34051              Date 01/18/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 6, 2013.

# EXHIBIT B

```
TIME: 12:57:52                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE: 1
DATE: 02/06/13                                               CREDITOR LISTING

Name                        Address
BARCLAYS BANK BBSAU         TRANSFEROR: AGRUPAEJIDO, S.A. BARCLAYS BANK, S.A. ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID  28036 SPAIN
BARCLAYS BANK BBSAU         ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC           745 SEVENTH AVENUE NEW YORK NY 10019
CREDIT SUISSE               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE               RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
HYPOSWISS PRIVATBANK AG     SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
MORA BANC GRUP SA           ***NO ADDRESS PROVIDED*** * NY *
UBS AG                      BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND


Total Number of Records Printed      9
```

EPIQ BANKRUPTCY SOLUTIONS, LLC