**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |
| | | **Ref Docket No. 34373** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 8, 2013, I caused to be served the "Notice of Adjournment of Matters Scheduled for Claims Hearing on January 30, 2013 at 10:00 A.M.," dated January 31, 2013 [Docket No. 34373], by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
11th day of February, 2013
*/s/ Regina Amporfro*

Notary Public, State of New York
No. 01AM6064508
Qualified in the County of Bronx
Commission Expires September 24, 2013

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alstom.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
leila.roeder@whitecase.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com

chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com

michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@hunton.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us

demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com

ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

ritkin@steptoe.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

robert.dombroff@bingham.com

robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com

sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com

jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlovi@steptoe.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
thomas_noguerola@calpers.ca.gov
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com,
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com
tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com

jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com

vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
william.m.goldman@dlapiper.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

alexander.lorenzo@alston.com
andrew.brozman@cliffordchance.com
anthony.candido@cliffordchance.com
arovira@sidley.com
aschulkin@lathropgage.com
ashmead@sewkis.com
brian.dillon@gpmlaw.com
btrust@mayerbrown.com
caseyn@whiteandwilliams.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
choupt@mayerbrown.com
ddavis@paulweiss.com
ddunne@milbank.com
djnewman@akingump.com
easmith@venable.com
eerman@ermanteicher.com
efogel@lathropgage.com
ericwinston@quinnemanuel.com
eschaffer@reedsmith.com
harold.horwich@bingham.com
heiser@chapman.com
jeanites@whiteandwilliams.com
jfeldman@sidley.com
jhaney@wongfleming.com
joshua.dorchak@bingham.com
jvanroy@zeklaw.com
kathryn.bergstrom@gpmlaw.com
krudd@zeklaw.com

lacyr@sullcrom.com
lwong@wongfleming.com
mblocker@sidley.com
mcordone@stradley.com
mdorval@stradley.com
mgburke@sidley.com
michael.johnson@alston.com
mvenditto@reedsmith.com
ncrowell@sidley.com
patrick.fang@bingham.com
phillip.bohl@gpmlaw.com
ppatterson@stradley.com
rkapoor@venable.com
rpedone@nixonpeabody.com
rtizravesh@akingump.com
sara.tapinekis@cliffordchance.com
sbonnet@sidley.com
scruickshank@sidley.com
smorales@lathropgage.com
spesner@akingump.com
sshimshak@paulweiss.com
swolowitz@mayerbrown.com
tcurtin@lathropgage.com
yoderj@whiteandwilliams.com
jclose@chapman.com
jschreib@chapman.com
appleby@chapman.com
dshapiro@somervillema.gov
jrosenberg@forwardinvesting.com

# EXHIBIT B

| FAX | NAME |
|---|---|
| 404-881-7777 | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE |
| 212-536-3901 | K L GATES ATTN: RICHARD MILLER |
| 212-262-7402 | LOWENSTEIN ATTN:  MICHAEL S. ETKIN, IRA M. LEVEE |
| 609-951-0270 | WONG FLEMING ATTN: JAMES K. HANEY, ESQ. DANIEL FLEIMING ESQ. |
| 212-836-6525 | KAYE SCHOLER ATTN: MADLYN GLEICH PRIMOFF |
| 212-940-3111 | NIXON PEABODY ATTN: CHRISTOPHER M. DESIDERIO |
| 212-515-6959 | PRYOR CASHMAN ATTN: RONALD S. BEACHER, RICHARD LEVY JR. |
| 614-227-2390 | BRICKER & ECKLER LLP ATTN: QUINTIN F. LINDSMITH, ESQ. |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
271 CADMAN PLAZA EAST STE 4529
BROOKLYN, NY 11201

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AKIN GUMP STRAUSS HAUER FELD LLP | ATTN: STEVEN PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH (COUNSEL FOR KOREAS NATL AGRICULTURAL COOP) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSSE HAUER & FELD LLP | (COUNSEL TO: SHINHAN BANK ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH ONE BRYANT PARK NEW YORK NY 10036 |
| ALSTON & BIRD LLP | (BANK OF AMERICA NA & MERRILL LYNCH) ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON HUNT FLOYD & ING | 1001 BISHOP STREET 18TH FLOOR HONOLULU HI 96813 |
| ALTA CDO LLC, FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-1 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| ATLAS SPECIALTY INSURANCE LIMITED | (F/K/A AXIS SPECIALTY LTD. PIMCO HEDGE) CLAREDON HOUSE 2 CHURCH STREET 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| AXIS SPECIALTY LTD PIMCO HEDGE | CLAREDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| BANCO CREDITO DEL PERU | C/O SHEARMAN AND STERLING LLP ATTN: ANDREW V. TENZER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN: ANDREW V. TENZER, ESQ. ATTN: ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| BANK OF CHINA | 410 MADISON AVE. NEW YORK NY 10017 |
| BANK OF NEW YORK MELLON | C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER ESQ. 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE C/O REED SMITH LLP NEW YORK NY 10022 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | 36 NAN KING EAST ROAD SECTION 3 TAIPEI 10411 TAIWAN |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | INTERNATIONAL BANK OF TAIPEI 26 NAN KING EAST ROAD SECTION 3 TAIPEI CITY 10411 TAIWAN, R.O.C. |

| Claim Name | Address Information |
|---|---|
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O SULLIVAN & CROMWELL LLP ATTN: ROBINSON B. LACY 125 BROAD ST NEW YORK NY 10004 |
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-1 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-2 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | LEVEL 13 REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY NSW-2000 AUSTRALIA |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BINGHAM MCCUTCHEN LLP | COUNSEL: BANK OF FUKUOKA LTD, CONTINENTAL LIFE, PUTNAM FIDUCIARY ATTN: JOSHUA DORCHAK, PATRICK FANG 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | HAROLD S. HORWICH COUNSEL: CONTINENTAL LIFE, PUTNAM FIDUCIARY ONE STATE STREET HARTFORD CT 06103-3178 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | C/O KEVIN M. STANKO 600 LAFAYETTE EAST SUITE 1925 DETROIT MI 48226 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE HERON FUNDING II, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING II, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING V, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VII, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE POINT CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO SPC, F/A/O THE SERIES | SEG PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 |

| Claim Name | Address Information |
|---|---|
| 2005-2 | SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BONNIE BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BPCE | (SUCCESSOR TO GROUPE CAISSE D'EPARGNE) ATTN:  MR. NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | DANIEL N. JOCELYN, ESQ. MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHAPMAN & CUTLER LLP | ATTN: LAURA APPLEBY (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN & CUTLER LLP | ATTN: JEFFREY G. CLOSE & JEREMY D. SCHREIBER (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHERRY HILL CDO LLC FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-2 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | ATTN: CAROLINE MCGONAGLE C/O CHARTERED CORPORATE SERVICES TANEY HALL EGLINTON TERRACE DUNDRUM DUBLIN 14 IRELAND |
| CITIBANK, N.A | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: STEPHEN J. SHIMSHAK ESQ. DOUGLAS DAVIS ESQ. & CLAUDIA HAMMERMAN ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-606 |
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | CHRISTOPHER DIFUSCO - DIVISIONAL DEPUTY SOLICITOR DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE | DAVID P SHAPIRO, ASSISTANT CITY SOLICITOR 93 HIGHLAND AVENUE SOMERVILLE MA 02143 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. SOMERVILLE MA 02145 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. 10 EXCHANGE PLACE, 16TH FLOOR JERSEY CITY NJ 07302 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. ROBERT GUTTMANN, ESQ. ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK, | B.A. ATTN: DAVID DIETZ, CFO 245 PARK AVENUE NEW YORK NY 10167-3700 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK,BA. | C/O ZEICHNER ELLMAN & KRAUSE LLP ATTN: ROBERT GUTTMANN ESQ 575 LEXINGTON AVENUE NEW YORK NY 10022 |
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN: KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS -15TH FLOOR NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A/ CALYON), C/O CLIFFORD CHANCE ATTN: ANDREW BRONZMAN; ANTHONY CANDIDO; SARAH TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CROWN CITY CDO 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CUTWATER ASSET MANAGEMENT | (F/K/A MBIA CAPITAL MANAGEMENT) ATTN: CLIFFORD D. CORSO, CEO 113 KING STREET ARMONK NY 10504 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | HOLLACE TOPOL COHEN, ESQ. TROUTMAN & SANDERS LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | DEPPING 1999 INVESTMENT LIMITED 3 FIXED MARGIN ATTN: THOMAS DEPPING 5602 RAPIDBROOK KINGWOOD TX 77345-1922 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: COLIN GRASSIE, CEO 1 GREAT WINCHESTER STREET LONDON EC2N 2DB GREAT BRITAIN |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: DAVID H. LEE & CHRISTOPHER DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |
| DIADEM CITY CDO LIMITED | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS |
| DIADEM CITY CDO LIMITED | WALKERS SPV LIMITED WALKER HOUSE P.O. BOX 908 GT, GEORGE TOWN GRAND CAYMAN |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | C/O VIVKI KAISER; LEON BASS JR. P.O. BOX 800 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| ELLIOT ASSOCIATES, INC. L.P. | C/O KLEINBERG KAPLAN WOLFF & COHEN P.C.; ATTN: DAVID PARKER 551 5TH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH |

| Claim Name | Address Information |
| --- | --- |
| ELLIOTT INTERNATIONAL, L.P. | STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| ENSIGN PEAK ADVISORS | JUSTIN W. STARR, ESQ. KIRTON & MCCONKIE 1800 EAGLE GATE TOWER 60 EAST SOUTH TEMPLE P.O. BOX 45120 SALT LAKE CITY UT 84145 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| ERMAN, TEICHER, MILLER, | ZUCKER & FREEDMAN, P.C. EARLE I. ERMAN COUNSEL FOR MICHIGAN CARPENTERS' PENSION FUND 400 GALLERIA OFFICENTRE, SUITE 444 SOUTHFIELD MI 48034 |
| EUROAMERICA SEGUROS DE VIDA SA | AV. APOQUINDO 3885 PISO 19 LAS CONDES SANTIAGO CHILE |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 361 1077 XX AMSTERDAM NETHERLANDS |
| FIRST TRUST STRATEGIC HIGH INCOME I | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME I | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME II | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME II | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME III | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME III | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FORWARD FUNDS | JUDITH M ROSENBERG CHIEF COMPLIANCE OFFICER FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, 16TH FLOOR SAN FRANCISCO CA 94111 |
| FORWARD INVESTMENT GRADE FIXED INCOME FUND | JUDITH M ROSENBERG CHIEF COMPLIANCE OFFICER FORWARD MANAGEMENT, LLC 101 CALIFORNIA STREET, 16TH FLOOR SAN FRANCISCO CA 94111 |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| FROST BROWN TODD LLC | ATTN: NELSON D. ALEXANDER NORTH ILLINOIS STREET, SUITE 1900 P.O. BOX 44961 INDIANAPOLIS IN 46244-0961 |
| FULLERTON DRIVE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARADEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GATEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL - LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| GLEN R. COPELAND | ASSISTANT VICE-PRESIDENT & SENIOR COUNSEL LAW DEPARTMENT SUN LIFE ASSURANCE COMPANY OF CANADA 150 KING STREET WEST, SUITE 1400 TORONTO ON M5H 1J9 CANADA |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GORDON RAUSSER | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR LONDON E14 5HQ UNITED KINGDOM |
| ICE MILLER LLP | COUNSEL TO ILLINOIS MUNICIPAL RETIREMENT FUND ATTN: DANIEL R. SWETMAN 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK | WLLHELM-BOTZKES STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | C/O ICE MILLER LLP ATTN: DANIEL R. SWETNAM ESQ 250 WEST ST STE 700 COLUMBUS OH 43215 |
| INFORMATION SECURITY FORUM LIMITED | 10-18 UNION STREET LONDON SE1 1SZ UNITED KINGDOM |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | C/O INTEGRA CAPITAL QUEBEC CORPORATION 2020 WINSTON PARK SUITE 200 SUITE 200 OAKVILLE ON L6H 6X7 CANADA |

| Claim Name | Address Information |
| --- | --- |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA - HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN: JAMES DIMON, CEO COLUMBUS OH 43240 |
| JUDITH M ROSENBERG | CHIEF COMPLIANCE OFFICER 101 CALIFORNIA STREET 16TH FLOOR SAN FRANCISCO CA 94111 |
| KINGS RIVER LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| KINGS RIVER LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LAKEVIEW CDO LLC SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-2 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-3 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-1 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 SOUTH CLINTON ST ATTN: DENNIS R. GLASS, CEO* FORT WAYNE IN 46802 |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |

| Claim Name | Address Information |
|---|---|
| LONGSHORE CDO FUNDING 2007-3, LTD. | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 171 ELGIN AVE., BOUNDARY HALL, 171 ELGIN AVE., BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JE2 3RA CHANNEL ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 9 LIMITED | 26 NEW ST. ST. HELIER JE2 3RA CHANNEL ISLANDS |
| MACQUARIE BANK LTD. O/A MACQUARIE PRISIM | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CAPITAL MASTER FUND, LTD | C/O SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA ESQ 787 SEVENTH AVE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MARINER LDC | C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARINER-TRICADIA CREDIT STRATEGIES | MASTER FUND, LTD. C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | 1166 AVENUE OF THE AMERICAS ATTN: BRIAN DUPERREAULT, CEO NEW YORK NY 10036 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | 5 CANADA SQUARE LONDON E14 5AQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET ATTN: SALLY L. KRAWCHECK, CEO CHARLOTTE NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | C/O BANK OF AMERICA CORPORATION 100 N. TRYON STREET CHARLOTTE NC 28255 |
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MKP VELA CBO LTD. | MKP VELA CBO LTD C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| ML INTERNATIONAL GLOBAL EQUITY FINANCE | 5 CANADA SQUARE LONDON, E18 DEE14 5AQ UNITED KINGDOM |
| ML INTERNATIONAL GLOBAL EQUITY FINANCE | MERRILL LYNCH FINANCIAL CENTRE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| MODERN WOODMEN OF AMERICA | C/O PETER C. DOYLE 1701 1ST AVE. ROCK ISLAND IL 61201 |
| MODERN WOODMEN OF AMERICA, INC. | 1701 FIRST AVENUE ATTN: W. KENNY MASSEY, CEO ROCK ISLAND IL 61201 |
| MODERN WOODMEN OF AMERICA, INC. | PETER C. DOYLE, ESQ. MODERN WOODMEN OF AMERICA 1701 FIRST AVENUE ROCK ISLAND IL 61201 |
| MONEYGRAM SECURITIES LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MORGAN STANLEY & CO. INC N/K/A MORGAN STANLEY | & CO LLC. VENABLE LLP EDWARD A SMITH & RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN CRAWFORD, CFO NEW YORK NY 10036 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NATIONAL NOMINEES LIMITED | 125 QUEEN STREET LEVEL 9, BNZ TOWER AUCKLAND 1030 NEW ZEALAND |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O CT CORPORATION SYSTEM 1300 EAST NINTH STREET CLEVELAND OH 44114 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) C/O ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) ROXANNE TIZRAVESH, ESQ. DEBRA NEWMAN, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | C/O OHIO ATTORNEY GENERAL MIKE DEWINE 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 2711 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, ESQ. FROST BROWN TODD LLC 201 NORTH ILLINOIS STREET SUITE 1900 INDIANAPOLIS IN 46204-4236 |
| OHIO STATE UNIVERSITY | C/O GARY LEIMBACH RIVERWATCH TOWER, SUITE B 364 WEST LANE AVENUE 364 WEST LANE AVENUE COLUMBUS OH 43201-4340 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/F.0G VIENNA 1010 AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND |

| Claim Name | Address Information |
|---|---|
| OSDF, LTD. | CAYMAN KY1-1102 CAYMAN ISLANDS |
| PANTERA VIVE CDO F/A/O THE SERIES 2007-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PANTERA VIVE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PB CAPITAL CORPORATION | C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PEBBLE CREEK LCDO 2007-2, LLC | DEUTSCHE INTL CORPORATE SERVICES (DELAWARE) 1011 CENTRE RD. SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE 171 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PENN'S LANDING CDO LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PENN'S LANDING CDO SPC, F/A/O THE SERIES 2007-1 | SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | JOSEPH TEDONE, ESQ. LAW DEPARTMENT, PHOENIX ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX HOME LIFE VARIABLE INSURANCE COMPANY | PHOENIX LIFE INSURANCE COMPANY ONE AMERICAN ROW P.O. BOX 5056 HARTFORD CT 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFMANN, PRESIDENT HARTFORD CT 06102-5056 |
| PHOENIX LIFE INSURANCE COMPANY | ONE AMERICAN ROW P.O. BOX 5056 ATTN: PETER A. HOFFMANN, PRESIDENT HARTFORD CT 06102-5056 |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | C/O THE BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION AS TRUSTEE THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 PITTSBURGH PA 15258-0001 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| PYXIS ABS CDO 2007-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PYXIS ABS CDO 2007-1 LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| QUARTZ FINANCE PLC | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES |

| Claim Name | Address Information |
|---|---|
| RAACLC TRUST, SERIES 2003-A | ATTENTION: JIM DELLA SALA 60 WALL STREET NEW YORK NY 10005 |
| RBS GLOBAL BANK & MARKETS | HENRY J. RICARDO, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| RGA REINSURANCE COMPANY, INC. | C/O PATTY TOMASCO JACKSON WALKER LLP 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| ROYAL BANCSHARES OF PENNSYLVANIA | JAMES L. GARRITY, JR., ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178-0060 |
| ROYAL BANCSHARES OF PENNSYLVANIA | 732 MONTGOMERY AVENUE ATTN: ROBERT R. TABAS, CEO NARBETH PA 19072 |
| RUBY FINANCE PLC, F/A/O THE SERIES 2006-4 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2007-1 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, FOR THE ACCOUNT OF THE | SERIES 2005-1, WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SBSI, INC. | C/O CSC ENTITY SERVICES, LLC 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 352 980 619 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITIZED PRODUCT OF REST COLL LTD SPC FAO | SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT  , QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD F/A/O | THE SERIES 2007-1 FEDERATION A-2 SEGR PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD F/A/O THE | SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SECURITY BENEFIT LIFE INSURANCE CO. | ONE SECURITY BENEFIT PLACE ATTN: KRIS A. ROBBINS, PRESIDENT TOPEKA KS 66636 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A BLOOM 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SHENANDOAH LIFE INSURANCE COMPANY | 2301 BRAMBLETON AVENUE SW ATTN: KATHLEEN K. KRONAU, SVP AND GENERAL COUNSEL ROANOKE VA 24015 |
| SHENANDOAH LIFE INSURANCE COMPANY | KATHLEEN K. KRONAU, SVP AND GENERAL COUNSEL P.O. BOX 12847 ROANOKE VA 24029 |
| SHIELD SECURITIES, LTD. | CHANNEL ISLANDS JERSEY |
| SHIELD SECURITY LTD. | CROWN HOUSE MARDON PARK CENTRAL AVENUE BAGLAN ENERGY PARK PORT TALBOT WALES SA12 7AX UNITED KINGDOM |
| SHINHAN BANK | DAEGYUNG BUILDING 120 TAEPYUNGRO 2 GA JOONG-GU SEOUL KOREA |
| SHINHAN BANK | C/O STEVEN M. PESNER, ESQ. DEBORAH NEWMAN, ESQ. ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| SILVER ELMS CDO PLC | ATNN: MARIA PRICE C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LTD FIRST FLOOR 7 EXCHANGE PLACE I.F.S.C. DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE | C/O MAYER BROWN LLP ATTN: STEVEN WOLOWITZ CHRISTOPHER HOUPT BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE INVESTMENT | CORPORATION 1221 AVENUE OF AMERICAS ATTN: IGOR LITVAK, EXECUTIVE OFFICER AND CRAIG OVERLANDER, CEO NEW YORK NY 10020 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| SOLAR V CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF,C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP, ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LTD. | ATTN: RICHARD PEDONE, CHRISTOPHER M. DESIDERIO NIXON PEABODY 437 MADISON AVENUE NEW YORK NY 10022 |
| STICHTING SHELL PENSIOENFOND | BOGAARDPLEIN 41 ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STOWE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 SEGR PORTF, | STOWE CDO SPC ACCOUNT OF THE PORTF, C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-2A, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STRUCTURED CREDIT AMERICA LTD | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| STRUCTURED CREDIT OPPORTUNITIES FUND | II, LP MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| STRUCTURED CREDIT OPPORTUNITIES FUND II, LP | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 150 KING STREET WEST, SUITE 1400 ATTN: DEAN A. CONNOR, CEO TORONTO ON M5H 1J9 CANADA |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 , SEGR PORTF SUNSET PARK CDO LTD. C/O MAPLES FINANCE LIMITED , P.O. BOX 1093 GT, QUEENSGATE HOUSE , 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-5 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SUSQUEHANNA BANK | ANDREW D. GOTTFRIED, ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| SUSQUEHANNA BANK | C/O WILLIAM T BELDEN PRESIDENT 9 E. MAIN STREET LITITZ PA 17543 |
| SUSQUEHANNA BANK | C/O WILLIAM T. BEDEN, PRESIDENT 9E. MAIN STREET LITITZ PA 17543 |
| SUSQUEHANNA BANK | 1570 MANHEIM PIKE LANCASTER PA 17604-3300 |
| TAIWAN LIFE | 17 HSU CHANG STREET 18TH FLOOR TAIPEI TAIWAN |
| TAIWAN LIFE | 17 HSU CHANG STREET, 18TH FLOOR TAIPEI CITY TAIWAN, R.O.C. |
| TAVARES SQUARE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE SUITE 101 DOVER DE 19904 |
| TAYLOR CREEK LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAYLOR CREEK LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| TERRY BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU SOUTH KOREA |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU 706-712 SOUTH KOREA |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | LINCOLN NATIONAL LIFE INSURANCE COMPANY 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | STEPHANIE FARABOW, ESQ. AVP AND SENIOR COUNSEL LINCOLN FINANCIAL GROUP 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE |

| Claim Name | Address Information |
|---|---|
| THE WINTER GROUP | RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I LTD. | TIERRA ALTA FUNDING I, LTD C/O MAPLES AND CALDER LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1004 CAYMAN ISLANDS |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TOM DEPPING | C/O TROUTMAN SANDERS LLP; ATTN: HOLLACE T. COHEN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE ESQ. 330 MADISON AVENUE 34TH FLOOR NEW YORK NY 10017-5010 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO; 111 WEST MONROE STREET CHICAGO IL 60603 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UBS AG LONDON BRANCH | 1 FINSBURY AVENUE ATTN: JOHN CRYAN, CE LONDON EC2M 2PP UNITED KINGDOM |
| UBS AG LONDON BRANCH | VERENA BURHAND DAVID FLACK LEGAL & COMPLIANCE 1 FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| UBS FIXED INCOME | AESCHENVORSTADT 1 ATTN: JERKER JOHANSSON, CEO* BASEL 4051 SWITZERLAND |
| UBS FIXED INCOME | BAHNHOFSTRASSE 45 ATTN: JERKER JOHANSSON, CEO* ZURICH 8001 SWITZERLAND |
| UBS SECURITIES LLC | 677 WASHINGTON BLVD. ATTN: TERESA RESSELL, CEO STAMFORD CT 06901 |
| UBS SECURITIES LLC | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | UNION INVESTMENT GROUP WIESENHUTTENSTR. 10, D-60329 FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: THOMAS FLECK, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| VANDERBILT CAPITAL ADVISORS HOLDINGS, LLC | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| VOX PLACE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| VOX PLACE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET SUITE 1660 BALTIMORE MD 21202 |
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WELLS FARGO, NATIONAL ASSOCIATION | C/O LOCKE LORD BISSELL & LIDDELL; ATTN: CASEY B. HOWARD, THREE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE & WILLIAMS LLP | ATTN: SEDGWICK M. JEANITE & NEIL P. CASEY COUNSEL TO MARSH&MCLENNAN MASTER RETIREMENT TRUST ONE PENN PLAZA 250 W. 34TH STREET, SUITE 4110 NEW YORK NY 10119 |
| WHITE & WILLIAMS LLP | ATTN: JAMES S. YODER COUNSEL TO MARSH&MCLENNAN MASTER RETIREMENT TRUST 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |

| Claim Name | Address Information |
|---|---|
| WHITEHAWK CDO FUNDING 2004-1, LTD. | WHITEHAWK CDO FUNDING LTD. C/O MAPLESSF LIMITED BOUNDARY HALL, CRICKET SQUARE, 171 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| WHITEHAWK CDO FUNDING, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| WONG FLEMING P.C. | (COUNSEL TO: NATIONWIDE MUTUAL LIFE INSURANCE COMPANY) ATTN: LINDA WONG & JAMES HANEY 821 ALEXANDER ROAD,P.O. BOX 3663 PRINCETON NJ 08543-3663 |
| ZAIS GROUP, LLC | C/O SEWARD & KISSEL LLP; ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |
| ZEICHNER ELLMAN & KRAUSE LLP | ROBERT GUTTMANN ESQ.  975 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  432**

**LBH NOA_OMNI143 (D.I. 34373) 2-8-13**

ALLIANCE BERNSTEIN
ATTN: MICHAEL COFFEE
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

**LBH NOA OMNI 183 (D.I. 34373) 2-8-13**

BOILERMAKER-BLACKSMITH NATL
PENSION TR
756 MINNESOTA AVE
KANSAS CITY, KS 66101

**LBH NOA_OMNI 328 (D.I. 34373) 2-8-13**

Madlyn Gleich Primoff, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

**LBH NOA_OMNI 67 & 84 (D.I. 34373) 2-8-13**

SPCP GROUP, LLC ET AL
C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J.
DEPANFILIS
660 STEAMBOAT ROAD
GREENWICH, CT 06830

**LBH NOA_OMNI 67 & 84 (D.I. 34373) 2-8-13**

DAY PITNEY LLP
ATTN: RONALD S. BEACHER, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036

**NOA_OMNI 84 (D.I. 34373) 2-8-13**

INTER-AMERICAN DEVELOPMENT BANK
ATTN: SOREN ELBECH
1300 NEW YORK AVENUE
WASHINGTON, DC 20577

**NOA_OMNI 84 (D.I. 34373) 2-8-13**

ALLEN AND OVERY
ATTN: VICTOR WAINGORT
1221 AVENUE OF THE AMERICAS
NEW YORK, NY  10020

**NOA_TRAXIS (D.I. 34373) 2-8-13**

SEWARD & KISSEL LLP
John R. Ashmead, Esq.
Ronald L. Cohen, Esq.
Justin L. Shearer, Esq.
(RE: Traxis et al.)
One Battery Park Plaza
New York, New York 10004

**NOA_ OMNI 282 (D.I. 34373) 2-8-13**

PIGUET GALLAND & CIE SA
YVERDON   CH  ZIP 1400
SWITZERLAND

**LBH NOA_OMNI143 (D.I. 34373)  2-8-13**

CF MIDAS BALANCED GROWTH FUND
BEAUFORT HOUSE
51 NEW NORTH ROAD
EXETER, DEVON, EX4 4EP
UNITED KINGDOM

**LBH NOA_OMNI143 (D.I. 34373)  2-8-13**

Daniel F.X. Geoghan, Esq.
Young Conaway Stargatt & Taylor, LLP
1270 Avenue of the Americas
Suite 2210
New York, New York 10020

**LBH NOA_OMNI328 (D.I. 34373)  2-8-13**

LBH 199 SEIU GREATER NEW YORK BENEFIT FUND
ATTN: ANTHONY PETRELLA
330 WEST 42ND STREET
NEW YORK, NY 10036

**LBH NOA_OMNI328 (D.I. 34373)  2-8-13**

MEYER, SUOZZI, ENGLISH & KLEIN, PC
ATTN: HANAN B. KOLKO, ESQ.
1350 BROADWAY, SUITE 501
NEW YORK, NY 10018

**LBH NOA_OMNI328 (D.I. 34373)  2-8-13**

PRYOR CASHMAN
ATTN: RONALD S. BEACHER, RICHARD LEVY JR.
7 Times Square
New York, NY  10036-6569