B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Solus Recovery LH Fund LP | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: Solus Compliance Officer
SOLUS RECOVERY LH FUND LP
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:  (212) 284-4338
E-Mail: Compliance@soluslp.com

Court Claim # (if known): 17247
Amount of Claim: $580,000,000.00 (allowed)
Transferred Amount: $1,110,832.89
Date Claim Filed: 9/18/09
Debtor: Lehman Brothers Holdings Inc.

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____            Date: 2\12\13
    Name of Transferee/Transferee's Agent
    Christopher Bondy
    Executive Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Solely to the extent of the Transferred Amount set forth above, Transferor hereby waives any objection to the transfer of the claim referenced above to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the claim referenced above (to the extent of the Transferred Amount set forth above) and recognizing the Transferee as the sole owner and holder of the claim referenced above (to the extent of the Transferred Amount set forth above).

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SOLUS RECOVERY LH FUND LP
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____          Date: 2\12\13
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

Solely to the extent of the Transferred Amount set forth above, Transferor hereby waives any objection to the transfer of the claim referenced above to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the claim referenced above (to the extent of the Transferred Amount set forth above) and recognizing the Transferee as the sole owner and holder of the claim referenced above (to the extent of the Transferred Amount set forth above).

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

17