UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    08-13555 (JMP)
                                                    :    (Jointly Administered)
    **Debtors.**                                    :
                                                    :
-----------------------------------------------------------------x    Ref. Docket No. 33712-33715,
                                                         33718-33721, 33729, 33731, 33732,
                                                         33790, 33959, 33971, 33972, 34116,
                                                         34159-34162, 34198, 34204, 34225,
                                                         34232-34235, 34239, 34241, 34252,
                                                         34262, 34263, 34284, 34285, 34402,
                                                         34405, 34409, 34410, 34412, 34414,
                                                         34417, 34418, 34420

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
13th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33712-33715, 33718…34417, 34418, 34420_AFF_2-7-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To: BARCLAYS BANK PLC                              BARCLAYS BANK PLC
    TRANSFEROR: VARDE FUND X (MASTER) LP, THE      ANTHONY VITIELLO
    DANIEL MIRANDA                                 745 SEVENTH AVENUE, 2ND FLOOR
    745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
    NEW YORK NY 10019
```

Please note that your claim # 49790-12 in the above referenced case and in the amount of $2,570,203.68   allowed at $2,499,837.96   has been transferred **(unless previously expunged by court order)**

```
    CRS MASTER FUND LP
    TRANSFEROR: BARCLAYS BANK PLC
    ATTN: SVET NIKOV
    399 PARK AVENUE, 39TH FLOOR
    NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33712    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/07/2013                           Vito Genna, Clerk of Court


                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 7, 2013.

# EXHIBIT B

08-13555-mg    Doc 34610    Filed 02/13/13    Entered 02/13/13 21:41:05    Main Document
Pg 4 of 6

```
TIME: 10:52:30                                          LEHMAN BROTHERS HOLDING INC.                                                   PAGE: 1
DATE: 02/07/13                                                 CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
L.P.                                              NEW YORK NY 10022
AURELIUS INVESTMENT, LLC                          TRANSFEROR: GOLDMAN, SACHS & CO. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10022
AVIGNON CAPITAL LTD.                              CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
AVIGNON CAPITAL LTD.                              TRANSFEROR: CENTRAL BANCO UNIVERSAL C/O CITCO B.V.I. LTD. WICKHAMS CAPY P.O. BOX 662 ROAD TOWN TORTOLA  VIRGIN ISLANDS (BRITISH)
AVIGNON CAPITAL LTD.                              TRANSFEROR: MINARDI CAPITAL CORP C/O CITCO B.V.I. LTD. WICKHAMS CAPY P.O. BOX 662 ROADTOWN TORTOLA  VIRGIN ISLANDS (BRITISH)
BAIER, IRMGARD                                    BEGONIENWEG 19 REISKIRCHEN 35447 GERMANY
BANCA AKROS SPA                                   ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BANCA FIDEURAM SPA                                TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA  00143 ITALY
BANCA POPOLARE DI MILANO S.C. AR. I               TRANSFEROR: BANCA AKROS SPA ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO 20121 ITALY
BANCO COOPERATIVO ESPANOL, S.A.                   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
BANCO COOPERATIVO ESPANOL, S.A.                   ATTN: JUAN ANTONIO MERINO / IGNACIO BENLLOCH VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN
BANQUE DE LUXEMBOURG                              ATTN: BERNARD CHARPENTIER 14 BOULEVARD ROYAL LUXEMBOURG L-2449 LUXEMBOURG
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BELFIUS BANK SA F/K/A DEXIA BANK BELGIUM          CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019
SA
BELFIUS BANK SA F/K/A DEXIA BANK BELGIUM          ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO, 44 BRUSSELS 1000 BELGIUM
SA
BSI SA                                            TRANSFEROR: RBS COUTTS BANK AG ATTN: ANDREA FERRARI-CUSTODY ADMINISTRATION VIA MAGATTI 2 LUGANO  6900 SWITZERLAND
CANDLEWOOD SPECIAL SITUATIONS MASTER              TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVENUE, SUITE 19B
FUND LTD.                                         NEW YORK NY 10017
CANYON VALUE REALIZATION FUND (CAYMAN),           SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019
LTD., THE
CANYON VALUE REALIZATION FUND (CAYMAN),           SIDLEY AUSTIN LLP ATTN: LEE S. ATTANSIO, ALEX R. ROVIRA 787 SEVENTH AVUE NEW YORK NY 10019
LTD., THE
CANYON VALUE REALIZATION FUND (CAYMAN),           C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
LTD., THE
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: MELIORBANCA SPA GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON   SW1X 7EE UNITED KINGDOM
CHENAVARI FINANCIAL ADVISORS LTD                  TRANSFEROR: MELIORBANCA SPA GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON   SW1X 7JEE UNITED KINGDOM
CREDITO EMILIANO SPA                              ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO SPA                              ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND LP                                TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CWD OC 522 MASTER FUND, LTD.                      TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                                  NEW YORK NY 10017
CWD OC 522 MASTER FUND, LTD.                      TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVENUE, SUITE 19B
                                                  NEW YORK NY 10017
CYRUS EUROPE MASTER FUND LTD.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANQUE DE LUXEMBOURG ATTN: MICHAEL SUTTON/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES,L.P.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
FCDB LBU 2009 LLC                                 C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
FREUND, WOLFGANG                                  DREIECK 3 GIESSEN  35394 GERMANY
GODZIEBA, HELGA                                   BRUEDER-GRIMM-STR. 21 35398 GIESSEN  GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI
                                                  30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281


                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:52:30                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   2
DATE: 02/07/13                                         CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN, SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ICCREA BANCA S.P.A.                               TRANSFEROR: ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA   00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: ICCREA BANCA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO S.P.A.                            TRANSFEROR: CREDITO EMILIANO SPA ATTN: LEGAL DEPARTMENT VIA VERDI, 8 MILANO 20121 ITALY
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                  NEW YORK NY 10173
J.P. MORGAN SECURITIES, LLC                       TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JUNGERMANN, GERHARD                               NELKENSTR. 1 BUSECK 35418 GERMANY
LANGSDORF, URSULA                                 SCHILLERSTR. 7 35440 LINDEN   GERMANY
MONARCH MASTER FUNDING LTD                        TRANSFEROR: YORVIK PARTNERS LLP C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC            TRANSFEROR: RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CETNER NEW YORK NY 10281-1003
NATIONAL BANK OF FUJAIRAH PSC ON BEHALF           TRANSFEROR: BANCO COOPERATIVO ESPANOL, S.A. 25, CABOT SQUARE CANARY WHARF LONDON  E14 4QA ENGLAND
OF                                                RAVI BANSAL, ET AL ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET
                                                  DUBAI  UNITED ARAB EMIRATES
RBS COUTTS BANK AG                                STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
ROYAL BANK OF SCOTLAND PLC                        IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: RICHARDS KIBBE & ORBE ATTN: MANAGING CLERK 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: RICHARDS KIBBE & ORBE ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: ROCHARDS KIBBE & ORBE ATTNL MANAGING CLERK 1 WORLD FINANCIAL CENTER NEW YORK NY 10281
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: DIVERSIFIED ASIAN STRATEGIES FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: PMA KORYO FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910
ROYAL BANK OF SCOTLAND PLC                        TRANSFEROR: PMA PROSPECT FUND ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06910
RULES-SARTORIUS, MONIKA                           ROMERSTR. 33 LICH  35423 GERMANY
SANTANDER PRIVATE BANKING SPA                     F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY
SCHROEDER, NIKLAS                                 DAENISCHER WEG 14 WEHRETAL 37287 GERMANY
SEA PORT GROUP SECURITIES, LLC                    TRANSFEROR: FCDB LBU 2009 LLC ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SERTA CAPITAL LLC                                 CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. ATTN: BONNIE DYE, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112
SERTA CAPITAL LLC                                 TRANSFEROR: AVIGNON CAPITAL LTD. C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400
                                                  WILMINGTON, NEW CASTLE COUNTY DE 19808
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPARKASSE GIESSEN                                 TRANSFEROR: BAIER, IRMGARD ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: FREUND, WOLFGANG ATTN: SVEN PFAFFL JOHANNESSTRASSE3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: GODZIEBA, HELGA ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: JUNGERMANN, GERHARD ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: LANGSDORF, URSULA ATTN: SVEN PFAFFL JOHANNESSTRASSE3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: RULES-SARTORIUS, MONIKA ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN   35390 GERMANY
SPARKASSE GIESSEN                                 TRANSFEROR: SCHROEDER, NIKLAS ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN   GERMANY
VARDE INVESTMENT PARTNERS, LP                     TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
YORVIK PARTNERS LLP                               TRANSFEROR: BELFIUS BANK SA F/K/A DEXIA BANK BELGIUM SA 11 IRONMONGER LANE LONDON   EC2V8EY UNITED KINGDOM

Total Number of Records Printed                   86                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```