UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 34224

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 7, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Lauren Rodriguez
                                         Lauren Rodriguez

Sworn to before me this
13th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   VR-LIW GMBH
              GUNNAR MANGEL-GENERAL MANAGER
              GABELSBERGERSTRASSE 1A
              HAMM 59069 GERMANY

Additional:

Transferee:   MERRILL LYNCH INTERNATIONAL
              2 KING EDWARD STREET
              LONDON EC1A 1HQ UNITED KINGDOM

Your transfer    of claim #    55186    is defective for the reason(s) checked below:

Other                                            name of transferor does not match name on claim

Docket Number 34224            Date 01/28/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 7, 2013.

# EXHIBIT B

```
TIME: 10:56:55                         LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 02/07/13                              CREDITOR LISTING

Name                          Address
MERRILL LYNCH INTERNATIONAL   2 KING EDWARD STREET LONDON  EC1A 1HQ UNITED KINGDOM
VR-LIW GMBH                   GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM  59069 GERMANY

Total Number of Records Printed      2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC