**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                                               :
In re                                          :   Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   **08-13555 (JMP)**
                                               :   **(Jointly Administered)**
              Debtors.                         :
                                               :
----------------------------------------------------------------------------x   **Ref. Docket No. 33409, 33569,**
                                                   **33809, 33810, 33817, 33819, 33820,**
                                                   **33836-33838, 33840, 33845, 34200,**
                                                   **34215, 34245, 34246, 34251, 34253,**
                                                   **34258, 34259, 34282, 34283, 34413,**
                                                   **34415, 34416, 34419, 34421, 34430-**
                                                   **34433, 34435-34437, 34439-34441,**
                                                   **34452, 34453, 34463, 34468-34470**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 8, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
13th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BARCLAYS BANK PLC
    TRANSFEROR: BANCO DE GUAYAQUIL S.A.
    ATTN: DANIEL MIRANDA
    745 SEVENTH AVENUE, 2ND FLOOR
    NEW YORK NY 10019

BARCLAYS BANK PLC
ANTHONY VITELLO
BARCLAYS BANK PLC
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 66522 in the above referenced case and in the amount of
$37,000,000.00 allowed at $23,001,241.00      has been transferred (**unless previously expunged by court order**)

LIQUIDATION OPPORTUNITIES MASTER FUND LP
TRANSFEROR: BARCLAYS BANK PLC
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33845      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/08/2013

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 8, 2013.

# EXHIBIT B

TIME: 11:42:04
DATE: 02/08/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANCA CARIGE SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: LUCA AMELOTTI 903 ANM.NE POST TRADING VIA CASSA DI RISPARMIO 15 GENOVA 16123 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | ATTN: MR. VINCENZO TORTORICI PIAZZA FERRARI, 15 RIMINI 47921 ITALY |
| BANCA SELLA HOLDING SPA | ATTN: GIANLUCA SERRA PIAZZA GAUDENZIO SELLA, 1 BIELLA 13900 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BARCLAYS BANK PLC | ANTHONY VITELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BANCO DE GUAYAQUIL, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: J.P. MORGAN SECURITIES LLP C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BAUPOST GROUP SECURITIES LLC | TRANSFEROR: MACQUARIE BANK LIMITED C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DELRANG HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BSOF MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| BSOF MASTER FUND, L.P. | BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154 |
| | TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC ATTN: LAURA TORRADO, ESQ. 623 FIFTH AVENUE, 29TH FLOOR NEW YORK NY 10022 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR ATTN: JONATHAN KAPLAN, JOHN PLAGA LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION FUND, LP | C/O NATIONAL CORPORATE RESEARCH 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| CANYON VALUE REALIZATION FUND, LP | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CASSA DI RISPARMIO DI FIRENZE S.P.A. | FALLERI MARCO VIA CARLO MAGNO FIRENZE 7-50127 ITALY |
| CASSA DI RISPARMIO DI PARMA E PIACENZA S.P.A. | TRANSFEROR: CASSA DI RISPARMIO DI FIRENZE S.P.A. VIA MISTRALI, 1 PARMA 43121 ITALY |
| CBA VITA SPA | ATTN: MR. BIAGIO MASSI VIA VITTOR PISANI, 13 MILANO 20124 ITALY |
| CBA VITA SPA | ANDREA SURIANO SIMMONS & SIMMONS VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | ELANIT A. SNOW PAUL, WEISS, RIFKIND, WHARTON, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SRCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCA CARIM-CASSA DI RISPARMIO DI RIMINI S.P.A. ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N.4 REGGIO EMILIA 42121 ITALY |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: LODINA EMBARCACOES DE REDREIO LDA C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: PARIS PRIME COMMERCIAL REAL ESTATE FCC C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS & CO. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOVER MASTER FUND III, LP ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOVER MASTER FUND II, LP ATTN: MATTHEW WEINSTEIN II CANYON WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST C/O RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10005 |
| DEUTSCHE BANK AG,LONDON BRANCH | TRANSFEROR: TRADITION ASIEL SECURITIES, INC. ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DOVER MASTER FUND II, LP | TRANSFEROR: LOYOLA SYNFUELS, LLC C/O LONGACRE MANAGEMENT, LLC ATTN: VLADIMIR JELISAVCIC 810 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10019 |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| ERIK PENSER BANKAKTIEBOLAG | TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 9 BOX 7405 STOCKHOLM S-103 91 SWEDEN |
| GOLDMAN SACHS INTERNATIONAL | TRANSFEROR: CBA VITA SPA C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:42:04
DATE: 02/08/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O GOLDMAN SACHS & CO ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HAAS & AGNES BV | SPARRENLAAN 1 HILVERSUM 1213 SM NETHERLANDS |
| HBK MASTER FUND L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| IN'T VELD, P.J. EO J.E. IN'T VELD-JANSE | HET KOMPAS 27 DRONTEN 8251 CD NETHERLANDS |
| IN'T VELD, P.J. EO INT'VELD-JANSE, J.G. | HET KOMPAS 27 DRONTEN 8251 CD NETHERLANDS |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: SANTANDER PRIVATE BANKING SPA LEGAL DEPARTMENT ATTN: LUIGI FIORI CARONES VIA VERDI 8 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: LAMP HAYMAN CAPITAL FUND C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| LAMP HAYMAN CAPITAL FUND | DEALER: JPMORGAN CHASE BANK, NA C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400 DALLAS TX 75201 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LODINA EMBARCACOES DE REDREIO LDA | AVENIDA ARRIAGA, NO 30, 1A FUNCHAL MADEIRA 9000-064 PORTUGAL |
| LOFFLER, SABINE BARBARA | WIESENSTR. 6A LOHRA. 35102 GERMANY |
| MACQUARIE BANK LIMITED | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MUENCH, ROSELINDE | TIERGARTENSTR. 15 WETTENBERG 35435 GERMANY |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PARIS PRIME COMMERCIAL REAL ESTATE FCC | A FRENCH FONDS COMMON DE CREANCES REPRESENTED BY EUROTITRISATION C/O GIDE LOYRETTE LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST 4902 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST 4902 | TRANSFEROR: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST4902 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST4902 | ATTN: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET, P.O. BOX 2330 SUITE 100 GEORGETOWN CAYMAN ISLANDS |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SEA PORT GROUP SECURITIES, LLC | TRANSFEROR: FCDB LBU 2009 LLC ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASSTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SPARKASSE GIESSEN | TRANSFEROR: LOFFLER, SABINE BARBARA ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| SPARKASSE GIESSEN | TRANSFEROR: MUENCH, ROSELINDE ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| SPARKASSE GIESSEN | TRANSFEROR: WEIGEL, CORNELIA ATTN: SVEN PFAFFL JOHANNESSTRASSE 3 GIESSEN 35390 GERMANY |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: HAAS & AGNES BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: IN'TVELD, P.J. EO J.E. IN'T VELD-JANSE, J.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: IN'TVELD, P.J. EO INT'VELD-JANSE, J.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH 8098 SWITZERLAND |

TIME: 11:42:04
DATE: 02/08/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   3

| Name | Address |
|------|---------|
| UBS AG<br>WEIGEL, CORNELIA | TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND<br>SCHWIMMBADSTR. 9 LOLLAR  35347 GERMANY |

Total Number of Records Printed      87

EPIQ BANKRUPTCY SOLUTIONS, LLC