UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :       08-13555 (JMP)
                                                    :       (Jointly Administered)
         Debtors.                                   :
                                                    :
------------------------------------------------------------x       Ref. Docket Nos. 34333 & 34336

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
13th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   ROYAL BANK OF SCOTLAND, PLC, THE
              TRANSFEROR: PERMAL STONE LION FUND, LTD.
              ATTN: MATTHEW ROSENCRANS
              600 WASHINGTON BOULEVARD
              STAMFORD CT 06901

Additional:

Transferee:   SOLUS RECOVERY FUND OFFSHORE MASTER LP
              C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
              410 PARK AVENUE, 11TH FLOOR
              NEW YORK NY 10022

Your transfer   of claim #   25615   is defective for the reason(s) checked below:

Previously Transferred

Docket Number 34333            Date 01/29/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 8, 2013.

# EXHIBIT B

```
TIME: 11:40:43                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 02/08/13                                   CREDITOR LISTING

Name                                        Address
ROYAL BANK OF SCOTLAND, PLC, THE            TRANSFEROR: PERMAL STONE LION FUND, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
SOLUS RECOVERY FUND OFFSHORE MASTER LP      C/O SOLUS ALTERNATIVE ASSET MAANGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP      C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed       3
```