
**Finanz Logistik**

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY
USA



marcel.ledergerber@finanz-logistik.ch
Direkt: +41 (0)71 242 77 17  Fax: +41 (0)71 242 77 49

St. Gallen, 24th January 2013

Transfer of claims / Lehman Brothers Holding / Registration

Dear Sir or Madam

By order of <u>acrevis Bank AG</u> we send you enclosed the following forms:

- Transfer / Evidence of Transfer
- payment aggregation

Thank you very much for your confirmation of the registration.

With compliments
Finanz-Logistik AG

Marcel Ledergerber    Roman Lengwiler

Copy: U.S. Bankrupty Court of the Southern District of N.Y., One Bowling Green, New York, NY 10004

Finanz-Logistik AG, P.O. Box 661, CH-9004 St. Gallen, info@finanz-logistik.ch | Rosenbergstrasse 16, Phone +41(0)71 242 77 77, Fax +41(0)71 242 77 49



RECEIVED
JAN 28 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**acrevis Bank AG** | Name of Transferor:<br>**Bruno Reutemann** |
|---|---|
| Notices to Transferee should be sent to:<br>acrevis Bank AG<br>c/o Finanz-Logistik AG<br>Rosenbergstrasse 16<br>9004 St. Gallen<br>PHONE: +41 71 242 77 17<br>Attn: Marcel Ledergerber<br>EMAIL: marcel.ledergerber@finanz-logistik.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Bruno Reutemann<br>Rietwiesenstrasse 27<br>8593 Kesswil<br>SWITZERLAND |
| Amount of Claim Being Transferred:<br>**CHF 15'000.00** | |
| Court Claim No. (if known): 37466 | |
| Date Claim Filed: October 08, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ illegible signature_    Date: 24th January 2013
acrevis Bank AG
c/o Finanz-Logistik AG
Rosenbergstrasse 16
9004 St. Gallen

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: **37466** (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 6.65% Rev-Conv. Cert. Lehman Brothers 2008-19.2.2009 on Google Inc. shs | XS0345288459 | LBS NV | LBH Inc. | CHF 15'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 11 and in paragraphs/lines 9 of the Addendum to the Proof of Claim.

**BRUNO REUTEMANN**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

    acrevis Bank AG
    c/o Finanz-Logistik AG
    Rosenbergstrasse 16
    9004 St. Gallen
    PHONE: +41 71 242 77 17
    Attn: Marcel Ledergerber
    EMAIL: marcel.ledergerber@finanz-logistik.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal

Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules of applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 21, 2013.

Transferor

By: _____
Name: Bruno Reutemann


ACKNOWLEDGED BY:

acrevis Bank AG
Transferee

FINANZ-LOGISTIK AG

By: _____       By: _____
Name: Marcel Ledergerber            Name: Roman Lengwiler
Title: Member of the Management     Title: Member of the Management

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 6389
Portland, OR 97228-6389

780100081386

*000 0055447 00000000 002 002 13862 INS: 0 0

acrevis bank AG

**Payment Aggregation Number:**
W0014970

Please Type or Print in the Boxes Below; Do NOT use Red Ink, Pencil, or Staples

### PART I: CONTACT INFORMATION

**Contact Last Name:** LEDERGERBER
**MI:**
**Contact First Name:** MARCEL

**Telephone Number (Day):** 041-071-242-7717

**Telephone Number (Evening) or (Cell):**

**Email Address:**
MARCEL.LEDERGERBER (Username) @ FINANZ-LOGISTIK.CH (Domain name)


01-LEHB



**Creditor Name:**
**Payment Aggregation Number:**
**Claim Number(s):**
37466  (former Bank CA St. Gallen AG)

**Account Holder Name (if different than Creditor Name above):**
ACREVIS BANK AG

**Bank Name:**
JPMORGAN CHASE BANK NEW YORK

**Country of Bank Account:**
USA

**IBAN or Account Number:**
001-1-822582

**BIC-Bank Identification Code:** CHASUS33

**ABA Code:**

**Sort Code:**

**B2B information:**
CLAIM LEHMAN BROTHERS

**OBI Information:**

*If you need to use an intermediary bank to transfer money, please complete the below:*

**Intermediary Bank Name:**

**Country of Intermediary Bank Account:**

**Intermediary IBAN or Account Number:**

**Intermediary BIC-Bank Identification Code:**

**Intermediary ABA Code:**

**Intermediary Sort Code:**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. (If the signatory is not the above-referenced creditor, please provide a copy of the power of attorney, or a letter on company letterhead granting the authority to make the representation on behalf of the creditor, and provide your title below.) I hereby (1) request that distributions made to the above-referenced creditor be made by wire transfer to the above-referenced bank account, (2) confirm that this account is authorized to receive payment for this claim, and (3) acknowledge that a fee of $20 for transfers to a U.S. bank account or $35 for transfers to a non-U.S. bank account will be deducted from each wire.

acrevis Bank AG
Signature of Claimant

Florian Keller    / Ernest Hersche
Print Name of Claimant

Date: 08 - 30 - 12
      MM   DD   YY

24. Jan. 2013

02-LEHB
K1172 v.0.06 02.02.12