# UBS

**UBS AG**
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

## Message

January 25, 2013


RECEIVED JAN 29 2013 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving   Evidence of Transfer of Claim between Luzerner Kantonalbank AG and UBS AG, Zurich
                    dated 16.11.2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

**Remarks**
TOCE054      CHF      50'000.00      3689136      CH0036891361

Transferor: Luzerner Kantonalbank AG
Claim Number 44593
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson          Hugo Koller
Associate Director          Director

61555 E      05.2005    J1



## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Bahnhofstrasse 45, CH-8001 Zürich, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44593) in the amount of $ USD 46,364.2922 (claim amount as filed), respectively USD 45,298.1906 (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16th day of November 2012.

Luzerner Kantonalbank AG

By: _____

Name of person signing: Peter Felder   / Jörg Gubler
Title of person signing: Vice President / Vice President

TOCE054_LUKB44593 UBSDE 50K 20130125
Page 1 of 2

## SCHEDULE

**Lehman Programs Securities Related to Transferred Portion of Claim:**

USD 46,364.2922 (Claim Amount as Filed), respectively USD 45,298.1906 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH0036891361 | 44593 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | USD 46,364.2922 (claim amount as filed) USD 45,298.1906 (Allowed Claim Amount) CHF 50,000.00 (Nominal Amount) |

Blocking Number: 6721523146111210



 **UBS**

|  |  |
|---|---|
| **BY REGISTERED MAIL**<br>Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue, 3rd Floor<br><br>New York, NY 10017 | **UBS AG**<br>P.O.Box, CH-8098 Zurich<br>Tel.<br><br>Securities Services Corporate Events<br>Special Transactions & Default<br><br>Jean-Claude Besson<br>OQ9C / O5GC - JWJ<br>Badenerstrasse 574 C / FNNC-288<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

# Message

January 25, 2013

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Evidence of Transfer of Claim between Luzerner Kantonalbank AG and UBS AG, Zurich dated 16.11.2012

| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

**Remarks**
TOCE054    CHF    50'000.00    3689136    CH0036891361

Transferor: Luzerner Kantonalbank AG
Claim Number 44593
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E    05.2005    J1

