# EXHIBIT A

# [CONTRACTS SUBJECT TO NOTICE OF WITHDRAWAL]

| Counterparty | Debtor |
|---|---|
| Pearl Finance Series 2003-8 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2003-3 | Lehman Brothers Special Financing Inc. |
| Quartz Finance 2003-4 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-1 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2005-3 Class B | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2006-2 | Lehman Brothers Special Financing Inc. |