B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. ,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kreissparkasse Biberach | Adelheid Tschirdewahn |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Kreissparkasse Biberach, Zeppelinring 27-29, 88400 Biberach, Germany

Court Claim # (if known): 47185
Amount of Claim: $22,821.76
Date Claim Filed: 10/26/2009

Phone: +49 7351 570 2195
Last Four Digits of Acct #: 2600

Phone: +49 7582 8356
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED JAN 30 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Kurt Hardt / Dr. Georg Stickel    Date: 01/23/2013
 Transferee/Transferee's Agent
 Deputy Board Members

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**Kreissparkasse Biberach**

Kreissparkasse Biberach · 88396 Biberach

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
Attn: Gregory Winter
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Ihr Gesprächspartner:
Manuel Kilgus
Telefon: 07351 570-2195
Telefax: 07351 570-2400
E-Mail: manuel.kilgus@ksk-bc.de

01/23/2013

### Lehman Brothers Chapter 11 Bankruptcy- Claim Transfer Adelheid Tschirdewahn

Dear Mr. Winter,

I send you herewith the missing documents for the transfer of claims from Adelheid Tschirdewahn to Kreissparkasse Biberach.

If you have further questions please contact me under the current contact.

Best regards

**Kreissparkasse Biberach**

*Manuel Kilgus*



RECEIVED JAN 30 2013
**Kreissparkasse Biberach**
Zeppelinring 27-29
88400 Biberach
Sparkassen-Finanzgruppe

Telefon  07351  570-2020
Telefax  07351  570-2340

E-Mail: info@ksk-bc.de
www.ksk-bc.de

Sitz Biberach
Amtsgericht
Ulm HRA 640983

Vorstand:
Günther Wall
Thomas Jakob
Joachim Trapp

Kreissparkasse
Biberach

Postfach 1361
88216 Ravensburg

WeltLuft
25.01.13

PRIORITY
PRIORITAIRE / LUFTPOST

FILED / RECEIVED
JAN 28 2013
EPIQ SYSTEMS

AIR

United States of America

RECEIVED
JAN 30 2013