## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.            Case No.: 08-13555 (JMP
                                                    Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**BSI SA** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>BSI SA<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2<br>6900 Lugano  Switzerland<br>EMAIL group.bsicustodyadministration@bsibank.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>CITIBANK NY / SWIFT CITIUS33<br>ACCOUNT 10938561<br>in the name of BSI SA | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD 100'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _A. Fincato_ / _Ferrari_    Date: 23.01.2013
    A. Fincato        A. Ferrari
    First Vice President    Assistant Vice President
        BSI SA

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC114 UBS73526 BSILU 100K  20130123
Page 1 of 3

RECEIVED JAN 31 2013 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Daily Accr.Calls Leman Bros. Treasury BV 2007-26.3.2009 | XS0292337309 | LBT BV | LBH Inc. | USD 100'000.00 out of USD 1'200'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

BSI SA
Attn: Andrea Ferrari
Custody Administration
Via Magatti 2
6900 Lugano  Switzerland
EMAIL group.bsicustodyadministration@bsibank.com
Telephone: +41 58 808 3373

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOC114 UBS73526 BSILU 100K  20130123
Page 2 of 3



Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 23, 2013

**UBS AG**
Transferor

By: _____
Name:  Hugo Koller
Title:  Director

By: _____
Name:  Jean-Claude Besson
Title:  Associate Director

ACKNOWLEDGED BY:

**BSI SA**
Transferee

By: _____
Name:  A. Fincato           A. Ferrari
Title:  First Vice President   Assistant Vice President



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
757 Third Avenue, 3rd Floor
New York, New York 10017
USA

Ref. no. AF/LBHI/004

Lugano    25th January 2013

Notice of partial transfer from UBS AG (the "Transferor") to BSI SA on behalf of its client/s (the "Transferee") of securities issued by Lehman Brothers Treasury BV (the "Securities") and the relevant claim pursuant to Proof of Claim n. 59233 (the "Claim")

Dear Sirs,

A) Reference is made to the transfer of the above mentioned Securities and Claim (the "Transfer") to our bank as nominee on behalf of its client/s.

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by BSI SA as Transferee on behalf of its client/s;

2) "Evidence of Transfer of Claim", signed by UBS AG., as Transferor, as a proof that UBS AG has transferred a registered claim to BSI SA (on behalf of its client/s).

Should you need any clarification, please do not hesitate to contact us at group.bsicustodyadministration@bsibank.com.

Thank you very much in advance for your kind attention.

Yours faithfully,

BSI SA

Simone Mattea          pp A. Ferrari



