# ✻ UBS

|  |  |
|---|---|
| **BY REGISTERED MAIL**<br>U.S. Bankruptcy Court for the<br>Southern District of N.Y.<br>One Bowling Green<br><br>New York, N.Y. 10004 | **UBS AG**<br>P.O.Box, CH-8098 Zurich<br>Tel.<br><br>Securities Services Corporate Events<br>Special Transactions & Default<br><br>Jean-Claude Besson<br>OQ9C / O5GC - JWJ<br>Badenerstrasse 574 C / FNNC-288<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

## Message

January 30, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of        Attention: Clerk of the Court

you are receiving    Withdrawal Request of duplicated DOCKET No. 30413 dated August 17, 2012
                     as per attachements

|  |  |  |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to |  |

Remarks
31.1.)   CHF    120'000.00    XS0186243118
31.2.)   USD    100'000.00    XS0347732892
Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director





61555 E        05.2005    J1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
In re                                 :  Chapter 11
                                      :
                                      :  Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.         :
                                      :  (Jointly Administered)
                  Debtor.             :
                                      :
------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* Docket No. 30413, dated August 17, 2012, filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: January 30, 2013         UBS AG

Hugo Koller                     Jean-Claude Besson
Director                        Associate Director




TOCE031_Withdrawal of Transfer Docket 30413 20130130
Page 1 of 1



08-13555-jmp  Doc 30413  Filed 08/17/12  Entered 08/27/12 10:28:27  Main Document
Pg 3 of 4

08-13555-mg  Doc 34631  Filed 02/04/13  Entered 02/14/13 10:49:23  Main Document
Pg 3 of 5

08-13555-jmp  Doc 30102  Filed 08/13/12  Entered 08/16/12 12:57:01  Main Document
Pg 3 of 4

## UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

## Message

August 9, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving    1 Evidence of Transfer of Claim between
Credit Suisse, Zurich and UBS AG, Zurich dated 2.8.2012.

☐ for your information     ☐ returned with thanks     ☐ please return
☒ for your records         ☐ please comment           ☒ please confirm receipt
☐ as agreed                ☐ please sign              ☒ please process
☐ please complete          ☐ please forward to

Remarks
31.1.)  CHF  120'000.00  XS0186243118
31.2.)  USD  100'000.00  XS0347732892
Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

61555 E    05.2005    J1

---

## UBS

UBS AG
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

## Message

August 9, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of             Attention: Clerk of the Court

you are receiving    1 Evidence of Transfer of Claim between
Credit Suisse, Zurich and UBS AG, Zurich dated 2.8.2012.

☐ for your information     ☐ returned with thanks     ☒ please return
☒ for your records         ☐ please comment           ☒ please confirm receipt
☐ as agreed                ☐ please sign              ☒ please process
☐ please complete          ☐ please forward to

Remarks
31.1.)  CHF  120'000.00  XS0186243118
31.2.)  USD  100'000.00  XS0347732892
Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

RECEIVED AUG 13 2012

61555 E    05.2005    J1




Lehman Brothers Holdings Inc.Remove

Date Range

Docket Date
From

To

Results per page 25

Reset Search

Page 1 of 1 (2 items)
<<<1>>>

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 30413 *DUPLICATED* | 08/17/2012 | Transfer Agreement FRBP Transferor: Credit Suisse AG, (Claim No. 55829). To UBS AG. filed by UBS AG.(Lopez, Mary) Case: Lehman Brothers Holdings Inc. | Document |
| 30102 ✓ | 08/13/2012 | Related: none Transfer Agreement FRBP Transfer Agreement 3001 (e) 2 Transferors:Credit Suisse AG(Claim No. 55829). To UBS AG. filed by UBS AG.(Lopez, Mary) | Document |



