BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400
Christopher P. Schueller, Esq. (CPS-9525)

-and-

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
(412) 562-8800
Timothy P. Palmer, Esquire
Attorneys for Greenbriar Minerals, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
|  | : **Chapter 11** |
|  | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-jmp |
|  | : (Jointly Administered) |
| **Debtors.** | : |
|  | : |

## WITHDRAWAL OF APPEARANCE

TO:   Clerk of the U.S. Bankruptcy Court
       Southern District of New York
       One Bowling Green
       New York, New York 10004

**PLEASE TAKE NOTICE** that Buchanan Ingersoll & Rooney PC, counsel for Greenbriar Minerals, LLC hereby withdraws it appearance and request for service of notices via ECF notification.

Dated: New York, New York
February 14, 2013

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Greenbriar Minerals, LLC*

By: /s/ Christopher P. Schueller
Christopher P. Schueller, Esq. (CPS-9525)
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400
Christopher P. Schueller, Esq. (CPS-9525)

-and-

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
(412) 562-8800
Timothy P. Palmer, Esquire

Attorneys for Greenbriar Minerals, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : Chapter 11 |
| | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-jmp |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached has been served upon interested parties on the 14th day of February, 2013 via ECF notification.

Dated: New York, New York
February 14, 2013

        **BUCHANAN INGERSOLL & ROONEY PC**
        *Attorneys for Greenbriar Minerals, LLC*

        By: /s/ Christopher P. Schueller
        Christopher P. Schueller, Esq. (CPS-9525)
        1290 Avenue of the Americas, 30th floor
        New York, NY  10104
        (212) 440-4400