# UBS

UBS AG
P.O. Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

## Message

January 25, 2013



RECEIVED FEB - 1 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

subject: Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of: Attention: Clerk of the Court

you are receiving: Evidence of Transfer of Claim between Credito Privato Commerciale SA and UBS AG, Zurich dated 25.1.2013

☐ for your information        ☐ returned with thanks      ☐ please return
☒ for your records            ☐ please comment            ☒ please confirm receipt
☐ as agreed                   ☐ please sign               ☒ please process
☐ please complete             ☐ please forward to

Remarks
TOCE049  CPCLugano44212.xx   EUR   50'000.00    1940248   XS0200284247
TOCE050  CPCLugano44208.xx   EUR   140'000.00   2052971   XS0211093041

Transferor: Credito Privato Commerciale SA
Claim Number: 44212 + 44208

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson           Hugo Koller
Associate Director           Director

61555 E    05.2005    J1

FEB - 1 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :     Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :     08-13555 (JMP)
                                                             :
        Debtors.                                             :     (Jointly Administered)
                                                             :
------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| UBS AG | CREDITO PRIVATO COMMERCIALE SA |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>Address:<br>UBS AG,<br>Bahnhofstrasse 45,<br>CH-8001 Zurich (Switzerland)<br><br>Contact details (Phone / Fax / Email):<br>Hugo Koller (+41 44 235 3736 /<br>+41 44 235 4721 / hugo.koller@ubs.com) | Court Claim # (if known):      44212<br>Amount of Claim as Filed:      US$ 71,180.00<br>Amount of Claim Transferred: EUR 50,000.00<br>Amount of Claim Transferred: US$ 71,180.00<br>Date Claim Filed:                    Oct. 21, 2009<br>ISIN:                                        XS0200284247 |
| Name and address where payments to Transferee should be *sent* (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 16/1/2013
    Transferee/Transferee's Agent
Name: Hugo Koller
Title: Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357
TOCE049 CPCLugano44212 UBS0247 GIRANUVOLE 50K 20130125.DOC
Page 1 of 2



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA ("Transferor"), unconditionally and irrevocably transfers and assigns to UBS AG ("Transferee") an undivided pro rata interest in EUR 50,000.00 (US$ 71,180.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44212 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and *waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by* Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local *rules* of the Bankruptcy Court or applicable law with respect to such transfer.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing *Transferred Portion* of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this  25  day of  JANUARY, 2013 .

**Credito Privato Commerciale SA**
Transferor CREDITO PRIVATO COMMERCIALE SA IN LIQUIDATION
VIA ZURIGO 46
CH-6904 LUGANO

By: _____
Name: BELTRAMI   KAVALLO CLUB
Title: LIQUIDATORE   LIQUIDATORE

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title: Director

1028357
TOCE049 CPCLugano44212 UBS0247 GIRANUVOLE 50K 20130125.DOC
Page 2 of 2



CREDITO FONDIARIO COMMERCIALE SA
SUCCURSALE DI LUGANO

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)
                                          :
                Debtors.                  :    (Jointly Administered)
                                          :
-----------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| UBS AG | CREDITO PRIVATO COMMERCIALE SA |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>Address:<br>UBS AG,<br>Bahnhofstrasse 45,<br>CH-8001 Zurich (Switzerland)<br><br>Contact details (Phone / Fax / Email):<br>Hugo Koller (+41 44 235 3736 /<br>+41 44 235 4721 / hugo.koller@ubs.com) | Court Claim # (if known):       44208<br>Amount of Claim as Filed:       US$ 199,304.00<br>Amount of Claim Transferred:   EUR 140,000.00<br>Amount of Claim Transferred:   US$ 199,304.00<br>Date Claim Filed:                Oct. 21, 2009<br>XS0211093041 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: 16/1/2013
Transferee/Transferee's Agent
Name: Hugo Koller
Title: Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357
TOCE050 CPCLugano44208 UBS0247 GIRANUVOLE 1 140K 20130125.DOC
Page 1 of 2



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA ("Transferor"), unconditionally and irrevocably transfers and assigns to UBS AG ("Transferee") an undivided pro rata interest in EUR 140,000.00 (US$ 199,304.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44208 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 25 day of JANUARY, 2013.

**Credito Privato Commerciale SA**
Transferor    CREDITO PRIVATO COMMERCIALE SA  IN LIQUIDATION
              VIA ZURIGO 46
              CH-6904 LUGANO
By: _____
Name: Beltrani Kavalcioglu B-
Title: Liquidatore    Liquidatore

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title: Director

1028357
TOCE050 CPCLugano44208 UBS0247 GIRANUVOLE 1 140K 20130125.DOC
Page 2 of 2



 **UBS**

|  | UBS AG |
|---|---|
|  | P.O.Box, CH-8098 Zurich |
|  | Tel. |
|  | Securities Services Corporate Events |
|  | Special Transactions & Default |
| BY REGISTERED MAIL | Jean-Claude Besson |
| Epiq Bankruptcy Solutions, LLC | OQ9C / O5GC - JWJ |
| 757 Third Avenue, 3rd Floor | Badenerstrasse 574 C / FNNC-288 |
|  | Tel. +41 44 235 60 42 |
| New York, NY 10017 | Fax +41 44 235 47 21 |
|  | jean-claude.besson@ubs.com |
|  | www.ubs.com |

# Message

January 25, 2013

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Evidence of Transfer of Claim between Credito Privato Commerciale SA and UBS AG, Zurich dated 25.1.2013

| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to |  |

Remarks
TOCE049  CPCLugano44212.xx   EUR   50'000.00   1940248   XS0200284247
TOCE050  CPCLugano44208.xx   EUR  140'000.00   2052971   XS0211093041

Transferor: Credito Privato Commerciale SA
Claim Number : 44212 + 44208

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson                Hugo Koller
Associate Director                Director

61555 E    05.2005    J1