
**UBS**

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

UBS AG
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

January 23, 2013


RECEIVED FEB -1 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of    Attention: Clerk of the Court

you are receiving    Evidence of Transfer of Claim between Credit Suisse AG Singapore Branch and UBS AG, Zurich dated 4.1.2013

☐ for your information         ☐ returned with thanks        ☐ please return
☒ for your records             ☐ please comment              ☒ please confirm receipt
☐ as agreed                    ☐ please sign                 ☒ please process
☐ please complete              ☐ please forward to

Remarks
TOCE053 USD    50'000.00    1971309    XS0203783526

Transferor: Credit Suisse AG Singapore Branch
Claim Number 55825
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

Jean-Claude Besson          Hugo Koller
Associate Director          Director

61555 E        05.2005    J1



FEB -1 2013

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55825 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION | ISIN | ISSUER | GUARANTOR | FACE AMT |
|---|---|---|---|---|
| Auto CPN LBT BV 2004-22.10.2014 AllWeather Fund | XS0203783526 | LEHMAN BROTHERS TREASURY CO BV | LEHMAN BROTHERS HOLDING INC | USD 50,000 |

The aggregate amount of the Transferred Claim is To Be Determined.

CREDIT SUISSE AG, SINGAPORE BRANCH ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn: Mr. Hugo Koller
+41 44 235 37 36 –
hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.



You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 4 January 2013.

CREDIT SUISSE AG, SINGAPORE BRANCH
Transferor

By: _____
Name: Johnny Liu
Title: VP

By: _____
Name: ANDREAS KRONIK
Title: AVP

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title: Director



BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

UBS AG
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

January 23, 2013

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving   Evidence of Transfer of Claim between Credit Suisse AG Singapore Branch and UBS AG, Zurich dated 4.1.2013

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE053 USD    50'000.00    1971309    XS0203783526

Transferor: Credit Suisse AG Singapore Branch
Claim Number 55825
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson          Hugo Koller
Associate Director          Director


61555 E    05.2005    J1