VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Rishi Kapoor

*Counsel for Aberdeen Fund Management Limited,
Aberdeen Asset Management Investment Services
Limited, and Aberdeen Asset Managers Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                         :
                                                               :   **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :
                                                               :   **Case No. 08-13555 (JMP)**
                                  Debtors.                     :
                                                               :   **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF ABERDEEN
FUND MANAGEMENT LIMITED, ABERDEEN ASSET MANAGEMENT
INVESTMENT SERVICES LIMITED, AND ABERDEEN ASSET MANAGERS
LIMITED TO DEBTORS' PROPOSED ASSUMPTION OF CERTAIN CONTRACTS
PURSUANT TO SECTION 11.1 OF THE THIRD AMENDED JOINT CHAPTER 11
PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE that pursuant to the *Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts* [Docket No. 34503] and *Amendment No. 2 to the Plan Supplement* [Docket No. 22156], which collectively withdraw the Debtors' application to assume certain purported executory contracts that are the subject of the Aberdeen Objection (defined below), Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited hereby withdraw their *Objection of Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited to Debtors' Proposed*

*Assumption of Certain Contracts Pursuant to Section 11.1 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* (the "<u>Aberdeen Objection</u>") [Docket No. 21597], which was filed using the Court's ECF system on November 4, 2011.

Dated: New York, New York
      February 14, 2013

                        VENABLE LLP

By:   */s/ Edward A. Smith*
      Edward A. Smith (easmith@venable.com)
      Rishi Kapoor (rkapoor@venable.com)
      Rockefeller Center
      1270 Avenue of the Americas
      New York, New York 10020
      Telephone: (212) 307-5500
      Facsimile: (212) 307-5598

*Counsel for Aberdeen Fund Management Limited, Aberdeen Asset Management Investment Services Limited, and Aberdeen Asset Managers Limited*