# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.**, a national banking association, with offices at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **SOLUS RECOVERY FUND OFFSHORE MASTER LP**, with offices located at 410 Park Avenue, 11th Floor, New York, NY 10022 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. (and its affiliates) docketed as Claim No. 32697 to the extent of $3,605,855.00 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the dates set forth below.

WITNESS:

(Signature)

Name: Chris Jarg[?]
Title: Associate
(Print name and title of witness)

**JPMORGAN CHASE BANK, N.A.**

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Tel.: _____
Date: 2-13-13

**SOLUS RECOVERY FUND OFFSHORE MASTER LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
(Signature of authorized signatory)
Name: Gordon Yeager
Title: Chief Risk Officer & Chief Operations Officer
Tel.: _____
Date: 2/13/13

11

Lehman - JPM(State Street) to SOLUS RECOVERY OFFSHORE AOC; TD 2012.10.17.docx