

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA



| Ansprechpartner | Durchwahl | Datum |
|---|---|---|
| Hr. Mayr | 1143 | 24.01.2013 |

**Partial Transfer of Claim „Lehman Brothers Holdings Inc."**

Dear Sir or Madam,

please find enclosed the following documents:

- "Form B 210A"
- "Evidence of Tansfer of Claim" including "Schedule I" released by Bank Julius Baer & Co.Ltd.
- "Certification Regarding Status"
- "Tax-Form W8-IMY"

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0323535418 |
| Titel: | Lehman Bros Treasury Co. B.V. Bull Plus Z.19.10.09 W1HF |
| Amount: | 25 units |
| Transferor: | Bank Julius Baer & Co. Ltd. |
| Transferee: | Volksbank Kufstein eG |
| Initial Claim Number: | 55829 |

Pleas confirm us the receipt. We thank you in advance.

Yours sincerely

**VOLKSBANK KUFSTEIN eG**
Abteilung MSV-Spezial

Hr. Mayr                                    Hr. Engl

Zentrale: VOLKSBANK KUFSTEIN eG · A-6330 Kufstein · Unterer Stadtplatz 21 · Postfach 12 · Tel +43-5372-6922-0 · Fax +43-5372-6922-1250
Filialen: Ebbs · Ellmau · Kirchbichl · Kössen · Kufstein-Endach · Kufstein-Sparchen · Kufstein-Stadt · Scheffau · Söll · Walchsee
Rechtsform: Genossenschaft mit beschränkter Haftung                                                              BIC / SWIFT VBOEATWWKUF · BLZ 43770
service@volksbankkufstein.at · www.volksbankkufstein.at              DVR 0426873 · UID ATU 31778207 · FN 41919x Landesgericht Innsbruck

RECEIVED
FEB - 8 2013

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re **Lehman Brothers Holdings Inc.**,    Case No. **08-13555 (JMP)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Volksbank Kufstein eG**
Name of Transferee

**Bank Julius Baer & Co.Ltd.**
Name of Transferor

Name and Address where notices to transferee should be sent:
Volksbank Kufstein eG
Unterer Stadtplatz 21
6330 Kufstein
AUSTRIA

Phone: +43 5372/6922-1143
E-Mail: msvspezial@volksbankkufstein.at
Last Four Digits of Acct #: _____
IBAN: AT484377000003010031
BIC: VBOEATWWKUF

Court Claim # (if known): **55829**
Amount of Claim: **25 units -**
   Partial Transfer of Claim.
   See "Evidence of Transfer of Claim
Date Claim Filed: **10/29/2009**
Phone: _____
Last Four Digits of Acct. #: **n/a**

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Volksbank Kufstein eG_    Date: **01/24/2013**
Hr. Prok.Novosel    Hr. Prok. Marek
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Volksbank Kufstein** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim 55829 of the **units specified in Schedule I** which have been transferred to Transferor from Credit Suisse AG with Transfer Form signed 6 September 2011 filed with docket No. 19788 on docket date 8 September 2011 related to the securities with **International Securities Identification Number listed on Schedule I** hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 18 January 2013.

**Bank Julius Baer & Co. Ltd.**

Fabian Burckhardt
Director

Patrik Roos
Executive Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Amount |
|---|---|---|---|---|
| XS0323535418 | 55829 | 29.10.2009 | Lehman Brothers Treasury Co. B.V. | 25 units |



