**UBS**

| | |
|---|---|
| BY REGISTERED MAIL<br>U.S. Bankruptcy Court for the<br>Southern District of N.Y.<br>One Bowling Green<br><br>New York, N.Y. 10004 | UBS AG<br>P.O.Box, CH-8098 Zurich<br>Tel.<br><br>Securities Services Corporate Events<br>Special Transactions & Default<br><br>Jean-Claude Besson<br>OQ9C / O5GC - JWJ<br>Badenerstrasse 574 C / FNNC-288<br>Tel. +41 44 235 60 42<br>Fax +41 44 235 47 21<br>jean-claude.besson@ubs.com<br><br>www.ubs.com |

# Message

January 31, 2013

RECEIVED FEB 1 1 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of          Attention: Clerk of the Court

you are receiving    Evidence of Transfer of Claim between Neue Aargauer Bank AG (NAB) and UBS AG, Zurich dated 27.11.2012

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE056 CHF    100'000.00    3869055    XS0353676082

Transferor: Neue Aargauer Bank AG
Claim Number 55814
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson          Hugo Koller
Associate Director          Director

61555 E        05.2005    J1



RECEIVED
FEB 11 2013
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG (NAB)** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55814**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON November 27, 2012].

Neue Aargauer Bank AG

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

 

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0353676082 | 55814 | October 30, 2009 | Lehman Brothers Treasury BV | CHF 100'000 |



