

CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
866 414 2350 toll free
www.ctcorporation.com



January 29, 2013

Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY  10004-1408

Re:  Lehman Brothers Holdings Inc., et al., Debtors/Pltf. vs. The Bank Of New York Mellon Trust Co., et al. including Liberty Square CDO II, Corp., Dfts.

Case No.   0813555JMP

Dear Sir/Madam:

We are returning documents served/received for Liberty Square CDO II, Corp..

According to our records our statutory representation services were discontinued and *all process sent to the last known address on our records was returned as undeliverable.*

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,


The Corporation Trust Company

Log# 522034024

Sent By Regular Mail

cc: Jacqueline Marcus
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue,
    New York, NY  10153




(Returned To)

Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY  10004-1408

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC. : | |
| Plaintiff, : | |
| -against- : | |
| THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., as Issuers, : | Adversary Proceeding No. 10-03544 (JMP) |
| Defendants. : | |

------------------------------------------------------------x

**NOTICE OF ENTRY OF BRIDGE ORDER EXTENDING STAY OF AVOIDANCE ACTIONS AND GRANTING CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)**

**PLEASE TAKE NOTICE** that on January 17, 2013, the Court entered the

*Bridge Order Extending Stay of Avoidance Actions and Granting Certain Related Relief*

*Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)* **[Case No.**

US_ACTIVE:\44181575\1\58399.0011

[Received stamp: FEB - 6 2013, U.S. Bankruptcy Court, Southern District of New York]

08-13555; ECF No. 33970] (the "Bridge Order"). A copy of the Bridge Order is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bridge Order, this adversary proceeding has been stayed.

**PLEASE TAKE FURTHER NOTICE** that, during the effectiveness of the stay, no response or answer to the complaint (the "Complaint") in the above-captioned adversary proceeding is required.

**PLEASE TAKE FURTHER NOTICE** that, unless the stay is extended by order of the Court or as otherwise agreed by the parties, **YOU ARE REQUIRED TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT BY THE LATER OF THE DATE THAT IS FORTY-FIVE (45) DAYS AFTER SUCH TIME AS THE COURT HAS ENTERED AN ORDER DETERMINING THE** *JOINT MOTION OF LEHMAN BROTHERS HOLDINGS INC. AND LITIGATION SUBCOMMITTEE OF CREDITORS' COMMITTEE, PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1), TO EXTEND STAY OF AVOIDANCE ACTIONS AND GRANT CERTAIN RELATED RELIEF*, **dated December 21, 2012 [ECF No. 33322], OR, IF SUCH COMPLAINT IS AMENDED OR FURTHER AMENDED, 30 DAYS AFTER THE DATE OF THE FILING OF ANY SUCH AMENDED COMPLAINT OR FURTHER AMENDED COMPLAINT**, as applicable; *provided, however,* that if the stay is lifted by (i) the Plan Administrator's filing and service of a notice of intention to prosecute this adversary proceeding or (ii) the Court's entry of an order modifying the stay over this adversary proceeding, then you are required to answer or otherwise respond to Complaint within 30 days

2

after the date of, as applicable, service of a notice of intention to prosecute this adversary proceeding or the Court's order modifying the stay over this adversary proceeding.

Dated: January 22, 2013
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                             :
        Debtors.                             :    (Jointly Administered)
                                             :
------------------------------------------------------------x

**BRIDGE ORDER EXTENDING STAY OF AVOIDANCE ACTIONS AND
GRANTING CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)**

Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), and the litigation subcommittee of the Official Committee of Unsecured Creditors appointed in these cases (the "Committee"), having made a motion, dated December 21, 2012 [ECF No. 33322] (the "Motion"),[1] pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 4(m) of the Federal Rules of Civil Procedure, as incorporated and made applicable hereto by Rule 7004(a)(1) of the Federal Rules of Bankruptcy Procedure, to extend the stay for each of the adversary proceedings identified on Exhibit A hereto and any other avoidance actions that may be commenced by the Plan Administrator or the Committee under sections 544, 545, 547, 548, 549, 550 and/or 553 of the Bankruptcy Code (collectively, the "Avoidance Actions") and to grant certain related relief, as more fully described in the Motion; and the hearing to consider the Motion that was scheduled for January 16, 2013 having been rescheduled to January 30,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2013, which is after the dates that the Stay and the Service Deadline currently are scheduled to expire; and upon the declaration of Jacqueline Marcus, dated January 15, 2013; and the Court having determined that it is appropriate to extend the Stay and the Service Deadline until such time as the Court considers and enters an order deciding the Motion, it is hereby

ORDERED that the Stay imposed by the Stay Orders that was due to expire on January 20, 2013 is hereby extended until such time as the Court has entered an order determining the Motion; and it is further

ORDERED that the deadline to complete service of the Second Amended Complaint on each defendant in the Distributed Action is hereby extended until such time as the Court has entered an order determining the Motion; and it is further

ORDERED that the date "March 5, 2013" set forth in the *Order Extending Stay of Avoidance Actions Pursuant to Section 105(a) of the Bankruptcy Code*, dated July 18, 2012 [ECF No. 29506], shall be deemed to be the date that is 45 days after such time as the Court has entered an order determining the Motion; and it is further

ORDERED that, except as set forth herein, all other terms and provisions of the Stay Orders shall remain unaltered and in full force and effect until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
January 17, 2013

                              *s/ James M. Peck*
                              Honorable James M. Peck
                              United States Bankruptcy Judge

## Exhibit A

### (Schedule of Pending Avoidance Actions)

· 08-13555-jmp    Doc 33970-1    Filed 01/17/13    Entered 01/17/13 11:24:30    Exhibit A
Pg 1 of 3

| Adversary Proceeding No. | Adversary Proceeding |
|---|---|
| 10-03542 (JMP) | Lehman Brothers Special Financing Inc. v. U.S. Bank National Association, *et al.* |
| 10-03544 (JMP) | Lehman Brothers Financial Products Inc. v. The Bank of New York Mellon Trust Co., National Association, *et al.* |
| 10-03545 (JMP) | Lehman Brothers Special Financing Inc. v. The Bank of New York Mellon Corporation, *et al.* |
| 10-03547 (JMP) | Lehman Brothers Special Financing Inc. v. Bank of America National Association, *et al.* |
| 10-03548 (JMP) | Lehman Brothers Holdings Inc. v. AXA, S.A., *et al.* |
| 10-03552 (JMP) | Lehman Brothers Holdings Inc. v. Fragomen, Del Ray, Bernsen and Loewy, LLP |
| 10-03553 (JMP) | Lehman Brothers Holdings Inc. v. GMAC Mortgage Corporation |
| 10-03558 (JMP) | Lehman Brothers Holdings Inc. v. Earth Thebault Inc. |
| 10-03560 (JMP) | Lehman Brothers Holdings Inc. v. EMortgage Logic LLC |
| 10-03565 (JMP) | Lehman Brothers Holdings Inc. v. Georgeson Inc. |
| 10-03566 (JMP) | Lehman Brothers Holdings Inc. v. Hypotheca Capita LLC |
| 10-03598 (JMP) | Lehman Brothers Holdings Inc. v. First American Residential Value View LLC |
| 10-03606 (JMP) | Lehman Brothers Holdings Inc. v. Stewart Lender Services |
| 10-03607 (JMP) | Lehman Brothers Holdings Inc. v. Interface Cable Assemblies & Services Corporation |
| 10-03609 (JMP) | Lehman Brothers Holdings Inc. v. Deutsche Bank Trust Company Americas |
| 10-03809 (JMP) | Lehman Brothers Special Financing Inc. v. Wells Fargo Bank National Association, *et al.* |
| 10-03811 (JMP) | Lehman Brothers Special Financing Inc. v. Bank of New York Mellon National Association |
| 10-03830 (JMP) | Lehman Commercial Paper Inc. v. Confluent V Limited and AXA Investment Managers Paris S.A. |
| 10-03831 (JMP) | Lehman Commercial Paper Inc. v. BlueBay Asset Management Plc, *et al.* |
| 10-03832 (JMP) | Lehman Commercial Paper Inc. v. Adagio III CLO PLC and AXA Investment Managers Paris S.A. |

| Adversary Proceeding No. | Adversary Proceeding |
|---|---|
| 10-03833 (JMP) | Lehman Commercial Paper Inc. v. Matignon Derivatives Loans and AXA Investment Managers Paris S.A. |
| 11-01623 (JMP) | Lehman Brothers Holdings Inc. v. Perficient, Inc. |
| 11-01661 (JMP) | Lehman Brothers Holdings Inc. v. Bullet Communications Inc. |
| 11-01697 (JMP) | Lehman Commercial Paper Inc. v. Sark Master Fund Limited |
| 12-01043 (JMP) | Lehman Brothers Holdings Inc. v. CitiMortgage, Inc. |
| 12-01668 (JMP) | Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. v. Standard Chartered Bank and Standard Chartered Bank Korea (f/k/a Standard Chartered First Bank Korea) |



**Epiq Bankruptcy Solutions, LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017

ADDRESS SERVICE REQUESTED

Legal Documents Enclosed -
Please direct to the attention of the Addressee,
Legal Department or President.

LBH ADV544 01-22-2013 (CREDITOR,CREDNUM)
*****!000250222***** BAR(23) MAIL ID *** 000679447561 ***
LIBERTY SQUARE CDO II, CORP.
1209 ORANGE STREET
ATTN: PRESIDENT
RE: LIBERTY SQUARE CDO I, LIMITED
ATTN: GENERAL COUNSEL OR CORPORATE EXEC
WILMINGTON DE 19801

US POSTAGE $00.65 JAN 22 2013
MAILED FROM ZIP CODE 10017