# Exhibit 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 143: EXHIBIT 1 – LATE-FILED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | CF MIDAS BALANCED GROWTH FUND<br>BEAUFORT HOUSE<br>51 NEW NORTH ROAD<br>EXETER, DEVON, EX4 4EP<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/08/2010 | 67193 | $4,293,541.60 | Late-Filed Claim |
| | | | | | TOTAL | $4,293,541.60 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts