**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                      :       **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*               :       **08-13555 (JMP)**
                                                           :
                        **Debtors.**                       :       **(Jointly Administered)**
                                                           :
                                                           :
-------------------------------------------------------------------x

## ORDER EXTENDING STAY OF AVOIDANCE ACTIONS AND GRANTING CERTAIN RELATED RELIEF PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 7004(a)(1)

Upon the motion, dated December 21, 2012 (the "Motion"),[1] of Lehman Brothers

Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors (the "Plan"), and the litigation subcommittee of the Official Committee of Unsecured

Creditors appointed in these cases (the "Committee"), pursuant to section 105(a) of title 11 of the

United States Code (the "Bankruptcy Code") and Rule 4(m) of the Federal Rules of Civil

Procedure, as incorporated and made applicable hereto by Rule 7004(a)(1) of the Federal Rules

of Bankruptcy Procedure, to extend the stay for each of the adversary proceedings identified on

Exhibit A hereto and any other avoidance actions that may be commenced by the Plan

Administrator or the Committee under sections 544, 545, 547, 548, 549, 550 and/or 553 of the

Bankruptcy Code (collectively, the "Avoidance Actions") and to grant certain related relief, as

more fully described in the Motion; and the Court having jurisdiction to consider the Motion and

the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C.

§ 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

the Court having entered the *Order Staying Avoidance Actions and Granting Certain Related*

*Relief Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*,

dated October 20, 2010 [ECF No. 12199] (the "Initial Stay Order") the *Order Extending the Stay*

*of Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the*

*Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated June 16, 2011 [ECF No. 17763], the

*Order Extending Stay of Avoidance Actions and Granting Certain Related Relief Pursuant to*

*Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated January 11, 2012

[ECF No. 24198], the *Order Extending Stay of Avoidance Actions Pursuant to Section 105(a) of*

*the Bankruptcy Code*, dated July 18, 2012 [ECF No. 29506], and the *Bridge Order Extending*

*Stay of Avoidance Actions and Granting Certain Related Relief Pursuant to Section 105(a) of the*

*Bankruptcy Code and Bankruptcy Rule 7004(a)(1)*, dated January 17, 2013 [ECF No. 33970]

(together with the Initial Stay Order, the "Stay Orders"); and due and proper notice of the Motion

having been provided in accordance with the procedures set forth in the second amended order

entered June 17, 2010 governing case management and administrative procedures [ECF No.

9635] to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange

Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern

District of New York; (v) all parties who have requested notice in these chapter 11 cases; and

(vi) each of the known and identified defendants to the Avoidance Actions or their agents or

representatives (the "Avoidance Action Defendants"), except for Avoidance Action Defendants

as to whom the respective Avoidance Action has been settled or dismissed, and it appearing that

no other or further notice need be provided; and a hearing having been held to consider the relief

requested in the Motion; and the Court having found and determined that the relief sought in the

Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest

and that the legal and factual bases set forth in the Motion establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Stay imposed by the Stay Orders is hereby extended for a

period of six (6) months to July 20, 2013, without prejudice to the ability of the Plan

Administrator and the Committee to request further extensions; and it is further

ORDERED that the Chapter 11 Estates and the Committee shall have until July

20, 2013 to complete service of the Second Amended Complaint on each defendant in the

Distributed Action, without prejudice to the ability of the Chapter 11 Estates and the Committee

to request further extensions; and it is further

ORDERED that, unless the Stay is extended by order of the Court or as otherwise

agreed by the parties, each Avoidance Action Defendant shall be required to answer or otherwise

respond to any Avoidance Action complaint by the later of September 5, 2013, or, if such

complaint is amended or further amended, 30 days after the date of the filing of any such

amended complaint or further amended complaint, as applicable; *provided*, *however*, that if the

Stay is lifted by (i) the Plan Administrator's filing and service of a notice of intention to

prosecute an Avoidance Action or (ii) the Court's entry of an order modifying the Stay over an

Avoidance Action, then the applicable Avoidance Action Defendant shall be required to answer

or otherwise respond to the Avoidance Action complaint within 30 days after the date of, as

applicable, service of a notice of intention to prosecute such Avoidance Action or the Court's

order modifying the Stay over such Avoidance Action; and it is further

ORDERED that, except as set forth herein, all other terms and provisions of the

Stay Orders shall remain unaltered and in full force and effect; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good

and sufficient notice of such Motion; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.


Dated: New York, New York
       February 15, 2013

_____s/ James M. Peck_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

## Exhibit A

**(Schedule of Pending Avoidance Actions)**

| **Adversary Proceeding No.** | **Adversary Proceeding** |
|---|---|
| 10-03542 (JMP) | Lehman Brothers Special Financing Inc. v. U.S. Bank National Association, *et al.* |
| 10-03544 (JMP) | Lehman Brothers Financial Products Inc. v. The Bank of New York Mellon Trust Co., National Association, *et al.* |
| 10-03545 (JMP) | Lehman Brothers Special Financing Inc. v. The Bank of New York Mellon Corporation, *et al.* |
| 10-03547 (JMP) | Lehman Brothers Special Financing Inc. v. Bank of America National Association, *et al.* |
| 10-03548 (JMP) | Lehman Brothers Holdings Inc. v. AXA, S.A., *et al.* |
| 10-03552 (JMP) | Lehman Brothers Holdings Inc. v. Fragomen, Del Ray, Bernsen and Loewy, LLP |
| 10-03553 (JMP) | Lehman Brothers Holdings Inc. v. GMAC Mortgage Corporation |
| 10-03558 (JMP) | Lehman Brothers Holdings Inc. v. Earth Thebault Inc. |
| 10-03560 (JMP) | Lehman Brothers Holdings Inc. v. EMortgage Logic LLC |
| 10-03566 (JMP) | Lehman Brothers Holdings Inc. v. Hypotheca Capita LLC |
| 10-03598 (JMP) | Lehman Brothers Holdings Inc. v. First American Residential Value View LLC |
| 10-03606 (JMP) | Lehman Brothers Holdings Inc. v. Stewart Lender Services |
| 10-03607 (JMP) | Lehman Brothers Holdings Inc. v. Interface Cable Assemblies & Services Corporation |
| 10-03609 (JMP) | Lehman Brothers Holdings Inc. v. Deutsche Bank Trust Company Americas |
| 10-03809 (JMP) | Lehman Brothers Special Financing Inc. v. Wells Fargo Bank National Association, *et al.* |
| 10-03811 (JMP) | Lehman Brothers Special Financing Inc. v. Bank of New York Mellon National Association |
| 10-03830 (JMP) | Lehman Commercial Paper Inc. v. Confluent V Limited and AXA Investment Managers Paris S.A. |
| 10-03831 (JMP) | Lehman Commercial Paper Inc. v. BlueBay Asset Management Plc, *et al.* |
| 10-03832 (JMP) | Lehman Commercial Paper Inc. v. Adagio III CLO PLC and AXA Investment Managers Paris S.A. |
| 10-03833 (JMP) | Lehman Commercial Paper Inc. v. Matignon Derivatives Loans and AXA Investment Managers Paris S.A. |

| **Adversary Proceeding No.** | **Adversary Proceeding** |
|---|---|
| 11-01661 (JMP) | Lehman Brothers Holdings Inc. v. Bullet Communications Inc. |
| 11-01697 (JMP) | Lehman Commercial Paper Inc. v. Sark Master Fund Limited |
| 12-01043 (JMP) | Lehman Brothers Holdings Inc. v. CitiMortgage, Inc. |
| 12-01668 (JMP) | Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. v. Standard Chartered Bank and Standard Chartered Bank Korea (f/k/a Standard Chartered First Bank Korea) |