# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 282: EXHIBIT 1 - LATE-FILED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | PIGUET GALLAND & CIE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/16/2012 | 68053 | $519,300.65 | $519,300.65 | Late-Filed Claim |
| 2 | PIGUET GALLAND & CIE SA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 3/16/2012 | 68054 | $471,443.04 | $471,443.04 | Late-Filed Claim |
| | | | | | TOTAL | $990,743.69 | $990,743.69 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts