# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 67: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | SPCP GROUP, LLC | 1299 | 12/12/08 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $1,046,015.30 | | $1,046,015.30 |
| | | | | **CLAIM AS MODIFIED** | | | | **$300,000.00** | | **$300,000.00** |
| 2 | SPCP GROUP, LLC | 1300 | 12/12/08 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | $1,046,015.30 | | $1,046,015.30 |
| | | | | **CLAIM AS MODIFIED** | | | | **$300,000.00** | | **$300,000.00** |
| | | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $2,092,030.60 | $0.00 | $2,092,030.60 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 2,092,030.60 | 0.00 | 2,092,030.60 |
| | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$600,000.00** | **$0.00** | **$600,000.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts