WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------------x
                                               :
In re                                          :     Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :     08-13555 (JMP)
                                               :
                  Debtors.                     :     (Jointly Administered)
                                               :
------------------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF THE
THREE HUNDRED EIGHTY-THIRD OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Eighty-Third

Omnibus Objection to Claims (No Liability Claims) [ECF No. 32890] that was scheduled for

February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: February 15, 2013
       New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone:  (212) 310-8000
                                    Facsimile:  (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

US_ACTIVE:\44196935\1\58399.0008

## Exhibit A

### Adjourned Claim:

| CLAIMANT NAME | CLAIM NO. | CLAIMANT RESPONSE ECF NO. |
|---|---|---|
| 1199 SEIU GREATER NEW YORK BENEFIT FUND | 30600 | 34378 |