B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc., et al.          Case No.: 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| CVF LUX MASTER S.A.R.L. | THUBEROSE FINANCE LIMITED |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/o Carval Investors UK Limited,
    3rd Floor, 25 Great Pulteney Street,
    London,
    W1F 9LT,
    UK

Court Claim # (if known): 14130
Amount of Claim: $1,522,735.00

Date Claim Filed: 16 September 2009

Phone+44207 2927724                            Phone:
Last Four Digits of Acct #:                    Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:
    Date: 15/2/13
    Transferee/Transferee's Agent
    BY CARVAL INVESTORS UK LIMITED

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Case No. 08-13555

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Chapter 11

Debtor

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of THUBEROSE FINANCE LTD ("Seller") that are
scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $1,522,735.00 | 14130 |

has / have been transferred and assigned to CVF LUX MASTER S.A.R.L. ("Assignee"). The signature of Seller
on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and
stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the
Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and
distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVF LUX MASTER SARL

Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK
BY CARVAL INVESTORS UK LIMITED

Signature:

Name:                    ERATIONS MANAGER

Title:

Date:        15/2/13

SELLER:        THUBEROSE FINANCE LTD

Address:        Vantepool Plaza
PO Box 873, Wickhams Cay
Road Town
Tortola,
Virgin Islands (British)

MOLSON MANAGEMENT SERVICES LTD.

Signature:

Name:        Stéphane Masson        Thomas Narbel

Title:        Director        Director

Date:        5 February 2013

28-Jan-13   21846258.1