**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

In re                                                          :          **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :          **08-13555 (JMP)**
                                                               :
Debtors.                                                       :          **(Jointly Administered)**
                                                               :

--------------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| **UBS AG** | **CREDITO PRIVATO COMMERCIALE SA** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br><br>*Address:*<br>UBS AG,<br>Bahnhofstrasse 45,<br>CH-8001 Zurich (Switzerland)<br><br>Contact details (Phone / Fax / Email):<br>Hugo Koller (+41 44 235 3736 /<br>+41 44 235 4721 / hugo.koller@ubs.com) | Court Claim # (if known):      44208<br>Amount of Claim as Filed:      US$ 199,304.00<br>Amount of Claim Transferred: EUR 140,000.00<br>Amount of Claim Transferred: US$ 199,304.00<br>Date Claim Filed:                    Oct. 21, 2009<br>XS0211093041 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _16/1/2013_____

Transferee/Transferee's Agent
Name: Hugo Koller
Title:   Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.*

1028357
TOCE050 CPCLugano44208 UBS0247 GIRANUVOLE 1 140K 20130125.DOC
Page 1 of 2



## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Credito Privato Commerciale SA ("Transferor"), unconditionally and irrevocably transfers and assigns to UBS AG ("Transferee") an undivided pro rata interest in EUR 140,000.00 (US$ 199,304.00) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 44208 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer.    Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this _25_ day of _JANUARY_, _2013_.

**Credito Privato Commerciale SA**
Transferor    CREDITO PRIVATO COMMERCIALE SA   IN LIQUIDATION
                        VIA ZURIGO 46
                        CH-6904 LUGANO

By: _____
Name: _BERTOLINI KAVALECIAGLUB_
Title: _LIQUIDATORE    LIQUIDATORE_

**UBS AG**
Transferee

By: _____
Name: _Hugo Koller_
Title: _Director_



# ❈ UBS

UBS AG
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel.+41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

January 25, 2013

subject **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of

you are receiving    Evidence of Transfer of Claim between Credito Privato Commerciale SA and UBS AG,
Zurich dated 25.1.2013

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE049  CPCLugano44212.xx    EUR    50'000.00    1940248    XS0200284247
TOCE050  CPCLugano44208.xx    EUR    140'000.00    2052971    XS0211093041

Transferor: Credito Privato Commerciale SA
Claim Number : 44212 + 44208

Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E        05.2005        J1