**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) ) | (Jointly Administered) |

## WITHDRAWAL OF CLAIM

Sigma Fixed Income Fund, Ltd., by and through its undersigned counsel, hereby withdraws Claim No. 14696 in the above-captioned cases.

Dated:    New York, New York
          February 15, 2013

                                            Respectfully submitted,

                                            **WILLKIE FARR & GALLAGHER LLP**

                                            By:  /s/ Paul V. Shalhoub
                                                  Brian E. O'Connor
                                                  Paul V. Shalhoub
                                                  787 Seventh Avenue
                                                  New York, New York 10019
                                                  Telephone: (212) 728-8000