# ✴ UBS

**BY REGISTERED MAIL**
Morgan Stanley
522 Fifth Avenue, 11th Floor

New York, NY 10038

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

December 17, 2012



RECEIVED FEB - 7 2013 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of    Attention Mr. Howard Gofstein

you are receiving    Evidence of partial transfer of claim, duly completed and signed

☐ for your information         ☐ returned with thanks        ☐ please return
☒ for your records             ☐ please comment              ☒ please confirm receipt
☐ as agreed                    ☐ please sign                 ☐ please process
☐ please complete              ☐ please forward to

Remarks
TOC106MORGANNY    USD 350'000.00    3396810    XS0319817788

Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferee: Morgan Stanley

by order UBS Singapore
T/D. 4.12.2012   S/D. 13.12.2012

Yours sincerely,

UBS AG

*Besson*                          *Koller*

Jean-Claude Besson               Hugo Koller
Associate Director               Director

61555 E    05.2005    J1

**Notice Pursuant to Bankruptcy Rule 3001**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Morgan Stanley** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>Morgan Stanley<br>522 Fifth Avenue, 11th Floor<br>New York, NY 10038<br>PHONE 212-296-6206<br>Attn: Howard Gofstein | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>USD 350'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 1/2/2013
**Morgan Stanley**
522 Fifth Avenue, 11th Floor
New York, NY 10038

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC106 UBSSG MORGANNY 350K 20121217
Page 1 of 3

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN Lehman Bros. Treasury BV 2007-15.9.2008 | XS0319817788 | LBT BV | LBH Inc. | USD 350'000.00 out of USD 1'350'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described in the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Morgan Stanley**
522 Fifth Avenue, 11th Floor
New York, NY 10038
PHONE 212-296-6206
Attn: Howard Gofstein

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC106 UBSSG MORGANNY 350K 20121217
Page 2 of 3

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated December 17, 2012.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**Morgan Stanley**
Transferee

By: _____
Name: Howard Gofstein
Title: VICE PRESIDENT

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
MORGAN STANLEY & CO. LLC
(036M)         AUTHORIZED SIGNATURE
               Z 0000505
NYSE, INC. MEDALLION SIGNATURE PROGRAM