**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |

## WITHDRAWAL OF CLAIM

S.A.C. Global Macro Fund, LLC, by and through its undersigned counsel, hereby withdraws Claim No. 14688 in the above-captioned cases.

Dated:   New York, New York
         February 15, 2013

                              Respectfully submitted,

                              **WILLKIE FARR & GALLAGHER LLP**

                              By:  /s/ Paul V. Shalhoub
                                   Brian E. O'Connor
                                   Paul V. Shalhoub
                                   787 Seventh Avenue
                                   New York, New York 10019
                                   Telephone: (212) 728-8000