WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------x | : |  |
| **In re** | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
| ------------------------------------------------------------------x |  |  |

**NOTICE OF THIRD DISTRIBUTION DATE AND RECORD DATE IN
CONNECTION WITH THE MODIFIED THIRD AMENDED JOINT CHAPTER 11
PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

PLEASE TAKE NOTICE:

- In accordance with sections 1.48 and 8.3 of the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 22973] (the "Plan"),[1] and the *Order In Aid of Execution of The Modified Third Amended Chapter 11 Plan of Lehman Brothers Holdings Inc. And Its Affiliated Debtors*, dated January 31, 2013 [ECF No. 34348] (the "Order") **the third Distribution Date shall be April 4, 2013** (the "Third Distribution Date").

- Pursuant to section 8.11 of the Plan, for purposes of the Third Distribution Date, **the Debtors and the Plan Administrator will not recognize any transfer of Claims recorded on the claims register after February 23, 2013 (the "Record Date")**.

- Pursuant to the Order, the Plan Administrator may adjourn the Third Distribution Date without changing the Record Date by filing a notice on the docket of the Chapter 11 Cases so long as the adjourned date is on or before April 30, 2013.

- **The Debtors may not make any Distribution to a holder of an Allowed Claim unless such Claim holder has submitted or submits, on or before March 8, 2013, both the**

---

[1]   Capitalized terms used but not defined shall have the meanings ascribed to them in the Plan.

**appropriate (i) Internal Revenue Service tax form** ("Tax Form") **and (ii) certification pertaining to Office of Foreign Assets Control compliance** ("OFAC Certification").  For further information concerning the Tax Form and OFAC Certification, please review the *Notice to Holders of Allowed Claims Regarding Plan Distributions*, dated February 15, 2012 [ECF No. 25392].  Copies of the Tax Form and form for OFAC Certification are available at www.lehman-docket.com.

Copies of the Plan and related documents are available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.  Copies are also available for registered users of the Bankruptcy Court's filing system by accessing the Bankruptcy Court's website (www.nysb.uscourts.gov) and for all parties at www.lehman-docket.com.

Dated: February 15, 2013
       New York, New York

/s/ Lori R. Fife
Lori R. Fife

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates