Lance J. Gotko (lgotko@fklaw.com)
Anne E. Beaumont (abeaumont@fklaw.com)
Nora Bojar (nbojar@fklaw.com)
KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036-6516
Telephone:    (212) 833-1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    Case No. 08-13555 (JMP)
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Bank of Montreal, by its attorneys, Friedman Kaplan Seiler & Adelman LLP, hereby appears in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and demands copies of all notices given or required to be given in the Chapter 11 Cases and that all papers served in these cases be given to and served upon the undersigned:

FRIEDMAN KAPLAN SEILER & ADELMAN LLP
Lance J. Gotko (lgotko@fklaw.com)
Anne E. Beaumont (abeaumont@fklaw.com)
Nora Bojar (nbojar@fklaw.com)
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100

2793624.1

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Bank of Montreal or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Bank of Montreal may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: New York, New York
February 15, 2013

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

_/s/Nora Bojar_
Nora Bojar (nbojar@fklaw.com)
Lance J. Gotko (lgotko@fklaw.com)
Anne E. Beaumont (abeaumont@fklaw.com)
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1100

*Attorneys for Bank of Montreal*