RICH MICHAELSON MAGALIFF MOSER, LLP
340 Madison Avenue, 19th Floor
New York, NY 10173
212.220.9402
Howard P. Magaliff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                :
                                                      :        Chapter 11
LEHMAN BRITHERS HOLDINGS,                             :        Case No. 08-13555 (JMP)
INC., *et al.*,                                       :
                                                      :
                  Debtors.                            :
-------------------------------------------------------------x

# NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rich Michaelson Magaliff Moser, LLP appears on behalf of Roger Saks, and requests that pursuant to Bankruptcy Rules 2002, 9007 and 9013, all pleadings, motions, applications, documents, papers and notices given or required in the above-captioned case be given to and served upon:

> Rich Michaelson Magaliff Moser, LLP
> 340 Madison Avenue, 19th Floor
> New York, NY 10173
> Attn:   Howard P. Magaliff, Esq.
> Email:  *hmagaliff@r3mlaw.com*

**PLEASE TAKE FURTHER NOTICE** that this appearance does not waive any right to (1) have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) trial by jury in any proceeding in the case or any case, controver-

{00003517v1}

sy, or proceeding related to the case where permitted, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which the creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  New York, New York
        February 15, 2013

RICH MICHAELSON MAGALIFF MOSER, LLP
By:

/s/ Howard P. Magaliff
HOWARD P. MAGALIFF
340 Madison Avenue, 19th Floor
New York, NY 10173
212.220.9402
*hmagaliff@r3mlaw.com*

{00003517v1 }