**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| ------------------------------------------------------x | | **Ref Docket Nos. 34728-34733** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 15, 2013, I caused to be served the:

    a)  "Notice of Hearing on Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims)," dated February 15, 2013 [Docket No. 34728], (the "394th Omnibus Objection"),

    b)  "Notice of Hearing on Three Hundred Ninety-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Fifth Omnibus Objection to Claims (Duplicative Claims)," dated February 15, 2013 [Docket No. 34729], (the "395th Omnibus Objection"),

    c)  "Notice of Hearing on the Three Hundred Ninety-Sixth Omnibus Objection to Claims (Warrant Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Sixth Omnibus Objection to Claims (Warrant Claims)," dated February 15, 2013 [Docket No. 34730], (the "396th Omnibus Objection"),

    d)  "Notice of Hearing on Three Hundred Ninety-Seventh Omnibus Objection to Claims (No Liability Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Seventh Omnibus Objection to Claims (No Liability Claims)," dated February 15, 2013 [Docket No. 34731], (the "397th Omnibus Objection"),

e)  "Notice of Hearing on Three Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated February 15, 2013 [Docket No. 34732], (the "398th Omnibus Objection"), and

f)  "Notice of Hearing on Three Hundred Ninety-Ninth Omnibus Objection to Claims (Duplicative LPS Claims)," dated February 15, 2013, to which was attached the "Three Hundred Ninety-Ninth Omnibus Objection to Claims (Duplicative LPS Claims)," dated February 15, 2013 [Docket No. 34733], (the "399th Omnibus Objection"),

by causing true and correct copies of the:

i.  394th Omnibus Objection, 395th Omnibus Objection, 396th Omnibus Objection, 397th Omnibus Objection, 398th Omnibus Objection, and 399th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  394th Omnibus Objection, 395th Omnibus Objection, 396th Omnibus Objection, 397th Omnibus Objection, 398th Omnibus Objection, and 399th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  394th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv.  395th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v.  396th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.  397th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  398th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G, and

viii.  399th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Kerry O'Neil*
Kerry O'Neil

Sworn to before me this
18th day of February, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6220196
Qualified in Queens County
Commission Expires April 26, 2014

**EXHIBIT A**

## EMAIL ADDRESSES

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
ccullors@hunton.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com;

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
leila.roeder@whitecase.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lromansic@steptoe.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov

matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp

mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com

sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tom.schorling@whitecase.com,

tomwelsh@orrick.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
271 CADMAN PLAZA EAST STE 4529
BROOKLYN, NY 11201

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| BANCA ALETTI & C. S.P.A. | VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14-IN06AE MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRAN | TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 NIXON PEABODY LLP C/O RICHARD C PEDONE, ESQ/ AMANDA D DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRAN | ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14-IN06AE MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 - RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q09 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q09-RF0609 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO CA 95814 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | C/O K & L GATES LLP ATTN: ROBERT N. MICHAELSON, ESQ., EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  17**

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP REED SMITH CENTRE ATTN: ERIC A. SCHAFFER 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP ATTN: ERIC A. SCHAFFER REED SMITH CENTRE 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | ATTN: BRIDGET M. SCHESSLER, VICE PRESIDENT GLOBAL CORPORATE TRUST, DEFAULT ADMINISTRATION GROUP 525 WILLIAM PENN PLACE, 38TH FLOOR PITTSBURGH PA 15259 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 - RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |

**Total Creditor count  5**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| CARTER, B. GENE | 4000 BRYN MAWR DALLAS TX 75225-7031 |
| DAVID SCHWARTZ REVOCABLE TRUST | C/O DAVID SCHWARTZ 1255 W. DRAPER ST. CHICAGO IL 60614-2118 |
| MICIONI, PETER | 98 LEWIS PT. RD FAIR HAVEN NJ 07704 |
| REID, WAYNE D, II | 433 LANGLEY OAKS DRIVE MARIETTA GA 30067 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154 |
| SHEPPARD, ERIC | 180 BALCROSS DRIVE BAL HARBOUR FL 33154-3190 |
| SOBO, SCOTT AND HEIDI | 28 NORTHDALE ROAD WHITE PLAINS NY 10605 |
| SURYAN FAMILY TRUST | C/O FRANK SURYAN JR. 3821 SEASCAPE DRIVE HUNTINGTON BEACH CA 92649-2523 |
| THABIT FAMILY TRUST | C/O CORY THABIT 309 DIAMOND AVE. BALBOA ISLAND CA 92662-1117 |
| THOMAS, JAMES & ROSEMARY | 106 BEVERLY ROAD RYE NY 10580-1903 |

**Total Creditor count  10**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| CANPARTNERS INVESTMENTS IV, LLC | C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN & JOHN PLAGA 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| COMMERZBANK AG | ABRAHAM L. ZYLBERBERG WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMERZBANK AG | NEW YORK AND GRAND CAYMAN BRANCHES ATTN: MICHAEL FRUCHTER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| DRRT FBO NORDLB KAPITALANLAGEGESELLSCHAFT AG | 100 SE 2ND STREET, SUITE 2610 MIAMI FL 33131 |
| GASCO, CLARA | C/O AVV. VALENTINA FROVA PIAZZA SAN PIETRO IN GESSATE, 2 MILANO 20122 ITALY |
| LLOYDS TSB BANK PLC | LOVELLS LLP ATTN: MATTHEW MORRIS, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| LLOYDS TSB BANK PLC | ATTN: KEVIN G. ROSS, SENIOR COUNSEL 1095 AVENUE OF THE AMERICAS 34TH FLOOR NEW YORK NY 10036 |
| MCCARTHY, BRIAN M. | 195 WALNUT LANE MANHASSET NY 11030 |

**Total Creditor count  8**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 - RF06O8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |

**Total Creditor count  6**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MARCHAND LOPEZ, HUMBERTO G. | C/O JOSEPH L. FOX, ESQ. 60 EAST 42ND STREET, SUITE 2231 NEW YORK NY 10165 |
| REASEGUROS CREDITO Y CAUCION, S.A.U. | C/O KEVIN M. ECKHARDT, HUNTON & WILLIAMS LLP 1111 BRICKELL AVE., SUITE 2500 MIAMI FL 33131 |

**Total Creditor count  2**