ANNEX 2
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of **EURIZON STARS FUND – EURO BOND REPRESENTED BY EURIZON CAPITAL S.A.** ("Creditor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), i.e., the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $311,755.73 | 11346 |

have been transferred and assigned by **EPSILON FUND - EURO BOND (FORMERLY KNOWN AS EURIZON STARS FUND – EURO BOND) REPRESENTED BY EURIZON CAPITAL S.A. AND ACTING BY ITS AGENT ILLIQUIDX LLP** ("Seller") to **CVIC LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| ASSIGNEE:   **CVIC LUX MASTER SARL** | SELLER: | **EPSILON FUND - EURO BOND (FORMERLY KNOWN AS EURIZON STARS FUND – EURO BOND) REPRESENTED BY EURIZON CAPITAL S.A.** |
|---|---|---|
| Address: C/o Carval Investors UK Limited, 3rd Floor, 25 Great Pulteney Street, London, W1F 9LT, UK   BY CARVAL INVESTORS UK ... | Address: | C/O Illiquidx LLP 80 Fleet Street London, EC4Y TEL, UK |
| Signature: | Signature: | |
| Name: _____ VID SHORT _____ | Name: | CELESTIN  AMORE |
| Title: _____ ERATIONS MANAGER | | |

27

Date: _____   Title:   *MANAGING PARTNER.*

Date:   _____

**EXHIBIT A**

**Copy of Claims Determination Deed**