UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: Lehman Brothers Holdings Inc., et al.

Case No.: 08-13555
Chapter 11

Debtor

------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Michael D. Warner, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Longhorn Credit Funding, LLC, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 2/19/2013
_____, New York

*Mailing Address:*

Cole Schotz Meisel Forman & Leonard
301 Commerce St, Ste 1700
Ft. Worth, TX 76102
*E-mail address*: mwarner@coleschotz.com
*Telephone number*: (817) 810-5250

Michael D. Warner, Esq.
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

ATTORNEY FOR LONGHORN CREDIT FUNDING, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc, *et al.*, | Case Nos. 08-13555-JMP |
| | Jointly Administered |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael D. Warner, to be admitted, *pro hac vice*, to represent Longhorn Credit Funding, LLC, (the "Client") a Creditor in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Michael D. Warner, Esq., is admitted to practice, *pro hac vice,* in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ _____
      Manhattan, New York       United States Bankruptcy Judge