# EXHIBIT B

**COPY** #4378

B10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|

| | |
|---|---|
| Name of Debtor:<br>**Lehman Commercial Paper Inc.** | Case Number:<br>**08-13900** |

*Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Longhorn Credit Funding, LLC** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>c/o Highland Capital Management, L.P.          Scott Everett<br>13455 Noel Road, Suite 800                         Haynes and Boone, LLP<br>Dallas, TX 75240                                        2323 Victory Avenue, Suite 700<br>Telephone number:                                      Dallas, TX 75219<br>(972) 628-4100                                          (214) 651-5000 | Court Claim Number: _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1.   Amount of Claim as of Date Case Filed:**   $_____2,985,000_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐   Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5.   Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐  Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B) |
| **2.   Basis for Claim:**   ___See attached Addendum___<br>(See instruction #2 on reverse side.) | ☐  Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier. 11 U.S.C. § 507(a)(4) |
| **3.   Last four digits of any number by which creditor identifies debtor:**   _____<br><br>     **3a.  Debtor may have scheduled account as:** _____<br>          (See instruction #3a on reverse side.) | |
| **4.   Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>**Value of Property:** $_____    **Annual Interest Rate** _____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____    **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____ | ☐  Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5)<br><br>☐  Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7)<br><br>☐  Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)<br><br>☐  Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____) |
| **6.   Credits:**   The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7.   Documents:**   Attach redacted copies of any documents that support this claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS.   ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | * Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | |
|---|---|
| Date:<br>5/14/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>**Patrick Boyce**<br>**CFO** | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>**MAY 1 5 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x
In re                                             :
                                                  :
                                                  :
LEHMAN COMMERICAL PAPER INC.      :        Case No. 08-13900 (JMP)
                                                  :
                                                  :
                     Debtor.            :
--------------------------------------------------x

## ADDENDUM TO PROOF OF CLAIM OF LONGHORN CREDIT FUNDING, LLC

   1.    On September 15, 2008, Lehman Brothers Holdings, Inc. ("LBHI") filed its
voluntary petition for bankruptcy protection under chapter 11 of Title 11 of the United States
Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District
of New York (the "Court").   On October 5, 2008 (the "Petition Date"), LBHI subsidiary,
Lehman Commercial Paper Inc. ("LCPI"), filed its voluntary petition for protection under
chapter 11 of the Bankruptcy Code in this Court.

   2.    Prior to the Petition Date, LCPI and Longhorn Credit Funding LLC ("Longhorn
CFA") were parties, as both purchasers and sellers, to the trading of certain distressed debt.  The
trades were reflected in written trade confirmations subject to standard terms and conditions
published by the Loan Syndications and Trading Association, Inc. (the "LSTA").

   3.    As of the Petition Date, LCPI had entered into, but not yet consummated and settled,
certain pending LSTA trades (the "Open Trade Confirmations").  Attached hereto as *Exhibit A* are
copies of the Open Trade Confirmations.

   4.    On November 14, 2008, LBHI and LCPI filed their Motion for an Order Pursuant to
Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade
Confirmations (the "Motion").

D-1701929_1.DOC

5.    On December 16, 2008, the Court entered an order granting the Motion. By the order, certain Open Trade Confirmations between LCPI and Longhorn CFA were rejected (the "Rejected Trade Confirmations").

6.    On February 5, 2009 and April 8, 2009, Longhorn CFA entered into certain transactions whereby it attempted to cover the losses resulting from the Rejected Trade Confirmations. Copies of the respective February 5, 2009 and April 8, 2009 trade confirmations are attached hereto as *Exhibit B*. The total damages resulting from the Rejected Trade Confirmations are $2,985,000, which damages reflect the delta between the contract trade price with LCPI and the cover trade price. A summary of the damage calculations is attached hereto as *Exhibit C*.

7.    Longhorn CFA is filing this proof of claim with full reservation of rights, including the right to amend the proof of claim at a later date.

D-1701929_1.DOC                                    - 3 -

# EXHIBIT "A"

**Mandy Rudolph**

From:
Sent:
To:        Mandy Rudolph
Subject:   FW: Lehman Trade Rejection Notice

Carter Chism
Tuesday, November 04, 2008 4:01 PM
Mandy Rudolph
FW: Lehman Trade Rejection Notice

-----Original Message-----
From: raymond.chint@barclayscapital.com [mailto:raymond.chint@barclayscapital.com]
Sent: Tuesday, November 04, 2008 3:58 PM
To: Carter Chism
Subject: Lehman Trade Rejection Notice

Reference is made to LSTA ████████████████ TRADE CONFIRMATION, LCPI buy ████████
Opco for ██████████ dated ██████████ (the "Trade
Confirmation").

Please take notice that LCPI has made the determination to reject the
Trade Confirmation in accordance with its rights under section 365 of
the Bankruptcy Code.

Raymond Chin
Lehman Brothers Holdings, Inc.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not
duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated,
this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official
confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent
those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the
foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at
1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

1

**DECEMBER 2006**

# LSTA
# LEHMAN COMMERCIAL PAPER INC
## LSTA DISTRESSED TRADE CONFIRMATION

**To:**  Longhorn Credit Funding, LLC
**Contact:**  Carter Chism
**Tel No.:**  972-419-2535
**Fax No.:**
**Email:**  CChism@hcmlp.com

**From:** Lehman Commercial Paper Inc.
**Contact:**  Tina Wong
**Tel No.:**  212-526-2044
**Fax No.:**  646-758-4993
**Email:**  tina.wong@lehman.com

**Confirms:**  Jenna Yoo
**Tel. No.:**  212-526-2081
**Fax No.:**  646-834-1847
**Email:**  jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | August 27, 2008 |
| **Seller:** | Longhorn Credit Funding, LLC.[2] ☒ Principal[3] ☐ Agent |
| **Buyer:** | Lehman Commercial Paper Inc.[4] ☒ Principal[3] ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of January 3, 2007, among Tropicana Entertainment, LLC (formerly known as WIMAR OpCo LLC), Tropicana Entertainment Holdings, LLC (formerly known as Wimar OpCo Intermediate Holdings LLC), CP Laughlin Realty LLC, Columbia Properties Vicksburg, LLC, JMBS Casino LLC, the lenders from time to time parties thereto, and CREDIT SUISSE, as administrative agent |
| **Borrower:** | Tropicana Entertainment, LLC (f.k.a WIMAR OpCo, LLC)[5] |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |
| | ☒ Assignment |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

2

☐ Participation

☐ Other: _____

**Purchase Amount/
Type of Debt:**

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $2,000,000.00 | Term Loan | T/L | N/A<br><br>N/A |

**Purchase Rate:** 82.250%

**Accrued Interest:** ☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation to be provided by Seller:** ☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☒ No

**LSTA Standard Other Terms of Trade:** ☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:** ☒ Specify Other Terms:

Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts [9]

**Subject to:** Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

---

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

3

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address(es): Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo* at *212-526-2081.*

**Lehman Commercial Paper Inc**

**Longhorn Credit Funding, LLC**

**As Collateral Manager
By: Strand Advisors, Inc., Its General Partner**

By:_____

Name:_____

Title:_____

Date:_____

By:_____

Name:_____

Title:_____

Date:_____

**Mandy Rudolph**

From:     Carter Chism
Sent:     Tuesday, November 04, 2008 4:01 PM
To:       Mandy Rudolph
Subject:  FW: Lehman Trade Rejection Notice

-----Original Message-----
From: raymond.chin@barclayscapital.com [mailto:raymond.chin@barclayscapital.com]
Sent: Tuesday, November 04, 2008 3:58 PM
To: Carter Chism
Subject: Lehman Trade Rejection Notice

Reference is made to LSTA ▮▮▮▮▮▮▮▮ TRADE CONFIRMATION, LCPI buy ▮▮▮ Opco for ▮▮▮▮▮, associated ▮▮▮▮ the "Trade Confirmation").

Please take notice that LCPI has made the determination to reject the Trade Confirmation in accordance with its rights under section 365 of the Bankruptcy Code.

Raymond Chin
Lehman Brothers Holdings, Inc.

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group.

1

DECEMBER 2006

# LSTA

# LEHMAN COMMERCIAL PAPER INC

## LSTA DISTRESSED TRADE CONFIRMATION

**To:** Longhorn Credit Funding, LLC
**Contact:** Carter Chism
**Tel No.:** 972-419-2535
**Fax No.:**
**Email:** CChism@hcmlp.com

**From:** Lehman Commercial Paper Inc.
**Contact:** Tina Wong
**Tel No.:** 212-526-2044
**Fax No.:** 646-758-4993
**Email:** tina.wong@lehman.com

**Confirms:** Jenna Yoo
**Tel No.:** 212-526-2081
**Fax No.:** 646-834-1847
**Email:** jenna.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | August 28, 2008 |
| **Seller:** | Longhorn Credit Funding, LLC.[2]  ☒ Principal[3]  ☐ Agent |
| **Buyer:** | Lehman Commercial Paper Inc.[4]  ☒ Principal[3]  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of January 3, 2007, among Tropicana Entertainment, LLC (formerly known as WIMAR OpCo LLC), Tropicana Entertainment Holdings, LLC (formerly known as Wimar OpCo Intermediate Holdings LLC), CP Laughlin Realty LLC, Columbia Properties Vicksburg, LLC, JMBS Casino LLC, the lenders from time to time parties thereto, and CREDIT SUISSE, as administrative agent |
| **Borrower:** | Tropicana Entertainment, LLC (f.k.a WIMAR OpCo, LLC)[5] |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |
| | ☒ Assignment |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

**LSTA EFFECTIVE DECEMBER 2006** Copyright © LSTA 2006. All rights reserved.

2

**Purchase Amount/ Type of Debt:**

☐ Participation

☐ Other: _____

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $3,500,000.00 | Term Loan | T/L | N/A |
| | | | N/A |

**Purchase Rate:** 82.000%

**Accrued Interest:**
☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation to be provided by Seller:**
☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☒ No

**LSTA Standard Other Terms of Trade:**
☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**
☒ Specify Other Terms:

Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts [9]

**Subject to:**
Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

---

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

3

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Yoo* at the following fax number(s) or e-mail address(es): Jenna.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo* at *212-526-2081.*


**Lehman Commercial Paper Inc**         **Longhorn Credit Funding, LLC**

                                         **As Collateral Manager**
                                         **By: Strand Advisors, Inc., Its General Partner**


By:_____      By:_____

Name:_____     Name:_____

Title:_____      Title:_____

Date:_____     Date:_____

# EXHIBIT "B"

# LSTA DISTRESSED TRADE CONFIRMATION

*To:*     *Seller Name:*    Longhorn Credit Funding LLC
        *Contact Person:*   Carter Chism
        *Phone No:*    (972) 419-2535
        *Fax No:*    (972) 628-4155
        *Email Address:*   cchism@licmlp.com

*From:*   *Buyer Name:*    Bank of America, N.A.
        *Contact Person:*   Suzanne Lisiecki
        *Phone No:*    704-386-1920
        *Fax No:*    704-409-0072
        *Email Address:*   suzanne.lisiecki@bankofamerica.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 31, 2008, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation shall have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | February 5, 2009 |
| **Seller:** | Longhorn Credit Funding LLC    ☒ Principal    ☐ Agent |
| **Buyer:** | Bank of America, N.A.    ☒ Principal    ☐ Agent |
| **Credit Agreement:** | Credit Agreement dated as of January 3, 2007, among Wimar Opco LLC, Wimar Opco Intermediate Holdings LLC, CP Laughlin Realty, LLC, Columbia Properties Vicksburg, LLC, JMBS Casino LLC, the Lenders party thereto and Credit Suisse, as Administrative Agent and as Collateral Agent |
| **Borrower:** | Tropicana Entertainment, LLC (f/k/a Wimar Opco LLC) |
| **Form of Purchase:** | If no election is made, "Assignment" applies.<br>☒ Assignment<br>☐ Participation<br>☐ Assignment Only<br>☐ Other |

**Purchase Amount / Type of Debt:**

| Type of Debt | Purchase Amount | Facility | CUSIP Number |
|---|---|---|---|
| Term Loan | USD 4,000,000.00 | Term Loan | |

| | |
|---|---|
| **Purchase Rate:** | 28.50% |
| **Accrued Interest:** | ☐ Settled Without Accrued Interest<br>☒ Trades Flat |
| **Credit Documentation** | ☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its |

Copyright © LSTA 2008. All rights reserved.      *Page 1 of 2*
*The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.*

| to be provided by Seller: | request on or prior to Trade Date) |
| | ☒ No |

**LSTA Standard
Other Terms of Trade:**

☐ This transaction shall also be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder.

☐ This transaction shall also be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder.

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

☒ Unless otherwise specified herein, Bank of America, N.A. shall not be required to pay (in the aggregate) more than one half of one full Agent transfer fee for transactions (specified in this or any other Confirmation) allocated by an investment manager or advisor to multiple funds or accounts.

**Trade Specific
Other Terms of Trade:**    None

**Subject to:**    Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

If you agree with the terms and conditions described herein, please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to Suzanne Lisiecki at the following fax number: 704-409-0072 or e-mail address: suzanne.lisiecki@bankofamerica.com

If you have any questions, please contact Suzanne Lisiecki at 704-386-1920

Longhorn Credit Funding LLC
By: Highland Capital Management, L.P.,
As Collateral Manager
By: Strand Advisors, Inc., Its General Partner

Bank of America, N.A.

By:
Name:
Title:
Date:    Mandy Rudolph
         Authorized Signatory
         Strand Advisors, Inc.
         General Partner of
         Highland Capital Management, L.P.

By:
Name:    Toby Gilbert
Title:    Principal
Date:

---

## CREDIT SUISSE LOAN FUNDING LLC
### LSTA DISTRESSED TRADE CONFIRMATION

| From: | Name: Credit Suisse Loan Funding LLC | To: Longhorn Credit Funding, LLC |
|---|---|---|
| | Contact Person: Daniel Sullivan | Contact Person: Carter Chism |
| | Phone No.: 212-325-9938 | Phone No.: 972-419-2535 |
| | Fax No.: 212-322-2857 | Fax No.: |
| | E-mail Address: Daniel.Sullivan@credit-suisse.com | E-mail Address: cchism@hcmlp.com |

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of February 6, 2009,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions

| | |
|---|---|
| **Trade Date:** | April 8, 2009 |
| **Seller:** | Longhorn Credit Funding, LLC    ☑ Principal ☐ Agent |
| **Buyer:** | Credit Suisse Loan Funding LLC    ☑ Principal ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of January 3, 2007, among WIMAR OPCO LLC, WIMAR OPCO INTERMEDIATE HOLDINGS LLC, CP LAUGHLIN REALTY, LLC, COLUMBIA PROPERTIES VICKSBURG, LLC, JMBS CASINO LLC, the Lenders from time to time party thereto, and CREDIT SUISSE, as Administrative Agent. |
| **Borrower:** | Tropicana Entertainment, LLC(fka Wimar OPCO LLC) |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |
| | ☑ Assignment |
| | ☐ Assignment Only |
| | ☐ Participation |
| | ☐ Other: |

**Purchase Amount/Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 7,414,835.08 | Term | Term Loan | |

| | |
|---|---|
| **Purchase Rate:** | 26.00% |
| **Accrued Interest:** | ☐ Settled Without Accrued Interest |
| | ☑ Trades Flat |
| **Credit Documentation to be provided by Seller:** | ☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date) |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

LSTA EFFECTIVE DECEMBER 2006Copyright © LSTA 2005. All rights reserved.

2

**LSTA Standard
Other Terms of Trade:**

☑ No

☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific
Other Terms of Trade:**

☐ Specify Other Terms:

**Subject to:**
Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of **Daniel Sullivan** at the following fax number(s) **212-322-2857** or e-mail address(es): steven.dwek@credit-suisse.com.

If you have any questions, please contact **Daniel Sullivan** at **212-325-9938.**

**CREDIT SUISSE LOAN FUNDING LLC**

**LONGHORN CREDIT FUNDING, LLC**
By: Highland Capital Management, L.P.,
As Collateral Manager
By: Strand Advisors, Inc., Its General Partner

By:_____

Name:_____

Title:_____

By:_____

By:_____

Name: ~~Mandy Rudolph~~
Authorized Signatory
Strand Advisors, Inc.

Title: ~~General Partner of~~
Highland Capital Management, L.P.

# EXHIBIT "C"

| Portfolio Name | Issuer Name | Asset Type | Trade Form/Function | Yield at Risk | Trade Price | 12/2/04 Trade Price | AAPO Trade Price | Claim Value | Trade Date | Trade Accrual date | Trade Agreement Type | Name | Litigation Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lengborn Credit Funding A | Weleer Opco LLC (Positions) | Term Loan | Sale | (9,500,000) | 83.0 | 78.500 | 78.00 | (1,410,000) | 06/28/08 Rejected | | Assignment | None | Lehman Commercial Paper Inc. UK Branch |
| Lengborn Credit Funding A | Weleer Opco LLC (Positions) | Term Loan | Sale | (9,500,000) | 83.5 | 78.500 | | (1,075,000) | 06/27/04 Rejected | | Assignment | | Lehman Commercial Paper Inc. UK Branch |
| | | | | (9,500,000) | | | | [2,485,000] | | | | | |