# EXHIBIT C

# Longhorn Credit Funding A - Wimar Opco LLC (Tropicana) - Term Loan - Assignment

Mark History

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 12/01/2009 | 31.46900 | 30.46900 | 32.46900 | LoanX 4 |
| 11/30/2009 | 31.50000 | 30.50000 | 32.50000 | LoanX 4 |
| 11/19/2009 | 32.12500 | 31.00000 | 33.25000 | LoanX 4 |
| 11/16/2009 | 32.62500 | 31.62500 | 33.62500 | LoanX 4 |
| 11/12/2009 | 31.90000 | 30.90000 | 32.90000 | LoanX 5 |
| 11/11/2009 | 32.62500 | 31.62500 | 33.62500 | LoanX 4 |
| 11/09/2009 | 32.59400 | 31.59400 | 33.59400 | LoanX 4 |
| 11/03/2009 | 32.33300 | 31.33300 | 33.33300 | LoanX 3 |
| 11/02/2009 | 33.00000 | 32.16700 | 33.83300 | LoanX 3 |
| 10/23/2009 | 32.62500 | 31.62500 | 33.62500 | LoanX 3 |
| 10/15/2009 | 32.66700 | 31.66700 | 33.66700 | LoanX 3 |
| 10/09/2009 | 33.04200 | 32.04200 | 34.04200 | LoanX 3 |
| 10/01/2009 | 33.00000 | 32.00000 | 34.00000 | LoanX 3 |
| 09/30/2009 | 33.00000 | 32.00000 | 34.00000 | LoanX 3 |
| 09/28/2009 | 33.75000 | 32.75000 | 34.75000 | LoanX 2 |
| 09/25/2009 | 30.50000 | 29.66700 | 31.33300 | LoanX 3 |
| 09/18/2009 | 29.16700 | 27.66700 | 30.66700 | LoanX 3 |
| 09/17/2009 | 28.87500 | 27.54200 | 30.20800 | LoanX 3 |
| 09/14/2009 | 28.83350 | 27.50000 | 30.16700 | LoanX 3 |
| 09/11/2009 | 29.50000 | 28.75000 | 30.25000 | LoanX 2 |
| 09/01/2009 | 29.16650 | 28.33300 | 30.00000 | LoanX 3 |
| 08/31/2009 | 29.16650 | 28.33300 | 30.00000 | LoanX 3 |
| 08/17/2009 | 28.83350 | 28.00000 | 29.66700 | LoanX 3 |
| 08/12/2009 | 29.37500 | 28.75000 | 30.00000 | LoanX 4 |
| 08/07/2009 | 29.50000 | 29.00000 | 30.00000 | LoanX 4 |
| 08/04/2009 | 28.35700 | 27.57100 | 29.14300 | LoanX 7 |
| 08/03/2009 | 28.14300 | 27.42900 | 28.85700 | LoanX 7 |
| 07/31/2009 | 27.93800 | 27.18800 | 28.68800 | LoanX 8 |
| 07/28/2009 | 28.33300 | 27.58300 | 29.08300 | LoanX 6 |
| 07/27/2009 | 28.28550 | 27.50000 | 29.07100 | LoanX 7 |
| 07/23/2009 | 28.28600 | 27.42900 | 29.14300 | LoanX 7 |
| 07/22/2009 | 28.21450 | 27.28600 | 29.14300 | LoanX 7 |
| 07/21/2009 | 28.50000 | 27.71400 | 29.28600 | LoanX 7 |
| 07/20/2009 | 28.66650 | 28.00000 | 29.33300 | LoanX 6 |
| 07/15/2009 | 29.20000 | 28.50000 | 29.90000 | LoanX 5 |
| 07/14/2009 | 29.10000 | 28.50000 | 29.70000 | LoanX 5 |
| 07/13/2009 | 28.91650 | 28.25000 | 29.58300 | LoanX 6 |
| 07/10/2009 | 29.00000 | 28.25000 | 29.75000 | LoanX 5 |
| 07/09/2009 | 29.20000 | 28.50000 | 29.90000 | LoanX 6 |
| 07/07/2009 | 29.00000 | 28.37500 | 29.62500 | LoanX 4 |
| 07/06/2009 | 29.25000 | 28.62500 | 29.87500 | LoanX 4 |
| 07/01/2009 | 29.40000 | 28.70000 | 30.10000 | LoanX 5 |
| 06/30/2009 | 29.15000 | 28.40000 | 29.90000 | LoanX 5 |
| 06/29/2009 | 29.15000 | 28.40000 | 29.90000 | LoanX 5 |
| 06/26/2009 | 29.66650 | 29.00000 | 30.33300 | LoanX 3 |
| 06/23/2009 | 29.75000 | 29.00000 | 30.50000 | LoanX 4 |
| 06/19/2009 | 29.87500 | 29.00000 | 30.75000 | LoanX 4 |
| 06/18/2009 | 29.41650 | 28.50000 | 30.33300 | LoanX 6 |
| 06/12/2009 | 30.00000 | 29.16700 | 30.83300 | LoanX 6 |
| 06/08/2009 | 30.00000 | 29.20000 | 30.80000 | LoanX 5 |
| 06/03/2009 | 29.75000 | 28.91700 | 30.58300 | LoanX 6 |
| 06/02/2009 | 29.70850 | 28.91700 | 30.50000 | LoanX 6 |
| 06/01/2009 | 29.75000 | 29.00000 | 30.50000 | LoanX 6 |
| 05/29/2009 | 29.70000 | 28.90000 | 30.50000 | LoanX 5 |
| 05/27/2009 | 29.75000 | 28.87500 | 30.62500 | LoanX 4 |
| 05/26/2009 | 29.62500 | 28.75000 | 30.50000 | LoanX 4 |
| 05/20/2009 | 28.93750 | 28.12500 | 29.75000 | LoanX 8 |
| 05/19/2009 | 28.56250 | 27.75000 | 29.37500 | LoanX 8 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 05/15/2009 | 28.59350 | 27.78100 | 29.40600 | LoanX 8 |
| 05/13/2009 | 28.62550 | 27.81300 | 29.43800 | LoanX 8 |
| 05/12/2009 | 28.43750 | 27.62500 | 29.25000 | LoanX 8 |
| 05/11/2009 | 28.50050 | 27.68800 | 29.31300 | LoanX 8 |
| 05/08/2009 | 28.20350 | 27.43800 | 28.96900 | LoanX 8 |
| 05/07/2009 | 27.96900 | 27.12500 | 28.81300 | LoanX 8 |
| 05/01/2009 | 27.90650 | 27.06300 | 28.75000 | LoanX 8 |
| 04/30/2009 | 27.87550 | 27.06300 | 28.68800 | LoanX 8 |
| 04/29/2009 | 27.85700 | 27.07100 | 28.64300 | LoanX 7 |
| 04/28/2009 | 27.71450 | 26.92900 | 28.50000 | LoanX 7 |
| 04/27/2009 | 26.62500 | 25.66700 | 27.58300 | LoanX 6 |
| 04/22/2009 | 26.39300 | 25.42900 | 27.35700 | LoanX 7 |
| 04/21/2009 | 26.53550 | 25.57100 | 27.50000 | LoanX 7 |
| 04/20/2009 | 26.39300 | 25.42900 | 27.35700 | LoanX 7 |
| 04/16/2009 | 26.32150 | 25.35700 | 27.28600 | LoanX 7 |
| 04/14/2009 | 25.87500 | 24.75000 | 27.00000 | LoanX 6 |
| 04/13/2009 | 25.79200 | 24.66700 | 26.91700 | LoanX 6 |
| 04/08/2009 | 25.62500 | 24.50000 | 26.75000 | LoanX 6 |
| 04/06/2009 | 25.79150 | 24.75000 | 26.83300 | LoanX 6 |
| 04/03/2009 | 25.45850 | 24.41700 | 26.50000 | LoanX 6 |
| 04/02/2009 | 25.12500 | 24.00000 | 26.25000 | LoanX 6 |
| 04/01/2009 | 24.82150 | 23.78600 | 25.85700 | LoanX 6 |
| 03/31/2009 | 24.33350 | 23.16700 | 25.50000 | LoanX 7 |
| 03/30/2009 | 23.90000 | 22.80000 | 25.00000 | LoanX 5 |
| 03/27/2009 | 23.41650 | 22.25000 | 24.58300 | LoanX 6 |
| 03/26/2009 | 23.50000 | 22.33300 | 24.66700 | LoanX 6 |
| 03/25/2009 | 22.50000 | 21.50000 | 23.50000 | LoanX 4 |
| 03/23/2009 | 23.00000 | 21.91700 | 24.08300 | LoanX 6 |
| 03/20/2009 | 22.85750 | 21.78600 | 23.92900 | LoanX 7 |
| 03/19/2009 | 23.00000 | 21.91700 | 24.08300 | LoanX 6 |
| 03/17/2009 | 23.08350 | 22.00000 | 24.16700 | LoanX 6 |
| 03/16/2009 | 22.92850 | 21.85700 | 24.00000 | LoanX 7 |
| 03/13/2009 | 23.33300 | 22.33300 | 24.33300 | LoanX 6 |
| 03/12/2009 | 23.10000 | 22.10000 | 24.10000 | LoanX 5 |
| 03/11/2009 | 23.00000 | 22.00000 | 24.00000 | LoanX 5 |
| 03/10/2009 | 23.33300 | 22.33300 | 24.33300 | LoanX 6 |
| 03/05/2009 | 23.41700 | 22.41700 | 24.41700 | LoanX 6 |
| 03/04/2009 | 23.28600 | 22.21400 | 24.35700 | LoanX 7 |
| 03/03/2009 | 23.12500 | 22.08300 | 24.16700 | LoanX 6 |
| 03/02/2009 | 23.32200 | 22.28600 | 24.35700 | LoanX 7 |
| 02/27/2009 | 23.66600 | 22.58300 | 24.75000 | LoanX 6 |
| 02/26/2009 | 24.35700 | 23.32100 | 25.39300 | LoanX 7 |
| 02/25/2009 | 25.68800 | 24.46900 | 26.90600 | LoanX 8 |
| 02/24/2009 | 25.81200 | 24.59400 | 27.03100 | LoanX 8 |
| 02/23/2009 | 26.62500 | 25.37500 | 27.87500 | LoanX 8 |
| 02/20/2009 | 26.81300 | 25.56300 | 28.06300 | LoanX 8 |
| 02/18/2009 | 27.00000 | 25.71900 | 28.28100 | LoanX 8 |
| 02/17/2009 | 27.87500 | 26.59400 | 29.15600 | LoanX 8 |
| 02/13/2009 | 28.12500 | 26.84400 | 29.40600 | LoanX 8 |
| 02/11/2009 | 28.31200 | 27.03100 | 29.59400 | LoanX 8 |
| 02/09/2009 | 28.34400 | 27.09400 | 29.59400 | LoanX 8 |
| 02/06/2009 | 28.37500 | 27.15600 | 29.59400 | LoanX 8 |
| 02/05/2009 | 28.43800 | 27.21900 | 29.65600 | LoanX 8 |
| 02/04/2009 | 29.25000 | 28.07500 | 30.42500 | LoanX 10 |
| 02/03/2009 | 29.33300 | 28.22200 | 30.44400 | LoanX 9 |
| 02/02/2009 | 29.16600 | 28.11100 | 30.22200 | LoanX 9 |
| 01/30/2009 | 29.56200 | 28.62500 | 30.50000 | LoanX 8 |
| 01/29/2009 | 28.50000 | 27.53100 | 29.46900 | LoanX 8 |
| 01/28/2009 | 25.87600 | 24.93800 | 26.81300 | LoanX 8 |
| 01/27/2009 | 25.71900 | 24.87500 | 26.56300 | LoanX 8 |
| 01/26/2009 | 24.62500 | 23.62500 | 25.62500 | LoanX 8 |
| 01/23/2009 | 23.71400 | 22.21400 | 25.21400 | LoanX 7 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 01/22/2009 | 23.45800 | 21.91700 | 25.00000 | LoanX 6 |
| 01/21/2009 | 24.66600 | 23.75000 | 25.58300 | LoanX 6 |
| 01/20/2009 | 24.34400 | 23.31300 | 25.37500 | LoanX 8 |
| 01/16/2009 | 24.25000 | 23.05600 | 25.44400 | LoanX 9 |
| 01/15/2009 | 23.92800 | 22.71400 | 25.14300 | LoanX 7 |
| 01/14/2009 | 23.87500 | 22.62500 | 25.12500 | LoanX 8 |
| 01/13/2009 | 24.58400 | 23.25000 | 25.91700 | LoanX 6 |
| 01/12/2009 | 25.00000 | 23.66700 | 26.33300 | LoanX 6 |
| 01/09/2009 | 25.00000 | 23.57100 | 26.42900 | LoanX 7 |
| 01/08/2009 | 25.50000 | 24.00000 | 27.00000 | LoanX 7 |
| 01/07/2009 | 25.92800 | 24.50000 | 27.35700 | LoanX 7 |
| 01/06/2009 | 25.41600 | 24.00000 | 26.83300 | LoanX 6 |
| 01/05/2009 | 24.35700 | 23.07100 | 25.64300 | LoanX 7 |
| 01/02/2009 | 24.35800 | 22.92900 | 25.78600 | LoanX 7 |
| 01/01/2009 | 24.37600 | 23.06300 | 25.68800 | LoanX 8 |
| 12/31/2008 | 24.37600 | 23.06300 | 25.68800 | LoanX 8 |
| 12/30/2008 | 24.28600 | 22.92900 | 25.64300 | LoanX 7 |
| 12/29/2008 | 24.00000 | 22.58300 | 25.41700 | LoanX 6 |
| 12/24/2008 | 23.75000 | 22.25000 | 25.25000 | LoanX 6 |
| 12/23/2008 | 23.91700 | 22.41700 | 25.41700 | LoanX 6 |
| 12/22/2008 | 24.75000 | 23.08300 | 26.41700 | LoanX 6 |
| 12/19/2008 | 25.00000 | 23.35700 | 26.64300 | LoanX 7 |
| 12/18/2008 | 25.39300 | 24.00000 | 26.78600 | LoanX 7 |
| 12/17/2008 | 25.67800 | 24.28600 | 27.07100 | LoanX 7 |
| 12/16/2008 | 26.62500 | 25.16700 | 28.08300 | LoanX 6 |
| 12/12/2008 | 26.41600 | 24.75000 | 28.08300 | LoanX 6 |
| 12/11/2008 | 27.25000 | 25.83300 | 28.66700 | LoanX 6 |
| 12/10/2008 | 27.41600 | 25.83300 | 29.00000 | LoanX 6 |
| 12/09/2008 | 27.12500 | 25.58300 | 28.66700 | LoanX 6 |
| 12/08/2008 | 27.35700 | 25.64300 | 29.07100 | LoanX 7 |
| 12/04/2008 | 28.56300 | 26.81300 | 30.31300 | LoanX 8 |
| 12/03/2008 | 29.33300 | 27.58300 | 31.08300 | LoanX 6 |
| 12/02/2008 | 29.94400 | 28.05600 | 31.83300 | LoanX 9 |
| 11/28/2008 | 30.27800 | 28.33300 | 32.22200 | LoanX 9 |
| 11/27/2008 | 29.60000 | 27.80000 | 31.40000 | LoanX 10 |
| 11/26/2008 | 29.72500 | 27.87500 | 31.57500 | LoanX 10 |
| 11/25/2008 | 30.02500 | 28.17500 | 31.87500 | LoanX 10 |
| 11/24/2008 | 36.05500 | 33.70800 | 38.40300 | LoanX 9 |
| 11/21/2008 | 37.38900 | 35.15300 | 39.62500 | LoanX 9 |
| 11/20/2008 | 37.61100 | 35.26400 | 39.95800 | LoanX 9 |
| 11/19/2008 | 38.72200 | 36.70800 | 40.73600 | LoanX 9 |
| 11/18/2008 | 40.56200 | 38.54700 | 42.57800 | LoanX 8 |
| 11/17/2008 | 41.69500 | 39.59700 | 43.79200 | LoanX 9 |
| 11/14/2008 | 42.27800 | 39.98600 | 44.56900 | LoanX 9 |
| 11/13/2008 | 42.72200 | 40.48600 | 44.95800 | LoanX 9 |
| 11/12/2008 | 42.88900 | 40.59700 | 45.18100 | LoanX 9 |
| 11/11/2008 | 43.25000 | 41.15300 | 45.34700 | LoanX 9 |
| 11/10/2008 | 45.47200 | 43.37500 | 47.56900 | LoanX 9 |
| 11/07/2008 | 44.25000 | 42.15300 | 46.34700 | LoanX 9 |
| 11/06/2008 | 45.36800 | 43.32500 | 47.41200 | LoanX 10 |
| 11/05/2008 | 45.54300 | 43.42500 | 47.66200 | LoanX 10 |
| 11/04/2008 | 50.86100 | 48.97200 | 52.75000 | LoanX 9 |
| 11/03/2008 | 45.18800 | 43.12500 | 47.25000 | LoanX 8 |
| 10/31/2008 | 45.78600 | 43.42900 | 48.14300 | LoanX 7 |
| 10/29/2008 | 45.72200 | 43.77800 | 47.66700 | LoanX 9 |
| 10/28/2008 | 46.55600 | 44.38900 | 48.72200 | LoanX 9 |
| 10/27/2008 | 46.05500 | 44.00000 | 48.11100 | LoanX 9 |
| 10/23/2008 | 49.38800 | 47.44400 | 51.33300 | LoanX 9 |
| 10/22/2008 | 46.50000 | 44.25000 | 48.75000 | LoanX 8 |
| 10/21/2008 | 46.62500 | 44.37500 | 48.87500 | LoanX 8 |
| 10/20/2008 | 53.93800 | 52.00000 | 55.87500 | LoanX 8 |
| 10/17/2008 | 52.08300 | 49.83300 | 54.33300 | LoanX 6 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 10/16/2008 | 54.10000 | 52.00000 | 56.20000 | LoanX 5 |
| 10/15/2008 | 53.62500 | 51.25000 | 56.00000 | LoanX 4 |
| 10/14/2008 | 58.66600 | 56.58300 | 60.75000 | LoanX 6 |
| 10/13/2008 | 60.21400 | 58.21400 | 62.21400 | LoanX 7 |
| 10/10/2008 | 61.18800 | 59.43800 | 62.93800 | LoanX 8 |
| 10/09/2008 | 62.31300 | 60.68800 | 63.93800 | LoanX 8 |
| 10/08/2008 | 64.71400 | 63.21400 | 66.21400 | LoanX 7 |
| 10/07/2008 | 64.91600 | 63.33300 | 66.50000 | LoanX 6 |
| 10/03/2008 | 65.25000 | 63.75000 | 66.75000 | LoanX 6 |
| 10/02/2008 | 65.58300 |  |  | LoanX 6 |
| 10/01/2008 | 68.00000 | 66.56300 | 69.43800 | LoanX 8 |
| 09/30/2008 | 70.14300 | 68.92900 | 71.35700 | LoanX 7 |
| 09/29/2008 | 71.00000 | 69.78600 | 72.21400 | LoanX 7 |
| 09/26/2008 | 70.71400 | 69.71400 | 71.71400 | LoanX 7 |
| 09/25/2008 | 70.76800 | 69.82100 | 71.71400 | LoanX 7 |
| 09/24/2008 | 71.26800 | 69.89300 | 72.64300 | LoanX 7 |
| 09/23/2008 | 70.55400 | 69.32100 | 71.78600 | LoanX 7 |
| 09/19/2008 | 70.87500 | 69.71400 | 72.03600 | LoanX 7 |
| 09/17/2008 | 72.75000 | 71.50000 | 74.00000 | LoanX 6 |
| 09/16/2008 | 76.37600 | 75.31300 | 77.43800 | LoanX 6 |
| 09/15/2008 | 76.81300 | 76.06300 | 77.56300 | LoanX 6 |
| 09/12/2008 | 77.35700 | 76.71400 | 78.00000 | LoanX 7 |
| 09/11/2008 | 77.92800 | 77.21400 | 78.64300 | LoanX 7 |
| 09/10/2008 | 78.78600 | 77.92900 | 79.64300 | LoanX 7 |
| 09/09/2008 | 79.01800 | 78.32100 | 79.71400 | LoanX 7 |
| 09/08/2008 | 79.32100 | 78.57100 | 80.07100 | LoanX 7 |
| 09/05/2008 | 80.03600 | 79.28600 | 80.78600 | LoanX 7 |
| 09/04/2008 | 80.83400 | 80.12500 | 81.54200 | LoanX 6 |
| 09/03/2008 | 81.33400 | 80.66700 | 82.00000 | LoanX 6 |
| 09/02/2008 | 82.16000 | 81.35700 | 82.96400 | LoanX 7 |
| 09/01/2008 | 82.43800 | 81.66700 | 83.20800 | LoanX 6 |
| 08/29/2008 | 82.65600 | 82.00000 | 83.31300 | LoanX 4 |
| 08/28/2008 | 82.32200 | 81.53600 | 83.10700 | LoanX 7 |
| 08/27/2008 | 83.00000 | 82.17900 | 83.82100 | LoanX 7 |
| 08/26/2008 | 82.53600 | 81.67900 | 83.39300 | LoanX 7 |
| 08/25/2008 | 82.85700 | 81.96400 | 83.75000 | LoanX 7 |
| 08/22/2008 | 82.78600 | 81.96400 | 83.60700 | LoanX 7 |
| 08/21/2008 | 82.83900 | 82.10700 | 83.57100 | LoanX 7 |
| 08/20/2008 | 82.85700 | 82.14300 | 83.57100 | LoanX 7 |
| 08/19/2008 | 82.92800 | 82.10700 | 83.75000 | LoanX 7 |
| 08/18/2008 | 82.92900 | 81.92900 | 83.92900 | LoanX 7 |
| 08/15/2008 | 83.46900 | 82.43800 | 84.50000 | LoanX 8 |
| 08/14/2008 | 83.68800 | 82.71900 | 84.65600 | LoanX 8 |
| 08/13/2008 | 83.12500 | 82.20800 | 84.04200 | LoanX 6 |
| 08/12/2008 | 83.15000 | 82.25000 | 84.05000 | LoanX 5 |
| 08/11/2008 | 83.32500 | 82.45000 | 84.20000 | LoanX 5 |
| 08/08/2008 | 84.02100 | 83.04200 | 85.00000 | LoanX 6 |
| 08/07/2008 | 84.68800 | 83.70800 | 85.66700 | LoanX 6 |
| 08/06/2008 | 84.73000 | 83.79200 | 85.66700 | LoanX 6 |
| 08/05/2008 | 84.89600 | 83.95800 | 85.83300 | LoanX 6 |
| 08/04/2008 | 85.20800 | 84.25000 | 86.16700 | LoanX 6 |
| 08/01/2008 | 85.26800 | 84.32100 | 86.21400 | LoanX 7 |
| 07/31/2008 | 85.37500 | 84.54200 | 86.20800 | LoanX 6 |
| 07/30/2008 | 85.27500 | 84.35000 | 86.20000 | LoanX 5 |
| 07/29/2008 | 85.95000 | 84.95000 | 86.95000 | LoanX 5 |
| 07/28/2008 | 87.20000 | 86.10000 | 88.30000 | LoanX 5 |
| 07/25/2008 | 88.27500 | 87.35000 | 89.20000 | LoanX 5 |
| 07/24/2008 | 88.42500 | 87.50000 | 89.35000 | LoanX 5 |
| 07/23/2008 | 88.62500 | 87.70000 | 89.55000 | LoanX 5 |
| 07/22/2008 | 88.60000 | 87.60000 | 89.60000 | LoanX 5 |
| 07/21/2008 | 90.00000 | 89.08300 | 90.91700 | LoanX 6 |
| 07/18/2008 | 90.54200 | 89.62500 | 91.45800 | LoanX 6 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 07/17/2008 | 90.57200 | 89.67900 | 91.46400 | LoanX 7 |
| 07/16/2008 | 90.64600 | 89.95800 | 91.33300 | LoanX 6 |
| 07/15/2008 | 91.16600 | 90.37500 | 91.95800 | LoanX 6 |
| 07/14/2008 | 92.89600 | 92.37500 | 93.41700 | LoanX 6 |
| 07/11/2008 | 94.83400 | 94.12500 | 95.54200 | LoanX 6 |
| 07/10/2008 | 94.89300 | 94.42900 | 95.35700 | LoanX 7 |
| 07/09/2008 | 95.42000 | 94.96400 | 95.87500 | LoanX 7 |
| 07/07/2008 | 96.02800 | 95.52800 | 96.52800 | LoanX 9 |
| 07/03/2008 | 95.97200 | 95.51400 | 96.43100 | LoanX 9 |
| 07/02/2008 | 96.23600 | 95.77800 | 96.69400 | LoanX 9 |
| 07/01/2008 | 96.47200 | 95.97200 | 96.97200 | LoanX 9 |
| 06/30/2008 | 96.83400 | 96.29200 | 97.37500 | LoanX 9 |
| 06/27/2008 | 96.98600 | 96.51400 | 97.45800 | LoanX 9 |
| 06/26/2008 | 97.01600 | 96.54700 | 97.48400 | LoanX 8 |
| 06/25/2008 | 97.20000 | 96.78800 | 97.61300 | LoanX 10 |
| 06/24/2008 | 97.30000 | 96.90000 | 97.70000 | LoanX 10 |
| 06/23/2008 | 97.47500 | 97.12500 | 97.82500 | LoanX 10 |
| 06/20/2008 | 97.50000 | 97.15000 | 97.85000 | LoanX 10 |
| 06/19/2008 | 97.55000 | 97.21300 | 97.88800 | LoanX 10 |
| 06/18/2008 | 97.55600 | 97.21300 | 97.90000 | LoanX 10 |
| 06/17/2008 | 97.45600 | 97.08800 | 97.82500 | LoanX 10 |
| 06/16/2008 | 97.35600 | 96.97500 | 97.73800 | LoanX 10 |
| 06/13/2008 | 97.33800 | 96.98800 | 97.68800 | LoanX 10 |
| 06/12/2008 | 97.31200 | 96.95000 | 97.67500 | LoanX 10 |
| 06/11/2008 | 97.30000 | 96.93800 | 97.66300 | LoanX 10 |
| 06/09/2008 | 97.26900 | 96.91300 | 97.62500 | LoanX 10 |
| 06/06/2008 | 97.28800 | 96.92500 | 97.65000 | LoanX 10 |
| 06/05/2008 | 97.18800 | 96.82500 | 97.55000 | LoanX 10 |
| 06/04/2008 | 97.05700 | 96.65900 | 97.45500 | LoanX 11 |
| 06/03/2008 | 97.06800 | 96.69300 | 97.44300 | LoanX 11 |
| 06/02/2008 | 97.03400 | 96.65900 | 97.40900 | LoanX 11 |
| 05/30/2008 | 97.03400 | 96.64800 | 97.42000 | LoanX 11 |
| 05/29/2008 | 96.98800 | 96.54500 | 97.43200 | LoanX 11 |
| 05/28/2008 | 96.93000 | 96.47200 | 97.38900 | LoanX 9 |
| 05/27/2008 | 97.09100 | 96.65900 | 97.52300 | LoanX 11 |
| 05/23/2008 | 97.17000 | 96.75000 | 97.59100 | LoanX 11 |
| 05/22/2008 | 97.17500 | 96.77300 | 97.57700 | LoanX 11 |
| 05/21/2008 | 97.22700 | 96.80700 | 97.64800 | LoanX 11 |
| 05/20/2008 | 97.25000 | 96.81800 | 97.68200 | LoanX 11 |
| 05/19/2008 | 97.21600 | 96.78400 | 97.64800 | LoanX 11 |
| 05/16/2008 | 97.14800 | 96.70500 | 97.59100 | LoanX 11 |
| 05/14/2008 | 97.01200 | 96.55700 | 97.46600 | LoanX 11 |
| 05/13/2008 | 96.88700 | 96.40900 | 97.36400 | LoanX 11 |
| 05/12/2008 | 96.98800 | 96.50000 | 97.47500 | LoanX 10 |
| 05/09/2008 | 96.91300 | 96.43800 | 97.38800 | LoanX 10 |
| 05/08/2008 | 97.20300 | 96.75000 | 97.65600 | LoanX 8 |
| 05/07/2008 | 96.85200 | 96.36400 | 97.34100 | LoanX 11 |
| 05/06/2008 | 96.26200 | 95.77300 | 96.75000 | LoanX 11 |
| 05/05/2008 | 96.33000 | 95.85200 | 96.80700 | LoanX 11 |
| 05/02/2008 | 96.32600 | 95.83800 | 96.81300 | LoanX 10 |
| 05/01/2008 | 96.31800 | 95.81800 | 96.81800 | LoanX 11 |
| 04/30/2008 | 96.25000 | 95.75000 | 96.75000 | LoanX 11 |
| 04/29/2008 | 96.21600 | 95.72700 | 96.70500 | LoanX 11 |
| 04/28/2008 | 96.19400 | 95.70500 | 96.68200 | LoanX 11 |
| 04/25/2008 | 96.27300 | 95.79500 | 96.75000 | LoanX 11 |
| 04/24/2008 | 96.27500 | 95.80000 | 96.75000 | LoanX 10 |
| 04/22/2008 | 96.11200 | 95.62500 | 96.60000 | LoanX 10 |
| 04/21/2008 | 96.08800 | 95.60000 | 96.57500 | LoanX 10 |
| 04/18/2008 | 96.01200 | 95.52500 | 96.50000 | LoanX 10 |
| 04/17/2008 | 96.00000 | 95.52500 | 96.47500 | LoanX 10 |
| 04/16/2008 | 96.05000 | 95.57500 | 96.52500 | LoanX 10 |
| 04/15/2008 | 96.01200 | 95.52500 | 96.50000 | LoanX 10 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 04/14/2008 | 96.06200 | 95.57500 | 96.55000 | LoanX 10 |
| 04/11/2008 | 96.12500 | 95.66700 | 96.58300 | LoanX 9 |
| 04/10/2008 | 96.11100 | 95.61100 | 96.61100 | LoanX 9 |
| 04/09/2008 | 96.25000 | 95.72200 | 96.77800 | LoanX 9 |
| 04/08/2008 | 96.25000 | 95.72500 | 96.77500 | LoanX 10 |
| 04/07/2008 | 96.08800 | 95.63800 | 96.53800 | LoanX 10 |
| 04/04/2008 | 96.03800 | 95.58800 | 96.48800 | LoanX 10 |
| 04/03/2008 | 95.86300 | 95.41300 | 96.31300 | LoanX 10 |
| 04/02/2008 | 95.78800 | 95.31300 | 96.26300 | LoanX 10 |
| 04/01/2008 | 95.48400 | 94.98400 | 95.98400 | LoanX 8 |
| 03/31/2008 | 95.44600 | 94.91100 | 95.98200 | LoanX 7 |
| 03/28/2008 | 95.26800 | 94.66100 | 95.87500 | LoanX 7 |
| 03/27/2008 | 95.32200 | 94.71400 | 95.92900 | LoanX 7 |
| 03/26/2008 | 95.25000 | 94.64300 | 95.85700 | LoanX 7 |
| 03/25/2008 | 95.04200 | 94.41700 | 95.66700 | LoanX 6 |
| 03/24/2008 | 94.97900 | 94.35400 | 95.60400 | LoanX 6 |
| 03/21/2008 | 95.08300 | 94.45800 | 95.70800 | LoanX 6 |
| 03/20/2008 | 95.04200 | 94.37500 | 95.70800 | LoanX 6 |
| 03/19/2008 | 95.53600 | 94.78600 | 96.28600 | LoanX 7 |
| 03/18/2008 | 95.32200 | 94.64300 | 96.00000 | LoanX 7 |
| 03/17/2008 | 95.25000 | 94.56300 | 95.93800 | LoanX 8 |
| 03/14/2008 | 95.75000 | 95.21900 | 96.28100 | LoanX 8 |
| 03/13/2008 | 95.81200 | 95.25000 | 96.37500 | LoanX 8 |
| 03/12/2008 | 95.93800 | 95.40600 | 96.46900 | LoanX 8 |
| 03/11/2008 | 95.89000 | 95.35900 | 96.42200 | LoanX 8 |
| 03/10/2008 | 96.02800 | 95.41700 | 96.63900 | LoanX 9 |
| 03/07/2008 | 96.26600 | 95.68800 | 96.84400 | LoanX 8 |
| 03/06/2008 | 96.69600 | 96.10700 | 97.28600 | LoanX 7 |
| 03/05/2008 | 97.35800 | 96.78600 | 97.92900 | LoanX 7 |
| 03/04/2008 | 97.76600 | 97.25000 | 98.28100 | LoanX 8 |
| 03/03/2008 | 97.98400 | 97.46900 | 98.50000 | LoanX 8 |
| 02/29/2008 | 98.26600 | 97.78100 | 98.75000 | LoanX 8 |
| 02/28/2008 | 98.43800 | 97.95300 | 98.92200 | LoanX 8 |
| 02/27/2008 | 98.46400 | 97.98200 | 98.94600 | LoanX 7 |
| 02/26/2008 | 98.39600 | 97.87500 | 98.91700 | LoanX 6 |
| 02/25/2008 | 97.85900 | 97.35900 | 98.35900 | LoanX 8 |
| 02/22/2008 | 97.75000 | 97.25000 | 98.25000 | LoanX 8 |
| 02/21/2008 | 97.64300 | 97.14300 | 98.14300 | LoanX 7 |
| 02/20/2008 | 97.58300 | 97.08300 | 98.08300 | LoanX 6 |
| 02/15/2008 | 97.62500 | 97.08300 | 98.16700 | LoanX 6 |
| 02/14/2008 | 96.95800 | 96.45800 | 97.45800 | LoanX 6 |
| 02/13/2008 | 96.37500 | 95.82500 | 96.92500 | LoanX 5 |
| 02/12/2008 | 96.07500 | 95.52500 | 96.62500 | LoanX 5 |
| 02/11/2008 | 96.64600 | 96.12500 | 97.16700 | LoanX 6 |
| 02/08/2008 | 97.02500 | 96.45000 | 97.60000 | LoanX 5 |
| 02/07/2008 | 98.05000 | 97.35000 | 98.75000 | LoanX 5 |
| 02/06/2008 | 98.55400 | 98.00000 | 99.10700 | LoanX 7 |
| 02/05/2008 | 98.57800 | 98.03100 | 99.12500 | LoanX 8 |
| 02/04/2008 | 98.79700 | 98.25000 | 99.34400 | LoanX 8 |
| 02/01/2008 | 98.84400 | 98.29700 | 99.39100 | LoanX 8 |
| 01/31/2008 | 99.09000 | 98.66100 | 99.51800 | LoanX 7 |
| 01/30/2008 | 99.14600 | 98.68800 | 99.60400 | LoanX 6 |
| 01/29/2008 | 99.39200 | 98.96400 | 99.82100 | LoanX 7 |
| 01/28/2008 | 99.37500 | 98.97500 | 99.77500 | LoanX 5 |
| 01/25/2008 | 99.35800 | 98.92900 | 99.78600 | LoanX 7 |
| 01/24/2008 | 99.57200 | 99.10700 | 100.03600 | LoanX 7 |
| 01/23/2008 | 99.66100 | 99.26800 | 100.05400 | LoanX 7 |
| 01/22/2008 | 99.67900 | 99.30400 | 100.05400 | LoanX 7 |
| 01/18/2008 | 99.92900 | 99.67900 | 100.17900 | LoanX 7 |
| 01/17/2008 | 99.97300 | 99.69600 | 100.25000 | LoanX 7 |
| 01/16/2008 | 100.00000 | 99.76800 | 100.23200 | LoanX 7 |
| 01/15/2008 | 99.92000 | 99.64300 | 100.19600 | LoanX 7 |

| Mark Date | Mark Price | Bid Price | Ask Price | Mark Source |
|---|---|---|---|---|
| 01/14/2008 | 99.92900 | 99.67900 | 100.17900 | LoanX 7 |
| 01/11/2008 | 99.92000 | 99.66100 | 100.17900 | LoanX 7 |
| 01/10/2008 | 99.98200 | 99.67900 | 100.28600 | LoanX 7 |
| 01/09/2008 | 99.99200 | 99.67900 | 100.30400 | LoanX 7 |
| 01/08/2008 | 99.90600 | 99.62500 | 100.18800 | LoanX 6 |
| 01/04/2008 | 99.90600 | 99.64600 | 100.16700 | LoanX 6 |
| 01/03/2008 | 99.90600 | 99.62500 | 100.18800 | LoanX 6 |
| 01/02/2008 | 99.92700 | 99.62500 | 100.22900 | LoanX 6 |
| 01/01/2008 | 99.90600 | 99.60400 | 100.20800 | LoanX 6 |
| 12/31/2007 | 99.82300 | 99.52100 | 100.12500 | LoanX 6 |
| 12/28/2007 | 99.30200 | 98.95800 | 99.64600 | LoanX 6 |
| 12/27/2007 | 99.76200 | 99.45000 | 100.07500 | LoanX 5 |
| 12/24/2007 | 99.42700 | 99.08300 | 99.77100 | LoanX 6 |
| 12/21/2007 | 99.17700 | 98.87500 | 99.47900 | LoanX 6 |
| 12/20/2007 | 99.00000 | 98.70000 | 99.30000 | LoanX 5 |
| 12/19/2007 | 98.65000 | 98.30000 | 99.00000 | LoanX 5 |
| 12/18/2007 | 98.41600 | 98.00000 | 98.83300 | LoanX 6 |
| 12/17/2007 | 97.51800 | 97.07100 | 97.96400 | LoanX 7 |
| 12/14/2007 | 97.52500 | 97.12500 | 97.92500 | LoanX 5 |
| 12/13/2007 | 97.59400 | 97.15600 | 98.03100 | LoanX 4 |
| 12/12/2007 | 96.41700 | 95.91700 | 96.91700 | LoanX 6 |
| 12/10/2007 | 96.37500 | 95.87500 | 96.87500 | LoanX 6 |
| 12/07/2007 | 96.35000 | 95.85000 | 96.85000 | LoanX 5 |
| 12/06/2007 | 96.68800 | 96.18800 | 97.18800 | LoanX 4 |
| 12/05/2007 | 96.79200 | 96.33300 | 97.25000 | LoanX 6 |
| 12/04/2007 | 96.92500 | 96.42500 | 97.42500 | LoanX 5 |
| 12/03/2007 | 97.06300 | 96.56300 | 97.56300 | LoanX 4 |
| 11/30/2007 | 96.82500 | 96.32500 | 97.32500 | LoanX 5 |
| 11/28/2007 | 96.92500 | 96.47500 | 97.37500 | LoanX 5 |
| 11/27/2007 | 96.87500 | 96.37500 | 97.37500 | LoanX 4 |
| 11/26/2007 | 96.93800 | 96.43800 | 97.43800 | LoanX 4 |
| 11/20/2007 | 97.09400 | 96.62500 | 97.56300 | LoanX 4 |
| 11/19/2007 | 97.25000 | 96.81300 | 97.68800 | LoanX 4 |
| 11/15/2007 | 97.28200 | 96.87500 | 97.68800 | LoanX 4 |
| 11/14/2007 | 97.03200 | 96.62500 | 97.43800 | LoanX 4 |
| 11/13/2007 | 96.90600 | 96.50000 | 97.31300 | LoanX 4 |
| 11/09/2007 | 97.28200 | 96.93800 | 97.62500 | LoanX 4 |
| 10/26/2007 | 98.09400 | 97.68800 | 98.50000 | LoanX 4 |
| 10/23/2007 | 98.12600 | 97.68800 | 98.56300 | LoanX 4 |
| 10/16/2007 | 97.72500 | 97.35000 | 98.10000 | LoanX 5 |
| 10/15/2007 | 97.52500 | 97.10000 | 97.95000 | LoanX 5 |
| 10/12/2007 | 97.78200 | 97.37500 | 98.18800 | LoanX 4 |
| 10/11/2007 | 98.25000 | 0.00000 | 0.00000 | Lehman |
| 10/10/2007 | 97.20800 | 96.83300 | 97.58300 | LoanX 3 |
| 10/09/2007 | 97.12500 | 96.75000 | 97.50000 | LoanX 3 |
| 10/02/2007 | 97.03100 | 96.65600 | 97.40600 | LoanX 4 |
| 09/13/2007 | 95.29200 | 94.66700 | 95.91700 | LoanX 3 |
| 04/19/2007 | 101.17300 | 100.97200 | 101.37500 | LoanX 9 |