UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
                                            :  Chapter 11 Case No.
In re:                                      :
                                            :  Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC, et al.,       :
                                            :  (Jointly Administered)
                    Debtors.                :
                                            :
-------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of Claim Number 23, filed on September 25, 2008 against Lehman Brothers Holdings Inc. by Interface Cable Assemblies and Services Corp. ("Claimant") in the amount of $485,100.17 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:      February 15, 2013
            New York, New York

                                        FLANAGAN & ASSOCIATES, PLLC

                                        _____
                                        Richard J. Flanagan (RF4294)
                                        1370 Broadway - Suite 566
                                        New York, New York 10006
                                        Telephone: (646) 380-1897
                                        Facsimile: (845) 875-9856

                                        ATTORNEYS FOR CLAIMANT
                                        INTERFACE CABLE ASSEMBLIES &
                                        SERVICES CORPORATION