B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                         Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.
§ 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2),
Fed. R. Bankr. P., of the transfer, other than for security, of an undivided interest in the
claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | Parkcentral Global Hub Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn:  Brian Broyles
Email:  Brian.Broyles@citi.com

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn:  Jaime Madell
Phone:  212-373-3228
Email:  jmadell@paulweiss.com

Court Claim # (if known):  27584
Total Amount of Claim Filed: $48,937,726.00
Amount of Claim Transferred: $11,122,817.66
Allowed Amount of Claim Transferred:
$11,122,817.66
ISIN/CUSIP:
Blocking Number:
Date Claim Filed:  9/22/2009

Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By: _____                Date: _____2/19/13_____

Transferee/Transferee's Agent

**Scott R. Evan**
Authorized Signatory

Form 210B (12/09)

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555

### NOTICE OF TRANSFER OF CLAIM
### OTHER THAN FOR SECURITY

Claim No. 27584 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the
alleged transferor.   As evidence of the transfer of that claim, the transferee filed a
Transfer of Claim Other than for Security in the clerk's office of this court on February
19, 2013

| Parkcentral Global Hub Limited | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:           Address of Transferee:

c/o KPMG, Crown House
4 Par la Ville Road
Hamilton, HM 08, Bermuda
Attn:  C. Thresh

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn:  Brian Broyles
Email: Brian.Broyles@citi.com

| ~ DEADLINE TO OBJECT TO TRANSFER ~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within
twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the
transferee will be substituted as the original claimant without further order of the court.

Date: _____           _____

                                         **CLERK OF THE COURT**

**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $11,122,817.66 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Parkcentral Global Hub Limited ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $11,122,817.66 | 27584 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $11,122,817.66 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE:    CITIGROUP FINANCIAL
PRODUCTS INC.

Address:    1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention.

Signature:    _Brian S. Broyles_
Name:    Brian S. Broyles
Title:    Authorized Signatory
Date:    2/12/13

ASSIGNOR:    PARKCENTRAL GLOBAL
HUB LIMITED

Address:    c/o KPMG, Crown House
4 Par la Ville Rd
Hamilton, HM 08, Bermuda

Signature:    _____
Name:    _____
Title:    _____
Date:    _____

Doc#: US1:8389520v1

**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS. INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $11.122.817.66 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"). of Parkcentral Global Hub Limited ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $11.122.817.66 | 27584 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $11.122.817.66 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions. and to give all notices and other communications. in respect of the Transferred Claim to the Assignee.

ASSIGNEE:  CITIGROUP FINANCIAL
PRODUCTS INC.

Address:  1615 Brett Road. Bldg 3
New Castle. DE 19720
Attention:

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR:  PARKCENTRAL GLOBAL
HUB LIMITED

Address:  c/o KPMG. Crown House
4 Par la Ville Rd
Hamilton. HM 08. Bermuda

Signature: _____
Name: ___C.THRESH_____
Title: ___Joint Liquidator_____
Date: _____February 13. 2013____

Doc= US1:8389520v1