UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                                :        Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al.,               :        08-13555 (JMP)
                                                     :
        Debtors.                                     :        (Jointly Administered)

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NUMBERS 8836, 15800 AND 29628

Reference is made to proof of claim number 8836, filed on August 20, 2009,

against Lehman Brothers Holdings Inc. by Capital Services Holding Corp.in the amount of

$1,887,608.35("Claim 8836").  On June 13, 2011, Claim 8836 was transferred from Capital

Services Holding Corp. to The Royal Bank of Scotland plc (the "Claimant")[ECF No. 17625].

Claimant subsequently transferred portions of Claim 8836 totaling $943,804.17 to other parties

[ECF Nos. 20274, 20275], which portions were subsequently withdrawn [ECF No. 34367].

Claimant retained the remaining portion of Claim 8836 totaling $943,804.18 (the "Retained

Portion of Claim 8836").

Reference is made to proof of claim number 15800, filed on September 17, 2009,

against Lehman Brothers Holdings Inc. by Turkiye Sinai Kalkinma Bankasi A.S. in the amount

of $5,917,808.55 ("Claim 15800").  On November 8, 2012, Claim 15800 was transferred from

Turkiye Sinai Kalkinma Bankasi A.S. to Claimant [ECF No. 31948].

Reference is made to proof of claim number 29628, filed on September 22, 2009,

against Lehman Brothers Holdings Inc. by Granite Finance Limited in the amount of

$2,479,107.00 ("Claim 29628").  On February 1, 2012, Claim 29628 was transferred to Claimant

[ECF No. 24855].

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Retained Portion of Claim 8836, Claim 15800 and Claim 29628 (the "Claims"). Claimant hereby directs Epiq Bankruptcy Solutions LLC to update the claims register accordingly and to expunge the Claims from the claims register.

The undersigned represents and warrants that the withdrawal of the Claims is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

This notice is without prejudice to any claims of Claimant other than the Claims.

Dated: February 19, 2013
New York, New York

Name: Jon Weiss
Title: Managing Director

The Royal Bank of Scotland plc
By: RBS Securities Inc, as agent
600 Washington Blvd.
Stamford, CT 06901
(203) 897-2644