UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                        Debtors.                                 :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Patrizia Micucci and Fabio Cane<br>Via Giovannino de Grassi 3<br>20100, Milan, Italy |
| Claim Number (if known): | 14109 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $10,701 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed] Patrizia Micucci* | Title: MANAGING DIRECTOR |
|---|---|
| Printed Name: PATRIZIA MICUCCI | Dated: 02/08/2013 |

FILED / RECEIVED
FEB 19 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

US_ACTIVE:\44096563\1\58399.0011