WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                   :
In re                                              :   **Chapter 11 Case No.**
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   **08-13555 (JMP)**
                                                   :
            Debtors.                               :   **(Jointly Administered)**
                                                   :
                                                   :
------------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED**
**SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS)**

   **PLEASE TAKE NOTICE** that a hearing to consider the Two Hundred Seventy-Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 26239] as to the claim listed on the annexed **Exhibit A** will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **February 28, 2013 at 10:00 a.m. (Eastern Time)**.

Dated: February 19, 2013
    New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc. and
                certain of its affiliates

## Exhibit A

| Claimant Name | Claim Number |
|---|---|
| **LIQUIDATION OPPORTUNITIES MASTER FUND, LP** | **67851** |