Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                Case No. 08-13555(JMP)
                                                    (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsche Bank AG, London Branch** | Versorgungswerk der Apothekerkammer Nordrhein K.d.ö.R |

| Name and Address where notices to transferee should be sent: | Name and Address for notices to transferor should be sent |
|---|---|
| Deutsche Bank AG, London Branch<br>Winchester House, 1 Great Winchester Street<br>London EC2N 2DB<br>Tel: +44 20 7547 2400<br>Fax: +44 113 336 2010<br>Attention: Jamie Foote<br>E-mail: Jamie.Foote@db.com | Versorgungswerk der Apothekerkammer<br>Nordrhein K.d.ö.R<br>Benrather Str. 8<br>40213 Düsseldorf<br>Tel: +49 211/13902-30<br>Fax: +49 211/13902-44<br>Attention: Jens Hennes<br>E-mail: j.hennes@vanr.de |
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |

Court Claim # (if known):    17219
Amount of Claim:             U$12,953,050.81
Date Claim Filed:            18 September 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    18 February 2013
    Transferee/Transferee's Agent                Date

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*Execution Copy*

EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., *et al.*, |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 17219 |
| CLAIM: | Claim in the amount of **US $12,953,050.81** (the "Claim") which has been filed against the Debtor in the Bankruptcy Court |

It is hereby certified that **Versorgungswerk der Apothekerkammer Nordrhein K.d.ö.R** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to:

**Deutsche Bank AG, London Branch**
Winchester House
1 Great Winchester Street
London EC2N 2DB
T:+44 (0) 20 7545 8420
F:+44 (0) 113 336 2010
E-mail: Jamie.Foote@db.com

("Buyer") by assignment agreement dated 18 February 2013.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

*Execution Copy*

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __18__ day of __February__ 2013.

**Versorgungswerk der Apothekerkammer Nordrhein K.d.ö.R**

.................................................
Name: Erlemann
Title: Vorstands-
vorsitzender

.................................................
Hennes
Stellv. Geschäftsführer

**Deutsche Bank AG, London Branch**

.................................................
Name: Philipp Roever
Title: Director

Jamie Foote
Vice President

*Execution Copy*