UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                Case No. 08-13555 (JMP)

                 Debtors.
-----------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHAEL D. WARNER

UPON the motion of Michael D. Warner dated February 19, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Michael D. Warner is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         January 20, 2013

                                              *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE