UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re                                                                  :
                                                                            :     Chapter 11
                                                                            :
Lehman Brothers Holdings Inc., *et al.*,            :     Case No. 08-13555 (JMP)
                                                                            :
                                                                            :     (Jointly Administered)
                                                    Debtors.     :
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

MARIA LOPEZ, being duly sworn, deposes and says:

1.  I am employed by Cole, Schotz, Meisel, Forman & Leonard, P.A., located at 900 Third Avenue, 16th Floor, New York, NY 10022. I am over the age of eighteen years and am not party to the above-captioned action.

2.  On February 19, 2013, the *Response of Longhorn Credit Funding, LLC to the Three Hundred Eighty-Ninth Omnibus Objection to Claims* [Docket No. 34743] (the "Longhorn Response"), was served on all parties receiving notice *via* the Court's ECF System.

3.  In addition, on February 19, 2013, I caused to be served the Longhorn Response by causing true and correct copies to be delivered *via* hand delivery to those listed below.

_____
Maria Lopez

76332/0035-9273944v1

Sworn to before me this 20th day of
February, 2013.

_____
NOTARY PUBLIC

CHETRAM P. DEOLA
Notary Public, State of New York
No. 01DE6196134
Qualified in Bronx County
Commission Expires 11/03/2016

**BY HAND DELIVERY:**
Honorable James M. Peck
One Bowling Green, Room 601
New York, NY 10004

Robert Lemons, Esq.
Mark Bernstein, Esq.
Weil, Gitshal & Manges, LLP
767 Fifth Ave
New York, NY 10153

Tracy Hope-Davis, Esq.
Elisabetta Gasparini, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004