Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**          Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **CVI CVF II LUX MASTER SARL** | **ZEPHYR FUND LIMITED** |

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK Limited
25 Great Pulteney Street
London W1F 9LT
United Kingdom
Tel: 00 44 207 292 7724
Contact: Matt Shipton

Court Claim# (if Known**): 21514 and 28527**
Amount of Claim: **$16,266,565.00**
Date Claim Filed**: 9/22/2009**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Chen**          Date: February 20, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## SCHEDULE 5: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ZEPHYR FUND LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVI CVF II Lux Master SARL (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $16,266,565.00 (the "LBHI Claim"), and assigned claim numbers 21514 and 28527.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __14__ day of __February__ 2013.

| | |
|---|---|
| **ASSIGNEE:** CVI CVF II Lux Master SARL | **ASSIGNOR:** Zephyr Fund Limited |
| Address: 25 Great Pulteney Street London W1F 9LT United Kingdom | Address: Argonaut House P.O. Box HM 2001 5 Park Road Hamilton HM 09 Bermuda |
| Tel: 00 44 207 292 7724 | Tel: |
| Attention: Matt Shipton | Attention: |
| Signature: _(signed)_ | Signature: _____ |
| Name: David Chene | Name: _____ |
| Title: Managing Director | Title: _____ |
| Date: 14-2-2013 | Date: _____ |
| BY CARVAL INVESTORS UK LIMITED | |

## SCHEDULE 5: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ZEPHYR FUND LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVI CVF II Lux Master SARL (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $16,266,565.00 (the "LBHI Claim"), and assigned claim numbers 21514 and 28527.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __14__ day of __February__ 2013.

**ASSIGNEE:** CVI CVF II Lux Master SARL
**Address:** 25 Great Pulteney Street
London W1F 9LT
United Kingdom
**Tel:** 00 44 207 292 7724
**Attention:** Matt Shipton

Signature: _____
Name: _____
Title: _____
Date: _____

**ASSIGNOR:** Zephyr Fund Limited
**Address:** Argonaut House
P.O. Box HM 2001
5 Park Road
Hamilton HM 09
Bermuda
**Tel:**
**Attention:**

Signature: _[signed]_
Name: Dawn C. Griffiths
Title: Director
Date: 14 FEB 2013