Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **CVI CVF II LUX MASTER SARL** | **PILSUDSKI FUND LIMITED** |

| **Name and Address where notices to Transferee should be sent:** | Court Claim# (if Known**): 21515 and 28526** |
|---|---|
| c/o CarVal Investors UK Limited | Amount of Claim: **$28,855,725.00** |
| 25 Great Pulteney Street | Date Claim Filed**: 9/22/2009** |
| London W1F 9LT | Debtor: **Lehman Brothers Holdings Inc.** |
| United Kingdom | |
| Tel: 00 44 207 292 7724 | |
| Contact: Matt Shipton | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Chen**                    Date:   February 20, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**SCHEDULE 5: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, PILSUDSKI FUND LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVI CVF II Lux Master SARL (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $28,855,725.00 (the "LBHI Claim"), and assigned claim numbers: 21515 and 28526.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __14__ day of __February__ 2013.

| | |
|---|---|
| **ASSIGNEE:** CVI CVF II Lux Master SARL | **ASSIGNOR:** Pilsudski Fund Limited |
| Address: 25 Great Pulteney Street London W1F 9LT United Kingdom | Address: Argonaut House P.O. Box HM 2001 5 Park Road Hamilton HM 09 Bermuda |
| Tel: 00 44 207 292 7724 | |
| Attention: Matt Shipton | Tel: |
| | Attention: |
| Signature: _David Chene_ | |
| Name: _David Chene_ | Signature: _____ |
| Title: _Managing Director_ | Name: _____ |
| Date: _14-2-2013_ | Title: _____ |
| | Date: _____ |
| BY CARVAL INVESTORS UK LIMITED | |

## SCHEDULE 5: FORM OF EVIDENCE OF TRANSFER OF LBHI CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, PILSUDSKI FUND LIMITED ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to CVI CVF II Lux Master SARL (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $28,855,725.00 (the "LBHI Claim"), and assigned claim numbers. 21515 and 28526.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 14 day of February 2013.

| ASSIGNEE: | CVI CVF II Lux Master SARL | ASSIGNOR: | Pilsudski Fund Limited |
|---|---|---|---|
| Address: | 25 Great Pulteney Street London W1F 9LT United Kingdom | Address: | Argonaut House P.O. Box HM 2001 5 Park Road Hamilton HM 09 Bermuda |
| Tel: | 00 44 207 292 7724 | | |
| Attention: | Matt Shipton | Tel: | |
| | | Attention: | |

Signature: _____

Name: _____

Title: _____

Date: _____

Signature: _____

Name: Dawn C. Griffiths

Title: Director

Date: 14 FEB 2013