B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Halcyon Loan Trading Fund LLC
Name of Transferee

JPMorgan Chase Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 25610
Amount of Claim Transferred:  $217,671.02
Date Claim Filed:  September 21, 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HALCYON LOAN TRADING FUND LLC, as Transferee**
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____          Date: ___2/20/13___
Name: James W. Sykes
Title: Managing Principal

By: _____          Date: ___2/20/13___
Name: David Martino
Title: Controller

*Penalty for making a false statement;* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

2

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to the entities set forth below, with offices located at c/o Halcyon Asset Management LP, 477 Madison Avenue, New York, New York 10022, Attn:  Matthew Seltzer (collectively, "Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $794,709.81 of Claim No. 25610 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

| | |
|---|---|
| Halcyon Loan Trading Fund LLC | 27.39% |
| HCN LP | 47.94% |
| HLTS Fund II LP | 24.67% |
| | 100.00% |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as the date set forth below.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized corporate officer)

WITNESS:

_____
(Signature)

Name: _____
Title: _____
(Print name and title of witness)

By: _____
Name: _____ Alexander Wilk
Title: _____ Authorized Signatory
Date: _____ 1-30-13

WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

HALCYON LOAN TRADING FUND LLC

By:    Halcyon Offshore Asset Management LLC,
       Its Investment Manager

By: _____
Name:  James W. Sykes
Title:  Managing Principal
Date:   1/29/2013

By: _____
Name:   David Martino
Title:   Controller
Date:   1/29/2013


WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

HCN LP

By:    Halcyon Offshore Asset Management LLC,
       Its Investment Manager

By: _____
Name:  James W. Sykes
Title:  Managing Principal
Date:   1/29/2013

By: _____
Name:   David Martino
Title:   Controller
Date:   1/29/2013


WITNESS:

_____
(Signature)

Name:_____
Title:_____
(Print name and title of witness)

HLTS FUND II LP

By:    Halcyon Long Term Strategies LP, Its
       Investment Manager

By: _____
Name:  James W. Sykes
Title:  Managing Principal
Date:   1/29/2013

By: _____
Name:   David Martino
Title:   Controller
Date:   1/29/2013