B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.      Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HLTS Fund II LP | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Court Claim # (if known): 17167
Amount of Claim Transferred: $316,243.67
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HLTS FUND II LP, as Transferee**
By: Halcyon Long Term Strategies LP, Its Investment Manager

By: _____   Date: 2/20/13
Name: James W. Sykes
Title: Managing Principal

By: _____   Date: 2/20/13
Name: David Martino
Title: Controller

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **JPMORGAN CHASE BANK, N.A.**, with offices located at NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto the entities set forth below, with offices located at c/o Halcyon Asset Management LP, 477 Madison Avenue, New York, New York 10022 (collectively, "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17167 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Special Financing Inc. Case No. 08-13888 et seq. (Jointly Administered under Case No. 08-13555).

| | |
|---|---|
| Halcyon Loan Trading Fund LLC | 27.39% |
| HCN LP | 47.94% |
| HLTS Fund II LP | 24.67% |
| | 100.00% |

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the date set forth below

ASSIGNOR:

**JPMORGAN CHASE BANK, N.A.**

By: _[signature]_
Name: Alexander Wilk
Title: Authorized Signatory
Date: 1-30-13

ASSIGNEE:

**HALCYON LOAN TRADING FUND LLC**

By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _[signature]_
Name: James W. Sykes
Title: Managing Principal
Date: 1/25/2013

By: _[signature]_
Name: David Martino
Title: Controller
Date: 1/25/2013

**HCN LP**

By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _[signature]_
Name: James W. Sykes
Title: Managing Principal
Date: 1/29/2013

By: _[signature]_
Name: David Martino
Title: Controller
Date: 1/25/2013

20

**HLTS FUND II LP**

By: Halcyon Long Term Strategies LP, Its
Investment Manager

By: *(signature)*
Name: James W. Sykes
Title: Managing Principal
Date: 1/29/2013

By: *(signature)*
Name: David Martino
Title: Controller
Date: 1/25/2013