B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Halcyon Loan Trading Fund LLC
Name of Transferee

JPMorgan Chase Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Halcyon Asset Management LLC
477 Madison Avenue, 8th Floor
New York, NY 10022
Tel: 212-303-9487
Fax: 212-838-8299
Attn: Matt Seltzer
Email: mseltzer@halcyonllc.com

Phone: (212) 303-9487
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): 17167
Amount of Claim Transferred: $351,111.23
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HALCYON LOAN TRADING FUND LLC, as Transferee**
By: Halcyon Offshore Asset Management LLC, Its Investment Manager

By: _____      Date: ___2/20/13___
Name: James W. Sykes
Title: **Managing Principal**

By: _____      Date: ___2/20/13___
Name: **David Martino**
Title: **Controller**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **JPMORGAN CHASE BANK, N.A.**, with offices located at NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto the entities set forth below, with offices located at c/o Halcyon Asset Management LP, 477 Madison Avenue, New York, New York 10022 (collectively, "Assignee") all rights, title and interest in and to the claims of Assignor referenced as proof of claim number 17167 in the principal amount of $1,281,895.69 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Special Financing Inc. Case No. 08-13888 et seq. (Jointly Administered under Case No. 08-13555).

| | |
|---|---|
| Halcyon Loan Trading Fund LLC | 27.39% |
| HCN LP | 47.94% |
| HLTS Fund II LP | 24.67% |
| | 100.00% |

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative as of the date set forth below

ASSIGNOR:

**JPMORGAN CHASE BANK, N.A.**

By: _____
Name: _____ Alexander Wilk
Title: _____ Authorized Signatory
Date: ___ 1-30-13 ___

ASSIGNEE:

**HALCYON LOAN TRADING FUND LLC**

By:    Halcyon Offshore Asset Management
       LLC, Its Investment Manager

By: _____
Name: James W. Sykes
Title: **Managing Principal**
Date: ___ 1/25/2013 ___

By: _____
Name: **David Martino**
Title: **Controller**
Date: ___ 1/25/2013 ___

**HCN LP**

By:    Halcyon Offshore Asset Management
       LLC, Its Investment Manager

By: _____
Name: James W. Sykes
Title: **Managing Principal**
Date: ___ 1/25/2013 ___

By: _____
Name: **David Martino**
Title: **Controller**
Date: ___ 1/25/2013 ___

**HLTS FUND II LP**

By:    Halcyon Long Term Strategies LP, Its
        Investment Manager

By:  _____

Name:  James W. Sykes

Title:  Managing Principal

Date:  _____1 25 2013_____

By:  _____

Name:  **David Martino**

Title:  **Controller**

Date:  _____1 25 2013_____