UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 33768, 33871,
                                                                     33898, 33901, 33903, 33905, 33906,
                                                                     33914, 33916, 33945, 33946, 34472,
                                                                     34475, 34480

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
20th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: VARDE FUND X (MASTER) LP, THE
      ATTN: DANIEL MIRANDA ANTHONY VITIELLO
      745 SEVENTH AVENUE, 2ND FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 67417-09 in the above referenced case and in the amount of
      $1,032,886.40   allowed at $1,033,109.00         has been transferred **(unless previously expunged by court order)**

```
      CYRUS SELECT OPPORTUNITIES MASTER FUND LTD
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SVET NIKOV
      399 PARK AVENUE 39TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 33898      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/11/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2013.

# EXHIBIT B

```
TIME: 11:22:54                                        LEHMAN BROTHERS HOLDING INC.                                           PAGE:   1
DATE: 02/11/13                                              CREDITOR LISTING

Name                                                  Address
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND IX LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                      NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                     TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CASPIAN SELECT CREDIT MASTER FUND, LTD                TRANSFEROR: MARINER LDC CO CASPIAN CAPITAL 500 MAMARANECK AVENUE HARRISON NY 10528
CECABANK                                              TRANSFEROR: CREDIT SUISSE ATTN: ALFONSO VENTURA C/GABALLERO DE GRACIA 28-30 MADRID 28013 SPAIN
CITIBANK BELGIUM S.A.                                 PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK BELGIUM S.A.                                 ATTN: JOSE DE PENARANDA BLD. GENERAL JACQUES 263G BRUSSELS 1050 BELGIUM
CITIGROUP FINANCIAL PRODUCTS INC.                     DOUGLAS R. DAVIS, ESQ PAUL WEISS RIFKIND WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                     TRANSFEROR: CITIBANK BELGIUM S.A. ATTN: PETER HALL 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CREDIT SUISSE                                         ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                         CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                         RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CRESCENT L.P                                          TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND L.P                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
CYRUS EUROPE MASTER FUND LTD                          TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD               TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND                TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE 39TH FLOOR NEW YORK NY 10022
 LTD
MARINER LDC                                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
MICHLER, META                                         WOHLERSTR. 23 HANNOVER 30163 GERMANY
SOCIETE GENERALE PRIVATE BANKING                      TRANSFEROR: UBS AG AVENUE DE RUMINE 20 CASE POSTALE 220 LAUSANNE 1001 SWITZERLAND
 (SUISSE) SA
SPARKASSE HANNOVER                                    TRANSFEROR: MICHLER, META ATTN: RALF EBERT, BEREICH TREASURY AEGIDIENTORPLATZ 1 HANNOVER 30159 GERMANY
SUPER CASPIAN CAYMAN FUND LIMITED                     TRANSFEROR: MARINER LDC C/O CASPIAN FUNDS ATTN: SUSAN LANCASTER 500 MAMARONECK AVENUE HARRISON NY 10528
UBS AG                                                BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                                ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE FUND IX LP, THE                                 TRANSFEROR: SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE FUND IX LP, THE                                 TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                         TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437


Total Number of Records Printed         31
```