UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
: 
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                :    (Jointly Administered)
              Debtors.                                     :
                                                                :
------------------------------------------------------------------x    Ref. Docket No. 33760, 33878,
                                                                     33879, 33881, 33985, 33986, 33988,
                                                                     34013, 34017, 34063-34068, 34078-
                                                                     34080, 34203, 34206, 34482-34485,
                                                                     34490, 34491, 34499, 34500

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 12, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
20th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33760, 33878, 33879...34491, 34499, 34500_AFF_2-12-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER
     1177 AVENUE OF THE AMERICAS
     NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 55854-98 in the above referenced case and in the amount of $450,000.00  allowed at $457,029.17         has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
C/O RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD NJ 07450

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34485        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/12/2013                               Vito Genna, Clerk of Court

                                               /s/ Lauren Rodriguez
                                               _____
                                               By: Epiq Bankruptcy Solutions, LLC
                                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 12, 2013.

# EXHIBIT B

```
TIME: 11:45:58                                              LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 02/12/13                                                   CREDITOR LISTING

Name                                        Address
AURELIUS INVESTMENT, LLC                    TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR
                                            NEW YORK NY 10022
BANCA DI LEGNANO SPA, F/K/A CASSA DI        ATTN: STEFANO BALDI VIA DANTE, 2 15121 ALESSANDRIA (AL)    ITALY
RISPARMIO DI ALESSANDRIA SPA
BANCA ESPERIA S.P.A.                        ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO    20121 ITALY
BANK HAPOALIM B.M.                          18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                          ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANQUE PIGUET & CIE S.A.                    ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14
                                            YVERDON   CH-1400 SWITZERLAND
CASSA DI RISPARMIO DI PARMA E PIACENZA      TRANSFEROR: CREDITO EMILIANO SPA VIA MISTRALI, 1 PARMA 43121    ITALY
S.P.A
CASSA DI RISPARMIO DI PARMA E PIACENZA      TRANSFEROR: CREDITO EMILIANO SPA VIA MISTRALI, 1 PARMA 43121    ITALY
S.P.A..
CITIBANK, N.A., HONG KONG BRANCH            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 ACENUE OF THE AMERICA NEW YORK NY 10019
CITIBANK, N.A., HONG KONG BRANCH            ATTN: SAMEER DESHPANDE 3 CHANGI BUSINESS PARK, CRESCENT, 8TH FLOOR SINGAPORE    486026 SINGAPORE
CLEARSTREAM BANKING LUXEMBOURG              TRANSFEROR: LUZERNER KANTONALBANK AG 42 AVENUE JF KENNEDY LUXEMBOURG   L-1855 LUXEMBOURG
CREDITO EMILIANO SPA                        ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA   42100 ITALY
CREDITO EMILIANO SPA                        ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA   42121 ITALY
DEKKER, ING P.                              INZAHE PENSIOEN VYVERLAAN 53 ROTTERDAM   3062 HY NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: AKTIA BANK PLC ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON    UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH             TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                            NEW YORK NY 10005
EFG BANK AB (PUBL)                          P.O. BOX 55963 STOCKHOLM   S-102 16 SWEDEN
EFG BANK SA                                 TRANSFEROR: EFG BANK AB (PUBL) QUAI DU SEUJET 24 P.O. BOX 2391 GENEVA 2   1211 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                    TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                  IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
ERVEN VAN TULLEMANS L.H.                    TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
                                            JAN VAN DER CROONSTRAAT 33 WEERT   6001 AH NETHERLANDS
GOLDMAN SACHS LENDING PARTNERS LLC          ATTN: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
HUIZINGA, TH. / M. HUIZINGA-POT             ARENDSHUF 379 NE OOSTERHOUT   4901 NETHERLANDS
ILLIQUIDX LLP                               TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                               TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                               TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON   EC4Y 1EL UNITED KINGDOM
INCOR N.V.                                  C/O A.M. SCHREUDERS STOEPLAAN 11 FLAT 39 WASSENAAR   2243 CW NETHERLANDS
INTESA SANPAOLO S.P.A.                      TRANSFEROR: BANCA DI LEGNANO SPA, F/K/A CASSA DI RISPARMIO DI ALESSANDRIA ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT VIA VERDI, 8
                                            MILANO 2012 ITALY
INTESA SANPAOLO SPA                         ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO   20121 ITALY
LUTHIN, CLAIRE                              TRANSFEROR: NEUE AARGAUER BANK AG AARGAUISCHE KANTONALBANK ATTN: IAAA POSTFACH AARAU    5000 SWITZERLAND
LUZERNER KANTONALBANK AG                    IRA A. REID BAKER & MCKENZIE LLP 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                    LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN    CH-6002 SWITZERLAND
MANGOLD FONDKOMMISSION AB                   TRANSFEROR: EFG BANK AB (PUBL) ENGELBREKTSPLAN 2 P.O. BOX 55691 STOCKHOLM   S-114 34 SWEDEN
MANGOLD FONDKOMMISSION AB                   TRANSFEROR: EFG BANK AB (PUBL) ENGELBREKTSPLAN 2 PO BOX 55691 STOCKHOLM   S-114 34 SWEDEN
MSK INVESTMENTS LIMITED                     PO BOX 95, 2A LORD ST DOUGLAS   1M99 1HP UNITED KINGDOM
NEUE AARGAUER BANK AG                       ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                       CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                       RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
OZ SPECIAL MASTER FUND, LTD                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR
                                            NEW YORK NY 10019
R. EN. R. HOLDING B.V.                      T.A.V. R. FEENSTRA DENNENWEG 4 D 2 BOSCH EN DUIN   3735 MR NETHERLANDS
ROTH IRA FBO RICHARD FELS PERSHING LLC      TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
AS CUSTODIAN
SAI KAI PANG / SU KUIEN PANG LIU            TRANSFEROR: CITIBANK, N.A., HONG KONG BRANCH ATTN: MR S K PANG 6TH FLOOR, FLAT B-1 EVERGREEN VILLA, 43 STUBBS ROAD HONG KONG
SEA PORT GROUP SECURITIES, LLC              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017
SEA PORT GROUP SECURITIES, LLC              TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: JON SILVERMAN 360 MADISON AVENUE, 22ND FL NEW YORK NY 10017

                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:45:58                            LEHMAN BROTHERS HOLDING INC.
DATE: 02/12/13                                 CREDITOR LISTING                                    PAGE:    2

Name                                    Address
SOLUS CORE OPPORTUNITIES LP             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                        410 PARK AVENUE 1TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                        410 PARK AVENUE 1TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: DEKKER, ING P. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: ERVEN VAN TULLEMANS L.H. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: HUZINGA, TH. / M. HUIZINGA-POT KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: INCOR N.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: R. EN. R. HOLDING B.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: VAN BALLEGOOYEN, D.A. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TCA EVENT INVESTMENTS S.A.R.L.          TRANSFEROR: TCA OPPORTUNITY INVESTMENTS S.A.R.L. C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                        NEW YORK NY 10022
TCA OPPORTUNITY INVESTMENTS S.A.R.L.    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                        NEW YORK NY 10022
TCA SPV I LLC                           SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVE. NEW YORK NY 10022
TCA SPV I LLC                           TRANSFEROR: YORVIK PARTNERS LLP C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
VAN BALLEGOOYEN, D.A.                   REMBRANDTSTRAAT 4 ZALTBOMMEL  5301 SW NETHERLANDS
YORVIK PARTNERS LLP                     TRANSFEROR: MSK INVESTMENTS LIMITED ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed    59
```

EPIQ BANKRUPTCY SOLUTIONS, LLC