WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                          :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
:
Debtors.                           :    **(Jointly Administered)**
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF
### ONE HUNDRED NINETY-NINTH OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 19903] *solely* with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  February 20, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44201115\1\58399.0011

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number(s) |
|---|---|
| Burger, Martin S. | 1702, 1703 |
| Carter, B. Gene | 24901, 24902 |
| David Schwartz Revocable Trust | 24455 |
| Sheppard, Eric | 19201, 19202 |
| Sobo, Michael and Ellen | 18148 |
| Sobo, Scott and Heidi | 18147 |
| Suryan Family Trust | 19329, 19441 |
| Thabit Family Trust | 24700, 24701 |
| Thomas, James and Rosemary | 15182, 15206 |
| Westfahl, Chris and Eileen | 24130 |