WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Christopher J. Cox

Attorney for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                      :  **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :  **08-13555 (JMP)**
:
Debtors.                                               :  **(Jointly Administered)**
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTIONS HEARING WITH RESPECT TO CLAIM NOS. 18870 AND 18871

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim Nos. 18870 and 18871 [ECF No. 12533] that was scheduled for February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to April 25, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 21, 2013
      New York, New York

/s/ Christopher J. Cox
Christopher J. Cox
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorney for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*