UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

# NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Zoo Zurich AG ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,866,571 | 17122 |

have been transferred and assigned to CVI GVF (Lux) Master Sarl ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI GVF (Lux) Master Sarl
Address: c/o CarVal Investors UK Limited, 3rd Floor, 25 Great Pulteney Street, London, W1F 9LT

Signature: _____
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 1st November 2012

SELLER: Zoo Zurich AG
Address: Zurichbergstrasse 221, 8044, Zurich, Switzerland

Signature 1: _____
Name: KURT PATTNER
Title: Finance, CFO
Date: 31.10.2012

Signature 2: _____
Name: MARTIN NAVILLE
Title: Chairman
Date: 31.10.12