B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.  Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

| <u>Ultra Master Ltd</u> | <u>SOLA LTD</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: Solus Compliance Officer
Ultra Master Ltd
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:   (212) 284-4338
E-Mail: Compliance@soluslp.com

Court Claim # (if known):  <u>19464</u>
Amount of Claim Transferred:  <u>$434,494.97</u>
Date Claim Filed:  <u>September 18, 2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Ultra Master Ltd
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____     Date: _____February 20, 2013_____
      Gordon Yeager   Transferee/Transferee's Agent
      Chief Risk Officer &
Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.
      Chief Operations Officer


Acknowledged and Agreed:

SOLA LTD
By: Solus Alternative Asset Management LP
Its Investment Advisor


By: _____     Date:_____February 20, 2013_____

**Gordon Yeager**
**Chief Risk Officer &**
**Chief Operations Officer**

17