UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Chapter 11 Case No.
08-13555 (JMP)

Rosemarie Müller
Gönser Str. 55
35510  Butzbach Germany

Date 2013 02 14

Phone: 0049 641 972 98735 or 0049 6033 64322
Mobile: 0049 176 344 73662

Ladies and gentlemen,

Reffering to your previous letter concerning the transfer of my claim I kindly ask you not to transfer the amount to the account you considered as I have a new one.

Please transfer the amount to this account:

Rosemarie Müller
Comme[redacted]
Account[redacted]
Bank co[redacted]
IBAN: D[redacted]
BIC: CC[redacted]

If you have any queries feel free to contact me.

Many thanks.

Yours sincerely

*R. Müller*

Rosemarie Müller

RECEIVED FEB 20 2013