B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Commodity Services Inc. | Lehman Brothers International (Europe) (in administration) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1271 Avenue of the Americas
New York, New York 10020
Attn: Ron Geraghty

Court Claim # (if known): 62786
Amount of Claim: Transferred Portion: (See schedule I)
Date Claim Filed: 11/2/09

Phone: (646) 285-9706
Last Four Digits of Acct #:  N/A

Phone: (212) 903-9000
Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

USD (US Dollar)
Pay Citibank N.A., New York
Swift CITIUS33
ABA 021-000-089
For Lehman Brothers Commodity Services - DIP
a/c 3078-4803
Reference: Claim No. 62786

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 2/21/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule 1

| ISIN | Blocking Number | Filed Amount | Allowed Amount |
|---|---|---|---|
| ANN5214T4335 | 6030677 | tbc | $1,156,575 |