**HEARING DATE AND TIME: March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**RESPONSE DEADLINE: March 15, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF HEARING ON TWO HUNDRED**
**EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims) [Docket No. 27358] solely as to the claim listed on **Exhibit A** (the "Objection") will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **March 28, 2013 at 10:00 a.m. (Prevailing Eastern**

[*Remainder of page intentionally left blank.*]

Time). The response deadline with respect to the Objection is **March 15, 2013 at 4:00 p.m.**

**(Prevailing Eastern Time).**

Dated: February 21, 2013
      New York, New York

    **CURTIS, MALLET-PREVOST,**
     **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
     L. P. Harrison 3rd
     Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Counsel for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

## **EXHIBIT A**

| Claimant | Claim Number |
|---|---|
| Brookfield Properties One WFC Co. LLC | 30077 |