UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :   08-13555 (JMP)
                                        :   (Jointly Administered)
         Debtors.                       :
                                        :
---------------------------------------------------------------x   Ref. Docket No. 32977, 33411,
                                            33551, 33636, 33682, 33692, 33756,
                                            33772, 34134, 34135, 34172, 34174,
                                            34207, 34276-34279, 34495-34498,
                                            34504-34507, 34534, 34536-34540

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
21st day of February, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BARCLAYS BANK PLC
TRANSFEROR: ASHTON INVESTMENTS, LLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

BARCLAYS BANK PLC
ANTHONY VITIELLO
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 62744-10 in the above referenced case and in the amount of
    $16,166,940.00  allowed at $16,106,850.51    has been transferred (**unless previously expunged by court order**)

PAULSON PARTNERS ENHANCED L.P.
TRANSFEROR: BARCLAYS BANK PLC
1251 AVE. OF THE AMERICAS, 50TH FL
NEW YORK NY 10020

PAULSON PARTNERS ENHANCED L.P.
ATTN: ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 34276   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/13/2013         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 13, 2013.

# EXHIBIT B

```
TIME: 16:32:17                                        LEHMAN BROTHERS HOLDING INC.                                                      PAGE:   1
DATE: 02/13/13                                              CREDITOR LISTING

Name                                              Address
BANK JULIUS BAER & CO. LTD.                       TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  8010 SWITZERLAND
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: EFG EUROBANK ERGASIAS SA ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RUST BELT HOLDINGS II, LTD. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: RUST BELT HOLDINGS III, LTD. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BSOF PARALLEL MASTER FUND L.P.                    TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND L.P.                    BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: YORVIK PARTNERS LLP C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: MIKE EPSTEIN/DAN BORIS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152
CREDIT SUISSE                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 375 PARK AVENUE, 13TH FLOOR ATTN: MIKE EPSTEIN/DAN BORIS NEW YORK NY 10152
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
                                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
                                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: MAXIMILIAN PARTNERS LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PBC FINANCING LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EFG EUROBANK ERGASIAS SA                          TRANSFEROR: SACAMANO PARTNERS, L.L.C. ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
                                                  ATTN: DIMOS ARHODIDIS & ALEXANDER TSOURINAKIS 8 OTHONOS STREET ATHENS 105 57 GREECE
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FRANKFURTER SPARKASSE                             TRANSFEROR: NASSAUISCHE SPARKASSE DR. SVEN MATTHIESEN, R11 NEUE MAINZER STRABE 47-53 FRANKFURT  60255 GERMANY
GOLDMAN SACHS LENDING PARTNERS LLC                TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
HSBC PRIVATE BANK SUISSE SA                       ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3  1211 SWITZERLAND
JATRALEE CAPITAL LLC                              TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
JATRALEE CAPITAL LLC                              TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
LIVERPOOL LIMITED PARTNERSHIP, THE                TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE                TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
LUZERNER KANTONALBANK AG                          BAKER & MCKENZIE LLP ATT: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                          LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN  CH-6002 SWITZERLAND
MESSENZEHL, FRANK                                 TRANSFEROR: SPARKASSE DIEBURG DANZIGER STRASSE 18 RODERMARK  63322 GERMANY
MORA BANC GRUP S.A                                TRANSFEROR: CREDIT SUISSE MIRIAM MARTINEZ-ILLESCAS VINUELA AV MERTIXELL 96 AD500  PRINCIPALITY OF ANDORRA
NASSAUISCHE SPARKASSE                             RHEINSTR. 42-46 WIESBADEN  65195 GERMANY
NIENABER-ROKUS, J.A.                              AMERSFOORTSESTRWEG 9 FLAT 313 NAARDEN  1412 KB NETHERLANDS
PAULSON ENHANCED LTD.                             ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON ENHANCED LTD.                             TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON INTERNATIONAL LTD.                        ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON INTERNATIONAL LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PAULSON PARTNERS ENHANCED L.P.                    ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED L.P.                    TRANSFEROR: BARCLAYS BANK PLC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PAULSON PARTNERS L.P.                             ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS L.P.                             TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
QUANTUM PARTNERS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTENTION: SUZANNE AUERBACH LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT
                                                  888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVE
                                                  NEW YORK NY 10106
RUST BELT HOLDINGS II, LTD.                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS II, LTD.                       TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150
RUST BELT HOLDINGS III, LTD.                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
RUST BELT HOLDINGS III, LTD.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150
SOLUS RECOVERY FUND II MASTER LP                  TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                  410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SPARKASSE DIEBURG                                 ST.-PERAY-STRASSE 2-4 GROSS-UMSTADT  64823 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: NIENABER-ROKUS, J.A. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:32:17                                    LEHMAN BROTHERS HOLDING INC.
DATE: 02/13/13                                        CREDITOR LISTING                                              PAGE:    2

Name                                Address
VARDE INVESTMENT PARTNERS, LP       TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP       TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
WARWICKSHIRE HOLDINGS LLC           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                    NEW YORK NY 10019
YEHUDA, URI BEN                     TRANSFEROR: HSBC PRIVATE BANK SUISSE SA 10 HENHAWK ROAD GREAT NECK NY 11024
YORVIK PARTNERS LLP                 TRANSFEROR: ADM MACULUS FUND II L.P., THE ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                 TRANSFEROR: ADM MACULUS FUND III L.P., THE ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                 TRANSFEROR: ST. PENSIOENFONDS DE HOOP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      60
```