UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                    :    (Jointly Administered)
            Debtors.                                           :
                                                                    :
-------------------------------------------------------------------x    Ref. Docket Nos. 33953, 34177,
                                                                           34178

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
21st day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 33953, 34177, 34178_Aff 2-13-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE
               ATTN: ALLEN GAGE
               1 MADISON AVE
               NEW YORK NY 10010


Additional:    CREDIT SUISSE
               CRAVATH, SWAINE & MOORE LLP
               ATTN: RICHARD LEVIN
               WORLDWIDE PLAZA
               825 EIGHTH AVENUE
               NEW YORK NY 10019


Transferee:    BANK JULIUS BAER & CO. LTD.
               LEGAL PRODUCTS & SERVICES
               PO BOX
               ZURICH CH-8010 SWITZERLAND


**Your transfer** of claim # 55829 is defective for the reason(s) checked below:

Other                              CURRENCY DENOMINATION ISIN XS0200265709 DOESN'T MATCH CLAIM


Docket Number 15035           Date 03/15/11

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 13, 2013.

# EXHIBIT B

```
TIME: 16:41:40                              LEHMAN BROTHERS HOLDING INC.
DATE: 02/13/13                                   CREDITOR LISTING                                               PAGE: 1

Name                                    Address
BANK JULIUS BAER & CO. LTD.             LEGAL PRODUCTS & SERVICES PO BOX ZURICH  CH-8010 SWITZERLAND
CREDIT SUISSE                           ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                           CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                           RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
MSD CREDIT OPPORTUNITIES MASTER FUND,   C/O MSDC MANAGEMENT, L.P. ATTENTION: MARCELLO LIGUORI 645 FIFTH AVE., 21ST FLOOR NEW YORK NY 10022
  L.P.
SHANTI ASSET MANAGEMENT                 4, RUE SAINT-FLORENTIN PARIS  78001 FRANCE
SHANTI ASSET MANAGEMENT                 C/O STEVEN SCHWARTZ WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166
SOCIETE GENERALE PRIVATE BANKING        AVENUE DE RUMINE 20 CASE POSTALE 220 1001 LAUSANNE    SWITZERLAND
  (SUISSE) SA
UBS AG                                  BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND

Total Number of Records Printed    10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC