UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 33629, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Citadel Equity Fund Ltd. (the "Claimant") in the amount of $3,391,971.69 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, through its counsel, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on December 26, 2012, the issuance of which was noticed in a filing with the Court on December 27, 2012 [ECF No. 33435].

Dated: February 13, 2013
    New York, New York

      /s/ Lauren Teigland-Hunt

Lauren Teigland-Hunt
TEIGLAND-HUNT LLP
127 West 24th Street, 4th Floor
New York, New York 10011
Telephone: (212) 269-1002

*Attorneys for Citadel Equity Fund, Limited and Citadel Securities LLC*

Dated: February 22, 2013
    New York, New York

      /s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*