**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— :
                                                               :
**In re**                                                  :          **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :          **08-13555 (JMP)**
                                                               :
**Debtors.**                                           :          **(Jointly Administered)**
————————————————————————— :

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND
WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING
THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF
DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND
ENTITIES**

Reference is made to proof of claim number 23536, filed on September 21, 2009, against Lehman Brothers Special Financing Inc. by Mason Capital LP in the amount of $8,018,555.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.   The undersigned represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc.

hereby withdraws without prejudice the subpoena served upon the Claimant on November

27, 2012, the issuance of which was noticed in a filing with the Court on November 29,

2012.


Dated: February 14, 2013
     New York, New York

                         /s/ Gregory Kopacz

                         Gregory Andrew Kopacz
                         MCDERMOTT WILL & EMERY LLP
                         340 Madison Avenue
                         New York, New York 10173-1922
                         Telephone: (212) 547-5620
                         Facsimile: (212) 547-5444

                         *Attorneys for Mason Capital LP*


Dated: February 22, 2013
     New York, New York

                         /s/ Robert J. Lemons

                         Robert J. Lemons
                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         *Attorneys for Lehman Brothers Holdings Inc. and*
                         *Certain of Its Affiliates*

US_ACTIVE:\44197638\01\58399.0011