08-13555-mg    Doc 35123    Filed 02/15/13    Entered 02/22/13 11:21:58    Main Document
Pg 1 of 2

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   B.V. RECREATIEPARK LINNAEUSHOF
              RIJKSSTRAATWEG 4
              BENNEBROEK 2121 AE NETHERLANDS

Additional:

*[handwritten:]* Accountnumber for all payments !!
→ NL52 STAL 0777350815

Transferee:   MR. S GROYPSTRA
              NO ADDRESS
              XXXX XX XXXXX

*[handwritten:]* Mr. S. Grijpstra
Rijksstraatweg 4
2121 AE Bennebroek
The Netherlands

Your transfer of claim #   62710   is defective for the reason(s) checked below:
Address Missing

*[signature: Grijpstra]*

Docket Number 32406            Date 11/16/12

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

RECEIVED FEB 15 2013

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 18, 2012.

*your information*

ISIN/CUSIP
XS 0229584296

Blocking no.
9544866

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,    Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Mr. S. Grijpstra__
Name of Transferee

__Linnaeushof B.V.__
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 62710.00
Amount of Claim: $ 227,179.09
Date Claim Filed: _____

Phone: 0031 6 15061757
Last Four Digits of Acct #: 0815

Phone: 0031 6 15061757
Last Four Digits of Acct. #: 0002

Name and Address where transferee payments should be sent (if different from above):

Phone: ✓
Last Four Digits of Acct #: ✓

FEB 15 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 10, 17, 2012
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.