**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— :
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                    :
Debtors.                                            :        **(Jointly Administered)**
———————————————————————— :

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF**
**SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS**
**AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS**
**AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim numbers 18014, 18015, 18016, 18017, 18018,

18019, 18020, 18021, 18022, 18023, 18024, 18025, 18026, 18027, 18028, 18029, 18030,

18032, 18033 and 18034, filed on September 18, 2009, against Lehman Brothers Holdings Inc.

and certain of its debtor affiliates by RIEF Trading LLC (the "Claimant"), each in the amount of

$759,623.07 (the "Claims").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the

Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims

register.  The undersigned represents and warrants that the withdrawal of the Claims is within

its corporate powers, has been duly authorized by all necessary action, and will not contravene

any constitutional document or other instrument or agreement binding on it, or any law,

regulation, judgment, order or administrative action binding on it.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc.

hereby withdraws without prejudice the subpoenas served upon the Claimant on December

10, 2012, the issuances of which were noticed in filings with the Court on December 14,

2012.

Dated: February 14, 2013
       New York, New York

                                    _____/s/ Jeff J. Friedman_____
                                    Jeff J. Friedman
                                    KATTEN MUCHIN ROSENMAN LLP
                                    575 Madison Avenue
                                    New York, NY 10022-2582
                                    Telephone: (212) 940-7035
                                    Facsimile: (212) 940-7109

                                    *Attorneys for RIEF Trading LLC*

Dated: February 22, 2013
       New York, New York

                                    _____/s/ Robert J. Lemons_____
                                    Robert J. Lemons
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    *Attorneys for Lehman Brothers Holdings Inc. and
                                    Certain of Its Affiliates*

US_ACTIVE:\44190930\1\58399.0011