Tullio Frangi-Schnyder, Prof. Dr.
Im Gaessli 14
8162 Steinmaur
Switzerland

Festnetz +41 43 810 32 94
Mobile +41 79 310 63 79

tullio.frangi@bluewin.ch

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

*[Handwritten note: Response: Objection to transfer of claim]*

CH-8162 Steinmaur, 01/27/2013

**Subject: Court Claim # 41249**

Ladies and Gentlemen

With surprise, I noticed that in my claim # 41249 as Creditor Name is the company STICHTING IAMEX THE VALUE FOUNDATION

The company STICHTING IAMEX THE VALUE FOUNDATION has no authority to make any changes in my claim.

I ask you to make reverse the change, i.e, to write my name as a creditor:

Tullio FRANGI
Im Gaessli 14
8162 Steinmaur
Switzerland

Best Regards

*[Signature: T. Frangi]*

Tullio Frangi

*[Stamp: RECEIVED FEB 15 2013 U.S. BANKRUPTCY COURT SDNY]*

Tullio Frangi-Schnyder, Prof. Dr.
Im Gaessli 14
8162 Steinmaur
Switzerland

Festnetz +41 43 810 32 94
Mobile +41 79 310 63 79

tullio.frangi@bluewin.ch



Tullio Frangi

Tullio Frangi
Im Gaessli 14
8162 Steinmaur
Switzerland



Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

28.01.13 15:39
CH - 8162
Steinmaur

P.P. Postage Paid
8441



CHF 1.90
PRIORITY
Stand 2
0.019 kg
SWISS POST