UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re:                                                             :    Chapter 11 Case No.
                                                                   :
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                   :
                                                                   :
                                          Debtors.                 :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbered 29595 against Lehman Brothers Holdings Inc. by The Governor and Company of the Bank of Ireland, as assignee of, and acting for and on behalf of the Bank of Ireland Staff Pensions Fund (the "Bank of Ireland"), filed in the amount of $6,888,006.00 (the "Claim").

PLEASE TAKE NOTICE that the Bank of Ireland hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Bank of Ireland represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena dated December 7, 2012 directed to the Bank of Ireland, the issuance of which was noticed in a filing with the Court on December 10, 2012 [Docket No. 32706].

Dated: Feb. 19, 2013
New York, New York

*Eva O'Kelly*

Name: Eva O'Kelly
Title: Senior Legal Advisor
The Governor and Company of the Bank of Ireland

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8000

*Attorneys for Lehman Brothers Holdings Inc.*