

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA



Investment Services
Anja Steele
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 13. Februar 2013

**claims #37667, #40210 and #37713**

Dear Sir or Madam,

please note that claim #37667, #37713 and #40210 have been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Steele          Danijela Gunnesch

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.)
Stephan Isenberg, Roland Schubert

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID: DE 122786951

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

    **Lehman Brothers Holdings, INC.; Case Numer: 08-13555 (JPM)**
    **Claim Number: 37713**

We would like to inform you that Mr Thomas Voigt who filed the claim number 37713 on 10/13/2009 has assigned the rights arising out of this claim corresponding with the following securities

    50 Lehman Bros. Treasury Co. B.V. EXPR.N 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99), in the allowed amount of USD 43.486,66

and

Lehman Bros. Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008 (14) May 25th (WKN: A0TVK2 / ISIN: DE000A0TVK20) [in the amount of a face value of USD 71.005 (EUR 50.000)] in the allowed partial amount of USD 70.955,29

to

    **Bethmann Bank AG**
    Bethmannstraße 7 - 9
    60311 Frankfurt am Main
    Germany

Bethmann Bank AG has agreed to this assignment. Thomas Voigt and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, _07/02/2013_          Hamburg, _29.1.13_

Bethmann Bank AG (Assignee)        Thomas Voigt (Assignor)

(Jochen Weber)   (Oliver Körner)       (Thomas Voigt)

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)
Claim Number: 37667**

Dear Sir or Madam,

We would like to inform you that Dr Maximilian Koch who filed the claim number 37667 on 10/13/2009 (Allowed Claim Amount USD 111,882.77) has assigned the rights arising out of this claim in part corresponding with the following securities

- 35 Lehman Brothers Treasury Co. BV. Express N. 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) with a face value of EUR 35,000.00

to
**Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.**

Bethmann Bank AG has agreed to this assignment. Both Dr Koch and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 30.01.2013                    Munich, 25.01.2013

Bethmann Bank AG                         Dr Maximilian Koch
(Assignee)                               (Assignor)

(Jochen Weber) (Oliver Körner)           (Dr Maximilian Koch)

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 40210**

Dear Sir or Madam,

We would like to inform you that Mrs Helga Koch who filed the claim number 40210 on 10/14/2009 (Allowed Claim Amount USD 86,973.32) has assigned the rights arising out of this claim in part corresponding with the following securities

- 30 Lehman Brothers Treasury Co. BV. Express N. 06.01.14 Basket (WKN A0SUA9 / ISIN DE000A0SUA99) with a face value of EUR 30,000.00

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Mrs Koch and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 30.01.2013                                Bremen, 14.01.2013

Bethmann Bank AG                                     Helga Koch
(Assignee)                                           (Assignor)

_____                            _____
(Jochen Weber)  (Oliver Körner)                      (Helga Koch)