## EVIDENCE OF TRANSFER OF CLAIM

## TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Banca Zarattini & Co. SA, Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 23 January 2013

RBS Coutts Bank AG


By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

Banca Zarattini & Co. SA


By: _____
Name:
Title: DEPUTY GENERAL MANAGER
Ivan Mattei

By: _____
Name:
Title: VICE PRESIDENT
Elena Carosi

# SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|--------------|------------------|--------|-----------------------------------------------|
| XS0343843982 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD    100'000.00 |

RBS Coutts Bank AG                          Banca Zarattini & Co. SA

CUSTOMS INSPECTION PLEASE OPEN HERE

**TNT**

sure we can

100% Recycled

www.tnt.com

TNT
COLLI 625538239
ORIGIN 01/01
LUG

EXPRESS (DOCS)

TNT REF.
DATE 16.02.13

TNT REF
1548 125 INTERNAL
BMI GDA 10283A

DELIVERY
NEW YORK

A
10017

LOCAL HUB

AIR XRAY 2

FILED / RECEIVED
FEB 18 2013

LGG 9

DESTINATION
NYC NY

US UNITED STATES
SPECIAL INSTRUCTIONS

---

| 1. Sender's Account Number | 0 0 0 1 5 5 9 3 4 | Sending Depot | Receiving Depot | **TNT** | **SWISS POST** |
| --- | --- | --- | --- | --- | --- |

2. Invoice to Receiver [ ]  Receiver's account number   SENDER LIABLE FOR UNPAID CHARGES

3. Customer Reference

4. From (Collection Address)
Name: DARCA ZARATTINI
Address: VIA BALESTRA 17
City: LUGANO   Postal / Zip Code: 6901
Province/Region:   Country: SWITZERLAND
Contact Name:   Tel No:

GD 625 538 239 WW

5. To (Receiver)
Name: Epiq bankruptcy solutions
Address: 757 third avenue 3rd floor
City: New York   Postal / Zip Code: NY 10017
Province/Region:   Country: USA
Contact Name: Lehman brothers holdings inc   Tel No:

6. Delivery Address
Name:
Address:
City:   Postal / Zip Code:
Province/Region:   Country:
Contact Name:   Tel No:

8a. Services

| | Documents | Non-Documents | Domestic | |
| --- | --- | --- | --- | --- |
| Special Express | [ ] A | [ ] B | [ ] C | 8b. Options |
| 9:00 Express | [ ] | [ ] D | [ ] G | Priority [ ] |
| 10:00 Express | [ ] | [ ] F | [ ] | |
| 12:00 Express | [ ] | [ ] H | [ ] | Insurance [ ] |
| Express | [X] | [ ] K | | |
| Economy Express | | [ ] M | | |

9. Special Delivery Instructions

10. Goods Descriptions

| General description | Number of Items | Weight | | Dimensions | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Kilos | Grams | Length | Width | Height |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7. Dangerous Goods
Does this consignment contain any dangerous goods?   Yes [ ]  No [ ]
CARRIAGE OF THIS CONSIGNMENT IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE.
Your Signature   Received by TNT
Date: / /  (Day/Month/Year)   Date: ☐ 7 02 13  Time: :

Stat. No.   Total
OPS verify:

Volume:
Volume weights:

11. Dutiable Shipment Details

DATA PREP COPY
Form 38-2691

