WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FORTIETH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing to consider the Fortieth Omnibus Objection to Claims (Late-Filed Claims), which was scheduled for February 28, 2013 at 10:00 a.m. *solely* as to the claims listed on the annexed **Exhibit A** (the "Hearing"), **has been adjourned to March 28, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: February 21, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

US_ACTIVE:\44202883\1\58399.0011

## Exhibit A

## Claim Going Forward at the March 28, 2013 Hearing

| Claim Number | Claimant |
|---|---|
| **35944** | CALIFORNIA DEPARTMENT OF WATER RESOURCES |

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
:
Debtors.              :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FORTIETH**
**OMNIBUS OBJECTION TO CLAIMS (LATE-FILED CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing to consider the Fortieth Omnibus Objection to Claims (Late-Filed Claims), which was scheduled for February 28, 2013 at 10:00 a.m. *solely* as to the claims listed on the annexed **Exhibit A** (the "Hearing"), **has been adjourned to March 28, 2013 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  February 21, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and
certain of its affiliates

US_ACTIVE:\44202883\1\58399.0011

## Exhibit A

## Claim Going Forward at the March 28, 2013 Hearing

| Claim Number | Claimant |
|---|---|
| **35944** | CALIFORNIA DEPARTMENT OF WATER RESOURCES |