UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                   :

In re                          :     Chapter 11 Case No.
                            :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                            :    **(Jointly Administered)**
              Debtors.      :
                            :

-------------------------------------------------------------------x    **Ref. Docket No. 33400, 33771,**
                                          **33793, 33795, 33796, 33958, 34074,**
                                          **34075, 34208-34210, 34225, 34244,**
                                          **34474, 34553, 34554, 34590-34606,**
                                          **34608**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
   New York 10017. I am over the age of eighteen years and am not a party to the above-
   captioned action.

2. On February 15, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
   F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
   true and correct copies to be: 1) personalized with the transferee, transferor and claim
   information for the above-referenced docket numbers, 2) enclosed securely in separate
   postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
   attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend:
   "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
   ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
22nd day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
    TRANSFEROR: ILLIQUIDX LTD
    ALDEN GLOBAL CAPITAL
    ATTN: CHRIS SCHOLFIELD
    885 THIRD AVENUE
    NEW YORK NY 10022

Please note that your claim # 42667-04 in the above referenced case and in the amount of
      $79,688.14  allowed at $79,358.53      has been transferred (**unless previously expunged by court order**)

TURNPIKE LIMITED
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 33400      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/15/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 15, 2013.

**EXHIBIT B**

TIME: 16:02:48
DATE: 02/15/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ARDUINI FABIO | VIA GANDINO 41 BOLOGNA 40137 ITALY |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO BARCLAYS BANK PLC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: DOLOSTONE, L.L.C. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SEB AG ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DOLOSTONE, L.L.C. | ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 339 PARK AVENUE NEW YORK NY 10022-4689 |
| DOLOSTONE, L.L.C. | ROBERT G. LEONARD BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| DOLOSTONE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 7954 NEW YORK NY 10150 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MANDEL KATZ & BROSNAN, LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DOLOSTONE, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302 |
| ICCREA BANCA S.P.A. | TRANSFEROR: ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: ARDUINI FABIO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO SPA | ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M38 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| KNIGHTHEAD CAPITAL MANAGEMENT | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LAURA TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MGMT ATTN: LAURA TORRADO, ESQ. 1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036 |
| MARIO, GOZZOLI AND IONNE, RESCA | TRANSFEROR: ICCREA BANCA S.P.A. VIA ARGINE PANIZZZA 57 CREMONA CR ITALY |
| NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF | RAVI BANSAL, ET AL ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES |
| SOLA LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLAINCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 100022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 16:02:48
DATE: 02/15/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    2

| Name | Address |
| --- | --- |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P. ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |

Total Number of Records Printed     45

EPIQ BANKRUPTCY SOLUTIONS, LLC