**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A.– Instituto Centrale del Credito Cooperativo (formerly ICCREA S.p.A. – Instituto Centrale delle Banche di Credito Cooperativo, as Agent ("ICCREA" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $190,423,075.43, which has been designated as claim no. 58221 (the "Claim"). Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of the claim in the amount of $10,188.89 held by Transferor on behalf of BANCA DI CREDITO COOPERATIVO Di SIGNA Sc, which itself was acting on behalf of BAMBI FRANCO with respect to that certain security bearing ISIN code XSO176153350. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee:** BAMBI FRANCO

**Name and Address Where**
  Notices to Assignee Should be Sent:
  Via Sacco e Vanzetti 41
  50053 Marcignana - Empoli (FI), Italy

**Name of Transferor:** ICCREA on behalf of BANCA di CREDITO COOPERATIVO di SIGNA Sc

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York
       February 21, 2013

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: /s/ Lorraine S. McGowen
    Lorraine S. McGowen, Esquire
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile: (212) 506-5151

    ATTORNEYS FOR TRANSFEROR
    ICCREA BANCA, S.p.A., as Agent

Exhibit A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICCREA BANCA S.P.A. ("Assignor"), as agent on behalf of Banca di Credito Cooperativo di Signa Sc (the "Beneficial Holder"), acting on behalf of *Bambi Franco* ("Assignee"), among others, upon the instruction of Beneficial Holder hereby unconditionally and irrevocably sells, transfers and assigns to Assignee an undivided interest in the amount of $ 10,188.89 (**ISIN CODE N.** *XS0176153350*) in the claims held by Assignor, as agent on behalf of Beneficial Holder, acting on behalf of Assignee (the "Transferred Claim") against Lehman Brothers Holdings Inc. ("Debtor"), one of the debtors-in-possession in Lehman Brothers Holding Inc., *et al.* (the "Case") pending in the United States Bankruptcy Court Southern District Of New York (the "Bankruptcy Court"), including Proof of Claim filed on 30 October 2009 herewith attached as Annex 1, in respect of the Transferred Claim, but only to the extent of such Transferred Claim.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor partially transferring to Assignee the foregoing claim and recognizing the Assignee as the owner and holder of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on *December 3, 2012*.

WITNESS: _____

Name: *Simone Lo Bianco*
Title: Addetto Filiale
(Print name and title of witness)

CUSTOMER

By: _____

Name: Bambi Franco
Title: *Client*
Tel.:

WITNESS:

_____

Name: Marianna Ventre
Title: addetto U.O. Contenzioso
(Print name and title of witness)

TRANSFEROR

By: _____

Name: *Antonio Torre*
Title: *Responsabile del Legale*
Tel.:

WITNESS:

_____

Name: Alessandro Mascherini
Title: Addetto Finanza
(Print name and title of witness)

BENEFICIAL HOLDER

By: _____

Name: *Maurizio Rugi*
Title: *President of C.D.A*
Tel.: