**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA S.p.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR**
**SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE by Credito Emiliano S.p.A., as agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in the amount of $152,505,272.33, which has been designated as claim no. 62892 (the "Claim"). ICCREA Banca S.p.A. ("Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer by Transferor to Transferee, other than for security, of a ratable portion of Transferor' right, title and interest in and to Transferor's claim in the principal amount of $28,937.11, held by Transferor indicated in Schedule 1 attached hereto, in the security bearing ISIN code XS0208459023. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee:** ICCREA Banca S.p.A.

Name and Address Where
  Notices to Assignee Should be Sent:
  Via Lucrezia Romana 41/47
  00178 Roma
  Italy
  Attn: Legal Department

**Name of Transferor:** Credito Emiliano SPA, as Agent

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

| | |
|---|---|
| Dated: New York, New York<br>February 21, 2013 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By: /s/ *Lorraine S. McGowen*<br>  Lorraine S. McGowen, Esquire<br>  51 West 52nd Street<br>  New York, NY 10019-6142<br>  Telephone: (212) 506-5000<br>  Facsimile: (212) 506-5151<br><br>  ATTORNEYS FOR TRANSFEREE<br>  ICCREA BANCA, S.p.A. |

2

EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS        Case No. 08-13555 (JMP)
                                                              JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ICCREA Banca S.p.A**                           **Credito Emiliano SPA**
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim #: 62892
should be sent:                                   Amount of Claim: $ 152,505,272.33
                                                  Date Claim Filed: November , 2 2009
                                                  Amount of claim transferred: $ 28,937.11

Via Lucrezia Romana 41/47
00178 Roma
Italy
Attn. Legal Department
E-mail:

Phone:                                            Phone: 0039 0522 582464
Last Four Digits of Acct #: N/A                   Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):

Phone: [*inserire contatto telefonico del ricevente il pagamento per conto del cessionario*]
Last Four Digits of Acct #: N/A

[*Inserire riferimenti bancari del cessionario*]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
       AVV. ANTONIO TORRE
By:    Responsabile del Legale                    Date: 28th January 2013
       _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §152 & 3571.

Schedule 1

Transferred Claims

Purchased Claim

0,11659 % of XS0208459023 EUR = USD 28,937.11 of USD 24,819,362.56 (i.e. the outstanding amount of XS0208459023 as described in the Proof of Claim dated 29 October, 2009 and filed on 2 November, 2009),

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 30.12.2004/2016 EUR | XS0208459023 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 20,000.00 (equivalent to USD 28,302.00) | 12/30/2016 | EUR 20,448.81 (equivalent to USD 28,937.11) |

ICCREA BANCA SPA
Avv. ANTONIO TORRE
Responsabile Affari Legali

CREDITO EMILIANO S.P.A.