# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bromley LLC | 737 Portfolio Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Lehman Brothers Holdings Inc.
1271 Avenue of the Americas, 35th Floor
New York, NY 10020
Attn: Joseph J. Sciametta

Court Claim #: N/A.  Scheduled claim against Lehman Commercial Paper Inc. pursuant to Plan Supplement (ECF No. 22742)

Amount of Claim Transferred: $32,376.90

Total Claim Amount Scheduled: $120,201,809.35

Date Claim Filed: 11/29/11

Phone: 646-285-9000                    Phone: N/A

Last Four Digits of Acct #: N/A        Last Four Digits of Acct #: N/A

Name and Address where transferee payments should be sent (if different from above):  N/A

Phone: N/A

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _2/21/13_
    Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.