WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                             :  **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,          :  **08-13555 (JMP)**
                                                      :
            Debtors.                                  :  **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S
OMNIBUS OBJECTION TO CLAIMS FILED BY DEBORAH E. FOCHT**

**PLEASE TAKE NOTICE** that the hearing on the Omnibus Objection (the "Objection") of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, to the Claims Filed by Deborah E. Focht ("Focht") (ECF No. 34303), that was scheduled for February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 28, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44203043\1\58399.0003

**PLEASE TAKE FURTHER NOTICE** that the deadline for Focht to amend or supplement her response to the Objection has been extended to **March 14, 2013 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: February 22, 2013
       New York, New York

                        /s/ Jacqueline Marcus
                        Jacqueline Marcus

                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007

                        Attorneys for Lehman Brothers Holdings Inc.
                        and Certain of Its Affiliates