UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 32758, 32968,
                                                                       33555, 34471, 34552

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 15, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
22nd day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    SERENGETI RAPAX MM. L.P.
               C/O SERENGETI ASSET MANAGEMENT LP
               ATTN: YI SHU
               632 BROADWAY 12TH FLOOR
               NEW YORK NY 10012

Additional:    SERENGETI RAPAX MM. L.P.
               RICHARDS KIBBE & ORBE LLP
               ATTN: MICHAEL FRIEDMAN, ESQ.
               ONE WORLD FINANCIAL CENTER
               NEW YORK NY 10281

Transferee:    BARCLAYS BANK PLC
               ATTN: DANIEL MIRANDA
               745 SEVENTH AVENUE, 2ND FLOOR
               NEW YORK NY 10019

**Your transfer of claim #  63653-06  is defective for the reason(s) checked below:**

Other                                  Transfer Amount Exceeds Amount Owned

Docket Number 34552           Date 02/12/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 15, 2013.

**EXHIBIT B**

```
TIME: 16:01:05                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE: 1
DATE: 02/15/13                                    CREDITOR LISTING

Name                              Address
BANK VONTOBEL AG                  FAO: MRS. DR. HEIDE SUDEROW GROB GOTTHARDSTRASSE 43 ZURICH  8002 SWITZERLAND
BARCLAYS BANK PLC                 ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CHASE LINCOLN FIRST COMMERCIAL    383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
  CORPORATION
GOLDENTREE MASTER FUND, LTD.      C/O GOLDENTREE ASSET MANAGEMENT, LP ATTN: KAREN WEBER 300 PARK AVENUE, 21ST FLOOR NEW YORK NY 10022
GOLDENTREE MASTER FUND, LTD.      BROWN RUDNICK LLP ATTN: TIMOTHY C. BENNETT, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
HYPOSWISS PRIVATBANK AG           SCHUTZENGASSE 4 ZURICH  CH-8021 SWITZERLAND
SERENGETI RAPAX MM. L.P.          C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.          RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
UBS AG                            BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
WALTER STEINHAUSER                STAMMERSDORFER STRASSE 143/1/15 VIENNA  1210 AUSTRIA


Total Number of Records Printed     10
```