B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                                        (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Quantum Partners LP</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Soros Fund Management LLC
888 Seventh Avenue, 32nd Floor
New York, NY 10106
Attn: Suzanne Auerbach-Compliance Dept.
Phone No. 212-320-5518

Court Claim # (if known): <u>19487</u>
Amount of Claim Transferred: <u>$33,000,000.00</u>
Date Claim Filed: <u>9/18/09</u>
Debtor: <u>Lehman Commercial Paper Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS LP

By: QP GP LLC, its General Partner

By: _____          Date: February 22, 2013
    JAY A. SCHOENFARBER
    Attorney-in-Fact

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
    Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

QUANTUM PARTNERS LP

By: QP GP LLC, its General Partner

By: _____          Date: _____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory