WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *sine die*
**OF DEBTORS' ONE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION**
**TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 19902], that was scheduled for February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: February 22, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

US_ACTIVE:\44203826\1\58399.0011

**Exhibit A**

**Adjourned Claim:**

| Claimant Name | Claim Number |
|---|---|
| PHILIPS PENSION TRUSTEES LTD | 43934 |