Presentment Date and Time: **March 1, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
Objection Deadline: **February 28, 2013 at 4:00 p.m. (Prevailing Eastern Time)**
Hearing Date and Time (Only if Objection Filed): **March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :    08-13555 (JMP)
                                                                  :
                    Debtors.                                      :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER REINSTATING CLAIM**

    **PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed order (the "Supplemental Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **March 1, 2013 at 10:00 a.m. (Prevailing Eastern Time)**. The Supplemental Order supplements the Order Granting Debtors' Two Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims), dated December 5, 2011 [ECF No. 22948], and reinstates previously disallowed and expunged claim number 43951.

    **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Supplemental Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **February 28, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Supplemental Order may be signed.

    **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Supplemental Order on **March 28, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: February 22, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
:
Debtors.                                            :   (Jointly Administered)
:
------------------------------------------------------------------x

## SUPPLEMENTAL ORDER REINSTATING CLAIM

WHEREAS Lehman Brothers Holdings Inc. ("LBHI"), and certain of its affiliated debtors in the above-referenced chapter 11 cases, filed the *Two Hundred Twenty-Seventh Omnibus Objection to Claims (Settled Derivatives Claims)*, dated October 14, 2011 [ECF No. 20867] (the "Two Hundred Twenty-Seventh Omnibus Objection to Claims"),[1] against, *inter alia*, claim number 43951 (the "Claim");

WHEREAS the Two Hundred Twenty-Seventh Omnibus Objection to Claims sought, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedures, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), to disallow and expunge certain claims on the grounds that the Debtors and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Twenty-Seventh Omnibus Objection to Claims.

claimants agreed that such claims seek recovery of monies for which LBHI is not liable, all as more fully described in the Two Hundred Twenty-Seventh Omnibus Objection to Claims;

WHEREAS the Court entered an order on December 5, 2011 [ECF No. 22948], granting the relief requested in the Two Hundred Twenty-Seventh Omnibus Objection to Claims (the "Order"), which, among other things, disallowed and expunged the Claim;

WHEREAS LBHI has determined that the Claim should not have been disallowed and expunged and, therefore, now seeks to reinstate the Claim;

**IT IS HEREBY**:

ORDERED that the Court-approved claims and noticing agent, Epiq Systems, shall be authorized and directed to immediately reinstate the Claim on the official claims register; and it is further

ORDERED that, other than as expressly set forth herein, the rights of LBHI and any other party in interest with respect to the Claim are expressly preserved and unaffected by this Supplemental Order; and it is further

ORDERED that, other than with respect to the Claim, this Supplemental Order shall have no affect on the claims subject to the Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to this Supplemental Order.

Dated: _____, 2012
      New York, New York

                                                                     UNITED STATES BANKRUPTCY JUDGE