WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF DEBTORS'
# ONE HUNDRED FORTY-THIRD OMNIBUS OBJECTION
# TO CLAIMS (LATE-FILED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Debtors' One Hundred Forty-Third Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 16856] *solely* with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: February 22, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44201138\1\58399.0011

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) FIXED INCOME HIGH ALPHA PORTFOLIO | 43949 |
| ALLIANCE BERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) FIXED INCOME HIGH ALPHA PORTFOLIO | 43950 |
| ALLIANCE BERNSTEIN BOND FUND, INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43944 |
| ALLIANCE BERNSTEIN BOND FUND, INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43945 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO | 43942 |
| ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO | 43943 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43938 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | 43939 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST | 43935 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST | 43936 |

| **Claimant Name** | **Claim Number** |
|---|---|
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST | 43937 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST | 43946 |
| ACM GLOBAL CREDIT - U.S. SUB-FUND | 43952 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO | 43947 |
| SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORFTOLIO | 43948 |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO | 43940 |
| SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORFTOLIO | 43941 |

US_ACTIVE:\44201138\1\58399.0011