Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings Inc.**             Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Highbridge Convertible Arbitrage Master Fund, L.P.** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 28636**
Amount of Claim: **$250,000.00**
Date Claim Filed**: 09/22/09**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Michael Winschuh**                    Date:    February 22, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 Lehman Brothers Special Financing Inc.<br><br>DEBTOR | Case No. 08-13888<br><br>Chapter 11 |

### NOTICE OF TRANSFER OF CLAIMS
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Highbridge Convertible Arbitrage Master Fund, L.P. ("Seller") that was filed as an original or amended Proof of Claim against the Debtor, as follows:

| Single Aggregate<br>Allowed Claim Amount | Proof of Claim<br>No. |
|---|---|
| USD$250,000 | 28636 |

has been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claim and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the claim to the Buyer.

BUYER: VonWin Capital Management, L.P.
By: VonWin Capital, LLC, its general partner
Address: 261 Fifth Avenue, 22nd Floor
New York, NY 10016
Signature:
Name: Roger Von Spiegel — Michael Winsch
Title: Managing Member
Date: 2/22/13

SELLER: Highbridge Convertible Arbitrage Master Fund, L.P.
By: Highbridge Capital Management, LLC, its agent
Address: c/o: Highbridge Capital Management, LLC
40 West 57th Street - 32nd Floor
New York, NY 10019
Signature:
Name: James Glynn
Title: Chief Financial Officer
Date:

A/75398187.2