United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (JMP)
                                                       (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| York Global Finance BDH, LLC | JPMorgan Chase Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 22276
Allowed Unsecured: $1,419,432.37
Claimed Unsecured: $1,419,432.37

Name and Address where notices to Transferee should be sent:

York Global Finance BDH, LLC
767 5th Ave, 17th Floor
New York, NY 10153
Attention: Margaret Mauro
Phone: 212-710-6567
Fax: 646-514-9321
Email: mmauro@yorkcapital.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

YORK GLOBAL FINANCE BDH, LLC

By: _____[signature]_____                    Date: 2/22/2013
Name: John J. Fosina
Title: Chief Financial Officer

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMorgan Chase Bank, N.A.**, a national banking association, having offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **York Global Finance BDH, LLC**, with offices located at 767 5th Ave, 17th Floor, New York, NY 10153 ("Buyer"), all right, title and interest in and to the claims against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of $1,419,432.37, docketed as Claim No. 22276 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered) ("Proceedings") and transferred to Seller at Docket No. 12824 in the Case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

JPMORGAN CHASE BANK, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: 2-22-13


YORK GLOBAL FINANCE BDH, LLC

By: _____
(Signature of authorized signatory)

Name: John J. Fosina
Title: Chief Financial Officer
Date: 2/22/2013