WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
**In re**                    :   **Chapter 11 Case No.**
                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   **08-13555 (JMP)**
                             :
                    Debtors. :   **(Jointly Administered)**
                             :
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF THE
THREE HUNDRED EIGHTY-NINTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Eighty-Ninth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 34043] that was scheduled for

February 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to**

**the claim listed on Exhibit A attached hereto, to March 28, 2013 at 10:00 a.m. (Prevailing**

**Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will

be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander

Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such

Hearing may be further adjourned from time to time without further notice other than an

announcement at the Hearing.

Dated: February 22, 2013
       New York, New York

                             /s/ Robert J. Lemons
                             Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Adjourned Claim:

| CLAIMANT NAME | CLAIM NO. |
|---|---|
| DAV-EL RESERVATIONS SYSTEM, INC. | 24929 |