United States Bankruptcy Court
Southern District Of New York

................................................................................ X

In re:                                                          :    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                         :    Case No.: 08-13555 (JMP)

             Debtors.                                           :    (Jointly Administered)

................................................................................ X

### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by VR Bank Kaufbeuren-Ostallgäu eG against Lehman Brothers Holdings Inc., in the amount of $5,977,854.22, which has been designated as Claim No. 28185 (the "Claim"), and subsequently transferred to Serengeti Opportunities Partners LP (formerly known as Serengeti Partners LP) (the "Transferor"), which transfer has been notified on or prior to the date hereof. Transferee (as that term is defined below) hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a ratable portion of the Claim, in the amount of $471,503.25 (the "Transferred Portion"). For the avoidance of doubt, Transferor is retaining $0.00 of the Claim. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee                                              Name of Transferor

**Serengeti Opportunities MM L.P.**                             **Serengeti Opportunities Partners LP (f/k/a Serengeti Partners LP)**

Name and address where notices to transferee should be sent:

Serengeti Opportunities MM L.P.                                 Court Claim # (if known): 28185
c/o Serengeti Asset Management LP                               Total Amount of Claim: $5,977,854.22
632 Broadway, 12th Floor                                        Date Claim Filed: 22 September 2009
New York, NY 10012                                              Transferred Portion: 7.887% or $471,503.25
Attn: Erin Finegan                                              Phone: N/A
Tel: 212-672-2248
Fax: 212-672-2249
Email: sam.ops.bankdebt@serengeti-am.com

Last Four Digits of Acct. #: N/A                                Last Four Digits of Acct. #: N/A

KL2 2785338.2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SERENGETI OPPORTUNITIES MM L.P.
By: Serengeti Asset Management LP, as the
Investment Adviser

By: _____  Date: 2/22/2013
Name: Marc Baum
Title: Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § § 152 & 3571.

KL2 2785338.2

Transfer of LBHI Claim # 28185

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Holdings Inc., et al.

CASE NO.: Chapter 11, Case No. 08-13555 (JMP) (jointly administered)

CLAIM NO.: 28185 (please note that only a portion of this claim is being transferred, as described below)

DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: This Evidence of Transfer of Claim relates to the transfer of a ratable portion in an amount of $471,503.25 (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $5,977,854.22 (the "Claim")

It is hereby certified that Serengeti Opportunities Partners LP (formerly known as Serengeti Partners LP) ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

> Serengeti Opportunities MM L.P.
> c/o Serengeti Asset Management LP
> 632 Broadway, 12th Floor
> New York, NY 10012
> Attn: Erin Finegan
> Tel: 212-672-2248
> Fax: 212-672-2249
> Email: sam.ops.bankdebt@serengeti-am.com

("Buyer") by assignment agreement dated 22 February 2013.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.

KL2 2785311.2

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22 DAY OF FEBRUARY 2013.

| | |
|---|---|
| SERENGETI OPPORTUNITIES PARTNERS LP (F/K/A SERENGETI PARTNERS LP) BY: SERENGETI ASSET MANAGEMENT LP, AS THE INVESTMENT ADVISER | SERENGETI OPPORTUNITIES MM L.P. BY: SERENGETI ASSET MANAGEMENT LP, AS THE INVESTMENT ADVISER |
| Name: Marc Baum<br>Title: Director | Name: Marc Baum<br>Title: Director |