B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.      Case No. <u>08-13555 (JMP)</u>
                                                                   (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice (the "<u>Claim</u>"). Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

<u>Centerbridge Special Credit Partners, LP</u>         <u>Goldman Sachs Lending Partners LLC</u>
           Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee         Court Claim # (if known): <u>15041</u>
should be sent:                                      Amount of Claim Transferred: <u>$1,484,114.15</u>
                                                     Date Claim Filed: <u>September 17, 2009</u>
Centerbridge Special Credit Partners, LP             Debtor: <u>Lehman Brothers Commercial Paper Inc.</u>
Attn: Bank Debt Operations
375 Park Avenue
13th Floor
New York, NY 10152
Fax Number: 1-201-917-2116
Email: loanadmin@centerbridge.com

770142v.1 3091/00268                    14

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP

By: _____                    Date: 2/22/13
     Transferee/Transferee's Agent
              Aleksandra Markovic
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
              Authorized Signatory

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC


By: _____
     Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP

By: _____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____     Michelle Latzoni
    Transferor/Transferor's Agent          Authorized Signatory