B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas  75201

With a copy to:

n/a

Court Claim # (if known):  50330
Amount of Claim as Filed with respect to ISIN XS0200284247 :
US$353,424.80

Amount of Claim as Filed with respect to ISIN XS0200284247 to be Transferred : US$353,424.80 (or 100% of the Amount of Claim as Filed

Allowed Amount of Claim with respect to ISIN XS0200284247 :
US$362,264.48

Allowed Amount of Claim with respect to ISIN XS0200284247 to be Transferred : US$362,424.80 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 28 October 2009

Phone:  (214) 758-6107
E-mail: legal@hbk.com

Phone:

Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct #: <u>n/a</u>

Name and Address where transferee payments should
be sent (if different from above):

<u>Wire Instructions:</u>

**USD     PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct:  8900503904
Ref:  HBK Master Fund L.P.

**EUR     PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____ /s/J. R. Smith _____     Date: _____ February 22, 2013
            Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.        Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201

With a copy to:

n/a

Court Claim # (if known): 58725
Amount of Claim as Filed with respect to ISIN XS0200284247 :
US$228,856.31

Amount of Claim as Filed with respect to ISIN XS0200284247 to be Transferred : US$228,856.31 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0200284247 :
US$227,876.04

Allowed Amount of Claim with respect to ISIN XS0200284247 to be Transferred : US$227,876.04 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 30 October 2009

Phone: (214) 758-6107
E-mail: legal@hbk.com

Phone:

Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct #: <u>n/a</u>

Name and Address where transferee payments should
be sent (if different from above):

<u>Wire Instructions:</u>

**USD     PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR     PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____*/s/J. R. Smith*_____          Date: _____February 22, 2013
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201

With a copy to:

n/a

Court Claim # (if known): 56869
Amount of Claim as Filed with Respect to ISIN XS0180153826: US$50,000.00

Amount of Claim as Filed with respect to ISIN XS0180153826 to be Transferred: US$50,000.00 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0180153826: US$48,441.71

Allowed Amount of Claim with respect to ISIN XS0180153826 to be Transferred: US$48,441.71 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 29 October 2009

Phone: (214) 758-6107
E-mail: legal@hbk.com

Phone:

Phone:
Last Four Digits of Acct. #:

Last Four Digits of Acct #: n/a

Name and Address where transferee payments should

be sent (if different from above):

Wire Instructions:

**USD   PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR   PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HBK MASTER FUND LP**

By:  _____/s/J. R. Smith_____        Date: ____February 22, 2013
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas  75201

With a copy to:

n/a

Court Claim # (if known):  56624
Amount of Claim as Filed with respect to ISIN XS0185655445: US$7,264.66

Amount of Claim as Filed with respect to ISIN XS0185655445 to be Transferred: US$7,264.66 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim as Filed with respect to ISIN XS0185655445: US$7,269.86

Allowed Amount of Claim as Filed with respect to ISIN XS0185655445 to be Transferred: US$7,269.86 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 29 October 2009

Phone:   (214) 758-6107
E-mail:  legal@hbk.com

Phone:

Last Four Digits of Acct #: n/a

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should
be sent (if different from above):

Wire Instructions:

**USD    PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR    PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____/s/J. R. Smith_____          Date: _____February 22, 2013
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas  75201

With a copy to:

n/a

Court Claim # (if known):  50330
Amount of Claim as Filed with respect to ISIN XS0208459023: US$317,797.30

Amount of Claim as Filed with respect to ISIN XS0208459023: US$317,797.30 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0208459023: US$323,430.02

Amount of Claim with respect to ISIN XS0208459023 to be Transferred: US$323,430.02 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 28 October 2009

Phone:  (214) 758-6107
E-mail: legal@hbk.com

Phone:

Last Four Digits of Acct #: n/a

Name and Address where transferee payments should

Phone:
Last Four Digits of Acct. #:

be sent (if different from above):

Wire Instructions:

**USD   PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR   PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____/s/J. R. Smith_____          Date: _____February 22, 2013_____
            Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201

With a copy to:

n/a

Court Claim # (if known): 56624
Amount of Claim as Filed with respect to ISIN XS0163559841: US$92,475.35

Amount of Claim as Filed with respect to ISIN XS0163559841 to be Transferred: US$92,475.35 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0163559841: US$92,551.47

Allowed Amount of Claim with respect to ISIN XS0163559841 to be Transferred: US$92,551.47 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 29 October 2009

Phone: (214) 758-6107
E-mail: legal@hbk.com

Phone:

Last Four Digits of Acct #: n/a

Name and Address where transferee payments should

Phone:
Last Four Digits of Acct. #:

be sent (if different from above):

Wire Instructions:

**USD    PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR    PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____/s/ J. R. Smith_____          Date: _____February 22, 2013_____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.               Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas  75201

With a copy to:

n/a

Court Claim # (if known):  56624
Amount of Claim as Filed with respect to ISIN XS0178969209: US$29,132.51

Amount of Claim as Filed with respect to ISIN XS0178969209 to be Transferred: US$29,132.51 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0178969209: US$29,151.54

Allowed Amount of Claim with respect to ISIN XS0178969209 to be Transferred: US$29,151.54 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 29 October 2009

Phone:   (214) 758-6107                Phone:
E-mail:  legal@hbk.com                 Last Four Digits of Acct. #:

Phone:

Last Four Digits of Acct #: n/a

Name and Address where transferee payments should

be sent (if different from above):

Wire Instructions:

**USD    PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.

**EUR    PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020

Last Four Digits of Acct #: <u>n/a</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HBK MASTER FUND LP**

By: _____ /s/J. R. Smith _____          Date: _____ February 22, 2013
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re LEHMAN BROTHERS HOLDINGS INC.                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK Master Fund LP | Morgan Stanley & Co. International plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas  75201

With a copy to:

n/a

Court Claim # (if known):  60320
Amount of Claim as Filed with respect to ISIN XS0353507642 :
US$921,375.00

Amount of Claim as Filed with respect to ISIN XS035307642 to be Transferred:
US$921,375.00 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0353507642 :
US$578,794.22

Allowed Amount of Claim with respect to ISIN XS0353507642 to be Transferred : US$578,794.22 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: 30 October 2009

Phone:   (214) 758-6107
E-mail:  legal@hbk.com

Phone:

Last Four Digits of Acct #: n/a

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should
be sent (if different from above):

<u>Wire Instructions:</u>

**USD    PAYMENT INSTRUCTIONS:**
Bank of New York Mellon
ABA 021000018
Acct: 8900503904
Ref: HBK Master Fund L.P.


**EUR    PAYMENT INSTRUCTIONS:**
Citibank NA, London
CITIGB2L
Credit Suisse Securities (USA) LLC
GB56CITI18500808545197
HBK Master Fund L.P.
736020


Last Four Digits of Acct #: <u>n/a</u>


I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

**HBK MASTER FUND LP**


By: _____*/s/J. R. Smith*_____          Date: _____February 22, 2013_____
                Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **MORGAN STANLEY & CO. INTERNATIONAL PLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **HBK MASTER FUND LP**(the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the **applicable percentage and nominal amount** specified in Schedule 1 attached hereto (the "Purchased Claims"), in Seller's right, title and interest in and to Proofs of Claim set forth on Schedule 1 attached hereto (the "Proofs of Claim") filed by or on behalf of the Original Claimants specified thereon against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights, title and benefits of Seller relating to the Purchased Claims, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claims or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claims, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claims, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claims, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claims, but only to the extent related to the Purchased Claims, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claims and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proofs of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim include the Purchased Claims specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) Seller has not received, nor it is aware of, any objection to the transfer of the Transferred Claims from any prior seller to Seller; and (h) the transfer agreements between Seller and any prior seller are substantially similar to this Agreement and contains representations, warranties, covenants, agreements and indemnities from prior sellers to Seller that are not materially less favorable than those contained herein.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller

transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller after the date of this Agreement whether from the Debtor or from any prior seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proofs of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 19th day of February 2013.

MORGAN STANLEY & CO. INTERNATIONAL PLC

By: _____.
Name:
Title:
        BRIAN CRIPPS
        Authorised Signatory
25, Cabot Square
Canary Wharf
London E14 4QA
E- mail: lndistressed@morganstanley.com

HBK MASTER FUND L.P.
By:    HBK Services LLC
       Investment Advisor

By: _____
Name: _____
Title:  Authorized Signatory

2101 Cedar Springs Rd
Suite 700
Dallas, Texas, USA 75201
E-mail: primebrokerage@hbk.com

Schedule 1

Transferred Claims

Purchased Claims

100% of XS0220704109 = USD 259,419.23 of USD 259,419.23 (the allowed amount of XS0220704109 as described in Proof of Claim 50330 as of January 10, 2013);

100% of XS0324269488 = USD 91,015.91 of USD 91,015.91 (the allowed amount of XS0324269488 as described in Proof of Claim 56872 as of January 10, 2013);

100% of XS0267225273 = USD 709,552.89 of USD 709,552.89 (the allowed amount of XS0267225273 as described in Proof of Claim 59698 as of January 10, 2013);

100% of XS0268043709 = USD 170,292.69 of USD 170,292.69 (the allowed amount of XS0268043709 as described in Proof of Claim 58687 as of January 10, 2013);

100% of XS0268043709 = USD 283,821.15 of USD 283,821.15 (the allowed amount of XS0268043709 as described in Proof of Claim 60948 as of January 10, 2013);

0.713572146% of XS0268043709 = USD 310,504.07 of USD 43,514,040.27 (the allowed amount of XS0268043709 as described in Proof of Claim 66501 as of January 10, 2013);

100% of XS0189294225 = USD 77,921.94 of USD 77,921.94 (the allowed amount of XS0189294225 as described in Proof of Claim 56624 as of January 10, 2013);

100% of XS0200284247 = USD 58,429.75 of USD 58,429.75 (the allowed amount of XS0200284247 as described in Proof of Claim 56624 as of January 10, 2013);

100% of XS0200284247 = USD 362,264.48 of USD 362,264.48 (the allowed amount of XS0200284247 as described in Proof of Claim 50330 as of January 10, 2013);

100% of XS0200284247 = USD 227,876.04 of USD 227,876.04 (the allowed amount of XS0200284247 as described in Proof of Claim 58725 as of January 10, 2013);

Schedule 1-1

100% of XS0180153826 = USD 48,441.71 of USD 48,441.71 (the allowed amount of XS0180153826 as described in Proof of Claim 56869 as of January 10, 2013);

100% of XS0185655445 = USD 7,269.86 of USD 7,269.86 (the allowed amount of XS0185655445 as described in Proof of Claim 56624 as of January 10, 2013)

100% of XS0208459023 = USD 323,430.02 of USD 323,430.02 (the allowed amount of XS0208459023 as described in Proof of Claim 50330 as of January 10, 2013)

100% of XS0163559841 = USD 92,551.47 of USD 92,551.47 (the allowed amount of XS0163559841 as described in Proof of Claim 56624 as of January 10, 2013)

100% of XS0178969209 = USD 29,151.54 of USD 29,151.54 (the allowed amount of XS0178969209 as described in Proof of Claim 56624 as of January 10, 2013)

100% of XS0353307642 = USD 578,794.22 of USD 578,794.22 (the allowed amount of XS0353307642 as described in Proof of Claim 60320 as of January 10, 2013)

81.761006239% of XS0232364868 = USD 387,821.67 of USD 474,335.74 (the allowed amount of XS0232364868 as described in Proof of Claim 60320 as of January 10, 2013)

100% of XS0267059755 = USD 141,910.58 of USD 141,910.58 (the allowed amount of XS0267059755 as described in Proof of Claim 56868 as of January 10, 2013);

100% of XS0211093041 = USD 33,036.64 of USD 33,036.64 (the allowed amount of XS0211093041 as described in Proof of Claim 58727 as of January 10, 2013);

100% of XS0211093041 = USD 74,691.53 of USD 74,691.53 (the allowed amount of XS0211093041 as described in Proof of Claim 56624 as of January 10, 2013)

100% of XS0213971210 = USD 358,228.43 of USD 358,228.43 (the allowed amount of XS0213971210 as described in Proof of Claim 58724 as of January 10, 2013);

100% of XS0213971210 = USD 329,570.15 of USD 329,570.15 (the allowed amount of XS0213971210 as described in Proof of Claim 56624 as of January 10, 2013);

30.677323319% of XS0213971210 = USD 331,003.42 of USD 1,078,984.02 (the allowed amount of XS0213971210 as described in Proof of Claim 60320 as of January 10, 2013)

100% of XS0299555739 = USD 400,000.00 of USD 400,000.00 (the allowed amount of XS0299555739 as described in Proof of Claim 56871 as of January 10, 2013).

**Lehman Programs Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount & Accrued Interest | Coupon | Maturity | Proof of Claim | Original Claimant |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0220704109 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 182,000.00 | 12 Year Euro Inflation Linked | 6/13/2017 | 50330 | Banca IMI SPA |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0324269488 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc. | EUR 100,000.00 | 7 Year Auto Redeemable ELN | October 30, 2014 | 56872 | Nomura Capital Markets plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0267225273 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 500,000.00 | 7 Year Capital Protected SPA Note Linked | 9/19/2013 | 59098 | CVI GVF (Lux) Master S.a.r.l |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0268043709 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 120,000.00 | EUR Quanto Asia Currency Basket | 5 December 2010 | 58687 | Dipl.Wi-Ing. Dr. Gereon Friederes |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0268043709 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 200,000.00 | Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0268043709 | 60948 | Liechtensteinische Landesbank Aktiengesellschaft |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0268043709 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 250,000.00 | EUR Quanto Asia Currency Basket | December 5, 2010 | 66501 | Semper Constantia Privatbank AG (as successor to former creditor Constantia Privatbank) |

Schedule 1-3

| Program | ISIN | Issuer | Amount | Type | Date | Number | Counterparty |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0189294225 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 54,000.00 principal EUR 920.16 interest | HICP Inflation Linked Note | 23 April 2014 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0202842247 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 40,000.00 principal EUR 1,196.62 interest | HICP Linked | 22 September 2014 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0202842247 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 248,000.00 interest | HICP Linked | 9/22/2014 | 50330 | Banca IMI SPA |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0202842247 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 156,000.00 | HICP Linked | 9/22/2014 | 58725 | Morgan Stanley & Co. International plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0180153826 | Lehman Brothers Treasury CO. B.V. | Lehman Brothers Holdings Inc. | USD 50,000.00 | Capital Protected Note | November 26, 2009 | 56869 | Nomura Capital Markets plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0185655445 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR 5,000.00 principal EUR 124.98 interest | European Inflation Linked Noted | 27 February 2014 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0208459023 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 223,000.00 | HICP (Inflation) Linked Note | 12/30/2016 | 50330 | Banca IMI SPA |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0163559841 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 64,000.00 principal EUR 1,238.34 interest | Italian Inflation Linked Bond | 14 March 2011 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0178969209 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 20,000.00 principal EUR 552.04 interest | European Inflation Linked Noted | 26 November 2013 | 56624 | Banca di San Marino S.p.A. |

Schedule 1-4

| Program | ISIN | Issuer | Guarantor | Amount | Description | Date | | Counterparty |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0353507642 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 650,000.00 | 7 Yr Autoredemable ELN To Barclays and RBS | 25 March 2015 | 60320 | Banco Cooperativo Espanol, S.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0232364868 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 260,000.00 | 30NC7Y Steepener | 2 November 2035 | 60320 | Banco Cooperativo Espanol, S.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0267059755 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 100,000.00 | 3 Year ELN On CECEUR Index | September 29, 2009 | 56868 | Nomura Capital Markets plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS021109304l | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 23,000.00 principal | 10 Year Twister Note | 16 February 2015 | 58727 | Morgan Stanley & Co. International plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS021109304l | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 52,000.00 principal EUR 601.21 interest | 10 Year Twister Note | 16 February 2015 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS013971210 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 250,000.00 principal | Twister - CMS | 18 March 2015 | 58724 | Morgan Stanley & Co. International plc |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS013971210 | Lehman Brothers Treasury CO. BV | Lehman Brothers Holdings Inc | EUR 230,000.00 principal EUR 2,268.49 interest | Twister - CMS | 18 March 2015 | 56624 | Banca di San Marino S.p.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS013971210 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | EUR 231,000.00 | Twister - CMS | 18 March 2015 | 60320 | Banco Cooperativo Espanol, S.A. |
| Lehman Brothers Treasury CO. BV Program Securities Bonds | XS0299355739 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | USD 400,000.00 | 3 Year Equity Linked Note On S&P BRIC 40 | May 31, 2010 | 56871 | Nomura Capital Markets plc |

Schedule 1-5

76291.000006 EMF_US 43865333v3