B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                               (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Goldman Sachs Lending Partners LLC                    Waterstone Market Neutral Master Fund, Ltd.
        Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 17440
should be sent:                                       Amount of Claim Transferred: $2,700,000.00 (as allowed)
                                                      Date Claim Filed: September 18, 2009
Goldman Sachs Lending Partners LLC                    Debtor: Lehman Brothers Special Financing Inc.
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921


Phone: _____              Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

769514v.4 3091/00285                    19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: 2/22/13
Name of Transferee/Transferee's Agent
Michelle Latzoni
Authorized Signatory


Acknowledged and Agreed:

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

Date: _____

By: _____
Name of Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

769514v.4 3091/00285                              20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Name of Transferee/Transferee's Agent


Acknowledged and Agreed:

WATERSTONE MARKET NEUTRAL MASTER FUND, LTD
By: Waterstone Capital Management, L.P.

    Waterstone Capital Management, L.P.          Date: 2/22/13

By: _____
    Name of Transferor/Transferor's Agent

Jeffrey C. Erb
General Counsel

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.