B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

York Global Finance BDH, LLC
Name of Transferee

Goldman Sachs Lending Partners LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

Lauren Searing
York Capital Management
767 5th Ave, 17th Fl
New York, NY 10153
Ph 212-710-6549
Fax 212-710-6590
bankdebt@yorkcapital.com

Court Claim # (if known): 17881
Amount of Claim Transferred: $2,515,000.00
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone:
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

770000v.4 3091/00306                            14

02/22/2013 13:24 FAX                                                                    ☒003

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

YORK GLOBAL FINANCE BDH, LLC

By: _____        Date: 2/22/13
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Agreed and acknowledged:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 2/22/13
        Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

02/22/2013 13:25 FAX                                                                ☑004

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Goldman Sachs Lending Partners LLC, located at 200 West Street, New York, NY 10282-2198 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned York Global Finance BDH LLC, its successors and assigns ("Purchaser"), a 85.93744317% undivided pro rata share (representing $2,515,000.00) (the "Transferred Claim") in and to all rights, title and interest in and to the claim of Seller against Lehman Brothers Special Financing Inc. (Claim No.: 17881) in the amount of $2,926,547.39 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Purchaser herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Purchaser.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 22 day of February 2013.

Goldman Sachs Lending Partners LLC

By: _____
Name:     Jennifer Dokish
Title:    Authorized Signatory

YORK GLOBAL FINANCE BDH LLC

By: _____
Name:  John J. Fosina
Title  Chief Financial Officer

770000v.4 3091/00306                          16