David R. Hurst, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Tel: (646) 563-8952
Fax: (646) 563-7952
dhurst@coleschotz.com

*Counsel for Nikesh Daryani, Neelam Daryani,
Parasram Daryani and Vikas Daryani*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that, as of February 1, 2013, the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. has replaced the law firm of Young Conaway Stargatt & Taylor, LLP as counsel for Nikesh Daryani, Neelam Daryani, Parasram Daryani and Vikas Daryani (collectively, the "Daryanis") in the above-captioned chapter 11 cases. The Daryanis respectfully request that all notices, pleadings, orders, complaints and other documents served or required to be served in the above-captioned cases be served upon:

David R. Hurst, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Tel: (646) 563-8952
Fax: (646) 563-7952
dhurst@coleschotz.com

Dated: February 25, 2013
      New York, New York

                                  **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

                                  /s/ David R. Hurst
                                  David R. Hurst, Esq.
                                  900 Third Avenue, 16th Floor
                                  New York, NY 10022
                                  Tel: (646) 563-8952
                                  Fax: (646) 563-7952

                                  *Counsel for Nikesh Daryani, Neelam Daryani,*
                                    *Parasram Daryani and Vikas Daryani*