David R. Hurst, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022
Tel: (646) 563-8952
Fax: (646) 563-7952
dhurst@coleschotz.com

*Counsel for Nikesh Daryani, Neelam Daryani, Parasram Daryani and Vikas Daryani*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 25, 2013, true and correct copies of the foregoing document were served upon the parties listed on <u>Exhibit A</u>, attached hereto, by United States first-class mail.

/s/ David R. Hurst
David R. Hurst

<u>EXHIBIT A</u>

<u>Service Parties</u>

Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Andrea B. Schwartz, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004