WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                      :    Chapter 11 Case No.
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                                                               :
                                       Debtors.                    :    (Jointly Administered)
                                                                               :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THREE HUNDRED**
**THIRTY-FOURTH OMNIBUS OBJECTION (INSUFFICIENT**
**DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Three Hundred Thirty-Fourth Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 29329] *solely* with respect to the claim listed on Exhibit A annexed hereto. The Plan Administrator

reserves its rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated: February 25, 2013
      New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings
                                            Inc. and Certain of Its Affiliates

# Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Three Hundred Thirty-Fourth Omnibus Objection to Claims ||
|---|---|
| **Claimant** | **Claim #** |
| Public Service Electric and Gas Company (PSE&G) | 1109 |

US_ACTIVE:\44204868\1\58399.0011