B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,    Case No. 08-13555(JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| MSD Credit Opportunities Master Fund, L.P. | Shanti Asset Management |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 27349
Claim Amount: $38,756,999.00
Date Claim Filed: 9/22/09
Debtor against claim filed: Lehman Brothers Holdings Inc.

c/o MSDC Management, L.P.
Attention: Marcello Liguori
645 Fifth Ave., 21st Floor
New York, NY 10022
Phone: (212) 303-7822
Fax: (212) 303-1772

Wire Instructions:

Bank: JPMorgan Chase
ABA #: 021-000-021
Account: J.P. Morgan Clearing Corp.
Account #: 066001633
For Further Credit to: MSD Credit Opportunity Master Fund, L.P.
Account #: 102-41160-2
Attn: Sean Schafer 212-622-1992

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: January 23, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**Profectus Investments LLC**
100 Wall Street
New York, New York 10005
(646) 559-5000

**TRADE CONFIRMATION**

To: Shanti Asset Management

TRADE DATE: 09/13/2011
SETTLEMENT DATE: 9/16/2011

SELLER: Shanti Asset Management SAS (hereinafter "Shanti"), representing and on behalf of the Luxembourg Sicav Alternative Strategy Medergicope, for which Shanti acts as advisor.

BUYER: Profectus Investments LLC (hereinafter "Profectus")

BUYER's ACCOUNT: Euroclear Brussels number 96730, reference Northeast

NOTES: DIAMFN XS0302352405    23 370 000 BRL FACE (hereinafter "Notes")

PURCHASE PRICE: 

ADDL: All distributions and rights to buyer regardless of record date.

OTHER TERMS:

1.

2. ███████████████████████

3. This Trade Confirmation shall be governed by and construed in accordance with French law. All disputes arising out of or in connection with this Trade Confirmation shall be subject to the jurisdiction of the *Tribunal de commerce of Paris*.

4. This Trade Confirmation may be executed by the Seller and Buyer in counterparts, each of which shall be deemed an original and both of which together shall constitute one and the same instrument. To this end, signed signature pages may be transmitted between the parties by facsimile, electronic scan (PDF), or other like method, and any such signature shall have the same legal effect as an original.



PROCEEDS:

BUYER: _____
ROBERT FRANZ, MANAGING DIRECTOR
PROFECTUS INVESTMENTS

SELLER: _____
ERIC MOOKHERJEE
SHANTI ASSET MANAGEMENT

**Profectus Investments LLC**
100 Wall Street
New York, New York 10005
(646) 559-8000

**TRADE CONFIRMATION**

To: Shanti Asset Management

TRADE DATE: 09/13/2011
SETTLEMENT DATE: 09/16/2011

SELLER: Shanti Asset Management SAS (hereinafter "Shanti"), representing and on behalf of the investment fund FCP Shanti AlphaBeta Centonné, for which Shanti acts as the manager;

BUYER: Profectus Investments LLC (hereinafter "Profectus")

BUYER's ACCOUNT: Euroclear Brussels number 98730, reference Northeast

NOTES: DIAMFN XS0802382405    8 640 000 BRL FACE (hereinafter "Notes")

PURCHASE PRICE: 

ADDL: All distributions and rights to buyer regardless of record date.

OTHER TERMS:

1.

2. 

3. This Trade Confirmation shall be governed by and construed in accordance with French law. All disputes arising out of or in connection with this Trade Confirmation shall be subject to the jurisdiction of the *Tribunal de commerce* of Paris.

4. This Trade Confirmation may be executed by the Seller and Buyer in counterparts, each of which shall be deemed an original and both of which together shall constitute one and the same instrument. To this end, signed signature pages may be transmitted between the parties by facsimile, electronic scan (PDF), or other like method, and any such signature shall have the same legal effect as an original.

PROCEEDS:

BUYER: _____
ROBERT FRANZ, MANAGING DIRECTOR
PROFECTUS INVESTMENTS

SELLER: _____
ERIC MOOKHERJEE
SHANTI ASSET MANAGEMENT

**Profectus Investments LLC**
100 Wall Street
New York, New York 10005
(646) 589-5000

**TRADE CONFIRMATION**

To: Shanti Asset Management

TRADE DATE: 09/13/2011

SETTLEMENT DATE: 09/16/2011

SELLER: Shanti Asset Management SAS (hereinafter "Shanti"), representing and on behalf of the investment fund FCP Shanti Multistratégies, for which Shanti acts as the manager.

BUYER: Profectus Investments LLC (hereinafter "Profectus")

BUYER's ACCOUNT: Euroclear Brussels number 95730, reference Northeast

NOTES: DIAMFN XS0302352406    $ 600 000 BRL FACE (hereinafter "Notes")

PURCHASE PRICE: 

ADDL: All distributions and rights to buyer regardless of record date.

OTHER TERMS:

1. ███████████████████████████████████

2. █████████████████████████████████

3. This Trade Confirmation shall be governed by and construed in accordance with French law. All disputes arising out of or in connection with this Trade Confirmation shall be subject to the jurisdiction of the *Tribunal de commerce* of Paris.

4. This Trade Confirmation may be executed by the Seller and Buyer in counterparts, each of which shall be deemed an original and both of which together shall constitute one and the same instrument. To this end, signed signature pages may be transmitted between the parties by facsimile, electronic scan (PDF), or other like method, and any such signature shall have the same legal effect as an original.



PROCEEDS:

BUYER: _____
ROBERT FRANZ, MANAGING DIRECTOR
PROFECTUS INVESTMENTS

SELLER: _____
ERIC MOOKHERJEE
SHANTI ASSET MANAGEMENT

**Profectus Investments LLC**
100 Wall Street
New York, New York 10005
(646) 559-5000

**TRADE CONFIRMATION**

To: MSD Credit Opportunity Master Fund, L.P.

TRADE DATE:   September 13, 2011

SETTLEMENT DATE: September 16, 2011

SELLER: Profectus Investments LLC (hereinafter "Profectus")

BUYER: MSD Credit Opportunity Master Fund, L.P. (hereinafter "COF")

NOTES: DIAMFN XS0302352405    35.61MM FACE (hereinafter "Notes")

ADDL:  ALL DISTRIBUTIONS AND RIGHTS TO BUYER REGARDLESS OF RECORD DATE

OTHER TERMS:

1. [REDACTED]

2. The deadline for the transfer of the Notes by Profectus to Buyer is no later than 1 (One) day after their transfer by Shanti to Profectus.

3. This Trade Confirmation may be executed by the Seller and Buyer in counterparts, each of which shall be deemed an original and both of which together shall constitute one and the same instrument. To this end, signed signature pages may be transmitted between the parties by facsimile, electronic scan (PDF), or other like method, and any such signature shall have the same legal effect as an original.

PROCEEDS: [REDACTED]

84954612v1                                                                                                                1

SELLER: _____
ROBERT FRANZ, MANAGING DIRECTOR
PROFECTUS INVESTMENTS

BUYER: _____
MSD Credit Opportunity Master Fund, L.P.
By: Marcello Liguori, Managing Director of MSDC Management, L.P., its Investment Manager

2