

Dres. Kerstin und Volker Rusch  D 35745 Herborn an der Dylle

Express Mail

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Dres. Kerstin und Volker Rusch
Château de la *Liberté Rouge*
Dompfaffweg 6
D 35745 Herborn an der Dylle

Telefon +49-2772-94140
Telefax +49-2772-941420
rusch@rusch-chateau.ch

February 20, 2013

Lehman Brothers Chapter 11 Bankruptcy Case No. 08-13555 (JMP)
Claim 48795
Internal Control Number 31373

To whom it may concern

Ladies and Gentlemen:

I have learned that apparently my claim against Lehman Brothers was transferred to an organisation named IAMEX. This was never authorised by me. In contrast, I strongly object against any other party to take over my claim. The claim shall stay with me and nobody else being any other person or any other organisation, definitely.
With respectful regards!
Sincerely

Dr. Volker Rusch

FEB 22 2013