

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.    ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Mr. Jean-Pierre Dupas | Bank Coop AG |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Chemin du Grillon 12
   CH-1009 Pully

Court Claim # (if known):  64055
Amount of Claim:  $42,652.51
Date Claim Filed:  10/23/2009

Phone:  +41 21 311 44 04
Last Four Digits of Acct #:  2001

Phone:  +41 61 286 22 17
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  22 fevrier 2013
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.