UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby requests to be removed from the

Court's CM/ECF and any other service list in this case. ·

Dated:     New York, New York
           February 26, 2013

STEPTOE & JOHNSON LLP


By:   /s/ John D. Lovi
      John D. Lovi (JL-5928)
      Lara E. Romansic (LR-9236)
      750 Seventh Avenue
      New York, NY  10019
      Telephone:     (212) 506-3900
      Facsimile:     (212) 506-3950
      Email:    jlovi@steptoe.com
                lromansic@steptoe.com

      Robbin L. Itkin (CA Bar No. 117105)
      2121 Avenue of the Stars, 28th Floor
      Los Angeles, CA  90067
      Telephone:     (310) 734-3200
      Facsimile:     (310) 734-3300
      Email:    ritkin@steptoe.com

      *Counsel for Korea Investment & Securities Co., Ltd.*
      *and True Friend 4th Securitization Specialty Co., Ltd.*