**United States Bankruptcy Court**
**Southern District of New York**

In re: Lehman Brothers Holdings Inc                    Case No.     08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives
evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

| | |
|---|---|
| **Yorvik Partners LLP** | **J Sainsbury Common Investment Fund Limited** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  20812 |
| 11 Ironmonger Lane<br>London EC2V 8EY<br>United Kingdom | Amount of Claim:  100% of the total filed under Claim number  20812 |
| | Date Claim Filed:     21 September 2009 |

e-mail:  b.rana@yorvikpartners.com

Tel :     +44 20 7796 5908

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: _____            Date: _26 Feb 2013_
       Transferee/Transferee's Agent
       PARTNER

By: _____            Date: _13 February 2013_
       Transferor/Transferor's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P O Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)   0000020812

| In Re<br>Lehman Brothers Holdings Inc., et al<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|
| Name of Debtor Against Which Claim is Held<br>**Lehman Brothers Holdings Inc.** | Case No. of Debtor<br>**08-13555** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor (and name and address where notices should be sent if different from Creditor)<br>J Sainsbury Common Investment Fund Limited acting as Trustee of the J Sainsbury Pension & Death Benefit Scheme and the J Sainsbury Executive Pension Scheme (100958)<br>c/o Goldman Sachs Asset Management International<br>Christchurch Court, 10-15 Newgate Street<br>London EC1A 7HD<br>Attn Benjamin Robinson<br>Telephone number  +44 (0)20-7051 2901 Email Address Benjamin.Robinson@gs.com | With a copy to:<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn  David Aman, Esq<br>Telephone 212 225 2262<br>Email: daman@cgsh.com |
|---|---|

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim
Number: _____
(If known)

Filed on: _____

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address |
|---|

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case

**1.   Amount of Claim as of Date Case Filed:  $** _____  See Attachment.
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4
If all or part of your claim is entitled to priority, complete Item 5
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C §503(b)(9), complete Item 6.
☑  Check this box if all or part of your claim is based on a Derivative Contract.*
☑  Check this box if all or part of your claim is based on a Guarantee *

***IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☑  Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee

**2.   Basis for Claim:** _____ See Attachment. _____
(See instruction #2 on reverse side.)

**3.   Last four digits of any number by which creditor identifies debtor:** _____
3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4.   Secured Claim (See instruction #4 on reverse side)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property  $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6.   Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $** _____
(See instruction #6 on reverse side.)

**7.   Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**8.   Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements Attach redacted copies of documents providing evidence of perfection of a security interest  (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary
DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim

☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950). earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5)
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(____)

**Amount entitled to priority:**

$_____

FILED / RESERVED
SEP 2 1 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>04/21/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any    By _____  04/21/09<br>Goldman Sachs Asset Management International, Teresa M. Wilkinson, Authorised Signatory<br>as authorized agent for Creditor          Tel  44-(0)-207-774-5656 |
|---|---|

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C §§ 152 and 3571