UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors. : | (Jointly Administered) |

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 17878 filed against Lehman Brothers Holdings Inc. by AXA Belgium in the amount of $23,285,209.20 (the "Claim").

PLEASE TAKE NOTICE that AXA Belgium hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. AXA Belgium represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by AXA Belgium or its affiliates.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon AXA Belgium on December 21, 2012, the issuance of which was noticed in a filing with the Court on December 26, 2012.

Dated:  February 20, 2013
        Brussels, Belgium

_____
Emmanuel de Talhouët
Managing Director
AXA BELGIUM SA/NV
Boulevard du Souverain 25
B-1170 Brussels (Belgium)
Telephone:  +32 2 678 60 02
Facsimile:  +32 2 678 60 85

1

Dated: February 20, 2013
       Brussels, Belgium

_____
Sonja Rottiers
Director
AXA BELGIUM SA/NV
Boulevard du Souverain 25
B-1170 Brussels (Belgium)
Telephone:   +32  2  678 60 43


Dated: February 20, 2013
       New York, New York

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*