UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

_____:

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbers 13157, 13154, 13156, 13155, 13171, 13176, 13174, 13177, 13180, 13175, 13166, 13172, 13165, 13179, 13178, 13170, 13169, 13173, 13168, and 13167, each filed on September 16, 2009 against various debtors by Tradeworx Ultra Select LP in an unliquidated amount (the "Claims").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.  The undersigned represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on December 28, 2012, the issuance of which was noticed in a filing with the Court on December 31, 2012.

Dated: February 22, 2013
    New York, New York

/s/ Jeff F. Friedman

Jeff F. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022-2585
Telephone: (212) 940-7035
Facsimile: (212) 940-7109

*Attorneys for Tradeworx Ultra Select LP*

Dated: February 26, 2013
    New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*