B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al.          Case No.: 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVI CVF II Lux Master SARL
Name of Transferee

Charles Abou Adal & Raymond Abou Adal
Name of Transferor

Name and Address where notices to transferee should be sent:
Carval Investors UK Limited,
  3rd Floor, 25 Great Pulteney Street,
  London,
  W1F 9LT,
  UK

Court Claim # (if known): 13690
Amount of Claim: $892,790

Date Claim Filed: 16 September 2009

Phone +44207 2927724
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ David_____    Date: 14-2-2013
Transferee/Transferee's Agent
BY CARVAL INVESTORS UK LIMITED

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

29

EXECUTION VERSION

## ANNEX 2
## LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of **CHARLES ABOU ADAL AND RAYMOND ADBOU ADAL** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $503,023, $892,790 and $2,890,699 ($2,893,504 less the amount of the equity holdings in Enron Corp) | 13689, 13690 and 13691 (with respect only to the cash positions and not the equity holdings in Enron Corp) |

has / have been transferred and assigned to **CVI CVF II LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature: _/s/ David Chene_
Name: David Chene
BY CARVAL INVESTORS UK LIMITED

SELLER: Charles Abou Adal & Raymond Abou Adal
Address: Trabaud Street      270 Selim Bustros Street
Haddad Bldg        Achrafieh
Achrafieh          Beirut
Beirut             Lebanon
Lebanon

Signature: _____

EXECUTION VERSION

Title: _____    Name: _____
Date: _____    Title: _____
                               Date: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of **CHARLES ABOU ADAL AND RAYMOND ABOU ADAL** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $503,023, $892,790 and $2,890,699 ($2,893,504 less the amount of the equity holdings in Enron Corp) | 13689, 13690 and 13691 (with respect only to the cash positions and not the equity holdings in Enron Corp) |

has / have been transferred and assigned to **CVI CVF II LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature: _____
Name: _____
Title: _____
Date: _____

SELLER: Charles Abou Adal&Raymond Abou Adal
Address: Trabaud Street      270 Selim Bustros Street
Haddad Bldg       Achrafieh
Achrafieh         Beirut
Beirut            Lebanon
Lebanon

Signature: _____
Name: Charles Abou Adal-Raymond Abou Adal
Title: _____
Date: _____