Paul M. Basta, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

-and-

Ross M. Kwasteniet (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to PCCP, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| Debtors. | ) Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIMS FILED BY PCCP, LLC**

1.  On or after September 15, 2008, Lehman Brothers Holdings Inc. ("*LBHI*") and certain of its subsidiaries (collectively, the "**Debtors**"), which include Lehman Brothers Specialty Finance ("*LBSF*") filed voluntary petitions under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Southern District of New York commencing these chapter 11 cases. The Debtors had set September 22, 2009 as the date by which prepetition claims against certain Debtors, including LBHI and LBSF, had to be filed.

2. PCCP, LLC ("**PCCP**"), investment advisor to the funds listed on **Exhibit A** (collectively, the "**PCCP Funds**"), timely filed various proofs of claim (the "**PCCP Claims**") against the Debtors on behalf of the PCCP Claims.

3. **PLEASE TAKE NOTICE** that PCCP hereby withdraws, without prejudice, certain PCCP Claims (collectively, the "**Withdrawn PCCP Claims**") listed on **Exhibit A** attached hereto.

Dated: February 26, 2013
New York, New York

**KIRKLAND & ELLIS LLP**

/s/ *Ross M. Kwasteniet*
Paul M. Basta
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

Ross M. Kwasteniet (admitted *pro hace vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to PCCP, LLC*

2

**Exhibit A**

**Withdrawn PCCP Claims**

| Claim Number | Debtor | Claimant |
|---|---|---|
| 26321 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, LP |
| 26323 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PARTNERS (NORBAN) LP |
| 27446 | LBSF | LBREM II REIT HOLDINGS LLC |
| 27788 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, LP |
| 27789 | LBHI | XANADU MEZZ HOLDINGS LLC |
| 29186 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 29211 | LBHI | LBREM II ECI AIV, LP US |
| 29213 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES, LTD. |
| 29216 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LP |
| 29218 | LBHI | LBREM II OFFSHORE AIV,L.P. UK LP |
| 29220 | LBHI | LBREM II REIT HOLDINGS LLC |
| 29221 | LBSF | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 29225 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANNINE PARTNERS II, L.P. |
| 29226 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES, LP |
| 29280 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LTD. |
| 29281 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES LP |
| 29284 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES II LP |
| 29762 | LBSF | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 29763 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS, LP |
| 67946 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES II LP |
| 67947 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOC. LP |

| Claim Number | Debtor | Claimant |
| --- | --- | --- |
| 67948 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LTD. |
| 67949 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE ASSOCIATES LP |
| 67950 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 67951 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 67952 | LBHI | LBREM II REIT HOLDINGS LLC |
| 67953 | LBHI | LBREM II OFFSHORE AIV,L.P. UK LP |
| 67954 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES II, LP |
| 67955 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE ASSOCIATES, LTD. |
| 67956 | LBHI | LBREM II ECI AIV, LP US |
| 67957 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS II, LP |
| 67958 | LBHI | XANADU MEZZ HOLDINGS LLC |
| 67959 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, LP |
| 67960 | LBHI | LBREM REIT II HOLDINGS LLC |
| 67962 | LBHI | LEHMAN BROTHERS OFFSHORE REAL ESTATE MEZZANINE PARTNERS (NORBAN) LP |
| 67963 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE PARTNERS, LP |
| 68031 | LBHI | LEHMAN BROTHERS REAL ESTATE MEZZANINE CAPITAL PARTNERS, LP |