B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.    ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Special Financing Inc. | Adventist Health System et al. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Lehman Brothers, Derivatives Legal
  1271 Sixth Ave., New York, NY 10020

Court Claim # (if known):   67766
Amount of Claim:   $4,500,000.00
Date Claim Filed:   12/06/2011

Phone:  646-285-9000
Last Four Digits of Acct #: _____

Phone:  202-942-5577 (counsel)
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  c/o William J. Fox, Lehman Brothers
  [same address as above]

Phone:  646-285-9000
Last Four Digits of Acct #: _____

FILED / RECEIVED

FEB 2 3 2013

EPIQ BANKRUPTCY SOLUTIONS, LLC

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Robert Herhsan, Senior Vice President          Date: 02/22/2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to that certain Termination Agreement dated as of February 11, 2013, each of the entities listed in Annex A hereto (collectively, "Transferor") hereby unconditionally and irrevocably quitclaims, transfers and assigns, without representation or warranty of any kind (except as specifically set forth in the last sentence of this paragraph), to Lehman Brothers Special Financing Inc. ("Transferee") all of its right, title and interest, if any, in and to the claims of Transferor referenced as proof of claim number 67766 in the principal amount of $4,500,000, plus all other amounts, including interest, fees and other amounts payable in respect thereof (the "Claim"), against Lehman Brothers Holdings Inc. ("LBHI") whose Bankruptcy Proceeding (Case No. 08-13555) is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over such bankruptcy proceedings). Transferor represents that, to the best of its knowledge, it has not previously sold or transferred the Claim to any other person or entity.

Transferor hereby waives any objection to the transfer of the Claim assigned herein to Transferee on the books and records of LBHI and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing with regard to transfer of the Claim as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim. Transferor further directs LBHI, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the _11_ day of _February_ 2013.

| TRANSFEROR: | TRANSFEREE: |
|---|---|
| ADVENTIST HEALTH SYSTEM/GEORGIA, INC.<br>ADVENTIST HEALTH SYSTEM/SUNBELT, INC.<br>CHIPPEWA VALLEY HOSPITAL AND OAKVIEW CARE CENTER, INC.<br>FLORIDA HOSPITAL WATERMAN, INC.<br>GLENOAKS MEDICAL CENTER, INC.<br>HINSDALE HOSPITAL<br>JELLICO COMMUNITY HOSPITAL, INC.<br>MEMORIAL HOSPITAL, INC.<br>METROPLEX ADVENTIST HOSPITAL, INC.<br><br>By: _David Singleton_<br>Name: David Singleton<br>Title: Treasurer<br>(Authorized Agent of Each of the Foregoing Corporations) | LEHMAN BROTHERS SPECIAL FINANCING INC.<br><br>By LEHMAN BROTHERS HOLDINGS INC. as Plan Administrator<br><br>By: _[signature]_<br>Name: Daniel Ehrmann<br>Title: Senior Vice President |

2

## ANNEX A

ADVENTIST HEALTH SYSTEM/GEORGIA, INC.

ADVENTIST HEALTH SYSTEM/SUNBELT, INC.

CHIPPEWA VALLEY HOSPITAL AND OAKVIEW CARE CENTER, INC.

FLORIDA HOSPITAL WATERMAN, INC.

GLENOAKS MEDICAL CENTER, INC.

HINSDALE HOSPITAL

JELLICO COMMUNITY HOSPITAL, INC.

MEMORIAL HOSPITAL, INC.

METROPLEX ADVENTIST HOSPITAL, INC.