**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## WITHDRAWAL OF CLAIM

S.A.C. Strategic Investments, LLC, by and through its undersigned counsel, hereby withdraws Claim No. 14693 in the above-captioned cases.

Dated:   New York, New York
        February 26, 2013

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Brian E. O'Connor
    Brian E. O'Connor
    Paul V. Shalhoub
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000