# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re                                      :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
---------------------------------------------------------------- x

## ORDER CONSOLIDATING
## CONTESTED MATTER WITH ADVERSARY PROCEEDING

Upon the motion (the "Motion") of FYI Ltd., FFI Fund Ltd., and Olifant Fund, Ltd. (collectively, the "Bracebridge-Managed Funds") for an order (the "Order") consolidating the Funds Claims Litigation[1] with the Citi Adversary Proceeding and for related relief; and upon the Declaration of Jonathan Otting in Support of Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief, sworn to on February 26, 2013; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Motion is in the best interests of the Lehman Estates, the Bracebridge-Managed Funds, the Citibank Defendants, and all other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not defined in this Order shall have the meanings given in the Motion.

33499978_2

2

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Funds Claims Litigation is hereby consolidated with and into the Citi Adversary Proceeding, Ad. Pro. No. 12-01044 (JMP), pursuant to Federal Rule 42.

3. The Bracebridge-Managed Funds are hereby granted leave to intervene in the Citi Adversary Proceeding as defendants pursuant to Federal Rule 24.

4. The Bracebridge-Managed Funds, the Citibank Defendants, and the Lehman Estates are authorized to take all actions necessary to implement the relief granted in this Order.

5. To the extent the relief granted in this Order is inconsistent with the injunction in the Claims Procedure Order, the injunction is hereby modified consistent with this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

Dated: March ___, 2013
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

33499978_2