ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Peter L. Welsh
D. Ross Martin
James A. Wright III
peter.welsh@ropesgray.com
ross.martin@ropesgray.com
james.wright@ropesgray.com

and

1211 Avenue of the Americas
New York, New York
Lisa M. Coyle 10036-8704
lisa.coyle@ropesgray.com

*Attorneys for FYI Ltd.,*
*FFI Fund Ltd., and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re** | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : **(Jointly Administered)** |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                                                          :ss.:
COUNTY OF SUFFOLK                                  )

MEIR WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

2. On Tuesday, February 26, 2013, I caused true and correct copies of the *Notice of Motion to Consolidate Contested Matter with Adversary Proceeding and for Related*

33508059_1

*Relief* [Docket No. 35519], which was filed by Ropes & Gray LLP on Tuesday, February 26, 2013, to be served upon the parties on the service list attached hereto as Exhibit A via overnight mail, and upon the parties on the service list attached hereto as Exhibit B via electronic mail.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Dated: February 26, 2013

_____
Meir Weinberg

33508059_1

**EXHIBIT A**

Honorable James M. Peck
United States District Court
for the Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
Attn: Andy Velez-Rivera
Attn: Paul Schwartzberg
Attn: Brian Masumoto
Attn: Linda Riffkin
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow
Attn: Lori R. Fife
Attn: Shai Y. Waisman
Attn: Jacqueline Marcus
Attn: Robert Lemons
767 Fifth Avenue
New York, New York 10153
*(Counsel to the Debtors)*

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Turner P. Smith
Attn: L.P. Harrison III
Attn: Andrew H. Seiden
Attn: Peter J. Behmke
101 Park Avenue
New York, New York 10178
*(Counsel to the Debtors)*

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne,
Attn: Dennis O'Donnell
Attn: Evan R. Fleck
1 Chase Manhattan Plaza
New York, New York 10005
*(Counsel to the Official Committee of Unsecured Creditors)*

33508059_1

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Daniel P. Cunningham
Attn: Andrew J. Rossman
Attn: James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
*(Counsel to the Official Committee of Unsecured Creditors)*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Brad S. Karp
Attn: Claudia L. Hammerman
Attn: Stephen J. Shimshak
Attn: Douglas R. Davis
1285 Avenue of the Americas
New York, New York 10019
*(Counsel to Citibank, N.A.)*

Crowell & Moring LLP
Attn: Mark S. Lichtenstein & Steven B. Eichel
590 Madison Avenue
New York, NY 10022

Department of Justice
Attn: Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West, Suite 3400, Box 36
Toronto, ON M5X 1K6
Canada

Federal Reserve Bank of Philadelphia
c/o William T. Wisser, Assistant Vice President
Ten Independence Mall
Philadelphia, PA 19106-1574

Hinshaw & Culbertson
Attn: Charles Tat
1 East Broward Blvd, Suite 1010
Ft. Lauderdale, FL 33301

Internal Revenue Service
Special Procedures Branch
Attn: District Director, Bonnie Austin
290 Broadway
New York, NY 10007

33508059_1

Julien & Schlesinger, P.C.
Attn: Michelle L. Pomerantz
One Whitehall Street, 17th Floor
New York, NY 10004

33508059_1

**EXHIBIT B**

AAARONSON@DILWORTHLAW.com; CPAPPAS@DILWORTHLAW.com;
AALFONSO@WILLKIE.com; ADAM.BREZINE@HRO.com;
KERRY.MOYNIHAN@HRO.com; ADARWIN@NIXONPEABODY.com;
ADIAMOND@DIAMONDMCCARTHY.com; SLODEN@DIAMONDMCCARTHY.com;
AECKSTEIN@BLANKROME.com; AENTWISTLE@ENTWISTLE-LAW.com;
JBEEMER@ENTWISTLE-LAW.com; JPORTER@ENTWISTLE-LAW.com;
AFRIEDMAN@IRELL.com; KLYMAN@IRELL.com; AGBANKNEWYORK@AG.TN.gov;
MARVIN.CLEMENTS@AG.TN.gov; AGOLD@HERRICK.com;
AHAMMER@FREEBORNPETERS.com; DEGGERT@FREEBORNPETERS.com;
AHANDLER@MOUNDCOTTON.com; RGOODMAN@MOUNDCOTTON.com;
AISENBERG@SAUL.com; AKANTESARIA@OPPENHEIMERFUNDS.com;
AKANTESARIA@OPPENHEIMERFUNDS.com; AKOLOD@MOSESSINGER.com;
MPARRY@MOSESSINGER.com; KKOLBIG@MOSESSINGER.com;
ALUM@FTPORTFOLIOS.com; AMARDER@MSEK.com; JMAZERMARINO@MSEK.com;
AMARTIN@SHEPPARDMULLIN.com; AMCMULLEN@BOULTCUMMINGS.com;
RJONES@BOULTCUMMINGS.com; AMENARD@TISHMANSPEYER.com;
MBENNER@TISHMANSPEYER.com; BTURK@TISHMANSPEYER.com;
ANANN@FOLEY.com; ANDREW.BROZMAN@CLIFFORDCHANCE.com;
JEN.PREMISLER@CLIFFORDCHANCE.com;
ANDREW.BROZMAN@CLIFFORDCHANCE.com;
SARA.TAPINEKIS@CLIFFORDCHANCE.com; ANGELICH.GEORGE@ARENTFOX.com;
ANN.REYNAUD@SHELL.com; ANTHONY_BOCCANFUSO@APORTER.com;
AOSTROW@BECKERGLYNN.com; AQUALE@SIDLEY.com; AUNGER@SIDLEY.com;
ARAHL@REEDSMITH.com; ARLBANK@PBFCM.com; ARWOLF@WLRK.com;
ASEUFFERT@LAWPOST-NYC.com; ASHMEAD@SEWKIS.com;
AUSTIN.BANKRUPTCY@PUBLICANS.com; BANKR@ZUCKERMAN.com;
BANKRUPTCY@GOODWIN.com; BANKRUPTCY@MORRISONCOHEN.com;
BANKRUPTCY@NTEXAS-ATTORNEYS.com;
BANKRUPTCYMATTERS@US.NOMURA.com; BARBRA.PARLIN@HKLAW.com;
BARBRA.PARLIN@HKLAW.com; ARTHUR.ROSENBERG@HKLAW.com;
FRANCOIS.JANSON@HKLAW.com; BBISIGNANI@POSTSCHELL.com;
BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US;
LATHOMPSON@CO.SANMATEO.CA.US; BDK@SCHLAMSTONE.com;
BILL.FREEMAN@PILLSBURYLAW.com; MARK.HOULE@PILLSBURYLAW.com;
BMANNE@TUCKERLAW.com; MSHINER@TUCKERLAW.com; BMILLER@MOFO.com;
BONEILL@KRAMERLEVIN.com; ACATON@KRAMERLEVIN.com;
BRIAN.COREY@GREENTREECREDITSOLUTIONS.com;
BRUCE.WRIGHT@SUTHERLAND.com; BSTRICKLAND@WTPLAW.com;
DSHAFFER@WTPLAW.com; BTRUST@MAYERBROWN.com;
ATREHAN@MAYERBROWN.com; BTRUST@MAYERBROWN.com;
CWALSH@MAYERBROWN.com; BTRUST@MAYERBROWN.com;
FHYMAN@MAYERBROWN.com; ATREHAN@MAYERBROWN.com;
BTRUST@MAYERBROWN.com; FHYMAN@MAYERBROWN.com;
ATREHAN@MAYERBROWN.com; BZABARAUSKAS@CROWELL.com;

33508059_1

CAHN@CLM.com; CALBERT@REITLERLAW.com;
CANELAS@PURSUITPARTNERS.com; SCHEPIS@PURSUITPARTNERS.com;
CBELISLE@WFW.com; JFREEBERG@WFW.com; CBELMONTE@SSBB.com;
TBROCK@SSBB.com; PBOSSWICK@SSBB.com; ASNOW@SSBB.com;
CHARLES@FILARDI-LAW.com; CHARLES_MALLOY@APORTER.com;
CHIPFORD@PARKERPOE.com; CHRIS.DONOHO@LOVELLS.com;
CHRISTOPHER.SCHUELLER@BIPC.com; CLARKB@SULLCROM.com;
SCHWARTZMATTHEW@SULLCROM.com; WRIGHTTH@SULLCROM.com;
CLYNCH@REEDSMITH.com; CMONTGOMERY@SALANS.com;
LWHIDDEN@SALANS.com; COHEN@SEWKIS.com; COLE@GTLAW.com;
CP@STEVENSLEE.com; CONTACT@LAWOFFICESJJE.com; CP@STEVENSLEE.com;
CRAIG.GOLDBLATT@WILMERHALE.com; LISA.EWART@WILMERHALE.com;
CRMOMJIAN@ATTORNEYGENERAL.gov; CSALOMON@BECKERGLYNN.com;
CSCHREIBER@WINSTON.com; CSHORE@WHITECASE.com;
CSHULMAN@SHEPPARDMULLIN.com; RREID@SHEPPARDMULLIN.com;
CWARD@POLSINELLI.com; CWEISS@INGRAMLLP.com;
DALLAS.BANKRUPTCY@PUBLICANS.com;
DALLAS.BANKRUPTCY@PUBLICANS.com; DAVE.DAVIS@ISGRIA.com;
DAVID.BENNETT@TKLAW.com; DAVID.HELLER@LW.com;
DAVID.POWLEN@BTLAW.com; DAVID.SELIGMAN@KIRKLAND.com;
DAVIDS@BLBGLAW.com; DAVIDWHEELER@MVALAW.com;
DBALOG@INTERSIL.com; DBARBER@BSBLAWYERS.com;
DBARBER@BSBLAWYERS.com; SMULLIGAN@BSBLAWYERS.com;
DCRAPO@GIBBONSLAW.com; DDREBSKY@NIXONPEABODY.com;
DDUNNE@MILBANK.com; WFOSTER@MILBANK.com;
DODONNELL@MILBANK.com; EFLECK@MILBANK.com;
DEGGERMANN@KRAMERLEVIN.com; DFLANIGAN@POLSINELLI.com;
DHAYES@MCGUIREWOODS.com; DHEFFER@FOLEY.com;
DICONZAM@GTLAW.com; DKESSLER@KTMC.com; BHINERFELD@SBTKLAW.com;
DKLEINER@VELAW.com; DLEMAY@CHADBOURNE.com;
HSEIFE@CHADBOURNE.com; AROSENBLATT@CHADBOURNE.com;
DLIPKE@VEDDERPRICE.com; DLUDMAN@BROWNCONNERY.com;
DLUDMAN@BROWNCONNERY.com; DMCGUIRE@WINSTON.com;
MKJAER@WINSTON.com; DMURRAY@JENNER.com; RBYMAN@JENNER.com;
DNEIER@WINSTON.com; DPIAZZA@HODGSONRUSS.com;
RLEEK@HODGSONRUSS.com; DRAELSON@FISHERBROTHERS.com;
DRAVIN@WOLFFSAMSON.com; DROSENZWEIG@FULBRIGHT.com;
DROSNER@KASOWITZ.com; AGLENN@KASOWITZ.com;
DSHEMANO@PEITZMANWEG.com; DSPELFOGEL@FOLEY.com;
DTATGE@EBGLAW.com; DTHEISING@HARRISONMOBERLY.com;
DWDYKHOUSE@PBWT.com; BGUINEY@PBWT.com;
DWORKMAN@BAKERLAW.com; EASMITH@VENABLE.com;
ECHANG@STEINLUBIN.com; ECOHEN@RUSSELL.com; EFRIEDMAN@FKLAW.com;
WWEINTRAUB@FKLAW.com; ABEAUMONT@FKLAW.com;
EFRIEDMAN@FRIEDUMSPRING.com; EGLAS@MCCARTER.com;
EHOLLANDER@WHITECASE.com; EHOLLANDER@WHITECASE.com;

33508059_1

AZYLBERBERG@WHITECASE.com; DBAUMSTEIN@WHITECASE.com;
RGRAHAM@WHITECASE.com; EKBERGC@LANEPOWELL.com;
ELEVIN@LOWENSTEIN.com; ELI.MATTIOLI@KLGATES.com;
EMERBERG@MAYERBROWN.com; EOBRIEN@SBCHLAW.com;
ESCHAFFER@REEDSMITH.com; ESCHWARTZ@CONTRARIANCAPITAL.com;
ESMITH@DL.com; ETILLINGHAST@SHEPPARDMULLIN.com;
BWOLFE@SHEPPARDMULLIN.com; EZUJKOWSKI@EMMETMARVIN.com;
EZWEIG@OPTONLINE.net; FBP@PPGMS.com; LML@PPGMS.com;
FFM@BOSTONBUSINESSLAW.com; FHYMAN@MAYERBROWN.com;
ATREHAN@MAYERBROWN.com; FOONT@FOONTLAW.com;
FRANCOIS.JANSON@HKLAW.com; FSOSNICK@SHEARMAN.com;
NED.SCHODEK@SHEARMAN.com; FYATES@SONNENSCHEIN.com;
GABRIEL.DELVIRGINIA@VERIZON.net; GGITOMER@MKBATTORNEYS.com;
GGOODMAN@FOLEY.com; LAPETERSON@FOLEY.com;
GIDDENS@HUGHESHUBBARD.com; KIPLOK@HUGHESHUBBARD.com;
KOBAK@HUGHESHUBBARD.com; MARGOLIN@HUGHESHUBBARD.com;
LUBELL@HUGHESHUBBARD.com; WILTENBURG@HUGHESHUBBARD.com;
GLENN.SIEGEL@DECHERT.com; IVA.UROIC@DECHERT.com;
GMOSS@RIEMERLAW.com; ABRAUNSTEIN@RIEMERLAW.com;
ARHEAUME@RIEMERLAW.com; GRAVERT@RAVERTPLLC.com;
GSPILSBURY@JSSLAW.com; HARRISJM@MICHIGAN.gov;
HARVEYSTRICKON@PAULHASTINGS.com; HBELTZER@MAYERBROWN.com;
SH@MAYERBROWN.com; CWALSH@MAYERBROWN.com;
HEIM.STEVE@DORSEY.com; DOVE.MICHELLE@DORSEY.com;
HEISER@CHAPMAN.com; HOLLACE.COHEN@TROUTMANSANDERS.com;
LEE.STREMBA@TROUTMANSANDERS.com; HOLSEN@STROOCK.com;
HOWARD.HAWKINS@CWT.com; HOWARD.HAWKINS@CWT.com;
ELLEN.HALSTEAD@CWT.com; HOWARD.HAWKINS@CWT.com;
ELLEN.HALSTEAD@CWT.com; HOWARD.HAWKINS@CWT.com;
ELLEN.HALSTEAD@CWT.com; HOWARD.HAWKINS@CWT.com;
JASON.JURGENS@CWT.com; ELLEN.HALSTEAD@CWT.com;
HSNOVIKOFF@WLRK.com; RGMASON@WLRK.com;
IAM.ROBERTS@BAKERBOTTS.com; ICATTO@MWE.com;
IGOLDSTEIN@PROSKAUER.com; JCHUBAK@PROSKAUER.com;
ILEVEE@LOWENSTEIN.com; ILEVEE@LOWENSTEIN.com;
IRA.HERMAN@TKLAW.com; DEMETRA.LIGGINS@TKLAW.com;
ISRAEL.DAHAN@CWT.com; JACOBSONN@SEC.gov; JAMES.HEANEY@LAWDEB.com;
JAMES.MCCLAMMY@DPW.com; JAMES.SPRAYREGEN@KIRKLAND.com;
JAMES.SPRAYREGEN@KIRKLAND.com; JAR@OUTTENGOLDEN.com;
RROUPINIAN@OUTTENGOLDEN.com; JAY.HURST@OAG.STATE.TX.US;
JAY@KLEINSOLOMON.com; JBECKER@WILMINGTONTRUST.com;
JBIRD@POLSINELLI.com; JBROMLEY@CGSH.com; JCARBERRY@CL-LAW.com;
JCHRISTIAN@TOBINLAW.com; JDORAN@HASLAW.com;
JDWARNER@WARNERANDSCHEUERMAN.com;
JEANITES@WHITEANDWILLIAMS.com; JEFF.WITTIG@COAIR.com;
JEFFREY.SABIN@BINGHAM.com; JOSHUA.DORCHAK@BINGHAM.com;

33508059_1

JEFFREY.SABIN@BINGHAM.com; ROBERT.DOMBROFF@BINGHAM.com; STEVEN.WILAMOWSKY@BINGHAM.com; JEFFREY.SABIN@BINGHAM.com; RONALD.SILVERMAN@BINGHAM.com; JOSHUA.DORCHAK@BINGHAM.com; JEFFREY.SABIN@BINGHAM.com; RONALD.SILVERMAN@BINGHAM.com; STEVEN.WILAMOWSKY@BINGHAM.com; JEFFREY.SABIN@BINGHAM.com; RONALD.SILVERMAN@BINGHAM.com; STEVEN.WILAMOWSKY@BINGHAM.com; CAROL.WEINERLEVY@BINGHAM.com; JELDREDGE@VELAW.com; JENNIFER.DEMARCO@CLIFFORDCHANCE.com; JENNIFER.GORE@SHELL.com; JENNIFER.GORE@SHELL.com; JEREMY.EIDEN@AG.STATE.MN.US; JFLAXER@GOLENBOCK.com; JG5786@ATT.com; JGUY@ORRICK.com; JGUY@ORRICK.com; KORR@ORRICK.com; DFELDER@ORRICK.com; MAUSTIN@ORRICK.com; JHORGAN@PHXA.com; JHUGGETT@MARGOLISEDELSTEIN.com; JJOYCE@DRESSLERPETERS.com; JJTANCREDI@DAYPITNEY.com; JJURELLER@KLESTADT.com; JLAMAR@MAYNARDCOOPER.com; JLAWLOR@WMD-LAW.com; JLAWLOR@WMD-LAW.com; JLEE@FOLEY.com; JLIPSON@CROCKERKUNO.com; TTRACY@CROCKERKUNO.com; JLOVI@STEPTOE.com; LROMANSIC@STEPTOE.com; JLSCOTT@REEDSMITH.com; DGRIMES@REEDSMITH.com; RQURESHI@REEDSMITH.com; JMADDOCK@MCGUIREWOODS.com; JSHEERIN@MCGUIREWOODS.com; JMCGINLEY@WILMINGTONTRUST.com; JMELKO@GARDERE.com; JMERVA@FULT.com; JMR@MSF-LAW.com; JNADRITCH@OLSHANLAW.com; JNM@MCCALLARAYMER.com; JOHN.MONAGHAN@HKLAW.com; JOHN.RAPISARDI@CWT.com; JONATHAN.HENES@KIRKLAND.com; JOSEPH.SERINO@KIRKLAND.com; CHAD.HUSNICK@KIRKLAND.com; CHRISTOPHER.GRECO@KIRKLAND.com; JOSEPH.CORDARO@USDOJ.gov; JOSHUA.DORCHAK@BINGHAM.com; ERIN.MAUTNER@BINGHAM.com; JOWOLF@LAW.NYC.gov; JOY.MATHIAS@DUBAIIC.com; JPINTARELLI@MOFO.com; JPINTARELLI@MOFO.com; LMARINUZZI@MOFO.com; JPROL@LOWENSTEIN.com; JRABINOWITZ@RLTLAWFIRM.com; BROY@RLTLAWFIRM.com; JRSMITH@HUNTON.com; JSCHILLER@BSFLLP.com; JSCHWARTZ@HAHNHESSEN.com; JORBACH@HAHNHESSEN.com; JSHENWICK@GMAIL.com; JSHERMAN@BSFLLP.com; JSHICKICH@RIDDELLWILLIAMS.com; JSMAIRO@PBNLAW.com; TJFREEDMAN@PBNLAW.com; JSTOLL@MAYERBROWN.com; JSULLIVAN@MOSESSINGER.com; JTIMKO@SHUTTS.com; JTORF@SCHIFFHARDIN.com; JUDY.MORSE@CROWEDUNLEVY.com; JVAIL@SSRL.com; JWALLACK@GOULSTONSTORRS.com; DROSNER@GOULSTONSTORRS.com; GKADEN@GOULSTONSTORRS.com; JWCOHEN@DAYPITNEY.com; JWEST@VELAW.com; KAREN.WAGNER@DPW.com; JAMES.MCCLAMMY@DPW.com; KARL.GEERCKEN@ALSTON.com; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.com; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.com; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.com; KECKHARDT@HUNTON.com; KEITH.SIMON@LW.com; KEN.COLEMAN@ALLENOVERY.com; KEN.HIGMAN@HP.com;

33508059_1

KGWYNNE@REEDSMITH.com; JFALGOWSKI@REEDSMITH.com;
KIT.WEITNAUER@ALSTON.com; KKELLY@EBGLAW.com;
KLYNCH@FORMANLAW.com; KANEMA@FORMANLAW.com;
KMAYER@MCCARTER.com; KRESSK@PEPPERLAW.com;
KOVSKYD@PEPPERLAW.com; KREYNOLDS@MKLAWNYC.com;
KROSEN@LOWENSTEIN.com; KUEHN@BRAGARWEXLER.com;
KURT.MAYR@BGLLP.com; LACYR@SULLCROM.com;
LANDON@STREUSANDLANDON.com; VILLA@STREUSANDLANDON.com;
LAWALLF@PEPPERLAW.com; LBERKOFF@MORITTHOCK.com;
LEE.STREMBA@TROUTMANSANDERS.com; LGRANFIELD@CGSH.com;
LSCHWEITZER@CGSH.com; LHANDELSMAN@STROOCK.com;
DWILDES@STROOCK.com; LINDA.BOYLE@TWTELECOM.com;
LISA.KRAIDIN@ALLENOVERY.com; LJKOTLER@DUANEMORRIS.com;
LKATZ@LTBLAW.com; LKISS@KLESTADT.com; LMARINUZZI@MOFO.com;
LMAY@COLESCHOTZ.com; JDRUCKER@COLESCHOTZ.com;
LMCGOWEN@ORRICK.com; RDAVERSA@ORRICK.com; LNASHELSKY@MOFO.com;
LOIZIDES@LOIZIDES.com; LSCARCELLA@FARRELLFRITZ.com;
LSCHWEITZER@CGSH.com; LGRANFIELD@CGSH.com; MABRAMS@WILLKIE.com;
MABRAMS@WILLKIE.com; MFELDMAN@WILLKIE.com; MAOFILING@CGSH.com;
MAOFILING@CGSH.com; MAOFILING@CGSH.com; MAOFILING@CGSH.com;
MAOFILING@CGSH.com; MARC.CHAIT@SC.com; MARK.DEVENO@BINGHAM.com;
MARK.ELLENBERG@CWT.com; MARTIN.DAVIS@OTS.TREAS.gov;
MATT@WILLAW.com; MBERMAN@NIXONPEABODY.com;
MBERMAN@NIXONPEABODY.com; CDESIDERIO@NIXONPEABODY.com;
MBIENENSTOCK@DL.com; IGOLDSTEIN@DL.com; MBIENENSTOCK@DL.com;
TKARCHER@DL.com; MBIENENSTOCK@PROSKAUER.com;
JCHUBAK@PROSKAUER.com; MBLOEMSMA@MHJUR.com;
MBOSSI@THOMPSONCOBURN.com; MCADEMARTORI@SHEPPARDMULLIN.com;
MCADEMARTORI@SHEPPARDMULLIN.com; BWOLFE@SHEPPARDMULLING.com;
MCANTOR@NORMANDYHILL.com; MCORDONE@STRADLEY.com;
MCTO@DEBEVOISE.com; MCYGANOWSKI@OSHR.com; PFELDMAN@OSHR.com;
MDORVAL@STRADLEY.com; PPATTERSON@STRADLEY.com;
DJOSEPH@STRADLEY.com; JMMURPHY@STRADLEY.com; MELOROD@GTLAW.com;
MELTZERE@PEPPERLAW.com; SCHANNEJ@PEPPERLAW.com;
METKIN@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
SCARGILL@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
SCARGILL@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
STEELE@LOWENSTEIN.com; ILEVEE@LOWENSTEIN.com;
METKIN@LOWENSTEIN.com; STEELE@LOWENSTEIN.com;
ILEVEE@LOWENSTEIN.com; METKIN@LOWENSTEIN.com;
TWHEELER@LOWENSTEIN.com; MGORDON@BRIGGS.com;
MGREGER@ALLENMATKINS.com; KRODRIGUEZ@ALLENMATKINS.com;

33508059_1

MH1@MCCALLARAYMER.com; BKMAIL@PROMMIS.com; MHOPKINS@COV.com;
DCOFFINO@COV.com; ARABOY@COV.com; MICHAEL.FREGE@CMS-HS.com;
MICHAEL.KELLY@MONARCHLP.com; MICHAEL.KIM@KOBREKIM.com;
ROBERT.HENOCH@KOBREKIM.com; ANDREW.LOURIE@KOBREKIM.com;
MICHAEL.MCCRORY@BTLAW.com; MILLEE12@NATIONWIDE.com;
MILLER@TAFTLAW.com; MJEDELMAN@VEDDERPRICE.com;
MJR1@WESTCHESTERGOV.com; MLANDMAN@LCBF.com; WBALLAINE@LCBF.com;
SREE@LCBF.com; AKORNIKOVA@LCBF.com; MLICHTENSTEIN@CROWELL.com;
SEICHEL@CROWELL.com; MMENDEZ@HUNTON.com;
MMOONEY@DEILYLAWFIRM.com; MMORREALE@US.MUFG.JP;
MNEIER@IBOLAW.com; MONICA.LAWLESS@BROOKFIELDPROPERTIES.com;
MPAGE@KELLEYDRYE.com; MPOMERANTZ@JULIENANDSCHLESINGER.com;
MSCHLESINGER@JULIENANDSCHLESINGER.com;
MPRIMOFF@KAYESCHOLER.com; MPRIMOFF@KAYESCHOLER.com;
MPUCILLO@BERMANESQ.com; WZOBERMAN@BERMANESQ.com;
AOBERRY@BERMANESQ.com; MROSENTHAL@GIBSONDUNN.com;
JWEISS@GIBSONDUNN.com; MRUETZEL@WHITECASE.com;
tom.schorling@whitecase.com; leila.roeder@whitecase.com; MSCHIMEL@SJU.edu;
MSCHLESINGER@JULIENANDSCHLESINGER.com;
MSCHONHOLTZ@KAYESCHOLER.com; AALFONSO@KAYESCHOLER.com;
MSIEGEL@BROWNRUDNICK.com; MSOLOW@KAYESCHOLER.com;
MDAHLMAN@KAYESCHOLER.com; MSPEISER@STROOCK.com;
SMILLMAN@STROOCK.com; MSTAMER@AKINGUMP.com;
NLEVINE@AKINGUMP.com; MSTAMER@AKINGUMP.com;
PDUBLIN@AKINGUMP.com; MLAHAIE@AKINGUMP.com;
MSTEEL@BROWNRUDNICK.com; MVENDITTO@REEDSMITH.com;
MWARNER@COLESCHOTZ.com; MWARREN@MTB.com; NCOCO@MWE.com;
NEAL.MANN@OAG.STATE.NY.US; NEILBERGER@TEAMTOGUT.com;
SSKELLY@TEAMTOGUT.com; NEWYORK@SEC.gov;
NHERMAN@MORGANLEWIS.com; NISSAY_10259-0154@MHMJAPAN.com;
NLEPORE@SCHNADER.com; NOTICE@BKCYLAW.com; OIPRESS@TRAVELERS.com;
MLYNCH2@TRAVELERS.com; OTCCORPACTIONS@FINRA.org;
PARONZON@MILBANK.com; GBRAY@MILBANK.com;
PAUL.TURNER@SUTHERLAND.com; PEISENBERG@LOCKELORD.com;
PETER.GILHULY@LW.com; PETER.MACDONALD@WILMERHALE.com;
JEANNETTE.BOOT@WILMERHALE.com; PETER.SIMMONS@FRIEDFRANK.com;
RICHARD.TISDALE@FRIEDFRANK.com; PETER@BANKRUPT.com;
PHAYDEN@MCGUIREWOODS.com; SFOX@MCGUIREWOODS.com;
PMAXCY@SONNENSCHEIN.com; PPATTERSON@STRADLEY.com;
MCORDONE@STRADLEY.com; PPATTERSON@STRADLEY.com;
MCORDONE@STRADLEY.com; MDORVAL@STRADLEY.com; PSP@NJLAWFIRM.com;
JWH@NJLAWFIRM.com; PTRAIN-GUTIERREZ@KAPLANLANDAU.com;
ENKAPLAN@KAPLANLANDAU.com; PTROSTLE@JENNER.com;
R.STAHL@STAHLZELLOE.com; RAJ.MADAN@BINGHAM.com;
RAJOHNSON@AKINGUMP.com; RAMONA.NEAL@HP.com;
RBEACHER@PRYORCASHMAN.com; RBERNARD@FOLEY.com;

RDAVERSA@ORRICK.com; RDAVERSA@ORRICK.com; RELGIDELY@GJB-LAW.com; REXLEE@QUINNEMANUEL.com; JGENOVESE@GJB-LAW.com; PBATTISTA@GJB-LAW.com; DCIMO@GJB-LAW.com; RFLANAGAN@FLANASSOC.com; RFLEISCHER@PRYORCASHMAN.com; MJACOBS@PRYORCASHMAN.com; RFLEISCHER@PRYORCASHMAN.com; MJACOBS@PRYORCASHMAN.com; DROSE@PRYORCASHMAN.com; RFRANKEL@ORRICK.com; RWYRON@ORRICK.com; JGUY@ORRICK.com; DFELDER@ORRICK.com; RFRIEDMAN@SILVERMANACAMPORA.com; RGRAHAM@WHITECASE.com; RHETT.CAMPBELL@TKLAW.com; RHETT.CAMPBELL@TKLAW.com; MITCHELL.AYER@TKLAW.com; RICHARD.FINGARD@NEWEDGEGROUP.com; RICHARD.KRASNOW@WEIL.com; LORI.FIFE@WEIL.com; ROBERT.LEMONS@WEIL.com; JACQUELINE.MARCUS@WEIL.com; RICHARD.LEAR@HKLAW.com; RICHARD.LEVY@LW.com; RICHARD@RWMAPLC.com; RICK.MURPHY@SUTHERLAND.com; RITKIN@STEPTOE.com; KPIPER@STEPTOE.com; RLEVIN@CRAVATH.com; RMATZAT@HAHNHESSEN.com; RNETZER@WILLKIE.com; DKOZUSKO@WILLKIE.com; ROBERT.BAILEY@BNYMELLON.com; ROBERT.MALONE@DBR.com; ROBERT.YALEN@USDOJ.gov; ROBIN.KELLER@LOVELLS.com; ROBIN.KELLER@LOVELLS.com; ROGER@RNAGIOFF.com; Martin, D. Ross <ross.martin@ropesgray.com>; RREID@SHEPPARDMULLIN.com; BWOLFE@SHEPPARDMULLIN.com; RRUSSELL@ANDREWSKURTH.com; RTERENZI@STCWLAW.com; CGOLDSTEIN@STCWLAW.com; RUSSJ4478@AOL.com; RWASSERMAN@CFTC.gov; S.MINEHAN@AOZORABANK.CO.JP; SABIN.WILLETT@BINGHAM.com; SABRAMOWITZ@VELAW.com; SABVANROOY@HOTMAIL.com; SALLY.HENRY@SKADDEN.com; SAMUEL.CAVIOR@PILLSBURYLAW.com; NICKOLAS.KARAVOLAS@PILLSBURYLAW.com; SANDYSCAFARIA@EATON.com; SCHNABEL.ERIC@DORSEY.com; SCHRISTIANSON@BUCHALTER.com; SCOTT.GOLDEN@HOGANLOVELLS.com; IRA.GREENE@HOGANLOVELLS.com; SCOUSINS@ARMSTRONGTEASDALE.com; SEHLERS@ARMSTRONGTEASDALE.com; SDNYECF@DOR.MO.gov; STEVE.GINTHER@DOR.MO.gov; SEBA.KURIAN@INVESCO.com; SFELDERSTEIN@FFWPLAW.com; PPASCUZZI@FFWPLAW.com; SFINEMAN@LCHB.com; SGORDON@CAHILL.com; JLEVITIN@CAHILL.com; SGUBNER@EBG-LAW.com; CWEBER@EBG-LAW.com; SHANNON.NAGLE@FRIEDFRANK.com; RICHARD.TISDALE@FRIEDFRANK.com; SHARBECK@SIPC.org; JWANG@SIPC.org; SHARI.LEVENTHAL@NY.FRB.org; SHEEHAN@TXSCHOOLLAW.com; SIDORSKY@BUTZEL.com; SLERNER@SSD.com; SLEVINE@BROWNRUDNICK.com; SLOE@BM.net; SMAYERSON@SSD.com; SNEWMAN@KATSKYKORINS.com; SORY@FDLAW.com; JHIGGINS@FDLAW.com; SPIOTTO@CHAPMAN.com; ACKER@CHAPMAN.com; HEISER@CHAPMAN.com; SPLATZER@PLATZERLAW.com; SQUSBA@STBLAW.com; SSCHULTZ@AKINGUMP.com; SSELBST@HERRICK.com; SSHIMSHAK@PAULWEISS.com; DDAVIS@PAULWEISS.com; CHAMMERMAN@PAULWEISS.com; SSTARR@STARRANDSTARR.com; STEELE@LOWENSTEIN.com; STEPHEN.COWAN@DLAPIPER.com; STEVEN.TROYER@COMMERZBANK.com;

33508059_1

STEVEN.USDIN@FLASTERGREENBERG.com; STEVEN@BLBGLAW.com; STREUSAND@STREUSANDLANDON.com; SUSHEELKIRPALANI@QUINNEMANUEL.com; JAMESTECCE@QUINNEMANUEL.com; SCOTTSHELLEY@QUINNEMANUEL.com; ROBERTDAKIS@QUINNEMANUEL.com; SWEYL@HASLAW.com; SWOLOWITZ@MAYERBROWN.com; BTRUST@MAYERBROWN.com; SZUCH@WIGGIN.com; TANNWEILER@GREERHERZ.com; TARBIT@CFTC.gov; TDEWEY@DPKLAW.com; DPEGNO@DPKLAW.com; TDUFFY@ANDERSONKILL.com; TDUFFY@ANDERSONKILL.com; JIM@ATKINSLAWFIRM.com; TGOREN@MOFO.com; THALER@THALERGERTLER.com; THOMAS.CALIFANO@DLAPIPER.com; THOMAS_NOGUEROLA@CALPERS.CA.gov; TIM.DESIENO@BINGHAM.com; JEFFREY.BLACK@BINGHAM.com; TIMOTHY.BRINK@DLAPIPER.com; MATTHEW.KLEPPER@DLAPIPER.com; TIMOTHY.PALMER@BIPC.com; TKIRIAKOS@MAYERBROWN.com; TLAURIA@WHITECASE.com; TMACWRIGHT@WHITECASE.com; AVENES@WHITECASE.com; TMARRION@HASLAW.com; TNIXON@GKLAW.com; JHERZOG@GKLAW.com; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.gov; MIMI.M.WONG@IRSCOUNSEL.TREAS.gov; TOMWELSH@ORRICK.com; TSLOME@MSEK.com; TUNRAD@BURNSLEV.com; VMILIONE@NIXONPEABODY.com; VMILIONE@NIXONPEABODY.com; WALTER.STUART@FRESHFIELDS.com; PATRICK.OH@FRESHFIELDS.com; WANDA.GOODLOE@CBRE.com; WBENZIJA@HALPERINLAW.net; JDYAS@HALPERINLAW.net; WCHEN@TNSJ-LAW.com; AGOLDSTEIN@TNSJ-LAW.com; JMAKOWER@TNSJ-LAW.com; WCURCHACK@LOEB.com; VRUBINSTEIN@LOEB.com; DBESIKOF@LOEB.com; WDASE@FZWZ.com; WILL.SUGDEN@ALSTOM.com; WILLIAM.M.GOLDMAN@DLAPIPER.com; WISOTSKA@PEPPERLAW.com; WK@PWLAWYERS.com; WMAHER@WMD-LAW.com; RRAINER@WMD-LAW.com; WMARCARI@EBGLAW.com; SLERMAN@EBGLAW.com; WMCKENNA@FOLEY.com; WSILVERM@OSHR.com; PFELDMAN@OSHR.com; WSWEARINGEN@LLF-LAW.com; WTAYLOR@MCCARTER.com; WWEINTRAUB@FKLAW.com; LGOTKO@FKLAW.com; ABEAUMONT@FKLAW.com; KJARASHOW@FKLAW.com; YAMASHIRO@SUMITOMOTRUST.CO.JP; YUWATOKO@MOFO.com

33508059_1