UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## JANUARY 2013 POST-EFFECTIVE OPERATING REPORT

JANUARY 2013
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o WILLIAM J. FOX<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o HARVEY R. MILLER, LORI R. FIFE<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date: February 26, 2013

Indicate if this is an amended statement by checking here:    AMENDED STATEMENT ☐

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………… 3

Lehman Brothers Holdings Inc. ("LBHI") and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. 4
    Schedule of Cash Receipts and Disbursements ……………………………………………………..... 6

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 10
    Schedule of Professional Fee and Expense Disbursements ……………………………………………..... 11

**SCHEDULE OF DEBTORS**

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

|  | **Case No.** | **Date Filed** |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc.("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

**The Company has established an email address to receive questions from readers regarding this presentation. The Company plans to review questions received and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome, the Company shall endeavor to post a response (maintaining the anonymity of the question origination) on the Epiq website maintained for the Company, www.lehman-docket.com. The Company assumes no obligation to respond to e-mail inquiries. Please provide questions in clear language with document references, and email to QUESTIONS@lehmanholdings.com.**

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**JANUARY 1, 2013 – JANUARY, 31 2013**

The information and data included in this January 2013 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company").  The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad and excludes Aurora Bank FSB, which is indirectly controlled by LBHI.  LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors".  The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects.  This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.  Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include cash in demand-deposit accounts (DDA), money-market funds (MMF), treasury bills and other investments.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity;
   - Cash related to LBHI's wholly-owned indirect subsidiary Aurora Bank FSB;
   - Cash held at real estate owned properties or at third real estate party managers; and
   - Cash held at Archstone Enterprise LP and its subsidiaries.

5. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of January 31, 2013:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims | $ 2,010 | $ 2,235 | $ 64 | $ 1,494 | $ 5,803 | $ - | $ 5,803 |
| Priority tax claims | 2,200 | 117 | 0 | 5 | 2,322 | - | 2,322 |
| Distributions on Allowed Claims (not remitted) [1] | 130 | 138 | 137 | 8 | 412 | - | 412 |
| Secured, Admin, Priority Claims and Other [2] | 1,429 | 41 | 67 | 26 | 1,563 | - | 1,563 |
| Subtotal, Claims Reserves | 5,769 | 2,531 | 268 | 1,532 | 10,100 | - | 10,100 |
| Cash pledged to JPMorgan (CDA) [3] | 316 | - | - | - | 316 | - | 316 |
| Citigroup and HSBC [4] | 2,039 | - | - | - | 2,039 | - | 2,039 |
| Woodlands and LB Bancorp [5] | - | - | - | - | - | 596 | 596 |
| Other [6] | 265 | 1 | 48 | 32 | 346 | 115 | 462 |
| Total | $ 8,388 | $ 2,532 | $ 316 | $ 1,564 | $ 12,800 | $ 712 | $ 13,512 |

Totals may not foot due to rounding.

(1) Represents distributions to creditors of Allowed Claims that were not paid related to the first distribution on April 17, 2012 and the second distribution on October 1, 2012. The $412 million is comprised of approximately $234 million for distributions held pending resolution on various items described in settlement agreements with certain Non-Controlled Affiliates and approximately $178 million related to (i) claimants who failed to submit the proper taxpayer identification number forms and/or Office of Foreign Asset Control ("OFAC") forms and (ii) resolution of other open items.

(2) Includes approximately $1.2 billion reserved at LBHI for a disputed claim of the Federal Home Loan Mortgage Corporation that was asserted with priority status, $172 million related to post-petition intercompany payables, $90 million related to secured claims, $28 million related to administrative claims and $65 million related to other administrative activity and other.

(3) Represents $316 million of cash deposited into accounts by LBHI and pledged to JPMorgan ("JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, clearance exposures, derivative exposures and contingent letters of credit exposures, pending resolution of these items.

(4) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $31 million, including interest earned thereon.

(5) Represents cash at Woodlands Commercial Corporation ("Woodlands") of $564 million and its parent company, Lehman Brothers Bancorp Inc., a savings and loan holding company, of $32 million, subject to various regulations and supervision by the Federal Reserve Board of Governors.

(6) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $105 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $117 million; (iii) cash collected by LCPI on behalf of a third party of $44 million related to a loan participation agreement; (iv) net cash collections on assets reported on the books of LBHI and LCPI related to Intercompany-Only Repurchase transactions of approximately $14 million; (v) cash received by LBHI related to securities transferred to LBHI under the CDA with JPM of approximately $43 million; and (vi) other cash required to be restricted by various agreements of $139 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. unfunded loans or anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**January 1, 2013 - January 31, 2013**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (1/1/13)** | $ 1,912 | $ 851 | $ 1,194 | $ 107 | $ 4,065 | $ 378 | $ 58 | $ 1,518 | $ 1,954 | $ 6,019 |
| Restricted Cash | 8,379 | 2,540 | 315 | 1,564 | 12,799 | - | - | 707 | 707 | 13,506 |
| **Beginning Total Cash and Investments** | 10,292 | 3,391 | 1,509 | 1,672 | 16,864 | 378 | 58 | 2,225 | 2,661 | 19,525 |
| **Sources of Cash** | | | | | | | | | | |
| Commercial Real Estate | 40 | - | 16 | - | 56 | - | 27 | 10 | 36 | 92 |
| Loans (Corporate and Residential) | 78 | - | 106 | - | 184 | - | 2 | 2 | 4 | 189 |
| Private Equity / Principal Investing | 179 | - | 0 | - | 179 | 184 | - | 1 | 185 | 364 |
| Derivatives | - | 165 | - | 0 | 165 | - | - | 2 | 2 | 167 |
| Receipts from Affiliates | 99 | 1 | - | 4 | 104 | - | - | 0 | 0 | 104 |
| Other | (9) | 0 | 1 | 0 | (8) | 0 | 0 | 1 | 1 | (7) |
| **Total Sources of Cash** | 388 | 166 | 123 | 4 | 680 | 184 | 29 | 15 | 228 | 909 |
| **Uses of Cash** | | | | | | | | | | |
| Non-Operating | | | | | | | | | | |
| Commercial Real Estate | (3) | - | (2) | (0) | (5) | - | (1) | (6) | (7) | (12) |
| Loans (Corporate and Residential) | (33) | - | (0) | - | (33) | - | - | (1) | (1) | (34) |
| Private Equity / Principal Investing | - | - | - | - | - | (1) | - | - | (1) | (1) |
| Derivatives | - | (0) | - | - | (0) | - | - | - | - | (0) |
| Payments to Creditors | - | (9) | - | - | (9) | - | - | (29) | (29) | (38) |
| Other | (0) | (0) | (0) | (0) | (0) | - | - | (0) | (0) | (0) |
| Operating Expenses | (37) | (1) | (0) | (0) | (38) | (0) | (0) | (7) | (7) | (45) |
| **Total Uses of Cash** | (73) | (9) | (2) | (0) | (84) | (1) | (1) | (43) | (45) | (130) |
| **Net Cash Flow** | 315 | 156 | 121 | 4 | 596 | 184 | 28 | (28) | 183 | 779 |
| Inter-Company Transfers, Net | 53 | 0 | 31 | 24 | 108 | 2 | 20 | (130) | (108) | (0) |
| Transfers from (to) Securitization Trustee | 18 | - | (1) | - | 17 | - | - | - | - | 17 |
| Loan Agencies, Net | (0) | - | 1 | - | 1 | - | - | - | - | 1 |
| FX Fluctuation | 1 | 0 | (1) | 0 | (0) | (0) | - | (3) | (3) | (3) |
| **Ending Total Cash and Investments** | 10,678 | 3,548 | 1,661 | 1,700 | 17,586 | 564 | 106 | 2,064 | 2,734 | 20,319 |
| Restricted Cash | (8,388) | (2,532) | (316) | (1,564) | (12,800) | - | - | (712) | (712) | (13,512) |
| **Ending Free Cash and Investments (1/31/13)** | $ 2,289 | $ 1,016 | $ 1,345 | $ 135 | $ 4,785 | $ 564 | $ 106 | $ 1,352 | $ 2,022 | $ 6,807 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**January 1, 2013 - January 31, 2013**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | | | | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total | |
| **Beginning Free Cash and Investments (1/1/13)** | | $ 1,912 | $ 851 | $ 1,194 | $ 107 | $ 4,065 | $ 378 | $ 58 | $ 1,518 | $ 1,954 | $ 6,019 |
| Restricted Cash | | 8,379 | 2,540 | 315 | 1,564 | 12,799 | - | - | 707 | 707 | 13,506 |
| **Beginning Total Cash and Investments** | | 10,292 | 3,391 | 1,509 | 1,672 | 16,864 | 378 | 58 | 2,225 | 2,661 | 19,525 |
| **Sources of Cash** | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
|   Principal | (a) | 36 | - | 14 | - | 50 | - | 24 | 8 | 33 | 82 |
|   Interest | | 4 | - | 2 | - | 6 | - | 2 | 1 | 4 | 10 |
| Loans (Corporate and Residential) | | | | | | | | | | | |
|   Principal | (b) | 73 | - | 104 | - | 176 | - | 2 | 1 | 3 | 179 |
|   Interest | | 5 | - | 3 | - | 8 | - | 0 | 1 | 2 | 10 |
| Private Equity / Principal Investing | | | | | | | | | | | |
|   Principal | (c) | 179 | - | - | - | 179 | 181 | - | 1 | 182 | 360 |
|   Interest and Dividends | | - | - | 0 | - | 0 | 3 | - | - | 3 | 4 |
| Derivatives | | | | | | | | | | | |
|   Return / (Posting) of Hedging Collateral, net | | - | 9 | - | - | 9 | - | - | 2 | 2 | 11 |
|   Collections from Live / Terminated Trades | (d) | - | 156 | - | 0 | 156 | - | - | - | - | 156 |
|   Other | | - | 0 | - | - | 0 | - | - | - | - | 0 |
| Receipts from Affiliates | | | | | | | | | | | |
|   Distributions from Non-Controlled Affiliates | (e) | 99 | 1 | - | 4 | 104 | - | - | 0 | 0 | 104 |
| Other | | | | | | | | | | | |
|   Interest | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|   Other | (f) | (9) | - | 1 | 0 | (8) | 0 | - | 0 | 0 | (8) |
| **Total Sources of Cash** | | 388 | 166 | 123 | 4 | 680 | 184 | 29 | 15 | 228 | 909 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**January 1, 2013 - January 31, 2013**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors |  |  |  |  | Debtor-Controlled Entities |  |  |  | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | LB I Group | PAMI | Other | Total |  |
| **Uses of Cash** | | | | | | | | | | | |
| Non-Operating | | | | | | | | | | | |
| Commercial Real Estate | | | | | | | | | | | |
|   Preservation of Assets | | (3) | - | (2) | (0) | **(5)** | - | (1) | (6) | **(7)** | **(12)** |
| Loans (Corporate and Residential) | | | | | | | | | | | |
|   Preservation of Assets | (g) | (33) | - | (0) | - | **(33)** | - | - | (1) | **(1)** | **(34)** |
| Private Equity / Principal Investing | | | | | | | | | | | |
|   Capital Calls | | - | - | - | - | **-** | (1) | - | - | **(1)** | **(1)** |
| Derivatives | | | | | | | | | | | |
|   Payments on Live Trades | | - | (0) | - | - | **(0)** | - | - | - | **-** | **(0)** |
| Payments to Creditors | | | | | | | | | | | |
|   Plan Distributions | (h) | - | (9) | - | - | **(9)** | - | - | - | **-** | **(9)** |
|   Payments to Creditors - Non Controlled Affiliates | (i) | - | - | - | - | **-** | - | - | (29) | **(29)** | **(29)** |
| Other | | | | | | | | | | | |
|   Other | | (0) | (0) | (0) | (0) | **(0)** | - | - | (0) | **(0)** | **(0)** |
| Operating Expenses | (j) | | | | | | | | | | |
|   Compensation and Benefits | (k) | (20) | - | - | - | **(20)** | - | - | (5) | **(5)** | **(26)** |
|   Professional Fees | | (11) | - | (0) | - | **(12)** | (0) | - | (1) | **(1)** | **(12)** |
|   Other | (l) | (6) | (1) | (0) | (0) | **(6)** | (0) | (0) | (1) | **(1)** | **(7)** |
| **Total Uses of Cash** | | **(73)** | **(9)** | **(2)** | **(0)** | **(84)** | **(1)** | **(1)** | **(43)** | **(45)** | **(130)** |
| **Net Cash Flow** | | **315** | **156** | **121** | **4** | **596** | **184** | **28** | **(28)** | **183** | **779** |
|   Inter-Company Receipts | (m) | 100 | 0 | 32 | 24 | **156** | 2 | 20 | 42 | **65** | **221** |
|   Inter-Company Disbursements | (m) | (47) | (0) | (0) | (0) | **(48)** | (0) | - | (173) | **(173)** | **(221)** |
|   Transfers from (to) Securitization Trustee | (n) | 18 | - | (1) | - | **17** | - | - | - | **-** | **17** |
|   Loan Agencies, Net | | (0) | - | 1 | - | **1** | - | - | - | **-** | **1** |
|   FX Fluctuation | | 1 | 0 | (1) | 0 | **(0)** | (0) | - | (3) | **(3)** | **(3)** |
| **Ending Total Cash and Investments** | (o) | 10,678 | 3,548 | 1,661 | 1,700 | 17,586 | 564 | 106 | 2,064 | 2,734 | 20,319 |
| Restricted Cash | | (8,388) | (2,532) | (316) | (1,564) | (12,800) | - | - | (712) | (712) | (13,512) |
| **Ending Free Cash and Investments (1/31/13)** | | $ 2,289 | $ 1,016 | $ 1,345 | $ 135 | $ 4,785 | $ 564 | $ 106 | $ 1,352 | $ 2,022 | $ 6,807 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".

8

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**January 1, 2013 - January 31, 2013**

Unaudited ($)

**Notes:**

(a)  Primarily includes cash received from asset sales and principal paydowns related to Commercial Real Estate assets.

(b)  Primarily reflects cash received from asset sales and principal paydowns related to Corporate Loan assets. Cash collections for LBHI includes approximately $66 million related to the sale of debentures of various issuers purchased as a result of exercising call warrants.

(c)  Cash collections primarily relate to (i) redemptions and principal distributions from GP and LP stakes in private equity and hedge funds and (ii) $97 million proceeds at LB I Group from the paydown of Varel International loan.

(d)  Includes collections on live and terminated trades, net of purchases of SPV notes.

(e)  Primarily includes distributions received from Korea Central Mortgage Inc.

(f)  Primarily includes net return / (posting) of collateral for FX hedging.

(g)  Reflects a cash payment to exercise call warrants to purchase debentures. These warrants were transferred to LBHI as part of the Collateral Disposition Agreement (CDA) with JPMorgan in 2010. The Company intends to sell the debentures over the next few months.

(h)  Reflects the disbursement to a secured noteholder on derivative trades that collateralized the notes.

(i)  Primarily includes disbursements to LB Asia Holdings.

(j)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(k)  Compensation and Benefits includes Company's employee expenses as well as monthly fees paid to Alvarez & Marsal (A&M) as interim management. Compensation and Benefits includes bonus payments of approximately $11 million to Lehman employees for services performed in 2012.

(l)  Primarily includes expenses related to outsourced services and IT, occupancy, taxes, insurance and other operating disbursements.

(m)  Primarily includes partial repayments on intercompany balances, dividend distributions and other administrative activities.

(n)  Reflects cash receipts for quarterly payments related to the Verano securitization.

(o)  Debtor-Controlled Entities - Other - amount includes $630 million of cash balances at Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. ("LBHI") AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**JANUARY 1, 2013 – JANUARY 31, 2013**

The information and data included in this January 2013 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad, and Aurora Bank FSB, which is indirectly controlled by LBHI. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

4. This Operating Report includes disbursements for services rendered on or prior to March 6, 2012 ("Pre-Effective Date") and subsequent to March 6, 2012 ("Post-Effective Date"). Professional fees incurred Post- Effective Date are paid in accordance with the terms of the engagement of each professional as agreed to with LBHI, as Plan Administrator.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Other Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**January 2013 (a)**

Unaudited ($ in thousands)

|  |  | Jan-2013 |  |
|---|---|---:|---|
| Alvarez & Marsal LLC | Interim Management | $ 4,638 | |
| **Post-Effective Date Professional Fees** | | | |
| Bingham McCutchen LLP | Special Counsel - Tax | 951 | |
| Dechert LLP | Special Counsel - Real Estate | 143 | |
| FTI Consulting Inc. | Financial Advisor - Creditors & Tax | 1,266 | |
| Houlihan Lokey Howard & Zukin Capital Inc. | Investment Banking Advisor | 109 | |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 859 | |
| Reilly Pozner LLP | Special Counsel - Mortgage Litigation and Claims | 235 | |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 4,031 | |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives | 67 | |
| US Trustee Quarterly Fees | | 197 | |
| Other Professionals - Legal | Various | 2,083 | (b) |
| Other Professionals - Non-Legal | Various | 1,490 | (b) |
| Other Professionals - Asia | Various | 427 | (b) |
| Sub-total Post-Effective Professional Fees | | **11,858** | |
| **Total Post-Effective Date Professional Fees** | | **16,495** | (c) |
| Total Pre-Effective Professional Fees | | **337** | (d) |
| **Total Pre and Post-Effective Date Professional Fees** | | **$ 16,832** | (c) |

(a) Additional professional fee expenses have been incurred and are being reviewed by the Company; these expenses will be reflected in future Operating Reports.
(b) Includes disbursements to over 100 vendors of which the majority of these payments were less than $150,000.
(c) Includes fees paid to Alvarez & Marsal LLC as interim management.
(d) Reflects disbursements made in January that were incurred Pre-Effective Date.