TO:         Clerk, United States Bankruptcy Court, Southern District of New York
AND TO:     LEHMAN BROTHERS HOLDINGS INC.

Case No. 08-13555

NOMURA CORPORATE FUNDING AMERICAS, LLC ("**Seller**"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to TCA SPV I LLC and its successors and assigns ("**Buyer**"), all of Seller's right, title and interest in and to Proof of Claim No. 17266 against LEHMAN BROTHERS HOLDINGS INC. (the "**Claim**") filed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 20th day of February, 2013.

**SELLER:**

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____

Name: Vincent Primiano

Title: Managing Director

**BUYER:**

TCA SPV I LLC

By: Taconic Capital Advisors LP, as Investment Manager

By: _____

Name: _____

Title: James Thompson
         Principal

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TCA SPV I LLC</u>    <u>Nomura Corporate Funding Americas LLC</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>17266</u>
should be sent:    Amount of Claim Transferred: <u>$5,099,947.22</u>
    Date Claim Filed: <u>September 18, 2010</u>
    Debtor: <u>Lehman Brothers Holdings Inc.</u>

TCA SPV I LLC
c/o Taconic Capital Advisors LLC
450 Park Avenue, 9th Floor
New York, NY 10022, USA
Attn:  Alexandra Grigos
Email:  agrigos@taconiccap.com
Phone:  212.209.3125

With a copy to:

Schulte Roth & Zabel LLP
919 Third Ave.
New York, New York 10022, USA
Attn:  David Karp
Email:  david.karp@srz.com
Phone:  212.756.2175

Phone:_____          Phone:_____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ James Thompson_____          Date: __Feb. 20, 2013_____
      Name of Transferee/Transferee's Agent
      Principal

Acknowledged and Agreed:

By: /s/ Solomon J. Noh_____          Date: __Feb. 20, 2013_____
      Name of Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.