WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x

| | |
|---|---|
| **In re** | : **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : **08-13555 (JMP)** |
| | : |
| Debtors. | : **(Jointly Administered)** |

------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON FEBRUARY 28, 2013 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

   Response Deadline:   October 13, 2011 at 4:00 p.m.

   Response Received:

   A.   Response of Carol Bunevich **[ECF No. 20819]**

   Related Documents:   None.

   Status:  This matter is going forward on an uncontested basis solely with respect to the claim of Carol Bunevich (Claim No. 67591).

II.    **CONTESTED MATTERS:**

2.    Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No. 32163]**

Response Deadline:    January 9, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Plan Administrator **[ECF No. 33722]**

Related Documents:

    B.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 32863]**

    C.    Affidavit of Herb Baer Regarding Checks to Traxis Emerging Markets Opportunities Fund LP and Traxis Fund LP **[ECF No. 33716]**

    D.    Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator **[ECF No. 33822]**

    E.    Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33823]**

    F.    Affidavit of James Pastrana in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33824]**

    G.    Affidavit of Carolyn Frederick in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33825]**

    H.    Affidavit of Arlene Alves in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33826]**

Status:    This matter is going forward on a contested basis.

US_ACTIVE:\44202572\2\58399.0008

### III.  ADJOURNED MATTERS:

3. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

   Response Deadline:   October 27, 2010 at 4:00 p.m.

   Response Received:

   A.  Response of California Department of Water Resources **[ECF No. 12151]**

   Related Documents:   None.

   Status:  This matter is adjourned to March 28, 2012 solely with respect to the claim of California Department of Water Resources (Claim No. 35944).

4. Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

   Response Deadline:   March 16, 2011 at 4:00 p.m.

   Response Received:

   A.  Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

   Related Documents:

   B.  Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

   C.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

   D.  Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

   Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to* Claims filed on February 20, 2013 [ECF No. 34887] has been adjourned to March 28, 2013 at 10:00 a.m.

3

5. Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

   Response Deadline:   May 18, 2011 at 4:00 p.m.

   Response Received:

       A.    Response of Wilmington Trust Company **[ECF No. 17886]**

   Related Document:

       B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

   Status: The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on February 20, 2013 [ECF No. 34889] has been adjourned to March 28, 2013 at 10:00 a.m.

6. Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

   Response Deadline:   June 15, 2011 at 4:00 p.m.

   Responses Received:   None.

   Status: The hearing for Claim Nos. 12589 and 12590 has been adjourned to March 28, 2013 at 10:00 a.m..

7. Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

   Response Deadline:   September 20, 2011 at 4:00 p.m.

   Resolved Response:

       A.    Response of Steven G. Holder Living Trust **[ECF No. 24233]**

   Adjourned Responses:

       B.    Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

       C.    Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

4

Related Documents:

    D.    Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

    E.    Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

    F.    Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

Status: This matter has been adjourned to March 28, 2013 at 10:00 a.m..

8. Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims **[ECF No. 19902]**

Response Deadline:   October 13, 2011 at 4:00 p.m.

Response Received:

    A.    Response of AllianceBernstein L.P. to Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20799]**

Related Documents:

    B.    Notice of Hearing on One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30857]**

    C.    LBHI's Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

    D.    Supplemental Declaration of James P. Wallin In Support of Response of AllianceBernstein L.P **[ECF No. 32636]**

    E.    Amendment to Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 34240]**

Status: The hearing on the objection to Claim No. 43934 has been adjourned to a date to be determined.

5

9. Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

   Response Deadline:    November 13, 2012 at 4:00 p.m.

   Adjourned Response:

   A.   Response of ING AM Interfinance Services B.V. **[ECF No. 32034]**

   Status:  The hearing with respect to the Response of ING AM Interfinance Services B.V has been adjourned to March 28, 2013 at 10:00 a.m.

10. Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32651]**

    Response Deadline:    January 9, 2013 at 4:00 p.m.

    Status:  This matter has been adjourned to date to be determined.

11. Three Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32890]**

    Response Deadline:    January 16, 2013 at 4:00 p.m.

    Status:  This matter has been adjourned to date to be determined.

12. Three Hundred Eighty-Ninth Omnibus Objection to Claims (Reduce and Allow Claims) **[ECF No. 34043]**

    Response Deadline:    February 19, 2013 at 4:00 p.m.

    Response Received:

    A.   Response of Longhorn Credit Funding LLC **[ECF No. 34743]**

    Status:  This matter has been adjourned (i) to March 28, 2013 at 10:00 a.m. solely with respect to the claim of Dav-El Reservations System, Inc. (Claim No. 24929) and (ii) to April 25, 2013 at 10:00 p.m. solely with respect to the claim of Longhorn Credit Funding LLC (Claim No. 4378).

13. Debtors' Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34044]**

    Response Deadline:    February 19, 2013 at 4:00 p.m.

6

Response Received:

    A.    Response of Preferred Residential Securities 06-1 PLC (Claim Nos. 34224 and 34225)

Status:  This matter has been adjourned to March 28, 2013 at 10:00 a.m.

14. Plan Administrators' Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 34303]**

Response Deadline:  February 21, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Deborah E. Focht **[ECF No. 35026]**

Status:  This matter has been adjourned to March 28, 2013 at 10:00 a.m.

15. Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 29721 and 29748 **[ECF No. 33647]**

Response Received:  None.

Status:  This matter has been adjourned to April 25, 2013 at 10:00 a.m.

16. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:  October 17, 2011 at 4:00 p.m.

Response Received:

    A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

7

Related Documents:    None.

Status:  The hearing on the objection to the claim identified above has been adjourned to March 28, 2013 at 10:00 a.m.

Dated:  January 27, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates