UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :
                                                               :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                                                               :
                                            Debtors.           :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbered 16854 against Lehman Brothers Holdings Inc. ("LBHI") by Prudential Investment Management, Inc., in its capacity as investment advisor on behalf of Pru Alpha Fixed Income Opportunity Master Fund I, L.P. (the "Claimant"), filed in an amount of no less than $4,715,571.57 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned representative, the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. For the avoidance of any doubt, this withdrawal does not relate to any other claims, including proof of claim numbered 16859, which was allowed by an order of this Court dated October 6, 2011 [Docket No. 20630]. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

14292887

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws with prejudice the subpoena directed to the Claimant, the issuance of which was noticed in a filing with this Court on January 29, 2013 [Docket No. 34308].

Dated: February 27, 2013
New York, New York

/s/ David M. Turetsky
David M. Turetsky
Max S. Polonsky
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Pru Alpha Fixed Income Opportunity Master Fund I, L.P.*

/s/ L. P. Harrison 3rd
L. P. Harrison 3rd

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

14292887