WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re  : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  : 08-13555 (JMP)
: 
Debtors.  : (Jointly Administered)
: 
: 
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF CLAIM OBJECTION WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that the *Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims)* [ECF No. 11305] is hereby withdrawn without prejudice *solely* with respect to the claim of California Department of Water Resources (Claim No. 35944).

Dated: February 27, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and certain of its affiliates

US_ACTIVE:\44206576\1\58399.0011