WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

--------------------------------------------------------------------------------x

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON FEBRUARY 28, 2013 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

**I.    <u>UNCONTESTED MATTERS</u>:**

1.    One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 19902]**

Response Deadline:    October 13, 2011 at 4:00 p.m.

<u>Response Received</u>:

A.    Response of Carol Bunevich **[ECF No. 20819]**

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter is going forward on an uncontested basis solely with respect to the claim of Carol Bunevich (Claim No. 67591).

2.    Three Hundred Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 34042]**

<u>Response Deadline</u>:    February 19, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Jeremy Davis **[ECF No. 34783]**

Related Documents: None.

Status:  This matter is going forward on an uncontested basis with respect to all claims identified on the Objection other than those claims for which the Objection has been adjourned or otherwise resolved.

## II.    <u>CONTESTED MATTERS</u>:

3.    Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Compel Debtors to Reissue Distribution Checks for Allowed Claims **[ECF No. 32163]**

Response Deadline:    January 9, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Plan Administrator **[ECF No. 33722]**

Related Documents:

    B.    Statement of Official Committee of Unsecured Creditors in Support of Motion **[ECF No. 32863]**

    C.    Affidavit of Herb Baer Regarding Checks to Traxis Emerging Markets Opportunities Fund LP and Traxis Fund LP **[ECF No. 33716]**

    D.    Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP to Response of Plan Administrator **[ECF No. 33822]**

    E.    Affidavit of Adam Jaffe in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33823]**

    F.    Affidavit of James Pastrana in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33824]**

    G.    Affidavit of Carolyn Frederick in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33825]**

2

H.       Affidavit of Arlene Alves in Support of the Reply of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP **[ECF No. 33826]**

Status:  This matter is going forward on a contested basis.

## III.    ADJOURNED MATTERS:

4.      Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 11305]**

Response Deadline:    October 27, 2010 at 4:00 p.m.

Response Received:

A.       Response of California Department of Water Resources **[ECF No. 12151]**

Related Documents:    None.

Status:  This matter is adjourned to March 28, 2012 solely with respect to the claim of California Department of Water Resources (Claim No. 35944).

5.      Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

Response Deadline:    March 16, 2011 at 4:00 p.m.

Response Received:

A.       Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

Related Documents:

B.       Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

C.       Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

D.       Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

US_ACTIVE:\44202572\2\58399.0008

<u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to Claims* filed on February 20, 2013 [ECF No. 34887] has been adjourned to March 28, 2013 at 10:00 a.m.

6.      Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

   <u>Response Deadline</u>:    May 18, 2011 at 4:00 p.m.

   <u>Response Received</u>:

      A.      Response of Wilmington Trust Company **[ECF No. 17886]**

   <u>Related Document</u>:

      B.      Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

   <u>Status</u>:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on February 20, 2013 [ECF No. 34889] has been adjourned to March 28, 2013 at 10:00 a.m.

7.      Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

   <u>Response Deadline</u>:    June 15, 2011 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Status</u>:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to March 28, 2013 at 10:00 a.m..

8.      Debtors' One Hundred Eighty-Second Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 19398]**

   <u>Response Deadline</u>:    September 20, 2011 at 4:00 p.m.

   <u>Resolved Response</u>:

      A.      Response of Steven G. Holder Living Trust **[ECF No. 24233]**

   <u>Adjourned Responses</u>:

      B.      Response of New York City Municipal Water Finance Authority **[ECF No. 20138]**

4

       C.      Response of Windermere Private Placement I S.A. **[ECF No. 20137]**

Related Documents:

       D.      Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 20630]**

       E.      Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 21350]**

       F.      Second Supplemental Order Granting Debtors' One Hundred Eighty-Second Objection to Claims (Valued Derivative Claims) **[ECF No. 23042]**

Status:  This matter has been adjourned to March 28, 2013 at 10:00 a.m..

9.    Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims **[ECF No. 19902]**

Response Deadline:    October 13, 2011at 4:00 p.m.

Response Received:

       A.      Response of AllianceBernstein L.P. to Debtors' One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 20799]**

Related Documents:

       B.      Notice of Hearing on One Hundred Ninety-Eighth Omnibus Objection to Claims (Late-Filed Claims) **[ECF No. 30857]**

       C.      LBHI's Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 31705]**

       D.      Supplemental Declaration of James P. Wallin In Support of Response of AllianceBernstein L.P **[ECF No. 32636]**

       E.      Amendment to Reply to Responses of AllianceBernstein L.P. to Debtors' One Hundred Forty-Third and One Hundred Ninety-Eighth Omnibus Objections to Claims (Late-Filed Claims) **[ECF No. 34240]**

US_ACTIVE:\44202572\2\58399.0008

<u>Status</u>:  The hearing on the objection to Claim No. 43934 has been adjourned to a date to be determined.

10.  Three Hundred Sixtieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

<u>Response Deadline</u>:    November 13, 2012 at 4:00 p.m.

<u>Adjourned Response</u>:

        A.        Response of ING AM Interfinance Services B.V. **[ECF No. 32034]**

<u>Status</u>:  The hearing with respect to the Response of ING AM Interfinance Services B.V has been adjourned to March 28, 2013 at 10:00 a.m.

11.  Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32651]**

<u>Response Deadline</u>:    January 9, 2013 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to date to be determined.

12.  Three Hundred Eighty-Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 32890]**

<u>Response Deadline</u>:    January 16, 2013 at 4:00 p.m.

<u>Status</u>:  This matter has been adjourned to date to be determined.

13.  Three Hundred Eighty-Ninth Omnibus Objection to Claims (Reduce and Allow Claims) **[ECF No. 34043]**

<u>Response Deadline</u>:    February 19, 2013 at 4:00 p.m.

<u>Response Received</u>:

        A.        Response of Longhorn Credit Funding LLC **[ECF No. 34743]**

<u>Status</u>:  This matter has been adjourned (i) to March 28, 2013 at 10:00 a.m. solely with respect to the claim of Dav-El Reservations System, Inc. (Claim No. 24929) and (ii) to April 25, 2013 at 10:00 p.m. solely with respect to the claim of Longhorn Credit Funding LLC (Claim No. 4378).

14.  Debtors' Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34044]**

<u>Response Deadline</u>:    February 19, 2013 at 4:00 p.m.

US_ACTIVE:\44202572\2\58399.0008

Response Received:

    A.    Response of Preferred Residential Securities 06-1 PLC (Claim Nos. 34224 and 34225)

Status:  This matter has been adjourned to March 28, 2013 at 10:00 a.m.

15.    Plan Administrators' Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 34303]**

Response Deadline:    February 21, 2013 at 4:00 p.m.

Response Received:

    A.    Response of Deborah E. Focht **[ECF No. 35026]**

Status:  This matter has been adjourned to March 28, 2013 at 10:00 a.m.

16.    Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 29721 and 29748 **[ECF No. 33647]**

Response Received:    None.

Status:  This matter has been adjourned to April 25, 2013 at 10:00 a.m.

17.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

Response Received:

    A.    Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

US_ACTIVE:\44202572\2\58399.0008

<u>Related Documents</u>:    None.

<u>Status</u>:  The hearing on the objection to the claim identified above has been adjourned to March 28, 2013 at 10:00 a.m.


Dated:  January 27, 2013
        New York, New York

                                       /s/ Robert J. Lemons
                                       Robert J. Lemons
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone:  (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of Its Affiliates