UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                                 Debtors.                         :
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 33972, 34552,
                                                                       34555, 34556, 34569, 34572-34575,
                                                                       34587-34589, 34607, 34609, 34621,
                                                                       34623, 34626, 34633, 34638, 34640,
                                                                       34644-34646, 34650-34653, 34655-
                                                                       34657, 34659, 34660, 34663-34670,
                                                                       34761

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         /s/ *Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33972, 34552, 34555...34663-34670, 34761_AFF_2-18-13.doc

EXHIBIT A

08-13555-mg    Doc 35606    Filed 02/27/13    Entered 02/27/13 22:49:53    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
In re                                              |  Chapter 11 Case No.
                                                   |
LEHMAN BROTHERS HOLDINGS INC., et al.,             |  08-13555 (JMP)
                                                   |
                                                   |  (Jointly Administered)
                   Debtors.                        |
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 55854-99 in the above referenced case and in the amount of
    $80,000.00    allowed at $80,599.99       has been transferred **(unless previously expunged by court order)**

```
     ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: RICHARD FELS
     227 SUNSET AVENUE
     RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34646        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/18/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 18, 2013.

# EXHIBIT B

```
TIME: 12:00:45                                          LEHMAN BROTHERS HOLDING INC.                                      PAGE:   1
DATE: 02/18/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BANCA FIDEURAM S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: EMANUELE CASTRO LEGAL DEPARTMENT P.LE G. DOUHET 31 ROMA 00143 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO SPA ATTN: VALERIE VIGANO SERVIZIO AMMINISTRAZIONE TITOLI VIA ROSELLINI 16 MILAN 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MALDONADO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTRICA ENERGY LTD ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| CASSA DI RISPARMIO DI FIRENZE S.P.A. | TRANSFEROR: SERENGETI RAPAX MM. L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CASSA DI RISPARMIO IN BOLOGNA S.P.A. | FALLERI MARCO VIA CARLO MAGNO FRIENZE 7-50127 ITALY |
| CASSA DI RISPARMIO IN BOLOGNA SPA | VIA FARINI 22 BOLOGNA 40124 ITALY |
| CENTRICA ENERGY LTD | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: ALESSANDRO FERRIANI VIA FARINI 22 BOLOGNA 40124 ITALY |
| CREDIT SUISSE SINGAPORE BRANCH | F/K/A ACCORD ENERGY LIMITED ATTN: CE GENERAL COUNSEL MILLSTREAM EAST MAIDENHEAD ROAD WINDSOR, BERKSHIRE SL4 5GD UNITED KINGDOM |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK #05-02 SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDITO EMILIANO SPA | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO SPA | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO PRIVATO COMMERCIALE SA | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| DEUTSCHE BANK AG LONDON | ATTN: MR. EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG LONDON | VIA ZURIGO 46 LUGANO 6901 SWITZERLAND |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: SLB LEASING-FONDS GMBH & CO THOR KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2BD UNITED KINGDOM |
| DEUTSCHE BANK AG LONDON | TRANSFEROR: SLB LEASING-FONDS GMBH & CO URANUS KG ATTN: JAMIE FOOTE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2BD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MONARCH MASTER FUNDING LTD C/O DEUTSCHE BANK SECURITIES INC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| EREILIADIS, GEORGIOS P. | KARAOLI-DIMITRIOU 43 THESSALONKI 54630 GREECE |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HBK MASTER FUND L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: CASSA DI RISPARMIO DI FIRENZE S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: CASSA DI RISPARMIO IN BOLOGNA S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: EREBILIADIS, GEORGIOS P. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| J.P. MORGAN SECURITIES LLC | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO., LTD. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| KREISSPARKASSE BIBERACH | TRANSFEROR: TSCHIRDEWAHN, ADELHEID ZEPPELINRING 27-29 BIBERACH 8840 GERMANY |
| LATAJ GROUP LLC | TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. ATTN: RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| SERENGETI RAPAX MM. L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI RAPAX MM. L.P. | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY 12TH FLOOR NEW YORK NY 10012 |
| SLB LEASING-FONDS GMBH & CO THOR KG | C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR GERMANY |
| SLB LEASING-FONDS GMBH & CO THOR KG | ELLEN HAYES AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| SLB LEASING-FONDS GMBH & CO URANUS KG | C/O SACHSENFONDS GMBH ATTN: MS. DAGMAR MECKLER HANS-STIESSBERGER-STRASSE 2A 85540 HAAR GERMANY |
| SLB LEASING-FONDS GMBH & CO URANUS KG | ELLEN HAYES AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 12:00:45
DATE: 02/18/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| TSCHIRDEWAHN, ADELHEID | PLANKENTAL STR.32 BAD BUCHAU/ KAPPEL 88422 GERMANY |
| UBS AG | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND |
| UBS AG, LONDON BRANCH | TRANSFEROR: ILLIQUIDX LTD ATTN: SHARON CANHAM ONE FINSBURY AVENUE LONDON EC2M 2PP UNITED KINGDOM |
| ULTRA MASTER LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| ULTRA MASTER LTD | TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed    58

EPIQ BANKRUPTCY SOLUTIONS, LLC