UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
------------------------------------------------------------------x   Ref. Docket Nos. 34167, 34170,
                                                                      34585, 34586, 34616, 34625

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 34167, 34170, 34585, 34586, 34616, 34625_Aff 2-18-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>            Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BRUNO, REUTEMANN
              REITWIESENSTR. 27
              KESSWIL 8593 SWITZERLAND


Additional:



Transferee:   ACREVIS BANK AG
              C/O FINANZ-LOGISTIK AG
              ATTN: MARCEL LEDERGERBER
              ROSENBERGSTRASSE 16
              ST. GALLEN 9004 SWITZERLAND


Your transfer  of claim #   37466   is defective for the reason(s) checked below:

Other                                       Currency discrepancy; Claim filed in USD, not CHF



Docket Number 34616           Date 01/28/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2013.

# EXHIBIT B

08-13555-mg    Doc 35607    Filed 02/27/13    Entered 02/27/13 22:55:39    Main Document
Pg 4 of 5

```
TIME: 11:26:45                                         LEHMAN BROTHERS HOLDING INC.                                                         PAGE:  1
DATE: 02/18/13                                               CREDITOR LISTING

Name                                    Address
ACREVIS BANK AG                         C/O FINANZ-LOGISTIK AG ATTN: MARCEL LEDERGERBER ROSENBERGSTRASSE 16 ST. GALLEN  9004 SWITZERLAND
BRUNO, REUTEMANN                        REITWIESENSTR. 27 KESSWIL  8593 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.             C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.             TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
LIVERPOOL LIMITED PARTNERSHIP, THE      TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: RETZLAFF, KATE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: TEMPLIN, EWALD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TARGOBANK AG & CO. KGAA                 KASERNENSIR 10 DUSSELDORF  40213 GERMANY
TARGOBANK AG & CO. KGAA                 KASERNENSTR. 10 DUSSELDORF  40213 GERMANY


Total Number of Records Printed      10
```

EPIQ BANKRUPTCY SOLUTIONS, LLC