UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            : 08-13555 (JMP)
                                                     : (Jointly Administered)
Debtors.                                             :
                                                     :
------------------------------------------------------------------------x  Ref. Docket No. 34563, 34622,
                                                        34627, 34648, 34649, 34671, 34676,
                                                        34677, 34678, 34681, 34683-34687,
                                                        34692-34695, 34703, 34705, 34706,
                                                        34716, 34723, 34736, 34738

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 19, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BARCLAYS BANK PLC
       TRANSFEROR: SERENGETI RAPAX MM. L.P.
       ATTN: DANIEL MIRANDA
       745 SEVENTH AVENUE, 2ND FLOOR
       NEW YORK NY 10019

BARCLAYS BANK PLC
ANTHONY VITIELLO
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 63653-09 in the above referenced case and in the amount of
       $1,196,412.00   allowed at $1,192,048.85        has been transferred (**unless previously expunged by court order**)

       SERENGETI OPPORTUNITIES PARTNERS LP
       TRANSFEROR: BARCLAYS BANK PLC
       C/O SERENGETI ASSET MANAGEMENT LP
       ATTN: ERIN FINEGAN
       632 BROADWAY, 12TH FLOOR
       NEW YORK NY 10012

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 34563     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/19/2013                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2013.

# EXHIBIT B

08-13555-mg    Doc 35608    Filed 02/27/13    Entered 02/27/13 23:04:27    Main Document
Pg 4 of 6

```
TIME: 15:15:33                                           LEHMAN BROTHERS HOLDING INC.                                                            PAGE:    1
DATE: 02/19/13                                               CREDITOR LISTING

Name                                            Address
AMSTEL ALTERNATIVE CREDIT FUND SICAV            TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX    XBS 1026 MALTA
  P.L.C.
AMSTEL ALTERNATIVE CREDIT FUND SICAV            TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX    XBX 1026 MALTA
  P.L.C.
BANCA MONTE DEI PASCHI DI SIENA SPA             ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANK JULIUS BAER & CO. LTD.                     TRANSFEROR: CREDIT SUISSE PATRIK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND
BANK VONTOBEL AG, ZURICH                        TRANSFEROR: UBS AG GOTTHARDSTRASSE 43 POSTFACH ZURICH CH-8022 SWITZERLAND
BARCLAYS BANK PLC                               ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                               TRANSFEROR: SERENGETI RAPAX MM. L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BERNER KANTONALBANK AG                          TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTFACH BERN   CH 3001 SWITZERLAND
BSI SA                                          TRANSFEROR: UBS AG ATTN: ANDREA FERRARI CUSTODY ADMINISTRATON VIA MAGATTI 2 LUGANO 6900 SWITZERLAND
CASSA DI RISPARMIO DI PISTOIA E DELLA           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: ROBERTO LUCATTELLI SEGRETARIA GENERALE VIA ROMA 3 PISTOIA 51100 ITALY
  LUCCHESIA SPA
CREDIT SUISSE AG                                RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE AG                                TRANSFEROR: UBS AG ATTN: LAWRENCE YOUNG 1 MADISON AVENUE NEW YORK NY 10010
ERSEL SIM SPA                                   11 PIAZZA SOLFERINO TORINO 10121 ITALY
ERSEL SIM SPA                                   KLESTADT & WINTERS, LLP ATTN: JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
ERSEL SIM SPA                                   C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
ERSEL SIM SPA                                   TRANSFEROR: CENTROSIM S.P.A. ATTN: CESANO GABRIELLA PIAZZA SOLFERINO, 11 TORINO 10121 ITALY
IBON ZELAIA LEZAMA                              CALLE GOYA, 118 - 8 A MADRID 28009 SPAIN
ILLIQUIDX LLP                                   TRANSFEROR: IBON ZELAIA LEZAMA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: INMOBILIARIA JUMA CUATRO S.L. ATTN: MS GALINA ALABATCHKA 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: MARTINEZ GARCIA, CRISTELLE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: MIRANDA FERRERAS, ALFREDO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                   TRANSFEROR: SANZ GIL, JAVIER ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
INMOBILIARIA JUMA CUATRO S.L.                   C/ GENERAL MARGALLO NO 20, 1 D MADRID 28020 SPAIN
INTESA SANPAOLO S.P.A.                          TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                NEW YORK NY 10005
JPMORGAN CHASE BANK, N.A.                       TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                NEW YORK NY 10179
LYXOR/YORK FUND, LTD.                           TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
MARTINEZ GARCIA, CRISTELLE                      CALLE NEGUBIDE, 47A-4A GETXO VIZCAYA 48930 SPAIN
MERRILL, LYNCH, PIERCE, FENNER & SMITH,INC      TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: PERMAL YORK, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: PERMAL YORK. LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: YORK CAPITAL MANAGEMENT, LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: YORK SOLUTIONS CAYMAN FUND LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
MIRANDA FERRERAS, ALFREDO                       CAMINO AGAPANTOS, 392 GIJON, ASTURIAS 33203 SPAIN
MORGAN STANLEY                                  TRANSFEROR: UBS AG ATTN: HOWARD GOFSTEIN 511 FIFTH AVENUE, 11TH FLOOR NEW YORK NY 10038
PERMAL YORK, LTD.                               TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
PERMAL YORK. LTD.                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                                NEW YORK NY 10153
SANZ GIL, JAVIER                                CALLE CAMPO VOLANTIN, 22, ESC. IZQDA-4 IZQDA BILBAO 48007 SPAIN
SERENGETI OPPORTUNITIES PARTNERS LP             TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOLUS CORE OPPORTUNITIES MASTER FUND LTD        TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
UBS AG                                          BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                          ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                          TRANSFEROR: CREDIT SUISSE AG BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
ULTRA MASTER LTD                                TRANSFEROR: JPMORGAN CHASE BANK, N.A. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

TIME: 15:15:33
DATE: 02/19/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 2

| Name | Address |
|---|---|
| VOLKSBANK KUFSTEIN EG | TRANSFEROR: BANK JULIUS BAER & CO. LTD. UNTERER STADTPLATZ 21 KUFSTEIN 6330 AUSTRIA |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SOLUTIONS CAYMAN FUND LIMITED | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SOLUTIONS CAYMAN FUND LIMITED | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    49

EPIQ BANKRUPTCY SOLUTIONS, LLC