UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
----------------------------------------------------------------x    Ref. Docket No. 32521-32526,
                                                                    32690, 33797, 33798, 33809, 34246,
                                                                    34295, 34296, 34615, 34617, 34619,
                                                                    34620, 34634-34637, 34679, 34680,
                                                                    34682, 34689, 34704, 34707, 34708,
                                                                    34709, 34740

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
Sworn to before me this                   Lauren Rodriguez
28th day of February, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 32521-32526, 32690...34708, 34709, 34740_AFF_2-20-13.doc

# EXHIBIT A

08-13555-mg    Doc 35609    Filed 02/27/13    Entered 02/27/13 23:13:00    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |    Chapter 11 Case No.
                                   |
                                   |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                   |    (Jointly Administered)
                                   |
            Debtors.               |
                                   |
_____|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  LYXOR/YORK FUND, LTD.
         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
         C/O YORK CAPITAL MANAGEMENT
         ATTN: MARGARET MAURO
         767 FIFTH AVENUE, 17TH FLOOR
         NEW YORK NY 10153
```

Please note that your claim # 50285-12 in the above referenced case and in the amount of
        $15,592.64   allowed at $15,566.10         has been transferred (unless previously expunged by court order)

```
         MERRILL LYNCH, PIERCE, FENNER & SMITH, INC
         TRANSFEROR: LYXOR/YORK FUND, LTD.
         ATTN: GREGORY W. PONDER
         214 NORTH TRYON STREET, 15TH FLOOR
         CHARLOTTE NC 28255
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34680         in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/20/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 20, 2013.

**EXHIBIT B**

```
TIME: 20:39:18                                            LEHMAN BROTHERS HOLDING INC.                                                            PAGE:  1
DATE: 02/20/13                                                 CREDITOR LISTING

Name                                                   Address
ALLIANZ BANK FINANCIAL ADVISORS SPA                    TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: FRANCO BRICHETTI & FRANCESCA TREBBI PIAZZALE LODI, 3 MILANO 20137 ITALY
ANGELOW INSTITUE AB                                    TRANSFEROR: EFG BANK AB (PUBL) P.O. BOX 1237 VISBY S-621 23 SWEDEN
ARRIGHETTI MARINA                                      TRANSFEROR: CREDITO EMILIANO SPA VIA ROMA, 68 BORGHETTO BORBERA (AL) 15060 ITALY
BANCA MEDIOLANUM SPA                                   TRANSFEROR: DEUTSCHE BANK S.P.A. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI) 20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA                    ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY
BANCA SELLA HOLDING SPA                                VIA ITALIA, 2 BIELLA 13900 ITALY
BANCO ESPIRITO SANTO SUCURSAL DE ESPANA                TRANSFEROR: IBORRA, D. ALFREDO GISBERT SERRANO 88 MADRID 28006 SPAIN
BRATTASSTIFTELSEN FOR SKOGSVETENSKAPLIG                TRANSFEROR: EFG BANK AB (PUBL) C/O MAWEKO ADMINISTRATION ATTN: CHUZISTER SJODIN TULLGATAN 5 SUNDSVALL S-852 31 SWEDEN
 FORSKNING
CASSA DI RISPARMIO DEL VENETO S.P.A.                   TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA SEGRETERIA GENERALE VIA TRIESTE 57/59 PADOVA 35121 ITALY
CBA VITA SPA                                           ATTN: MR. BIAGIO MASSI VIA VITTOR PISANI, 13 MILANO 20124 ITALY
CBA VITA SPA                                           ANDREA SURIANO SIMMONS & SIMMONS VIA DI SAN BASILIO 72 ROME 00187 ITALY
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                      TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO EMILIANO SPA                                   ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY
CREDITO EMILIANO SPA                                   ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CVIC LUX MASTER SARL                                   TRANSFEROR: EURIZON STAR FUND EURO BOND C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR
                                                       LONDON W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: SEB AG ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH                        TRANSFEROR: SEB AG ATTN: SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK S.P.A.                                   ATTN: MR. ANDREA MOIOLI PIAZZA DEL CALENDARIO, 3 MILANO 20126 ITALY
EFG BANK AB (PUBL)                                     P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN
EURIZON STAR FUND EURO BOND                            C/O EURIZON CAPITAL SGR SPA PIAZZALE CADORNA, 3 MILANO 20123 ITALY
GOLDMAN SACHS INTERNATIONAL                            TRANSFEROR: CBA VITA SPA C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HARDER, STEFANIE & NIELS                               BAUMSCHULENWEG 25 HAMBURG 22609 GERMANY
IBORRA, D. ALFREDO GISBERT                             BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA C/ SERRANO, 88 MADRID 28006 SPAIN
ILLIQUIDX LLP                                          TRANSFEROR: BANCA SELLA HOLDING SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LMA SPC FOR AN ON BEHALF OF THE MAP 84                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO
 SEGREGATED PORTFOLIO                                  1140 AVENUE OF TH AMERICAS, 12TH FLOOR NEW YORK NY 10036
LMA SPC FOR AND ON BEHALF OF THE MAP 84                TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O KNIGHTHEAD CAPITAL MANAGEMENT ATTN: LAURA TORRADO, ESQ.
 SEGREGATED PORTFOLIO                                  1140 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10036
LUZERNER KANTONALBANK AG                               BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                               LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
LYXOR/YORK FUND, LTD.                                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                                       NEW YORK NY 10153
MERRILL LYNCH INTERNATIONAL                            TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER, FENNER & SMITH INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                            TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER, FENNER & SMITH INC. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH                  TRANSFEROR: JORVIK MULTI-STRATEGY MASTER FUND, L.P. ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
 INC
MERRILL LYNCH, PIERCE, FENNER & SMITH                  TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
 INC
MERRILL LYNCH, PIERCE, FENNER & SMITH                  TRANSFEROR: HFR ED YORK MASTER TRUST ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
 INC.
MERRILL LYNCH, PIERCE, FENNER & SMITH                  TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MEREDITH SMITH 214 N TYRON STREET NCI-027-14-01 CHARLOTTE NC 28255
 INC.
MERRILL LYNCH, PIERCE, FENNER & SMITH                  TRANSFEROR: YORK SOLUTIONS CAYMAN FUND LIMITED ATTN: MEREDITH R. SMITH 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL LYNCH, PIERCE,FENNER & SMITH, INC              TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NEUE AARGAUER BANK AG                                  ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
NEUE AARGAUER BANK AG                                  CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN & STEPHANIE TUMBIOLO WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
NEUE AARGAUER BANK AG                                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
SOLUS RECOVERY FUND LP                                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                       410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 20:39:18                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 02/20/13                                         CREDITOR LISTING

Name                                    Address
SOLUS RECOVERY FUND OFFSHORE MASTER LP  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: HARDER, STEFANIE & NIELS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM    1016 EV NETHERLANDS
TOMAS SJODIN FORVALTNING AB             TRANSFEROR: EFG BANK AB (PUBL) TAKTVAGEN 12 KINNA  S-511 58 SWEDEN
UBS AG                                  TRANSFEROR: LUZERNER KANTONALBANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
UBS AG                                  TRANSFEROR: NEUE AARGAUER BANK AG BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND
YORK SOLUTIONS CAYMAN FUND LIMITED      TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153


Total Number of Records Printed          49


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```