UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
              Debtors.                          :
                                                :
-------------------------------------------------------------------x    Ref. Docket No. 34741

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ *Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>  Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   EURIZON CAPITAL SA ACTING AS MNGT COMPANY FOR NIS INTERNATIONAL BONDS
              8, AVENUE DE LA LIBERTE
              LUXEMBOURG L-1930 LUXEMBOURG

Additional:

Transferee:   CVIC LUX MASTER SARL
              C/O CARVAL INVESTORS UK LIMITED
              25 GREAT PULTENEY STREET, 3RD FLOOR
              LONDON W1F 9LT UNITED KINGDOM

**Your transfer** of claim #   13472   is defective for the reason(s) checked below:

Other                          TRANSFEROR DOES NOT OWN CLAIM

Docket Number 34741            Date 02/19/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 20, 2013.

# EXHIBIT B

08-13555-mg    Doc 35610    Filed 02/27/13    Entered 02/27/13 23:18:25    Main Document
Pg 4 of 5

```
TIME: 20:38:04                          LEHMAN BROTHERS HOLDING INC.                                        PAGE: 1
DATE: 02/20/13                              CREDITOR LISTING

Name                            Address
CVIC LUX MASTER SARL            C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM
EURIZON CAPITAL SA ACTING AS MNGT  8, AVENUE DE LA LIBERTE LUXEMBOURG  L-1930 LUXEMBOURG
COMPANY FOR NIS INTERNATIONAL BONDS

Total Number of Records Printed     2
```