```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 33799, 33800,
                                                                     33803, 33804, 34200, 34234, 34564,
                                                                     34710, 34746-34754, 34756-34779,
                                                                     34781, 34788-34800
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 21, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                              |
In re                                         |    Chapter 11 Case No.
                                              |
                                              |    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,        |
                                              |    (Jointly Administered)
                                              |
              Debtors.                        |
                                              |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  BARCLAYS BANK PLC                          BARCLAYS BANK PLC
             TRANSFEROR: SERENGETI RAPAX MM. L.P.       ANTHONY VITIELLO
             ATTN: DANIEL MIRANDA                       745 SEVENTH AVENUE, 2ND FLOOR
             745 SEVENTH AVENUE, 2ND FLOOR              NEW YORK NY 10019
             NEW YORK NY 10019
```

Please note that your claim # 63653-08 in the above referenced case and in the amount of
          $598,206.00    allowed at $596,024.42         has been transferred **(unless previously expunged by court order)**

```
             SERENGETI OPPORTUNITIES MM L.P.
             TRANSFEROR: BARCLAYS BANK PLC
             C/O SERENGETI ASSET MANAGEMENT LP
             ATTN: ERIN FINEGAN
             632 BROADWAY, 12TH FLOOR
             NEW YORK NY 10012
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                          UNITED STATES BANKRUPTCY COURT
                          Southern District of New York
                          One Bowling Green
                          New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34564      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/21/2013                       Vito Genna, Clerk of Court


                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                           as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 21, 2013.

# EXHIBIT B

```
TIME: 11:46:52                                    LEHMAN BROTHERS HOLDING INC.                                                        PAGE: 1
DATE: 02/21/13                                        CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALBERTINI-KAISER, TASHI | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ROETELSTRASSE 10 NEFTENBACK CH-8413 SWITZERLAND |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA MEDIOLANUM SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA MONTE PARMA S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: ERICO VERDERI PIAZZALE JACOPO SANVITALE 1 PARMA 43121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DI MILANO S.C. A R.L. | TRANSFEROR: BANCA AKROS SPA ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO 20121 ITALY |
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI RAPAX MM. L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO & ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. ATTN: ANA HIDALGO/ELENA PRIETO, LEGAL DEPARTMENT PASEO DE LA CASTELLANA, 81 - 21ST FLOOR MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH08021 SWITZERLAND |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIA, S.A. PASEO DE LA CASELLANA, 81 - FLOOR 21 ATTN: ANA HIDALGO/ ELENA PRIETO MADRID 28046 SPAIN |
| BEAUKENHEIM, PETER | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION HEIMRICHSTR. 6 RUSSELDORF 40237 GERMANY |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE., SUITE 19B NEW YORK NY 10017 |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE. SUITE 19B NEW YORK NY 10017 |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017 |
| CASA DI RESPARMIO DI PARMA E PIACENZA S.P.A. | TRANSFEROR: CASSA DI RISPARMIO DI FIRENZE S.P.A. VIA MISTRALI, I PARMA 43121 ITALY |
| CASSA DI RISPARMIO DI FIRENZE S.P.A. | FALLERI MARCO VIA CARLO MAGNO FRIENZE 7-50127 ITALY |
| CHAABANE, ADEL | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WILLI-LAUF ALLEE 8 COLOGNE 50858 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: BRIAN BOYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DANIELS, DEHEER TAI | TRANSFEROR: PARKCENTRAL GLOBAL HUB LIMITED ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| DE GROOT, E.E.G. & A.A. DE GROOT-VAN BEEK | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ZUIDLAAN 33 ABERDENHOUT 2111 GB NETHERLANDS |
| | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION NIEUWE ZEEWEG 46 NOORDWIJK 2201 TK NETHERLANDS |
| EFG BANK AB (PUBL) | P.O. BOX 55963 STOCKHOLM S-102 16 SWEDEN |
| FRANGI, TULLIO | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION IM GAESSLI 14 CH-8162 STEINMAUR SWITZERLAND |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUSDON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRANDT, KLAUS | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION FERDINANDSTRASSE 75 HAMBURG 20095 GERMANY |
| HARTMANN, LUZIA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SCHEVENHUTTERSTR. 60 STOLBERG 52224 GERMANY |
| HASSELBERG, KURT | TRANSFEROR: EFG BANK AB (PUBL) TROLLBARSVAGEN 21 VASTRA FROLUND S-426 55 SWEDEN |
| KEITH-SEKI, ATSUKO | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KLOSTERSTR. 78 DUSSELDORF 40211 GERMANY |
| KLEINER, RALF AND HILDEGARD | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KEPLERSTR. 18A GAIMERSHEIM 85080 GERMANY |
| KORTENDICK, JOHANNES | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION FERDINANDSTRASSE 75 HAMBURG 20095 GERMANY |
| MAST, HANS & LINA | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RINGSTR. 6 PFALZGRAFENWEILER 72285 GERMANY |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: TOKAI TOKYO SECURITIES CO, LTD ATTN: JAMES RUSSELL WARWICK COURT, 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255 |

```
TIME: 11:46:52                                            LEHMAN BROTHERS HOLDING INC.                                                       PAGE:    2
DATE: 02/21/13                                                 CREDITOR LISTING

Name                                           Address
MEVES, MICHAEL                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VERONIKASTEIG 9 BERLIN D-14163 GERMANY
MUGGENBORG, MARGRET                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MONHEIMSALLEE 58 AACHEM 52062 GERMANY
OSWALD, FRANZ LUDWIG                           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION IM NAGGIS 15 OBERWANGEN CH-8374 SWITZERLAND
PARKCENTRAL GLOBAL HUB LIMITED                 ATTN: CHARLES THRESH, JAMES BENNETT, PETER LOGIE C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA
PARKCENTRAL GLOBAL HUB LIMITED                 DEBEVOISE & PLIMPTON LLP ATTN: RICHARD F. HAHN, BRYAN R. KAPLAN 919 THIRD AVENUE NEW YORK NY 10022
PARKCENTRAL GLOBAL HUB LIMITED                 RICHARD F. HAHN DEBEVOISE & PLIMPTON LLP 919 THIRD AVENUE NEW YORK NY 10022
PARKCENTRAL GLOBAL HUB LIMITED                 LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED ATTENTION: CHARLES THRESH CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA
PASQUIER, GEORGES                              PETER LOGIE LEH CRED NUM: 1000197052 C/O KPMG ADVISORY LIMITED CROWN HOUSE 4 PAR-LA-VILLE ROAD HAMILTON HM08 BERMUDA
PETER, EVELINE                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION LA RERAISE CARE POSTALE 51 ATTALENS CH-1616 SWITZERLAND
PILZ, GEORG & RITA                             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SEESTR. 48 BERG 82335 GERMANY
RENOLD-STREBEL, PHILIPPE                       TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BOTZOWER STR. 19 FALKENSER D-14612 GERMANY
RICHTER, CHRISTA                               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BERGSTRASSE 25 AARAU CH-5000 SWITZERLAND
ROETHER, THOMAS                                TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION WORDEMANNS WEG 26 HAMBURG D-22527 GERMANY
RUNGE, EDGAR                                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SCHWEICKER WEG 2 SCHWAEBISCH HALL 74523 GERMANY
SCHRAMM, ARNO AND ILONE                        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ALTKONIGSTR. 5 FRANKFURT/MAIN D-60323 GERMANY
SCHUELE, LARS-FOLKE                            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MOSELSTR. 23 MANNHEIM 68167 GERMANY
SCHUTZ, HERTA                                  TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION GERSTENBERGSTR. 8 HAMBURG 22609 GERMANY
SERENGETI OPPORTUNITIES MM L.P.                TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BLUTENWEG 8 HAMBURG 22589 GERMANY
SNYDER, L.D.                                   TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
STEGMULLER, BRUNO & IRMGARD                    TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PANORAMASTRASSE 42 BIETIGHEIM-BISSINGEN 74321 GERMANY
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION JOHANNES VERHULSTSTRAAT 68-1 AMSTERDAM 1071 NH NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: ALBERTINI-KAISER, TASHI ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: BEAUKENHEIM, PETER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: CHAABANE, ADEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: DANIELS, DEHEER TAI ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: DE GROOT, E.E.G. & A.A. DE GROOT-VAN BEEK ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: FRANGI, TULLIO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: GRANDT, KLAUS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: HARTMANN, LUZIA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: JACQUES ZOLTY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: KEITH-SEKI, ATSUKO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: KLEINER, RALF AND HILDEGARD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: KORTENDICK, JOHANNES ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: MAST, HANS & LINA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: MEVES, MICHAEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: MUGGENBORG, MARGRET ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: OSWALD, FRANZ LUDWIG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: PASQUIER, GEORGES ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: PETER, EVELINE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: PILZ, GEORG & RITA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: RENOLD-STREBEL, PHILIPPE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: RICHTER, CHRISTA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: ROETHER, THOMAS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: RUNGE, EDGAR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: SCHRAMM, ARNO AND ILONE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: SCHUELE, LARS-FOLKE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: SCHUTZ, HERTA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: SNYDER, L.D. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: STEGMULLER, BRUNO & IRMGARD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: STOCKMANN, M.F.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: STOCKMANN, M.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: TEMPER, DIEMUT ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: TOM DANIELS HOLDING ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: VEKTIS C.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION           TRANSFEROR: VIVIANI, BRUNO & GERLINDE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STOCKMANN, M.F.J.                              TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION TUDOR LODGE, 2A ASHLEY RISE WALTON ON THAMES KT12 1ND UNITED KINGDOM

                                                                                                                                           EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:46:52                                         LEHMAN BROTHERS HOLDING INC.                                            PAGE:   3
DATE: 02/21/13                                              CREDITOR LISTING

Name                          Address
STOCKMANN, M.M.               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RICHARD WAGNERLAAN 73, APP 306 VOORSCHOTEN 2253 CD NETHERLANDS
TEMPER, DIEMUT                TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MOZARTWEG 3 TUBINGEN 72076 GERMANY
TOM DANIELS HOLDING           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ZUIDLAAN 33 AERDENHOUT 2111 GB NETHERLANDS
VEKTIS C.V.                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SPARRENHEUVEL 18 ZEIST 3708 JE NETHERLANDS
VIVIANI, BRUNO & GERLINDE     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ALTE LANDSTRASSE 104 AU CH-8804 SWITZERLAND
ZOLTY, JACQUES                TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION 20 RUE GREEPIN GENEVE 1206 SWITZERLAND


Total Number of Records Printed    111
```

EPIQ BANKRUPTCY SOLUTIONS, LLC