**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: **(Jointly Administered)**
Debtors. :
:
----------------------------------------------------------------x    Ref. Docket No. 34597-34599, 34601, 34605-34607, 34609, 34686, 34801-34826, 34828-34845, 34847, 34848, 34850, 34852-34861, 34863-34866, 34871-34876, 34878-34880, 34882-34886, 34888, 34890, 34891, 34893-34898, 34900-34910, 34912, 34961-34965

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 34597-34599, 34601...34912, 34961-34965_AFF_2-22-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD
      745 SEVENTH AVENUE
      NEW YORK NY 10019
```

Please note that your claim # 562783-56 in the above referenced case and in the amount of
    $21,400,846.82   allowed at $21,416,341.03        has been transferred **(unless previously expunged by court order)**

```
      CYRUS OPPORTUNITIES MASTER FUND II LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SVET NIKOV
      399 PARK AVENUE, 39TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 34866      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/22/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 22, 2013.

# EXHIBIT B

```
TIME: 11:14:31                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 02/22/13                                               CREDITOR LISTING

Name                                          Address
ARNIM, HELMUT & LIESELOTTE                    TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION AM HOCHSTAND 25 MUNICH    81827 GERMANY
BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ)        ATTN: ROGER GLANZMANN URANIASTRASSE 28 ZURICH  CH-8001 SWITZERLAND
 AG
BARCLAYS BANK PLC                             C/O ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                             TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARONI, DILSHAD                               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SCHUTTE-LANZ-STR. 90A BERLIN  12209 GERMANY
BECKER, RAYMOND A.I.                          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BELLARIASTR. 47 ZURICH  CH-8038 SWITZERLAND
BERNARD, A.G.J.                               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BURG. HOEFNAGELSTRAAT 54 VLIJMEN TL 5251 NETHERLANDS
BULL, CHRISTA                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KOSTERBERGSTRASSE 66 HAMBURG  22587 GERMANY
CYRUS OPPORTUNITIES MASTER FUND II LTD.       TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DE HAAN, J.W.W.M.                             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION POSTBUS 8834 EINDHOVEN  5605 LV NETHERLANDS
DE JOHGH NOUWERS, J.P.E.                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SCHOUT COLFFSTRAAT 2 OISTERWIJK  5062 AP NETHERLANDS
DE RUITER, J.                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SPORTLAAN 9 BUS 8 MAASEIK  3680 BELGIUM
DE SARTIGES-MULLER, LILIANE                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RTE DE BRIE 6 BIS BRUNOY F-91800 FRANCE
DE VRIES BERGMAN, H.C.                        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MIDDELBURGLAAN 6 DEN BOSCH  5224 VB NETHERLANDS
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: MIDDLE EAST AND AFRICA BANK SAL (MEAB SAL) ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH               TRANSFEROR: VERSORGUNGSWERK DER APOTHEKERKAMMER NORDRHEIN ATTN: JAMIE FOOTE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                               LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE POSTBANK AG                          CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS  75008 FRANCE
DEUTSCHE POSTBANK AG                          CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
DEUTSCHE POSTBANK AG                          ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN  D-53175 GERMANY
DEUTSCHE POSTBANK AG                          ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN  53175 GERMANY
DEUTSCHE POSTBANK AG                          ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN  54175 GERMANY
DIPL.-ING. H. WAGNER GMBH                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION HAUPSTR. 46 LEINFELDEN-ECHTERDINGEN  70771 GERMANY
DU PRIE, J.H.                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION JAN STEENLAAN 7 WARMOND  2361 CK NETHERLANDS
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                               10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950
                                               LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950
                                               LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY
                                               10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                               10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                               LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                               LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                               LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., SUITE 2950
                                               LOS ANGELES CA 90067
ESOPUS CREEK VALUE LP                         ATTN: ANDREW SOLE 1330 AVENUE OF THE AMERICAS, SUITE 1800 NEW YORK NY 10019
ESOPUS CREEK VALUE LP                         HALPERIN BATTAGLIA RAICHT, LLP ATTN: WALTER BENZIJA, ESQ. 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022

                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:14:31                                      LEHMAN BROTHERS HOLDING INC.                                      PAGE:    2
DATE: 02/22/13                                          CREDITOR LISTING

Name                                                Address
FIR TREE CAPITAL OPPORTUNITY MASTER                 CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER                 C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER                 TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: BRIAN MEYER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER                 TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                    CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FIR TREE VALUE MASTER FUND, L.P. AND                WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE VALUE MASTER FUND, L.P.                    C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FIR TREE VALUE MASTER FUND, L.P.                    TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: BRIAN MEYER 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
FONDS BOLSWARD-DRONRIJP 1993                        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION POSTBUS 137 BOLSWARD 8700 AC NETHERLANDS
GARTMANN, ARTHUR                                    TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VATTRUSTRASSE 5 VADURA  CH-7314 SWITZERLAND
GOLDMAN SACHS LENDING PARTNERS LLC                  TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRANDJEAN, MARCEL                                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RUE ECOLE DE COMMERCE 3 LAUSANNE  1004 SWITZERLAND
HALCYON LOAN TRADING FUND LLC                       TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR
                                                    NEW YORK NY 10022
HCN LP                                              TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                              TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR
                                                    NEW YORK NY 10022
HLF LP                                              TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                     TRANSFEROR: JPMORGAN CHASE BANK, NA  ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR
                                                    NEW YORK NY 10022
HLTS FUND II LP                                     TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                    NEW YORK NY 10022
JPMORGAN CHASE BANK, N.A.                           TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                    NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                             TRANSFEROR: ORRINGTON PLUS FUND SPC, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                    NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                             TRANSFEROR: PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                                    ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KRIVOKAPIC, VESELIN & ENISA                         TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION MONT-JACQUES 12 LA CHAUX-DE-FONDS  CH-2300 SWITZERLAND
KWAN, CHING TAK                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION PRINS HENDRIKLAAN 67 HELMOND  5707 CJ NETHERLANDS
LUSERKE, JENS-J.                                    TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION DR. HERMANSWEG 192 EINDHOVEN  5642 HX NETHERLANDS
MIDDLE EAST AND AFRICA BANK SAL (MEAB               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION JOSTWEG 9 A HAMBURG  22339 GERMANY
SAL)                                                HEAD OFFICE HEJEIJ BUILDING ADNAN EP-HAKIM STREET POB 14-5958 BEIRUT  1105 2080 LEBANON
MOLEN BRUGGE, W.TH.                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION OBERREDSTRASSE 8 ERLINSBACH SO  CH-5015 SWITZERLAND
MOLTENO, ANTHONY & THERESA                          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BRETER WEG 63 HAMELIN D-31787 GERMANY
MULLER-LANGENBECU, GARLEF                           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION BALDERSHEIMER WEG 57 BERLIN  12349 GERMANY
NITSCHKE, INGE                                      TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION P/A REMBRANDTLAAN 97 VOORBURG  2271 GH NETHERLANDS
PAROCHIE, H. DRIEKONINGEN                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: CHRIS PARKS
PRIME CAPITAL MASTER SPC, GOT WAT MAC               2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
PRIME CAPITAL MASTER SPC, GOT WAT MAC               TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: VINCENT CONLEY
SEGREGATED PORTFOLIO                                2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
ROESCH, GERTRUD                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KARTAUSERSTR. 145 FREIBURG  79104 GERMANY
ROHDE DE BOER, K.M.                                 TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION DAELENBROEK 1 AMSTERDAM  1082 AA NETHERLANDS
RUSCH, VOLKER                                       TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION JUTENBUHL HALISBERG REUTI  CH-6083 SWITZERLAND
SNOEIJS-SANDERS, J.P.                               TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VLAS EN GRAAN 8 VEGHEL  5461 KL NETHERLANDS
SOLUS CORE OPPORTUNITIES LP                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                                    410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
```

```
TIME: 11:14:31                                          LEHMAN BROTHERS HOLDING INC.                                                PAGE:  3
DATE: 02/22/13                                               CREDITOR LISTING

Name                                         Address
SOLUS CORE OPPORTUNITIES MASTER FUND LTD     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPRUIJTENBURG, MARIMUS                       TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RESIDENCE PO BOX 319 RIGI KALTBAD CH-6356 SWITZERLAND
STICHTING FILATELIE                          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION STERRELAAN 64 HILVERSUM 1217 PT NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: ARNIM, HELMUT & LIESELOTTE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BARONI, DILSHAD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BECKER, RAYMOND A.I. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BERNARD, A.G.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: BULL, CHRISTA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE HAAN, J.W.W.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE JOHGH NOUWERS, J.P.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE RUITER, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE SARTIGES-MULLER, LILIANE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DE VRIES BERGMAN, H.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DIPL. -ING. H. WAGNER GMBH ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: DU PRIE, R.A AS BENEFICIARY OF J.H. DU PRIE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: FMDS BOLSWARD-DRONRIJP 1993 ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: GARTMANN, ARTHUR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: GRANDJEAN, MARCEL ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: KRIVOKAPIC, VESELIN & ENISA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: KWAN, CHING TAK ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: LUSERKE, JENS-J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: MOLEN BRUGGE, W.TH. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: MOLTENO, ANTHONY & THERESA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: MULLER-LANGENBECU, GARLEF ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: NITSCHKE, INGE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: PAROCHIE, H. DRIEKONINGEN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: ROHDE DE BOER, K.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: ROSCH, GERTRUD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: RUSCH, VOLKER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: SNOEIJS-SANDERS, J.P ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: SPRUIJTENBURG, MARIMUS ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: STICHTING FILATELIE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: STOLTE, HERMANN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: TEITSCHKE, LISELOTTE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: TUITHOF, J.J.J ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: VAN APTEN-HOIJNCK VAN PAPENDRECHT ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: VAN MEEUWEN, FRANK R.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: VOS, G.F. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: WEBER-TROMBA, WALTER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: WEGMAN, J.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION         TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KANNENGIEBERSTR.11 BRAUNSCHWEIG 38100 GERMANY
STOLTE, HERMANN                              TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION GREMSMUHLER STR. 2 OLDENBURG D-26125 GERMANY
TATSCHKE, LISELOTTE
TEJAS SECURITIES GROUP, INC.                 TRANSFEROR: ESOPUS CREEK VALUE LP 8226 BEE CAVES ROAD AUSTIN TX 78746
TUITOHOF, J.J.J.                             TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KIEVITSTRAAT 33 WOERDEN 3443 BD NETHERLANDS
ULTRA MASTER LTD                             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
VAN APTEN-HOIJNCK VAN PAPENDRECHT            TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KANAALSKIJK 208 HELMOND 5705 BE NETHERLANDS


                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:14:31                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    4
DATE: 02/22/13                                    CREDITOR LISTING

Name                                          Address
VAN MEEUWEN, FRANK R.M.                       TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RUBENSSTRAAT 58-I AMSTERDAM   10077 MV NETHERLANDS
VERSORGUNGSWERK DER APOTHEKERKAMMER           BENRATHER STR. 8 DUESSELDORF   40213 GERMANY
  NORDRHEIN
VERSORGUNGSWERK DER APOTHEKERKAMMER           VERSORGUNGSWERK DER APOTHEKERKAMMER NORDRHEIN BENRATHER STR. 8 GILMARTIN, POSTER & SHAFTO LLP 845 THIRD AVE ATTN: ANDREAS SEUFFERT
  NORDRHEIN                                   NEW YORK NY 10022
VOS, G.F.                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION VIA POMELLI 18 MAGLIASO   CH-6983 SWITZERLAND
WATERSTONE OFFSHORE AD FUND LTD.              TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                              2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WATERSTONE OFFSHORE AD FUND, LTD              TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC ATTN: VINCENT CONLEY C/O WATERSTONE CAPITAL MANAGEMENT, LP
                                              2 CARLSON PARKWAY, SUITE 260 MINNEAPOLIS MN 55447
WATERSTONE OFFSHORE AD FUND, LTD.             TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                              2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
WEBER-TROMBA, WALTER                          TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION RADRAINWEG 20 ZURICH   8132 EGG B SWITZERLAND
WEGMAN, J.C.                                  TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ZOUTMANSWEG 21 REEUWIJK   2811EX NETHERLANDS
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                  TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O YORK CAPITAL MANAGEMENT /MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                           TRANSFEROR: BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG ATTN: LISA KING 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     142
```

EPIQ BANKRUPTCY SOLUTIONS, LLC