UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                   :

In re                              :         **Chapter 11 Case No.**

                                   :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :        08-13555 (JMP)

                                   :         **(Jointly Administered)**

                **Debtors.**           :

                                   :

---------------------------------------------------------------------x      **Ref. Docket Nos. 34827 & 34851**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 22, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     */s/ Lauren Rodriguez*
                                     Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                              |
In re                         |    Chapter 11 Case No.
                              |
LEHMAN BROTHERS HOLDINGS INC., et al., |    08-13555 (JMP)
                              |
                              |    (Jointly Administered)
          Debtors.            |
_____|
```

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDITO PRIVATO COMMERCIALE SA
              VIA ZURIGO 46
              LUGANO 6901 SWITZERLAND

Additional:

Transferee:   DEUTSCHE BANK AG, LONDON BRANCH
              ATTN: MICHAEL SUTTON
              WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
              LONDON EC2N 2DB UNITED KINGDOM

**Your transfer   of claim #   44207   is defective for the reason(s) checked below:**

Docket Number 34851              Date 02/20/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 22, 2013.

# EXHIBIT B

TIME: 11:15:16
DATE: 02/22/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:  1

| Name | Address |
|------|---------|
| CREDITO PRIVATO COMMERCIALE SA | VIA ZURIGO 46 LUGANO  6901 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OSGC P.O. BOX ZURICH  8098 SWITZERLAND |
| YORVIK PARTNERS LLP | ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed        5

EPIQ BANKRUPTCY SOLUTIONS, LLC