John H. Thompson
CADWALADER, WICKERSHAM
& TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2411
Facsimile: (202) 862-2400

*Attorneys for Morgan Stanley and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 27109, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Morgan Stanley Emerging Markets Debt Fund, Inc. ("Claimant") in an unliquidated amount (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44196744\1\58399.0011

Dated: February 25, 2013
      New York, New York

           /s/ John H. Thompson

           John H. Thompson
           CADWALADER, WICKERSHAM
           & TAFT LLP
           700 Sixth Street, N.W.
           Washington, DC 20001
           Telephone: (202) 862-2411
           Facsimile: (202) 862-2400

*Attorneys for Morgan Stanley and Certain of Its Affiliates*