UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                  :

In re                              :     Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :     08-13555 (JMP)
                               :

            Debtors.        :     (Jointly Administered)
                               :

-------------------------------------------------------------------------x   **Ref Docket Nos. 35318-35321,**
                                     **35323-35325, 35327, 35329, 35332,**
                                     **35333, 35337, 35338, 35341, 35343,**
                                     **35344, 35346, 35347, 35351, 35352,**
                                     **35355, 35357-35359, 35361, 35363,**
                                     **35364, 35367, 35369, 35370, 35374-**
                                     **35376, 35378-35382, 35384, 35386-**
                                     **35393, 35454 & 35467-35493**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2013, I caused to be served the:

    a)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Ace Property and Casualty Insurance Company by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35318],

    b)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to ACM Global Growth Trends by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35319],

    c)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Ajinomoto Pension Fund by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35320],

d)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Algoma Steel Inc by AllianceBernstein L.P., as
Investment Adviser*, dated February 22, 2013 [Docket No. 35321],

e)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Alliance Bernstein GLB Style Blend Trust by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35323],

f)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Alliance Bernstein Intl All Country StyleBlend
by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35324],

g)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Alscott Investment LLC by AllianceBernstein
L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35325],

h)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to American Electric Power Master Retirement
Trust by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013
[Docket No. 35327],

i)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Amonis NV Equity by AllianceBernstein L.P., as
Investment Adviser*, dated February 22, 2013 [Docket No. 35329],

j)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Bernstein Intl Value – All Country DBT by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35332],

k)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Bernstein Intl Value EAFE DBT by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35333],

l)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Bernstein Tax Managed Global Style Blen Series by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35337],

m)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Bernstein Tax-Managed International Blend DBT by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35338],

n)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Bimcor Overseas Pooled Fund by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35341],

o)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Crow Public Securities L.P. by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35343],

p)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to DBT Tax Managed Cap UH by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35344],

q)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Desjardins Global Asset Management by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35346],

r)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Dofasco Supplementary Retirement Income Plan by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35347],

s)      "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to DTE Energy Company by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35351],

t)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Economic Investment Trust by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35352],

u)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Erie Insurance by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35355],

v)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to FNMA Assoc for EMP not covered under Civil Service Retirement by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35357],

w)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fujitsu Pension Fund GSV by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35358],

x)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to GIC – Global Style Blend by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35359],

y)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to HSBC Bank USA Pension Plan by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35361],

z)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to HSBC Investor International Equity Portfolio by AllianceBernstein L.P., as Investment Adviser,* dated February 22, 2013 [Docket No. 35363],

aa)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to HSBC MM International Value Equity Pooled Fund by AllianceBernstein L.P., as Investment Adviser,* dated February 22, 2013 [Docket No. 35364],

bb)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Inova Health System*, dated February 22, 2013 [Docket No. 35367],

cc)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to International Value Portfolio IVP*, dated
        February 22, 2013 [Docket No. 35369],

dd)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to JAL Pension Fund*, dated February 22, 2013
        [Docket No. 35370],

ee)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to John and Cynthia Reed Foundation*, dated
        February 22, 2013 [Docket No. 35374],

ff)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to Merck Co. Inc. Master Retirement Trust by
        AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
        No. 35375],

gg)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to Mizuho Pension Fund 2 by AllianceBernstein
        L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35376],

hh)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to New York City Deferred Compensation Plan by
        AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
        No. 35378],

ii)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to Nippon Steel by AllianceBernstein L.P., as
        Investment Adviser*, dated February 22, 2013 [Docket No. 35379],

jj)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to Nortel Networks Limited by AllianceBernstein
        L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35380],

kk)     "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
        Issue Subpoenas for the Production of Documents and Authorizing the Examination
        of Persons and Entities," *related to NYKredit Portefolje Administration as by
        AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
        No. 35381],

ll)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to NYKredit Portefolje Administration ASII by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35382],

mm)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Public Employee Retirement System of Idaho by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35384],

nn)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Regime de Rentes du Mouvement Desjardins by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35386],

oo)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Regime de Retraite de L'Universite du Quebec
by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35387],

pp)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to School Employees Retirement System of Ohio by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35388],

qq)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Scotia Bank Group Domestic Master Trust by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35389],

rr)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to Teachers Retirement System of Louisana by
AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket
No. 35390],

ss)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to
Issue Subpoenas for the Production of Documents and Authorizing the Examination
of Persons and Entities," *related to The BBC Pension Scheme by AllianceBernstein
L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35391],

tt)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Vanguard Global Equity Fund by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35392],

uu)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Verizon Investment Management Corp Tax Veba by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35393],

vv)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Public School Employee Retirment System of Missouri by AllianceBernstein L.P., as Investment Adviser*, dated February 22, 2013 [Docket No. 35454],

ww)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Dallas Police and Fire Pension System*, dated February 25, 2013 [Docket No. 35467],

xx)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Exelon Cash Balance Select International Account*, dated February 25, 2013 [Docket No. 35468],

yy)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Fidelity Investment Funds Retail OEICS, Fidelity Money Builder Balanced (HIF),* dated February 25, 2013 [Docket No. 35469],

zz)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Institutional OEICS - Epuk Stavis (EPUKP)*, dated February 25, 2013 [Docket No. 35470],

aaa)  "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Institutional OEICS - PE MM Gautier (EMFG),* dated February 25, 2013 [Docket No. 35471],

bbb)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Institutional OEICS - UK MM Rumble (UMRU)*, dated February 25, 2013 [Docket No. 35472],

ccc)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Institutional OEICS UKMM Plus Moreno (AMCM),* dated February 25, 2013 [Docket No. 35473],

ddd)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Institutional OEICS, Fidelity Institutional UK High Alpha Fund (EPUHA)*, dated February 25, 2013 [Docket No. 35474],

eee)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investment Services (UK) Limited for and on behalf of Unit Trust Range – Fidelity Managed Pension Portfolio (FMPEN),* dated February 25, 2013 [Docket No. 35475],

fff)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International FID FDS – Japan Aggressive (F/JPA)*, dated February 25, 2013 [Docket No. 35476],

ggg)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International FID FDS - Switzerland Fund (F/SWC),* dated February 25, 2013 [Docket No. 35477],

hhh)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International FID FDS – US Growth (F/SG)*, dated February 25, 2013 [Docket No. 35478],

iii)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Fidelity European Values (EVALS),* dated February 25, 2013 [Docket No. 35479],

jjj)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Fidelity Japan Investment Trusts (FIJE)*, dated February 25, 2013 [Docket No. 35480],

kkk)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International FIDFDS: GLBL Consumer Ind (F/CON),* dated February 25, 2013 [Docket No. 35481],

lll)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International French Retail – Fidelity Trilogie Sub Larger (FTRA),* dated February 25, 2013 [Docket No. 35482],

mmm)   "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Hong Kong Mandatory Provident Funds*, dated February 25, 2013 [Docket No. 35483],

nnn)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Japan Institutional Accounts - IBM Japan Europe*, dated February 25, 2013 [Docket No. 35484],

ooo)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Korean Mutual Funds – FIK Global FIN SVCS Mother (KGFSM),* dated February 25, 2013 [Docket No. 35485],

ppp)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Middle East Institutional - Riyad Bank - Future Fund (RIYEU)*, dated February 25, 2013 [Docket No. 35486],

qqq)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Pensions (Hong Kong) – MTR Corp European Sub (MTREU),* dated February 25, 2013 [Docket No. 35487],

rrr)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Pilot - FID POC European (AW) Pilot (FAWPLT),* dated February 25, 2013 [Docket No. 35488],

sss)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Pilot - FID POC PAN EUE CNPS PLT (FPECPF),* dated February 25, 2013 [Docket No. 35489],

ttt)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Pilot - FID POC UK Equity JC PLT (FUEPLT)*, dated February 25, 2013 [Docket No. 35490],

uuu)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to Fil Investments International Pilot: Fidelity European Technical Pilot Fund (FELPF),* dated February 25, 2013 [Docket No. 35491],

vvv)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Fresno City Fire and Police Retirement System and the Fresno City Employees Retirement System*, dated February 25, 2013 [Docket No. 35492], and

www)    "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Sumitomo Trust Banking Corp.,* dated February 25, 2013 [Docket No. 35493],

by causing true and correct copies to be:

i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
26th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-10-

# EXHIBIT A

## EMAIL ADDRESSES

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
christopher.schueller@bipc.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com

ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com

ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jamie.nelson@dubaiic.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlovi@steptoe.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmcginley@wilmingtontrust.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com;

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

kurt.mayr@bgllp.com

lacyr@sullcrom.com

landon@streusandlandon.com

lapeterson@foley.com

lathompson@co.sanmateo.ca.us

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

leila.roeder@whitecase.com

lgotko@fklaw.com

lgranfield@cgsh.com

lhandelsman@stroock.com

linda.boyle@twtelecom.com

lisa.ewart@wilmerhale.com

lisa.kraidin@allenovery.com

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmay@coleschotz.com

lmcgowen@orrick.com

lml@ppgms.com

lnashelsky@mofo.com

loizides@loizides.com

lromansic@steptoe.com

lscarcella@farrellfritz.com

lschweitzer@cgsh.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mccombst@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mkjaer@winston.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@hunton.com

mmooney@deilylawfirm.com

mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
mschlesinger@julienandschlesinger.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com

peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
ritkin@steptoe.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com

robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com

sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

thomas.califano@dlapiper.com

thomas_noguerola@calpers.ca.gov

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tom.schorling@whitecase.com,

tomwelsh@orrick.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

william.m.goldman@dlapiper.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ELISABETTA G. GASPARINI, ESQ.
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574