IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                                ) CHAPTER 11
                                                                         )
LEHMAN BROTHERS HOLDINGS INC.      ) CASE NO.    08-13555(JMP)
                     Debtor.                                    )
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraw their appearance in the representation of WSG Development Company that was filed on September 26, 2008 [Dkt. No. 369] in the above-captioned bankruptcy case.

Dated: New York, New York
         February 28, 2013

                         PRYOR CASHMAN LLP

                    By:   /s/ *Robert M. Fleischer*
                         Robert M. Fleischer (RF-9099)
                         David C. Rose (DR-7876)
                         7 Times Square
                         New York, New York  10036
                         Tel:    (212) 326-0485
                         Fax:   (212) 798-6352
                         Email:  rfleischer@pryorcashman.com
                                       drose@pryorcashman.com
                         Attorneys for WSG Development Company