IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                                    )    CHAPTER 11
                                                          )
LEHMAN BROTHERS HOLDINGS INC.    )    CASE NO.    08-13555(JMP)
                    Debtor.                               )
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance in the representation of CD Representative, L.C. that was filed on September 19, 2008 [Dkt. No. 249] in the above-captioned bankruptcy case.

Dated: New York, New York
       February 28, 2013

                       PRYOR CASHMAN LLP

                       By:    /s/ *Robert M. Fleischer*
                            Robert M. Fleischer (RF-9099)
                            7 Times Square
                            New York, New York 10036
                            Tel:    (212) 326-0485
                            Fax:    (212) 798-6352
                            Email: rfleischer@pryorcashman.com
                            Attorneys for CD Representative, L.C.