

## Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

    __JUS AUCTORIS UG (HAFTUNGSBESCHRÄNKT)__
    name of customer

    (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __28,402.00__, which is equal to __0.001978263__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

    __JUS AUCTORIS UG (HAFTUNGSBESCHRÄNKT)__
    name of customer

    (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __28,402.00__, which is equal to __0.006595383__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __25__ th day of __Januar__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| __JUS AUCTORIS UG (HAFTUNGSBESCHRÄNKT)__ | __JUS AUCTORIS UG (HAFTUNGSBESCHRÄNKT)__ |
| name of customer | name of customer |
| By _(signatures)_ | By X _(signature)_ |
| Name   Mr. Oliver Stuempges    Mr. Theo Peters | Name  JUS AUCTORIS UG (HAFTUNGSBESCHRÄNKT) |
| Title   Area Director    Area Manager | Title |
| Kasernenstr. 10 | MITTELBÜGWEG 48 |
| address | address |
| 40213 Duesseldorf, Germany | 90571 NÜRNBERG, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

RECEIVED FEB 28 2013 U.S. BANKRUPTCY COURT SD. DIST. OF NEW YORK

In re **Lehman Brothers Holdings Inc. et al.**, Case No. **Chapter 11 08-13555 (JMP) (Jointly Administered)**

## Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**JUS AUCTORIS UG (haftungsbeschränkt)**
Name of Transferee

**TARGOBANK AG & Co. KGaA**
Name of Transferor

Name and Address where notices to Transferee should be sent:

**JUS AUCTORIS UG (haftungsbeschränkt)**

**MITTELBÜGWEG 48, 90571 SCHWAIG, Germany**

Court Claim # (if known): **55404**

Amount of Claim: **$ 28,402.00**

Date Claim Filed: **29 October 2009**

Phone: **+ 49 (0) 3212 1452516**
Last Four Digits of Acct #: _____

Phone: **+49 (0)203 347 5703**
Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent: (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By **/s/ signature** X    Date **03.02.2013**
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

# Transferred Claim

$ __28,402.00__ of $ __430,662,989.86__ (the outstanding amount of the Proof of Claim as of

__25 Januar 2013__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR. KUPON NTS12 | DE000A0MHXQ6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 28,402.00 | --------------- | 06.04.2012 | $ 28,402.00 |


POSTEINGANG
17. Jan. 2013


TARGOBANK 164
16. JAN. 2013
Ulm

# Übertragungsauftrag

(direkt bei Ihrer depotführenden Bank einzureichen)

An (Anschrift Ihrer Bank)

Targo Bank
Name der Bank

Münsterplatz 41
Straße, Hausnr.

89073 Ulm
PLZ, Ort

Auftraggeber

Frieder Stubenvoll
Vorname, Name

Fohlenweg 2
Straße, Hausnr.

73312 Geislingen
PLZ, Ort

Depotnr.: 251046 164900

Sehr geehrte Damen und Herren,

ich habe das freiwillige öffentliche Kaufangebot der Jus Auctoris UG (haftungsbeschränkt), Schwaig für Zertifikate der Lehman Brothers Treasury B.V. angenommen. Die Annahmeerklärung ist der Jus Auctoris UG (haftungsbeschränkt) übersendet worden.

Bitte übertragen Sie aus meinem oben genannten Depot folgende Zertifikate/Anleihen mit der

WKN: A0MHXQ DE000A0MHXQ6

Stückzahl/Nominalvolumen: 20.000 EUR
5,50000

(WICHTIG!) : unter Benennung meines Namens im freien Textfeld an:

Depotnr.: 870 620 562

Deutsche Postbank AG,

BLZ: 370 110 00

Name: Jus Auctoris UG (haftungsbeschränkt)

Steuerid.: : 241-129-91138

zu Gunsten der Jus Auctoris UG (haftungsbeschränkt), Mittelbügweg 48, 90571 Schwaig, Tel.: 03212- 145 25 16, Fax: 03212- 145 25 16, E-Mail: kaufangebot@jus-auctoris.de

Geislingen, 14.01.013
Ort, Datum

[Unterschrift]
Unterschrift