

# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT)
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __14,201.00__, which is equal to __0.001978263__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT)
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __14,201.00__, which is equal to __0.003297072__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __25__ th day of __Januar__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT) | JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT) |
|---|---|
| name of customer | name of customer |
| By _____ | By X _____ |
| Name  Mr. Oliver Stuempges    Mr. Theo Peters | Name  JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT) |
| Title  Area Director    Area Manager | Title _____ |
| Kasernenstr. 10 | MITTELBÜGWEG 48 |
| address | address |
| 40213 Duesseldorf, Germany | 90571 SCHWAIG, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)



## United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al._____, Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT)  
Name of Transferee

TARGOBANK AG & Co. KGaA  
Name of Transferor

Name and Address where notices to Transferee should be sent:

JUS AUCTORIS UG (HAFTUNGSBESCHÄNKT)

MITTELBÜGWEG 48; 90571 SCHWAIG, Germany

Court Claim # (if known): 55404

Amount of Claim:  $ 14,201.00

Date Claim Filed: 29 October 2009

Phone:  + 49 (0) 3212 1452516  
Last Four Digits of Acct #:

Phone:  +49 (0)203 347 5703  
Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent: (if different from above):

Phone:  
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X  /s/ _E. Elt_                                      Date 13.2.2013  
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Transferred Claim

$ __14,201.00__ of $ __430,715,533.56__ (the outstanding amount of the Proof of Claim as of

__07. FEBRUAR 2013__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR. KUPON NTS12 | DE000A0MHXQ6 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 14,201.00 | ---------------- | 06.04.2012 | $ 14,201.00 |

*[handwritten at top: Bitte TAN Freischaltung Name des Kunden vermerken]*

# TARGO BANK

TARGOBANK AG & Co KGaA
(nachstehend: TARGOBANK)
Kasernenstraße 10 · 40213 Düsseldorf

## Auftrag zum Depotübertrag

Paginiernummer: _____

**POSTEINGANG 16. Jan. 2013**

Ich beantrage bei der TARGOBANK AG & Co. KGaA die Übertragung meines Depots.

Von Depotnummer: 180328090400

| 1. Depotinhaber | | 2. Depotinhaber | |
|---|---|---|---|
| Name: | Heinz Werner | Name: | Frieda Werner |
| Straße: | Goyer Busch 12 | Straße: | Goyer Busch 12 |
| PLZ, Ort: | 44803 Bochum | PLZ, Ort: | 44803 Bochum |
| Geburtsdatum: | 18.03.1928 | Geburtsdatum: | 12.07.1930 |
| TIN: | 73156928098 | TIN: | 94267038119 |

Intern auf TARGOBANK Depot: ◯ Auf Depotnummer: _____
Extern: ⊠ Auf Depotnummer: 870620562
Kreditinstitut, Filiale: Deutsche Postbank AG
Bankleitzahl: 37011000

| 1. Depotinhaber | | 2. Depotinhaber | |
|---|---|---|---|
| Name: | Jus Auctoris UG | Name: | |
| Straße: | Mittelbügweg 48 | Straße: | |
| PLZ, Ort: | 90571 Schwaig | PLZ, Ort: | |
| Geburtsdatum: | | Geburtsdatum: | |
| TIN: | 24112991138 | TIN: | |

Persönliches Verhältnis zwischen Übertragendem und Empfänger: sonstiges

⊠ Übertrag des gesamten Depotbestands oder    ◯ oder Übertrag nachfolgend aufgeführter Wertpapiere

| Nennwert/Stückzahl | WKN/ISIN | Wertpapierzeichnung |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Einige Wertpapiere, insbesondere Fondsanteile, können wegen verschiedener Lagerstellen der Kreditinstitute nicht übertragen werden.

**Verkaufsauftrag:** Nicht übertragbare Bruchteile von oben genannten Wertpapieren sollen bei **Depotauflösung** bestens verkauft werden.

**Wichtiger Hinweis:** Da Sie nur einmal über einen vorhandenen Bestand verfügen können, möchten wir Sie darauf aufmerksam machen, dass ein zusätzlicher Verkaufsauftrag für eine bereits zum Übertrag von Ihnen angewiesene Position nicht erteilt werden darf. Sollte doch von Ihrer Seite doppelt über die zu übertragenden Depotpositionen verfügt werden, gehen eventuell entstehende Kosten/ Differenzen durch unsere notwendige Eindeckung der unrechtmäßig verfügten Wertpapiere zu Ihren Lasten.
Bitte übertragen Sie neben den Stücken folgende Verlustverrechnungstöpfe (VVT): ◯ alle VVT  ◯ VVT Aktien  ◯ VVT Sonstiges  ◯ VVT ausländischer Quellensteuer
Hinweis: Ein Übertrag der VVT ist nur nach Übertrag **des gesamten Depotbestandes ohne Gläubigerwechsel** möglich.

Es darf nur eine Übertragungsart gewählt werden

◯ Übertrag **ohne** Gläubigerwechsel (= identische Depotinhaber) – Eigenübertrag – keine Steuerberechnung

Übertrag **mit** Gläubigerwechsel (= neuer Eigentümer)
◯ Ehegattenübertrag (Meldung an das Finanzamt) – unentgeltlich – keine Steuerberechnung
◯ Schenkung (Meldung an das Finanzamt) – unentgeltlich – keine Steuerberechnung
◯ Erbschaft/Nachlass (keine Meldung an das Finanzamt) – unentgeltlich – keine Steuerberechnung
⊠ entgeltlich – mit Steuerberechnung

Depotlöschung nach Übertrag? ⊠    Grund für eine Depotauflösung: sonstiges

Wenn Depotübertrag ins Ausland, folgende Daten der Auslandsbank eintragen:
Ansprechpartner: _____    Telefonnummer der Bank: _____
Anschrift der Bank: _____    Faxnummer der Bank: _____

Name des Unterschreibenden: X *Heinz Werner*    X *[signature]*
Unterschrift des/der 1. Depotinhaber(s)/in bzw. des/der Erziehungsberechtigten/Verfügungsberechtigten    Unterschrift des/der 2. Depotinhaber(s)/in bzw. des/der Erziehungsberechtigten/Verfügungsberechtigten

TARGOBANK AG & Co. KGaA
Bitte beachten Sie, dass zwei Unterschriften erforderlich sind.
Name Sachbearbeiter: Herr Zeise
Filiale: 090
Datum: 14.01.2013

TARGOBANK geprüft    TARGOBANK ausgefertigt

Den ausgefüllten Auftrag faxen Sie bitte an die Wertpapierabwicklung Faxnummer 0203/347-16051 und leiten das Original an OF weiter!

EF007 13 08.12
Original SB-WP / 1. Kopie Kunde / 2. Kopie Optical Filing