UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
In re:                                                           :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   Case No. 08-13555(JMP)
                                                                 :   (Jointly Administered)
        Debtors.                                                :
                                                                 :   CERTIFICATE OF
                                                                 :   SERVICE
---------------------------------------------------------------- X
                                                                 :
In re:                                                           :
                                                                 :   Case No. 08-01420 (JMP)
LEHMAN BROTHERS INC.,                                            :
                                                                 :
        Debtor.                                                 :
                                                                 :
---------------------------------------------------------------- X

      I, Brendan Cyr, an attorney admitted to practice in the State of New York and Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      1. On the 15th day of February, 2013, the Notices of Appearance and Request for Service of Papers of David Y. Livshiz and the Sixth Amended Verified Statement of Cleary Gottlieb Steen & Hamilton LLP Pursuant to Bankruptcy Rule 9019(a) were served by hand and by Federal Express, as indicated, upon:

### BY HAND

Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

### BY FEDERAL EXPRESS

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Christopher K. Kiplok, Esq.
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O' Donnell, Esq.
Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Kenneth J. Caputo
Securities Investor Protection Corporation
805 Fifteenth St., N.W., Suite 800
Washington, DC 20005

Kenneth E. Lee
Levine Lee LLP
570 Lexington Avenue, 7th Floor
New York, NY 10022

Preet Bharara, US Attorney
US Attorney's Office for the Southern District
 of New York
One St. Andrews Plaza
New York, NY 10007-1701

Attn: District Director
Internal Revenue Service
Special Procedures Branch
290 Broadway
New York, NY 10007

Bonnie Gauch
Securities and Exchange Commission
Division of Market Regulation
450 5th St. NW
Washington, DC 20549-1001

2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
February 28, 2013

_____
Brendan Cyr