**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                     Debtors.                                      :
                                                                   :
-------------------------------------------------------------------x
```

Ref. Docket No. 32406, 33975, 34035, 34036, 34038-34040, 34200, 34234, 34272, 34275, 34618, 34688, 34712, 34758, 34867-34870, 34899, 34911, 34913-34960, 34966-34968, 34971-34977, 34981-34989, 34991-34997, 34999-35010, 35012-35017, 35022-35024, 35027, 35029, 35030, 35032, 35034-35043, 35048, 35052, 35109, 35110, 35112-35118, 35128, 35135, 35137, 35139-35145, 35147-35155

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 32406, 33975, 34035...35145, 35147-35155_AFF_2-25-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 62743-20 in the above referenced case and in the amount of $14,217,115.66   allowed at $18,449,939.93     has been transferred (**unless previously expunged by court order**)

```
BARCLAYS BANK PLC                              BARCLAYS BANK PLC
TRANSFEROR: ALSTON INVESTMENTS LLC             ATTN: ANTHONY VITIELLO
ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35008      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/25/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 25, 2013.

Pg 5 of 11

**EXHIBIT B**

```
TIME: 10:10:10                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE:    1
DATE: 02/25/13                                                    CREDITOR LISTING

Name                                           Address
ALSTON INVESTMENTS LLC                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                               712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS LLC                         TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                               NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                        TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                               NEW YORK NY 10019
AURELIUS INVESTMENT, LLC                       TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MGMT-DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022
B.V. RECREATIEPARK LINNAEUSHOF                 RIJKSSTRAATWEG 4 BENNEBROEK  2121 AE NETHERLANDS
BANCA AKROS SPA                                ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN  20149 ITALY
BANCA ALETTI & C. (SUISSE) SA                  TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA VIA MAGATTI 6 LUGANO  6901 SWITZERLAND
BANCA DI CREDITO COOPERATIVO DI ROMA           TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: ROBERTO PALOMBO VIA DELL'OCEANO INDIANO 13 C ROMA  00144 ITALY
  SOCIETA COOPERATIVA
BANCA ESPERIA S.P.A.                           ATTN: LUCA PELLEGRINO VIA FILODRAMMATICI, 5 MILANO  20121 ITALY
BANCA FIDEURAM S/P.A.                          TRANSFEROR: BANCA MEDIOLANUM S.P.A. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ROMA  00143 ITALY
BANCA FIDEURAM SPA                             TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT PIAZZALE GIULIO DOUHET 31
                                               ROMA  00143 ITALY
BANCA MEDIOLANUM S.P.A.                        ATTN: HEAD OF OPERATIONS CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO ( MILANO )  20080 ITALY
BANCA MONTE DEI PASCHI DI SIENA SPA            ATTN: GIANLUCA SERRA PIAZZA SALIMBENI, 3 SIENA  53100 ITALY
BANCA MONTE PARMA SPA                          TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: ERICO VERDERI PIAZZALE JACOPO SANVITALE 1 PARMA  43121 ITALY
BANCA PASSADORE & C. S.P.A.                    TRANSFEROR: CREDITO EMILIANO SPA ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA  16121 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.        VIA SAN CARLO 8/20 MODENA  41100 ITALY
  COOP.
BANCA POPOLARE DI MILANO S.C. A R.L.           TRANSFEROR: BANCA AKROS SPA ATTN: MARIA TERESA GUERRA PIAZZA MEDA N. 4 MILANO  20121 ITALY
BANCA ZARATTINI & CO                           TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA ATTN: ELENA CAROSI VIA BALESTRA 17 LUGANO  CH-6900 SWITZERLAND
BANCA ZARATTINI & CO. SA, LUGANO               TRANSFEROR: RBS COUTTS BANK AG ATTN: ELANA CAROSI VIA BALESTRA 17 LUGANO  6901 SWITZERLAND
BANK HAPOALIM B.M.                             18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                             ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK INSINGER DE BEAUFORT NV (ITALIA)          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
                                               VIA BOEZIO 4C ROMA  00193 ITALY
BANK JULIUS BAER & CO. LTD.                    ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND
BARCLAYS BANK PLC                              C/O ANTHONY VITTELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 845 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: BHF-BANK AKTIENGESELLSCHAFT 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                              TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK, S.A.                            TRANSFEROR: PONS, GABRIEL MIQUEL ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID  28036 SPAIN
BERNER KANTONALBANK AG                         TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SAMUEL STUCKI POSIFACH BERN  CH 3001 SWITZERLAND
BERNER KANTONALBANK AG                         TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTFACH BERN  CH 3001 SWITZERLAND
BETHMANN BANK AG                               TRANSFEROR: BRUNS, INGRID BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: BRUNS, WILHELM & INGRID BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: BURGER, SUSANNE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: CARSTENSEN, MARIA BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: CRIEGEE, LUTZ AND ERIKA BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: GARTNER, FEDERICO JORGE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN FRANKFURT  GERMANY
BETHMANN BANK AG                               TRANSFEROR: GRAMS, HELMUT BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT  GERMANY
BETHMANN BANK AG                               TRANSFEROR: JEPPESEN, TAGE OR ILSE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: JURGENS, BERNHARD & MARIA-LUISE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: KAEMPFE, HASSO, DR. BETHMANNSTRABE 7-9 BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: KOCH, HELGA BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                               TRANSFEROR: KOCH, MAXIMILIAN, DR. BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY

                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:10:10                                            LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 02/25/13                                              CREDITOR LISTING

Name                                                Address
BETHMANN BANK AG                                    TRANSFEROR: KURTZE, RUTH BETHMANNSTR. 7-9 60311 FRANKFURT AM MAIN  GERMANY
BETHMANN BANK AG                                    TRANSFEROR: LANGOSCH, THOMAS BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: LAQUEUR, DR. HANS-PETER ATTN: DR JUR. SUSANNE BEHOHR-LAQUEUR BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: LEUTHE, WALTER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: MERTENS, MANFRED BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: MOES, INGEBORG BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: NAGEL, PETER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: ODEFEY, SABINE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: OLDENBURG, LORE BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: ROTERMUND, DIETER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: SACHAU, FRANK BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: SCHNEIDER, HEIDEDE BETHMANNSTRABE 7-9 60311 FRANKFURT AM MAIN FRANKFURT  GERMANY
BETHMANN BANK AG                                    TRANSFEROR: VOIGT, THOMAS BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG                                    TRANSFEROR: WIRT, HARALD BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
BETHMANN BANK AG F/K/A DELBRUCK BETHMANN            TRANSFEROR: KUHLMANN, ULRICH BETHMANNSTRSSE 7-9 FRANKFURT AM MAIN  60311 GERMANY
 MAFFEI AG
BKM HOLDINGS (CAYMAN) LTD.                          TRANSFEROR: JP MORGAN SECURITIES LLC C/O DAVIDSON KEMPNER - ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BSOF PARALLEL MASTER FUND LP                        BLACKSTONE STRATEGIC OPPORTUNITY ASSOCIATES L.L.C. ATTN: ARTHUR LIAO 345 PARK AVENUE, 28TH FLOOR NEW YORK NY 10154
BSOF PARALLEL MASTER FUND LP                        TRANSFEROR: GOLDMAN SACHS & CO. C/O KNIGHTHEAD CAPITAL MANAGEMENT - LAURA L. TORRADO 1140 AVENUE OF THE AMERICAS, 12TH FLOOR
                                                    NEW YORK NY 10036
CANDLEWOOD SPECIAL SITUATIONS MASTER                TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017
 FUND, LTD.
CASSA DI RISPARMIO DI FIRENZE S.P.A.                FALLERI MARCO VIA CARLO MAGNO FRIENZE 7-50127 ITALY
CASSA DI RISPARMIO DI PARMA E PIACENZA              TRANSFEROR: CASSA DI RISPARMIO DI FIRENZE S.P.A. VIA MISTRALI, 1 PARMA  43121 ITALY
 S.P.A
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                   TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDITO EMILIANO SPA                                ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO SPA                                TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: STEFANIA CATELLANI VIA GANDHI, 2/C REGGIO EMILIA  42123 ITALY
CREDITO EMILIANO SPA                                ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY
CREDITO PRIVATO COMMERCIALE SA                      VIA ZURIGO 46 LUGANO 6901 SWITZERLAND
CRESCENT 1 L.P.                                     TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1 L.P.                                     TRANSFEROR: TEJAS SECURITIES GROUP, INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1 LP                                       TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND LP                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND LP                                  TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, LP                                 TRANSFEROR: TEJAS SECURITIES GROUP, INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVI CVF II LUX MASTER SARL                          TRANSFEROR: PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON
                                                    25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER SARL                          TRANSFEROR: ZEPHYR FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET
                                                    LONDON W1F 9LT UNITED KINGDOM
CVI GVF (LUX) MASTER S.A.R.L.                       TRANSFEROR: ZOO ZURICH AG C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON  W1F 9LT UNITED KINGDOM
CWD OC 522 MASTER FUND, LTD.                        TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O CANDLEWOOD INVESTMENT GROUP 777 THIRD AVE., SUITE 19B NEW YORK NY 10017
CYRUS EUROPE MASTER FUND LTD.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS EUROPE MASTER FUND LTD.                       TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II LTD.             TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II LTD.             TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II LTD.             TRANSFEROR: TEJAS SECURITIES GROUP, INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND              TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 LTD.
CYRUS SELECT OPPORTUNITIES MASTER FUND              TRANSFEROR: MACQUARIE BANK LIMITED ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 LTD.
CYRUS SELECT OPPORTUNITIES MASTER FUND              TRANSFEROR: TEJAS SECURITIES GROUP, INC. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 LTD.
DEL TUFO, GIAMPIERO                                 C/O D'ALESSANDRO & PARTNERS - SGE VIA ANFITEATRO LATERIZIO NO. 290 NOLA, NAPLES  80035 ITALY
DEUTSCHE BANK AG, LONDON BRANCH                     TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                TRANSFEROR: BARCLAYS BANK, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
```

```
TIME: 10:10:10                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 02/25/13                                         CREDITOR LISTING

Name                                          Address
DEUTSCHE BANK AG, LONDON BRANCH (UK)          TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG,LONDON BRANCH                TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG (IN INSOLVENZ) ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE
                                              1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DRRT FBO LIECHTENSTEINISCHE LANDESBANK        TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA 100 SE SECOND STREET, SUITE 2610 MIAMI FL 33131
AKTIENGESELLSCHAFT
EBENBECK, LYDIA                               TRANSFEROR: STEINBECK, GUNTER AND KAETHE DR. ROHMAYERSTR 15 STRAUBING        94315 GERMANY
ELLIOTT ASSOCIATES,L.P.                       C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                    C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH ST. NEW YORK NY 10019
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: STERLING HATHAWAY C/O EMPYREAN CAPITAL PARTNERS, LP
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP
                                              10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS, LP; ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD., STE 2950
                                              LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                              LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, L.P. ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                              10250 CONSTELLATION BLVD., STE. 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS LP 10250 CONSTELLATION BLVD, STE 2950
                                              LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                              LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., STE 2950
                                              LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                     TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC STERLING HATHAWAY EMPYREAN CAPITAL PARTNERS, LP 10250 CONSTELLATION BLVD., SUITE 2950
                                              LOS ANGELES CA 90067
FACELLA SENSI DELLA PENNA, SALVATORE          C/O AVV. PIETRO PAOLO MENNEA VIA SILLA, 7 ROME 00192 ITALY
FIR TREE CAPITAL OPPORTUNITY MASTER           CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER           C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER           TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS ATTN: STEVEN SCARPULLA 505 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10017
FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.              WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
                                              FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099
FIR TREE VALUE MASTER FUND, L.P.              TRANSFEROR: BARCLAYS BANK PLC C/O FIR TREE PARTNERS; ATTN: STEPHEN SCARPULLA 505 FIFTH AVE, 23RD FLOOR NEW YORK NY 10017
GOLDMAN SACHS & CO.                           TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC            TRANSFEROR: YIELD STRATEGIES FUND II, L.P. ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                          TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRUPPO BANCA LEONARDO S.P.A.                  TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: LUIGI CROSTI - MATTEO CANTENACCI VIA BROLETTO 46 MILANO   20121 ITALY
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:10:10                                       LEHMAN BROTHERS HOLDING INC.                                              PAGE:     4
DATE: 02/25/13                                             CREDITOR LISTING

Name                                          Address
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: MATT SELTZER C/O HALCYON ASSET MANAGEMENT LLC 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
HALCYON LOAN TRADING FUND LLC                 TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HAYMAN CAPITAL MASTER FUND LP                 TRANSFEROR: J.P. MORGAN SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. - ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                              DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.              TRANSFEROR: J.P. MORGAN SECURITIES LLC HAYMAN CAPITAL MANAGEMENT, L.P. - ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                              DALLAS TX 75201
HAYMAN CAPITAL MASTER FUND, L.P.              TRANSFEROR: J.P. MORGAN SECURITIES, LLC HAYMAN CAPITAL MANAGEMENT, L.P. - ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                              DALLAS TX 75201
HCN LP                                        TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                        TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                        TRANSFEROR: EMPYREAN INVESTMENTS LLC; ATTN MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
HCN LP                                        TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HCN LP                                        TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLF LP                                        TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
HLF LP                                        TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                               TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                               TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
HLTS FUND II LP                               TRANSFEROR: JPMORGAN CHASE BANK, NA 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                               TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                              NEW YORK NY 10022
ILLIQUIDX LLP                                 TRANSFEROR: BANCA ESPERIA S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: DEL TUFO, GIAMPIERO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: FACELLA SENSI DELLA PENNA, SALVATORE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: IBON ZELAIA LEZAMA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: MARTINEZ GARCIA, CRISTELLE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: MIRANDA FERRERAS, ALFREDO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                 TRANSFEROR: SANZ GIL, JAVIER ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INTESA SANPAOLO PRIVATE BANKING S.P.A.        TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA ATTN: PAOLO POLLASTRI VIA HOEPLI, 10 MILANO (MI) 20121 ITALY
INTESA SANPAOLO SPA                           ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
IRA FBO MICHAEL ZLATIN PERSHING LLC AS        TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
  CUSTODIAN
J.P. MORGAN SECURITIES LLC                    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES LLC                    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
J.P. MORGAN SECURITIES, LLC                   TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JP MORGAN SECURITIES LLC                      TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC C/O J.P. MORGAN SECURITIES MAIL CODE: NY1-M138 ATTN: JEFFREY L. PANZO
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK N.A.                      TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK NA                        TRANSFEROR: CWD OC 522 MASTER FUND, LTD. JPMORGAN SECURITIES LLC ATN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK NA                        TRANSFEROR: CWD OC 522 MASTER FUND, LTD. JPMORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                              383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138
                                              ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                     TRANSFEROR: EMPYREAN INVESTMENTS, LLC ATTN: SUSAN MCNAMARA MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: ORRINGTON PLUS FUND SPC, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
```

```
TIME: 10:10:10                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    5
DATE: 02/25/13                                        CREDITOR LISTING

Name                                                        Address
JPMORGAN CHASE BANK, NA                                     TRANSFEROR: PIMCO CAYMAN GLOBAL LIBOR PLUS (YEN-HEDGED) FUND - (#2798) ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                                            ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
KOCH, HELGA                                                 OBERNEUL. LANDSTR. 210 BREMEN 28355 GERMANY
KOCH, MAXIMILIAN, DR.                                       HOHENZOLLERNSTR. 35 MUNICH 80801 GERMANY
LAMP HAYMAN CAPITAL FUND                                    TRANSFEROR: BARCLAYS BANK PLC C/O HAYMAN CAPITAL MANAGEMENT, L.P. ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS ROAD, SUITE 1400
                                                            DALLAS TX 75201
LEHMAN BROTHERS COMMODITY SERVICES INC.                     TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE) ATTN: RON GERAGHTY 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                      ATTN: STEVEN ANTHONY PEARSON 25 BANK STREET LONDON E14 5LE UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                      PRICEWATERHOUSECOOPERS LLP ATTN: STEVEN ANTHONY PEARSON PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM
LEHMAN BROTHERS INTERNATIONAL (EUROPE)                      LINKLATERS LLP ATTN: TITIA HOLTZ KIAH BEVERLY-GRAHAM 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
LIQUIDATION OPPORTUNITIES MASTER FUND LP                    TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MACQUARIE BANK LIMITED                                      TRANSFEROR: ALSTON INVESTMENTS LLC C/O MACQUARIE HOLDINGS (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH STREET
                                                            NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                                                            LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                                                            LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                                 TRANSFEROR: VR-LIW GMBH ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH                       TRANSFEROR: YORK SOLUTIONS CAYMAN FUND LIMITED ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL LYNCH, PIERCE, FENNER & SMITH, INC                  TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL, LYNCH, PIERCE FENNER & SMITH                       TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL LYNCH, PIERCE FENNER & SMITH                        TRANSFEROR: PERMAL YORK, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL LYNCH, PIERCE FENNER & SMITH                        TRANSFEROR: PERMAL YORK. LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MERRILL, LYNCH, PIERCE FENNER & SMITH                       TRANSFEROR: YORK SOLUTIONS CAYMAN FUND LIMITED ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED
MORGAN STANLEY & CO. INTERNATIONAL PLC                      MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                      TRANSFEROR: WONG LING LING 25, CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM
MR. S. GRIJPSTRA                                            TRANSFEROR: B.V. RECREATIEPARK LINNAEUSHOF RIJKSSTRAATWEG 4 BENNEBROCK 2121 AE THE NETHERLANDS
NOMURA CORPORATE FUNDING AMERICAS LLC                       TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O NOMURA AMERICAS ATTN: REHANA WLJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING 2, FLOOR 21
                                                            NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS LLC                       TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O NOMURA AMERICAS ATTN: REHANA WLJENAYAKE 2 WORLD FINANCIAL CENTER, BULDING 2, FLOOR 21
                                                            NEW YORK NY 10281
PANNING MASTER FUND, LP                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ROBERT BOWERS 510 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022
PANNING MASTER FUND, LP                                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ROBERT BOWERS 510 MADISON AVENUE, 24TH FLOOR NEW YORK NY 10022
PAULSON PARTNERS ENHANCED LP                                ROBERT SCHEINIGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON PARTNERS ENHANCED LP                                TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PB CAPITAL CORPORATION                                      ATTENTION: GENERAL COUNSEL 230 PARK AVENUE NEW YORK NY 10169
PILSUDSKI FUND LIMITED (FORMERLY MAC                        FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND GAVIN WOODS 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022
 PILSUDSKI 20A LIMITED)
PILSUDSKI FUND LIMITED (FORMERLY MAC                        C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS & MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM
 PILSUDSKI 20A LIMITED)
RBS COUTTS BANK AG                                          STAUFFACHERSTRASSE 1 POSTFACH ZURICH 8022 SWITZERLAND
SOLA LTD                                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD                                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE 11TH FLOOR NEW YORK NY 10022
SOLA LTD                                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| SOLA LTD | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| STEINBECK, GUNTER AND KAETHE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA KOLUMBUSRING 36 WILHELMSHAVEN 26389 GERMANY |
| TEJAS SECURITIES GROUP, INC. | TRANSFEROR: ESOPUS CREEK VALUE LP 8226 BEE CAVES ROAD AUSTIN TX 78746 |
| THIRD POINT LOAN LLC | TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURINE HO 390 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| ULTRA MASTER LTD. | TRANSFEROR: SOLA LTD ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY ATTN: CRAIG BYRNE VIA MANZONI, 41-43 MILANO 20121 ITALY |
| VOIGT, THOMAS | BILLWERDER NEVER DEICH 25 HAMBURG D-20539 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER GABELSBERGERSTRASSE 1A HAMM 59069 GERMANY |
| WONG LING LING | NO. 10 BELLEVIEW DRIVE REPULSE BAY HONG KONG |
| YIELD STRATEGIES FUND II, L.P. | 2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929 |
| YORVIK PARTNERS LLP | TRANSFEROR: BETHMANN BANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BETHMANN BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: BETHMANN BANK AG F/K/A DELBRUCK BETHMANN MAFFEI AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| ZEPHYR FUND LIMITED | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND GAVIN WOODS 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ZEPHYR FUND LIMITED | C/O MAN INVESTMENTS LIMITED ATTN: KIRSTEN ROGERS/ MARGO JENSEN SUGUAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ZEPHYR FUND LIMITED | C/O MAN INVESTMENTS LIMITED ATTN: KRISTEN ROGERS/ MARGO JENSEN SUGAR QUAY LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| ZOO ZURICH AG | ZURICHBERSTR 221 ZURICH SWITZERLAND |

Total Number of Records Printed    226