UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                       :

In re                              :        Chapter 11 Case No.
                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :        08-13555 (JMP)
                                       :        (Jointly Administered)

                  Debtors.          :
                                       :
------------------------------------------------------------------x    Ref. Docket Nos. 34827 & 34980

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 25, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                  Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                          |        Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         |        08-13555 (JMP)

                                               |        (Jointly Administered)

                        Debtors.               |

---

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    WERZINGER, ROGER C.H.
               DOFSTR. 32
               CH 8835 SWITZERLAND


Additional:




Transferee:    CVI GVF (LUX) MASTER S.A.R.L.
               C/O CARVAL INVESTORS UK LIMITED
               25 GREAT PULTENEY STREET, 3RD FLOOR
               LONDON W1F9LT UNITED KINGDOM


**Your transfer   of claim #   17123   is defective for the reason(s) checked below:**

Other                                   INCORRECT NAME ON SELLER






Docket Number 34980              Date 02/21/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 25, 2013.

EXHIBIT B

TIME: 10:06:49
DATE: 02/25/13

PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| CVI GVF (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F91T UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| WERZINGER, ROGER C.H. | DOFSTR. 32 CH 8835 SWITZERLAND |
| YORVIK PARTNERS LLP | 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    5

EPIQ BANKRUPTCY SOLUTIONS, LLC