**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :    (Jointly Administered)
            **Debtors.**                                       :
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 32061, 32072,
                                                                    34586, 34715, 34717, 35018, 35118,
                                                                    35156-35160, 35162-35172, 35174-
                                                                    35179, 35181-35186, 35188-35192,
                                                                    35194-35208, 35210-35229, 35231-
                                                                    35237, 35243, 35244, 35246, 35247,
                                                                    35250-35252, 35254, 35255, 35257,
                                                                    35258, 35260, 35263-35282, 35287,
                                                                    35293, 35295, 35296, 35298, 35317,
                                                                    35326, 35328

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   737 PORTFOLIO TRUST
      C/O WILLIAM J. FOX
      LEHMAN BROTHERS HOLDINGS INC.
      1271 AVENUE OF THE AMERICAS; 40TH FLOOR
      NEW YORK NY 10020
```

Please note that your claim # 400019-02 in the above referenced case and in the amount of
     $120,169,432.45   allowed at $120,169,432.45          has been transferred (**unless previously expunged by court order**)

```
      LEHMAN BROTHERS HOLDINGS INC.
      TRANSFEROR: 737 PORTFOLIO TRUST
      ATTN: JOSEPH J. SCIAMETTA
      1271 AVENUE OF THE AMERICAS, 35TH FLOOR
      NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 35198       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/26/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 26, 2013.

EXHIBIT B

```
TIME: 12:02:54                                    LEHMAN BROTHERS HOLDING INC.                                        PAGE:     1
DATE: 02/26/13                                         CREDITOR LISTING

Name                                              Address
737 PORTFOLIO TRUST                               C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020
ADK SOHO FUND                                     TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET NEW YORK NY 10012
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: ILLIQUIDX LTD. 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O ALDEN GLOBAL CAPITAL CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: YORVIK PARTNERS LLP ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, LP
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ANDREINI MARIA ROSA                               TRANSFEROR: ICCREA BANCA S.P.A. VIA SALA, N. 4-25032 CHIARI (BS)    ITALY
ASFA 2002, S.L.                                   C/SANT FRANCESC, 13 ENTRESUELO 1A GIRONA    17001 SPAIN
ASFA 2002, S.L.                                   RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74 MADRID 28036 SPAIN
ASHTON INVESTMENTS LLC                            TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                                  NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
BAMBI FRANCO                                      TRANSFEROR: ICCREA BANCA S.P.A. VIA SACCO E VANZETTI 41 MARCIGNANA - EMPOLI (FI)    50053 ITALY
BANCA ALETTI & C. S.P.A.                          ATTN MASSIMO ZERBINO VIA SANTO SPIRITO, 14 20121 MILANO    ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.           VIA SAN CARLO 8/20 MODENA 41100 ITALY
 COOP.
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BETHMANN BANK AG                                  TRANSFEROR: NAGEL, PETER BETHMANNSTRASSE 7-9 FRANKFURT AM MAIN   60311 GERMANY
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
BKM HOLDINGS (CAYMAN) LTD.                        TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET - 19TH FLOOR NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            DAVID KARP SCULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
BROMLEY LLC                                       TRANSFEROR: 737 PORTFOLIO TRUST C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: JOSEPH J. SCIAMETTA 1271 AVENUE OF THE AMERICAS, 35TH FLOOR
                                                  NEW YORK NY 10020
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 375 PARK AVENUE, 13TH FLOOR ATTN: BANK DEBT OPERATIONA NEW YORK NY 10152
CCP CREDIT ACQUISITION HOLDINGS, LLC              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC 375 PARK AVENUE, 13TH FLOOR ATTN: BANK DEBT OPERATIONS NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVE, 13TH FL NEW YORK NY 10152
CENTERBRIDGE SPECIAL CREDIT PARTNERS LP           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: BANK DEBT OPERATIONS 375 PARK AVE, 13TH FLOOR NEW YORK NY 10152
CERONI CARLO                                      TRANSFEROR: ICCREA BANCA S.P.A. VIA MARSALA 6 BOLOGNA   ITALY
CITIGROUP GLOBAL MARKETS, INC.                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.                    DOUGLAS R DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP GLOBAL MARKETS, INC.                    TRANSFEROR: BANCO ESPIRITO SANTO S.A. ATTN: MARC HEIMOWITZ 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
CITIGROUP GLOBAL MARKETS, INC.                    TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: MARC HEIMOWITZ 390 GREENWICH STREET 4TH FLOOR NEW YORK NY 10013

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:02:54                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 02/26/13                                            CREDITOR LISTING

Name                                               Address
CITIGROUP GLOBAL MARKETS, INC.                     TRANSFEROR: BANK HANDLOWY W WARSZAWIE SA ATTN: SCOTT BALKAN 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013
COLLS LLOBET, JOAN & MONSERRAT                     C/ GAVARRES, 566 VIDRERES (GIRONA)  17411 SPAIN
  RIERADEVALL BROSSA
COLLS LLOBET, JOAN & MONSERRAT                     MR. JOAN COLLS LLOBET & MRS. MONSERRAT RIERADEVALL BROSSA RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74
  RIERADEVALL BROSSA                               MADRID  28036 SPAIN
CREDIT SUISSE                                      ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                      CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                      RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO EMILIANO SPA                               ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA  42100 ITALY
CREDITO EMILIANO SPA                               ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA  42121 ITALY
CVF LUX MASTER S.A.R.L.                            TRANSFEROR: THUBEROSE FINANCE LTD C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENCY STREET, 3RD FLOOR LONDON  W1F 9LT UNITED KINGDOM
CVI II LUX MASTER S.A.R.L.                         TRANSFEROR: MACQUARIE BANK LIMITED C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY
                                                   60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY OLINSKY 60 WALL STREET
                                                   NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: GAM EQUITY SIX INC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: TACONIC MARKET DISLOCATION FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                    TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ERIK PENSER BANKAKTIEBOLAG                         TRANSFEROR: NORDNET BANK AB ATTN: DAVID ENVALL BIBLIOTEKSGATAN 9 (P.O. BOX 74050) STOCKHOLM  SE-12060 SWEDEN
FINALCA SOCIETA A RESPONSABILITA                   TRANSFEROR: ICCREA BANCA S.P.A. STRADA MAGGIORE 22 BOLOGNA  40125 ITALY
  LIMITATA
FIR TREE CAPITAL OPPORTUNITY MASTER                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
  FUND, L.P.
FIR TREE CAPITAL OPPORTUNITY MASTER                C/O FIR TREE, INC. ATTN: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
  FUND, L.P.
FIR TREE VALUE MASTER FUND, L.P.                   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ/ JENNIFER B. PREMISLER, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019
FIR TREE VALUE MASTER FUND, L.P.                   C/O FIR TREE, INC. ATTENTION: SCOTT GANZEKAUFER 505 FIFTH AVENUE, 23RD FLOOR NEW YORK NY 10017
GARROS IGLESIAS, JUAN RAMON & NURIA                C/COMTE BORRELL, 193, 7E BARCELONA  08015 SPAIN
  RENART MANENT
GARROS IGLESIAS, JUAN RAMON & NURIA                MR. JUAN RAMON GARROS IGLESIAS & MRS. NURIA RENART MANENT RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74
  RENART MANENT                                    MADRID  28036 SPAIN
GILA RIVER POWER, L.P.                             DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
GILA RIVER POWER, L.P.                             C/O ENTEGRA POWER GROUP LLC ATTN: JERRY COFFEY 100 S. ASHLEY DRIVE, SUITE 1400 TAMPA FL 33602
GOLDMAN SACHS LENDING PARTNERS LLC                 TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC                TRANSFEROR: GOLDEN TREE ASSET MANAGEMENT LUX SARL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                TRANSFEROR: GOLDEN TREE CREDIT OPPORTUNITIES FINAN ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                TRANSFEROR: GOLDENTREE 2004 TRUST ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP 30 HUDSON STREET, 36TH FLOOR JERSEY CITY  NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                               TRANSFEROR: SERENGETI PARTNERS LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HIGHBRIDGE ASIA OPPORTUNITIES MASTER               TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC
  FUND, LP                                         40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER            WATCHELL LIPTON ROSEN & KATZ ATTN HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019
  FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER            HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019
  FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER            BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
  FUND LP


                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:02:54                                    LEHMAN BROTHERS HOLDING INC.                                                     PAGE:    3
DATE: 02/26/13                                          CREDITOR LISTING

Name                                              Address
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER           THE CAYMAN CORPORATE CENTRE, 4TH FLOOR, 27 HOSPITAL ROAD GEORGE TOWN GRAND CAYMAN KY1-1109 CAYMAN ISLANDS
 FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER           TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC
 FUND LP                                          40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019
HLTS FUND II LP                                   TRANSFEROR: JPMORGAN CHASE BANK NA C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
HLTS FUND II LP                                   TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
ICCREA BANCA S.P.A.                               ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                               ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ICCREA BANCA S.P.A.                               TRANSFEROR: CREDITO EMILIANO SPA ATTN: LEGAL DEPARTMENT VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
ILLIQUIDX LLP                                     TRANSFEROR: ASFA 2002, S.L. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA ALETTI & C. S.P.A. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: COLLS LLOBET, JOAN & MONSERRAT RIERADEVALL BROSSA ATTN: MR. CELESTINO AMORE 80 FLEET STREET
                                                  LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: DEL TUFO, GIAMPIERO ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: EREILIADIS, GEORGIOS P. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: FACELLA SENSI DELLA PENNA, SALVATORE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: GARROS IGLESIAS, JUAN RAMON & NURIA RENART MANENT ATTN: MR. CELESTINO AMORE 80 FLEET STREET
                                                  LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INVERSIONES MARBARI, S.L. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: MARTI, RAMON CARALT ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: PLANS, SALVADOR CALLIS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: WADDEL, MICHAEL URIEL ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
INCORE BANK AG                                    TRANSFEROR: CREDIT SUISSE SWISS BANKING SERVICES DREIKONIGSTRASSE 8 ZURICH CH-8022 SWITZERLAND
INVERSIONES MARBARI, S.L.                         C/REINA VICTORIA, 28 BARCELONA 08021 SPAIN
INVERSIONES MARBARI, S.L.                         RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74 MADRID 28036 SPAIN
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: MORGAN CAPITAL ADVISORS LLP C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK NA                            TRANSFEROR: CWD OC 522 MASTER FUND, LTD. JPMORGAN SECURITIES LLC ATN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK NA                            TRANSFEROR: CWD OC 522 MASTER FUND, LTD. JPMORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE NY1-M138
                                                  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                         TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O J.P. MORGAN SECURITIES LLC, MAIL CODE: NY1-M138
                                                  ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAILING CODE: NY1- A436
                                                  ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: DRAKE GLOBAL OPPORTUNITIES (MASTER) FUND, LTD, THE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                                  ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: RED RIVER HYPI, L.P. (#2603) ATTN: SUSAN MCNAMARA ONE CHASE MANHATTAN PLAZA, FLOOR 26 MAIL CODE: NY1-A436
                                                  NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: RED RIVER HYPI, LP (2603) ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                           TRANSFEROR: STANDARD CHARTER PRIVATE BANK SINGAPORE ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                  NEW YORK NY 10005
LBVN HOLDINGS, L.L.C.                             PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: GOLDMAN, SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150
LEHMAN BROTHERS HOLDINGS INC.                     TRANSFEROR: 737 PORTFOLIO TRUST ATTN: JOSEPH J. SCIAMETTA 1271 AVENUE OF THE AMERICAS, 35TH FLOOR NEW YORK NY 10020
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
LIQUIDATION OPPORTUNITIES MASTER FUND LP          TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD FLOOR, 34TH FLOOR NEW YORK NY 10022
MACQUARIE BANK LIMITED                            JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
MACQUARIE BANK LIMITED                            TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING
                                                  125 WEST 55TH STREET NEW YORK NY 10019
MAGNETAR CAPITAL MASTER FUND LTD                  DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022


                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:02:54                                       LEHMAN BROTHERS HOLDING INC.                                       PAGE:    4
DATE: 02/26/13                                            CREDITOR LISTING

Name                                                 Address
MAGNETAR CAPITAL MASTER FUND LTD                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                     EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND             DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
LTD.
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD.                                                 EVANSTON IL 60201
MARBLEGATE SPECIAL OPPORTUNITIES MASTER              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MARK E. ZOLDAN, CFO 80 FIELD POINT ROAD GREENWICH CT 06830
FUND LP
MARBLEGATE SPECIAL OPPORTUNITIES MASTER              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: MARK ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
FUND, L.P.
MARBLEGATE SPECIAL OPPORTUNITIES MASTER              TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC ATTN: MARK ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
FUND, L.P.
MARBLEGATE SPECIAL OPPORTUNITIES MASTER              TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: MARK ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
FUND, L.P.
MARIA DE FATIMA DE MATOS RAMOS                       TRANSFEROR: ICCREA BANCA S.P.A. VIA CALANDRINE 7 SAN PIETRO IN CARIANO VR 37029 ITALY
MARTI, RAMON CARALT                                  C/CARRETERA BALENYA, 7, 2-1A TARADELL (BARCELONA) 08552 SPAIN
MARTI, RAMON CARALT                                  RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74 MADRID 28036 SPAIN
MARZOCCHI ILARIO                                     TRANSFEROR: ICCREA BANCA S.P.A. VIA VIGNATAGLIATA 34 FERRARA    ITALY
MORGAN STANLEY & CO.    INTERNATIONAL PLC            1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY & CO.    INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO.    INTERNATIONAL PLC            C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO.    INTERNATIONAL PLC            CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO.    INTERNATIONAL PLC            MARK C. ELLENBERG, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001
MORGAN STANLEY & CO.    INTERNATIONAL PLC            HOWARD R. HAWKINS, ESQ. C/O CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO.    INTERNATIONAL PLC            ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY & CO.    INTERNATIONAL PLC            F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY
                                                     NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC                  COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC                  ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
MORGAN STANLEY CAPITAL SERVICES LLC                  CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC                  CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CAPITAL SERVICES LLC                  CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001
MORGAN STANLEY CAPITAL SERVICES LLC                  F/K/A MORGAN STANLEY CAPITAL SERVICE INC. ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293
NORDNET BANK AB                                      BOX 14077 BROMMA  SE 16714 SWEDEN
PAULSON CREDIT OPOORTUNITIES MASTER LTD.             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
LTD.
PAULSON CREDIT OPPORTUNITIES MASTER                  TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
LTD.
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PAULSON CREDIT OPPORTUNITIES MASTER LTD.             TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK YT 10020
PLANS, SALVADOR CALLIS                               C/CARRETERA DE GRIONS S/N SANTTEUU DE BUIXALLEU (GIRONA) 17451 SPAIN
PLANS, SALVADOR CALLIS                               RENTA 4 SOCIEDAD DE VALORES, S.A. PASEO DE LA HABANA, 74 MADRID 28036 SPAIN
ROVERETI MIRELLA                                     TRANSFEROR: ICCREA BANCA S.P.A. VIA MEUCCI 68 SAVIGNANO SUL RUBICONE (FC) 47039 ITALY
SAINO MAURO AND FALCO SARA                           TRANSFEROR: ICCREA BANCA S.P.A. VIA CHIAPPELLA 45 CAIRO MONTENOTTE (SV) 17014 ITALY
SERENGETI OPPORTUNITIES MM L.P.                      TRANSFEROR: SERENGETI PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM, L.P.                     TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                                     NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM, L.P.                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM, L.P.                     TRANSFEROR: SERENGETI OVERSEAS LTD C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS, LP                 RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
```

```
TIME: 12:02:54                                      LEHMAN BROTHERS HOLDING INC.                                                PAGE:    5
DATE: 02/26/13                                           CREDITOR LISTING

Name                                                 Address
SERENGETI OPPORTUNITIES PARTNERS, LP                 C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS, LP                 TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SERENGETI ASSET MANAGEMENT LP ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR
                                                     NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS, LP                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                           TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                                TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI PARTNERS LP                                TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                     632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPARTMENT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10012
SOLUS CORE OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD             TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LP              TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                     410 PARK AVENUE, 11TH FLOOR NY 10022 NEW YORK
SOLUS RECOVERY FUND LP                               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
                                                     ATTN: COMPLIANCE DEPT - 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SORRENTINO SANDRO                                    TRANSFEROR: ICCREA BANCA S.P.A. VIA P. TOGLIATTI 11 LASTRA A SIGNA (FI) 50055 ITALY
TALAMOD MASTER FUND, L.P.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O TALAMOD ASSET MANAGEMENT, LLC 2100 MCKINNEY AVENUE, SUITE 1425 DALLAS TX 75201
TALAMOD MASTER FUND, L.P.                            TRANSFEROR: JPMORGAN CHASE BANK, NA C/O TALAMOD ASSET MANAGEMENT, LLC 2100 MCKINNEY AVENUE, SUITE 1425 DALLAS TX 75201
THIRD AVENUE FOCUSED CREDIT FUND                     TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: EDWIN TAI 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017
THUBEROSE FINANCE LIMITED                            VANTEPOOL PLAZA PO BOX 873, WICKHAMS CAY ROAD TOWN TORTOLA  VIRGIN ISLANDS (BRITISH)
TURNPIKE LIMITED                                     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                     NEW YORK NY 10022
ULTRA MASTER LTD                                     TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                                     TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                     410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
VONWIN CAPITAL MANAGEMENT, L.P.                      TRANSFEROR: GILA RIVER POWER, L.P. ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.                      TRANSFEROR: HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR
                                                     NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, L.P.                      TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR
                                                     NEW YORK NY 10016
WADDEL, MICHAEL URIEL                                C/JOUA DE CHIA, 6 GIRONA  17004 SPAIN
WADDEL, MICHAEL URIEL                                RENTA 4 SOCIEDAD DE VALORES, S.A., PASEO DE LA HABANA, 74 MADRID  28036 SPAIN
YORK GLOBAL FINANCE BDH, LLC                         TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK GLOBAL FINANCE BDH, LLC                         TRANSFEROR: JPMORGAN CHASE BANK, NA C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORVIK PARTNERS LLP                                  TRANSFEROR: BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                  TRANSFEROR: BETHMANN BANK AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                  TRANSFEROR: BETHMANN BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                  TRANSFEROR: BETHMANN BANK AG F/K/A DELBRUCK BETHMANN MAFFEI AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed     207                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```