UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                              :
:
----------------------------------------------------------------x    Ref. Docket Nos. 34714, 34718,
35193

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 34714, 34718, 35193_Aff 2-26-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CREDIT SUISSE AG
              TRANSFEROR: UBS AG
              ATTN: ALLEN GAGE
              1 MADISON AVENUE
              NEW YORK NY 10010

Additional:   CREDIT SUISSE AG
              RICHARD LEVIN, ESQ.
              CRAVATH, SWAINE & MOORE LLP
              825 8TH AVENUE
              NEW YORK NY 10019

Transferee:   ADK SOHO FUND
              155 WOOSTER STREET
              NEW YORK NY 10012

Your transfer  of claim #  59233-01  is defective for the reason(s) checked below:

Other                              NO AMOUNT LISTED ON NOTICE TO PROCESS

Docket Number 35193           Date 02/23/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 26, 2013.

# EXHIBIT B

```
TIME: 11:59:42                                    LEHMAN BROTHERS HOLDING INC.                                            PAGE: 1
DATE: 02/26/13                                         CREDITOR LISTING

Name                              Address
ADK SOHO FUND                     155 WOOSTER STREET NEW YORK NY 10012
CREDIT SUISSE AG                  TRANSFEROR: UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE AG                  RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CREDITO PRIVATO COMMERCIALE SA    VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
EFG BANK AB (PUBL)                P.O. BOX 55963 STOCKHOLM  S-102 16 SWEDEN
ERIK PENSER BANKAKTIEBOLAG        ATTN: DAVID ENVALL BIBLIOTEKSGATAN 9 BOX 7405 STOCKHOLM  S-103 91 SWEDEN
UBS AG                            ATTN: HUGO KOLLER BAHNHOFSTRASSE 45 ZURICH  CH-8001 SWITZERLAND

Total Number of Records Printed     7
```

EPIQ BANKRUPTCY SOLUTIONS, LLC