UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

Ref. Docket No. 33692, 34050, 34097, 34491, 34498, 34758, 34805, 34986, 34987, 35018, 35019, 35135, 35137, 35141, 35149, 35150, 35176, 35238, 35240, 35241, 35259, 35261, 35266, 35283-35286, 35288-35292, 35294, 35297, 35299-35309, 35313-35317, 35322, 35326, 35328, 35330, 35331, 35334-35336, 35339, 35340, 35342, 35345, 35348-35350, 35353, 35356, 35360, 35362, 35365, 35385, 35394, 35399-35404

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 27, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
28th day of February, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      TRANSFEROR: ILLIQUIDX LTD
      ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

Please note that your claim # 50649-01 in the above referenced case and in the amount of
        $14,294.54   allowed at $14,773.88        has been transferred (unless previously expunged by court order)

```
      TURNPIKE LIMITED
      TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
      C/O ALDEN GLOBAL CAPITAL
      ATTN: CHRIS SCHOLFIELD
      885 THIRD AVENUE
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 35018      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/27/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 27, 2013.

# EXHIBIT B

# 08-13555-mg    Doc 35646    Filed 02/28/13    Entered 02/28/13 17:07:21    Main Document
Pg 6 of 10

```
TIME: 14:48:17                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 02/27/13                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: CHRIS SCHOLFIELD C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022 |
| ALPHA TEAM DEVELOPMENTS LTD | FLAT C 11/F 62 BROADWAY STAGE 3 MEI FOO SUN CHUEN KOWLOON HONG KONG |
| ASIA PACIFIC PROMOTION LIMITED | 28/F VICWOOD PLAZA 199 DES VOEUX ROAD CENTRAL HONG KONG |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MGMT-DAVID TIOMKIN 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| BANCA FIDEURAM S.P.A | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: EMANUELE CASTRO LEGAL DEPARTMENT PIAZZALE GIULIO DOUHET 31 ROMA 00143 ITALY |
| BANCA MONTE PARMA SPA | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: ERICO VERDERI PIAZZALE JACOPO SANVITALE 1 PARMA 43121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. | VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA ZARATTINI & CO. SA, LUGANO | TRANSFEROR: RBS COUTTS BANK AG VIA BALESTRA 17 LUGANO 6901 SWITZERLAND |
| BANK INSINGER DE BEAUFORT NV (ITALIA) | VIA BOEZIO 4C ROMA 00193 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O AURELIUS CAPITAL MGMT-DAVID TIOMKIN ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: LUZERNER KANTONALBANK AG ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BERNER KANTONALBANK AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD. ATTN: SAMUEL STUCKI POSTFACH BERN CH 3001 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CHAN, MARC | 21A MAYFAIR 1 MAY ROAD CENTRAL HONG KONG |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | TRANSFEROR: CITIGROUP GLOBAL MARKETS, INC. ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: DAVIS PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: ES BANK (PANAMA), S.A., EDUARDO JAVIER QUINTERO PARRA ATTN: MARC HEIMOWITZ 390 GREENWICH ST 4TH FL NEW YORK NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MACQUARIE BANK LIMITED C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG - 9320 EXCELSIOR BLVD. HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AKTIA BANK PLC ATTN: CONOR MCGOVERN LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARBLEGATE SPECIAL OPPORTUNITIES MASTER FUND, L.P. C/O DEUTSCHE BANK SECURITIES INC. ATTN: JEFFREY MUSKY 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GAM EQUITY SIX INC. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |

```
TIME: 14:48:17                                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   2
DATE: 02/27/13                                                         CREDITOR LISTING

Name                                         Address
DEUTSCHE BANK AG,LONDON BRANCH               TRANSFEROR: OC 19 MASTER FUND LP-LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG,LONDON BRANCH               TRANSFEROR: TACONIC MARKET DISLOCATION FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG,LONDON BRANCH               TRANSFEROR: TACONIC MARKET DISLOCATION MASTER FUND II LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
EBENBECK, LYDIA                              TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA DR. ROHMAYERSTR 15 STRAUBING 94315 GERMANY
ELLIOTT ASSOCIATES, L.P.                     TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL,L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FOUR WINDS INTERNATIONAL LTD                 FLAT 10, ST GEORGE'S COURT 81A KADOORIE AVE KOWLOON HONG KONG
GOLDMAN SACHS & CO.                          TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: DANSKE BANK A/S LONDON BRANCH C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE MASTER FUND, LTD. C/O GOLDMAN, SACHS CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. C/O GOLDMAN, SACH & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC           TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND, L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. GOLDMAN, SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: SERENGETI OVERSEAS MM L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                         TRANSFEROR: SERENGETI PARTNERS LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GRUPPO BANCA LEONARDO S.P.A.                 TRANSFEROR: BANK INSINGER DE BEAUFORT NV (ITALIA) ATTN: LUIGI CROSTI-MATTEO CATENACCI VIA BROLETTO 46 MILANO 20121 ITALY
HBK MASTER FUND L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                         TRANSFEROR: UBS AG C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HLTS FUND II LP                              TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ICCREA BANCA S.P.A.                          ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103
ICCREA BANCA S.P.A.                          ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY
J.P. MORGAN SECURITIES PLC                   TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                             383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, N.A.                    TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                             NEW YORK NY 10179
LAWRENCE, GARY MARTIN                        C/O EXCELSIOR CAPITAL ASIA 1208-9 CORE F, CYBERPORT 3 100 CYBERPORT ROAD HONG KONG HONG KONG
LUZERNER KANTONALBANK AG                     BAKER & MCKENZIE LLP ATT. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                     LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
MACQUARIE BANK LIMITED                       JAIME SENIOR SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019

                                                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:48:17                                            LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    3
DATE: 02/27/13                                               CREDITOR LISTING

Name                                                    Address
MACQUARIE BANK LIMITED                                  TRANSFEROR: NOMURA GLOBAL FINANCIAL PRODUCTS, INC. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING
                                                        125 WEST 55TH STREET NEW YORK NY 10019
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND                DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
LTD.
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD.                                                    EVANSTON IL 60201
MARBLEGATE SPECIAL OPPORTUNITIES MASTER                 TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC ATTN: MARK ZOLDAN 80 FIELD POINT ROAD GREENWICH CT 06830
FUND, L.P.
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
MORGAN STANLEY & CO. INTERNATIONAL PLC                  ATTN: BRIAN CRIPPS 25 CABOT SQUARE, CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  RICHARDS KIBBE & ORBE L.L.P. ATTN: MANAGING CLERK ONE WORLD FINANCIAL CETNER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY & CO. INTERNATIONAL PLC                  MANAGING CLERK RICHARD KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  MANAGING CLERK RICHARDS, KIBBE & ORBE L.L.P. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: ALPHA TEAM DEVELOPMENTS LTD 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: ASIA PACIFIC PROMOTION LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: BANCA DI SAN MARINO S.P.A. 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: BANCA IMI SPA 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: BANCO COOPERATIVO ESPANOL, S.A. 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L. 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: CHAN, MARC 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: DIPL. WI-ING. DR. GEREON FRIEDERES 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: FOUR WINDS INTERNATIONAL LTD 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: LAWRENCE, GARY MARTIN 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: NEWMARK CAPITAL CORPORATION LIMITED 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25 CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: NOMURA CAPITAL MARKETS PLC 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA UNITED KINGDOM
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: SHAN-SHAN, LIN CHENG 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: TONG, IDA KAM HING 25, CABOT SQUARE CANARY WHARF LONDON   E14  4QA ENGLAND
MORGAN STANLEY & CO. INTERNATIONAL PLC                  TRANSFEROR: YAU HOI NING 25, CABOT SQUARE CANARY WHARF   HONG KONG
NEWMARK CAPITAL CORPORATION LIMITED                     ROOM 3203, ALEXANDRA HOUSE 16-20 CHATER ROAD CENTRAL   HONG KONG
NOMURA CORPORATE FUNDING AMERICAS LLC                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING 2, FLOOR 21
                                                        NEW YORK NY 10281
NOMURA CORPORATE FUNDING AMERICAS LLC                   TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BULDING 2, FLOOR 21
                                                        NEW YORK NY 10281
PAVAN LUCIANO & BIASETTO ANNA MARIA                     TRANSFEROR: ICCREA BANCA S.P.A. VIA GORIZIA, 66 SPERCENIGO BIAGIO DI CALLALTA (TV)   31048 ITALY
PRIME CAPITAL MASTER SPC, GOT WAT MAC                   TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH SEGREGATED PORTFOLIO C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: CHRIS PARKS
                                                        2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
QUANTUM PARTNERS LP                                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT
                                                        888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106
QUANTUM PARTNERS LP                                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT.
                                                        888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106
RAPAX OC MASTER FUND, LTD.                              TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN - 632 BROADWAY, 12TH FLOOR
                                                        NEW YORK NY 10012
RBS COUTTS BANK AG                                      STAUFFACHERSTRASSE 1 POSTFACH ZURICH   8022 SWITZERLAND
ROYAL BANK OF SCOTLAND, PLC, THE                        DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                        DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                        DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN AND JEFFREY CHUBAK 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
ROYAL BANK OF SCOTLAND, PLC, THE                        C/O RBS SECURITIES INC. ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                        C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901
ROYAL BANK OF SCOTLAND, PLC, THE                        IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036

                                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:48:17                                           LEHMAN BROTHERS HOLDING INC.                                           PAGE:    4
DATE: 02/27/13                                                CREDITOR LISTING

Name                                                    Address
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: ANDORRA BANC AGRICOL REIG, S.A. ("ANDBANC") ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
ROYAL BANK OF SCOTLAND, PLC, THE                        TRANSFEROR: EFG BANK AG ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
SEMPER CONSTANTIA PRIVATBANK AG                         (AS SUCCESSOR TO FORMER CREDITOR CONSTANTIA PRIVATBANK) ATTN: MAG. ELISABETH STAUDNER AND MAG. MARTIN SCHILLER BANKGASSE 2
                                                        WEIN 1010 AUSTRIA
SERENGETI OPPORTUNITIES MM L.P.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OVERSEAS MM L.P.                              TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: SHAKER CHOUDHURY
                                                        632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SHAN-SHAN, LIN CHENG                                    2/F, NO. 6 TUNG-TEH STREET TAIPEI  112 TAIWAN
SIGNORINI IVANA                                         TRANSFEROR: ICCREA BANCA S.P.A. VIA MESE 22 SAN PIETRO DI LEGNAGO (VR)  37045 ITALY
SOLA LTD                                                TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD                                                TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD.                                               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                             TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                             TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD                TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH
SOLUS RECOVERY FUND LP                                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTTN: SOLUS COMPLIANCE
                                                        410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPCP GROUP, LLC                                         TRANSFEROR: BRIGADIER CAPITAL MASTER FUND LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, L.P. AND
                                                        SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O DAY PITNEY LLP, ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
STRATEGIC VALUE MASTER FUND, LTD.                       ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
STRATEGIC VALUE MASTER FUND, LTD.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
                                                        GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                      ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
MASTER FUND II., L.P.
STRATEGIC VALUE SPECIAL SITUATIONS                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
MASTER FUND II., L.P.                                   GREENWICH CT 06830
STRATEGIC VALUE SPECIAL SITUATIONS                      ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
MASTER FUND, L.P.
STRATEGIC VALUE SPECIAL SITUATIONS                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O STRATEGIC VALUE PARTNERS LLC ATTN: ARAVIND RAJASEKHARAN 100 WEST PUTNAM AVENUE
MASTER FUND, L.P.                                       GREENWICH CT 06830
TCA EVENT INVESTMENTS S.A.R.L.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR
                                                        NEW YORK NY 10022
THE ROYAL BANK OF SCOTLAND, PLC                         DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
THE ROYAL BANK OF SCOTLAND, PLC                         IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC                         TRANSFEROR: GLOBAL VIDA-COMPANHIA DE SEGUROS DE VIDA S.A. ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                         TRANSFEROR: GLOBAL-COMPANHIA DE SEGUROS, SA ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                         TRANSFEROR: RBS SECURITIES INC. ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THE ROYAL BANK OF SCOTLAND, PLC                         TRANSFEROR: VR-LIW GMBH ATTN: JOHN KATSIKOUMBAS 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM
THIRD POINT LOAN LLC                                    TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURINE HO 390 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022
THIRD POINT LOAN LLC                                    TRANSFEROR: BARCLAYS BANK PLC ATTN: LAURINE HO 390 PARK AVENUE, 18TH FLOOR NEW YORK NY 10022
TONG, IDA KAM HING                                      15/F, BLOCK B, MING WAI GARDEN 45 REPULSE BAY ROAD HONG KONG  HONG KONG
TURNPIKE LIMITED                                        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022
TURNPIKE LIMITED                                        TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                        NEW YORK NY 10022
UBS AG                                                  ATTN: BERT GUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901


                                                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 14:48:17                                      LEHMAN BROTHERS HOLDING INC.                                           PAGE:  5
DATE: 02/27/13                                            CREDITOR LISTING

Name                            Address
UBS AG                          BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022
ULTRA MASTER LTD                TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT.
                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                TRANSFEROR: SOLA LTD ATTN: SOLUS COMPLIANCE OFFICER C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                NEW YORK NY 10022
ULTRA MASTER LTD.               TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
WATERSTONE OFFSHORE AD FUND, LTD. TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY
                                2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447
YAU HOI NING                    NO 3, 338 NONG XING GUO ROAD CHANG NING DISTRICT SHANGHAI   CHINA


Total Number of Records Printed    173
```

EPIQ BANKRUPTCY SOLUTIONS, LLC