UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (JMP)**
                                                    :        **(Jointly Administered)**
                    **Debtors.**                    :
                                                    :
-----------------------------------------------------------------------x        **Ref. Docket Nos. 35018 & 35242**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 27, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
28th day of February, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

|                                        |     |                              |
|----------------------------------------|-----|------------------------------|
| In re                                  |     | Chapter 11 Case No.          |
|                                        |     | 08-13555 (JMP)               |
| LEHMAN BROTHERS HOLDINGS INC., et al., |     | (Jointly Administered)       |
|                                        |     |                              |
|                        Debtors.        |     |                              |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     GOLDMAN SACHS & CO.
                TRANSFEROR: ASHTON INVESTMENTS, LLC
                ATTN: MICHELLE LATZONI
                30 HUDSON STREET, 5TH FLOOR
                JERSEY CITY NJ 07302


Additional:




Transferee:     SERENGETI OPPORTUNITIES PARTNERS LP
                C/O SERENGETI ASSET MANAGEMENT LP
                ATTN: ERIN FINEGAN
                632 BROADWAY, 12TH FL
                NEW YORK NY 10012


Your transfer   of claim #   62744-04  is defective for the reason(s) checked below:

Other                                   Transfer amount exceeds amount owned in ISIN XS0315504323


Docket Number 35242            Date 02/22/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  February 27, 2013.

EXHIBIT B

TIME: 14:49:53
DATE: 02/27/13
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| SERENGETI OPPORTUNITIES PARTNERS LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| TURNPIKE LIMITED | C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC