UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                 :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 19121 filed against Lehman Brothers Holdings Inc. by Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited in the amount of not less than $564,677.87 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned counsel, Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited or its affiliates.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited on January 4, 2013, the issuance of which was noticed in a filing with the Court on January 7, 2013. Notwithstanding, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: February 7, 2013
       New York, New York

/s/    Brian Trust
Brian Trust

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for Lyxor Asset Management S.A., as sub-manager of the Lyxor/GLG Pan European Equity Fund Limited*

Dated: February 28, 2013
       New York, New York

/s/    Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2