WOLLMUTH MAHER & DEUTSCH LLP
James N. Lawlor
One Gateway Center, Ninth Floor
Newark, New Jersey 07102
 - and -
500 Fifth Avenue
New York, New York 10110
Tel: (973) 733-9200
Fax: (973) 733-9292
jlawlor@wmd-law.com
*Counsel for Sistema Universitario*
*Ana G. Mendez, Incorporado*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :
        Debtors.                                  :    (Jointly Administered)
                                                  :
----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 30844, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Sistema Universitario Ana G. Méndez, Incorporado ("Claimant") in the amount of $1,869,000.

PLEASE TAKE NOTICE that, through their undersigned counsel, Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Clamant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: February 28, 2013
       Newark, New Jersey

                                        WOLLMUTH MAHER & DEUTSCH LLP
                                        *Attorneys for Sistema Universitario Ana G. Méndez, Incorporado*

                                        By: /s/ James N. Lawlor
                                        James N. Lawlor

# United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings, Inc. Case No. 08-13555 |
|---|---|
| Creditor Name and Address: | Sistema Universitario Ana G. Méndez, Incorporado<br>Attn: Ada L. Sola-Fernandez<br>P.O. Box 21345<br>San Juan, Puerto Rico 00928-1345 |
| Court Claim Number (if known): | 30844 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $1,869,000.00 |

I, the undersigned, am the above referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: __02/26/2012__

Print Name: Mr. Alfonso L. Dávila Silva
Title: Vice President Of Financial Affairs

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name (tithe federal judicial district where the bankruptcy case was filed (for example, Central District or California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. if you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed en the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with the duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.