# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 391: EXHIBIT 1 - SETTLED DERIVATIVES CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-02 | 08-13888 (JMP) | Lehman Brothers Special Financing Inc. | 10/29/2009 | 55571 | Undetermined | Undetermined | No Liability Claim - Derivative Settled |
| 2 | DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006-02 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55572 | Undetermined | Undetermined | No Liability Claim - Derivative Settled |
| | | | | TOTAL | | $0.00 | $0.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts