# EXHIBIT 1

08-13555-mg    Doc 35651-1    Filed 03/01/13    Entered 03/01/13 10:50:14    Exhibits
Pg 2 of 2

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 393: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | HSBC TRUSTEE (C.I.) LIMITED<br>ST HELIER JERSEY, JE49PF<br>UNITED KINGDOM | 09/18/2009 | 08-13555 (JMP) | 18874 | $60,003.81* | HSBC TRUSTEE (C.I.)<br>PO BOX 88, 1 GRENVILLE ST<br>ST. HELIER, JERSEY, JE4 9PF<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 58238 | $14,952,924.46* |
| 2 | LEVY, BRUCE<br>1017 LINDSAY LANE<br>RYDAL, PA 19046 | 09/16/2009 | 08-13555 (JMP) | 14382 | $354,768.00 | LEVY, BRUCE<br>1017 LINDSAY LANE<br>RYDAL, PA 19046 | 09/16/2009 | 08-13555 (JMP) | 14024 | $600,000.00 |
| 3 | VENETO BANCA HOLDING SCPA<br>PIAZZA G.B. DALL'ARMI, N.1<br>MONTEBELLUNA (TV), 31044<br>ITALY | 10/28/2009 | 08-13555 (JMP) | 50666 | $11,320,800.00 | HSBC TRUSTEE (C.I.)<br>PO BOX 88, 1 GRENVILLE ST<br>ST. HELIER, JERSEY, JE4 9PF<br>UNITED KINGDOM | 10/30/2009 | 08-13555 (JMP) | 58238 | $14,952,924.46* |
| | | | | TOTAL | $11,735,571.81 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts