# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 388: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | CITADEL EQUITY FUND LTD. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 33633 | $56,316,519.34 | $56,316,519.34 | A portion of Claim 33633, in the amount of $56,316,519.34, is for default interest that accrued after September 15, 2008. A claim for unmatured interest accrued postpetition is not allowable pursuant to section 502(b)(2) of the Bankruptcy Code. In addition, paragraphs 13-14 and 36-38 of the Motion of Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc. to Estimate Claims Filed by Citadel Equity Fund Ltd. for Purposes of Establishing Reserves, dated March 7, 2012 [ECF No. 26097] (the "Estimation Motion") addresses this portion of Claim 33633. Paragraphs 13-14 and 36-38 of the Estimation Motion are hereby incorporated by reference as if fully set forth herein. The remaining portion of Claim 33633 is not being expunged pursuant to this Objection and is not affected by this Objection. All rights with respect to the remaining portion of Claim 33633 are reserved. |
| 2 | LATIN SOURCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/17/2009 | 5516 | $93,000.00 | $93,000.00 | Claim 5516 identifies Lehman Brothers Inc., a domestic affiliate of the Debtors that is not a Debtor in these jointly administered chapter 11 cases, as the entity liable under the claim. |
| 3 | REVOLUTION COMPUTING INC (N/K/A REVOLUTION ANALYTICS) | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2008 | 4 | $16,100.00 | $16,100.00 | The Debtors' records reflect that Claim 4 is based on a transaction or transactions between claimant and Lehman Brothers Inc. Furthermore, the Debtors' records reflect that Claim 4 may relate to a contract that was assigned to Barclays Capital Inc. ("Barclays") and for which Barclays assumed liability. In either case, LBHI has no liability to claimant for such transaction or transactions. |
| | | | | TOTAL | | $56,425,619.34 | $56,425,619.34 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts