# EXHIBIT 1

### IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 275: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | LIQUIDATION OPPORTUNITIES MASTER FUND, LP TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK, NY 10022 | 01/20/2012 | 08-13555 (JMP) | 67851 | $283,020.00 | LIQUIDATION OPPORTUNITIES MASTER FUND, LP TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK, NY 10022 | 10/30/2009 | 08-13555 (JMP) | 60660 | $283,821.15 |
| | | | TOTAL | | $283,020.00 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts