# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 389: EXHIBIT 1 – REDUCE AND ALLOW CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR | CLASS | ASSERTED AMOUNT | MODIFIED AMOUNT | REASON FOR PROPOSED REDUCTION AND ALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | NICHOLAS EARTH PRINTING ATTN: GOOMATIE DEBA 7021 PORTWEST DRIVE, SUITE 100 HOUSTON, TX 77024-8015 | 586 | 11/10/2008 | Lehman Brothers Holdings Inc. | Unsecured | $118,399.99 | $34,849.99 | The Debtors' records reflect that the portion of Claim 586 in the amount of 83,550.00 relates to a transaction or transactions between claimant and Lehman Brothers Inc. LBHI has no liability to claimant for such transaction or transactions. |
| | | | | | TOTAL | $118,399.99 | $34,849.99 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts