# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 392: EXHIBIT 1 – PROOFS OF CLAIM TO BE RECLASSIFIED AS EQUITY INTERESTS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS |
|---|---|---|---|---|---|---|
| 1 | AWAKAWA,TAKASHI<br>6-9-19 BABA<br>TSURUMI-KU<br>YOKOHAMA CITY, 230-0076<br>JAPAN | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/03/2009 | 10183 | $2,301.66 |
| 2 | KONTOMINAS,KONSTANTINOS<br>92 CENTURION BUILDING<br>CHELSEA BRIDGE WHARF<br>376 QUEENS ROAD<br>LONDON, SW8 4NZ<br>UNITED KINGDOM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 31213 | $34.39 |
| 3 | OAKTREE CAPITAL MANAGEMENT, L.P.<br>ATTN: RICHARD TING<br>333 SOUTH GRAND AVENUE, 28TH FLOOR<br>LOS ANGELES, CA 90071 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/18/2009 | 18849 | $181,250.00 |
| 4 | WOODERSON PARTNERS, L.L.C.<br>TRANSFEROR: DIAMONDBACK MASTER FUND LTD<br>C/O ROPES & GRAY LLP<br>ATTN: JONATHAN REISMAN<br>PRUDENTIAL TOWER<br>BOSTON, MA 02199-3600 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26910 | $874,270.85* |
| | | | | | TOTAL | $1,057,856.90 |

\* - Indicates claim contains unliquidated and/or undetermined amounts