*appendix 2*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

RECEIVED FEB 28 2013 U.S. BANKRUPTCY COURT SD. DIST. OF NEW YORK

In re Lehman Brothers Holdings, Inc., *et al.*,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

Frankfurter Sparkasse
Name of Transferee

See Exhibit A
Name of Transferor

Name and Address where notices to transferee should be sent:

Frankfurter Sparkasse
Dr. Sven Matthiesen, R 11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2551

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen*   Date: 02-21-2013
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse ,

Transferee's Agent

Frankfurter Sparkasse - Weise

# Exhibit A

| | |
|---|---|
| Transferor: | Sascha Weise<br>Bremer Strasse 23<br>48155 Münster<br>Germany |
| Court Claim # (if known): | Claim Number 51007<br>Blocking Number 2126200910216184075 |
| Date Claim Filed | October 28, 2009 |
| Amount of Claim: | 7,092.00 USD |

We kindly ask to receive distributions by wire, see the enclosed form.

Frankfurter Sparkasse - Weise


