B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Frankfurter Sparkasse | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Frankfurter Sparkasse
Attn: Dr. Sven Matthiesen, R 11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2551

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen*     Date: 02-22-2013
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse  ,

Transferee's Agent



RECEIVED FEB 28 2013 U.S. BANKRUPTCY COURT S. DIST. OF NEW YORK

Frankfurter Sparkasse - Edelmann

# Exhibit A

| | |
|---|---|
| Transferor: | Ludmila Fellinger<br>Bettinastraße 53<br>63067 Offenbach<br>Germany |
| Court Claim # (if known): | Claim Number 37483<br>Blocking Number 7004200909280409909 |
| Date Claim Filed | October 13, 2009 |
| Amount of Claim: | 7,135.00 USD |

We kindly ask to receive distributions by wire, see the enclosed form.

Frankfurter Sparkasse - Edelmann



FILED / RECEIVED

FEB 2 6 2013

EPIQ SYSTEMS

City of the Euro



Brief
P.P./PRIORITY