**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.,* | ) Case No. 08-13555 (JMP) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF**
**SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS**
**AUTHORITY TO ISSUE SUBPOENS FOR THE PRODUCTION OF DOCUMENTS**
**AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

PLEASE TAKE NOTICE that Whatley Place, L.L.C. ("Claimant"), by its undersigned

attorneys, hereby withdraws with prejudice the following claims held by Claimant (the

"Claims"), pursuant to Federal Rule of Bankruptcy Procedure 3006:

- Claim 27568 against Lehman Brothers Holdings Inc.;

- Claim 28120 against CES Aviation LLC;

- Claim 28121 against Structured Asset Securities Corporation;

- Claim 28122 against CES Aviation IX LLC;

- Claim 28123 against CES Aviation V LLC;

- Claim 28124 against Lehman Brothers Special Financing Inc.;

- Claim 28125 against Lehman Brothers Commodity Services Inc.;

- Claim 28126 against Lehman Brothers Derivative Products Inc.;

- Claim 28127 against Lehman Commercial Paper Inc.;

- Claim 28128 against Lehman Brothers Derivative Products Inc.;

- Claim 28129 against Lehman Brothers Commercial Corporation;

- Claim 28130 against Lehman Scottish Finance L.P.; and

- Claim 28141 against LB 745 LLC.

PLEASE TAKE FURTHER NOTICE that Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register.  Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding it.[1]

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. and its affiliated debtors (the "Debtors") hereby (i) withdraw with prejudice all subpoenas relating to the Claims, including, without limitation, the subpoena served on Claimant dated November 21, 2012 and the subpoena served on Galleon Buccaneer's Offshore, Ltd. dated November 21, 2012, and (ii) agree to not serve any additional subpoenas, on any party, in any way relating to the Claims.  Notwithstanding anything to the contrary in this notice, the Debtors shall not be prohibited from issuing and serving subpoenas for claims not identified in the first paragraph.

---

[1] The Claims were previously owned by Galleon Buccaneer's Offshore, Ltd.  On October 28, 2010, Galleon Buccaneer's Offshore, Ltd. and Claimant entered into an agreement transferring ownership and control of Claim 27568 against Lehman Brothers Holdings Inc. to Claimant.  On February 22, 2013, Galleon Buccaneer's Offshore, Ltd. and Claimant entered into an agreement transferring ownership and control of the remaining Claims to Claimant.

Dated: March 1, 2013
    New York, New York

/s/ Anne H. Pak

Anne H. Pak
Philip A. Wells
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-0000
Facsimile: (212) 596-9090

Dated: March 1, 2013
    New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates*