# swisslegal

SwissLegal Frick Attorneys at La
Bubenbergplatz 5
P.O. Box 6154
CH–3001 Bern

Certified according to
ISO 9001:2008

**Manuel C. Frick**
Attorney at Law, LL.M.
Tel:  +41 (0)31 328 20 00
Fax: +41 (0)31 328 20 09
frick@swisslegal.ch
www.swisslegal.ch

**Per DHL**
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA



Bern, February 26, 2013
130226 BRF_MF-Court.docx/ee

**Lehman Brothers Holding Inc., Chapter 11 Case No. 08-13555**
**Claim 48795**
**Internal Control Number 31373**

Dear Madam
Dear Sir

We represent Dr. Volker Rusch, Jutenbuhl, 6083 Hasliberg Reuti, Switzerland. Our client has a claim (#48795) against Lehman Brothers Holding Inc., at al. Our client was surprised when he was informed on February 4th, 2013 that a company called IAMEX in Germany (IAMEX B.V., Königsallee 61, 40215 Düsseldorf, Germany) had transferred my client's claim on her own behalf. In the name of our client we object to this transaction. We ask the honourable court to retransfer the claim to our client.

Any transfer act, statement etc. by IAMEX was not agreed on by our client. Furthermore IAMEX put herself in the position of a transferee. Any transfer to IAMEX will be considered as unlawful under the provisions of civil and penal law.

May I ask you to confirm that our client is owner of the above mentioned claim? If there is any requirement for our client to sustain the claim or to substantiate the claim please notify us so that we can act correctly on behalf of our client.

Thank you in advance.

Best regards
SwissLegal Frick Attorneys at Law

Manuel C. Frick

CC:
- client

All our attorneys are entered in the register of attor-
Basel, Bern, Chur, Olten, St. Gallen, Zug, Zurich • (SAV) • www.swisslegal.ch