B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,          Case No. 08-13555(JMP)
                                                       Jointly Administered

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

CVI CVF II Lux Master SARL                             Ingelsa Limited
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee           Court Claim#(if known): 13815
should be sent:                                        Date Claim Filed: 16 September 2009
                                                       Amount of Claim: $4,608,657
C/o Carval Investors UK Limited,                       Amount transferred: $4,532,182
    3rd Floor, 25 Great Pulteney Street,
    London,
    W1F 9LT,
    UK

Attn: Matt Shipton
Email: matt.shipton@carval.com


Phone: +44 207 292 7724                                Phone:
Last Four Digits of Acct #:                            Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):




I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                          Date: _15-2-13_
    BY CARVAL INVESTORS UK LIMITED
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S C. §§ 152 & 357

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holdings Inc., et al.          Case No.: 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVI CVF II Lux Master SARL
Name of Transferee

Ingelsa Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
Carval Investors UK Limited,
  3rd Floor, 25 Great Pulteney Street,
  London,
  W1F 9LT,
  UK

Court Claim # (if known): 13816
Amount of Claim: $507,586

Date Claim Filed: 16 September 2009

Phone +44207 2927724
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 15-2-13
Transferee/Transferee's Agent
BY CARVAL INVESTORS UK LIMITED

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

26

EXECUTION VERSION

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim(s) of **INGELSA LIMITED** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount to be transferred | Proof of Claim No. |
|---|---|
| $4,532,182 ($4,608,657 less the amount of the equity holdings in Trans-Lux Corp) & $507,586 | 13815 (with respect only to the cash positions and not the equity holdings in Trans-Lux Corp) & 13816 |

have been transferred and assigned to **CVI CVF II LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

SELLER:    INGELSA LIMITED
Address: Craiguir Chambers,
Road Town
Tortola
BVI

Signature: _[signed]_
Name: David Chene
Title: Managing Director
Date: 15-2-2013

BY CARVAL INVESTORS UK LIMITED

Signature: _____
Name: _____
Title: _____
Date: _____

| ASSIGNEE: CVI CVF II LUX MASTER SARL | SELLER: INGELSA LIMITED |
|---|---|
| Address: C/o Carval Investors UK Limited, 3rd Floor, 25 Great Pulteney Street, London. W1F 9LT. UK | Address: Craiguir Chambers, Road Town Tortola BVI |

| | |
|---|---|
| Signature: _____ | Signature: *(signed)* |
| Name: _____ | Name: Philipe Weikl |
| Title: _____ | Title: Managing Director |
| Date: _____ | Date: 27 February 2013 |