EXECUTION VERSION

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc., et. al.,                   Case No. 08-13555(JMP)

                                                                Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CVI CVF II Lux Master SARL | Western Management Overseas Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/o Carval Investors UK Limited,
   3rd Floor, 25 Great Pulteney Street,
   London,
   W1F 9LT,
   UK

Court Claim # (if known): 13814
Amount of Claim: $2,111,489

Date Claim Filed: 16 September 2009

Phone +44 207 292 7724                          Phone:
Last Four Digits of Acct #:                     Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____     Date: 15-2-13
    Transferee/Transferee's Agent
    BY CARVAL INVESTORS UK LIMITE
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

27

EXECUTION VERSION

**ANNEX 2**
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ch-11 LEHMAN BROTHERS HOLDINGS, INC.<br><br>Debtor | Case No. 08-13555<br><br>Chapter 11 |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that the following claim(s) of WESTERN MANAGEMENT OVERSEAS LIMITED ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,111,489 | 13814 |

has / have been transferred and assigned to CVI CVF II LUX MASTER SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

EXECUTION VERSION

ASSIGNEE: CVI CVF II LUX MASTER SARL

Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

BY CARVAL INVESTORS UK LIMITED

Signature: *[signed]*
Name: David Chene
Title: Managing Director
Date: 15-2-13

SELLER: WESTERN MANAGEMENT OVERSEAS LIMITED

Address: Craiguir Chambers,
Road Town
Tortola
BVI

Signature: _____
Name: _____
Title: _____
Date: _____

26

| ASSIGNEE: CVI CVF II LUX MASTER SARL | SELLER: WESTERN MANAGEMENT OVERSEAS LIMITED |
|---|---|
| Address: C/o Carval Investors UK Limited, 3rd Floor, 25 Great Pulteney Street, London, W1F 9LT, UK | Address: Craiguir Chambers, Road Town, Tortola, BVI |
| Signature: _____ | Signature: *(signed)* |
| Name: _____ | Name: Philippe WATH |
| Title: _____ | Title: Managing Director |
| Date: _____ | Date: 27 February 2013 |