United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Special Financing Inc. Case No. 08-13888 (JMP) |
|---|---|
| Creditor Name and Address: | WH2005/NIAM III East Holding Oy (formerly known as Special Purpose Vehicle No. 66 Oy) Box 52 00101 Helsinki (Finland) |
| Court Claim Number: | 66103 (Amended) 26677 (Original) |
| Date Claim Filed: | 5 January 2010 (Amended) 22 September 2009 (Original) |
| Total Amount of Claim Filed: | USD 6,706,338 |

We, the undersigned, are authorized signatories for the above-referenced creditor. We hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 18/2/2013

Name: Pekka Salakka
Title: Chairman of the Board

Name: M.H.G. Vennekens
Title: Managing Director