UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re                                    :        Case No. 08-13555 (JMP)
                                         :
LEHMAN BROTHERS                          :
HOLDINGS INC., et al.,                   :        Chapter 11
                                         :
                        Debtors.         :        (Jointly Administered)
-------------------------------------------------------x

CERTIFICATE OF SERVICE

I, Susan D. Golden, hereby declare, under penalty of perjury under the laws of the

United States, and pursuant to 28 U.S.C. § 1746, that, on March 1, 2013, I caused to be served

a copy of the Notice of Appeal and Notice Regarding Final Resolution of Matters Related to

United States Trustee's Objection To Fees to be served by First Class Mail, deposited into an

authorized depository on those parties included on the annexed service list.

Dated:  New York, New York
        March 1, 2013


                                         /s/ Susan D. Golden
                                         Susan D. Golden
                                         Trial Attorney

Service List

MILBANK, TWEED, HADLEY & McCLOY LLP
Attorneys for Official Committee of Unsecured
Creditors One Chase Manhattan Plaza
New York, NY 10005
Dennis F. Dunne, Esq.
Evan Fleck, Esq.

GODFREY & KAHN, S.C.
Attorneys for Fee Committee
One East Main Street, Suite 500
Madison, WI 53701
Brady C. Williamson, Esq.
Katherine Stadler, Esq.

COVINGTON & BURLING LLP
Attorneys for Wilmington Trust Company The New York Times Building
620 Eighth Avenue
New York, NY 10018
Michael B. Hopkins, Esq.

LOEB & LOEB, LLP
Attorneys for Wilmington Trust Company
345 Park Avenue
New York, NY 10154
Walter Curchack, Esq.

SULLIVAN & WORCESTER LLP
Attorneys for U.S. Bank National Association
One Post Office Square
Boston, MA 02109
Richard Hiersteiner, Esq.
Jeanne P. Darcey, Esq.

SHIPMAN & GOODWIN LLP
Attorneys for U.S. Bank National Association
One Constitution Plaza
Hartford, CT 06103
Robert M. Borden, Esq.

VINSON & ELKINS LLP
Attorneys for Shinsei Bank, Limited
666 Fifth Avenue, 26th Floor
New York, NY  10103
Dov R. Kleiner, Esq.

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Attorneys for Bank of New York Mellon
25 Southampton Buildings
London, England WC2A 1AL

 SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Russell L. Reid, Jr., Esq.
Michael Ahrens, Esq.

STROOCK STROOCK & LAVAN
Attorneys for Mizuho Corporate Bank, Ltd.
180 Maiden Lane
New York, NY  10038
Mark A. Speiser, Esq.
Sherry J. Millman, Esq.

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Attorneys for Elliott Management Corp.
551 Fifth Avenue
New York, NY 10176
Matthew J. Gold, Esq.

GREENBERG TRAURIG LLP
Attorneys for Elliott Management Corp. MetLife Building
200 Park Avenue
New York, NY  10166
John H. Bae, Esq.

ARENT FOX LLP
Attorneys for The Vanguard Group
1675 Broadway
New York, NY  10019
George Angelich, Esq.

WEIL, GOTSHAL & MANGES LLP
Attorneys for the Debtors
767 Fifth Avenue
New York, NY 10153
Harvey R. Miller, Esq.
Garrett Fail, Esq.