UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
              Debtors.                                   :    (Jointly Administered)
----------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF PORTIONS OF CLAIM AND
WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING
THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION
OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS
AND ENTITIES**

Reference is made to proof of claim number 67938 filed against Lehman Brothers Holdings Inc. by BNP Paribas (the "Claim") in the aggregate amount of $970,648,596.47 plus interest and additional unliquidated and contingent claims.[1]

PLEASE TAKE NOTICE that, through its undersigned counsel, BNP Paribas, hereby withdraws with prejudice the following four (4) portions of the Claim ("Withdrawn Claim Elements"):

1. Carlson Wagonlit BV Non-Utilization and Letter of Credit Fees claims in the amount of $81,011.80 (Section D (vi) of the addendum to the Claim);

2. LBIE Pre-Administration Client Money claim in the amount of $1,616,990.19 (Section D(vii) of the addendum to the Claim);

3. LBCB Guaranty claims in the amount of $13,320,000.00 (Section F of the addendum to the Claim); and

4. Lehman Brothers Bankhaus AG Guaranty claims in an unliquidated and contingent amount (Section K of the addendum to the Claim).

---

[1] For clarification purposes, the Claim was the subject of the so-ordered Stipulation, Agreement and Order between LBHI and BNP Paribas Regarding Certain Proofs of Claim Filed by BNP Paribas (the "Stipulation") [ECF No. 27555].

1

BNP Paribas directs Epiq Bankruptcy Solutions LLC to expunge the Withdrawn Claim Elements from the claims register. BNP Paribas represents and warrants that the withdrawal of the Withdrawn Claim Elements is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Withdrawn Claim Elements is without prejudice to any other claims or any other portion of the Claim asserted against Lehman Brothers Holdings Inc. or its affiliates by BNP Paribas or its affiliates. For the avoidance of doubt, nothing herein shall affect any portion of the Claim other than the Withdrawn Claim Elements.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon BNP Paribas, on January 8, 2013, the issuance of which was noticed in a filing with the Court on January 11, 2013 [ECF No. 33811]. Notwithstanding, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for claims not identified in the first paragraph and for any portion of the Claim other than the Withdrawn Claim Elements.

Dated: March 1, 2013
      New York, New York

/s/    Howard S. Beltzer
    Howard S. Beltzer

MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

*Attorneys for BNP Paribas*

Dated: March 1, 2013
      New York, New York

/s/    Robert J. Lemons
    Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings
Inc. and Certain of Its Affiliates*

705389200
US_ACTIVE:\44208084\3\58399.0011