Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**             Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Attestor Value Master Fund LP** | **Lyxor Asset Management S.A.** |

**Name and Address where notices to Transferee should be sent:**
c/o Attestor Capital LLP
21 Upper Brook Street
London, W1K 7PY
United Kingdom
Attention: Isobelle White
Isobelle.white@attestorcapital.com

Court Claim# (if Known):**19128**
Amount of Claim [Principal Amount]: **$1,170,948.79**
Date Claim Filed: 09/18/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Jan Peters**             Date:   **March 4, 2013**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Date: _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim of Lyxor Asset Management S.A., as sub-manager of the Lyxor/Julius Baer Global Rates Hedge Fund Ltd ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,170,948.79 | 19128 |

has been transferred and assigned to Attestor Value Master Fund LP ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Attestor Value Master Fund LP
Address:  c/o Attestor Capital LLP
          21 Upper Brook Street
          London
          W1K 7PY
          United Kingdom
Acting by Attestor Capital LLP

Signature: _____
Name: JAN PETERS
Title: MANAGING MEMBER

SELLER:  Lyxor Asset Management S.A.,
         As sub-manager of the
         Lyxor/Julius Baer Global Rates
         Hedge Fund Ltd
Address: Attn: Emilien Simoes
         Tours Societe Generale
         17 Cours Valmy
         Paris - La Defense Cedex, 92987
         France

Signature: _____
Name: _____
Title: Anita Philippe         Jamie Bell
Date: Director                As alternate Director
                              to Tarly Bolla