Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**  Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Attestor Value Master Fund LP** | **Lyxor Asset Management S.A.** |

**Name and Address where notices to Transferee should be sent:**
c/o Attestor Capital LLP
21 Upper Brook Street
London, W1K 7PY
United Kingdom
Attention: Isobelle White
Isobelle.white@attestorcapital.com

Court Claim# (if Known):**19137**
Amount of Claim [Principal Amount]: **$2,457,820.69**
Date Claim Filed: 09/18/2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Jan Peters**           Date:    **March 4, 2013**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim of Lyxor Asset Management S.A., as sub-manager of the Lyxor/GAM Global Rates Hedge Fund Limited (formerly known as Lyxor/Julius Baer Global Rates Hedge Fund Limited) ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $2,457,820.69 | 19137 |

has been transferred and assigned to Attestor Value Master Fund LP ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: Attestor Value Master Fund LP
Address: c/o Attestor Capital LLP
21 Upper Brook Street
London
W1K 7PY
United Kingdom

Acting by Attestor Capital LLP

Signature: _____
Name: JAN PETERS
Title: MANAGING MEMBER
Date: FEBRUARY 11, 2013

SELLER: Lyxor Asset Management S.A.,
As sub-manager of the Lyxor/GAM Global Rates Hedge Fund Limited (formerly known as Lyxor/Julius Baer Global Rates Hedge Fund Limited)
Address: Attn: Emilien Simoes
Tours Societe Generale
17 Cours Valmy
Paris – La Defense Cedex, 92987
France

Signature: _____
Name: _____
Title: Anita Philippe    Jamie Bell
Director    As alternate Director
to Tarly Bolla