REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    Case No. 08-13555 (JMP)
                                                   :    (Jointly Administered)
                                   Debtors.        :
                                                   :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Special Finance Inc. 08-13888 (JMP) |
| **Creditor Name and Address:** | Zircon Finance Limited Series 2007-1 Tranche A c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust Services - Default Group One Canada Square London, E14 5AL England |
| **Court Claim Number:** | 25996 |
| **Date Claim Filed:** | 9/21/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Zircon Finance Limited (hereinafter, the "**Creditor**") having filed the above-referenced proof of claim ("**Claim**"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: February 26 2013

Name: Sanjay Jobanputra
Title: Vice President