# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

## OMNIBUS OBJECTION 198: EXHIBIT 1 – LATE-FILED CLAIMS

|   | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM DOLLARS | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BUNEVICH, CAROL<br>PO BOX 445<br>SIASCONSET, MA 02564-0445 | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 07/29/2011 | 67591 | $1,778,361.31 | Late-Filed Claim |
|   |   |   |   |   | TOTAL | $1,778,361.31 |   |