UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                            :    Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (JMP)
                                                 :
                        Debtors.                 :    (Jointly Administered)
-----------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PRUSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbered 16846 filed against Lehman Brothers Holdings Inc. by Paloma Industries, Ltd. in the amount of $94,924,000 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned representative, Paloma Industries, Ltd. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Paloma Industries, Ltd. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon Paloma Industries, Ltd. on September 27, 2012, the issuance of which was noticed in a filing with the Court on October 1, 2012 [Docket No. 31162].

Dated: ~~February~~ March 5, 2013
       New York, New York

| | |
|---|---|
| Name: <br> Title: <br> PALOMA INDUSTRIES, LTD. | Robert J. Lemons <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br><br> *Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates* |

名古屋市瑞穂区桃園町6番23号
株式会社 パロマ
代表取締役 小林 弘明

2