UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (JMP)
                                                                   :
                    Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PRUSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim numbered 16847 filed against Lehman Brothers Holdings Inc. by PI. US Holding, Inc. in the amount of $33,750,000 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned representative, PI. US Holding, Inc. hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. PI. US Holding, Inc. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon PI. US Holdings, Inc. on September 19, 2012, the issuance of which was noticed in a filing with the Court on September 20, 2012 [Docket No. 31028].

Dated: ~~February~~ March 5, 2013
    New York, New York

Name:
Title:
PI. US HOLDING, INC.

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates*