

6 March 2013

Weil, Gotshal & Mangers LLP
Attn: Mark I. Bernstein
767 Fifth Avenue
New York
NY 10153-0119
USA

Alvarez & Marsal Global Forensic & Dispute Services, LLC
Attn: Holly A. Clack, CPA
Two Liberty Square, Suite 300
Boston
MA 02109
USA

**Lehman Brothers Holdings Inc. Chapter 11 Case: Claim No. 44087**

Dear Sirs

With reference to you letter on March 4, 2013, Keva, former name until 1 January 2011 The Local Government Pensions Institution, hereby withdraws its Claim No. 44087 in Lehman Brothers Holdings Inc. Chapter 11 Case.

If you have any queries regarding the above, please contact Marja Kauppila, telephone +358 20 614 2466, fax +358 20 614 2496, email marja.kauppila@keva.fi.

Yours sincerely,

KEVA

Ari Huotari
Chief Investment Officer

Marja Kauppila
Lawyer

P.O. Box 425, Unioninkatu 43, FI-00101 Helsinki, Finland, telephone +358 20 614 21, www.keva.fi, Business ID 0119343-0