Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bank Syz & Co SA | Pictet & Cie |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

Name and Address where notices
to transferee should be sent:

Bank Syz & CO SA
Rue du Rhône 30
Case postale 5015
CH-1211 Genève 11
Switzerland

Phone: +41 58 799 11 59

Last Four Digits of Acct #: 200465

Court Claim # (if known): 64249
Date Claim Filed: 10/28/2009
Amount of Claim: USD 49,752,006.93
Portion of Claim Transferred (see
Schedule I): 20,000.00

Phone: +41583231326

Last Four Digits of Acct. #: EOC 93010

Name and Address where transferee
payments should be sent (if different
from above):

Deutsche Bank Trust & Co
New York - USA
Bic: BKTRUS33XXX Benef.BIC: SYCOCHGGXXX

Phone: +41 58 799 11 59

Last Four Digits of Acct #: 04-422-120

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By: S. SCHOPFER   C. BATTIG          Date: January 7th 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
MAR 1 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Pictet & Cie** ("Transferor") unconditionally and irrevocably transferred to **Banque Syz & Co. S.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 64249**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON DECEMBER 4, 2012

**Pictet & Cie**

By:
Name:   Antoine SALAMOLARD
Title:   AVP

By:
Name:
Title:   Nicole LACHER
AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|--------|------------------------------------------------|
| XS0337685670 | 64249 | LEHMAN BROTHERS SECURITIES CO. NV | USD 20'000.00 |

PICTET & CIE, BANQUIERS



Pictet & Cie
Route des Acacias 60
CH-1211 Genève 73
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com

By registered mail
Lehman Brothers Holdings Claims Processing
Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 18 February 2013
Our ref: 1326/AS

Re :    **Lehman Brothers Holding Inc., et al., Debtors**
**Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)**
**TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Pictet & Cie, we are pleased to request the transfer of a portion of the claim number **64249** filled in the name of Pictet & Cie (Transferor) to bank Syz & Co S.A. (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee :

-   Form 210A duly signed by the Transferee;
-   Evidence of Transfer of Claim duly signed by the Transferor;
-   Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (asalamolard@pictet.com), fax (+41583232950), telephone (+41583231326) or post mail to the attention of Mr. Antoine Salamolard, Legal Department.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

PICTET & Cie

Antoine Salamolard                    Nicole Lacher

S**i**gnature**Net**



**Pictet & Cie**

**Pictet & Cie, Genève**

**LACHER Nicole Elisabeth**
Fondé de Pouvoir
Prokurist
Assistant Vice President



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 04.12.2012**

Page displayed on: 4 DEC 2012 11:21:13 (GMT +0100)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 10 JUL 2012 13:06:24 (GMT +0100)

# Signature**Net**



**Pictet & Cie**

**Pictet & Cie, Genève**

**SALAMOLARD Antoine**
Fondé de Pouvoir
Prokurist
Assistant Vice President

Juriste



**Signature rule**

The individual signature of the partners of Pictet & Cie commits the bank.

First Executive Vice-Presidents, Executive Vice-Presidents, Senior Vice-Presidents, Vice-Presidents, Assistant Vice-Presidents are empowered to sign jointly one with another or with an Officer.

Officers are empowered to sign jointly with a First Vice-President, Executive Vice-President, Senior Vice-President, Vice-President or Assistant Vice-President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

**Issue date: 04.12.2012**

Page displayed on: 4 DEC 2012 11:21:37 (GMT +0100)
Page printed for: Antoine SALAMOLARD (asalamolard)
Data record Last changed on: 15 JUN 2011 15:57:57 (GMT +0100)



PRIORITY
Gross 2
LA POSTE

Genève 2
750238

**A**

Recommandé
Étranger

**R**

**Priority**

1200 Genève 2



RM 043 204 893 CH        19.02.2013

FILED / RECEIVED

FEB 27 2013

EPIQ SYSTEMS



**Banque SYZ & CO SA**

Signatures autorisées
Unterschriftenverzeichnis
Authorised signatures

2011

## Signature sociale

Les Directeurs Généraux, le Directeur Général adjoint, les Directeurs, les Directeurs adjoints, les Sous-directeurs, les Fondés de pouvoir signent collectivement à deux entre eux ou avec un Mandataire commercial.

Les Mandataires commerciaux signent conjointement avec un Directeur Général, le Directeur Général adjoint, un Directeur, un Directeur adjoint, un Sous-directeur ou un Fondé de pouvoir. Ils ne sont pas autorisés à souscrire des engagements de change, ni entre eux, ni avec d'autres personnes habilitées à signer.

Une réglementation spéciale est applicable à la correspondance rédigée à l'aide de certaines formules; elle figure sur les formules en question.

## Rechtsgültige Firmenunterschrift

Die Generaldirektoren, der Stellvertretende Generaldirektor, die Direktoren, die Stellvertretenden Direktoren, die Vizedirektoren und die Prokuristen zeichnen kollektiv zu zweit untereinander oder zusammen mit einem Handlungsbevollmächtigten.

Die Handlungsbevollmächtigten zeichnen zusammen mit einem Generaldirektor, dem Stellvertretenden Generaldirektor, einem Direktor, einem Stellvertretenden Direktor, einem Vizedirektor oder einem Prokuristen. Sie sind nicht bevollmächtigt, Wechselverbindlichkeiten zu unterschreiben, weder gemeinsam noch mit anderen Bevollmächtigten.

Für bestimmte Formularkorrespondenz besteht eine besondere Unterschriftenregelung, die auf den betreffenden Formularen ersichtlich ist.

## Signature powers

The General Managers, the Deputy General Manager, the Executive Vice Presidents, the Senior Vice Presidents, the Vice Presidents and the Assistant Vice Presidents are empowered to sign jointly one with another or with an Officer.

The Officers are empowered to sign jointly with a General Manager, the Deputy General Manager, an Executive Vice President, a Senior Vice President, a Vice President or an Assistant Vice President. They are not empowered to commit the bank in relation to bills of exchange irrespective of with whom they sign.

Special rules apply to correspondence conducted by means of certain printed forms and are set out thereon.

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

| Directeurs Généraux<br>Generaldirektoren<br>General Managers | Directeur Général adjoint<br>Stellvertretender Generaldirektor<br>Deputy General Manager | Directeurs<br>Direktoren<br>Executive Vice Presidents | Directeurs adjoints<br>Stellvertr. Direktoren<br>Senior Vice Presidents |
|---|---|---|---|
| Syz Eric<br>Piacentini Alfredo<br>Luban Paolo | Rochat Yves | Basso Maurice<br>Battiaz Claude-Alain<br>Bédat Patrick<br>Boitel Etienne<br>Coudray Cornu Katia<br>Crivelli Claudio<br>De Groote Thierry<br>Dufresne Fabian<br>Guillon Xavier<br>Hannemann Daniel<br>Kemmerer Thomas<br>Lovisa Jean-Louis<br>Naggar Jean-Louis<br>Noetzlin Lionel<br>Payro Ricardo<br>Racle Laurence<br>Ronchetti Marco<br>Schupp Jérôme<br>Servan Vincent | Barenghi Andrea<br>Barras Philippe<br>Berthin Joël<br>Bouilloux Jacky<br>Boulgaris Nicolas<br>Breuillé Eric<br>Cuennet Serge<br>De Lapeyrière Guillaume<br>Eftimie Claudia<br>Govaerts Olivier<br>Huber Lukas<br>Justafré Gérard<br>Kaiser Boeing Ulrike<br>Leimbacher Nicole<br>Lettieri Giovanni<br>Luna José Manuel<br>Magnatantini Roberto<br>Malacari Mauro<br>Marini Romano<br>Marion Roxana<br>Mathenet Philippe<br>Noël Valérie<br>Nucci Andrea<br>Oetiker Martin<br>Pedrini Nello<br>Pellaton Christophe<br>Piller Hanina<br>Poulin Stéphane<br>Pozzi Ghilardi Barbara<br>Quirighetti Fabrizio<br>Reboh Michel<br>Rolland Béatrice<br>Röper Walter<br>Sigg Andreas<br>Tautu Sherban<br>Turbé Christian<br>Willommet Alain<br>Zethraeus Nikolaj |

**Sous-directeurs**
**Vizedirektoren**
**Vice Presidents**

Abel Jacques
Alvarez Eva
Benz Frédéric
Bertoni René
Bonelli Pier-Luigi
Brenot Raymond
Cannavo Alfio
Ceccarelli Baradez Mathilde
Chiarello Vincenzo
Crivelli Simone
De Luna Roland
Faraut Romain
Gorin Fabrice
Hagenfeldt Jan
Kuster Luzius
Longobardi Fabrizio
Lüthi Christophe
Manzoni Martino
Marcon Bernard
Mengozzi Gabriel
Nahas Olivier
Nahmany Alain
Noirat Daniel
Occhilupo Sandro
Oederlin Simon
Panizzolo Claudia
Perez Ralph
Pernes Myriam
Petit-Jean Vincent
Pioletti Alain
Rey Pilar
Riner Pierre
Riondel Véronique
Roux Jean-Marc
Rollero Marco
Schwere Thomas
Segalini Paolo
Siegrist Philippe
Steffen Thomas
Verdial Sergio

**Fondés de pouvoir**
**Prokuristen**
**Assistant Vice Presidents**

Antoni Pierre
Bamert Ronny
Barin Yasmina
Bernasconi Rita
Biancaniello Ugo
Biasotto d'Amico Kosanna
Bionda Anthony
Bondi Alexandre
Bornard Mathieu
Brovarone Dziri Marie-Christine
Bujès Marc-Henri
Capone Carlo
Chaillot Lionel
Chakroune Abdelaziz
Clément Julien
Coppolino Marcella
Crivelli Nicole
Di Giuseppe Dominique
Fernandez Maria
Glauser Stéphanie
Gloor Thierry
Guenin Marianne
Gunsbourg-Kasavi Emmanuelle
Hariri Azita
Harrouach Khadija
Kirschmann Régine
Marcolini Giorgio
Monoscalco Barbara
Moore Sophie
Mora Carol
Paganini Jérome
Pozzi Vincent
Reichardt Hélène
Ribadeau Dumas Frédéric
Rosati Diego
Rossi Viviana
Schlaeppi Patrick
Schlieper Michael
Schopfer Séverine
Stamm Umit
Svalander Mélanie
Teedla Kersti
Terreault Manuel
Tissot Carole
Vermorel Bertrand

**Mandataires commerciaux**
**Handlungsbevollmächtigte**
**Officers**

Anselmetti Corrine
Anton Gelen
Artali Mauro
Bagnoli Giada
Baldauff Patrick
Battig Catherine
Bernasconi Leila
Bodenehr Marina
Burnat Phillipe
Cardoso Eric
Cigada Olivier
Clemente Suzanne
Corsi Lanfranco
Crivelli Gionata
Cutler Carolyn
De Labouchère Valentin
Ducret Nathalie
Errico Natacha
Fargier Ludovic
Feynerol Nathalie
Forgeron Corinne
Frey Anaïs
Garcia Eugenia
Hénot-Olzer Elisabeth
Henry Fabrice
Heqimi Sidita

Kappeler Christian
Knoblauch Ursina
Labarthe Alain
Leininger Thomas
Lemettre Jean
Louzao Antonella
Lucena Marcos
Manfredi Elena
Mizrahi David
Molliet Magali
Murrieri Axelle
Olivieri Christian
Pasche Stéphane
Puzone Assunta
Rötzscher Victoria
Schmid Pascale
Séchaud Lucile
Senis Claudia
Sproule-Zuchowska Marzena
Stofiglio Claudia
Valiton Yann
Verdial Nathalie
Wenk Laurent
Weyer Sarah

4

**A**

**ABEL Jacques**
Sous-directeur
Vizedirektor
Vice President

**ALVAREZ Eva**
Sous-directrice
Vizedirektorin
Vice President

**ANSELMETTI Corinne**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**ANTON Gelen**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**ANTONI Pierre**
Fondé de pouvoir
Prokurist
Assistant Vice President

**ARTALI Mauro**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**B**

**BAGNOLI Giada**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**BALDAUFF Patrick**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**BAMERT Ronny**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BARENGHI Andrea**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**BARIN Yasmina**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**BARRAS Philippe**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**BASSO Maurice**
Directeur
Direktor
Executive Vice President

**BATTIAZ Claude-Alain**
Directeur
Direktor
Executive Vice President

**BATTIG Catherine**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**BENZ Frédéric**
Sous-directeur
Vizedirektor
Vice President

**BÉDAT Patrick**
Directeur
Direktor
Executive Vice President

**BERNASCONI Leila**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**BERNASCONI Rita**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**BERTHIN Joël**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

6

**BERTONI René**
Sous-directeur
Vizedirektor
Vice President

**BIANCANIELLO Ugo**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BIASOTTO D'AMICO Kosanna**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**BIONDA Anthony**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BODENEHR Marina**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**BOITEL Etienne**
Directeur
Direktor
Executive Vice President

**BONDI Alexandre**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BONELLI Pier-Luigi**
Sous-directeur
Vizedirektor
Vice President

**BORNARD Mathieu**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BOUILLOUX Jacky**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**BOULGARIS Nicolas**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**BRENOT Raymond**
Sous-directeur
Vizedirektor
Vice President

**BREUILLÉ Eric**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**BROVARONE DZIRI Marie-Christine**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**BUJÈS Marc-Henri**
Fondé de pouvoir
Prokurist
Assistant Vice President

**BURNAT Philippe**
Mandataire commercial
Handlungsbevollmächtigter
Officer

C   **CANNAVO Alfio**
Sous-directeur
Vizedirektor
Vice President

**CAPONE Carlo**
Fondé de pouvoir
Prokurist
Assistant Vice President

**CARDOSO Eric**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**CECCARELLI BARADEZ Matilde**
Sous-directrice
Vizedirektorin
Vice President

**CENTANIN Geoffrey**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**CHAILLOT Lionel**
Fondé de pouvoir
Prokurist
Assistant Vice President

**CHAKROUNE Abdelaziz**
Fondé de pouvoir
Prokurist
Assistant Vice President

**CHIARELLO Vincenzo**
Sous-directeur
Vizedirektor
Vice President

**CICADA Olivier**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**CLÉMENT Julien**
Fondé de pouvoir
Prokurist
Assistant Vice President

**CLEMENTE Suzanne**
Mandataire commerciale
Handlungsbevollmächtige
Officer

**COPPOLINO Marcella**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**CORSI LANFRANCO**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**COUDRAY CORNU Katia**
Directrice
Direktorin
Executive Vice President

**CRIVELLI Claudio**
Directeur
Direktor
Executive Vice President

**CRIVELLI Gionata**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**CRIVELLI Nicole**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**CRIVELLI Simone**
Sous-directeur
Vizedirektor
Vice President

**CUENNET Serge**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**CUTLER Carolyn**
Mandataire commerciale
Handlungsbevollmächtige
Officer

**De GROOTE Thierry**
Directeur
Direktor
Executive Vice President

**De LABOUCHÈRE Valentin**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**De LAPEYRIÈRE Guillaume**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**De LUNA Roland**
Sous-directeur
Vizedirektor
Vice President

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

**DI GIUSEPPE Dominique**
Fondé de pouvoir
Prokurist
Assistant Vice President

**DUCRET Nathalie**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**DUFRESNE Fabian**
Directeur
Direktor
Executive Vice President

**E    EFTIMIE Claudia**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**ERRICO Natacha**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**F    FARAUT Romain**
Sous-directeur
Vizedirektor
Vice President

**FARGIER Ludovic**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**FERNANDEZ Maria**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**FEYNEROL Nathalie**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**FORGERON Corinne**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**FREY Anaïs**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**G    GARCIA Eugenia**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**GLAUSER Stéphanie**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**GLOOR Thierry**
Fondé de pouvoir
Prokurist
Assistant Vice President

**GORIN Fabrice**
Sous-directeur
Vizedirektor
Vice President

**GOVAERTS Olivier**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**GUENIN Marianne**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**GUILLON Xavier**
Directeur
Direktor
Executive Vice President

**GUNSBOURG-KASAVI Emmanuelle**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**H    HAGENFELDT Jan**
Sous-directeur
Vizedirektor
Vice President

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

**HANNEMANN Daniel**
Directeur
Direktor
Executive Vice President

**HARIRI Azita**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**HARROUACH Khadija**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**HÉNOT-HOLZER Elisabeth**
Mandataire commerciale
Handlungsbevollmächtige
Officer

**HENRY Fabrice**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**HEQIMI Sidita**
Mandataire commerciale
Handlungsbevollmächtige
Officer

**HUBER Lukas**
Directeur adjoint
Stellvertreter Direktor
Senior Vice President

**J  JUSTAFRÉ Gérard**
Directeur adjoint
Stellvertreter Direktor
Senior Vice President

**K  KAISER BOEING Ulrike**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**KAPPELER Christian**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**KEMMERER Thomas**
Directeur
Direktor
Executive Vice President

**KIRSCHMANN Régine**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**KNOBLAUCH Ursina**
Mandataire commerciale
Handlungsbevollmächtige
Officer

**KUSTER Luzius**
Sous-directeur
Vizedirektor
Vice President

**L  LABARTHE Alain**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**LEIMBACHER Nicole**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**LEININGER Thomas**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**LEMETTRE Jean**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**LETTIERI Giovanni**
Directeur adjoint
Stellvertreter Direktor
Senior Vice President

**LONGOBARDI Fabrizio**
Sous-directeur
Vizedirektor
Vice President

**LOUZAO Antonella**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**LOVISA Jean-Louis**
Directeur
Direktor
Executive Vice President

**LUBAN Paolo**
Directeur Général
Generaldirektor
General Manager

**LUCENA Marcos**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**LUNA José Manuel**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**LÜTHI Christophe**
Sous-directeur
Vizedirektor
Vice President

**M**  **MAGNATANTINI Roberto**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**MALACARI Mauro**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**MANFREDI Elena**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**MANZONI Martino**
Sous-directeur
Vizedirektor
Vice President

**MARCOLINI Giorgio**
Fondé de pouvoir
Prokurist
Assistant Vice President

**MARCON Bernard**
Sous-directeur
Vizedirektor
Vice President

**MARINI Romano**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**MARION Roxana**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**MATHENET Philippe**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**MENGOZZI Gabriel**
Sous-directeur
Vizedirektor
Vice President

**MIZRAHI David**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**MOLLIET Magali**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**MONOSCALCO Barbara**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**MOORE Sophie**
Fondée de pouvoir
Prokuristin
Assistant Vice President

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

**MORA Carol**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**MURRIERI Axelle**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**N  NAGGAR Jean Louis**
Directeur
Direktor
Executive Vice President

**NAHAS Olivier**
Sous-directeur
Vizedirektor
Vice President

**NAHMANY Alain**
Sous-directeur
Vizedirektor
Vice President

**NOËL Valérie**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**NOETZLIN Lionel**
Directeur
Direktor
Executive Vice President

**NOIRAT Daniel**
Sous-directeur
Vizedirektor
Vice President

**NUCCI Andrea**
Directeur adjoint
Stellvertreter Direktor
Senior Vice President

**O  OCCHILUPO Sandro**
Sous-directeur
Vizedirektor
Vice President

**OEDERLIN Simon**
Sous-directeur
Vizedirektor
Vice President

**OETIKER Martin**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**OLIVIERI Christian**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**P  PAGANINI Jérôme**
Fondé de pouvoir
Prokurist
Assistant Vice President

**PANIZZOLO Claudia**
Sous-directrice
Vizedirektorin
Vice President

**PASCHE Stéphane**
Mandataire commercial
Handlungsbevollmächtiger
Officer

**PAYRO Ricardo**
Directeur
Direktor
Executive Vice President

**PEDRINI Nello**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**PELLATON Christophe**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**PEREZ Ralph**
Sous-directeur
Vizedirektor
Vice President

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

**PERNES Myriam**
Sous-directrice
Vizedirektorin
Vice President

**PETIT-JEAN Vincent**
Sous-directeur
Vizedirektor
Vice President

**PIACENTINI Alfredo**
Directeur Général
Generaldirektor
General Manager

**PILLER Hanina**
Directrice-adjointe
Stellvertretende Direktorin
Senior Vice President

**PIOLETTI Alain**
Sous-directeur
Vizedirektor
Vice President

**POULIN Stéphane**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**POZZI Vincent**
Fondé de pouvoir
Prokurist
Assistant Vice President

**POZZI GHILARDI Barbara**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**PUZONE Assunta**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**Q**  **QUIRIGHETTI Fabrizio**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**R**  **RACLE Laurence**
Directrice
Direktorin
Executive Vice President

**REBOH Michel**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**REICHARDT Hélène**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**REY Pilar**
Sous-directrice
Vizedirektorin
Vice President

**RIBADEAU DUMAS Frédéric**
Fondé de pouvoir
Prokurist
Assistant Vice President

**RINER Pierre**
Sous-directeur
Vizedirektor
Vice President

**RIONDEL Véronique**
Sous-directrice
Vizedirektorin
Vice President

**ROCHAT Yves**
Directeur Général adjoint
Stellvertretender Generaldirektor
Deputy General Manager

**ROLLAND Béatrice**
Directrice adjointe
Stellvertretende Direktorin
Senior Vice President

**ROLLERO Marco**
Sous-directeur
Vizedirektor
Vice President

**RONCHETTI Marco**
Directeur
Direktor
Executive Vice President

**RÖPER Walter**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**ROSATI Diego**
Fondé de pouvoir
Prokurist
Assistant Vice President

**ROSSI Viviana**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**RÖTZSCHER Victoria**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**ROUX Jean-Marc**
Sous-directeur
Vizedirektor
Vice President

**SCHLAEPPI Patrick**
Fondé de pouvoir
Prokurist
Assistant Vice President

**SCHLIEPER Michael**
Fondé de pouvoir
Prokurist
Assistant Vice President

**SCHMID Pascale**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**SCHOPFER Séverine**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**SCHUPP Jérôme**
Directeur
Direktor
Executive Vice President

**SCHWERE Thomas**
Sous-directeur
Vizedirektor
Vice President

**SÉCHAUD Lucile**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**SEGALINI Paolo**
Sous-directeur
Vizedirektor
Vice President

**SENIS Claudia**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**SERVAN Vincent**
Directeur
Direktor
Executive Vice President

**SIEGRIST Philippe**
Sous-directeur
Vizedirektor
Vice President

**SIGG Andreas**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**SPROULE-ZUCHOWSKA Marzena**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**STAMM Umit**
Fondé de pouvoir
Prokurist
Assistant Vice President

22

**STEFFEN Thomas**
Sous-directeur
Vizedirektor
Vice President

**STOFIGLIO Claudia**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**SVALANDER Mélanie**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**SYZ Eric**
Directeur Général
Generaldirektor
General Manager

**T**

**TAUTU Sherban**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**TEEDLA Kersti**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**TERREAULT Manuel**
Fondé de pouvoir
Prokurist
Assistant Vice President

**TISSOT Carole**
Fondée de pouvoir
Prokuristin
Assistant Vice President

**TURBÉ Christian**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**V**

**VALITON Yann**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**VERDIAL Nathalie**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**VERDIAL Sergio**
Sous-directeur
Vizedirektor
Vice President

**VERMOREL Bertrand**
Fondé de pouvoir
Prokurist
Assistant Vice President

**W**

**WENK Laurent**
Mandataire commercial
Handlungsbevollmächtigter
Officer

**WEYER Sarah**
Mandataire commerciale
Handlungsbevollmächtigte
Officer

**WILLOMMET Alain**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

**Z**

**ZETHRAEUS Nikolaj**
Directeur adjoint
Stellvertretender Direktor
Senior Vice President

2011 – Signatures autorisées | Unterschriftenverzeichnis | Authorised signatures

# Contacts

**Banque SYZ & CO SA**

**Genève –** *Siège*
**Banque SYZ & CO SA**
Rue du Rhône 30
Case Postale 5015
CH – 1211 Genève 11
Tél. +41 (0)58 799 10 00
Fax +41 (0)58 799 20 00
info@syzgroup.com
www.syzgroup.com

**Zurich –** *Agence*
**Bank SYZ & CO AG**
Dreikönigstrasse 12
Postfach 1572
CH – 8027 Zürich
Tél. +41 (0)58 799 77 37
Fax +41 (0)58 799 22 00

**Lugano –** *Agence*
**Banque SYZ & CO SA**
Riva Paradiso 2
Casella Postale 542
CH – 6902 Lugano-Paradiso
Tél. +41 (0)58 799 67 20
Fax +41 (0)58 799 23 00

**Locarno –** *Agence*
**Banque SYZ & CO SA**
Via Cattori 4
Casella Postale 1461
CH – 6601 Locarno
Tél. +41 (0)58 799 66 66
Fax +41 (0)58 799 22 50