# Agreement and evidence of transfer of claim
# Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

Mrs. GISELA GEFFERS
name of customer

(the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ __5,680.40__, which is equal to __0.001318829__ % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

Mrs. GISELA GEFFERS
name of customer

(the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ __5,680.40__, which is equal to __0.001318829__ % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this __04__ th day of __Februar__ 2013.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| Mrs. GISELA GEFFERS | Mrs. GISELA GEFFERS |
|---|---|
| name of customer | name of customer |
| By _[signature]_ _[signature]_ | By X _[signature]_ |
| Name  Mr. Oliver Stuempges   Mr. Theo Peters | Name  Mrs. GISELA GEFFERS |
| Title  Area Director    Area Manager | Title |
| Kasernenstr. 10 | LIEDBERGWEG 16 |
| address | address |
| 40213 Duesseldorf, Germany | 51069 KOELN, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re <u>Lehman Brothers Holdings Inc. et al.</u>,     Case No. <u>Chapter 11 08-13555 (JMP) (Jointly Administered)</u>

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mrs. GISELA GEFFERS | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mrs. GISELA GEFFERS

LIEDBERGWEG 16 , 51069 KOELN, Germany

Phone: + 49 (0) 221-604240
Last Four Digits of Acct #: _____

Court Claim # (if known): 55404
Amount of Claim: $ 5,680.40
Date Claim Filed: 29 October 2009

Phone: +49 (0)203 347 5703
Last Four Digits of Acct #: _____

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X _/s/ Gisela Geffers_     Date _____
Transferee/Transferee's Agent

*RECEIVED MAR 1 2013*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

08-13555-mg    Doc 35762    Filed 03/01/13    Entered 03/07/13 12:20:05    Main Document
Pg 4 of 5

...

**Deutsche Post**

☐ EINSCHREIBEN EINWURF
☒ EINSCHREIBEN (Recommandé)
☐ EIGENHÄNDIG (A remettre en main propre)
☐ INT. NACHNAHME (Remboursement)
☐ RÜCKSCHEIN (Avis de réception)

912-671-000

**R**    RG 31 405 414 3DE

**Wichtig! Important!**
Hinweise auf der Rückseite
Voir instructions au verso

☐ Warenmuster / échantillon commercial
☐ Sonstiges / Autre

| (1) | Gewicht (in kg) (2) Poids (en kg) | Wert (3) Valeur |
|---|---|---|
| | 13g | |

MAR 1 2013
RECEIVED
BANKRUPTCY COURT
DIST OF NEW YORK

*Nur für Handelswaren*
*Pour les envois commerciaux seulement*
(Falls bekannt) Zolltarifnr. nach dem HS (4) und Ursprungsland der Waren (5)
N° tarifaire du SH et pays d'origine des marchandises (si connus)

| | Gesamtgewicht (in kg) (6) Poids total (en kg) | Gesamtwert (7) Valeur totale |
|---|---|---|
| | 13g | |

Ich, der/die Unterzeichnende, dessen/deren Name und Adresse auf der Sendung angeführt sind, bestätige, dass die in der vorliegenden Zollinhaltserklärung angegebenen Daten korrekt sind und dass diese Sendung keine gefährlichen, gesetzlich oder auf Grund postalischer oder zollrechtlicher Regelungen verbotenen Gegenstände enthält. Ich übergebe insbesondere keine Güter, deren Versand, Beförderung oder Lagerung gemäß den AGB der Deutschen Post ausgeschlossen ist.

Je, soussigné dont le nom et l'adresse figurent sur l'envoi, certifie que les renseignements donnés dans la présente déclaration sont exacts et que cet envoi ne contient aucun objet dangereux ou interdit par la législation ou la réglementation postale ou douanière. Je ne transmets notamment aucune marchandise dont l'envoi, le transport ou l'entreposage est exclu par les Conditions générales de Deutsche Post.

Datum und Unterschrift des Absenders (8) / Date et signature de l'expéditeur
26.02.13  *Neugebauer*

United States Bankruptcy Court
Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, NY 10004-1408
USA