B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*, Debtors            Case No. 08-01355 (JMP)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Macquarie Bank Limited | Nomura Corporate Funding Americas, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Macquarie Bank Limited
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York  10019
Attention: FICC Credit Sales & Trading

With a copy to:
Sidley Austin LLP
787 Seventh Avenue
New York, New York  10019
Attn: Jaime Senior
E-Mail: jsenior@sidley.com
Phone: (212) 839-5300
Facsimile: (212) 839-5599

Court Claim # (if known): 17203
Amount of Claim Total: $15,000,000
Date Claim Filed: September 18, 2009
Debtor: Lehman Brothers Special Financing, Inc.

Phone:  212-231-1000
Last Four Digits of Acct #: N/A

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

MACQUARIE BANK LIMITED
c/o Macquarie Capital (USA) Inc.
125 West 55th Street
New York, New York  10019
Attention: Robert Perdock
Telephone: 212-231-2338
E-Mail: robert.perdock@macquarie.com
Last Four Digits of Acct #: 5375

NYDOCS03/963581.7

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ Alan Cameron _____    Alan D Cameron
Transferees' Agent    Executive Director
    Fixed Income & Currencies    Date: _____
    Macquarie Bank Ltd

By: _____ /s/ Nathan Booker _____    Nathan Booker
Transferees' Agent    Associate Director
    Legal Risk Management

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

NYDOCS03/963581.7

#1070792

### EXHIBIT 1-A

### EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Macquarie Bank Limited ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17203 in the amount of $15,000,000 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 1m day of March, 2013.

| Seller | Buyer |
|---|---|
| **Nomura Corporate Funding Americas, LLC** | **Macquarie Bank Limited** |
| By: _[signature]_ <br> Name: Sundor Hau <br> Title: Managing Director | By: _____ <br> Name: <br> Title: |
| | By: _____ <br> Name: <br> Title: |

NYDOCS03/963581.7

**EXHIBIT 1-A**

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Nomura Corporate Funding Americas, LLC ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Macquarie Bank Limited ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 17203 in the amount of $15,000,000 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the ___ day of March, 2013.

| Seller | Buyer |
|---|---|
| **Nomura Corporate Funding Americas, LLC** | **Macquarie Bank Limited** |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: Byron den Hertog |
| | Division Director |
| | By: _____ |
| | Name: Nathan Booker |
| | Title: Associate Director |
| | Legal Risk Management |

(Signed in Sydney, POA Ref: #938 dated 22nd November 2012)