UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                             :
                               Debtors.                         :    (Jointly Administered)
-----------------------------------------------------------x

NOTICE OF PARTIAL WITHDRAWAL OF
PROOF OF CLAIM OF UNICREDIT BANK AG

Reference is made to proof of claim numbered 66024 filed against Lehman Brothers Holdings Inc. by UniCredit Bank AG ("UniCredit")[1] (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned representative, UniCredit hereby withdraws with prejudice all portions of the Claim other than the portion relating to that certain ISDA Master Agreement between UniCredit and Lehman Brothers International (Europe) ("LBIE") dated as of April 11, 2001, as amended thereafter by amendments dated July 17, 2001, February 7, 2003 and July 25, 2007 (the "LBIE ISDA Claim"). UniCredit hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the Claim other than the LBIE ISDA Claim from the claims register.

PLEASE TAKE FURTHER NOTICE that, all rights and defenses as to the LBIE ISDA Claim are hereby reserved. This withdrawal is without prejudice to the LBIE ISDA Claim and effects no amendment, modification, limitation, or impairment of the LBIE ISDA Claim or UniCredit's rights, privileges and remedies with respect thereto.

---

[1] Bayerische Hypo-und Vereinsbank AG changed its name to UniCredit Bank AG as of December 15, 2009.

06/03/2013  18:06   +49-89-37822150                CRO                                     S.    01/01

Dated: March 6, 2013

Christian Meidinger

Name: _____
Title: _____
UniCredit Bank AG    Dr. Johannes Wodsak

2