

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,                   Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Finlandia Group Oyj | Hannu Seppala |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Finlandia Group Oyj
Aleksanterinkatu 44
FI-00100 Helsinki, Finland
Attention: Jarkko Sistonen

Court Claim # (if known):  63821
Amount of Claim:  $212,865.87
Date Claim Filed:  11/02/2009

Phone:  358-50-383-4713
Last Four Digits of Acct #: _____

Phone:  358-400-312-128
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jarkko Sistonen                                   Date: 1 March 2013
    Transferee/Transferee's Agent

JARKKO SISTONEN

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.