UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF UNICREDIT BANK AG

Reference is made to proof of claim numbered 29294 filed against Lehman Brothers Special Financing Inc. by UniCredit Bank AG ("UniCredit")[1] (the "Claim").

PLEASE TAKE NOTICE that UniCredit hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. UniCredit represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

Dated: March 7, 2013
       New York, New York

Christian Meidinger            Dr. Johannes Wodsak

Name:
Title:
UniCredit Bank AG

---

[1] Bayerische Hypo-und Vereinsbank AG changed its name to UniCredit Bank AG as of December 15, 2009.