WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    **08-13555 (JMP)**
:
Debtors.                                                         :    **(Jointly Administered)**
:
------------------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**THREE HUNDRED FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (DUPLICATIVE CLAIMS) AND SUPPLEMENTAL OBJECTION**
**TO PROOF OF CLAIM NUMBER 28333 FILED BY BANK LEUMI LE-ISRAEL, LTD.**

**PLEASE TAKE NOTICE** that the hearing to consider the (i) Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 28412], solely with respect to proof of claim number 28333 filed by Bank Leumi Le-Israel, Ltd., (ii) the response of Bank Leumi le-Israel, Ltd. opposing the Three Hundred Fifth Omnibus Objection to Claims (Duplicative Claims) [ECF No. 29397] (the "Response"), (iii) the reply of Lehman Brothers Holdings Inc. to the Response and supplemental objection to proof of claim number 28333 [ECF No. 33925] (the "Reply"), and (iv) the response of Bank Leumi Le-Israel, Ltd. to the Reply (the "Second Response") [ECF No. 35630] that was scheduled for March 28, 2013, at 10:00 a.m.

(Prevailing Eastern Time), **has been adjourned to a date to be determined**.

Dated: March 7, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates