# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.                Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nomura Corporate Funding Americas, LLC                PWCM Master Fund Ltd.

_____                _____
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee should be sent:                Court Claim # (if known): 67221

                                                       Amount of Claim Transferred: $521,814.33

Nomura Corporate Funding Americas, LLC                 Date Claim Filed:  November 18, 2010
c/o Nomura Americas
2 World Financial Center
Building 2, Floor 21
New York, NY 10281-1198
Attn : Rehana Wijenayake
Telephone : (212) 667-1510

Last Four Digits of Acct. #: _____                Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____                Date: _____ March 8, 2013 _____
        Transferee/Transferee's Agent

**Sandor Hau**
**Managing Director**
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.
Nomura Securities International, Inc.

536-131/DEAL/3733681.1

# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (JMP) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 67221 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| PWCM Master Fund Ltd. | Nomura Corporate Funding Americas, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| PWCM Master Fund Ltd.<br>225 W. Washington St., Suite 1450<br>Chicago, IL 60606<br>Attn: Luke Newcomb<br>Tel: 312-564-5070<br>E-mail:pwcm@cortlandglobal.com | Nomura Corporate Funding Americas, LLC<br>c/o Nomura Americas<br>2 World Financial Center<br>Building 2, Floor 21<br>New York, NY 10281-1198<br>Attn : Rehana Wijenayake<br>Telephone : (212) 667-1510 |

~~~DEADLINE TO OBJECT TO TRANSFER~~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                CLERK OF THE COURT

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO:     Lehman Brothers Special Financing Inc. (the "Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 67221

PWCM MASTER FUND LTD. and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**NOMURA CORPORATE FUNDING AMERICAS LLC**
2 World Financial Center, Building B
New York, New York 10281-1198
Attn:    Rehana Wijenayake
Phone:   212-667-1510
E-mail:  rehana.wijenayake@nomura.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 67221, solely to the extent of $521,814.33, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ~~February~~ 6 , 2013.
March

PWCM MASTER FUND LTD.

By:     S[signature]
Name:   Suzanna Smith
Title:  Attorney In Fact