WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
**Debtors.** : **(Jointly Administered)**
: 
---------------------------------------------------------------------x

**TWELFTH NOTICE OF WITHDRAWAL OF DEBTORS'**
**APPLICATION TO ASSUME CERTAIN EXECUTORY CONTRACTS**

PLEASE TAKE NOTICE of the following:

1.        On October 25, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a Plan Supplement (as amended from time to time the "Plan Supplement") [ECF No. 21254],[1] containing documents and schedules in connection with the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"),[2] dated December 5, 2011 [ECF No. 22973].  The Plan was confirmed by order of the Court on December 6, 2011 (the "Confirmation Order") [ECF No. 23023] and became effective on March 6, 2012.

---

[1] A list of the amendments to the Plan Supplement and other notices and orders pertaining thereto is annexed hereto as Exhibit A.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2.      Pursuant to the Confirmation Order, the hearing on the Debtors'
proposed assumption of certain executory contracts and unexpired leases set forth on
Exhibit 2 to the Plan Supplement was adjourned until (i) February 14, 2012, or (ii) such
other date as may be scheduled by the Debtors, with leave from the Court, with at least
30 days notice to the relevant counterparty, or as otherwise agreed.

3.      On January 31, 2012, February 9 and 13, 2012, April 3, 2012, May
31, 2012, June 25, 2012, August 14, 2012, October 19, 2012, November 16, 2012,
December 4, 2012, and February 8, 2013, the Debtors filed notices of withdrawal of their
application to assume certain executory contracts or to defer indefinitely the hearing on
their application to assume certain executory contracts (the "Notices of Withdrawal or
Deferral").

4.      Subsequent to the filing of the Notices of Withdrawal or Deferral,
the Debtors have reached agreements with certain additional parties with respect to their
objections to the Debtors' application to assume executory contracts and unexpired
leases.

5.      The Debtors hereby withdraw their application to assume the
executory contracts identified on Exhibit B hereto (the "Withdrawn Contracts").

6.      The Debtors reserve their rights to withdraw in the future their
application to assume additional executory contracts and unexpired leases set forth on

2

Schedule 1 or 2 to the Confirmation Order or that are the subject of the objections listed

on Schedule 1 or 2 to the Confirmation Order.

Dated: March 8, 2013
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

US_ACTIVE:\44210439\5\58399.0011

**EXHIBIT A**

**AMENDMENTS TO THE PLAN SUPPLEMENT AND OTHER NOTICES AND
ORDERS PERTAINING THERETO**

1. Amendment No. 1 to the Plan Supplement, filed on November 4, 2011 [ECF No. 21665].

2. Amendment No. 2 to the Plan Supplement, filed on November 15, 2011 [ECF No. 22156].

3. Amendment No. 3 to the Plan Supplement, filed on November 22, 2011 [ECF No. 22590].

4. Amendment No. 4 to the Plan Supplement, filed on November 29, 2011 [ECF No. 22742].

5. Amendment No. 5 to the Plan Supplement, filed on December 2, 2011 [ECF No. 22876].

6. Amendments No. 6 and No. 7 to the Plan Supplement, filed on December 5, 2011 [ECF Nos. 22975 and 22980].

7. Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on January 31, 2012 [ECF No. 24823].

8. Notice of (i) Withdrawal of Debtors' Application to Assume Certain Executory Contracts, (ii) Indefinite Adjournment of Debtors' Application to Assume Certain Executory Contracts, (iii) Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, and (iv) Status Conference on Debtors' Proposed Assumption of Executory Contracts, filed on February 9, 2012 [ECF No. 25201].

9. Third Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 13, 2012 [ECF No. 25266].

10. Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, entered by the Court on March 19, 2012 [ECF No. 27016].

11. Fourth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on April 3, 2012 [ECF No. 27262].

12. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contacts, filed on April 4, 2012 [ECF No. 27272].

13. Fifth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on May 31, 2012 [ECF No. 28313].

14. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts and Unexpired Leases, filed on May 31, 2012 [ECF No. 28326].

15. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on June 19, 2012 [ECF No. 28871].

A-1

16. Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28956].

17. Corrected Sixth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on June 25, 2012 [ECF No. 28957].

18. Seventh Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on August 14, 2012 [ECF No. 30026].

19. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on September 12, 2012 [ECF No. 30894].

20. Order Authorizing Debtors to Assume Certain Executory Contract, entered by the Court on September 28, 2012 [ECF No. 31130].

21. Eighth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on October 19, 2012 [ECF No. 31569].

22. Ninth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on November 16, 2012 [ECF No. 32144].

23. Order Authorizing Debtors to Assume Certain Executory Contracts, entered by the Court on November 28, 2012 [ECF No. 32382].

24. Tenth Notice of Withdrawal or Deferral of Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32574].

25. Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts, filed on December 4, 2012 [ECF No. 32576].

26. Eleventh Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts, filed on February 8, 2013 [ECF No. 34503].

27. Notice of Presentment of Order Authorizing Debtors to Assume Certain Executory Contracts, filed on February 08, 2013 [ECF No. 34508].

28. Notice of Presentment of Revised Order Authorizing Debtors to Assume Certain Executory Contracts, filed on February 11, 2013 [ECF No. 34551].

A-2

**EXHIBIT B**

**WITHDRAWN CONTRACTS**

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| AIRLIE LCDO I (AVIV LCDO 2006-3, LIMITED) | LEHMAN BROTHERS SPECIAL FINANCING INC. | | US BANK NATIONAL ASSOCIATION CORPORATE TRUST SERVICES P.O. BOX 960778 BOSTON, MA, 02196-0778 ATTN: DONALD F. HIGGINS, ASSISTANT VICE PRESIDENT |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10017-5010 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | LEHMAN BROTHERS SPECIAL FINANCING INC. | | P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10017-5010 |
| AMERICAN MUNICIPAL POWER, INC. | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 1111 SCHROCK ROAD SUITE 100 COLUMBUS, OH, 43219 ATTN: MACK THOMPSON |
| | | | 2600 AIRPORT DRIVE COLUMBUS, OH, 43219 ATTN: CONTRACT ADMINISTRATION |
| | | | SIDLEY AUSTIN LLP MICHAEL G. BURKE ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK, NY 10019 |

B-1

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BERYL FINANCE LIMITED SERIES 2007-7 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006), AND A DEED OF ACCESSION DATED JULY 21, 2006 PURSUANT TO WHICH BERYL FINANCE LIMITED AS ISSUER OF THE SERIES 2007-7 SECOND TO DEFAULT BASKET CALLABLE CREDIT-LINKED NOTES DUE 2014 ACCEDED AND AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |
| | | | KIRKLAND & ELLIS LLP JAMES H.M. SPRAYREGEN DAVID R. SELIGMAN 601 LEXINGTON AVENUE |

B-2

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BERYL FINANCE LIMITED SERIES 2007-8 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-11 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-3 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |

B-3

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BERYL FINANCE LIMITED SERIES 2008-6 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 20, 2007) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 20, 2007); AND A DEED OF ACCESSION DATED JULY 20, 2007, BY WHICH BERYL FINANCE LIMITED AS ISSUER OF THE SERIES 2008-6 SYNTHETIC PORTFOLIO NOTES DUE 2015 AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
|  |  |  | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
|  |  |  | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |

B-4

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| BERYL FINANCE LIMITED SERIES 2008-14 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 18, 2008) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 18, 2008); AND A DEED OF ACCESSION DATED JULY 29, 2008, BY WHICH BERYL FINANCE LIMITED AS ISSUER OF THE SERIES 2008-14 SYNTHETIC PORTFOLIO NOTES DUE 2014 AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |

B-5

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| DIADEM CITY CDO LIMITED SERIES 2008-2 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN, GRAND CAYMAN, CAYMAN ISLANDS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| FIRST DATA CORPORATION | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 8, 2007 | 2121 NORTH 117TH ST NP-30 OMAHA, NE , 68164 ATTN: GENERAL COUNSEL N/A |
| | | | FIRST DATA CORP. 2121 NORTH 117TH ST NP-30 OMAHA, NE , 68164-3600 ATTN: GENERAL COUNSEL N/A |
| | | | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK, NY 10019 |
| FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |
| | | | DEUTSCHE BANK NATIONAL TRUST CY 1761 ST ANDREW PLACE SANTA ANA, CA, 92705 |

B-6

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | NIXON PEABODY LLP<br>CHRISTOPHER M. DESIDERIO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP<br>AMANDA D. DARWIN<br>RICHARD C. PEDONE<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| FORD CREDIT AUTO OWNER TRUST 2007-B | LEHMAN BROTHERS SPECIAL FINANCING INC. | | C/O U.S. BANK TRUST NATIONAL ASSOCIATION<br>300 DELAWARE AVENUE, NINTH FLOOR<br>WILMINGTON, DELAWARE, 19801<br>ATTN: CORPORATE TRUST DEPARTMENT |
| | | | FORD MOTOR CREDIT COMPANY LLC<br>C/O FORD MOTOR COMPANY WHQ<br>ONE AMERICAN ROAD, SUITE 801-C1<br>DEARBORN, MICHIGAN, 48126<br>ATTN: SECURITIZATION OPERATIONS SUPERVISOR |
| | | | FORD MOTOR CREDIT COMPANY LLC<br>ONE AMERICAN ROAD, SUITE 2411<br>DEARBORN, MICHIGAN , 48126<br>ATTN: CORPORATE SECRETARY |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NEW YORK, NY 10022 |

US_ACTIVE:\44210439\5\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| GEMSTONE CDO VI LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | C/O DEUTCHE BANK TRUST COMPANY AMERICAS 1761 EAST ST. ANDREW' PLACE SANTA ANA, CA , 92705 ATTN: CDO BUSINESS UNIT - GEMSTONE |
| | | | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE GRAND CAYMAN CAYMAN ISLANDS ATTN: THE DIRECTORS |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP SHERON KORPUS MATTHEW B. STEIN 1633 BROADWAY NEW YORK, NY 10019 |
| | | | MEISTER SEELIG & FEIN LLP JAMES M. RINGER 140 E. 45TH STREET NEW YORK, NY 10017 |
| | | | CARTER LEDYARD & MILBURN LLP STEPHEN M. PLOTNICK 2 WALL STREET NEW YORK, NY 10005 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| | | | HUNTON & WILLIAMS LLP BRIAN V. OTERO STEPHEN BLACKLOCKS RYAN A BECKER 200 PARK AVENUE NEW YORK, NY 10166-0005 |

US_ACTIVE:\44210439\5\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD | LEHMAN BROTHERS COMMERCIAL CORPORATION | | 168, ROBINSON ROAD, #37-01 CAPITAL TOWER SINGAPORE 068912, SINGAPORE ATTN: CHUA LEE MING |
| | | | SIDLEY AUSTIN LLP MICHAEL G. BURKE ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK, NY 10019 |
| GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 168 ROBINSON ROAD #22-03, CAPITAL TOWER 068912 SINGAPORE ATTN: LYE POH COON/ISABELLA THAM |
| | | | 168 ROBINSON ROAD #37-01 CAPITAL TOWER 068912 SINGAPORE ATTN: DIRECTOR OF FINANCIAL SERVICES |
| | | | SIDLEY AUSTIN LLP MICHAEL G. BURKE ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK, NY 10019 |
| GREYSTONE CDO SPC SERIES 2008-4 SEGREGATED PORTFOLIO | LEHMAN BROTHERS SPECIAL FINANCING INC. | | C/O MAPLES FINANCE LIMITED P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GRAND CAYMAN, CAYMAN ISLANDS ATTN: THE DIRECTORS |
| | | | C/O US BANK CORPORATE TRUST SERVICES PO BOX 960778 BOSTON, MA, 02196-0778 ATTN: ELENI MANZOURANI |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |

B-9

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10017-5010 |
| GULF STREAM - COMPASS CLO 2007 LTD | LEHMAN BROTHERS SPECIAL FINANCING INC. | | GULFSTREAM ASSET MANAGEMENT LLC 4201 CONGRESS STREET, SUITE 475 CHARLOTTE, NC 28209 BARRY LOVE |
| | | | CHAPMAN AND CUTLER LLP JAMES E. SPIOTTO ANN E. ACKER FRANKLIN H. TOP, III JAMES HEISER 111 WEST MONROE STREET CHICAGO, ILLINOIS 60603 |
| | | | CHAPMAN AND CUTLER LLP CRAIG M. PRICE 330 MADISON AVENUE, 34TH FLOOR NEW YORK, NY 10017-5010 |
| IBERDROLA RENEWABLES ENERGIES USA LTD | LEHMAN BROTHERS COMMODITY SERVICES INC. | | 201 KING OF PRUSSIA, SUITE 500 RADNOR, PA , 19087 ATTN: RAY CAPISTRANO / EDUARDO BRUNET / OFFICE OF GENERAL COUNSEL |
| | | | PRYOR CASHMAN LLP SETH H. LIEBERMAN 7 TIMES SQUARE NEW YORK, NY 10036-6569 |
| | | | LAW OFFICES OF JEREMY D. WEINSTEIN, P.C. JEREMY D. WEINSTEIN 1512 BONANZA STREET (THE OLD FIRE STATION) WALNUT CREEK, CALIFORNIA 94596 |
| IMPAC CMB TRUST SERIES 2003-11 | LEHMAN BROTHERS DERIVATIVES PRODUCTS INC. | | 1401 DOVE STREET SUITE 100 NEWPORT BEACH, CA, 92660 |
| | | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |

B-10

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | THACHER PROFFITT & WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK, NY, 10281 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| IMPAC CMB TRUST SERIES 2004-05 | LEHMAN BROTHERS DERIVATIVES PRODUCTS INC. | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |
| | | | DEUTSCHE BANK NATIONAL TRUST COMPANY 1761 E. SAINT ANDREW PLACE SANTA ANA, CA , 92705 ATTN: TRUST ADMINISTRATION - IM0403 |
| | | | THACHER PROFFITT & WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK, NY, 10281 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| IMPAC CMB TRUST SERIES 2004-08 | LEHMAN BROTHERS DERIVATIVES PRODUCTS INC. | | 1401 DOVE STREET SUITE 100 NEWPORT BEACH, CA, 92660 |
| | | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |

B-11

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | THACHER PROFFITT & WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK, NY, 10281 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| IMPAC CMB TRUST SERIES 2004-10 | LEHMAN BROTHERS DERIVATIVES PRODUCTS INC. | | 1401 DOVE STREET SUITE 100 NEWPORT BEACH, CA, 92660 |
| | | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |
| | | | THACHER PROFFITT & WOOD LLP TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK, NY, 10281 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| IMPAC CMB TRUST SERIES 2005-04 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: THOMAS MUSARRA |
| | | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |

B-12

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | THACHER PROFFITT & WOOD LLP<br>TWO WORLD FINANCIAL CENTER, 28TH FLOOR<br>NEW YORK, NY, 10281<br>ATTN: THOMAS MUSARRA |
| | | | NIXON PEABODY LLP<br>CHRISTOPHER M. DESIDERIO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP<br>AMANDA D. DARWIN<br>RICHARD C. PEDONE<br>100 SUMMER STREET<br>BOSTON, MA 02110 |
| IMPAC CMB TRUST SERIES 2005-05 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | DEUTSCH BANK NATIONAL TRUST COMPANY<br>1761 E SAINT ANDREW PLACE<br>SANTA ANA, CA, 92705<br>ATTN: TRUST ADMINISTRATION |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | THACHER PROFFITT & WOOD LLP<br>TWO WORLD FINANCIAL CENTER, 28TH FLOOR<br>NEW YORK, NY, 10281<br>YOUNG J. KIM |
| | | | NIXON PEABODY LLP<br>CHRISTOPHER M. DESIDERIO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP<br>AMANDA D. DARWIN<br>RICHARD C. PEDONE<br>100 SUMMER STREET<br>BOSTON, MA 02110 |

US_ACTIVE:\44210439\5\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| IMPAC CMB TRUST SERIES 2005-08 LBSF | LEHMAN BROTHERS SPECIAL FINANCING INC. | | DEUTSCH BANK NATIONAL TRUST COMPANY 1761 E SAINT ANDREW PLACE SANTA ANA, CA, 92705 ATTN: TRUST ADMINISTRATION |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | THACHER PROFFITT & WOOD LLP YOUNG J. KIM TWO WORLD FINANCIAL CENTER, 28TH FLOOR NEW YORK, NY, 10281 |
| | | | NIXON PEABODY LLP CHRISTOPHER M. DESIDERIO 437 MADISON AVENUE NEW YORK, NY 10022 |
| | | | NIXON PEABODY LLP AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON, MA 02110 |
| MOUNTAIN STATES PROPERTIES INC. | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT DATED AS OF FEBRUARY 7, 2003 | 400 NORTH STATE OF FRANKLIN ROAD JOHNSON CITY , 37604 |
| | | | BALLARD SPAHR LLP CHRISTOPHER S. CHOW 919 N. MARKET STREET, 11TH FLOOR WILMINGTON, DE 19801 |
| | | | BALLARD SPAHR LLP WILLIAM A. SLAUGHTER 1735 MARKET STREET, 51ST FLOOR PHILADELPHIA, PA 19103-7599 |
| RUBY FINANCE 2005-1 CLASS A15 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |

B-14

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | RUBY FINANCE PLC C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON, E14 5AL UNITED KINGDOM |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| SAPHIR FINANCE PLC 2004-4 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JANUARY 30, 2004) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JANUARY 30, 2004); AND A DEED OF ACCESSION DATED APRIL 9, 2003, AS AMENDED AND RESTATED ON JANUARY 30, 2004, BY WHICH SAPHIR FINANCE LIMITED AS ISSUER OF THE SERIES 2004-4 SYNTHETIC PORTFOLIO NOTES DUE AUGUST 4, 2011 AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |

B-15

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |
| | | | KIRKLAND & ELLIS LLP JAMES H.M. SPRAYREGEN DAVID R. SELIGMAN 601 LEXINGTON AVENUE |
| SSB&T / BOND MARKET (II) COMMON TRUST FUND | LEHMAN BROTHERS SPECIAL FINANCING INC. | ISDA MASTER AGREEMENT, DATED AS OF SEPTEMBER 4, 2011 | C/O STATE STREET GLOBAL ADVISORS TWO INTERNATIONAL PLACE BOSTON, MA, 02110 ATTN: COMPLIANCE OFFICER |
| | | | BINGHAM MCCUTCHEN LLP SABIN WILLETT EVAN BENANTI ONE FEDERAL STREET BOSTON, MASSACHUSETTS 02110 |

B-16

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ZIRCON FINANCE LTD SERIES 2007-1 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006); AND A DEED OF ACCESSION DATED MARCH 20, 2007, BY WHICH ZIRCON FINANCE LIMITED AS ISSUER OF THE SERIES 2007-1 TRANCHE A SYNTHETIC PORTFOLIO NOTES DUE 2014 AND SERIES 2007-1 TRANCHE B SYNTHETIC PORTFOLIO NOTES DUE 2014 AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | 540 WEST MADISON STREET, 25TH FLOOR CHICAGO, ILLINOIS 60661 CHICAGO, IL, 60661 ATTN: MATTHEW MASSIER |
| | | | C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS ATTN: ALASDAIR FOSTER |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |

B-17

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS ATTN: DIRECTORS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |
| | | | KIRKLAND & ELLIS LLP JAMES H.M. SPRAYREGEN DAVID R. SELIGMAN 601 LEXINGTON AVENUE |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006); AND A DEED OF ACCESSION DATED MARCH 20, 2007, BY WHICH ZIRCON FINANCE LIMITED AS ISSUER OF THE SERIES 2007-3 SYNTHETIC PORTFOLIO NOTES DUE 2017 AGREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | 540 WEST MADISON STREET, 25TH FLOOR CHICAGO, ILLINOIS 60661 CHICAGO, IL, 60661 ATTN: MATTHEW MASSIER |

B-18

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS ATTN: ALASDAIR FOSTER |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |
| | | | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET, GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS ATTN: DIRECTORS |
| | | | REED SMITH LLP ERIC A. SCHAFFER MICHAEL J. VENDITTO 599 LEXINGTON AVE. NEW YORK, NY 10022 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK, NEW YORK 10019 |
| | | | KIRKLAND & ELLIS LLP JAMES H.M. SPRAYREGEN DAVID R. SELIGMAN 601 LEXINGTON AVENUE |

US_ACTIVE:\44210439\5\58399.0011

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-9 | LEHMAN BROTHERS SPECIAL FINANCING INC. | A 1992 MULTICURRENCY CROSS-BORDER ISDA MASTER AGREEMENT DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006) BETWEEN DANTE FINANCE PLC AND LBSF; A SCHEDULE TO THE ISDA MASTER AGREEMENT, DATED AS OF OCTOBER 10, 2002 (AS AMENDED AND RESTATED ON JULY 21, 2006); AND A DEED OF ACCESSION DATED MARCH 20, 2007, BY WHICH ZIRCON FINANCE LIMITED AS ISSUER OF THE SERIES 2007-9 TRANCHE A SYNTHETIC PORTFOLIO NOTES DUE 2013 AND SERIES 2007-9 TRANCHE B SYNTHETIC PORTFOLIO NOTES DUE 2013 A0GREED TO BECOME A PARTY TO THE ISDA MASTER AGREEMENT AND SCHEDULE WITH LBSF | 540 WEST MADISON STREET, 25TH FLOOR CHICAGO, ILLINOIS 60661 CHICAGO, IL, 60661 ATTN: MATTHEW MASSIER |
| | | | C/O ZIRCON FINANCE LIMITED WALKER HOUSE, 87 MARY STREET GEORGE TOWN GRAND CAYMAN, KY1-9002 CAYMAN ISLANDS ATTN: ALASDAIR FOSTER |
| | | | HSBC BANK, USA CTLA - STRUCTURED FINANCE 10 EAST 40TH STREET, FLOOR 14 NEW YORK, NY, 10016 ATTN: THOMAS MUSARRA |

B-20

| Counterparty | Debtor | Title of Agreement | Notice Address |
|---|---|---|---|
| | | | WALKERS SPV LIMITED<br>WALKER HOUSE<br>87 MARY STREET, GEORGE TOWN<br>GRAND CAYMAN, KY1-9002<br>CAYMAN ISLANDS<br>ATTN: DIRECTORS |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NEW YORK, NY 10022 |
| | | | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 BROADWAY<br>NEW YORK, NEW YORK 10019 |
| ZIRCON FINANCE LTD SERIES 2007-17 | LEHMAN BROTHERS SPECIAL FINANCING INC. | | 540 WEST MADISON STREET, 25TH FLOOR<br>CHICAGO, ILLINOIS 60661<br>CHICAGO, IL, 60661<br>ATTN: MATTHEW MASSIER |
| | | | C/O ZIRCON FINANCE LIMITED<br>WALKER HOUSE, 87 MARY STREET<br>GEORGE TOWN<br>GRAND CAYMAN, KY1-9002<br>CAYMAN ISLANDS<br>ATTN: ALASDAIR FOSTER |
| | | | HSBC BANK, USA<br>CTLA - STRUCTURED FINANCE<br>10 EAST 40TH STREET, FLOOR 14<br>NEW YORK, NY, 10016<br>ATTN: THOMAS MUSARRA |
| | | | WALKERS SPV LIMITED<br>WALKER HOUSE<br>87 MARY STREET, GEORGE TOWN<br>GRAND CAYMAN, KY1-9002<br>CAYMAN ISLANDS<br>ATTN: DIRECTORS |
| | | | REED SMITH LLP<br>ERIC A. SCHAFFER<br>MICHAEL J. VENDITTO<br>599 LEXINGTON AVE.<br>NEW YORK, NY 10022 |

B-21