**HEARING DATE AND TIME: April 25, 2013 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: April 15, 2013 at 4:00 p.m. (Eastern Time)**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT A TO OMNIBUS OBJECTION 400 – BASIS FOR OBJECTIONS AS TO EACH CLAIM**

| Claimant Name | Claim # | Non-Debtor Employee Claims | Transferred Employee Claims | Bonus Claims | Wages Claims | Business Expenses Claims | Duplicative Claims | Surviving Claims | Special Sign-On Bonus Claims | Equity Award Program Claims |
|---|---|---|---|---|---|---|---|---|---|---|
| BERYL, LOUIS B. | 1374 | X | X | X | | | | | X | X |
| BLAKESLEE, THOMAS P. | 66365 | X | X | X | | | | | | X |
| COOPER, JAMSHED | 343 | X | X | X | | | | | | X |
| CORETH, MAXIMILIAN | 22202 | X | X | X | | X | | | | X |
| ESTATE OF GERRY REILLY | 3923 | X | X | X | | | | | | X |
| FEDOTOV, SERGEI | 11534 | X | X | X | | | | | X | X |
| FRASE, JEFFREY | 16221 | X | X | X | | | | | | X |
| GONG, DAVID | 1568 | X | X | X | | | | | | X |
| HAJDUKIEWICZ, RICHARD S. | 4554 | X | X | X | | | | | | X |
| INGLIS, CRAIG | 10915 | X | X | X | | | | | | X |
| JARDINIANO, MATRILLA | 5903 | X | X | X | | | | X | | X |
| JARDINIANO, MATRILLA | 5904 | X | X | X | | | X | | | X |
| JONES, CATHERINE POLISI | 30095 | X | X | X | | | | | X | X |
| KARETSKAYA, NATASHA | 1084 | X | X | X | | | | | | X |
| KATZ, ALLAN M. | 1192 | X | X | X | | | | | | X |
| KAUFMAN, JULIA | 510 | X | X | X | | | | | | X |
| LEE, SOPHIA | 6859 | X | X | X | | | | | | X |

**EXHIBIT A TO OMNIBUS OBJECTION 400 – BASIS FOR OBJECTIONS AS TO EACH CLAIM**

| Claimant Name | Claim # | Non-Debtor Employee Claims | Transferred Employee Claims | Bonus Claims | Wages Claims | Business Expenses Claims | Duplicative Claims | Surviving Claims | Special Sign-On Bonus Claims | Equity Award Program Claims |
|---|---|---|---|---|---|---|---|---|---|---|
| LESIN, ALEXANDER | 19678 | X | X | X | | | | | | X |
| LEVAR, MATTHEW | 12402 | X | X | X | X | | | | X | X |
| LI, ERIC | 7425 | X | X | X | | | | | | X |
| LIHUA, GAO | 7299 | X | X | X | | | | | | X |
| LOFFREDO, DAVID | 2293 | X | X | X | | | | | | X |
| MAZZACANO, EDWARD | 30555 | X | X | X | | | | | X | X |
| MILLER, BRUCE | 14360 | X | X | X | X | | | | X | X |
| NEAVE, JONATHAN | 2316 | X | X | X | | | | | | X |
| O'CONNOR, MATTHEW PATRICK | 513 | X | X | X | | | | | | X |
| O'MALLEY, TODD | 10287 | X | X | X | | | | | | X |
| PIEPER, RICHARD | 12005 | X | X | X | X | | | | X | X |
| RIJHSINGHANI, AMIT | 32313 | X | X | X | | | | | | X |
| ROSENFELD, BRIAN | 23717 | X | X | X | | | | | | X |
| ROTHBORT, LONNIE | 3107 | X | X | X | X | | | | | X |
| SALAMÉ, ROY J. | 16220 | X | X | X | | | | | | X |
| SCHECHNER, PAUL SHERIDAN | 122 | X | X | X | X | | | | | X |
| SHEE, ABHIJIT | 9997 | X | X | X | | | | | | X |