**HEARING DATE AND TIME: April 25, 2013 at 10:00 a.m. (Eastern Time)**
**RESPONSE DEADLINE: April 15, 2013 at 4:00 p.m. (Eastern Time)**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT B TO OMNIBUS OBJECTION 400 – NO LIABILITY CLAIMS**

| # | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 1 | BERYL, LOUIS B. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1374 | 12/18/2008 | $275,000.00 |
| 2 | BLAKESLEE, THOMAS P. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 66365 | 3/5/2010 | $1,500,000.00 |
| 3 | COOPER, JAMSHED | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 343 | 10/22/2008 | $525,000.00 |
| 4 | CORETH, MAXIMILIAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 22202 | 9/21/2009 | $22,620,000.00* |
| 5 | ESTATE OF GERRY REILLY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3923 | 4/23/2009 | $2,100,000.00 |
| 6 | FEDOTOV, SERGEI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 11534 | 9/11/2009 | $40,000.00 |
| 7 | FRASE, JEFFREY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16221 | 9/18/2009 | $7,800,000.00 |
| 8 | GONG, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1568 | 1/2/2009 | $80,000.00 |
| 9 | HAJDUKIEWICZ, RICHARD S. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 4554 | 5/26/2009 | $1,600,000.00 |
| 10 | INGLIS, CRAIG | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 10915 | 9/9/2009 | $80,000.00 |
| 11 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5903 | 7/22/2009 | $70,000.00 |
| 12 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5904 | 7/22/2009 | $70,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT B TO OMNIBUS OBJECTION 400 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 13 | JONES, CATHERINE POLISI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30095 | 9/22/2009 | $125,000.00 |
| 14 | KARETSKAYA, NATASHA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1084 | 11/25/2008 | $25,000.00 |
| 15 | KATZ, ALLAN M. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1192 | 12/3/2008 | $250,000.00 |
| 16 | KAUFMAN, JULIA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 510 | 11/5/2008 | $500,000.00 |
| 17 | LEE, SOPHIA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 6859 | 7/31/2009 | $70,000.00 |
| 18 | LESIN, ALEXANDER | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 19678 | 9/11/2009 | $2,800,000.00 |
| 19 | LEVAR, MATTHEW | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12402 | 9/14/2009 | $753,076.87 |
| 20 | LI, ERIC | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7425 | 8/5/2009 | $225,000.00 |
| 21 | LIHUA, GAO | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7299 | 7/27/2009 | $100,000.00 |
| 22 | LOFFREDO, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2293 | 1/30/2009 | $450,000.00 |
| 23 | MAZZACANO, EDWARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30555 | 9/22/2009 | $425,000.00 |
| 24 | MILLER, BRUCE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 14360 | 9/16/2009 | $740,882.51 |
| 25 | NEAVE, JONATHAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2316 | 1/30/2009 | $600,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT B TO OMNIBUS OBJECTION 400 – NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 26 | O'CONNOR, MATTHEW PATRICK | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 513 | 11/6/2008 | $125,000.00 |
| 27 | O'MALLEY, TODD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 10287 | 9/3/2009 | $525,000.00 |
| 28 | PIEPER, RICHARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12005 | 9/14/2009 | $782,179.10 |
| 29 | RIJHSINGHANI, AMIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 32313 | 9/22/2009 | $50,000.00 |
| 30 | ROSENFELD, BRIAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 23717 | 9/21/2009 | $210,000.00 |
| 31 | ROTHBORT, LONNIE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3107 | 2/27/2009 | $853,846.11 |
| 32 | SALAMÉ, ROY J. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16220 | 9/18/2009 | $5,800,000.00 |
| 33 | SCHECHNER, PAUL SHERIDAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 122 | 10/8/2008 | $4,861,538.48 |
| 34 | SHEE, ABHIJIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 9997 | 9/1/2009 | $17,000.00 |