UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*             :     08-13555 (JMP)
                                                   :
                    Debtors.                        :     (Jointly Administered)
                                                   :
---------------------------------------------------------------- x

## ORDER GRANTING
## FOUR HUNDREDTH OMNIBUS OBJECTION
## TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

Upon the four hundredth omnibus objection to claims, dated March 8, 2013 (the "Four Hundredth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Claims on the basis that LBHI is not liable for the employment-related compensation claims as more fully described in the Four Hundredth Omnibus Objection to Claims; and due and proper notice of the Four Hundredth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundredth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundredth Omnibus Objection to Claims.

set forth in the Four Hundredth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundredth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Claim listed on <u>Exhibit 1</u> annexed hereto is disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim or portion of any claim listed on <u>Exhibit A</u> to the Four Hundredth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                                                                           UNITED STATES BANKRUPTCY JUDGE