KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Andrew K. Glenn
Matthew B. Stein

*Attorneys for the Dante Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | S.D.N.Y. Bankr. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | Case No. 08-13555 (JMP) |

## WITHDRAWAL OF OBJECTION OF THE DANTE NOTEHOLDERS TO THE DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVE CONTRACTS

The Dante Noteholders,[1] holders of certain notes (the "Notes")[2] issued under the Dante Finance PLC Multi-Issuer Secured Obligation Programme (the "Dante Programme"), by and through their undersigned counsel, hereby withdraw, with prejudice, their *Objection of the Dante*

---

[1] The Dante Noteholders are: Belmont Park Investments Pty Ltd; Ambulance Victoria; Fire and Emergency Services Superannuation Board; Belreef Holdings Pty Ltd; Broken Hill City Council; City of Swan; Eurobodalla Shire Council; G & F Yukich Superannuation Pty Ltd; Gippsland Secured Investments Ltd; G.James Australia Pty Ltd; G.James Superannuation Pty Ltd; Gosford City Council; Guyra Shire Council; Indian Pacific Limited; Lifeplan Australia Friendly Society Limited; Newcastle City Council; Orient Holdings Pty Ltd; Panorama Ridge Pty Ltd; Parkes Shire Council; Sashimi Investments Pty Ltd; Southern Finance Limited; Statewide Secured Investments Ltd; The Cootharinga Society of North Queensland; and Wingecarribee Shire Council.

[2] The Notes held by the Dante Noteholders were issued in the following series under the Dante Programme: Saphir Finance plc Series 2004-4, Beryl Finance Limited Series 2007-7, Beryl Finance Limited Series 2008-6, Beryl Finance Limited Series 2008-14, Zircon Finance Limited Series 2007-1 Tranche A, Zircon Finance Limited Series 2007-1 Tranche B, Zircon Finance Limited Series 2007-3, Zircon Finance Limited Series 2007-9 Tranche A and Zircon Finance Limited Series 2007-9 Tranche B (collectively, the "Dante Series"). The outstanding notes under the Dante Series have a total face value of AUD 250,230,000 of which the Dante Noteholders hold Notes with a face value of AUD 104,620,000.

*Noteholders to the Debtors' Assumption of Certain Derivative Contracts*, filed on November 4, 2011 [Dkt. No. 21633].

Dated: March 8, 2013
      New York, New York

                           Respectfully submitted,

                           KASOWITZ, BENSON, TORRES
                             &FRIEDMAN LLP

                           By: */s/ Andrew K. Glenn*
                              Andrew K. Glenn
                              Matthew B. Stein

                           1633 Broadway
                           New York, New York 10019
                           Telephone: (212) 506-1700
                           Facsimile: (212) 506-1800

                           *Attorneys for the Dante Noteholders*