# APPENDIX A
# REDACTED