ANNEX 2
LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of **EURIZON INVESTMENT SICAV ON BEHALF OF ITS SUB-FUND EIS – EMU CASH, REPRESENTED BY EURIZON CAPITAL S.A., AND ACTING BY ITS AGENT ILLIQUIDX LLP** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $651,131.67 | 13472 |

have been transferred and assigned to **CVIC LUX MASTER SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE:  **CVIC LUX MASTER SARL**
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature: BY CARVAL INVESTORS UK LIMITED
Name: DAVID SHORT
OPERATIONS MANAGER

SELLER: **EURIZON INVESTMENT SICAV ON BEHALF OF ITS SUB-FUND EIS – EMU CASH, REPRESENTED BY EURIZON CAPITAL S.A.**
Address: C/O Illiquidx LLP
80 Fleet Street
London,
EC4Y 1EL, UK

Signature:
Name: C. AMUZE

26

Title: _____    Title: _MANAGING PARTNER_
Date: _____    Date: _____

**EXHIBIT A**

**Copy of Claims Determination Deed**

27