

UBS AG
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

March 4, 2013



subject  **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of            Attention: Clerk of the Court

you are receiving       Withdrawal Request of duplicated DOCKET No. 30915 dated September 10, 2012
                        as per attachements

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE040        units    9.00    3118201      XS0302356737
Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson
Associate Director



61555 E        05.2005    J1



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re                                             : Chapter 11
                                                  :
                                                  : Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.                     :
                                                  : (Jointly Administered)
                                                  :
                         Debtor.                  :
------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* Docket No. 30915, dated September 10, 2012, filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  4 March, 2013

UBS AG



Hugo Koller                Jean-Claude Besson
Director                   Associate Director

TOCE040_Withdrawal of Transfer Docket 30915 20130304

Page 1 of 1



<<<1>>>

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 30915 | 09/10/2012 | Transfer Agreement FRBP Transferor: Credit Suisse AG, (Claim No. 55829). To UBS AG. filed by UBS AG. (Lopez, Mary) Case: Lehman Brothers Holdings Inc. Related: none | Document |
| 30415 | 08/17/2012 | Transfer Agreement FRBP - Three Evidence of Transfer of Claim - (Claim No. 55829); Credit Suisse AG (Claim No. 55829); Credit Suisse AG(Claim No. 55829). To UBS AG. filed by UBS AG.(Lopez, Mary) Case: Lehman Brothers Holdings Inc. Related: none | Document |

*[handwritten annotations: "PARTIALLY DUPLICATED" next to 30915; "NS Court" next to 30415]*

Page 1 of 1 (2 items)
<<<1>>>

Company Information and Services | Forms | Corporate | Home | Subscribe | Site Map | Disclaimer | Terms of Use | Privacy Statement | Safe Harbor | RSS Feeds
© Epiq Systems, Inc. All Rights Reserved.

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our terms of use and end user license agreement. Please review our privacy statement for additional information regarding the data maintained on this website.
URL:



08-13555-jmp Doc 30915 Filed 09/10/12 Entered 09/14/12 14:37:27 Main Document
Pg 1 of 4

08-13555-mg Doc 35841 Filed 03/07/13 Entered 03/11/13 14:26:46 Main Document
Pg 4 of 8

08-13555-jmp Doc 30915 Filed 09/10/12 Entered 09/14/12 14:37:27 Main Document
Pg 2 of 4

## UBS

**UBS AG**
P.O Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Fiurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

# Message

August 23, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving   1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 24.7.2012

☐ for your information          ☐ returned with thanks          ☐ please return
☒ for your records              ☐ please comment                ☒ please confirm receipt
☐ as agreed                     ☐ please sign                   ☒ please process
☐ please complete               ☐ please forward to

Remarks
TOCE040     units   9.00   3118201   XS0302356737

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Stephen Gfeller
Associate Director

61555 E   .05.2005   J1

---

### EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 24, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title: Vice President

By: i.A. _____
Name: Juliette Diallo
Title: Assistant Vice President





TOCE040 CSZH55829UBS233 9u 20120823
Seite 1 von 2

**❋ UBS**

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

UBS AG
P.O.Box. / CH-8098 Zurich
Tel

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / OSGC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

Priority
8090 Zurich

RM 562 695 955 CH

P.P.

AUG 30 2012

BY REGISTERED MAIL
Epiq Bankruptcy Solutions. LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

FILED / RECEIVED
SEP 04 2012
EPIQ SYSTEMS

# Message

August 23, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of    Attention: Clerk of the Court

you are receiving    1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich
dated 24.7.2012

☐ for your information         ☐ returned with thanks         ☐ please return
☒ for your records             ☐ please comment               ☒ please confirm receipt
☐ as agreed                    ☐ please sign                  ☒ please process
☐ please complete              ☐ please forward to

Remarks
TOCE040    units    9.00    3118201    XS0302356737

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Stephan Gfeller
Associate Director

61555 E    05.2005    JI

## UBS

**UBS AG**
P.O.Box. / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

August 13, 2012


RECEIVED
AUG 17 2012
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

subject: Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of         Attention: Clerk of the Court

you are receiving    3 EvidenceS of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich
                     dated 24.7.2012 + 26.7.2012 + 3.8.2012 :

☐ for your information        ☐ returned with thanks        ☐ please return
☒ for your records            ☐ please comment              ☒ please confirm receipt
☐ as agreed                   ☐ please sign                 ☒ please process
☐ please complete             ☐ please forward to

Remarks:

| TOCE034 | units | 9.00      | XS0302356737 |
| TOCE035 | CHF   | 17'000.00 | XS0326086716 |
| TOCE036 | CHF   | 75'000.00 | XS0248620899 |

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)


Yours sincerely,

UBS AG

*[signature]*

Jean-Claude Besson
Associate Director

61555 E    05.2005    J1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to UBS AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55829) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JULY 24, 2012.

Credit Suisse AG

By: _____
Name: Martina Berli
Title: Vice President

By: _____
Name: Juliette Diallo
Title: Assistant Vice President



