UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :
Debtors.                                                          :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 23497, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Cedar Hill Mortgage Opportunity Master Fund, L.P. (the "Claimant") in the amount of $11,237,265.07 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, through its counsel, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on February 6, 2013, the issuance of which was noticed in a filing with the Court on February 10, 2013 [ECF No. 34552].

Dated:   March 11, 2013

/s/ Marissa L. Millman

Marissa L. Millman
Cedar Hill Capital Partners, LLC
445 Park Avenue, 5th Floor
New York, New York 10022
Telephone: (212) 201-5815

*Cedar Hill Capital Partners, LLC*

Dated:   March 11, 2013
         New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*