**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
|   |   :   |   |
|:--|:--|:--|:--|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF**
**SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS**
**AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS**
**AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 33477, filed on September 21,

2009, against Lehman Brothers Holdings Inc. by Secure Growth Fund Limited (the

"Claimant") in the amount of at least $68,705,316.07(the "Claim").

PLEASE TAKE NOTICE that the Claimant, through its counsel, hereby

withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge

the Claim from the claims register.  The Claimant represents and warrants that the withdrawal

of the Claim is within its corporate powers, has been duly authorized by all necessary action,

and will not contravene any constitutional document or other instrument or agreement binding

on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc.

hereby withdraws with prejudice the subpoena served upon the Claimant on February 6, 2013,

the issuance of which was noticed in a filing with the Court on February 10, 2013 [ECF No.

34529]. Notwithstanding, Lehman Brothers Holdings Inc. shall not be prohibited from issuing

and serving subpoenas for other claims not identified in the first paragraph.


Dated: March 8, 2013
    New York, New York

Ronald L. Cohen
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for Secure Growth Fund Limited*


Dated: March 8, 2013
    New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*

2