ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Peter L. Welsh
D. Ross Martin
James A. Wright III
peter.welsh@ropesgray.com
ross.martin@ropesgray.com
james.wright@ropesgray.com

and

1211 Avenue of the Americas
New York, New York
Lisa M. Coyle 10036-8704
lisa.coyle@ropesgray.com

*Attorneys for FYI Ltd.,*
*FFI Fund Ltd., and Olifant Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| **In re** | : Chapter 11 |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : **(Jointly Administered)** |

------------------------------------------------------------------x

#### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS    )
                                                                 :ss.:
COUNTY OF SUFFOLK                                  )

MEIR WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

2. On Monday, March 11, 2013, I caused true and correct copies of the *Reply in Support of Motion to Consolidate Contested Matter with Adversary Proceeding and for*

33896009_1

*Related Relief* [Docket No. 35852], which was filed by Ropes & Gray LLP on Monday, March 11, 2013, to be served upon the parties on the service list attached hereto as <u>Exhibit A</u> and upon the email addresses on the service list attached hereto as <u>Exhibit B</u> via electronic mail.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: March 11, 2013

_/s/ Meir Weinberg_
Meir Weinberg

33896009_1

**EXHIBIT A**

Honorable James M. Peck
United States District Court
for the Southern District of New York
Courtroom 601
One Bowling Green
New York, New York 10004

Office of the United States Trustee
for the Southern District of New York
Attn: Andy Velez-Rivera
Attn: Paul Schwartzberg
Attn: Brian Masumoto
Attn: Linda Riffkin
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow
Attn: Lori R. Fife
Attn: Jacqueline Marcus
Attn: Robert Lemons
767 Fifth Avenue
New York, New York 10153
*(Counsel to the Debtors)*

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Turner P. Smith
Attn: L.P. Harrison III
Attn: Andrew H. Seiden
Attn: Peter J. Behmke
101 Park Avenue
New York, New York 10178
*(Counsel to the Debtors)*

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne,
Attn: Dennis O'Donnell
Attn: Evan R. Fleck
1 Chase Manhattan Plaza
New York, New York 10005
*(Counsel to the Official Committee of Unsecured Creditors)*

33896009_1

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Daniel P. Cunningham
Attn: Andrew J. Rossman
Attn: James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
*(Counsel to the Official Committee of Unsecured Creditors)*

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Brad S. Karp
Attn: Claudia L. Hammerman
Attn: Stephen J. Shimshak
Attn: Douglas R. Davis
1285 Avenue of the Americas
New York, New York 10019
*(Counsel to Citibank, N.A.)*

33896009_1

## **EXHIBIT B**

rexlee@quinnemanuel.com; RICHARD.KRASNOW@WEIL.COM; LORI.FIFE@WEIL.COM; ROBERT.LEMONS@WEIL.COM; JACQUELINE.MARCUS@WEIL.COM; tsmith@curtis.com; lharrison@curtis.com; aseiden@curtis.com; pbehmke@curtis.com; DDUNNE@MILBANK.com; DODONNELL@MILBANK.com; EFLECK@MILBANK.com; danielcunningham@quinnemanuel.com; andrewrossman@quinnemanuel.com; jamestecce@quinnemanuel.com; bkarp@paulweiss.com; chammerman@paulweiss.com; ddavis@paulweiss.com

33896009_1