LAW OFFICES OF LISA M. SOLOMON
305 Madison Avenue, Suite 4700
New York, NY 10165
Attn: Lisa M. Solomon
(212) 471-0067; Fax 212-980-6965

Counsel for Madelyn Antoncic

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re:

                               :        Chapter 11
                                   Case No. 08-13555 (JMP)

LEHMAN BROTHERS HOLDINGS, INC.,
et al.,

                               :        (Jointly Administered)
        Debtors.
-----------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

     PLEASE TAKE NOTICE that Law Offices of Lisa M. Solomon hereby appears in the above-captioned chapter 11 case (the "Case") as counsel for creditor Madelyn Antoncic ("Antoncic"). Counsel requests that its name be added to the mailing list by the Clerk with respect to the above-captioned Case, and that the Clerk and all other parties in interest in these proceedings provide all notices and all papers served on any party, filed with the Court or delivered to the office of counsel listed directly below:

        Law Offices of Lisa M. Solomon
        305 Madison Avenue, Suite 4700
        New York, New York 10165
        Attn: Lisa M. Solomon, Esq.
        Tel. No. (212) 471-0067
        Fax. No. (212) 980-6965

Counsel further requests that the Debtors' Noticing Agent add this Notice of Appearance to the Master Service List in the Case and to the Official Service List for RSU Claims Discovery (each as defined in the Second Amended Order Establishing Discovery Procedures in Connection with Debtors' Omnibus Objections to Proofs of Claim dated February 13, 2013).

     PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced case and the proceedings herein. Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Antoncic's (i) right to have final orders in noncore matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Antoncic is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       March 11, 2013

                                        LAW OFFICES OF LISA M. SOLOMON
                                        Counsel for Madelyn Antoncic

                                        By: _____
                                            Lisa M. Solomon
                                        305 Madison Avenue, Suite 4700
                                        New York, New York 10165
                                        (212) 471-0067