# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:  The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, **PKB Privatbank SA** ("Transferor"), unconditionally and irrevocably transfers and assigns to **Banca Zarattini & Co** ("Transferee") an undivided pro rata interest in **EUR 1,422,000.00** ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. **44207-16** ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this _____ day of _____, _____.

**PKB Privatbank SA**
Transferor                                                      5th March 2013

PKB PRIVATBANK AG
ON BEHALF OF ITS CLIENTS    By: _____
                            Name: S. Consonni
                            Title: Vice President    Assistant Vice President

**Banca Zarattini & Co**
Transferee

By: _____
Name: Ivan Mattei           Elena Carosi
Title: DEPUTY GEN. MAN.     VICE PRESIDENT

1028357

RECEIVED MAR 8 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :    08-13555 (JMP)
                                                                  :
                            Debtors.                              :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| Name of Transferee | PKB Privatbank SA<br>Name of Transferor |
|---|---|
| Name and address where notices to Transferee should be sent:<br>BANCA ZARATTINI & CO. SA<br>VIA BALESTRA 17<br>Sede legale: Via Pretorio 1<br>CH - 6900 LUGANO | Court Claim # (if known):       44207-16<br>Amount of Claim Transferred: EUR 1,422,000.00<br>Date Claim Filed:                  Oct. 22, 2009<br>ISIN:                                         XS0176213350 |
| Name and address where payments to Transferee should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Date:

By: BANCA ZARATTINI & CO SA
    Transferee/Transferee's Agent

Name:   Ivan Mattei          Elena Carosi
Title:  DEPUTY GEN. MAN.     VICE PRESIDENT

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357.

1028357

