WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    **08-13555 (JMP)**
                                                               :
              **Debtors.**   :    **(Jointly Administered)**
                                                               :
---------------------------------------------------------------x
                                                               :
**In re**                                                      :
                                                               :    **Case No.**
**LEHMAN BROTHERS INC.**,                                      :
                                                               :    **08-01420 (JMP) (SIPA)**
              **Debtor.**    :
                                                               :
---------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE
# FIFTY-NINTH OMNIBUS HEARING ON MARCH 13, 2013 AT 10:00 A.M.

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.  UNCONTESTED MATTER:

1. Presentment of Revised Order Authorizing Debtors to Assume Certain Executory Contracts **[ECF No. 34551]**

   Response Deadline:  March 11, 2013 at 4:00 p.m.

   Response Received:  None.

   Related Document:  None.

   Status:  This matter is going forward.

### II.  CONTESTED MATTER:

2. Motion of FFI Fund Ltd., *et al*. to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 35519]**

   Response Deadline:  March 6, 2013 at 4:00 p.m.

   Response Received:

   A. Lehman Plaintiffs and Committee's Response to Motion **[ECF No. 35807]**

   Related Documents:

   B. Stipulation, Agreement and Order Between the Plaintiffs and Bracebridge-Managed Funds Extending the Time to Object and to Reply to Any Objection to the Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 35742]**

   C. Reply in Support of Motion to Consolidate Contested Matter with Adversary Proceeding and for Related Relief **[ECF No. 35852]**

   Status:  This matter is going forward.

2

**CHAPTER 15 PROCEEDINGS**

**III.   IN RE LEHMAN BROTHERS AUSTRALIA LIMITED [CASE NO. 12-10063]**

3.   Motion for Entry of an Order Approving a Settlement Agreement with Certain U.S. Insurers **[ECF No. 22]**

Response Deadline:   March 6, 2013 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status:  This matter is going forward.

**IV.   ADVERSARY PROCEEDINGS:**

4.   Williams-Pate v. LBHI, *et al.* **[Adversary Proceeding No. 12-01220]**

**Motions to Dismiss**

Related Documents:

A.   Lehman Brothers Holdings Inc.'s Amended Motion to Dismiss Consolidated Adversary Proceeding, or, in the Alternative, for Abstention and Brief in Support Thereof **[ECF No. 27]**

B.   Supplemental Affirmation of McCurdy & Candler, LLC Seeking Dismissal **[ECF No. 29]**

C.   Amended Motion of Aurora Bank FSB to Dismiss Adversary Proceeding **[ECF No. 31]**

D.   Memorandum of Law of Aurora Bank FSB in Support of Amended Motion to Dismiss **[ECF No. 32]**

Status:  This matter is going forward.

5.   Lehman Brothers Financial Products Inc. v. The Bank of New York Mellon Trust Co., National Association **[Adversary Proceeding No. 10-03544]**

**Presentment of Order Granting Interpleader Relief**

Related Documents:

A.   Notice of Presentment of Order Granting Interpleader Relief **[ECF No. 22]**

B.   Notice of Hearing on Presentment of Order Granting Interpleader Relief **[ECF No. 27]**

3

      C.    Declaration in Support of Order Granting Interpleader Relief **[ECF No. 28]**

Status: This matter is going forward.

6.   LBHI v. JPMorgan Chase Bank, N.A. **[Adversary Proceeding No. 10-03266]**

**Application of Plaintiffs Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil**

Related Documents:

    A.    Application of Plaintiffs Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) and the Hague Convention on the taking of evidence Abroad in Civil or Commercial Matters, for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil [REDACTED] **[ECF No. 184]**

    B.    Declaration of Katherine T. Lydon in Support of Plaintiffs' Application Pursuant to the Hague Convention for Issuance of a Letter of Request for International Judicial Assistance to take the Sworn Deposition of Bruno Iksil (EXHIBITS WITH REDACTIONS) **[ECF. 185]**

    C.    Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for an Order Authorizing the Public Filing of an Unredacted Version of Plaintiff's Application for Issuance of a Letter of Request For International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil **[ECF No. 186]**

    D.    Declaration of Katherine T. Lydon in Support of Plaintiffs' Motion for an Order Authorizing the Public Filing of an Unredacted Version Of Plaintiffs Application for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil **[ECF No. 187]**

    E.    JPMorgan's Opposition to Plaintiffs' Application for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil **[ECF No. 191]**

    F.    Declaration of Molly K. Grovak in Support of JPMorgan's Opposition to Plaintiffs' Application for Issuance of a Letter of

4

|   |   |
|---|---|
|   | Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil **[ECF No. 192]** |
| G. | Application of Plaintiffs Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Pursuant to 11 U.S.C. § 105(a) and the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil (UNREDACTED VERSION) **[ECF No. 194]** |
| H. | Declaration of Katherine T. Lydon In Support of Plaintiffs' Application Pursuant to the Hague Convention for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil (SOME EXHIBITS PARTIALLY REDACTED) **[ECF No. 195]** |
| I. | Motion for an Order Authorizing Plaintiffs to File Under Seal Pursuant to Section 107 of the Bankruptcy Code and the Confidentiality Order Their Application for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil **[ECF No. 196]** |
| J. | Letter from Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. to Honorable James M. Peck, Dated February 28, 2013 **[ECF No. 197]** |
| K. | Plaintiffs' Reply in Further Support of their Application for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil (Redacted) Dated March 12, 2013 **[ECF No. 199]** |
| L. | Declaration of Katherine T. Lydon in Further Support of Plaintiffs' Application for Issuance of a Letter of Request to Take the Sworn Deposition of Bruno Iksil Dated March 12, 2013 **[ECF No. 200]** |
| M. | Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for an Order Authorizing the Public Filing of an Unredacted Version of Plaintiff's Reply in Further Support of Their Application for Issuance of a Letter of Request For International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil Dated March 12, 2013 **[ECF No. 200]** |

Status:  This matter is going forward.

5

V. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline:   February 9, 2011 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Objection **[ECF No. 14398]**

    B.   Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

    C.   Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D.   Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status:  This matter has been adjourned to April 24, 2013 at 10:00 a.m.

8. Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

    Response Deadline:   June 8, 2011 at 4:00 p.m.

    Response Received:

    A.   Debtors' Objection **[ECF No. 17502]**

    Status:  This matter has been adjourned to May 15, 2013 at 10:00 a.m.

B. **Securities Investor Protection Corporation Proceedings**

9. Cardinal Investment Sub I, L.P. and Oak Hill Strategic Partners, L.P.'s Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 4634]**

    Response Deadline:   April 9, 2013 at 4:00 p.m.

    Responses Received:  None.

6

Related Documents:

A. Declaration of Luke A. Barefoot in Support of Movant's Motion for Limited Intervention in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of its Affiliates **[LBI ECF No. 4635]**

B. Notices of Adjournment **[LBI ECF Nos. 4663, 4759, 4824, 4892, 4946, 5017, 5066, 5108, 5132, 5207, 5270, 5355, 5415, 5496, 5607, 5719, 5826]**

Status: This matter has been adjourned to April 16, 2013 at 10:00 a.m.

10. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement **[LBI ECF No. 5483]**

Response Deadline: December 21, 2012 at 4:00 p.m., extended by agreement for certain parties to March 1, 2013 at 12:00 p.m.

Responses Received: None to date.

Related Document:

A. Notices of Adjournment **[LBI ECF No. 5628, 5711, 5813]**

Status: This matter has been adjourned to April 24, 2013 at 10:00 a.m.

11. Trustee's Twenty-Second Omnibus Objection to General Creditor Claims (Amended and Superseded Claims) **[LBI ECF No. 5684]**

Response Deadline: February 21, 2012 at 4:00 p.m., extended by agreement for a certain party to March 15, 2013 at 12:00 p.m.

Responses Received: None.

Related Documents:

A. Certificate of No Objection as to All Claimants Except for Adjourned Claimant **[LBI ECF No. TBD]**

B. Notice of Adjournment Solely as to a Claimant **[LBI ECF No. TBD]**

Status: The Trustee will be filing a Certificate of No Objection as to this Omnibus Objection except for one claimant. For this one claimant, the matter has been adjourned to April 24, 2013 at 10:00 a.m.

12. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested

Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 5197]**

Response Deadline:   August 8, 2012 at 4:00 p.m.

Responses Received:

>  A.   Response of LBHI Entities **[LBI ECF No. 5211]**
>
>  B.   Limited Response of Barclays Capital Inc. **[LBI ECF No. 5212]**
>
>  C.   Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[LBI ECF No. 5213]**
>
>  D.   Trustee's Opposition **[LBI ECF No. 5215]**
>
>  E.   Declaration of Sarah L. Cave in Support of Trustee's Opposition **[LBI ECF No. 5216]**
>
>  F.   Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[LBI ECF No. 5217]**

Related Documents:

>  G.   Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5198]**
>
>  H.   Declaration of Robert T. Honeywell in Support of Motion **[LBI ECF No. 5199]**
>
>  I.   FirstBank Puerto Rico's Reply in Further Support of Motion **[LBI ECF No. 5224]**
>
>  J.   Supplemental Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5225]**
>
>  K.   Notices of Adjournment **[LBI ECF Nos. 5348, 5418, 5510, 5720, 5827]**

Status:   This matter has been adjourned to April 24, 2013 at 10:00 a.m.

## VI.   WITHDRAWN MATTER:

13.   Motion of Elliott Management Corporation For an Order, Pursuant to 15 U.S.C. §§ 78fff-1(B), 78fff-2(B) and 78fff-2(C)(1) and 11 U.S.C. § 105(A), (I) Determining the Method of Distribution on Customer Claims and (II) Directing an Initial Distribution on Allowed Customer Claims **[LBI ECF No. 5129]**

Response Deadline:   September 12, 2012 at 4:00 p.m.

8

Related Document:

    A.    Notice of Withdrawal Without Prejudice  **[LBI ECF Nos. 5850]**

Status: This matter has been withdrawn.

Dated: March 12, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: March 12, 2013
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

9