ANNEX 2
**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of GUISEPPE CIARDI ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $6,481,704.28 less the Seller's equity holdings in Ceres Power Holdings Plc and Earthport Plc of GBP 524,835 | 13683 |

have been transferred and assigned to CVI CVF II LUX MASTER SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: **CVI CVF II LUX MASTER SARL**

Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK        BY CARVAL INVESTORS UK LIMITED

Signature:
Name:        ~~PHILIP SHORT~~
Title:        ~~OPERATIONS MANAGER~~
Date:

SELLER:        GUISEPPE CIARDI

Address:        Mr Guiseppe Ciardi
C/o Caledon Capital Partners LLP
7 Old Park Lane
London
W1K 1QR

Signature:        _____
Name:        _____
Title:        _____
Date:        _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of GUISEPPE CIARDI ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $6,481,704.28 less the Seller's equity holdings in Ceres Power Holdings Plc and Earthport Plc of GBP 524,835 | 13683 |

have been transferred and assigned to CVI CVF II LUX MASTER SARL ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II LUX MASTER SARL

Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Signature: _____
Name: _____
Title: _____
Date: _____

SELLER:        GUISEPPE CIARDI

Address:    Mr Guiseppe Ciardi
C/o Caledon Capital Partners LLP
7 Old Park Lane
London
W1K 1QR

Signature: _GUISEPPE CIARDI_
Name: GIUSEPPE CIARDI
Title: MR
Date: 14 FEBRUARY 2013

EXECUTION VERSION

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc., et. al.,

Case No. 08-13555(JMP)

Jointly Administered

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

CVI CVF II Lux Master SARL

Name of Transferee

Guiseppe Ciardi

Name of Transferor

Name and Address where notices to transferee should be sent:

C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

Court Claim#(if known): 13683
Date Claim Filed: 16 September 2009
Amount of Claim: $6,481,704.28
Amount transferred: Amount of Claim
amount less GBP 524,835 in respect of the
Transferor's equities in Ceres Power
Holdings Plc and Earthport Plc

Attn: Matt Shipton
Email: matt.shipton@carval.com
Phone: +44 207 292 7724
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____

Date: 14 February 2013

BY CARVAL INVESTORS UK LIMITEI
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S C. §§ 152 & 357