UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND
WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING
THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF
DOCUMENTS AND AUTHORIZING THE EXAMINATION
OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 12914, filed on September 15, 2009, against Lehman Brothers Holdings Inc. by Insight Investment Management (Global) Limited, acting as agent on behalf of St Andrews Life Assurance PLC (the "Claimant") in the amount of $1,104,533.82, plus interest, cost, fees and expenses (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on January 9, 2013, the issuance of which was noticed in a filing with the Court on January 10, 2013 [ECF No. 33779].

Dated: March 12, 2013
    New York, New York

/s/ Daniel Guyder

Daniel Guyder
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Attorneys for Insight Investment Management (Global) Limited, acting as agent on behalf of St Andrews Life Assurance PLC*

Dated: March 12, 2013
    New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*