UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|_____| : |  |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF
SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to the proof of claim numbers listed on the attached Exhibit A (the "Claims"), each of which was filed on September 22, 2009 against Lehman Brothers Holdings Inc. by each of the corresponding entities listed on Exhibit A (collectively, the "Claimants"), which are related to or managed by Ramius LLC or its affiliates.

PLEASE TAKE NOTICE that the Claimants hereby withdraw with prejudice the Claims and direct Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimants represent and warrant that the withdrawal of the Claims is within their corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on them, or any law, regulation, judgment, order or administrative action binding on them.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoenas served upon the Claimants, the issuances of which were noticed in filings with the Court.

Dated: March 12, 2013
New York, New York

/s/ Alex R. Rovira_____

Alex R. Rovira
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5989
Facsimile: (212) 839-5599

*Attorneys for the Claimants*

Dated: March 12, 2013
New York, New York

/s/ Robert J. Lemons_____

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2

# **EXHIBIT A**

|  |  |
|---|---|
|  |  |
| 26848 | RCG WALT, LLC |
| 26803 | RCG WALT, LLC |
| 26601 | RCG WALT, LLC |
| 26630 | RCG WALT, LLC |
| 26717 | RCG WALT, LLC |
| 26647 | RCG WALT, LLC |
| 26833 | RCG WALT, LLC |
| 26719 | RCG WALT, LLC |
| 26779 | RCG WALT, LLC |
| 26822 | RCG WALT, LLC |
| 26749 | RCG WALT, LLC |
| 26768 | RCG WALT, LLC |
| 26757 | RCG WALT, LLC |
| 26619 | RCG WALT, LLC |
| 26608 | RCG WALT, LLC |
| 26636 | RCG WALT, LLC |
| 26787 | RCG WALT, LLC |
| 26692 | RCG WALT, LLC |
| 32298 | RCG WALT, LLC |
| 26743 | RCG WALT, LLC |
|  |  |
| 26797 | RCG PB, Ltd |
| 26778 | RCG PB, Ltd |
| 26832 | RCG PB, Ltd |
| 26631 | RCG PB, Ltd |
| 26751 | RCG PB, Ltd |
| 26847 | RCG PB, Ltd |
| 26756 | RCG PB, Ltd |
| 26788 | RCG PB, Ltd |
| 26720 | RCG PB, Ltd |
| 26693 | RCG PB, Ltd |
| 26620 | RCG PB, Ltd |
| 26767 | RCG PB, Ltd |
| 26730 | RCG PB, Ltd |
| 26648 | RCG PB, Ltd |
| 26821 | RCG PB, Ltd |
| 26609 | RCG PB, Ltd |

| | |
|---|---|
| 26808 | RCG PB, Ltd |
| 26742 | RCG PB, Ltd |
| 26716 | RCG PB, Ltd |
| 26637 | RCG PB, Ltd |
| | |
| 26710 | RCG Energy, LLC |
| 26600 | RCG Energy, LLC |
| 26785 | RCG Energy, LLC |
| 26804 | RCG Energy, LLC |
| 26732 | RCG Energy, LLC |
| 26813 | RCG Energy, LLC |
| 26759 | RCG Energy, LLC |
| 26835 | RCG Energy, LLC |
| 26686 | RCG Energy, LLC |
| 26824 | RCG Energy, LLC |
| 26739 | RCG Energy, LLC |
| 26748 | RCG Energy, LLC |
| 26770 | RCG Energy, LLC |
| 26615 | RCG Energy, LLC |
| 26689 | RCG Energy, LLC |
| 26795 | RCG Energy, LLC |
| 26728 | RCG Energy, LLC |
| 26850 | RCG Energy, LLC |
| 26645 | RCG Energy, LLC |
| | |
| 26805 | RCG Endeavor, LLC |
| 26634 | RCG Endeavor, LLC |
| 26612 | RCG Endeavor, LLC |
| 26681 | RCG Endeavor, LLC |
| 26623 | RCG Endeavor, LLC |
| 26844 | RCG Endeavor, LLC |
| 26753 | RCG Endeavor, LLC |
| 26746 | RCG Endeavor, LLC |
| 26604 | RCG Endeavor, LLC |
| 26840 | RCG Endeavor, LLC |
| 26764 | RCG Endeavor, LLC |
| 26775 | RCG Endeavor, LLC |
| 26810 | RCG Endeavor, LLC |
| 26791 | RCG Endeavor, LLC |
| 26818 | RCG Endeavor, LLC |
| 26694 | RCG Endeavor, LLC |
| 26829 | RCG Endeavor, LLC |
| 26713 | RCG Endeavor, LLC |

US_ACTIVE:\44210023\1\58399.0011

| | |
|---|---|
| 26723 | RCG Endeavor, LLC |
| 26691 | RCG Endeavor, LLC |
| | |
| 26798 | Ramius Merger Arbitrage Master Fund Ltd |
| 26597 | Ramius Merger Arbitrage Master Fund Ltd |
| 26744 | Ramius Merger Arbitrage Master Fund Ltd |
| 26649 | Ramius Merger Arbitrage Master Fund Ltd |
| 26633 | Ramius Merger Arbitrage Master Fund Ltd |
| 26752 | Ramius Merger Arbitrage Master Fund Ltd |
| 26697 | Ramius Merger Arbitrage Master Fund Ltd |
| 26777 | Ramius Merger Arbitrage Master Fund Ltd |
| 26611 | Ramius Merger Arbitrage Master Fund Ltd |
| 26622 | Ramius Merger Arbitrage Master Fund Ltd |
| 26820 | Ramius Merger Arbitrage Master Fund Ltd |
| 26755 | Ramius Merger Arbitrage Master Fund Ltd |
| 26766 | Ramius Merger Arbitrage Master Fund Ltd |
| 26721 | Ramius Merger Arbitrage Master Fund Ltd |
| 26715 | Ramius Merger Arbitrage Master Fund Ltd |
| 26789 | Ramius Merger Arbitrage Master Fund Ltd |
| 26638 | Ramius Merger Arbitrage Master Fund Ltd |
| 26831 | Ramius Merger Arbitrage Master Fund Ltd |
| 26846 | Ramius Merger Arbitrage Master Fund Ltd |
| 26842 | Ramius Merger Arbitrage Master Fund Ltd |
| | |
| 26807 | Ramius LLC |
| 26605 | Ramius LLC |
| 26811 | Ramius LLC |
| 27067 | Ramius LLC |
| 26828 | Ramius LLC |
| 26843 | Ramius LLC |
| 26774 | Ramius LLC |
| 26792 | Ramius LLC |
| 26839 | Ramius LLC |
| 26763 | Ramius LLC |
| 26613 | Ramius LLC |
| 26712 | Ramius LLC |
| 26817 | Ramius LLC |
| 26682 | Ramius LLC |
| 26782 | Ramius LLC |
| 26724 | Ramius LLC |
| 26624 | Ramius LLC |
| 26641 | Ramius LLC |
| 26736 | Ramius LLC |

5

| | |
|---|---|
| 26695 | Ramius LLC |
| | |
| 66033 | Ramius Enterprise Master Fund Ltd |
| 66046 | Ramius Enterprise Master Fund Ltd |
| 66047 | Ramius Enterprise Master Fund Ltd |
| 66036 | Ramius Enterprise Master Fund Ltd |
| 66043 | Ramius Enterprise Master Fund Ltd |
| 66050 | Ramius Enterprise Master Fund Ltd |
| 66049 | Ramius Enterprise Master Fund Ltd |
| 66045 | Ramius Enterprise Master Fund Ltd |
| 66042 | Ramius Enterprise Master Fund Ltd |
| 66040 | Ramius Enterprise Master Fund Ltd |
| 66052 | Ramius Enterprise Master Fund Ltd |
| 66044 | Ramius Enterprise Master Fund Ltd |
| 66035 | Ramius Enterprise Master Fund Ltd |
| 66037 | Ramius Enterprise Master Fund Ltd |
| 66039 | Ramius Enterprise Master Fund Ltd |
| 66038 | Ramius Enterprise Master Fund Ltd |
| 66041 | Ramius Enterprise Master Fund Ltd |
| 66048 | Ramius Enterprise Master Fund Ltd |
| 66051 | Ramius Enterprise Master Fund Ltd |
| | |
| 26626 | Ramius Energy LLC |
| | |
| 26806 | Ramius Credit Opportunities Master Fund Ltd |
| 26827 | Ramius Credit Opportunities Master Fund Ltd |
| 26773 | Ramius Credit Opportunities Master Fund Ltd |
| 26683 | Ramius Credit Opportunities Master Fund Ltd |
| 26816 | Ramius Credit Opportunities Master Fund Ltd |
| 26838 | Ramius Credit Opportunities Master Fund Ltd |
| 26735 | Ramius Credit Opportunities Master Fund Ltd |
| 26614 | Ramius Credit Opportunities Master Fund Ltd |
| 26725 | Ramius Credit Opportunities Master Fund Ltd |
| 26793 | Ramius Credit Opportunities Master Fund Ltd |
| 26737 | Ramius Credit Opportunities Master Fund Ltd |
| 26781 | Ramius Credit Opportunities Master Fund Ltd |
| 26625 | Ramius Credit Opportunities Master Fund Ltd |
| 26606 | Ramius Credit Opportunities Master Fund Ltd |
| 26711 | Ramius Credit Opportunities Master Fund Ltd |
| 26762 | Ramius Credit Opportunities Master Fund Ltd |
| 26698 | Ramius Credit Opportunities Master Fund Ltd |
| 26853 | Ramius Credit Opportunities Master Fund Ltd |
| 26747 | Ramius Credit Opportunities Master Fund Ltd |

| | |
|---|---|
| 26642 | Ramius Credit Opportunities Master Fund Ltd |
| | |
| 26799 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26627 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26761 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26738 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26734 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26815 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26684 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26772 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26696 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26794 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26783 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26826 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26616 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26700 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26837 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26852 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26726 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26812 | Ramius Convertible Arbitrage Master Fund Ltd |
| 26643 | Ramius Convertible Arbitrage Master Fund Ltd |
| | |
| 26801 | Portside Growth & Opportunities Fund LLC |
| 26610 | Portside Growth & Opportunities Fund LLC |
| 26841 | Portside Growth & Opportunities Fund LLC |
| 26632 | Portside Growth & Opportunities Fund LLC |
| 26830 | Portside Growth & Opportunities Fund LLC |
| 26714 | Portside Growth & Opportunities Fund LLC |
| 26603 | Portside Growth & Opportunities Fund LLC |
| 26776 | Portside Growth & Opportunities Fund LLC |
| 26845 | Portside Growth & Opportunities Fund LLC |
| 26809 | Portside Growth & Opportunities Fund LLC |
| 26754 | Portside Growth & Opportunities Fund LLC |
| 26639 | Portside Growth & Opportunities Fund LLC |
| 26650 | Portside Growth & Opportunities Fund LLC |
| 26765 | Portside Growth & Opportunities Fund LLC |
| 26819 | Portside Growth & Opportunities Fund LLC |
| 26621 | Portside Growth & Opportunities Fund LLC |
| 26722 | Portside Growth & Opportunities Fund LLC |
| 26790 | Portside Growth & Opportunities Fund LLC |
| 26690 | Portside Growth & Opportunities Fund LLC |
| 26745 | Portside Growth & Opportunities Fund LLC |
| | |

| | |
|---|---|
| 26602 | Leroy, LLC |
| 26607 | Leroy, LLC |
| 26618 | Leroy, LLC |
| 26629 | Leroy, LLC |
| 26635 | Leroy, LLC |
| 26646 | Leroy, LLC |
| 26687 | Leroy, LLC |
| 26688 | Leroy, LLC |
| 26718 | Leroy, LLC |
| 26729 | Leroy, LLC |
| 26731 | Leroy, LLC |
| 26741 | Leroy, LLC |
| 26750 | Leroy, LLC |
| 26758 | Leroy, LLC |
| 26769 | Leroy, LLC |
| 26786 | Leroy, LLC |
| 26802 | Leroy, LLC |
| 26823 | Leroy, LLC |
| 26834 | Leroy, LLC |
| 26849 | Leroy, LLC |