WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and certain of its affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :   **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :   **08-13555 (JMP)**
                                                :
           Debtors.                             :   **(Jointly Administered)**
                                                :
                                                :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF CLAIM OBJECTION WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that the *Three Hundred and Twenty-Fourth Omnibus Objection to Claims (No Liability Claims)* [ECF No. 29296] is hereby withdrawn without prejudice *solely* with respect to the claims set forth on Exhibit A attached hereto.

Dated:  March 13, 2013
   New York, New York

                /s/ Robert J. Lemons
                Robert J. Lemons

                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc. and
                certain of its affiliates

## **Exhibit A**

| **CLAIMANT NAME** | **CLAIM NO.** |
|---|---|
| COMVERSE TECHNOLOGY, INC. | 30597 |
| INTERSIL HOLDING GMBH, A SWISS CORPORATION | 32149 |
| INTERSIL EUROPE SARL, A SWISS CORPORATION | 32150 |
| INTERSIL INVESTMENT COMPANY, A DELAWARE CORPORATION | 32151 |
| XICOR, LLC, A DELAWARE LIMITED LIABILITY COMPANY | 32152 |
| INFOSPACE, INC., A DELAWARE CORPORATION | 33185 |