B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Morgan Stanley Senior Funding, Inc.
Name of Transferee

Name and Address where notices to transferee should be sent:

Josh Rawlins
nydocs@morganstanley.com
(212) 761-2991
Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Phone:________________
Last Four Digits of Acct #:________________

Ares VIII CLO Ltd.
Name of Transferor

Court Claim # (if known): 66371

Amount of Claim Transferred: $67,994.00 (as allowed)

Date Claim Filed: 3/5/10

Debtor: Lehman Brothers Special Financing, Inc.

Phone:________________
Last Four Digits of Acct. #:________________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: ______________________________ Date: 3/13/13
Name of Transferee/Transferee's Agent
Adam Savarese
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Agreed and acknowledged:

ARES VIII CLO LTD.

By: Ares CLO Management VIII, L.P., Investment Manager

By: Ares CLO GP VIII, LLC, Its General Partner
By: ______________________________ Date: 3/13/13

MARTIN COYNE
VICE PRESIDENT