B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding, Inc. | Ares VIII CLO Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Josh Rawlins
nydocs@morganstanley.com
(212) 761-2991
Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York, NY 10036

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Court Claim # (if known): 66372

Amount of Claim Transferred: $67,994.00 (as allowed)

Date Claim Filed: 3/5/10

Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

770586v.2 892/04486                    19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*[signature]*_____    Date: 3/13/13
Name of Transferee/Transferee's Agent
Adam Savarese
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Agreed and acknowledged:

ARES VIII CLO LTD.

By: Ares CLO Management VIII, L.P., Investment Manager

   By: Ares CLO GP VIII, LLC, Its General Partner
   By: _____*[signature]*_____    Date: 3/13/13

MARTIN COYNE
VICE PRESIDENT