B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

for the Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,     Case No.  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Plaza Harbour Mezz Holdings LLC | Hegemon Fund I, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Kevin Chin, c/o PCCP LLC
280 Park Avenue, 35th Floor
New York, New York 10017

Court Claim # (if known): __8886__
Amount of Claim: __$14,000,000.00__
Date Claim Filed: __03/02/2009__

Phone: 646-308-2104
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Same as above.

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Kevin Chin_    Date: 2/11/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## QUITLCAIM ASSIGNMENT AND ACCEPTANCE OF CLAIMS

**FOR VALUE RECEIVED, Hegemon Fund I, LLC**, a Delaware limited liability company ("Assignor"), does hereby quitclaim, transfer and assign unto **Plaza Harbour Mezz Holdings LLC**, a Delaware limited liability company ("Assignee"), and Assignee does hereby accept and take assignment of, any and all of Assignor's right, title and interest in and to Claims Numbers 3129, 8470 and 8886 in the bankruptcy action titled *In Re Lehman Brothers Holdings Inc.*, et al., Case No. 08-13555, in the United States Bankruptcy Court for the Southern District of New York (the "Assignment"). The Assignment is entirely without recourse to Assignor and Assignor makes no representations or warranties whatsoever with respect to the Assignment.

Date: July 9, 2012

Assignor:

**HEGEMON FUND I, LLC,**
a Delaware limited liability company

By: _____
Name: David Leve
Title: Authorized Signatory

Assignee:

**PLAZA HARBOUR MEZZ HOLDINGS LLC,**
a Delaware limited liability company

By: _____
Name: Yon Cho ~~Authorized Signatory~~
Title: _____