**Louis B. Gross, D.M.D.**                                             Dental Consultant

1578 Waterford Dr.
Venice, FL 34292
(941) 412-1532

2/15/13

Dear Judge Peck:

Some time ago I bought a Lehman Brothers bond for $95,000. (a lot of money) Hoping that its interest would help in my retirement. After Lehman Brothers collapse I have been left pretty much in the dark. I only know what I see in the paper — no direct communication from Lehman or the legal process. I did receive one correspondence from the US Bankruptcy Court almost two years ago — that's where I got your name.

My Schwab account was credited approximately $5500 — (listed as a capital gain?) and a $72,000 unrealized loss. My statement says the "bond" is worth about $22,800. In short I would like to know when this will be resolved and how much money I can expect. I have read that the bankruptcy lawyers have been paid over one billion dollars!

Thank you for your assistance.

Sincerely,

L B Gross

c.c. Weil, Gotshal & Manges LLP

RECEIVED FEB 11 2013 U.S. BANKRUPTCY COURT, SDNY JMP

Dr. & Mrs. L.B. Gross
1578 Waterford Dr.
Venice, FL 34292

RECEIVED
FEB 11 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

TAMPA FL 335
SAINT PETERSBURG FL
08 FEB 2013 PM 1 L

Liberty FOREVER

Hon. James M. Peck
US Bankruptcy Court Southern Dist. of N.Y.
One Bowling Green
New York, N.Y. 10014

10004140099

