# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc                Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Yorvik Partners LLP | RBS Coutts Bank AG on behalf of Soleman Overseas Inc. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Richard Carmoody<br>11 Ironmonger Lane<br>London EC2V 8EY<br>United Kingdom<br><br>e-mail: r.carmoody@yorvikpartners.com<br><br>Tel : +44 20 7796 5917 | Court Claim # (if known): 45221<br><br>Amount of Claim: USD 500,000.00 (or 16.9491525423729%) of ISIN XS0274890523 of the total filed under Claim number 45221<br><br>Date Claim Filed: 23 October 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_____    Date: 14 MARCH 2013
    Transferee/Transferee's Agent

By: _____    Date: _____
    Transferor/Transferor's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.