## United States Bankruptcy Court
## Southern District of New York

In re:  Lehman Brothers Holdings Inc                        Case No.        08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Yorvik Partners LLP**

Name of Transferee

Name and Address where notices to transferee should be sent:
Richard Carmoody
11 Ironmonger Lane
London
EC2V 8EY

e-mail:  r.carmoody@yorvikpartners.com

Tel :      + 44 20 7796 5917

**RBS Coutts Bank AG on behalf of Soleman Overseas inc.**
Name of Transferor

Court Claim # (if known):  45221

Claim Amount (as Filed) to be Transferred :  EUR 300,000.00 of  ISIN XS0260770010 (or USD 425,970 at FX 1.4199)

Allowed Amount to be Transferred : EUR 299,832.19 of ISIN XS026077010 (or USD 425,731.73)

Date Claim Filed:  23 October 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
        Transferee/Transferee's Agent

Date: _14 MARCH 2013_

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.