UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                                      :
In re                                                             :
                                                                      :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS                                      :
HOLDINGS INC., et al.,                                 :   Chapter 11
                                                                      :
                    Debtors.                                :   (Jointly Administered)
                                                                      :
------------------------------------------------------X

**THE UNITED STATES TRUSTEE'S STATEMENT OF ISSUES PRESENTED
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON ITS
APPEAL OF THE COURT'S ORDER DATED FEBRUARY 15, 2013**

The United States Trustee for Region 2 (the "United States Trustee") hereby submits, pursuant to Federal Rule of Bankruptcy Procedure 8006, its statement of issues presented and designation of items to be included in the record on its appeal from the Memorandum Decision Granting Omnibus Application for Payment of Fees and Reimbursement of Expenses Claimed by Individual Members of Official Committee of Unsecured Creditors (the "February 15 Order") [ECF Doc. No. 34720] entered in this case on the 15th day of February, 2013.

**STATEMENT OF ISSUES ON APPEAL**

1.      Did the Bankruptcy Court err by entering the February 15 Order, which granted, in part, the amended Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(a)(4), or Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Expenses, dated February 1, 2012 (as amended, the "Application") [ECF Doc. No. 24881], and overruling the United States Trustee's objections to the Application?

1

2. Did the Bankruptcy Court err by approving section 6.7 of the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors ("The Plan"), which provided that the attorney fees of the individual members of the Official Committee of Unsecured Creditors "shall … be Allowed as Administrative Expense Claims and paid by the Debtors," notwithstanding 11 U.S.C. § 503(b)?

3. Did the Bankruptcy Court err when it held that 11 U.S.C. § 1129(a)(4) permits the payment under a reorganization plan of professional compensation that is not otherwise allowable under 11 U.S.C. § 503?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

| ECF No. | Date of Filing or Entry | Document |
|---|---|---|
| 1 | 9/15/2008 | Voluntary Petition |
| 17 | 9/15/2008 | Letter: Notice of Organizational Meeting to be Held on Tuesday, September 16, 2008 to form an Official Committee of Unsecured Creditors |
| 86 | 9/17/2008 | Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC). |
| 87 | 9/17/2008 | Order Signed on 9/17/2008 Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC |
| 62 | 9/17/2008 | Appointment of Official Creditors' Committee Unsecured Creditors |
| 592 | 10/3/2008 | First Amended Appointment of Committee of Unsecured Creditors |
| 1165 | 10/21/2008 | Application of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. Section 1103 and Fed. R. Bankr. P. 2014 and 5002, For Order Authorizing Retention and Employment Of Milbank, Tweed, Hadley & McCloy LLP As Counsel, Effective As Of September 17, 2008 |
| 1166 | 10/21/2008 | Application of Official Committee Of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. Sections 328 and 1103 and Fed. R. Bankr. P. 2014 and 5002, for Order Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel, Nunc Pro Tunc to September 17, 2008 |

| 1167 | 10/21/2008 | Application of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., For Order Under 11 U.S.C. Sections 328(a) and 1103, Fed. R. Bankr. P. 2014, and S.D.N.Y. LBR 2014-1, Authorizing Employment and Retention of FTI Consulting Inc., as its Financial Advisor as of September 17, 2008 |
|---|---|---|
| 1168 | 10/21/2008 | Application of Official Committee of Unsecured Creditors For Order Under 11 U.S.C. Sections 328(a) and 1103, Fed. R. Bankr. P. 2014, and S.D.N.Y. LBR 2014-1, Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker as Of September 17, 2008 |
| 1403 | 11/5/2008 | Interim Order Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008 |
| 1404 | 11/5/2008 | Interim Order Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of September 17, 2008 |
| 1405 | 11/5/2008 | Interim Order Authorizing Employment and Retention of FTI Consulting Inc., as Financial Advisor to the Official Committee of Unsecured Creditors, Effective as of September 17, 2008 |
| 1407 | 11/5/2008 | Interim Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker for the Official Committee of Unsecured Creditors, Effective as of September 17, 2008 |
| 1652 | 11/21/2008 | Final Order Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc to September 17, 2008 |
| 1654 | 11/21/2008 | Final Order Authorizing Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP As Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective as of September 17, 2008 |
| 1655 | 11/21/2008 | Final Order Authorizing Employment and Retention Of FTI Consulting Inc., as its Financial Advisor to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al., Effective as of September 17, 2008 |
| 2279 | 12/17/2008 | Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker to the Official Committee of Unsecured Creditors as of September 17, 2008 |
| 4454 | 7/20/2009 | Application of Official Committee of Unsecured Creditors For Order Pursuant to 11 U.S.C. §§ 328(A) and 1103, Fed. R. Bankr. P. 2014, 2016(A), and 5002, and Local Rule 2014-1 Authorizing Retention and Employment of Richard Sheldon, Queen's Counsel For Limited Purposes Nunc Pro Tunc to June 23, 2009 |

| 4763 | 8/11/2009 | Order Authorizing Retention and Employment of Richard Sheldon, Queen's Counsel For Limited Purposes Nunc Pro Tunc to June 23, 2009 |
|---|---|---|
| 6217 | 12/15/2009 | Amended Appointment of Official Creditors' Committee (Second Amended Appointment) |
| 7034 | 2/9/2010 | Appointment of Official Creditors' Committee -- Third Amended Appointment of Committee of Unsecured Creditors |
| 18124 | 6/29/2011 | Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 18125 | 6/29/2011 | Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code |
| 19157 | 8/11/2011 | Objection of the United States Trustee to Amended Motion (I) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan |
| 19935 | 8/31/2011 | Transcript of Hearing Held on 08/30/2011 re: Amended Motion (i) for Approval of the Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv)Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan |
| 19627 | 9/1/2011 | Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 19629 | 9/1/2011 | Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code |
| 21640 | 11/4/2011 | United States Trustee Objection to Motion for Confirmation of the Debtors' Third Amended Joint Plan of Reorganization |
| 22737 | 11/29/2011 | Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 22743 | 11/29/2011 | Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on Debtors' Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 23023 | 12/6/2011 | Order Signed Confirming Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |

| 23130 | 12/7/2011 | Transcript of Hearing Held on 12/06/2011 re: Modified Third Amended Joint Chapter 11 Plan of Lehman; Brothers Holdings Inc. and its Affiliated Debtors |
|---|---|---|
| 24762 | 1/30/2012 | Notice of Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), or, Alternatively, Sections 503(B)(3)(D) and 503(B)(4) of Bankruptcy Code For Payment of Fees and Reimbursement of Expenses |
| 24881 | 2/1/2012 | Notice Of Amendment to Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), or, Alternatively, Sections 503(B)(3)(D) and 503(B)(4) of Bankruptcy Code For Payment of Fees and Reimbursement of Expenses |
| 25384 | 2/15/2012 | Fee Committee's Limited Objection to the Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), or, Alternatively, Sections 503(B)(3)(D) and 503(B)(4) of Bankruptcy Code For Payment of Fees and Reimbursement of Expenses |
| 25394 | 2/15/2012 | Omnibus Objection of the United States Trustee to Motion of Individual Members of the Creditors' Committee For Reimbursement of Professional Fees and Expenses |
| 29195 | 7/3/2012 | Notice of Application of the Ad Hoc Group of Lehman Brothers Creditors For Compensation For Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, its Professionals Pursuant to Section 503(B) of The Bankruptcy Code |
| 29222 | 7/5/2012 | Application of the Ad Hoc Group of Holders of Notes Issued By Lehman Brothers Treasury Co. B.V. and Guaranteed By Lehman Brothers Holdings, Inc., Pursuant to 11 U.S.C. § 503(B) for Allowance of Administrative Expenses For Counsel's Services Incurred in Making a Substantial Contribution in These Chapter 11 Cases |
| 29231 | 7/5/2012 | Application for Final Professional Compensation of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period September 17, 2008 Through March 6, 2012 |
| 29236 | 7/5/2012 | Application for Final Professional Compensation for Quinn Emanuel Urquhart & Sullivan, LLP, Creditor Comm. Aty, period: 9/17/2008 to 3/5/2012 |
| 29237 | 7/5/2012 | Application for Final Professional Compensation of Houlihan Lokey Howard & Zukin Capital, Inc., Investment Banker to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From September 17, 2008 Through March 6, 2012 |

| 29238 | 7/5/2012 | Application for Final Professional Compensation of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, Seeking Final Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period From September 17, 2008 Through and Including March 6, 2012 |
|---|---|---|
| 29239 | 7/5/2012 | Lehman Brothers Special Financing Inc. Working Group's Application for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution in These Cases |
| 29240 | 7/5/2012 | Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases |
| 29639 | 7/25/2012 | United States Trustee's Omnibus Objection to Motions by Ad Hoc Group of LBHI Creditors, Ad Hoc Group of LBT Noteholders, Goldman Sachs and the LBSF Working Group for Allowance and Payment of Fees and Expenses Pursuant to Code Section 503(b) |
| 29785 | 8/1/2012 | Omnibus Response of Official Committee of Unsecured Creditors to Applications for Allowance and Payment of Fees and Reimbursement of Expenses Pursuant to 11 U.S.C. § 503(b) of: (i) the Ad Hoc Group of Lehman Brothers Creditors, (ii) the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings Inc., (iii) Goldman Sachs Bank USA and Goldman Sachs International, and (iv) the Lehman Brothers Special Financing Inc. Working Group |
| 29977 | 8/13/2012 | Fee Committee's Position Statement on Pending Section 503(b) Applications |
| 30124 | 8/16/2012 | Fee Committee's Amended Position Statement on Pending Section 503(b) Applications |
| 30943 | 9/17/2012 | Preliminary Reply in Support of Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, its Professionals Pursuant to Section 503(B) of the Bankruptcy Code |
| 31062 | 9/24/2012 | Order Granting the Application of the Ad Hoc Group of Holders of Notes Issued by Lehman Brothers Treasury Co. B.V. and Guaranteed by Lehman Brothers Holdings, Inc. for Allowance of Administrative Expenses For Counsel's Services Incurred In Making A Substantial Contribution In These Chapter 11 Cases |

| 31158 | 9/20/2012 | Transcript of Hearing Held 09/09/2012 re: Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered by, and Reimbursement of Actual and Necessary Expenses of, its Professionals Pursuant to Section 503(b) of the Bankruptcy Code Rendered by, and Reimbursement of Actual and Necessary Expenses of, its Professionals Pursuant to Section 503(b) of the Bankruptcy Code |
| --- | --- | --- |
| 31063 | 9/24/2012 | Order Granting in Part the Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, its Professionals. |
| 31064 | 9/24/2012 | Order Granting Application of Goldman Sachs Bank USA and Goldman Sachs International for Entry of an Order for Allowance and Reimbursement of Reasonable Professional Fees in Making a Substantial Contribution in These Cases |
| 31252 | 10/9/2012 | Statement of the United States Trustee with Respect to Remaining Applications of: (i) the Ad Hoc Group of Lehman Brothers Creditors, (ii) the Lehman Brothers Special Financing Inc. Working Group and (iii) Goldman Bank USA and Goldman International for Allowance and Payment of Fees and Reimbursement of Expenses Pursuant to 11 U.S.C. Sec. 503(b) |
| 31312 | 10/11/2012 | Revised Order Granting in Part the Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, its Professionals |
| 31480 | 10/15/2012 | Order Granting in Part the Application of the Ad Hoc Group of Lehman Brothers Creditors for Compensation for Professional Services Rendered By, and Reimbursement of Actual and Necessary Expenses of, its Professionals |
| 32129 | 11/15/2012 | Response / Reply of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees in Further Support of Omnibus Application Pursuant to Section 1129(a)(4), Or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses |
| 32339 | 11/27/2012 | Reply in further support of the Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel to Official Committee of Unsecured Creditors, Seeking Final Approval and Allowance of Compensation for Services Rendered and for Reimbursement of Expenses During Period from September 17, 2008 Through and Including March 6, 2012 |

| 32694 | 12/10/2012 | Order Granting Final Application for Final Allowance of Compensation for the Period from September 15, 2008 Through March 6, 2012 and Reimbursement of Expenses for Milbank, Tweed, Hadley & McCloy LLP |
|---|---|---|
| 32765 | 12/12/2012 | Supplement To Omnibus Objection of the United States Trustee to Creditors' Applications For Reimbursement of Professional Fees and Expenses |
| 32894 | 12/17/2012 | Official Committee of Unsecured Creditors in Further Support of Omnibus Application of (I) Individual Members of Official Committee of Unsecured Creditors and (II) Indenture Trustees Pursuant to Section 1129(A)(4), or, Alternatively, Sections 503(b)(3)(D) and 503(b)(4) of Bankruptcy Code for Payment of Fees and Reimbursement of Expenses |
| 32965 | 12/19/2012 | Order Granting Final Applications for Allowance of Compensation for Professional Services Performed and Reimbursement for Actual and Necessary Expenses Incurred for the Period of September 15, 2008 Through March 6, 2012 for FTI Consulting, Inc. |
| 33974 | 1/17/2013 | Order Granting Final Applications for Allowance of Compensation for Professional Services Performed and Reimbursement of Actual and Necessary Expenses Incurred for The Period of September 15, 2008 through March 6, 2012 for Houlihan Lokey Howard & Zukin Capital, Inc. |
| 34720 | 2/15/2013 | Memorandum Decision Signed on 2/15/2013 Granting Omnibus Application for Payment of Fees and Reimbursement of Expenses Claimed by Individual Members of Official Committee of Unsecured Creditors |
| 34990 | 2/14/2013 | Transcript regarding Hearing Held on 02/13/2013[1] |
| 35661 | 3/1/2013 | Notice Regarding Final Resolution of Matters Related To United States Trustee's Objection To Fees |
| 35662 | 3/1/2013 | Notice of Appeal of Memorandum Decision Granting Omnibus Application for Payment of Fees and Reimbursement of Expenses Claimed by Individual Members of Official Committee of Unsecured Creditors entered February 15, 2013 |

Dated: New York, NY          Respectfully submitted,
March 15, 2013

                                          TRACY HOPE DAVIS
                                        UNITED STATES TRUSTEE

                              By:    */s/ Susan D. Golden*
                                        Susan D. Golden, Esq., Trial Attorney
                                        33 Whitehall Street, 21st Floor
                                        New York, New York 10022
                                        (212) 510-0500

---

[1] Portion relating to oral argument is located at pp 47-119.