UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                : Chapter 11 Case No.
                                     :
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
                                     :
                      Debtors.       : (Jointly Administered)
-------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Ting Tsung & Wei Fong Chao Global Foundation<br>c/o A. Chao<br>2801 Post Oak Boulevard, Suite 600<br>Houston, Texas 77056 |
| Claim Number (if known): | 13587 |
| Date Claim Filed: | October 16, 2009 |
| Total Amount of Claim Filed: | $4,660 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: *[signed] James Chao*

Printed Name: JAMES CHAO

Title: VICE PRESIDENT

Dated: 14 MARCH 2013