SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**CERTIFICATE OF SERVICE**

I, Matthew A. Schwartz, hereby certify that, on March 15, 2013, I caused to be served a true and correct copy of **Amended Objections of Giants Stadium LLC to Debtors' Subpoena For Additional Rule 2004 Examination** via e-mail and hand delivery upon:

>  Richard W. Slack
>  Michael J. Firestone
>  Weil Gotshal & Manges LLP
>  767 Fifth Avenue
>  New York, New York 10153-0119

>  *Attorneys for Debtors*

Dated: New York, New York
       March 15, 2013

                            By:    /s/ Matthew A. Schwartz_____
                                   Matthew A. Schwartz