# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc, et al     Case No.    08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **DEUTSCHE BANK AG, LONDON BRANCH** | **SILVER POINT CAPITAL FUND, L.P** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

JAXCA Notifications
Global Business Services
5022 Gate Parkway, Suite 200
Jacksonville, FL 32256

e-mail: JAXCA.Notifications@db.com &
NYVoluntary.CA@db.com

Silver Point Capital Fund, L.P.
c/o Silver Point Capital, L.P.
2 Greenwich Plaza, First Floor
Greenwich, CT 06830
Attn: David F. Steinmetz

Court Claim # (if known): (see attached Schedule 1)

Amount of Claim: (see attached Schedule 1)

Date Claim Filed: (see attached Schedule 1)

Last Four Digits of Acct. #: _____     Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 15 March 2013
Transferee/Transferee's Agent
Ian Jackson   Attorney in Fact

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Schedule 1

Transferred Claims

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/1/2013 (FMV) | EUR | 750,000.00 | 35549 | CA86023 | XS0210782552 | 30 September 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/1/17 (FMV) | EUR | 4,500,000.00 | 35552.03 | CA89234 | XS0313198979 | 30 September 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/19/2018 (PAR) | USD | 150,000.00 | 36623.00 | 6018738 | XS0349442458 | 06 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0% 7/11/10 (FMV) | EUR | 335,000.00 | 37205.00 | 6020696 | XS0309103546 | 09 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 99,000.00 | 42244.00 | 6042499 | XS0268043709 | 19 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0% 7/11/10 (FMV) | EUR | 635,000.00 | 42610.00 | 6020694 | XS0309103546 | 20 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0.5 6/2/20 (PAR) | EUR | 750,000.00 | 42895.03 | 6015195 | XS0355227942 | 21 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0.5 7/2/20 (PAR) | EUR | 1,140,000.00 | 42895.03 | 6015196 | XS0365822435 | 21 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/3/10 (FMV) | USD | 120,000.00 | 43045.01 | 6018410 | XS0384596515 | 21 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/3/10 (FMV) | USD | 30,000.00 | 43045.01 | 6018410 | XS0384596515 | 21 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 10 6/17/09 (FMV) | USD | 300,000.00 | 45658.01 | 6016860 | XS0369337711 | 23 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 7/22/10 (PAR) | EUR | 3,000,000.00 | 46939.01 | 6034514 | XS0376686308 | 26 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 3.35% 10/13/16 (FMV) | EUR | 900,000.00 | 49617.01 | CA26780 | XS0269969704 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0.5% 3/13/13 (FMV) | EUR | 8,300,000.00 | 49617.02 | CA26789 | XS0243853453 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/30/16 (FMV) | EUR | 1,650,000.00 | 49617.03 | CA26790 | XS0270686859 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0.8% 2/23/17 (FMV) | EUR | 5,600,000.00 | 49617.05 | CA26792 | XS0270683161 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0.8% 2/23/17 (FM2) | EUR | 850,000.00 | 49617.06 | CA26830 | XS0270684565 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 300,000.00 | 49689.01 | 6054533 | XS0232364868 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/18/15 (FMV) | EUR | 300,000.00 | 49692.00 | 6055019 | XS0213971210 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 330,000.00 | 49693.01 | 6054525 | XS0210433206 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/20/10 (FMV) | EUR | 1,500,000.00 | 49737.02 | 6033801 | XS0345700198 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/1/2013 (FMV) | EUR | 525,000.00 | 49737.06 | 6033359 | XS0210782552 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 5 4/24/17 (FMV) | EUR | 5,200,000.00 | 49737.07 | 6033800 | XS0296282386 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/20/10 (FMV) | EUR | 84,000.00 | 49778.01 | 6054637 | CH0027121000 | 27 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/29/09 (FMV) | USD | 300,000.00 | 49787.01 | 6054566 | XS0337408248 | 27 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0% 10/10/13 (PAR) | EUR | 33,000.00 | 50309.24 | 6056970 | XS0176153350 | 28 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 9/26/13 (FMV) | EUR | 369,771.00 | 50315.31 | 6034369 | XS0317188646 | 28 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 9/26/13 (FMV) | EUR | 1,962,729.00 | 50316.29 | 6034371 | XS0317188646 | 28 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/18/18 (FMV) | CHF | 600,000.00 | 55247.02 | 6059609 | XS0369333215 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 179,000.00 | 55247.04 | 6057823 | XS0232364868 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 1,210,000.00 | 55247.04 | 6038192 | XS0210433206 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 445,000.00 | 55247.04 | 6038193 | XS0229584296 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 241,000.00 | 55247.04 | 6056281 | XS0213416141 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 1 5/9/12 (PAR) | EUR | 271,000.00 | 55811.02 | 6048254 | XS0362447558 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | GBP | 80,000.00 | 55811.02 | 6048249 | XS0251195847 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/3/2009 (FMV) | EUR | 1,400,000.00 | 55812.01 | 6056516 | XS0245046544 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/28/2009 (FMV) | EUR | 1,200,000.00 | 55812.01 | 6048250 | XS0263871674 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | GBP | 220,000.00 | 55816.05 | 6039340 | XS0251195847 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/6/10 (FMV) | EUR | 1,481,000.00 | 55824.03 | 9464624 | XS0301522719 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/24/18 (PAR) | USD | 300,000.00 | 55825.05 | 9464923 | XS0350419403 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/8/10 (FMV) | CHF | 6,378,000.00 | 55829.22 | 9494581 | XS0186243118 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/7/10 (PAR) | EUR | 600,000.00 | 55829.35 | 9494815 | XS0365383339 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FLTR 10/30/12 (FMV) | USD | 389,000.00 | 55829.61 | 9494646 | XS0327165550 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/24/11 (FMV) | EUR | 379,000.00 | 55829.86 | 9494544 | XS0335964648 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/8/11 (FMV) | EUR | 311,000.00 | 55829.86 | 9494591 | XS0339537390 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 10/30/12 (FMV) | EUR | 1,222,000.00 | 55829.86 | 9494637 | XS0325550555 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/22/10 (FMV) | USD | 1,168,000.00 | 55829.87 | 9494557 | XS0187966949 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/18/15 (PAR) | USD | 220,000.00 | 55855.11 | 6052959 | XS0346466781 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/15/14 (FMV) | EUR | 900,000.00 | 56717.07 | CA28267 | XS0280432526 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/30/10 (FMV) | EUR | 600,000.00 | 57532.00 | CA66383 | XS0245728547 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/24/13 (PAR) | EUR | 900,000.00 | 57533.00 | CA66396 | XS0371621672 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/22/12 (FMV) | EUR | 2,400,000.00 | 57712.00 | CA66388 | XS0283703345 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/27/16 (FMV) | EUR | 3,000,000.00 | 58489.01 | 6052400 | XS0248282120 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 12/6/2008 (Par) | EUR | 1,710,000.00 | 58781.05 | 6050638 | XS0158383454 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 10/4/2010 (Par) | USD | 40,000.00 | 58781.05 | 6032973 | XS0323108265 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/12 EU (PAR) | EUR | 28,000.00 | 58781.05 | 6032983 | XS0344557839 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/12 EU (PAR) | EUR | 4,000.00 | 58781.05 | 6032983 | XS0344557839 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 20,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 46,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 20,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 12,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 6,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/2012 (Par) | USD | 84,000.00 | 58781.05 | 6032982 | XS0344556864 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 10/4/2010 (Par) | USD | 189,000.00 | 58781.05 | 6032973 | XS0323108265 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/13/12 EU (PAR) | EUR | 145,000.00 | 58781.05 | 6032983 | XS0344557839 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 03/09/17 (PAR) | EUR | 1,172,000.00 | 58781.05 | 6033030 | XS0287569924 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 2/1/2018 (Par) | USD | 840,000.00 | 58781.05 | 6046471 | XS0339480005 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/20/2018 (Par) | USD | 800,000.00 | 58781.05 | 6050648 | XS0350115878 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/12/11 EU (PAR) | EUR | 457,000.00 | 58781.05 | 6033013 | XS0197173643 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 4/28/13 (PAR) | EUR | 950,000.00 | 58781.05 | 6033037 | XS0359123634 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | GBP | 2,210,000.00 | 58781.05 | 6033039 | XS0251195847 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | GBP | 360,000.00 | 58781.05 | 6033039 | XS0251195847 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/1/12 E (FMV) | EUR | 1,200,000.00 | 58781.05 | 6046488 | XS0218261625 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | GBP | 1,990,000.00 | 58781.05 | 6033039 | XS0251195847 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/31/12 SX (FMV) | EUR | 40,000.00 | 58781.05 | 6032970 | XS0344442420 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/1/2009 (Par) | EUR | 500,000.00 | 58781.05 | 6032987 | XS0291646577 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/19/2013 (FMV) | EUR | 3,000,000.00 | 58781.05 | 6032969 | XS0271893694 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/22/2009 (FMV) | EUR | 232,000.00 | 58781.05 | 6032971 | XS0271820978 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 10/26/2009 (FMV) | EUR | 300,000.00 | 58781.05 | 6033023 | XS0214267923 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 3.63% 3/2/12 (FMV) | EUR | 1,000,000.00 | 58781.05 | | | |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 11/29/09 (FMV) | USD | 301,000.00 | 58781.05 | 6033033 | XS0204933997 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 12/9/10 (FMV) | EUR | 150,000.00 | 58781.05 | 6033035 | XS0236535679 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 11/2/2012 (FMV) | EUR | 1,193,000.00 | 58781.05 | 6032975 | DE000A0TLL96 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 6/29/2009 (Par) | USD | 125,000.00 | 58781.05 | 6033040 | XS0308389807 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/30/10 (BC) (FMV) | EUR | 1,194,000.00 | 58781.05 | 6033007 | XS0223700658 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 10/26/12 UBS (FMV) | EUR | 1,115,000.00 | 58781.05 | 6032972 | FI0003025379 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/22/12 UB (FMV) | EUR | 250,000.00 | 58781.05 | 6032996 | XS0300418281 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/17/2010 (FMV) | USD | 300,000.00 | 58781.05 | 6033002 | XS0369418040 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/30/10 (BC) (FMV) | EUR | 33,000.00 | 58781.05 | 6033007 | XS0223700658 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/19/2016 (FMV) | EUR | 350,000.00 | 58781.05 | 6032968 | XS0237304059 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/17/2011 (FMV) | EUR | 350,000.00 | 58781.05 | 6032976 | XS0210326202 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/29/2013 (FMV) | EUR | 350,000.00 | 58781.05 | 6032978 | XS0259672599 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/1/2013 (FMV) | EUR | 810,000.00 | 58781.05 | 6032981 | XS0210782552 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/20/2010 (FMV) | USD | 6,000,000.00 | 58781.05 | 6033017 | XS0230515834 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/12/2012 (FMV) | EUR | 550,000.00 | 58781.05 | 3220091013SEB0610116 | FI0003026559 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 2.5% 12/15/11 (FMV) | GBP | 600,000.00 | 58781.05 | 6033021 | XS0276245700 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/19/2016 (FMV) | EUR | 50,000.00 | 58781.05 | 6032968 | XS0237304059 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/17/2011 (FMV) | EUR | 150,000.00 | 58781.05 | 6032976 | XS0210326202 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/29/2013 (FMV) | EUR | 300,000.00 | 58781.05 | 6032978 | XS0259672599 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/20/2011 (FMV) | USD | 1,900,000.00 | 58781.05 | 6033011 | XS0223920348 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/14/2014 (FMV) | EUR | 2,550,000.00 | 58781.05 | 6033009 | XS0309485729 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/15/2010 (FMV) | EUR | 184,000.00 | 58781.05 | 6033016 | XS0228149075 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/7/2009 (PAR) | EUR | 602,000.00 | 58781.05 | 6046254 | XS0298614552 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 794,000.00 | 58781.05 | 6041191 | XS0268043709 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/16/2015 (FMV) | EUR | 1,688,000.00 | 58781.05 | 6032984 | XS0211093041 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/23/2014 (FMV) | EUR | 593,250.00 | 58781.05 | 6032997 | DE000A1HBEY1 (Previously DE000A0TVK20) | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/23/2014 (FMV) | EUR | 197,750.00 | 58781.05 | 6032997 | DE000A1HBEY1 (Previously DE000A0TVK20) | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/17/2014 (FMV) | USD | 506,250.00 | 58781.05 | 6033010 | DE000A1HB472 (Previously DE000A0TPVQ8) | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/17/2014 (FMV) | USD | 168,750.00 | 58781.05 | 6033010 | DE000A1HB472 (Previously DE000A0TPVQ8) | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 1,395,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 1,200,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 1,500,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 3.5% 10/31/11 (FMV) | USD | 6,000,000.00 | 58781.05 | 6033022 | XS0271671793 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 4/27/2017 (FMV) | USD | 5,100,000.00 | 58781.05 | 6032992 | XS0297741539 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/3/2009 (FMV) | EUR | 6,600,000.00 | 58781.05 | 6032988 | XS0245046544 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/25/2018 (Par) | USD | 580,000.00 | 58781.05 | 6032986 | XS0344549067 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 6/22/2009 (Par) | USD | 30,000.00 | 58781.05 | 6033003 | XS0370358151 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/30/2009 (FMV) | EUR | 150,000.00 | 58781.05 | 6033019 | XS0293138813 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/9/2009 (FMV) | USD | 60,000.00 | 58781.05 | 6033020 | XS0288704264 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 424,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/14/2014 (FMV) | EUR | 230,000.00 | 58781.05 | 6033009 | XS0309485729 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/9/2009 (FMV) | USD | 60,000.00 | 58781.05 | 6033020 | XS0288704264 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 975,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/16/2013 (FMV) | USD | 750,000.00 | 58781.05 | 6032995 | DE000A1HBEZ8 (previously DE000A0TVAJ5) | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 159,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 45,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 122,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/31/2018 (Par) | USD | 1,500,000.00 | 58781.05 | 6032989 | XS0353875015 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 240,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/14/2014 (FMV) | EUR | 320,000.00 | 58781.05 | 6033009 | XS0309485729 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 120,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/1/2020 (Par) | EUR | 1,500,000.00 | 58781.05 | 6033012 | XS0368926506 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 7/14/2014 (FMV) | EUR | 400,000.00 | 58781.05 | 6033009 | XS0309485729 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 71,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 42,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 15,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 3,488,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 7/8/2014 (FMV) | EUR | 1,500,000.00 | 58781.05 | 6033041 | XS0372163054 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/23/2012 (FMV) | USD | 19,550,000.00 | 58781.05 | 6032977 | XS0183360063 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 11/5/10 (PAR) | EUR | 1,500,000.00 | 58781.05 | 6033034 | XS0328401830 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 60,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 44,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 72,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 30,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/31/18 (PAR) 2 | USD | 86,000.00 | 58781.05 | 6032990 | XS0353873408 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/25/10 (FMV) | EUR | 450,000.00 | 58781.05 | 6032999 | XS0218961109 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 693,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 21,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 18,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 28,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 41,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 39,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 35,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/13/09 (FMV) | EUR | 95,000.00 | 58781.05 | 6032994 | XS0274127009 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/23/14 (FMV) 2 | EUR | 2,250,000.00 | 58781.05 | 6032998 | XS0253857642 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 51,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 44,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 11/5/10 (PAR) | EUR | 219,000.00 | 58781.05 | 6033034 | XS0328401830 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 32,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 11/17/09 (FMV) | EUR | 1,800,000.00 | 58781.05 | 6032974 | XS0233810521 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 25,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 51,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 20,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 20,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 39,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 20,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 136,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 35,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 20,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 50,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 24,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 12,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 14,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 20,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 1/19/2016 (FMV) | EUR | 50,000.00 | 58781.05 | 6032968 | XS0237304059 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/17/2011 (FMV) | EUR | 50,000.00 | 58781.05 | 6032976 | XS0210326202 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/29/2013 (FMV) | EUR | 50,000.00 | 58781.05 | 6032978 | XS0259672599 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 37,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 35,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 96,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 183,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 57,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 116,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 40,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 50,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 50,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 35,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 32,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 46,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 20,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 15,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 10,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 37,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 16,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 10,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 25,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 5/17/35 (FMV) | EUR | 15,000.00 | 58781.05 | 6033038 | XS0218304458 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 11/2/2035 (FMV) | EUR | 11,000.00 | 58781.05 | 6033024 | XS0232364868 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 45,000.00 | 58781.05 | 6033036 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 30,000.00 | 58781.05 | 6033026 | XS0229584296 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 6,000.00 | 58781.05 | 6033028 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/4/2013 (FMV) | USD | 156,000.00 | 58781.05 | 6032991 | XS0349054360 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.5% 7/5/16 (FMV) | EUR | 71,000.00 | 58781.05 | 6033029 | XS0252173066 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/09/09 (FMV) | EUR | 109,000.00 | 58781.05 | 6032980 | XS0185349916 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 5/8/2012 (FMV) | USD | 204,000.00 | 58781.05 | 6033000 | XS0292248977 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 4/23/14 (PAR) | EUR | 59,000.00 | 58781.05 | 6034770 | XS0189294225 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 1.5% 10/25/11 (FMV) | EUR | 500,000.00 | 58781.05 | 6034769 | XS0271201484 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 114,000.00 | 58781.05 | 6032979 | XS0268043709 | 30 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 4/23/14 (PAR) | EUR | 51,000.00 | 58781.05 | 6034770 | XS0189294225 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 125,000.00 | 58781.05 | 6050789 | XS0268043709 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 4/23/14 (PAR) | EUR | 11,000.00 | 58781.05 | 6050790 | XS0189294225 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 11/26/13 (PAR) | EUR | 88,000.00 | 58781.05 | 6050791 | XS0178969209 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/18/15 (FMV) | EUR | 250,000.00 | 58781.05 | 6055677 | XS0213971210 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 8/28/2009 (FMV) | EUR | 2,700,000.00 | 58781.06 | 6033015 | XS0263871674 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 2.875% 3/13 (PAR) | CHF | 9,000,000.00 | 58885.01 | 6053404 | CH0029197156 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 2.875% 3/13 (PAR) | CHF | 3,000,000.00 | 58885.01 | 6053404 | CH0029197156 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/1/17 (FMV) | EUR | 4,500,000.00 | 58892.00 | CA75818 | XS0213593865 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 140,200.00 | 58980.07 | 6038313 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 8.25% 3/2035 (FMV) | EUR | 234,800.00 | 58982.05 | 6038326 | XS0213416141 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7% 6/6/17 (FMV) | EUR | 1,110,000.00 | 59098.25 | 6046166 | XS0220152069 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 5% 2/28/32 (FMV) | EUR | 479,000.00 | 59098.26 | 6028926 | XS0288702052 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 9/7/12 (FMV) | USD | 455,000.00 | 59202.11 | 6046442 | XS0318224598 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/12/09 (FMV) | USD | 210,000.00 | 59202.13 | 6046447 | XS0352912371 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 2/1/10 (FMV) | USD | 60,000.00 | 59538.00 | 9554924 | XS0342303400 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 4/2/10 (FMV) | EUR | 81,000.00 | 59544.00 | 9554997 | XS0290588572 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 1/31/15 (FMV) | EUR | 154,000.00 | 59604.00 | 9554933 | XS0338465254 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/29/09 (FMV) | USD | 90,000.00 | 59609.00 | 9554938 | XS0336927909 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 4.6% 7/6/16 (PAR) | EUR | 2,000,000.00 | 59725.00 | 6059378 | XS0258715456 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 3/8/10 (FMV) | CHF | 129,000.00 | 59833.00 | 6059302 | XS0186243118 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6% 2/15/35 (FMV) | EUR | 185,000.00 | 60722.00 | CA29429 | XS0210433206 | 30 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 8/17/20 (FMV) | EUR | 4,500,000.00 | 63603.04 | CA62622 | XS0226955396 | 02 November 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 6.25% 9/5/11 (FMV) | EUR | 181,000.00 | 63604.06 | 2013200910151864156 | DE000A0TX6H7 | 02 November 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 7.25% 10/35 (FMV) | EUR | 160,000.00 | 64031.00 | CA29428 | XS0229584296 | 02 November 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0% 10/10/13 (PAR) | EUR | 600,000.00 | 64062.01 | CA16639 | XS0176153350 | 27 October 2009 |

| Transferor | SyCode | Currency | Notional Amount of Claim Transferred | Claim Number | Block Number | ISIN | Date Claim Filed |
|---|---|---|---|---|---|---|---|
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 3/25/14 (FMV) | EUR | 300,000.00 | 66384.04 | CA17683 | DE000A0G4LS9 | 26 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 551,000.00 | 66501.04 | 9404527 | XS0268043709 | 15 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 12/5/2010 (FMV) | EUR | 1,024,000.00 | 66501.33 | 9404527 | XS0268043709 | 15 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY 0 2/1/2013 (FMV) | EUR | 630,000.00 | 66792.01 | CA15459 | XS0210782552 | 29 October 2009 |
| SILVER POINT CAPITAL FUND, LP | LEH TSY FRN 10/25/12 (FMV) | CHF | 1,194,000.00 | 555829.26 | 9494627 | XS0270828584 | 29 October 2009 |