K&L GATES LLP
John A. Bicks, Esq.
Eunice Rim Hudson, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

*Attorneys for Tobacco Settlement Financing Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :        Case No. 08-13555 (JMP)
                                                    :
                                                    :        (Jointly Administered)
                         Debtors.                   :
                                                    :
---------------------------------------------------------------------x

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        NATHANAEL F. MEYERS, being duly sworn, deposes and says:

        1.      I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

        2.      On March 14, 2013, I served  true and correct copies of: (A) the Response of Tobacco Settlement Financing Corporation to Debtors' Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims), Docket No. 35919 (the "Response"); (B) the Declaration of Peter Shapiro in Support of The Response, Docket No. 35920; and (C) the

NY-1037271 v1

Declaration of Alejandro J. Valella in Support of The Response, Docket No. 35921, by hand

delivery upon the persons and at the addresses as set forth on the attached service list.

By: _____
Nathanael F. Meyers

Sworn to before me this
18th day of March, 2013

_____
Notary Public

JANE LIPPMAN PINKETT
Notary Public, State of New York
No. 01PI5015505
Qualified in Queens County
Commission Expires July 19, 2013

- 2 -

## SERVICE LIST

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert Lemons, Esq.
     and Ralph Miller, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Elisabeth Gasparini, Esq.
     and Andrea Schwartz, Esq.

Jones Day
222 East 41st Street
New York, New York  10017-6702
Attn:  Lauri Washington Sawyer, Esq. and
     I-Heng Hsu, Esq.