WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                            :
**In re**                                        :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                            :
                    Debtors.                     :    **(Jointly Administered)**
                                                            :
                                                            :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE ONE**
**HUNDRED TWENTY-SECOND OMNIBUS OBJECTION**
**TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, is withdrawing without prejudice its One Hundred

Twenty-Second Omnibus Objection to Claims (No Liability Claims) [ECF 16046], solely with

<u>respect to Claim No. 32086 of Jonathan H. Rothstein</u>.

Dated: March 18, 2013
       New York, New York

    <u>/s/ Robert J. Lemons</u>
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers Holdings Inc.
    and Certain of Its Affiliates

US_ACTIVE:\44219407\1\58399.0011