UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
             Debtors.                             :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 18841, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by OCM Opportunities Fund VIIb Delaware, L.P. (the "Claimant") in the amount of $626,783.75 (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims, including, without limitation, any other claims asserted against Lehman Brothers Holdings Inc. or its affiliates by Claimant or its affiliates.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on March 6, 2013, the issuance of which was noticed in a filing with the Court on March 8, 2013 [ECF No. 35801]. Notwithstanding, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: March 14, 2013
       Los Angeles, California

OCM OPPORTUNITIES FUND VIIb DELAWARE, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, CA 90071

By: Oaktree Fund GP, LLC
Its: General Partner

By: Oaktree Fund I, L.P.
Its: Managing Member

By: _____
Name: Richard Ting
Title: Authorized Signatory

By: _____
Name: MAHESH BALAKRISHNAN
Title: AUTHORIZED SIGNATORY

Dated: March 15, 2013
       New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*