



US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Steele
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 07. März 2013

**claim #59048**

Dear Sir or Madam,

please note that claim #59048 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Steele        Danijela Gunnesch

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.)
Stephan Isenberg, Roland Schubert

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:  DE 122786951

2012-07

# ERNA BAUR-STIFTUNG

Bethmann Bank AG
Post...
2 6. Feb. 2013
Leg...

Sechslingspforte 2
22087 Hamburg
Tel.: 226 67-7

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)
Claim Number: 59048**

We would like to inform you that Erna Baur-Stiftung who filed the claim Number 59048 on 10/30/2009 has assigned the rights arising out of this claim corresponding with the following securities

Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) 25.MAI (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of a face value (purchase date: May 16th, 2008) of USD 70,955.29 (EUR 50,250.00)

to
**Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.**

Bethmann Bank AG has agreed to this assignment. Both Erna Baur-Stiftung and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

BANK: Delbrück Bethmann Maffei AG, HAMBURG (BLZ 501 203 83)
KONTO-NR. 0019002575

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 26.02.2013                    Hamburg, 6.2.2013

Bethmann Bank AG                         Erna Baur-Stiftung
(Assignee)                               (Assignor)


(Jochen Weber) (Oliver Körner)           (Erna Baur-Stiftung)