**✳UBS**

**UBS AG**
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel.+41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004



# Message

March 4, 2013

**subject** **Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555**

On behalf of          Attention: Clerk of the Court

you are receiving      1 Evidence of Transfer of Claim between Hyposwiss Private Bank Ltd, Zurich and UBS
AG, Zurich dated 26.2.2013

| | | | | | |
|---|---|---|---|---|---|
| ☐ for your information | | ☐ returned with thanks | | ☐ please return | |
| ☒ for your records | | ☐ please comment | | ☒ please confirm receipt | |
| ☐ as agreed | | ☐ please sign | | ☒ please process | |
| ☐ please complete | | ☐ please forward to | | | |

Remarks
TOCE044  USD 22'309.48 Claim Amount / CHF 25'000.00 Face Amount  2488815    XS0248620899

Transferor: Hyposwiss Private Bank Ltd
Initial Claim Number 40664
Transferee: UBS AG, Attn. Securities OQ9C/O5GC, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E        05.2005        J1



## EVIDENCE OF TRANSFER OF CLAIM

### TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Private Bank Ltd** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Bahnhofstrasse 45, CHF-8001 Zurich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No.40664**) of **USD 22'309.48** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON February 26, 2013 .

**Hyposwiss Private Bank Ltd**


By:_____
Name: Oriana Scheuss
Title:   Member of Management

By: _____
Name: Pascal Schmid
Title:  Member of Management

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0248620899 | 40664 | October 15, 2009 | Lehman Brothers Holdings Inc | USD 22'309.48 |