B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>,   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)
Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Burlington Loan Management Limited</u>       <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                             Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>17734</u>
should be sent:                                Amount of Claim Transferred: <u>$40,252,501.00</u>
                                               Date Claim Filed: <u>9/18/2009</u>
Attn: Jennifer Donovan                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
65 East 55th Street, 19th Floor
New York, New York 10022
Tel: 212.446.4018
Email: <u>jdonovan@dkpartners.com</u>

Phone:_____             Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

By: _____    Date: 3/19/2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.