# United States Bankruptcy Court
## Southern District of New York

In re:  Lehman Brothers Holdings Inc            Case No.   08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ADK Soho Fund**
Name of Transferee

**Yorvik Partners LLP**
Name of Transferor

Name and Address where notices to transferee should be sent:
155 Wooster Street
New York, NY 10012
United States

e-mail:  micah@adkcapital.com

Tel :   +1 212 230 4536

Court Claim # (if known):  59233

Amount of Claim:  0.629054452526047% of the total filed under Claim number 59233

Date Claim Filed:    28 OCTOBER 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: March 19, 2013
    Transferee/Transferee's Agent

By: _____          Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.