# U.S. BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### AT MANHATTAN

### WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION

**IN  RE:** LEHMAN BROTHERS HOLDINGS INC
745 SEVENTH AVE
NEW YORK, NY 10019

**Case No.:**    08-13555
**Chapter:**    11
**Claim Date:** 3/13/2013

The State of Ohio Department of Taxation hereby withdraws its claim #4644 in the amount of **$1,890,760.01** in the above-captioned proceedings.   Said claim was filed in error and is therefore **WITHDRAWN.**

Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH   43216-0530

FILED / RECEIVED

MAR 19 2013

EPIQ BANKRUPTCY SOLUTIONS, LLC

Contact Information: #614-752-6864 / Fax#614-995-0164 / Email: rebecca_daum@tax.state.oh.us



UNITED STATES POSTAGE

PITNEY BOWES

$ 00.384
02 1A
0004623153    MAR 14 2013
MAILED FROM ZIP CODE 43229

PRESORTED
FIRST CLASS

FILED / RECEIVED

MAR 1 9 2013

EPIQ SYSTEMS

**Ohio** | **Department of Taxation**

P.O. Box 530
Columbus, OH 43216-0530

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076

013  BOH-43B  10150