**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :   08-13555 (JMP)
                                                :
                     Debtors.                   :   (Jointly Administered)
-------------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF CLAIM OBJECTION WITH PREJUDICE

**PLEASE TAKE NOTICE** that the *Two Hundred Eightieth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 27358] is hereby withdrawn with prejudice *solely* with respect to the claim set forth on Exhibit A attached hereto.

Dated:  March 19, 2013
          New York, New York

                **CURTIS, MALLET-PREVOST,
          COLT & MOSLE LLP**

                By:  */s/ L. P. Harrison 3rd*
                    L. P. Harrison 3rd
                    Cindi Eilbott Giglio
                101 Park Avenue
                New York, New York 10178-0061
                Telephone: (212) 696-6000
                Facsimile:  (212) 697-1559

                *Counsel for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates*

14462347

## EXHIBIT A

| **Claimant Name** | **Claim No.** |
|---|---|
| Brookfield Properties One WFC Co. LLC | 30077 |

14462347