B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BNP Paribas Securities Corp. | BNP Paribas |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BNP Paribas Securities Corp.
Attn: Evan Gianoukakis
787 Seventh Avenue
New York, NY 10019

Court Claim # (if known): 67938
Amount of Claim: $335,507,129.32
Amount of Claim Transferred: $195,553,765.98 in respect of only those portions of the claim specified on the attached Evidence of Transfer
Date Claim Filed: March 2, 2012
Debtor: Lehman Brothers Holdings Inc.

Phone: (212) 841-2063

Phone: +44 (0)20 7595 2438

Name and Address where transferee payments should be sent (if different from above):

Phone: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BNP Paribas Securities Corp.

By: _____

By: _____[signature]_____  Patrick McKee   Date: 3/19/2013
Transferee/Transferee's Agent
Title: Authorized Representative
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Name: Matthew Subner
Title: Authorized Representative    Date: 03/19/2013

773283v.1 445/01703

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67938

BNP PARIBAS, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

BNP PARIBAS SECURITIES CORP.

its successors and assigns ("Buyer"), all rights, title and interest in and to that part of the claim of Seller against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, that relates to the guarantee given in respect of Lehman Brothers International (Europe) ("LBIE") which primary claim has been admitted in the administration of LBIE in the principal amount of £95,601,841.45 ("Claim") (as set forth in section (i) (Mitsui Letters of Credit Claims), section (ii) (LBIE OSLA Claims), section (iii) (LBIE ISDA Claims) and section (v) (LBIE GMRA Claims) of part D of claim no: 67938 against the Debtor in the amount of no less than USD195,553,765.98).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __12 March__, 2013.

SELLER

BNP PARIBAS

By: _____
Name: Monique Hill
Title: Managing Director

Name: EVAN G. _____
Title: MD

BUYER

BNP PARIBAS SECURITIES CORP.

By: _____
Name: Matthew Sulvner
Title: Authorized Representative

Name: Patrick McKee
Title: Authorized Representative

0092678-0000030 BK:23406779.2                    1