B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u> Debtors.　　　　Case No. <u>08-13555 (JMP)</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Successal Group LLC</u> | <u>BNP Paribas Securities Corp.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Successal Group LLC
c/o Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281
Attn: Larry Halperin
Tel: (212) 530-1870
Email: lhalperin@rkollp.com

Court Claim # (if known): <u>67938</u>
Amount of Claim: <u>$335,507,129.32</u>
Amount of Claim Transferred: <u>$195,553,765.98</u> **in respect of only those portions of the claim specified on the attached Evidence of Transfer**
Date Claim Filed: <u>March 2, 2012</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

773283v.1 445/01703

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Successal Group LLC**
By:  Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Successal Group LLC

By: *Richards Kibbe & Orbe LLP*            Date: 3/19/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

773283v.1 445/01703

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67938

**BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SUCCESSAL GROUP LLC**

its successors and assigns ("Buyer"), all rights, title and interest in and to that part of the claim of Seller against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, that relates to the guarantee given in respect of Lehman Brothers International (Europe) ("LBIE") which primary claim has been admitted in the administration of LBIE in the principal amount of £95,601,841.45 ("Claim") (as set forth in section (i) (Mitsui Letters of Credit Claims), section (ii) (LBIE OSLA Claims), section (iii) (LBIE ISDA Claims) and section (v) (LBIE GMRA Claims) of part D of claim no: 67938 against the Debtor in the amount of no less than USD195,553,765.98).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___March 12___, 2013.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | SUCCESSAL GROUP LLC<br>By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Successal Group LLC |
| By: _(signature)_<br>Name: Matthew Salvner<br>Title: Authorized Representative<br><br>_(signature)_<br>Name: Patrick McKee<br>Title: Authorized Representative | By: _____<br>Name:<br>Title: Authorized Signatory |

0092678-0000030 BK:23406814.2      1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim No.: 67938

**BNP PARIBAS SECURITIES CORP.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

SUCCESSAL GROUP LLC

its successors and assigns ("Buyer"), all rights, title and interest in and to that part of the claim of Seller against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, that relates to the guarantee given in respect of Lehman Brothers International (Europe) ("LBIE") which primary claim has been admitted in the administration of LBIE in the principal amount of £95,601,841.45 ("Claim") (as set forth in section (i) (Mitsui Letters of Credit Claims), section (ii) (LBIE OSLA Claims), section (iii) (LBIE ISDA Claims) and section (v) (LBIE GMRA Claims) of part D of claim no: 67938 against the Debtor in the amount of no less than USD195,553,765.98).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ___March 12___, 2013.

| SELLER | BUYER |
|---|---|
| BNP PARIBAS SECURITIES CORP. | SUCCESSAL GROUP LLC<br>By: Richards Kibbe & Orbe LLP, as authorized signatory and not in the capacity as legal counsel to Successal Group LLC |
| By: _____<br>Name:<br>Title: | By: _(signature)_<br>Name: TIMOTHY LIN<br>Title: Authorized Signatory |

0092678-0000030 BK:23406814.2                    1