UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :   Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., et al                       :   Case No. 08-13555 (JMP)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
                                                           :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Debbie Laskin, being duly sworn according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, counsel to CF Midas Balanced Growth Fund in the above-captioned case, and that on February 25, 2013, she caused a copy of the following to be served as indicated upon the parties identified on the attached service list:

Notice of Appeal [D.I. 35458]

_____
Debbie Laskin

SWORN TO AND SUBSCRIBED before me this 27th day of February, 2013.

_____
Notary Public

ERICA A. BROYLES
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 6, 2013

01:13365062.1

BY FIRST CLASS MAIL

Richard P. Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

01:13365062.1