Kristin S. Elliott
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Tata Consultancy Services Ltd.,*
*Tata America International Corporation and*
*Tata Sons Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) | Case No. 08-13555 (jmp) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF CERTAIN PROOF OF CLAIMS OF**
**TATA CONSULTANCY SERVICES, TATA AMERICA INTERNATIONAL CORPORATION**
**AND TATA SONS LIMITED AGAINST LEHMAN BROTHERS HOLDINGS INC.**

PLEASE TAKE NOTICE that Tata Consultancy Services Ltd., Tata America International Corporation and Tata Sons Limited hereby withdraw, pursuant to Bankruptcy Rule 3006, certain Proofs of Claim filed against Lehman Brothers Holdings Inc. ("LBHI") in chapter 11 case no. 08-13555 and authorize the Clerk of this Court, or LBHI's duly appointed claims agent, to reflect this withdrawal on the official claim register for LBHI.

| Claim No. | Creditor | Date Filed | Debtor | Amount |
|---|---|---|---|---|
| 17547 | Tata Consultancy Services Ltd. | 9/18/2009 | LBHI | $1,507,178.00 |
| 17548 | Tata America International Corporation and Tata Sons Limited, through its operating division Tata Consultancy Services Ltd. | 9/18/2009 | LBHI | $259,610.19 |

08-13555-mg    Doc 36074    Filed 03/20/13    Entered 03/20/13 11:01:02    Main Document
        Pg 2 of 2

      PLEASE TAKE FURTHER NOTICE that this withdrawal of claim is made without prejudice to any other claims, rights at law or equity, or rights of action Tata Consultancy Services Ltd., Tata America International Corporation, Tata Sons Limited or any of their affiliates or subsidiaries may have against LBHI, any other Debtor or person, all of such claims and rights being expressly reserved.

Dated: March 19, 2013          **KELLEY DRYE & WARREN LLP**

By: */s/ Kristin S. Elliott*
    Kristin S. Elliott
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for Tata Consultancy Services Ltd., Tata America International Corporation and Tata Sons Limited*