Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)
                                                                 (**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                Name of Transferor

**Deutsche Bank AG, London Branch**              **PB Capital Corporation**

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch            Court Claim # (if known): 13783
Winchester House, 1 Great Winchester Street
London EC2N 2DB                            Amount of Claim: $23,547,308.39 (plus all interest,
Tel: +44 20 7547 2400                      costs and fees relating to this claim)
Fax: +44 113 336 2010
Attention: Michael Sutton/Simon Glennie    Date Claim Filed: 16 September 2009
E-mail:
Michael.sutton@db.com/simon.glennie@db.com

                                           Tel: N/A
Last Four Digits of Acct. #:  N/A          Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____        Date: ____18 MARCH 2013____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Simon Glennie
Vice President

Philipp Roever
Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:           CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT
              OF NEW YORK

AND TO:       LEHMAN BROTHERS HOLDINGS INC.

CLAIM NO:     13783

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PB CAPITAL CORPORATION** (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11, Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $23,547,308.39, docketed as Claim No. 13783, (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _13_ day of _March_ 2013.

**PB CAPITAL CORPORATION**

By: _____          By: _____
Name:   Thomas Schmidt                Name:
Title:  Treasurer                     Title:   Mina Mei
        Managing Director                      Senior Director

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
Name:                                 Name:
Title:                                Title:   Michael Sutton
        Simon Glennie                          Managing Director
        Vice President