# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc          Case No.   08-13555 (JMP)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Corre Opportunities Fund LP** | **Yorvik Partners LLP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 20812 |
| 1370 Avenue of the Americas, 29th Floor<br>New York, New York 10019 | Amount of Claim: 100% of the total filed under Claim number 20812 |
| e-mail: kevin.barrett@correpartners.com | Date Claim Filed:   21 September 2009 |
| Tel : +1-646.863.7155 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 2/13/13
    Transferee/Transferee's Agent

By: _____    Date: 26 Feb 2013
    Transferor/Transferor's Agent
    LARS LEMONIUS
    PARTNER

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.