**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                                  :     Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :     08-13555 (JMP)
                                                                       :     (Jointly Administered)
                              Debtors.                        :
                                                                       :     Ref. Docket Nos. 35108, 35111,
                                                                       :     35313, 35315, 35317, 35322, 35326,
                                                                       :     35417-35422, 35429, 35432, 35433-
                                                                       :     35435, 35439, 35441-35445
                                                                       :
------------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                            ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                   */s/ Lauren Rodriguez*
                                                                                   Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers_35108, 35111, 35313, 35315, 35317, 35322, 35326, 35417-35422, 35429, 35432, 35433-35435, 35439 & 35441-35445_Aff 3-1-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                           |
In re                                      |   Chapter 11 Case No.
                                           |
                                           |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,     |
                                           |   (Jointly Administered)
                                           |
              Debtors.                     |
                                           |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
        To:  ALSTON INVESTMENTS LLC
             TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
             C/O ELLIOTT MANAGEMENT CORPORATION
             ATTN: ELLIOT GREENBERG, RAJAT BOSE
             40 WEST 57TH STREET
             NEW YORK NY 10019
```

Please note that your claim # 46900-01 in the above referenced case and in the amount of
     $2,409,750.00   allowed at $2,412,479.81       has been transferred **(unless previously expunged by court order)**

```
        GOLDMAN, SACHS & CO.
        TRANSFEROR: ALSTON INVESTMENTS LLC
        ATTN: MICHELLE LATZONI
        30 HUDSON STREET, 5TH FLOOR
        JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35433      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/01/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2013.

EXHIBIT B

TIME: 10:33:14
DATE: 03/01/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG, RAJAT BOSE 40 WEST 57TH STREET NEW YORK NY 10019 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CANTOR FITZGERALD & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ELLIOTT MANAGEMENT CORPORATION; ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CANTOR FITZGERALD & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O ELLIOTT MANAGEMENT CORPORATION; ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED ATTN: MICHAEL STEPHAN 40 W. 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUSAON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH, PIERCE FENNER & SMITH,INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: LIXYOR/YORK FUND, LTD. ATTN: GREGORY W PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: YORK CAPITAL MANAGEMENT, LP ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:33:14                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 03/01/13                                          CREDITOR LISTING

Name                                              Address
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
RAPAX OC MASTER FUND, LTD.                        TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MGMT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN ; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN:E FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINIGAN, 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN; 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM, L.P.                  TRANSFEROR: DEUTSCHE BANK AG C/O SEREGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES MM, L.P.                  TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP               TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN, 632 BROADWAY, 12TH FL NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS, LP              TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL
                                                  NEW YORK NY 10012
SOLA LTD                                          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                       TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD          TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                            TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
ULTRA MASTER LTD                                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                  410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022


Total Number of Records Printed                   66
```

EPIQ BANKRUPTCY SOLUTIONS, LLC