UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | IS Anderson<br>14 Kippington Road, Sevenoaks<br>Kent, TN13 2LH, United Kingdom |
| Claim Number (if known): | 17138 |
| Date Claim Filed: | October 8, 2009 |
| Total Amount of Claim Filed: | $1,558 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Mr. |
|---|---|
| Printed Name: IAN ANDERSON | Dated: 18/12/12 |

US_ACTIVE:\44096563\1\58399.0011