Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                     :    Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS INC.,            :    Case No. 08-13555 (JMP)
                                          :
Debtor.                                   :    (Jointly Administered)
                                          :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS

PLEASE TAKE NOTICE that State Street Bank and Trust Company, through its undersigned counsel, hereby withdraws, with prejudice, its Limited Objection of State Street Bank and Trust Company to Assumption of Agreement as Set Forth in Plan Supplement, filed on November 4, 2011 [docket no. 21596; related to docket no. 21254].

Dated: March 20, 2013
      New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for State Street Bank and Trust Company*

A/75462835.1