WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    **08-13555 (JMP)**
                                              :
                      Debtors.                :    **(Jointly Administered)**
                                              :
                                              :
-----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THREE HUNDRED
### SIXTIETH OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Sixtieth

Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled

originally for November 20, 2012 at 10:00 a.m. (Prevailing Eastern Time), and previously

adjourned to March 28, 2013, **has been further adjourned, solely with respect to the claim**

**listed on Exhibit A annexed hereto, to April 25, 2013, at 10:00 a.m. (Prevailing Eastern**

**Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held

before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:  March 20, 2013
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

**Exhibit A**

**Adjourned Claims:**

| Claimant Name | Claim Number |
|---|---|
| ING AM Interfinance Services BV | 10348 |