UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                :

In re                          :         Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :         08-13555 (JMP)
                                :         (Jointly Administered)

                  Debtors.        :
                                :

-------------------------------------------------------------------x      Ref. Docket Nos. 35262, 35432,
                                                35435 & 35440

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 1, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                     */s/ Lauren Rodriguez*
                                     Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re                                                    |    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                   |    08-13555 (JMP)

                                                         |    (Jointly Administered)

                          Debtors.                       |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    ELLIOTT ASSOCIATES, L.P.
               TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE
               C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN
               40 WEST 57TH STREET
               NEW YORK NY 10019


Additional:


Transferee:    BARCLAYS BANK PLC
               ATTN: DANIEL MIRANDA
               745 SEVENTH AVENUE, 2ND FLOOR
               NEW YORK NY 10019


Your transfer   of claim #   66962-07   is defective for the reason(s) checked below:

Other                                    REQUESTED TRANSFER AMOUNT EXCEEDS AMOUNT CURRENTLY OWNED.


Docket Number 35262              Date 02/22/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 1, 2013.

EXHIBIT B

TIME: 10:33:47
DATE: 03/01/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|------|---------|
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES,L.P. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL,L.P. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302 |

Total Number of Records Printed    6

EPIQ BANKRUPTCY SOLUTIONS, LLC