T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers_33803, 34683, 34694, 35112, 35114, 35310 & 35377_Aff 3-4-13.doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                            :
In re                                       :       Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :       08-13555 (JMP)
                                            :       (Jointly Administered)
                Debtors.                    :
                                            :       Ref. Docket Nos. 33803, 34683, 34694,
                                            :       35112, 35114, 35310 & 35377
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 4, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   DEUTSCHE BANK AG,LONDON BRANCH
      TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP
      ATTN: RICH VICHAIDITH
      60 WALL ST., 3RD FLOOR
      NEW YORK NY 10005
```

Please note that your claim # 20121-51 in the above referenced case and in the amount of
$1,446,968.93   allowed at $783,437.63       has been transferred (**unless previously expunged by court order**)

```
      SOLUS RECOVERY FUND OFFSHORE MASTER LP
      TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH
      C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
      ATTN: SOLUS COMPLIANCE
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35310       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/04/2013                          Vito Genna, Clerk of Court


                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 4, 2013.

# EXHIBIT B

```
TIME: 20:31:06                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:  1
DATE: 03/04/13                                         CREDITOR LISTING

Name                                               Address
BBVA (SUIZA) S.A.                                  BANCO BILBAO VIZCAYA ARGENTARIAS, S.A. ATTN: ANA HIDALGO/ ELENA PRIETO PASEO DE LA CASELLANA, 81 - FLOOR 21 MADRID 28046 SPAIN
BBVA (SUIZA) S.A.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RU DE TILSITT PARIS 75008 FRANCE
BBVA (SUIZA) S.A.                                  ATTN: INIGO BERASALUCE / DIRECTOR ZELTWEG 63 ZURICH CH8021 SWITZERLAND
BBVA (SUIZA) S.A.                                  CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
DEUTSCHE BANK AG,LONDON BRANCH                     TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN, SACHS & CO.                               TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LYXOR/YORK FUND, LTD.                              TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
MERRILL LYNCH INTERNATIONAL                        TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC           TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC           TRANSFEROR: PERMAL YORK, LTD. ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
PERMAL YORK, LTD.                                  TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
RAPAX OC MASTER FUND, LTD.                         TRANSFEROR: SERENGETI RAPAX MM. L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
SERENGETI RAPAX MM. L.P.                           C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012-2614
SERENGETI RAPAX MM. L.P.                           C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: YI SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: BARCLAYS BANK PLC ATTN: YIU SHU C/O SERENGETI ASSET MANAGEMENT LP 632 BROADWAY 12TH FL NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: GOLDMAN, SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISOR ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SERENGETI RAPAX MM. L.P.                           TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SERENGETI ASSET MANAGEMENT LP; ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
SOLUS RECOVERY FUND OFFSHORE MASTER LP             TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed                    22
```

EPIQ BANKRUPTCY SOLUTIONS, LLC