SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for Fortress Value Recovery Fund I LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that, by and through its undersigned counsel, Fortress Value Recovery Fund I LLC (f/k/a D.B. Zwirn Special Opportunities Fund, LLC (f/k/a D.B. Zwirn Special Opportunities Fund, L.P.)) hereby withdraws proof of claim number 27000, filed against Lehman Brothers Holdings Inc.

Dated: New York, New York
       March 20, 2013

Respectfully submitted,

*/s/ Max S. Polonsky*
David M. Turetsky
Max S. Polonsky
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
(212) 735-3000 (tel.)
(212) 735-2000 (fax)

*Attorneys for Fortress Value Recovery Fund I LLC*