SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for LDVF1 Main FIP SarL*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that, by and through its undersigned counsel, LDVF1 Main FIP SarL hereby withdraws proof of claim number 26930, filed against Lehman Brothers Holdings Inc. For the avoidance of any doubt, LDVF1 Main FIP SarL does not withdraw any other proof of claim against any of the above-captioned debtors, including, without limitation, proof of claim number 26929, filed against Lehman Brothers Special Financing Inc.

Dated: New York, New York
       March 20, 2013

                                            Respectfully submitted,

                                            */s/ Max S. Polonsky*
                                            David M. Turetsky
                                            Max S. Polonsky
                                            Skadden, Arps, Slate, Meagher & Flom LLP
                                            Four Times Square
                                            New York, New York  10036
                                            (212) 735-3000 (tel.)
                                            (212) 735-2000 (fax)

                                            *Attorneys for LDVF1 Main FIP SarL*