SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for LDVF1 FIP SarL*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that, by and through its undersigned counsel, LDVF1 FIP SarL hereby withdraws proof of claim number 26927, filed against Lehman Brothers Holdings Inc. For the avoidance of any doubt, LDVF1 FIP SarL does not withdraw any other proof of claim against any of the above-captioned debtors, including, without limitation, proof of claim number 26926, filed against Lehman Brothers Special Financing Inc.

Dated:  New York, New York
        March 20, 2013

                                        Respectfully submitted,

                                        */s/ Max S. Polonsky*
                                        David M. Turetsky
                                        Max S. Polonsky
                                        Skadden, Arps, Slate, Meagher & Flom LLP
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000 (tel.)
                                        (212) 735-2000 (fax)

                                        *Attorneys for LDVF1 FIP SarL*