UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                          :
:    Ref. Docket Nos. 34628, 35018, 35230,
:    35368, 35373 & 35435
-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
     To:  ACADIA RJV, LLC
          C/O WILLIAM J. FOX
          LEHMAN BROTHERS HOLDINGS INC.
          1271 AVENUE OF THE AMERICAS; 40TH FLOOR
          NEW YORK NY 10020
```

Please note that your claim # 400001-01 in the above referenced case and in the amount of
     $808,452.62    allowed at $808,452.62    has been transferred **(unless previously expunged by court order)**

```
          LEHMAN COMMERCIAL PAPER INC.
          TRANSFEROR: ACADIA RJV, LLC
          C/O WILLIAM J. FOX
          LEHMAN BROTHERS HOLDINGS INC.
          1271 AVENUE OF THE AMERICAS; 40TH FLOOR
          NEW YORK NY 10020
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 00000    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 03/05/2013                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  March 5, 2013.

EXHIBIT B

```
TIME: 10:26:53                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE: 1
DATE: 03/05/13                                         CREDITOR LISTING
```

| Name | Address |
|---|---|
| 314 COMMONWEALTH AVENUE, INC. | TRANSFEROR: DELAWARE INVESTMENT HOLDINGS LLC C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| ACADIA RJV, LLC | C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: FCDB LBU 2009 LLC C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVE 34TH FL NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: METHOD INVESTMENT AND ADVISORY ATTN: CHRIS SCHOLFIELD ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022 |
| BLOM INVEST BANK, BEIRUT | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA VERDUN RACHID KARAMEH STR - BLOM BLDG. P.O. BOX: 11-1540 RIAD EL SOLH BEIRUT 1107 2080 LEBANON |
| BROMLEY LLC | TRANSFEROR: JET PARTNERS LLC LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| CLARKS SUMMIT II LLC | TRANSFEROR: ACADIA RJV, LLC C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| DELAWARE INVESTMENT HOLDINGS LLC | C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| ELLIOTT ASSOCIATES,L.P. | TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FALCON INVESTOR I-X, INC. | TRANSFEROR: GLOBAL THAI PROPERTY FUND C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| GLOBAL THAI PROPERTY FUND | C/O ARUNI WEERASEKERA ALVAREZ & MARSAL 1101-03 MASS MUTUAL TOWER 38 GLOUCESTER ROAD HONG KONG HONG KONG |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER QUAI GENERAL-GUISAN 2 GENEVA 3 1211 SWITZERLAND |
| JET PARTNERS LLC | C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LB GLOBAL INVESTMENTS LLC(DELAWARE) | C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LB I GROUP, INC. | TRANSFEROR: ROYALTY ASSET INVESTMENT, LLC LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: LEHMAN RISK ADVISORS INC. LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN COMMERCIAL PAPER INC. | TRANSFEROR: ACADIA RJV, LLC C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN COMMERCIAL PAPER INC. | TRANSFEROR: JET PARTNERS LLC LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN RISK ADVISORS INC. | TRANSFEROR: DELAWARE INVESTMENT HOLDINGS LLC C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| PAMI ALI, LLC | TRANSFEROR: LB GLOBAL INVESTMENTS LLC(DELAWARE) LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD | TRANSFEROR: YORVIK PARTNERS LLP C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| ROYALTY ASSET INVESTMENT, LLC | C/O WILLIAM J. FOX LEHMAN BROTHERS HOLDINGS INC. 1271 AVENUE OF THE AMERICAS; 40TH FLOOR NEW YORK NY 10020 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP; ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10022 |
| SERENGETI OPPORTUNITIES MM, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM, L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022 |
| YORVIK PARTNERS LLP | TRANSFEROR: BETHMANN BANK AG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

```
Total Number of Records Printed        40
```