**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (JMP)** **(Jointly Administered)** |
| **Debtors.** | : | |
| | | **Ref. Docket Nos. 35262 & 35354** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 5, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor: ELLIOTT ASSOCIATES, L.P.
TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE
C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK NY 10019

Additional:

Transferee: BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

**Your transfer of claim # 66962-07 is defective for the reason(s) checked below:**

Other REQUESTED TRANSFER AMOUNT EXCEEDS AMOUNT CURRENTLY OWNED.

Docket Number 35262 Date 02/22/13

/s/ Lauren Rodriguez

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on March 5, 2013.

# EXHIBIT B

TIME: 10:27:21
DATE: 03/05/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING



| Name | Address |
|---|---|
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| DEUTSCHE BANK AG,LONDON BRANCH | TRANSFEROR: OC 19 MASTER FUND LP- LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| SOLA LTD | C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

Total Number of Records Printed 4