B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM OR CLAIMS HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of a portion of the claims referenced in this evidence and notice.

| Queensferry T LLC | Banc of America Credit Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 West 57th Street
New York, N.Y. 10019
Attn: Michael Stephan
Email mstephan@elliottmgmt.com
Phone: (212) 478-2310

Fax: (212) 478-2311
Last Four Digits of Acct #: _____

Court Claim # (if known): 67281
Amount of Claim: $807,592.28*
Date Claim Filed: 12/28/2010

Court Claim # (if known): 67282
Amount of Claim: $3,230,933.57*
Date Claim Filed: 12/28/2010

Court Claim # (if known): 67279
Amount of Claim: $1,191,514.78*
Date Claim Filed: 12/28/2010

* plus additional amounts as set forth in the proof of claim.

Phone: _____
Last Four Digits of Acct#: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Queensferry T LLC

By: /s/ _____    Date: 03/20/2013
    Transferee/Transferee's Agent
NAME: Elliot Greenberg, Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

HDIAGA\225341.1 - 03/20/13

## EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, BANC OF AMERICA CREDIT PRODUCTS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Queensferry T LLC (the Assignee") a 70% pro rata share (representing $807,592.28) (the "Transferred Claim") in and to all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered) (Claim No. 67281), filed by Assignor with the Bankruptcy Court respect of the foregoing claim in the amount of $1,153,703.25 (the "Claim") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") .

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of March, 2013

**ASSIGNOR:**

BANC OF AMERICA CREDIT
PRODUCTS, INC.

By: _____
Name: Ronald Torok
Title: Managing Director

**ASSIGNEE:**

QUEENSFERRY T LLC

By: _____
Name:
Title: ELLIOT GREENBERG
VICE PRESIDENT

## EVIDENCE OF TRANSFER OF CLAIM

TO: Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, BANC OF AMERICA CREDIT PRODUCTS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Queensferry T LLC (the Assignee") a 70% pro rata share (representing $3,230,933.57) (the "Transferred Claim") in and to all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered) (Claim No. 67282), filed by Assignor with the Bankruptcy Court respect of the foregoing claim in the amount of $4,615,619.39 (the "Claim") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of March, 2013

ASSIGNOR:                                                ASSIGNEE:

BANC OF AMERICA CREDIT                                   QUEENSFERRY T LLC
PRODUCTS, INC.

By: _____                              By: _____
Name: Ronald Trok                                        Name:
Title: Managing Director                                 Title: ELLIOT GREENBERG
                                                                VICE PRESIDENT

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, BANC OF AMERICA CREDIT PRODUCTS, INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Queensferry T LLC (the Assignee") a 70% pro rata share (representing $1,191,514.78) (the "Transferred Claim") in and to all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered) (Claim No. 67279), filed by Assignor with the Bankruptcy Court respect of the foregoing claim in the amount of $1,702,163.97 (the "Claim") pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Transferred Claim and recognizing the Assignee as the sole owner and holder of the Transferred Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th day of March, 2013

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | QUEENSFERRY T LLC |
| By: _____ | By: _____ |
| Name: Ronald Torck | Name: ELLIOT GREENBERG |
| Title: Managing Director | Title: VICE PRESIDENT |