UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :      Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :      08-13555 (JMP)
                                                               :      (Jointly Administered)
                        Debtors.                               :
                                                               :
-----------------------------------------------------------------x    Ref. Docket No. 34017

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 6, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
19th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDITO EMILIANO SPA
               ATTN: MR. LUCA MARIANI & EFISIO BERTRAND
               VIA EMILIA S. PIETRO, 4
               REGGIO EMILIA 42100 ITALY

Additional:    CREDITO EMILIANO SPA
               ATTN: EFISIO BERTRAND
               VIA EMILIA SAN PIETRO, N. 4
               REGGIO EMILIA 42121 ITALY

Transferee:    CASSA DI RISPARMIO DI PARMA E PIACENZA SPA
               PAOLO CAVAZZINI
               VIA MISTRALI, 1
               PARMA 43121 ITALY

**Your transfer** of claim #   62892-14  is defective for the reason(s) checked below:

Other                                There are two ISINs on the transfer.

Docket Number 34017         Date 01/18/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  March 6, 2013.

# EXHIBIT B

```
TIME: 17:05:02                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:    1
DATE: 03/06/13                               CREDITOR LISTING

Name                           Address
CASSA DI RISPARMIO DI PARMA E PIACENZA    PAOLO CAVAZZINI VIA MISTRALI, 1 PARMA 43121    ITALY
 SPA
CREDITO EMILIANO SPA           ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA    42100 ITALY
CREDITO EMILIANO SPA           ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA    42121 ITALY


Total Number of Records Printed       3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC