B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>            <u>Rovida Holding Limited</u>
Name of Transferee                                                    Name of Transferor

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn:  Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

Court Claim # (if known): <u>16130</u>

Amount of Claim: <u>$8,860,348.00</u>

Date Claim Filed: <u>9/18/2009</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone:_____   Phone: _____
Last Four Digits of Acct #: _____   Last Four Digits of Acct. #: _____

761611v.1 3091/00229                   32

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Michelle Latzoni    3/18/13
     Transferee/Transferee's Agent           Date:
                                             Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

ROVIDA HOLDING LIMITED

By: _____
     Transferor/Transferor's Agent

**Rankine McMillan**
Director

**Emily Tibbetts**
Director