B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>         <u>RR Investment Company Ltd</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>16072</u>
should be sent:

Goldman Sachs Lending Partners LLC              Amount of Claim: $<u>12,435,758.00</u>
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor                     Date Claim Filed: <u>9/18/2009</u>
Jersey City, NJ 07302
Attn:  Michelle Latzoni                         Debtor: <u>Lehman Brothers Holdings Inc.</u>
Email: gsd.link@gs.com
Tel: (212)934-3921


Phone:_____           Phone: _____
Last Four Digits of Acct #: _____     Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Michelle Latzoni  Authorized Signatory  Date: 3/18/13
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

RR INVESTMENT COMPANY LTD

By: _____
Transferor/Transferor's Agent