REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110
Michael A. Rollin

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' ONE HUNDRED TWENTY FIFTH OMNIBUS**
**OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

**PLEASE TAKE NOTICE** that the hearing on Debtors' One Hundred Twenty Fifth Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 16079] that was scheduled for March 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, as to the claims listed on Exhibit A attached hereto, to April 25, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

1339462

such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: March 21, 2013

/s/ Michael A. Rollin
Michael A. Rollin
REILLY POZNER LLP
1900 16th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 893-6100
Facsimile: (303) 893-6110

Attorneys for Debtors
and Debtors in Possession

1339462

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| Wilmington Trust Company, as Trustee | 20420, 21103, 21135, 21136 |
| U.S. Bank National Association, as Trustee, Transferor: Wilmington Trust Company, as Trustee[1] | 21104, 21105, 21106, 21107, 21108, 21109, 21110, 21111, 21112, 21113, 21114, 21115, 21116, 21117, 21118, 21119, 21132, 21133, 21134 |

---

[1] Claims transferred by Wilmington Trust Company to U.S. Bank pursuant to Transfer of Claims Other Than for Security filed November 12, 2012 [Docket No. 32021].

1339462