UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Paramount Trust Company Ltd<br>Midtown Building-Dr. Walwyn Square<br>Charlestown, Nevis |
| Claim Number (if known): | 17181 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $973,907 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: Director |
|---|---|
| Printed Name: Declan Reavy | Dated: 21-3-2013 |

US_ACTIVE:\44096563\1\58399.0011