WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                    :    **Chapter 11 Case No.**
                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :    **08-13555 (JMP)**
                                                         :
                    Debtors.                             :    **(Jointly Administered)**
                                                         :
                                                         :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT** *sine die*
**OF THE THREE HUNDRED NINETY-SIXTH OMNIBUS OBJECTION**
**TO CLAIMS (WARRANT CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

       **PLEASE TAKE NOTICE** that the hearing on the Three Hundred Ninety-Sixth Omnibus Objection to Claims (Warrant Claims) [ECF No. 34730], that was scheduled for March 28, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claim listed on Exhibit A attached hereto, to a date to be determined**.

Dated: March 21, 2013
      New York, New York

                                             /s/ Robert J. Lemons
                                             Robert J. Lemons

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of its Affiliates

## Exhibit A

### Adjourned Claim:

| Claimant Name | Claim Number |
|---|---|
| DAVID SCHWARTZ REVOCABLE TRUST | 24455 |
| SURYAN FAMILY TRUST | 19329 |
| SURYAN FAMILY TRUST | 19441 |
| THOMAS, JAMES & ROSEMARY | 15182 |
| THOMAS, JAMES & ROSEMARY | 15206 |