**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

--------------------------------------------------------------------------x    **Ref. Docket Nos. 36005-36011**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 15, 2013, I caused to be served the:

   a) "Notice of Hearing on the Four Hundred First Omnibus Objection to Claims (Valued Derivative Claims)," dated March 15, 2013, to which was attached the "Four Hundred First Omnibus Objection to Claims (Valued Derivative Claims)," dated March 15, 2013 [Docket No. 36005], (the "401st Omnibus Objection"),

   b) "Notice of Hearing on the Four Hundred Second Omnibus Objection to Claims (No Liability Derivatives Claims)," dated March 15, 2013, to which was attached the "Four Hundred Second Omnibus Objection to Claims (No Liability Derivatives Claims)," dated March 15, 2013 [Docket No. 36006], (the "402nd Omnibus Objection"),

   c) "Notice of Hearing on the Four Hundred Third Omnibus Objection to Claims (No Liability Claims)," dated March 15, 2013, to which was attached the "Four Hundred Third Omnibus Objection to Claims (No Liability Claims)," dated March 15, 2013 [Docket No. 36007], (the "403rd Omnibus Objection"),

   d) "Notice of Hearing on the Four Hundred Fourth Omnibus Objection to Claims (Employment-Related Claims)," dated March 15, 2013, to which was attached the "Four Hundred Fourth Omnibus Objection to Claims (Employment-Related Claims)," dated March 15, 2013 [Docket No. 36008], (the "404th Omnibus Objection"),

e) "Notice of Hearing on the Four Hundred Fifth Omnibus Objection to Claims (No Liability Claims)," dated March 15, 2013, to which was attached the "Four Hundred Fifth Omnibus Objection to Claims (No Liability Claims)," dated March 15, 2013 [Docket No. 36009], (the "405th Omnibus Objection"),

f) "Notice of Hearing on the Four Hundred Sixth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated March 15, 2013, to which was attached the "Four Hundred Sixth Omnibus Objection to Claims (Insufficient Documentation Claims)," dated March 15, 2013 [Docket No. 36010], (the "406th Omnibus Objection"), and

g) "Notice of Hearing on the Four Hundred Seventh Omnibus Objection to Claims (Insufficient Documentation Claims)," dated March 15, 2013, to which was attached the "Four Hundred Seventh Omnibus Objection to Claims (Insufficient Documentation Claims)," dated March 15, 2013 [Docket No. 36011], (the "407th Omnibus Objection"),

by causing true and correct copies of the:

i. 401st Omnibus Objection, 402nd Omnibus Objection, 403rd Omnibus Objection, 404th Omnibus Objection, 405th Omnibus Objection, 406th Omnibus Objection, and 407th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii. 401st Omnibus Objection, 402nd Omnibus Objection, 403rd Omnibus Objection, 404th Omnibus Objection, 405th Omnibus Objection, 406th Omnibus Objection, and 407th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii. 401st Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv. 402nd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. 403rd Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. 404th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

    vii.    405th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>, and

    viii.    406th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit H</u>, and

    ix.    407th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit I</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
18th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

## EMAIL ADDRESSES

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abeaumont@fklaw.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| acker@chapman.com | avenes@whitecase.com |
| adam.brezine@hro.com | azylberberg@whitecase.com |
| adarwin@nixonpeabody.com | bankr@zuckerman.com |
| adiamond@diamondmccarthy.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcy@ntexas-attorneys.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bcarlson@co.sanmateo.ca.us |
| agoldstein@tnsj-law.com | bdk@schlamstone.com |
| ahandler@moundcotton.com | bguiney@pbwt.com |
| aisenberg@saul.com | bkmail@prommis.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | broy@rltlawfirm.com |
| amenard@tishmanspeyer.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bstrickland@wtplaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| andrew.morrison@klgates.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | calbert@reitlerlaw.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | carol.weinerlevy@bingham.com |
| aquale@sidley.com | cbelisle@wfw.com |
| arahl@reedsmith.com | cbelmonte@ssbb.com |
| arheaume@riemerlaw.com | ccullors@hunton.com |
| arlbank@pbfcm.com | cdesiderio@nixonpeabody.com |
| arosenblatt@chadbourne.com | cgoldstein@stcwlaw.com |
| arthur.rosenberg@hklaw.com | chad.husnick@kirkland.com; |
| arwolf@wlrk.com | chammerman@paulweiss.com |
| | charles@filardi-law.com |

charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com

eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com

icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com

jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com;
joshua.dorchak@bingham.com
jowen769@yahoo.com
jowolf@law.nyc.gov
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com

krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
leila.roeder@whitecase.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com

matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com

monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
michaels@jstriallaw.com
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ronald.silverman@bingham.com

ross.martin@ropesgray.com

rrainer@wmd-law.com

rreid@sheppardmullin.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

rterenzi@stcwlaw.com

russj4478@aol.com

rwasserman@cftc.gov

rwyron@orrick.com

s.minehan@aozorabank.co.jp

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

sara.tapinekis@cliffordchance.com

scargill@lowenstein.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

schwartzmatthew@sullcrom.com

scott.golden@hoganlovells.com

scottsshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

seichel@crowell.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgubner@ebg-law.com

shannon.nagle@friedfrank.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smayerson@ssd.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

spiotto@chapman.com

splatzer@platzerlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

steve.ginther@dor.mo.gov

steven.troyer@commerzbank.com

steven.usdin@flastergreenberg.com

steven.wilamowsky@bingham.com

steven@blbglaw.com

streusand@streusandlandon.com

susheelkirpalani@quinnemanuel.com

sweyl@haslaw.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tarbit@cftc.gov

tbrock@ssbb.com

tdewey@dpklaw.com

tduffy@andersonkill.com

tgoren@mofo.com

thaler@thalergertler.com

yuwatoko@mofo.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tom.schorling@whitecase.com,

tomwelsh@orrick.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| PHOENIX F1 | NEUBRANDENBURGSTRASSE S.A.R.L ATTN: COLIN BLACKMORE JER REAL ESTATE ADVISORS (UK) LTD. CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD UNITED KINGDOM |
| PHOENIX F1 | MICHAEL H. TORKIN ESQ. & NED S. SCHODEK ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

**Total Creditor count  2**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | CASPAR-DAVID-FRIEDRICH-STRASSE 41 69190 WALLDORF GERMANY |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | DR. CHRISTOPH SCHMITT BEITEN BURKHARDT RECHTSANWALTSGESELLSCHAFT MBH WESTHAFEN TOWER WESTHAFENPLATZ 1 60327 FRANKFURT AM MAIN GERMANY |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | PINSENT MASONS LLP MR. RICHARD WILLIAMS CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |
| KLAUS TSCHIRA STIFTUNG GGMBH | HAARMANN PARTNERSHAFTSGESELLSCHAFT DR. CHROSTOPH SCHMITT NEUE MAINZER STRASSE 75 FRANKFURT A. M. D-60311 GERMANY |
| KLAUS TSCHIRA STIFTUNG GGMBH | MR. RICHARD WILLIAMS PINSENT MASONS LLP CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |

Total Creditor count  5

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ASHE, KATHLEEN M | 219 TRENTON BLVD SEA GIRT NJ 08750 |
| BARBUZZA, SALVATORE V. | 3802 BEECHWOOD PLACE SEAFORD NY 11783 |
| BARICEVIC, JOANNA M. | 238 N RAILROAD AVE STATEN ISLAND NY 10304 |
| BESS, DONNA E. | 1777 GRAND CONCOURSE #4E BRONX NY 10453 |
| BRIER, BRUCE | 131 OAKRIDGE AVENUE SUMMIT NJ 07901 |
| BROADBENT, WILLIAM | 75 PECKSLAND ROAD GREENWICH CT 06831 |
| CIONGOLI, JEFFRY J. | 167 NORMA ROAD TEANECK NJ 07666 |
| DYNKIN, LEV | 18 EMERSON DR. GREAT NECK NY 11023 |
| FILLER, RONALD H. | 11 ROCKHALL CT HAMBURG NJ 07419-1313 |
| GANSCHOW, STELLA | 7 PLUM COURT BLUFFTON SC 29909 |
| GOODMAN, SHEILA B. | 10197 KINSWOOD ROAD BOYNTON BEACH FL 33437 |
| HOWARD, NICHOLAS P. | 114 WEST ROAD NEW CANAAN CT 06840 |
| KUNZ, ROBERT F. | 1858 CLUB CIRCLE COURT PAWLEYS ISLAND SC 29585 |
| OBRIEN, BARRY J. | 22 MEADOWBROOK ROAD SHORT HILLS NJ 07078-3316 |
| RAMADAN, ZAKY S. | 104-60 QUEEN BLVD.  (APT. 11 B) P.O. BOX 750134 FOREST HILLS NY 11375 |
| ROBSON-CANTY, GERALDINE D. | 61 BEECHWOOD TERRACE YONKERS NY 10705 |
| RODRIGUEZ, KLEBER | 180 FRIENDSHIP ROAD HOWELL NJ 07731 |
| RONZITTI, LESLIE | 2187 S. ZEPHYR STREET LAKEWOOD CO 80227-3016 |
| SALEMI, ANDRE | 8 RIDGEMONT LANE WHITING NJ 08759-2973 |
| SALVATORE, JULIANNE | 309 101ST STREET BROOKLYN NY 11209 |
| SHAPIRO, MADELINE L. | 4-07 MORLOT AVE FAIR LAWN NJ 07410 |
| SMITH, PETER F. | 503 OCEAN AVE SPRING LAKE NJ 07762 |
| UVINO, WENDY M. | 50 E 89 ST APT 22F NEW YORK NY 10128 |

**Total Creditor count  23**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| ARMITAGE, CHRISTOPHER | 7619 EDGEWAY HOUSTON TX 77055 |
| BYASSEE, LEE | 10219 LETHAM WAY SPRING TX 77379 |
| CALHOUN, JOHN W. III | 532 PEACHTREE BATTLE AVE, NW ATLANTA GA 30305 |
| CATO, JOHN PHILIP | 13415 CYPRESS POND DR CYPRESS TX 77429 |
| DREXELIUS, PAUL | 11914 COBBLESTONE DR HOUSTON TX 77024-5003 |
| GARCIA, MIGUEL | 918 FLORIENCIA ST SUGAR LAND TX 774792757 |
| HOPKINS, JERRY | 25111 SUMMER CHASE DR SPRING TX 77389-4430 |
| LIVINGSTON, DAVID | 1314 OAKRIDGE LN CANYON LAKE TX 78133-5709 |
| WOLF, TOM | C/O JAMES JOYCE, DRESSLER & PETERS LLC 111 W. WASHINGTON, STE. 1900 CHICAGO IL 60602 |

**Total Creditor count  9**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON, ETC. | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON, ETC. | GLOBAL CORPORATE TRUST ATTN: STUART ROTHENBERG 101 BARCLAY 8 WEST NEW YORK NY 10286 |
| BMO CAPITAL MARKETS FINANCING, INC. | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BMO CAPITAL MARKETS FINANCING, INC. | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| COLEMAN, MICHAEL ALEXIS SR. | 2 FREEMAN STREET BUFFALO NY 14215 |
| COMMUNITY TRUST BANCORP INC. | JEAN R. HALE CHAIRMAN, PRESIDENT AND CEO 346 NORTH MAYO TRAIL PIKEVILLE KY 41501 |
| COMMUNITY TRUST BANCORP INC. | C.R. "CHIP" BOWLES, JR. GREENEBAUM DOLL & MCDONALD PLLC 3500 NATIONAL CITY TOWER 101 SOUTH FIFTH STREET LOUISVILLE KY 40202 |
| HARPEN IMMOBILIEN GMBH & CO. KG | F/K/A H2001/ PHIN GMBH AND CO. KG ATTN: KONSTANZE HATTING, CFO D-VOBKUHLE 38 DORTMUND 44141 GERMANY |
| HARPEN IMMOBILIEN GMBH & CO. KG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HENRY SCHEIN, INC. | PROSKAUER ROSE LLP 11 TIMES SQ NEW YORK NY 10036-6600 |
| HENRY SCHEIN, INC. | 135 DURYEA RD. ATTN: JENNIFER FERRERO MELVILLE NY 11747 |
| MALAYAN BANKING BERHAD | ROTTENBERG LIPMAN RICH, P.C. ATTN: THOMAS CHASE 369 LEXINGTON AVE, 15TH FLOOR NEW YORK NY 10017 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4406 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | C/O PITNEY BOWES INC. ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON CT 06484-4361 |
| SBA SENIOR FINANCE, INC. | C/O JOHN J. MONAGHAN, ESQ. HOLLAND & KNIGHT LLP 10 ST. JAMES AVENUE BOSTON MA 02116 |
| STP CO-OP TA L SOC LTD, THE | 1000 TOA PAYOH NORTH ANNEXE BLOCK LEVEL 7 318994 SINGAPORE |
| VIRGINIA RETIREMENT SYSTEM | C/O HYPERION BROOKFIELD ASSET MANAGEMENT, INC. 200 VESEY STREET NEW YORK NY 10281-1010 |

**Total Creditor count  17**

**EXHIBIT H**

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF VIRGINIA | DEPT. OF TREASURY DIVISION OF UNCLAIMED PROPERTY P.O. BOX 2478 RICHMOND VA 23218-2478 |
| TREASURER OF THE STATE OF ILLINOIS | UNCLAIMED PROPERTY DIVISION ATTN: ADAM ALSTOTT, LEGAL COUNSEL 1 WEST OLD STREET CAPITOL PLAZA SUITE 400 SPRINGFIELD IL 62701-0210 |

**Total Creditor count  2**

# EXHIBIT I

| Claim Name | Address Information |
|---|---|
| ARENDT, GISELA | LONWEG 22 AACHEN D-52072 GERMANY |
| DIDDENS, CHRISTA | TAUSCHERSTR. 3 DRESDEN 01277 GERMANY |
| ELBESHAUSEN, ENNO | ALFELDES STR. 62 HILDESHEIM 31139 GERMANY |
| GOCKE, RUTH | ZEISIGSTR. 14 ESSEN 45133 GERMANY |
| HOERNER, KARL | AM EICHENRAIN 56 SCHWAEB.GMUEND D-73527 GERMANY |
| INACIO FERREIRA, JOSE | WOLBECKER STR 272 A MUNSTER 48155 GERMANY |
| KABAN, HERBERT | RECHTANWALTE, MAACK KONIGAWALL 28 RECKLINGHAUSEM 45657 GERMANY |
| KABAN, HERBERT | GLEIWITZENSTRASSE 4 RECKLINGHAUSEN 45665 GERMANY |
| KUPPENS, PETIA | MAACK RECHTSANWALTE KONIGSWALL 28 RECKLINGHAUSEN 45657 GERMANY |
| KUPPENS, PETIA | GLEIWITZER STRASSE 4 RECKLINGHAUSEN 45665 GERMANY |
| LENSING, ANNA MARGARETE | CARL - SONNENSCHEIN - STR. 21 BERGHEIM 50126 GERMANY |
| MALISCH-WARAKOMSKI, JAROSLAW | SOMMERSTRASSE 7 POING 85586 GERMANY |
| MULLER-LANGENBECU, GARLEF | BRETER WEG 63 HAMELIN D-31787 GERMANY |
| ORTLOFF, ANITA | WIUDSCHEIDSTRASSE 30 LEIPZIG 04277 GERMANY |
| PROPERTY VALUE ESTATE FOUNDATION | ZWEISTAEPFLE 6 PO BOX 441 BALZERS FL-9496 LIECHTENSTEIN |
| SCHRODER, MARGRET | MORIKEWEG 18 LIPPSTADT D-59555 GERMANY |
| SIGLER, HELGA | MATTIL & KOLLEGEN ATTN: EVA-MARIA UEBERRUCK THIERSCHPLATZ 3 D-80538 MUENCHEN GERMANY |
| SIGLER, HELGA | KRIEGERSIEDLUNG 13 MUNCHEN 81369 GERMANY |
| STUEBER, AXEL | EITELSTR. 1 12683 BERLIN GERMANY |
| VON POSADOWSKY-WEHNER, DOROTHEE GRAETIN | DUESSELTHALER STR. 37 DUESSELDORF 40211 GERMANY |

**Total Creditor count  20**