SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David M. Turetsky
Max S. Polonsky
Four Times Square
New York, NY 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for*
*Fortress Value Recovery Fund I LLC*
*LDVF1 Main FIP SarL*
*LDVF1 FIP SarL*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Max S. Polonsky, an attorney, certify that on March 20, 2013, I caused the following documents to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Withdrawal of Proofs of Claim **(Docket No. 36103)**

2. Withdrawal of Proofs of Claim **(Docket No. 36104)**

3. Withdrawal of Proofs of Claim **(Docket No. 36105)**

I further certify that on March 20, 2013, I caused the documents listed above to be served by regular U.S. mail on the parties identified on the attached <u>Exhibit A</u>.

Dated:  New York, New York
March 21, 2013

Respectfully submitted,

*/s/ Max S. Polonsky*
David M. Turetsky
Max S. Polonsky
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
(212) 735-3000 (tel.)
(212) 735-2000 (fax)

*Attorneys for
Fortress Value Recovery Fund I LLC
LDVF1 Main FIP SarL
LDVF1 FIP SarL*

EXHIBIT A

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Chambers of the Hon. James M. Peck
U.S. Bankruptcy Court, Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
Tracy Hope Davis, Esq.
Elisabetta G. Gasparini, Esq.
Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
M. Jarrad Wright, Esq.
1300 Eye Street, NW, Suite 900
Washington, DC 20005