UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*         : 08-13555 (JMP)
                                                     :
                                         Debtors.    : (Jointly Administered)

------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Sarah Jane Price<br>Saffrons<br>St Marys Lane<br>Hertingfordbury<br>Hertfordshire<br>SG14 2LE<br>United Kingdom |
| Claim Number (if known): | 14135 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $122,656 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed] Price* | Title: MRS |
|---|---|
| Printed Name: SARAH JANE PRICE | Dated: 21 MARCH 2013 |

US_ACTIVE:\44096563\1\58399.0011