UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                              Debtors.         :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Trefinance SA<br>25C Boulevard Royal<br>L-2449, Luxembourg |
| Claim Number (if known): | 13597 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $179,336 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: CHAIRMAN |
|---|---|
| Printed Name: ALAIN STEICHEN | Dated: 20.03.2013 |

US_ACTIVE:\44096563\1\58399.0011