UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :   Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*               :   08-13555 (JMP)
                                                           :
                       Debtors.                            :   (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Martin McCallum Sub Account A<br>46 Sunrise Road<br>Palm Beach, NSW 2108, Australia |
| Claim Number (if known): | 14108 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $574,544 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: *[signed]*   Title: MR
Printed Name: MARTIN McCALLUM   Dated: 22nd March 2013

US_ACTIVE:\44096563\1\58399.0011