UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              :       **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                       :       **08-13555 (JMP)**
                                                                   :
                                            **Debtors.**           :       **(Jointly Administered)**
-----------------------------------------------------------------x

<u>**WITHDRAWAL OF CLAIM**</u>

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Carolyn Windebank<br>Willow Pond House, Levens Green, Nr Ware<br>SG11 1HD, Hertfordshire, United Kingdom |
| Claim Number (if known): | 30395 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $55,685 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *CWindebank* | Title: |
|---|---|
| Printed Name: CAROLYN WINDEBANK | Dated: 21st MARCH, 2013 |

US_ACTIVE:\44096563\1\58399.0011