UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that, through its undersigned counsel, Burlington Loan Management Limited hereby withdraws its Evidence of Transfer of Claim (Claim # 17734) filed on March 19, 2013 (ECF Docket No. 36050) from Deutsche Bank AG, London Branch, as transferor, to Burlington Loan Management Limited in the amount of $40,252,501.00.

PLEASE ALSO TAKE NOTICE that, through its undersigned counsel, Burlington Loan Management Limited hereby withdraws its Evidence of Transfer of Claim (Claim # 17735) filed on March 19, 2013 (ECF Docket No. 36049) from Deutsche Bank AG, London Branch, as transferor, to Burlington Loan Management Limited in the amount of $5,821,355.47.

Respectfully submitted this 22nd day of March 2013.

RICHARDS KIBBE & ORBE LLP

By:  /s/ Timothy Lin
       Timothy Lin

One World Financial Center
New York, New York  10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

*Attorneys for Burlington Loan Management Limited*