**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Lehman Brothers Holdings, Inc., et. al., <br><br>          Debtors. | Chapter 11 Case No. 08-13555 (JMP) <br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
OF MOUNTAIN STATES PROPERTIES INC. TO
<u>PROPOSED ASSUMPTION OF EXECUTORY CONTRACTS</u>**

PLEASE TAKE NOTICE that pursuant to the *Twelfth Notice of Withdrawal of Debtors' Application to Assume Certain Executory Contracts* [Docket No. 35786] withdrawing the above-captioned Debtors' application to assume certain purported executory contracts that are the subject of the Mountain States Objection (as defined below), Mountain States Properties Inc. ("Mountain States"), by and through its undersigned counsel, hereby withdraws its *Limited Objection and Reservation of Rights of Mountain States Properties Inc. to Proposed Assumption of Executory Contracts* (the "Mountain States Objection") [Docket No. 21786], which was filed

DMEAST #16521051 v1

with the Court on November 9, 2011.

Dated: March 22, 2013      BALLARD SPAHR LLP
       Wilmington, Delaware

By:    /s/ Christopher S. Chow
       Christopher S. Chow (CC-4172)
       919 N. Market Street, 11th Floor
       Wilmington, DE 19801
       Telephone: (302) 252-4465
       Facsimile: (302) 252-4466
       Email: chowc@ballardspahr.com

   - and –

William A. Slaughter
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-9788
Email: slaughter@ballardspahr.com

Attorneys for Mountain States Properties Inc.