UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                :

In re                              :    Chapter 11 Case No.

                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (JMP)

                                :

Debtors.                        :    (Jointly Administered)

                                :

------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 29506, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by The Governor and Company of the Bank of Ireland, as assignee of, and acting for and on behalf of An Foras Aiseanna Saothair Pension Fund (the "Claimant") in the amount of $227,801.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, through its counsel, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc.

hereby withdraws with prejudice the subpoena served upon the Claimant on February 8, 2013,

the issuance of which was noticed in a filing with the Court on February 10, 2013 [ECF No.

34511]. Notwithstanding, Lehman Brothers Holdings Inc. shall not be prohibited from issuing

and serving subpoenas for other claims not identified in the first paragraph.


Dated: March 20, 2013
       New York, New York

Sarah Nye Campbell
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Telephone: (212) 878-3427

*Attorneys for The Governor and Company of the
Bank of Ireland*


Dated: March 21, 2013
       New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*