UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11 Case No.
                                                               :
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                                               :
                                    Debtors.                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to the proofs of claim filed against Lehman Brothers Holdings Inc. by The Governor and Company of the Bank of Ireland (the "Bank of Ireland"), as assignee of, and acting for and on behalf of those claimants whose claims are listed in Exhibit A attached hereto (the "Claims").

PLEASE TAKE NOTICE that the Bank of Ireland hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Bank of Ireland represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

Dated: March 21, 2013
       New York, New York

_____
Name: Eva O'Kelly
Title: Senior Legal Adviser
The Governor and Company of the Bank of Ireland

# Exhibit A

08-13555-mg    Doc 36157    Filed 03/22/13    Entered 03/22/13 16:55:57    Main Document
Pg 2 of 4

**Claims**

| Claimant | Claim Number |
| --- | --- |
| 2004 Sicon Ltd. Group Defined Benefit Pension & Death Benefit Scheme | 29493 |
| Xerox (Ireland) Limited Pension Scheme | 29587 |
| Total Produce Ireland Pension Scheme | 29502 |
| Union of Presentation Srs (C) Common Investment Fund | 29501 |
| NUI Galway Pension Scheme | 29588 |
| Tomar Trust | 29589 |
| Society of African Missions (SMA) | 29500 |
| Sisters of Charity | 29499 |
| EMI Pension Trust (Ireland) Limited | 29498 |
| Fareplay Energy Limited Pension Scheme | 39505 |
| Gallaher (Dublin) Limited Pension Scheme | 29508 |
| Franciscan Order of Ireland | 29507 |
| Bar of Ireland Retirement Trust Scheme Managed Fund | 29509 |
| The Greencore Group Pension Scheme | 29510 |
| Gypsum Operative Pension Fund | 29619 |
| Gypsum Staff Pension Fund | 29620 |
| The Holy Ghost Fathers Trust for Elderly & Infirm | 29621 |
| Irish Biscuits Limited Pension & Death Benefit Plan | 29615 |
| Charitable trust of the Jesuit Fathers main Fund | 29616 |
| Lifetime Group Retirement & Death Benefit Plan | 29612 |
| Congregation of the Sisters of Mercy – Southern Province | 29590 |
| MGM International Assurance Ltd. | 29513 |
| Minch Norton Employee Benefit Plan | 29614 |
| Royal City of Dublin Hospital Trust | 29481 |
| O.M.I. Provincial Account | 29482 |
| New Ireland Superannuation Fund | 29483 |
| Anglo Irish Bank Corp. Plc Pension Plan | 29484 |
| Baxter Healthcare Ireland Retirement and Death Benefit Plan | 29485 |

| Claimant | Claim Number |
|---|---|
| The Becton Dickinson Pension Scheme | 29623 |
| The Irish Times Limited Pension & Life Assurance Plan for Senior Management | 29622 |
| Luftansa Technik Airmotive Ireland Retirement & Death Benefit Plan | 29618 |
| PJ Carroll & Co. Ltd. Pension Plan for Salary & Factory Staff | 29494 |
| Independent Newspapers Management Services Contributory Pension Plan | 34314 |
| St. John of God Order – Irish Province | 29495 |
| Brown Thomas Group Staff Pension Scheme | 29486 |
| C.A.O.G.A | 29487 |
| Dominican Sisters Regional Fund Managed Portfolio | 29489 |
| EBS Building Society – Staff Pension Fund | 29490 |
| EBS Building Society – Management Pension Fund | 29591 |
| EBS Building Society – Senior Management Pension Fund | 29592 |
| Eircom Superannuation Fund | 29593 |
| The Governor and Company of the Bank of Ireland, as Assignee of, and acting for and on behalf of New Ireland Assurance PLC | 29609 |
| The Cork Examiner Pension Scheme | 29488 |
| The Governor and Company of the Bank of Ireland, as assignee of, and acting for and on behalf of BIAM Mutual Investment Fund | 29597 |
| National Irish Bank Pension Scheme | 29610 |
| Charitable Trust of the Jesuit Fathers Rathfarnham Account | 29617 |