**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                             :       Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :       08-13555 (JMP)
                                                                  :
                                    Debtors.                      :       (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | ONLINE INVESTMENTS LIMITED (WOUND UP 12/7/2012) 11 NEW STREET, ST PETER PORT, GUERNSEY, GY1 2PF |
| Claim Number (if known): | GAC 999032104010   /  17134 |
| Date Claim Filed: | 14/5/2010 |
| Total Amount of Claim Filed: | US $ 4,682.87 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: AUTHORISED SIGNATORY |
|---|---|
| Printed Name: LEGIS (MRL) LIMITED (AS LIQUIDATOR) | Dated: 22/3/13 |

US_ACTIVE:\44108215\1\58399.0011