B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| CITIGROUP FINANCIAL PRODUCTS INC. | CONTINENTAL CASUALTY COMPANY |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Scott Evan
Phone: 302-323-3624
Email: scott.evan@citi.com

Court Claim # (if known): 34332
Total Allowed Amount of Claim:
$1,469,007.00

Allowed Amount of Claim Transferred:
$1,469,007.00

ISIN/CUSIP:
Blocking Number:
Date Claim Filed:  September 22, 2009
Phone: (312) 822-1337

Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: ____3/15/13_____
Transferee/Transferee's Agent

Brian S. Broyles
Authorized Signatory

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No 34332 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on March 22,2013.

|  |  |
|---|---|
| **Continental Casualty Company** | **Citigroup Financial Products Inc.** |
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:             Address of Transferee:

CONTINENTAL CASUALTY COMPANY          CITIGROUP FINANCIAL PRODUCTS INC
333 South Wabash Avenue                1615 Brett Road, Bldg 3
23rd Floor                             New Castle, DE 19720
Chicago, IL  60604                     Attn  Scott Evan
Attn  John Tsokolas                    Phone  302-323-3624
Phone  312-822-5270                    Email  scott evan@citi com
Fax      312-894-3780
email  john tsokolas@cna com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court

Date: _____      _____
                                     **CLERK OF THE COURT**

EXHIBIT C-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC , et al.,<br><br>Debtors | Case No  08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF  PARTIAL  TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,469,007 00 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Continental Casualty Company ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s)

| Proof of Claim<br>Amount | Proof of Claim<br>No |
|---|---|
| $1,469,007 00 | 34332 |

has been transferred and assigned to Citigroup Financial Products Inc ("Assignee")  The signature of Assignor on this document is evidence of the transfer of $1,469,007 00 of or an undivided 100% ownership interest in the claim and all rights thereto

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee

| ASSIGNEE | CITIGROUP FINANCIAL<br>PRODUCTS INC. | | ASSIGNOR | CONTINENTAL CASUALTY<br>COMPANY |
|---|---|---|---|---|
| Address | 1615 Brett Road, Bldg 3<br>New Castle, DE  19720 | | Address | |
| Signature | | | Signature | |
| Name | Brian S. Broyles | | Name | Edward J. Levin |
| Title | Authorized Signatory | | Title | **Assistant Vice President** |
| Date | | | Date | 3-6-13 |

Approved by
aw Dept
By  KL
Date  3 | 6 | 13

Doc# US1 8403922v2