# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                                 :

In re                                                         :        Chapter 11 Case No.
                                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                         :

                Debtors.                     :        (Jointly Administered)
                                                         :
------------------------------------------------------------------x

**ORDER (I) DETERMINING THAT THE LCPI SETTLEMENT WAS
ENTERED INTO IN GOOD FAITH PURSUANT TO CALIFORNIA CODE OF
CIVIL PROCEDURE §§ 877 AND 877.6, AND, BASED ON SUCH GOOD FAITH
FINDING AND FOR OTHER REASONS, (II) DISALLOWING
AND EXPUNGING PROOFS OF CLAIM NUMBER 28845 AND 28846**

Upon the *Motion By Lehman Brothers Holdings Inc. and Lehman Commercial Paper Inc. For An Order (I) Determining That The LCPI Settlement Was Entered Into In Good Faith Pursuant To California Code Of Civil Procedure §§ 877 And 877.6, And, Based On Such Good Faith Finding And For Other Reasons, (II) Disallowing And Expunging Proofs Of Claim Number 28845 And 28846*, dated March 25, 2013 ("**Motion**"),[1] of Lehman Brothers Holdings Inc. ("**LBHI**"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above-referenced chapter 11 cases, including LBHI and Lehman Commercial Paper Inc. ("**LCPI**," and with LBHI, "**Lehman**"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9635] to (i) the United States Trustee for the Southern District of New York; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) counsel to Claimant, and (vi) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of Lehman and its estates and that the legal and factual bases set forth in the Motion and on the record establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

> ORDERED that the Motion is granted; and it is further

> ORDERED that, pursuant to Sections 877 and 877.6 of the California Code of Civil Procedure, the LCPI Settlement is a good faith settlement; and it is further

> ORDERED that, pursuant to Section 502(b) of the Bankruptcy Code and Sections 877(b) and 877.6(c) of the California Code of Civil Procedure, Proofs of Claim Number 28845 and 28846 filed by Claimant are disallowed and expunged in their entirety with prejudice; and it is further

> ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: May 30, 2013
      New York, New York

                                                   _____
                                                    UNITED STATES BANKRUPTCY JUDGE

20450145v1