REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to BNY Mellon Corporate Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND JOINDER OF BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED IN OBJECTION OF THE DANTE NOTEHOLDERS TO THE DEBTORS' ASSUMPTION OF CERTAIN DERIVATIVE CONTRACTS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

BNY Mellon Corporate Trustee Services Limited ("BNYM"), by its undersigned counsel, hereby withdraws its *Limited Objection And Joinder Of BNY Mellon Corporate Trustee Services Limited In Objection Of The Dante Noteholders To The Debtors' Assumption Of Certain Derivative Contracts* [Dkt. 21639] (the "Joinder"). Capitalized terms not defined herein shall have the meanings given to them in the Joinder.

By notice dated and filed on March 8, 2013, the Debtors withdrew their application (the "Application") to assume the Notes. Additionally, the Dante Noteholders, at Docket 35789, withdrew their *Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts* [Dkt. 21633] (the "Objection"). There now being no Application or Objection to which BNYM may object and/or join, BNYM withdraws its Joinder.

- 2 -

Dated:  March 25, 2013
       New York, New York

Respectfully submitted,

REED SMITH LLP

By:   */s/ Eric A. Schaffer*
      Eric A. Schaffer (ES-6415)
      Michael J. Venditto (MV-6715)
      599 Lexington Avenue
      New York, NY 10022
      Telephone:  (212) 521-5400
      Facsimile:  (212) 521-5450
      Email: eschaffer@reedsmith.com
             mvenditto@reedsmith.com

*Counsel to BNY Mellon Corporate Trustee Services Limited*