REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,*
*The Bank of New York Mellon Trust Company, N.A.,*
*and BNY Mellon Corporate Trustee Services Limited,*
*in their representative capacities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF LIMITED WITHDRAWAL OF OBJECTION OF THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AND BNY MELLON CORPORATE TRUSTEE SERVICES LIMITED TO PROPOSED ASSUMPTION OF DERIVATIVE CONTRACTS PURSUANT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, each as trustee, indenture trustee, agent, or in its other representative capacity (collectively, the "Trustee") for the holders (the "Holders") of certain notes, certificates, bonds, or other interests issued pursuant to structures created by the Debtors or their affiliates that have entered into derivative contracts with the Debtors, identified on **Exhibit A** annexed hereto, by their undersigned counsel, hereby file this limited withdrawal of their *Objection Of The Bank Of New York Mellon, The Bank Of New York*

*Mellon Trust Company, N.A., And BNY Mellon Corporate Trustee Services Limited To Assumption Of Derivative Contracts Pursuant To The Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors* (the "Objection") to the extent such Objection relates to the contracts listed on Exhibit A.

By notice dated and filed on March 8, 2013, the Debtors withdrew their application to assume the contracts listed on Exhibit A. To the extent the Debtors withdrew their application, there is nothing to which the Trustee can object and, accordingly, the Trustee withdraws its Objection as it relates to those specific contracts listed on Exhibit A. The Trustee reserves all rights with respect to the remaining contracts for which the Debtor filed an application to assume (collectively, the "Remaining Contracts"), and nothing contained herein shall be construed as a waiver of such rights or of the Objection as it relates to the Remaining Contracts.

Dated:  March 25, 2013
　　　　New York, New York

Respectfully submitted,

REED SMITH LLP

By:   */s/ Eric A. Schaffer*
　　　Eric A. Schaffer (ES-6415)
　　　Michael J. Venditto (MV-6715)
　　　599 Lexington Avenue
　　　New York, NY 10022
　　　Telephone:  (212) 521-5400
　　　Facsimile:  (212) 521-5450
　　　Email: eschaffer@reedsmith.com
　　　　　　　mvenditto@reedsmith.com

*Counsel to The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited, in their representative capacities*