# EXHIBIT A

## [CONTRACTS SUBJECT TO NOTICE OF WITHDRAWAL]

| Counterparty | Debtor |
| --- | --- |
| Beryl Finance Limited Series 2007-7 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-8 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-11 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2007-13 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-6 | Lehman Brothers Special Financing Inc. |
| Beryl Finance Limited Series 2008-14 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-1 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-2 | Lehman Brothers Special Financing Inc. |
| Diadem City CDO Limited Series 2008-3 | Lehman Brothers Special Financing Inc. |
| Ford Credit Auto Owner Trust 2007-B | Lehman Brothers Special Financing Inc. |
| Ruby Finance 2005-1 Class A15 | Lehman Brothers Special Financing Inc. |
| Saphir Finance PLC 2004-4 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-1 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-3 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-9 | Lehman Brothers Special Financing Inc. |
| Zircon Finance LTD Series 2007-17 | Lehman Brothers Special Financing Inc. |