08-13555-mg    Doc 36174    Filed 03/25/13    Entered 03/25/13 16:51:17    Main Document

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard W. Slack
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                  :        **Chapter 11 Case No.**
                                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (JMP)**
                                                                            :
                             Debtors.                              :        **(Jointly Administered)**
------------------------------------------------------------x

**PLAN ADMINISTRATOR–APPELLEE'S COUNTER–DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Lehman Brothers Holdings Inc., as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its

Affiliated Debtors hereby designates, pursuant to Rule 8006 of the Federal Rules of Bankruptcy

Procedure, the following additional items to be included in the record on appeal in addition to

items designated by appellant, CF Midas Balanced Growth Fund.

**COUNTER-DESIGNATION OF RECORD**

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 1. | 12/12/2009 | 6150 | Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date |
| 2. | 12/23/2009 | 6343 | Declaration of Samuel Stucki in Support of the Joint Motion of Sea Port Group Securities, LLC and Berner Kantonalbank to Deem Proofs of Claim to Be Timely Filed by the Securities Programs Bar Date |

| Designation Number | Date of Filing | ECF Number | Description |
|---|---|---|---|
| 3. | 01/07/2010 | 6558 | Motion of Pennsylvania Public School Employees' Retirement System for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim |
| 4. | 01/08/2010 | 6566 | Objection to Joint Motion of Sea Port Group Securities LLC and Berner Kantonalbank to Deem Proofs of Claim to be Timely Filed by the Securities Programs Bar Date |
| 5. | 02/03/2010 | 6974 | Objection to Motion of Pennsylvania Public School Employees Retirement System for Entry of an Order that its Timely filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 6. | 02/05/2010 | 7011 | Reply of Pennsylvania Public School Employees' Retirement System |
| 7. | 3/31/2010 | 7956 | Amended Order Pursuant To Section 105(a) of The Bankruptcy Code And Bankruptcy Rule 3007 And 9019(b ) For Approval of Claim Objection Procedures |
| 8. | 04/06/2010 | 8092 | Supplemental Reply to Motion Supplement to Motion for Entry of an Order that its Timely Filed Guarantee Questionnaire be Considered a Timely Filed Proof of Claim, or, in the Alternative, to Permit a Late Claim Filing Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1) |
| 9. | 4/19/2010 | 8474 | Order Pursuant To Section 105 of The Bankruptcy Code, Bankruptcy Rule 9014, And General Order M-390 Authorizing The Debtors To Implement Claims Hearing Procedures And Alternative Dispute Resolution Procedures For Claims Against The Debtors |
| 10. | 4/21/2010 | 8642 | Transcript regarding Hearing Held on 4/20/2011 |
| 11. | 6/21/2010 | 9812 | Transcript regarding Hearing Held on 12/16/2009 |
| 12. | 2/15/2011 | 34696 | Third Supplemental Order Granting Debtors' One Hundred Forty-Third Omnibus Objection To Claims (Late-Filed Claims) |
| 13. | 08/05/2011 | 19059 | Declaration of Daniel J. Ehrmann in Support of the Amended Motion Pursuant to Section 105(a) and 502(b) of the Bankruptcy Code and Bankruptcy Rule 9019 for Approval of Procedures for Determining the Allowed Amount of Claims filed based on Structured Securities Issued or Guaranteed by Lehman Brothers Holdings Inc. |
| 14. | 8/10/2011 | 19143 | Transcript regarding Hearing Held on 8/09/2011 |
| 15. | 09/01/2011 | 19629 | Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code |
| 16. | 09/01/2011 | 19631 | Amended Order (I) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan |

| **Designation Number** | **Date of Filing** | **ECF Number** | **Description** |
|---|---|---|---|
| 17. | 11/29/2011 | 22749 | Debtors' Memorandum of Law, Pursuant to Section 1123(b)(3)(A) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure in Support of Plan Settlements |
| 18. | 12/07/2011 | 23130 | Transcript regarding Hearing Held on 12/06/2011 |

Dated: March 25, 2013
New York, New York

/s/ Jacqueline Marcus
Richard W. Slack
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and
Debtors in Possession

3