REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Eric A. Schaffer (ES-6415)
Michael J. Venditto (MV-6715)

*Counsel to The Bank of New York Mellon,
The Bank of New York Mellon Trust Company, N.A.,
and BNY Mellon Corporate Trustee Services Limited,
in their representative capacities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

| COMMONWEALTH OF PENNSYLVANIA | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF ALLEGHENY | ) | |

I, Stacy L. Lucas, being duly sworn, depose and say:

1. I am not a party to this action, am over eighteen years of age and am employed by Reed Smith, LLP, located at 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222.

2. On March 26, 2013, I caused a true and correct copy of the following:

    a. *Notice of Withdrawal of Limited Objection and Joinder of BNY Mellon Corporate Trustee Services Limited in Objection of the Dante Noteholders to the Debtors' Assumption of Certain Derivative Contracts [Docket No. 36172];* and

    b. *Notice of Limited Withdrawal of Objection of the Bank of New York Mellon, the Bank of New York Mellon Trust Company, N.A., and BNY Mellon Corporate Trustee Services Limited to Proposed Assumption of Derivative Contracts Pursuant to the Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*

*[Docket No. 36173]*

to be served upon the attached service list by method indicated.

                                               Stacy L. Lucas, Paralegal

Sworn to me this 26th
Day of March, 2013.

_____
NOTARY PUBLIC

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Amy L. Sloan, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Sept. 9, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

## SERVICE LIST

**VIA HAND DELIVERY**

Chambers of the Hon. James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court for
The Southern District of New York
One Bowling Green
New York, NY 10004


**VIA FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Jacqueline Marcus, Esq.
        Harvey R. Miller, Esq.
        Ralph I. Miller, Esq.
        Shai Waisman, Esq.
        Lori R. Fife, Esq.
*Attorneys for Debtors*


The Office of the United States Trustee
For Region 2
33 Whitehall Street
21st. Floor
New York, NY 10004
Attn:   Andrea Schwartz, Esq.
        Andrew D. Velez-Rivera


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
*Attorneys for the Official Committee of Unsecured Creditors*