TO: Clerk, United States Bankruptcy Court, Southern District of New York

HBK MASTER FUND L.P., with offices at 2101 Cedar Springs Road, Suite 700, Dallas, Texas 75201 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CHASE LINCOLN FIRST COMMERCIAL CORPORATION, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc.** (Claim No.: 17233) in the amount of $9,350,081.85 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives

SELLER:

**HBK MASTER FUND L.P.**
By: HBK Services LLC
    Investment Advisor

By: _____
Name: J. BAKER GENTRY, JR.
Title: Authorized Signatory
3-21-13

BUYER:

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
Name: Alexander Wilk
Title: Authorized Signatory
3/25/13

J:\CLS\Claims\Lehman\(LBIE)\(LBIE) HBK to CL [1619360] 2.12.13TD; GBP 3.2M\EOT (LBIE) HBK to CL [1619360] 2.12.13TD; GBP 3.2M.DOCX