UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 13789, filed on September 16, 2009, against Lehman Brothers Holdings Inc. by Harlan Investments (G) in the amount of $638,229.00 (the "Claim"). Taconic Capital Partners 1.5 L.P. (the "Claimant") purchased a 100% interest in the Claim [ECF No. 32749]. The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by the Claimant other than the Claim. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44220827\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on March 15, 2013, the issuance of which was noticed in a filing with the Court on March 18, 2013 [ECF No. 36039].

Dated: March 25, 2013
      New York, New York

_____
Lawrence V. Gelber
SCHULTE, ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Attorneys for Taconic Capital Partners 1.5 L.P.*

Dated: March 25, 2013
      New York, New York

_____
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*