**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>                                                      Debtors. | Chapter 11<br>Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC.,<br><br>                                                      Plaintiff,<br><br>-against-<br><br>THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., as Issuers,<br><br>                                                      Defendants. | Adversary Proceeding<br>No. 10-03544 (JMP)<br><br><br><br><br><br><br><br><br>Ref. Docket No. 36 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>                                                      Counterclaimant,<br><br>- against –<br><br>LEHMAN BROTHERS FINANCIAL PRODUCTS INC., LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LIMITED, LIBERTY SQUARE CDO II, LIMITED, LIBERTY SQUARE CDO II, CORP.,<br><br>                    Counterclaim and Crossclaim Defendants,<br><br>- and-<br><br>CEDE & CO., as nominee of THE DEPOSITORY TRUST COMPANY, as the holder of certain notes,<br><br>                    Additional Crosslaim Defendants. | |

T:\Clients\LBH\Affidavits\DI 36 in Adv Proc No 10-03544 - Lawrence Brandman Declaration_AFF_DI 36127_3-21-13.doc

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 21, 2013, I caused to be served the "Declaration of Lawrence Brandman in Support of Motion Pursuant to Section 105(a) of the Bankruptcy Code for Approval of the Termination Agreement by and Among Lehman Brothers Holdings Inc., Lehman Brothers Financial Products Inc., Liberty Square CDO I, Limited, Liberty Square CDO I, Corp., Liberty Square CDO II, Limited, and Liberty Square CDO II, Corp.," dated March 21, 2013 [Docket No. 36127 in Case No. 08-13555 and Docket No. 36 in Adversary Case No. 10-03544], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the attached <u>Exhibit A</u>, and

    ii. enclosed securely in separate postage-prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Carol Zhang*
                                                        Carol Zhang

Sworn to before me this
22nd day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\DI 36 in Adv Proc No 10-03544 - Lawrence Brandman Declaration_AFF_DI 36127_3-21-13.doc

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | keckhardt@hunton.com |
| aalfonso@willkie.com | keith.simon@lw.com |
| abeaumont@fklaw.com | ken.coleman@allenovery.com |
| abraunstein@riemerlaw.com | ken.higman@hp.com |
| acaton@kramerlevin.com | kerry.moynihan@hro.com |
| acker@chapman.com | kgwynne@reedsmith.com |
| adam.brezine@hro.com | kiplok@hugheshubbard.com |
| adarwin@nixonpeabody.com | kit.weitnauer@alston.com |
| adiamond@diamondmccarthy.com | kkelly@ebglaw.com |
| aeckstein@blankrome.com | kkolbig@mosessinger.com |
| aentwistle@entwistle-law.com | klyman@irell.com |
| afriedman@irell.com | klynch@formanlaw.com |
| agbanknewyork@ag.tn.gov | kmayer@mccarter.com |
| aglenn@kasowitz.com | kobak@hugheshubbard.com |
| agold@herrick.com | korr@orrick.com |
| agoldstein@tnsj-law.com | kovskyd@pepperlaw.com |
| ahandler@moundcotton.com | kpiper@steptoe.com |
| aisenberg@saul.com | kressk@pepperlaw.com |
| akantesaria@oppenheimerfunds.com | kreynolds@mklawnyc.com |
| akolod@mosessinger.com | krosen@lowenstein.com |
| alum@ftportfolios.com | kuehn@bragarwexler.com |
| amarder@msek.com | kurt.mayr@bgllp.com |
| amartin@sheppardmullin.com | lacyr@sullcrom.com |
| amcmullen@boultcummings.com | landon@streusandlandon.com |
| amenard@tishmanspeyer.com | lapeterson@foley.com |
| andrew.brozman@cliffordchance.com | lathompson@co.sanmateo.ca.us |
| andrew.lourie@kobrekim.com | lberkoff@moritthock.com |
| andrew.morrison@klgates.com | lee.stremba@troutmansanders.com |
| angelich.george@arentfox.com | lgotko@fklaw.com |
| ann.reynaud@shell.com | lgranfield@cgsh.com |
| anthony_boccanfuso@aporter.com | lhandelsman@stroock.com |
| aoberry@bermanesq.com | linda.boyle@twtelecom.com |
| aostrow@beckerglynn.com | lisa.ewart@wilmerhale.com |
| aquale@sidley.com | lisa.kraidin@allenovery.com |
| arahl@reedsmith.com | lisa.solomon@att.net |
| arheaume@riemerlaw.com | ljkotler@duanemorris.com |
| arlbank@pbfcm.com | lkatz@ltblaw.com |
| arosenblatt@chadbourne.com | lkiss@klestadt.com |
| arthur.rosenberg@hklaw.com | lmarinuzzi@mofo.com |
| arwolf@wlrk.com | lmay@coleschotz.com |
| aseuffert@lawpost-nyc.com | lmcgowen@orrick.com |
| ashmead@sewkis.com | lml@ppgms.com |
| asnow@ssbb.com | lnashelsky@mofo.com |
| aunger@sidley.com | loizides@loizides.com |
| austin.bankruptcy@publicans.com | lscarcella@farrellfritz.com |

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
ccullors@hunton.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com

cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com

mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com

| | |
|---|---|
| dlemay@chadbourne.com | patrick.oh@freshfields.com |
| dlipke@vedderprice.com | paul.turner@sutherland.com |
| dludman@brownconnery.com | pbattista@gjb-law.com |
| dmcguire@winston.com | pbosswick@ssbb.com |
| dmurray@jenner.com | pdublin@akingump.com |
| dneier@winston.com | peisenberg@lockelord.com |
| dodonnell@milbank.com | peter.gilhuly@lw.com |
| dove.michelle@dorsey.com | peter.macdonald@wilmerhale.com |
| dpegno@dpklaw.com | peter.simmons@friedfrank.com |
| draelson@fisherbrothers.com | peter@bankrupt.com |
| dravin@wolffsamson.com | pfeldman@oshr.com |
| drose@pryorcashman.com | phayden@mcguirewoods.com |
| drosenzweig@fulbright.com | philip.wells@ropesgray.com |
| drosner@goulstonstorrs.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rflanagan@flanassoc.com |
| eglas@mccarter.com | rfrankel@orrick.com |
| ekbergc@lanepowell.com | rfriedman@silvermanacampora.com |
| eleicht@whitecase.com | rgmason@wlrk.com |
| ellen.halstead@cwt.com | rgoodman@moundcotton.com |
| emerberg@mayerbrown.com | rgraham@whitecase.com |
| enkaplan@kaplanlandau.com | rhett.campbell@tklaw.com |
| eobrien@sbchlaw.com | richard.fingard@newedge.com |
| erin.mautner@bingham.com | richard.lear@hklaw.com |
| eschwartz@contrariancapital.com | richard.levy@lw.com |
| etillinghast@sheppardmullin.com | richard.tisdale@friedfrank.com |
| ezujkowski@emmetmarvin.com | richard@rwmaplc.com |
| ezweig@optonline.net | rick.murphy@sutherland.com |
| fbp@ppgms.com | rjones@boultcummings.com |
| ffm@bostonbusinesslaw.com | rleek@hodgsonruss.com |
| fhyman@mayerbrown.com | rlevin@cravath.com |
| foont@foontlaw.com | rmatzat@hahnhessen.com |
| fsosnick@shearman.com | rnetzer@willkie.com |

| | |
|---|---|
| fyates@sonnenschein.com | robert.bailey@bnymellon.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gbray@milbank.com | robert.henoch@kobrekim.com |
| ggitomer@mkbattorneys.com | robert.malone@dbr.com |
| ggoodman@foley.com | robert.yalen@usdoj.gov |
| giddens@hugheshubbard.com | robin.keller@lovells.com |
| gkaden@goulstonstorrs.com | roger@rnagioff.com |
| glenn.siegel@dechert.com | ronald.silverman@bingham.com |
| gmoss@riemerlaw.com | ross.martin@ropesgray.com |
| gravert@ravertpllc.com | rrainer@wmd-law.com |
| gspilsbury@jsslaw.com | rreid@sheppardmullin.com |
| harrisjm@michigan.gov | rroupinian@outtengolden.com |
| harveystrickon@paulhastings.com | rrussell@andrewskurth.com |
| hbeltzer@mayerbrown.com | rterenzi@stcwlaw.com |
| heim.steve@dorsey.com | russj4478@aol.com |
| heiser@chapman.com | rwasserman@cftc.gov |
| hmagaliff@r3mlaw.com | rwyron@orrick.com |
| hollace.cohen@troutmansanders.com | s.minehan@aozorabank.co.jp |
| holsen@stroock.com | sabin.willett@bingham.com |
| howard.hawkins@cwt.com | sabramowitz@velaw.com |
| hseife@chadbourne.com | sabvanrooy@hotmail.com |
| hsnovikoff@wlrk.com | sally.henry@skadden.com |
| hsteel@brownrudnick.com | samuel.cavior@pillsburylaw.com |
| ian.roberts@bakerbotts.com | sandyscafaria@eaton.com |
| icatto@mwe.com | sara.tapinekis@cliffordchance.com |
| igoldstein@proskauer.com | scargill@lowenstein.com |
| ilevee@lowenstein.com | schannej@pepperlaw.com |
| ira.greene@hoganlovells.com | schepis@pursuitpartners.com |
| israel.dahan@cwt.com | schnabel.eric@dorsey.com |
| iva.uroic@dechert.com | schristianson@buchalter.com |
| jacobsonn@sec.gov | schwartzmatthew@sullcrom.com |
| james.heaney@lawdeb.com | scott.golden@hoganlovells.com |
| james.mcclammy@dpw.com | scottshelley@quinnemanuel.com |
| james.sprayregen@kirkland.com | scousins@armstrongteasdale.com |
| jamestecce@quinnemanuel.com | sdnyecf@dor.mo.gov |
| jar@outtengolden.com | seba.kurian@invesco.com |
| jason.jurgens@cwt.com | sehlers@armstrongteasdale.com |
| jay.hurst@oag.state.tx.us | seichel@crowell.com |
| jay@kleinsolomon.com | sfelderstein@ffwplaw.com |
| jbecker@wilmingtontrust.com | sfineman@lchb.com |
| jbeemer@entwistle-law.com | sfox@mcguirewoods.com |
| jbeiers@co.sanmateo.ca.us | sgordon@cahill.com |
| jbird@polsinelli.com | sgubner@ebg-law.com |
| jbromley@cgsh.com | shannon.nagle@friedfrank.com |
| jcarberry@cl-law.com | sharbeck@sipc.org |

| | |
|---|---|
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | sleo@bm.net |
| jdwarner@warnerandscheuerman.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jen.premisler@cliffordchance.com | spiotto@chapman.com |
| jennifer.demarco@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.gore@shell.com | squsba@stblaw.com |
| jeremy.eiden@ag.state.mn.us | sree@lcbf.com |
| jfalgowski@reedsmith.com | sschultz@akingump.com |
| jflaxer@golenbock.com | sselbst@herrick.com |
| jfreeberg@wfw.com | sshimshak@paulweiss.com |
| jg5786@att.com | sskelly@teamtogut.com |
| jgenovese@gjb-law.com | sstarr@starrandstarr.com |
| jguy@orrick.com | steele@lowenstein.com |
| jherzog@gklaw.com | stephen.cowan@dlapiper.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.troyer@commerzbank.com |
| jhuggett@margolisedelstein.com | steven.usdin@flastergreenberg.com |
| jim@atkinslawfirm.com | steven.wilamowsky@bingham.com |
| jjoyce@dresslerpeters.com | steven@blbglaw.com |
| jjtancredi@daypitney.com | streusand@streusandlandon.com |
| jjureller@klestadt.com | susheelkirpalani@quinnemanuel.com |
| jlamar@maynardcooper.com | sweyl@haslaw.com |
| jlawlor@wmd-law.com | swolowitz@mayerbrown.com |
| jlee@foley.com | szuch@wiggin.com |
| jlevitin@cahill.com | tannweiler@greerherz.com |
| jlipson@crockerkuno.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | tgoren@mofo.com |
| jmcginley@wilmingtontrust.com | thaler@thalergertler.com |
| jmelko@gardere.com | thomas.califano@dlapiper.com |
| jmerva@fult.doc | tim.desieno@bingham.com |
| jmmurphy@stradley.com | timothy.brink@dlapiper.com |
| jmr@msf-law.com | timothy.palmer@bipc.com |

| | |
|---|---|
| jnadritch@olshanlaw.com | tjfreedman@pbnlaw.com |
| jnm@mccallaraymer.com | tkiriakos@mayerbrown.com |
| john.monaghan@hklaw.com | tlauria@whitecase.com |
| john.rapisardi@cwt.com | tmacwright@whitecase.com |
| jonathan.henes@kirkland.com | tmarrion@haslaw.com |
| jorbach@hahnhessen.com | tnixon@gklaw.com |
| joseph.cordaro@usdoj.gov | toby.r.rosenberg@irscounsel.treas.gov |
| joseph.serino@kirkland.com; | tom.schorling@whitecase.com, |
| joshua.dorchak@bingham.com | tomwelsh@orrick.com |
| jowen769@yahoo.com | tslome@msek.com |
| jowolf@law.nyc.gov | ttracy@crockerkuno.com |
| joy.mathias@dubaiic.com | tunrad@burnslev.com |
| jpintarelli@mofo.com | twheeler@lowenstein.com |
| jporter@entwistle-law.com | villa@streusandlandon.com |
| jprol@lowenstein.com | vmilione@nixonpeabody.com |
| jrabinowitz@rltlawfirm.com | vrubinstein@loeb.com |
| jrsmith@hunton.com | walter.stuart@freshfields.com |
| jschiller@bsfllp.com | wanda.goodloe@cbre.com |
| jschwartz@hahnhessen.com | wballaine@lcbf.com |
| jsheerin@mcguirewoods.com | wbenzija@halperinlaw.net |
| jsherman@bsfllp.com | wchen@tnsj-law.com |
| jshickich@riddellwilliams.com | wcurchack@loeb.com |
| jsmairo@pbnlaw.com | wdase@fzwz.com |
| jstoll@mayerbrown.com | wfoster@milbank.com |
| jsullivan@mosessinger.com | will.sugden@alston.com |
| jtimko@shutts.com | wiltenburg@hugheshubbard.com |
| jtorf@schiffhardin.com | wisotska@pepperlaw.com |
| judy.morse@crowedunlevy.com | wk@pwlawyers.com |
| jvail@ssrl.com | wmaher@wmd-law.com |
| jwallack@goulstonstorrs.com | wmarcari@ebglaw.com |
| jwcohen@daypitney.com | wmckenna@foley.com |
| jweiss@gibsondunn.com | wrightth@sullcrom.com |
| jwest@velaw.com | wsilverm@oshr.com |
| jwh@njlawfirm.com | wswearingen@llf-law.com |
| kanema@formanlaw.com | wtaylor@mccarter.com |
| karen.wagner@dpw.com | wzoberman@bermanesq.com |
| karl.geercken@alston.com | yuwatoko@mofo.com |
| kdwbankruptcydepartment@kelleydrye.com | |

**EXHIBIT B**

**OVN TO MSL:**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**OVN TO ADD:**

SEWARD & KISSEL LLP
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004
ATTN: JACK YOSKOWITZ, ESQ.
        BENAY JOSSELSON, ESQ.

REED SMITH LLP
599 LEXINGTON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10022
ATTN: ERIC SCHAFFER, ESQ.
        MICHAEL VENDITTO, ESQ.

THE DEPOSITORY TRUST COMPANY
55 WATER STREET
NEW YORK, NY 10041
ATTN: SWABERA MOHAMED
        ROBERT GIORDANO

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.
805 THIRD AVENUE, 10TH FLOOR
NEW YORK, NEW YORK 10022
ATTN: ERIC P. HEICHEL, ESQ.