WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                :

In re                                               :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :        08-13555 (JMP)

                 Debtors.             :        (Jointly Administered)

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Paramount Trust Company Ltd as Trustees of the Fallback Trust on March 12, 2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No. 35949].

Dated: March 22, 2013
       New York, New York

                                            /s/ Robert J. Lemons
                                            Robert J. Lemons
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

US_ACTIVE:\44223344\1\58399.0011