WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**  
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**  
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**  
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Martin McCallum on March 13, 2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No. 35943].

Dated: March 22, 2013  
      New York, New York

                                                    /s/ Robert J. Lemons                
                                                    Robert J. Lemons  
                                                    WEIL, GOTSHAL & MANGES LLP  
                                                    767 Fifth Avenue  
                                                    New York, New York 10153  
                                                      Telephone: (212) 310-8000  
                                                      Facsimile: (212) 310-8007

                                                      Attorneys for Lehman Brothers Holdings Inc.  
                                                      and Certain of Its Affiliates