# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS | Case No. 08-13555 (JMP)<br>JOINTLY ADMINISTERED |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Credito Valtellinese s.c..**<br>Name of Transferee | **Gruppo Banca Leonardo S.p.A.**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Credito Valtellinese s.c.<br>Piazza Quadrivio, 8<br>23100 Sondrio (Italy) | Court Claim # (if known):<br><br>62961<br><br>Amount of Claim:<br>$ 11,320.80<br><br>Date Claim Filed:<br>November 2, 2009 |
| Attn: Ms Cinzia Gerna<br>E-mail: gerna.cinzia@creval.it<br>Phone: +39 0342 522526<br>Last Four Digits of Acct #: N/A | Phone: +39 02 7220 6512<br>Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments should be sent (if different from above):

Phone: +39 0342 522425
Last Four Digits of Acct #: N/A

IT53F0521611083000000000001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 25, 2013
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571