UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                                  Debtors.         :    (Jointly Administered)
                                                   :
---------------------------------------------------------------x

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 65412, filed on September 18, 2009, against Lehman Brothers Holdings Inc. by Nikko Cordial Securities Inc. in the amount of $932,526.00, plus accrued and accruing interest and costs (the "Claim"). SMBC Nikko Securities Inc. (the "Claimant") purchased a 100% interest in the Claim [ECF No. 15739]. The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

US_ACTIVE:\44224108\1\58399.0011

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on February 25, 2013, the issuance of which was noticed in a filing with the Court on February 27, 2013 [ECF No. 35567].

Dated: March 27, 2013
New York, New York

/s/ Ira A. Reid

Ira A. Reid
BAKER & MCKENZIE LLP
452 Fifth Avenue
New York, New York 10018
Telephone: (212) 891-3976
Facsimile: (212) 310-1600

*Attorneys for SMBC Nikko Securities Inc.*

Dated: March 27, 2013
New York, New York

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*