ADAM EPSTEIN

March 13, 2013

*As per page 2 of the letter from Hughes Hubbard dated Feb 22, this response is being sent to:*

A. The Honorable James M. Peck
   United States Bankruptcy Court
   One Bowling Green
   New York, NY  10004
   Courtroom #601 (via FedEx)

B. Hughes Hubbard & Reed LLP
   One Battery Park Plaza
   New York NY 10004
   Attn: Meaghan C. Gragg, Esq. & Stuart Mitchell, Esq.  (via e-mail: gragg@hugheshubbard.com and mitchels@hugheshubbard.com)

Your Honor:

I was an ordinary small Lehman Brothers customer.  In 1993 I bought $1,800 worth of stock and placed it in that account.  Along the way that stock earned some dividends, which were either turned into the money market account or retained in cash; and I sold a little of it.  By the time of Lehman's demise, my account had grown to $5,222.

That's the extent of my involvement with Lehman.  I had been of the belief that my account had been transferred to another institution upon Lehman's collapse.  In 2011, concerned that I had not received statements in awhile, I began to call around.  Hughes Hubbard & Reed told me that I had missed a deadline for filing some documents, and thus the $5,222 in my account was confiscated.  I had not been told of a need to file any claims or documents.  They told me to send a filing to Epiq Bankruptcy Solutions, which I did in November 2011.  Now, in February 2013, Hughes Hubbard tells me they're asking to disallowing that claim because it was filed late.

It was my understanding that brokerage firms were supposed to keep their customers' accounts separate from their own holdings.  Did Lehman not do that here?  When my holdings were confiscated, where did they go?

As per Hughes Hubbard's letter, here are the responses to the specific points:

i) United States Bankruptcy Court, Southern District of New York.  Debtor is Lehman Brothers, Inc.  Case # is 08-01420 (JMP) SIPA.  Title of the objection: 28th Omnibus Objection; Late-filed claim.  (Claim #6267)

ii) Name of claimant: Adam Epstein.  Amount of claim and specifics were provided to me by Hughes Hubbard and delineated in the attached letter dated Nov. 11, 2011.  Total amounts = $5,221.95

iii) Reason: <u>I was never notified that I was required to file a claim for my brokerage account</u>.  (Possibly because we moved).  I was of the belief that the account was simply transferred to

2109 BROADWAY
NEW YORK, NY  10023

another institution.  I was not told that my stocks and my money in my account was at risk of confiscation after their bankruptcy.

iv) Previously filed

v) Adam Epstein.  2109 Broadway  New York, NY  10023

vi) Self.  Same address as in v).  Tel: (212) 860-9500

Thank you very much.

Regards,

Adam Epstein

ADAM EPSTEIN

November 11, 2011

Lehman Brothers Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
PO Box 6389
Portland, OR  97228-6389

Dear LBI CP:

Attached is my claim form for my Lehman brokerage account.  I am told that at the time of its demise the account held:
- 135 shares of RCL.  At today's closing price of $27.40, that's a current value of $3,699
- $674.41 in the Federated Money Market
- $848.54 in cash

Total value = $5,221.95

I was of the belief that the account was being handled by Barclay's or the Lehman successor company.  I called recently to get some tax forms, and found out otherwise.  I was informed that there had been a solicitation to file claims.  I, however, never received such a notice.  Possibly it's because we moved around that period and changed our mailing address.  Previous address was 201 East 87th Street; current address is shown below.

So, as per the instructions I was given by Epiq in NYC, I am hereby filing this claim.  I am sorry to put you through this inconvenience; had I received the original notice, I would have filed promptly.

Attached is a copy of a Lehman brokerage statement.  (It's from 2000; it happens to be the first paper statement I could find now, but Bridget said that would suffice).

Please let me know if you have any questions.  (212) 860-2326.

Thank you very much.

Regards,

*Copy*

Adam Epstein

2109 BROADWAY
NEW YORK, NY  10023