WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                           :
**In re**                                  :    **Chapter 11 Case No.**
                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                           :
                    **Debtors.**           :    **(Jointly Administered)**
                                           :
---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF DEBTORS' FORTY-SECOND OMNIBUS OBJECTION (LATE-FILED LEHMAN PROGRAMS SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIM

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11

Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above-

referenced chapter 11 cases, is withdrawing without prejudice the Forty-Second Omnibus

Objection to Claims (Late-Filed Lehman Programs Securities Claims) [ECF No. 11307] *solely*

with respect to the claim listed on Exhibit A annexed hereto.  The Plan Administrator reserves its

rights to object to the claim listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  March 27, 2013
       New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings
                                        Inc. and Certain of Its Affiliates

US_ACTIVE:\44204868\1\58399.0011

## Exhibit A

## Claim For Which Objection Is Withdrawn Without Prejudice:

| Forty-Second Omnibus Objection to Claims | |
|---|---|
| **Claimant** | **Claim #** |
| Van Meurs-Bergsma, HMA | 66022 |

US_ACTIVE:\44204868\1\58399.0011