Sara Discepolo, Esq.
550 Cochituate Road, Suite 25
East Wing, Floor Four
Framingham, MA 01701
Telephone: 617-549-4537
Facsimile: 978-478-4589

*Attorney for Simeon Moreno*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al.*,<br><br><br><br><br>Debtors | Chapter 11<br>Case No.: 08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 66084

PLEASE TAKE NOTICE, that Simeon Moreno (hereinafter the "Claimant"), through the

undersigned counsel, hereby withdraws Proof of Claim No. 66084 filed against Lehman Brothers

Holdings, Inc. in the above matter on or about January 7, 2010, and that the claims registry

maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

SIMEON MORENO


By:    */s/ Sara Discepolo*
       Sara Discepolo, Esq.
       550 Cochituate Road, Suite 25
       East Wing, Floor Four
       Framingham MA 01701
       Tel. 617-549-4537
       Fax 978-478-4589
       Sara_Discepolo@verizon.net
       His Attorney

Dated: March 27, 2013
       Framingham, Massachusetts