WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE RELATING TO MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON MARCH 28, 2013 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the on the matters set forth on Exhibit A hereto **has been adjourned to April 25, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, as there is no other matter scheduled for hearing in the above-captioned case on March 28, 2013 at 10:00 a.m. (Prevailing

Eastern Time), the hearing that was scheduled for that date and time will not be held.

Dated:  March 27, 2013
       New York, New York

                    /s/ Robert J. Lemons
                    Robert J. Lemons
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone:  (212) 310-8000
                    Facsimile:   (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates

## Exhibit A
## (Adjourned Matters)

1. Debtors' **Ninety-Seventh** Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

2. Debtors' **One Hundred Twenty-Fifth** Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

3. Debtors' **One Hundred Thirty-Eighth** Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

4. **Three Hundred Sixtieth** Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 31316]**

5. **Three Hundred Eighty-Ninth** Omnibus Objection to Claims (No Liability Claims) **[ECF No. 34043]**

6. **Three Hundred Ninetieth** Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34044]**

7. **Three Hundred Ninety-Fifth** Omnibus Objection to Claims (Duplicative Claims) **[ECF No. 34729]**

8. **Three Hundred Ninety-Eighth** Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 34732]**

9. Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

10. Plan Administrators' Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 34303]**