

Suryan Family Trust
4901 Birch Street
Newport Beach, CA 92660

March 14, 2013

Hon. James M. Peck
United States Bankruptcy Court
One Bowling Green, Courtroom 601
New York, NY 10004

Robert J. Lemons, Esq.
Maurice Horowitz, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis, Esq.
       Elisabetta Gasparini, Esq.
       Andrea B. Schwartz, Esq.

Re:   Response to Debtors' Three-Hundred Ninety-Sixth Omnibus
      Objection to Claims (Warrant Claims)
      Chapter 11 Case No. 08-13555 (JMP)
      Claim Nos. 19441 and 19329 – (Case No. 08-13893)

Dear Sir or Madam:

This correspondence is in regards to the Debtors' Objection (the "Objection") to my Proof of Claim – Claim numbers 19441 and 19329 (the "Claims"). The Objection seems to request that the court assign to the correct Debtor and/or reduce and allow my Claims. I agree with the portion of the Objection to assign the Claims to the correct Debtor, which is Lehman Brothers Holdings Inc. ("LBHI"). However, I definitely object to the Debtors' request to the extent it seeks to reduce the amount of such Claims against LBHI.

It is important to note that I am a retail investor. I am not an institutional investor. The Debtors' Objection seeks to rewrite the Warrants and unfairly disadvantage me to the Debtors' benefit. The Warrants were sophisticated contracts pursuant to which LBHI derived significant benefits, all while utilizing my dollars. They now seek to hide behind the veil of bankruptcy to my further detriment. At a minimum, the Court should require the Debtors to provide detailed information concerning the nature of the option contracts as well as provide each of the retail investors with sufficient accounting of the market value of the Warrants on the date I would have otherwise been entitled to receive my cash return, not September 15, 2008.

March 14, 2013
Page 2

    Based on the foregoing, I ask that the Court reject that portion of the Debtors' request to reduce the amount of my Claims against LBHI and require LBHI to provide more information as to the nature and value of the Warrants as of the contractual strike date for each Warrant.

Sincerely,

Frank T. Suryan, Jr.
Trustee
Suryan Family Trust