WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                           Debtors.       :    (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF**
**FOUR HUNDRED FIFTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan
Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11
Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four
Hundred Fifth Omnibus Objection to Claims (No Liability Claims) [ECF No. 36009] **solely as to
claim listed on Exhibit A attached hereto**, because the claim has been withdrawn.

Dated:  March 28, 2013
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

## Exhibit A

## Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| HARPEN IMMOBILIEN GMBH & CO. KG | 26702 |