# HENNIGAN DORMAN LLP

865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

TELEPHONE (213) 694-1200
FACSIMILE (213) 694-1234

DIRECT PHONE (213) 694-1149
PALMERR@HDLITIGATION.COM



March 18, 2013

Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

> **RE:** **In re Lehman Brothers Holdings Inc., Case No. 08-13555**
> **In re Lehman Brothers, Inc., Case No. 08-1420-JMP**

Dear Mr. Genna:

I write to request that Hennigan, Bennett & Dorman LLP and Hennigan Dorman LLP and their former attorneys be removed from the above-listed cases. Attorneys with Hennigan, Bennett & Dorman LLP ("HBD"), which is now known as Hennigan Dorman LLP ("HD"), previously represented the DCP Parties in these proceedings. That representation terminated long ago and the attorneys previously providing representation are no longer with this firm. Indeed, HD is no longer operating as an active firm. Nevertheless, the firm continues to appear on the electronic docket and to receive communications in these cases. The following attorneys appear on the claims mailing list in the Lehman Brothers Holdings Inc. case with HBD or HD addresses: Bruce Bennett, Joshua D. Morse and Michael A. Morris. The following attorney appears on the Lehman Brothers, Inc. docket with an HBD or HD address: A. Brent Truitt. Please remove the firm and all attorneys listing an HBD or HD affiliation from the docket and mailing list in these cases.

Sincerely,

Robert L. Palmer

Cc:   Epiq Bankruptcy Solutions, LLC
      Bruce Bennett, Esq.
      Joshua D. Morse, Esq.
      Michael A. Morris, Esq.
      A. Brent Truitt, Esq.

RG/ai

