UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>                    Debtors. | Chapter 11 Case No.<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING PLAN ADMINISTRATOR TO
REISSUE DISTRIBUTION CHECKS TO TRAXIS FUND LP
AND TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP**

Upon consideration of the Motion of Traxis Fund LP and Traxis Emerging Market Opportunities Fund LP (together, the "Movants") to Compel Debtors to Reissue Distribution Checks for Allowed Claims (the "Motion"), and due notice thereof having been provided as set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures dated February 13, 2009 entered in these proceedings; and it appearing that no other or further notice of the Motion need be provided; and upon consideration of the response thereto filed by Lehman Brothers Holdings Inc. (the "Plan Administrator") and the reply filed by the Movants ; and a hearing on the Motion having been held on February 28, 2013, and the Court having determined that the legal and factual bases set forth in the record establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.      Based solely upon a finding of this Court of excusable neglect on the part of the Movants, the Plan Administrator is authorized and directed to reissue distributions made pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings

2

Inc. and Its Affiliated Debtors on account of to Claim Nos. 66512, 66511, 66510 and 66509 on or about April 17, 2012.

2. Except for the relief granted in the paragraph above, the Motion is denied.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
March 28, 2013

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE