**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Attorneys for Boilermakers-Blacksmith National Pension Trust Fund*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| **Debtors.** | (Jointly Administered |

**NOTICE OF WITHDRAWAL OF CERTAIN PROOFS OF CLAIM FILED
BY BOILERMAKERS-BLACKSMITH NATIONAL PENSION TRUST**

The undersigned, counsel for Boilermakers-Blacksmith National Pension Trust Fund ("Boilermakers"), is authorized to and hereby withdraws the following ten (10) proofs of claim, identified by claim number, filed in the above matter:

32209
67201
67202
67203
67205
67207
67208
67209
67211
67212

26060/2
03/29/2013 24201162.1

-2-

Dated: March 29, 2013  LOWENSTEIN SANDLER LLP

By: */s/ Ira M. Levee*
Michael S. Etkin (ME 0570)
Ira M. Levee (IL9958)
1251 Avenue of the Americas
New York, NY  10020
Tel:  (212) 262-6700
Fax:  (212) 262-7402

65 Livingston Avenue
Roseland, New Jersey 07068
Tel:  (973) 597-2500
Fax:  (973) 597-2400

and

Kurt S. Brack
HOLBROOK & OSBORN, P.A.
7400 West 110th St., Suite 600
Overland Park, Kansas  66210
Tel:  (913) 342-2500
Fax:  (913) 342-0603

*Attorneys for Boilermakers-Blacksmith National Pension Trust Fund*