**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>                                                                      Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>Ref. Docket No. 36184 |
| LEHMAN BROTHERS FINANCIAL PRODUCTS INC.,<br><br>                                                                      Plaintiff,<br><br>-against-<br><br>THE BANK OF NEW YORK MELLON TRUST CO., NATIONAL ASSOCIATION, as Trustee, LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LTD., LIBERTY SQUARE CDO II, LTD., and LIBERTY SQUARE CDO II, CORP., as Issuers,<br><br>                                                                      Defendants. | Adversary Proceeding<br>No. 10-03544 (JMP)<br><br><br><br><br><br><br><br><br><br>Ref. Docket No. 37 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>                                                                      Counterclaimant,<br><br>- against –<br><br>LEHMAN BROTHERS FINANCIAL PRODUCTS INC., LIBERTY SQUARE CDO I, CORP., LIBERTY SQUARE CDO I, LIMITED, LIBERTY SQUARE CDO II, LIMITED, LIBERTY SQUARE CDO II, CORP.,<br><br>                                  Counterclaim and Crossclaim Defendants,<br><br>- and-<br><br>CEDE & CO., as nominee of THE DEPOSITORY TRUST COMPANY, as the holder of certain notes,<br><br>                                  Additional Crosslaim Defendants. | |

# **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 26, 2013, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion Pursuant to Section 105(a) of the Bankruptcy Code for Approval of the Termination Agreement by and Among Lehman Brothers Holdings Inc., Lehman Brothers Financial Products Inc., Liberty Square CDO I, Limited, Liberty Square CDO I, Corp., Liberty Square CDO II, Limited, and Liberty Square CDO II, Corp.," dated March 26, 2013 [Docket No. 36184 and Docket No. 37 in Adversary Case No. 10-03544], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the attached <u>Exhibit A</u>, and

    ii.  enclosed securely in a separate postage-prepaid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Kerry O'Neil*
                                              Kerry O'Neil

Sworn to before me this
27th day of March, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Adv Proc No 10-03544 - CNO re Termination Agrmt_AFF_DI 37_3-26-13.doc

# EXHIBIT A

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
DENNIS DUNNE; LUC DESPINS; WILBUR FOSTER, JR; DENNIS O'DONNELL,
   ESQ.; EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL:    ddunne@milbank.com
            wfoster@milbank.com
            dodonnell@milbank.com
            efleck@milbank.com


**MILBANK, TWEED, HADLEY & MCCLOY, LLP**
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL:    paronzon@milbank.com
            gbray@milbank.com

# EXHIBIT B

**OFFICE OF THE US TRUSTEE**
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004