| | |
|---|---|
| **COVINGTON & BURLING LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 841-1069<br>Counsel for Wilmington Trust Company,<br>as member of the Committee and indenture trustee | **SULLIVAN & WORCESTER LLP**<br>One Post Office Square<br>Boston, MA 02109<br>(617) 338-2880<br>Counsel for U.S. Bank National Association,<br>as member of the Committee and indenture trustee |
| **STROOCK & STROOCK & LAVAN LLP**<br>180 Maiden Lane<br>New York, NY 10038-4982<br>(212) 806-5400<br>Counsel for Mizuho Corporate Bank, Ltd.,<br>as member of the Committee | **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**<br>551 Fifth Avenue, 18th Floor<br>New York, NY 10176<br>(212) 986-6000<br>Counsel for Elliott Management Corp.,<br>as former member of the Committee |
| **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 653-8700<br>Counsel for the Bank of NY Mellon,<br>as member of the Committee and indenture trustee | **VINSON & ELKINS LLP**<br>666 Fifth Avenue<br>New York, NY 10103-0040<br>(212) 237-0000<br>Counsel for Shinsei Bank, Limited,<br>as former member of the Committee |
| **ARENT FOX LLP**<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3957<br>Counsel for The Vanguard Group,<br>as member of the Committee | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br>and<br>1850 K Street N.W., Suite 1100<br>Washington, DC 20006<br>(202) 835-7500<br>Counsel for Official Committee of Unsecured<br>Creditors of Lehman Brothers Holdings Inc., et al. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                                : Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : 08-13555 (JMP)
                                                                           :
           Debtors.                                              : (Jointly Administered)
---------------------------------------------------------------x

**JOINT COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN RECORD ON APPEAL AND RESERVATION OF RIGHTS
WITH RESPECT TO STATEMENT OF ISSUES ON APPEAL BY
APPELLEES INDIVIDUAL MEMBERS OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, INDENTURE TRUSTEES AND
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

The Bank of New York Mellon ("BNYM"), Elliott Management Corp., Mizuho Corporate Bank, Ltd., Shinsei Bank, Limited, U.S. Bank National Association ("US Bank"), The Vanguard Group and Wilmington Trust Company ("Wilmington"), each a current or former member (the "Committee Members") of the Official Committee of Unsecured Creditors (the "Committee") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in possession (collectively, the "Debtors"); Wilmington, BNYM and US Bank, each an indenture trustee for various notes issued by LBHI (the "Indenture Trustees"); and the Committee (together with the Committee Members and the Indenture Trustees, the "Appellees"), hereby designate, pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following items to be included in the record on appeal of the Court's February 15, 2013 memorandum decision granting the Committee Members' and the Indenture Trustees' omnibus application for payment of fees and reimbursement of expenses [ECF No. 34720] in addition to the items designated by appellant, the United States Trustee for Region 2 (the "Appellant").[1]

**I.    COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[2]**

| Lehman Brothers Holdings Inc. (Case No. 08-13555) (JMP) | | | |
|---|---|---|---|
| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
| 1 | 12/16/2008 | 2257 | Order Signed on 12/16/2008 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts |
| 2 | 1/28/2009 | 2667 | Order Signed on 1/28/2009 Approving Consensual |

---

[1] The Appellant filed a notice of appeal, dated March 1, 2013 [ECF No. 35662] and provided the Appellees with a statement of issues and designation of items to be included in the record on appeal on March 15, 2013 [ECF No. 35960] (the "Record and Issues").

[2] The Appellees reserve the right to amend or supplement this counter-designation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations and affidavits related thereto.

2

| | | | |
|---|---|---|---|
| | | | Assumption and Assignment of Prepetition Derivative Contracts |
| 3 | 6/3/2009 | 3753 | Order Signed on 6/3/2009 Authorizing the Establishment of Procedures to Terminate Unfunded Commitments and Restructure Corporate Loan Agreements |
| 4 | 7/10/2009 | 4318 | Objection of Ad Hoc Group of Lehman Brothers Creditors to Debtors' Motion Pursuant to Section 1121(d) of the Bankruptcy Code Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans |
| 5 | 7/14/2009 | 4378 | Statement of Official Committee of Unsecured Creditors in Response to Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans |
| 6 | 7/20/2009 | 4449 | Order Signed on 7/20/2009 Granting the Debtors' Motion Requesting Second Extension of Exclusive Periods for the Filing of and Solicitation of Acceptances for Chapter 11 Plans |
| 7 | 8/5/2009 | 4706 | Order Signed on 8/5/2009 Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Claims in Respect of the Origination or Purchase of Residential Mortgage Loans |
| 8 | 9/16/2009 | 5187 | Order Signed on 9/16/2009 Authorizing the Establishment of Procedures for the Debtors to Compromise Claims of the Debtors in Respect of Real Estate Loans |
| 9 | 9/24/2009 | 5272 | Order Signed on 9/24/2009 Establishing Procedures for the Debtors to Transfer Their Interests in Respect of Residential and Commercial Loans Subject to Foreclosure to Wholly-Owned Non-Debtor Subsidiaries |
| 10 | 11/23/2009 | 5912 | Order Signed on 11/23/2009 Establishing Procedures to (i) Restructure, (ii) Make New or Additional Debt or Equity Investments in, and/or (iii) Enter Into Settlements and Compromises in Connection with Existing Real Estate Investments |
| 11 | 1/14/2010 | 6656 | Order Signed on 1/14/2010 Authorizing the Establishment of Procedures for the Debtors to Compromise and Settle Prepetition Claims Asserted by the Debtors Against Third Parties |
| 12 | 3/15/2010 | 7572 | Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors |
| 13 | 3/22/2010 | 7693 | Amended Order Signed on 3/22/2010 Granting the Debtors' Motion for Authority to Establish Procedures to Sell or Abandon De Minimis Assets |

| | | | |
|---|---|---|---|
| 14 | 3/31/2010 | 7936 | Order Signed on 3/31/2010 Approving Settlement Procedures |
| 15 | 3/31/2010 | 7958 | Amended Order Signed on 3/31/2010 Granting the Debtors' Motion for Authority to Establish Procedures to Sell or Abandon De Minimis Assets |
| 16 | 4/14/2010 | 8332 | Debtors' Disclosure Statement for Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy |
| 17 | 6/17/2010 | 9633 | Order Signed on 6/17/2010 Granting the Motion of the Debtors for the Establishment of Procedures to Dispose of Certain Real Estate Assets and Modification of the Order Establishing Procedures to (i) Restructure, (ii) Make New or Additional Debt or Equity Investments in, and/or (iii) Enter into Settlements and Compromises in Connection with Existing Real Estate Investments |
| 18 | 6/29/2010 | 9905 | Preliminary Objection of the Ad Hoc Group of Lehman Brothers Creditors to the Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and to the Debtors' Disclosure Statement for Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code and Request for Status Conference |
| 19 | 12/15/2010 | 13504 | Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliated Debtors Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC Proposed by the Ad Hoc Group of Lehman Brothers Creditors |
| 20 | 1/25/2011 | 14150 | First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 21 | 1/25/2011 | 14151 | Debtors' Disclosure Statement for First Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code |
| 22 | 3/29/2011 | 15431 | Motion of the Ad Hoc Group of Lehman Brothers Creditors for Entry of (I) An Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof and (II) An Order Approving the Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliated Debtors Other Than Merit, LLC, LB Somerset LLC And LB Preferred Somerset LLC, Filed by the Ad Hoc Group of Lehman Brothers Creditors |

| 23 | 4/8/2011 | 15774 | Response of Official Committee of Unsecured Creditors to Motion of the Ad Hoc Group of Lehman Brothers Creditors for Entry of (I) An Order Scheduling a Disclosure Statement Hearing and Approving the Form and Manner of Notice Thereof and (II) An Order Approving the Disclosure Statement for the Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliated Debtors |
| --- | --- | --- | --- |
| 24 | 4/21/2011 | 16180 | Order Signed on 4/21/2011 Establishing Schedule for Disclosure Statement Hearing and Related Deadlines for Alternative Disclosure Statements and Plans and Approving Form and Manner of Notice of Disclosure Statement Hearing |
| 25 | 4/25/2011 | 16229 | Joint Chapter 11 Plan for Lehman Brothers Holdings Inc. and its Affiliated Debtors Other than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC Proposed by Non-Consolidation Plan Proponents, dated April 25, 2011 |
| 26 | 4/27/2011 | 16315 | Amended Joint Substantively Consolidating Chapter 11 Plan for Lehman Brothers Holdings Inc. and Certain of Its Affiliated Debtors Other Than Merit, LLC, LB Somerset LLC and LB Preferred Somerset LLC, Proposed by the Ad Hoc Group of Lehman Brothers Creditors |
| 27 | 7/1/2011 | 18204 | Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 28 | 7/1/2011 | 18205 | Debtors' Disclosure Statement for Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code |
| 29 | 7/18/2011 | 18580 | Statement of the Ad Hoc Group of Lehman Brothers Creditors in Support of Debtors' Motion for (I) Approval of Stipulation and Order Regarding Chapter 11 Plans and (II) Stay of Related Discovery |
| 30 | 7/18/2011 | 18583 | Reply to Responses to Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery |
| 31 | 7/18/2011 | 18585 | Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion for (I) Approval of Stipulation and Order Regarding Chapter 11 Plans and (II) Stay of Related Discovery |
| 32 | 7/21/2011 | 18686 | Order Signed on 7/21/2011 Granting Debtors' Motion for (i) Approval of Stipulation and Order Regarding Chapter 11 Plans and (ii) Stay of Related Discovery |
| 33 | 8/23/2011 | 19459 | Statement of the Official Committee of Unsecured |

|    |            |       |                                                                                                                                                                                                                                                                                                                                                             |
|----|------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |            |       | Creditors in Support of the Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code                                                                                                                                                   |
| 34 | 8/24/2011  | 19482 | Revised Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors                                                                                                                                                                                                                                                    |
| 35 | 8/24/2011  | 19483 | Blackline: Revised Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors                                                                                                                                                                                                                                         |
| 36 | 8/24/2011  | 19484 | Debtors' Disclosure Statement for Revised Second Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code                                                                                                                                                                  |
| 37 | 8/30/2011  | 19579 | Order Signed on 8/30/2011 (I) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (ii) Establishing Solicitation and Voting Procedures, (iii) Scheduling a Confirmation Hearing, and (iv) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan |
| 38 | 9/1/2011   | 19628 | Blackline: Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors                                                                                                                                                                                                                                                  |
| 39 | 9/1/2011   | 19630 | Blackline: Debtors' Disclosure Statement for Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors Pursuant to Section 1125 of the Bankruptcy Code                                                                                                                                                                |
| 40 | 9/1/2011   | 19631 | Amended Order Signed on 9/1/2011 (I) Approving the Proposed Disclosure Statement and the Form and Manner of Notice of the Disclosure Statement Hearing, (II) Establishing Solicitation and Voting Procedures, (III) Scheduling a Confirmation Hearing, and (IV) Establishing Notice and Objection Procedures for Confirmation of the Debtors' Joint Chapter 11 Plan |
| 41 | 11/29/2011 | 22738 | Blackline: Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors                                                                                                                                                                                                                                         |
| 42 | 11/29/2011 | 22773 | Statement of Official Committee of Unsecured Creditors (I) in Support of Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and (II) in Response to Objections to Such Plan                                                                                                                                    |
| 43 | 12/5/2011  | 22972 | Supplement to Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions, LLC, Regarding Voting and Tabulation of Ballots Cast on Debtors' Third                                                                                                                                                                                                    |

6

08-13555-mg    Doc 36261    Filed 03/29/13    Entered 03/29/13 16:23:37    Main Document
Pg 7 of 9

|    |            |       |                                                                                                                  |
|----|------------|-------|------------------------------------------------------------------------------------------------------------------|
|    |            |       | Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors                        |
| 44 | 12/5/2011  | 22973 | Notice of Filing of Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors |
| 45 | 12/21/2012 | 33328 | Transcript regarding Hearing Held on 12/19/2012                                                                  |

## II.  RESERVATION OF RIGHTS WITH RESPECT TO ISSUES PRESENTED ON APPEAL

To the extent the Appellees disagree with the Record and Issues filed by the Appellant, the Appellees reserve the right to present a counter-statement of issues in their appellee brief in accordance with Bankruptcy Rule 8010(a)(2).

Dated: New York, New York
      March 29, 2013

**COVINGTON & BURLING LLP**

By: /s/ Michael B. Hopkins

Michael B. Hopkins
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Telephone: (212) 841-1064
Fax: (646) 441-9064
Counsel for Wilmington Trust Company, as member of the Committee and indenture trustee

**STROOCK & STROOCK & LAVAN LLP**

By: /s/ Mark A. Speiser

Mark A. Speiser
180 Maiden Lane
New York, NY  10038-4982
Telephone: (212) 806-5400
Fax: (212) 806-6006
Counsel for Mizuho Corporate Bank, Ltd., as member of the Committee

7

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: /s/ Russell L Reid, Jr.

Russell L. Reid, Jr.
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700
Fax: (212) 653-8701
Counsel for the Bank of NY Mellon, as member of the Committee and indenture trustee

**SULLIVAN & WORCESTER LLP**

By: /s/ Richard Hiersteiner
Richard Hiersteiner
One Post Office Square
Boston, MA 02109
Telephone: (617) 338-2800
Fax: (617) 338-2880
Counsel for U.S. Bank National Association, as member of the Committee and indenture trustee

**ARENT FOX LLP**

By: /s/ David Dubrow
David Dubrow
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3957
Fax: (212) 484-3990
Counsel for The Vanguard Group, as member of the Committee

**VINSON & ELKINS LLP**

By: /s/ Dov Kleiner

Dov Kleiner
666 Fifth Avenue
New York, NY 10103-0040
Telephone: (212) 237-0000
Fax: (212) 237-0100
Counsel for Shinsei Bank, Limited, as former member of the Committee

8

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: /s/ Matthew J. Gold

Matthew J. Gold
551 Fifth Avenue, 18th Floor
New York, NY 10176
Telephone: (212) 986-6000
Fax: (212) 986-8866
Counsel for Elliott Management Corp., as former member of the Committee

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

By: /s/ Dennis F. Dunne
Dennis F. Dunne
Evan R. Fleck
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Fax: (212) 530-5219

David S. Cohen
1850 K Street N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Fax: (202) 835-7586
Counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.