UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                  :   Chapter 11 Case No.
                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:   08-13555 (JMP)
                                       :
                    Debtors.           :   (Jointly Administered)
---------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Nicolas Karamaoun<br>2259 Bishop Road<br>Blacksburg, VA 24060 |
| Claim Number (if known): | 14116 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $73,825 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
| --- | --- |
| Signature: [signed] | Title: |
| Printed Name: NICOLAS KARAMAOUN | Dated: 3/19/2013 |

US_ACTIVE:\44096563\1\58399.0011