UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Timothy David Llewellyn<br>3 Cranley Mansion<br>160 Gloucester Road<br>London, SW7 4QF, United Kingdom |
| Claim Number (if known): | 13581 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $76,076 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: MR. |
|---|---|
| Printed Name: TIMOTHY DAVID LLEWELLYN | Dated: 1st APRIL 2013 |