Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|

Deutsche Bank AG, London Branch

Shinsei Bank, Limited

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London Branch
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attention: Matt Weinstein
Phone: 212-250-5760
Fax:   212-797-8770

Court Claim # (if known): 13080

Amount of Claim: $11,500,000

Date Claim Filed: 9/15/2009

Last Four Digits of Acct #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments
should be sent (if different from above):

Same as above.

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date:   March 26, 2013

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jamie Foote
Vice President

Simon Glennie
Vice President

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:    Clerk

AND TO:     Lehman Brothers Holdings Inc. ("Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered)

Claim Nos.: 13080

Shinsei Bank, Limited, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Deutsche Bank A.G., London Branch, its successors and assigns ("Buyer"), all rights, title and interest in and to Seller's claim against Debtor, a debtor and debtor-in-possession in the above-referenced case, in the amount of $11,500,000 (as set forth in claim no: 13080 against the Debtor) (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 26, 2013.

**SELLER**                                          **BUYER**

**SHINSEI BANK, LIMITED**                           **DEUTSCHE BANK AG, LONDON BRANCH**

By: _____                           By: _____
Name:  H. KASATANI                                  Name:
Title:                                              Title:     Jamie Foote
       GENERAL MANAGER                                         Vice President

                                                    By: _____
                                                    Name:
                                                    Title:     Simon Glennie
                                                               Vice President

2