UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :   08-13555 (JMP)
                                                  :
                              Debtors.            :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Joe and/or Renee Debbane<br>Maassarani Building - Nasra Street<br>5 Rue 74 - Sect 62 Nasra<br>Achrafieh, 2062-6241, Beirut, Lebanon |
| Claim Number (if known): | 13680 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $959 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: R.D. Debbané / J.D Debbané    Title:

Printed Name: Renée Debbané / Joe Debbané    Dated: March 22, 2013

US_ACTIVE:\44096563\1\58399.0011