UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                            Debtors.                               :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | The Honorable Mrs. Laura Wolfson Townsley<br>17 Acacia Road<br>London, NW8 6AN, United Kingdom |
| Claim Number (if known): | 14106 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $244,073 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: THE HON MRS. |
|---|---|
| Printed Name: LAURA WOLFSON TOWNSLEY | Dated: 25/03/2013 |