B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,

Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Stanley Senior Funding, Inc. | CF LBHI LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York NY 10036
Attn: Joshua Rawlins
Tel: (212) 761-2991
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
Attn: Managing Clerk (Bankruptcy)
One World Financial Center
New York, NY 10281

Court Claim # (if known): 68032 (amending 67939, which amended 67502, which in turn amended 11034)
Amount of Claim: $329,870,721.00 (as allowed)
Amount of Claim Transferred: $2,562,197.30 (as allowed)
Date Claim Filed: March 6, 2012 (with respect to 68032)
Debtor: Lehman Brothers Holdings Inc.

Phone:_____
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

[signatures on next page]

Aozora Assignment Agree. (Claims)
769013v.3 892/04487

- 5 -

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Morgan Stanley Senior Funding, Inc.,**
  as Transferee

By: _____   Date: _____March 25, 2013_____
Name:
Title:   Adam Savarese
        Authorized Signatory

Acknowledged and agreed:

**CF LBHI LLC,**
  as Transferor

By: _____   Date: _____
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Morgan Stanley Senior Funding, Inc.,**
  as Transferee

By: _____    Date: _____
Name:
Title:


Acknowledged and agreed:

**CF LBHI LLC,**
  as Transferor

By: /s/ _____    Date: 3/25/13
Name:    Smita Conjeevaram
Title:    Chief Financial Officer

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.