**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

In re:                                                                    Chapter 11

Lehman Brothers Holdings, Inc., *et al.*,            Case No. 08-13555 (JMP)
                                                                          (Jointly Administered)


                                          Debtors
-------------------------------------------------------------X


**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT DATED OCTOBER 15, 2012, [DOCKET NO. 11 in Adversary Proceeding No. 12-01044], DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.

**Lehman Plaintiffs' and Committee's Response to the Motion to Consolidate Contested Matter with Adversary Proceeding, Appendix A**