UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re:                                                              :
:
:                              Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
:
:
Debtors.                                       :     (Jointly Administered)
:
-------------------------------------------------------------------x

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF
SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS
AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim numbered 16863 against Lehman Brothers Holdings Inc. ("LBHI") by Prudential Investment Management, Inc., in its capacity as investment advisor on behalf of Pramerica Fixed Income Emerging Markets Long Short Master Fund, Ltd. (f/n/a Pru Fixed Income Emerging Markets Long Short Master Fund I, Ltd. (which was referred to as "Prudential Fixed Income Emerging Markets Long Short Master Fund I, L.P." in the original Proof of Claim due to a typographical error)) (the "Claimant"), filed in an amount of no less than $567,643.80 (the "Claim").

PLEASE TAKE NOTICE that, through its undersigned representative, the Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. For the avoidance of any doubt, this withdrawal does not relate to any other claims. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary

action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that LBHI hereby withdraws with prejudice the subpoena directed to the Claimant, the issuance of which was noticed in a filing with this Court on March 1, 2013 [Docket No. 35683].

Dated: April 1, 2013
      New York, New York

| | |
|---|---|
| */s/ David M. Turetsky* | */s/ L. P. Harrison 3rd* |
| David M. Turetsky | L. P. Harrison 3rd |
| Max S. Polonsky | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP |
| Four Times Square | 101 Park Avenue |
| New York, New York 10036 | New York, New York 10178-0061 |
| Telephone: (212) 735-3000 | Telephone: (212) 696-6000 |
| Facsimile: (212) 735-2000 | Facsimile: (212) 697-1559 |
| *Attorneys for Pramerica Fixed Income Emerging Markets Long Short Master Fund, Ltd. (f/n/a Pru Fixed Income Emerging Markets Long Short Master Fund I, Ltd.)* | *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates* |

14507022