WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
                                                                           :
                    Debtors.                                       :    (Jointly Administered)
                                                                           :
                                                                           :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Timothy David Llewellyn on March 12, 2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No. 35950].

Dated:  April 1, 2013
            New York, New York

                                                            /s/ Robert J. Lemons
                                                            Robert J. Lemons
                                                            WEIL, GOTSHAL & MANGES LLP
                                                            767 Fifth Avenue
                                                            New York, New York 10153
                                                            Telephone: (212) 310-8000
                                                            Facsimile: (212) 310-8007

                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates

US_ACTIVE:\44229723\1\58399.0011