UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                                                :
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., et al.,                               :   Chapter 11 Case No.
                                                                     :   08-13555 (JMP)
                  Debtors.                                           :
---------------------------------------------------------------------x
LEHMAN BROTHERS SPECIAL FINANCING INC., et al.                       :
                                                                     :
                  Plaintiff,                                         :
                                                                     :
                  -against-                                          :   Adversary Proceeding
                                                                     :   No. 09-01032 (JMP)
BALLYROCK ABS CDO 2007-1 LIMITED, et al.,                            :
                                                                     :
                  Defendants.                                        :
---------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey Scott of Sullivan & Cromwell LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Barclays Bank plc and Long Island International Limited in this action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. The aforementioned defendants reserve all defenses and/or

objections available to them, and this appearance in no way waives any such rights.

Dated: New York, New York
      April 2, 2013

Respectfully submitted,

/s/ Jeffrey T. Scott

Jeffrey T. Scott (scottj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

*Attorneys for Defendants Barclays Bank plc and Long Island International Limited*