**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
In re                                                                         :
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                                        :   Chapter 11 Case No.
                                                                              :   08-13555 (JMP)
                                                                              :
                           Debtors.                                           :
------------------------------------------------------------------------------x
                                                                              :
LEHMAN BROTHERS SPECIAL FINANCING INC., et al.                                :
                                                                              :
                                                                              :
                           Plaintiff,                                         :
                                                                              :
                           -against-                                          :   Adversary Proceeding
                                                                              :   No. 09-01032 (JMP)
                                                                              :
BALLYROCK ABS CDO 2007-1 LIMITED, et al.,                                     :
                                                                              :
                           Defendants.                                        :
------------------------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua Fritsch of Sullivan & Cromwell LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Barclays Bank plc and Long Island International Limited in this action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. The aforementioned defendants reserve all defenses and/or

objections available to them, and this appearance in no way waives any such rights.

Dated:  New York, New York  
        April 2, 2013

Respectfully submitted,

/s/ Joshua Fritsch

Joshua Fritsch (fritschj@sullcrom.com)  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York  10004-2498  
Telephone:  (212) 558-4000  
Facsimile:  (212) 558-3588

*Attorneys for Defendants Barclays Bank plc and Long Island International Limited*