UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                 :
                    Debtors.                              :    (Jointly Administered)
------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Mark Cliffe<br>28 Slave Hill<br>Haddenham<br>Buckinghamshire, HP17 8AZ |
| Claim Number (if known): | 13590 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $26,523 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: MR |
| --- | --- |
| Printed Name: MARK DAVID CLIFFE | Dated: 2/4/13 |

US_ACTIVE:\44096563\1\58399.0011