UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :
                    Debtors.                                :     (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Dean Brown and Julie Lee-Amies<br>45 Cole Park Road<br>Twickenham, Middlesex, TW1 1HP<br>United Kingdom |
| Claim Number (if known): | 13807 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $413,230 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* J.A. Lee-Amies  *[signed]* Dean Brown | Title: MS. , MR. |
|---|---|
| Printed Name: J.A. LEE-AMIES.  Dean Brown | Dated: 28 MARCH 2013 |

US_ACTIVE:\44096563\1\58399.0011