Dennis F. Dunne
Dennis C. O'Donnell
Evan R. Fleck
MILBANK, TWEED, HADLEY & MᶜCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
In re:                                                         :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :        08-13555 (JMP)
                                                               :
                            Debtors.                           :
                                                               :
-------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK   )

      ROHAN S. KAZI, being duly sworn, deposes and says:

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & MᶜCloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

      On the 29th of March 2013, I caused a copy of the following document:

      Counter Designation (appellee) / *Joint Counter-Designation of Additional Items to be Included in Record on Appeal and Reservation of Rights with Respect to Statement of Issues on Appeal by Appellees Individual Members of Official Committee of Unsecured Creditors, Indenture Trustees and Official Committee of Unsecured Creditors* [Docket No. 36261]

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, to be served upon the parties identified on Exhibit <u>B</u> attached hereto by hand delivery, and to be served upon the parties identified on Exhibit <u>C</u> attached hereto by FedEx for next business day delivery.


/s/ Rohan S. Kazi
ROHAN S. KAZI


SWORN TO AND SUBSCRIBED before
me this 2nd of April 2013


/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

## Exhibit A

'richard.krasnow@weil.com'; "maurice.horwitz@weil.com'; 'harvey.miller@weil.com';
'jacqueline.marcus@weil.com'; 'lori.fife@weil.com'; aaaronson@dilworthlaw.com;
aalfonso@willkie.com; abeaumont@fklaw.com; abraunstein@riemerlaw.com;
acaton@kramerlevin.com; acker@chapman.com; adam.brezine@hro.com;
adarwin@nixonpeabody.com; Adiamond@DiamondMcCarthy.com;
aeckstein@blankrome.com; aentwistle@entwistle-law.com; afriedman@irell.com;
agbanknewyork@ag.tn.gov; aglenn@kasowitz.com; agold@herrick.com;
agoldstein@tnsj-law.com; aisenberg@saul.com; akantesaria@oppenheimerfunds.com;
akolod@mosessinger.com; akornikova@lcbf.com; alum@ftportfolios.com;
amarder@msek.com; amartin@sheppardmullin.com;
AMcMullen@BoultCummings.com; amenard@tishmanspeyer.com;
Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com;
angelich.george@arentfox.com; ann.reynaud@shell.com;
anthony_boccanfuso@aporter.com; aoberry@bermanesq.com;
aostrow@beckerglynn.com; apo@stevenslee.com; aquale@sidley.com;
arahl@reedsmith.com; arheaume@riemerlaw.com; arlbank@pbfcm.com;
arosenblatt@chadbourne.com; arthur.rosenberg@hklaw.com; arwolf@wlrk.com;
aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com;
aunger@sidley.com; austin.bankruptcy@publicans.com; avenes@whitecase.com;
azylberberg@whitecase.com; bankr@zuckerman.com; bankruptcy@goodwin.com;
bankruptcy@morrisoncohen.com; bankruptcy@ntexas-attorneys.com;
bankruptcymatters@us.nomura.com; barbra.parlin@hklaw.com;
bbisignani@postschell.com; bcarlson@co.sanmateo.ca.us; bdk@schlamstone.com;
bguiney@pbwt.com; bkmail@prommis.com; bmanne@tuckerlaw.com;
BMiller@mofo.com; boneill@kramerlevin.com;
Brian.Corey@greentreecreditsolutions.com; brosenblum@jonesday.com;
broy@rltlawfirm.com; bruce.wright@sutherland.com; bstrickland@wtplaw.com;
btrust@mayerbrown.com; bturk@tishmanspeyer.com; bwolfe@sheppardmullin.com;
cahn@clm.com; calbert@reitlerlaw.com; canelas@pursuitpartners.com;
carol.weinerlevy@bingham.com; cbelisle@wfw.com; cbelmonte@ssbb.com;
cbrotstein@bm.net; cdesiderio@nixonpeabody.com; cgoldstein@stcwlaw.com;
chammerman@paulweiss.com; charles@filardi-law.com;
charles_malloy@aporter.com; chipford@parkerpoe.com; chris.donoho@lovells.com;
christopher.schueller@bipc.com; clarkb@sullcrom.com; clynch@reedsmith.com;
cmontgomery@salans.com; cohen@sewkis.com; colea@gtlaw.com;
contact@lawofficesjje.com; cp@stevenslee.com; cpappas@dilworthlaw.com;
craig.goldblatt@wilmerhale.com; crmomjian@attorneygeneral.gov;
cs@stevenslee.com; csalomon@beckerglynn.com; cschreiber@winston.com;
cshore@whitecase.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com;
cwalsh@mayerbrown.com; cward@polsinelli.com; cweber@ebg-law.com;
cweiss@ingramllp.com; dallas.bankruptcy@publicans.com;
daniel.guyder@allenovery.com; dave.davis@isgria.com; david.bennett@tklaw.com;
david.heller@lw.com; david.powlen@btlaw.com; david.seligman@kirkland.com;

davids@blbglaw.com; davidwheeler@mvalaw.com; dbalog@intersil.com;
dbarber@bsblawyers.com; dbaumstein@whitecase.com; dbesikof@loeb.com;
dcimo@gjb-law.com; dcoffino@cov.com; dcrapo@gibbonslaw.com;
ddavis@paulweiss.com; ddrebsky@nixonpeabody.com;
deggermann@kramerlevin.com; deggert@freebornpeters.com;
demetra.liggins@tklaw.com; dfelder@orrick.com; dflanigan@polsinelli.com;
dgrimes@reedsmith.com; dhayes@mcguirewoods.com; dheffer@foley.com;
diconzam@gtlaw.com; djoseph@stradley.com; dkleiner@velaw.com;
dkozusko@willkie.com; dlemay@chadbourne.com; dlipke@vedderprice.com;
dludman@brownconnery.com; dmcguire@winston.com; dmurray@jenner.com;
dneier@winston.com; dove.michelle@dorsey.com; dpegno@dpklaw.com;
draelson@fisherbrothers.com; dravin@wolffsamson.com; drose@pryorcashman.com;
drosenzweig@fulbright.com; drosner@goulstonstorrs.com; drosner@kasowitz.com;
dshaffer@wtplaw.com; dshemano@peitzmanweg.com; dspelfogel@foley.com;
dtatge@ebglaw.com; dtheising@harrisonmoberly.com; dwdykhouse@pbwt.com;
dwildes@stroock.com; dworkman@bakerlaw.com; easmith@venable.com;
echang@steinlubin.com; ecohen@russell.com; efriedman@fklaw.com;
efriedman@friedumspring.com; eglas@mccarter.com; ekbergc@lanepowell.com;
eleicht@whitecase.com; eli.mattioli@klgates.com; ellen.halstead@cwt.com;
emerberg@mayerbrown.com; enkaplan@kaplanlandau.com; eobrien@sbchlaw.com;
erin.mautner@bingham.com; eschwartz@contrariancapital.com; esmith@dl.com;
etillinghast@sheppardmullin.com; ezujkowski@emmetmarvin.com;
ezweig@optonline.net; fbp@ppgms.com; ffm@bostonbusinesslaw.com;
fhyman@mayerbrown.com; foont@foontlaw.com; francois.janson@hklaw.com;
fsosnick@shearman.com; fyates@sonnenschein.com; gabriel.delvirginia@verizon.net;
gary.holtzer@weil.com; ggitomer@mkbattorneys.com; ggoodman@foley.com;
giddens@hugheshubbard.com; gkaden@goulstonstorrs.com;
glenn.siegel@dechert.com; gmoss@riemerlaw.com; gravert@ravertpllc.com;
gspilsbury@jsslaw.com; harrisjm@michigan.gov; harveystrickon@paulhastings.com;
hbeltzer@mayerbrown.com; heim.steve@dorsey.com; heiser@chapman.com;
hollace.cohen@troutmansanders.com; holsen@stroock.com;
howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com;
hsteel@brownrudnick.com; icatto@mwe.com; igoldstein@dl.com;
igoldstein@proskauer.com; ilevee@lowenstein.com; ira.herman@tklaw.com;
isgreene@hhlaw.com; israel.dahan@cwt.com; iva.uroic@dechert.com;
jacobsonn@sec.gov; james.heaney@lawdeb.com; james.mcclammy@dpw.com;
james.sprayregen@kirkland.com; jamestecce@quinnemanuel.com;
jamie.nelson@dubaiic.com; jar@outtengolden.com; jason.jurgens@cwt.com;
jay.hurst@oag.state.tx.us; jay@kleinsolomon.com; Jbecker@wilmingtontrust.com;
jbeemer@entwistle-law.com; jbeiers@co.sanmateo.ca.us; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jchristian@tobinlaw.com;
jchubak@proskauer.com; jdoran@haslaw.com; Jdrucker@coleschotz.com;
jdyas@halperinlaw.net; jean-david.barnea@usdoj.gov;
jeanites@whiteandwilliams.com; jeannette.boot@wilmerhale.com;
jeff.wittig@coair.com; jeffery.black@bingham.com; jeffrey.sabin@bingham.com;
jeldredge@velaw.com; jen.premisler@cliffordchance.com;

jennifer.demarco@cliffordchance.com; jennifer.gore@shell.com;
jeremy.eiden@ag.state.mn.us; jfalgowski@reedsmith.com; jflaxer@golenbock.com;
jfox@joefoxlaw.com; jfreeberg@wfw.com; jg5786@att.com; jgenovese@gjb-law.com;
jguy@orrick.com; jherzog@gklaw.com; jhiggins@fdlaw.com; jhorgan@phxa.com;
jhuggett@margolisedelstein.com; jim@atkinslawfirm.com; jjoyce@dresslerpeters.com;
jjtancredi@daypitney.com; jjureller@klestadt.com; jkehoe@btkmc.com;
jlamar@maynardcooper.com; jlawlor@wmd-law.com; jlee@foley.com;
jlevitin@cahill.com; jlipson@crockerkuno.com; jlovi@steptoe.com;
jlscott@reedsmith.com; jmaddock@mcguirewoods.com; jmakower@tnsj-law.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; jmelko@gardere.com;
jmerva@fult.com; jmmurphy@stradley.com; jmr@msf-law.com;
jnadritch@olshanlaw.com; jnm@mccallaraymer.com; john.monaghan@hklaw.com;
john.rapisardi@cwt.com; jorbach@hahnhessen.com; Joseph.Cordaro@usdoj.gov;
joshua.dorchak@bingham.com; jowen769@yahoo.com; jowolf@law.nyc.gov;
joy.mathias@dubaiic.com; JPintarelli@mofo.com; jporter@entwistle-law.com;
jprol@lowenstein.com; jrabinowitz@rltlawfirm.com; jrsmith@hunton.com;
jschwartz@hahnhessen.com; jsheerin@mcguirewoods.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jstoll@mayerbrown.com;
jsullivan@mosessinger.com; jteitelbaum@tblawllp.com; jtimko@shutts.com;
jtorf@schiffhardin.com; jtougas@mayerbrown.com; judy.morse@crowedunlevy.com;
jvail@ssrl.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jwcohen@daypitney.com; jweiss@gibsondunn.com; jwest@velaw.com;
jwh@njlawfirm.com; kanema@formanlaw.com; karen.wagner@dpw.com;
KDWBankruptcyDepartment@kelleydrye.com; keckhardt@hunton.com;
keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com;
kerry.moynihan@hro.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com;
kjarashow@fklaw.com; kkelly@ebglaw.com; kkolbig@mosessinger.com;
klyman@irell.com; klynch@formanlaw.com; kmayer@mccarter.com;
kobak@hugheshubbard.com; korr@orrick.com; kovskyd@pepperlaw.com;
kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com;
krosen@lowenstein.com; kuehn@bragarwexler.com; kurt.mayr@bgllp.com;
lacyr@sullcrom.com; Landon@StreusandLandon.com; lapeterson@foley.com;
lathompson@co.sanmateo.ca.us; lberkoff@moritthock.com;
Lee.Stremba@troutmansanders.com; lgotko@fklaw.com; lgranfield@cgsh.com;
lhandelsman@stroock.com; linda.boyle@twtelecom.com; lisa.ewart@wilmerhale.com;
lisa.kraidin@allenovery.com; LJKotler@duanemorris.com; lkatz@ltblaw.com;
LKISS@KLESTADT.COM; lmarinuzzi@mofo.com; Lmay@coleschotz.com;
lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com;
loizides@loizides.com; lromansic@steptoe.com; lscarcella@farrellfritz.com;
lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com;
mabrams@willkie.com; MAOFILING@CGSH.COM; Marc.Chait@SC.com;
margolin@hugheshubbard.com; mark.bane@ropesgray.com;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.ellenberg@cwt.com;
mark.hellerer@pillsburylaw.com; mark.sherrill@sutherland.com;
martin.davis@ots.treas.gov; Marvin.Clements@ag.tn.gov; matt@willaw.com;
matthew.klepper@dlapiper.com; maustin@orrick.com; max.polonsky@skadden.com;

mbenner@tishmanspeyer.com; mberman@nixonpeabody.com;
mberman@nixonpeabody.com; mbienenstock@proskauer.com;
mbloemsma@mhjur.com; mbossi@thompsoncoburn.com;
mcademartori@sheppardmullin.com; mcantor@normandyhill.com;
mccombst@sullcrom.com; mcordone@stradley.com; mcto@debevoise.com;
mcyganowski@oshr.com; mdorval@stradley.com; melorod@gtlaw.com;
meltzere@pepperlaw.com; metkin@lowenstein.com; mfeldman@willkie.com;
mgordon@briggs.com; mgreger@allenmatkins.com; mh1@mccallaraymer.com;
mhopkins@cov.com; michael.frege@cms-hs.com; michael.kelly@monarchlp.com;
michael.kim@kobrekim.com; michael.mccrory@btlaw.com;
millee12@nationwide.com; miller@taftlaw.com; mimi.m.wong@irscounsel.treas.gov;
mitchell.ayer@tklaw.com; mjedelman@vedderprice.com; MJR1@westchestergov.com;
mkjaer@winston.com; mlahaie@akingump.com; MLandman@lcbf.com;
mlichtenstein@crowell.com; mlynch2@travelers.com; mmendez@hunton.com;
mmooney@deilylawfirm.com; mmorreale@us.mufg.jp; mneier@ibolaw.com;
monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com;
mparry@mosessinger.com; mpomerantz@julienandschlesinger.com;
mprimoff@kayescholer.com; mpucillo@bermanesq.com;
mrosenthal@gibsondunn.com; mruetzel@whitecase.com; mschimel@sju.edu;
mschlesinger@julienandschlesinger.com; msegarra@mayerbrown.com;
mshiner@tuckerlaw.com; msiegel@brownrudnick.com; msolow@kayescholer.com;
mspeiser@stroock.com; mstamer@akingump.com; mvenditto@reedsmith.com;
mwarren@mtb.com; nathan.spatz@pillsburylaw.com; ncoco@mwe.com;
neal.mann@oag.state.ny.us; ned.schodek@shearman.com; neilberger@teamtogut.com;
newyork@sec.gov; Nherman@morganlewis.com;
nickolas.karavolas@pillsburylaw.com; nissay_10259-0154@mhmjapan.com;
nlepore@schnader.com; notice@bkcylaw.com; oipress@travelers.com;
otccorpactions@finra.org; patrick.oh@freshfields.com; paul.turner@sutherland.com;
pbattista@gjb-law.com; pbosswick@ssbb.com; pdublin@akingump.com;
peisenberg@lockelord.com; peter.gilhuly@lw.com; peter.macdonald@wilmerhale.com;
peter.simmons@friedfrank.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; philip.wells@ropesgray.com;
pmaxcy@sonnenschein.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com;
psp@njlawfirm.com; ptrain-gutierrez@kaplanlandau.com; ptrostle@jenner.com;
r.stahl@stahlzelloe.com; raj.madan@bingham.com; ramona.neal@hp.com;
rbeacher@pryorcashman.com; rbernard@foley.com; rbyman@jenner.com;
rdaversa@orrick.com; relgidely@gjb-law.com; rfleischer@pryorcashman.com;
rfrankel@orrick.com; rfriedman@silvermanacampora.com; rgmason@wlrk.com;
rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.fingard@newedge.com;
richard.lear@hklaw.com; richard.levy@lw.com; richard.tisdale@friedfrank.com;
richard@rwmaplc.com; ritkin@steptoe.com; RJones@BoultCummings.com;
rleek@HodgsonRuss.com; RLevin@cravath.com; rmatzat@hahnhessen.com;
rnetzer@willkie.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
Robin.Keller@Lovells.com; roger@rnagioff.com; ronald.silverman@bingham.com;
ross.martin@ropesgray.com; rqureshi@reedsmith.com; rrainer@wmd-law.com;

rreid@sheppardmullin.com; rroupinian@outtengolden.com;
rrussell@andrewskurth.com; rterenzi@stcwlaw.com; russj4478@aol.com;
rwasserman@cftc.gov; rwyron@orrick.com; s.minehan@aozorabank.co.jp;
sabin.willett@bingham.com; sabramowitz@velaw.com;
SABVANROOY@HOTMAIL.COM; sagolden@hhlaw.com;
Sally.Henry@skadden.com; samuel.cavior@pillsburylaw.com;
sandyscafaria@eaton.com; Sara.Tapinekis@cliffordchance.com;
scargill@lowenstein.com; schannej@pepperlaw.com; Schepis@pursuitpartners.com;
schnabel.eric@dorsey.com; schristianson@buchalter.com;
schwartzmatthew@sullcrom.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov;
sehlers@armstrongteasdale.com; seichel@crowell.com; sfelderstein@ffwplaw.com;
sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; sgubner@ebg-
law.com; shannon.nagle@friedfrank.com; sharbeck@sipc.org;
shari.leventhal@ny.frb.org; shgross5@yahoo.com; sidorsky@butzel.com;
slerman@ebglaw.com; slerner@ssd.com; slevine@brownrudnick.com;
SLoden@DiamondMcCarthy.com; smayerson@ssd.com; smillman@stroock.com;
smulligan@bsblawyers.com; snewman@katskykorins.com; sory@fdlaw.com;
spiotto@chapman.com; splatzer@platzerlaw.com; SRee@lcbf.com;
sschultz@akingump.com; sselbst@herrick.com; sshimshak@paulweiss.com;
sskelly@teamtogut.com; sstarr@starrandstarr.com; steele@lowenstein.com;
stephen.cowan@dlapiper.com; steve.ginther@dor.mo.gov;
steven.troyer@commerzbank.com; steven.usdin@flastergreenberg.com;
steven.wilamowsky@bingham.com; steven@blbglaw.com;
Streusand@StreusandLandon.com; susheelkirpalani@quinnemanuel.com;
sweyl@haslaw.com; swolowitz@mayerbrown.com; szuch@wiggin.com;
tannweiler@greerherz.com; tarbit@cftc.gov; tbrock@ssbb.com; tdewey@dpklaw.com;
tduffy@andersonkill.com; teresa.oxford@invescoaim.com; TGoren@mofo.com;
thaler@thalergertler.com; thomas.califano@dlapiper.com;
Thomas_Noguerola@calpers.ca.gov; tim.desieno@bingham.com;
timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com;
tkarcher@dl.com; tkiriakos@mayerbrown.com; tlauria@whitecase.com;
tmacwright@whitecase.com; tmarrion@haslaw.com; tnixon@gklaw.com;
toby.r.rosenberg@irscounsel.treas.gov; tomwelsh@orrick.com;
tony.davis@bakerbotts.com; tslome@msek.com; ttracy@crockerkuno.com;
tunrad@burnslev.com; twheeler@lowenstein.com; ukreppel@whitecase.com;
Villa@StreusandLandon.com; vmilione@nixonpeabody.com; vrubinstein@loeb.com;
walter.stuart@freshfields.com; wanda.goodloe@cbre.com; WBallaine@lcbf.com;
wbenzija@halperinlaw.net; wchen@tnsj-law.com; wcurchack@loeb.com;
wdase@fzwz.com; william.m.goldman@dlapiper.com;
wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wk@pwlawyers.com;
wmaher@wmd-law.com; wmarcari@ebglaw.com; wmckenna@foley.com;
wsilverm@oshr.com; wswearingen@llf-law.com; wtaylor@mccarter.com;
wweintraub@fklaw.com; wzoberman@bermanesq.com;
yamashiro@sumitomotrust.co.jp; YUwatoko@mofo.com;

robertdakis@quinnemanuel.com'; 'lynne.gugenheim@cna.com';
'Karla.Lammers@cna.com'

## Exhibit B

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Tracy Hope Davis, Esq.
        Elisabetta G. Gasparini, Esq.
        Andrea B. Schwartz, Esq.

The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

### Exhibit C

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Lori R. Fife, Esq.
        Harvey R. Miller, Esq.

Internal Revenue Service
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY 10007

Federal Reserve Bank of Philadelphia
C/o William T. Wisser, Assistant Vice President
Ten Independence Mall
Philadelphia, PA 19106-1574