UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Christian Van-Hoorn<br>16 Grimwade Avenue<br>Croydon, CR0 5DG<br>Surrey, United Kingdom |
| Claim Number (if known): | 17190 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | $1,274,606 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: /s/ Van Hoorn    Title: Mr.
Printed Name: C.T. VAN HOORN    Dated: 04.04.13

US_ACTIVE:\44096563\1\58399.0011