# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

In re                               :  Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  08-13555 (JMP)
                                    :
                       Debtors.     :  (Jointly Administered)

------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Ixworth Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man |
| Claim Number (if known): | 13706 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $10,023 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor, hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: /s/                         Title: MR.

Printed Name: E. W. SANDERSON          Dated: 2.4.2013