# EXHIBIT 1

US_ACTIVE:\44226729\1\58399.0011

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 395: EXHIBIT 1 – DUPLICATIVE CLAIMS**

| | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 10/14/2011 | 08-13555 (JMP) | 67691 | $139,349,138.58* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | 10/12/2011 | 08-13555 (JMP) | 67686 | $139,349,138.58* |
| 2 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 10/14/2011 | 08-13888 (JMP) | 67692 | $139,349,138.58* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | 10/12/2011 | 08-13888 (JMP) | 67687 | $139,349,138.58* |
| 3 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 10/14/2011 | 08-13555 (JMP) | 67693 | $49,272,660.68* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | 10/12/2011 | 08-13555 (JMP) | 67685 | $49,272,660.68* |
| 4 | BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | 10/14/2011 | 08-13888 (JMP) | 67694 | $49,272,660.68* | GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | 10/12/2011 | 08-13888 (JMP) | 67684 | $49,272,660.68* |
| | | | TOTAL | | $377,243,598.52 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts