# EXHIBIT 1

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
## OMNIBUS OBJECTION 394: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | MODIFIED DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 | BANCA ALETTI & C. S.P.A. | 12489 | 9/14/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | | TOTAL ASSERTED AMOUNT | | | | $5,864,354.45 | | $5,864,354.45* |
| | | | | | **CLAIM AS MODIFIED** | | | | **$1,282,638.41** | | **$1,282,638.41** |
| 2 | BANCA ALETTI & C. S.P.A. | 12490 | 9/14/09 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | | | TOTAL ASSERTED AMOUNT | | | | $5,864,354.45 | | $5,864,354.45* |
| | | | | | **CLAIM AS MODIFIED** | | | | **$1,282,638.41** | | **$1,282,638.41** |
| | | | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $11,728,708.90 | $0.00 | $11,728,708.90 |
| | | | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 11,728,708.90 | 0.00 | 11,728,708.90 |
| | | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$2,565,276.82** | **$0.00** | **$2,565,276.82** |

\* - Indicates claim contains unliquidated and/or undetermined amounts