# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS, INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 182: EXHIBIT 1 – VALUED DERIVATIVES CLAIM

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | ASSERTED CLASS | ASSERTED AMOUNT | MODIFIED DEBTOR | MODIFIED CLASS | MODIFIED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1 | STEVEN G. HOLDER LIVING TRUST C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS, TX 75219 | 16482 | 09/18/2009 | Lehman Brothers Special Financing Inc. | Unsecured | $2,287,433.00* | Lehman Brothers Special Financing Inc. | Unsecured | $2,000,000.00 |
| | | | | | TOTAL | $2,287,433.00 | | TOTAL | $2,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts