# EXHIBIT 1

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

### OMNIBUS OBJECTION 399: EXHIBIT 1 – DUPLICATIVE LPS CLAIMS

| | **CLAIMS TO BE DISALLOWED** | | | | **SURVIVING CLAIMS** | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | MARCHAND LOPEZ, HUMBERTO G. | 02/13/2009 | 08-13555 (JMP) | 2794 | $203,600.00 | EFG BANK AG BAHNHOFSTRASSE 16 | 10/29/2009 | 08-13555 (JMP) | 55837 | $51,714,491.14 |
| 2 | MARCHAND LOPEZ, HUMBERTO G. | 02/13/2009 | 08-13555 (JMP) | 2795 | $205,900.00 | EFG BANK AG BAHNHOFSTRASSE 16 | 10/29/2009 | 08-13555 (JMP) | 55837 | $51,714,491.14 |
| 3 | REASEGUROS CREDITO Y CAUCION, S.A.U. | 04/28/2009 | 08-13555 (JMP) | 4002[1] | Undetermined | UBS AG | 10/28/2009 | 08-13555 (JMP) | 50309 | $11,925,317.21* |
| | | | | TOTAL | $409,500.00 | | | | | |

---

[1] Claim 4002 is being expunged with respect to its asserted claim, in an undetermined amount, for the securities with International Securities Identification Numbers XS0216921741, XS0218304458, XS0232364868 and XS0213416141.  The remaining portion of Claim 4002 was previously expunged on the *Order Granting Debtors' One Hundred Sixty-Fourth Omnibus Objection to Claims (Duplicative Claims)* [ECF No. 19526].

**\* - Indicates claim contains unliquidated and/or undetermined amounts**    **Page 1 of 1**