**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                          :        **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        **08-13555 (JMP)**
                                                               :
                        Debtors.                   :        **(Jointly Administered)**
-------------------------------------------------------------------x

### ORDER GRANTING THE THREE HUNDRED NINETY-SEVENTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred ninety-seventh omnibus objection to claims, dated

February 15, 2013 (the "Three Hundred Ninety-Seventh Omnibus Objection to Claims"),[1] of

Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities

in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to

section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of

the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the

filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"),

seeking disallowance and expungement of the No Liability Claims to the extent that they assert

claims for which the applicable Chapter 11 Estates do not have any liability, all as more fully

described in the Three Hundred Ninety-Seventh Omnibus Objection to Claims; and due and

proper notice of the Three Hundred Ninety-Seventh Omnibus Objection to Claims having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Three Hundred Ninety-Seventh Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Ninety-Seventh Omnibus Objection to Claims.

parties in interest and that the legal and factual bases set forth in the Three Hundred Ninety-

Seventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after

due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Ninety-Seventh

Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on Exhibit 1 annexed hereto (collectively, the "No Liability Claims") are disallowed and

expunged, with prejudice, to the extent set forth therein; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to, (i) any claim listed on Exhibit A annexed to the Three

Hundred Ninety-Seventh Omnibus Objection to Claims that is not listed on Exhibit 1 annexed

hereto and (ii) the portion of any No Liability Claim that is not the subject of the Three Hundred

Ninety-Seventh Omnibus Objection to Claims; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
        April 4, 2013

                                         s/ James M. Peck
                                    HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE

2