**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

--------------------------------------------------------------------x

### ORDER GRANTING THE THREE HUNDRED
### NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS (WARRANT CLAIMS)

Upon the three hundred ninety-sixth omnibus objection to claims, dated February 15, 2013 (the "Three Hundred Ninety-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664] (the "Procedures Order"), seeking to (i) reassign the LOTC Warrant Claims such that the claims are asserted against LBHI and (ii) reduce the Reassigned Warrant Claims and the LBHI Warrant Claims and allow such claims against LBHI on the basis that the amounts listed on the relevant proofs of claim are greater than the fair, accurate, and reasonable values determined by the Plan Administrator after a review of the claimants' supporting documentation and LBHI's books and records, all as more fully described in the Three Hundred Ninety-Sixth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Ninety-Sixth Omnibus Objection to Claims having been provided; and it appearing that no other or further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Ninety-Sixth Omnibus Objection to Claims.

notice need be provided; and the Court having found and determined that the relief sought in the

Three Hundred Ninety-Sixth Omnibus Objection to Claims is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth

in the Three Hundred Ninety-Sixth Omnibus Objection to Claims establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Ninety-Sixth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each of the LOTC Warrant Claims listed on Exhibit 1 annexed

hereto is hereby reassigned to be a claim asserted against LBHI; and it is further

ORDERED that, as to LOTC, each of the LOTC Warrant Claims listed on

Exhibit 1 annexed hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that Epiq Bankruptcy Solutions, LLC ("Epiq"), the court-appointed

claims and noticing agent in these cases, is authorized and directed to enter the Reassigned

Warrant Claims into, and delete the LOTC Warrant Claims from, the official claims registry; and

it is further

ORDERED that each of the Reassigned Warrant Claims and LBHI Warrant

Claims listed on Exhibit 1 annexed hereto is reduced and allowed in the amount set forth on

Exhibit 1 in the row labeled "*Claim as Modified*," and any asserted amount in excess of the

reduced amount are disallowed; and it is further

ORDERED that this Order has no res judicata, estoppel, or other affect on the

validity, allowance, or disallowance of, and all rights to object and defend on any basis are

expressly reserved with respect to any claim listed on Exhibit A to the Three Hundred Ninety-

2

Sixth Omnibus Objection to Claims that does not appear on <u>Exhibit 1</u> annexed hereto; and it is

further

       ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated: New York, New York
     April 4, 2013

                    *s/ James M. Peck*
                    HONORABLE JAMES M. PECK
                    UNITED STATES BANKRUPTCY JUDGE