**EXHIBIT 1**

US_ACTIVE:\44226729\1\58399.0011

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 396: EXHIBIT 1 - INCORRECT DEBTOR AND/OR REDUCE AND ALLOW CLAIMS**

| # | NAME | CLAIM # | FILED DATE | DEBTOR NAME | MODIFIED DEBTOR NAME | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|------|---------|-----------|-------------|---------------------|-----------------|---------|----------|-----------|--------|-------|
| 1 | CARTER, B. GENE | 24901 | 9/21/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $229,349.90 | | $229,349.90 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$186,704.57** | | **$186,704.57** |
| 2 | CARTER, B. GENE | 24902 | 9/21/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $166,855.00 | | $166,855.00 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$126,555.00** | | **$126,555.00** |
| 3 | MICIONI, PETER | 19429 | 9/18/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $183,307.80 | | $183,307.80 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$149,223.54** | | **$149,223.54** |
| 4 | REID, WAYNE D, II | 65975 | 12/18/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $433,751.50 | | $433,751.50 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$349,779.85** | | **$349,779.85** |
| 5 | SOBO, SCOTT AND HEIDI | 18147 | 9/18/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $133,484.00 | | $133,484.00 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$101,244.00** | | **$101,244.00** |
| 6 | THABIT FAMILY TRUST | 24700 | 9/21/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $127,088.00 | | $127,088.00 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$101,244.00** | | **$101,244.00** |
| 7 | THABIT FAMILY TRUST | 24701 | 9/21/09 | Lehman Brothers OTC Derivatives Inc. | Lehman Brothers Holdings Inc. | | | | | | |
| | | | | TOTAL ASSERTED AMOUNT | | | | | $91,653.90 | | $91,653.90 |
| | | | | **CLAIM AS MODIFIED** | | | | | **$74,611.77** | | **$74,611.77** |
| | | | | TOTAL ASSERTED | | $0.00 | $0.00 | $0.00 | $1,365,490.10 | $0.00 | $1,365,490.10 |
| | | | | TOTAL NOT SUBJECT TO OBJECTION | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | TOTAL SUBJECT TO OBJECTION | | 0.00 | 0.00 | 0.00 | 1,365,490.10 | 0.00 | 1,365,490.10 |
| | | | | **TOTAL CLAIM AS MODIFIED** | | **$0.00** | **$0.00** | **$0.00** | **$1,089,362.73** | **$0.00** | **$1,089,362.73** |

\* - Indicates claim contains unliquidated and/or undetermined amounts