UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                 :    08-13555 (JMP)
                                                                         :
                        Debtors.                                         :    (Jointly Administered)
------------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | GLG No 2201-Cherry Tree Lodge<br>Strang Road, Union Mills<br>Isle of Man, IM4 4NL |
| Claim Number (if known): | 13598 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $978 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: |
|---|---|
| Printed Name: | Dated: 1 April 2013. |