WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                      :
In re                                 :   Chapter 11 Case No.
                                      :
LEHMAN BROTHERS HOLDINGS INC., et al., :   08-13555 (JMP)
                                      :
                  Debtors.            :   (Jointly Administered)
                                      :
                                      :
-------------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF THE**
**THREE HUNDRED EIGHTY-NINTH OMNIBUS OBJECTION TO**
**CLAIMS (REDUCE AND ALLOW CLAIMS) SOLELY AS TO CERTAIN CLAIM**

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Three Hundred Eighty-Ninth Omnibus Objection to Claims (Reduce and Allow Claims) [ECF No. 34043] **solely as to the claim listed on Exhibit A attached hereto**.

Dated: April 4, 2013
   New York, New York

           /s/ Robert J. Lemons
           Robert J. Lemons

           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Lehman Brothers Holdings Inc.
           and Certain of Its Affiliates

US_ACTIVE:\44232054\2\58399.0008

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
| --- | --- |
| DAV-EL RESERVATIONS SYSTEM, INC. | 24929 |

US_ACTIVE:\44232054\2\58399.0008