UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                              :         Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :          08-13555 (JMP)
                                                   :         (Jointly Administered)
                          Debtors.                 :
                                                   :
-----------------------------------------------------------------x         Ref. Docket Nos. 35453, 35455,
                                                             35456, 35464, 35465, 35498, 35499,
                                                             35504-35506, 35511, 35514, 35516,
                                                             35534, 35638, 35639, 35656-35659,
                                                             35664-35667, 35669-35672, 35676,
                                                             35677, 35691-35694, 35719, 35720,
                                                             35723-35726, 35758, 35763-35765,
                                                             35767, 35769-35772, 35775, 35776,
                                                             35980-35982, 35986, 35989, 35995,
                                                             35999, 36002, 36012, 36021, 36062,
                                                             36069, 36070, 36075-36077, 36084-
                                                             36090, 36113, 36161, 36162, 36178-
                                                             36180, 36211, 36218, 36220, 36221,
                                                             36223, 36224, 36227, 36229, 36231,
                                                             36232

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 2, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                          _/s/ Lauren Rodriguez_____
                                           Lauren Rodriguez

Sworn to before me this
4th day of April, 2013
_/s/ Cassandra Murray_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                   |
In re                              |   Chapter 11 Case No.
                                   |
                                   |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al., |
                                   |   (Jointly Administered)
                                   |
            Debtors.               |
                                   |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  ALSTON INVESTMENTS LLC
             TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
             C/O ELLIOTT MANAGEMENT CORPORATION
             ATTN: ELLIOT GREENBERG / RAJAT BOSE
             712 FIFTH AVENUE, 35TH FLOOR
             NEW YORK NY 10019

Please note that your claim # 62743-33 in the above referenced case and in the amount of
     $59,780,352.01  allowed at $28,083,440.76       has been transferred **(unless previously expunged by court order)**

             GOLDMAN, SACHS & CO.
             TRANSFEROR: ALSTON INVESTMENTS LLC
             ATTN: MICHELLE LATZONI
             30 HUDSON STREET, 5TH FLOOR
             JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35694     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/02/2013                      Vito Genna, Clerk of Court


                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 2, 2013.

EXHIBIT B

TIME: 12:09:05
DATE: 04/02/13

# LEHMAN BROTHERS HOLDING INC.
## CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ALSTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA ATTN: MR. PIERO PIETRINI SERVIZIO AMM. STRUMENTI FINANZIARI VIA CALAMANDREI, 255 AREZZO I-52100 ITALY |
| BANCA ZARATTINI & CO. SA, | F/K/A BANCA EUROMOBILIARE (SUISSE) SA TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: E. CAROSI VIA BALESTRA 17 LUGANO CH-6900 SWITZERLAND |
| BANCA ZARATTINI & CO. SA, | F/K/A BANCA EUROMOBILIARE (SUISSE) SA TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE & BACK OFFICE DEBTS. VIA BALESTRA 17 LUGANO 6900 SWITZERLAND |
| BANCA ZARATTINI & CO. SA, | F/K/A BANCA EUROMOBILIARE (SUISSE) SA VIA BALESTRA 17 6900 LUGANO SWITZERLAND |
| BANCA ZARATTINI & CO. SA, | TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: LEGAL/COMPLIANCE AND BACK OFFICE DEPT. VIA PRETORIO 1 LUGANO 6900 SWITZERLAND |
| BANK COOP AG | TRANSFEROR: VALCOURT S.A. CASE POSTALE AESCHENPLATZ 3 BASEL 4002 SWITZERLAND |
| BANK FUR TIROL UND VORARLBERG AG | TRANSFEROR: UBS AG ATTN: RAFAEL ROSSIAN STADTFORUM 1 6020 INNSBRUCK AUSTRIA |
| BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG | ATTN: ROGER GLANZMANN URANIASTRASSE 28 ZURICH CH-8001 SWITZERLAND |
| BANK SVZ & CO SA | TRANSFEROR: PICTET & CIE RUE DU RHONE 30 CASE POSTALE 5015 GENEVA 11 CH-1211 SWITZERLAND |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BARCLAYS BANK, S.A. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK, S.A. | TRANSFEROR: ASSAN HOTCHAND SUKHWANI ATTN: ABRAHAM CARPINTERO C/ MATEO INURRIA 15 MADRID 28036 SPAIN |
| BEINT, L.L.C. | LOUIS SMOOKLER REITLER KAILAS & ROSENBLATT LLC 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC PO BOX 8342 NEW YORK NY 10150 |
| BNP PARIBAS | ATTN: KATHRYN R. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BNP PARIBAS SECURITIES CORP. | |
| CAJA DE CREDITO DE LOS INGENIEROS, SCC | TRANSFEROR: PEREZ RUIZ DE TORRES, JUAN JOSE ATTN: JOAN CAVALLE VIA LAIETANA, 39 08003 BARCELONA SPAIN |
| CHARLES & LISA ABOU ADAL - A/C LC | TRABAID ST., HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CHARLES & RAYMOND ABOU ADAL # 1 | TRABAID ST., HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CHARLES & RAYMOND ABOU ADAL # 2 | TRABAID ST., HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CHARLES & RAYMOND ABOU ADAL A/C RC | TRABAID ST., HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CHARLES ABOU ADAL A/C - ED | TRABAID ST., HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CHENVARI FINANCIAL ADVISORS, LTD | TRANSFEROR: EFG BANK AG ATTN: GUILHEM GOYARD, MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHOW KAM KWAN | HOUSE 26 11TH STREET HONG LOK YUEN TAI PO NT HONG KONG |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: CONTINENTAL CASUALTY COMPANY ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: CONTINENTAL CASUALTY COMPANY ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CLIENTIS ZURCHER REGIONALBANK GENOSSENSCHAFT | TRANSFEROR: UBS AG ATTN: KARIN LEIMGRUBER BAHNHOFSTRASSE 3 8620 WETZIKON SWITZERLAND |
| CONTINENTAL CASUALTY COMPANY | 655 MADISON AVE NEW YORK NY 10065 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: BANCA ZARATTINI & CO. SA, ATTN: ALISA MOMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CORE OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |

TIME: 12:09:05
DATE: 04/02/13

PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND VIA EMILIA S. PIETRO, 4 REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N. 4 REGGIO EMILIA 42121 ITALY |
| CREDITO VALTELLINESE S.C | TRANSFEROR: GRUPPO BANCA LEONARO SPA PIAZZA QUADRIVIO, 8 23100 SONDRIO ITALY |
| CRESCENT 1 L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRUS MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVF LUX MASTER SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: IMMELSA LTD C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR ATTN: MATT SHIPTON 3RD FLOOR 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: IMMELSA LTD (SUB ACCOUNT B) C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: WESTERN MANAGEMENT OVERSEAS LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CHARLES & LISA ABOU ADAL - A/C LC C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CHARLES & RAYMOND ABOU ADAL # 1 C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CHARLES & RAYMOND ABOU ADAL # 2 C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CHARLES & RAYMOND ABOU ADAL A/C RC C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CHARLES ABOU ADAL A/C - ED C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CYRUS EUROPE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: IAN JACKSON JAXCA NOTIFICATIONS, GLOBAL BUSINESS 5022 GATE PARKWAY JACKSONVILLE FL 32256 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RIM FINANCE LLC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DUPAS, JEAN-PIERRE | TRANSFEROR: BANK COOP AG CHEMIN DU GRILLON 12 PULLY CH-1009 SWITZERLAND |
| EFG BANK AG | GREENBERG TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166 |
| EFG BANK AG | BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH 8022 SWITZERLAND |
| ELDORADO BROTHERS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GLITNIR BANKI HF. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP THE C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FELLINGER, LUDMILA | BETTINASTR. 53 OFFENBACH 63067 GERMANY |
| FELLINGER, LUDMILA | COMMERZBANK AG KAISERSTR. 74 OFFERNBACH IM 63065 GERMANY |
| FINLANDIA GROUP OYJ | TRANSFEROR: SEPPALA, HANNU ATTN: JARKKO SISTONEN ALEKSANTERINKATU 44 HELSINKI F1-00100 FINLAND |

EPIQ BANKRUPTCY SOLUTIONS, LLC

PAGE: 3

TIME: 12:09:05
DATE: 04/02/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| FRANKFURTER SPARKASSE | TRANSFEROR: FELLINGER, LUDMILA ATTN: DR. SVEN MATTHIESSEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY |
| FRANKFURTER SPARKASSE | TRANSFEROR: WEISE, SASCHA ATTN: DR. SVEN MATTHIESSEN, R 11 NEUE MAINZER STRABE 47-53 FRANKFURT 60255 GERMANY |
| GLG NO 9 (CAPITAL) | RATHBONE HOUSE, 15 ESPLANADE ST HELIER JERSEY JE1 1RB UNITED KINGDOM |
| GLITNIR BANKI HF. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. ATTN: MICHELLE LATZONI C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: MICHELLE LATZONI C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE MF FUND, LTD. ATTN: MICHELLE LATZONI C/O GOLDMAN SACHS & CO 30 HUDSON STREET, 5TH FLOOR NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GRUPPO BANCA LEONARO SPA | VIA BROLETTO 46 MILAN 20121 ITALY |
| INGELSA LTD | SKELTON BUILDING, MAIN STREET P.O. BOX 3136 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| INGELSA LTD (SUB ACCOUNT B) | SKELTON BUILDING, MAIN STREET P.O. BOX 3136 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| J SAINSBURY COMMON INVESTMENT FUND | 33 HOLBORN LONDON EC1N 2HT UNITED KINGDOM |
| J SAINSBURY COMMON INVESTMENT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE OF THE J SAINSBURY | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| J SAINSBURY COMMON INVESTMENT FUND LTD, AS TRUSTEE OF THE J SAINSBURY | PENSION & DEATH BENEFIT AND EXECUTIVE PENSION SCHEMES (100958) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| JUS AUCTORIS US. | TRANSFEROR: CITIBANK PRIVATKINDEN AG & CO. KGAA MITTELBUGWEG 48 90571 SCHWAIG GERMANY |
| LIVERPOOL LIMITED PARTNERSHIP, THE | TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/JULIUS BAER GLOBAL RATES HEDGE FUND LTD ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS - LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH ST NEW YORK NY 10019 |
| MESA HOLDINGS INC. | TRANSFEROR: CREDIT SUISSE STEPHANIE R TUMBIOLO CRAVATH SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| MSD CREDIT OPPORTUNITIES MASTER FUND, | TRANSFEROR: SHANTI ASSET MANAGEMENT C/O MSDC MANAGEMENT, L.P. ATTN: MARCELLO LIGUORI 645 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| NATIONAL BANK OF FUJAIRAH PSC | ATTN: DERMONT WHELAN (HEAD OF CREDIT RISK) PO BOX 2979 AL FUJAIRAH BUILDING KHALID BIN AL WALEED STREET DUBAI UNITED ARAB EMIRATES |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: GROUPAMA ASSET MANAGEMENT ON BEHALF OF GROUPAMA GAN VIE ATTN: EDWARD C. YU 2 WORLD FINANCIAL CENTER BUILDING B NEW YORK NY 10281-1198 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: NOMURA SECURITIES CO.,LTD. ATTN: CHARUTI PATEL 2 WORLD FINANCIAL CENTER BUILDING B NEW YORK NY 10281 |
| NOMURA SECURITIES CO., LTD. | C/O HIROAKI USUI; TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA SECURITIES CO., LTD. | DOUGLAS P BARTNER/ SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| PB CAPITAL CORPORATION | 230 PARK AVENUE NEW YORK NY 10169 |
| PB CAPITAL CORPORATION | TRANSFEROR: GOLDMAN, SACHS & CO C/O CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERNSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| PB CAPITAL CORPORATION | ATTN: GENERAL COUNSEL 230 PARK AVENUE NEW YORK NY 10169 |
| PB CAPITAL CORPORATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| PEREZ DE TORRES, JUAN JOSE | CAJA DE CREDITO DE LOS INGENIEROS,S.C.C ATTN: RODAN CAVALLIA VIA LAIETANA, 39 BARCELONA 08003 SPAIN |
| PEREZ RUIZ DE TORRES, JUAN JOSE | C/LA LUZ,1 BJS. CASABERMEJA(MALAGA 29140 SPAIN |
| PICTET & CIE | 60 ROUTE DES ACACIAS GENEVA 73 CH-1211 SWITZERLAND |
| PRIME CAPITAL MASTER SPC, GOT WAT MAC | SEGREGATED PORTFOLIO DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, L.P. ATTN: CHRIS PARKS 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| RIVER CAPITAL ADVISORS, INC. | DLA PIPER LLP (US) C/O JAMES R. IRVING 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO IL 60601 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 12:09:05                                                                                                    PAGE:    4
DATE: 04/02/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: BANK SAL.OPPENHEIM JR & CIE. (SCHWEIZ) AG ATTN: JAY CONKLIN GROUND FLOOR WEST ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SEPPALA, HANNU | C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109 |
| SHANTI ASSET MANAGEMENT | 4, RUE SAINT-FLORENTIN PARIS 78001 FRANCE |
| SHANTI ASSET MANAGEMENT | 4, RUE SAINT-FLORENTIN PARIS 78001 FRANCE |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP ATTN: XIN VU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | XIN VU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP/ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. C/O SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06831 |
| SPCP GROUP, LLC | TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: EXPORT DEVELOPMENT CANADA (EDC) AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: CHOW KAM KWAN 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG HONG KONG |
| SUCCESSAL GROUP LLC | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| TCA SPV I LLC | SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVE. NEW YORK NY 10022 |
| TCA SPV I LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O TACONIC CAPITAL ADVISORS LLC ATTN: ALEXANDRA GRIGGS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TOAK, JUBRAN AND WILLIAM | NEW NAKASH ANTELIAS BEIRUT LEBANON |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/OQ9C P.O. BOX ZURICH 8098 SWITZERLAND |
| VARDE CREDIT PARTNERS MASTER, L.P | TRANSFEROR: CHENVARI FINANCIAL ADVISORS, LTD ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BLVD SUITE 1570 MINNEAPOLIS MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P. THE ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437 |
| VOLKSBANK AG | TRANSFEROR: UBS AG C/O ENTRIS OPERATIONS AG ATTN: MARCO GNAEGI MATTENSTRASSE 8 CH 3073 GUEMLIGEN SWITZERLAND |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: RIVER EMERALD C/O VONWIN CAPITAL ADVISORS, INC. ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: RIVER EMERALD C/O VONWIN CAPITAL ADVISORS, INC. ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: CHRIS PARKS 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE MF FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: CHRIS PARKS 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WATERSTONE OFFSHORE AD FUND LTD. | TRANSFEROR: PRIME CAPITAL MASTER SPC, GOT WAT MAC C/O WATERSTONE CAPITAL MANAGEMENT, LP ATTN: VINCENT CONLEY 2 CARLSON PARKWAY, SUITE 260 PLYMOUTH MN 55447 |
| WEISE, SASCHA | BREMER STR. 23 MÜNSTER 48155 GERMANY |
| WESTERN MANAGEMENT OVERSEAS LIMITED | CRAIGMUIR CHAMBERS P.O. BOX 71 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| YORVIK PARTNERS LLP | TRANSFEROR: GLG NO 9 (CAPITAL) ATTN: C. JONES 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: J SAINSBURY COMMON INVESTMENT FUND ATTN: B. RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: J SAINSBURY COMMON INVESTMENT FUND LTD., AS TRUSTEE OF THE J SAINSBURY PENSION & DEATH BENEFIT & EXECUTIVE PENSION SCHEMES 100958 ATTN: B. RANA 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed            165

EPIQ BANKRUPTCY SOLUTIONS, LLC