UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (JMP)
                                                                   :    (Jointly Administered)
                              **Debtors.**   :
                                                                   :
-------------------------------------------------------------------x    Ref. Docket Nos. 35497 & 35762

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 2, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                         */s/ Lauren Rodriguez*
                                                                          Lauren Rodriguez

Sworn to before me this
4th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 36374    Filed 04/04/13    Entered 04/04/13 17:48:21    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANK JULIUS BAER & CO. LTD.
              BAHNOFSTRASSE 36
              ZURICH CH-8010 SWITZERLAND

Additional:

Transferee:   CREDITO EMILIANO S.P.A.
              *** NO ADDRESS PROVIDED ***
              NEW YORK NY 10017

**Your transfer of claim # 66929-05 is defective for the reason(s) checked below:**

Signature Missing
Address Missing

Docket Number 35497              Date 02/25/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 2, 2013.

**EXHIBIT B**

TIME: 12:05:36
DATE: 04/02/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36 ZURICH  CH-8010 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | *** NO ADDRESS PROVIDED *** NEW YORK NY 10017 |
| GEFFERS, GISELA | LIEDBERGWEG 16 KOELN  51069 GERMANY |
| TARGOBANK AG & CO. KGAA | F/K/A CITIBANK PRIVATKUNDEN AG & CO KGAA TRANSFEROR: KNOERZER, UTA KASERNENSTR. 10 DUSSELDORF  40213 GERMANY |

Total Number of Records Printed    4

EPIQ BANKRUPTCY SOLUTIONS, LLC