UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket Nos. 35354, 35777-
                                                                     35785, 35790, 35793, 35814, 35815,
                                                                     35839, 35840, 35842, 35846, 36137-
                                                                     36140, 36142

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/ *Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
5th day of April, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                       BARCLAYS BANK PLC
      TRANSFEROR: ALSTON INVESTMENTS LLC      ATTN: ANTHONY VITIELLO
      ATTN: DANIEL MIRANDA                    745 SEVENTH AVENUE, 2ND FLOOR
      745 SEVENTH AVENUE, 2ND FLOOR           NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 44990-02 in the above referenced case and in the amount of
    $1,402,263.37  allowed at $1,521,281.39       has been transferred **(unless previously expunged by court order)**

```
      CYRUS OPPORTUNITIES MASTER FUND II, LTD.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SVET NIKOV
      399 PARK AVENUE, 39TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36137     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/03/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 3, 2013.

# EXHIBIT B

```
TIME: 20:30:53                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 04/03/13                                         CREDITOR LISTING

Name                                              Address
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: SCOR REINSURANCE COMPANY C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK
                                                  NEW YORK NY 10036
BANQUE MORVAL                                     TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA ATTN: SILVANO RAMPININI RIVA CACCIA IA LUGANO  6902 SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CREDITO PRIVATO COMMERCIALE SA                    VIA ZURIGO 46 LUGANO  6901 SWITZERLAND
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVIC LUX MASTER SARL                              TRANSFEROR: EURIZON CAPITAL SA ACTING AS MNGT COMPANY FOR NIS INTERNATIONAL BODNS C/O CARVAL INVESTORS UK LIMITED
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON WIF 9LT UK
CYRUS EUROPE MASTER FUND, LTD.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 LTD
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: LUXOR CAPITAL PARTNERS LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: OC 19 MASTER FUND LP- LCG ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE TELEKOM AG                               TR4 - JUERGEN KISTNER FRIEDRICH-EBERT-ALLEE-140 BONN  53113 GERMANY
EURIZON CAPITAL SA ACTING AS MNGT                 8, AVENUE DE LA LIBERTE LUXEMBOURG  L-1930 LUXEMBOURG
 COMPANY FOR NIS INTERNATIONAL BONDS
MAP 98 SEGREGATED PORTFOLIO OF LMA SPC            TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
MAP 98 SEGREGATED PORTFOLIO OF LMA SPC            TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: MAP 98 SEGREGATED PORTFOLIO OF LMA SPC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                                  BUILDING 2, FLOOR 21 NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: OCEANA MASTER FUND, LTD. C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21
                                                  NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD. C/O NOMURA AMERICAS ATTN: REHENA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                                  BUILDING 2, FLOOR 21 NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC            TRANSFEROR: PWCM MASTER FUND LTD. C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21
                                                  NEW YORK NY 10281-1198
OCEANA MASTER FUND, LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
OCEANA MASTER FUND, LTD.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST., SUITE 1450 CHICAGO IL 60606
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LUKE NEWCOMB 225 W WASHINGTON ST., SUITE 1450 CHICAGO IL 60606
 FUND LTD.
PENTWATER EQUITY OPPORTUNITIES MASTER             TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: LUKE NEWCOMB 225 W WASHINGTON ST., SUITE 1450 CHICAGO IL 60606-2418
 FUND LTD.
PWCM MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
PWCM MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
PWCM MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
PWCM MASTER FUND LTD.                             TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: LUKE NEWCOMB 225 W. WASHINGTON ST. SUITE 1450 CHICAGO IL 60606
SCOR REINSURANCE COMPANY                          ATTN: MAXINE VERNE, GENERAL COUNSEL 199 WATER STREET, 21ST FLOOR NEW YORK NY 10038
SCOR REINSURANCE COMPANY                          ATTN: N. LYNN HIESTAND, ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036
SOLA LTD                                          TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                                  NEW YORK NY 10022
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: RETZLAFF, KATE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: TEMPLIN, EWALD ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
TARGOBANK AG & CO. KGAA                           TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION KASEMENSTR. 10 DUSSELDORF  40213 GERMANY
TCA SPV I LLC                                     DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022
TCA SPV I LLC                                     TRANSFEROR: YORVIK PARTNERS LLP C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022
YORVIK PARTNERS LLP                               TRANSFEROR: DEUTSCHE TELEKOM AG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed           39                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```