UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 21876, filed on September 21, 2009, against Lehman Brothers Special Financing Inc. by D. E. Shaw Valence Portfolios, L.L.C. in the amount of $323,661,328.48 (the "Claim"). D. E. Shaw Claims SPV, L.L.C. (the "Claimant") purchased a 100% interest in the Claim [ECF No. 14402].

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice all portions of the Claim. Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the Claim from the claims register.

The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon Claimant on December 11, 2012, the issuance of which was noticed in a filing with the Court on December 14, 2012.

Dated: April 5, 2013
       New York, New York

_____
Thomas J. Moloney, Esq.
tmoloney@cgsh.com
David Y. Livshiz, Esq.
dlivshiz@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for D. E. Shaw Valence Portfolios, L.L.C. and D. E. Shaw Claims SPV, L.L.C*

Dated: April 3, 2013
       New York, New York

_____
Garrett A. Fail, Esq.
garrett.fail@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates, including Lehman Brothers Special Financing Inc.*

2