UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :    08-13555 (JMP)
                                                     :    (Jointly Administered)
           Debtors.                                  :
                                                     :    Ref. Docket Nos. 35415, 35424,
                                                     :     35875, 35877, 35878, 35912, 35913,
                                                     :     36138-36140, 36142, 36181-36182,
                                                     :     36212, 36213, 36259, 36267, 36269,
                                                     :     36296

------------------------------------------------------------x

In re                                                :    Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS COMMODITY SERVICES, INC.,            :    08-13885 (JMP)
                                                     :    (Jointly Administered)
           Debtors.                                  :
                                                     :    Ref. Docket Nos. 55-60
                                                     :
                                                     :
                                                     :

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
5th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 35415, 35424, 35875...36267, 36269, 36296; (08-13885) 55-60_AFF_4-4-13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ARES VIII CLO LTD.                          ARES VIII CLO LTD.
      ATTN: BILL REARDON                          LATHAM & WATKINS LLP
      1 FEDERAL STREET                            ATTN: MARK BROUDE
      3RD FLOOR, US BANK                          885 THIRD AVENUE, 3RD FLOOR
      BOSTON MA 02110                             NEW YORK NY 10022
```

Please note that your claim # 21903 in the above referenced case and in the amount of
         $2,515,358.00   allowed at $2,504,821.97        has been transferred **(unless previously expunged by court order)**

```
      MORGAN STANLEY SENIOR FUNDING, INC.         MORGAN STANLEY SENIOR FUNDING, INC.
      TRANSFEROR: ARES VIII CLO LTD.              MANAGING CLERK (BANKRUPTCY)
      ATTN: JOSH RAWLINS                          RICHARDS KIBBE & ORBE LLP
      1585 BROADWAY, 2ND FLOOR                    ONE WORLD FINANCIAL CENTER
      NEW YORK NY 10036                           NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35913      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/04/2013                       Vito Genna, Clerk of Court

                                       /s/ Lauren Rodriguez
                                       _____
                                       By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 4, 2013.

# EXHIBIT B

```
TIME: 11:47:05                                    LEHMAN BROTHERS HOLDING INC.                                                 PAGE:   1
DATE: 04/04/13                                         CREDITOR LISTING

Name                                              Address
ARES VIII CLO LTD.                                ATTN: BILL REARDON 1 FEDERAL STREET 3RD FLOOR, US BANK BOSTON MA 02110
ARES VIII CLO LTD.                                LATHAM & WATKINS LLP ATTN: MARK BROUDE 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022
BANCA ZARATTINI & CO SA                           VIA BALESTRA 17 6900 LUGANO   SWITZERLAND
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 AILEEN MONTANA BARCLAYS BANK PLC 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: NATIONAL GRID PLC DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BOULDER DAM CREDIT HUB FUND LTD                   TRANSFEROR: UNION INVESTMENT LUXEMBOURG S.A. 745 SEVENTH AVENUE NEW YORK NY 10019
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: DEUTSCHE BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
                                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MGMT ATTN: JENNIFER DONOVAN
                                                  65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: HBK MASTER FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANAHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005
  CORPORATION
CIARDI, GUISEPPE                                  27 CHESTER SQUARE LONDON   SW1W 9HT UNITED KINGDOM
CONTRARIAN FUNDS, LLC                             TRANSFEROR: BANCA ZARATTINI & CO SA ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVI CVF II LUX MASTER SARL                        TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVIC LUX MASTER S.A.R.L.                          TRANSFEROR: CIARDI, GUISEPPE C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON  WIF 9LT UK
CYRUS EUROPE MASTER FUND, LTD.                    TRANSFEROR: ROSENBERG, JENIFER C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON WIF 9LT UK
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
  LTD
                                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
DEUTSCHE BANK AG LONDON BRANCH                    TRANSFEROR: SHINSEI BANK, LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SHINSEI BANK, LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006
DEUTSCHE BANK AG, LONDON BRANCH (UK)              ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
GLG PROSPECT MOUNTAIN LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
GOLDMAN SACHS & CO.                               TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
JONES, GRIFF AND JO RHYS                          HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074
MAXIMILIAN PARTNERS, L.L.C.                       2 FITZROY SQUARE LONDON W1T 5HF UNITED KINGDOM
MORGAN STANLEY CREDIT PRODUCTS JAPAN              TRANSFEROR: BARCLAYS BANK PLC C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
  CO., LTD.                                       MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY CREDIT PRODUCTS JAPAN              TRANSFEROR: SHINSEI BANK, LIMITED ATTN: KIKUKO ITOH.KUMIKO TAKIGUCHI YEBISU GARDEN PLACE TOWER 4-20-3 EBISU, SHIBUYA-KU
  CO., LTD.                                       TOKYO 150-6008 JAPAN
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ARES VIII CLO LTD. ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
NATIONAL GRID PLC                                 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTN: J. GREGORY ST. CLAIR, ESQ BENNETT S. SILVERBERG, ESQ. FOUR TIMES SQUARE
                                                  NEW YORK NY 10036
ORE HILL HUB FUND LTD.                            TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
PROSPECT MOUNTAIN FUND LIMITED                    TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
RBS SECURITIES INC.                               TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STANFORD CT 06901
ROSENBERG, JENIFER                                L'ESTORIL, APT 2CI 31 AVENUE PRINCESSE GRACE MC 98000 MONACO
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SERENGETI OPPORTUNITIES PARTNERS LP               TRANSFEROR: GOLDMAN SACHS & CO. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:47:05                                     LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 04/04/13                                          CREDITOR LISTING

Name                              Address
SHINSEI BANK, LIMITED             ATTN: HAJIME KASATANI 4-3, NIHONBASHI-MUROMACHI 2-CHOME OPERATIONS SERVICES DIVISION CHUO-KU, TOKYO 103-8303 JAPAN
SHINSEI BANK, LIMITED             ATTN: MR. YUKATO KATO, GENERAL MANAGER 4-3, NIHONBASHI-MUROMACHI 2-CHROME CHUO-KU, TOKYO 103-8303 JAPAN
SHINSEI BANK, LIMITED             VINSON & ELKINS LLP DOV KLEINER, ESQ (BK 4600) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103
SHINSEI BANK, LIMITED             VINSON & ELKINS LLP DOV KLEINER, ESQ. (BK 44600) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103
SHINSEI BANK, LIMITED             VINSON & ELKINS LLP DOV KLEINER, ESQ. (BK 4600) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103
THE ROYAL BANK OF SCOTLAND, PLC   IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
THE ROYAL BANK OF SCOTLAND, PLC   TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830
THE ROYAL BANK OF SCOTLAND, PLC   TRANSFEROR: RBS SECURITIES JAPAN LIMITED 600 STEAMBOAT ROAD GREENWICH CT 06830
WILSHIRE INSTITUTIONAL MASTER FUND II
  SPC ON BEHALF OF WILSHIRE ORE   TRANSFEROR: BARCLAYS BANK PLC C/O GLG ORE HILL LLC HSBC TOWER-ATTN: RACHEL CARR HARRIS 452 5TH AVENUE, 27TH FLOOR NEW YORK NY 10018
YORVIK PARTNERS LLP               TRANSFEROR: JONES, GRIFF AND JO RHYS ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     57
```

EPIQ BANKRUPTCY SOLUTIONS, LLC