UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (JMP)
                                                :    (Jointly Administered)
         Debtors.                               :
                                                :
                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 35869 & 35874

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Lauren Rodriguez
                                        Lauren Rodriguez

Sworn to before me this
5th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   WERZINGER, ROGER C.H.
              DOFSTR. 32
              CH 8835 SWITZERLAND

Additional:

Transferee:   CVI GVF (LUX) MASTER S.A.R.L.
              C/O CARVAL INVESTORS UK LIMITED
              25 GREAT PULTENEY STREET, 3RD FLOOR
              LONDON W1F9LT UNITED KINGDOM

**Your transfer   of claim #   17123   is defective for the reason(s) checked below:**

Other                              Seller listed on Ntc does not match with claim

Docket Number 35874            Date 03/13/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 4, 2013.

# EXHIBIT B

```
TIME: 12:21:53                              LEHMAN BROTHERS HOLDING INC.                                            PAGE:   1
DATE: 04/04/13                                   CREDITOR LISTING

Name                          Address
CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F9LT UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.      TRANSFEROR: GLITNIR BANKI HF. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
THE ROYAL BANK OF SCOTTLAND PLC MATHEW ROSENCRANS 600 WASHINGTON BLVD. STANFORD CT 06901
WERZINGER, ROGER C.H.         DOFSTR. 32 CH 8835    SWITZERLAND


Total Number of Records Printed      4
```

EPIQ BANKRUPTCY SOLUTIONS, LLC