FILED / RECEIVED
APR 0 5 2013
EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                              Debtors.                     :    (Jointly Administered)
-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Makena Capital Holdings A. L.P.<br>2755 Sand Hill Road<br>Suite 200<br>Menlo Park, CA 94025 |
| Claim Number (if known): | 27602 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | $105,075 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed] Araya* | Title: Managing Member |
|---|---|
| Printed Name: Agustin Araya | Dated: 4-1-2013 |

US_ACTIVE:\44096563\1\58399.0011

**MAKENA**
CAPITAL MANAGEMENT

2755 SAND HILL RD., STE. 200
MENLO PARK, CA 94025

CERTIFIED MAIL

7012 1010 0000 6550

FILED / RECEIVED
APR 05 2013
Epiq Bankruptcy Solutions, LLC
ATTN: Lehman Brothers Holdings
757 Third Avenue, 3rd Floor
New York, New York 10017

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0004569489   APR 01 2013
MAILED FROM ZIP CODE 94025