# UNITED STATES BANKRUPTCY COURT
# FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| **Lehman Brothers Holdings, Inc., et al.,** ) | |
| Debtor ) | CASE NO.: 08-13555 (JMP) |
| ) | JOINTLY ADMINISTERED |

## STATEMENT OF ATTORNEY FOR CREDITORS UNDER RULE 2019

Burns & Levinson LLP ("Burns & Levinson"), a law firm maintaining offices at 125 Summer Street, Boston, Massachusetts 02110, makes this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1. Burns & Levinson separately advises and otherwise represents various creditors and other parties in interest (collectively, the "Creditors") who may hold claims against and/or interests in the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases").

2. The names and addresses of Creditors on whose behalf Burns & Levinson has made appearances or otherwise represented in these Cases are as set forth below:

   a. Dav-El Reservation System, Inc.
      200 Second Street
      Chelsea, MA 02150

   b. Year-Up, Inc.
      93 Summer Street
      Boston, MA 02110

   c. ZPR International, Inc.
      1642 North Volusia Avenue
      Orange City, FL 32763

   d. Alan Gray, Inc.
      88 Broad Street
      Boston, MA 02110

4824-0636-0850.

  e. Michael Ceppi
   88 Broad Street
   Boston, MA 02110

3. Each of the creditors listed above may hold, whether directly or indirectly, claims against and/or interests in the Debtors arising out of services provided to the Debtors and other contractual, statutory and common law, other rights of the creditors against the Debtors in law and in equity. The specific nature and amount of such claims may not be fully determined and are set forth in the proofs of claim filed against the Debtors' estates.

4. Each Creditor separately requested that Burns & Levinson represent it in connection with the Cases.

5. Burns & Levinson holds no ownership interests in the claims of any of the Creditors described above.

6. If and to the extent Burns & Levinson makes an appearance in these Cases on behalf of any of the other Creditors, Burns & Levinson will supplement this Statement in accordance with Bankruptcy Rule 2019.

7. Burns & Levinson does not hold any claim against, or interest in, any of the Debtors.

  The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: April 8, 2013          Respectfully Submitted,
Boston, Massachusetts        **BURNS & LEVINSON LLP**

                 By: /s/ William Sopp
                   /s/ Tal Unrad
                  William V. Sopp
                  Tal M. Unrad
                  125 Summer Street
                  Boston, MA 02110
                  Tel: (617) 345-3000
                  Fax: (617) 345-3299
                  wsopp@burnslev.com
                  tunrad@burnslev.com