UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
                                                   :
                        Debtors.                   :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Trustees of the Lady Bamford Pension Trust<br>25 Moorgate<br>London, EC2R 6AY<br>United Kingdom |
| Claim Number (if known): | 17114 |
| Date Claim Filed: | October 8, 2009 |
| Total Amount of Claim Filed: | $278 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed]* | Title: PARTER AT SPEECHLY BIRCHAM LLP, SOLICTORS TO THE LADY BAMFORD PENSION TRUST |
| --- | --- |
| Printed Name: ANDREA ZAVOS | Dated: 4/4/13 |

US_ACTIVE:\44096563\1\58399.0011