Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| CVIC Lux Master S.a.r.l. | Loeb Offshore Fund, Ltd |

**Name and Address where notices to Transferee should be sent:**

c/o CarVal Investors, LLC, its attorney-in-fact
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Tel: 952-984-3416
Attention: Teri Salberg

Court Claim# (if Known): **12030**
Amount of Claim as Filed: **$97,247.72**
Amount of Claim Transferred: **$86,452.52**
Debtor: **Lehman Brothers Holdings Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Tiffany Parr**          Date:   **April 8, 2013**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

Loeb Offshore Fund, Ltd., with offices at c/o Loeb Capital Management, 61 Broadway, 24th Floor, New York, NY 10006 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claims Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to CVIC Lux Master S.a.r.l.("Buyer"), all right, title and interest in and to the claim originally filed in the amount of $97,247.72 (the "Assigned Claim") of Seller against LEHMAN BROTHERS HOLDINGS, INC. and allowed in the amount of $86,452.52 pursuant to a certain Termination Agreement dated as of October 25, 2012, being the claim evidenced by the proof of claim docketed as Claim No. 12030 (the "Proof of Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Assigned Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Assigned Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Assigned Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 19th day of December, 2012.

Loeb Offshore Fund, Ltd.
By: Loeb Offshore Management, LP as investment advisor
By: _____
(Signature of authorized corporate officer)

Name: Robert Schwartz
Title: General Counsel and Senior Vice President
Tel.: (212) 483-7047

CVIC Lux Master S.a.r.l.          by Carval Investors, LLC
By:                                its attorney-in-fact
By: _____
(Signature of authorized corporate officer)

Name: Tiffany Parr
Title: Authorized Signer
Tel.: 952-984-3435

DOC ID-11037618.6