MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Christopher J. Houpt

*Attorneys for Threadneedle Management Luxembourg S.A.*
*and Threadneedle (Lux) – Emerging Market Corporate Bonds*
*(formerly known as Threadneedle (Lux) – Emerging Market Low Duration Portfolio)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                               : Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        : 08-13555 (JMP)
                                                    :
                            Debtors.                : (Jointly Administered)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 18689 filed against Lehman Brothers Holdings Inc. by Threadneedle Management Luxembourg S.A., on behalf of Threadneedle (Lux) – Emerging Market Low Duration Portfolio (now know as "Threadneedle (Lux) – Emerging Market Corporate Bonds") (the "Claim") in the aggregate amount of $95,090.85.

PLEASE TAKE NOTICE that, through its undersigned counsel, Threadneedle Management Luxembourg S.A., on behalf of Threadneedle (Lux) – Emerging Market Low Duration Portfolio (now know as "Threadneedle (Lux) – Emerging Market Corporate Bonds"), hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the register. Threadneedle Management Luxembourg S.A., on behalf of Threadneedle (Lux) – Emerging Market Low Duration Portfolio (now know as "Threadneedle (Lux) – Emerging Market Corporate Bonds"), represents and warrants that the

withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it. This withdrawal of the Claim is without prejudice to any other claims or any other portion of the Claim asserted against Lehman Brothers Holdings Inc. or its affiliates by Threadneedle Management Luxembourg S.A., on behalf of Threadneedle (Lux) – Emerging Market Low Duration Portfolio (now known as "Threadneedle (Lux) – Emerging Market Corporate Bonds"), or its affiliates.

Dated: April 8, 2013

_____
Tony Poon, Director

Threadneedle Management Luxembourg S.A.
acting on behalf of Threadneedle (Lux) -
Emerging Market Corporate Bonds (formerly
known as Threadneedle (Lux) – Emerging
Market Low Duration Portfolio)

Registered Office: 31, Z.A. Bourmicht, L-8070
Bertrange, Grand Duchy of Luxembourg

705558379