RECEIVED

APR 1 2013

U.S. BANKRUPTCY COURT, SDNY

Honorable Judge Peck:

As a follow up to my appearance in your courtroom on September 27, 2012 to substantiate my objection to the motion to convert the Lehman Brothers RSUs to Equity Interest, I am enclosing my documents supporting discovery and my response upholding why the RSUs should be considered lost compensation.

As I felt your position with the Weil, Gotshal & Manges LLP attorneys demonstrated a voice of reason, I do feel that the employees only hope of achieving some justice will come from you. I have spent hundreds of hours putting together my case with the hope that you will take the time to read it and make a full fact based decision.

The process of inundating us with massive legal documents has worn many down, enabling Weil, Gotshal & Manges LLP to achieve what they set out to do - payout as little as possible and discourage most from continuing to fight for what is rightfully theirs. I hope you will give the remaining employees some justice.

Thank you in advance for your time.

Karen M. Suman Krieger

19 Marshall Court
Great Neck, New York 11021
March 29, 2013

Honorable James M. Peck
One Bowling Green
New York, New York 10004
Courtroom 601

Mr. Robert J. Lemons, Esq.
Mr. Mark Bernstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Re: Participation in RSU Claims Discovery in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interest: Karen M. Simon Krieger – Claim Number: 18087 in the amount of $164,319.52

Dear Sirs:

As a United States employee of Lehman Brothers from November, 1990 through September, 2008, I filed Claim 18087 in response to the 2008 bankruptcy. Upon receiving a copy of the Objection to Claims submitted by Weil, Gotshal & Manges LLP which references my claim in its Appendix, I formally objected to its merits to convert my entire claim to an Equity Interest. I requested that the motion be denied in its entirety.

In response to the Discovery process as requested by Weil, Gotshal & Manges, enclosed are my supporting documents and response upholding why the Restricted Stock Units (RSU) claims must be considered compensation and are, in fact, liabilities of Lehman Brothers that are owed to me for services rendered.

My claim consists of $164,319.52 in Lehman Brothers RSUs, $45,320.36 in Lehman Brothers Common Stock and $15,756.67 in 401K investment in Lehman Brothers Common Stock.

- The portion of the claim held in RSUs ($164,319.52) was a mandatory annual deduction from compensation that was required to be held by Lehman Brothers for a period of five years before vesting. Upon the five year vesting, this would have been converted to common stock at the current market rate. This portion never vested nor did it convert to Lehman Brothers Common Stock as it was still less than the five year period at the time of the Lehman Brothers bankruptcy. As this was not a discretionary deduction and was part of my income, the $164,319.52 should be considered as lost compensation.

- The portion of the claim held in Lehman Brothers Common Stock ($45,320.36) was the portion of the Lehman Brothers RSUs that had vested and was converted to Common Stock at the end of 2007.

- The portion of the claim held in Lehman Brothers Common Stock ($15,756.67) was the portion of my 401K that I chose to invest in Lehman Brothers Common Stock.

The evidence is overwhelming; the deferred and ultimately unpaid compensation which was converted to unvested RSUs is a Lehman Brothers liability that is owed to me and must be paid to me to settle the claim. On every dimension, employee-employer, enterprise – investing public-at-large, and the enterprise – regulators, Lehman Brothers, in its own documents, recorded and communicated its obligation to pay for services rendered.

With regard to the RSUs, there is overwhelming evidence that Lehman Brothers consistently communicated to its employees via

- Lehman Brothers Stock Award Program Material,
- Lehman Brothers Offer Letters,
- Lehman Brothers Intranet Site (Equity Award Program Equity Award issuance),
- Lehman Brothers Compensation Statements,
- Lehman Brothers Memorandums on the Stock Award Program,
- Lehman Brothers Annual Reports,
- Lehman Brothers Form 10K Reports, and
- Lehman Brothers RSU Bonus Pay Stubs

that the RSUs were a component of an employee's compensation with appropriate ordinary income tax treatment. Additionally, RSUs were not treated in accordance with the terms laid out in the program's supporting documentation when an involuntary termination without cause or a hostile change in control occurs.

From the point of entry into the Firm to its declaration of bankruptcy, Lehman Brothers communicated to not only me, but to every employee, its investors, the rating agencies and even the federal government that the stock award program (RSU program) was compensation and implemented via compensation deductions.

Lehman Brothers' management made a decision in 1994, shortly after it became a publicly traded Firm, to establish a stock award program that provides every member of Lehman Brothers with an ownership interest in the Firm and a requirement that the stock be held for five years. As noted in their annual stock award distribution to its employees, the program provides and incentive to think and act like an owner every day, and allows all participants to share in the Firm's financial success over time.

It has been repeatedly communicated to the employees that the RSUs were funded through a mandatory deduction of a portion of our annual compensation and therefore should be treated as if it is lost compensation and a priority, secured claim. Further supporting this is the notion that I was neither in any position to make a choice regarding my desire to become a participant nor could I make any investment decisions during the restricted period. Choices to hold or sell the RSUs were only available after the completion of the vesting period.

Going through my third, very public employer bankruptcy is just unconscionable. Every effort was made by me to learn from the lessons of the first and second bankruptcies at Drexel Burnham Lambert and Sentinel Government Securities respectively and minimize my investment in an organization where I had a dependency on for my annual earnings stream. In light of my previous employers' history and my personal circumstances, I needed to sell most of my RSUs each year upon their vesting in order to pay for the raising of my children through their college education and graduation.

While I most certainly thought and acted like an owner during my eighteen years at Lehman Brother every day, the management decision to establish this program handcuffed my ability to manage my RSU investments as I have managed my other investments. I was dependent upon decisions outside of my control.

My objection is associated to the RSUs where I had no ability to make prudent investment decisions. I have excluded those shares that I have kept beyond the restricted period where I had the discretionary ability to make personal investment decisions.

In summary, I am asking the court to rule that the portion of my claim associated to the unvested RSUs ($164,319.52) be treated as if it is lost compensation and a priority, secured claim.

- When your RSUs vest, you will owe FICA tax on their value. The value of the RSUs subject to the FICA tax will be the number of units vesting multiplied by the price of Lehman Brothers common stock on the date the units vest.
- After the restriction period for 1994 RSUs ends, on July 1, 1999, your RSUs convert to common stock. Ordinary income equal to the July 1, 1999 market value of your shares will be reported to the IRS and you will be subject to tax withholding on this amount. Since the receipt of these shares is treated as compensation paid to you, ordinary income tax rates apply, rather than the special provisions dealing with capital gains.
- On July 1, 1999, when your RSUs convert to common stock, your cost basis for tax purposes will equal the market value of your shares that day. Any subsequent increases in value will be taxed as capital gains when the stock is sold. If the stock price is lower when you sell than it was when the RSUs converted, you will have a capital loss to declare.

Annually, the communications from Lehman Brothers continued to uphold how the program would work and its ongoing compliance with the IRS tax regulations. For reference and in accordance with **Exhibit KK-02,** the 2001 Lehman Brother Stock Award Program, Page 2 of the 2001 Stock Award Program at a Glance states:

- All eligible members of the Firm receive a portion of their compensation in restricted stock units (RSUs). Each RSU represents the right to receive one share of Lehman Brothers common stock five years after the RSU is granted.
- RSUs have been awarded to you as part of your 2001 compensation payable for the year's performance. The amount of compensation paid in RSUs increases as the amount of your total compensation rises.
- In 2001, a portion of your stock award was priced in September and the balance of your award was priced in December. Generally, the Firm's stock award is made only at one time in the year, at year end.
- A portion of your RSU award was priced at $34.98, based on the closing price of Lehman Brothers common stock on September 20, 2001 ($46.64), less a 25 percent discount. The balance of your 2001 RSUs was priced at $47.55 based on the closing price of Lehman Brothers common stock on December 3, 2001 ($63.40), discounted by 25 percent.
- On November 30, 2006 the restriction period will end, and you will be entitled to receive one share of Lehman Brothers common stock for each vested RSU you hold. Once your RSUs convert to common stock, they become freely tradable. The RSUs cannot be sold, transferred or pledged before conversion.

Additionally, Page 12 provides transparency into the Tax Treatment of RSUs and states:

Under current tax regulations, you will not be taxed on the value of your RSUs until they convert to common stock. As a result, your RSUs appreciate on a pre-tax basis for the five-year restriction period. (For members of the Firm whose employment status changes, special provisions apply. Please see the following section.)

Provided below is a summary of the U.S. taxes that are ultimately due under current tax law:
- At the time the RSUs are awarded, there is no taxable event.
- After the restriction period for 2001 RSUs ends, on November 30, 2006, your RSUs, including any additional RSUs that you receive through dividend reinvestment, convert to common stock. Ordinary income equal to the November 30, 2006 market value of your shares will be reported to the IRS, and you will be subject to tax withholding on this amount. Since the receipt of these shares is treated as compensation paid to you, ordinary income tax rate apply, rather than the special provisions dealing with capital gains.

- On November 30, 2006, when your 2001 RSUs convert to common stock, your cost basis for tax purposes will equal the market value of your shares on that day. Any subsequent increases in value will be taxed as capital gains when the stock is sold. If the stock price is lower when you sell your shares that it was when the RSUs converted, you will have a capital loss to declare.

Furthermore Page 14 of **Exhibit KK-02** as noted below provides the steps to be taken by Lehman Brothers in the case of an Involuntary Termination without Cause. At bankruptcy, our employment with Lehman Brothers was terminated and we either became employed by Barclays Capital, Nomura Securities or lost our jobs. In accordance with these below mentioned steps, Lehman Brothers did not follow the procedures subsequent to the bankruptcy which would have required them to issue the common stock and enable us to make investment decisions at the then prevailing market price.

- If you are terminated involuntarily but without cause, you will be entitled to receive the entire principal portion (75 percent) of your 2001 RSUs and a pro-rata portion of the discount (25 percent of the award). The portion of the discount you receive will be prorated in 20 percent increments for every full year of service with the Firm after November 30, 2001. So, if your termination occurs prior to November 30, 2002, you will not be entitled to receive any of the RSUs related to the discount portion. However, if termination occurs after a "Full Career" with the Firm, you will be entitled to receive the entire discount portion of your RSU award. "Full Career" termination means you have at least 20 years of service or your age and length of service equals at least 65, plus your age is at least 45 and you have at least ten years of service with Lehman Brothers. Shares of Lehman Brothers common stock will be issued to you, without restrictions, at the earlier of a) November 30, 2006 (five years after the award date) or b) the end of the fiscal quarter one year following your termination date, provided you do not engage in Detrimental Activity through that date.

Furthermore, according to the terms of the 2001 Lehman Brothers Stock Award Plan **Exhibit KK-02**, on page 15, Section: Change in Control ("CIC") Provisions:

Hostile:

- All RSU's vest immediately
- Shares of Lehman Brothers common stock will be issued immediately so you may tender your shares with other shareholders

Clearly, the acquisition of Lehman Brothers by Barclays Capital and Nomura Securities meets the condition of that clause. Lehman Brothers chose not to distribute my vested RSU's to my Firm-approved account at A.R. Schmeidler, as prescribed by its own documents. I was unable to sell [at a loss] into the marketplace in 2008, 2009, 2010, 2011, or 2012. Now, after years of legal maneuvering, Lehman Brothers' shares are no longer trading.

As evidenced in **Exhibit KK- 04,** Lehman ensured that there was program and personal award transparency on Lehman Live, the Firm's Intranet Site Page on the Equity Award Program and how the conditional equity awards are a portion of total compensation and how shares associated to involuntary terminations should be handled as noted below. To date, the unvested shares have not been handled in accordance with the terms of involuntary termination without cause as stated in how the program is supposed to work.

- On November 30, 2006, when your 2001 RSUs convert to common stock, your cost basis for tax purposes will equal the market value of your shares on that day. Any subsequent increases in value will be taxed as capital gains when the stock is sold. If the stock price is lower when you sell your shares than it was when the RSUs converted, you will have a capital loss to declare.

Furthermore Page 14 of Exhibit KK-02 as noted below provides the steps to be taken by Lehman Brothers in the case of an involuntary Termination without Cause. At bankruptcy, our employment with Lehman Brothers was terminated and we either become employed by Barclays Capital, Nomura Securities or lost our jobs. In accordance with these below mentioned steps, Lehman Brothers did not follow the procedures subsequent to the bankruptcy which would have required them to issue the common stock and enable us to make investment decisions at the then prevailing market price.

- If you are terminated involuntarily but without cause, you will be entitled to receive the entire principal portion (75 percent) of your 2001 RSUs and a pro-rata portion of the discount (25 percent of the award). The portion of the discount you receive will be prorated in 20 percent increments for every full year of service with the Firm after November 30, 2001. So, if your termination occurs prior to November 30, 2002, you will not be entitled to receive any of the RSUs related to the discount portion. However, if termination occurs after a "Full Career" with the Firm, you will be entitled to receive the entire discount portion of your RSU award. "Full Career" termination means you have at least 20 years of service or your age and length of service equals at least 65, plus your age is at least 45 and you have at least ten years of service with Lehman Brothers. Shares of Lehman Brothers common stock will be issued to you, without restrictions, at the earlier of a) November 30, 2006 (five years after the award date) or b) the end of the fiscal quarter one year following your termination date, provided you do not engage in Detrimental Activity through that date.

Furthermore, according to the terms of the 2001 Lehman Brothers Stock Award Plan Exhibit KK-01, on page 15, Section: Change in Control ("CIC") Provisions:

Hostile:

- All RSU's vest immediately
- Shares of Lehman Brothers common stock will be issued immediately so you may tender your shares with other shareholders.

Clearly, the acquisition of Lehman Brothers by Barclays Capital and Nomura Securities meets the condition of that clause. Lehman Brothers chose not to distribute my vested RSU's to my Firm-approved account at A.K. Schneidler, as prescribed by its own documents. I was unable to sell [at a loss] into the marketplace in 2008, 2009, 2010, 2011, or 2012. Now, after years of legal maneuvering, Lehman Brothers' shares are no longer trading.

As evidenced in Exhibit KK-04, Lehman ensured that there was program and personal award transparency on LehmanLive, the Firm's Intranet Site Page on the Equity Award Program and how the conditional equity awards are a portion of total compensation and how shares associated to involuntary terminations should be handled as noted below. To date, the unvested shares have not been handled in accordance with the terms of involuntary termination without cause as stated in how the program is supposed to work.

In support of Lehman Brothers program transparency, **Exhibit KK – 04** Equity Award Program – Lehman Live states:

Equity Award Components - Employees receive a portion of their total compensation in the form of conditional equity awards. The form of equity award depends on the work location, as follows:

| Location | Equity Award Type |
|---|---|
| United States | Restricted Stock Units ("RSUs") |

RSU Termination Provisions: 2006 – 2007 Equity Award Program - 2006 – 2007 RSU Termination Provisions for All Employees - Involuntary Termination: Participants will become entitled to 100% of both the RSU Principal and Discount on the Share Payment Date, provided they do not engage in Detrimental Activity through that date. RSUs will convert to shares of common stock and be issued on the Share Payment Date.

As further evidenced **in Exhibit KK-04**, Lehman Brothers provided personal award transparency on Lehman Live, the Firm's intranet portal. The amounts withheld from compensation are identified as Grant Value. The holding vehicle is defined as Units and not Lehman Brothers common stock. The total sum of monies withheld is identified as $159,244. Additionally the statement shows additional dividend equivalents accrued to each of my units granted. The dividend equivalents are then multiplied by the initial grant price and added to the withheld dollars to total $164, 319.52 which is owed to me for services performed during my tenure at Lehman Brothers. Attached is a print out of my personal statement with data as of August 31, 2008.

Annually, Lehman Brothers went through a well-coordinated, structured set of sessions to manage compensation expense. As a manager I attended training sessions organized by the Human Resourced department to learn and practice the script for that year end compensation conversation with my staff. The overall message associated to the RSU program was that compensation was withheld in order to ensure we felt like owners and personally had skin in the game. In additions to these sessions, we were given talking points for every scenario possible, in order to diffuse a potential employee dispute to their year-end compensation distribution. **Exhibit KK-23** provides a sample of the Manager Communications Sheets which are labeled 2007 Total Compensation Statement. The payment schedule itemizes the bonus plus any awards less the bonus amount that will be withheld for the RSU plan and ultimately the net total cash payment before taxes.

With the investment community, the message to the public was construed in order to generate a favorable impression of solid relations with its employees. In those meetings, it was often touted how supportive employees were of the Lehman Brothers' mission. It was reputed that ~33% of The Lehman Brothers was owned by employees, one of the highest for financial firms. The strategy was quite sophisticated with both internal and external perception well managed by communications experts sprinkled in the Human Relations department (for internal employee issues), the Marketing Department (for the public), and the Finance Department (for the investment community.) With the latter, financial engineering was implemented throughout all levels of Lehman Brothers, in order to meet the quarterly analyst estimates.

My compensation statements that were provided to me by my manager provided me with the transparency as an employee. **Exhibits KK-05, KK-06, KK-07**, as noted below on the Lehman Brothers Total Compensation Statements, provide the employee with an understanding of the components of their compensation which include paid salary and bonus which is made up of RSUs and Net Bonus After RSUs.

**Exhibit KK – 05** Lehman Brothers 2003 Total Compensation Statement, **Exhibit KK – 06** Lehman Brothers 2004 Total Compensation Statement and **Exhibit KK – 07** Lehman Brothers 2005 Total Compensation Statement each were distributed each year and provided the breakdown of the Total Compensation as Paid Salary and Bonus which sums to each employee's Total Compensation. Further detail shows the Bonus as a Gross Bonus minus the Compensation associated to the RSUs and then the Net Bonus after RSUs and Before Taxes.

Additionally, my Lehman Brothers Pay Stubs for Bonuses paid from 2003 – 2007, **Exhibits KK-18, through KK-22,** reflect full year compensation as comprised of earnings, annual bonus and bonus associated to the RSU component. **Exhibit KK – 18** 2003 RSU Bonus Pay Stub- Pay stub for 2003 Bonus reflects Bonus 2003, 2003 RSU Bonus and Regular Salary as Earnings. **Exhibit KK – 19** 2004 RSU Bonus Pay Stub -Pay stub for 2004 Bonus reflects Bonus 2004, 2004 RSU Bonus and Regular Salary as Earnings. **Exhibit KK – 20** 2005 RSU Bonus Pay Stub- Pay stub for 2005 Bonus reflects Bonus 2005, 2005 RSU Bonus and Regular Salary as Earnings. **Exhibit KK – 21** 2006 RSU Bonus Pay Stub- Pay stub for 2006 Bonus reflects Bonus 2006, 2006 RSU Bonus and Regular Salary as Earnings. **Exhibit KK – 22** 2007 RSU Bonus Pay Stub- Pay stub for 2007 Bonus reflects Bonus 2007, 2007 RSU Bonus and Regular Salary as Earnings.

A firm wide memorandum was distributed to all participants of the stock award program as referenced in **Exhibit KK-08** that provide the employee with an understanding of the how the taxes associated to the vested shares will be handled, reiterating that they are in  line with ordinary income and included on our W2 in line with IRS tax regulations.

**Exhibit KK- 08** Memorandum – Participants of the 2002 Stock Award Program
On November 30, 2007, the RSUs you received under the Lehman Brothers Stock Award Program converted to shares of Lehman Brothers common stock.  At that time, the market value of your shares was recognized as income subject to tax withholding.  This income was based on the closing price of Lehman Brothers stock ($62.63) on November 30, 2007.

You elected to tender shares to cover the tax withholding obligation related to the issuance of your 2002 RSUs. Please note that the income related to the issuance of your shares and your tax withholding obligation will be included in your 2007 Form W2.  Additionally, the payment of your tax withholding obligation has been remitted to the IRS on your behalf.

Further detailing the tax treatment is **Exhibit KK-09,** as noted below, from Lehman Live, the Firm's Intranet Site Page on the November 2007 Equity Award Issuance represents the treatment of the RSU shares that were granted under the 2002 Lehman Brothers Equity Award Program and provides the employee with an understanding of the how the taxes associated to the vested shares will be handled, in line with ordinary income tax treatment.

Cost Basis - The market value of the issued shares will be reported as employment income as of November30, 2007.  This price represents your cost basis. Any subsequent increase in value of you shares may be treated as capital gains when the stock is sold.  If your sale price is lower than the closing price on November 30, 2007, you may have a capital loss declare, if applicable.  Your holding period for capital gains/losses begins November 30, 2007.

Ordinary Income (Shares x Cost Basis) - Shares issued multiplied by the closing price of LEH at time of issuance.

Required Tax Withholding Obligation - The tax withholding obligation represents the minimum amount Lehman Brothers is required to withhold as follows:

Federal Tax Liability, State Tax Liability, Local Tax Liability, Social Security, Medicare, SDI/SUI, Non –US Tax Liability = Tax Withholding Obligation

Total Taxes Paid - Represents the closing pricing of LEH multiplied by the number of shares withheld to cover taxes....

Shares Withheld to Cover Taxes - The number of shares withheld to cover your tax obligation was based on the closing price of Lehman Brothers common stock on November 30, 2007. Lehman brothers withheld taxes based on the minimum required withholding rates. You may have further tax reporting and/or payment obligation with respect to this income. (For participants subject to U.S. taxes, you will receive a Form 1099B for the 2007 tax year which reflects the value of the shares tendered to Lehman brothers to cover your taxes.) Your tax basis for these shares is based on the closing price of Lehman Brothers common stock on November 30, 2007 ($62.63). There is no gain or loss on the shares tendered to Lehman Brothers for taxes.

November 2007 Equity Award Issuance - Taxes Due - At this time the RSUs/CSAs were awarded, there was no taxable event. After the restriction period ends on November 30, 2007, your RSUs/CSAs will convert to freely tradable shares of Lehman Brothers common stock. The market value of your shares on November 30, 2007, will be recognized as employment income, on which tax will be payable at the prevailing income tax rates.


The finesse with which Lehman Brothers handled compensation expense is further evidenced in the financial statements, audited by Ernst & Young LLP, the Independent Registered Public Accounting Firm, from 2000 – 2007. Excerpts from each year's financial statements are submitted as **Exhibits KK-10** through **KK-16** and the Lehman Brothers 10K-as **Exhibit KK-17.** As part of its marketing pitch as a "Best Operator," Lehman Brothers engineered the Compensation and Benefits/Net Revenues ratio to stay within a 49% - 50%, to please the rating agencies and investment community.

Table 1. 0 Compensation Ratio

| (Data Extracts in Millions) INCOME STATEMENT | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $19,894 | $18,989 | $26,447 | $22,392 | $16,781 | $17,287 | $21,250 | $32,420 | $46,709 | $59,003 |
| Net Revenues | $4,113 | $5,340 | $7,707 | $6,736 | $6,155 | $8,647 | $11,576 | $14,630 | $17,583 | $19,257 |
| Compensation & Benefits/Net Revenues | 51% | 51% | 51% | 51% | 51% | 50% | 49% | 49% | 49% | 49% |

Source: Lehman Brothers Annual Reports, 2000-2006 and 2007 10-K

The details are outlined in Notes, along with the Statements themselves. From 2000 to 2005, in the Consolidated Statement of Cash Flows, the amortization of deferred stock compensation appears in the Cash Flows from Operating Activities. This, explicitly, states by the auditors that it is not from a financing or investing activity. Further in the Notes section for Employee Incentive Plans, the language reads, "Eligible employees receive RSU's as a portion of their total compensation in lieu of cash."

These documents were not confidential nor were they employee eyes-only documents. They were prepared by financial professionals for external consumption by the investing public, regulators, and the rating agencies. It is explicit, conceptually, operationally, and financially, that the employees are owed monies for their services and the payment of that liability will be smoothed out over a five year timeframe, the vesting period. This is not some complicated option pricing mechanism. It is very clear that Lehman Brothers acknowledged that it owed employees those monies and the holding period could be used to incent people internally, while meeting the external results required by investors, suppliers and regulators, during volatile financial market cycles.

From my analysis, if Lehman Brothers were to pay a 100% cash bonus, it would never have been able to achieve a praised, though architected, Compensation and Benefits/Net Revenues ratio.

### Table 2.0 Compensation Ration (Revised)

| (Data Extracts in Millions)<br>INCOME STATEMENT | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|
| Compensation and Benefits | $2,086 | $2,707 | $3,931 | $3,437 | $3,139 | $4,318 | $5,730 | $7,213 | $8,669 |
| Amortization of Deferred Stock Compensation (CFO) | -$221 | -$363 | -$520 | -$544 | -$570 | -$625 | -$800 | -$1,055 | -$1,706 |
| Deferred Stock Awards Granted | $417 | $533 | $1,003 | $624 | $407 | $999 | $1,182 | $1,574 | $881 |
| Total Compensation Expense (TCE) | $2,282 | $2,877 | $2,282 | $2,877 | $4,414 | $3,517 | $2,976 | $4,692 | $6,112 |
| TCE/Net Revenues | 55% | 54% | 30% | 43% | 72% | 41% | 26% | 32% | 35% |

Source: Lehman Brothers Annual Reports, 2000-2006 and 2007 10-K

Why is this accounting detail even necessary information? The Statement of Consolidated Cash Flows clearly outlined that the monies used to pay dividends to shareholders and for investing activities, such as the purchase of property, equipment and leasehold improvements (Assets) were funded from two sources: (1) monies withheld from employees and (2) the IRS-approved tax benefit for doing so. Essentially, Lehman Brothers acted as an escrow agent, permitted to use the withheld funds for its own purposes for a period of 5 years, which included the ability to book assets (short-termed and long-lived) on the balance sheet.

In 2006, there was concern in the financial community that firms, not just Lehman Brothers, were not properly accounting for employee services, when compensation was deferred. The Financial Accounting Standards Board (FASB) completed a revision of FASB Statement No. 123 to address "transactions in which an entity incurs liabilities in exchange for goods or services that are based on the fair value of the entity's equity instruments or that may be settled by the issuance of those equity instruments. "

This Statement focused "primarily on accounting for transactions in which an entity obtains employee services in share-based payment transactions." This was to address "concerns by requiring an entity to recognize the cost of employee services received in share-based payment transactions, thereby reflecting the economic consequences of those transactions in the financial statements." Conceptually, the cost of employee service "will be recognized over the period during which an employee is required to provide service in exchange for the award—the requisite service period (usually the vesting period). ..."A public entity will initially measure the cost of employee services received in exchange for an award of liability instruments based on its current fair value; the fair value of that award will be remeasured subsequently at each reporting date through the settlement date. Changes in fair value during the requisite service period will be recognized as compensation cost over that period."

9

In non-accounting speak, this was an acknowledgment that management of many firms, including Lehman Brothers, had been smoothing Income Statement results, in order to reduce variability and convey "good news," also known as better than the analysts' estimates. Although somewhat old, the Ball and Brown Study, "An Empirical Evaluation of Accounting Income Numbers," in the Journal of Accounting Research (Autumn 1968) demonstrated "clear (empirical) association between earnings and stock market reaction....firms whose earnings conveyed good news enjoyed abnormally better stock returns." (White, Sondhi, Fried, The Analysis and Use of Financial Statements, 1994, p. 297).

Since financial statements are an important part of functioning financial markets, FASB's revision, and Lehman Brothers' adoption in 2006, was to make very clear "Employee services received in exchange for awards of share-based compensation qualify as assets, though only momentarily—as the entity receives and uses them—although their use may create or add value to other assets of the entity. This Statement will improve the accounting for an entity's assets resulting from receipt of employee services in exchange for an equity award by requiring that the cost of such assets either be charged to expense when consumed or capitalized as part of another asset of the entity (as permitted by U.S. GAAP)."

As any finance professional knows, FASB is the "designated organization in the private sector for establishing standards of financial accounting that govern the preparation of financial reports by nongovernmental entities. Its standards are officially recognized as authoritative by the Securities and Exchange Commission (SEC) (Financial Reporting Release No. 1, Section 101, and reaffirmed in its April 2003 Policy Statement) and the American Institute of Certified Public Accountants (Rule 203, Rules of Professional Conduct, as amended May 1973 and May 1979)." (http://www.fasb.org/jsp/FASB/Page/SectionPage&cid=1176154526495)

FASB was well aware of the research efforts in academia, along with the actual practice of buying employee services now and pay later. It was very clear that FASB understood, also, the ramifications of non-transparent financial statements. As Sondhi, White and Fried explain, "a monitoring device is needed to ensure that the agreements or contracts between managers – shareholders-creditors are adhered to. ...a firm [is not] an independent entity but rather a 'nexus of contracts' (explicit or implicit) between parties, each motivated by their own self-interest. The role of accounting in this scenario is to provide the monitoring device enabling the contracting process to function." (SWF, p. 314).

If the industry accounting standards board, Lehman Brothers' accountants, and Lehman Brothers 10-K **(Exhibit KK – 17)** filing to the SEC, a U.S. government governing entity, acknowledge that my provision of labor is a compensation expense, then it seems pretty clear that there is an unpaid obligation that need to be settled. Even Lehman Brothers' own paperwork demonstrates that fact. It seems curious as to why Lehman Brothers no longer wants to reimburse me, for services rendered from 2003 through 2008. If there is a question about the quality of my labor, as an effort to dismiss my claim, it seems a bit late. As a high performer I always represented Lehman Brothers' interests to the best of my ability, both internally and externally.

While I expect Lehman Brothers to contest the existence of any contract, I submit the following:

- **Offer and acceptance** (I received an offer letter from Lehman Brothers and accepted employment – Lehman Brothers left me; I never left Lehman Brothers.)
- **Competent persons** (I was rated highly throughout my term of employment.  Lehman Brothers was experienced with over 150 years in business.)

10

- Consideration (The bargain was an exchange: I deliver top quality advice, expertise, and management capabilities for the Technology Division and Lehman Brothers pays me Compensation.)
- Sufficiency (Up until its bankruptcy, Lehman Brothers paid me and I delivered an excellent work product.)

In my opinion, it is ironic that key to Lehman Brothers' success was its moral fiber to do the right thing and to work honorably. As this case and claims process has dragged on, often for Lehman Brothers' and its attorneys' financial benefit, it seems that the once-proud firm has lost its anchor. Lehman Brothers and its leaders made an exorbitant amount of money, yet the employees who built the technology, negotiated its deals, ran the operations and day-in, day-out delivered excellence, often to the neglect of their own personal lives, are being forced to take financial losses, because it is no longer convenient for Lehman Brothers to honor its obligations to the suppliers of the intellectual capital that built it and its assets which continue to generate revenue for the estate and pay the associated legal fees.

As I see it, Lehman Brothers chose to not only ignore the years of documentation, but also to use its portfolio of resources, built by the sweat of a very loyal workforce, against the very same people, whose intellectual capital created it. The delay tactics, the legal methodology forced on weary employees, already traumatized, along with re-employment of senior executives, as hired guns to continue to build the case and not testify against Lehman Brothers demonstrates the capacity and willingness to ignore its legal commitment to its former employees.

I submit that that every piece of evidence contributes to the fact that a contract existed between Lehman Brothers and me and with it comes an outstanding balance that is owed to me. Based on the documents provided, it is quite clear that as an employee, there is a contract for payment. Since it is now almost 10 years since the initial delivery of work product, Lehman Brothers should pay me the outstanding balance and what is rightfully owed to me. Every document submission has demonstrated that my compensation has been withheld. It is time for Lehman Brothers and its attorneys to read its own documents and to do the right thing.

I ask the court to order payment of my claim in full, in the amount of $164, 319.52.

Thank you,

Karen M. Simon Krieger

Karen M. Simon Krieger
kmskrieger@gmail.com
cell - 917-545-7481

[All FASB quotes are from it Summary of Statement No. 123 (revised 2004) located at: http://www.fasb.org/summary/stsum123r.shtml]

11

- Consideration (The bargain was an exchange: I deliver top quality advice, expertise, and management capabilities for the Technology Division and Lehman Brothers pays me Compensation.)
- Sufficiency (Up until its bankruptcy, Lehman Brothers paid me and I delivered an excellent work product.)

In my opinion, it is ironic that key to Lehman Brothers' success was its moral fiber to do the right thing and to work honorably. As this case and claims process has dragged on, often for Lehman Brothers' and its attorneys' financial benefit, it seems that the once-proud firm has lost its anchor. Lehman Brothers and its leaders made an exorbitant amount of money, yet the employees who built the technology, negotiated its deals, ran the operations and day-in, day-out delivered excellence, often to the neglect of their own personal lives, are being forced to take financial losses, because it is no longer convenient for Lehman Brothers to honor its obligations to the suppliers of the intellectual capital that built it and its assets which continue to generate revenue for the estate and pay the associated legal fees.

As I see it, Lehman Brothers chose to not only ignore the years of documentation, but also to use its portfolio of resources, built by the sweat of a very loyal workforce, against the very same people, whose intellectual capital created it. The delay tactics, the legal methodology forced on weary employees, already traumatized, along with re-employment of senior executives, as hired guns to continue to build the case and not testify against Lehman Brothers demonstrates the capacity and willingness to ignore its legal commitment to its former employees.

I submit that that every piece of evidence contributes to the fact that a contract existed between Lehman Brothers and me and with it comes an outstanding balance that is owed to me. Based on the documents provided, it is quite clear that as an employee, there is a contract for payment. Since it is now almost 10 years since the initial delivery of work product, Lehman Brothers should pay me the outstanding balance and what is rightfully owed to me. Every document submission has demonstrated that my compensation has been withheld. It is time for Lehman Brothers and its attorneys to read its own documents and to do the right thing.

I ask the court to order payment of my claim in full, in the amount of $164,315.52.

Thank you,

Karen M. Simon Krieger
[illegible]@gmail.com
cell - 917-[illegible]-7481

[All FASB quotes are from the Summary of Statement No. 123 (revised 2004) located at: http://www.fasb.org/summary/stsum123r.shtml]

# Lehman Brothers Stock Award Program

KK-01

LEHMAN BROTHERS

# Lehman Brothers Stock Award Program

## Contents

| | |
|---|---|
| The 1994 Stock Award Program at a Glance | 2 |
| How the Stock Award Program Works | 3 |
| The 1994 Award Schedule | 6 |
| Calculating Your 1994 Award | 7 |
| What Happens When – Time Line | 8 |
| Tax Treatment of Restricted Stock Units | 9 |
| If Your Employment Ends | 10 |
| Other Information | 12 |

*This brochure describes significant features of the Lehman Brothers Stock Award Program for 1994. It is not intended to replace official plan documents, and should not be considered a legal document. This brochure should be read in conjunction with the other documents enclosed.*

## 1994 Stock Award Program at a Glance

◆ All bonus-eligible members of the Firm receive a portion of their compensation in restricted stock units (RSUs). Each RSU represents the right to receive one share of Lehman Brothers common stock five years after the RSU is granted.

◆ RSUs have been awarded to you as part of your 1994 bonus payable for the year's performance. The portion of compensation paid in RSUs increases as the amount of your total compensation rises. (For 1994, members of the Firm whose total 1993 compensation was $75,000 or less received a one-time grant of 50 RSUs.)

◆ For members of the Firm whose total compensation was greater than $75,000, your 1994 RSU award was determined by dividing the portion of your bonus paid through the Stock Award Program by $12 (reflecting the $15 per share closing price of Lehman Brothers stock on June 30, 1994, less a 20 percent discount provided by the Firm).

◆ Five years after the 1994 RSUs are awarded, the restriction period will end, and your vested RSUs will convert to Lehman Brothers common stock. Once your RSUs convert to common stock, you may continue to hold the shares or sell them, subject to any compliance restrictions on employees trading Lehman Brothers stock. The RSUs cannot be sold before conversion.

*The enclosed Personal Award Statement details your July 1994 award.*

2

## How the Stock Award Program Works

The Stock Award Program provides every member of Lehman Brothers with an ownership interest in the Firm, and requires us to hold that stake for at least five years. In doing so, the Program gives each of us an incentive to think and act like an owner every day, and allows all of us to share in the Firm's financial success over time.

For 1994, salaried, bonus-eligible employees received an award of Restricted Stock Units (RSUs) as part of their 1994 bonuses, the balance of which will be paid in early 1995. Each 1994 RSU represents the right to receive one share of Lehman Brothers common stock five years after the July 1, 1994 grant date. You can consider the RSUs as shares of Lehman Brothers common stock that the Firm holds on your behalf for five years. The RSUs cannot be sold, traded, or pledged, and they have no voting rights for that five-year period.

*The Program gives each of us an incentive to think and act like an owner every day.*

### The Size of Your Award

The enclosed Personal Award Statement describes your participation in the Program and specifies your 1994 award. The amount of each individual's award is determined according to a schedule that specifies the awards granted at each level of compensation. Under this schedule, the portion of compensation paid in the form of RSUs increases as total compensation increases. Thus, more highly compensated members of the Firm have a greater percentage of their compensation paid through the Program.

If you joined the Firm before 1994, your award is based on your 1993 total compensation. Under the Program, 1993 total compensation includes annual base salary as of December 31, 1993, plus any additional compensation for your performance in calendar year 1993, even if some of these payments were deferred or paid in 1994. Such compensation includes items as cash flow and sales points payments, commissions, bankers/ retail fees, and salary supplements. If you joined the Firm between January 1 and June 30, 1994, your total compensation for the purpose of calculating your 1994 award is your annual base salary as of July 1, 1994, plus any applicable 1994 guaranteed bonus amounts.

3

For 1994, bonus-eligible members of the Firm whose total compensation was $75,000 or less did not have any of their 1994 bonus paid in RSUs, but instead received a one-time grant of 50 RSUs from Lehman Brothers. Starting in 1995, these members of the Firm, like all bonus-eligible employees, will receive a portion of their bonuses in RSUs.

### The Firm-Provided Discount

In 1994, the number of RSUs you received was based on the closing price of Lehman Brothers common stock on June 30, 1994 ($15 per share), less a 20 percent discount provided by the Firm. The net effect of the 20 percent discount is that you received 25 percent more RSUs – and, eventually, will receive 25 percent more stock – than you would without the discount.

*The number of 1994 RSUs you received reflects a 20 percent discount provided by the Firm.*

For example, if the portion of your 1994 bonus paid in RSUs had been $1,500, without the discount you would have received 100 RSUs ($1,500 divided by the $15 share price on June 30, 1994). Taking the discount into consideration, you would have received 125 RSUs ($1,500 divided by the $12 discounted price).

### Vesting and Conversion

For RSUs awarded as a portion of your 1994 bonus, you vest in two stages:

◆ Eighty percent of your RSUs (excluding any fractional units) vest one year after the July 1, 1994 grant date. This means that you have a nonforfeitable right to 80 percent of the RSUs as of that date, though the Firm still continues to hold them on your behalf.

◆ The remaining 20 percent of your RSUs vest five years after the July 1, 1994 grant date, at which time the restriction period ends and the RSUs convert to common stock. These units are the additional RSUs received as a result of the discount provided by the Firm.

Continuing the previous example, 100 of your RSUs (80 percent of 125) would vest on July 1, 1995. The remaining 25 RSUs would vest on July 1, 1999.

The 1994 RSUs granted to members of the Firm whose total compensation was $75,000 or less will vest on July 1, 1997, three years after being granted.

All vested 1994 RSUs will convert to Lehman Brothers common stock on July 1, 1999.

The section on page 10, *If Your Employment Ends,* explains how your RSUs may be affected if you leave Lehman Brothers, including the circumstances under which you may forfeit your right to any unvested RSUs.

### Dividends

Dividends may be declared from time to time at the discretion of the Board of Directors. Until your RSUs convert to common stock, if dividends are declared you will receive dividend equivalents instead of dividends. (You will even receive dividend equivalents on your RSUs that have not vested.) These dividend equivalents will be paid to you in cash, for the same amount and at approximately the same time as dividends are paid to other shareholders. Dividend equivalents cannot be reinvested in RSUs.

> *All vested 1994 RSUs will convert to Lehman Brothers common stock on July 1, 1999.*

## The 1994 Award Schedule

The participation schedule for 1994 is listed below, followed by an example of the calculations.

Because the Firm is introducing the Program in the middle of 1994, the percentages and base amounts in this schedule are not as high as they will be in 1995. For 1995, these amounts and percentages are expected to be approximately twice what they are in the 1994 schedule.

*The portion of compensation paid in RSUs increases as the amount of your total compensation rises.*

| 1993 Total Compensation Range | Portion of 1994 Performance Bonus Paid Through Stock Award Program |
| --- | --- |
| $0 - $75,000 | No advance; one-time grant of 50 RSUs |
| $75,000 - $100,000 | 1.0% of 1993 total compensation |
| $100,000 - $200,000 | $1,000 plus 3.0% of 1993 total compensation over $100,000 |
| $200,000 - $300,000 | $4,000 plus 5.0% of 1993 total compensation over $200,000 |
| $300,000 - $500,000 | $9,000 plus 7.5% of 1993 total compensation over $300,000 |
| $500,000 - $750,000 | $24,000 plus 10.0% of 1993 total compensation over $500,000 |
| $750,000 - $1,000,000 | $49,000 plus 12.5% of 1993 total compensation over $750,000 |
| $1,000,000 - $1,500,000 | $80,250 plus 15.0% of 1993 total compensations over $1.0 million |
| $1,500,000 - $2,000,000 | $155,250 plus 17.5% of 1993 total compensation over $1.5 million |

6

## Calculating Your 1994 Award (if your 1993 total compensation was greater than $75,000)

| Step | Instructions | Sample Calculation | Sample Result |
|------|-------------|-------------------|---------------|
| Step 1 | Start by finding your 1993 total compensation, listed on your Personal Award Statement. As an example, we'll go through the calculations for an employee whose 1993 total compensation was $150,000. | Not Applicable | $150,000 |
| Step 2 | Refer to the 1994 participation schedule to find out how much of your 1994 bonus was paid in RSUs. According to the schedule, people with 1993 total compensation between $100,000 and $200,000 had $1,000 plus 3% of their 1993 total compensation over $100,000 paid in RSUs. | $1,000 + (3% x $50,000) | $2,500 |
| Step 3 | The next step is to figure out how many RSUs were awarded to you. Divide the result from step 2 by $12 (which represents the $15 closing price of Lehman Brothers stock on June 30, 1994, less the Firm-provided 20% discount). This employee's 1994 award is 208 RSUs. (No fractional RSUs are awarded.) | $2,500 ÷ $12 | 208 RSUs |
| Step 4 | To calculate the value of your 1994 RSUs on the grant date, multiply the number of RSUs by the stock price on June 30, 1994, which was $15. | $15 x 208 | $3,120 |
| Step 5 | Eighty percent of the 208 1994 RSUs will vest July 1, 1995. Only whole units can vest, so you have to round down any fractions. The Firm will continue to hold these RSUs until they convert to common stock. | 80% x 208 | 166 RSUs vest 7/1/95 |
| Step 6 | On July 1, 1999, the other 42 RSUs (received because of the Firm-provided 20% price discount) will vest. Also, all the RSUs awarded in 1994 will convert one-for-one into shares of common stock. | 208 - 166 | 42 RSUs vest 7/1/99; All 208 RSUs convert to shares on 7/1/99 |

This example applies for members of the Firm whose employment continues through the end of the restriction period. See the section *If Your Employment Ends* for information on how your RSUs may be affected if you leave the Firm.

## What Happens When – Time Line

◆ July 1, 1994 (the 1994 grant date): You are awarded your 1994 RSUs, either as part of your 1994 performance bonus or as a one-time grant.

◆ Early 1995: You receive the remainder of your cash bonus for 1994 performance.

◆ July 1, 1995: Eighty percent of the 1994 RSUs vest, for those members of the Firm whose RSUs were awarded as part of their bonuses.

◆ July 1, 1997: 1994 RSUs awarded as a one-time grant to members of the Firm earning $75,000 or less vest.

◆ July 1, 1999: The remaining 20 percent of 1994 RSUs awarded as part of 1994 bonuses vest. At this time, all 1994 RSUs (including those granted to bonus-eligible members of the Firm with compensation of $75,000 or less) convert to shares of common stock.

This time line applies for members of the Firm whose employment continues through the end of the restriction period. See the section *If Your Employment Ends* for information on how your RSUs may be affected if you leave Lehman Brothers.

## Tax Treatment of Restricted Stock Units

Under current tax regulations, you will not be taxed on the value of your RSUs until they convert to common stock, except for FICA (Social Security) taxes due when the RSUs vest. As a result, your RSUs appreciate on a pre-tax basis for the five-year restriction period. (For members of the Firm whose employment status changes, special provisions apply. Please see the following section.)

Here is a summary of the taxes that are ultimately due under current tax law:

◆ At the time the RSUs are awarded, there is no taxable event.

◆ When your RSUs vest, you will owe FICA tax on their value. The value of the RSUs subject to the FICA tax will be the number of units vesting multiplied by the price of Lehman Brothers common stock on the date the units vest.

◆ After the restriction period for 1994 RSUs ends, on July 1, 1999, your RSUs convert to common stock. Ordinary income equal to the July 1, 1999 market value of your shares will be reported to the IRS, and you will be subject to tax withholding on this amount. Since the receipt of these shares is treated as compensation paid to you, ordinary income tax rates apply, rather than the special provisions dealing with capital gains.

◆ On July 1, 1999, when your 1994 RSUs convert to common stock, your cost basis for tax purposes will equal the market value of your shares that day. Any subsequent increases in value will be taxed as capital gains when the stock is sold. If the stock price is lower when you sell than it was when the RSUs converted, you will have a capital loss to declare.

> *Your RSUs appreciate on a pre-tax basis for the five-year restriction period.*



◆ Any dividend equivalents that you receive from your RSUs will be treated as compensation and taxed as ordinary income when paid, subject to withholding. Dividends that you receive after the RSUs convert to common stock will be treated as dividend income, not subject to withholding.

## If Your Employment Ends

If your employment with the Firm ends before July 1, 1999, the disposition of your 1994 RSUs will be determined by when you leave, why you leave, and your conduct with respect to Lehman Brothers after you leave. Depending on these factors, you may forfeit your rights to any 1994 RSUs that have not vested.

### When You Leave

◆ If you leave before 1994 bonuses are paid, *for any reason,* all 1994 RSUs will be forfeited.

◆ If you leave after 1994 bonuses are paid but before the vesting dates for 1994 RSUs, unvested 1994 RSUs may continue to vest, depending on why you leave the Firm and your conduct with respect to the Firm after you leave, as described below.

### Why You Leave

◆ If you leave voluntarily after 1994 bonuses have been paid, the Firm will continue to hold your unvested 1994 RSUs, and they will continue to vest according to the schedule described previously, provided you do not go to work for a competitor of Lehman Brothers. If you go to work for a competitor, any unvested RSUs will be forfeited immediately.

◆ If you are terminated involuntarily but without cause after 1994 bonuses are paid, the Firm will continue to hold your unvested 1994 RSUs, and they will continue to vest according to the schedule described previously, provided your conduct with respect to Lehman Brothers does not violate the provisions that follow.

**10**

◆ If you are terminated involuntarily with cause, any unvested RSUs will be forfeited immediately upon termination.

◆ If you die, retire, or become disabled (as defined in the Award Agreement) after 1994 bonuses are paid, all unvested RSUs will vest immediately, convert to Lehman Brothers common stock, and be paid to you or your estate following the date your employment ends. Ordinary income equal to the market value of your shares on the conversion date will be reported to the IRS, and you or your estate will be subject to tax withholding on this amount.

### *Your Conduct With Respect to Lehman Brothers After You Leave*

You will forfeit your unvested RSUs if you leave the Firm and then:

◆ Use confidential information that you learned while employed at Lehman Brothers

◆ Attempt to solicit other Lehman Brothers employees to leave the Firm, or

◆ Engage in activities that are otherwise detrimental to the Firm.

**Other Information**

In the event of any conflict between the provisions of the Program and the information in this brochure, the official documents will govern.

Nothing in this brochure or the Program documents shall be construed to create or imply any contract of employment between you and Lehman Brothers.

All references to taxation in this brochure refer to U.S. Federal taxes and current tax law. You should consult your local tax authorities or personal tax consultant for details on the impact of tax laws in effect at the time your benefits become taxable.

If you have any questions about the Program in general, about your Personal Statement, or about your Award Agreement, call the Compensation Department, at 212/526-5126.

# 2001
# Lehman Brothers
# Stock Award
# Program

KK-02



LEHMAN BROTHERS

# 2001 Lehman Brothers Stock Award Program

## Contents

| | |
|---|---|
| 2001 Stock Award Program at a Glance | 2 |
| How the Stock Award Program Works | 3 |
| Voting Rights | 6 |
| 2001 Stock Award Schedule | 7 |
| Salaried Members of the Firm: | |
| Calculating Your 2001 Stock Award | 8 |
| Investment Representatives (IRs): | |
| Stock Award Schedule | 9 |
| Calculating Your 2001 Monthly Accrual | 10 |
| Calculating Your Full-Year 2001 Stock Award | 11 |
| Tax Treatment of Restricted Stock Units | 12 |
| If Your Employment Ends | 12 |
| Change In Control Provisions | 15 |
| Other Information | 17 |

*This brochure describes significant features of the Lehman Brothers Stock Award Program for 2001. It is not intended to replace the award agreement or other official plan documents. This brochure should be read in conjunction with the other documents enclosed.*

*The enclosed Personal*

*Award Statement details*

*your 2001 award.*

## 2001 Stock Award Program at a Glance

◆ All eligible members of the Firm receive a portion of their compensation
in restricted stock units (RSU's). Each RSU represents the right to receive
one share of Lehman Brothers common stock five years after the RSU
is granted.

◆ RSU's have been awarded to you as part of your 2001 compensation payable
for the year's performance. The amount of compensation paid in RSU's
increases as the amount of your total compensation rises.

◆ In 2001, a portion of your stock award was priced in September and the
balance of your stock award was priced in December. Generally, the Firm's
stock award is made only at one time in the year, at year end.

◆ A portion of your RSU award was priced at $34.98, based on the closing price
of Lehman Brothers common stock on September 20, 2001 ($46.64), less a 25
percent discount. The balance of your 2001 RSU's was priced at $47.55, based
on the closing price of Lehman Brothers common stock on December 3, 2001
($63.40), discounted by 25 percent.

◆ On November 30, 2006, the restriction period will end, and you will be
entitled to receive one share of Lehman Brothers common stock for each
vested RSU you hold. Once your RSU's convert to common stock, they
become freely tradable. The RSU's cannot be sold, transferred or pledged
before conversion.

2

## How the Stock Award Program Works

The Stock Award Program provides every member of Lehman Brothers with a direct ownership interest in the Firm, and requires us to hold that stake for at least five years. In doing so, the Program gives each of us an incentive to think and act like an owner every day, and allows us to share in the Firm's financial success over time.

Your 2001 restricted stock units (RSUs) were awarded to you as a portion of your 2001 compensation. Each RSU represents the right to receive one share of Lehman Brothers common stock five years after the grant date, on November 30, 2006. You can consider the RSUs as shares of Lehman Brothers common stock that the Firm holds on your behalf for five years. The RSUs cannot be sold, traded, pledged, or assigned for that five-year period.

### The Size of Your Award

The enclosed Personal Award Statement shows your 2001 award. The amount of each individual's award is determined according to a schedule that specifies the awards granted at each level of compensation. Under this schedule, the amount of compensation paid in the form of RSUs increases as total compensation rises. Thus, more highly compensated members of the Firm have a greater percentage of their compensation paid in RSUs.

For 2001, your RSU award was determined in two stages: in September and at year end. Your full 2001 stock award was determined at year end based on your actual compensation for 2001 and the stock award schedule shown on page 7. (The stock award made in September was a special feature for 2001. Generally, the Firm's stock award is granted only at one time in the year, at year end.)

The number of RSUs you received for 2001 was based on the price of Lehman Brothers common stock, less a 25 percent discount. A portion of your 2001 RSU award was priced at $34.98, based on the closing price of Lehman Brothers common stock on September 20, 2001 ($46.64), discounted by 25 percent. The balance of your 2001 RSUs was priced at $47.55, based on the closing price of Lehman Brothers common stock on December 3, 2001 ($63.40), discounted by 25 percent.

### Salaried Members of the Firm

**September RSUs:** Your September RSUs were calculated based on your 2000 total compensation and the stock award schedule shown on page 7, multiplied by 50 percent. Total compensation for 2000 includes salary earned in fiscal year 2000 plus any additional compensation for your performance in 2000. Such compensation includes 2000 bonus, commissions and other compensation.

*The Program gives each of us an incentive to think and act like an owner every day.*

3

If you were hired by the Firm in 2000 or 2001 (but prior to September 20, 2001), your September award was calculated as follows:

◆ If you joined the Firm in 2000, your September award was calculated based on your annualized 2000 salary, additional compensation for 2000 and the higher of your 2000 paid bonus or guaranteed 2001 bonus (for employees with written bonus guarantees).

◆ If you joined the Firm in 2001, your September award was calculated based on the projected salary you would have earned for 2001, additional compensation for 2001 and your guaranteed 2001 bonus (if applicable).

**December RSUs:** Your December RSUs were calculated based on your 2001 total compensation and the 2001 stock award schedule shown on page 7, reduced by the stock award you received in September. Total compensation includes salary earned in fiscal year 2001 plus any additional compensation for your performance in 2001, even if some of these payments are deferred or paid in 2002. Such compensation includes 2001 bonus, commissions and other compensation.

If the value of your September RSUs equaled or exceeded your full-year 2001 stock award level, no additional RSUs were awarded in December.

*Investment Representatives (IRs)*
**September RSUs:** Your September RSUs were calculated based on annualized 2001 payout, after all adjustments, for production months December 2000 through August 2001 (paid from January through September 2001), and the stock award schedule shown on page 7, multiplied by 50 percent. The 2001 payout may have included regular grid production payout, certain special payments and other production payout. However, the September award could not exceed your actual accrual from January through September.

**December RSUs:** Your December RSUs were calculated based on your actual payout, after all adjustments, for production months December 2000 through November 2001 (paid from January through December 2001) and the 2001 IR stock award schedule on page 9, reduced by the stock award you received in September.

During any period an IR is paid a draw, RSUs are awarded with respect to the amount of the draw. If the draw ends and the IR has production payout in excess of the draw, the excess ("overage") is paid partly in cash and partly in RSUs (in the year in which the overage is paid). Note that for purposes of this brochure, all references to payout or compensation assume compensation payments that are RSU eligible only.

4

Note that beginning with production month December 2001 (paid in January 2002), your stock award accrual will be determined under the 2002 IR stock award schedule on page 9.

## The Firm-Provided Discount

The number of RSUs you received for 2001 was based on the closing price of Lehman Brothers common stock ($46.64 per share for September RSUs and $61.40 per share for December RSUs), less a 25 percent discount provided by the Firm. With a 25 percent discount, every $100 of compensation in RSUs gives you $133 in value. A 25 percent discount really means that the Firm "grosses up" your contribution 33 percent at the outset.

## Vesting and Conversion

For purposes of discussing the vesting provisions, you should consider your RSU award as having two components: the **principal portion** and the **discount portion**. The principal portion represents the number of RSUs awarded as part of your 2001 compensation before the discount (75 percent of the award). The discount portion represents 25 percent of your total 2001 RSU award.

Provided you remain employed by the Firm, your 2001 RSUs will vest in two stages:

◆ The principal portion, 75 percent of your award, will vest two years after the award date, on November 30, 2003.

◆ The discount portion, 25 percent of your award, will vest five years after the award date, on November 30, 2006.

◆ Notwithstanding the above, in the event your employment is terminated with cause or you engage in Detrimental Activity prior to November 30, 2006, all of your RSUs will be forfeited. Please refer to page 15 for the definition of Detrimental Activity.

◆ Your 2001 RSUs will convert to Lehman Brothers common stock five years after the award date, on November 30, 2006.

Refer to the section *If Your Employment Ends,* on page 12, for a detailed explanation of how your RSUs may be affected if you leave Lehman Brothers, including the circumstances under which you may forfeit your right to your RSUs.

---

*All vested 2001 RSUs will convert to Lehman Brothers common stock on November 30, 2006.*

---

*Dividend equivalents will be reinvested as additional RSUs.*

## Dividend Reinvestment

Dividends may be declared from time to time at the discretion of the Board of Directors. Until your RSUs convert to common stock, if dividends are declared, you will receive dividend equivalents. Your dividend equivalents will be automatically reinvested as additional RSUs. (The stock price used for your dividend reinvestment will be the closing price on each dividend payment date.)

The RSUs you receive as dividend equivalents will vest and convert to Lehman Brothers common stock on the same date as the underlying RSUs to which they relate. In the event the underlying RSUs are forfeited, the related dividend reinvested RSUs will also be forfeited.

**For example:** For an award of 124 RSUs, based on the current annual dividend rate of $0.36 per share, the dollar value of dividend equivalents would be $44.64 annually. In this example, assume the market price of Lehman Brothers stock on each dividend payment date is $60.00 per share.

| | Number of RSUs | | Dividend Rate | | Dividend Equivalents | | Stock Price | | Additional RSUs Through Dividend Reinvestment | Scheduled Vesting Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Principal portion (75%) | 93 | x | $0.36/share | = | $33.48 | ÷ | $60 | = | 0.56 | November 30, 2003 |
| Discount portion (25%) | 31 | x | $0.36/share | = | $11.16 | ÷ | $60 | = | 0.19 | November 30, 2006 |
| | 124 | x | $0.36/share | = | $44.64 | ÷ | $60 | = | 0.75 | |

Using this example, if you should terminate your employment and forfeit the portion of your RSU award related to the 25 percent discount (31 RSUs), you would also forfeit 0.19 RSUs (the related dividend reinvestment).

## Voting Rights

Lehman Brothers established a Trust and funded it with shares for your benefit to provide you with voting rights related to your RSU awards. You will be able to direct the voting related to shares held in the Trust in proportion to the number of RSUs you hold. You will continue to have these voting rights as long as you remain employed with the Firm.

## 2001 Stock Award Schedule

The participation schedule for 2001 is listed below. This schedule reflects the portion of 2001 compensation paid through the Stock Award Program. The size of the stock award made in September 2001 is generally half of your 2000 stock award. To calculate the September stock award, apply the 2000 total compensation against the schedule below and multiply the result by 50 percent.

| Total Compensation Range | Portion of 2001 Compensation Paid Through Stock Award Program |
| --- | --- |
| $0 – $99,999 | 2% of 2001 total compensation |
| $100,000 – $199,999 | $2,000 plus 6% of 2001 total compensation over $100,000 |
| $200,000 – $299,999 | $8,000 plus 10% of 2001 total compensation over $200,000 |
| $300,000 – $499,999 | $30,000 plus 16.25% of 2001 total compensation over $300,000 |
| $500,000 – $749,999 | $62,500 plus 20% of 2001 total compensation over $500,000 |
| $750,000 – $999,999 | $112,500 plus 35% of 2001 total compensation over $750,000 |
| $1,000,000 – $1,499,999 | $200,000 plus 35% of 2001 total compensation over $1,000,000 |
| $1,500,000 – $1,999,999 | $375,000 plus 45% of 2001 total compensation over $1,500,000 |

*The amount of compensation paid in RSUs increases as the amount of your total compensation rises.*

## Salaried Members of the Firm: Calculating Your 2001 Stock Award

| Step | Instructions | Sample Calculation | Sample Result |
|------|-------------|-------------------|---------------|
| Step 1 | Your full 2001 RSU award was determined at year end based on your actual compensation for 2001. The portion of your award that was priced in September was based on your 2000 total compensation. As an example, we'll go through the calculations for a participant whose 2000 and 2001 total compensation was $150,000. | Not applicable | $150,000 |
| Step 2 | To determine the portion of the 2001 award priced in September, we use 2000 total compensation and the award schedule on page 7, multiplied by 50%. According to the award schedule, an employee whose 2000 total compensation is between $100,000 and $199,999 should have $2,000 plus 6% of his 2000 total compensation over $100,000 in RSUs. Multiply this amount by 50% and the result – $2,500 – represents this employee's September RSUs. | [$2,000 + (6% x $50,000)] x 50% | $2,500 |
| Step 3 | The next step is to figure out how many RSUs were awarded in December.* Based on the schedule on page 7, the full-year stock award for this employee with 2001 total compensation between $100,000 and $199,999 is $2,000 plus 6% of 2001 total compensation over $100,000, or $5,000. This amount, less the September RSU amount calculated in step 2, gives us the December RSU amount. | [$2,000 + (6% x $50,000)]-$2,500 | $2,500 |
| Step 4 | The next step is to figure out how many RSUs were awarded to this employee in 2001. To calculate the portion of RSUs awarded in September, divide the result from step 2 by $34.98 (which represents the $46.64 price of Lehman Brothers stock on September 20, 2001, less the Firm-provided 25% discount). To calculate the number of units received in December, divide the result from step 3 by $47.55 (which represents the $63.40 price of Lehman Brothers stock at year end, less the Firm-provided 25% discount). This employee's total 2001 RSU award is 124 RSUs. | $2,500 ÷ $34.98<br>$2,500 ÷ $47.55<br>$5,000 | 71 RSUs<br>53 RSUs<br>124 RSUs |

* Please note that if the value of your September RSUs equaled or exceeded your full-year stock award level, no additional RSUs were awarded in December.

**Note to Salaried Members of the Firm:** For employees hired in 2000 or 2001, please refer to page 4 for a discussion of how your total compensation was determined for purposes of calculating your September stock award.

**Note to Investment Representatives (IRs):** Your 2001 stock award was accrued as a portion of your monthly payout. Please refer to the section *IRs: Calculating Your 2001 Monthly Accrual* on page 10 for an illustration of how your monthly RSU accrual was determined.

## Investment Representatives (IRs): Stock Award Schedule

| Total Compensation Range | 2001 IR Stock Award Schedule _Portion of 2001 Compensation Paid Through Stock Award Program_ | 2002 IR Stock Award Schedule* _Portion of 2002 Compensation Paid Through Stock Award Program_ |
|---|---|---|
| $0 – $99,999 | 2% of 2001 total compensation | 2% of 2002 total compensation |
| $100,000 – $199,999 | $2,000 plus 6% of 2001 total compensation over $100,000 | $2,000 plus 6% of 2002 total compensation over $100,000 |
| $200,000 – $299,999 | $8,000 plus 10% of 2001 total compensation over $200,000 | $8,000 plus 10% of 2002 total compensation over $200,000 |
| $300,000 – $499,999 | $19,000 plus 15.10% of 2001 total compensation over $300,000 | $30,000 plus 16.25% of 2002 total compensation over $300,000 |
| $500,000 – $749,999 | $49,208 plus 20% of 2001 total compensation over $500,000 | $62,500 plus 20% of 2002 total compensation over $500,000 |
| $750,000 – $999,999 | $99,208 plus 25.83% of 2001 total compensation over $750,000 | $112,500 plus 35% of 2002 total compensation over $750,000 |
| $1,000,000 – $1,499,999 | $163,792 plus 30.42% of 2001 total compensation over $1,000,000 | $200,000 plus 35% of 2002 total compensation over $1,000,000 |
| $1,500,000 – $1,999,999 | $315,875 plus 35.83% of 2001 total compensation over $1,500,000 | $375,000 plus 45% of 2002 total compensation over $1,500,000 |

* The portion of 2002 compensation accrued for the 2002 stock award will be calculated according to the schedule above.

# Investment Representatives (IRs): Calculating Your 2001 Monthly Accrual

As an example, we'll go through the monthly calculation for an IR whose 2001 total compensation was $150,000.

| Step | Instructions | Sample Calculation | Sample Result |
|------|-------------|-------------------|---------------|
| Step 1 | Take YTD Total Payout for first month and annualize (multiply by 12 and divide by production month number). | $18,000 x 12 ÷ 1 | $216,000.00 |
| Step 2 | Calculate RSU accrual from the 2001 award schedule on page 9. | $216,000 | $9,600.00 |
| Step 3 | Multiply result by allocation %. Subtract previous month's YTD RSU accrual from result. This is the monthly RSU accrual. | ($9,600 x 8.33%) - $0 | $800.00 |
| Step 4 | Take YTD Total Payout for second month and annualize (multiply by 12 and divide by production month number). | $29,500 x 12 ÷ 2 | $177,000.00 |
| Step 5 | Calculate RSU accrual from the 2001 award schedule on page 9. | $177,000 | $6,620.00 |
| Step 6 | Multiply result by allocation %. This is the YTD RSU accrual. Subtract previous month's YTD RSU accrual from result. This is the monthly RSU accrual. | ($6,620 x 16.67%) - $800.00 | $303.33 |
| Step 7 | Repeat for next month. | | |

## Example

| # | Pay Month | Monthly Total Payout ($) | YTD Total Payout ($) | Annualized Total Payout ($) | Annualized RSU Award ($) | Allocation % | YTD RSU Accrual ($) | Monthly RSU Accrual ($) |
|---|-----------|-----|-----|-----|-----|-----|-----|-----|
| 1 | January | 18,000 | 18,000 | 216,000 | 9,600 | 8.33% | 800.00 | 800.00 |
| 2 | February | 11,500 | 29,500 | 177,000 | 6,620 | 16.67% | 1,103.33 | 303.33 |
| 3 | March | 10,000 | 39,500 | 158,000 | 5,480 | 25.00% | 1,370.00 | 266.67 |
| 4 | April | 11,000 | 50,500 | 151,500 | 5,090 | 33.33% | 1,696.67 | 326.67 |
| 5 | May | 12,000 | 62,500 | 150,000 | 5,000 | 41.67% | 2,083.33 | 386.67 |
| 6 | June | 13,000 | 75,500 | 151,000 | 5,060 | 50.00% | 2,530.00 | 446.67 |
| 7 | July | 12,000 | 87,500 | 150,000 | 5,000 | 58.33% | 2,916.67 | 386.67 |
| 8 | August | 15,000 | 102,500 | 153,750 | 5,225 | 66.67% | 3,483.33 | 566.67 |
| 9 | September | 10,000 | 112,500 | 150,000 | 5,000 | 75.00% | 3,750.00 | 266.67 |
| 10 | October | 12,500 | 125,000 | 150,000 | 5,000 | 83.33% | 4,166.67 | 416.67 |
| 11 | November | 10,000 | 135,000 | 147,273 | 4,836 | 91.67% | 4,433.33 | 266.67 |
| 12 | December | 15,000 | 150,000 | 150,000 | 5,000 | 100.00% | 5,000.00 | 566.67 |
| Total | | | | | | | | 5,000.00 |

# Investment Representatives (IRs): Calculating Your Full-Year 2001 Stock Award

As an example, we'll go through the monthly calculation for an IR with payout of $112,500 through September and $150,000 for 2001.

| Step | Instructions | Sample Calculation | Sample Result |
|------|-------------|--------------------|---------------|
| Step 1 | The portion of your award that was priced in September was based on your compensation paid from January through September. | Not applicable | $112,500 |
| Step 2 | To determine the portion of the 2001 award priced in September, we used annualized RSU eligible payout on gross production for the months January through September. This is calculated by taking the total payout for the period of eligibility, multiplying this amount by 12, and dividing the result by the number of months of participation. | [($112,500 x 12) ÷ 9] | $150,000 |
| Step 3 | The result in step 2 is then applied to the award schedule on page 7 and multiplied by 50%. This amount represents the IR's September RSU award. Note that the September award could not exceed your actual accrual through September. | [$2,000 + (6% x $50,000)] x 50% | $2,500 |
| Step 4 | The next step is to figure out how many RSU's were awarded in December. The year end award was based on actual payout, after all adjustments, for production months December 2000 through November 2001 (paid from January through December 2001) and the 2001 IR Stock Award Schedule* on page 9. According to the schedule, the full-year award for an IR with 2001 total payout of $150,000 is $2,000 plus 6% of 2001 total payout over $100,000, or $5,000. This amount, less the September RSU amount calculated in step 3, results in the December RSU amount. | [$2,000 + (6% x $50,000)] - $2,500 | $2,500 |
| Step 5 | The next step is to figure out how many RSU's were awarded to this IR in 2001. To calculate the portion of RSUs awarded in September, divide the result from step 3 by $34.98 (which represents the $46.64 price of Lehman Brothers stock on September 20, 2001, less the Firm-provided 25% discount). To calculate the number of units received in December, divide the result from step 4 by $47.55 (which represents the $63.40 price of Lehman Brothers stock at year end, less the Firm-provided 25% discount). This employee's total 2001 RSU award is 124 RSUs. | $2,500 ÷ $34.98<br>$2,500 ÷ $47.55<br>$5,000 | 71 RSUs<br>53 RSUs<br>124 RSUs |

*Note that the 2001 stock award schedule is a combination of the 2000 stock award grid in effect through the October 2001 production month (paid in November 2001) and the 2002 IR stock accrual schedule on page 9 that will be used for the monthly accrual in 2002.*

*Your RSUs appreciate on a pre-tax basis for the five-year restriction period.*

## Tax Treatment of Restricted Stock Units

Under current tax regulations, you will not be taxed on the value of your RSUs until they convert to common stock. As a result, your RSUs appreciate on a pre-tax basis for the five-year restriction period. (For members of the Firm whose employment status changes, special provisions apply. Please see the following section.)

Provided below is a summary of the U.S. taxes that are ultimately due under current tax law:



◆ At the time the RSUs are awarded, there is no taxable event.

◆ After the restriction period for 2001 RSUs ends, on November 30, 2006, your RSUs, including any additional RSUs that you receive through dividend reinvestment, convert to common stock. Ordinary income equal to the November 30, 2006 market value of your shares will be reported to the IRS, and you will be subject to tax withholding on this amount. Since the receipt of these shares is treated as compensation paid to you, ordinary income tax rates apply, rather than the special provisions dealing with capital gains.

◆ On November 30, 2006, when your 2001 RSUs convert to common stock, your cost basis for tax purposes will equal the market value of your shares on that day. Any subsequent increases in value will be taxed as capital gains when the stock is sold. If the stock price is lower when you sell your shares than it was when the RSUs converted, you will have a capital loss to declare.

## If Your Employment Ends

If your employment with the Firm ends before November 30, 2006, the disposition of your 2001 RSUs will be determined by when you leave, why you leave, and your conduct with respect to Lehman Brothers after you leave. Depending on these factors, you may forfeit your rights to some or all of the 2001 RSUs.

### When You Leave

**Salaried Members of the Firm:**
If you leave after January 31, 2002, but before November 30, 2006, you may be entitled to your 2001 RSUs depending on why you leave the Firm and your conduct with respect to the Firm after you leave, as described below.

**Investment Representatives:**
If you leave before November 30, 2001, your 2001 RSU award will be based on the amount of production compensation accrued for the stock award through your termination date. Your entitlement to the 2001 RSUs will depend on why you leave the Firm and your conduct with respect to the Firm after you leave, as described below.

12

## *Why You Leave*

### Voluntary Termination

*Resignation to a Non-Competitor:*

◆ If you leave voluntarily and you do not go to work for a competitor
of Lehman Brothers, you will be entitled to receive the entire principal portion
(75 percent) of your 2001 RSUs and a pro-rata portion of the discount (25
percent of the award). The portion of the discount you receive will be prorated
in 20 percent increments for every full year of service with the Firm after
November 30, 2001. So, if you leave the Firm prior to November 30, 2002, you
will not be entitled to receive any of the RSUs related to the discount portion.
However, if termination occurs after a "Full Career" with the Firm, you will be
entitled to receive the entire discount portion of your RSU award. "Full Career"
termination means you have at least 20 years of service or your age and length
of service equal at least 65, plus your age is at least 45 and you have at least ten
years of service with Lehman Brothers. Shares of Lehman Brothers common
stock will be issued to you, without restrictions, at the earlier of a) November
30, 2006 (five years after the award date) or b) the end of the fiscal quarter one
year following your termination date, provided you do not engage in
Competitive Activity or Detrimental Activity through that date.

*Resignation to a Competitor:*

◆ If you leave voluntarily and you go to work for a competitor of Lehman
Brothers prior to November 30, 2003, you will not be entitled to the principal
portion (75 percent) of your award. If you leave after November 30, 2003, you
will be entitled to receive the entire principal portion of your RSU award. In
either case, you will not be entitled to receive any of the RSUs related to the
discount portion (25 percent) of your award. Shares of Lehman Brothers
common stock will be issued to you, without restrictions, at the earlier of
a) November 30, 2006 (five years after the award date) or b) the end of the
fiscal quarter one year following your termination date, provided that you do
not engage in Detrimental Activity through that date.

### Involuntary Termination

*Involuntary Termination With Cause:*

◆ If you are terminated involuntarily with cause, your entire 2001 RSU award
will be forfeited immediately upon termination.

13

*Involuntary Termination Without Cause:*

◆ If you are terminated involuntarily but without cause, you will be entitled to receive the entire principal portion (75 percent) of your 2001 RSUs and a pro-rata portion of the discount (25 percent of the award). The portion of the discount you receive will be prorated in 20 percent increments for every full year of service with the Firm after November 30, 2001. So, if your termination occurs prior to November 30, 2002, you will not be entitled to receive any of the RSUs related to the discount portion. However, if termination occurs after a "Full Career" with the Firm, you will be entitled to receive the entire discount portion of your RSU award. "Full Career" termination means you have at least 20 years of service or your age and length of service equal at least 65, plus your age is at least 45 and you have at least ten years of service with Lehman Brothers. Shares of Lehman Brothers common stock will be issued to you, without restrictions, at the earlier of a) November 30, 2006 (five years after the award date) or b) the end of the fiscal quarter one year following your termination date, provided you do not engage in Detrimental Activity through that date.

### Death, Disability, Retirement

◆ If you die, retire, or become disabled (as defined in the award agreement), all unvested RSUs will vest immediately and convert to Lehman Brothers common stock. Shares of Lehman Brothers common stock will be issued to you or your estate, without restrictions, following your termination date.

◆ At the time the shares are issued to you or your estate, the market value of the shares on the payment date will be reported as ordinary income and you or your estate will be subject to tax withholding on this amount. Please consult your personal tax advisor concerning the application of federal, state and local tax rules.

## Your Conduct With Respect to Lehman Brothers After You Leave

You will forfeit your unvested 2001 RSUs (and related dividend reinvestment) if you engage in Competitive Activity or Detrimental Activity.

### Competitive Activity

Competitive Activity means involvement (whether as an employee, proprietor, consultant or otherwise) with any person or entity engaged in any business activity which is materially competitive with any business carried on by Lehman Brothers Holdings Inc. or any of its subsidiaries or affiliates on the date of termination of a person's employment with the Firm, as determined in the sole discretion of the Chief Executive Officer or the Chief Administrative Officer of the Firm (or their respective designees). ***Please note that the determination of competitive activity is not based on the function that an individual performs in a company but rather the nature of the company's businesses.***



14

financial services companies, including but not limited to, all of the "bulge bracket" investment banks, many commercial banks and even small boutique-type firms are considered *competitors* of the Firm for purposes of the Stock Award Program. While the Firm values its client relationships with financial institutions, these relationships will not preclude companies being deemed competitors when any of their business activities may be considered competitive with the Firm. Please consult your Human Resources representative or the Compensation Department if you have questions about a particular company.

**Detrimental Activity**

Detrimental Activity means (i) using information received during a person's employment with Lehman Brothers Holdings Inc. or any subsidiary, their affiliates or clients, in breach of such person's undertakings to keep such information confidential; (ii) directly or indirectly persuading or attempting to persuade, by any means, any employee of Holdings or any subsidiary to terminate employment with Holdings or any subsidiary or to breach any of the terms of his or her employment with Holdings or any subsidiary; or (iii) any activity deemed to be detrimental to Holdings or any of its subsidiaries or affiliates, in each case as determined in the sole discretion of the Chief Executive Officer or the Chief Administrative Officer of the Firm (or their respective designees).

# Change in Control ("CIC") Provisions

*Hostile*
- All RSUs vest immediately.

- Shares of Lehman Brothers common stock will be issued immediately so that you may tender your shares with other shareholders.

*Friendly*
- Upon the CIC, you will receive the undiscounted award price for your RSUs ($46.64 x your number of September RSUs and $63.40 x your number of December RSUs) in either cash or equity.

- The additional value of the RSUs in excess of the undiscounted RSU award price will be paid on the Payment Date, defined as the earlier of:

  a) two years following the CIC or

  b) November 30, 2006 (five years after the award date).

- The RSUs (or cash balance) will remain subject to the vesting and issuance restrictions (including the provisions related to Competitive Activity and Detrimental Activity) through the Payment Date.



## Payment of RSUs Upon a Friendly Change in Control

EXAMPLE: Let's use as an example a participant whose 2001 compensation was $150,000. The amount of compensation paid in RSUs (for September and December 2001) was $5,000 (for 124 RSUs at a market value of $6,671). Assume there is a Change in Control and the market price for Lehman Brothers stock at that time is $100 per share.

*Undiscounted purchase price:*

◆ Upon a Friendly Change in Control, this participant receives a payment of shares (or cash) equivalent in value to the original award, $6,671. Assuming a market price of $100, this participant would receive 67 shares.

*Premium over undiscounted price:*

◆ The additional value of the RSUs, in excess of the original award value, $5,729 ((124 RSUs x $100) - $6,671), will be held on the participant's behalf in either cash or equity of the successor entity.

◆ The payment (in either cash or equity of the successor entity) will be subject to the same vesting and issuance restrictions as the RSU award.

◆ Assume the participant leaves within two years of the Change in Control:

  – The participant will be entitled to 75 percent of the additional value of the RSUs, in excess of the original award value ($5,729 x 75% = $4,297), provided no Competitive Activity or Detrimental Activity for a period of one year after termination date (or the second anniversary of the Change in Control, if sooner).

  – The participant will also be entitled to a pro-rata portion of the remaining 25 percent of the additional value of the RSUs (in excess of the original award value) based on the number of years completed after the RSU award date (e.g., if termination occurs during 2004 (but before November 30, 2004), 2/5th of the remaining amount or $573).

  – In total, the participant will receive $4,870 ($573 plus $4,297) or 49 shares. In this example, the participant receives 85 percent of the additional value of the RSUs in excess of the original award value.

◆ Please note that this value may be converted to shares of the successor entity. In this instance, the above percentages will be applied to the converted shares.

16

## Other Information

In the event of any conflict between the plan documents (including, but not limited to, the restricted stock unit award agreement, the Employee Incentive Plan and the Employee Incentive Plan Prospectus) and the information in this brochure, the plan documents will govern.

Nothing in this brochure or the plan documents shall be construed to create or imply any contract of employment between you and Lehman Brothers.

All references to taxation in this brochure refer to U.S. federal taxes and current tax law. You should consult your local tax authorities or personal tax consultant for details on the impact of tax laws in effect at the time your RSUs become taxable.

If you have any questions about the Program in general, about your personal award statement or about your award agreement, call the Compensation Department at 201-524-4624 (4-4624), or for IRs, your PCS Human Resources contact at 212-526-2921 (5-2921).







# LEHMAN BROTHERS

**VICTORIA BERGER-GROSS**
SENIOR VICE PRESIDENT
HUMAN RESOURCES

We are pleased to extend to you our offer of employment to join Lehman Brothers ("The Firm") as a ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ in the Global Infrastructure Services, Distributed Systems Department of the Information Technology Division. Your title of Vice President will be submitted for official approval by our Board of Directors at the next quarterly Board meeting following your start date. We expect your employment to commence on or about

For the performance year ending November 30, 2000, your compensation will be as follows:

- Salary at the annualized rate of $‾‾‾‾‾‾‾ ‾‾ payable in biweekly installments in accordance with our customary payroll practice .

- A 2000 bonus in the amount of $‾‾‾‾‾ ), less applicable taxes and deductions, will be paid on or about January 29, 2001 when the Firm pays its annual bonuses.

- At the Firm's option, a portion of your total 2000 and future years' total compensation (combined base salary, bonus, and other compensation) will be payable in restricted stock units pursuant to the Firm's employee stock award program as then in effect.

You will also be eligible to participate in the standard employee benefits program, which will be explained to you during your orientation session.

The salary and bonus amounts set forth above will be paid at the times and in the amounts stated, except that they will not be payable if you have failed to obtain and/or maintain in good standing all applicable licenses and registrations or if, before the dates of scheduled payment, you have resigned, or have been terminated from the Firm because of misconduct, breach of Firm policies or rules, dishonesty, violation of laws or regulations, or substantial and continuing failure to perform employment duties or obligations satisfactorily. The salary and bonus amounts set forth above may be ratably reduced in the event of any authorized leave of absence during 2000. If you should die or become disabled before the bonus payment date, your base salary payments will end (subject to salary continuation in the event of disability), and you or your estate will be paid a pro-rata portion of the minimum bonus set forth above with respect to the year's which your death or disability occurs. Your compensation* for all periods following performance year 2000 will be determined at the Firm's discretion.

Please understand that the terms and conditions of your employment by our Firm are governed by standard Firm policies. Among other things, this means that you must have and maintain in good standing all applicable licenses and registrations. This also means that this offer of employment is contingent on the successful completion of a background investigation, as well as on your satisfactorily meeting all pre-employment requirements including passing a pre-employment drug screen and producing documentation to verify your identity and eligibility to work in the United States. Please contact Melissa Bauer at (201) 524-2967, to schedule a mutually convenient time for your pre-employment processing.

While the above compensation commitments will be honored (absent the listed exceptions), this letter is not a contract of continuing employment. Your employment by the Firm is for no fixed term, and either you or the Firm may terminate the employment relationship at any time and for any reason.

This letter shall be binding upon the Firm and its successors and assigns.

If you agree with the terms outlined in this letter, please acknowledge the same by signing the enclosed copy and returning it to Dalva Durante in the ITD Human Resources Department.

this is an exciting time to be at Lehman Brothers. We are sure that you will find many opportunities to make a contribution to the Firm.

Sincerely,

Victoria Berger-Gross
SVP/Director, Human Resources
Information Technology Division

Accepted on this _____ day of _____, _____

---

## LEHMAN BROTHERS | LehmanLive

## Equity Award Program

Equity Award Program    RSUs    CSAs    CEAs    Stock Options    Award Documents    Glossary    Personal Award Summary

### Overview

The Equity Award Program is designed to provide members of Lehman Brothers employees with a direct ownership interest in the Firm over time. The program gives all of us an incentive to think and act like an owner every day and allows us to share in the Firm's financial success over time.

#### Equity Award Components

Employees receive a portion of their total compensation in the form of conditional equity awards. The form of equity award depends on the work location, as follows:

| Location | Equity Award Type |
|---|---|
| United States | Restricted Stock Units ("RSUs") |
| Japan | Conditional Equity Awards ("CEAs") |
| Other Locations | Contingent Stock Awards ("CSAs") |

In addition, in certain years, MDs and/or SVPs may also receive a portion of their total compensation in the form of stock options.

### Equity Component

| Grant Year | Equity Component | Employees Through VP Level | SVPs | MDs |
|---|---|---|---|---|
| 2006-2007 | RSUs/CSAs/CEAs | 100% | 100% | 100% |
| 2004-2005 | RSUs/CSAs/CEAs | 100% | 75% | 75% |
|  | Stock Options | N/A | 25%* | 25%* |
| 2003 | RSUs/CEAs | 100% | 75% | 75% |
|  | Stock Options | N/A | 25% | 25% |

*Stock Option Election for MDs and SVPs.

#### Amount of Total Compensation in Equity Awards

The value of your equity award is determined according to a schedule that specifies the amount granted at each level of total compensation. Under this schedule, the percentage of total compensation delivered in equity awards increases as total compensation rises.

#### Firm-Provided Discount

The Firm provides equity awards to employees at a significant discount to the market price. The number of RSUs/CSAs/CEAs awarded to eligible employees is based on the closing price of Lehman Brothers common stock on the date of grant, less the appropriate discount.

In years in which they are granted, the number of stock options awarded to SVPs and MDs is determined based on the Black-Scholes value of a 10-year Lehman Brothers option on the date of grant, less the appropriate discount.

The discount for each employee level is as follows:

### Firm-Provided Discount

| Grant Year | Employees Through VP Level | SVPs | MDs |
|---|---|---|---|
| 2003-2007 | 25% | 25% | 30% |

Refer to the Personal Award Summary page for details regarding your awards.

Refer to the Award Documents page to obtain copies of the plan documents governing awards granted from 2001 onwards. To obtain copies of the documents related to awards granted prior to 2001, please contact the Compensation Department at 212-526-8346 or at Compensation@Lehman.com.

*This site is for information purposes only, and is not a contract. Your equity awards are governed exclusively by the applicable award agreement and related plan document and prospectus, which can be found on the Award Documents section of the site.*

#### Quick Links
- Award Documents
- Frequently Asked Questions
- Printing Instructions

#### Contacts

**Compensation Department**
1271 Avenue of the Americas, 38th Floor
New York, NY 10020
Phone: 5-8346 (212-526-8346)
Fax: 212-526-8309
Email: Compensation@Lehman.com

# LEHMAN BROTHERS | LehmanLive

## RSU Termination Provisions: 2006-2007 Equity Award Program

Equity Award Program   RSUs   CSAs   CEAs   Stock Options   Award Documents   Glossary   Personal Award Summary

If your employment with the Firm ends, the disposition of your RSUs will be determined by when you leave, why you leave, and your conduct with respect to Lehman Brothers after you leave. Depending on these factors, you may forfeit your rights to some or all of your RSUs.

The provisions that apply to your specific award(s) are based on your level in the organization at the time of the award.

Note: the following termination provisions are applicable for the 2006 and 2007 awards only. For termination provisions relating to prior grant years, please refer to the applicable Award Documents.

**Quick Links**
- RSU Tax Considerations
- RSU Termination Provisions
- Frequently Asked Questions

**Contacts**

**Compensation Department**
1271 Avenue of the Americas, 38th Floor
New York, NY 10020
Phone: 5-8346 (212-526-8346)
Fax: 212-526-8309
Email: Compensation@Lehman.com

### 2006-2007 RSU Termination Provisions for All Employees

| | |
|---|---|
| **Voluntary Termination (but not Full Career)** | Participants will forfeit all unvested RSUs. Any vested RSUs will convert to shares of common stock and be issued on November 30th, 5 years after the grant date (the "Share Payment Date"), provided the participant does not engage in Detrimental Activity through that date and has not committed an act constituting Cause through the termination date. |
| **Involuntary Termination (but not Full Career)** | **Involuntary Termination without Cause:** Participants will become entitled to the Principal portion of their award, including the unvested Principal portion, provided the employee signs a Firm-standard release agreement. The Discount portion will be forfeited. Shares will be issued on the Share Payment Date, provided the participant does not engage in Detrimental Activity through that date. |
| | **Involuntary Termination with Cause:** Participants will forfeit 100% of the Principal and Discount portions of RSUs. |
| **Full Career Termination** | A termination is "Full Career" if: <br> • The participant has at least 20 years of service; or <br> • The participant is at least 45 years old and has at least 10 years of service; or <br> • The participant is at least 50 years old and has at least 5 years of service. |
| | **Voluntary Termination:** Participants will become entitled to 100% of both the RSU Principal and Discount on the Share Payment Date, provided they do not engage in Competitive Activity through the earlier of the end of the fiscal quarter one year following the termination date or the Share Payment Date, and do not engage in Detrimental Activity through the Share Payment Date. RSUs will convert to shares of common stock and be issued on the Share Payment Date. |
| | **Involuntary Termination:** Participants will become entitled to 100% of both the RSU Principal and Discount on the Share Payment Date, provided they do not engage in Detrimental Activity through that date. RSUs will convert to shares of common stock and be issued on the Share Payment Date. |
| **Termination due to Death or Disability** | Entire Principal and Discount portions immediately vest, and shares are issued 30 days following the termination date. |

Refer to the Award Documents page to obtain copies of the plan documents governing awards granted from 2001 onwards. To obtain copies of the documents related to awards granted prior to 2001, please contact the Compensation Department at 212-526-8346 or at Compensation@Lehman.com

*This site is for information purposes only, and is not a contract. Your equity awards are governed exclusively by the applicable award agreement and related plan document and prospectus, which can be found on the Award Documents section of the site.*

Data as of August 31, 2008

10021931 Karen M. Krieger

## AWARD UNITS¹ OUTSTANDING

| Grant Date | Description | Grant Price | Grant Value² | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested³ | Units Outstanding | Market Value at $0.0501* |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 RSU | $20.9600 | $9,143 | 11/30/2011 | 436.19 | 5.52 | 0.00 | 0.00 | 441.71 | $22 |
| 12/07/2007 | 2007 Firmwide Principal | $47.6000 | $34,284 | 11/30/2012 | 720.26 | 14.84 | 0.00 | 0.00 | 735.10 | $37 |
| 12/07/2007 | 2007 Firmwide Discount | $47.6000 | $11,428 | 11/30/2012 | 240.09 | 4.95 | 0.00 | 0.00 | 245.04 | $12 |
| 12/08/2006 | 2006 Firmwide Principal | $57.7700 | $31,697 | 11/30/2011 | 548.67 | 16.24 | 0.00 | 0.00 | 564.91 | $28 |
| 12/08/2006 | 2006 Firmwide Discount | $57.7700 | $10,566 | 11/30/2011 | 182.89 | 5.40 | 0.00 | 0.00 | 188.29 | $9 |
| 11/30/2005 | 2005 Firmwide Principal | $47.2500 | $18,282 | 11/30/2010 | 386.92 | 14.22 | 0.00 | 401.14 | 401.14 | $20 |
| 11/30/2005 | 2005 Firmwide Discount | $47.2500 | $6,093 | 11/30/2010 | 128.96 | 4.65 | 0.00 | 0.00 | 133.61 | $7 |
| 12/09/2004 | 2004 Firmwide Principal | $32.1750 | $12,000 | 11/30/2009 | 372.96 | 16.76 | 0.00 | 389.72 | 389.72 | $20 |
| 12/09/2004 | 2004 Firmwide Discount | $32.1750 | $4,000 | 11/30/2009 | 124.32 | 5.60 | 0.00 | 0.00 | 129.92 | $7 |
| 12/10/2003 | 2003 Firmwide Principal | $26.7700 | $16,313 | 11/30/2008 | 609.36 | 32.55 | 0.00 | 641.91 | 641.91 | $32 |
| 12/10/2003 | 2003 Firmwide Discount | $26.7700 | $5,438 | 11/30/2008 | 203.12 | 10.70 | 0.00 | 0.00 | 213.82 | $11 |
| | Total | | $159,244 | | 3,953.74 | 131.43 | 0.00 | 1,432.77 | 4,085.17 | $205 |
| | Total Equity | | | | | | | | | $205 |

* Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (12:38 PM EDT on August 21 2009)

¹ Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.
² Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.
³ Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

Data as of August 31, 2008      10021931 Karen M. Krieger

### Restricted Stock Units / Award Units Outstanding

| Grant Date | Description | Grant Price | Grant Value[2] | Restriction Ends | Units Granted | Dividend Equivalents | Units Delivered | Units Vested[3] | Units Outstanding | Market Value at $0.05[1] | Grant Price x Units Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/2008 | July 2008 RSU | 20.9600 | $9,143 | 11/30/2011 | 436.19 | 5.52 | 0.00 | 0.00 | 441.71 | $22 | $9,258.24 |
| 12/07/2007 | 2007 Firmwide Principal | 47.6000 | $34,284 | 11/30/2012 | 720.26 | 14.84 | 0.00 | 0.00 | 735.10 | $37 | $34,990.76 |
| 12/07/2007 | 2007 Firmwide Discount | 47.6000 | $11,428 | 11/30/2012 | 240.09 | 4.95 | 0.00 | 0.00 | 245.04 | $12 | $11,663.90 |
| 12/08/2006 | 2006 Firmwide Principal | 57.7700 | $31,697 | 11/30/2011 | 548.67 | 16.24 | 0.00 | 0.00 | 564.91 | $28 | $32,634.85 |
| 12/08/2006 | 2006 Firmwide Discount | 57.7700 | $10,566 | 11/30/2011 | 182.89 | 5.40 | 0.00 | 0.00 | 188.29 | $9 | $10,877.51 |
| 11/30/2005 | 2005 Firmwide Principal | 47.2500 | $18,282 | 11/30/2010 | 386.92 | 14.22 | 0.00 | 401.14 | 401.14 | $20 | $18,953.87 |
| 11/30/2005 | 2005 Firmwide Discount | 47.2500 | $8,093 | 11/30/2010 | 128.96 | 4.65 | 0.00 | 0.00 | 133.61 | $7 | $6,313.07 |
| 12/09/2004 | 2004 Firmwide Principal | 32.1750 | $12,000 | 11/30/2009 | 372.96 | 16.76 | 0.00 | 389.72 | 389.72 | $20 | $12,539.24 |
| 12/09/2004 | 2004 Firmwide Discount | 32.1750 | $4,000 | 11/30/2009 | 124.32 | 5.60 | 0.00 | 0.00 | 129.92 | $7 | $4,180.18 |
| 12/10/2003 | 2003 Firmwide Principal | 26.7700 | $16,313 | 11/30/2008 | 609.36 | 32.55 | 0.00 | 641.91 | 641.91 | $32 | $17,183.93 |
| 12/10/2003 | 2003 Firmwide Discount | 26.7700 | $5,438 | 11/30/2008 | 203.12 | 10.70 | 0.00 | 0.00 | 213.82 | $11 | $5,723.96 |
| **Total** **Total Equity** | | | $159,244 | | 3,953.74 | 131.43 | 0.00 | 1,432.77 | 4085.17 | $205 $205 | $164,319.52 |

### Personal Account - Lehman Shares

| Grant Date | | Grant Price | | | | | | | Units Outstanding | | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2007 | | 62.6300 | | | | | | | 566.00 | | $35,448.58 |
| 11/30/2006 | | 73.6700 | | | | | | | 134.00 | | $9,871.78 |
| **Total** | | | | | | | | | 700.00 | | $45,320.36 |

### 401K/IRA - Lehman Shares/Units

| Grant Date | | Grant Price | | | | | | | Units Outstanding | | Market Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/26/2001 | | 10.0100 | | | | | | | 49.064 | | $491.13 |
| 4/17/2007 | | 20.6300 | | | | | | | 126.908 | | $2,618.11 |
| 6/20/2007 | | 20.0800 | | | | | | | 629.852 | | $12,647.43 |
| | Received 825 shares on 10/20/08 - why? | | | | | | | | 805.824 | | $15,756.67 |
| | | | | | | | | **Grand Total** | | | $225,396.55 |

[1] Market value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated stock price. The intrinsic value of stock options is calculated by multiplying the number of options outstanding by the difference between the indicated stock price and the option exercise price. Please note that the current market price is based on a delayed 20 minutes feed from Reuters. (12:53 PM EDT on August 21 2009)

[1] Award Units are those equity-based awards other than stock options, i.e. Restricted Stock Units, Conditional Equity Awards or Contingent Stock Awards, as applicable.

[2] Grant Value refers to the value of the underlying Lehman Brothers Holdings Inc. shares at the indicated grant price.

[3] Units Vested refers to that portion of the award that has become vested and/or subject to limited conditions, as determined under the applicable plan documents.

KK-05

**Lehman Brothers**

**2003 Total Compensation Statement**

**CONFIDENTIAL**

| | |
|---|---|
| Employee : | Krieger,Karen M. |
| Division : | Information Technology |
| Hire Date : | November 19, 1990 |

| | |
|---|---|
| Stock Program : | VP |
| Employee Id : | 10021931 |

## COMPENSATION SUMMARY

| Compensation Type | Current - 2003 |
|---|---|
| Paid Salary | $150,000 |
| Bonus | $175,000 |
| Total Compensation | $325,000 |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $21,750.00 | $71.39 | $53.54 | 406.24 |

Your equity award was calculated based on a Total Compensation of $325,000.

RSUs are subject to restrictions until November 30, 2008. They cannot be sold, traded or pledged for that five year period.

All terms and conditions of the awards are subject to the controlling plan documents, including but not limited to your 2003 Restricted Equity Award Agreement, the Employee Incentive Plan and the Employee Incentive Plan Prospectus.

## BONUS PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $175,000 | |
| Less RSUs | ($21,750) | |
| Net Bonus (Before Taxes) | $153,250 | Bonus will be paid on or about January 29, 2004 |

## ANNUAL SALARY

Effective Fiscal Year 2004, your annual base salary will be as follows:

| | |
|---|---|
| Current Annual Salary | $150,000 |

Note: All bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 29, 2004) and not having given or received notice of employment termination before that date. If you are not employed on January 29, 2004 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus award or any equity award for fiscal year 2003.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

15-Dec-03



### Lehman Brothers
### 2004 Total Compensation Statement

#### CONFIDENTIAL

| Employee : | Krieger,Karen M. | | |
|---|---|---|---|
| Division : | Information Technology | Stock Program : | VP |
| Hire Date : | November 19, 1990 | Employee Id : | 10021931 |

#### COMPENSATION

| Compensation Type | Current - 2004 |
|---|---|
| Paid Salary | $150,000 |
| Bonus | $130,000 |
| **TOTAL COMPENSATION** | **$280,000** |

#### EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $16,000.00 | $85.80 | $64.35 | 248.64 |

Your equity award was calculated based on total compensation of $280,000, where "total compensation" includes salary, bonus, and other forms of eligible compensation

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2004 equity award agreements (expected to be finalized in early 2005), the Employee Incentive Plan and related Prospectus.

#### PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $130,000 | |
| Less RSUs | ($16,000) | |
| Total Cash Payment (Before Taxes) | $114,000 | Payable on or about January 31, 2005 |

#### ANNUAL SALARY

Effective Fiscal Year 2005, your annual base salary will be as follows:

| Current Annual Salary | $150,000 |
|---|---|

Note: All bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2005) and not having given or received notice of employment termination before that date. If you are not employed on January 31, 2005 or you have given or received notice of employment termination before that date, you will not be eligible to receive a bonus award (including any special awards) or any equity award for fiscal year 2004.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

13-Dec-04

**Lehman Brothers**
**2005 Total Compensation Statement**

KK-07

## CONFIDENTIAL

Employee : Krieger,Karen M.                                   Stock Program :    VP
Division  : Information Technology
Hire Date : November 19, 1990                                 Employee Id :  10021931

### COMPENSATION

| Compensation Type | Current - 2005 |
|---|---|
| Paid Salary | $150,000 |
| Bonus | $192,500 |
| **TOTAL COMPENSATION** | **$342,500** |

### EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $24,375.00 | $126.00 | $94.50 | 257.94 |

Your equity award was calculated based on total compensation of $342,500, where "total compensation" includes salary, bonus, and other forms of eligible compensation.

All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to controlling plan documents, including the FY 2005 equity award agreements (expected to be finalized in early 2006), the Employee Incentive Plan and related Prospectus.

### PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $192,500 | |
| Less RSUs | ($24,375) | |
| Total Cash Payment (Before Taxes) | $168,125 | Payable on or about January 31, 2006 |

### ANNUAL SALARY

Effective Fiscal Year 2006, your annual base salary will be as follows:

| | |
|---|---|
| Current Annual Salary | $150,000 |

Note: All bonus awards and equity awards are contingent on your being employed on the scheduled bonus award date (on or about January 31, 2006) and not having given or received notice of employment termination before that date.

If you are not employed on January 31, 2006, or you have received notice of employment termination before that date, you will not be eligible to receive a bonus award (including any special awards) or any equity award for fiscal year 2005.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative.  If you have any questions regarding your equity award, please contact the Compensation Department at (212)526-8346.

12-Dec-05

# LEHMAN BROTHERS

### MEMORANDUM

DATE:      January 16, 2008

TO:        Participants of the 2002 Stock Award Program

FROM:      Hilary McNamara, Executive Compensation

SUBJECT:   Form 1099B – Shares Tendered for Taxes

Enclosed is a Form 1099B related to the issuance of your 2002 Restricted Stock Unit ("RSU") award. The amount in box 2 represents the value of the shares you tendered on November 30, 2007 (at $62.63 per share) to cover the tax withholding obligation related to your 2002 RSU award.

On November 30, 2007, the RSUs you received under the Lehman Brothers Stock Award Program converted to shares of Lehman Brothers common stock. At that time, the market value of your shares was recognized as income subject to tax withholding. This income was based on the closing price of Lehman Brothers stock ($62.63) on November 30, 2007.

You elected to tender shares to cover the tax withholding obligation related to the issuance of your 2002 RSUs. Please note that the income related to the issuance of your shares and your tax withholding obligation will be included in your 2007 Form W2. Additionally, the payment of your tax withholding obligation has been remitted to the IRS on your behalf.

Please consult your tax advisor regarding the application of current tax rules governing the issuance of shares.

Please call the Compensation Department at (212) 526-8346 if you have any questions regarding the payment of your 2002 RSU award.

Enclosure

November 2007 Equity Award Issuance (Keyword: StockIssuance)

**KK-09**

| 2007 Issuance Confirmation for Karen M. Krieger | | 🖨 Log-Off |
|---|---|---|

| | |
|---|---|
| Award Date: | Dec 11, 2002 |
| Issuance Date: | Nov 30, 2007 |
| **Shares Issued** | **856** |

Represents shares granted under the 2002 Lehman Brothers Equity Award Program.

| **Cost Basis** | **$62.63** |
|---|---|

The market value of the issued shares will be reported as employment income as of November 30, 2007. This price represents your cost basis. Any subsequent increase in value of your shares may be treated as capital gains when the stock is sold. If your sale price is lower than the closing price on November 30, 2007, you may have a capital loss to declare, if applicable. Your holding period for capital gains/losses begins November 30, 2007.

| **Ordinary Income (Shares x Cost Basis)** | **$53,611.28** |
|---|---|

Shares issued multiplied by the closing price of LEH at time of issuance.

| **Required Tax Withholding Obligation** | **$18,120.61** |
|---|---|

The tax withholding obligation represents the minimum amount Lehman Brothers is required to withhold as follows:

| | |
|---|---|
| Federal Tax Liability (25.00%) | $13,402.82 |
| State Tax Liability 1 (7.35%) | $3,940.43 |
| State Tax Liability 2 (0.00%) | $0.00 |
| State Tax Liability 3 (0.00%) | $0.00 |
| Local Tax Liability (0.00%) | $0.00 |
| Social Security (0.00% up to a maximum of $6,045) | $0.00 |
| Medicare (1.45%) | $777.36 |
| SDI/SUI (0.00%) | $0.00 |
| Non-US Tax Liability (0.00%) | $0.00 |
| Tax Withholding Obligation (33.80%) | $18,120.61 |

| **Total Taxes Paid** | **$18,162.70** |
|---|---|

Represents the closing price of LEH multiplied by the number of shares withheld to cover taxes. Since Lehman Brothers may only withhold whole shares, the number of shares required to cover your tax obligation was rounded up to the nearest whole share. The taxes paid may exceed the required tax withholding obligation by a minimal amount due to rounding of any fractional shares. The residual value of the amount withheld was reported as additional taxes paid in 2007.

| **Shares Withheld to Cover Taxes** | **290** |
|---|---|

The number of shares withheld to cover your tax obligation was based on the closing price of Lehman Brothers common stock on November 30, 2007. Lehman Brothers withheld taxes based on the minimum required withholding rates. You may have further tax reporting and/or payment obligation with respect to this income. (For participants subject to U.S. taxes, you will receive a Form 1099B for the 2007 tax year which reflects the value of the shares tendered to Lehman Brothers to cover your taxes.) Your tax basis for these shares is based on the closing price of Lehman Brothers common stock on November 30, 2007 ($62.63). There is no gain or loss on the shares tendered to Lehman Brothers for taxes.

| **Total Net Shares** | **566** |
|---|---|

Your net shares have been delivered to you in accordance with your instructions.
Note that if you elected to donate a portion of your converted shares (on an after-tax basis) to The Lehman Brothers Foundation, the NET number of shares delivered will reflect your total shares issued less the shares withheld for taxes (if applicable) and/or the donated shares.

| **Share Delivery** | **Bank of New York** |
|---|---|

**WE RECOMMEND THAT YOU CONSULT YOUR TAX ADVISOR CONCERNING THE PROPER TAX REPORTING AND THE PAYMENT OF YOUR FINAL TAX OBLIGATION FOR THIS TRANSACTION.**

## Tax Estimate

Welcome   Award Detail   Tax Estimates   Tax and Donation Elections   Share Directory   Election Summary   Log Off

### November 2007 Equity Award Issuance

#### Taxes Due

At the time the RSUs/CSAs were awarded, there was no taxable event. After the restriction period ends on November 30, 2007, your RSUs/CSAs will convert to freely tradable shares of Lehman Brothers common stock. The market value of your shares on November 30, 2007, will be recognized as employment income, on which tax will be payable at the prevailing income tax rates.

| | |
|---|---:|
| Award Date: | December 11, 2002 |
| Shares Deliverable on November 30, 2007: | 854 |
| Assumed Market Price*: | $60.08 |
| Estimated 2007 Income: | $51,308.00 |
| Estimated Tax Withholding: | $17,342.21 |
| Estimated Shares Withheld as Tax Payment: | 289 |
| Estimated Net Shares Credited to Account: | 565 |

* This example is for illustration purposes only, and calculations are based on the closing price of LEH on the NYSE on Wednesday, October 17, 2007.

#### Estimated Tax Withholding Calculations

| Tax Type: | Tax Rate: | Tax Amount: |
|---|---|---:|
| Federal Liability: | 25.00% | $12,827.08 |
| State Liability 1: | 7.35% | $3,771.16 |
| State Liability 2: | 0.00% | $0.00 |
| City Liability: | 0.00% | $0.00 |
| FICA: | 0.00% | $0.00 |
| Medicare: | 1.45% | $743.97 |
| SDI/SUI: | 0.00% | $0.00 |
| Arrears: | N/A | $0.00 |
| Non U.S. Liability: | 0.00% | $0.00 |
| Total Estimated Tax Withholding: | 33.80% | $17,342.21 |

Please note that Lehman Brothers will withhold taxes based on the **minimum** required withholding rates. You may have further tax reporting and/or payment obligations with respect to this income.

#### Tax Allocation

For employees who have worked in more than one jurisdiction, including country, US state, or city, during the 5-year restriction period (from the date of grant through the date the RSUs/CSAs convert to common stock), the Firm may have a tax reporting requirement and/or tax withholding obligation with respect to each such jurisdiction. The income attributed to a specific tax jurisdiction has been calculated for tax withholding and reporting purposes based on the relevant employment period in each location during the 5-year restriction period. Impacted employees will receive a separate communication that will detail the tax reporting and withholding tax liabilities attributable to the relevant jurisdictions. Please refer to the attached summary and Q&A that provides further information regarding the allocation rules. **We strongly recommend that employees who may be impacted by the allocation rules consult with their personal tax advisor regarding the proper reporting and final tax liabilities (if any) related to the different tax jurisdictions.**

#### Cost Basis

Your cost basis will equal the market value of your shares on November 30, 2007. Any subsequent increase in value may be treated as capital gains when the stock is sold. Your holding period for capital gains/losses will begin on November 30, 2007.

### General Information

• FAQ
• Plan Documents and Forms

### Contacts

**Compensation Department**
Phone:  212-526-8346
Fax:     212-526-8309
E-Mail:  Compensation@Lehman.com

**Participating Brokers**

Next

KK-10

# Where Vision Gets Built

# LEHMAN BROTHERS

ANNUAL REPORT 2000

MANAGEMENT'S DISCUSSION & ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### NON-INTEREST EXPENSES

| (in millions) | Twelve months ended November 30 | | |
|---|---|---|---|
| | **2000** | 1999 | 1998 |
| Compensation and benefits | $3,931 | $2,707 | $2,086 |
| Nonpersonnel | 1,197 | 1,002 | 975 |
| Total non-interest expenses | $5,128 | $3,709 | $3,061 |
| Compensation and benefits/ Net revenues | 51.0% | 50.7% | 50.7% |
| Nonpersonnel expenses/ Net revenues | 15.5% | 18.8% | 23.7% |



Non-Interest Expense
As a Percentage of Net Revenues



Nonpersonnel Expense
As a Percentage of Net Revenues

Non-interest expenses in 2000 totaled $5,128 million, up 38% over 1999's non-interest expenses of $3,709 million. The increase in non-interest expenses was more than offset by the 44% increase in net revenues, highlighting the Company's continued disciplined approach to expense management. This ongoing focus on expenses is a key attribute of the Company's strategic objective of increasing pretax operating margins. Nonpersonel expenses as a percentage of net revenues decreased from 18.8% in 1999 to 15.5% in fiscal 2000.

Compensation and benefits expense as a percentage of net revenues increased slightly to 51.0% compared to 50.7% in 1999. The increase reflects the Company's continued expansion of its investment banking, equities and European franchises as well as its investment in technology and e-commerce capabilities. Compensation and benefits expense includes the cost of salaries, incentive compensation and employee benefit plans as well as the amortization of deferred stock compensation awards.

Lehman Brothers 2000 income tax provision of $748 million represented a 29% effective tax rate. In 1999 and 1998, income tax provisions were $457 million and $316 million, respectively, resulting in effective tax rates of 28% in 1999 and 30% in 1998. The effective tax rate increased in 2000 due to an overall increase in the level of pretax income, which lessened the relative impact of certain tax preference items. The increase was partially offset by a decrease in the state and local effective tax rate. Additional information about the Company's income taxes can be found in Note 11 to the Consolidated Financial Statements.

## LIQUIDITY, FUNDING AND CAPITAL RESOURCES

Liquidity risk management is of critical importance to the Company, providing a framework which seeks to ensure that the Company maintains sufficient liquid financial resources to continually fund its balance sheet and meet all of its funding obligations in all market environments. The Company's liquidity framework has been structured so that even in a severe liquidity event the balance sheet does not have to be reduced purely for liquidity reasons (although we may choose to do so for risk reasons). This allows the Company to continue to maintain its customer franchise and debt ratings during a liquidity event.

The Company's liquidity management philosophy incorporates the following principles:

- Liquidity providers are credit and market sensitive. Consequently, firms must be in a state of constant liquidity readiness.
- Firms should not rely on asset sales to generate cash or believe that they can increase unsecured borrowings or funding efficiencies in a liquidity crisis.
- During a liquidity event, certain secured lenders may require higher quality collateral. Firms must therefore not overestimate the availability of secured financing, and must fully integrate their secured and unsecured funding strategies.
- A firm's legal entity structure may constrain liquidity. Regulatory requirements can restrict the flow of funds between regulated and unregulated group entities and this must be accounted for in liquidity planning.

# Report

The Board of Directors and Stockholders of
Lehman Brothers Holdings Inc.

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. and Subsidiaries (the "Company") as of November 30, 2000 and 1999, and the related consolidated statements of income, changes in stockholders' equity and cash flows for each of the three years in the period ended November 30, 2000. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. and Subsidiaries at November 30, 2000 and 1999, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2000, in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

New York, New York
January 4, 2001

# Consolidated Statement of Income

| | | Twelve months ended November 30 | |
|---|---|---|---|
| (in millions, except per share data) | 2000 | 1999 | 1998 |
| **REVENUES** | | | |
| Principal transactions | $ 3,713 | $ 2,341 | $ 1,373 |
| Investment banking | 2,216 | 1,682 | 1,441 |
| Commissions | 944 | 651 | 513 |
| Interest and dividends | 19,440 | 14,251 | 16,542 |
| Other | 134 | 64 | 25 |
| Total revenues | 26,447 | 18,989 | 19,894 |
| Interest expense | 18,740 | 13,649 | 15,781 |
| Net revenues | 7,707 | 5,340 | 4,113 |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 3,931 | 2,707 | 2,086 |
| Technology and communications | 341 | 327 | 316 |
| Brokerage and clearance | 264 | 232 | 239 |
| Professional fees | 184 | 115 | 109 |
| Business development | 182 | 122 | 109 |
| Occupancy | 135 | 116 | 113 |
| Other | 91 | 90 | 89 |
| Total non-interest expenses | 5,128 | 3,709 | 3,061 |
| Income before taxes and dividends on trust preferred securities | 2,579 | 1,631 | 1,052 |
| Provision for income taxes | 748 | 457 | 316 |
| Dividends on trust preferred securities | 56 | 42 | |
| Net income | $ 1,775 | $ 1,132 | $    736 |
| Net income applicable to common stock | $ 1,579 | $ 1,037 | $    649 |
| Earnings per common share | | | |
| Basic | $   6.89 | $   4.27 | $   2.68 |
| Diluted | $   6.38 | $   4.08 | $   2.60 |

See Notes to Consolidated Financial Statements.

# Consolidated Statement of Financial Condition

|  | | November 30 |
| --- | --- | --- |
| (in millions) | 2000 | 1999 |
| **ASSETS** | | |
| Cash and cash equivalents | $  5,160 | $  5,186 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 2,434 | 1,989 |
| Securities and other financial instruments owned: | | |
| Governments and agencies | 27,381 | 29,959 |
| Mortgages and mortgage-backed | 24,670 | 22,643 |
| Corporate equities | 24,042 | 12,790 |
| Corporate debt and other | 16,098 | 11,096 |
| Derivatives and other contractual agreements | 9,583 | 10,306 |
| Certificates of deposit and other money market instruments | 3,433 | 2,265 |
| | 105,207 | 89,059 |
| Collateralized short-term agreements: | | |
| Securities purchased under agreements to resell | 81,242 | 62,222 |
| Securities borrowed | 17,618 | 19,397 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 1,662 | 1,674 |
| Customers | 7,585 | 9,332 |
| Others | 1,135 | 1,354 |
| Property, equipment and leasehold improvements | | |
| (net of accumulated depreciation and amortization | | |
| of $855 in 2000 and $903 in 1999) | 671 | 485 |
| Other assets | 1,826 | 1,408 |
| Excess of cost over fair value of net assets acquired | | |
| (net of accumulated amortization of | | |
| $138 in 2000 and $129 in 1999) | 180 | 138 |
| Total assets | $224,720 | $192,244 |

See Notes to Consolidated Financial Statements.

# Consolidated Statement of Financial Condition (continued)

|  |  | November 30 |
|---|---|---|
| (In millions, except share data) | 2000 | 1999 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** |  |  |
| Commercial paper and short-term debt | $ 5,800 | $ 5,476 |
| Securities and other financial instruments sold but not yet purchased: |  |  |
| Governments and agencies | 14,998 | 22,396 |
| Derivatives and other contractual agreements | 8,568 | 9,582 |
| Corporate equities | 6,623 | 12,344 |
| Corporate debt and other | 5,096 | 2,288 |
|  | 35,285 | 46,610 |
| Collateralized short-term financing: |  |  |
| Securities sold under agreements to repurchase | 110,225 | 81,083 |
| Securities loaned | 7,242 | 4,568 |
| Payables: |  |  |
| Brokers, dealers and clearing organizations | 1,922 | 1,184 |
| Customers | 11,637 | 10,971 |
| Accrued liabilities and other payables | 8,735 | 4,668 |
| Long-term debt: |  |  |
| Senior notes | 32,106 | 27,375 |
| Subordinated indebtedness | 3,127 | 3,316 |
| Total liabilities | 216,079 | 185,251 |
| Commitments and contingencies |  |  |
| Preferred securities subject to mandatory redemption | 860 | 710 |
| **STOCKHOLDERS' EQUITY** |  |  |
| Preferred stock | 700 | 688 |
| Common stock, $0.10 par value; 300,000,000 shares authorized; |  |  |
| Shares issued: 251,629,126 in 2000 and 245,238,920 in 1999; |  |  |
| Shares outstanding: 236,395,332 in 2000 and 239,825,620 in 1999 | 25 | 25 |
| Additional paid-in capital | 3,589 | 3,374 |
| Accumulated other comprehensive income (net of tax) | (8) | (2) |
| Retained earnings | 3,713 | 2,094 |
| Other stockholders' equity, net | 597 | 254 |
| Common stock in treasury, at cost: 15,233,794 shares in 2000 and 5,413,300 shares in 1999 | (835) | (150) |
| Total stockholders' equity | 7,781 | 6,283 |
| Total liabilities and stockholders' equity | $224,720 | $192,244 |

See Notes to Consolidated Financial Statements.

# Consolidated Statement of Changes in Stockholders' Equity

| (In millions) | 2000 | Twelve months ended November 30 1999 | 1998 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| .5% Cumulative Convertible Voting, Series A: | | $     1 | $     1 |
| Beginning balance | | (1) | |
| Series A exchanged for Series B | | | 1 |
| Ending balance | | | |
| 5% Cumulative Convertible Voting, Series B: | $   238 | 457 | 507 |
| Beginning balance | | 1 | |
| Series A exchanged for Series B | (150) | | |
| Shares subject to redemption | (88) | (220) | (50) |
| Shares repurchased | | 238 | 457 |
| Ending balance | | | |
| 5.94% Cumulative, Series C: | 250 | 250 | |
| Beginning balance | | | 250 |
| Shares issued | 250 | 250 | 250 |
| Ending balance | | | |
| 5.67% Cumulative, Series D: | 200 | 200 | |
| Beginning balance | | | 200 |
| Shares issued | 200 | 200 | 200 |
| Ending balance | | | |
| 7.115% Cumulative, Series E: | | | |
| Beginning balance | 250 | | |
| Shares issued | 250 | | |
| Ending Balance | | | |
| Redeemable Voting: | | | |
| Beginning and ending balance | 700 | 688 | 908 |
| Total Preferred Stock, ending balance | | | |
| **COMMON STOCK**[1] | 25 | 25 | 25 |
| Beginning balance | 25 | 25 | 25 |
| Ending balance | | | |
| **ADDITIONAL PAID-IN CAPITAL**[1] | 3,374 | 3,521 | 3,423 |
| Beginning balance | (54) | (63) | |
| RSUs exchanged for Common Stock | 101 | 9 | 37 |
| Employee stock-based awards | (210) | (181) | |
| Shares issued to RSU Trust | 373 | 90 | 59 |
| Tax benefits from the issuance of stock-based awards | 5 | (2) | 2 |
| Other, net | $3,589 | $3,374 | $3,521 |
| Ending balance | | | |

(1) Amounts have been retroactively adjusted to give effect for the two-for-one common stock split, effected in the form of a 100% stock dividend, which became effective on October 20, 2000.

See Notes to Consolidated Financial Statements.

57

## Consolidated Statement of Changes in Stockholders' Equity (continued)

| (in millions) | Twelve months ended November 30 | | |
|---|---|---|---|
| | **2000** | **1999** | **1998** |
| **ACCUMULATED OTHER COMPREHENSIVE INCOME** | | | |
| Beginning balance | $ (2) | $ 15 | $ 12 |
| Translation adjustment, net(2) | (9) | (17) | 3 |
| Ending balance | (11) | (2) | 15 |
| **RETAINED EARNINGS** | | | |
| Beginning balance | 2,094 | 1,105 | 498 |
| Net income | 1,775 | 1,132 | 736 |
| Dividends declared: | | | |
| 5% Cumulative Convertible Voting Series A and B Preferred Stock | (9) | (20) | (25) |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (8) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (10) | (4) |
| 7.115% Cumulative, Series E Preferred Stock | (12) | | |
| Redeemable Voting Preferred Stock | (50) | (50) | (50) |
| Common Stock | (53) | (48) | (37) |
| Other | (5) | | |
| Ending balance | 3,713 | 2,094 | 1,105 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 1,768 | 1,318 | 911 |
| RSUs exchanged for Common Stock | (247) | (83) | (10) |
| Deferred stock awards granted | 1,003 | 533 | 417 |
| Ending balance | 2,524 | 1,768 | 1,318 |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (717) | (422) | (325) |
| Shares issued to RSU Trust | (231) | (441) | (107) |
| RSUs exchanged for Common Stock | 301 | 146 | 10 |
| Ending balance | (647) | (717) | (422) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (797) | (627) | (431) |
| Deferred stock awards granted | (1,003) | (533) | (417) |
| Amortization of deferred compensation, net | 520 | 363 | 221 |
| Ending balance | (1,280) | (797) | (627) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (150) | (430) | (98) |
| Treasury stock purchased | (1,203) | (333) | (469) |
| Employee stock-based awards | 77 | 11 | 30 |
| Shares issued to RSU Trust | 441 | 622 | 107 |
| Ending balance | (835) | (150) | (430) |
| **Total stockholders' equity** | $7,781 | $6,283 | $5,413 |

(2) Net of income taxes of $(8) in 2000, $(11) in 1999, and $2 in 1998.

See Notes to Consolidated Financial Statements.

# Consolidated Statement of Cash Flows

(in millions)

| | Twelve months ended November 30 | | |
|---|---|---|---|
| | 2000 | 1999 | 1998 |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net Income | $ 1,775 | $ 1,132 | $ 736 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 102 | 88 | 91 |
| Deferred tax provision (benefit) | (169) | (45) | (284) |
| Amortization of deferred stock compensation | 520 | 363 | 221 |
| Other adjustments | 65 | (129) | 80 |
| Net change in: | | | |
| Cash and securities segregated and on deposit | (445) | (808) | (34) |
| Securities and other financial instruments owned | (16,148) | (12,059) | (38) |
| Securities borrowed | 1,779 | (3,056) | (2,195) |
| Receivables from brokers, dealers and clearing organizations | 12 | 624 | (105) |
| Receivables from customers | 1,747 | (1,574) | 1,347 |
| Securities and other financial instruments sold but not yet purchased | (11,225) | 1,807 | (1,277) |
| Securities loaned | 2,674 | 1,403 | (4,681) |
| Payables to brokers, dealers and clearing organizations | 738 | 138 | (833) |
| Payables to customers | 999 | 1,768 | (2,499) |
| Accrued liabilities and other payables | 4,041 | 377 | 152 |
| Other operating assets and liabilities, net | (765) | 986 | (279) |
| Net cash provided by (used in) operating activities | (14,733) | 6,341 | (10,002) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of senior notes | 14,225 | 9,753 | 11,091 |
| Principal payments on senior notes | (8,353) | (6,037) | (4,298) |
| Proceeds from issuance of subordinated indebtedness | | 200 | 600 |
| Principal payments on subordinated indebtedness | (152) | (370) | (356) |
| Net proceeds from (payments for) commercial paper and short-term debt | 324 | (1,181) | (1,161) |
| Resale agreements net of repurchase agreements | 10,122 | (6,488) | 5,751 |
| Payments for repurchases of preferred stock | (83) | (220) | (50) |
| Payments for treasury stock purchases | (1,203) | (353) | (469) |
| Dividends paid | (149) | (139) | (122) |
| Issuances of common stock | 66 | 8 | 61 |
| Issuances of preferred stock, net of issuance costs | 250 | | 444 |
| Issuance of trust preferred securities, net of issuance costs | | 690 | |
| Net cash provided by (used in) financing activities | 15,035 | (4,137) | 11,491 |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchases of property, equipment and leasehold improvements, net | (287) | (73) | (119) |
| Acquisition, net of cash acquired | (41) | | |
| Net cash used in investing activities | (328) | (73) | (119) |
| Net change in cash and cash equivalents | (26) | 2,131 | 1,370 |
| Cash and cash equivalents, beginning of period | 5,186 | 3,055 | 1,685 |
| Cash and cash equivalents, end of period | $ 5,160 | $ 5,186 | $ 3,055 |

**SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION (in millions)**

Interest paid totaled $18,500 in 2000, $13,513 in 1999 and $15,473 in 1998.

Income taxes paid totaled $473 in 2000, $103 in 1999 and $541 in 1998.

See Notes to Consolidated Financial Statements.

On July 21, 1998, Holdings issued 4,000,000 Depository Shares, each representing 1/100th of a share of 5.67% Cumulative Preferred Stock, Series D ("Series D Preferred Stock"), $1.00 par value. These shares have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series D Preferred Stock beginning on August 31, 2008. The $200 million redemption value of the shares outstanding at November 30, 2000 is classified on the Company's Consolidated Statement of Financial Condition as a component of Preferred stock.

On March 28, 2000, Holdings issued 5,000,000 Depository Shares, each representing 1/100th of a share of Fixed/Adjustable Rate Cumulative Preferred Stock, Series E ("Series E Preferred Stock"), $1.00 par value. The initial cumulative dividend rate on the Series E Preferred Stock is 7.115% per annum through May 31, 2005; thereafter the rate will be the higher of either the three-month U.S. Treasury Bill rate, the 10-year Treasury constant maturity rate or the 30-year U.S. Treasury constant maturity rate, in each case plus 1.15%, but in any event not less than 7.615% nor greater than 13.615%. These shares have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series E Preferred Stock beginning on May 31, 2005. The $250 million redemption value of the shares outstanding at November 30, 2000 is classified on the Company's Consolidated Statement of Financial Condition as a component of Preferred stock.

In 1994, Holdings issued the Redeemable Voting Preferred Stock to American Express and Nippon Life for $1,000. The holders of the Redeemable Voting Preferred Stock are entitled to receive annual dividends through May 31, 2002 in an amount equal to 50% of the amount, if any, by which the Company's net income for the preceding year exceeds $400 million, up to a maximum of $50 million, prorated in the case of the last dividend period, which runs from December 1, 2001 to May 31, 2002. For the years ended November 30, 2000 and 1999, the Company's net income of $1,775 million and $1,132 million, respectively, resulted in the recognition of dividends in each year in the amount of $50 million on the Redeemable Voting Preferred Stock.

Holdings may not redeem shares of the Redeemable Preferred Stock prior to the final dividend payment. However, in the event of a change of control of the Company, holders of the Redeemable Preferred Stock will have the right to require Holdings to redeem all of the stock for an aggregate redemption price equal to $50 million if such change of control occurs prior to November 30, 2001. If a change of control is not approved by a majority of Holdings' Board of Directors, the funds for redemption must be raised by an offering of Holdings' equity securities which are not redeemable. The Redeemable Preferred Stock is not convertible into common stock.

## NOTE 6 / COMMON STOCK

On September 20, 2000, Lehman Brothers' Board of Directors declared a two-for-one common stock split, to be effected in the form of a 100% stock dividend, which became effective on October 20, 2000. The par value of the common stock remained at $0.10 per share. Accordingly, a transfer from paid-in capital to common stock of $12.5 million was made to preserve the par value of the post-split shares. All share and per share amounts have been restated for the effect of the split.

Changes in shares of Holdings' common stock (the "Common Stock") outstanding are as follows:

|  | November 30 | | |
|  | 2000 | 1999 | 1998 |
| --- | --- | --- | --- |
| Shares outstanding, beginning of period | 239,825,620 | 227,315,754 | 233,224,148 |
| Exercise of stock options and other share issuances | 10,015,048 | 1,925,642 | 6,259,766 |
| Treasury stock purchases | (25,245,336) | (12,415,776) | (17,168,160) |
| Issuances of shares to the RSU Trust | 11,800,000 | 23,000,000 | 5,000,000 |
| Shares outstanding, end of period | 236,395,332 | 239,825,620 | 227,315,754 |

The Company had reserved for issuance approximately 2.4 million shares of Common Stock for conversion of the Convertible Voting Preferred.

69

During the years ended November 30, 2000, 1999 and 1998, the Company repurchased or acquired shares of its Common Stock at an aggregate cost of approximately $1,203 million, $353 million and $469 million, respectively. These shares were acquired in the open market and from employees who had tendered mature shares to pay for the exercise cost of stock options and related tax withholding obligations. These shares are being reserved for future issuances under employee stock-based compensation plans.

In 1997, the Company established an irrevocable grantor trust (the "RSU Trust") in order to provide common stock voting rights to employees who hold outstanding restricted stock units and to encourage employees to think and act like owners. The RSU Trust was initially funded in 1997 with a total of 32.0 million shares consisting of 10.0 million treasury shares for restricted stock unit ("RSU") awards under the Employee Incentive Plan and 22.0 million new issue shares of Common Stock for RSU awards under the 1994 Management Ownership Plan. In 2000, 1999 and 1998, 11.8 million, 23.0 million and 5.0 million treasury shares, respectively, were transferred into the RSU Trust. At November 30, 2000, approximately 42.4 million shares were held in the RSU Trust with a total value of approximately $647 million. For accounting purposes, these shares are valued at weighted-average grant prices.

Shares transferred to the RSU Trust do not impact the total number of shares used in the computation of earnings per common share because the Company considers the RSUs as common stock equivalents for purposes of this computation. Accordingly, the establishment of the RSU Trust has had no effect on the total equity, net income or earnings per share of the Company.

## NOTE 7 / INCENTIVE PLANS

The Employee Stock Purchase Plan (the "ESPP") allows employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. The number of shares of Common Stock authorized for purchase by eligible employees is 12.0 million. As of November 30, 2000 and 1999, 5.2 million shares and 4.8 million shares, respectively, of Common Stock had been purchased by eligible employees through the ESPP.

The 1994 Management Replacement Plan (the "Replacement Plan") provided awards similar to the American Express common shares granted to Company employees which were canceled as of the date of the spin-off from American Express. Through November 30, 2000, a total of 3.9 million awards had been granted under the Replacement Plan, including both stock options and restricted stock; 0.4 million were outstanding at November 30, 2000. No future awards will be granted under this plan.

The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan") provides for the issuance of RSUs, performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. A total of 33.3 million shares of Common Stock may be granted under the 1994 Plan. At November 30, 2000, RSU and stock option awards with respect to 31.3 million shares of Common Stock have been made under the 1994 Plan of which 2.9 million are outstanding and 28.4 million have been converted to freely transferable Common Stock. The Company will utilize the remaining authorization of 2.0 million shares to satisfy dividend reinvestment requirements for outstanding awards and to fund the annual RSU awards for the Company's non-employee directors.

During 1996, the Company's stockholders approved the 1996 Management Ownership Plan (the "1996 Plan") under which awards similar to those of the 1994 Plan may be granted, and under which up to 42.0 million shares of Common Stock may be subject to awards. At November 30, 2000, RSU, PSU and stock option awards with respect to 29.7 million shares of Common Stock have been made under the 1996 Plan of which 21.5 million are outstanding and 8.2 million have been converted to freely transferable Common Stock.

EMPLOYEE INCENTIVE PLAN   The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization for up to 156.0 million shares of Common Stock which may be subject to awards. At November 30, 2000, awards with respect to 125.9 million shares of Common Stock have been made under the EIP of which 112.5 million are outstanding and 13.4 million have been converted to freely transferable Common Stock. Approximately 72.5 million of the outstanding awards consist of RSUs and PSUs which have vesting and transfer restrictions extending through the year 2006.

The following is a summary of RSUs outstanding under Holdings' stock-based incentive plans:

## RESTRICTED STOCK UNITS

|  | 1994 Plan | 1996 Plan | EIP | Total |
|---|---|---|---|---|
| Balance, November 30, 1997 | 23,796,350 | 2,385,758 | 31,977,174 | 58,159,282 |
| Granted | 167,732 | 1,222,800 | 22,800,302 | 24,190,834 |
| Canceled | (85,468) | (224,954) | (806,598) | (1,117,020) |
| Exchanged for stock without restrictions | (487,582) | (211,128) | (180,634) | (879,344) |
| Balance, November 30, 1998 | 23,391,032 | 3,172,476 | 53,790,244 | 80,353,752 |
| Granted | 386,422 | 2,376,634 | 13,960,994 | 16,724,050 |
| Canceled | (122,826) | (59,734) | (3,678,534) | (3,861,094) |
| Exchanged for stock without restrictions | (9,375,418) | (41,758) | (733,752) | (10,150,928) |
| Balance, November 30, 1999 | 14,279,210 | 5,447,618 | 63,338,952 | 83,065,780 |
| Granted | 56,503 | 2,730,011 | 19,434,315 | 22,220,829 |
| Canceled | (180,445) | (490,009) | (2,746,069) | (3,416,523) |
| Exchanged for stock without restrictions | (11,760,416) |  | (7,487,129) | (19,247,545) |
| Balance, November 30, 2000 | 2,394,852 | 7,687,620 | 72,540,069 | 82,622,541 |

Eligible employees receive RSUs as a portion of their total compensation in lieu of cash. There is no further cost to employees associated with the RSU awards. The Company measures compensation cost for RSUs based on the market value of its Common Stock at the grant date and amortizes this amount to expense over the applicable vesting periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years from the grant date. Holdings accrues a dividend equivalent on each RSU outstanding (in the form of additional RSUs), based on dividends declared on its Common Stock.

In the third quarter of 2000, the Company delivered 11.5 million shares of its Common Stock to current and former employees in satisfaction of RSUs awarded in 1995. Substantially all of the shares delivered were funded from the RSU Trust. The Company also received 3.6 million shares from current and former employees in satisfaction of applicable tax withholding requirements. Shares received were recorded as treasury stock at an aggregate value of $168 million.

Of the RSUs outstanding at November 30, 2000, approximately 23.5 million RSUs were vested, approximately 14.0 million RSUs will vest during fiscal 2001, and the remaining RSUs will vest subsequent to November 30, 2001. At November 30, 2000, approximately 42.4 million shares of the Company's Common Stock were held in the RSU Trust.

In addition to the RSUs included in the previous table, the Company has awarded PSUs under the EIP to certain senior officers. The number of PSUs which may be earned is dependent upon the achievement of certain performance levels within predetermined performance periods. At the end of a performance period, any PSUs earned will convert one-for-one to RSUs which then vest in three, four or five years. As of December 31, 2000, approximately 6.9 million PSUs have been earned to date, subject to vesting and transfer restrictions. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

Total compensation cost recognized during 2000, 1999 and 1998 for the Company's stock-based awards was approximately $520 million, $363 million and $221 million, respectively.

The following is a summary of RSUs outstanding under Holdings' stock-based incentive plans:

### RESTRICTED STOCK UNITS

| | 1994 Plan | 1996 Plan | EIP | Total |
|---|---|---|---|---|
| Balance, November 30, 1997 | 23,796,350 | 2,385,758 | 31,977,174 | 58,159,282 |
| Granted | 167,732 | 1,222,800 | 22,800,302 | 24,190,834 |
| Canceled | (85,468) | (224,954) | (806,598) | (1,117,020) |
| Exchanged for stock without restrictions | (487,582) | (211,128) | (180,634) | (879,344) |
| Balance, November 30, 1998 | 23,391,032 | 3,172,476 | 53,790,244 | 80,353,752 |
| Granted | 386,422 | 2,376,634 | 13,960,994 | 16,724,050 |
| Canceled | (122,826) | (59,734) | (3,678,534) | (3,861,094) |
| Exchanged for stock without restrictions | (9,375,418) | (41,758) | (733,752) | (10,150,928) |
| Balance, November 30, 1999 | 14,279,210 | 5,447,618 | 63,338,952 | 83,065,780 |
| Granted | 56,503 | 2,730,011 | 19,434,315 | 22,220,829 |
| Canceled | (180,445) | (490,009) | (2,746,069) | (3,416,523) |
| Exchanged for stock without restrictions | (11,760,416) | | (7,487,129) | (19,247,545) |
| Balance, November 30, 2000 | 2,394,852 | 7,687,620 | 72,540,069 | 82,622,541 |

Eligible employees receive RSUs as a portion of their total compensation in lieu of cash. There is no further cost to employees associated with the RSU awards. The Company measures compensation cost for RSUs based on the market value of its Common Stock at the grant date and amortizes this amount to expense over the applicable vesting periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years from the grant date. Holdings accrues a dividend equivalent on each RSU outstanding (in the form of additional RSUs), based on dividends declared on its Common Stock.

In the third quarter of 2000, the Company delivered 11.5 million shares of its Common Stock to current and former employees in satisfaction of RSUs awarded in 1995. Substantially all of the shares delivered were funded from the RSU Trust. The Company also received 3.6 million shares from current and former employees in satisfaction of applicable tax withholding requirements. Shares received were recorded as treasury stock at an aggregate value of $168 million.

Of the RSUs outstanding at November 30, 2000, approximately 23.5 million RSUs were vested, approximately 14.0 million RSUs will vest during fiscal 2001, and the remaining RSUs will vest subsequent to November 30, 2001. At November 30, 2000, approximately 42.4 million shares of the Company's Common Stock were held in the RSU Trust.

In addition to the RSUs included in the previous table, the Company has awarded PSUs under the EIP to certain senior officers. The number of PSUs which may be earned is dependent upon the achievement of certain performance levels within predetermined performance periods. At the end of a performance period, any PSUs earned will convert one-for-one to RSUs which then vest in three, four or five years. As of December 31, 2000, approximately 6.9 million PSUs have been earned to date, subject to vesting and transfer restrictions. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

Total compensation cost recognized during 2000, 1999 and 1998 for the Company's stock-based awards was approximately $520 million, $363 million and $221 million, respectively.

The Company's 2000, 1999 and 1998 pro forma net income would have been $1,725 million, $1,091 million and $723 million, respectively, compared to actual net income of $1,775 million, $1,132 million and $736 million, respectively. Pro forma earnings per common share for 2000, 1999 and 1998 would have been $6.32, $3.99 and $2.55, respectively, compared to actual earnings per common share of $6.38, $4.08 and $2.60, respectively. The pro forma amounts reflect the effects of the Company's stock option grants and the 15% purchase discount from market value offered to the Company's employees who participate in the ESPP.

## NOTE 8 / EARNINGS PER COMMON SHARE

Earnings per share was calculated as follows (in millions, except for per share data):

| | Three Years Ended | | |
|---|---|---|---|
| | 2000 | 1999 | 1998 |
| NUMERATOR: | | | |
| Net income | $1,775 | $1,132 | $ 736 |
| Preferred stock dividends | 96 | 95 | 87 |
| Numerator for basic earnings per share—income available to common stockholders | $1,679 | $1,037 | $ 649 |
| Convertible preferred stock dividends | 8 | 17 | |
| Numerator for diluted earnings per share—income available to common stockholders (adjusted for assumed conversion of preferred stock) | $1,687 | $1,054 | $ 649 |
| DENOMINATOR: | | | |
| Denominator for basic earnings per share—weighted-average shares | 243.8 | 243.0 | 241.8 |
| Effect of dilutive securities: | | | |
| Employee stock options | 13.0 | 6.2 | 4.8 |
| Restricted stock units | 5.0 | 3.8 | 3.4 |
| Preferred shares assumed converted into common | 2.4 | 5.6 | |
| Dilutive potential common shares | 20.4 | 15.6 | 8.2 |
| Denominator for diluted earnings per share—adjusted weighted-average shares | 264.2 | 258.6 | 250.0 |
| BASIC EARNINGS PER SHARE | $ 6.89 | $ 4.27 | $ 2.68 |
| DILUTED EARNINGS PER SHARE | $ 6.38 | $ 4.08 | $ 2.60 |

Convertible Voting Preferred shares were convertible into common shares at a conversion price of approximately $61.50 per share. However, for purposes of calculating dilutive earnings per share, preferred shares were assumed to be converted into common shares when basic earnings per share exceeds preferred dividends per share obtainable upon conversion (approximately $3.08 on an annualized basis).

## REPORT OF INDEPENDENT AUDITORS

The Board of Directors and Stockholders of
Lehman Brothers Holdings Inc.

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. and Subsidiaries (the "Company") as of November 30, 2001 and 2000, and the related consolidated statements of income, changes in stockholders' equity and cash flows for each of the three years in the period ended November 30, 2001. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. and Subsidiaries at November 30, 2001 and 2000, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2001, in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

New York, New York
January 4, 2002

## CONSOLIDATED STATEMENT OF INCOME

*In millions, except per share data*
*Twelve months ended November 30*

| | 2001 | 2000 | 1999 |
|---|---|---|---|
| **REVENUES** | | | |
| Principal transactions | $ 2,779 | $ 3,713 | $ 2,341 |
| Investment banking | 2,000 | 2,216 | 1,682 |
| Commissions | 1,091 | 944 | 651 |
| Interest and dividends | 16,470 | 19,440 | 14,251 |
| Other | 52 | 134 | 64 |
| Total revenues | 22,392 | 26,447 | 18,989 |
| Interest expense | 15,656 | 18,740 | 13,649 |
| Net revenues | 6,736 | 7,707 | 5,340 |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 3,437 | 3,931 | 2,707 |
| Technology and communications | 501 | 341 | 327 |
| Brokerage and clearance | 308 | 264 | 232 |
| Occupancy | 198 | 135 | 116 |
| Business development | 183 | 182 | 122 |
| Professional fees | 152 | 184 | 115 |
| Other | 82 | 91 | 90 |
| Special charge | 127 | – | – |
| Total non-interest expenses | 4,988 | 5,128 | 3,709 |
| Income before taxes and dividends on trust preferred securities | 1,748 | 2,579 | 1,631 |
| Provision for income taxes | 437 | 748 | 457 |
| Dividends on trust preferred securities | 56 | 56 | 42 |
| Net income | $ 1,255 | $ 1,775 | $ 1,132 |
| Net income applicable to common stock | $ 1,161 | $ 1,679 | $ 1,037 |
| Earnings per common share | | | |
| Basic | $ 4.77 | $ 6.89 | $ 4.27 |
| Diluted | $ 4.38 | $ 6.38 | $ 4.08 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

*In millions*
*November 30*

| | 2001 | 2000 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 2,561 | $ 5,160 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 3,289 | 2,434 |
| Securities and other financial instruments owned: | | |
| Mortgages and mortgage-backed | 33,210 | 24,670 |
| Governments and agencies | 24,101 | 27,381 |
| Derivatives and other contractual agreements | 11,555 | 9,583 |
| Corporate debt and other | 10,918 | 16,098 |
| Corporate equities | 8,302 | 24,042 |
| Certificates of deposit and other money market instruments | 2,759 | 3,433 |
| Subtotal | 90,845 | 105,207 |
| Securities owned pledged as collateral | 28,517 | – |
| | 119,362 | 105,207 |
| Collateralized short-term agreements: | | |
| Securities purchased under agreements to resell | 83,278 | 81,242 |
| Securities borrowed | 17,994 | 17,618 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 3,455 | 1,662 |
| Customers | 12,123 | 7,585 |
| Others | 1,479 | 1,135 |
| Property, equipment and leasehold improvements | | |
| (net of accumulated depreciation and amortization of $424 in 2001 and $855 in 2000) | 1,495 | 671 |
| Other assets | 2,613 | 1,826 |
| Excess of cost over fair value of net assets acquired (net of accumulated amortization of $151 in 2001 and $138 in 2000) | 167 | 180 |
| Total assets | $247,816 | $224,720 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION *continued*

*In millions, except per share data*
*November 30*

| | 2001 | 2000 |
|---|---:|---:|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Commercial paper and short-term debt | $  4,865 | $  5,800 |
| Securities and other financial instruments sold but not yet purchased: | | |
| Governments and agencies | 25,547 | 14,998 |
| Derivatives and other contractual agreements | 10,324 | 8,568 |
| Corporate equities | 8,977 | 6,623 |
| Corporate debt and other | 6,482 | 5,096 |
| | 51,330 | 35,285 |
| Collateralized short-term financing: | | |
| Securities sold under agreements to repurchase | 105,079 | 110,225 |
| Securities loaned | 12,541 | 7,242 |
| Payables: | | |
| Brokers, dealers and clearing organizations | 2,805 | 1,922 |
| Customers | 13,831 | 11,637 |
| Accrued liabilities and other payables | 9,895 | 8,735 |
| Long-term debt: | | |
| Senior notes | 35,373 | 32,106 |
| Subordinated indebtedness | 2,928 | 3,127 |
| Total liabilities | 238,647 | 216,079 |
| Commitments and contingencies | | |
| Preferred securities subject to mandatory redemption | 710 | 860 |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock | 700 | 700 |
| Common stock, $0.10 par value; | | |
| Shares authorized: 600,000,000 in 2001 and 300,000,000 in 2000; | | |
| Shares issued: 256,178,907 in 2001 and 251,629,126 in 2000; | | |
| Shares outstanding: 237,534,091 in 2001 and 236,395,332 in 2000 | 25 | 25 |
| Additional paid-in capital | 3,562 | 3,589 |
| Accumulated other comprehensive income (net of tax) | (10) | (8) |
| Retained earnings | 4,798 | 3,713 |
| Other stockholders' equity, net | 746 | 597 |
| Common stock in treasury, at cost: 18,644,816 shares in 2001 and | | |
| 15,233,794 shares in 2000 | (1,362) | (835) |
| Total stockholders' equity | 8,459 | 7,781 |
| Total liabilities and stockholders' equity | $247,816 | $224,720 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

*In millions*
*Twelve months ended November 30*

| | 2001 | 2000 | 1999 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| 5% Cumulative Convertible Voting, Series A: | | | |
| Beginning balance | | | $   1 |
| Series A exchanged for Series B | | | (1) |
| Ending balance | | | |
| 5% Cumulative Convertible Voting, Series B: | | | |
| Beginning balance | | $  238 | 457 |
| Series A exchanged for Series B | | | 1 |
| Shares subject to redemption | | (150) | |
| Shares repurchased | | (88) | (220) |
| Ending balance | | | 238 |
| 5.94% Cumulative, Series C: | | | |
| Beginning balance | $  250 | 250 | 250 |
| Shares issued | | | |
| Ending balance | 250 | 250 | 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning balance | 200 | 200 | 200 |
| Shares issued | | | |
| Ending balance | 200 | 200 | 200 |
| 7.115% Cumulative, Series E: | | | |
| Beginning balance | 250 | | |
| Shares issued | | 250 | |
| Ending balance | 250 | 250 | |
| Redeemable Voting: | | | |
| Beginning and ending balance | | | |
| Total Preferred Stock, ending balance | 700 | 700 | 688 |
| **COMMON STOCK**[1] | 25 | 25 | 25 |
| **ADDITIONAL PAID-IN CAPITAL**[1] | | | |
| Beginning balance | 3,589 | 3,374 | 3,521 |
| RSUs exchanged for Common Stock | (13) | (54) | (63) |
| Employee stock-based awards | 53 | 101 | 9 |
| Shares issued to RSU Trust | (628) | (210) | (181) |
| Tax benefits from the issuance of stock-based awards | 549 | 373 | 90 |
| Other, net | 12 | 5 | (2) |
| Ending balance | $3,562 | $3,589 | $3,374 |

[1] Amounts have been retroactively adjusted to give effect for the two-for-one common stock split, effected in the form of a 100% stock dividend, which became effective on October 20, 2000.

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY *continued*

*In millions*
*Twelve months ended November 30*

| | 2001 | 2000 | 1999 |
|---|---|---|---|
| **ACCUMULATED OTHER COMPREHENSIVE INCOME** | | | |
| Beginning balance | $ (8) | $ (2) | $ 15 |
| Translation adjustment, net[2] | (2) | (6) | (17) |
| Ending balance | (10) | (8) | (2) |
| **RETAINED EARNINGS** | | | |
| Beginning balance | 3,713 | 2,094 | 1,105 |
| Net income | 1,255 | 1,775 | 1,132 |
| Dividends declared: | | | |
| 5% Cumulative Convertible Voting Series A and B Preferred Stock | (1) | (9) | (20) |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (10) |
| 7.115% Cumulative, Series E Preferred Stock | (18) | (12) | – |
| Redeemable Voting Preferred Stock | (50) | (50) | (50) |
| Common Stock | (75) | (59) | (48) |
| Ending balance | 4,798 | 3,713 | 2,094 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 2,524 | 1,768 | 1,318 |
| RSUs exchanged for Common Stock | (215) | (247) | (83) |
| Deferred stock awards granted | 624 | 1,003 | 533 |
| Ending balance | 2,933 | 2,524 | 1,768 |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (647) | (717) | (422) |
| Shares issued to RSU Trust | (403) | (231) | (441) |
| RSUs exchanged for Common Stock | 223 | 301 | 146 |
| Ending balance | (827) | (647) | (717) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (1,280) | (797) | (627) |
| Deferred stock awards granted | (624) | (1,003) | (533) |
| Amortization of deferred compensation, net | 544 | 520 | 363 |
| Ending balance | (1,360) | (1,280) | (797) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (835) | (150) | (430) |
| Treasury stock purchased | (1,676) | (1,203) | (353) |
| RSUs exchanged for Common Stock | 5 | – | – |
| Shares issued for preferred stock conversion | 44 | – | – |
| Employee stock-based awards | 69 | 77 | 11 |
| Shares issued to RSU Trust | 1,031 | 441 | 622 |
| Ending balance | (1,362) | (835) | (150) |
| Total stockholders' equity | $ 8,459 | $ 7,781 | $ 6,283 |

(2) Net of income taxes of $(1) in 2001, $(8) in 2000 and $(11) in 1999.

See Notes to Consolidated Financial Statements.



## Common Stock

In 2000, Lehman Brothers' Board of Directors declared a two-for-one common split, effected in the form of a 100% stock dividend. All share and per share data presented in this Annual Report to Stockholders reflect the effect of the split.

In April 2001, the Company's shareholders approved the adoption of an amendment of the Company's Restated Certificate of Incorporation to increase the aggregate number of authorized shares of common stock from 300 million to 600 million.

Changes in shares of Holdings' common stock outstanding are as follows:

### Common Stock

| November 30 | 2001 | 2000 | 1999 |
|---|---|---|---|
| Shares outstanding, beginning of period | 236,395,332 | 239,825,620 | 227,315,754 |
| Exercise of stock options and other share issuances | 8,369,721 | 10,015,048 | 1,925,642 |
| Treasury stock purchases | (23,230,962) | (25,245,336) | (12,415,776) |
| Issuances of shares to the RSU Trust | 16,000,000 | 11,800,000 | 23,000,000 |
| Shares outstanding, end of period | 237,534,091 | 236,395,332 | 239,825,620 |

During the years ended November 30, 2001, 2000 and 1999, the Company repurchased or acquired shares of its Common Stock at an aggregate cost of approximately $1,676 million, $1,203 million and $353 million, respectively. These shares were acquired in the open market and from employees who had tendered mature shares to pay for the exercise cost of stock options and related tax withholding obligations. These shares are being reserved for future issuances under employee stock-based compensation plans.

In 1997, the Company established an irrevocable grantor trust (the "RSU Trust") in order to provide common stock voting rights to employees who hold outstanding restricted stock units and to encourage employees to think and act like owners. The RSU Trust was initially funded in 1997 with a total of 32.0 million shares consisting of 10.0 million treasury shares for restricted stock unit ("RSU") awards under the Employee Incentive Plan and 22.0 million new issue shares of Common Stock for RSU awards under the 1994 Management Ownership Plan. In 2001, 2000 and 1999, 16.0 million, 11.8 million and 23.0 million Treasury shares, respectively, were transferred into the RSU Trust. At November 30, 2001, approximately 45.7 million shares were held in the RSU Trust with a total value of approximately $827 million. For accounting purposes, these shares are valued at weighted-average grant prices.

Shares transferred to the RSU Trust do not impact the total number of shares used in the computation of earnings per common share because the Company considers the RSUs as common stock equivalents for purposes of this computation. Accordingly, the establishment of the RSU Trust has had no effect on the total equity, net income or earnings per share of the Company.

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

### Incentive Plans

**EMPLOYEE STOCK PURCHASE PLAN** The Employee Stock Purchase Plan (the "ESPP") allows employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. The number of shares of Common Stock authorized for purchase by eligible employees is 12.0 million. As of November 30, 2001 and 2000, 5.5 million shares and 5.2 million shares, respectively, of Common Stock had cumulatively been purchased by eligible employees through the ESPP.

**1994 INCENTIVE PLANS** The 1994 Management Replacement Plan (the "Replacement Plan") provided awards similar to the American Express common shares granted to Company employees which were canceled as of the date of the spin-off from American Express. Through November 30, 2001, a total of 3.9 million awards had been granted under the Replacement Plan, including both stock options and restricted stock; 0.1 million shares were outstanding at November 30, 2001. No future awards will be granted under this plan.

The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan") provides for the issuance of RSUs, performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. A total of 33.3 million shares of Common Stock may be granted under the 1994 Plan. At November 30, 2001, RSU, PSU and stock option awards with respect to 31.1 million shares of Common

Stock have been made under the 1994 Plan of which 1.5 million are outstanding and 29.6 million have been converted to freely transferable Common Stock. The Company will utilize the remaining authorization of 2.2 million shares to satisfy dividend reinvestment requirements for outstanding awards and to fund the annual RSU awards for the Company's non-employee directors.

**1996 MANAGEMENT OWNERSHIP PLAN** During 1996, the Company's stockholders approved the 1996 Management Ownership Plan (the "1996 Plan") under which awards similar to those of the 1994 Plan may be granted, and under which up to 42.0 million shares of Common Stock may be subject to awards. At November 30, 2001, RSU, PSU and stock option awards with respect to 31.4 million shares of Common Stock have been made under the 1996 Plan of which 18.9 million are outstanding and 12.5 million have been converted to freely transferable Common Stock.

**EMPLOYEE INCENTIVE PLAN** The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization from the Board of Directors for the issuance of up to 196.0 million shares of Common Stock which may be subject to awards. At November 30, 2001, awards with respect to 157.8 million shares of Common Stock have been made under the EIP of which 124.3 million are outstanding and 33.5 million have been converted to freely transferable Common Stock.

*2002 Management's Discussion & Analysis*

## INVESTMENT BANKING

Investment Banking revenues were $1,771 million for 2002 as compared to $2,000 million for 2001 and $2,216 million in 2000. Investment banking revenues result mainly from fees earned by the Company for underwriting public and private offerings of fixed income and equity securities, and advising clients on M&A activities and other services. In 2002, Investment banking revenues decreased 11% from 2001, reflecting the significant market weakness in equity underwriting and M&A advisory activities, partially offset by improvements in the Company's market share for completed M&A transactions and underwriting of fixed income and certain equity products. In 2001, Investment banking revenues decreased by 10% driven by industry wide decreases in M&A and equity origination activities. (See page 40 for a detailed discussion of the Company's Investment Banking segment.)

technology and communication, and brokerage and clearance expenses, partially offset by decreases in discretionary spending items. Occupancy expenses increased to $287 million in 2002 from $198 million in 2001, principally attributable to additional space to accommodate the growth in headcount resulting from the Company's expansion during the past several years as well as the increased cost of our new corporate headquarters. Technology and communication expenses were $552 million in 2002 compared to $501 million in 2001. This increase reflects additional spending to enhance the Company's capital markets trading platforms and technology infrastructure. Brokerage and clearance expenses increased by 7% due to higher volumes in certain fixed income structured products. Business development and professional fees decreased by 20% and 15%, respectively, from 2001, due to lower discretionary spending in response to the current market environment. Nonpersonnel

### Non-Interest Expenses

| In millions<br>Twelve months ended November 30 | 2002 | 2001 | 2000 |
|---|---|---|---|
| Compensation and benefits | $ 3,139 | $ 3,437 | $ 3,931 |
| Nonpersonnel | 1,517 | 1,424 | 1,197 |
| September 11th related (recoveries)/expenses, net | (108) | 127 | – |
| Other real estate reconfiguration charge | 128 | – | – |
| Regulatory settlement | 80 | | |
| Total non-interest expenses | $ 4,756 | $ 4,988 | $ 5,128 |
| Compensation and benefits/Net revenues | 51.0% | 51.0% | 51.0% |

Non-interest expenses were $4,756 million for fiscal 2002, down 5% from $4,988 million in fiscal 2001 and down 3% in fiscal 2001 from $5,128 million in fiscal 2000. Total non-interest expenses in fiscal 2002 included a net gain of $108 million associated with September 11th related costs and insurance settlement proceeds, a charge of $128 million for certain other real estate reconfiguration costs and a charge of $80 million resulting from the Company's regulatory settlement associated with allegations of research analyst conflicts of interest. Fiscal 2001 total non-interest expenses included a charge of $127 million related to September 11th insurance recoveries and expenses, net. (Additional information about these charges can be found in Notes 2, 3 and 4 to the Consolidated Financial Statements.)

Nonpersonnel expenses were $1,517 million in 2002 compared to $1,424 million in 2001. The increase in nonpersonnel expenses is principally attributable to increases in occupancy,

expenses increased 19% in 2001 from 2000 mainly attributable to increases in investments in technology and communications, occupancy expenses to accommodate headcount growth and increased brokerage and clearance expenses.

Compensation and benefits expenses were $3,139 million in 2002, $3,437 million in 2001 and $3,931 million in 2000. Compensation and benefits expense as a percentage of net revenues in 2002 remained at 51%, consistent with fiscal 2001 and 2000. Compensation and benefits expense includes the cost of salaries, incentive compensation and employee benefit plans as well as the amortization of deferred stock compensation awards. Lower levels of revenues in 2002 resulted in lower variable compensation expenses, which decreased by 21% from 2001. Fixed compensation, consisting primarily of salaries and benefits, increased 6% in 2002 from 2001, due to an increase in pension expense, related to lower asset values and projected returns, as

*2002 Management's Discussion & Ana.*

well as higher severance costs related to headcount reductions made during the fourth quarter of 2002. Compensation and benefits expenses decreased 13% in 2001 from 2000 consistent with the decrease in the Company's revenues.

Net pension expense/(income) was $26 million, $(32) million and $(34) million in 2002, 2001 and 2000, respectively. The Company views its pension cost as a component of compensation expense and, in keeping with its expense management discipline, has maintained total compensation at 51% of net revenues over the past several years.

Nonpersonnel and compensation expenses combined were $4,656 million, $4,861 million and $5,128 million in 2002, 2001 and 2000, respectively. The overall decrease year-over-year is principally associated with the decrease in net revenues coupled with the Company's continued disciplined approach to expense management.

## INCOME TAXES

The Company recorded an income tax provision of $368 million, $437 million, and $748 million for 2002, 2001, and 2000, respectively. These provisions resulted in effective tax rates of 26.3%, 25.0%, and 29.0%, respectively.

The increase in the effective tax rate in 2002 from 2001 was principally due to a less favorable mix of geographic earnings, partially offset by a greater impact of permanent differences, including tax-exempt income. The decrease in the effective tax rate in 2001 from 2000 was primarily due to a greater impact of permanent differences, resulting from a decrease in the level of pre-tax income, an increase in tax-exempt income, and a higher level of income from foreign operations.

Additional information about the Company's income taxes can be found in Note 14 to the Consolidated Financial Statements.



Segments

The Company is segregated into three business segments (each of which is described below): Investment Banking, Capital Markets and Client Services. Each segment represents a group of activities and products with similar characteristics. These business activities result in revenues from both institutional and high-net-worth retail clients, which are recognized across all revenue categories contained in the Company's Consolidated Statement of Income. (Net revenues also contain certain internal allocations, including funding costs, which are centrally managed.)

**Segment Results**

| In millions<br>Twelve months ended November 30, 2002 | Investment Banking | Capital Markets | Client Services | Total |
|---|---|---|---|---|
| Principal Transactions | $    – | $  1,474 | $   477 | $  1,951 |
| Interest and Dividends | – | 11,691 | 37 | 11,728 |
| Investment Banking | 1,731 | – | 40 | 1,771 |
| Commissions | – | 1,059 | 227 | 1,286 |
| Other | – | 1 | 44 | 45 |
| Total Revenues | 1,731 | 14,225 | 825 | 16,781 |
| Interest Expense | – | 10,605 | 21 | 10,626 |
| Net Revenues | 1,731 | 3,620 | 804 | 6,155 |
| Non-Interest Expenses [1] | 1,321 | 2,722 | 613 | 4,656 |
| Earnings Before Taxes [1] | $    410 | $    898 | $   191 | $  1,499 |

*2002 Management's Discussion & Analysis*

The Company issues debt in a variety of maturities and currencies. The Company's funding strategy emphasizes long-term debt over short-term debt. As a result, the Company has reduced its reliance on short-term debt, including commercial paper, as a source of funding. As of November 30, 2002, the Company had $2.4 billion of short-term unsecured debt outstanding as compared to $7.8 billion five years ago.

In order to manage the refinancing risk of long-term debt the Company sets limits for the amount maturing over any three, six and twelve month horizon. The Company also manages the maturity refinancing risk of its term secured borrowings. Additionally, in order to limit its reliance on any given borrower, the Company also diversifies its lender base.

**MANAGING LIQUIDITY, FUNDING AND CAPITAL RESOURCES**
The Company's Finance Committee is responsible for developing, implementing and enforcing the liquidity, funding and capital policies. These policies include recommendations for capital and balance sheet size, as well as the allocation of capital and balance sheet to the business units. Through the establishment and enforcement of capital and funding limits, the Company's Finance Committee ensures compliance throughout the organization so that the Company is not exposed to undue risk.

**TOTAL CAPITAL**

| Total Capital<br>In millions<br>November 30 | 2002 | 2001 | 2000 |
|---|---|---|---|
| **Long-Term Debt** | | | |
| Senior Notes | $ 36,283 | $ 35,373 | $ 32,106 |
| Subordinated Indebtedness | 2,395 | 2,928 | 3,127 |
| Subtotal | 38,678 | 38,301 | 35,233 |
| Preferred Securities Subject to<br>Mandatory Redemption | 710 | 710 | 860 |
| Stockholders' Equity | | | |
| Preferred Equity | 700 | 700 | 700 |
| Common Equity | 8,247 | 7,759 | 7,081 |
| Subtotal | 8,947 | 8,459 | 7,781 |
| Total Capital | $ 48,335 | $ 47,470 | $ 43,874 |

The Company's Total Capital (defined as long-term debt, preferred securities subject to mandatory redemption and stockholders' equity) increased 2% to $48.3 billion at November 30, 2002, compared to $47.5 billion at November 30, 2001. The increase in Total Capital principally resulted from increased equity from the retention of earnings as well as a net increase in long-term debt.

Long-term debt increased to $38.7 billion at November 30, 2002 from $38.3 billion at November 30, 2001 with a weighted-average maturity of 4.0 years at November 30, 2002 and 3.8 years at November 30, 2001.

The Company operates in many regulated businesses that require various minimum levels of capital. These businesses are also subject to regulatory requirements that may restrict the free flow of funds to affiliates. Regulatory approval is generally required for paying dividends in excess of certain established levels and making advancements to affiliated companies. Additional information about the Company's capital requirements can be found in Note 12 to the Consolidated Financial Statements.



Total Capital
*In millions*

**CREDIT FACILITIES**
Holdings maintains a Revolving Credit Agreement (the "Credit Agreement") with a syndicate of banks. Under the Credit Agreement, the banks have committed to provide up to $1 billion through April 2005. The Credit Agreement contains covenants that require, among other things, that the Company maintain a specified level of tangible net worth. The Company views the Credit Agreement as one of its many sources of liquidity available through its funding framework, and as such the Company utilizes this liquidity for general business purposes from time to time.

The Company also maintains a backstop $750 million Committed Securities Repurchase Facility (the "Facility") for Lehman Brothers International (Europe) ("LBIE"), the Company's major operating entity in Europe. The Facility provides secured multi-currency financing for a broad range of collateral types. Under the terms of the Facility, the bank group has agreed to provide funding for up to one year on a secured basis. Any loans outstanding on the commitment termination date may be extended for up to an additional year at the option of LBIE. The Facility contains covenants which require, among other things, that LBIE maintain specified levels of tangible net worth. This commitment expires at the end of October 2003.

## Report of
## Independent Auditors

**The Board of Directors and Stockholders of
Lehman Brothers Holdings Inc.**

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. and Subsidiaries (the "Company") as of November 30, 2002 and 2001, and the related consolidated statements of income, changes in stockholders' equity and cash flows for each of the three years in the period ended November 30, 2002. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. and Subsidiaries at November 30, 2002 and 2001, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2002, in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

New York, New York
January 10, 2003

*Consolidated Financial Statements*

# Consolidated Statement of Income

| *In millions, except per share data* *Twelve months ended November 30* | *2002* | *2001* | *2000* |
|---|---|---|---|
| **Revenues** | | | |
| Principal transactions | $ 1,951 | $ 2,779 | $ 3,711 |
| Investment banking | 1,771 | 2,000 | 2,216 |
| Commissions | 1,286 | 1,091 | 944 |
| Interest and dividends | 11,728 | 16,470 | 19,440 |
| Other | 45 | 52 | 134 |
| Total revenues | 16,781 | 22,392 | 26,447 |
| Interest expense | 10,626 | 15,656 | 18,740 |
| Net revenues | 6,155 | 6,736 | 7,707 |
| **Non-Interest Expenses** | | | |
| Compensation and benefits | 3,139 | 3,437 | 3,931 |
| Technology and communications | 552 | 501 | 341 |
| Brokerage and clearance | 329 | 308 | 264 |
| Occupancy | 287 | 198 | 135 |
| Business development | 146 | 183 | 182 |
| Professional fees | 129 | 152 | 184 |
| Other | 74 | 82 | 91 |
| September 11th related (recoveries)/expenses, net | (108) | 127 | – |
| Other real estate reconfiguration charge | 128 | – | – |
| Regulatory settlement | 80 | – | – |
| Total non-interest expenses | 4,756 | 4,988 | 5,128 |
| Income before taxes and dividends on trust preferred securities | 1,399 | 1,748 | 2,579 |
| Provision for income taxes | 368 | 437 | 748 |
| Dividends on trust preferred securities | 56 | 56 | 56 |
| Net income | $ 975 | $ 1,255 | $ 1,775 |
| Net income applicable to common stock | $ 906 | $ 1,161 | $ 1,679 |
| **Earnings per common share** | | | |
| Basic | $ 3.69 | $ 4.77 | $ 6.89 |
| Diluted | $ 3.47 | $ 4.38 | $ 6.38 |

See Notes to Consolidated Financial Statements

*2002 Consolidated Financial Statements*

# Consolidated Statement
## of Financial Condition

*In millions*
*November 30*

| | 2002 | 2001 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $  3,699 | $  2,561 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 2,803 | 3,289 |
| Securities and other financial instruments owned: (includes $22,311 in 2002 and $28,517 in 2001 pledged as collateral) | 119,278 | 119,362 |
| Collateralized short-term agreements: | | |
| Securities purchased under agreements to resell | 94,341 | 83,778 |
| Securities borrowed | 20,497 | 17,994 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 3,775 | 3,455 |
| Customers | 8,279 | 12,123 |
| Others | 1,910 | 1,479 |
| Property, equipment and leasehold improvements (net of accumulated depreciation and amortization of $360 in 2002 and $424 in 2001) | 2,075 | 1,495 |
| Other assets | 3,466 | 2,613 |
| Excess of cost over fair value of net assets acquired (net of accumulated amortization of $155 in 2002 and $151 in 2001) | 213 | 167 |
| Total assets | $ 260,336 | $ 247,816 |

See Notes to Consolidated Financial Statements.

*2002 Consolidated Financial Statements*

## Consolidated Statement of Financial Condition *continued*

*In millions, except per share data*
*November 30*

| | 2002 | 2001 |
|---|---|---|
| **Liabilities and Stockholders' Equity** | | |
| Commercial paper and short-term debt | $  2,369 | $  3,992 |
| Securities and other financial instruments sold but not yet purchased | 69,034 | 51,330 |
| Collateralized short-term financing: | | |
| Securities sold under agreements to repurchase | 94,725 | 102,104 |
| Securities loaned | 8,137 | 12,541 |
| Other secured borrowings | 11,844 | 7,784 |
| Payables: | | |
| Brokers, dealers and clearing organizations | 1,787 | 2,805 |
| Customers | 17,477 | 13,831 |
| Accrued liabilities and other payables | 6,633 | 5,959 |
| Long-term debt: | | |
| Senior notes | 36,283 | 35,373 |
| Subordinated indebtedness | 2,395 | 2,928 |
| Total liabilities | 250,684 | 238,647 |
| Commitments and contingencies | | |
| Preferred securities subject to mandatory redemption | 710 | 710 |
| **Stockholders' Equity** | | |
| Preferred stock | 700 | 700 |
| Common stock, $0.10 par value; | | |
| Shares authorized: 600,000,000 in 2002 and 2001; | | |
| Shares issued: 258,791,416 in 2002 and 256,178,907 in 2001; | | |
| Shares outstanding: 231,131,043 in 2002 and 237,534,091 in 2001 | 25 | 25 |
| Additional paid-in capital | 3,628 | 3,562 |
| Accumulated other comprehensive income (net of tax) | (13) | (10) |
| Retained earnings | 5,608 | 4,798 |
| Other stockholders' equity, net | 949 | 746 |
| Common stock in treasury, at cost: 27,660,373 shares in 2002 and 18,644,816 shares in 2001 | (1,955) | (1,362) |
| Total stockholders' equity | 8,942 | 8,459 |
| Total liabilities and stockholders' equity | $ 260,336 | $ 247,816 |

See Notes to Consolidated Financial Statements.

*2002 Cons... Financial Statements*

# Consolidated Statement
## of Changes in Stockholders' Equity

| *In millions*<br>*Twelve months ended November 30* | 2002 | 2001 | 2000 |
|---|---|---|---|
| **Preferred Stock** | | | |
| 5% Cumulative Convertible Voting, Series A and B: | | | |
| Beginning balance | $  – | $  – | $  233 |
| Shares subject to redemption | – | – | (150) |
| Shares repurchased | – | – | (83) |
| Ending balance | – | – | – |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | 250 | 250 | 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning balance | 250 | 250 | – |
| Shares issued | – | – | 250 |
| Ending balance | 250 | 250 | 250 |
| Redeemable Voting: | | | |
| Beginning and ending balance | – | – | – |
| Total Preferred Stock, ending balance | 700 | 700 | 700 |
| **Common Stock** " | 25 | 25 | 25 |
| **Additional Paid-In Capital** " | | | |
| Beginning balance | 3,562 | 3,389 | 3,374 |
| RSUs exchanged for Common Stock | 63 | (13) | (54) |
| Employee stock-based awards | 53 | 53 | 101 |
| Shares issued to RSU Trust | (401) | (828) | (210) |
| Tax benefits from the issuance of stock-based awards | 347 | 549 | 373 |
| Other, net | 4 | 12 | 5 |
| Ending balance | $ 3,628 | $ 3,562 | $ 3,389 |

" Amounts have been retroactively adjusted to give effect for the two-for-one common stock split, effected in the form of a 100% stock dividend, which became effective on October 30, 2000.

See Notes to Consolidated Financial Statements.

*'02 Consolidated Financial Statements*

# Consolidated Statement
## of Changes in Stockholders' Equity *continued*

| In millions<br>Twelve months ended November 30 | 2002 | 2001 | 2000 |
|---|---:|---:|---:|
| **Accumulated Other Comprehensive Income** | | | |
| Beginning balance | $ (10) | $ (8) | $ (2) |
| Translation adjustment, net[1] | (3) | (2) | (6) |
| Ending balance | (13) | (10) | (8) |
| **Retained Earnings** | | | |
| Beginning balance | 4,798 | 3,713 | 2,094 |
| Net income | 975 | 1,255 | 1,775 |
| Dividends declared: | | | |
| 5% Cumulative Convertible Voting Series A and B Preferred Stock | — | (1) | (9) |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | (18) | (18) | (12) |
| Redeemable Voting Preferred Stock | (25) | (50) | (50) |
| Common Stock | (96) | (75) | (59) |
| Ending balance | 5,608 | 4,798 | 3,713 |
| **Common Stock Issuable** | | | |
| Beginning balance | 2,933 | 2,524 | 1,768 |
| RSUs exchanged for Common Stock | (463) | (215) | (247) |
| Deferred stock awards granted | 407 | 624 | 1,003 |
| Other, net | (55) | — | — |
| Ending balance | 2,822 | 2,933 | 2,524 |
| **Common Stock Held in RSU Trust** | | | |
| Beginning balance | (827) | (647) | (717) |
| Shares issued to RSU Trust | (297) | (403) | (231) |
| RSUs exchanged for Common Stock | 387 | 223 | 301 |
| Other, net | (17) | — | — |
| Ending balance | (754) | (827) | (647) |
| **Deferred Stock Compensation** | | | |
| Beginning balance | (1,360) | (1,280) | (797) |
| Deferred stock awards granted | (407) | (624) | (1,003) |
| Amortization of deferred compensation, net | 570 | 544 | 520 |
| Other, net | 78 | — | — |
| Ending balance | (1,119) | (1,360) | (1,280) |
| **Common Stock in Treasury, at Cost** | | | |
| Beginning balance | (1,362) | (835) | (150) |
| Treasury stock purchased | (1,510) | (1,676) | (1,203) |
| RSUs exchanged for Common Stock | — | 5 | — |
| Shares issued for preferred stock conversion | — | 44 | — |
| Employee stock-based awards | 219 | 69 | 77 |
| Shares issued to RSU Trust | 698 | 1,031 | 441 |
| Ending balance | (1,955) | (1,362) | (835) |
| Total stockholders' equity | $ 8,942 | $ 8,459 | $ 7,781 |

[1] Net of income taxes of $(1) in 2002, $(1) in 2001 and $(8) in 2000.

See Notes to Consolidated Financial Statements.

*2002 Consolidated Financials*

# Consolidated Statement
# of Cash Flows

*In millions*
*Twelve months ended November 30*

| | 2002 | 2001 | 2000 |
|---|---|---|---|
| **Cash Flows From Operating Activities** | | | |
| Net income | $ 975 | $ 1,255 | $ 1,775 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 258 | 174 | 102 |
| Deferred tax provision (benefit) | (670) | (643) | (169) |
| Tax benefit from issuance of stock-based awards | 347 | 549 | 373 |
| Amortization of deferred stock compensation | 570 | 544 | 520 |
| September 11th (recoveries) expenses | (108) | 356 | – |
| Other real estate reconfiguration charge | 128 | – | – |
| Regulatory settlement | 80 | – | – |
| Other adjustments | 92 | (1) | 65 |
| Net change in: | | | |
| Cash and securities segregated and on deposit | 486 | (855) | (445) |
| Securities and other financial instruments owned | 1,708 | (13,219) | (16,148) |
| Securities borrowed | (2,503) | (376) | 1,779 |
| Other secured financing | 4,060 | 3,805 | 3,979 |
| Receivables from brokers, dealers and clearing organizations | (320) | (1,793) | 12 |
| Receivables from customers | 3,844 | (4,538) | 1,747 |
| Securities and other financial instruments sold but not yet purchased | 17,704 | 16,045 | (11,325) |
| Securities loaned | (4,404) | 5,299 | 2,674 |
| Payables to brokers, dealers and clearing organizations | (1,018) | 883 | 738 |
| Payables to customers | 3,646 | 2,194 | 666 |
| Accrued liabilities and other payables | 277 | (27) | 1,262 |
| Other operating assets and liabilities, net | (693) | (325) | (1,136) |
| Net cash provided by (used in) operating activities | 24,459 | 9,327 | (13,531) |
| **Cash Flows From Financing Activities** | | | |
| Proceeds from issuance of senior notes | 8,415 | 9,915 | 14,225 |
| Principal payments of senior notes | (9,014) | (7,646) | (8,353) |
| Principal payments of subordinated indebtedness | (715) | (204) | (192) |
| Net proceeds from (payments for) commercial paper and short-term debt | (1,623) | (1,809) | 524 |
| Resale agreements net of repurchase agreements | (18,442) | (8,957) | 8,922 |
| Payments for repurchases of preferred stock | – | (100) | (65) |
| Payments for treasury stock purchases, net | (1,303) | (1,676) | (1,203) |
| Dividends paid | (165) | (163) | (143) |
| Issuances of common stock | 61 | 54 | 99 |
| Issuance of preferred stock, net of issuance costs | – | - | 250 |
| Net cash provided by (used in) financing activities | (22,786) | (10,585) | 13,835 |
| **Cash Flows From Investing Activities** | | | |
| Purchases of property, equipment and leasehold improvements, net | (656) | (1,341) | (269) |
| Proceeds from the sale of 3 World Financial Center, net | 152 | – | – |
| Acquisition, net of cash acquired | (31) | – | (41) |
| Net cash used in investing activities | (535) | (1,341) | (310) |
| Net change in cash and cash equivalents | 1,138 | (2,599) | (26) |
| Cash and cash equivalents, beginning of period | 2,561 | 5,160 | 5,186 |
| Cash and cash equivalents, end of period | $ 3,699 | $ 2,561 | $ 5,160 |

SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION (in millions)

Interest paid totaled $10,686 in 2002, $15,588 in 2001 and $18,500 in 2000.

Income taxes paid totaled $436 in 2002, $654 in 2001 and $473 in 2000.

See Notes to Consolidated Financial Statements.

*2002 Notes to Consolidated Statements*



### Note 9
### Common
### Stock

In October 2000, Lehman Brothers' Board of Directors declared a two-for-one common stock split, effected in the form of a 100% stock dividend. All share and per share data presented in this Annual Report to Stockholders reflect the effect of the split.

In April 2001, the Company's shareholders approved the adoption of an amendment of the Company's Restated Certificate of Incorporation to increase the aggregate number of authorized shares of common stock from 300 million to 600 million.

During the years ended November 30, 2002, 2001 and 2000, the Company repurchased or acquired shares of its Common Stock at an aggregate cost of approximately $1,510 million, $1,676 million and $1,203 million, respectively. These shares were acquired in the open market and from employees who had tendered mature shares to pay for the exercise cost of stock options or for tax withholding obligations on RSU issuance or option exercises.

Changes in shares of Holdings' common stock outstanding are as follows:

In 1997, the Company established an irrevocable grantor trust (the "RSU Trust") in order to provide common stock voting rights to employees who hold outstanding restricted stock units and to encourage employees to think and act like owners. The RSU Trust was initially funded in 1997 with a total of 32.0 million shares consisting of 10.0 million treasury shares for restricted stock unit ("RSU") awards under the Employee Incentive Plan and 22.0 million new issue shares of Common Stock for RSU awards under the 1994 Management Ownership Plan. In 2002, 2001 and 2000, 9.3 million, 16.0 million and 11.8 million treasury shares, respectively, were transferred into the RSU Trust. At November 30, 2002, approximately 36.6 million shares were held in the RSU Trust with a total value of approximately $754 million. For accounting purposes, these shares are valued at weighted-average grant prices.

Shares transferred to the RSU Trust do not impact the total number of shares used in the computation of earnings per common share because the Company considers the RSUs as common stock equivalents for purposes of this computation. Accordingly, the RSU Trust has had no effect on the total equity, net income or earnings per share of the Company.

### Common Stock

| November 30 | 2002 | 2001 | 2000 |
|---|---|---|---|
| Shares outstanding, beginning of period | 237,534,091 | 236,395,332 | 239,825,620 |
| Exercise of stock options and other share issuances | 10,455,954 | 8,369,721 | 10,015,048 |
| Treasury stock purchases | (26,159,002) | (23,230,962) | (25,245,336) |
| Issuances of shares to the RSU Trust | 9,300,000 | 16,000,000 | 11,800,000 |
| Shares outstanding, end of period | 231,131,043 | 237,534,091 | 236,395,332 |

### Note 10
### Incentive
### Plans

**EMPLOYEE STOCK PURCHASE PLAN**
The Employee Stock Purchase Plan (the "ESPP") allows employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. The number of shares of Common Stock authorized for purchase by eligible employees is 12.0 million. As of November 30, 2002 and 2001, 5.8 million shares and 5.5 million shares, respectively, of Common Stock had cumulatively been purchased by eligible employees through the ESPP.

**1994 MANAGEMENT OWNERSHIP PLAN**
The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan") provides for the issuance of restricted stock units ("RSUs"), performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. A total of 33.3 million shares of Common Stock may be granted under the 1994 Plan. At November 30, 2002, RSU, PSU and stock option awards with respect to 31.2 million shares of Common Stock have been made under the 1994 Plan of which 1.5 million are outstanding and 29.7 million have been converted to freely transferable Common Stock.

*2002 Notes to Consolidated Statements*

## 1996 MANAGEMENT OWNERSHIP PLAN

During 1996, the Company's stockholders approved the 1996 Management Ownership Plan (the "1996 Plan") under which awards similar to those of the 1994 Plan may be granted, and under which up to 42.0 million shares of Common Stock may be subject to awards. At November 30, 2002, RSU, PSU and stock option awards with respect to 34.8 million shares of Common Stock have been made under the 1996 Plan of which 19.2 million are outstanding and 15.6 million have been converted to freely transferable Common Stock.

## EMPLOYEE INCENTIVE PLAN

The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization from the Board of Directors for the issuance of up to 246.0 million shares of Common Stock which may be subject to awards. At November 30, 2002, awards with respect to 186.7 million shares of Common Stock have been made under the EIP of which 132.2 million are outstanding and 54.5 million have been converted to freely transferable Common Stock.

The following is a summary of RSUs outstanding under Holdings' stock-based incentive plans:

| Restricted Stock Units | Total |
|---|---|
| Balance, November 30, 1999 | 83,065,780 |
| Granted | 22,220,829 |
| Canceled | (3,416,523) |
| Exchanged for stock without restrictions | (19,247,545) |
| Balance, November 30, 2000 | 82,622,541 |
| Granted | 15,292,447 |
| Canceled | (3,268,825) |
| Exchanged for stock without restrictions | (18,189,092) |
| Balance, November 30, 2001 | 76,457,071 |
| Granted | 9,178,667 |
| Canceled | (1,750,479) |
| Exchanged for stock without restrictions | (14,547,191) |
| Balance, November 30, 2002 | 69,338,068 |

Eligible employees receive RSUs as a portion of their total compensation in lieu of cash. There is no further cost to employees associated with the RSU awards. The Company measures compensation cost for RSUs based on the market value of its Common Stock at the grant date and amortizes this amount to expense over the applicable vesting periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years

from the grant date. Holdings accrues a dividend equivalent on each RSU outstanding (in the form of additional RSUs), based on dividends declared on its Common Stock.

The Company has repurchased approximately 47 million shares to offset the future delivery requirements associated with the above RSUs. These shares have either been transferred to the RSU trust (see Note 9 Common Stock) or are held as Treasury stock.

In 2002, the Company delivered 10.9 million shares of its Common Stock to current and former employees in satisfaction of RSUs awarded in 1997. Substantially all of the shares delivered were funded from the RSU Trust. The Company also received 3.4 million shares from current and former employees in satisfaction of applicable tax withholding requirements. Shares received were recorded as Treasury stock at an aggregate value of $207 million.

Of the RSUs outstanding at November 30, 2002, approximately 46.7 million RSUs were amortized, approximately 9.4 million RSUs will be amortized during fiscal 2003, and the remaining RSUs will be amortized subsequent to November 30, 2003.

Included in the previous table are PSUs the Company has awarded to certain senior officers. The number of PSUs which may be earned is dependent upon the achievement of certain performance levels within predetermined performance periods. During the performance period these PSUs are accounted for as variable awards. At the end of a performance period, any PSUs earned will convert one-for-one to RSUs which then vest in three or more years. As of November 30, 2002, approximately 10.4 million PSUs have been awarded to date, subject to vesting and transfer restrictions. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

Total compensation cost recognized during 2002, 2001 and 2000 for the Company's stock-based awards was approximately $570 million, $544 million and $520 million, respectively.

At November 30, 2002 and 2001, approximately 13.0 million and 14.8 million stock options, respectively, were exercisable at weighted-average prices of $29.95 and $25.04, respectively. The weighted-average remaining contractual life of the stock options outstanding at November 30, 2002 is 6.52 years. The exercise price for all stock options awarded has been equal to the market price of Common Stock on the day of grant.

in 2002 from $814 million in 2001 was primarily due to a change in inventory mix to higher levels of interest-bearing assets in response to shifts in customer asset preferences.

**Investment Banking**

Investment banking revenues totaled $1,747 million, $1,771 million and $2,000 million in 2003, 2002 and 2001, respectively. Investment banking revenues result primarily from fees and related revenues earned for underwriting public and private offerings of fixed income and equity securities, advising clients on M&A activities and corporate financing activities. Investment banking revenues of $1,747 million in 2003 were essentially unchanged compared with $1,771 million in 2002, as lower

equity underwriting and M&A market volumes were mostly offset by record fixed income underwriting volumes. Industry-wide, global equity market volume declined 2%, while completed M&A advisory market volume was down 17% compared with the already depressed levels of 2002. Fixed income market volume was up 25% compared with 2002. Investment banking revenues declined 11% in 2002 compared with 2001, reflecting significant market weakness in equity underwriting and M&A advisory activities partially offset by improvements in the Company's market share for completed M&A transactions and underwriting of certain fixed income and equity products (see page 41 for a discussion of the Company's Investment Banking segment).

### NON-INTEREST EXPENSES

| IN MILLIONS YEAR ENDED NOVEMBER 30 | 2003 | 2002 | 2001 | Percent Change | |
| --- | --- | --- | --- | --- | --- |
| | | | | 2003/2002 | 2002/2001 |
| Compensation and benefits | $4,318 | $3,139 | $3,437 | 38% | (9)% |
| Non-personnel expenses (excluding the Special Items described below) | 1,716 | 1,517 | 1,424 | 13 | 7 |
| Other real estate reconfiguration charge | 77 | 128 | -- | (40) | -- |
| September 11th related (recoveries)/expenses, net | -- | (108) | 127 | -- | -- |
| Regulatory settlement | -- | 80 | -- | -- | -- |
| Total non-interest expenses | $6,111 | $4,756 | $4,988 | 28% | (5)% |
| Compensation and benefits/Net revenues | 49.9% | 51.0% | 51.0% | | |

A significant portion of the Company's expense base is variable, including compensation and benefits, brokerage and clearing, and business development. The Company expects its variable expenses as a percentage of net revenues to remain in approximately the same proportions in future periods.

Non-interest expenses were $6,111 million in 2003, $4,756 million in 2002 and $4,988 million in 2001 and include a number of Special Items. Non-interest expenses in 2003 include a pre-tax real estate charge of $77 million ($45 million after-tax) associated with the Company's previous decision to dispose of certain excess real estate. Non-interest expenses in 2002 include a pre-tax net gain of $108 million associated with September 11th related costs and insurance settlement proceeds, a $128 million pre-tax charge associated with decisions to reconfigure certain global real estate facilities and an $80 million pre-tax charge related to the settlement of allegations of research analyst conflicts of interest. The 2003 and 2002 real estate–related charges were recognized in accordance with Emerging Issues Task Force ("EITF") Issue No. 94-3, *"Liability Recognition for Certain Employee Termination Benefits and Other Costs to Exit an Activity (including Certain Costs Incurred*

*in a Restructuring)."* These charges represent estimated sublease losses expected to be incurred upon exiting certain of the Company's facilities, principally in London and New York. The Company expects that substantially all of such facilities will be subleased by the end of 2004. The net pre-tax effect of these 2002 items is a charge of $100 million ($78 million after-tax). Non-interest expenses in 2001 include a $127 million pre-tax charge ($71 million after-tax) stemming from the events of September 11th, which resulted in the displacement and relocation of substantially all of the Company's New York based employees. Additional information about these Special Items can be found in Notes 20 and 21 to the Consolidated Financial Statements.

Compensation and benefits expense was $4,318 million, $3,139 million and $3,437 million in 2003, 2002 and 2001, respectively. Compensation and benefits expense as a percentage of net revenues was 49.9% in 2003 and 51.0% in 2002 and 2001. Compensation and benefits expense includes the cost of salaries, bonuses, the amortization of deferred stock compensation awards and employee benefit plans. Variable compensation, consisting primarily of bonuses, increased to $2,283 million in 2003 up from $1,198 million in 2002

fixed compensation, consisting primarily of salaries and bene-
fits increased to $2,035 million in 2003 from $1,941 million in 2002.
The increase in fixed compensation primarily resulted from increased
salary costs associated with several business acquisitions completed
during the year (see "Business Acquisitions") as well as increases in
pension expense. Compensation and benefits expense declined 9% in
2002 compared with 2001 commensurate with the 9% decline in Net
revenues. Included in compensation and benefits expense is net pen-
sion expense/(income) of $45 million, $26 million and $(32) million
in 2003, 2002 and 2001, respectively. Amortization of deferred stock
compensation awards totaled $625 million, $570 million and $544
million in 2003, 2002 and 2001, respectively.

Non-personnel expenses (excluding the Special Items) were
$1,716 million in 2003, up $199 million or 13% compared with $1,517
million in 2002. The increase in non-personnel expenses is principally
attributable to increases in occupancy, technology and communica-
tions, and brokerage and clearance expenses, as well as the effect of
business acquisitions during 2003 (for additional information see Note
5 to the Consolidated Financial Statements). Occupancy expenses
increased 11% to $319 million in 2003 from $287 million in 2002 prin-
cipally attributable to the increased cost of the Company's new corpo-
rate headquarters and additional space needed to accommodate the
growth in headcount. Technology and communications expenses were
$588 million in 2003 compared with $552 million in 2002, an increase
of 6%. The growth reflects amortization of technology assets at new
facilities and higher spending associated with the enhancement of cap-
ital markets trading platforms and technology infrastructure. Brokerage
and clearance expenses rose 12% in 2003 primarily attributable to
increased volumes in fixed income products, in addition to the
Company's expansion in equities-related businesses in 2003.
Professional fees increased by 22% in 2003 compared with 2002, prin-
cipally due to higher legal, accounting and audit fees incurred in the
current industry environment. In the aggregate, $53 million of non-
personnel expenses in 2003 are attributable to business acquisitions.
Non-personnel expenses (excluding the Special Items) increased 7% in
2002 from 2001 primarily due to investments in technology and com-
munications, higher occupancy expenses to accommodate headcount
growth and the increased cost of the new corporate headquarters, and
increased brokerage and clearance expenses due to higher volumes in
certain fixed income structured products.

### Income Taxes

The provision for income taxes totaled $765 million, $368 million and
$457 million in 2003, 2002 and 2001, respectively. These provisions
resulted in effective tax rates of 30.2%, 26.3% and 25.0%, respectively.
The increase in the effective tax rate in 2003 compared with 2002 was
primarily due to a higher level of pre-tax income, which reduced the
impact of permanent differences, including a decrease in tax-exempt

income, partially offset by an increase in tax benefits from foreign
operations. The increase in the effective tax rate in 2002 compared
with 2001 was primarily due to a less favorable mix of geographic
earnings, partially offset by a greater impact of permanent differences,
including tax-exempt income. For additional information see Note
19 to the Consolidated Financial Statements.

### Business Acquisitions

On October 31, 2003, the Company purchased Neuberger as part of
the Company's strategic plan to build out its Client Services segment.
This acquisition positions the Company as one of the industry's lead-
ing providers of services to high-net-worth investors, bringing the
Company's assets under management to over $116 billion at
November 30, 2003. The Company, with this acquisition, significantly
strengthened its Client Services segment and further diversified its rev-
enue base. The Neuberger acquisition strengthened the Company's
revenues from fee-based activities, allowing for improved cross-cycle
performance and reduced earnings volatility. The Company believes
this acquisition will provide revenue synergies by (a) making
Neuberger products available to the Lehman Brothers network of
institutional and high-net worth individual clients in all three geo-
graphic regions and (b) offering Neuberger clients an expanded range
of investment and risk management products, including structured
capital markets products, private equity, and other alternative asset
management products. The Company's estimated $100 million of rev-
enue and cost synergies of the combined businesses leads the Company
to believe that the Neuberger acquisition will be slightly dilutive to
earnings per share in 2004 and approximately break even by 2005.

The Company purchased Neuberger for a net purchase price of
approximately $2,788 million, including cash consideration and inci-
dental costs of $690 million, equity consideration of $2,374 million
(including 32.5 million shares of common stock, 0.3 million shares of
restricted common stock and 3.5 million vested stock options) and
excluding net cash and short-term investments acquired of $276 mil-
lion. The Company also issued approximately 0.5 million shares of
restricted common stock valued at $42 million, which is subject to
future service requirements and will be amortized over the applicable
service periods (for additional information see Note 15 to the
Consolidated Financial Statements). The Company intends for the
Neuberger brand to remain intact. The Neuberger acquisition
resulted in an increase of approximately 1,200 employees.

During the second quarter of 2003, the Company acquired a con-
trolling interest in Aurora Loan Services ("ALS"), a residential mortgage
loan originator and servicer. The Company believes this acquisition adds
long-term value to its mortgage franchise by allowing further vertical
integration of the business platform. Mortgage loans originated by ALS
are intended to provide a more cost efficient source of loan product for
the Company's securitization pipeline. The Company also made three

## REPORT OF INDEPENDENT AUDITORS

**The Board of Directors and Stockholders of Lehman Brothers Holdings Inc.**

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. and Subsidiaries (the "Company") as of November 30, 2003 and 2002, and the related consolidated statements of income, changes in stockholders' equity and cash flows for each of the three years in the period ended November 30, 2003. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. and Subsidiaries at November 30, 2003 and 2002, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2003, in conformity with accounting principles generally accepted in the United States.

*Ernst & Young LLP*

New York, New York
January 29, 2004

## CONSOLIDATED STATEMENT OF INCOME

| IN MILLIONS, EXCEPT PER SHARE DATA<br>YEAR ENDED NOVEMBER 30 | 2003 | 2002 | 2001 |
|---|---|---|---|
| **REVENUES** | | | |
| Principal transactions | $ 4,280 | $ 1,951 | $ 2,779 |
| Investment banking | 1,747 | 1,771 | 2,000 |
| Commissions | 1,210 | 1,286 | 1,091 |
| Interest and dividends | 9,942 | 11,728 | 16,470 |
| Other | 108 | 45 | 52 |
| Total revenues | 17,287 | 16,781 | 22,392 |
| Interest expense | 8,640 | 10,626 | 15,656 |
| Net revenues | 8,647 | 6,155 | 6,736 |
| | | | |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 4,318 | 3,139 | 3,437 |
| Technology and communications | 598 | 552 | 501 |
| Brokerage and clearance fees | 367 | 329 | 308 |
| Occupancy | 319 | 287 | 198 |
| Professional fees | 158 | 129 | 152 |
| Business development | 149 | 146 | 183 |
| Other | 125 | 74 | 82 |
| Other real estate reconfiguration charge | 77 | 128 | – |
| September 11th related (recoveries)/expenses, net | – | (108) | 127 |
| Regulatory settlement | – | 80 | – |
| Total non-interest expenses | 6,111 | 4,756 | 4,988 |
| Income before taxes and dividends on trust preferred securities | 2,536 | 1,399 | 1,748 |
| Provision for income taxes | 765 | 368 | 437 |
| Dividends on trust preferred securities | 72 | 56 | 56 |
| Net income | $ 1,699 | $ 975 | $ 1,255 |
| Net income applicable to common stock | $ 1,649 | $ 906 | $ 1,161 |
| | | | |
| Earnings per common share | | | |
| Basic | $6.71 | $ 3.69 | $ 4.77 |
| Diluted | $6.35 | $ 3.47 | $ 4.38 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

IN MILLIONS
YEAR ENDED NOVEMBER 30

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | $ 250 | $ 250 | $ 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning and ending balance | 250 | 250 | 250 |
| 6.50% Cumulative, Series F: | | | |
| Beginning balance | -- | -- | -- |
| Shares issued | 345 | -- | -- |
| Ending balance | 345 | -- | -- |
| Redeemable Voting: | | | |
| Beginning and ending balance | -- | -- | -- |
| Total Preferred Stock, ending balance | 1,045 | 700 | 700 |
| **COMMON STOCK, PAR VALUE $0.10 PER SHARE** | | | |
| Beginning balance | 25 | 25 | 25 |
| Shares issued in connection with Neuberger acquisition | 3 | -- | -- |
| Issued | 1 | -- | -- |
| Ending balance | 29 | 25 | 25 |
| **ADDITIONAL PAID-IN CAPITAL** | | | |
| Beginning balance | 3,628 | 3,562 | 3,589 |
| RSUs exchanged for Common Stock | (36) | 63 | (13) |
| Employee stock-based awards | 107 | 53 | 53 |
| Shares issued to RSU Trust | (459) | (401) | (628) |
| Tax benefits from the issuance of stock-based awards | 543 | 347 | 549 |
| Shares issued in connection with Neuberger acquisition | 2,371 | -- | -- |
| Other, net | 10 | 4 | 12 |
| Ending balance | $6,164 | $3,628 | $3,562 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

*(continued)*

IN MILLIONS
YEAR ENDED NOVEMBER 30

| | 2003 | 2002 | 2001 |
|---|---|---|---|
| **ACCUMULATED OTHER COMPREHENSIVE INCOME** | | | |
| Beginning balance | $  (13) | $  (10) | $  (8) |
| Translation adjustment, net [1] | (3) | (3) | (2) |
| Ending balance | (16) | (13) | (10) |
| **RETAINED EARNINGS** | | | |
| Beginning balance | 5,608 | 4,798 | 3,713 |
| Net income | 1,699 | 975 | 1,255 |
| Dividends declared: | | | |
| 5.00% Cumulative Convertible Voting Series A and B Preferred Stock | – | – | (1) |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | (18) | (18) | (18) |
| 6.50% Cumulative, Series F Preferred Stock | (6) | – | – |
| Redeemable Voting Preferred Stock | – | (25) | (50) |
| Common Stock | (128) | (96) | (75) |
| Ending balance | 7,129 | 5,608 | 4,798 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 2,822 | 2,933 | 2,524 |
| RSUs exchanged for Common Stock | (425) | (463) | (215) |
| Deferred stock awards granted | 957 | 407 | 624 |
| Other, net | (1) | (55) | – |
| *Ending balance* | *3,353* | *2,822* | *2,933* |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (754) | (827) | (647) |
| Shares issued to RSU Trust | (518) | (297) | (403) |
| RSUs exchanged for Common Stock | 444 | 387 | 223 |
| Other, net | (24) | (17) | – |
| Ending balance | (852) | (754) | (827) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (1,119) | (1,360) | (1,280) |
| Deferred stock awards granted | (999) | (407) | (624) |
| Amortization of deferred compensation, net | 625 | 570 | 544 |
| Other, net | 23 | 78 | – |
| Ending balance | (1,470) | (1,119) | (1,360) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (1,955) | (1,362) | (835) |
| Treasury stock purchased | (1,508) | (1,510) | (1,676) |
| RSUs exchanged for Common Stock | 18 | – | 5 |
| Shares issued for preferred stock conversion | – | – | 44 |
| Employee stock-based awards | 260 | 219 | 69 |
| Shares issued to RSU Trust | 977 | 698 | 1,031 |
| Ending balance | (2,208) | (1,955) | (1,362) |
| Total stockholders' equity | $13,174 | $ 8,942 | $ 8,459 |

[1] Net of income taxes of $(1) in 2003, $(1) in 2002 and $(1) in 2001.

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CASH FLOWS

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2003 | 2002 | 2001 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net income | $ 1,699 | $ 975 | $ 1,255 |
| Adjustments to reconcile net income to net cash provided | | | |
| by operating activities: | | | |
| Depreciation and amortization | 315 | 258 | 174 |
| Deferred tax provision (benefit) | (166) | (670) | (643) |
| Tax benefit from issuance of stock-based awards | 543 | 347 | 549 |
| Amortization of deferred stock compensation | 625 | 570 | 544 |
| September 11th (recoveries) expenses | — | (108) | 356 |
| Other real estate reconfiguration charge | 77 | 128 | — |
| Regulatory settlement | — | 80 | — |
| Other adjustments | (26) | 92 | (1) |
| Net change in: | | | |
| Cash and securities segregated and on deposit | | | |
| for regulatory and other purposes | (297) | 486 | (855) |
| Securities and other inventory positions owned | (16,148) | 1,708 | (13,219) |
| Securities borrowed, net of securities loaned | (25,048) | (6,907) | 4,923 |
| Other secured borrowings | 2,700 | 4,060 | 3,805 |
| Resale agreements, net of repurchase agreements | 19,504 | (18,442) | (8,957) |
| Receivables from brokers, dealers and clearing organizations | (1,100) | (320) | (1,793) |
| Receivables from customers | (530) | 3,844 | (4,538) |
| Securities and other inventory positions sold but not yet purchased | 6,848 | 17,704 | 16,045 |
| Payables to brokers, dealers and clearing organizations | 1,280 | (1,018) | 883 |
| Payables to customers | 10,189 | 3,646 | 2,194 |
| Accrued liabilities and other payables | 1,736 | 277 | (27) |
| Other operating assets and liabilities, net | 346 | (693) | (394) |
| Net cash provided by operating activities | 2,547 | 6,017 | 301 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Proceeds from issuance of senior notes | 13,193 | 8,415 | 9,915 |
| Principal payments of senior notes | (9,815) | (9,014) | (7,646) |
| Proceeds from issuance of subordinated indebtedness | 190 | — | — |
| Principal payments of subordinated indebtedness | (322) | (715) | (304) |
| Issuances of common stock | 57 | 61 | 54 |
| Issuance of preferred securities subject to mandatory redemption | 600 | — | — |
| Issuance of preferred stock, net of issuance costs | 345 | — | — |
| Net payments for commercial paper and short-term debt | (38) | (1,623) | (1,808) |
| Repurchases of preferred stock | — | — | (100) |
| Payments for treasury stock purchases | (1,508) | (1,510) | (1,676) |
| Issuance of treasury stock | 260 | 207 | 69 |
| Dividends paid | (178) | (165) | (163) |
| Net cash provided by (used in) financing activities | 2,784 | (4,344) | (1,559) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchases of property, equipment and leasehold improvements, net | (451) | (656) | (1,341) |
| Proceeds from the sale of 3 World Financial Center, net | — | 152 | — |
| Business acquisitions, net of cash acquired | (657) | (31) | — |
| Net cash used in investing activities | (1,108) | (535) | (1,341) |
| Net change in cash and cash equivalents | 4,223 | 1,138 | (2,599) |
| Cash and cash equivalents, beginning of period | 3,699 | 2,561 | 5,160 |
| Cash and cash equivalents, end of period | $ 7,922 | $ 3,699 | $ 2,561 |

SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION (in millions):
Interest paid totaled $8,654 in 2003, $10,686 in 2002 and $15,588 in 2001.
Income taxes paid totaled $717 in 2003, $436 in 2002 and $654 in 2001.

See Notes to Consolidated Financial Statements.

7.115% per annum through May 31, 2005; thereafter the rate will be the higher of either the three-month U.S. Treasury Bill rate, the 10-year Treasury constant maturity rate or the 30-year U.S. Treasury constant maturity rate, in each case plus 1.15%, but in any event not less than 7.615% nor greater than 13.615%. The shares of Series E Preferred Stock have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series E Preferred Stock beginning on May 31, 2005. The $250 million redemption value of the shares outstanding at November 30, 2003 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

### Series F

On August 20, 2003, Holdings issued 13,800,000 Depositary Shares, each representing 1/100th of a share of 6.50% Cumulative Preferred Stock, Series F ("Series F Preferred Stock"), $1.00 par value. The shares of Series F Preferred Stock have a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series F Preferred Stock beginning on August 31, 2008. The $345 million redemption value of the shares outstanding at November 30, 2003 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

The Series C, D, E and F Preferred Stock has no voting rights except as provided below or as otherwise from time to time required by law. If dividends payable on any of the Series C, D, E or F Preferred Stock or on any other equally-ranked series of preferred stock have not been paid for six or more quarters, whether or not consecutive, the authorized number of directors of the Company will automatically be increased by two. The holders of the Series C, D, E or F Preferred Stock will have the right, with holders of any other equally-ranked series of preferred stock that have similar voting rights and on which dividends likewise have not been paid, voting together as a class, to elect two directors to fill such newly-created directorships until the dividends in arrears are paid.

### Redeemable Voting

In 1994, Holdings issued the Redeemable Voting Preferred Stock to American Express and Nippon Life for $1,000. The holders of the Redeemable Voting Preferred Stock were entitled to receive annual dividends through May 31, 2002, in an amount equal to 50% of the amount, if any, by which the Company's net income for each year exceeded $400 million, up to a maximum of $50 million per year ($25 million on a pro-rated basis, for the last dividend period, which ran from December 1, 2001 to May 31, 2002). For the years ended November 30, 2002 and 2001, the Company's net income resulted in the recognition of dividends in those years in the amounts of $25 million and $50 million respectively, on the Redeemable Voting Preferred Stock. On the final dividend payment date, July 15, 2002, Holdings redeemed all of the Redeemable Preferred Stock, for a total of $1,000.

## NOTE 14 COMMON STOCK

In April 2001, the Company's shareholders approved the adoption of an amendment of the Company's Restated Certificate of Incorporation to increase the aggregate number of authorized shares of common stock from 300 million to 600 million.

During the years ended November 30, 2003, 2002 and 2001, the Company repurchased or acquired shares of its common stock at an aggregate cost of approximately $1,508 million, $1,510 million and $1,676 million, respectively. These shares were acquired in the open market and from employees who tendered mature shares to pay for the exercise cost of stock options or for statutory tax withholding obligations on RSU issuances or option exercises.

Changes in the number of shares of Holdings' common stock outstanding are as follows:

### COMMON STOCK

| NOVEMBER 30 | 2003 | 2002 | 2001 |
|---|---|---|---|
| Shares outstanding, beginning of period | 231,131,043 | 237,534,091 | 236,395,332 |
| Exercise of stock options and other share issuances | 11,538,125 | 10,455,954 | 8,369,721 |
| Issuances of shares to the RSU Trust | 14,000,000 | 9,300,000 | 16,000,000 |
| Shares issued in connection with the Neuberger acquisition | 33,130,804 | – | – |
| Treasury stock purchases | (23,120,916) | (26,159,002) | (23,230,962) |
| Shares outstanding, end of period | 266,679,056 | 231,131,043 | 237,534,091 |

95    NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 15 INCENTIVE PLANS

The following is a summary of RSUs outstanding under Holdings' stock-based incentive plans:

### RESTRICTED STOCK UNITS

| | Total |
|---|---|
| BALANCE, NOVEMBER 30, 2000 | 82,622,541 |
| Granted | 15,292,447 |
| Canceled | (3,268,828) |
| Exchanged for stock without restrictions | (18,189,092) |
| BALANCE, NOVEMBER 30, 2001 | 76,457,071 |
| Granted | 9,178,667 |
| Canceled | (1,750,479) |
| Exchanged for stock without restrictions | (14,547,191) |
| BALANCE, NOVEMBER 30, 2002 | 69,338,068 |
| Granted | 11,071,646 |
| Canceled | (1,447,319) |
| Exchanged for stock without restrictions | (18,344,208)(1) |
| BALANCE, NOVEMBER 30, 2003 | 62,618,187 |

(1) Excludes RSUs issued in connection with the Company's acquisition of Neuberger. See Neuberger Acquisition on page 97 and Note 6 to the Consolidated Financial Statements.

Eligible employees receive RSUs as a portion of their total compensation in lieu of cash. There is no further cost to employees associated with the RSU awards. The Company measures compensation cost for RSUs based on the market value of its Common Stock at the grant date and amortizes this amount to expense over the applicable vesting periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years from the grant date. Holdings accrues a dividend equivalent on each RSU outstanding (in the form of additional RSU), based on dividends declared on its Common Stock.

In 1997, the Company established an irrevocable grantor trust (the "RSU Trust") to provide common stock voting rights to employees who hold outstanding restricted stock units ("RSUs"), and to encourage employees to think and act like owners. In 2003, 2002 and 2001, 14.0 million, 9.3 million and 16.0 million treasury shares, respectively, were transferred into the RSU Trust. At November 30, 2003, approximately 33.4 million shares were held in the RSU Trust with a total value of approximately $881 million. For accounting purposes, these shares are valued at weighted-average grant prices. Shares transferred to the RSU Trust do not affect the total number of shares used in the computation of earnings per common share because the Company considers the RSUs to be common stock equivalents for purposes of this computation. Accordingly, the RSU Trust has no effect on the total equity, net income or earnings per share of the Company.

In connection with the Neuberger acquisition, the Company issued 32,326,000 shares of common stock to acquire Neuberger and 804,804 shares of restricted common stock, a portion of which is subject to future service requirements.

### Employee Stock Purchase Plan

The Employee Stock Purchase Plan (the "ESPP") allows employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. The number of shares of Common Stock authorized for purchase by eligible employees is 12.0 million. At November 30, 2003 and 2002, 6.1 million and 5.8 million shares, respectively, of Common Stock had cumulatively been purchased by eligible employees through the ESPP.

### 1994 Management Ownership Plan

The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan") provides for the issuance of RSUs, performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. A total of 33.3 million shares of Common Stock may be granted under the 1994 Plan. At November 30, 2003, RSU, PSU and stock option awards with respect to 31.2 million shares of Common Stock have been made under the 1994 Plan, of which 1.5 million are outstanding and 29.7 million have been converted to freely transferable Common Stock.

### 1996 Management Ownership Plan

During 1996, the Company's shareholders approved the 1996 Management Ownership Plan (the "1996 Plan") under which awards similar to those of the 1994 Plan may be granted, and under which up to 42.0 million shares of Common Stock may be subject to awards. At November 30, 2003, RSU, PSU and stock option awards with respect to 38.1 million shares of Common Stock have been made of which 18.7 million are outstanding and 19.4 million have been converted to freely transferable Common Stock.

### Employee Incentive Plan

The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization from the Board of Directors for the issuance of up to 246.0 million shares of Common Stock that may be subject to awards. At November 30, 2003 awards with respect to 204.5 million shares of Common Stock have been made under the EIP of which 125.3 million are outstanding and 79.2 million have been converted to freely transferable Common Stock.

KK-14

## NON-INTEREST EXPENSES

| IN MILLIONS YEAR ENDED NOVEMBER 30 | 2004 | 2003 | 2002 | Percent Change 2004/2003 | 2003/2002 |
|---|---|---|---|---|---|
| Compensation and benefits | $5,730 | $4,318 | $3,139 | 33% | 38% |
| Non-personnel expenses | | | | | |
| Including the Special Items described below | 2,309 | 1,716 | 1,517 | 35 | 13 |
| Other real estate reconfiguration charge | 19 | 77 | 128 | (75) | (40) |
| September 11th related recoveries, net | — | — | (108) | — | — |
| Regulatory settlement | — | — | 80 | — | — |
| Total non-interest expenses | $8,058 | $6,111 | $4,756 | 32% | 28% |
| Compensation and benefits/Net revenues | 49.5% | 49.9% | 51.0% | | |

...interest expenses were $8.1 billion, $6.1 billion and $4.8 billion in 2004, 2003 and 2002, respectively, and include a number of Special Items discussed below. We continue to maintain a strict discipline in our core competency of managing expenses. Compensation and benefits as a percentage of net revenues was 49.5%, 49.9% and 51.0% in 2004, 2003 and 2002, respectively. Non-personnel expenses as a percentage of net revenues were 20.1%, 20.7% and 26.3% in 2004, 2003 and 2002, respectively. A significant portion of our expense base is variable, including compensation and benefits, brokerage and clearance and business development. We expect our variable expenses as a percentage of net revenues to remain at approximately the same proportion in future periods.

Compensation and benefits expense was $5.7 billion, $4.3 billion and $3.1 billion in 2004, 2003 and 2002, respectively. Headcount totaled approximately 19,600, 16,200 and 12,300 at November 30, 2004, 2003 and 2002, respectively, reflecting a combination of business acquisitions and organic growth. Compensation and benefits expense includes both fixed and variable components. Fixed compensation, consisting primarily of salaries, benefits and amortization of previous years' deferred stock awards, totaled $2.6 billion, $2.0 billion and $1.9 billion in 2004, 2003 and 2002, respectively. The growth of fixed compensation expense in 2004 compared with 2003 was due primarily to the increase in headcount attributable to business acquisitions (see Consolidated Results of Operations—Business Acquisitions and Dispositions in this MD&A) coupled with organic growth related to certain business activity. The growth in fixed compensation expense in 2003 compared with 2002 primarily resulted from the acquisitions as well as an increase in pension expense. Variable compensation, consisting primarily of incentive compensation, commissions and severance, totaled $3.1 billion, $2.3 billion and $1.2 billion in 2004, 2003 and 2002, respectively, as higher revenues resulted in higher incentive compensation. Amortization of deferred stock compensation awards was $860 million, $625 million and $570 million in 2004, 2003 and 2002, respectively.

Non-personnel expenses totaled $2.3 billion, $1.8 billion and $1.6 billion in 2004, 2003 and 2002, respectively. The increase in non-personnel expenses in 2004 compared with 2003 is attributable to business acquisitions coupled with increased technology initiatives, higher occupancy costs and higher levels of business activity. The increase in non-personnel expenses in 2003 compared with 2002 is attributable primarily to increases in occupancy, technology and communications, and brokerage and clearance expenses, as well as the effect of business acquisitions.

Technology and communications expenses rose 28% in 2004 compared with 2003 reflecting the business acquisitions, the depreciation of technology assets at new facilities, and increased costs associated with the continued build-out of Capital Markets platforms and infrastructure. Brokerage and clearance expenses rose 23% in 2004 compared with 2003, due primarily to higher volumes in Capital Markets products and expansion in equities-related businesses. Occupancy expenses increased 32% in 2004 compared with 2003 primarily attributable to the business acquisitions and the increased cost of our new facilities in London and Tokyo. Professional fees increased 59% in 2004 compared with 2003 due to the business acquisitions and higher recruiting and legal fees. Business development expenses increased 42% in 2004 compared with 2003 due to the higher level of business activity and the business acquisitions. Other expenses increased 66% in 2004 compared with 2003 attributable primarily to the business acquisitions, including mutual fund distribution costs and the amortization of intangible assets.

Technology and communications expenses rose 8% in 2003 compared with 2002 reflecting depreciation of technology assets at new facilities and higher spending associated with the enhancement of Capital Markets trading platforms and technology infrastructure. Brokerage and clearance expenses rose 12% in 2003 compared with 2002 primarily attributable to increased volumes in fixed income products and our expansion in equities-related businesses in 2003. Occupancy expenses increased 11% in 2003 compared with 2002 primarily attributable to the increased cost of our new headquarters in New York and additional space needed to accommodate the growth in headcount. Professional fees increased 22% in 2003 compared with 2002, primarily due to higher legal, accounting and audit fees.

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

**The Board of Directors and Stockholders of Lehman Brothers Holdings Inc.**

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. and Subsidiaries (the "Company") as of November 30, 2004 and 2003, and the related consolidated statements of income, changes in stockholders' equity and cash flows for each of the three years in the period ended November 30, 2004. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. Our audits included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. and Subsidiaries at November 30, 2004 and 2003, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2004, in conformity with U.S. generally accepted accounting principles.

*Ernst & Young LLP*

New York, New York
February 14, 2005

# CONSOLIDATED STATEMENT OF INCOME

IN MILLIONS, EXCEPT PER SHARE DATA
YEAR ENDED NOVEMBER 30

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| **REVENUES** | | | |
| Principal transactions | $ 5,699 | $ 4,272 | $ 1,951 |
| Investment banking | 2,188 | 1,722 | 1,731 |
| Commissions | 1,537 | 1,210 | 1,286 |
| Interest and dividends | 11,032 | 9,942 | 11,728 |
| Asset management and other | 794 | 141 | 85 |
| Total revenues | 21,250 | 17,287 | 16,781 |
| Interest expense | 9,674 | 8,640 | 10,626 |
| Net revenues | 11,576 | 8,647 | 6,155 |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 5,730 | 4,318 | 3,139 |
| Technology and communications | 764 | 598 | 552 |
| Brokerage and clearance fees | 453 | 367 | 329 |
| Occupancy | 421 | 319 | 287 |
| Professional fees | 252 | 158 | 129 |
| Business development | 211 | 149 | 146 |
| Other | 208 | 125 | 74 |
| Other real estate reconfiguration charge | 19 | 77 | 128 |
| September 11th related recoveries, net | – | – | (108) |
| Regulatory settlement | – | – | 80 |
| Total non-interest expenses | 8,058 | 6,111 | 4,756 |
| Income before taxes and dividends on trust preferred securities | 3,518 | 2,536 | 1,399 |
| Provision for income taxes | 1,125 | 765 | 368 |
| Dividends on trust preferred securities | 24 | 72 | 56 |
| Net income | $ 2,369 | $ 1,699 | $ 975 |
| Net income applicable to common stock | $ 2,297 | $ 1,649 | $ 906 |
| **EARNINGS PER COMMON SHARE** | | | |
| Basic | $ 8.36 | $ 6.71 | $ 3.69 |
| Diluted | $ 7.90 | $ 6.35 | $ 3.47 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

| IN MILLIONS<br>NOVEMBER 30 | 2004 | 2003 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 5,440 | $ 7,922 |
| Cash and securities segregated and | | |
| on deposit for regulatory and other purposes | 4,085 | 3,100 |
| Securities and other inventory positions owned: | | |
| (includes $27,418 in 2004 and $32,273 | | |
| in 2003 pledged as collateral) | 144,468 | 135,634 |
| Securities received as collateral | 4,749 | 3,406 |
| Collateralized agreements: | | |
| Securities purchased under agreements to resell | 95,535 | 87,416 |
| Securities borrowed | 74,294 | 51,396 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 3,400 | 4,875 |
| Customers | 13,241 | 8,809 |
| Others | 2,122 | 1,626 |
| Property, equipment and leasehold improvements | | |
| (net of accumulated depreciation and | | |
| amortization of $1,187 in 2004 and $921 in 2003) | 2,988 | 2,806 |
| Other assets | 3,562 | 3,510 |
| Identifiable intangible assets and goodwill (net of accumulated | | |
| amortization of $212 in 2004 and $166 in 2003) | 3,284 | 3,561 |
| Total assets | $357,168 | $312,061 |

See Notes to Consolidated Financial Statements.

CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

*(continued)*

IN MILLIONS, EXCEPT PER SHARE DATA
NOVEMBER 30

| | 2004 | 2003 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Commercial paper and short-term debt | $ 2,857 | $ 2,331 |
| Securities and other inventory positions sold but not yet purchased | 96,281 | 72,476 |
| Obligation to return securities received as collateral | 4,749 | 3,406 |
| Collateralized financing: | | |
| Securities sold under agreements to repurchase | 105,956 | 107,304 |
| Securities loaned | 14,158 | 13,988 |
| Other secured borrowings | 11,621 | 14,544 |
| Payables: | | |
| Brokers, dealers and clearing organizations | 1,705 | 3,067 |
| Customers | 37,824 | 27,666 |
| Accrued liabilities and other payables | 10,611 | 9,266 |
| Long-term debt: | | |
| Senior notes | 53,561 | 41,303 |
| Subordinated indebtedness | 2,925 | 2,226 |
| Total liabilities | 342,248 | 297,577 |
| Commitments and contingencies | — | 1,310 |
| Preferred securities subject to mandatory redemption | | |
| **STOCKHOLDERS' EQUITY** | 1,345 | 1,045 |
| Preferred stock | | |
| Common stock, $0.10 par value: | | |
| Shares authorized: 600,000,000 in 2004 and 2003; | | |
| Shares issued: 297,796,197 in 2004 and 294,575,285 in 2003; | | |
| Shares outstanding: 274,159,411 in 2004 and 266,679,056 in 2003 | 30 | 29 |
| Additional paid-in capital | 5,865 | 6,164 |
| Accumulated other comprehensive income (net of tax) | (19) | (16) |
| Retained earnings | 9,240 | 7,129 |
| Other stockholders' equity, net | 741 | 1,031 |
| Common stock in treasury, at cost: 23,636,786 shares in 2004 and 27,896,229 shares in 2003 | (2,282) | (2,208) |
| Total stockholders' equity | 14,920 | 13,174 |
| Total liabilities and stockholders' equity | $357,168 | $312,061 |

See Notes to Consolidated Financial Statements.

# CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

IN MILLIONS
YEAR ENDED NOVEMBER 30

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | $ 250 | $ 250 | $ 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning and ending balance | 250 | 250 | 250 |
| 6.50% Cumulative, Series F: | | | |
| Beginning balance | 345 | – | – |
| Shares issued | – | 345 | – |
| Ending balance | 345 | 345 | – |
| Floating Rate (5% Minimum) Cumulative, Series G: | | | |
| Beginning balance | – | – | – |
| Shares issued | 300 | – | – |
| Ending balance | 300 | – | – |
| Total preferred stock, ending balance | 1,345 | 1,045 | 700 |
| **COMMON STOCK, PAR VALUE $0.10 PER SHARE** | | | |
| Beginning balance | 29 | 25 | 25 |
| Shares issued in connection with Neuberger acquisition | – | 3 | – |
| Issued | 1 | 1 | – |
| Ending balance | 30 | 29 | 25 |
| **ADDITIONAL PAID-IN CAPITAL** | | | |
| Beginning balance | 6,164 | 3,628 | 3,362 |
| RSUs exchanged for Common Stock | 135 | (36) | 63 |
| Employee stock-based awards | 132 | 107 | 53 |
| Shares issued to RSU Trust | (717) | (459) | (401) |
| Tax benefit from the issuance of stock-based awards | 468 | 543 | 347 |
| Shares issued in connection with Neuberger acquisition | – | 2,371 | – |
| Neuberger final purchase price valuation adjustment | (307) | – | – |
| Other, net | (10) | 10 | 4 |
| Ending balance | 5,865 | 6,164 | 3,628 |
| **ACCUMULATED OTHER COMPREHENSIVE INCOME** | | | |
| Beginning balance | (16) | (13) | (10) |
| Translation adjustment, net [1] | (3) | (3) | (3) |
| Ending balance | $ (19) | $ (16) | $ (13) |

[1] Net of income taxes of $(2) in 2004, $(1) in 2003 and $(1) in 2002.

See Notes to Consolidated Financial Statements.

76    *Lehman Brothers 2004*

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

*(continued)*

IN MILLIONS
YEAR ENDED NOVEMBER 30

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| **RETAINED EARNINGS** | | | |
| Beginning balance | $ 7,129 | 5,608 | 4,798 |
| Net income | 2,369 | 1,699 | 975 |
| Dividends declared: | | | |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | (18) | (18) | (18) |
| 6.50% Cumulative, Series F Preferred Stock | (23) | (6) | – |
| Floating Rate (3% Minimum) Cumulative, Series G Preferred Stock | (5) | – | – |
| Redeemable Voting Preferred Stock | – | – | (25) |
| Common Stock | (186) | (128) | (96) |
| Ending balance | 9,240 | 7,129 | 5,608 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 3,353 | 2,822 | 2,935 |
| RSUs exchanged for Common Stock | (585) | (425) | (463) |
| Deferred stock awards granted | 1,182 | 957 | 407 |
| Other, net | (76) | (1) | (55) |
| Ending balance | 3,874 | 3,353 | 2,822 |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (852) | (754) | (827) |
| Shares issued to RSU Trust | (876) | (518) | (297) |
| RSUs exchanged for Common Stock | 401 | 444 | 387 |
| Other, net | (26) | (24) | (17) |
| Ending balance | (1,353) | (852) | (754) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (1,470) | (1,319) | (1,560) |
| Deferred stock awards granted | (1,182) | (990) | (407) |
| Amortization of deferred compensation, net | 773 | 625 | 570 |
| Other, net | 99 | 23 | 78 |
| Ending balance | (1,780) | (1,470) | (1,319) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (2,208) | (1,955) | (1,362) |
| Treasury stock purchased | (2,267) | (1,508) | (1,510) |
| RSUs exchanged for Common Stock | 49 | 18 | – |
| Employee stock-based awards | 551 | 260 | 219 |
| Shares issued to RSU Trust | 1,593 | 977 | 698 |
| Ending balance | (2,282) | (2,208) | (1,955) |
| Total stockholders' equity | $14,920 | $13,174 | $ 8,942 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CASH FLOWS

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2004 | 2003 | 2002 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net income | $ 2,369 | $ 1,699 | $ 975 |
| Adjustments to reconcile net income to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 428 | 315 | 258 |
| Deferred tax benefit | (74) | (166) | (670) |
| Tax benefit from the issuance of stock-based awards | 468 | 543 | 347 |
| Amortization of deferred stock compensation | 800 | 625 | 570 |
| September 11th related recoveries, net | — | — | (108) |
| Other real estate reconfiguration charge | 19 | 77 | 128 |
| Regulatory settlement | — | — | 80 |
| Other adjustments | 85 | (26) | 92 |
| Net change in: | | | |
| Cash and securities segregated and on deposit for regulatory and other purposes | (985) | (297) | 486 |
| Securities and other inventory positions owned | (8,936) | (14,736) | 1,968 |
| Resale agreements, net of repurchase agreements | (9,467) | 19,504 | (18,442) |
| Securities borrowed, net of securities loaned | (22,728) | (25,048) | (6,907) |
| Other secured borrowings | (2,923) | 2,700 | 4,069 |
| Receivables from brokers, dealers and clearing organizations | 1,475 | (1,100) | (320) |
| Receivables from customers | (4,432) | (530) | 3,844 |
| Securities and other inventory positions sold but not yet purchased | 23,471 | 5,326 | 17,444 |
| Payables to brokers, dealers and clearing organizations | (1,362) | 1,280 | (1,018) |
| Payables to customers | 10,158 | 10,189 | 3,646 |
| Accrued liabilities and other payables | 1,094 | 1,736 | 277 |
| Other operating assets and liabilities, net | (370) | 346 | (603) |
| Net cash provided by (used in) operating activities | (10,910) | 2,437 | 6,017 |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Derivative contracts with a financing element | 334 | 110 | — |
| Issuance of payments for commercial paper and short-term debt, net | 526 | (38) | (1,623) |
| Issuance of senior notes | 20,059 | 13,193 | 8,415 |
| Principal payments of senior notes | (9,828) | (9,815) | (9,914) |
| Issuance of subordinated indebtedness | 426 | 190 | — |
| Principal payments of subordinated indebtedness | (992) | (322) | (715) |
| Issuance of preferred securities subject to mandatory redemption | — | 600 | — |
| Issuance of common stock | 108 | 57 | 61 |
| Issuance of preferred stock | 300 | 345 | — |
| Purchase of treasury stock | (2,267) | (1,508) | (1,510) |
| Issuance of treasury stock | 551 | 261 | 207 |
| Dividends paid | (258) | (178) | (163) |
| Net cash provided by (used in) financing activities | 8,959 | 2,894 | (4,344) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchase of property, equipment and leasehold improvements, net | (401) | (451) | (656) |
| Proceeds from the sale of 3 World Financial Center, net | — | — | 152 |
| Business acquisitions, net of cash acquired | (130) | (657) | (31) |
| Net cash used in investing activities | (531) | (1,108) | (535) |
| Net change in cash and cash equivalents | (2,482) | 4,223 | 1,138 |
| Cash and cash equivalents, beginning of period | 7,922 | 3,699 | 2,561 |
| Cash and cash equivalents, end of period | $ 5,440 | $ 7,922 | $ 3,699 |

**SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION (IN MILLIONS):**
Interest paid totaled $9,534, $8,654 and $10,686 in 2004, 2003 and 2002, respectively.
Income taxes paid totaled $638, $717 and $436 in 2004, 2003 and 2002, respectively.

See Notes to Consolidated Financial Statements.

## NOTE 14 CAPITAL REQUIREMENTS

We operate globally through a network of subsidiaries, with several subject to regulatory requirements. In the United States, LBI and Neuberger Berman, LLC ("NBLLC"), as registered broker-dealers, are subject to the Securities and Exchange Commission ("SEC") Rule 15c3-1, the Net Capital Rule, which requires these companies to maintain net capital of not less than the greater of 2% of aggregate debit items arising from customer transactions, as defined, or 4% of funds required to be segregated for customers' regulated commodity accounts, as defined. At November 30, 2004, LBI and NBLLC had regulatory net capital, as defined, of $2.4 billion and $196 million, respectively, which exceeded the minimum requirement by $2.2 billion and $178 million, respectively.

Lehman Brothers International (Europe) ("LBIE"), a United Kingdom registered broker-dealer and subsidiary of Holdings, is subject to the capital requirements of the Financial Services Authority ("FSA") of the United Kingdom. Financial resources, as defined, must exceed the total financial resources requirement of the FSA. At November 30, 2004, LBIE's financial resources of approximately $4.7 billion exceeded the minimum requirement by approximately $1.3 billion. Lehman Brothers Japan Inc.'s Tokyo branch, a regulated broker-dealer, is subject to the capital requirements of the Financial Services Agency and, at November 30, 2004, had net capital of approximately $798 million,

which was approximately $261 million in excess of the specified levels required. Lehman Brothers Bank, FSB (the "Bank"), our thrift subsidiary, is regulated by the Office of Thrift Supervision ("OTS"). The Bank exceeds all regulatory capital requirements and is considered well capitalized by the OTS. Certain other non-U.S. subsidiaries are subject to various securities, commodities and banking regulations and capital adequacy requirements promulgated by the regulatory and exchange authorities of the countries in which they operate. At November 30, 2004, these other subsidiaries were in compliance with their applicable local capital adequacy requirements. In addition, our "AAA" rated derivatives subsidiaries. Lehman Brothers Financial Products Inc. ("LBFP") and Lehman Brothers Derivative Products Inc. ("LBDP"), have established certain capital and operating restrictions that are reviewed by various rating agencies. At November 30, 2004, LBFP and LBDP each had capital that exceeded the requirements of the rating agencies.

The regulatory rules referred to above, and certain covenants contained in various debt agreements, may restrict Holdings' ability to withdraw capital from its regulated subsidiaries, which in turn could limit its ability to pay dividends to shareholders. At November 30, 2004, approximately $6.0 billion of net assets of subsidiaries were restricted as to the payment of dividends to Holdings.

## NOTE 15 EARNINGS PER COMMON SHARE

Earnings per common share was calculated as follows:

### EARNINGS PER COMMON SHARE

| IN MILLIONS, EXCEPT PER SHARE DATA<br>YEAR ENDED NOVEMBER 30 | 2004 | 2003 | 2002 |
|---|---|---|---|
| **NUMERATOR:** | | | |
| Net income | $2,369 | $1,699 | $ 975 |
| Preferred stock dividends | 72 | 50 | 69 |
| Numerator for basic earnings per share—net income applicable to common stock | $2,297 | $1,649 | $ 906 |
| **DENOMINATOR:** | | | |
| Denominator for basic earnings per share—weighted-average common shares | 274.7 | 245.7 | 245.4 |
| Effect of dilutive securities: | | | |
| Employee stock options | 13.8 | 12.2 | 12.4 |
| Restricted stock units | 2.2 | 2.0 | 3.4 |
| Dilutive potential common shares | 16.0 | 14.2 | 15.8 |
| Denominator for diluted earnings per share—weighted-average common and dilutive potential common shares[1] | 290.7 | 259.9 | 261.2 |
| Basic earnings per share | $ 8.36 | $ 6.71 | $ 3.69 |
| Diluted earnings per share | $ 7.90 | $ 6.35 | $ 3.47 |
| [1] Anti-dilutive options and restricted stock units excluded from the calculations of diluted earnings per share | 2.0 | 8.0 | 10.0 |

## NOTE 16 INCENTIVE PLANS

### Employee Stock Purchase Plan

The Employee Stock Purchase Plan (the "ESPP") allowed employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. The number of shares of Common Stock authorized for purchase by eligible employees was 12.0 million. At November 30, 2004 and 2003, 6.3 million shares and 6.1 million shares, respectively, of Common Stock had cumulatively been purchased by eligible employees through the ESPP. On June 30, 2004, the ESPP expired following the completion of its 10-year term as approved by shareholders.

### 1994 Management Ownership Plan

The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan") provides for the issuance of RSUs, performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. A total of 33.3 million shares of Common Stock may be granted under the 1994 Plan. At November 30, 2004, RSU, PSU and stock option awards with respect to 33.1 million shares of Common Stock have been made under the 1994 Plan, of which 3.1 million are outstanding and 30.0 million have been converted to freely transferable Common Stock. On May 31, 2004 the 1994 Plan expired following the completion of its 10-year term.

### 1996 Management Ownership Plan

The 1996 Management Ownership Plan (the "1996 Plan"), under which awards similar to those of the 1994 Plan may be granted, provides for up to 42.0 million shares of Common Stock to be subject to awards. At November 30, 2004, RSU, PSU and stock option awards with respect to 38.2 million shares of Common Stock have been made under the 1996 Plan of which 14.9 million are outstanding and 23.3 million have been converted to freely transferable Common Stock.

### Employee Incentive Plan

The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization from the Board of Directors to issue up to 246.0 million shares of Common Stock that may be subject to awards. At November 30, 2004 awards with respect to 220.2 million shares of Common Stock have been made under the EIP of which 115.3 million are outstanding and 104.9 million have been converted to freely transferable Common Stock.

### 1999 Long Term Incentive Plan

The 1999 Neuberger Berman Inc. Long-Term Incentive Plan (the "LTIP") provides for the grant of restricted stock, restricted units, incentive stock, incentive units, deferred shares, supplemental units and stock options. The total number of shares of Common Stock that may be issued under the LTIP may not exceed 7.7 million. At November 30, 2004, awards with respect to approximately 6.7 million shares of Common Stock have been made under the LTIP, of which approximately 5.2 million restricted shares, RSUs and stock options

are outstanding and 1.5 million have been converted to freely transferable Common Stock.

### 1999 Directors Stock Incentive Plan

The 1999 Neuberger Berman Inc. Directors Stock Incentive Plan (the "DSIP") provided for the grant of stock options or restricted stock to non-employee members of Neuberger's board of directors. Non-employee directors could elect to exchange a portion of their annual cash retainer paid by Neuberger for services rendered as a director for restricted stock. At November 30, 2004, awards with respect to approximately 62,000 shares have been made under the DSIP of which approximately 52,000 stock option awards are outstanding and approximately 10,000 have been converted to freely transferable Common Stock. We do not intend to issue additional awards from the DSIP.

### Wealth Accumulation Plan

The Neuberger Berman Inc. Wealth Accumulation Plan (the "WAP") provides that on an annual basis, employees who receive commissions and other direct pay and those eligible for a bonus may elect to defer a portion of their compensation. In each case, up to 20% of total compensation may be deferred with a maximum deferral of up to $500,000, provided that employees who receive an annual bonus may in any event, defer no more than the full amount of the bonus. Amounts deferred by employees are used to acquire, on a pretax basis, the Common Stock at a 25% discount from market value. Any stock so acquired is restricted with respect to transfer or sale and vests three years after the grant date. Certain benefits of ownership, including the payment of any dividends declared during the restricted period, belong to the employees. At November 30, 2004, awards with respect to approximately 155,000 shares of Common Stock have been made under the WAP of which approximately 74,000 shares are outstanding and approximately 81,000 have been converted to freely transferable Common Stock. We do not intend to allow further deferrals under the WAP and the WAP will terminate on the last day on which any restricted stock outstanding under the WAP becomes vested.

### Restricted Stock Units

Eligible employees receive RSUs, in lieu of cash, as a portion of their total compensation. There is no further cost to employees associated with the RSU awards. We measure compensation cost for RSUs based on the market value of our Common Stock at the grant date for awards granted prior to 2004 and based on the market value of our Common Stock at the grant date less a discount for sale restriction subsequent to the vesting date for awards granted in 2004. We amortize this amount to expense over the applicable service periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years from the grant date. We accrue a dividend equivalent on each RSU outstanding (in the form of additional RSUs), based on dividends declared on our Common Stock.

The following table summarizes RSUs outstanding under stock-based incentive plans:

### RESTRICTED STOCK UNITS

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Balance, beginning of year | 64,343,313 | 69,338,068 | 76,457,971 |
| Granted | 14,899,012 | 14,796,772[*] | 9,178,667 |
| Canceled | (1,276,002) | (1,447,319) | (1,750,479) |
| Exchanged for stock without restrictions | (13,723,930) | (18,344,208) | (14,547,191) |
| Balance, end of year | 64,242,393 | 64,343,313 | 69,338,068 |
| Shares held in RSU Trust | (38,861,068) | (33,408,893) | (36,641,395) |
| RSUs outstanding, net of shares held in RSU trust | 25,381,325 | 30,934,420 | 32,696,673 |

[*] Includes approximately 1.7 million RSUs granted in 2003 related to our acquisition of Neuberger. See Note 6 to the Consolidated Financial Statements for additional information about the Neuberger acquisition.

We have repurchased approximately 40 million shares to offset the future delivery requirements associated with the above RSUs. These shares either were transferred to the RSU Trust or are held as Treasury stock. Of the RSUs outstanding at November 30, 2004, approximately 39.9 million were amortized and included in basic and diluted earnings per share, approximately 9.7 million will be amortized during 2005, and the remainder will be amortized subsequent to November 30, 2005. See Note 15 to the Consolidated Financial Statements for additional information.

Included in the previous table are PSUs we awarded to certain senior officers. The number of PSUs that may be earned is dependent on achieving certain performance levels within predetermined performance periods. During the performance period, these PSUs are accounted for as variable awards. At the end of a performance period, any PSUs earned will convert one-for-one to RSUs that then vest in three or more years. At November 30, 2004, approximately 11.2 million PSUs had been awarded, of which 6.4 million remained outstanding, subject to vesting and transfer restrictions. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

### Stock Options

The following table summarizes stock option activity for the years ended November 30, 2004, 2003 and 2002:

### STOCK OPTION ACTIVITY

| | Options | Weighted-Average Exercise Price | Expiration Dates |
|---|---|---|---|
| Balance, November 30, 2001 | 68,394,214 | $37.53 | 1/02–11/11 |
| Granted | 26,211,503 | $54.94 | |
| Exercised | (9,652,041) | $25.02 | |
| Canceled | (1,413,184) | $43.20 | |
| Balance, November 30, 2002 | 83,540,492 | $44.21 | 11/03–11/12 |
| Granted[*] | 15,536,462 | $66.98 | |
| Exercised[*] | (10,595,469) | $28.06 | |
| Canceled[*] | (1,734,835) | $46.63 | |
| Balance, November 30, 2003 | 86,746,650 | $50.21 | 12/03–11/13 |
| Granted | 5,423,596 | $80.74 | |
| Exercised | (17,167,352) | $36.36 | |
| Canceled | (1,459,299) | $56.48 | |
| Balance, November 30, 2004 | 73,543,595 | $55.57 | 12/04–11/14 |

[*] Includes approximately 4.3 million stock options granted, 0.3 million stock options exercised, and 0.1 million stock options canceled in 2003 related to our acquisition of Neuberger. See Note 6 to the Consolidated Financial Statements for additional information about the Neuberger acquisition.

KK-15

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

**The Board of Directors and Stockholders of Lehman Brothers Holdings Inc.**

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. (the "Company") as of November 30, 2005 and 2004, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended November 30, 2005. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. at November 30, 2005 and 2004, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2005, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of Lehman Brothers Holdings Inc.'s internal control over financial reporting as of November 30, 2005, based on criteria established in *Internal Control–Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 13, 2006 expressed an unqualified opinion thereon.

*Ernst & Young LLP*

New York, New York
February 13, 2006

## CONSOLIDATED STATEMENT OF INCOME

| IN MILLIONS, EXCEPT PER SHARE DATA<br>YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| **REVENUES** | | | |
| Principal transactions | $ 7,811 | $ 5,699 | $ 4,272 |
| Investment banking | 2,894 | 2,188 | 1,722 |
| Commissions | 1,728 | 1,537 | 1,210 |
| Interest and dividends | 19,043 | 11,032 | 9,942 |
| Asset management and other | 944 | 794 | 141 |
| Total revenues | 32,420 | 21,250 | 17,287 |
| Interest expense | 17,790 | 9,674 | 8,640 |
| Net revenues | 14,630 | 11,576 | 8,647 |
| | | | |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 7,213 | 5,730 | 4,318 |
| Technology and communications | 834 | 764 | 598 |
| Brokerage and clearance fees | 503 | 453 | 367 |
| Occupancy | 490 | 421 | 319 |
| Professional fees | 282 | 252 | 158 |
| Business development | 234 | 211 | 149 |
| Other | 245 | 208 | 125 |
| Real estate reconfiguration charge | – | 19 | 77 |
| Total non-personnel expenses | 2,588 | 2,328 | 1,793 |
| Total non-interest expenses | 9,801 | 8,058 | 6,111 |
| Income before taxes and dividends on trust preferred securities | 4,829 | 3,518 | 2,536 |
| Provision for income taxes | 1,569 | 1,125 | 765 |
| Dividends on trust preferred securities | – | 24 | 72 |
| Net income | $ 3,260 | $ 2,369 | $ 1,699 |
| Net income applicable to common stock | $ 3,191 | $ 2,297 | $ 1,649 |
| | | | |
| **EARNINGS PER SHARE** | | | |
| Basic | $ 11.47 | $ 8.36 | $ 6.71 |
| Diluted | $ 10.87 | $ 7.90 | $ 6.35 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

IN MILLIONS
NOVEMBER 30

| | 2005 | 2004 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 4,900 | $ 3,440 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 5,744 | 4,085 |
| Financial instruments and other inventory positions owned: | | |
| (includes $36,369 in 2005 and $27,418 in 2004 pledged as collateral) | 177,438 | 144,468 |
| Securities received as collateral | 4,975 | 4,749 |
| Collateralized agreements: | | |
| Securities purchased under agreements to resell | 106,209 | 95,535 |
| Securities borrowed | 78,455 | 74,294 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 7,454 | 3,400 |
| Customers | 12,887 | 13,241 |
| Others | 1,302 | 2,123 |
| Property, equipment and leasehold improvements | | |
| (net of accumulated depreciation and amortization of $1,448 in 2005 and $1,187 in 2004) | 2,885 | 2,988 |
| Other assets | 4,558 | 3,562 |
| Identifiable intangible assets and goodwill | | |
| (net of accumulated amortization of $257 in 2005 and $212 in 2004) | 3,256 | 3,284 |
| Total assets | $410,063 | $357,168 |

See Notes to Consolidated Financial Statements.

# CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

*(continued)*

IN MILLIONS, EXCEPT PER SHARE DATA
NOVEMBER 30

| | 2005 | 2004 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 2,941 | $ 2,857 |
| Short-term borrowings | 110,577 | 96,281 |
| Financial instruments and other inventory positions sold but not yet purchased | 4,975 | 4,749 |
| Obligation to return securities received as collateral | | |
| Collateralized financings: | 116,155 | 105,956 |
| Securities sold under agreements to repurchase | 13,154 | 14,158 |
| Securities loaned | 23,116 | 11,621 |
| Other secured borrowings | | |
| Payables: | 1,870 | 1,705 |
| Brokers, dealers and clearing organizations | 47,210 | 37,824 |
| Customers | 10,962 | 10,611 |
| Accrued liabilities and other payables | 62,309 | 56,486 |
| Long-term borrowings | 393,269 | 342,248 |
| Total liabilities | | |
| Commitments and contingencies | | |
| **STOCKHOLDERS' EQUITY** | 1,095 | 1,345 |
| Preferred stock | | |
| Common stock, $0.10 par value; | | |
| Shares authorized: 600,000,000 in 2005 and 2004; | | |
| Shares issued: 302,668,973 in 2005 and 297,796,197 in 2004; | 30 | 30 |
| Shares outstanding: 271,437,103 in 2005 and 274,159,411 in 2004 | 6,314 | 5,865 |
| Additional paid-in capital | (16) | (19) |
| Accumulated other comprehensive income (net of tax) | 12,198 | 9,240 |
| Retained earnings | 765 | 741 |
| Other stockholders' equity, net | | |
| Common stock in treasury, at cost: 31,231,870 shares in 2005 and | (3,592) | (2,282) |
| 23,636,786 shares in 2004 | 15,699 | 13,575 |
| Total common stockholders' equity | 16,794 | 14,920 |
| Total stockholders' equity | $410,063 | $357,168 |
| Total liabilities and stockholders' equity | | |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | $ 250 | $ 250 | $ 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning balance | 250 | 250 | 250 |
| Redemptions | (250) | – | – |
| Ending balance | – | 250 | 250 |
| 6.50% Cumulative, Series F: | | | |
| Beginning balance | 345 | 345 | – |
| Issuances | – | – | 345 |
| Ending balance | 345 | 345 | 345 |
| Floating Rate (3% Minimum) Cumulative, Series G: | | | |
| Beginning balance | 300 | – | – |
| Issuances | – | 300 | 300 |
| Ending balance | 300 | 300 | – |
| Total preferred stock, ending balance | 1,095 | 1,345 | 1,045 |
| **COMMON STOCK, PAR VALUE $0.10 PER SHARE** | | | |
| Beginning balance | 30 | 29 | 25 |
| Issuances in connection with Neuberger acquisition | – | 1 | – |
| Other Issuances | – | – | 3 |
| Ending balance | 30 | 30 | 25 |
| **ADDITIONAL PAID-IN CAPITAL** | | | |
| Beginning balance | 5,865 | 6,164 | 3,628 |
| RSUs exchanged for Common Stock | 184 | 135 | (36) |
| Employee stock-based awards | (760) | (585) | (352) |
| Tax benefit from the issuance of stock-based awards | 1,005 | 468 | 343 |
| Share issuances in connection with Neuberger acquisition | – | – | 2,371 |
| Neuberger final purchase price adjustment | – | (307) | – |
| Other, net | 20 | (10) | 10 |
| Ending balance | 6,314 | 5,865 | 6,164 |
| **ACCUMULATED OTHER COMPREHENSIVE INCOME** | | | |
| Beginning balance | (19) | (16) | (13) |
| Translation adjustment, net [1] | 3 | (3) | (3) |
| Ending balance | $ (16) | $ (19) | $ (16) |

[1] Net of income taxes of $1 in 2005, $(2) in 2004 and $(1) in 2003.

See Notes to Consolidated Financial Statements.

# CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

*(continued)*

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| **RETAINED EARNINGS** | | | |
| Beginning balance | $ 9,240 | $ 7,129 | $ 5,608 |
| Net income | 3,260 | 2,369 | 1,699 |
| Dividends declared: | | | |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | (9) | (18) | (18) |
| 6.50% Cumulative, Series F Preferred Stock | (22) | (23) | (6) |
| Floating Rate (3% Minimum) Cumulative, Series G Preferred Stock | (12) | (5) | |
| Common Stock | (233) | (186) | (128) |
| Ending balance | 12,198 | 9,240 | 7,129 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 3,874 | 3,353 | 2,822 |
| RSUs exchanged for Common Stock | (832) | (585) | (425) |
| Deferred stock awards granted | 1,574 | 1,182 | 957 |
| Other, net | (68) | (76) | (1) |
| Ending balance | 4,548 | 3,874 | 3,353 |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (1,353) | (852) | (754) |
| Employee stock-based awards | (676) | (876) | (518) |
| RSUs exchanged for Common Stock | 549 | 401 | 444 |
| Other, net | (30) | (26) | (24) |
| Ending balance | (1,510) | (1,353) | (852) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (1,780) | (1,470) | (1,119) |
| Deferred stock awards granted | (1,574) | (1,182) | (999) |
| Amortization of deferred compensation, net | 988 | 773 | 625 |
| Other, net | 93 | 99 | 23 |
| Ending balance | (2,273) | (1,780) | (1,470) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (2,282) | (2,208) | (1,955) |
| Repurchases of Common Stock | (2,994) | (1,693) | (967) |
| Shares reacquired from employee transactions | (1,163) | (574) | (541) |
| RSUs exchanged for Common Stock | 99 | 49 | 18 |
| Employee stock-based awards | 2,748 | 2,144 | 1,237 |
| Ending balance | (3,592) | (2,282) | (2,208) |
| Total stockholders' equity | $16,794 | $14,920 | $13,174 |

See Notes to Consolidated Financial Statements.

### IDENTIFIABLE INTANGIBLE ASSETS AND GOODWILL

Identifiable intangible assets with finite lives are amortized over their expected useful lives. Identifiable intangible assets with indefinite lives and goodwill are not amortized. Instead, these assets are evaluated at least annually for impairment. Goodwill is reduced upon the recognition of certain acquired net operating loss carryforward benefits.

### EQUITY-BASED COMPENSATION

SFAS No. 123, *"Accounting for Stock-Based Compensation"*, ("SFAS 123") established financial accounting and reporting standards for equity-based employee and non-employee compensation. SFAS 123 permits companies to account for equity-based employee compensation using the intrinsic-value method prescribed by Accounting Principles Board ("APB") Opinion No. 25, *"Accounting for Stock Issued to Employees"*, ("APB 25"), or using the fair-value method prescribed by SFAS 123. Through November 30, 2003, we followed APB 25 and its related interpretations to account for equity-based employee compensation. Accordingly, no compensation expense was recognized for stock option awards because the exercise price equaled or exceeded the market value of our common stock on the grant date.

In 2004, we adopted the fair value recognition provisions of SFAS 123 as amended by SFAS No. 148, *"Accounting for Stock-Based Compensation–Transition and Disclosure, an amendment of FASB Statement No. 123"*, using the prospective adoption method. Under this method of adoption, compensation expense is recognized based on the fair value of stock options and RSUs granted for 2004 and future years over the related service periods. Stock options granted for the years ended November 30, 2003 and before continue to be accounted for under APB 25. Adoption of SFAS 123 also required us to change the fair value measurement method for RSUs. Under SFAS 123, the fair value measurement of an RSU must include a discount from the market value of an unrestricted share of common stock on the RSU grant date for selling restrictions subsequent to the vesting date. RSUs granted prior to 2004 continue to be measured at the market value of an unrestricted share of common stock on the RSU grant date is not recognized for selling restrictions subsequent to the vesting date. Under both APB 25 and SFAS 123, compensation expense for RSUs with future service requirements is recognized over the relevant stated vesting periods of the awards. See Accounting Developments below for a discussion of SFAS No. 123(R), *"Share-Based Payment"* ("SFAS 123(R)"), which we are required to adopt on December 1, 2005.

Our equity-based employee award plans provide for the accrual of non-cash dividend equivalents on outstanding RSUs. These dividend equivalents on RSUs are charged to retained earnings as declared.

The following table illustrates the effect on net income and earnings per share for the years ended November 30, 2005, 2004, and 2003 if the fair-value-based retroactive method prescribed by SFAS 123 had been applied to all awards granted prior to fiscal year 2004:

| EQUITY BASED COMPENSATION–PRO FORMA NET INCOME AND EARNINGS PER SHARE | | | |
|---|---|---|---|
| IN MILLIONS, EXCEPT PER SHARE DATA<br>YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
| Net income, as reported | $ 3,260 | $2,369 | $1,699 |
| Add: stock-based employee compensation expense included in reported net income, net of related tax effect | 611 | 464 | 362 |
| Deduct: stock-based employee compensation expense determined under the fair-value-based method for all awards, net of related tax effect | (694) | (623) | (534) |
| Pro forma net income | $ 3,177 | $2,210 | $1,527 |
| Earnings per share: | | | |
| Basic, as reported | $ 11.47 | $ 8.36 | $ 6.71 |
| Basic, pro forma | $ 11.17 | $ 7.78 | $ 6.01 |
| Diluted, as reported | $ 10.87 | $ 7.90 | $ 6.35 |
| Diluted, pro forma | $ 10.64 | $ 7.42 | $ 5.77 |

We used the Black-Scholes option-pricing model to measure the fair value of the stock options granted during 2005 and 2004, as well as for the measurement of fair value utilized to quantify the pro forma effects on net income and earnings per share of the fair value of stock options outstanding during 2005, 2004 and 2003. Based on the results of the model, the weighted average fair values of the stock options granted were $26.48, $19.26, and $22.02 for 2005, 2004 and 2003, respectively. The weighted average assumptions used for 2005, 2004 and 2003 were as follows:

### WEIGHTED AVERAGE BLACK-SCHOLES ASSUMPTIONS

| YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| Risk-free interest rate | 3.97% | 3.04% | 3.10% |
| Expected volatility | 23.73% | 28.09% | 35.00% |
| Dividends per share | $0.80 | $0.64 | $0.48 |
| Expected life | 3.9 years | 3.7 years | 4.6 years |

The increase in the weighted average fair value price of stock options granted in 2005 compared with 2004 resulted primarily from the higher price of the Company's stock on the grant dates. The expected volatility declined due to lower volatility in our stock over the historical and future periods the Company uses to determine volatility.

### EARNINGS PER SHARE

We compute earnings per share ("EPS") in accordance with SFAS No. 128, *"Earnings per Share"*. Basic EPS is computed by dividing net income applicable to common stock by the weighted average number of common shares outstanding, which includes restricted stock units for which service has been provided. Diluted EPS includes the components of basic EPS and also includes the dilutive effects of restricted stock units for which service has not yet been provided and employee stock options. See Notes 13 and 14 to the Consolidated Financial Statements for additional information about EPS.

### INCOME TAXES

We account for income taxes in accordance with SFAS No. 109, *"Accounting for Income Taxes"*, ("SFAS 109"). We recognize the current and deferred tax consequences of all transactions that have been recognized in the financial statements using the provisions of the enacted tax laws. Deferred tax assets are recognized for temporary differences that will result in deductible amounts in future years and for tax loss carryforwards. We record a valuation allowance to reduce deferred tax assets to an amount that more likely than not will be realized. Deferred tax liabilities are recognized for temporary differences that will result in taxable income in future years. Contingent liabilities related to income taxes are recorded when probable and reasonably estimable in accordance with SFAS No. 5, *"Accounting for Contingencies"*.

### CASH EQUIVALENTS

Cash equivalents include highly liquid investments not held for resale with maturities of three months or less when we acquire them.

### FOREIGN CURRENCY TRANSLATION

Assets and liabilities of foreign subsidiaries having non-U.S.-dollar functional currencies are translated at exchange rates at the Consolidated Statement of Financial Condition date. Revenues and expenses are translated at average exchange rates during the period. The gains or losses resulting from translating foreign currency financial statements into U.S. dollars, net of hedging gains or losses and taxes, are included in Accumulated other comprehensive income, a component of Stockholders' equity. Gains or losses resulting from foreign currency transactions are included in the Consolidated Statement of Income.

### ACCOUNTING DEVELOPMENTS

**FSP FAS 109-2** In December 2004, the FASB issued FSP FAS 109-2 *"Accounting and Disclosure Guidance for the Foreign Earnings Repatriation Provision within the American Jobs Creation Act of 2004"*, ("FSP FAS 109-2") which provides guidance on the accounting implications of the American Jobs Creation Act of 2004 (the "Act") related to the one-time tax benefit for the repatriation of foreign earnings. The Act creates a temporary incentive for U.S. corporations to repatriate accumulated income earned outside the U.S. by providing an 85 percent dividends received deduction for certain dividends from controlled foreign corporations. We have reviewed the Act to determine the implications of repatriating all or a portion of our accumulated non-U.S. retained earnings pool and determined that we would not generate any material tax benefits associated with the Act, as any amounts able to be repatriated under the Act would not be material.

**SFAS 123(R)** In December 2004, the FASB issued SFAS No. 123(R), *"Share-Based Payment"*, ("SFAS 123(R)"), which we will adopt on December 1, 2005. SFAS 123(R) requires public companies to recognize expense in the income statement for the grant-date fair value of awards of equity instruments granted to employees. Expense is to be recognized over the period during which employees are required to provide service.

SFAS 123(R) also clarifies and expands the guidance in SFAS 123 in several areas, including measuring fair value and attributing compensation cost to reporting periods. Under the modified prospective transition method applied in the adoption of SFAS 123(R), compensation cost will be recognized for the unamortized portion of outstanding awards granted prior to the adoption of SFAS 123. Upon adoption of SFAS 123(R) on December 1, 2005, we will recognize an after-tax gain of approximately $47 million as the cumulative effect of a change

tion price of $500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series C Preferred Stock beginning on May 31, 2008. The $250 million redemption value of the shares outstanding at November 30, 2005 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

*Series D* On July 21, 1998, Holdings issued 4,000,000 Depositary Shares, each representing 1/100th of a share of 5.67% Cumulative Preferred Stock, Series D ("Series D Preferred Stock"), $1.00 par value. The shares of Series D Preferred Stock have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series D Preferred Stock beginning on August 31, 2008. The $200 million redemption value of the shares outstanding at November 30, 2005 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

*Series E* On March 28, 2000, Holdings issued 5,000,000 Depositary Shares, each representing 1/100th of a share of Fixed/Adjustable Rate Cumulative Preferred Stock, Series E ("Series E Preferred Stock"), $1.00 par value. The initial cumulative dividend rate on the Series E Preferred Stock was 7.115% per annum through May 31, 2005. On May 31, 2005, Holdings redeemed all of our issued and outstanding shares, together with accumulated and unpaid dividends.

*Series F* On August 20, 2003, Holdings issued 13,800,000 Depositary Shares, each representing 1/100th of a share of 6.50% Cumulative Preferred Stock, Series F ("Series F Preferred Stock"), $1.00 par value. The shares of Series F Preferred Stock have a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series F Preferred Stock beginning on August 31, 2008. The $345 million redemption value of the shares outstanding at November 30, 2005 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

*Series G* On January 30, 2004 and August 16, 2004 Holdings issued 5,200,000 and 6,800,000, respectively, Depositary Shares, each

representing 1/100th of a share of Holdings' Floating Rate Cumulative Preferred Stock, Series G ("Series G Preferred Stock"), $1.00 par value, for a total of $130 million and $170 million, respectively. Dividends on the Series G Preferred Stock are payable at a floating rate per annum of one-month LIBOR plus 0.75%, with a floor of 3.0% per annum. The Series G Preferred Stock has a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series G Preferred Stock beginning on February 15, 2009. The $300 million redemption value of the shares outstanding at November 30, 2005 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

The Series C, D, F and G Preferred Stock have no voting rights except as provided below or as otherwise from time to time required by law. If dividends payable on any of the Series C, D, F or G Preferred Stock or on any other equally-ranked series of preferred stock have not been paid for six or more quarters, whether or not consecutive, the authorized number of directors of the Company will automatically be increased by two. The holders of the Series C, D, F or G Preferred Stock will have the right, with holders of any other equally-ranked series of preferred stock that have similar voting rights and on which dividends likewise have not been paid, voting together as a class, to elect two directors to fill such newly created directorships until the dividends in arrears are paid.

**COMMON STOCK**

Dividends declared per common share were $0.80, $0.64 and $0.48 in 2005, 2004 and 2003, respectively. During the years ended November 30, 2005, 2004 and 2003, we repurchased or acquired shares of our common stock at an aggregate cost of approximately $4.2 billion, $2.3 billion and $1.5 billion, respectively, or $103.17, $78.20, and $65.22 per share, respectively. These shares were acquired in the open market and from employees who tendered mature shares to pay for the exercise cost of stock options or for statutory tax withholding obligations on RSU issuances or option exercises.

Changes in the number of shares of common stock outstanding are as follows:

### COMMON STOCK

| NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| Shares outstanding, beginning of period | 274,159,411 | 266,679,056 | 231,131,043 |
| Exercise of stock options and other share issuances | 26,571,357 | 18,474,422 | 11,538,125 |
| Shares issued to the RSU Trust | 11,000,000 | 18,000,000 | 14,000,000 |
| Shares issued in connection with the Neuberger acquisition | — | — | 33,130,804 |
| Treasury stock acquisitions | (40,293,665) | (28,994,067) | (23,120,916) |
| Shares outstanding, end of period | 271,437,103 | 274,159,411 | 266,679,056 |

# NOTE 13 EARNINGS PER SHARE

Earnings per share was calculated as follows:

### EARNINGS PER SHARE

| IN MILLIONS, EXCEPT PER SHARE DATA YEAR ENDED NOVEMBER 30 | 2005 | 2004 | 2003 |
|---|---|---|---|
| **NUMERATOR:** | | | |
| Net income | $3,260 | $2,369 | $1,699 |
| Preferred stock dividends | 69 | 72 | 50 |
| Numerator for basic earnings per share—net income applicable to common stock | $3,191 | $2,297 | $1,649 |
| **DENOMINATOR:** | | | |
| Denominator for basic earnings per share—weighted average common shares | 278.2 | 274.7 | 245.7 |
| Effect of dilutive securities: | | | |
| Employee stock options | 12.7 | 13.8 | 12.2 |
| Restricted stock units | 2.7 | 2.2 | 2.0 |
| Dilutive potential common shares | 15.4 | 16.0 | 14.2 |
| Denominator for diluted earnings per share—weighted average common and dilutive potential common shares [1] | 293.6 | 290.7 | 259.9 |
| Basic earnings per share | $11.47 | $ 8.36 | $ 6.71 |
| Diluted earnings per share | $10.87 | $ 7.90 | $ 6.35 |
| [1] Anti-dilutive options and restricted stock units excluded from the calculations of diluted earnings per share. | 4.3 | 2.0 | 8.0 |

# NOTE 14 EMPLOYEE INCENTIVE PLANS

In 2004 the Company adopted the fair value recognition provisions of SFAS 123 using the prospective adoption method. The Company's adoption of SFAS 123 on a prospective basis in 2004 resulted in a change in measurement for employee stock awards. See Note 1 for a further discussion.

### EMPLOYEE STOCK PURCHASE PLAN

On June 30, 2004, the Employee Stock Purchase Plan (the "ESPP") expired following the completion of its 10-year term as approved by shareholders. The ESPP allowed employees to purchase Common Stock at a 15% discount from market value, with a maximum of $25,000 in annual aggregate purchases by any one individual. At November 30, 2004 6.3 million shares of Common Stock had cumulatively been purchased by eligible employees through the ESPP.

### 1994 MANAGEMENT OWNERSHIP PLAN

On May 31, 2004 the Lehman Brothers Holdings Inc. Management Ownership Plan (the "1994 Plan") expired following the completion of its 10-year term. The 1994 Plan provided for the issuance of RSUs, performance stock units ("PSUs"), stock options and other equity awards for a period of up to ten years to eligible employees. At November 30, 2005, RSU, PSU and stock option awards with respect to 33.1 million shares of Common Stock have been made under the 1994 Plan, of which 3.1 million are outstanding and 30.0 million have been converted to freely transferable Common Stock.

### 1996 MANAGEMENT OWNERSHIP PLAN

The 1996 Management Ownership Plan (the "1996 Plan"), under which awards similar to those of the 1994 Plan may be granted, provides for up to 42.0 million shares of Common Stock to be subject to awards. At November 30, 2005, RSU, PSU and stock option awards with respect to 39.5 million shares of Common Stock have been made under the 1996 Plan of which 9.5 million are outstanding and 30.0 million have been converted to freely transferable Common Stock.

### EMPLOYEE INCENTIVE PLAN

The Employee Incentive Plan ("EIP") has provisions similar to the 1994 Plan and the 1996 Plan, and authorization from the Board of Directors to issue up to 246.0 million shares of Common Stock that may be subject to awards. At November 30, 2005 awards with respect to 231.9 million shares of Common Stock have been made under the EIP of which 93.0 million are outstanding and 138.9 million have been converted to freely transferable Common Stock.

### STOCK INCENTIVE PLAN

The Stock Incentive Plan ("SIP") has provisions similar to the 1994 Plan, the 1996 Plan and the EIP, and authorization from the Board of Directors to issue up to 10.0 million shares of Common Stock that may be subject to awards. At November 30, 2005 awards with respect to 2.3 million shares of Common Stock have been made under the SIP of which 2.3 million are outstanding.

### 1999 LONG-TERM INCENTIVE PLAN

The 1999 Neuberger Berman Inc. Long-Term Incentive Plan (the "LTIP") provided for the grant of restricted stock, restricted units, incentive stock, incentive units, deferred shares, supplemental units and stock options. The total number of shares of Common Stock that may be issued under the LTIP may not exceed 7.7 million. At November 30, 2005, awards with respect to approximately 6.7 million shares of Common Stock have been made under the LTIP, of which approximately 3.7 million restricted shares, RSUs and stock options are outstanding and 3.0 million have been converted to freely transferable Common Stock.

### 1999 DIRECTORS STOCK INCENTIVE PLAN

The 1999 Neuberger Berman Inc. Directors Stock Incentive Plan (the "DSIP") provided for the grant of stock options or restricted stock to non-employee members of Neuberger's board of directors. Non-employee directors could elect to exchange a portion of their annual cash retainer paid by Neuberger for services rendered as a director for restricted stock. At November 30, 2004, awards with respect to approximately 62,000 shares have been made under the DSIP of which all shares have been converted to freely transferable Common Stock. We do not intend to grant additional awards from the DSIP.

### RESTRICTED STOCK UNITS

Eligible employees receive RSUs, in lieu of cash, as a portion of their total compensation. There is no further cost to employees associated with the RSU awards. For awards granted prior to 2004, we measure compensation cost for RSUs based on the market value of our Common Stock at the grant date in accordance with APB 25. For awards granted beginning in 2004 we measure compensation cost based on the market value of our Common Stock at the grant date less a discount for sale restrictions subsequent to the vesting date in accordance with our adoption of SFAS 123 on a prospective basis. RSUs granted in each of the years presented contain selling restrictions subsequent to the vesting date. We amortize the RSU awards over the applicable service periods. RSU awards made to employees have various vesting provisions and generally convert to unrestricted freely transferable Common Stock five years from the grant date. We accrue a dividend equivalent on each RSU outstanding (in the form of additional RSUs), based on dividends declared on our Common Stock.

The following table summarizes RSUs outstanding under stock-based incentive plans:

| RESTRICTED STOCK UNITS | 2005 | 2004 | 2003 |
|---|---|---|---|
| Balance, beginning of year | 64,242,393 | 64,343,313 | 69,338,068 |
| Granted | 13,965,142 | 14,899,012 | 14,796,772 [1] |
| Canceled | (1,512,954) | (1,276,002) | (1,447,319) |
| Exchanged for stock without restrictions | (16,485,744) | (13,723,930) | (18,344,208) |
| Balance, end of year | 60,208,837 | 64,242,393 | 64,343,313 |
| Shares held in RSU Trust | (34,558,884) | (38,861,068) | (33,408,893) |
| RSUs outstanding, net of shares held in RSU trust | 25,649,953 | 25,381,325 | 30,934,420 |

[1] Includes approximately 1.7 million RSUs granted in 2003 related to our acquisition of Neuberger. See Note 5 to the Consolidated Financial Statements for additional information about the Neuberger acquisition.

Of the RSUs outstanding at November 30, 2005, approximately 36 million were amortized and included in basic and diluted earnings per share, approximately 10 million will be amortized during 2006, and the remainder will be amortized subsequent to November 30, 2006. See Note 11 to the Consolidated Financial Statements for additional information.

Included in the previous table are PSUs awarded to certain senior officers prior to 2004. The number of PSUs that may be earned is dependent on achieving certain performance levels within predetermined performance periods. During the performance period, these PSUs are accounted for as variable awards. At the end of a performance period, any PSUs earned will convert one-for-one to RSUs that then vest in three or more years. At November 30, 2005, approximately 11.2 million PSUs had been awarded, of which 6.0 million remained outstanding, subject to vesting and transfer restrictions. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

## STOCK OPTIONS

The following table summarizes stock option activity for the years ended November 30, 2005, 2004 and 2003:

### STOCK OPTION ACTIVITY

| | Options | Weighted Average Exercise Price | Expiration Dates |
|---|---|---|---|
| Balance, November 30, 2002 | 83,540,492 | $ 44.21 | 11/03–11/12 |
| Granted [1] | 15,536,462 | $ 66.98 | |
| Exercised [1] | (10,595,469) | $ 28.08 | |
| Canceled [1] | (1,734,835) | $ 46.63 | |
| Balance, November 30, 2003 | 86,746,650 | $ 50.21 | 12/03–11/13 |
| Granted | 5,423,596 | $ 80.74 | |
| Exercised | (17,167,352) | $ 36.36 | |
| Canceled | (1,459,299) | $ 56.48 | |
| Balance, November 30, 2004 | 73,543,595 | $ 55.57 | 12/04–11/14 |
| Granted | 3,524,013 | $111.53 | |
| Exercised | (25,537,742) | $ 48.76 | |
| Canceled | (654,703) | $ 66.76 | |
| Balance, November 30, 2005 | 50,875,163 | $ 62.72 | 12/05–11/15 |

[1] Includes approximately 4.3 million stock options granted, 0.3 million stock options exercised, and 0.1 million stock options canceled in 2003 related to our acquisition of Neuberger. See Note 5 to the Consolidated Financial Statements for additional information about the Neuberger acquisition.

The exercise price for all stock options awarded has been equal to the market price of Common Stock on the day of grant. The table below provides further details related to stock options outstanding at November 30, 2005.

### STOCK OPTIONS

| | Options Outstanding | | | Options Exercisable | | |
|---|---|---|---|---|---|---|
| RANGE OF EXERCISE PRICES | Number Outstanding | Weighted Average Exercise Price | Weighted Average Remaining Contractual Life (in years) | Number Exercisable | Weighted Average Exercise Price | Weighted Average Remaining Contractual Life (in years) |
| $20.00–$29.99 | 1,797,889 | $ 20.69 | 3.01 | 1,797,889 | $ 20.69 | 3.01 |
| $30.00–$39.99 | 1,377,796 | $ 37.16 | 4.03 | 1,377,796 | $ 37.16 | 4.03 |
| $40.00–$49.99 | 8,295,915 | $ 47.78 | 5.05 | 5,162,629 | $ 48.47 | 4.50 |
| $50.00–$59.99 | 14,324,484 | $ 54.03 | 6.13 | 8,629,809 | $ 54.43 | 5.64 |
| $60.00–$69.99 | 6,539,260 | $ 63.49 | 4.58 | 3,285,498 | $ 63.58 | 3.19 |
| $70.00–$79.99 | 11,545,366 | $ 71.57 | 5.98 | 5,840,136 | $ 71.70 | 4.47 |
| $80.00–$89.99 | 4,777,248 | $ 85.73 | 5.02 | 225,460 | $ 85.50 | 5.33 |
| $90.00–$99.99 | 22,500 | $ 93.30 | 9.34 | – | n/a | n/a |
| $100.00–$149.99 | 2,194,705 | $127.20 | 6.37 | – | n/a | n/a |
| | 50,875,163 | $ 62.72 | 5.46 | 26,319,217 | $ 55.29 | 4.58 |

## RESTRICTED STOCK

In connection with the 2003 Neuberger acquisition, we issued approximately 806,000 shares of restricted Common Stock to replace outstanding shares of Neuberger restricted Common Stock. During 2005, we awarded approximately 7,767 shares of our restricted Common Stock under the LTIP.

The following table summarizes restricted stock activity for the years ended November 30, 2005 and 2004:

## RESTRICTED STOCK

|  | 2005 | 2004 |
|---|---|---|
| Balance, beginning of year | 770,846 | 805,587 |
| Granted | 7,767 | 223,889 |
| Canceled | (18,723) | (27,325) |
| Exchanged for stock without restrictions | (238,702) | (231,305) |
| Balance, end of year | 521,188 | 770,846 |

Total compensation cost for stock-based awards recognized during 2005, 2004 and 2003 was approximately $1,055 million, $800 million and $625 million, respectively.

## NOTE 15 EMPLOYEE BENEFIT PLANS

We provide both funded and unfunded noncontributory defined benefit pension plans for the majority of our employees worldwide. In addition, we provide certain other postretirement benefits, primarily health care and life insurance, to eligible employees. We use a November 30 measurement date for the majority of our plans. The following tables summarize these plans:

## DEFINED BENEFIT PLANS

| IN MILLIONS NOVEMBER 30 | Pension Benefits U.S. | | Non-U.S. | | Postretirement Benefits | |
|---|---|---|---|---|---|---|
|  | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 |
| **CHANGE IN BENEFIT OBLIGATION** | | | | | | |
| Benefit obligation at beginning of year | $ 947 | $ 819 | $ 377 | $ 278 | $ 69 | $ 77 |
| Service cost | 40 | 33 | 8 | 6 | 2 | 2 |
| Interest cost | 56 | 50 | 19 | 16 | 3 | 4 |
| Plan amendment | 5 | 11 | – | – | – | – |
| Actuarial loss (gain) | (2) | 59 | 41 | 51 | (9) | (9) |
| Benefits paid | (29) | (25) | (7) | (6) | (5) | (5) |
| Foreign currency exchange rate changes | – | – | (39) | 32 | – | – |
| Benefit obligation at end of year | 1,017 | 947 | 399 | 377 | 60 | 69 |
| **CHANGE IN PLAN ASSETS** | | | | | | |
| Fair value of plan assets at beginning of year | 887 | 825 | 357 | 294 | – | – |
| Actual return on plan assets, net of expenses | 72 | 72 | 59 | 24 | – | – |
| Employer contribution | 100 | 15 | 5 | 13 | 5 | – |
| Benefits paid | (29) | (25) | (7) | (6) | (5) | – |
| Foreign currency exchange rate changes | – | – | (36) | 32 | – | – |
| Fair value of plan assets at end of year | 1,030 | 887 | 378 | 357 | – | – |
| Funded (underfunded) status | 13 | (60) | (21) | (20) | (60) | (69) |
| Unrecognized net actuarial loss (gain) | 438 | 473 | 133 | 152 | (11) | (3) |
| Unrecognized prior service cost (benefit) | 31 | 29 | 1 | 1 | (2) | (3) |
| Prepaid (accrued) benefit cost | $ 482 | $ 442 | $ 113 | $ 133 | $ (73) | $ (75) |
| Accumulated benefit obligation–funded plans | $ 899 | $ 848 | $ 375 | $ 360 | – | – |
| Accumulated benefit obligation–unfunded plan [1] | 63 | 57 | 7 | – | – | – |

[1] A liability is recognized in the Consolidated Statement of Financial Condition for unfunded plans.

**WEIGHTED AVERAGE ASSUMPTIONS USED TO DETERMINE BENEFIT OBLIGATIONS AT NOVEMBER 30**

| | 2005 | 2004 | 2005 | 2004 | 2005 | 2004 |
|---|---|---|---|---|---|---|
| Discount rate | 5.98% | 5.90% | 4.80% | 5.21% | 5.83% | 5.90% |
| Rate of compensation increase | 5.00% | 4.90% | 4.30% | 4.28% | | |

RR-16

## NON-INTEREST EXPENSES

| IN MILLIONS | | | | PERCENT CHANGE | |
| --- | --- | --- | --- | --- | --- |
| YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 | 2006/2005 | 2005/2004 |
| Compensation and benefits | $ 8,669 | $ 7,213 | $ 5,730 | 20% | 26% |
| Non-personnel expenses: | | | | | |
| Technology and communications | 974 | 834 | 764 | 17 | 9 |
| Brokerage, clearance and distribution fees | 629 | 548 | 488 | 15 | 12 |
| Occupancy | 539 | 490 | 421 | 10 | 16 |
| Professional fees | 364 | 282 | 252 | 29 | 12 |
| Business development | 301 | 234 | 211 | 29 | 11 |
| Other | 202 | 200 | 173 | 1 | 16 |
| Real estate reconfiguration charge | — | — | 19 | — | (100) |
| Total non-personnel expenses | $ 3,009 | $ 2,588 | $ 2,328 | 16% | 11% |
| Total non-interest expenses | $11,678 | $ 9,801 | $ 8,058 | 19% | 22% |
| Compensation and benefits/Net revenues | 49.3% | 49.3% | 49.5% | | |
| Non-personnel expenses/Net revenues | 17.1% | 17.7% | 20.1% | | |

Non-interest expenses were $11.7 billion, $9.8 billion, and $8.1 billion in 2006, 2005 and 2004, respectively. Significant portions of certain expense categories are variable, including compensation and benefits, brokerage and clearance, and business development. We expect these variable expenses as a percentage of net revenues to remain at the same proportions in future periods. We continue to maintain a strict discipline in managing our expenses.

**Compensation and Benefits**   Compensation and benefits totaled $8.7 billion, $7.2 billion and $5.7 billion in 2006, 2005, and 2004, respectively. Compensation and benefits expense as a percentage of net revenues was 49.3%, in both 2006 and 2005 and 49.5% in 2004. Employees totaled approximately 25,900, 22,900 and 19,600 at November 30, 2006, 2005 and 2004, respectively. The increase in employees in both comparison periods was due to higher levels of business activity across the firm as we continue to make investments in the growth of the franchise, particularly in non-U.S. regions. Compensation and benefits expense includes both fixed and variable components. Fixed compensation, consisting primarily of salaries, benefits and amortization of previous years' deferred equity awards, totaled $3.9 billion, $3.2 billion and $2.6 billion in 2006, 2005 and 2004, respectively, up approximately 21% in each of the comparative periods primarily attributable to an increase in salaries as a result of a higher number of employees. Amortization of employee stock compensation awards was $1,007 million, $1,055 million and $800 million in 2006, 2005

and 2004, respectively. The 2006 stock compensation amortization of $1,007 million excludes $699 million of stock awards granted to retirement eligible employees in December 2006, which were accrued as a component of variable compensation expense in 2006. Variable compensation, consisting primarily of incentive compensation and commissions, totaled $4.8 billion, $4.0 billion and $3.1 billion in 2006, 2005 and 2004, respectively, up 20% in 2006 compared to 2005 and 30% in 2005 from 2004, as higher net revenues resulted in higher incentive compensation.

**Non-Personnel Expenses**   Non-personnel expenses totaled $3.0 billion, $2.6 billion and $2.3 billion in 2006, 2005 and 2004, respectively. Non-personnel expenses as a percentage of net revenues were 17.1%, 17.7%, and 20.1% in 2006, 2005, and 2004, respectively. The increase in non-personnel expenses in 2006 from 2005 is primarily attributable to increased technology and communications and occupancy costs, professional fees and costs associated with increased levels of business activity.

Technology and communications expenses rose 17% in 2006 from 2005, reflecting increased costs from the continued expansion and development of our Capital Markets platforms and infrastructure. Occupancy expenses increased 10% in 2006 from 2005, primarily due to increased space requirements from the increased number of employees. Brokerage, clearance and distribution expenses rose 15% in 2006 from 2005, primarily due to higher transaction volumes in certain

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

**The Board of Directors and Stockholders of Lehman Brothers Holdings Inc.**

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. (the "Company") as of November 30, 2006 and 2005, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended November 30, 2006. These financial statements are the responsibility of the Company's management.  Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. at November 30, 2006 and 2005, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2006, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of Lehman Brothers Holdings Inc.'s internal control over financial reporting as of November 30, 2006, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated February 13, 2007 expressed an unqualified opinion thereon.

*Ernst & Young LLP*

New York, New York
February 13, 2007

## CONSOLIDATED STATEMENT OF INCOME

| IN MILLIONS, EXCEPT PER SHARE DATA<br>YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 |
|---|---|---|---|
| **REVENUES** | | | |
| Principal transactions | $ 9,802 | $ 7,811 | $ 5,699 |
| Investment banking | 3,160 | 2,894 | 2,188 |
| Commissions | 2,050 | 1,728 | 1,537 |
| Interest and dividends | 30,284 | 19,043 | 11,032 |
| Asset management and other | 1,413 | 944 | 794 |
| Total revenues | 46,709 | 32,420 | 21,250 |
| Interest expense | 29,126 | 17,790 | 9,674 |
| Net revenues | 17,583 | 14,630 | 11,576 |
| **NON-INTEREST EXPENSES** | | | |
| Compensation and benefits | 8,669 | 7,213 | 5,730 |
| Technology and communications | 974 | 834 | 764 |
| Brokerage, clearance and distribution fees | 629 | 548 | 488 |
| Occupancy | 539 | 490 | 421 |
| Professional fees | 364 | 282 | 252 |
| Business development | 301 | 234 | 211 |
| Other | 202 | 200 | 192 |
| Total non-personnel expenses | 3,009 | 2,588 | 2,328 |
| Total non-interest expenses | 11,678 | 9,801 | 8,058 |
| Income before taxes and cumulative effect of accounting change | 5,905 | 4,829 | 3,518 |
| Provision for income taxes | 1,945 | 1,569 | 1,125 |
| Dividends on trust preferred securities | — | — | 24 |
| Income before cumulative effect of accounting change | 3,960 | 3,260 | 2,369 |
| Cumulative effect of accounting change | 47 | — | |
| Net income | $ 4,007 | $ 3,260 | $ 2,369 |
| Net income applicable to common stock | $ 3,941 | $ 3,191 | $ 2,297 |
| Earnings per basic share: | | | |
| Before cumulative effect of accounting change | $ 7.17 | $ 5.74 | $ 4.18 |
| Cumulative effect of accounting change | 0.09 | — | — |
| Earnings per basic share | $ 7.26 | $ 5.74 | $ 4.18 |
| Earnings per diluted share: | | | |
| Before cumulative effect of accounting change | $ 6.73 | $ 5.43 | $ 3.95 |
| Cumulative effect of accounting change | 0.08 | — | — |
| Earnings per diluted share | $ 6.81 | $ 5.43 | $ 3.95 |
| Dividends paid per common share | $ 0.48 | $ 0.40 | $ 0.32 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

| IN MILLIONS NOVEMBER 30 | 2006 | 2005 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 5,987 | $ 4,900 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 6,091 | 5,744 |
| Financial instruments and other inventory positions owned: (includes $42,600 in 2006 and $36,369 in 2005 pledged as collateral) | 226,596 | 177,438 |
| Securities received as collateral | 6,099 | 4,975 |
| Collateralized agreements: | | |
| Securities purchased under agreements to resell | 117,490 | 106,209 |
| Securities borrowed | 101,567 | 78,455 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 7,449 | 7,454 |
| Customers | 18,470 | 12,887 |
| Others | 2,052 | 1,302 |
| Property, equipment and leasehold improvements (net of accumulated depreciation and amortization of $1,925 in 2006 and $1,448 in 2005) | 3,269 | 2,885 |
| Other assets | 5,113 | 4,558 |
| Identifiable intangible assets and goodwill (net of accumulated amortization of $293 in 2006 and $257 in 2005) | 3,362 | 3,256 |
| Total assets | $503,545 | $410,063 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF FINANCIAL CONDITION

*(continued)*

| IN MILLIONS, EXCEPT SHARE DATA<br>NOVEMBER 30 | 2006 | 2005 |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Short-term borrowings and current portion of long-term borrowings (including $3,783 in 2006 and $0 in 2005 at fair value) | $ 20,638 | $ 11,351 |
| Financial instruments and other inventory positions sold but not yet purchased | 125,960 | 110,577 |
| Obligation to return securities received as collateral | 6,099 | 4,975 |
| Collateralized financings: | | |
| Securities sold under agreements to repurchase | 133,547 | 116,155 |
| Securities loaned | 17,883 | 13,154 |
| Other secured borrowings | 19,028 | 23,116 |
| Payables: | | |
| Brokers, dealers and clearing organizations | 2,217 | 1,870 |
| Customers | 41,695 | 32,143 |
| Accrued liabilities and other payables | 14,697 | 10,962 |
| Deposits at banks | 21,412 | 15,067 |
| Long-term borrowings (including $11,025 in 2006 and $0 in 2005 at fair value) | 81,178 | 53,899 |
| Total liabilities | 484,354 | 393,269 |
| Commitments and contingencies | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock | 1,095 | 1,095 |
| Common stock, $0.10 par value[1]: | | |
| Shares authorized: 1,200,000,000 in 2006 and 2005; | | |
| Shares issued: 609,832,302 in 2006 and 605,337,946 in 2005; | | |
| Shares outstanding: 533,368,195 in 2006 and 542,874,206 in 2005 | 61 | 61 |
| Additional paid-in capital[1] | 8,727 | 6,283 |
| Accumulated other comprehensive loss, net of tax | (15) | (16) |
| Retained earnings | 15,857 | 12,198 |
| Other stockholders' equity, net | (1,712) | 765 |
| Common stock in treasury, at cost[1]: 76,464,107 shares in 2006 and 62,463,740 shares in 2005 | (4,822) | (3,592) |
| Total common stockholders' equity | 18,096 | 15,699 |
| Total stockholders' equity | 19,191 | 16,794 |
| Total liabilities and stockholders' equity | $503,545 | $410,063 |

[1] 2005 balances and share amounts have been retrospectively adjusted to give effect for the 2-for-1 common stock split, effected in the form of a 100% stock dividend, which became effective April 28, 2006.

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 |
|---|---|---|---|
| **PREFERRED STOCK** | | | |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | $ 250 | $ 250 | $ 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning balance | — | 250 | 250 |
| Redemptions | — | (250) | — |
| Ending balance | — | — | 250 |
| 6.50% Cumulative, Series F: | | | |
| Beginning and ending balance | 345 | 345 | 345 |
| Floating Rate (3% Minimum) Cumulative, Series G: | | | |
| Beginning balance | 300 | 300 | — |
| Issuances | — | — | 300 |
| Ending balance | 300 | 300 | 300 |
| Total preferred stock, ending balance | 1,095 | 1,095 | 1,345 |
| **COMMON STOCK, PAR VALUE $0.10 PER SHARE** | | | |
| Beginning balance | 61 | 61 | 59 |
| Other Issuances | — | — | 2 |
| Ending balance | 61 | 61 | 61 |
| **ADDITIONAL PAID-IN CAPITAL** | | | |
| Beginning balance | 6,283 | 5,834 | 6,135 |
| Reclass from Common Stock Issuable and Deferred Stock Compensation under SFAS 123(R) | 2,275 | — | — |
| RSUs exchanged for Common Stock | (647) | 184 | 135 |
| Employee stock-based awards | (881) | (760) | (585) |
| Tax benefit from the issuance of stock-based awards | 836 | 1,005 | 468 |
| Neuberger final purchase price adjustment | — | — | (307) |
| Amortization of RSUs, net | 804 | — | — |
| Other, net | 57 | 20 | (10) |
| Ending balance | 8,727 | 6,283 | 5,834 |
| **ACCUMULATED OTHER COMPREHENSIVE INCOME (LOSS)** | | | |
| Beginning balance | (16) | (19) | (16) |
| Translation adjustment, net[1] | 1 | 3 | (3) |
| Ending balance | (15) | (16) | (19) |

[1] Net of income taxes of $2 in 2006, $1 in 2005 and $(2) in 2004.

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CHANGES IN STOCKHOLDERS' EQUITY

*(continued)*

| IN MILLIONS<br>YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 |
|---|---|---|---|
| **RETAINED EARNINGS** | | | |
| Beginning balance | $12,198 | $ 9,240 | $ 7,129 |
| Cumulative effect of accounting changes | (6) | — | — |
| Net income | 4,007 | 3,260 | 2,369 |
| Dividends declared: | | | |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | — | (9) | (18) |
| 6.50% Cumulative, Series F Preferred Stock | (22) | (22) | (23) |
| Floating Rate (3% Minimum) Cumulative, Series G Preferred Stock | (18) | (12) | (5) |
| Common Stock | (276) | (233) | (186) |
| Ending balance | 15,857 | 12,198 | 9,240 |
| **COMMON STOCK ISSUABLE** | | | |
| Beginning balance | 4,548 | 3,874 | 3,353 |
| Reclass to Additional Paid-In Capital under SFAS 123(R) | (4,548) | — | — |
| RSUs exchanged for Common Stock | — | (832) | (585) |
| Deferred stock awards granted | — | 1,574 | 1,182 |
| Other, net | — | (68) | (76) |
| Ending balance | — | 4,548 | 3,874 |
| **COMMON STOCK HELD IN RSU TRUST** | | | |
| Beginning balance | (1,510) | (1,353) | (852) |
| Employee stock-based awards | (755) | (676) | (876) |
| RSUs exchanged for Common Stock | 587 | 549 | 401 |
| Other, net | (34) | (30) | (26) |
| Ending balance | (1,712) | (1,510) | (1,353) |
| **DEFERRED STOCK COMPENSATION** | | | |
| Beginning balance | (2,273) | (1,780) | (1,470) |
| Reclass to Additional Paid-In Capital under SFAS 123(R) | 2,273 | — | — |
| Deferred stock awards granted | — | (1,574) | (1,182) |
| Amortization of RSUs, net | — | 988 | 773 |
| Other, net | — | 93 | 99 |
| Ending balance | — | (2,273) | (1,780) |
| **COMMON STOCK IN TREASURY, AT COST** | | | |
| Beginning balance | (3,592) | (2,282) | (2,208) |
| Repurchases of Common Stock | (2,678) | (2,994) | (1,693) |
| Shares reacquired from employee transactions | (1,003) | (1,163) | (574) |
| RSUs exchanged for Common Stock | 60 | 99 | 49 |
| Employee stock-based awards | 2,391 | 2,748 | 2,144 |
| Ending balance | (4,822) | (3,592) | (2,282) |
| Total stockholders' equity | $19,191 | $16,794 | $14,920 |

See Notes to Consolidated Financial Statements.

## CONSOLIDATED STATEMENT OF CASH FLOWS

IN MILLIONS
YEAR ENDED NOVEMBER 30

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | | |
| Net income | $ 4,007 | $ 3,260 | $ 2,369 |
| Adjustments to reconcile net income to net cash used in operating activities: | | | |
| Depreciation and amortization | 514 | 426 | 428 |
| Deferred tax benefit | (60) | (502) | (74) |
| Tax benefit from the issuance of stock-based awards | — | 1,005 | 468 |
| Non-cash compensation | 1,706 | 1,055 | 800 |
| Cumulative effect of accounting change | (47) | — | — |
| Other adjustments | 3 | 173 | 104 |
| Net change in: | | | |
| Cash and securities segregated and on deposit for regulatory and other purposes | (347) | (1,659) | (985) |
| Financial instruments and other inventory positions owned | (46,102) | (36,652) | (8,936) |
| Resale agreements, net of repurchase agreements | 6,111 | (475) | (9,467) |
| Securities borrowed, net of securities loaned | (18,383) | (5,165) | (22,728) |
| Other secured borrowings | (4,088) | 11,495 | (2,923) |
| Receivables from brokers, dealers and clearing organizations | 5 | (4,054) | 1,475 |
| Receivables from customers | (5,583) | 354 | (4,432) |
| Financial instruments and other inventory positions sold but not yet purchased | 15,224 | 14,156 | 23,471 |
| Payables to brokers, dealers and clearing organizations | 347 | 165 | (1,362) |
| Payables to customers | 9,552 | 4,669 | 8,072 |
| Accrued liabilities and other payables | 2,032 | (801) | 520 |
| Other receivables and assets | (1,267) | 345 | (370) |
| Net cash used in operating activities | (36,376) | (12,205) | (13,570) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | | |
| Purchase of property, equipment and leasehold improvements, net | (586) | (409) | (401) |
| Business acquisitions, net of cash acquired | (206) | (38) | (130) |
| Net cash used in investing activities | (792) | (447) | (531) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | | |
| Derivative contracts with a financing element | 159 | 140 | 334 |
| Tax benefit from the issuance of stock-based awards | 836 | — | — |
| Issuance of short-term borrowings, net | 4,819 | 84 | 526 |
| Deposits at banks | 6,345 | 4,717 | 2,086 |
| Issuance of long-term borrowings | 48,115 | 23,705 | 20,485 |
| Principal payments of long-term borrowings, including the current portion of long-term borrowings | (19,636) | (14,233) | (10,820) |
| Issuance of common stock | 119 | 230 | 108 |
| Issuance of treasury stock | 518 | 1,015 | 551 |
| Purchase of treasury stock | (2,678) | (2,994) | (1,693) |
| (Retirement) issuance of preferred stock | — | (250) | 300 |
| Dividends paid | (342) | (302) | (258) |
| Net cash provided by financing activities | 38,255 | 12,112 | 11,619 |
| Net change in cash and cash equivalents | 1,087 | (540) | (2,482) |
| Cash and cash equivalents, beginning of period | 4,900 | 5,440 | 7,922 |
| Cash and cash equivalents, end of period | $ 5,987 | $ 4,900 | $ 5,440 |

SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION (IN MILLIONS):

Interest paid totaled $28,684, $17,893 and $9,534 in 2006, 2005 and 2004, respectively.

Income taxes paid totaled $1,037, $789 and $638 in 2006, 2005 and 2004, respectively.

See Notes to Consolidated Financial Statements.

**Series D** On July 21, 1998, Holdings issued 4,000,000 Depositary Shares, each representing 1/100th of a share of 5.67% Cumulative Preferred Stock, Series D ("Series D Preferred Stock"), $1.00 par value. The shares of Series D Preferred Stock have a redemption price of $5,000 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series D Preferred Stock beginning on August 31, 2008. The $200 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

**Series E** On March 28, 2000, Holdings issued 5,000,000 Depositary Shares, each representing 1/100th of a share of Fixed/Adjustable Rate Cumulative Preferred Stock, Series E ("Series E Preferred Stock"), $1.00 par value. The initial cumulative dividend rate on the Series E Preferred Stock was 7.115% per annum through May 31, 2005. On May 31, 2005, Holdings redeemed all of our issued and outstanding shares, together with accumulated and unpaid dividends.

**Series F** On August 20, 2003, Holdings issued 13,800,000 Depositary Shares, each representing 1/100th of a share of 6.50% Cumulative Preferred Stock, Series F ("Series F Preferred Stock"), $1.00 par value. The shares of Series F Preferred Stock have a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series F Preferred Stock beginning on August 31, 2008. The $345 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

**Series G** On January 30, 2004 and August 16, 2004, Holdings issued in the aggregate 12,000,000 Depositary Shares, each representing 1/100th of a share of Holdings' Floating Rate Cumulative Preferred Stock, Series G ("Series G Preferred Stock"), $1.00 par value, for a total of $300 million. Dividends on the Series G Preferred Stock are payable at a floating rate per annum of one-month LIBOR plus 0.75%, with a floor of 3.0% per annum. The Series G Preferred Stock has a redemption price of $2,500 per share, together with accrued and unpaid dividends. Holdings may redeem any or all of the outstanding shares of Series G Preferred Stock beginning on February 15, 2009. The $300 million redemption value of the shares outstanding at November 30, 2006 is classified in the Consolidated Statement of Financial Condition as a component of Preferred stock.

The Series C, D, F and G Preferred Stock have no voting rights except as provided below or as otherwise from time to time required by law. If dividends payable on any of the Series C, D, F or G Preferred Stock or on any other equally-ranked series of preferred stock have not been paid for six or more quarters, whether or not consecutive, the authorized number of directors of the Company will automatically be increased by two. The holders of the Series C, D, F or G Preferred Stock will have the right, with holders of any other equally-ranked series of preferred stock that have similar voting rights and on which dividends likewise have not been paid, voting together as a class, to elect two directors to fill such newly created directorships until the dividends in arrears are paid.

### COMMON STOCK

Dividends declared per common share were $0.48, $0.40 and $0.32 in 2006, 2005 and 2004, respectively. During the years ended November 30, 2006, 2005 and 2004, we repurchased or acquired shares of our common stock at an aggregate cost of approximately $3.7 billion, $4.2 billion and $2.3 billion, respectively, or $69.61, $51.59, and $39.10 per share, respectively. These shares were acquired in the open market and from employees who tendered mature shares to pay for the exercise cost of stock options or for statutory tax withholding obligations on restricted stock unit ("RSU") issuances or option exercises.

Changes in the number of shares of common stock outstanding are as follows:

| COMMON STOCK | | | |
|---|---|---|---|
| NOVEMBER 30 | 2006 | 2005 | 2004 |
| Shares outstanding, beginning of period | 542,874,206 | 548,318,822 | 533,358,112 |
| Exercise of stock options and other share issuances | 22,374,748 | 53,142,714 | 36,948,844 |
| Shares issued to the RSU Trust | 21,000,000 | 22,000,000 | 36,000,000 |
| Treasury stock acquisitions | (52,880,759) | (80,587,330) | (57,988,134) |
| Shares outstanding, end of period | 533,368,195 | 542,874,206 | 548,318,822 |

In 1997, we established an irrevocable grantor trust (the "RSU Trust") to provide common stock voting rights to employees who hold outstanding RSUs and to encourage employees to think and act like owners. In 2006, 2005 and 2004, we transferred 21 million, 22 million and 36 million treasury shares, respectively, into the RSU Trust. At November 30, 2006, approximately 64.7 million shares were held in the RSU Trust with a total value of approximately $1.7 billion. These shares are valued at weighted-average grant prices. Shares transferred to the RSU Trust do not affect the total number of shares used in the calculation of basic and diluted earnings per share because we include amortized RSUs in the calculations. Accordingly, the RSU Trust has no effect on total equity, net income or earnings per share.

*Lehman Brothers 2006*
101
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## NOTE 14 EARNINGS PER SHARE

Earnings per share was calculated as follows:

### EARNINGS PER SHARE

| IN MILLIONS, EXCEPT PER SHARE DATA | | | |
| YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 |
| --- | --- | --- | --- |
| NUMERATOR: | | | |
| Net income | $4,007 | $3,260 | $2,369 |
| Preferred stock dividends | 66 | 69 | 72 |
| Numerator for basic earnings per share—net income applicable to common stock | $3,941 | $3,191 | $2,297 |
| DENOMINATOR: | | | |
| Denominator for basic earnings per share—weighted-average common shares | 543.0 | 556.3 | 549.4 |
| Effect of dilutive securities: | | | |
| Employee stock options | 29.1 | 25.4 | 27.6 |
| Restricted stock units | 6.3 | 5.5 | 4.5 |
| Dilutive potential common shares | 35.4 | 30.9 | 32.1 |
| Denominator for diluted earnings per share—weighted-average common and dilutive potential common shares[*] | 578.4 | 587.2 | 581.5 |
| Basic earnings per share | $7.26 | $5.74 | $4.18 |
| Diluted earnings per share | $6.81 | $5.43 | $3.95 |
| [*] Anti-dilutive options and restricted stock units excluded from the calculations of diluted earnings per share | 4.4 | 8.7 | 4.1 |

On April 5, 2006, our Board of Directors approved a 2-for-1 common stock split, in the form of a stock dividend that was effected on April 28, 2006. See Note 12, "Stockholders' Equity," for additional information about the stock split.

## NOTE 15 SHARE-BASED EMPLOYEE INCENTIVE PLANS

Below is a description of our share-based employee incentive compensation plans.

### SHARE-BASED EMPLOYEE INCENTIVE PLANS

We sponsor several share-based employee incentive plans. The total number of shares of common stock remaining available for future awards under these plans at November 30, 2006, was 42.2 million (not including shares that may be returned to the Stock Incentive Plan as described below, but including an additional 0.4 million shares authorized for issuance under the 1994 Plan that have been reserved solely for issuance in respect of dividends on outstanding awards under this plan). In connection with awards made under our share-based employee incentive plans, we are authorized to issue shares of common stock held in treasury or newly-issued shares.

**1994 and 1996 Management Ownership Plans and Employee Incentive Plan** The Lehman Brothers Holdings Inc. 1994 Management Ownership Plan (the "1994 Plan"), the Lehman Brothers Holdings Inc. 1996 Management Ownership Plan (the "1996 Plan"), and the Lehman Brothers Holdings Inc. Employee

We adopted the fair value recognition provisions for share-based awards pursuant to SFAS 123(R), effective as of the beginning of the 2006 fiscal year. See Note 1, "Summary of Significant Accounting Policies—Accounting and Regulatory Developments" for a further discussion.

We sponsor several share-based employee incentive plans. Amortization of compensation costs for grants awarded under these plans was approximately $1,007 million, $1,053 million and $800 million during 2006, 2005 and 2004, respectively. Not included in the $1,007 million of 2006 amortization expense is $699 million of stock awards granted to retirement eligible employees in December 2006, which were accrued as compensation expense in fiscal 2006. The total income tax benefit recognized in the Consolidated Statement of Income associated with the above amortization expense was $421 million, $457 million of $345 million during 2006, 2005 and 2004, respectively.

At November 30, 2006, unrecognized compensation cost related to nonvested stock option and RSU awards totaled $1.8 billion. The cost of these non-vested awards is expected to be recognized over a weighted-average period of approximately 4.4 years.

Incentive Plan (the "EIP") all expired following the completion of their various terms. These plans provided for the issuance of RSUs, performance stock units ("PSUs"), stock options and other share-based awards to eligible employees. At November 30, 2006, awards with respect to 607.2 million shares of common stock have been made under these plans, of which 163.1 million are outstanding and 444.1 million have been converted to freely transferable common stock.

**Stock Incentive Plan** The Stock Incentive Plan (the "SIP") has a 10-year term ending in May 2015, with provisions similar to the previous plans. The SIP authorized the issuance of up to the total of (i) 20.0 million shares, plus (ii) the 33.5 million shares authorized for issuance under the 1996 Plan and the EIP that remained unawarded upon their expiration, plus (iii) any shares subject to repurchase or forfeiture rights under the 1996 Plan, the EIP or the 2005 SIP that are reacquired by the Company, or the award of which terminates, expires or for any other reason is not payable, plus (iv) any shares withheld or delivered pursuant to the terms of the 2005 SIP in payment of any applicable exercise price or tax withholding obligation. Awards with respect to 14.4 million shares of common stock have been made under the SIP as of November 30, 2006, most of which are outstanding.

**1999 Long-Term Incentive Plan** The 1999 Neuberger Berman Inc. Long-Term Incentive Plan (the "LTIP") provides for the grant of restricted stock, restricted units, incentive stock, incentive units, deferred shares, supplemental units and stock options. The total number of shares of common stock that may be issued under the LTIP is 15.4 million. At November 30, 2006, awards with respect to approximately 14.1 million shares of common stock had been made under the LTIP, of which 5.0 million were outstanding.

**RESTRICTED STOCK UNITS**
Eligible employees receive RSUs, in lieu of cash, as a portion of their total compensation. There is no further cost to employees associated with RSU awards. RSU awards generally vest over two to five years and convert to unrestricted freely transferable common stock five years from the grant date. All or a portion of an award may be canceled if employment is terminated before the end of the relevant vesting period. We accrue dividend equivalents on outstanding RSUs (in the form of additional RSUs), based on dividends declared on our common stock.

For RSUs granted prior to 2004, we measured compensation cost based on the market value of our common stock at the grant date in accordance with APB 25 and, accordingly, a discount from the market price of an unrestricted share of common stock on the RSU grant date was not recognized for selling restrictions subsequent to the vesting date. For awards granted beginning in 2004, we measure compensation cost based on the market price of our common stock at the grant date less a discount for sale restrictions subsequent to the vesting date in accordance with SFAS 123 and SFAS 123(R). The fair value of RSUs subject to post-vesting date sale restrictions are generally discounted by five percent for each year of post-vesting restriction, based on market-based studies and academic research on securities with restrictive features. RSUs granted in each of the periods presented contain selling restrictions subsequent to the vesting date.

The fair value of RSUs converted to common stock without restrictions during the year ended November 30, 2006 was $1.9 billion. Compensation costs previously recognized and tax benefits recognized in equity upon issuance of these awards were approximately $1.2 billion.

The following table summarizes RSU activity for the years ended November 30, 2006, 2005 and 2004:

| RESTRICTED STOCK UNITS | | | |
|---|---|---|---|
| | 2006 | 2005 | 2004 |
| Balance, beginning of year | 120,417,674 | 128,484,786 | 128,686,626 |
| Granted | 8,251,700 | 27,930,284 | 29,798,024 |
| Canceled | (2,317,009) | (3,025,908) | (2,552,004) |
| Exchanged for stock without restrictions | (25,904,367) | (32,971,488) | (27,447,860) |
| Balance, end of year | 100,447,998 | 120,417,674 | 128,484,786 |
| Shares held in RSU trust | (64,715,853) | (69,117,768) | (77,722,136) |
| RSUs outstanding, net of shares held in RSU trust | 35,732,145 | 51,299,906 | 50,762,650 |

The above table does not include approximately 34.7 million of RSUs which were granted to employees on December 8, 2006, comprised of 11.0 million awarded to retirement eligible employees and expensed in fiscal 2006 and 23.7 million awarded to employees and subject to future vesting provisions. Therefore, after this grant, there were approximately 70.4 million RSUs outstanding, net of shares held in the RSU trust.

Of the 100.4 million RSUs outstanding at November 30, 2006, approximately 65.8 million were amortized and included in basic earnings per share. Approximately 14.5 million of the RSUs outstanding at November 30, 2006 will be amortized during 2007, and the remainder will be amortized subsequent to 2007. Of the 23.7 million RSUs awarded on December 8, 2006 to non-retirement eligible employees and subject to future vesting provisions, approximately 8.7 million will be amortized during 2007.

The above table includes approximately 5.8 million RSUs awarded to certain senior officers, the terms of which were modified in 2006 (the "Modified RSUs"). The original RSUs resulted from PSUs for which the performance periods have expired, but which were not previously converted into RSUs as their vesting was contingent upon a change in control of the Company or certain other specified circumstances as determined by the Compensation and Benefits Committee of the Board of Directors (the "CIC RSUs"). On November 30, 2006, with the approval of the Compensation and Benefits Committee, each executive agreed to a modification of the vesting terms of the CIC RSUs to eliminate the change in control provisions and to provide for vesting in ten equal annual installments from 2007 to 2016, provided the executive continues to be an employee on the vesting date of the respective installment. Vested installments will remain subject to forfeiture for detrimental behavior for an additional two years, after which time they will convert to Common Stock on a one-for-one basis and be issued to the executive. The Modified RSUs will vest (and convert to Common Stock and be issued) earlier only upon death, disability or certain government service approved by the Compensation Committee. Dividends will be payable by the Corporation on the Modified RSUs from the date of their modification and will be reinvested in additional RSUs with the same terms.

Also included in the previous table are PSUs for which the number of RSUs to be earned was dependent on achieving certain performance levels within predetermined performance periods. During the performance period, these PSUs were accounted for as variable awards. At the end of the performance period, any PSUs earned converted one-for-one to RSUs that then vest in three or more years. At November 30, 2006, all performance periods have been completed and any PSUs earned have been converted into RSUs. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

### STOCK OPTIONS

Employees and Directors may receive stock options, in lieu of cash, as a portion of their total compensation. Options generally become exercisable over a one- to five-year period and generally expire 5 to 10 years from the date of grant, subject to accelerated expiration upon termination of employment.

We use the Black-Scholes option-pricing model to measure the grant date fair value of stock options granted to employees. Stock options granted have exercise prices equal to the market price of our common stock on the grant date. The principal assumptions utilized in valuing options and our methodology for estimating such model inputs include: 1) risk-free interest rate – estimate is based on the yield of U.S. zero coupon securities with a maturity equal to the expected life of the option; 2) expected volatility – estimate is based on the historical volatility of our common stock for the three years preceding the award date, the implied volatility of market-traded options on our common stock on the grant date and other factors; and 3) expected option life – estimate is based on internal studies of historical and projected exercise behavior based on different employee groups and specific option characteristics, including the effect of employee terminations. Based on the results of the model, the weighted-average fair value of stock options granted were $15.83, $13.24 and $9.63 for 2006, 2005 and 2004, respectively. The weighted-average assumptions used for 2006, 2005 and 2004 were as follows:

| WEIGHTED-AVERAGE BLACK-SCHOLES ASSUMPTIONS | | | |
|---|---|---|---|
| YEAR ENDED NOVEMBER 30 | 2006 | 2005 | 2004 |
| Risk-free interest rate | 4.49% | 3.97% | 3.04% |
| Expected volatility | 23.08% | 23.73% | 28.09% |
| Dividends per share | $0.48 | $0.40 | $0.32 |
| Expected life | 4.5 years | 3.9 years | 3.7 years |



## LEHMAN BROTHERS HOLDINGS INC.

### Report of Independent Registered Public Accounting Firm

To The Board of Directors and Stockholders of Lehman Brothers Holdings Inc.

We have audited the accompanying consolidated statement of financial condition of Lehman Brothers Holdings Inc. (the "Company") as of November 30, 2007 and 2006, and the related consolidated statements of income, changes in stockholders' equity, and cash flows for each of the three years in the period ended November 30, 2007. Our audits also included the financial statement schedule listed in the Index at Item 15(a). These financial statements and schedule are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the consolidated financial position of Lehman Brothers Holdings Inc. at November 30, 2007 and 2006, and the consolidated results of its operations and its cash flows for each of the three years in the period ended November 30, 2007, in conformity with U.S. generally accepted accounting principles. Also, in our opinion, the related financial statement schedule, when considered in relation to the basic financial statements taken as a whole, presents fairly in all material respects the information set forth therein.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the effectiveness of Lehman Brothers Holdings Inc.'s internal control over financial reporting as of November 30, 2007, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated January 28, 2008 expressed an unqualified opinion thereon.

*Ernst & Young LLP*

New York, New York
January 28, 2008



## LEHMAN BROTHERS HOLDINGS INC.
### Consolidated Statement of Income

| In millions, except per share data | Year Ended November 30, | | |
|---|---|---|---|
| | 2007 | 2006 | 2005 |
| **Revenues** | | | |
| Principal transactions | $ 9,197 | $ 9,802 | $ 7,811 |
| Investment banking | 3,903 | 3,160 | 2,894 |
| Commissions | 2,471 | 2,050 | 1,728 |
| Interest and dividends | 41,693 | 30,284 | 19,043 |
| Asset management and other | 1,739 | 1,413 | 944 |
| Total revenues | 59,003 | 46,709 | 32,420 |
| Interest expense | 39,746 | 29,126 | 17,790 |
| Net revenues | 19,257 | 17,583 | 14,630 |
| **Non-Interest Expenses** | | | |
| Compensation and benefits | 9,494 | 8,669 | 7,213 |
| Technology and communications | 1,145 | 974 | 834 |
| Brokerage, clearance and distribution fees | 859 | 629 | 548 |
| Occupancy | 641 | 539 | 490 |
| Professional fees | 466 | 364 | 282 |
| Business development | 378 | 301 | 234 |
| Other | 261 | 202 | 200 |
| Total non-personnel expenses | 3,750 | 3,009 | 2,588 |
| Total non-interest expenses | 13,244 | 11,678 | 9,801 |
| Income before taxes and cumulative effect of accounting change | 6,013 | 5,905 | 4,829 |
| Provision for income taxes | 1,821 | 1,945 | 1,569 |
| Income before cumulative effect of accounting change | 4,192 | 3,960 | 3,260 |
| Cumulative effect of accounting change | — | 47 | — |
| Net income | $ 4,192 | $ 4,007 | $ 3,260 |
| Net income applicable to common stock | $ 4,125 | $ 3,941 | $ 3,191 |
| | | | |
| **Earnings per basic common share:** | | | |
| Before cumulative effect of accounting change | $ 7.63 | $ 7.17 | $ 5.74 |
| Cumulative effect of accounting change | — | 0.09 | — |
| Earnings per basic common share | $ 7.63 | $ 7.26 | $ 5.74 |
| | | | |
| **Earnings per diluted common share:** | | | |
| Before cumulative effect of accounting change | $ 7.26 | $ 6.73 | $ 5.43 |
| Cumulative effect of accounting change | — | 0.08 | — |
| Earnings per diluted common share | $ 7.26 | $ 6.81 | $ 5.43 |
| | | | |
| Dividends paid per common share | $ 0.60 | $ 0.48 | $ 0.40 |

See Notes to Consolidated Financial Statements.



### LEHMAN BROTHERS HOLDINGS INC.
#### Consolidated Statement of Financial Condition

| In millions | November 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| **Assets** | | |
| Cash and cash equivalents | $ 7,286 | $ 5,987 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 12,743 | 6,091 |
| Financial instruments and other inventory positions owned (includes $63,499 in 2007 and $42,600 in 2006 pledged as collateral) | 313,129 | 226,596 |
| Collateralized agreements: | | |
| Securities purchased under agreements to resell | 162,635 | 117,490 |
| Securities borrowed | 138,599 | 107,666 |
| Receivables: | | |
| Brokers, dealers and clearing organizations | 11,005 | 7,449 |
| Customers | 29,622 | 18,470 |
| Others | 2,650 | 2,052 |
| Property, equipment and leasehold improvements (net of accumulated depreciation and amortization of $2,438 in 2007 and $1,925 in 2006) | 3,861 | 3,269 |
| Other assets | 5,406 | 5,113 |
| Identifiable intangible assets and goodwill (net of accumulated amortization of $340 in 2007 and $293 in 2006) | 4,127 | 3,362 |
| Total assets | $691,063 | $503,545 |

See Notes to Consolidated Financial Statements.



## LEHMAN BROTHERS HOLDINGS INC.
### Consolidated Statement of Financial Condition—(Continued)

| In millions, except share data | November 30, | |
| --- | --- | --- |
| | 2007 | 2006 |
| **Liabilities and Stockholders' Equity** | | |
| Short-term borrowings and current portion of long-term borrowings | | |
| (including $9,035 in 2007 and $6,064 in 2006 at fair value) | $ 28,066 | $ 20,638 |
| Financial instruments and other inventory positions sold but not yet purchased | 149,617 | 125,960 |
| Collateralized financings: | | |
| Securities sold under agreements to repurchase | 181,732 | 133,547 |
| Securities loaned | 53,307 | 23,982 |
| Other secured borrowings | | |
| (including $9,149 in 2007 and $0 in 2006 at fair value) | 22,992 | 19,028 |
| Payables: | | |
| Brokers, dealers and clearing organizations | 3,101 | 2,217 |
| Customers | 61,206 | 41,695 |
| Accrued liabilities and other payables | 16,039 | 14,697 |
| Deposit liabilities at banks | | |
| (including $15,986 in 2007 and $14,708 in 2006 at fair value) | 29,363 | 21,412 |
| Long-term borrowings | | |
| (including $27,204 in 2007 and $11,025 in 2006 at fair value) | 123,150 | 81,178 |
| Total liabilities | 668,573 | 484,354 |
| Commitments and contingencies | | |
| **Stockholders' Equity** | | |
| Preferred stock | 1,095 | 1,095 |
| Common stock, $0.10 par value: | | |
| Shares authorized: 1,200,000,000 in 2007 and 2006; | | |
| Shares issued: 612,882,506 in 2007 and 609,832,302 in 2006; | | |
| Shares outstanding: 531,887,419 in 2007 and 533,368,195 in 2006 | 61 | 61 |
| Additional paid-in capital (i) | 9,733 | 8,727 |
| Accumulated other comprehensive loss, net of tax | (310) | (15) |
| Retained earnings | 19,698 | 15,857 |
| Other stockholders' equity, net | (2,263) | (1,712) |
| Common stock in treasury, at cost (i) | | |
| (80,995,087 shares in 2007 and 76,464,107 shares in 2006) | (5,524) | (4,822) |
| Total common stockholders' equity | 21,395 | 18,096 |
| Total stockholders' equity | 22,490 | 19,191 |
| Total liabilities and stockholders' equity | $691,063 | $503,545 |

(i)  Balances and share amounts at November 30, 2006 reflect the April 28, 2006 2-for-1 common stock split, effected in the form of a 100% stock dividend.

See Notes to Consolidated Financial Statements.



## LEHMAN BROTHERS HOLDINGS INC.
### Consolidated Statement of Changes in Stockholders' Equity

| In millions | Year Ended November 30, | | |
|---|---|---|---|
| | 2007 | 2006 | 2005 |
| **Preferred Stock** | | | |
| 5.94% Cumulative, Series C: | | | |
| Beginning and ending balance | $ 250 | $ 250 | $ 250 |
| 5.67% Cumulative, Series D: | | | |
| Beginning and ending balance | 200 | 200 | 200 |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E: | | | |
| Beginning balance | — | — | 250 |
| Redemptions | — | — | (250) |
| Ending balance | — | — | — |
| 6.50% Cumulative, Series F: | | | |
| Beginning and ending balance | 345 | 345 | 345 |
| Floating Rate (3% Minimum) Cumulative, Series G: | | | |
| Beginning and ending balance | 300 | 300 | 300 |
| Total preferred stock, ending balance | 1,095 | 1,095 | 1,095 |
| **Common Stock, Par Value $0.10 Per Share** | | | |
| Beginning and ending balance | 61 | 61 | 61 |
| **Additional Paid-In Capital** | | | |
| Beginning balance | 8,727 | 6,283 | 5,834 |
| Reclass from Common Stock Issuable and Deferred Stock Compensation under SFAS No. 123(R) | — | 2,275 | — |
| RSUs exchanged for Common Stock | (580) | (647) | 184 |
| Employee stock-based awards | (832) | (881) | (760) |
| Tax benefit from the issuance of stock-based awards | 434 | 836 | 1,005 |
| Amortization of RSUs, net | 1,898 | 804 | — |
| Other, net | 86 | 57 | 20 |
| Ending balance | 9,733 | 8,727 | 6,283 |
| **Accumulated Other Comprehensive Income/(Loss), net of tax** | | | |
| Beginning balance | (15) | (16) | (19) |
| Translation adjustment, net [1] | (85) | 1 | 3 |
| Adoption of SFAS No. 158 [2] | (210) | — | — |
| Ending balance | $ (310) | $ (15) | $ (16) |

[1]  Net of income tax benefit/(expense) of $2 in 2007, ($2) in 2006 and ($1) in 2005.

[2]  Net of income tax benefit of $134.

See Notes to Consolidated Financial Statements.



### LEHMAN BROTHERS HOLDINGS INC.
#### Consolidated Statement of Changes in Stockholders' Equity—(Continued)

| In millions | Year Ended November 30, | | |
|---|---|---|---|
| | 2007 | 2006 | 2005 |
| **Retained Earnings** | | | |
| Beginning balance | $15,857 | $12,198 | $ 9,240 |
| Cumulative effect of accounting changes [1] | 67 | (6) | — |
| Net income | 4,192 | 4,007 | 3,260 |
| Dividends declared: | | | |
| 5.94% Cumulative, Series C Preferred Stock | (15) | (15) | (15) |
| 5.67% Cumulative, Series D Preferred Stock | (11) | (11) | (11) |
| 7.115% Fixed/Adjustable Rate Cumulative, Series E Preferred Stock | — | — | (9) |
| 6.50% Cumulative, Series F Preferred Stock | (22) | (22) | (22) |
| Floating Rate (3% Minimum) Cumulative, Series G Preferred Stock | (19) | (18) | (12) |
| Common Stock | (351) | (276) | (233) |
| Ending balance | 19,698 | 15,857 | 12,198 |
| **Common Stock Issuable** | | | |
| Beginning balance | — | 4,548 | 3,874 |
| Reclass to Additional paid-in capital under SFAS 123(R) | — | (4,548) | — |
| RSUs exchanged for common stock | — | — | (832) |
| Deferred stock awards granted | — | — | 1,574 |
| Other, net | — | — | (68) |
| Ending balance | — | — | 4,548 |
| **Common Stock Held in RSU Trust** | | | |
| Beginning balance | (1,712) | (1,510) | (1,353) |
| Employee stock-based awards | (1,039) | (755) | (676) |
| RSUs exchanged for common stock | 534 | 587 | 549 |
| Other, net | (46) | (34) | (30) |
| Ending balance | (2,263) | (1,712) | (1,510) |
| **Deferred Stock Compensation** | | | |
| Beginning balance | — | (2,273) | (1,780) |
| Reclass to additional paid-in capital under SFAS 123(R) | — | 2,273 | — |
| Deferred stock awards granted | — | — | (1,574) |
| Amortization of RSUs, net | — | — | 988 |
| Other, net | — | — | 93 |
| Ending balance | — | — | (2,273) |
| **Common Stock In Treasury, at Cost** | | | |
| Beginning balance | (4,822) | (3,592) | (2,282) |
| Repurchases of common stock | (2,605) | (2,678) | (2,994) |
| Shares reacquired from employee transactions | (573) | (1,003) | (1,163) |
| RSUs exchanged for common stock | 46 | 60 | 99 |
| Employee stock-based awards | 2,430 | 2,391 | 2,748 |
| Ending balance | (5,524) | (4,822) | (3,592) |
| **Total stockholders' equity** | $22,490 | $19,191 | $16,794 |

[1] The aggregate adoption impact of SFAS No. 157 and SFAS No. 159 are reflected for the year ended November 30, 2007. The aggregate adoption impact of SFAS No. 155 and SFAS No. 156 are reflected for the year ended November 30, 2006.

See Notes to Consolidated Financial Statements.



**LEHMAN BROTHERS HOLDINGS INC.**
Consolidated Statement of Cash Flows

|  | Year Ended November 30, | | |
| In millions | 2007 | 2006 | 2005 |
|---|---|---|---|
| **Cash Flows From Operating Activities** | | | |
| Net income | $ 4,192 | $ 4,007 | $ 3,260 |
| Adjustments to reconcile net income to net cash | | | |
| used in operating activities: | | | |
| Depreciation and amortization | 577 | 514 | 426 |
| Non-cash compensation | 1,791 | 1,706 | 1,055 |
| Cumulative effect of accounting change | — | (47) | — |
| Deferred tax provision/(benefit) | 418 | (60) | (502) |
| Tax benefit from the issuance of stock-based awards | — | — | 1,005 |
| Other adjustments | (114) | 3 | 173 |
| Net change in: | | | |
| Cash and securities segregated and on deposit | | | |
| for regulatory and other purposes | (6,652) | (347) | (1,659) |
| Financial instruments and other inventory positions owned | (78,903) | (46,102) | (36,652) |
| Resale agreements, net of repurchase agreements | 3,039 | 6,111 | (475) |
| Securities borrowed, net of securities loaned | (1,608) | (18,383) | (5,165) |
| Other secured borrowings | 3,964 | (4,088) | 11,495 |
| Receivables from brokers, dealers and clearing organizations | (3,556) | 5 | (4,054) |
| Receivables from customers | (11,152) | (5,583) | 354 |
| Financial instruments and other inventory positions sold | | | |
| but not yet purchased | 23,415 | 15,224 | 14,156 |
| Payables to brokers, dealers and clearing organizations | 884 | 347 | 165 |
| Payables to customers | 19,511 | 9,552 | 4,669 |
| Accrued liabilities and other payables | 302 | 2,032 | (801) |
| Other receivables and assets and minority interests | (1,703) | (1,267) | 345 |
| Net cash used in operating activities | (45,595) | (36,376) | (12,205) |
| **Cash Flows From Investing Activities** | | | |
| Purchase of property, equipment and leasehold improvements, net | (966) | (586) | (409) |
| Business acquisitions, net of cash acquired | (965) | (206) | (38) |
| Proceeds from sale of business | 233 | — | — |
| Net cash used in investing activities | (1,698) | (792) | (447) |
| **Cash Flows From Financing Activities** | | | |
| Derivative contracts with a financing element | 242 | 159 | 140 |
| Tax benefit from the issuance of stock-based awards | 434 | 836 | — |
| Issuance of short-term borrowings, net | 3,381 | 4,819 | 84 |
| Deposit liabilities at banks | 7,068 | 6,345 | 4,717 |
| Issuance of long-term borrowings | 86,302 | 48,115 | 23,705 |
| Principal payments of long-term borrowings, including the current | | | |
| portion of long term borrowings | (46,255) | (19,636) | (14,233) |
| Issuance of common stock | 84 | 119 | 230 |
| Issuance of treasury stock | 359 | 518 | 1,015 |
| Purchase of treasury stock | (2,605) | (2,678) | (2,994) |
| Retirement of preferred stock | — | — | (250) |
| Dividends paid | (418) | (342) | (302) |
| Net cash provided by financing activities | 48,592 | 38,255 | 12,112 |
| Net change in cash and cash equivalents | 1,299 | 1,087 | (540) |
| Cash and cash equivalents, beginning of period | 5,987 | 4,900 | 5,440 |
| Cash and cash equivalents, end of period | $ 7,286 | $ 5,987 | $ 4,900 |

**Supplemental Disclosure of Cash Flow Information (in millions):**
Interest paid totaled $39,454, $28,684 and $17,893 in 2007, 2006 and 2005, respectively.
Income taxes paid totaled $1,476, $1,037 and $789 in 2007, 2006 and 2005, respectively.

See Notes to Consolidated Financial Statements.

- 91 -

**LEHMAN BROTHERS HOLDINGS INC.**
Notes to Consolidated Financial Statements

*Stock Incentive Plan.* The SIP has a 10-year term ending in May 2015, with provisions similar to the previous plans. The SIP authorized the issuance of up to the total of (i) 95.0 million shares (20.0 million as originally authorized, plus an additional 75.0 million authorized by the stockholders of Holdings at its 2007 Annual Meeting), plus (ii) the 33.5 million shares authorized for issuance under the 1996 Plan and the EIP that remained unawarded upon their expiration, plus (iii) any shares subject to repurchase or forfeiture rights under the 1996 Plan, the EIP or the SIP that are reacquired by the Company, or the award of which is canceled, terminates, expires or for any other reason is not payable, plus (iv) any shares withheld or delivered pursuant to the terms of the SIP in payment of any applicable exercise price or tax withholding obligation. Awards with respect to 51.1 million shares of common stock have been made under the SIP as of November 30, 2007, 50.4 million of which are outstanding.

*1999 Long-Term Incentive Plan.* The 1999 Neuberger Berman Inc. Long-Term Incentive Plan (the "LTIP") provides for the grant of restricted stock, restricted units, incentive stock, incentive units, deferred shares, supplemental units and stock options. The total number of shares of common stock that may be issued under the LTIP is 15.4 million. At November 30, 2007, awards with respect to approximately 13.7 million shares of common stock had been made under the LTIP, of which 3.2 million were outstanding.

Restricted Stock Units

Eligible employees receive RSUs, in lieu of cash, as a portion of their total compensation. There is no further cost to employees associated with RSU awards. RSU awards generally vest over two to five years and convert to unrestricted freely transferable common stock five years from the grant date. All or a portion of an award may be canceled if employment is terminated before the end of the relevant vesting period. We accrue dividend equivalents on outstanding RSUs (in the form of additional RSUs), based on dividends declared on our common stock.

For RSUs granted prior to 2004, we measured compensation cost based on the market value of our common stock at the grant date in accordance with APB Opinion No. 25, *Accounting for Stock Issued to Employees*, and, accordingly, a discount from the market price of an unrestricted share of common stock on the RSU grant date was not recognized for selling restrictions subsequent to the vesting date. For awards granted beginning in 2004, we measure compensation cost based on the market price of our common stock at the grant date less a discount for sale restrictions subsequent to the vesting date in accordance with SFAS 123 and SFAS 123(R). The fair value of RSUs subject to post-vesting date sale restrictions are generally discounted by three to eight percent for each year based upon the duration of the post-vesting restriction. These discounts are based on market-based studies and academic research on securities with restrictive features. RSUs granted in each of the periods presented contain selling restrictions subsequent to a vesting date.

The fair value of RSUs converted to common stock without restrictions for the year ended November 30, 2007 was $1.2 billion. Compensation costs previously recognized and tax benefits recognized in equity upon issuance of these awards were approximately $760 million.

The following table summarizes RSU activity for 2007 and 2006:

| | Unamortized | Amortized | Total Number of RSUs | Weighted Average Grant Date Fair Value |
|---|---|---|---|---|
| Balance, November 30, 2005 | 48,116,384 | 72,301,290 | 120,417,674 | $38.35 |
| Granted | 8,251,700 | — | 8,251,700 | 71.41 |
| Canceled | (2,244,585) | (72,424) | (2,317,009) | 43.81 |
| Exchanged for stock without restrictions | — | (25,904,367) | (25,904,367) | 28.93 |
| Amortization | (19,218,999) | 19,218,999 | — | |
| Balance, November 30, 2006 | 34,904,500 | 65,543,498 | 100,447,998 | $43.37 |
| Granted | 38,839,114 | — | 38,839,114 | 68.92 |
| Canceled | (4,720,625) | 1,079,269 | (3,641,356) | 51.27 |
| Exchanged for stock without restrictions | — | (17,716,614) | (17,716,614) | 31.51 |
| Amortization | (34,166,465) | 34,166,465 | — | |
| Balance, November 30, 2007 | 34,856,524 | 83,072,618 | 117,929,142 | $53.33 |



**LEHMAN BROTHERS HOLDINGS INC.**
Notes to Consolidated Financial Statements

The above table excludes approximately 49.7 million RSUs which were granted to employees on December 7, 2007, including approximately 11.3 million RSUs awarded to retirement eligible employees and expensed in fiscal 2007 and approximately 38.4 million RSUs awarded to employees and subject to future vesting provisions.

Of the approximately 117.9 million RSUs outstanding at November 30, 2007, approximately 83.1 million were amortized and included in basic earnings per share. Approximately 16.5 million of RSUs outstanding at November 30, 2007 will be amortized during 2008, and the remainder will be amortized subsequent to 2008.

The above table includes approximately 5.8 million RSUs awarded to certain senior officers, the terms of which were modified in 2006 (the "Modified RSUs"). The original RSUs resulted from performance stock units ("PSUs") for which the performance periods have expired, but which were not previously converted into RSUs as their vesting was contingent upon a change in control of the Company or certain other specified circumstances as determined by the Compensation and Benefits Committee of the Board of Directors (the "CIC RSUs"). On November 30, 2006, with the approval of the Compensation and Benefits Committee, each executive agreed to a modification of the vesting terms of the CIC RSUs to eliminate the change in control provisions and to provide for vesting in ten equal annual installments from 2007 to 2016, provided the executive continues to be an employee on the vesting date of the respective installment. Vested installments will remain subject to forfeiture for detrimental behavior for an additional two years, after which time they will convert to common stock on a one-for-one basis and be issued to the executive. The Modified RSUs will vest (and convert to common stock and be issued) earlier only upon death, disability or certain government service approved by the Compensation and Benefits Committee. Dividends will be payable by the Corporation on the Modified RSUs from the date of their modification and will be reinvested in additional RSUs with the same terms.

Also included in the previous table are PSUs for which the number of RSUs to be earned was dependent on achieving certain performance levels within predetermined performance periods. During the performance period, these PSUs were accounted for as variable awards. At the end of the performance period, any PSUs earned converted one-for-one to RSUs that then vest in three or more years. At November 30, 2006, all performance periods have been completed and any PSUs earned have been converted into RSUs. The compensation cost for the RSUs payable in satisfaction of PSUs is accrued over the combined performance and vesting periods.

**Stock Options**

Employees and Directors may receive stock options, in lieu of cash, as a portion of their total compensation. Such options generally become exercisable over a one- to five-year period and generally expire five- to ten years from the date of grant, subject to accelerated expiration upon termination of employment.

We use the Black-Scholes option-pricing model to measure the grant date fair value of stock options granted to employees. Stock options granted have exercise prices equal to the market price of our common stock on the grant date. The principal assumptions utilized in valuing options and our methodology for estimating such model inputs include: (i) risk-free interest rate - estimate is based on the yield of U.S. zero coupon securities with a maturity equal to the expected life of the option; (ii) expected volatility - estimate is based on the historical volatility of our common stock for the three years preceding the award date, the implied volatility of market-traded options on our common stock on the grant date and other factors; and (iii) expected option life - estimate is based on internal studies of historical and projected exercise behavior based on different employee groups and specific option characteristics, including the effect of employee terminations. Based on the results of the model, the weighted-average fair value of stock options granted were $24.94, $15.83 and $13.24 for 2007, 2006 and 2005, respectively. The weighted-average assumptions used for 2007, 2006 and 2005 were as follows:

Weighted Average Black-Scholes Assumptions

|  | Year Ended November 30, | | |
|---|---|---|---|
|  | **2007** | **2006** | **2005** |
| Risk-free interest rate | 4.72% | 4.49% | 3.97% |
| Expected volatility | 25.12% | 23.08% | 23.73% |
| Annual dividends per share | $0.60 | $0.48 | $0.40 |
| Expected life | 7.0 years | 4.5 years | 3.9 years |

The valuation technique takes into account the specific terms and conditions of the stock options granted including vesting period, termination provisions, intrinsic value and time dependent exercise behavior.

KK-18

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

| | |
|---|---|
| Pay Group: | BWS-BiWeekly Salaried |
| Pay Begin Date: | 01/01/2004 |
| Pay End Date: | 01/29/2004 |

| | |
|---|---|
| Business Unit: IT | |
| Advice #: | 2488404 |
| Advice Date: | 01/29/2004 |

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

LBI BWS IT
27697 745 7TH 15 2488404
Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10021931
Department: 27697-Bus. Support-Admin
Location: 745 Seventh Ave. 15th Floor
Pay Rate: $150,000.00 Annual

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Bonus 2003 | | | 153,250.00 | | 153,250.00 |
| 2003 RSU Bonus | | | 21,750.00 | | 21,750.00 |
| Regular Salary | | | 0.00 | 160.00 | 11,538.46 |
| Total: | | | 175,000.00 | 160.00 | 186,538.46 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 35,495.19 | 37,715.29 |
| Medicare Tax | 2,222.13 | 2,385.80 |
| Social Security Tax | 4,749.95 | 5,449.80 |
| NY Tax | 11,642.42 | 12,259.06 |
| NY Vol Dis/EE | 0.00 | 1.52 |
| Total: | 54,109.69 | 57,811.47 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TDSP 401(k) | 11,269.24 | 13,000.00 |
| Pre-Tax Medical | 0.00 | 238.00 |
| Pre-Tax Dental | 0.00 | 24.00 |
| Total: | 11,269.24 | 13,262.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| '03 RSU Bonus Offset | 21,750.00 | 21,750.00 |
| Supple LTD Ins | 0.00 | 49.00 |
| Total: | 21,750.00 | 21,799.00 |

## TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 0.00 | 11.40 |
| | | |
| * Taxable | | |

## TOTAL GROSS / FED TAXABLE GROSS / TOTAL TAXES / TOTAL DEDUCTIONS / NET PAY

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 175,000.00 | 141,980.76 | 54,109.69 | 33,019.24 | 87,871.07 |
| YTD: | 186,538.46 | 151,537.86 | 57,811.47 | 35,061.00 | 93,665.99 |

MESSAGE:

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000002488404 | 87,871.07 |
| Total: | 87,871.07 |

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

| Date | Advice No. |
|---|---|
| 01/29/2004 | 2488404 |

Deposit Amount: $87,871.07

To The
Account(s) Of

**KAREN M. KRIEGER**
19 Marshall Court
Great Neck, NY 11021

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 2016043164 | $87,871.07 |
| Total: | | $87,871.07 |

# NON-NEGOTIABLE



**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

| Pay Group: | BWS-BiWeekly Salaried | | Business Unit: IT | |
|---|---|---|---|---|
| Pay Begin Date: | 01/01/2005 | | Advice #: | 2781054 |
| Pay End Date: | 01/30/2005 | | Advice Date: | 01/31/2005 |

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

*(mirrored text)* LBI BWS IT
27697 745 7TH 2781054
Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

| Employee ID: | 10021931 |
|---|---|
| Department: | 27697-Bus. Support-Admin |
| Location: | 745 Seventh Avenue |
| Pay Rate: | $150,000.00 Annual |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Bonus 2004 | | | 114,000.00 | | 114,000.00 |
| 2004 RSU Bonus | | | 16,000.00 | | 16,000.00 |
| Regular Salary | | | 0.00 | 160.00 | 11,538.46 |
| **Total:** | | | **114,000.00** | **160.00** | **125,538.46** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 25,432.69 | 27,601.31 |
| Medicare Tax | 1,653.00 | 1,814.42 |
| Social Security Tax | 4,889.81 | 5,580.00 |
| NY Tax | 8,341.92 | 8,943.77 |
| NY Vol Dis/EE | 0.00 | 2.30 |
| **Total:** | **40,317.42** | **43,941.80** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TDSP 401(k) | 12,269.24 | 14,000.00 |
| Pre-Tax Medical | 0.00 | 286.00 |
| Pre-Tax Dental | 0.00 | 24.00 |
| TMA/MassTransit ~ PreTx | 0.00 | 105.00 |
| **Total:** | **12,269.24** | **14,415.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supple LTD Ins | 0.00 | 72.92 |
| TMA/MassTransit ~ AftTx | 0.00 | 60.62 |
| **Total:** | **0.00** | **133.54** |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 0.00 | 8.70 |

\* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 114,000.00 | 101,730.76 | 40,317.42 | 12,269.24 | 61,413.34 |
| YTD: | 125,538.46 | 111,132.16 | 43,941.80 | 14,548.54 | 67,048.12 |

### NET PAY DISTRIBUTION

| Advice #000000002781054 | 61,413.34 |
|---|---|
| **Total:** | **61,413.34** |

MESSAGE:

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

**Date**
01/31/2005

**Advice No.**
2781054

**Deposit Amount:** $61,413.34

**To The Account(s) Of**
KAREN M. KRIEGER
19 Marshall Court
Great Neck, NY 11021

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 2016043164 | $61,413.34 |
| **Total:** | | **$61,413.34** |

## NON-NEGOTIABLE



**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

| | Pay Group: | BWO-BiWeekly Exempt Employees (0) | Business Unit: IT |
|---|---|---|---|
| | Pay Begin Date: | 01/01/2006 | Advice #: 3129107 |
| | Pay End Date: | 01/29/2006 | Advice Date: 01/31/2006 |

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10021931
Department: 43306-Vendor Management
Location: 1301 Avenue of Amer, 3rd Floor
Pay Rate: $150,000.00 Annual

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Bonus 2005 | | | 168,125.00 | | 168,125.00 |
| 2005 RSU Bonus | | | 24,375.00 | | 24,375.00 |
| Regular Salary | | 0.00 | | 160.00 | 11,538.46 |
| **Total:** | | | 168,125.00 | 160.00 | 179,663.46 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 46,213.94 | 48,378.38 |
| Medicare Tax | 2,437.81 | 2,599.78 |
| Social Security Tax | 5,147.85 | 5,840.40 |
| NY Tax | 11,381.90 | 11,982.11 |
| NY Vol Dis/EE | 0.00 | 2.30 |
| **Total:** | 65,181.50 | 68,802.97 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TDSP 401(k) | 13,269.24 | 15,000.00 |
| Pre-Tax Medical | 0.00 | 249.00 |
| Pre-Tax Dental | 0.00 | 24.00 |
| TMA/MassTransit ~ PreTx | 0.00 | 105.00 |
| **Total:** | 13,269.24 | 15,378.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supple LTD Ins | 0.00 | 80.50 |
| TMA/MassTransit ~ AftTx | 0.00 | 69.44 |
| **Total:** | 0.00 | 149.94 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 0.00 | 9.70 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 168,125.00 | 154,855.76 | 65,181.50 | 13,269.24 | 89,674.26 |
| YTD: | 179,663.46 | 164,295.16 | 68,802.97 | 15,527.94 | 95,332.55 |

MESSAGE:

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000003129107 | 89,674.26 |
| **Total:** | 89,674.26 |

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

**Date**
01/31/2006

**Advice No.**
3129107

**Deposit Amount:** $89,674.26

To The
Account(s) Of

**KAREN M. KRIEGER**
19 Marshall Court
Great Neck, NY 11021

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 2016043164 | $89,674.26 |
| **Total:** | | $89,674.26 |

# NON-NEGOTIABLE

**KK-21**

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

| Pay Group: | BW0-BiWeekly Exempt Employees | Business Unit: IT |
| --- | --- | --- |
| Pay Begin Date: | 01/01/2007 | Advice #: 3545979 |
| Pay End Date: | 01/29/2007 | Advice Date: 01/31/2007 |

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

LBI BW0 IT
27698 1301 6TH 3 3545979

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

| TAX DATA: | Federal | NY State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

| Employee ID: 10021931 |
| --- |
| Department: 27698-Service Desk |
| Location: 1301 Avenue of Amer, 3rd Floor |
| Pay Rate: $175,000.00 Annual |
| SSN: XXX-XX-8535 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
| --- | --- | --- | --- | --- | --- |
| Bonus 2006 01/01/07-01/29/07 | | | 232,737.50 | | 0.00 |
| 06 RSU Bon 01/01/07-01/29/07 | | | 42,262.50 | | 0.00 |
| Regular Salary | | | 0.00 | 160.00 | 12,500.00 |
| Retro Salary Change | | | 0.00 | | 3,846.15 |
| Bonus 2006 | | | 0.00 | | 232,737.50 |
| 2006 RSU Bonus | | | 0.00 | | 42,262.50 |

## TAXES

| Description | Current | YTD |
| --- | --- | --- |
| Federal Tax | 69,922.36 | 73,314.47 |
| Medicare Tax | 3,374.69 | 3,605.35 |
| Social Security Tax | 5,058.74 | 6,045.00 |
| NY Tax | 16,147.17 | 17,053.20 |
| NY Vol Dis/EE | 0.00 | 2.08 |

| Total: | | | 232,737.50 | | 249,083.65 |
| --- | --- | --- | --- | --- | --- |

| Total: | 94,502.96 | 100,020.10 |
| --- | --- | --- |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| TDSP 401(k) | 13,048.08 | 15,500.00 |
| Pre-Tax Medical | 0.00 | 315.00 |
| Pre-Tax Dental | 0.00 | 24.00 |
| TMA/MassTransit ~PreTx | 0.00 | 110.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Supple LTD Ins | 0.00 | 87.50 |
| TMA/MassTransit ~AftTx | 0.00 | 64.44 |

## TAXABLE BENEFITS

| Description | Current | YTD |
| --- | --- | --- |
| GVUL Basic/Taxable* | 0.00 | 10.30 |

| Total: | 13,048.08 | 15,949.00 |
| --- | --- | --- |

| Total: | 0.00 | 151.94 |
| --- | --- | --- |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current: | 232,737.50 | 219,689.42 | 94,502.96 | 13,048.08 | 125,186.46 |
| YTD: | 249,083.65 | 233,144.95 | 100,020.10 | 16,100.94 | 132,962.61 |

## NET PAY DISTRIBUTION

| Advice #000000003545979 | 125,186.46 |
| --- | --- |

MESSAGE:

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

**Date** 01/31/2007

**Advice No.** 3545979

Deposit Amount: **$125,186.46**

To The
Account(s) Of   **KAREN M. KRIEGER**
19 Marshall Court
Great Neck, NY 11021

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
| --- | --- | --- |
| Checking | 2016043164 | $125,186.46 |
| Total: | | $125,186.46 |

## NON-NEGOTIABLE

**KK-22**

**Lehman Brothers Inc.**
745 Seventh Avenue
New York, NY 10019-6801

| Pay Group: | BW0-BiWeekly Exempt Employees | Business Unit: IT |
| Pay Begin Date: | 01/01/2008 | Advice #: | 4020357 |
| Pay End Date: | 01/30/2008 | Advice Date: | 01/31/2008 |

Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

LBI BWC IT
25071 1301 6TH 3 4020357
Karen M. Krieger
19 Marshall Court
Great Neck, NY 11021

| TAX DATA: | Federal | NY State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 10021931
Department: 25071-CAO - US/99
Location: 1301 Avenue of Amer, 3rd Floor
Pay Rate: $175,000.00 Annual
SSN: XXX-XX-8535

### HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Bonus 2007 | | | | | 224,287.50 | | 224,287.50 |
| 07 RSU Bon | | | | | 45,712.50 | | 45,712.50 |
| Reg Salary | | | | | 0.00 | 160.00 | 13,461.54 |
| **Total:** | | | | | 224,287.50 | | 237,749.04 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 73,782.36 | 76,343.92 |
| Medicare Tax | 3,252.17 | 3,440.42 |
| Social Security Tax | 5,519.06 | 6,324.00 |
| NY Tax | 15,494.30 | 16,218.49 |
| NY Tax | 0.00 | 2.40 |
| **Total:** | 98,047.89 | 102,329.23 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TDSP 401(k) | 13,480.76 | 15,500.00 |
| Pre-Tax Medical | 0.00 | 328.00 |
| Pre-Tax Dental | 0.00 | 24.00 |
| Pre~Tax Vision | 0.00 | 22.52 |
| TMA/MassTransit~PreTx | 0.00 | 115.00 |
| **Total:** | 13,480.76 | 15,989.52 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Supple LTD Ins | 0.00 | 68.76 |
| TMA/MassTransit – AftTx | 0.00 | 59.44 |
| **Total:** | 0.00 | 128.20 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 0.00 | 10.96 |
| * Taxable | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 224,287.50 | 210,806.74 | 98,047.89 | 13,480.76 | 112,758.85 |
| YTD: | 237,749.04 | 221,770.48 | 102,329.23 | 16,117.72 | 119,302.09 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000004020357 | 112,758.85 |

MESSAGE:

---

# LEHMAN BROTHERS

Lehman Brothers Inc.
745 Seventh Avenue
New York, NY 10019-6801

**Date**
01/31/2008

**Advice No.**
4020357

Deposit Amount: **$112,758.85**

To The
Account(s) Of

**KAREN M. KRIEGER**
19 Marshall Court
Great Neck, NY 11021

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 2016043164 | $112,758.85 |
| Total: | | $112,758.85 |

## NON-NEGOTIABLE

KK-23

**Lehman Brothers**
**2007 Total Compensation Statement**
**CONFIDENTIAL**
DO NOT DISTRIBUTE TO EMPLOYEES

Employee :
Division : Information Technology                                    Employee ID : 10220916
Hire Date : 2/9/04                                                   Stock Program : VP

## COMPENSATION HISTORY

| Compensation Type | Current - 2007 | Previous - 2006 | 2nd Previous - 2005 |
|---|---|---|---|
| Paid Salary | $120,000 | $100,000 | $90,000 |
| Bonus | $10,000 | $50,000 | $35,000 |
| TOTAL COMPENSATION | $130,000 | $150,000 | $125,000 |

## MANAGER NOTES

| | 2007 Actual | Prior Year Comparison | Difference | Variance |
|---|---|---|---|---|
| Comparison to Baseline: | $130,000 | $150,000 | ($20,000) | -13.3% |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $4,370 | $63.47 | $47.60 | 91.81 |

Your equity award was calculated based on total compensation of $130,000, where "total compensation" includes salary, bonus, and other forms of eligible compensation. All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalized in early 2008), the 2005 Stock Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | |
|---|---|
| Bonus | $10,000 |
| Less Total RSUs | ($4,370) |
| Total Cash Payment (Before Taxes) | $5,630   Payable on or about January 31, 2008 |

## ANNUAL SALARY

Effective Fiscal Year 2008, your annual base salary will be as follows:

| | |
|---|---|
| Current Annual Salary | $120,000 |

Your rights to the bonus payment and equity awards are subject to the terms and conditions of the Firm's bonus policy and the controlling equity award documents, as applicable.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

10-Dec-07

Lehman Brothers
2007 Total Compensation Statement
CONFIDENTIAL
DO NOT DISTRIBUTE TO EMPLOYEES

Employee :
Division : Information Technology                                                  Employee ID : 10066483
Hire Date : 3/10/97                                                                Stock Program :  VP

## COMPENSATION HISTORY

| Compensation Type | Current - 2007 | Previous - 2006 | 2nd Previous - 2005 |
|---|---|---|---|
| Paid Salary | $95,000 | $70,250 | $63,500 |
| Bonus | $15,000 | $45,000 | $19,000 |
| TOTAL COMPENSATION | $110,000 | $115,250 | $82,500 |
| Diversity Award | $5,000 | | |
| Total Compensation Plus Awards | $115,000 | | |

## MANAGER NOTES

| | 2007 Actual | Prior Year Comparison | Difference | Variance |
|---|---|---|---|---|
| Comparison to Baseline (Without Awards): | $110,000 | $115,250 | ($5,250) | -4.6% |
| Firmwide Contribution: | Diversity Contributor + Philanthropy Contributor | | | |

## EQUITY SUMMARY in USD

| | Equity Component | Market Price | Discount Price | Shares |
|---|---|---|---|---|
| RSUs | $3,335 | $63.47 | $47.60 | 70.06 |

Your equity award was calculated based on total compensation of $115,000, where "total compensation" includes salary, bonus, and other forms of eligible compensation, including the diversity award. All terms and conditions of equity awards, including those relating to vesting and forfeiture, are subject to the controlling plan documents, including the FY 2007 equity award agreements (expected to be finalized in early 2008), the 2005 Stock Incentive Plan and related Prospectus.

## PAYMENT SCHEDULE

| | | |
|---|---|---|
| Bonus | $15,000 | |
| Diversity Award | $5,000 | |
| Less Total RSUs | ($3,335) | |
| Total Cash Payment (Before Taxes) | $16,665 | Payable on or about January 31, 2008 |

## ANNUAL SALARY

Effective Fiscal Year 2008, your annual base salary will be as follows:

| Current Annual Salary | $95,000 |
|---|---|

Your rights to the bonus payment and equity awards are subject to the terms and conditions of the Firm's bonus policy and the controlling equity award documents, as applicable.

If you have any additional questions regarding your compensation or personal data, please contact your divisional HR representative. If you have any questions regarding your equity award, please contact the Compensation Department at (212) 526-8346.

10-Dec-07