UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :   08-13555 (JMP)
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
------------------------------------------------------------------x   Ref. Docket No. 36312

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 3, 2013, I caused to be served the "Stipulation Concerning the Hearing on the Motion of Massachusetts Housing Finance Agency for a Determination that the Automatic Stay does not Bar Commencement of Certain Litigation Against the Debtors for Post-Petition Conduct or, in the Alternative, Granting Relief from the Automatic Stay to Permit Commencement of Such Litigation," dated April 3, 2013 [Docket No. 36312],
   by causing true and correct copies to be:

   i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>, and

   ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Carol Zhang*
                                            Carol Zhang

Sworn to before me this
4th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | keith.simon@lw.com |
| aalfonso@willkie.com | ken.coleman@allenovery.com |
| abeaumont@fklaw.com | ken.higman@hp.com |
| abraunstein@riemerlaw.com | kerry.moynihan@hro.com |
| acaton@kramerlevin.com | kgwynne@reedsmith.com |
| acker@chapman.com | kiplok@hugheshubbard.com |
| adam.brezine@hro.com | kit.weitnauer@alston.com |
| adarwin@nixonpeabody.com | kkelly@ebglaw.com |
| adiamond@diamondmccarthy.com | kkolbig@mosessinger.com |
| aeckstein@blankrome.com | klyman@irell.com |
| aentwistle@entwistle-law.com | klynch@formanlaw.com |
| afriedman@irell.com | kmayer@mccarter.com |
| agbanknewyork@ag.tn.gov | kobak@hugheshubbard.com |
| aglenn@kasowitz.com | korr@orrick.com |
| agold@herrick.com | kovskyd@pepperlaw.com |
| agoldstein@tnsj-law.com | kpiper@steptoe.com |
| ahandler@moundcotton.com | kressk@pepperlaw.com |
| aisenberg@saul.com | kreynolds@mklawnyc.com |
| akantesaria@oppenheimerfunds.com | krosen@lowenstein.com |
| akolod@mosessinger.com | kuehn@bragarwexler.com |
| alum@ftportfolios.com | kurt.mayr@bgllp.com |
| amarder@msek.com | lacyr@sullcrom.com |
| amartin@sheppardmullin.com | landon@streusandlandon.com |
| amcmullen@boultcummings.com | lapeterson@foley.com |
| amenard@tishmanspeyer.com | lathompson@co.sanmateo.ca.us |
| andrew.brozman@cliffordchance.com | lberkoff@moritthock.com |
| andrew.lourie@kobrekim.com | lee.stremba@troutmansanders.com |
| andrew.morrison@klgates.com | lgotko@fklaw.com |
| angelich.george@arentfox.com | lgranfield@cgsh.com |
| ann.reynaud@shell.com | lhandelsman@stroock.com |
| anthony_boccanfuso@aporter.com | linda.boyle@twtelecom.com |
| aoberry@bermanesq.com | lisa.ewart@wilmerhale.com |
| aostrow@beckerglynn.com | lisa.kraidin@allenovery.com |
| aquale@sidley.com | lisa.solomon@att.net |
| arahl@reedsmith.com | ljkotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lkiss@klestadt.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |
| arthur.rosenberg@hklaw.com | lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |
| aunger@sidley.com | lscarcella@farrellfritz.com |
| austin.bankruptcy@publicans.com | lschweitzer@cgsh.com |

| | |
|---|---|
| avenes@whitecase.com | lubell@hugheshubbard.com |
| azylberberg@whitecase.com | lwhidden@salans.com |
| bankr@zuckerman.com | mabrams@willkie.com |
| bankruptcy@goodwin.com | maofiling@cgsh.com |
| bankruptcy@morrisoncohen.com | marc.chait@sc.com |
| bankruptcy@ntexas-attorneys.com | margolin@hugheshubbard.com |
| bankruptcymatters@us.nomura.com | mark.bane@ropesgray.com |
| barbra.parlin@hklaw.com | mark.deveno@bingham.com |
| bbisignani@postschell.com | mark.ellenberg@cwt.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.hellerer@pillsburylaw.com |
| bguiney@pbwt.com | mark.sherrill@sutherland.com |
| bkmail@prommis.com | marvin.clements@ag.tn.gov |
| bmanne@tuckerlaw.com | matt@willaw.com |
| bmiller@mofo.com | matthew.klepper@dlapiper.com |
| boneill@kramerlevin.com | maustin@orrick.com |
| brian.corey@greentreecreditsolutions.com | max.polonsky@skadden.com |
| brosenblum@jonesday.com | mbenner@tishmanspeyer.com |
| broy@rltlawfirm.com | mberman@nixonpeabody.com |
| bruce.wright@sutherland.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mbienenstock@proskauer.com |
| btrust@mayerbrown.com | mbloemsma@mhjur.com |
| bturk@tishmanspeyer.com | mbossi@thompsoncoburn.com |
| bwolfe@sheppardmullin.com | mcademartori@sheppardmullin.com |
| cahn@clm.com | mcantor@normandyhill.com |
| calbert@reitlerlaw.com | mcordone@stradley.com |
| canelas@pursuitpartners.com | mcto@debevoise.com |
| carol.weinerlevy@bingham.com | mcyganowski@oshr.com |
| cbelisle@wfw.com | mdorval@stradley.com |
| cbelmonte@ssbb.com | melorod@gtlaw.com |
| cdesiderio@nixonpeabody.com | meltzere@pepperlaw.com |
| cgoldstein@stcwlaw.com | metkin@lowenstein.com |
| chad.husnick@kirkland.com; | mfeldman@willkie.com |
| chammerman@paulweiss.com | mgordon@briggs.com |
| charles@filardi-law.com | mgreger@allenmatkins.com |
| charles_malloy@aporter.com | mh1@mccallaraymer.com |
| chipford@parkerpoe.com | mhopkins@cov.com |
| chris.donoho@lovells.com | michael.frege@cms-hs.com |
| christopher.greco@kirkland.com | michael.kelly@monarchlp.com |
| clarkb@sullcrom.com | michael.kim@kobrekim.com |
| clynch@reedsmith.com | michael.mccrory@btlaw.com |
| cmontgomery@salans.com | michaels@jstriallaw.com |
| cohen@sewkis.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com

mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com

paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com
ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com

gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org

| | |
|---|---|
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | sleo@bm.net |
| jdwarner@warnerandscheuerman.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jen.premisler@cliffordchance.com | spiotto@chapman.com |
| jennifer.demarco@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.gore@shell.com | squsba@stblaw.com |
| jeremy.eiden@ag.state.mn.us | sree@lcbf.com |
| jfalgowski@reedsmith.com | sschultz@akingump.com |
| jflaxer@golenbock.com | sselbst@herrick.com |
| jfreeberg@wfw.com | sshimshak@paulweiss.com |
| jg5786@att.com | sskelly@teamtogut.com |
| jgenovese@gjb-law.com | sstarr@starrandstarr.com |
| jguy@orrick.com | steele@lowenstein.com |
| jherzog@gklaw.com | stephen.cowan@dlapiper.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.troyer@commerzbank.com |
| jhuggett@margolisedelstein.com | steven.usdin@flastergreenberg.com |
| jim@atkinslawfirm.com | steven.wilamowsky@bingham.com |
| jjoyce@dresslerpeters.com | steven@blbglaw.com |
| jjtancredi@daypitney.com | streusand@streusandlandon.com |
| jjureller@klestadt.com | susheelkirpalani@quinnemanuel.com |
| jlamar@maynardcooper.com | sweyl@haslaw.com |
| jlawlor@wmd-law.com | swolowitz@mayerbrown.com |
| jlee@foley.com | szuch@wiggin.com |
| jlevitin@cahill.com | tannweiler@greerherz.com |
| jlipson@crockerkuno.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | tgoren@mofo.com |
| jmelko@gardere.com | thaler@thalergertler.com |
| jmerva@fult.com | thomas.califano@dlapiper.com |
| jmmurphy@stradley.com | tim.desieno@bingham.com |
| jmr@msf-law.com | timothy.brink@dlapiper.com |
| jnadritch@olshanlaw.com | timothy.palmer@bipc.com |
| jnm@mccallaraymer.com | tjfreedman@pbnlaw.com |

| | |
|---|---|
| john.monaghan@hklaw.com | tkiriakos@mayerbrown.com |
| john.rapisardi@cwt.com | tlauria@whitecase.com |
| jonathan.henes@kirkland.com | tmacwright@whitecase.com |
| jorbach@hahnhessen.com | tmarrion@haslaw.com |
| joseph.cordaro@usdoj.gov | tnixon@gklaw.com |
| joseph.serino@kirkland.com; | toby.r.rosenberg@irscounsel.treas.gov |
| joshua.dorchak@bingham.com | tom.schorling@whitecase.com, |
| jowen769@yahoo.com | tomwelsh@orrick.com |
| jowolf@law.nyc.gov | tslome@msek.com |
| joy.mathias@dubaiic.com | ttracy@crockerkuno.com |
| jpintarelli@mofo.com | tunrad@burnslev.com |
| jporter@entwistle-law.com | twheeler@lowenstein.com |
| jprol@lowenstein.com | villa@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |
| jschwartz@hahnhessen.com | wanda.goodloe@cbre.com |
| jsheerin@mcguirewoods.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jtimko@shutts.com | will.sugden@alston.com |
| jtorf@schiffhardin.com | wiltenburg@hugheshubbard.com |
| judy.morse@crowedunlevy.com | wisotska@pepperlaw.com |
| jvail@ssrl.com | wk@pwlawyers.com |
| jwallack@goulstonstorrs.com | wmaher@wmd-law.com |
| jwcohen@daypitney.com | wmarcari@ebglaw.com |
| jweiss@gibsondunn.com | wmckenna@foley.com |
| jwest@velaw.com | wrightth@sullcrom.com |
| jwh@njlawfirm.com | wsilverm@oshr.com |
| kanema@formanlaw.com | wswearingen@llf-law.com |
| karen.wagner@dpw.com | wtaylor@mccarter.com |
| karl.geercken@alston.com | wzoberman@bermanesq.com |
| kdwbankruptcydepartment@kelleydrye.com | yuwatoko@mofo.com |
| keckhardt@hunton.com | |

**ADDS – EMAIL:**

ross.martin@ropesgray.com
peter.welsh@ropesgray.com
aliza.goren@ropesgray.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


ROPES & GRAY LLP
ATTN: D. ROSS MARTIN, PETER L. WELSH
& ALIZA F. GOREN
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600