EXECUTION COPY

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

| <u>CVI CVF II Lux Master S.a.r.l.</u> | <u>Goldman Sachs Lending Partners LLC</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI CVF II Lux Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343

Court Claim # (if known):  <u>15922</u>
Amount of Claim Transferred:  <u>$100,000,000.00</u>
Date Claim Filed:  <u>September 17, 2009</u>
Debtor:  <u>Lehman Brothers Holdings Inc.</u>

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

769556v.4 3091/00304

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____    Date: 3/28/13
  Transferee/Transferee's Agent
  Sean Goudy
  Authorized Signatory

Agreed and acknowledged:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: _____
  Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION COPY

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI CVF II LUX MASTER S.A.R.L.
BY CARVAL INVESTORS, LLC
ITS ATTORNEY-IN-FACT

By: _____         Date: _____
    Transferee/Transferee's Agent

Agreed and acknowledged:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____         Date: 3/28/13
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.