WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**  : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  : **08-13555 (JMP)**
:
Debtors.  : **(Jointly Administered)**
:
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**ONE HUNDRED EIGHTY-SEVENTH OMNIBUS OBJECTION**
**TO CLAIMS (MISCLASSIFIED CLAIMS) AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the

"Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities

in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing

without prejudice its One Hundred Eighty-Seventh Omnibus Objection to Claims (Misclassified

Claims) [ECF No. 19817], solely with respect to the claims listed on Exhibit A annexed hereto.

The Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated: April 10, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| ITALEASE FINANCE S.P.A. | 28074 |
| ITALEASE FINANCE S.P.A. | 28075 |