UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re                                                      :
                                                           :     Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :
                                                           :     08-13555 (JMP)
Debtors                                                    :
                                                           :     (Jointly Administered)
                                                           :

---

## JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim number 24199, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by FIL Investments International Pilot – FID POC UK Equity JC PLT (FUEPLT) (the "Claimant") asserted in the amount of $216.00 (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws without prejudice the subpoena served upon the Claimant on February 21, 2013, the issuance of which was noticed in a filing with the Court on February 25, 2013 [ECF No. 35490].

Dated: ~~March~~ APRIL 9, 2013
New York, New York

*[signature]*
FIL Investments International
25 Cannon Street
London EC4M 5TA
Telephone: +44

TRELAWNY WILLIAMS
AUTHORISED SIGNATORY

Dated: ~~March~~ April 9, 2013
New York, New York

*[signature]*

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*