WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
Telephone: (212) 310-8000  
Facsimile: (212) 310-8007  
Robert J. Lemons  

Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                             :
In re                                        :   Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :   08-13555 (JMP)
                                             :
             Debtors.                        :   (Jointly Administered)
                                             :
                                             :
------------------------------------------------------------x
```

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Chelsea Trust as Trustee of Trust DTD 2/26/1988 "TES 1988 Trust" on March 7, 2013, the issuance of which was noticed in a filing with the Court on March 10, 2013 [ECF No. 35823].

Dated:  April 4, 2013  
      New York, New York  

                                                  /s/ Robert J. Lemons  
                                                  Robert J. Lemons  
                                                  WEIL, GOTSHAL & MANGES LLP  
                                                  767 Fifth Avenue  
                                                  New York, New York 10153  
                                                  Telephone: (212) 310-8000  
                                                  Facsimile: (212) 310-8007  

                                                  Attorneys for Lehman Brothers Holdings Inc.  
                                                  and Certain of Its Affiliates