WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (JMP)
:
Debtors.                            :   (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Ginola Ltd on March 11, 2013, the issuance of which was noticed in a filing with the Court on March 13, 2013 [ECF No. 35889].

Dated: April 4, 2013
       New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates