UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------------x

# WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Bonville Investments Ltd<br>PO Box ~~3174~~ 146<br>Road Town, Tortola<br>British Virgin Islands |
| Claim Number (if known): | 13806 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $406,851 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Sole Director |
|---|---|
| Printed Name: GAMMA DIRECTORS INC. | Dated: 10 April 2013 |