B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Permal Stone Lion Fund Ltd.              Barclays Bank PLC
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee    Court Claim #: 67783
should be sent:                                 Amount of Claim Total (if known): $48,375,000.00
Stone Lion Portfolio L.P.                       Amount of Claim Transferred: $2,241,250.00
Stone Lion Capital Partners L.P.                Date Claim Filed: December 8, 2011
461 Fifth Avenue, 14th Fl                       Debtor: Lehman Brothers Commodity Services Inc.
New York, NY 10017
bwood@stonelioncapital.com

Attn: Brian Wood
Phone: (212) 843-1243                           Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                         Permal Stone Lion Fund Ltd.
    Transferee/Transferee's Agent               By: Stone Lion Capital Partners L.P.,
                                                Investment Manager
                                                Date: April 10, 2013

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Claudia Borg
Authorized Signatory

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Permal Stone Lion Fund Ltd ("Buyer") a 4.6330749% interest in all rights, title and interest in and to that portion of the claims of Seller referenced as proof of claim number **67783,** which is in the principal amount of US$2,241,250.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 10th day of ~~February~~ April, 2013.

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **PERMAL STONE LION FUND LTD.** By: Stone Lion Capital Partners L.P., Investment Manager |
| Name: Aileen Montana  Authorized Signatory | Name: Claudia Borg |
| Title: Vice President | Title: Authorized Signatory |

NY1 8641954v.2

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Permal Stone Lion Fund Ltd.</u>                     <u>Barclays Bank PLC</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
461 Fifth Avenue, 14th Fl
New York, NY 10017
bwood@stonelioncapital.com

Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim #: <u>67784</u>
Amount of Claim Total (if known): <u>$48,375,000.00</u>
Amount of Claim Transferred: <u>$2,241,250.00</u>
Date Claim Filed: <u>December 8, 2011</u>
Debtor: <u>Lehman Brothers Holding Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Permal Stone Lion Fund Ltd.
By: Stone Lion Capital Partners L.P.,
Investment Manager

By: _____         Date: April 10, 2013
    Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Claudia Borg
**Authorized Signatory**

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Barclays Bank PLC** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Permal Stone Lion Fund Ltd ("Buyer") a 4.6330749% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number **67784** which is in the principal amount of $2,241,250.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 10th day of ~~February~~, 2013.
April

| SELLER: | BUYER: |
|---|---|
| **BARCLAYS BANK PLC** | **PERMAL STONE LION FUND LTD.** <br> By: Stone Lion Capital Partners L.P., <br> Investment Manager |
| Name: _Authorized Signatory_ <br> Aileen Montana <br> Vice President <br> Title: | Name: Claudia Borg <br> Authorized Signatory <br> Title: |

NY1 8641954v.2