UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
            Debtors.                                              :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 36021, 36060,
                                                                      36070, 36212, 36213, 36275, 36304,
                                                                      36305, 36309-36311

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
11th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BNP PARIBAS SECURITIES CORP.
     TRANSFEROR: BNP PARIBAS
     ATTN: EVAN GIANOUKAKIS
     787 SEVENTH AVENUE
     NEW YORK NY 10019
```

Please note that your claim # 67938-05 in the above referenced case and in the amount of
    $195,553,765.98  Unliquidated    has been transferred **(unless previously expunged by court order)**

```
SUCCESSAL GROUP LLC
TRANSFEROR: BNP PARIBAS SECURITIES CORP.
C/O RICHARDS KIBBE & ORBE LLP
ATTN: LARRY HALPERIN
ONE WORLD FINANCIAL CENTER
NEW YORK NY 10281
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                     UNITED STATES BANKRUPTCY COURT
                     Southern District of New York
                     One Bowling Green
                     New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36070     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/05/2013                     Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez
                                     _____
                                     By: Epiq Bankruptcy Solutions, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2013.

**EXHIBIT B**

12:16:56
04/05/13

08-13555-mg    Doc 36519    Filed 04/11/13    Entered 04/11/13 14:35:19    Main Document
Pg 5 of 5

```
TIME: 12:16:56                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/05/13                                              CREDITOR LISTING

Name                                              Address
ADK SOHO FUND                                     TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET NEW YORK NY 10012
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK) ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
  MASTER FUND, LP
BNP PARIBAS SECURITIES CORP.                      TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019
CF LBHI LLC                                       TRANSFEROR: MIZUHO CORPORATE BANK, LTD. ATTN: DREW MCKNIGHT C/O FORTRESS INVESTMENT GROUP LLC CREDIT FUNDS
                                                  ONE MARKET PLAZA, SPEAR TOWER, 42ND FLOOR SAN FRANCISCO CA 94105
DEUTSCHE BANK AG, LONDON (HK)                     TRANSFEROR: BANCO DE ORO UNIBANK, INC. ATTN: JACK TSAI/CHRISTOPHER WONG 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST
                                                  KOWLOON   HONG KONG
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                  JACKSONVILLE FL 32256
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC C/O ELLIOTT MANAGEMENT COPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STRTEET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: LUXICAV OBBLIGAZIONARIO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: LUXICAV PLUS FLEX 35 ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: LUXICAV PLUS FLEX 50 ATTN: MICHELL LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LUXICAV OBBLIGAZIONARIO                           19-21 BD PRINCE HENRI L-1724 LUXEMBOURG
LUXICAV PLUS FLEX 35                              19/21 BD DU PRINCE HENRI L-1724 LUXEMBOURG
LUXICAV PLUS FLEX 50                              19/21 BD DU PRINCE HENRY L-1724 LUXEMBOURG
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: CF LBHI LLC ATTN: JOSHUA RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
SILVER POINT CAPITAL FUND, LP                     C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA FIRST FLOOR
                                                  GREENWICH CT 06830
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: VRAKKING, R.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM   1016 EV NETHERLANDS
SUCCESSAL GROUP LLC                               TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                                  NEW YORK NY 10281
VRAKKING, R.C.                                    MEZENLAAN 19-D-1 BUSSUM   1403 BR NETHERLANDS
YORVIK PARTNERS LLP                               TRANSFEROR: UBS AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM

Total Number of Records Printed                   25
```