UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                               :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    08-13555 (JMP)
                                                    :    (Jointly Administered)
                        **Debtors.**                :
                                                    :
------------------------------------------------------------x    Ref. Docket Nos. 36375 & 36376

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Lauren Rodriguez</u>
Lauren Rodriguez

Sworn to before me this
11th day of April, 2013
<u>/s/ Cassandra Murray</u>
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
       Debtors.                                           :    (Jointly Administered)
                                                             :
------------------------------------------------------------x

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    BARCLAYS BANK PLC
               745 SEVENTH AVE
               NEW YORK, NY 10019


Transferee:    AAI CANYON FUND PLC, SOLELY IN RESPECT OF CANYON
               REFLECTION FUND
               C/O CANYON CAPITAL ADVISORS LLC
               2000 AVENUE OF THE START, 11TH FLOOR
               LOS ANGELES, CA 90067


               ROBERT SCHEININGER
               SIDLEY AUSTIN LLP
               787 SEVENTH AVENUE
               NEW YORK, NY 10019


**Your transfer of claim # 55728 is defective for the reason(s) checked below:**

TRANSFEROR DOES NOT OWN CLAIM


Refer to docket number 36375 in your objection.


*/s/ Lauren Rodriguez*
Epiq Bankruptcy Solutions LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2013.

# EXHIBIT B

BARCLAYS BANK PLC
745 SEVENTH AVE
NEW YORK, NY 10019

AAI CANYON FUND PLC, SOLELY IN
RESPECT OF CANYON
REFLECTION FUND
C/O CANYON CAPITAL ADVISORS LLC
2000 AVENUE OF THE START, 11TH FLOOR
LOS ANGELES, CA 90067

ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019