WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                           :      **Chapter 11 Case No.**
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      **08-13555 (JMP)**
                                                                                    :
                                          Debtors.                       :      **(Jointly Administered)**
                                                                                    :
                                                                                    :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THREE
HUNDRED ELEVENTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its Three Hundred Eleventh Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 28430] **solely as to the claims listed on Exhibit A attached hereto**.  The

Plan Administrator reserves its rights to object to the claims listed on <u>Exhibit A</u> on any grounds in the future.

Dated:  April 11, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number | Claimant Response ECF No. |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION | 31059 | 29391 |
| U.S. BANK NATIONAL ASSOCIATION | 31060 | 29392 |