B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Special Financing** | Case No. **08-13888** |
| In re **Lehman Brothers Holdings, Inc., et al.** | Case No. **08-13555** |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc.**
Name of Transferee

**Guidance Enhanced Green Terrain LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780
E-mail: Ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): 22060
Total Amount of Claim Filed:
USD $23,517,759.45
Amount of Claim Transferred:
$23,517,759.45

Date Claim Filed: Sept. 21, 2009

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: __4/11/13__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jonathan M. Barnes
Vice President

EVIDENCE OF TRANSFER OF CLAIMS

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Guidance Enhanced Green Terrain LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and in all cases subject to the terms of an assignment of claim agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to Banc of America Credit Products, Inc. ("Buyer"), the claims of Seller against **Lehman Brothers Special Financing Inc.** (Claim Nos.: **22001 and 22060**) each filed in the amount of $23,517,759.45 (each, a "Claim" and collectively, the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an assignment to Buyer as the valid owner of the Claims.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 8th day of April, 2013.

GUIDANCE ENHANCED GREEN TERRAIN LLC

By: _____
Name: Brian C. Ziv
Title: Managing Member

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title: Jonathan M. Barnes
        Vice President

NYC01_84710997v1_383422-00002 4/10/2013 11:49 AM