UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :      Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :      08-13555 (JMP)
:      (Jointly Administered)
Debtors.                                           :
:
------------------------------------------------------------------x     Ref. Docket No. 36108

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
11th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 36528    Filed 04/11/13    Entered 04/11/13 17:00:55    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

|  |  |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANC OF AMERICA CREDIT PRODUCTS INC
              TRANSFEROR: SRI FUND, L.P.
              C/O BANK OF AMERICA MERRILL LYNCH
              ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
              BANK OF AMERICA TOWER - 3RD FLOOR
              ONE BRYANT PARK
              NEW YORK NY 10036

Additional:

Transferee:   QUEENSFERRY T LLC
              C/O ELLIOT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              40 WEST 57TH STREET
              NEW YORK NY 10019

Your transfer   of claim #   67281-03   is defective for the reason(s) checked below:

Previously Transferred

Docket Number 36108              Date 03/20/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   April 8, 2013.

# EXHIBIT B

```
TIME: 10:49:28                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 04/08/13                                               CREDITOR LISTING

Name                                    Address
BANC OF AMERICA CREDIT PRODUCTS INC     TRANSFEROR: BBT FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS INC     TRANSFEROR: BBT MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS INC     TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                        BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
QUEENSFERRY T LLC                       C/O ELLIOT MANAGEMENT CORPORATION ATTN: MICAHEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUEENSFERRY T LLC                       C/O ELLIOT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019

Total Number of Records Printed    5
```