United States Bankruptcy Court for the Southern District of New York

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | Lehman Brothers Holdings Inc.<br>Case No. 08-13555 (JMP) |
| Creditor Name and Address (as of the time of filing of the Claim): | Harpen Immobilien GmbH & Co. KG<br>D-Voßkuhle 38<br>44141 Dortmund (Germany) |
| Creditor Name and Address (Current): | Harpen Immobilien GmbH<br>D-Voßkuhle 38<br>44141 Dortmund (Germany) |
| Court Claim Number: | 26703 |
| Date Claim Filed: | 22 September 2009 |
| Total Amount of Claim Filed: | USD 4,459,933 |

We, the undersigned, are authorized signatories for the above-referenced creditor. We hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 10th April 2013

Name: F.-J. Pereling
Title: -CEO-

Name: K. Halting
Title: -CFO-