**Georgia Department of Revenue**
COMPLIANCE DIVISION - BANKRUPTCY SECTION
1800 CENTURY BLVD NE, SUITE 17200
ATLANTA, GA 30345-3205
Telephone: (404) 417-2488   Fax: (404) 417-2484

Peter Donnelly, Deputy Commissioner of Tax                                   Douglas J. MacGinnitie, State Revenue Commissioner

---

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, PO BOX 5076
NEW YORK NY 10150-5076

Letter ID:     L0539475296
Issued Date:   11-Apr-2013

Re:   LEHMAN BROTHERS HOLDING RET PL
      08-13555
      S DIST OF NY - NEW YORK
      Chapter 11

Please be advised that the Georgia Department of Revenue has withdrawn its proof of claim, numbered 1632, in the amount of $308,847.67 regarding the above referenced matter.

Sincerely,

*Eunice Nicholson*
Eunice Nicholson
Authorized Representative
Georgia Department of Revenue