**DAY PITNEY LLP**
Joshua W. Cohen (JC-2978)
James J. Tancredi (JT-3269)
One Audubon Street
New Haven, CT 06511-6433
Telephone:   (203) 752-5000
Facsimile:   (203) 752-5001

– and –

7 Times Square
New York, NY  10036-7311
Telephone:   (212) 297-5800
Facsimile:   (212) 916 2940

*Counsel to Fidelity National Title Insurance Company*

| | Hearing Date: | **May 15, 2013** |
|---|---|---|
| | Hearing Time: | **10:00 A.M.** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING
ON FIDELITY NATIONAL TITLE INSURANCE COMPANY'S
MOTION TO COMPEL COMPLIANCE WITH REQUIREMENTS
OF TITLE INSURANCE POLICIES INSURING DEEDS OF TRUST HELD
BY THE BANKRUPTCY ESTATE OF DEBTOR LEHMAN COMMERCIAL PAPER INC.
PURSUANT TO SECTIONS 105, 362, 365 AND 1107 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the hearing on the relief requested in Fidelity National

Title Insurance Company's Motion to Compel Compliance with Requirements of Title Insurance

Policies Insuring Deeds of Trust Held by the Bankruptcy Estate of Debtor Lehman Commercial

Paper Inc. Pursuant to Sections 105, 362, 365 and 1107 of the Bankruptcy Code [Docket No.

11513] (the "Motion to Compel"), which is scheduled for April 24, 2013, at 10:00 a.m. (prevailing

Eastern Time), **has been adjourned to May 15, 2013 at 10:00 a.m. (prevailing Eastern Time)**,

or as soon thereafter as counsel may be heard.  The hearing on the relief requested in the Motion to

Compel will be held before the Honorable James M. Peck, United States Bankruptcy Court,

84642924.1

Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and

such hearing on the Motion to Compel may be further adjourned from time to time without further

notice other than an announcement at the hearing.

Dated at New Haven, Connecticut, this 12th day of April, 2013.

FIDELITY NATIONAL TITLE INSURANCE COMPANY


By:     /s/ Joshua W. Cohen
   Joshua W. Cohen (JC-2978)
   James J. Tancredi (JT-3269)
   DAY PITNEY LLP
   One Audubon Street
   New Haven, CT 06511-6433
   Tel:     (203) 752-5008
   Fax:     (203) 752-5001
   E-mail: jwcohen@daypitney.com