WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    **08-13555 (JMP)**
:
Debtors.                                      :    **(Jointly Administered)**
:
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF TWO HUNDRED NINETY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (INVALID OR NO BLOCKING NUMBER LPS CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing without prejudice its Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) [ECF No. 27868] **solely as to the claim listed on Exhibit A attached hereto**. The Plan Administrator reserves its rights to object to the claim listed on

<u>Exhibit A</u> on any grounds in the future.

Dated: April 12, 2013
      New York, New York

                                         <u>/s/ Robert J. Lemons</u>
                                         Robert J. Lemons

                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Lehman Brothers Holdings Inc.
                                         and Certain of Its Affiliates

US_ACTIVE:\44238143\1\58399.0008

# Exhibit A

## Claim for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | 55404 |