**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | ) ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) ) | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIMS

PLEASE TAKE NOTICE that Solus Recovery Fund Offshore Master LP hereby withdraws its Evidence of Transfer of Claim (Claim # 20137) filed on November 27, 2012 (ECF Docket No. 32355) from Bank of America, N.A., to Solus Recovery Fund Offshore Master LP in the amount of USD 1,157,757.14.

Respectfully submitted this 12th day of April, 2013

**WILLKIE FARR & GALLAGHER LLP**

/s/ Joseph G. Minias
Joseph G. Minias
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel to Solus Recovery Fund Offshore Master LP*