Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232

Attorneys for Julia Kaufman

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In Re                                              :      Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC.,                    :
et. al.,                                           :      Case No. 08-13555 (JMP)
:      (Jointly Administered)
Debtors.                                           :
:      **AFFIDAVIT OF SERVICE**
:
:
---------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    EDURIN COLON, being duly sworn, deposes and says:

  1. I am over the age of eighteen years and am not a party to this action. I am employed by the law firm of Carter Ledyard & Milburn LLP.

  2. On Monday, April 15, 2013, I personally served a true and correct copy of the Response to Claim Objection by Julia Kaufman, by delivering the same with a person at the following office who could accept service of papers on their behalf:

                    TRACEY HOPE DAVIS, ESQ.
                    Elisabetta Gasparini
                    Andrea B. Schwartz
                    Office of the United States Trustee
                    33 Whitehall Street, 21st Floor
                    New York, New York 10004

7189596.1

3. On Monday, April 15, 2013, I served true and correct copies of the Response to Claim Objection by Julia Kaufman, by placing the same in a first class post-paid envelope addressed:

> JONES DAY
> Attn: Robert W. Gaffey
> Attn: Kelly A. Carrero
> 222 East 41st Street
> New York, New York 10017

And on said day I deposited said envelope in a mail depository controlled and maintained by the United States Post Office located at 25 Broadway, New York, New York, to be dispatched by first class mail.

_____
Edurin Colon

Sworn to before me this

15th day of April, 2013.

_____
Notary Public

DENNIS MURPHY
Notary Public, State of New York
No. 31-01MU4644752
Qualified in New York County
Commission Expires March 30, 2015

7189596.1