# **EXHIBIT B**

|  |  |
|---|---|
| Joseph Panepinto/NY/DOMESTIC/BNY<br>09/11/2008 10:58 AM | To "Guppy, Ramin" <rguppy@lehman.com><br>cc "Tilghman, Andrew" <andrew.tilghman@lehman.com>, kevin.cremin@bnymellon.com, "Burleton, Paul" <paul.burleton@lehman.com>, ryan.nufer@bnymellon.com,<br>bcc<br>Subject RE: Lehman - Invoices |

Dear Ramin:

I apologize for not getting back to you yesterday. Please disregard the four invoices you list in your email below. We will adjust our records accordingly.

I would appreciate it if I could get back to you early next week as to when BNYM will start billing Lehman on a quarterly basis. The RM who handles the account will be returning from vacation on Monday, September 15th and I would like to discuss the billing process with her.

In addition, kindly provide an update as to the status of the $234,000 payment.

Sincerely,

Joe


"Guppy, Ramin" <rguppy@lehman.com>



|  |  |
|---|---|
| "Guppy, Ramin" <rguppy@lehman.com><br>09/11/2008 07:40 AM | To <joseph.panepinto@bnymellon.com>, <stacey.poindexter@bnymellon.com>, <kevin.cremin@bnymellon.com>, <ryan.nufer@bnymellon.com><br>cc "Tilghman, Andrew" <andrew.tilghman@lehman.com>, "Burleton, Paul" <paul.burleton@lehman.com>, "Polley, Sean" <Sean.Polley@lehman.com>, "Bramham, Shaun" <shaun.bramham@lehman.com><br>Subject RE: Lehman - Invoices |

Can we pls. get a response? Also, when should we start expecting the first quarterly bill?

Thanks,
Ramin


**From:** Guppy, Ramin
**Sent:** Wednesday, September 10, 2008 7:10 PM
**To:** 'joseph.panepinto@bnymellon.com'
**Cc:** Tilghman, Andrew; Burleton, Paul; Polley, Sean; Bramham, Shaun; stacey.poindexter@bnymellon.com; kevin.cremin@bnymellon.com; ryan.nufer@bnymellon.com
**Subject:** RE: Lehman - Invoices

Hi Joseph,

Any luck with these 4? Also, can I just confirm that going forward you will bill us quarterly on these?

Thanks,
Ramin

**From:** joseph.panepinto@bnymellon.com [mailto:joseph.panepinto@bnymellon.com]
**Sent:** Wednesday, September 03, 2008 12:59 AM
**To:** Guppy, Ramin
**Cc:** Tilghman, Andrew; Burleton, Paul; Polley, Sean; Bramham, Shaun; stacey.poindexter@bnymellon.com; kevin.cremin@bnymellon.com; ryan.nufer@bnymellon.com
**Subject:** RE: Lehman - Invoices


Ramin:

We will review the 4 disputed items and get back to you promptly. You can wire the payment in the amount of $234,000 to:

The Bank of New York Mellon
ABA# 021-000-018
GLA 111-565
Cust A/C# 830171
Ref: Lehman Warrant Fees
Attn: Ryan Nufer


Please contact me should you have any questions.

Thank you,

Joe


Joseph Panepinto
Vice President
The Bank of New York Mellon
101 Barclay Street, 7W
New York, NY 10286
Phone: (212) 815-5648
Fax:    (212) 815-2830


"Guppy, Ramin"
<rguppy@lehman.com>

09/01/2008 10:17 AM

To <stacey.poindexter@bnymellon.com>, <joseph.panepinto@bnymellon.com>
cc "Burleton, Paul" <paul.burleton@lehman.com>, "Tilghman, Andrew" <andrew.tilghman@lehman.com>, "Bramham, Shaun" <shaun.bramham@lehman.com>, "Polley, Sean" <Sean.Polley@lehman.com>
Su RE: Lehman - Invoices

bje
ct

Hi Stacey,

We have taken all the paper invoices received and entered them onto the attached spreadsheet. Of the invoices received we have 4 disputed items which we believe to be erroneous dupes of other reconciled items. Can you pls. advise if you still believe these to be good and provide any supporting evidence?

| Invoice # | Issue Description | Exp. Date | Cusip# | Cost |
|---|---|---|---|---|
| 830171-L238/1/12 | Fortis Healthcare Ltd | 9/7/2012 | 52520L626 | $2,500.00 |
| 830171-L592/7/12 | Suzlon Energy Ltd | 7/16/2012 | 52520L592 | $2,500.00 |
| 830171-L675/9/12 | Axis Bank Ltd | 9/20/2012 | 52520L675 | $2,500.00 |
| 830171-M283/11/12 | China Aviation Optical | 5/30/2012 | 52520M283 | $2,500.00 |

In terms of settling the outstanding amount we therefore have received $244,000 of invoices but are disputing $10,000 (these 4) but can proceed to pay the remaining $234,000. Pls. advise where you will like this paid to? Internally it will take some time to process as we have to log these individually but will commence as soon as we have the details.

Many thanks,
Ramin

Ramin Guppy
- Vice President - Capital Markets Prime Services
- Head of Synthetics & PB Middle Office Asia-Pacific
- Lehman Brothers
- Tel: +852-2252-1207
- Blackberry: +852-6337-1576
- Email: rguppy@lehman.com

**From:** stacey.poindexter@bnymellon.com [mailto:stacey.poindexter@bnymellon.com]
**Sent:** Wednesday, August 13, 2008 2:22 AM
**To:** Polley, Sean
**Cc:** Burleton, Paul; Tilghman, Andrew; Guppy, Ramin; Bramham, Shaun; joseph.panepinto@bnymellon.com

**Subject:** Lehman - Invoices

Sean,

As a follow-up to my email this morning, I have attached a copy of the email sent to you by Betty Cocozza advising you of the invoices being shipped via overnight mail.

Betty Cocozza/NY/DOMESTIC/BNY

05/27/2008 04:32 PM

To "Burleton, Paul" <paul.burleton@lehman.com>, "Polley, Sean" <Sean.Polley@lehman.com>

cc joseph.panepinto@bnymellon.com, Stacey Poindexter/NY/DOMESTIC/BNY@BNY

Subject Re: Fw: Lehman - Invoices Link

Paul/Sean,

Today I am sending to Sean's attention ( via UPS Next Day Air) all of the outstanding invoices. I have sorted through them once again and posted all of them to a spreadsheet so you can reconcile. Sean, once you have reviewed please forward these invoices to your accounts payable area.

Attached for your review is the spreadsheet, please note, the highlighted items are the invoices included in the package.

Regards,
Betty Cocozza
The Bank of New York Mellon
CORPORATE TRUST DEALING & TRADING
Tel 212.815.2909 · Fax 732.667.9055
e-mail address: betty.cocozza@bnymellon.com

***PLEASE TAKE NOTE OF MY NEW EMAIL ADDRESS***

*******************************************

Stacey B. Poindexter
Vice President
The Bank of New York Mellon
101 Barclay Street, 7W
New York, NY 10286
Phone: (212) 815-2826
General Fax: (212) 815-2830

Email: stacey.poindexter@bnymellon.com
*****************************************

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

---------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

---------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.