# **CERTIFICATE OF SERVICE**

I, Sarah K. Kam, declare under penalty of perjury that on April 15, 2013, I caused a copy of the *RESPONSE OF THE BANK OF NEW YORK MELLON TO PLAN ADMINISTRATOR'S FOUR HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)* to be served upon the following by U.S. mail:

The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Robert J. Lemons, Esq. and Maurice Horwitz, Esq.
767 Fifth Avenue
New York, New York 10153

The Office of the United States Trustee for Region 2
Attn: Tracy Hope Davis, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004