UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :
                     Debtors.                            :    (Jointly Administered)
---------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Pinnacle Trustees Ltd<br>Trustees of the Vida Amini Trust<br>P.O. Box 544<br>14 Britannia Place, Bath Street, St. Helier<br>JE2 4SU, Jersey, Channel Islands |
| Claim Number (if known): | 13702 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $43,150 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: MR |
| Printed Name: HASSAN AMINI | Dated: 4/5/2013 |