UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Mapleton Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man |
| Claim Number (if known): | 13704 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $7 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signature] | Title: Director, Mapleton Limited |
|---|---|
| Printed Name: Peter Anthony Crompton | Dated: 10 April 2013 |