UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :     08-13555 (JMP)
                                                                 :
                Debtors.                                         :     (Jointly Administered)
---------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Annscroft Investments Limited<br>Sixty Circular Road, 2nd Floor<br>Douglas, IM1 1SA, Isle of Man |
| Claim Number (if known): | 13703 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $2,163,021 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signed]* | Title:<br>Director, Annscroft Investments Limited |
| Printed Name:<br>Peter Anthony Crompton | Dated:<br>11 April 2013 |

US_ACTIVE:\44096563\1\58399.0011