WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Jacqueline Marcus ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("Weil"), hereby moves the Court to enter an order permitting Brian D'Amico, an associate with Weil, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Lehman Brothers Holdings Inc. ("Lehman") in the above-referenced chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York. In support of the Motion, Movant states as follows:

1. Brian D'Amico is a member in good standing of the Bars of the State of Florida and the State of Texas.

2. In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

US_ACTIVE:\44237694\3\58399.0036

3. Movant requests that this Court approve this Motion so that Brian D'Amico may file pleadings and appear and be heard at hearings in these chapter 11 cases.

WHEREFORE Movant respectfully requests that the Court enter an Order permitting Brian D'Amico to appear *pro hac vice* as counsel to Lehman in these chapter 11 cases and granting such other and further relief as is just.

Dated: New York, New York
April 16, 2013

Respectfully submitted,

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*

**Exhibit A**

      I certify that I am eligible for admission to this Court and I am a member in good standing of the Bars of the State of Florida and the State of Texas. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York. I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

Mailing Address:    Brian D'Amico
                            Weil Gotshal & Manges LLP
                            1395 Brickell Avenue, Suite 1200
                            Miami, Florida 33131

E-mail:              brian.damico@weil.com

Phone Number:     (305) 577-3100

Fax Number:       (305) 374-7159

I paid the fee of $200 at the time of filing this application with the Court.

Dated: April 16, 2013                Respectfully submitted,

                                                 /s/ Brian D'Amico
                                                 Brian D'Amico (FBN 0076868)
                                                 brian.damico@weil.com
                                                 WEIL GOTSHAL & MANGES LLP
                                                 1395 Brickell Avenue, Suite 1200
                                                 Miami, Florida 33131
                                                 Telephone: (305) 577-3100
                                                 Facsimile: (305) 374-7159

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtor. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION**
**FOR ADMISSION TO PRACTICE PRO HAC VICE**

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission Pro Hac Vice (the "Motion"), seeking admission *pro hac vice* of Brian D'Amico to represent Lehman Brothers Holdings Inc. ("Lehman") in the above-referenced chapter 11 cases before the United States Bankruptcy Court for the Southern District of New York, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is

ORDERED that Brian D'Amico is permitted to appear *pro hac vice* as counsel to Lehman Brothers Holdings Inc. in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: April ___, 2013
New York, New York

_____
JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE