Jeff. J. Friedman
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Attorneys for Ventus Master Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                   :    **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :    **08-13555 (JMP)**
                                                        :
                                    Debtors.            :    **(Jointly Administered)**
---------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 25630, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Ventus Master Limited (the "Claimant") in the amount of $2,972,211.00 plus an unliquidated amount and interest (the "Claim").

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Clamant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: April 15, 2013
      New York, New York

                                            /s/ Jeff. J. Friedman
                                            Jeff. J. Friedman
                                            KATTEN MUCHIN ROSENMAN LLP
                                            575 Madison Avenue
                                            New York, New York 10022
                                            Telephone: (212) 940-8800
                                            Facsimile: (212) 940-8776

                                            *Attorneys for Ventus Master Limited*