**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                             :     Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :     08-13555 (JMP)
                                                  :
          Debtors.                                :     (Jointly Administered)
                                                  :
------------------------------------------------------------------x     Ref. Docket No. 36540

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2013, I caused to be served the "Notice of Withdrawal of Two Hundred Ninety-Seventh Omnibus Objection to Claims (Invalid or No Blocking Number LPS Claims) Solely as to Certain Claim," dated April 12, 2013 [Docket No. 36540],
   by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Carol Zhang*
                                                                Carol Zhang

Sworn to before me this
15th day of April, 2013
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com

keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
chad.husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com

lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.kim@kobrekim.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
david.seligman@kirkland.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com

mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

| | |
|---|---|
| dlipke@vedderprice.com | paul.turner@sutherland.com |
| dludman@brownconnery.com | pbattista@gjb-law.com |
| dmcguire@winston.com | pbosswick@ssbb.com |
| dmurray@jenner.com | pdublin@akingump.com |
| dneier@winston.com | peisenberg@lockelord.com |
| dodonnell@milbank.com | peter.gilhuly@lw.com |
| dove.michelle@dorsey.com | peter.macdonald@wilmerhale.com |
| dpegno@dpklaw.com | peter.simmons@friedfrank.com |
| draelson@fisherbrothers.com | peter@bankrupt.com |
| dravin@wolffsamson.com | pfeldman@oshr.com |
| drose@pryorcashman.com | phayden@mcguirewoods.com |
| drosenzweig@fulbright.com | philip.wells@ropesgray.com |
| drosner@goulstonstorrs.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rflanagan@flanassoc.com |
| eglas@mccarter.com | rfrankel@orrick.com |
| ekbergc@lanepowell.com | rfriedman@silvermanacampora.com |
| eleicht@whitecase.com | rgmason@wlrk.com |
| ellen.halstead@cwt.com | rgoodman@moundcotton.com |
| emerberg@mayerbrown.com | rgraham@whitecase.com |
| enkaplan@kaplanlandau.com | rhett.campbell@tklaw.com |
| eobrien@sbchlaw.com | richard.fingard@newedge.com |
| erin.mautner@bingham.com | richard.lear@hklaw.com |
| eschwartz@contrariancapital.com | richard.levy@lw.com |
| etillinghast@sheppardmullin.com | richard.tisdale@friedfrank.com |
| ezujkowski@emmetmarvin.com | richard@rwmaplc.com |
| ezweig@optonline.net | rick.murphy@sutherland.com |
| fbp@ppgms.com | rjones@boultcummings.com |
| ffm@bostonbusinesslaw.com | rleek@hodgsonruss.com |
| fhyman@mayerbrown.com | rlevin@cravath.com |
| foont@foontlaw.com | rmatzat@hahnhessen.com |
| fritschj@sullcrom.com | rnetzer@willkie.com |
| fsosnick@shearman.com | robert.bailey@bnymellon.com |

fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org

| | |
|---|---|
| jchristian@tobinlaw.com | shari.leventhal@ny.frb.org |
| jchubak@proskauer.com | shgross5@yahoo.com |
| jdoran@haslaw.com | sidorsky@butzel.com |
| jdrucker@coleschotz.com | sleo@bm.net |
| jdwarner@warnerandscheuerman.com | slerman@ebglaw.com |
| jdyas@halperinlaw.net | slerner@ssd.com |
| jean-david.barnea@usdoj.gov | slevine@brownrudnick.com |
| jeanites@whiteandwilliams.com | sloden@diamondmccarthy.com |
| jeannette.boot@wilmerhale.com | smayerson@ssd.com |
| jeff.wittig@coair.com | smillman@stroock.com |
| jeffery.black@bingham.com | smulligan@bsblawyers.com |
| jeffrey.sabin@bingham.com | snewman@katskykorins.com |
| jeldredge@velaw.com | sory@fdlaw.com |
| jen.premisler@cliffordchance.com | spiotto@chapman.com |
| jennifer.demarco@cliffordchance.com | splatzer@platzerlaw.com |
| jennifer.gore@shell.com | squsba@stblaw.com |
| jeremy.eiden@ag.state.mn.us | sree@lcbf.com |
| jfalgowski@reedsmith.com | sschultz@akingump.com |
| jflaxer@golenbock.com | sselbst@herrick.com |
| jfreeberg@wfw.com | sshimshak@paulweiss.com |
| jg5786@att.com | sskelly@teamtogut.com |
| jgenovese@gjb-law.com | sstarr@starrandstarr.com |
| jguy@orrick.com | steele@lowenstein.com |
| jherzog@gklaw.com | stephen.cowan@dlapiper.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.troyer@commerzbank.com |
| jhuggett@margolisedelstein.com | steven.usdin@flastergreenberg.com |
| jim@atkinslawfirm.com | steven.wilamowsky@bingham.com |
| jjoyce@dresslerpeters.com | steven@blbglaw.com |
| jjtancredi@daypitney.com | streusand@streusandlandon.com |
| jjureller@klestadt.com | susheelkirpalani@quinnemanuel.com |
| jlamar@maynardcooper.com | sweyl@haslaw.com |
| jlawlor@wmd-law.com | swolowitz@mayerbrown.com |
| jlee@foley.com | szuch@wiggin.com |
| jlevitin@cahill.com | tannweiler@greerherz.com |
| jlipson@crockerkuno.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | tgoren@mofo.com |
| jmelko@gardere.com | thaler@thalergertler.com |
| jmerva@fult.com | thomas.califano@dlapiper.com |
| jmmurphy@stradley.com | tim.desieno@bingham.com |
| jmr@msf-law.com | timothy.brink@dlapiper.com |
| jnadritch@olshanlaw.com | timothy.palmer@bipc.com |

| | |
|---|---|
| jnm@mccallaraymer.com | tjfreedman@pbnlaw.com |
| john.monaghan@hklaw.com | tkiriakos@mayerbrown.com |
| john.rapisardi@cwt.com | tlauria@whitecase.com |
| jonathan.henes@kirkland.com | tmacwright@whitecase.com |
| jorbach@hahnhessen.com | tmarrion@haslaw.com |
| joseph.cordaro@usdoj.gov | tnixon@gklaw.com |
| joseph.serino@kirkland.com; | toby.r.rosenberg@irscounsel.treas.gov |
| joshua.dorchak@bingham.com | tom.schorling@whitecase.com, |
| jowen769@yahoo.com | tomwelsh@orrick.com |
| jowolf@law.nyc.gov | tslome@msek.com |
| joy.mathias@dubaiic.com | ttracy@crockerkuno.com |
| jpintarelli@mofo.com | tunrad@burnslev.com |
| jporter@entwistle-law.com | twheeler@lowenstein.com |
| jprol@lowenstein.com | villa@streusandlandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |
| jschwartz@hahnhessen.com | wanda.goodloe@cbre.com |
| jsheerin@mcguirewoods.com | wballaine@lcbf.com |
| jsherman@bsfllp.com | wbenzija@halperinlaw.net |
| jshickich@riddellwilliams.com | wchen@tnsj-law.com |
| jsmairo@pbnlaw.com | wcurchack@loeb.com |
| jstoll@mayerbrown.com | wdase@fzwz.com |
| jsullivan@mosessinger.com | wfoster@milbank.com |
| jtimko@shutts.com | will.sugden@alston.com |
| jtorf@schiffhardin.com | wiltenburg@hugheshubbard.com |
| judy.morse@crowedunlevy.com | wisotska@pepperlaw.com |
| jvail@ssrl.com | wk@pwlawyers.com |
| jwallack@goulstonstorrs.com | wmaher@wmd-law.com |
| jwcohen@daypitney.com | wmarcari@ebglaw.com |
| jweiss@gibsondunn.com | wmckenna@foley.com |
| jwest@velaw.com | wrightth@sullcrom.com |
| jwh@njlawfirm.com | wsilverm@oshr.com |
| kanema@formanlaw.com | wswearingen@llf-law.com |
| karen.wagner@dpw.com | wtaylor@mccarter.com |
| karl.geercken@alston.com | wzoberman@bermanesq.com |
| kdwbankruptcydepartment@kelleydrye.com | yuwatoko@mofo.com |
| keckhardt@hunton.com | |

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

| | |
|---|---|
| *LBH_NOW_DI 36540_4-12-13* | *LBH_NOW_DI 36540_4-12-13* |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA<br>ATTN: WILHELM HUELSKEN<br>KASERNENSTRASSE 10<br>DUSSELDORF 40213<br>GERMANY | PAUL,WEISS,RIFKIND,WHARTON &<br>GARRISON LLP<br>ATTN: DOUGLAS R. DAVIS<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6064 |