WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
:
Debtors.    :    (Jointly Administered)
:
:
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Lady Elena Foster on March 11, 2013, the issuance of which was noticed in a filing with the Court on March 13, 2013 [ECF No. 35885].

Dated:    April 16, 2013
         New York, New York

                                           /s/ Robert J. Lemons
                                           Robert J. Lemons
                                           WEIL, GOTSHAL & MANGES LLP
                                           767 Fifth Avenue
                                           New York, New York 10153
                                           Telephone: (212) 310-8000
                                           Facsimile: (212) 310-8007

                                           Attorneys for Lehman Brothers Holdings Inc.
                                           and Certain of Its Affiliates

US_ACTIVE:\44240590\1\58399.0011