B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Attestor Value Master Fund LP</u> | <u>Darta Savings Life Assurance Limited</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attestor Value Master Fund LP
c/o Attestor Capital LLP
21 Upper Brook Street
London
W1K 7PY
United Kingdom
Isobelle.White@attestorcapital.com

Court Claim # (if known): <u>24270</u>
Amount of Claim Transferred: <u>$1,842,884.85</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+44 20 7074 9625</u>
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

779698v.1 3091/00231                     1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 17/04/2013
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The Debtors

Darta Savings Life Assurance Limited, having a mailing address at Attn: John Finnegan, Hiberian House, Haddington Road, Dublin, Ireland ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Assignment of Claim dated July 18th, 2012, does hereby certify that they have unconditionally and irrevocably sold and transferred to Attestor Value Master Fund, LP, its successors and assigns, having a mailing address at c/o Attestor Capital, LLP, 67-68 Grosvenor Street, London, W1K 3JN, United Kingdom, ("Buyer"), all right, title and interest in and to the net claim of Seller against Lehman Brothers International (Europe) (in administration) and its affiliates (including Seller's claim against Lehman Brothers Holding Inc. arising under a guaranty) in the amount of $1,842,884.85 docketed as Claim No. 24270 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the Assignment of Claim as an unconditional transfer and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated the 18th day of July 2012.

Darta Savings Life Assurance Limited
By: _____
Name: John Finnegan

ATTESTOR CAPITAL LLP, FOR AND ON BEHALF OF
Attestor Value Master Fund, LP
By: _____
Name: ANKE HEYDENREICH
Title: MANAGING MEMBER

BD-#16265032-v2

25