UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LBVN Holdings, L.L.C.** | **Goldman Sachs & Co.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    P.O. Box 1641
    New York, New York 10150
    E-mail: lbvn@lbvn.myhostedsolution.net
    Phone: N/A
    Last Four Digits of Acct #: N/A

With a copy to:
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Attention: Andrew N. Rosenberg
Phone: (212) 373-3158
Facsimile: (212) 492-0158
E-Mail: arosenberg@paulweiss.com

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 49737
Total Claim Amount: $108,892,533.76

Amount of Claim as Filed with respect to ISIN XS0272317131: $7,331,790.33
Amount of Claim as Filed with respect to ISIN XS0272317131 to be Transferred: $7,331,790.33 (or 100% of the Amount of Claim as Filed)

Allowed Amount of Claim with respect to ISIN XS0272317131: $7,095,529.00
Allowed Amount of Claim with respect to ISIN XS0272317131 to be Transferred: $7,095,529.00 (or 100% of the Allowed Amount of Claim)

Date Claim Filed: October 27, 2009

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attention: Michelle Latzoni
Phone: (212) 934-3921
E-Mail: gsd.link@gs.com

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**LBVN HOLDINGS, L.L.C.**

By: _____          Date:  April 16, 2013
      Transferee/Transferee's Agent
      Andrew N. Rosenberg/Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

Exhibit A

Evidence of Transfer of Claim

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

     1.     For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs & Co.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **LBVN HOLDINGS, L.L.C.** (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable amounts specified in Schedule 1 attached hereto (each a "<u>Purchased Claim</u>," and collectively, the "Purchased Claims"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in <u>Schedule 1</u> attached hereto, each filed by or on behalf of Seller or Seller's predecessors in interest (each, a "<u>Proof of Claim</u>") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Claims, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claims or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claims, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claims, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claims, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claims, but only to the extent of each Purchased Claim, (c) the security or securities (any such security, a "<u>Purchased Security</u>") relating to the Purchased Claims and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), (c), and (d), the "<u>Transferred Claims</u>"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

     2.     Seller hereby represents and warrants to Purchaser that:  (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proofs of Claim collectively include all of the Purchased Claims specified in <u>Schedule 1</u> attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claims, will give rise to any setoff, defense or counterclaim, or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other general unsecured creditors of the same class and type as the Purchased Claims; (g) Seller has provided a true and correct copy of the Notice of Proposed Allowed Claim Amount (each, a "Notice") for each Proof of Claim to the extent and in the form received from Seller's predecessor in interest, and no action was undertaken by Seller with respect to any Notice; and (h) on or around April 4, 2013, Seller received the third distribution relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "Third Distribution") and other than the Third Distribution, Seller has not received any payment or other distribution in full or partial satisfaction of the Transferred Claims.

     3.     Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect

to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property on account of the Transferred Claim be delivered or made to Purchaser.

4.       All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.       Seller shall (a) promptly (but in any event no later than three (3) business days after the date of this Agreement and Evidence of Transfer) remit the Third Distribution to Purchaser, and (b) promptly (but in any event no later than three (3) business days after receipt) remit to Purchaser any payments, distributions, proceeds or notices (other than notices publicly available or sent directly to Purchaser) received by Seller after the date of this Agreement and Evidence of Transfer of Claim on account of the Transferred Claims. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.       Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim.

7.       Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

[Remainder of page intentionally left blank]

772551v.4 153/05435

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this \_\_\_\_ day of \_\_\_\_\_ 2013.

GOLDMAN SACHS & CO.

By: _____
Name:
Title:

    Jeremiah Keefe
    Managing Director

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

LBVN HOLDINGS, L.L.C.

By: _____
Name: Andrew N. Rosenberg
Title: Authorized Signatory

P.O. Box 1641
New York, NY 10150
E-mail: lbvn@lbvn.myhostedsolution.net

With a copy to:
Andy Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3125
Fax: 212-492-0125

772551v.4 153/05435

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of April 2013.

GOLDMAN SACHS & CO.

By:_____
Name:
Title:

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

LBVN HOLDINGS, L.L.C.

By: _____
Name: Andrew N. Rosenberg
Title: Authorized Signatory

P.O. Box 1641
New York, NY 10150
E-mail: lbvn@lbvn.myhostedsolution.net

With a copy to:
Andy Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3125
Fax: 212-492-0125

3

772551v.4 153/05435

Schedule 1

Transferred Claims

Purchased Claims

1.  100% of Proof of Claim Number 58894 relating to ISIN XS0266835315 = USD 14,194,490.63 (in allowed amount);

2.  100% of Proof of Claim Number 63602 relating to ISIN XS0232364868 = USD 11,933,477.47 (in allowed amount);

3.  100% of Proof of Claim Number 62743 relating to ISIN XS0297183187 = USD 6,321,349.89 (in allowed amount);

4.  100% of Proof of Claim Number 62744 relating to ISIN XS0297183187 = USD 9,482,024.83 (in allowed amount);

5.  100% of Proof of Claim Number 46900 relating to ISIN XS0276438255 = USD 14,191,057.71 (in allowed amount);

6.  100% of Proof of Claim Number 62743 relating to ISIN XS0326264917 = USD 5,676,423.09 (in allowed amount);

7.  100% of Proof of Claim Number 62744 relating to ISIN XS0326264917 = USD 8,514,634.63 (in allowed amount);

8.  34.024244% of ISIN XS0342777371 = USD 4,074,095.71 (in allowed amount);

9.  50.218180% of ISIN XS0342777371 = USD 6,013,173.69 (in allowed amount);

10. 100% of Proof of Claim Number 58221 relating to ISIN XS0352310485 = USD 7,095,528.86 (in allowed amount);

11. 100% of Proof of Claim Number 63660 relating to ISIN XS0216921741 = USD 7,236,850.46 (in allowed amount);

12. 100% of Proof of Claim Number 62743 relating to ISIN XS0257988484 = USD 2,554,390.39 (in allowed amount);

13. 100% of Proof of Claim Number 62744 relating to ISIN XS0257988484 = USD 3,831,585.58 (in allowed amount);

14. 100% of Proof of Claim Number 46900 relating to ISIN XS0273044940 = USD 7,095,528.85 (in allowed amount);

15. 100% of Proof of Claim Number 50355 relating to ISIN XS0301316906 = USD 2,900,156.55 (in allowed amount);

16. 100% of Proof of Claim Number 50351 relating to ISIN XS0301316906 = USD 4,350,234.83 (in allowed amount);

Schedule 1-1

17. 100% of Proof of Claim Number 49737 relating to ISIN XS0272317131 = USD 7,095,529.00 (in allowed amount);

18. 100% of Proof of Claim Number 55829 relating to ISIN XS0334382065 = USD 5,179,736.07 (in allowed amount).

Lehman Programs Securities to which Transfer Relates

|   | Proof of Claim Number | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Allowed Amount | Third Distribution Amount |
|---|---|---|---|---|---|---|---|
| 1. | 58894 | XS0266833515 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 10,000,000.00 | USD 14,194,490.63 | $436,667.23 |
| 2. | 63602 | XS0232364868 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 8,000,000.00 | USD 11,933,477.47 | $367,111.35 |
| 3. | 62743 | XS0297183187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,000,000.00 | USD 6,321,349.89 | $194,464.62 |
| 4. | 62744 | XS0297183187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 6,000,000.00 | USD 9,482,024.83 | $291,696.95 |
| 5. | 46900 | XS0276438255 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 10,000,000.00 | USD 14,191,057.71 | $436,561.63 |
| 6. | 62743 | XS0326264917 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,000,000.00 | USD 5,676,423.09 | $174,624.65 |
| 7. | 62744 | XS0326264917 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 6,000,000.00 | USD 8,514,634.63 | $261,936.98 |
| 8. | 58980 | XS0342777371 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,807,000.14 | USD 4,074,095.71 | $125,332.00 |
| 9. | 58982 | XS0342777371 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,142,999.86 | USD 6,013,173.69 | $184,984.15 |
| 10. | 58221 | XS0352310485 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,528.86 | $218,280.81 |
| 11. | 63660 | XS0216921741 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,236,850.46 | $222,628.30 |
| 12. | 62743 | XS0257988484 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,800,000.00 | USD 2,554,390.39 | $78,581.08 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 13. | 62744 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,700,000.00 | USD 3,831,585.58 | $117,871.64 |
| 14. | XS0257988484 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,528.85 | $218,280.80 |
| 15. | XS0273044940 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,000,000.00 | USD 2,900,156.55 | $89,217.94 |
| 16. | XS0301316906 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 3,000,000.00 | USD 4,350,234.83 | $133,826.92 |
| 17. | XS0301316906 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,529.00 | $218,280.80 |
| 18. | XS0272317131 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 3,650,000.00 | USD 5,179,736.07 | $159,344.98 |


772551v.4 153/05435

<u>Exhibit B</u>

Proof of Claim

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000049737

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP.
VIA SAN CARLO 8/20
41100 MODENA - ITALY

Telephone number: 01139 059 2021307    Email Address: paolo.mazza@bper.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 108,892,533.76    (Required)  SEE SCHEDULE ATTACHED

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): SEE SCHEDULE ATTACHED (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

SEE SCHEDULE ATTACHED    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

SEE SCHEDULE ATTACHED    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| FOR COURT USE ONLY |
|---|
| **FILED / RECEIVED**<br><br>OCT 27 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

Date:
October 26, 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP.
GUIDO LEONI - CHAIRMAN    Guido Leoni

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## SCHEDULE

| ISIN CODE | BLOCKING NUMBER | PARTICIPANT ACCOUNT NUMBER | CLEARING SYSTEM | ISSUER | NOMINAL AMOUNT (EUR) |
|---|---|---|---|---|---|
| IT0006578600 | 081918431 | 65387 | MONTE TITOLI | Lehman Brothers Treasury Co. B.V. | € 16,000.00 |
| XS0148380042 | 6034152 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,000.00 |
| XS0162289663 | 6034884<br>6034463 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 392,000.00 |
| XS0163559841 | 6034485<br>6034145 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 390,000.00 |
| XS0176153350 | 6034490<br>6034474<br>6034442<br>6034149<br>6034457 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 8,703,000.00 |
| XS0176153350 | 6033797 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,000,000.00 |
| XS0177896209 | 6034482 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 90,000.00 |
| XS0181945972 | 6034883<br>6034433 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 766,000.00 |
| XS0185655445 | 6034902<br>6034142 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 70,000.00 |
| XS0185655445 | 6033796 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,000,000.00 |
| XS0189294225 | 6034911<br>6034473<br>6034441<br>6034452<br>6034140 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 6,452,000.00 |
| XS0195431613 | 6034910 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 245,000.00 |
| XS0197173643 | 6034472<br>6034438 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 710,000.00 |
| XS0200284247 | 6034909<br>6034469 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 3,788,000.00 |
| XS0200284247 | 6033356 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 790,000.00 |
| XS0202417050 | 6034882<br>6034432 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 45,000.00 |

P.T.O.

| | | | | | |
|---|---|---|---|---|---|
| XS0208459023 | 6034908<br>6034468<br>6034437 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,390,000.00 |
| XS0210433206 | 6034907 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0210782552 | 6034906 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 20,000.00 |
| XS0210782552 | 6033359 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,750,000.00 |
| XS0211093041 | 6034880<br>6034467<br>6034435<br>6034135 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 1,496,000.00 |
| XS0211814123 | 6034885<br>6034132 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 889,000.00 |
| XS0215349357 | 6034881<br>6034446 | 27420 | EUROCLEAR | Lehman Brothers UK Capital Funding LP | € 117,000.00 |
| XS0220704109 | 6034445 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 85,000.00 |
| XS0244093927 | 6034128 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 59,000.00 |
| XS0272317131 | 6033798 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,000,000.00 |
| XS0276341418 | 6033799 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 7,500,000.00 |
| XS0296282386 | 6033800 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 17,500,000.00 |
| XS0297522228 | 6028589 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 5,000,000.00 |
| XS0301086475 | 6034153 | 27420 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 10,000.00 |
| XS0345700198 | 6033801 | 27859 | EUROCLEAR | Lehman Brothers Treasury Co. B.V. | € 6,000,000.00 |
| TOTAL | | | | | € 75,288,000.00 |



| ISIN CODE | NOMINAL AMOUNT (EUR) | INTEREST (EUR) | TOTAL (EUR) | NOMINAL AMOUNT (USD) | INTEREST (USD) | TOTAL (USD) |
|---|---|---|---|---|---|---|
| IT0006578600 | € 16,000.00 | € 313.80 | € 16,313.80 | $ 22,641.60 | $ 444.06 | $ 23,085.66 |
| XS0148360042 | € 5,000.00 | € - | € 5,000.00 | $ 7,075.50 | $ - | $ 7,075.50 |
| XS0162289663 | € 392,000.00 | € 4,224.89 | € 396,224.89 | $ 554,719.20 | $ 5,978.64 | $ 560,697.84 |
| XS0163559841 | € 390,000.00 | € 7,525.52 | € 397,525.52 | $ 551,889.00 | $ 10,649.36 | $ 562,538.36 |
| XS0176153350 | € 8,703,000.00 | € 248,125.95 | € 8,951,125.95 | $ 12,315,615.30 | $ 351,123.03 | $ 12,666,738.33 |
| XS0176153350 | € 1,000,000.00 | € 28,510.39 | € 1,028,510.39 | $ 1,415,100.00 | $ 40,345.06 | $ 1,455,445.06 |
| XS0178969209 | € 90,000.00 | € 2,484.17 | € 92,484.17 | $ 127,359.00 | $ 3,515.35 | $ 130,874.35 |
| XS0181945972 | € 766,000.00 | € 18,324.09 | € 784,324.09 | $ 1,083,966.60 | $ 25,930.42 | $ 1,109,897.02 |
| XS0185655445 | € 70,000.00 | € 1,745.00 | € 71,745.00 | $ 99,057.00 | $ 2,469.35 | $ 101,526.35 |
| XS0185655445 | € 1,000,000.00 | € 24,928.53 | € 1,024,928.53 | $ 1,415,100.00 | $ 35,276.37 | $ 1,450,376.37 |
| XS0189294225 | € 6,452,000.00 | € 109,941.70 | € 6,561,941.70 | $ 9,130,225.20 | $ 155,578.50 | $ 9,285,803.70 |
| XS0195431613 | € 245,000.00 | € 2,069.61 | € 247,069.61 | $ 346,699.50 | $ 2,928.71 | $ 349,628.21 |
| XS0197173643 | € 710,000.00 | € 2,928.75 | € 712,928.75 | $ 1,004,721.00 | $ 4,144.47 | $ 1,008,865.47 |
| XS0200284247 | € 3,788,000.00 | € 113,010.12 | € 3,901,010.12 | $ 5,360,398.80 | $ 159,920.62 | $ 5,520,319.42 |
| XS0200284247 | € 790,000.00 | € 23,568.64 | € 813,568.64 | $ 1,117,929.00 | $ 33,351.98 | $ 1,151,280.98 |
| XS0202417050 | € 45,000.00 | € 1,192.77 | € 46,192.77 | $ 63,679.50 | $ 1,687.89 | $ 65,367.39 |
| XS0208459023 | € 5,390,000.00 | € 120,489.22 | € 5,510,489.22 | $ 7,627,389.00 | $ 170,504.30 | $ 7,797,893.30 |
| XS0210433206 | € 10,000.00 | € 347.54 | € 10,347.54 | $ 14,151.00 | $ 491.80 | $ 14,642.80 |
| XS0210782552 | € 20,000.00 | € 437.18 | € 20,437.18 | $ 28,302.00 | $ 618.65 | $ 28,920.65 |
| XS0210782552 | € 1,750,000.00 | € 38,253.28 | € 1,788,253.28 | $ 2,476,425.00 | $ 54,132.22 | $ 2,530,557.22 |
| XS0211093041 | € 1,496,000.00 | € 17,248.92 | € 1,513,248.92 | $ 2,116,989.60 | $ 24,408.95 | $ 2,141,398.55 |
| XS0211814123 | € 889,000.00 | € 21,468.63 | € 910,468.63 | $ 1,258,023.90 | $ 30,380.26 | $ 1,288,404.16 |
| XS0215349357 | € 117,000.00 | € 2,421.95 | € 119,421.95 | $ 165,566.70 | $ 3,427.30 | $ 168,994.00 |
| XS0220704019 | € 85,000.00 | € 995.82 | € 85,995.82 | $ 120,283.50 | $ 1,409.18 | $ 121,692.68 |
| XS0244093927 | € 59,000.00 | € 1,216.15 | € 60,216.15 | $ 83,490.90 | $ 1,720.97 | $ 85,211.87 |
| XS0272317131 | € 5,000,000.00 | € 181,111.11 | € 5,181,111.11 | $ 7,075,500.00 | $ 256,290.33 | $ 7,331,790.33 |
| XS0276341418 | € 7,500,000.00 | € 245,833.33 | € 7,745,833.33 | $ 10,613,250.00 | $ 347,878.75 | $ 10,961,128.75 |
| XS0296282386 | € 17,500,000.00 | € 350,000.00 | € 17,850,000.00 | $ 24,764,250.00 | $ 495,285.00 | $ 25,259,535.00 |
| XS0297522228 | € 5,000,000.00 | € - | € 5,000,000.00 | $ 7,075,500.00 | $ - | $ 7,075,500.00 |
| XS0301086475 | € 10,000.00 | € - | € 10,000.00 | $ 14,151.00 | $ - | $ 14,151.00 |
| XS0345700198 | € 6,000,000.00 | € 93,699.00 | € 6,093,699.00 | $ 8,490,600.00 | $ 132,593.45 | $ 8,623,193.45 |
|  | € 75,288,000.00 | € 1,662,414.06 | € 76,950,416.06 | $ 106,540,048.80 | $ 2,352,484.96 | $ 108,892,533.76 |

**Total Claim Amount** $         108,892,533.76

ounts due in EUR have been converted to US Dollars using the exchange reference rate published by the LISTINO CAMBI BANKITALIA for September 15,

3: 1 EUR = 1.4151 USD

```
              05387 05387 - BANCA POP. DELL'EMILIA ROMAGNA          Pag.:    1

Procedura.: 700 SMISTAMENTO                               QMSG 14/10/2009
Messaggio.: 71N INFORM.ESITO OP.LIQ.STRUM.FIN.                17:02:36
CRO.......: 459875170                                          Smistato
Data Rif..:                                     Stampato: 16/10/2009
                                                      da: 0001382

Mittente..: 12930  MONTE TITOLI SPA - MILANO
Ricevente.: 65387  BANCA POPOLARE DELL'EMILIA ROMAGNA
Ordinante.:
D'Ordine..:
Destinat..:
Benefic...:


IDC Descrizione               Valore Dato


01  codice messaggio rete  : 71N
040 mittente                : 12930  = monte titoli spa - milano
050 ricevente               : 65387  = banca popolare dell'emilia romagna
D31 data di riferimento     : 14.10.2009
020 c.r.o.                  : 45987517001
719 risutato operazione     : 00  = operazione conclusa in modo corretto
751 numero formulario       : 081918431
717 riferimenti             : VS.ISTR.14-10-09
701 codice strumento finanz: IT000657860000
759 codici attivita'        : O/2  = operazione di blocco
7S8 quantita' nominale / se: 16.000,00/C
716 posizione finale        : 16.000,00/C/0,00/C
71J informazioni procedural: 2OOV039
775 progressivo movimento c: 5
ABM > app.ban.mittente      : 12930/000MT/00
ABR > app.ban.ricevente     : 65387/000MT/00
CAT > cat.applicativa       : MT01
TUR > timbro                : 000MT45987517001
KEY > chiave aum            : 091014/05586/AUMRC51
Ricevuto dal Fems           : 14.10.2009 17.02.13
SMI > codice smistamento    : 0443/TITOLI  /STAMPA   /MEG3    /TT7P
```

```
+--------------------------------------------+
| ACCOUNT: 24234      - USER #: P3117016 |  LAST LOAD: 16/10/09
| SECURITIES AND RELATED CASH MOVEMENTS   |      SET2
|  EUROCLEAR SETTLEMENT DATE: 16/10/09    |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS  |
+--------------------------------------------+
```

S/N        SECURITY................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
        TYP PC CH (E/C REF) REFERENCE       C/P   CORR DEP
           RE REMARKS FROM EUROCLEAR
           RR RELATED REFERENCE
        YOUR NA INSTRUCTION NARRATIVES
           AD ADDRESS OF RECEIVER / DELIVERER
           DP DELIVERING PARTY
           RP RECEIVING PARTY
           IP INSTRUCTING PARTY
           RG REGISTRATION DETAILS
        C/P  NA INSTRUCTION NARRATIVES
           DP DELIVERING PARTY
           RP RECEIVING PARTY
           IP INSTRUCTING PARTY
           RG REGISTRATION DETAILS

S/N XS0257022714 LEHMAN BROTHERS HOL VAR    00/06/13 EUR

   5000000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
             (4367375) 25702271EMRO
           RE CUSTODY OPERATION
   ------------------
        0
   ------------------

S/N XS0300055547 LEHMAN BROTHERS HOL VAR    00/05/12 EUR

   10000000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
             (4367376) 30005554EMRO
           RE CUSTODY OPERATION
   ------------------
        0

```
+------------------------------------------+
| ACCOUNT: 27420      - USER #: P3117016 |  LAST LOAD: 16/10/09
|  SECURITIES AND RELATED CASH MOVEMENTS   |      SET2
|  EUROCLEAR SETTLEMENT DATE: 16/10/09    |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS  |
+------------------------------------------+
```

S/N          SECURITY.................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
          TYP PC CH (E/C REF) REFERENCE        C/P   CORR DEP
            RE REMARKS FROM EUROCLEAR
            RR RELATED REFERENCE
         YOUR NA INSTRUCTION NARRATIVES
            AD ADDRESS OF RECEIVER / DELIVERER
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS
         C/P  NA INSTRUCTION NARRATIVES
            DP DELIVERING PARTY
            RP RECEIVING PARTY
            IP INSTRUCTING PARTY
            RG REGISTRATION DETAILS

S/N XS0148360042 LEHMAN BROTHERS TRE VAR    24/05/10 EUR

    5000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4462082) 14836004CAMPANIA
            RE CUSTODY OPERATION
-----------------
    0
-----------------

S/N XS0162289663 LEHMAN BROTHERS TRE 5.00000 00/02/10 EUR

    293000                  161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529191) 16228966RAVENNA
            RE CUSTODY OPERATION
    99000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4553508) 16228966TERZI
            RE CUSTODY OPERATION
```

```
------------------
      0
------------------
```

S/N XS0163559841 LEHMAN BROTHERS TRE 6.00000 00/03/11 EUR

```
    270000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4462083) 16355984CAMPANIA
        RE CUSTODY OPERATION
    120000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529187) 16355984BPER3
        RE CUSTODY OPERATION
------------------
      0
------------------
```

S/N XS0176153350 LEHMAN BROTHERS TRE 7.00000 10/10/13 EUR

```
    576000                    161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4462030) 17615335CAMPANIA
        RE CUSTODY OPERATION
    44000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529203) 17615335RAVENNA
        RE CUSTODY OPERATION
    1782000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529324) 17615335CRV
        RE CUSTODY OPERATION
    10000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529370) 17615335CARISPAQ
        RE CUSTODY OPERATION
    6291000                   161009 SET2   BLOCKED
        SECURITIES BLOCKED
            (4529371) 17615335BPER3
        RE CUSTODY OPERATION
------------------
      0
------------------
```

S/N XS0178969209 LEHMAN BROTHERS TRE 7.00000 00/11/13 EUR

```
    90000                     161009 SET2   BLOCKED
        SECURITIES BLOCKED
```

```
                    (4529329) 17896920BPER3
                    RE CUSTODY OPERATION
        ------------------
             0
        ------------------


    S/N XS0181945972 LEHMAN BROTHERS TRE 7.00000 00/01/14 EUR

        521000                      161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4529221) 18194597CRV
                RE CUSTODY OPERATION
        245000                      161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4553506) 18194597BPER3
                RE CUSTODY OPERATION
        ------------------
             0
        ------------------


    S/N XS0185655445 LEHMAN BROTHERS TRE 7.00000 00/02/14 EUR

        50000                       161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4462017) 18565544CAMPANIA
                RE CUSTODY OPERATION
        20000                       161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4557529) 18565544BPER3
                RE CUSTODY OPERATION
        ------------------
             0
        ------------------


    S/N XS0189294225 LEHMAN BROTHERS TRE 7.00000 23/04/14 EUR

        237000                      161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4462007) 18929422CAMPANIA
                RE CUSTODY OPERATION
        50000                       161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4529138) 18929422MEZZOGIO
                RE CUSTODY OPERATION
        180000                      161009 SET2   BLOCKED
            SECURITIES BLOCKED
                    (4529268) 18929422RAVENNA
                RE CUSTODY OPERATION
        756000                      161009 SET2   BLOCKED
```

SECURITIES BLOCKED
(4529297) 18929422CRV
RE CUSTODY OPERATION
5229000                    161009 SET2   BLOCKED
SECURITIES BLOCKED
(4558155) 18929422BPER3
RE CUSTODY OPERATION

------------------
      0
------------------

S/N XS0189741001 LEHMAN BROTHERS HOL VAR    00/04/11 EUR

80000                      161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529367) 18974100LANCIANO
RE CUSTODY OPERATION

------------------
      0
------------------

S/N XS0195431613 LEHMAN BROTHERS TRE 5.00000 14/07/14 EUR

245000                     161009 SET2   BLOCKED
SECURITIES BLOCKED
(4558168) 19543161BPER3
RE CUSTODY OPERATION

------------------
      0
------------------

S/N XS0197173643 LEHMAN BROTHERS TRE VAR    00/08/11 EUR

700000                     161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529188) 19717364RAVENNA
RE CUSTODY OPERATION
10000                      161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529386) 19717364CRV
RE CUSTODY OPERATION

------------------
      0
------------------

S/N XS0200284247 LEHMAN BROTHERS TRE 5.00000 22/09/14 EUR

129000                     161009 SET2   BLOCKED
SECURITIES BLOCKED
(4529292) 20028424RAVENNA
RE CUSTODY OPERATION

```
      3659000                    161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4558159) 20028424BPER3
              RE CUSTODY OPERATION
      ------------------
           0
      ------------------
```

S/N XS0202417050 LEHMAN BROTHERS TRE 4.00000 27/10/14 EUR

```
      5000                       161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4529280) 20241705CRV
              RE CUSTODY OPERATION
      40000                      161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4553516) 20241705TERZI
              RE CUSTODY OPERATION
      ------------------
           0
      ------------------
```

S/N XS0208459023 LEHMAN BROTHERS TRE 4.00000 30/12/16 EUR

```
      953000                     161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4529142) 20845902CRV
              RE CUSTODY OPERATION
      58000                      161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4529360) 20845902RAVENNA
              RE CUSTODY OPERATION
      4379000                    161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4558163) 20845902BPER3
              RE CUSTODY OPERATION
      ------------------
           0
      ------------------
```

S/N XS0210433206 LEHMAN BROTHERS TRE 6.00000 15/02/35 EUR

```
      10000                      161009 SET2   BLOCKED
           SECURITIES BLOCKED
                (4558171) 21043320BPER3
              RE CUSTODY OPERATION
      ------------------
           0
      ------------------
```

S/N XS0210782552 LEHMAN BROTHERS TRE VAR    01/02/13 EUR

    20000                              161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4558166) 21078255BPER3
          RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0211093041 LEHMAN BROTHERS TRE 7.50000 16/02/15 EUR

    75000                              161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4462043) 21109304CAMPANIA
          RE CUSTODY OPERATION
    167000                             161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4529264) 21109304RAVENNA
          RE CUSTODY OPERATION
    741000                             161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4529315) 21109304CRV
          RE CUSTODY OPERATION
    513000                             161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4553515) 21109304BPER3
          RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0211814123 LEHMAN BROTHERS TRE 7.00000 16/02/17 EUR

    679000                             161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4462032) 211814122CAMPANI
          RE CUSTODY OPERATION
    210000                             161009 SET2   BLOCKED
       SECURITIES BLOCKED
          (4553511) 21181412BPER3
          RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0215349357 LEHMAN UK CAP PREF SEC 6.625 UNDATED EUR

    92000                              161009 SET2   BLOCKED
       SECURITIES BLOCKED

```
                 (4529397) 21534935CRV
              RE CUSTODY OPERATION
       25000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
                 (4553507) 21534935BPER3
              RE CUSTODY OPERATION
  ------------------
       0
  ------------------
```

S/N XS0220704109 LEHMAN BROTHERS TRE 7.00000 13/06/17 EUR

```
       85000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
                 (4529135) 22070410CRV
              RE CUSTODY OPERATION
  ------------------
       0
  ------------------
```

S/N XS0244093927 LEHMAN BROTHERS TRE 4.25000 01/03/12 EUR

```
       59000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
                 (4460618) 24409392CAMPANIA
              RE CUSTODY OPERATION
  ------------------
       0
  ------------------
```

S/N XS0252834576 LEHMAN BROTHERS HOL 4.00000 04/05/11 EUR

```
       50000                  161009 SET2   BLOCKED
          SECURITIES BLOCKED
                 (4529340) 25283457BPER3
              RE CUSTODY OPERATION
  ------------------
       0
  ------------------
```

S/N XS0301086475 LEHMAN BROTHERS TRE WRT    04/07/11 EUR

```
       10                     161009 SET2   BLOCKED
          SECURITIES BLOCKED
                 (4462008) 30108647CAMPANIA
              RE CUSTODY OPERATION
  ------------------
       0
```

```
+-------------------------------------------+
| ACCOUNT: 27859      - USER #: P3117016 |  LAST LOAD: 16/10/09
|  SECURITIES AND RELATED CASH MOVEMENTS   |      SET2
|   EUROCLEAR SETTLEMENT DATE: 16/10/09    |
|  AGGREGATE OVERNIGHT SETTLEMENT RESULTS  |
+-------------------------------------------+
```

S/N          SECURITY.................DESCRIPTION CUR

NOM....AMOUNT.MVT CUR CASH..AMOUNT..MVT  VALUE MVT/STATUS.TIME
MVT..STATUS
          TYP PC CH (E/C REF) REFERENCE        C/P   CORR DEP
              RE REMARKS FROM EUROCLEAR
              RR RELATED REFERENCE
          YOUR NA INSTRUCTION NARRATIVES
              AD ADDRESS OF RECEIVER / DELIVERER
              DP DELIVERING PARTY
              RP RECEIVING PARTY
              IP INSTRUCTING PARTY
              RG REGISTRATION DETAILS
          C/P  NA INSTRUCTION NARRATIVES
              DP DELIVERING PARTY
              RP RECEIVING PARTY
              IP INSTRUCTING PARTY
              RG REGISTRATION DETAILS


S/N XS0176153350 LEHMAN BROTHERS TRE 7.00000 10/10/13 EUR

    1000000                      161009 SET2   BLOCKED
          SECURITIES BLOCKED
              (4411138) 17615335SIMGEST
              RE CUSTODY OPERATION
    ------------------
          0
    ------------------


S/N XS0185655445 LEHMAN BROTHERS TRE 7.00000 00/02/14 EUR

    1000000                      161009 SET2   BLOCKED
          SECURITIES BLOCKED
              (4411131) 18565544SIMGEST
```

RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0189741001 LEHMAN BROTHERS HOL VAR    00/04/11 EUR

  1000000                  161009 SET2   BLOCKED
    SECURITIES BLOCKED
       (4411135) 18974100SIMGEST
    RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0200284247 LEHMAN BROTHERS TRE 5.00000 22/09/14 EUR

  790000                  161009 SET2   BLOCKED
    SECURITIES BLOCKED
       (4382523) 200285424SIMGEST
    RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0210782552 LEHMAN BROTHERS TRE VAR    01/02/13 EUR

  1750000                  161009 SET2   BLOCKED
    SECURITIES BLOCKED
       (4383836) 21078255SIMGEST
    RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0254171191 LEHMAN BROTHERS HOL VAR    00/05/16 EUR

  4000000                  161009 SET2   BLOCKED
    SECURITIES BLOCKED
       (4383849) 25417119SIMGEST
    RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0272317131 LEHMAN BROTHERS TRE TBF    24/10/12 EUR

  5000000                  161009 SET2   BLOCKED
    SECURITIES BLOCKED
       (4411143) 27231713SIMGEST

RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0276341418 LEHMAN BROTHERS TRE 4.00000 24/11/16 EUR

  7500000               161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4411136) 27634141SIMGEST
      RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0282937985 LEHMAN BROTHERS HOL VAR    00/02/14 EUR

  2000000               161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4383838) 28293798SIMGEST
      RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0296282386 LEHMAN BROTHERS TRE     24/04/17 EUR

  17500000              161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (4411152) 29628238SIMGEST
      RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0297522228 LEHMAN BROTHERS TRE VAR    04/05/10 EUR

  5000000               161009 SET2   BLOCKED
      SECURITIES BLOCKED
         (9826579) 29752222SIMGEST
      RE CUSTODY OPERATION

------------------
    0
------------------

S/N XS0345700198 LEHMAN BROTHERS TRE VAR    00/03/10 EUR

  6000000               161009 SET2   BLOCKED
      SECURITIES BLOCKED

Account 24234 Custody: Valid Instructions

| 24234 | 25702271EMRO IPRO | 6033287 | 37 | XS0257022714 | 5000000 | 07/10/09 |
| 24234 | 30005554EMRO IPRO | 6033288 | 37 | XS0300055547 | 10000000 | 07/10/09 |

Account 27859  Custody: Valid Instructions

| 27859 | 29752222SIMGEST IPRO | 6028589 | 37 | XS0297522228 | 5000000 | 02/10/09 |
| 27859 | 200285424SIMGEST IPRO | 6033356 | 37 | XS0200284247 | 790000 | 07/10/09 |
| 27859 | 28293798SIMGEST IPRO | 6033357 | 37 | XS0282937985 | 2000000 | 07/10/09 |
| 27859 | 25417119SIMGEST IPRO | 6033358 | 37 | XS0254171191 | 4000000 | 07/10/09 |
| 27859 | 21078255SIMGEST IPRO | 6033359 | 37 | XS0210782552 | 1750000 | 07/10/09 |
| 27859 | 18974100SIMGEST IPRO | 6033795 | 37 | XS0189741001 | 1000000 | 07/10/09 |
| 27859 | 18565544SIMGEST IPRO | 6033796 | 37 | XS0185655445 | 1000000 | 07/10/09 |
| 27859 | 17615335SIMGEST IPRO | 6033797 | 37 | XS0176153350 | 1000000 | 07/10/09 |
| 27859 | 27231713SIMGEST IPRO | 6033798 | 37 | XS0272317131 | 5000000 | 07/10/09 |
| 27859 | 27634141SIMGEST IPRO | 6033799 | 37 | XS0276341418 | 7500000 | 07/10/09 |
| 27859 | 29628238SIMGEST IPRO | 6033800 | 37 | XS0296282386 | 17500000 | 07/10/09 |
| 27859 | 34570019SIMGEST IPRO | 6033801 | 37 | XS0345700198 | 6000000 | 07/10/09 |

Account 27420  Custody: Valid Instructions

| 27420 | 24409392CAMPANIA IPRO | 6034128 | 37 | XS0244093927 | 59000 | 07/10/09 |
| 27420 | 211814122CAMPANI 07/10/09   IPRO | 6034132 | 37 | XS0211814123 | 679000 | |
| 27420 | 21109304CAMPANIA IPRO | 6034135 | 37 | XS0211093041 | 75000 | 07/10/09 |
| 27420 | 18929422CAMPANIA 07/10/09   IPRO | 6034140 | 37 | XS0189294225 | 237000 | |
| 27420 | 18565544CAMPANIA IPRO | 6034142 | 37 | XS0185655445 | 50000 | 07/10/09 |
| 27420 | 16355984CAMPANIA 07/10/09   IPRO | 6034145 | 37 | XS0163559841 | 270000 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 27420 | 17615335CAMPANIA 07/10/09     IPRO | 6034149 | 37 | XS0176153350 | 576000 | |
| 27420 | 14836004CAMPANIA IPRO | 6034152 | 37 | XS0148360042 | 5000 | 07/10/09 |
| 27420 | 30108647CAMPANIA IPRO | 6034153 | 37 | XS0301086475 | 10 | 07/10/09 |
| 27420 | 20241705CRV IPRO | 6034432 | 37 | XS0202417050 | 5000 | 08/10/09 |
| 27420 | 18194597CRV IPRO | 6034433 | 37 | XS0181945972 | 521000 | 08/10/09 |
| 27420 | 21109304CRV IPRO | 6034435 | 37 | XS0211093041 | 741000 | 08/10/09 |
| 27420 | 20845902CRV IPRO | 6034437 | 37 | XS0208459023 | 953000 | 08/10/09 |
| 27420 | 19717364CRV IPRO | 6034438 | 37 | XS0197173643 | 10000 | 08/10/09 |
| 27420 | 18929422CRV IPRO | 6034441 | 37 | XS0189294225 | 756000 | 08/10/09 |
| 27420 | 17615335CRV IPRO | 6034442 | 37 | XS0176153350 | 1782000 | 08/10/09 |
| 27420 | 22070410CRV IPRO | 6034445 | 37 | XS0220704109 | 85000 | 08/10/09 |
| 27420 | 21534935CRV IPRO | 6034446 | 37 | XS0215349357 | 92000 | 08/10/09 |
| 27420 | 18929422MEZZOGIO IPRO | 6034452 | 37 | XS0189294225 | 50000 | 08/10/09 |
| 27420 | 18974100LANCIANO | 6034455 | 37 | XS0189741001 | 80000 | 08/10/09 |
| 27420 | 17615335CARISPAQ IPRO | 6034457 | 37 | XS0176153350 | 10000 | 08/10/09 |
| 27420 | 16228966RAVENNA 08/10/09     IPRO | 6034463 | 37 | XS0162289663 | 293000 | |
| 27420 | 21109304RAVENNA 08/10/09     IPRO | 6034467 | 37 | XS0211093041 | 167000 | |
| 27420 | 20845902RAVENNA IPRO | 6034468 | 37 | XS0208459023 | 58000 | 08/10/09 |
| 27420 | 20028424RAVENNA 08/10/09     IPRO | 6034469 | 37 | XS0200284247 | 129000 | |
| 27420 | 19717364RAVENNA 08/10/09     IPRO | 6034472 | 37 | XS0197173643 | 700000 | |
| 27420 | 18929422RAVENNA 08/10/09     IPRO | 6034473 | 37 | XS0189294225 | 180000 | |
| 27420 | 17615335RAVENNA IPRO | 6034474 | 37 | XS0176153350 | 44000 | 08/10/09 |
| 27420 | 25283457BPER3 IPRO | 6034475 | 37 | XS0252834576 | 50000 | 08/10/09 |
| 27420 | 17896920BPER3 IPRO | 6034482 | 37 | XS0178969209 | 90000 | 08/10/09 |
| 27420 | 16355984BPER3 IPRO | 6034485 | 37 | XS0163559841 | 120000 | 08/10/09 |

| | | | | | |
|---|---|---|---|---|---|
| 27420 | 17615335BPER3 IPRO | 6034490 | 37 | XS0176153350 | 6291000 | 08/10/09 |
| 27420 | 21109304BPER3 IPRO | 6034880 | 37 | XS0211093041 | 513000 | 08/10/09 |
| 27420 | 21534935BPER3 IPRO | 6034881 | 37 | XS0215349357 | 25000 08/10/09 |
| 27420 | 20241705TERZI IPRO | 6034882 | 37 | XS0202417050 | 40000 08/10/09 |
| 27420 | 18194597BPER3 IPRO | 6034883 | 37 | XS0181945972 | 245000 | 08/10/09 |
| 27420 | 16228966TERZI IPRO | 6034884 | 37 | XS0162289663 | 99000 08/10/09 |
| 27420 | 21181412BPER3 IPRO | 6034885 | 37 | XS0211814123 | 210000 | 08/10/09 |
| 27420 | 18565544BPER3 IPRO | 6034902 | 37 | XS0185655445 | 20000 08/10/09 |
| 27420 | 21078255BPER3 IPRO | 6034906 | 37 | XS0210782552 | 20000 08/10/09 |
| 27420 | 21043320BPER3 IPRO | 6034907 | 37 | XS0210433206 | 10000 08/10/09 |
| 27420 | 20845902BPER3 IPRO | 6034908 | 37 | XS0208459023 | 4379000 | 08/10/09 |
| 27420 | 20028424BPER3 IPRO | 6034909 | 37 | XS0200284247 | 3659000 | 08/10/09 |
| 27420 | 19543161BPER3 IPRO | 6034910 | 37 | XS0195431613 | 245000 | 08/10/09 |
| 27420 | 18929422BPER3 IPRO | 6034911 | 37 | XS0189294225 | 5229000 | 08/10/09 |



