UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| **LBVN Holdings, L.L.C.** | **Goldman Sachs & Co.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

    P.O. Box 1641
    New York, New York 10150
    E-mail: lbvn@lbvn.myhostedsolution.net
    Phone: N/A
    Last Four Digits of Acct #: N/A

    With a copy to:
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    1285 Avenue of the Americas
    New York, New York 10019-6064
    Attention: Andrew N. Rosenberg
    Phone: (212) 373-3158
    Facsimile: (212) 492-0158
    E-Mail: arosenberg@paulweiss.com

Name and Address where transferee payments
should be sent (if different from above): N/A

Court Claim # (if known): 62743
Total Claim Amount: $633,921,237.46

Amount of Claim as Filed with respect to ISIN
XS0297183187: $5,697,600.00
Amount of Claim as Filed with respect to ISIN
XS0297183187 to be Transferred: $5,697,600.00 (or
100% of the Amount of Claim as Filed with respect
to ISIN XS0297183187)

Allowed Amount of Claim with respect to ISIN
XS0297183187: $6,321,349.89
Allowed Amount of Claim with respect to ISIN
XS0297183187 to be Transferred: $6,321,349.89 (or
100% of the Allowed Amount of Claim with respect
to ISIN XS0297183187)

Date Claim Filed: November 2, 2009

Court Claim # (if known): 62744
Total Claim Amount: $1,442,845,973.76

Amount of Claim as Filed with respect to ISIN
XS0297183187: $8,546,400.00
Amount of Claim as Filed with respect to ISIN
XS0297183187 to be Transferred: $8,546,400.00 (or
100% of the Amount of Claim as Filed with respect
to ISIN XS0297183187)

Allowed Amount of Claim with respect to ISIN

XS0297183187:  $9,482,024.83
Allowed Amount of Claim with respect to ISIN
XS0297183187 to be Transferred:  $9,482,024.83 (or
100% of the Allowed Amount of Claim with respect
to ISIN XS0297183187)

Date Claim Filed: November 2, 2009

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attention: Michelle Latzoni
Phone: (212) 934-3921
E-Mail: gsd.link@gs.com

**\*\*PLEASE SEE ATTACHED EXHIBITS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**LBVN HOLDINGS, L.L.C.**

By: _____          Date:  April 16, 2013
      Transferee/Transferee's Agent
      Andrew N. Rosenberg/Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

<u>Exhibit A</u>

Evidence of Transfer of Claim

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Goldman Sachs & Co.** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **LBVN HOLDINGS, L.L.C.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable amounts specified in Schedule 1 attached hereto (each a "Purchased Claim," and collectively, the "Purchased Claims"), in Seller's right, title and interest in and to the Proof of Claim Numbers specified in Schedule 1 attached hereto, each filed by or on behalf of Seller or Seller's predecessors in interest (each, a "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claims, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claims or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claims, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claims, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claims, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claims, but only to the extent of each Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claims and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), (c), and (d), the "Transferred Claims"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that:  (a) each Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) each Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proofs of Claim collectively include all of the Purchased Claims specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that, with respect to the Transferred Claims, will give rise to any setoff, defense or counterclaim, or will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other general unsecured creditors of the same class and type as the Purchased Claims; (g) Seller has provided a true and correct copy of the Notice of Proposed Allowed Claim Amount (each, a "Notice") for each Proof of Claim to the extent and in the form received from Seller's predecessor in interest, and no action was undertaken by Seller with respect to any Notice; and (h) on or around April 4, 2013, Seller received the third distribution relating to the Transferred Claims in the amounts indicated on Schedule 1 attached hereto (collectively, the "Third Distribution") and other than the Third Distribution, Seller has not received any payment or other distribution in full or partial satisfaction of the Transferred Claims.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect

to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property on account of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall (a) promptly (but in any event no later than three (3) business days after the date of this Agreement and Evidence of Transfer) remit the Third Distribution to Purchaser, and (b) promptly (but in any event no later than three (3) business days after receipt) remit to Purchaser any payments, distributions, proceeds or notices (other than notices publicly available or sent directly to Purchaser) received by Seller after the date of this Agreement and Evidence of Transfer of Claim on account of the Transferred Claims. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

[Remainder of page intentionally left blank]

772551v.4 153/05435

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of April 2013.

GOLDMAN SACHS & CO.

By: _____
Name:
Title:
        Jeremiah Keefe
        Managing Director

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

LBVN HOLDINGS, L.L.C.

By: _____
Name: Andrew N. Rosenberg
Title: Authorized Signatory

P.O. Box 1641
New York, NY 10150
E-mail: lbvn@lbvn.myhostedsolution.net

With a copy to:
Andy Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3125
Fax: 212-492-0125

3

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 11th day of April 2013.

**GOLDMAN SACHS & CO.**

By: _____
Name:
Title:

30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212)934-3921

**LBVN HOLDINGS, L.L.C.**

By: _____
Name: Andrew N. Rosenberg
Title: Authorized Signatory

P.O. Box 1641
New York, NY 10150
E-mail: lbvn@lbvn.myhostedsolution.net

With a copy to:
Andy Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: 212-373-3125
Fax: 212-492-0125

3

772551v.4 153/05435

Schedule 1

Transferred Claims

**Purchased Claims**

1.  100% of Proof of Claim Number 58894 relating to ISIN XS0266833515 = USD 14,194,490.63 (in allowed amount);

2.  100% of Proof of Claim Number 63602 relating to ISIN XS0232364868 = USD 11,933,477.47 (in allowed amount);

3.  100% of Proof of Claim Number 62743 relating to ISIN XS0297183187 = USD 6,321,349.89 (in allowed amount);

4.  100% of Proof of Claim Number 62744 relating to ISIN XS0297183187 = USD 9,482,024.83 (in allowed amount);

5.  100% of Proof of Claim Number 46900 relating to ISIN XS0276438255 = USD 14,191,057.71 (in allowed amount);

6.  100% of Proof of Claim Number 62743 relating to ISIN XS0326264917 = USD 5,676,423.09 (in allowed amount);

7.  100% of Proof of Claim Number 62744 relating to ISIN XS0326264917 = USD 8,514,634.63 (in allowed amount);

8.  34.024244% of ISIN XS0342777371 = USD 4,074,095.71 (in allowed amount);

9.  50.218180% of ISIN XS0342777371 = USD 6,013,173.69 (in allowed amount);

10. 100% of Proof of Claim Number 58221 relating to ISIN XS0352310485 = USD 7,095,528.86 (in allowed amount);

11. 100% of Proof of Claim Number 63660 relating to ISIN XS0216921741 = USD 7,236,850.46 (in allowed amount);

12. 100% of Proof of Claim Number 62743 relating to ISIN XS0257988484 = USD 2,554,390.39 (in allowed amount);

13. 100% of Proof of Claim Number 62744 relating to ISIN XS0257988484 = USD 3,831,585.58 (in allowed amount);

14. 100% of Proof of Claim Number 46900 relating to ISIN XS0273044940 = USD 7,095,528.85 (in allowed amount);

15. 100% of Proof of Claim Number 50355 relating to ISIN XS0301316906 = USD 2,900,156.55 (in allowed amount);

16. 100% of Proof of Claim Number 50351 relating to ISIN XS0301316906 = USD 4,350,234.83 (in allowed amount);

Schedule 1-1

17. 100% of Proof of Claim Number 49737 relating to ISIN XS0272317131 = USD 7,095,529.00 (in allowed amount);

18. 100% of Proof of Claim Number 55829 relating to ISIN XS0334382065 = USD 5,179,736.07 (in allowed amount).

Lehman Programs Securities to which Transfer Relates

| | Proof of Claim Number | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Allowed Amount | Third Distribution Amount |
|---|---|---|---|---|---|---|---|
| 1. | 58894 | XS0266833515 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 10,000,000.00 | USD 14,194,490.63 | $436,667.23 |
| 2. | 63602 | XS0232364868 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 8,000,000.00 | USD 11,933,477.47 | $367,111.35 |
| 3. | 62743 | XS0297183187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,000,000.00 | USD 6,321,349.89 | $194,464.62 |
| 4. | 62744 | XS0297183187 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 6,000,000.00 | USD 9,482,024.83 | $291,696.95 |
| 5. | 46900 | XS0276438255 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 10,000,000.00 | USD 14,191,057.71 | $436,561.63 |
| 6. | 62743 | XS0326264917 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,000,000.00 | USD 5,676,423.09 | $174,624.65 |
| 7. | 62744 | XS0326264917 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 6,000,000.00 | USD 8,514,634.63 | $261,936.98 |
| 8. | 58980 | XS0342777371 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,807,000.14 | USD 4,074,095.71 | $125,332.00 |
| 9. | 58982 | XS0342777371 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 4,142,999.86 | USD 6,013,173.69 | $184,984.15 |
| 10. | 58221 | XS0352310485 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,528.86 | $218,280.81 |
| 11. | 63660 | XS0216921741 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,236,850.46 | $222,628.30 |
| 12. | 62743 | XS0257988484 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 1,800,000.00 | USD 2,554,390.39 | $78,581.08 |

5

772551v.4 153/05435

| | | | | | | |
|---|---|---|---|---|---|---|
| 13. | 62744 | XS0257988484 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,700,000.00 | USD 3,831,585.58 | $117,871.64 |
| 14. | 46900 | XS0273044940 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,528.85 | $218,280.80 |
| 15. | 50355 | XS0301316906 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 2,000,000.00 | USD 2,900,156.55 | $89,217.94 |
| 16. | 50351 | XS0301316906 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 3,000,000.00 | USD 4,350,234.83 | $133,826.92 |
| 17. | 49737 | XS0272317131 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5,000,000.00 | USD 7,095,529.00 | $218,280.80 |
| 18. | 55829 | XS0334382065 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 3,650,000.00 | USD 5,179,736.07 | $159,344.98 |

6

772551v.4 153/05435

<u>Exhibit B</u>

Proofs of Claim

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**LEHMAN SECURITIES PROGRAMS**
**PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., El Al.
08-13555 (JMP)          0000062743

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Elliott Associates, L.P.
c/o Elliott Management corporation
712 5th Avenue, 35th Floor
New York, N.Y. 10019     NYMIDDLEOFFICE@ELLIOTTMGMT.COM
Telephone number: 212 974 6000 x1310 Email Address: MSTEPHAN@ELLIOTTMGMT.COM

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)
Filed on: 10/30/09

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: _____   Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.
Amount of Claim: $ 633,921,237.46 (Required)   See attached schedule & attached statement of claim.

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ (Required) See attached schedule

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: _____ (Required) See attached schedule

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: see attached schedule (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date 11/2/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

FOR COURT USE ONLY
**FILED / RECEIVED**
NOV 0 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## STATEMENT OF CLAIM

### A.    Amount of Claim

In addition to the claim amounts specified otherwise, the claim includes interest and Claimant's out-of-pocket costs, including legal fees, in an amount that can not be currently calculated, but does not include additional amounts that may be claimed under applicable foreign law, or that may be asserted against other entities liable on such debt.

Claimant reserves the right to file other proofs of claim with respect to other claims Claimant may hold against Debtor. The amounts set forth herein are exclusive of other amounts owned to Claimant not based on Lehman Program Securities.

### B.    Reservation of Rights

Claimant expressly reserves the right to hereafter amend and/or supplement its Proof of Claim, at any time, in any manner, and for any purpose including, but not limited to, the fixing of or supplementation to the amount reflected herein, and to assert rights of setoff or recoupment in relation to amounts, if any, determined to be owing by Claimant to the Debtor. Except as stated hereinabove, all offsets and deductions have been taken into consideration in making this Proof of Claim.

Claimant's filing of this Proof of Claim is not, and shall not be deemed or construed as (a) a consent by Claimant to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case or contested matter against or otherwise involving Claimant; (b) a waiver or release of Claimant's right to trial by jury in the Bankruptcy Court or any other court in any proceeding involving any of the matters set forth herein or related hereto; (c) a consent by Claimant to a jury trial in the Bankruptcy Court or any other court in any other proceeding involving any of the matters set forth herein or related hereto; (d) a waiver or release of Claimant's right to have any non-core proceedings determined by the United States District Court under *de novo* review; (e) a waiver of Claimant's right to seek withdrawal of the United States District Court's referral of the Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the Bankruptcy Court; and/or (f) an election of remedies.

This Statement of Claim is expressly incorporated by reference into, and thereby made a part of, Claimant's Proof of Claim against the Debtor.

MGOLD\156411.1 - 11/2/09

| Fund | Isin | Principal Amount of Bonds | Currency | FX Rate | Amount of Claim | BLOCKING REFERENCE NUMBER | EUROCLEAR ACCOUNT # | CLEARSTREAM ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|
| ELLIOTT ASSOCIATES, L.P. | XS0330134007 | 6,800,000.00 | AUD | 0.8065 | $5,484,200.00 PLUS ACCRUED | 6046237 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120663 | 1,359,000.00 | CHF | 1.1158 | $1,217,560.21 PLUS ACCRUED | 6046245 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120671 | 433,000.00 | CHF | 1.1158 | $388,062.38 PLUS ACCRUED | 6046244 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0026915527 | 7,365,000.00 | CHF | 1.1158 | $6,600,645.28 PLUS ACCRUED | 6046241 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0026895082 | 10,470,000.00 | CHF | 1.1158 | $9,383,402.04 PLUS ACCRUED | 6046238 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0213416141 | 40,000.00 | EUR | 1.4244 | $56,976.00 PLUS ACCRUED | 6046198 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0224346592 | 5,580,000.00 | EUR | 1.4244 | $7,948,152.00 PLUS ACCRUED | 6046199 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0307745744 | 3,850,000.00 | EUR | 1.4244 | $5,483,940.00 PLUS ACCRUED | 6054682 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0252835110 | 17,120,000.00 | EUR | 1.4244 | $24,385,728.00 PLUS ACCRUED | 6046201 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257022714 | 9,180,000.00 | EUR | 1.4244 | $13,075,992.00 PLUS ACCRUED | 6046233 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0326256497 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 PLUS ACCRUED | 6046232 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0128857413 | 400,000.00 | EUR | 1.4244 | $569,760.00 PLUS ACCRUED | 6046230 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0282937985 | 3,950,000.00 | EUR | 1.4244 | $5,626,380.00 PLUS ACCRUED | 6046229 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0254171191 | 8,450,000.00 | EUR | 1.4244 | $12,036,180.00 PLUS ACCRUED | 6046227 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0272543900 | 2,600,000.00 | EUR | 1.4244 | $3,703,440.00 PLUS ACCRUED | 6046226 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0300005547 | 13,200,000.00 | EUR | 1.4244 | $18,802,080.00 PLUS ACCRUED | 6046225 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0214267923 | 6,800,000.00 | EUR | 1.4244 | $9,685,920.00 PLUS ACCRUED | 6046223 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0288679260 | 2,350,000.00 | EUR | 1.4244 | $3,347,340.00 PLUS ACCRUED | 6046222 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0190353358 | 800,000.00 | EUR | 1.4244 | $1,139,520.00 PLUS ACCRUED | 6046221 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0118354643 | 13,600,000.00 | EUR | 1.4244 | $19,371,840.00 PLUS ACCRUED | 6046220 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0213899510 | 14,000,000.00 | EUR | 1.4244 | $19,941,600.00 PLUS ACCRUED | 6046219 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0263892419 | 92,000,000.00 | EUR | 1.4244 | $131,044,800.00 PLUS ACCRUED | 6046217 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0209131001 | 2,000,000.00 | EUR | 1.4244 | $2,848,800.00 PLUS ACCRUED | 6046213 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0215760777 | 12,000,000.00 | EUR | 1.4244 | $17,092,800.00 PLUS ACCRUED | 6046212 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0300113841 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 PLUS ACCRUED | 6046211 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0285464943 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 PLUS ACCRUED | 6046210 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0126813053 | 32,204,000.00 | EUR | 1.4244 | $45,871,377.60 PLUS ACCRUED | 6046209 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0315504323 | 60,000,000.00 | EUR | 1.4244 | $85,464,000.00 PLUS ACCRUED | 6046208 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0313100678 | 80,000,000.00 | EUR | 1.4244 | $113,952,000.00 PLUS ACCRUED | 6046207 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0218304458 | 16,000.00 | EUR | 1.4244 | $22,790.40 PLUS ACCRUED | 6046206 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0274127009 | 935,000.00 | EUR | 1.4244 | $1,331,814.00 PLUS ACCRUED | 6046205 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0210432206 | 370,000.00 | EUR | 1.4244 | $527,028.00 PLUS ACCRUED | 6046204 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0163559841 | 82,000.00 | EUR | 1.4244 | $116,800.80 PLUS ACCRUED | 6046203 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0268043709 | 140,000.00 | EUR | 1.4244 | $199,416.00 PLUS ACCRUED | 6046202 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257988464 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 PLUS ACCRUED | 6046249 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257101866 | 84,000.00 | EUR | 1.4244 | $119,649.60 PLUS ACCRUED | 6046248 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257120689 | 209,000.00 | EUR | 1.4244 | $297,699.60 PLUS ACCRUED | 6046247 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120697 | 66,000.00 | EUR | 1.4244 | $94,010.40 PLUS ACCRUED | 6046246 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120747 | 98,000.00 | EUR | 1.4244 | $139,591.20 PLUS ACCRUED | 6046243 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120754 | 8,000.00 | EUR | 1.4244 | $11,395.20 PLUS ACCRUED | 6046242 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0297193187 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 PLUS ACCRUED | 6046239 | 90782 | -SEME//982318734509071610 |
| ELLIOTT ASSOCIATES, L.P. | XS0317422771 | 200,000.00 | EUR | 1.4244 | $284,860.00 PLUS ACCRUED | 6046236 | 90782 | -SEME/(729387421290810610 |
| ELLIOTT ASSOCIATES, L.P. | XS0321465312 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 PLUS ACCRUED | 6046235 | 90782 | -SEME/99011437210810610 |
| ELLIOTT ASSOCIATES, L.P. | XS0321451246 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 PLUS ACCRUED | 6058886 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0317422425 | 400,000.00 | EUR | 1.4244 | $593,760.00 PLUS ACCRUED | | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0301467923 | 5,950,000.00 | GBP | 1.7998 | $10,708,810.00 PLUS ACCRUED | 6046200 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0308467150 | 3,000,000.00 | GBP | 1.7998 | $5,399,400.00 PLUS ACCRUED | 6046228 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0229141332 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELLIOTT ASSOCIATES, L.P. | XS0226127784 | 400,000.00 | GBP | 1.7998 | $719,920.00 | PLUS ACCRUED | 6046215 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0232526854 | 440,000.00 | GBP | 1.7998 | $791,912.00 | PLUS ACCRUED | 6046214 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0317416880 | 400,000.00 | GBP | 1.7998 | $719,920.00 | PLUS ACCRUED | 6046240 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0324058865 | 60,000,000.00 | ILS | 3.559 | $16,858,668.17 | PLUS ACCRUED | 6046216 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0356684073 | 158,760,000.00 | MXN | 10.7423 | $14,778,957.95 | PLUS ACCRUED | 6046218 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0262983264 | 32,000,000.00 | SGD | 1.4254 | $22,449,838.64 | PLUS ACCRUED | 6046207 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0329609449 | 80,000,000.00 | USD | 1 | $80,000,000.00 | PLUS ACCRUED | 6046224 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0223109926 | 1,260,000.00 | USD | 1 | $1,260,000.00 | PLUS ACCRUED | 6046247 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | CH0027120705 | 24,000.00 | USD | 1 | $24,000.00 | PLUS ACCRUED | 6046227 | 90782 |

TOTAL $633,921,237.46

-SEME/1540348072608161.0

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY:

DATE

4:2C

TIME

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000062744

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Elliott International, L.P.

c/o Elliott Management corporation
712 5th Avenue, 35th Floor
New York, N.Y. 10019

Telephone number: 212 974 6000 x1310   Email Address: MSTEPHAN@ELLIOTTMGMT.COM
NYMIDDLEOFFICE@ELLIOTTMGMT.COM

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(if known)

Filed on: 10/30/09

Name and address where payment should be sent (if different from above)

Telephone number: _____   Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 1,442,845,973.76 (Required)  See attached schedule & attached statement of claim.

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): (Required) See attached schedule

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

(Required) See attached schedule

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: See attached schedule
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED/RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 11/2/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## STATEMENT OF CLAIM

**A.    Amount of Claim**

In addition to the claim amounts specified otherwise, the claim includes interest and Claimant's out-of-pocket costs, including legal fees, in an amount that can not be currently calculated, but does not include additional amounts that may be claimed under applicable foreign law, or that may be asserted against other entities liable on such debt.

Claimant reserves the right to file other proofs of claim with respect to other claims Claimant may hold against Debtor. The amounts set forth herein are exclusive of other amounts owned to Claimant not based on Lehman Program Securities.

**B.    Reservation of Rights**

Claimant expressly reserves the right to hereafter amend and/or supplement its Proof of Claim, at any time, in any manner, and for any purpose including, but not limited to, the fixing of or supplementation to the amount reflected herein, and to assert rights of setoff or recoupment in relation to amounts, if any, determined to be owing by Claimant to the Debtor. Except as stated hereinabove, all offsets and deductions have been taken into consideration in making this Proof of Claim.

Claimant's filing of this Proof of Claim is not, and shall not be deemed or construed as (a) a consent by Claimant to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case or contested matter against or otherwise involving Claimant; (b) a waiver or release of Claimant's right to trial by jury in the Bankruptcy Court or any other court in any proceeding involving any of the matters set forth herein or related hereto; (c) a consent by Claimant to a jury trial in the Bankruptcy Court or any other court in any other proceeding involving any of the matters set forth herein or related hereto; (d) a waiver or release of Claimant's right to have any non-core proceedings determined by the United States District Court under *de novo* review; (e) a waiver of Claimant's right to seek withdrawal of the United States District Court's referral of the Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the Bankruptcy Court; and/or (f) an election of remedies.

This Statement of Claim is expressly incorporated by reference into, and thereby made a part of, Claimant's Proof of Claim against the Debtor.

MGOLD\156411.1 - 11/2/09

| Fund | Isin | Principal Amount of Bonds | Currency | FX Rate | Amount of Claim | BLOCKING REFERENCE NUMBER | EUROCLEAR ACCOUNT # | CLEARSTREAM ACCOUNT NUMB |
|---|---|---|---|---|---|---|---|---|
| ELLIOTT INTERNATIONAL, L.P. | XS0330134007 | 10,200,000.00 | AUD | 0.8065 | $8,228,300.00 PLUS ACCRUED | 6046572 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120663 | 2,038,000.00 | CHF | 1.1158 | $1,826,482.20 PLUS ACCRUED | 6046364 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120671 | 650,000.00 | CHF | 1.1158 | $582,541.67 PLUS ACCRUED | 6046365 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0026915527 | 11,055,000.00 | CHF | 1.1158 | $9,907,689.55 PLUS ACCRUED | 6046368 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0028985082 | 15,720,000.00 | CHF | 1.1158 | $14,088,546.33 PLUS ACCRUED | 6046371 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0029197156 | 12,000,000.00 | CHF | 1.1158 | $10,754,615.52 PLUS ACCRUED | 6052695 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0295529135 | 1,200,000.00 | CHF | 1.1158 | $1,075,461.55 PLUS ACCRUED | 6052555 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0295529129 | 14,160,000.00 | CHF | 1.1158 | $12,690,446.32 PLUS ACCRUED | 6952802 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0213415141 | 60,000.00 | EUR | 1.4244 | $85,464.00 PLUS ACCRUED | 6046325 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0224346592 | 8,380,000.00 | EUR | 1.4244 | $11,936,472.00 PLUS ACCRUED | 6046326 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0307345744 | 5,850,000.00 | EUR | 1.4244 | $8,332,740.00 PLUS ACCRUED | 6054683 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0258283510 | 25,680,000.00 | EUR | 1.4244 | $36,578,592.00 PLUS ACCRUED | 6046328 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257022174 | 13,775,000.00 | EUR | 1.4244 | $19,621,110.00 PLUS ACCRUED | 6046329 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0028294917 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 PLUS ACCRUED | 6046330 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0128657413 | 600,000.00 | EUR | 1.4244 | $854,640.00 PLUS ACCRUED | 6046331 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0282979985 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 PLUS ACCRUED | 6046332 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0254919181 | 12,750,000.00 | EUR | 1.4244 | $18,161,100.00 PLUS ACCRUED | 6046334 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0272543900 | 3,900,000.00 | EUR | 1.4244 | $5,555,160.00 PLUS ACCRUED | 6046335 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0000055547 | 19,800,000.00 | EUR | 1.4244 | $28,203,120.00 PLUS ACCRUED | 6046336 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0214057923 | 10,200,000.00 | EUR | 1.4244 | $14,528,880.00 PLUS ACCRUED | 6046338 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0286578260 | 3,600,000.00 | EUR | 1.4244 | $5,127,840.00 PLUS ACCRUED | 6046339 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0192053558 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 PLUS ACCRUED | 6046340 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0183044643 | 19,722,000.00 | EUR | 1.4244 | $28,100,026.80 PLUS ACCRUED | 6046941 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0213996510 | 21,000,000.00 | EUR | 1.4244 | $29,912,400.00 PLUS ACCRUED | 6046942 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0293852419 | 138,000,000.00 | EUR | 1.4244 | $196,567,200.00 PLUS ACCRUED | 6046644 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0209131001 | 3,000,000.00 | EUR | 1.4244 | $4,273,200.00 PLUS ACCRUED | 6046648 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0215760777 | 18,000,000.00 | EUR | 1.4244 | $25,639,200.00 PLUS ACCRUED | 6046649 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0300113841 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 PLUS ACCRUED | 6046650 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0282049543 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 PLUS ACCRUED | 6046651 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0128610053 | 48,305,000.00 | EUR | 1.4244 | $68,805,642.00 PLUS ACCRUED | 6046652 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0316504323 | 90,000,000.00 | EUR | 1.4244 | $128,196,000.00 PLUS ACCRUED | 6046653 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0313100578 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 PLUS ACCRUED | 6046655 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0218304458 | 24,000.00 | EUR | 1.4244 | $34,185.60 PLUS ACCRUED | 6046356 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0214127009 | 1,405,000.00 | EUR | 1.4244 | $2,001,282.00 PLUS ACCRUED | 6046357 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0210433206 | 555,000.00 | EUR | 1.4244 | $790,542.00 PLUS ACCRUED | 6046358 | 90782 | |
| Elliott INTERNATIONAL, L.P. | XS0163559841 | 122,000.00 | EUR | 1.4244 | $173,776.80 PLUS ACCRUED | 6046359 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0268043709 | 210,000.00 | EUR | 1.4244 | $299,124.00 PLUS ACCRUED | 6046360 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257998484 | 2,700,000.00 | EUR | 1.4244 | $3,845,880.00 PLUS ACCRUED | 6046361 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257101856 | 125,000.00 | EUR | 1.4244 | $178,050.00 PLUS ACCRUED | 6046655 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120689 | 313,000.00 | EUR | 1.4244 | $445,837.20 PLUS ACCRUED | 6046366 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120697 | 99,000.00 | EUR | 1.4244 | $141,015.60 PLUS ACCRUED | 6046366 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120747 | 147,000.00 | EUR | 1.4244 | $209,386.80 PLUS ACCRUED | | | :SEME//9033315090701610 |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120754 | 12,000.00 | EUR | 1.4244 | $17,092.80 PLUS ACCRUED | | | :SEME//12047852710861500 |
| ELLIOTT INTERNATIONAL, L.P. | XS0297183187 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 PLUS ACCRUED | 6046367 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0317422771 | 300,000.00 | EUR | 1.4244 | $427,320.00 PLUS ACCRUED | 6046370 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0321455312 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 PLUS ACCRUED | 6046370 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0321451246 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 PLUS ACCRUED | 6046374 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0317422425 | 600,000.00 | EUR | 1.4244 | $854,640.00 PLUS ACCRUED | 6958867 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0328005540 | 57,880,000.00 | EUR | 1.4244 | $82,444,272.00 PLUS ACCRUED | 6046331 | 22642 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELLIOTT INTERNATIONAL, L.P. | XS0263330776 | 3,000,000.00 | EUR | 1.4244 | $4,273,200.00 | PLUS ACCRUED | 6046378 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0253834576 | 14,547,000.00 | EUR | 1.4244 | $20,720,746.80 | PLUS ACCRUED | 6046383 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0224346592 | 89,290,000.00 | EUR | 1.4244 | $127,184,676.00 | PLUS ACCRUED | 6046385 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0307745744 | 14,600,000.00 | EUR | 1.4244 | $20,796,240.00 | PLUS ACCRUED | 6046381 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0252835110 | 21,240,000.00 | EUR | 1.4244 | $30,254,256.00 | PLUS ACCRUED | 6046394 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0190439616 | 15,600,000.00 | EUR | 1.4244 | $22,220,640.00 | PLUS ACCRUED | 6046375 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0303605547 | 36,050,000.00 | EUR | 1.4244 | $51,349,620.00 | PLUS ACCRUED | 6046388 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0302608640 | 15,000,000.00 | EUR | 1.4244 | $21,366,000.00 | PLUS ACCRUED | 6052738 | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0245046544 | 9,900,000.00 | EUR | 1.4244 | $14,101,560.00 | PLUS ACCRUED | 6052619 | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0362467150 | 9,000,000.00 | EUR | 1.7998 | $16,198,200.00 | PLUS ACCRUED | 6046327 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0299141332 | 4,500,000.00 | GBP | 1.7998 | $8,099,100.00 | PLUS ACCRUED | 6046333 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0261127784 | 600,000.00 | GBP | 1.7998 | $1,079,880.00 | PLUS ACCRUED | 6046346 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0323526654 | 660,000.00 | GBP | 1.7998 | $1,187,868.00 | PLUS ACCRUED | 6046347 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0317418880 | 600,000.00 | GBP | 1.7998 | $1,079,880.00 | PLUS ACCRUED | 6046369 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0508248150 | 28,050,000.00 | GBP | 1.7998 | $50,494,390.00 | PLUS ACCRUED | 6046396 | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0324059865 | 90,000,000.00 | ILS | 3.559 | $25,288,002.25 | PLUS ACCRUED | 6046345 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | JPS841172788 | 400,000,000.00 | JPY | 104.65 | $3,822,264.69 | PLUS ACCRUED | 6052722 | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | JPS641172A9 | 300,000,000.00 | JPY | 104.65 | $2,866,698.52 | PLUS ACCRUED | 6052692 | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0256684073 | 238,140,000.00 | MXN | 10.7423 | $22,168,438.53 | PLUS ACCRUED | 6046943 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0262982364 | 48,000,000.00 | SGD | 1.4254 | $33,674,757.99 | PLUS ACCRUED | 6046354 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0268040192 | 15,000,000.00 | SGD | 1.4254 | $10,523,361.86 | PLUS ACCRUED | 6052626 | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0329609449 | 120,000,000.00 | USD | 1 | $120,000,000.00 | PLUS ACCRUED | 6046337 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0223109926 | 1,890,000.00 | USD | 1 | $1,890,000.00 | PLUS ACCRUED | 6046362 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120705 | 35,000.00 | USD | 1 | $35,000.00 | PLUS ACCRUED | :SEM/E/7934553620 | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0304156986 | 5,400,000.00 | USD | 1 | $5,400,000.00 | PLUS ACCRUED | 6052753 | 22449 |
| | | | | | $1,442,845,973.76 | TOTAL | | |