UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
: 
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                        Debtors.                               :
                                                               :
-------------------------------------------------------------------x    Ref. Docket Nos. 35018, 35914,
                                                                     35915, 35954, 36021, 36054, 36057,
                                                                     36377

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Lauren Rodriguez
                                                            Lauren Rodriguez

Sworn to before me this
17th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
         TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD
         C/O ALDEN GLOBAL CAPITAL
         ATTN: CHRIS SCHOFIELD
         885 THIRD AVE
         NEW YORK NY 10022

Please note that your claim # 67457-02 in the above referenced case and in the amount of
    $46,426.02    allowed at $26,638.50        has been transferred **(unless previously expunged by court order)**

         TURNPIKE LIMITED
         TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
         C/O ALDEN GLOBAL CAPITAL
         ATTN: CHRIS SCHOLFIELD
         885 THIRD AVENUE
         NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 35018        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/09/2013                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 9, 2013.

**EXHIBIT B**

```
TIME: 11:12:03                              LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   1
DATE: 04/09/13                                    CREDITOR LISTING

Name                                              Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: METHOD INVESTMENTS & ADVISORY LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOFIELD 885 THIRD AVE NEW YORK NY 10022
  MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES             TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
  MASTER FUND, L.P.
ARES VIII CLO LTD.                                ATTN: BILL REARDON 1 FEDERAL STREET 3RD FLOOR, US BANK BOSTON MA 02110
ARES VIII CLO LTD.                                MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE. 3RD FLOOR NEW YORK NY 10022
BALSA GROVE, L.L.C.                               SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956
BALSA GROVE, L.L.C.                               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. P.O. BOX 6487 F.D. ROOSEVELT STATION NEW YORK NY 10150
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANKIA BANCA PRIVADA, S.A.                        CLIFFORD CHANCE US LLP ATTN: MR. DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019
BANKIA BANCA PRIVADA, S.A.                        ATTN: MR. MARCELINO BLANCO GARNACHO MARIA DE MOLINA, 39, 3A MADRID 28006 SPAIN
BARCLAYS BANK PLC                                 CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                 CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                  JACKSONVILLE FL 32256
GOLDMAN SACHS & CO.                               TRANSFEROR: BANKIA BANCA PRIVADA, S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
INTESA SANPAOLO S.P.A.                            ATTN: LUIGI FIORI CARONES LEGAL DEPARTMENT VIA VERDI 8 MILANO 20121 ITALY
MORGAN STANLEY SENIOR FUNDING, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNDING, INC.               TRANSFEROR: ARES VIII CLO LTD. ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
MORGAN STANLEY SENIOR FUNIDNG, INC.               MANAGING CLERK (BANKRUPTCY) RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
MORGAN STANLEY SENIOR FUNIDNG, INC.               TRANSFEROR: ARES VIII CLO LTD. ATTN; JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: J.P. MORGAN SECURITIES LTD C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: J.P. MORGAN SECURITIES LTD. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JP MORGAN SECURITIES INC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP/ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER
                                                  TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O SILVER POINT CAPITAL, L.P.
                                                  ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: TAIFOOK SECURITIES COMPANY LIMITED C/O SILVER POINT CAPITAL, LP; ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: UBS AG C/O SILVER PIONT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: VR GLOBAL PARTNERS, L.P. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
TURNPIKE LIMITED                                  TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                                  NEW YORK NY 10022
VARDE INVETMENT PARTNERS, L.P.                    TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWIN P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1570 MINNEAPOLIS MN 55437

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:12:03                          LEHMAN BROTHERS HOLDING INC.                                    PAGE:   2
DATE: 04/09/13                                CREDITOR LISTING

Name                   Address
WEBANK S.P.A.          TRANSFEROR: INTESA SANPAOLO S.P.A. ATTN: LUCIA CAGNAZZO - MANAGER VIA MASSAUA 4 MILANO   20146 ITALY


Total Number of Records Printed        39
```

EPIQ BANKRUPTCY SOLUTIONS, LLC