UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
|  |  :  |  |
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |
-------------------------------------------------------------------x   Ref. Docket Nos. 35762 & 36108

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 9, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                        Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
                ATTN: WILHELM HUELSKEN
                KASERNENSTRASSE 10
                DUSSELDORF 40213 GERMANY

Additional:    CITIBANK PRIVATKUNDEN AG & CO. KGAA
                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
                ATTN: DOUGLAS R. DAVIS
                1285 AVENUE OF THE AMERICAS
                NEW YORK NY 10019-6064

Transferee:    GISELA GEFFERS
                LIEDBERGWEG 16
                KOELN 51069 GERMANY

**Your transfer**  of claim #  55404-71  is defective for the reason(s) checked below:

Other                              Schedule 1 Missing - not able to determine transferred ISIN

Docket Number 35762           Date 03/01/13

/s/ Lauren Rodriguez

---

By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 9, 2013.

EXHIBIT B

TIME: 11:20:21
DATE: 04/09/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:   1

| Name | Address |
|------|---------|
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BET FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BET MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| QUEENSFERRY T LLC | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |

Total Number of Records Printed        4

EPIQ BANKRUPTCY SOLUTIONS, LLC

TIME: 11:43:55
DATE: 04/09/13

PAGE:    1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|------|---------|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| GISELA GEFFERS | LIEDBERGWEG 16 KOELN 51069 GERMANY |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC