UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
: 
In re                                                                              :    Chapter 11 Case No.
                                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (JMP)
                                                                                       :    (Jointly Administered)
                    Debtors.                                                 :
                                                                                       :
------------------------------------------------------------------------x    Ref. Docket Nos. 34300, 35310,
                                                                                            35313, 35315, 35317, 35322, 35326,
                                                                                            36053, 36055, 36069, 36070, 36075-
                                                                                            36077, 36113, 36384, 36388-36390,
                                                                                            36402-36405

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 10, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
17th day of April, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 34300, 35310, 35313...36390, 36402-36405_AFF_4-10-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                    |
In re                               |    Chapter 11 Case No.
                                    |
LEHMAN BROTHERS HOLDINGS INC., et al.,|   08-13555 (JMP)
                                    |
                                    |    (Jointly Administered)
            Debtors.                |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BANC OF AMERICA CREDIT PRODUCTS INC
         TRANSFEROR: BBT MASTER FUND, L.P.
         C/O BANK OF AMERICA MERRILL LYNCH
         ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
         BANK OF AMERICA TOWER - 3RD FLOOR
         ONE BRYANT PARK
         NEW YORK NY 10036
```

Please note that your claim # 67279-04 in the above referenced case and in the amount of
         $510,649.19        has been transferred **(unless previously expunged by court order)**

```
    BEINT, L.L.C.                                    BEINT, L.L.C.
    TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC  LOUIS SMOOKLER
    PO BOX 8342                                      REITLER KAILAS & ROSENBLATT LLC
    NEW YORK NY 10150                                885 THIRD AVENUE, 20TH FLOOR
                                                     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36075    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/10/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 10, 2013.

# EXHIBIT B

```
TIME: 13:07:20                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 04/10/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| BALSA GROVE, L.L.C. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| BALSA GROVE, L.L.C. | TRANSFEROR: BANK OF AMERICA CREDIT PRODUCTS, INC. P.O. BOX 6487 F.D. ROOSEVELT STATION NEW YORK NY 10150 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: BBT MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS INC | TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BEINT, L.L.C. | LOUIS SMOOKLER REITLER KAILAS & ROSENBLATT LLC 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC PO BOX 8342 NEW YORK NY 10150 |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS SECURITIES CORP | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 7TH AVENUE NEW YORK NY 10019 |
| BNP PARIBAS SECURITIES CORP. | TRANSFEROR: BNP PARIBAS ATTN: EVAN GIANOUKAKIS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CVIC LUX MASTER S.A.R.I. | TRANSFEROR: LOEB ARBITRAGE B FUND LP C/O CARVAL INVESTORS, LLC ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.I. | TRANSFEROR: LOEB ARBITRAGE FUND C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.I. | TRANSFEROR: LOEB OFFSHORE B FUND LTD. C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.I. | TRANSFEROR: LOEB OFFSHORE FUND, LTD. C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: BNP PARIBAS SECURITIES CORP ATTN: MATT WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: LUXOR WAVEFRONT LP ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| EL DORADO BROTHERS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: PHILIP WELLS C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO 383 MADISON AVENUE-FLOOR 37 NEW YORK NY 10179 |
| LOEB ARBITRAGE B FUND LP | TRANSFEROR: NEWFINANCE ALDEN SPV ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| LOEB ARBITRAGE B FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB ARBITRAGE FUND | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB ARBITRAGE FUND | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE B FUND LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE B FUND LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| LOEB OFFSHORE FUND, LTD. | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| LOEB OFFSHORE FUND, LTD. | C/O LOEB ARBITRAGE MANAGEMENT, LLC ATTN: ALEXANDER MCMILLAN, ESQ 61 BROADWAY NEW YORK NY 10006 |
| MOUNT KELLETT MASTER FUND II, LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVE, FL 18 NEW YORK NY 10022-9139 |
| NEWFINANCE ALDEN SPV | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: ITHRAN OLIVACCE 885 THIRD AVE 34TH FL NEW YORK NY 10022 |
| SOLA LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 13:07:20                                    LEHMAN BROTHERS HOLDING INC.                                                PAGE:    2
DATE: 04/10/13                                         CREDITOR LISTING

Name                                         Address
SOLUS CORE OPPORTUNITIES LP                  TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
SOLUS RECOVERY FUND LP                       TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                             410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP       TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                   TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                             NEW YORK NY 10022
SUCCESSAL GROUP LLC                          TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER
                                             NEW YORK NY 10281
ULTRA MASTER LTD                             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE 410 PARK AVENUE, 11TH FLOOR
                                             NEW YORK NY 10022

Total Number of Records Printed      50
```