UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No,
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                    Debtors.                                 :
                                                                  :
-------------------------------------------------------------------x   Ref. Docket Nos. 35328, 35335,
                                                                         35360, 36108, 36428-36430, 36432,
                                                                         36437, 36438, 36441

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  */s/ Lauren Rodriguez*
                                                                  Lauren Rodriguez

Sworn to before me this
17th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

08-13555-mg    Doc 36641    Filed 04/17/13    Entered 04/17/13 18:18:24    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG / RAJAT BOSE
      712 FIFTH AVENUE, 35TH FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 62743-46 in the above referenced case and in the amount of
    $2,492,700.00   allowed at $2,483,435.10        has been transferred **(unless previously expunged by court order)**

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ALSTON INVESTMENTS LLC
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36437       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/11/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 11, 2013.

# EXHIBIT B

```
TIME: 10:56:08                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 04/11/13                                            CREDITOR LISTING

Name                                       Address
ALSTON INVESTMENTS LLC                     TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                           712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                    TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                           NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                    TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                           NEW YORK NY 10019
BANC OF AMERICA CREDIT PRODUCTS INC        TRANSFEROR: BBT FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                           BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS INC        TRANSFEROR: BBT MASTER FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                           BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS INC        TRANSFEROR: SRI FUND, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH
                                           BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
CRESCENT 1 L.P.                            TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND L.P.                       TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.   TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND     TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: SOLUS RECOVERY FUND LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                   TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                        TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                              TRANSFEROR: ICCREA BANCA S.P.A. ATTN: CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES PLC                 TRANSFEROR: GSS MASTER SPC - HAYMAN SEGREGATED PORTFOLIO C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                           383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND LP   TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
QUEENSFERRY T LLC                          TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                           NEW YORK NY 10019
SOLUS CORE OPPORTUNITIES MASTER FUND LTD   TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                           410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                     TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                           410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP     TRANSFEROR: DEUTSCHE BANK AG,LONDON BRANCH C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                           410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022

Total Number of Records Printed       22
```

EPIQ BANKRUPTCY SOLUTIONS, LLC