UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    08-13555 (JMP)
                                          :    (Jointly Administered)
            Debtors.                      :
                                          :
------------------------------------------------------------------x    Ref. Docket Nos. 35460 & 35762

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
17th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 36643    Filed 04/17/13    Entered 04/17/13 18:35:02    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   ELLIOTT INTERNATIONAL, L.P.
              TRANSFEROR: GOLDMAN, SACHS & CO.
              C/O ELLIOTT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              40 WEST 57TH STREET
              NEW YORK NY 10019

Additional:

Transferee:   BARCLAYS BANK PLC
              ATTN: DANIEL MIRANDA
              745 SEVENTH AVENUE, 2ND FLOOR
              NEW YORK NY 10019

**Your transfer   of claim #   66962-05   is defective for the reason(s) checked below:**

Other                              Amount on Tranfer Agreement exceeds amount owned

Docket Number 35460               Date 02/25/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 11, 2013.

# EXHIBIT B

```
TIME: 10:59:20                              LEHMAN BROTHERS HOLDING INC.                                             PAGE:   1
DATE: 04/11/13                                    CREDITOR LISTING

Name                            Address
BARCLAYS BANK PLC               ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.     TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019

Total Number of Records Printed        2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:02:54                              LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 04/11/13                                    CREDITOR LISTING

Name                              Address
CITIBANK PRIVATKUNDEN AG & CO. KGAA   ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF  40213 GERMANY
CITIBANK PRIVATKUNDEN AG & CO. KGAA   PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
GISELA GEFFERS                        LIEDBERGWEG 16 KOELN  51069 GERMANY


Total Number of Records Printed           3
```

EPIQ BANKRUPTCY SOLUTIONS, LLC