Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**              Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Nextar Developing Opportunities Master Fund, Ltd.** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 33263**
Amount of Claim: **$936,320.07**
Date Claim Filed**: 9/10/09**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**              Date:   April 18, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

DEBTOR

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIMS
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all Claim of Nexstar Developing Opportunities Master Fund, Ltd ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claims against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $936,320.07 | 33263 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the Claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

BUYER:     VonWin Capital Management, L.P.
           By VonWin Capital, LLC,
           its general partner
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature: _____
Name:      Roger Von Spiegel
Title:     Managing Member
Date:

SELLER:    Nexstar Deveoping Opporuntiies
           Master Fund, Ltd.
Address:   c/o Seward & Kissell LLP
           Arlene R. Alves, Esq.
           One Battery Park Plaza
           New York, NY 10017

Signature: _____
Name:      Kirsten Hamaki     Bob Taylor
Title:     Director           Director
Date:      04/16/2013

SK 99999 1023 1374454

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**                    Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **VonWin Capital Management, LP** | **Nextar Developing Opportunities Master Fund, Ltd.** |

**Name and Address where notices to Transferee should be sent:**
By: VonWin Capital, LLC its general Partner
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@vonwincapital.com

Court Claim# (if Known**): 33279**
Amount of Claim: **$375,000.00**
Date Claim Filed**: 9/10/09**
Debtor: **Lehman Brothers Special Financing, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**                          Date:   April 18, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 Lehman Brothers Special Financing Inc.

DEBTOR

Case No. 08-13888

Chapter 11

## NOTICE OF TRANSFER OF CLAIMS
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all Claim of Nexstar Developing Opportunities Master Fund, Ltd ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claims against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Proof of Claim No. |
|---|---|
| $375,000.00 | 33279 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the Claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

BUYER:   VonWin Capital Management, L.P.
         By VonWin Capital, LLC,
         its general partner
Address: 261 Fifth Avenue, 22nd Floor
         New York, NY 10016

Signature: _____
Name:    Roger Von Spiegel
Title:   Managing Member
Date:    **Roger Von Spiegel**
         **Managing Director**

SELLER:  Nexstar Developing Opporunties
         Master Fund, Ltd.
Address: c/o Seward & Kissell LLP
         Arlene R. Alves, Esq.
         One Battery Park Plaza
         New York, NY 10017

Signature: _____
Name:    Kirsten Hammli    Rob Taylor
Title:   Director          Director
Date:    6/4/2013

SK 99999 1023 1374454