**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Martin Oates & Anna Dow<br>Spinney Lodge, Hempnall Road<br>Fritton, Norwich<br>NR15 2LN, Suffolk, United Kingdom |
| Claim Number (if known): | 14107 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $291,872 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signed] M J P Oates — Anna Dow* | Title: MR — MS |
|---|---|
| Printed Name: M.J.P. OATES     ANNA DOW | Dated: 17-4-2013 |

US_ACTIVE:\44096563\1\58399.0011