JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
:
               Debtors. : (Jointly Administered)
:
---------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF FOUR HUNDREDTH OMNIBUS OBJECTION TO
CLAIMS (NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

     **PLEASE TAKE NOTICE** that the hearing on the Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787], that was scheduled for April 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated: April 18, 2013                          JONES DAY
       New York, New York

                                               /s/ Kelly A. Carrero
                                               Robert W. Gaffey
                                               Kelly A. Carrero
                                               Benjamin Rosenblum
                                               222 East 41st Street
                                               New York, New York 10017
                                               Telephone: (212) 326-3939
                                               Facsimile: (212) 755-7306

                                               *Attorneys for Lehman Brothers Holdings Inc.
                                               and Certain of Its Affiliates*

NYI-4515337v1

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| KAUFMAN, JULIA | 510 |
| LESIN, ALEXANDER | 19678 |
| CORETH, MAXIMILIAN | 22202 |
| BLAKESLEE, THOMAS P. | 66365 |

NYI-4515337v1