WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (JMP)
                                          :
                     Debtors.             :   (Jointly Administered)
                                          :
                                          :
-----------------------------------------------------------------x
```

### NOTICE OF ADJOURNMENT OF HEARING *SINE DIE* OF THE FOUR HUNDRED FOURTH OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Fourth Omnibus Objection to Claims (Employment-Related Claims) [**ECF No. 36008**], that was scheduled for April 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to the claims of David Livingston (Claim No. 8311) and Tom Wolf (Claim No.**

**10718) to a date to be determined**.

Dated: April 18, 2013
       New York, New York

                                             /s/ Robert J. Lemons
                                             Robert J. Lemons

                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of its Affiliates