CADWALADER WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 862-2411
Fax: (202) 862-2400
John H. Thompson

*Attorneys for Chilton New Era Partners, L.P.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors** | : | **(Jointly Administered)** |
| | : | |

### NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 26433, filed on September 22, 2009, against Lehman Brothers Holdings Inc. by Chilton New Era Partners, L.P. (the "Claimant") in the amount of $22,701,179.72, plus contingent unliquidated interest, fees, expenses and other amounts (the "Claim").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice all portions of the Claim other than the portion concerning an ISDA Master Agreement with Lehman Brothers International (Europe), dated May 7, 2008, (the "ISDA Claim"). All rights and defenses as to the ISDA Claim are hereby reserved. Claimant hereby directs Epiq Bankruptcy Solutions LLC to expunge all portions of the Claim other than the ISDA Claim from the claims register and to reflect that the asserted amount of the Claim has been reduced to $213,534.85.

The undersigned represents and warrants that the withdrawal of certain portions of the

1

Claim is within its corporate powers, has been duly authorized by all necessary action, and will

not contravene any constitutional document or other instrument or agreement binding on it, or

any law, regulation, judgment, order or administrative action binding on it.

Dated: April 18 , 2013
      New York, New York

                                     John H. Thompson
                                     CADWALADER WICKERSHAM & TAFT LLP
                                     700 Sixth Street, N.W.
                                     Washington, D.C. 20001
                                     Telephone: (202) 862-2411
                                     Fax: (202) 862-2400

                                     *Attorneys for Chilton New Era Partners, L.P.*