UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,                Case No. 08-13555 (JMP)

                Debtors.
-------------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRIAN D'AMICO

UPON the motion of Jacqueline Marcus dated April 16, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Brian D'Amico is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

**Dated: April 19, 2013**
**New York, New York**

                                        **/s/ James M. Peck**
                                        _____
                                        **Hon. James M. Peck**
                                        **United States Bankruptcy Judge**