UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                        Debtors.                                 :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Jean-Pierre Valluy<br>Im Cil Mar-Takla<br>Hazmieh, Lebanon |
| Claim Number (if known): | 14114 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $387,097 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: /s/ Valluy | Title: CREDITOR. |
|---|---|
| Printed Name: JEAN-PIERRE VALLUY | Dated: 16-4-2013 |

US_ACTIVE:\44096563\1\58399.0011