Brian V. Otero
Stephen R. Blacklocks
Ryan A. Becker
HUNTON & WILLIAMS LLP
200 Park Avenue
52d Floor
New York, NY 10166-0005
Tel: (212) 309-1000
Fax: (212) 309-1100

Attorneys for HBK Investments L.P.,
    Collateral Manager to Gemstone CDO
    VI, Ltd. and Gemstone CDO VI Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | (Jointly Administered) |
| Debtors. | Related to Dkt. Nos. 21254, 21964 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF
GEMSTONE CDO VI, LTD. TO NOTICE OF PROPOSED
ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES
PURSUANT TO DEBTORS' THIRD AMENDED JOINT CHAPTER 11 PLAN**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

    HBK Investments L.P., Collateral Manager to Gemstone CDO VI, Ltd. and Gemstone CDO VI Corp. ("Gemstone CDO VI"), by and through its undersigned counsel, hereby withdraws, with prejudice, the Objection to Notice of Proposed Assumption of Executory Contracts and Unexpired Leases Pursuant to Debtors' Third Amended Joint Chapter 11 Plan,

filed on November 10, 2011 [Dkt. Number 21964] by HBK Investments in its capacity as

collateral manager to Gemstone CDO VI.

Dated: New York, New York
April 19, 2013

Respectfully submitted,

By: __/s/ Ryan A. Becker_____
Brian V. Otero
Stephen R. Blacklocks
Ryan A. Becker
HUNTON & WILLIAMS LLP
200 Park Avenue
52d Floor
New York, NY 10166-0005
Tel: (212) 309-1000
Fax: (212) 309-1100
rbecker@hunton.com

Attorneys for HBK Investments L.P.,
Collateral Manager to Gemstone CDO
VI, Ltd. and Gemstone CDO VI Corp.