## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing Notice of Withdrawal of Objection of Gemstone CDO VI, Ltd. To Notice of Proposed Assumption Of Executory Contracts And Unexpired Leases Pursuant To Debtors' Third Amended Joint Chapter 11 Plan, to be served on counsel for Debtors and counsel for the Official Committee of Unsecured Creditors via Electronic Mail and First Class Mail:

>Jacqueline Marcus, Esq.
>Weil Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>jacqueline.marcus@weil.com
>
>*Attorney for Debtors*
>
>Dennis F. Dunne, Esq.
>Dennis O'Donnell, Esq.
>Evan Fleck, Esq.
>Milbank, Tweed, Hadley & McCloy LLP
>One Chase Manhattan Plaza
>New York, NY 10005
>ddunne@milbank.com
>dodonnell@milbank.com
>efleck@milbank.com
>
>*Attorneys for Official Committee of Unsecured Creditors*

I further certify that I caused the aforementioned Objection to be served via Frist Class Mail on:

>Honorable James M. Peck
>U.S. Bankruptcy Court for the Southern District of New York
>One Bowling Green
>Courtroom 601
>New York, NY 10004-1415

- 1 -

United States Trustee, Region 2
33 Whitehall Street, 21st Floor
New York, NY 10004-2122
Attn:   Tracy Hope Davis, Esq.
         Elisabetta Gasparini, Esq.
         Andrea Schwartz, Esq.

Dated: New York, New York
       April 19, 2013

                              /s/Ryan A. Becker
                              Ryan A. Becker