UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 35958, 35959,
                                                                       36233, 36246, 36254, 36255, 36391,
                                                                       36439, 36440, 36498, 36514-36518,
                                                                       36520

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 15, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Lauren Rodriguez
                                                        Lauren Rodriguez

Sworn to before me this
19th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
```

| In re                              | Chapter 11 Case No.      |
|------------------------------------|--------------------------|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP)       |
|                                    | (Jointly Administered)   |
| Debtors.                           |                          |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC                              BARCLAYS BANK PLC
      TRANSFEROR: CENTRICA ENERGY LTD                DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MAL
      ATTN: AILEEN MONTANA                           745 SEVENTH AVENUE, 2ND FLOOR
      1301 SIXTH AVENUE, 8TH FLOOR                   NEW YORK NY 10019
      NEW YORK NY 10019
```

Please note that your claim # 67783-02 in the above referenced case and in the amount of $28,315,399.39 allowed at $18,133,750.00 has been transferred (**unless previously expunged by court order**)

```
      STONE LION PORTFOLIO LP
      TRANSFEROR: BARCLAYS BANK PLC
      C/O STONE LION CAPITAL PARTNERS LP
      461 5TH AVE, 14TH FL  ATTN: BRIAN WOOD
      NEW YORK NY 10017
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                UNITED STATES BANKRUPTCY COURT
                Southern District of New York
                One Bowling Green
                New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36517 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/15/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 15, 2013.

# EXHIBIT B

```
TIME: 10:02:32                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 04/15/13                                          CREDITOR LISTING

Name                                               Address
AAI CANYON FUND PLC, SOLELY IN RESPECT             SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
  OF CANYON REFLECTION FUND
AAI CANYON FUND PLC, SOLELY IN RESPECT             TRANSFEROR: BARCLAYS BANK PLC C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
  OF CANYON REFLECTION FUND
BARCLAYS BANK PLC                                  DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MALDONADO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                  ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: CENTRICA ENERGY LTD ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRNDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                  TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRNDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BERNER KANTONALBANK AG                             TRANSFEROR: UBS AG ATTN: SAMUEL STUCKI POSTPACH BERN  CH 3001 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                           C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                   NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.  C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                   NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                           TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                   NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                        TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                                TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HAYMAN CAPITAL MASTER FUND, L.P.                   TRANSFEROR: J.P. MORGAN SECURITIES LLC ATTN: CHRIS KIRKPATRICK 2101 CEDAR SPRINGS RD, STE 1400 DALLAS TX 75201
J.P. MORGAN SECURITIES LLC                         TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ON BEHALF OF ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M38 383 MADISON AVENUE, FLOOR 37
                                                   NEW YORK NY 10179
KELLER, WOLFGANG                                   HAUS-SACHS-STR.8 HILPOLTSTEIN  91161 GERMANY
MOUNT KELLETT MASTER FUND II, LP                   TRANSFEROR: SEA PORT GROUP SECURITIES, LLC C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE, FLOOR 18 NEW YORK NY 10022-9139
PERMAL STONE LION FUND LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION PORTFOLIO L.P. AND STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD
                                                   461 FIFTH AVENUE, 14TH FL NEW YORK NY 10017
PERMAL STONE LION FUND LTD.                        TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION PORTFOLIO L.P. AND STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD
                                                   461 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10017
RBS COUTTS BANK AG                                 STAUFFACHERSTRASSE 1 POSTFACH ZURICH  8022 SWITZERLAND
STICHTING THE IAMEX VALUE FOUNDATION               TRANSFEROR: KELLER, WOLFGANG ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION               TRANSFEROR: ZARATE, SERGIO ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STONE LION PORTFOLIO LP                            TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION CAPITAL PARTNERS LP 461 5TH AVE, 14TH FL ATTN: BRIAN WOOD NEW YORK NY 10017
UBS AG                                             BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                             ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
YORVIK PARTNERS LLP                                TRANSFEROR: RBS COUTTS BANK AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                                TRANSFEROR: RBS COUTTS BANK AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
ZARATE, SERGIO                                     GIAONA KM 41 BARRIO PRIVADO CAMPOS DE ALVAREZ UF 429 BUENOS AIRES  1746 ARGENTINA
                                                                                                                                                 3

Total Number of Records Printed       42                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```