NIXON PEABODY LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas
as Trustee and Grantor Trust Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| _____) | |

**NOTICE OF PARTIAL WITHDRAWAL OF CONSOLIDATED REPLY
TO (I) THREE HUNDRED NINETY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS); (II) THREE HUNDRED NINETY-FIFTH
OMNIBUS OBJECTION TO CLAIMS (DUPLICATIVE CLAIMS); AND
(III) THREE HUNDRED NINETY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY DERIVATIVES CLAIMS)**

Deutsche Bank Trust Company Americas as Trustee and Grantor Trust Trustee for the Residential Accredit Loans, Inc. Series 2006-Q08 Mortgage Asset-Backed Pass Through Certificates  (the "Trustee"), by and through its counsel, Nixon Peabody LLP withdraws its consolidated reply (the "Reply") to the Plan Administrators' (i) Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivatives Claims) (the "Valued Derivatives Claims Objection"); (ii) Three Hundred Ninety-Fifth Omnibus Objection to Claims (Duplicative Claims) (the "Duplicative Claims Objection"); and (iii) Three Hundred Ninety Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) (the "No Liability Claims Objection" and

collectively, the "Omnibus Objections")[1] solely with respect to the Duplicative Claims Objection and to the extent set forth herein:

1. The proposed Order annexed to the Duplicative Claims Objection expressly provides:

> "ORDERED that all information included on and all documentation filed in support of any Amended and Superseded Claim, including, but not limited to, derivative and guarantee questionnaires and supporting documentation, shall be treated as having been filed in support of and included in the corresponding Surviving Claim"

2. After discussions with the Debtors, the Trustee has no objection to the relief sought in the Duplicative Claims Objection as it relates to claim number 18479 provided that the aforementioned provision remains in any order granting the Duplicative Claims Objection.

3. This withdrawal does not impact, and is without prejudice to, any other issues or arguments asserted in the Reply.

Dated: New York, New York
April 22, 2013

Respectfully Submitted,

By: /s/ Christopher M. Desiderio
Christopher M. Desiderio
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
    and
Amanda D. Darwin
Richard C. Pedone (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company America as Trustee and Grantor Trust Trustee*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Objections.