B210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.          Case No. 08-13888

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Citigroup Financial Products Inc. | SPCP Group, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Email: Brian.Broyles@citi.com

Court Claim # (if known): 19533
Total Amount of Claim Filed: $822,533.93
Amount of Claim Transferred: $822,533.93
Allowed Amount of Claim Transferred: $822,533.93
Date Claim Filed: 9/19/2009

With a copy to:

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Attn: Jaime Madell
Phone: 212-373-3228
Email: jmadell@paulweiss.com

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian S. Broyles          Date: April 19, 2013
    Transferee/Transferee's Agent

Brian S. Broyles
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.                Case No. 08-13888

## NOTICE OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 19533 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 19, 2013.

| SPCP Group, LLC | Citigroup Financial Products Inc. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:

SPCP Group, LLC
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain
Email: bjarmain@silverpointcapital.com

Address of Transferee:

Citigroup Financial Products Inc.
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attn: Brian Broyles
Email: Brian.Broyles@citi.com

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____            _____
                                        **CLERK OF THE COURT**

## EXHIBIT A

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim #19533

**SPCP Group, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Citigroup Financial Products Inc.**
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention: Brian Broyles

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 19533, solely to the extent of $822,533.50, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 16th, 2013.

| SPCP GROUP, LLC | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: _____ | By: _____ |
| Name: Jennifer Poccia | Name: _____ |
| Title: Authorized Signatory | Title: _____ |

EXHIBIT A

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: LEHMAN BROTHERS SPECIAL FINANCING INC.
("Debtor") Case No. 08-13888 (the "Case")

Claim #19533

**SPCP Group, LLC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Citigroup Financial Products Inc.**
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention: Brian Broyles

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to Proof of Claim No. 19533, solely to the extent of $822,533.50, against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 16, 2013.

| SPCP GROUP, LLC | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By: _____ | By: _____ Brian S. Broyles |
| Name: _____ | Name: _____ Authorized Signatory |
| Title: _____ | Title: _____ |