UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Outlook Investments Limited<br>Tropic Isle Building<br>P.O. Box 438<br>Road Town, Tortola, British Virgin Islands |
| Claim Number (if known): | 14119 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $1,178,909 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | *[signature]* | Title: | DIRECTOR |
|---|---|---|---|
| Printed Name: | ALAN D. DEARMAN | Dated: | 12-APRIL-2013 |

US_ACTIVE:\44096563\1\58399.0011