# EXHIBIT B

## Companies | International

# Bond fund flows signal shift

**Money pours into emerging market debt**

**Risk fears hit several European countries**

By Robin Wigglesworth
in London

Money is continuing to pour into emerging market bond funds, sidelining the cost of borrowing for developing countries and underlining the shift in economic power away from the western heavyweights of the financial system. Eight consecutive weeks of net inflows have taken the total invested in these funds this year to $9.9bn, according to EPFR, the fund data provider.

This has reduced the yield on emerging market dollar-denominated sovereign and corporate debt to 5.48 per cent on average, from 6.14 per cent a year ago, at a time when aggregate global yields have edged up, according to calculations by Barclays Capital for the Financial Times.

Indonesia's first $2.5bn bond, for example, yields 4.7 per cent, less than similar maturity euro-denominated debt of Italy and Spain.

Brazilian and Mexican government bonds are trading on similar or lower yields than equivalent Belgian and South Korean sovereign debt issues.

Some emerging market countries are now judged to be less risky borrowers than several western European countries.

The credit default swap index for 15 major emerging market countries has fallen by a third to 206, while the iTraxx SovX index for western European CDS has climbed to almost 190.

"Emerging market debt is no longer a niche," Simon Lue-Fong, head of emerging market debt at Pictet, the asset manager, said. "It's losing its risk premium as the developed world has shot itself in the foot."

Dramatically, emerging markets are just less leveraged, and thus more able to repay their loans.

Robust inflows into emerging market bonds stand in contrast to nervousness over potentially overheating equity markets in developing countries, and the debt crisis in western Europe's periphery.

Investors have pulled $12.8bn out of European bond funds this year, and more than $5.7bn was with drawn from global equity funds last week, of which $3.8bn came from emerging market equity funds, according to EPFR.

This selling has pushed the MSCI's benchmark emerging markets index down 1 per cent so far this year, while bonds sold by governments and companies in developing countries have largely held firm.

Analysts have voiced concern over the scale of the inflows into emerging market bonds. Equity markets have attracted the most attention, but some say borrowing costs are being pushed too low given the risks

*Continued on Page 4*

---

# It's full steam ahead for Citi skipper

**News analysis**

It was anything but plain sailing after Vikram Pandit took on the 'Titanic', but now he has landed a $22m package, writes Justin Baer

Vikram Pandit spent most of his first two years after being made Citigroup chief executive in 267 difficult expeditions that his days at the US bank were numbered as it came perilously close to collapse during the financial crisis.

But last week, as Citi seeks to build on its first annual profit in three years, the bank's directors rewarded Mr Pandit with a set of retention awards that all but ensures he will remain in his job for the foreseeable future — and that he will be paid handsomely to do it.

The $22m package of restricted shares, deferred cash and stock options was an unequivocal statement by Citi's board that Mr Pandit had emerged from the crisis on a more solid footing than many of his counterparts. With a number of banks including Bank of America, having been sold at under $10-a-plan dove deep on this.

"The re-compensation rule making with a special committee, and the Financial Times. "Who could complain about how things have gone so far?"

But critics question the low bar that Citi's profit-sharing plan has set for Mr Pandit.

"This is outrageous," said Mike Mayo, an analyst at CLSA, the brokerage and investment group, who relies on Citi on "under-perform".

"We have no problem if CEOs that create long-term shareholder value are paid commensurate with those benefits," he added. "This plan does not do this."

To encourage risk-taking with little long-term repercussions, much of what we see before the crisis."

Almost immediately after his appointment in December 2007, former Morgan Stanley executive Mr Pandit found himself under the gun. It was, as he acknowledged during an address to the Wharton business school, "a bit like becoming captain of the Titanic after the ship hit the iceberg".

There were moments during the crisis when Mr Pandit appeared destined to walk the plank. Within a year of his promotion, he believed he had reached a deal to acquire Wachovia. Yet as Citi executives sought to finalise the deal, Wells Fargo emerged with a rival bid that won over the Charlotte-based lender.

*See Lex*

embarrassment for Citi, and left a rift with regulators whom Mr Pandit had accused of favouring Wells Fargo to "steal" Wachovia.

Mr Pandit soon replaced his finance chief, Ned Kelly, amid tensions with regulators. By April 2009, Mr Pandit faced new questions about his leadership. Concerned about whether Citi might need another injection of government aid, investors and regulators discussed privately who might replace him.

The bank's stock had tumbled almost 90 per cent. Citi owed the government $45bn, and had begun a programme of shedding billions of dollars of businesses and assets that did not fit Mr Pandit's strategy of focusing on consumer, corporate and investment banking.

Perhaps, as critics maintain, Citi has merely exceeded expectations that had been repeatedly lowered by the string of blunders of Mr Pandit's predecessors. Maybe the bank should count its blessings for having a smaller mortgage business than Bank of America, whose bene-bad arms remains its biggest mistake. Dr Carl Levin, chairman of the US Senate's permanent subcommittee on investigations, has not accused Citi executives of misleading congress – allegations that have weighed on Goldman Sachs' shares.

But Citi has ridded off five successive profitable quarters. While its share has fallen in value in recent weeks, it is up more than 160 per cent from its bottom in March 2009. It remains a far cry from its 2007 zenith, but the slump away from dismissal, the storm may have passed.

---

# Japanese companies seek to take a bite of foreign growth

**News analysis**

**Moves prompted by weak domestic economy, strong yen and low interest rates, says Lindsay Whipp**

In the world of mergers and acquisitions, Japan has rarely been a shining example of bold moves.

But last week's combined $18bn of European acquisitions by Takeda and Toshiba raises the prospect of Japanese companies taking full advantage of the strong yen and rock-bottom interest rates to buy overseas growth.

Deflation continues to be a problem for Japan, which is also weighed down by huge government debt and a falling population. Japan's fragility was underscored last week with data showing the country had slipped back into recession under the strain of the triple earthquake and tsunami on March 11.

Yasuchika Hasegawa, chief executive of Takeda, Japan's largest drugmaker and among the most aggressive companies when it comes to overseas acquisitions, says looking beyond Japan for growth opportunities makes sense given the outlook for the domestic economy.

"The alternative is to go outside to get part of the growth pie," says Mr Hasegawa. "If you logically consider the situation we are in, maybe many chief executives are thinking the same way."

The prospect of slow domestic growth is nothing new for Japanese managers who have been dealing with falling prices for most of the past decade. But the outbound acquisition numbers, which this year have reached a record $44.7bn, according to Dealogic, suggest companies are beginning to seek more deals outside Japan.

Takeda and Toshiba unlocked talks with their respective targets — focused and Landis & Gyr — below the disaster, suggesting that for many companies the tragedy has not prompted management agreement to abandon or postpone long-term overseas expansion plans. It has probably shaken the need to diversify following the global financial crisis, one banker says.

Then many cases that should only happen once in 100 and 1,000 years happened over a five-year period," said Yukio Jimbo, deputy president of Citigroup Global Markets in Japan.

"So many people are feeling that volatility in the world is increasing and they need to be really prepared and diversify their manufacturing base [and markets]."

But that does not mean that they will necessarily win the deals. Japanese management faces stiffer competition from private equity firms with replenished funds, and aggressive companies, including pre-eminent-tlocalised Chinese groups, for a smaller slice of available targets, due to an M&A boom earlier in the past decade.

"Japanese companies may have missed the window when there was less competition for assets," said Edward Cole, a lawyer at Freshfields Bruckhaus Deringer in Tokyo. "A trend we may see is Japanese companies teaming up with private equity firms to buy something together."

While last week's deals represented a marked increase in size on the usual deals involving Japanese buyers, it is not unusual for larger deals to overshadow a plethora of smaller ones. So far this year there have been a total of seven $1bn-plus deals where Japanese companies have been the acquirers, totalling $3.9bn, including Takeda and Toshiba, and 212 deals worth a combined $11.9bn, according to Dealogic.

Some bankers argue that this is partly because so many domestic companies remain fragmented, reducing profitability that could have been channelled into bolder acquisitions overseas.

Observers say there is a need for domestic consolidation in many sectors. A merger between Nippon Steel and Sumitomo Metal in February raised hopes that more could follow – but this is yet to happen.

Bankers also point out that unlike in Europe and North America, selling a company in Japan is unlikely to reward management financially, as they rarely own shares in the businesses they manage.

Mr Hasegawa is unequivocal about his lack of interest in pursuing a domestic acquisition strategy, because of the need to make foundations at the targets it acquires. "If I need to spend my energy as a top executive of a company, I'd rather spend my time on a more rewarding opportunity [overseas] in terms of return on investment," he says.



Problems: Japan is plagued by deflation and falling population

### Outbound M&A volume

| | Number of deals |
|---|---|
| ($bn) ○○○ | |

*Source: Dealogic*

### Top acquiring M&A nations
Including domestic deals*

| | Deal value ($bn) | Number of deals |
|---|---|---|
| US | 499.9 | 3,911 |
| Japan | 84.6 | 1,090 |
| China | 67.7 | 1,216 |
| UK | 44.1 | 987 |
| France | 34.7 | 564 |
| Germany | 52.0 | 490 |
| Canada | 44.3 | 1,012 |
| Russia | 40.9 | 308 |
| Australia | 30.3 | 576 |
| Spain | 26.4 | 278 |

*Year-to-date 2011

### Against the euro and dollar
¥ per €                    ¥ per $

*Jan 2011          May*

---

## Contracts & Tenders

**THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY**

REQUEST FOR PROPOSALS FOR PREPARATION OF EXPERT PROFESSIONAL STRATEGIC BUSINESS DEVELOPMENT AND REPRESENTATION SERVICES FOR HONG KONG, TAIWAN, AND THE PEOPLE'S REPUBLIC OF CHINA DURING 2011-2014

The Port Authority of New York and New Jersey (the "Authority") is an agency of the States of New York and New Jersey, in the United States of America. The Authority is charged with providing transportation, terminal and other facilities of trade and commerce within an area of about 1,500 square miles in the states of New York and New Jersey, centering about New York Harbor. It manages and/or operates six airports, two bus terminals, the Port Authority Bus Terminal, the PATH rail transit system, six tunnels and bridges for motor vehicles, the World Trade Center site, and various seaport and marine terminals. The Authority also is involved in various regional and economic development programs.

The Authority is seeking to identify firms interested in responding to a Request for Proposals (RFP) for performance of strategic business development and representation services in Hong Kong, Taiwan, and The People's Republic of China during 2011-2014.

A copy of this RFP will be furnished to interested firms upon request at website(s)www.panynj.gov. It can also be obtained directly via download at www.panynj.gov. Addenda to the RFP, if any, will be posted at www.panynj.gov. You should therefore monitor the above website for addenda.

Upon receiving this RFP, please reference RFP Number 34097 in the subject line. Your e-mail should include the following information, firm name, e-mail address, contact person, mailing address, Country/Territory and telephone number with country and city codes. Proposals will be due on June 16, 2011, no later than 2:00 p.m. EST. (New York Time).

---

## Legal Notices

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

In re LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Case No. 08-13555 (JMP)
Chapter 11

IMPORTANT NOTICE for the holders of securities issued by the following Issuers: AURELIUS CDO 1, LTD., AIRLIE LCDO 1 (CAYY-ISLD) LCDO 2006-31, LTD., AIRLIE LCDO II (Dakota Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-3, LIMITED, EXUM RIDGE CDO 2006-1, EXUM RIDGE CDO 2006-3, LTD., EXUM RIDGE CDO 2006-4, LTD., EXUM RIDGE CDO 2006-5, LTD., EXUM RIDGE CDO 2006-6, LTD., EXUM RIDGE CDO 2007-1, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-1, LTD., WHITE MARLIN CDO 2007-1, LTD.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the above-referenced securities. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeLano at (617) 603-6492 or jonathan.delano@usbank.com or Donald Higgins at (617) 603-4717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

---

## Businesses for sale

---



**Extension of deadline for submitting responses to the Request for Information (R.F.I.)**

As a follow-up to the advertisement for a Request for Information (R.F.I.) of a system for the handling of municipal solid waste (urban sanitation) for the metropolis of Jerusalem, published at the beginning of April, 2011.

The Jerusalem Master Plan and Publication Enterprises, Ltd. now informs the public that the time and date for submittal of responses to the above request for information have been postponed from May 31, 2011 to 1:30 p.m. on June 30, 2011.

---

# Banks battle for $1bn road

By Helen Thomas
in New York

Goldman Sachs and Morgan Stanley are squaring off in the bidding to finance and operate one of Puerto Rico's busiest roads as a 50-mile-long privatisation process approaches its conclusion.

The Infrastructure Bank of the Wall Street rivals are expected to submit final bids at the end of May for the PR-22 concession, a 52-mile highway that runs west of San Juan along Puerto Rico's northern coast, people familiar with the matter said. The project could fetch about $1bn, they added.

Goldman's $1.1bn fund is working with Spain's Abertis on its bid, while Morgan Stanley's $4bn fund is partnered with OHL, another Spanish infrastructure company. The pair were among four groups shortlisted last year to bid on the project. But Citigroup's infrastructure fund and Brazilian toll road operator CCR have since dropped out, people not find watching the process said.

The banks declined to comment. Forthcoming regulations, including the so-called Volcker rule, could limit banks' ability to invest in infrastructure where funds include the bank's own money. However, the rules are still being worked out.

Debt-laden Puerto Rico is blazing ahead with privatising the island's infrastructure, after a troubled period beset by similar projects in the US. Puerto Rico is a self-sustaining entity, but uses the US dollar and is treated similarly to US states. The island's toll road project, the first of a package of proposed public-private partnerships, would be the largest of its kind since the financial crisis.

Political resistance sty mied an ambitious $12.8bn programme to privatise the Pennsylvania Turnpike in 2008. Other so-called P3 projects, including Pittsburgh's parking garages and meters, have also encountered opposition. But interest in harnessing private capital is picking up as budget constraints force US

authorities to scale back construction projects and authorities think about how best to build and improve critical infrastructure.

"There is a significant uptick at the state and local level in terms of the number of governments exploring public-private partnerships as an option and in terms of governments looking at a wider variety of projects such as toll roads, water and schools," says JD Gribbin, a managing director at Macquarie Capital.

The Department of Transportation has recently lent advisers more official to canvass ideas about how to kick-start bridge, tunnel and port projects to market. Some advisers see Puerto Rico's experience as a possible model for future projects in the US.

Puerto Rico is expected within weeks to launch the privatisation process for San Juan airport, which could become the first such deal in the US. An agreement to privatise Chicago's Midway airport collapsed in 2009 when Citigroup could not find financing for the process to proceed.

PR-22 generated $60.1m of revenue in 2009. The government is offering a 50-year concession to finance, operate and maintain the road, in conjunction with a smaller freeway, PR-5.

---

## More news at FT.com

**Slimmed down**
is tighter regulation in Mexico endangering Carlos Slim's title as the world's richest man?
www.ft.com/Slim

**Commodities: 'never catch a falling knife'**
Yogi Dewan, founding partner of wealth manager Hassium Asset Management, says that while he would continue to hold certain commodities, now is not the time to buy commodities in general.
www.ft.com/Hmindex

**ETMicro has high hopes for wireless venture**
STMicro expects ST-Ericsson, the joint venture it has with Ericsson, to turn a 35 per cent market share.
www.ft.com/technology
www.ft.com/companies

---

**The Bolivarian Republic of Venezuela**
Oil Indexed Payment Obligations

In accordance with the terms and conditions of the Obligations, notice is hereby given as follows: [...]



Solid deputy: Vikram Pandit

FINANCIAL TIMES TUESDAY MAY 24 2011

## Mideast unrest

# Bahrain races to restore normality

**Deadline looms for Grand Prix decision**

**Motor circuit staff allege beatings**

*By Simeon Kerr in Manama*

Bahrain, traumatised by months of protest and repression, hopes to reschedule its Formula 1 race for later in the season after it was cancelled in March because of pro-democracy protests.

Many, especially regime supporters, hope the government will decide by the June 3 deadline to go ahead with the Grand Prix, marking a return to normality for the Gulf business hub.

But even motorsport has been dragged into the Sunni-dominated government's campaign against largely Shia protesters since the crackdown on the Pearl roundabout in mid-March, and widespread allegations of heavy-handed tactics, including torture, undermine the prospect of reconciliation between the majority Shia community and the ruling Sunni elite determined to restore order to the tiny island.

The government-owned Bahrain International Circuit is due to host the Formula 1 race. But about a quarter of its staff – all Shia – were arrested in early April and most have since been suspended or sacked, according to one of those detained who declined to be named for fear of retribution. The group included three women and two senior staff, he told the Financial Times.

"They were all slapping and kicking me as they led me down the corridor," he

says of the police, who conceal their identities by using Shia nicknames.

"The police patrolman put my head between his legs, flipped me on to the floor – and two the beatings really began," according to the detainee, who still has bruises on his kidney and upper back. The beatings worsened if he did not admit he had visited the roundabout, taken orders from Shia politicians, or seen weapons, he said.

BIC declined to comment. One person close to the government says the employees were sacked for cheering the cancellation of the race. The government denies the use of torture.

"Allegations are exaggerated or unfounded to gain international sympathy," says Sheikh Abdulaziz bin Mubarak al-Khalifa, a government spokesman. "They have the right to appeal to the authorities."

He also points out that policemen have been charged for using excessive force against protesters who died in detention.

Moderates in Bahrain hope that the lifting of effective martial law, scheduled for June 1, will be followed by reconciliatory steps introduced by the crown prince, Sheikh Salman bin Hamad al-Khalifa, who also oversees the Grand Prix. But many wonder whether this country can recover from the tough measures instituted as the ruling Al-Khalifa family seeks to put an end to the pro-democracy movement.

"By embarking on a policy of repression, the government is escalating sectarian tensions," says Human Rights First, a US-based human rights group.



Red Bull's German driver Sebastian Vettel in action at the Bahrain Formula 1 Grand Prix last year
AFP/Getty

## Regime fights back in cyberspace

Facebook, YouTube and Twitter continue to be an important battleground in the propaganda war behind the Arab uprisings, but anti-government voices from Bahrain no longer dominate the debate in cyberspace, writes **Simeon Kerr**.

Bahrain Online, a banned internet forum, helped plan the protest movement's strategy on February 14, the day of rage inspired by uprisings in north Africa.

One user posted pictures of three potential sites for Bahrain's own Tahrir Square, the location of Egypt's anti-government protests, and users voted for the Pearl roundabout as the ideal site for the event. The website's founder, Ali

Abdulemam, is now being tried in absentia for joining a terrorist plot to overthrow the government and the disparate February 14 movement has lost many followers from its Facebook site as people fear arrest for political activity.

Since the Saudi-backed crackdown to end the protests, the authorities have demobilised the Pearl monument and replaced it with a traffic intersection.

Pro-government activists have also logged on to counter anti-regime voices that were joining the world's media to video clips of repression and reports on human rights abuses.

"This strengthens extremists ... and provides a pretext for greater Iranian involvement."

The government's campaign against pro-democracy protesters has allegedly widened to include local journalists working for foreign news agencies.

Maтом Maddi, a photojournalist with the German Press Agency and Defence News, and Haseeba Kared, a reporter for Frankreich and Radio Monte Carlo, were detained for hours and questioned about their reporting. They said they were abused during their detention and released late Sunday and early Monday.

The country's reputation has been particularly damaged by its alleged targeting of the medical profession. Forty-seven doctors and nurses are facing trial and

rights groups are concerned at claims that the police have tortured doctors to secure confessions.

One doctor, recently released after weeks in jail, says the man threatened with rope, beaten on a daily basis and forced to sign confessions. "There was a group of 50 men – they started cursing me, using dirty words," she told the FT. "They were slapping my face and then punching my neck and head. They told me to remain calm when they let me go, warning me that a case could be brought at any time."

The government says Bahrain's hospital was a hive of opposition activity, claiming that Shia doctors refused to treat Sunnis and aggravated protesters' wounds. The tough security clampdown, backed by

Saudi Arabia, has been welcomed by many expatriates, who number around half of the island's 1.2m population. Some foreign workers were killed by protesters.

But others fear a grave future with increasing polarisation between cowed Shia and Sunni groups fearful of Iranian involvement in their country's politics.

Many expatriates, including Lebanese nationals who have been harassed because of suspected involvement with Hizbollah, are looking for jobs elsewhere.

"I came to Bahrain thinking it was the Beirut of the Gulf," says one banker, referring to the island's liberal outlook. "But it now reminds me of Lebanon for all the wrong reasons."

*In-depth news and analysis,* **www.ft.com/arabprotests**

# EU sets sanctions to raise pressure on Assad

*By Joshua Chaffin in Brussels*

The European Union has imposed sanctions on Bashar al-Assad, Syria's president, in a further attempt to press his regime to halt a violent crackdown on pro-democracy protests.

The sanctions against Mr Assad and nine other senior regime officials include a travel ban and a freeze on assets held within the 27-member bloc. The curbs follow similar measures taken by the US a week ago.

EU foreign ministers said the blow "confidence in the sincerest terms the ongoing repression in Syria".

William Hague, the UK's foreign secretary, said the sanctions "target those responsible in particular President Assad, the most change course and immediately introduce meaningful reforms."

In May, EU member states imposed sanctions on 13 top Syrian officials but took the controversial decision to leave Mr Assad off the list. France, in particular, and the UK had pressed for his inclusion but other nations, including Cyprus and Germany, argued that the EU should take a more gradual approach.

The hope was that sparing Mr Assad would help preserve a line of communication and allow the Syrian leader some room for manoeuvre. But that strategy appears to have failed as the regime has, if anything, intensified its crackdown, with casualties believed to have topped 900.

As the upheaval continues in Syria and across north Africa, the EU is seeking to overhaul its so-called neighbourhood policy, which aims to provide trade access, development aid and other inducements to countries in the region that embrace economic and political reform.

---

### Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS HOLDINGS INC.,
et al.,

Case No. 08-13555
(JMP)

**IMPORTANT NOTICE** for the holders of securities issued by the following Issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-2, LIMITED, AVIV LCDO 2006-4, LIMITED, EXUM RIDGE CDO 2006-1, LIMITED, EXUM RIDGE CDO 2006-2, LTD., MY IST CREDIT FUND I (EXUM RIDGE CDO 2006-3), LTD., EXUM RIDGE CDO 2006-4, LTD., EXUM RIDGE CDO 2006-5, LTD., EXUM RIDGE CDO 2007-1, LTD., EXUM RIDGE CDO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6553 or Jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.

U.S. Bank National Association, as Trustee

### Business Opportunities

### Fractional Jet Europe

[Pilatus PC-12]

**Fractional ownership.**
Half the price of a jet, and twice as flexible.

For more information: +44 8444 67 54 51 and +44 796 621 5225
ft@fractionaljeteurope.com www.fractionaljeteurope.com

### Contracts & Tenders

**REPUBLIC OF ALBANIA**
**ELECTRONIC AND POSTAL COMMUNICATIONS AUTHORITY**

**Public Tender Announcement**

**Object:** "Purchase of the National Testing Center for transmission networks GSM, UMTS, etc."

Available local fund: 59 754 333 (fifty nine million seven hundred and fifty eight thousand three hundred and thirty three) ALL, VAT excluded or 430 533 (four hundred and twenty thousand eight hundred and thirty three) Euros, VAT excluded.

Deadline for submitting offers: July 08, 2011 (10:00, local time)
Address: Electronic Procurement on the website: www.app.gov.al

Further information: The complete Tender Document may be downloaded from the website:
http://www.akep.gov.al or www.app.gov.al or requested at:

Contact: Erinladela Rega, Frederik Kote
Phone: + 355 4 2237367
Fax: + 355 4 2259106
E-mail: erinlada.rega@akep.al, frederik.kote@akep.al

### Business For Sale

## Businesses and Assets for Sale as Going Concerns
## Hillcrest International Schools



### Hillcrest Secondary School Limited ("HSSL")
### and Hillcrest School Limited ("HSL") (Both in Receivership)

The Joint Receivers and Managers offer for sale the businesses and assets of HSSL and HSL, as going concerns

• Profitable, leading international schools in sub Sahara Africa delivering the British National Curriculum (as varied)
• Substantial freehold and leasehold premises, covering some 55 acres, in a quiet suburb of Nairobi, Kenya
• Over 600 students from ages 2 to 18 covering in excess of 40 different nationalities
• Consolidated turnover of circa US$7m
• Boarding facilities with material room for expansion
• Extensive sports and recreation facilities
• Significant opportunity to develop and expand existing profile in the International Schools arena

For further information please contact the joint receivers and managers:

Kieran Day and Koreo Marizan
Hillcrest International Schools
c/o The Business Advisory Group Limited
PO Box 1494 - 00502
Nairobi
Kenya

Email: hillcrestsale@thekindleivorygroup.com
Tel: +254 735 357729 or +254 724 372239

INTERESTED PARTIES SHOULD NOTE THAT A FEE WILL BE CHARGED FOR THE INFORMATION MEMORANDUM AS PREPARED IN CONNECTION WITH THE PROPOSED SALE OF THE SCHOOLS. OTHER FULL QUALIFICATION TERMS ALSO APPLY, DETAILS OF WHICH WILL BE PROVIDED ON APPLICATION.

### Contracts & Tenders



**ROVER FRANCE SAS**
In rehabilitation

**Extension of deadline for submitting responses to the Request for Information (R.F.I.)**

With a closing period that it is our understanding received to issue a request for information (R.F.I.) sum of a period reserved to the creditors, please contact the Joint Administrator in charge of the procedure to obtain a copy.

**Extension of deadline for submitting responses to the Request for Information (R.F.I.)**

Within the framework of the reorganisation (R.F.I.), of a system for the handling of municipal solid waste (urban sanitation) for the metropolis of Jerusalem, published at the beginning of April, 2011.

The Jerusalem's Wastewater and Purification Enterprises, Ltd. now informs the public that the time and date for potential respondents to submit responses has been postponed from May 31, 2011 to 1:30 p.m. on June 30, 2011.

### The Property Market

**SALE DIRECTLY FROM OWNER –**
**REAL ESTATE IN EXCELLENT LOCATION**

Wien Energie GmbH and Wien Energie Stromnetz GmbH plan to sell the following real estate in a bidding procedure:

**Austria 1090 Vienna**
**Mariannengasse 4–6, Spitalgasse 5–9, Rummelhardtgasse 5–7**
Office and parking building, total area of plot of land about 8,600 m², gross floor area about 55,600 m²

**Mariannengasse 19, Pelikangasse 1**
Office building, total area of plot of land about 1,370 m², gross floor area about 7,900 m²

**Mariannengasse 3–5**
Office building, total area of plot of land about 1,350 m², gross floor area about 4,800 m²

**Austria 1110 Vienna**
**7, Haidequerstraße 6**
Business property, total area of plot of land about 59,000 m², gross floor area about 38,300 m²

For more information on the real estate as well as the bidding procedure see: wienenergie.at/immobilien or wienenergie-stromnetz.at/immobilien

Expressions of interest and requests should be made exclusively in writing to: WIEN Rechtsanwälte, att. Dr. René Mayer and Dr. Alexander Stolitzka, Wipplingerstraße 23, Mezzanin Österreichische Post, Austria 1010 Vienna, Fax: +43 (0)1 533 77 84-28, E-mail: www.kleinwalserbahn-w.at

 

## UNIQUE 5 STAR INVESTMENT OPPORTUNITY
### MAINLAND SPAIN

Owners with proven track record in the Leisure industry are looking for partner/s to develop site located approx 50 minutes from Malaga Airport bordering the Spanish National Park. Project benefits from the first Full Formal Andalucía Planning of its kind. To build Luxury Mountain Spa resort comprising 144 lodges, 212 touring pitches, conference and leisure facilities etc. Financial plan with secure exit strategy in place.

Interested parties to contact +44(0)7785371770

FINANCIAL TIMES WEDNESDAY MAY 25 2011

Companies | International

# Murdoch signals push into education

### News Corp chief in digital lessons move

**Vision for learning outlined in G8 talk**

**By Tim Bradshaw in Paris**

Rupert Murdoch signalled that News Corp, the media group he heads, is to make a significant new push into the education technology market, in a high-profile speech to the e-G8 conference of internet entrepreneurs and European policymakers in Paris.

Describing education as the "last holdout from the digital revolution", Mr Murdoch outlined a vision for personalised learning and more engaging lessons delivered by the world's best teachers to thousands of students via the internet.

"The same technologies that transformed every other aspect of modern life

> 'The technologies that transformed every other aspect of life can transform education'

can transform education, provide our businesses with the talent they need to compete and free hundreds of millions of young people at the fringes of prosperity the opportunity to make their own mark on this global economy," he said.

With Joel Klein, the former New York schools chancellor hired by News Corp in November, Mr Murdoch has visited pioneering educational schemes and classrooms worldwide, including South Korea, California and Sweden.

"Our challenge is to learn from what works best ... wherever in the world we find it - and put it all together," he said. "My company is determined to try - in a big way."

Their determination will set News Corp on a collision course with more established education publishers such as Pearson, owner of the FT, and

McGraw-Hill. Such companies have already invested heavily in digitising their materials and moving to more personalised learning and assessment, in spite of Mr Murdoch's assertion that "today's classroom looks almost exactly the same as it did in the Victorian age".

News Corp first indicated that it was taking the education technology market more seriously in November with the acquisition of 90 per cent of Wireless Generation, a New York company that tracks student performance through mobile devices and assessment software, for $360m.

It indicated then that further acquisitions would follow, even as it plans to spend £bn or more on the acquisition of the 61 per cent of British Sky Broadcasting it does not own.

In an impassioned address to delegates at the e-G8 Forum, hosted by Nicolas Sarkozy, the French president, ahead of the G8 later this week, Mr Murdoch called on the assembled technology executives to do for education what they have already done for the media and advertising world.

"Now we need to ... make mathematics sticky, to micro-target the eight-grade girls who might want to be physicists and to personalise the reading for each student," he said. To engage young people in new ways, "the key is the software ... not a computer or a tablet or some other device".

*Additional reporting by Jennifer Thompson in Paris*



Rupert Murdoch spoke of revolution in education

## Online grocers gain ground in US

### Doubts remain about expanding beyond cities into the suburbs, writes Alan Rappeport

**News analysis**

The online grocery business was billed a dotcom bust a decade ago, when venture capital-backed start-ups collapsed under the weight of ambitious expansion plans.

But Walmart's recent foray into the market shows how the business of food delivery has progressed during the past 10 years, adding pressure on existing companies and bricks-and-mortar stores that have been looking to expand in the grocery delivery space.

Grocery delivery has been increasing as US consumers cope with soaring petrol prices. This has boosted demand, but the impact on sales is blunted because food trucks are fuel-hungry too.

FreshDirect in New York has been a case study of methodical expansion since it started delivering groceries around Manhattan nine years ago. The privately-held company knows from the mistakes of failed companies such as Webvan and,



**Challenges: Dalton Philips, Wm Morrison chief executive**

after early missteps, has gradually expanded its footprint in New York, New Jersey and Connecticut.

An early participant in online grocery, FreshDirect - which sources food from farms to shorten the time between procuring and delivering - initially faced troubles with quality control and struggled to get orders correct. Better technology has helped the company become profitable and, with 30 per cent growth last year, it is planning a national expansion.

"There are going to be lots of people focused on it and we expect competition," says Jason Ackerman, founder and chief executive of FreshDirect. "That's why we've been so slow to roll out across the country because we have been so focused on how to get this model right."

Increased competition for key markets was highlighted in March when Peapod, a FreshDirect rival that was founded in 1989, made its debut in New York city. Peapod works with bricks-and-mortar chains such as Stop & Shop and Giant and new recently enters into stores and Washington DC.

According to Peapod, online food shopping is more feasible now than it once was because of greater broadband access and the

spread of smartphones, which has made buying even more convenient.

"The consumer is arriving to the concept," says Mike Brennan, chief operating officer and head of marketing at Peapod. "In 2000, it might have been too early."

Walmart's online pilot in San Jose, California, follows a similar experiment by Amazon, which sells groceries in some parts of the Seattle area. Meanwhile, US grocery chains such as

Kroger, Safeway and Whole Foods all have started offering limited delivery options.

The delivery market in the UK is also becoming more crowded. Earlier this year, Wm Morrison, the UK grocery chain, took a 10 per cent stake in FreshDirect, investing £36m to fund its US expansion and help develop its online business in the UK. Morrison is looking to vie for online

customers with competitors such as Ocado and Tesco.

Although the concept of buying food online is gaining acceptance, sceptics still doubt that significant numbers of customers will choose to buy food without seeing and touching it first.

Meanwhile, some analysts argue that profitable distribution can only work in areas of high population density, where delivery is more efficient and people rely less on cars. "At brick-and-mortar stores, the expenses are low because they are self-service," says Zucharia Mulgura, an online grocery analyst at Forrester. "Online, you need to have trucks and every single order needs to be touched by several humans."

John Deighton, a professor specialising in consumer behaviour at Harvard Business School, doubts the success companies such as FreshDirect have had in New York will translate into other markets. "If customers live close together, as they do in Manhattan, and don't own cars, the cost of delivering groceries the last mile or two that the direct-to-customer grocer charges is acceptable," he says, arguing that in the suburbs where driving and parking was convenient, less than 5 per cent of people would be

willing to pay for delivery.

Even Dalton Philips, Morrison's chief executive, acknowledges the challenges online grocers face outside of urban centres.

He predicts that areas suffering from low density of consumers will struggle to generate sufficient return on capital. "I'm not convinced that driving out to a rural area, where people thought you would be putting the online grocery market is the room for expansion. The National Grocers Association estimates that online grocery represents just 1 to 2 per cent of the $1,000bn food market in the US.

"Obviously there was a bit of a false start 10 years ago when people thought the traditional grocery store was going to die away," says Peter Larkin, head of the NGA. "I think as technology and access to broadband have improved, the future of online grocery is actually quite bright."

*Additional reporting by Logan Siebert*

**VIDEO ON FT.COM**
FreshDirect is one of a growing number of US online grocery businesses using technology to push expansion
**www.ft.com/groceries**

## Intel joins shift to China as executive takes Beijing brief

**By Kathrin Hille in Beijing and Rahul Jacob in Hong Kong**

Intel is moving Sean Maloney, one of its most senior executives, to Beijing as chairman of its China operations, reflecting the rise of China as one of the world's most important markets for multinationals.

Mr Maloney, an executive vice-president who was head of Intel's architecture

group in Silicon Valley in California, has in the past been mentioned as a potential successor to Paul Otellini, Intel's chief executive.

"[It is] an unprecedented move for Intel to place one of its most senior executives in China," the company said. "It underscores the importance of China, which is expected to become the single largest PC consumption market for Intel next year."

The move follows the recent relocation to Hong

Kong of other senior manufacturing executives.

Observers say multinationals increasingly view China as a market so crucial that they are ensuring their top executives gain a direct and thorough understanding of and build personal relationships in, the market.

"Companies are looking at China as a second home market," said Joseph Ngai at McKinsey in Hong Kong. This meant building relationships with government

and regulators, just as they would in their home market, he said.

In December, Caterpillar, the world's biggest maker of earthmoving equipment by revenue, moved group president Rich Lavin from the US to Hong Kong - the first time the company put a member of its executive office in Asia.

In January John Rice, a vice-chairman at General Electric, was appointed to head the company's global operations - all business

outside the US - from Hong Kong. He had been based in GE's US headquarters

Ford Motor was an earlier mover, shifting its regional headquarters for Asia-Pacific and Africa from Bangkok to Shanghai in 2009, locating functional executives for the region for manufacturing, product development, purchasing and PR in China for the first time.

Analysts said there were strong logistical reasons for moving senior executives close to the Chinese mar-

ket. "Face-to-face meetings are very important," Mr Ngai said.

A recent study by the European Union Chamber of Commerce in China and Roland Berger Strategy Consultants showed that 34 multinationals, including Walt Disney, Kraft Foods and Novartis, last year announced plans to shift regional headquarters to Shanghai.

The number of multinationals with regional headquarters in Shanghai rose from 224 in 2004 to 305 in 2010, including Ford, Novartis, Coca-Cola and other well-known international companies, according to the Shanghai statistics bureau.

Intel said Mr Maloney would take up the new position as chairman of Intel China and relocate to Beijing for two to three years. Ian Yang, president of Intel China, will continue to serve in his position.

*Additional reporting by Patti Waldmeir in Shanghai*

**Interview with Andy Lees:**
**www.ft.com/ovideo**

# Microsoft launches handset software upgrade

**By Paul Taylor in New York**

Microsoft launched a new version of its Windows Phone 7 smartphone operating system in New York on Tuesday, announcing that it would power the first of a new generation of Nokia handsets due to launch late this year.

The two technology companies in April finalised a deal to team up in the smartphone market as they try to fight back against the dominance of devices such as Apple's iPhone and those running on Google's Android.

Andy Lees, president of Microsoft's Mobile Communication division, demonstrated a preview of the next version of Windows Phone software, codenamed "Mango," which he said would be available for free to Windows Phone 7 users this autumn and described as a major upgrade, launching the next chapter in Microsoft's mobile phone ambitions.

Microsoft launched the Phone 7 operating system seven months ago in an attempt to catch up with features found on the iPhone and Android-powered smartphones. But while iPhone 7 has been well-received by reviewers, it has made little headway in the market in part because of the limited number of handsets on which it is available.

Microsoft has not disclosed how many Phone 7 handsets have been sold since its launch, but Gartner, the research group, estimates that about 1.6m Phone 7 smartphones were shipped in the first quarter. Microsoft's share of the mobile phone market in the first quarter was just 3.6 per cent of the $1,000bn food market in the US.

John Delaney, a professor at IDC and Dell. Mr Lees said the Mango upgrade to Phone 7 would also be available on handsets from Acer, ZTE and Fujitsu. Mr Lees said the partnership with Nokia was proceeding well.

At Lawyers for Microsoft on Tuesday began an appeal against the European Commission in what looks set to be the final battle in the antitrust battle in Europe which has ensnared the group for more than a decade, within Nikki Tait in Brussels.

Most of the issues between the company and competition regulators in Brussels were settled at the end of 2009. But Microsoft has continued to pursue an outstanding appeal in one of the European Union's top courts over the right of the Commission to impose certain penalties during the lengthy legal struggle.

The Commission fined Microsoft €899m (£788m) for non-compliance with its original decision, several years earlier, that the company had breached EU anti-trust rules and abused a dominant market position in PC computer operating systems.

---

## News digest

**Mecom lures Endemol official**

Tom Toumazis, chief commercial officer of television production company Endemol, has been appointed head of Mecom, the pan-European newspaper group, following a search process that has taken more than six months.

Mr Toumazis is expected to join the group in August when Stephen Davidson, currently executive chairman, will become non-executive chairman.

Mecom has been without a chief executive since David Montgomery, the group's founder and former chief executive, was ousted by rebel shareholders in January.

Mr Montgomery had indicated to Mecom's board that he wished to stay on as chief executive but

Legal & General and Aviva threatened to call an extraordinary general meeting if he did not step down.

*Salamander Davoudi, London*

**France Telecom bullish on 4G**

France Telecom has stressed its determination to remain the leading operator in France after the government capped the amount of 4G wireless frequencies a single company can buy when they are auctioned at the end of the month.

"Our target is to be the leader in France for broadband networks, both fixed and mobile," Stéphane Richard, chairman and chief executive of France Telecom said on Tuesday.

While the conditions of the auction are "very

complicated" the French group "will definitely apply to buy more spectrum", he said.

Eric Besson, industry minister, announced the limit on bids that month following lobbying by telecoms operators SFR, Bouygues and Iliad amid



**Focus on spectrum: Stéphane Richard**

concern that France Telecom could establish a lead by acquiring most of the frequencies.

*Jennifer Thompson, Paris*

**Mol buy-back to cost €1.9bn**

Hungary is set to pay €1.9bn ($2.6bn) to buy back more than one-fifth of Mol, the oil and gas company, from Surgutneftgas, the secretive Russian energy group, ending a long running share purchase saga that strained relations between Budapest and Moscow.

Surgut acquired a 21.2 per cent stake in Mol in 2009 from OMV, the Austrian energy group, which had failed in its attempt to acquire Mol via a hostile takeover.

Mol viewed the purchase as unfriendly and claimed OMV had acted as a front for Russian interests. It

subsequently prevented Surgut from being the share register or voting at its annual meetings.

"From a national strategic point of view, we have managed to place one of the most important corporations into safe hands," Viktor Orban, Hungary's prime minister, said. "No country can be strong if its energy supply is exposed."

Zsolt Hernádi, Mol's chairman, welcomed the share purchase as a move that would end uncertainty but said his company had not taken part in the agreement.

Surgut, Russia's fourth-largest oil producer, has turned a profit of approximately €500m on its Mol investment after it paid €1.4bn for the stake in 2009. It declined to comment on Tuesday.

Chris Bryant, Vienna, and Catherine Belton, Moscow

**Hana carrying on with KEB talks**

South Korea's Hana Financial Group said it had agreed to continue talks to finalise its $4.14bn buy-out of Korea Exchange Bank from US buy-out fund Lone Star, a further delay on the long-awaited sale.

Both Hana and Lone Star want to buy some time to save what would be the country's biggest banking deal after unresolved legal disputes delayed regulatory approval this month.

Lone Star is also demanding a higher price for the KEB stake to reflect gains from the bank's recent sale of a stake in Hyundai Engineering & Construction, a titan official, who requested anonymity, said.

*Reuters, Seoul*

### Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE LDO 1 LTD., AIRLIE LCDO I (AVIV LCDO 2006-1), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, LIMITED, LTD, SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-1, LTD., PEBBLE CREEK LCDO 2007-2, LTD., AND RACERS 2006-20-AT

Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the derivatives transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Jonathan C. Henes at (212) 446-4800 or jonathan.henes@kirkland.com, or Donald Bernstein at (212) 450-4092 or donald.bernstein@davispolk.com for further information.

U.S. Bank National Association, as Trustee