## CERTIFICATE OF SERVICE

      I, Scott A. Lewis, an attorney, hereby certify that on the 22nd day of April 2013, I caused a true and correct copy of the **Affidavit of Donald F. Higgins in Connection with the Motion of the Debtors Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of the Partial Settlement Agreement Relating to Pebble Creek LCDO 2007-3, Ltd. Credit Default Swap Agreement and Indenture**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the
    Southern District of New York
Courtroom 601
One Bowling Green
New York, NY  10004

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
MILBANK, TWEED, HADLEY AND MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

                                 By          /s/ Scott A. Lewis
                                              Scott A. Lewis