UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                   :       Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :       08-13555 (JMP)
                                                        :
                    Debtors.                            :       (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Fondation Syrinx<br>53rd Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama |
| Claim Number (if known): | 14142 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $77,331 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Sole member of the Foundation Council |
|---|---|
| Printed Name: Pierre Briand, Director of Gallatin Directors Ltd. | Dated: April 22, 2013 |

US_ACTIVE:\44096563\1\58399.0011