UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                 :    Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :    08-13555 (JMP)
                                                      :
                              Debtors.                :    (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Fondation Syrinx<br>54rd Street, Urbauipaai Obamo<br>Swiss Tower, 16th Floor<br>Panama |
| Claim Number (if known): | 14143 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $13 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: | Title:<br>Sole member of the Foundation Council |
| Printed Name:<br>Pierre Briand, Director of | Dated:<br>April 22, 2013 |

Gallatin Directors Ltd.