UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Ursemea Foundation<br>Calle Aquillino De La Guardia No. 8<br>Panama, Republic of Panama |
| Claim Number (if known): | 14137 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $136,915 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | |
|---|---|
| Signature: *[signature]* | Title: Sole member of the Foundation Council |
| Printed Name: Pierre Briand, Director of Gallatin Directors Ltd. | Dated: April 22, 2013 |

US_ACTIVE:\44096563\1\58399.0011