WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| In re | |
| | Case No. |
| **LEHMAN BROTHERS INC.**, | |
| | 08-01420 (JMP) (SIPA) |
| Debtor. | |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE SIXTIETH OMNIBUS HEARING ON APRIL 24, 2013 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I. UNCONTESTED MATTERS:

1. Plan Administrator's Motion for Order in Aid of Execution of the Modified Third Amended Chapter 11 Plan of LB Rose Ranch LLC **[ECF No. 36423]**

    Response Deadline:   April 17, 2013 at 4:00 p.m.

    Response Received:   None.

    Related Document:

        A.   Declaration of Jeffrey Fitts in Support of Motion **[ECF No. 36561]**

    Status: This matter is going forward.

2. Motion for Approval of Settlement Agreement with Lehman Brothers Finance AG (In Liquidation) **[ECF No. 36300]**

    Response Deadline:   April 17, 2013 at 4:00 p.m.

    Response Received:   None.

    Related Document:

        A.   Declaration of Daniel J. Ehrmann in Support of Motion **[ECF No. 36554]**

    Status: This matter is going forward.

## CHAPTER 15 PROCEEDINGS

### II. IN RE LEHMAN BROTHERS FINANCE AG, IN LIQUIDATION [CASE NO. 09-10583]

3. Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Settlement Between LBF and the LBHI Parties **[ECF No. 51]**

    Response Deadline:   April 17, 2013 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Declaration of Christiana Suhr Brunner in Support of Motion **[ECF No. 53]**

Status:  This matter is going forward.

**SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS**

**III.  CONTESTED MATTERS:**

4.    Trustee's Twenty-Ninth Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5776]**

Response Deadline:  March 18, 2013 at 4:00 p.m.

Responses Received:

    A.    Response of Sandra S. Perez Saleh de Vasquez **[Docketed with Trustee's Reply, LBI ECF No. 6046]**

    B.    Response of Chris Stovic **[LBI ECF No. 5878]**

Related Document:

    C.    Trustee's Reply in Further Support **[LBI ECF No. 6046]**

Status: This matter is going forward.

5.    Trustee's Thirty-Third Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5835]**

Response Deadline:  March 29, 2013 at 4:00 p.m.

Responses Received:

    A.    Responses of June Smith **[LBI ECF Nos. 5908, 6085]**

    B.    Response of Isa E. Bement, Trustee **[Docketed with Trustee's Reply, LBI ECF No. 6046]**

Related Document:

    C.    Trustee's Reply in Further Support **[LBI ECF No. 6046]**

Status:  This matter is going forward.

3

IV. **ADVERSARY PROCEEDINGS:**

6. Lehman Brothers Holdings Inc., *et al.* v. JPMorgan Chase Bank, N.A., *et al.* **[Case No. 10-03266]**

    **Motion for an Order Authorizing the Public Filing of an Unredacted Reply**

    Related Document:

    A. Motion for an Order Authorizing the Public Filing of an Unredacted Version of Plaintiffs' Reply in Further Support of Their Application for Issuance of a Letter of Request for International Judicial Assistance to Take the Sworn Deposition of Bruno Iksil in LBHI v. JPMorgan Chase Bank, N.A. **[ECF No. 201]**

    Status: This matter is going forward.

V. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7. Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

    Response Deadline:    February 9, 2011 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection **[ECF No. 14398]**

    B. Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

    Related Documents:

    C. Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D. Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

    Status: This matter has been adjourned to May 15, 2013 at 10:00 a.m.

4

**B.    Securities Investor Protection Corporation Proceedings**

8. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 5197]**

   Response Deadline:    August 8, 2012 at 4:00 p.m.

   Responses Received:

   A. Response of LBHI Entities **[LBI ECF No. 5211]**

   B. Limited Response of Barclays Capital Inc. **[LBI ECF No. 5212]**

   C. Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[LBI ECF No. 5213]**

   D. Trustee's Opposition **[LBI ECF No. 5215]**

   E. Declaration of Sarah L. Cave in Support of Trustee's Opposition **[LBI ECF No. 5216]**

   F. Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[LBI ECF No. 5217]**

   Related Documents:

   G. Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5198]**

   H. Declaration of Robert T. Honeywell in Support of Motion **[LBI ECF No. 5199]**

   I. FirstBank Puerto Rico's Reply in Further Support of Motion **[LBI ECF No. 5224]**

   J. Supplemental Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5225]**

   K. Notices of Adjournment **[LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040]**

   Status: This matter has been adjourned to May 15, 2013 at 10:00 a.m.

5

9. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement **[LBI ECF No. 5483]**

   Response Deadline:   December 21, 2012 at 4:00 p.m., extended by agreement for LBHI to April 5, 2013 at 4:00 p.m.

   Response Received:

   A.   Objection of Lehman Brothers Holdings Inc. to Trustee's Motion **[LBI ECF No. 5958]**

   Related Document:

   B.   Notices of Adjournment **[LBI ECF Nos. 5628, 5711, 5813, 6045]**

   Status: This matter has been adjourned to May 15, 2013 at 10:00 a.m.

10. Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) **[LBI ECF No. 5775]**

    Response Deadline:   March 15, 2013 at 4:00 p.m., extended by agreement for certain party to April 19, 2013 at 4:00 p.m.

    Responses Received:

    A.   CA, Inc.'s Response to the Trustee's Motion **[LBI ECF No. 5930]**

    B.   Response of Aaron Akman **[LBI ECF No. TBD]**

    C.   Response of Adam Epstein **[LBI ECF No. TBD]**

    D.   Response of Grace Gathungu **[LBI ECF No. TBD]**

    E.   Response of Dean R. Monksfield **[LBI ECF No. TBD]**

    F.   Response of Stephen H. Thomas **[LBI ECF No. TBD]**

    G.   Response of Andre Verderame **[LBI ECF No. TBD]**

    H.   Response of Mario Monello **[LBI ECF No. 6062]**

    I.   Response of ZPR International, Inc. **[LBI ECF No. 6083]**

    Related Documents:

    J.   Certificate of No Objection Solely as to Certain Claimants **[LBI ECF No. 6066]**

    K.   Notices of Withdrawal of Trustee's Twenty-Eighth Omnibus Objection Solely as to a Certain Claimant **[LBI ECF Nos. 5844, 5857, 6058]**

      L.    Notice of Adjournment **[LBI ECF No. 6049]**

Status: This matter has been adjourned to May 15, 2013 at 10:00 a.m. solely as to certain claimants.

11.    Trustee's Thirty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5863]**

    Response Deadline:    April 4, 2013 at 4:00 p.m., extended by agreement for a certain party to April 11, 2013 at 4:00 p.m.

    Responses Received:

      A.    Response of Gregory D. Feller, Robert A. Jakobsze, Antoinette E. La Belle, Richard Peters, and Luigi Zeppetelli **[LBI ECF No. 5949]**

      B.    Response of Ritam Ray Bhalla **[LBI ECF No. 6043]**

      C.    Response of Sara Minsteris **[LBI ECF No. 6065]**

      D.    Letter Response of Robert A. Jakobsze **[ECF No. TBD]**

Related Documents:

E. Certificate of No Objection Solely as to Certain Claimants **[LBI ECF No. 6074]**

F. Notices of Adjournment **[LBI ECF Nos. 6060, 6073]**

Status: This matter has been adjourned to May 15, 2013 at 10:00 a.m. solely as to certain claimants.

Dated: April 23, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: April 23, 2013
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

8