
# Bethmann Bank
ABN AMRO

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 11.04.2013

**claim #46676**

Dear Sir or Madam,

please note that claim #46676 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Sonnleithner                Danijela Gunnesch


RECEIVED
APR 19 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK





**Bethmann Bank**
ABN AMRO

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Legal Department
Jochen Weber
Tel: +49-69-2177- 3473
Fax: +49-69-2177-3469
27 November 2012
V.\Secure_Legal\BUs 2012 und GA\Group
Functions\Legal\2012\Prozesse\Runte,
tse\Abtretungsanzeige_27.11.12.docx

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**

**Claim Number: 46676**

We would like to inform you that Mr. Bernd Runte who filed the claim Number 46676on
10/26/2009 has assigned the rightsarising out of this claim corresponding with the following
securities

- 40 Lehman Bros Treasury Co. B.V.EXPR.N 06.01.14 Basket
  (WKNA0SUA9/ISIN DE000A0SUA99) in the amount of EUR 29,000.00 as of
  purchase date July 9, 2008 (face value EUR 40,000.00)

- 50 Lehman Bros Treasury Co. B.V.EXPR.N 06.01.14 Basket
  (WKN A0SUA9 /ISIN DE000A0SUA99) in the amount of EUR 34,772.00 as of
  purchase date August 22, 2008 (face value EUR 50,000.00)

to

**Bethmann Bank AG**

**Bethmannstraße 7-9**

**60311 Frankfurt am Main**

**Germany.**

Bethmann Bank AG has agreed to this assignment. Both Mr. Bernd Runte and Bethmann
Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has
become the holder of the aforementioned rights.

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 100852
60008 Frankfurt am Main
Telefon +49 69 2177-0
Telefax +49 69 2177-3449

Vorsitzender des Aufsichtsrates:
Jürgen Fitschen
Vorstand:
Hans Schuettler
Stephan Isenberg Hans-Peter Schönborn Bernd Schatten

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main
HRB 52650
USt-IdNr. DE 122796951



**Bethmann Bank**
ABN AMRO

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 27. November 2012            Buchholz, _07.01.2013_

Bethmann Bank AG                         Bernd Runte
(Assignee)                               (Assignor)

(Jochen Weber)   (Oliver Körner)            (Bernd Runte)





Postfach 10 06 32
60006 Frankfurt am Main

Deutsche Post

**FRANKIT**  **0,75 EUR**

12.04.13    1D1000111F

Brief
P.P./PRIORITY

Wir können nicht immer verhindern,
dass Sie mehrere Briefsendungen an
einem Tag von uns erhalten.
Das Aussortieren der Sendungen
wäre teurer als das zusätzliche Porto.
Bitte haben Sie dafür Verständnis.



RECEIVED

APR 19 2013

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

100043/400  C035