Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Ursula Brotbeck** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Ursula Brotbeck<br>Unterhof 8<br>CH-8595 Altnau (Switzerland)<br>**and**<br>Zürcher Kantonalbank<br>LOAV3<br>P.O. Box<br>8010 Zurich, Switzerland<br>Fax +41 44 292 86 64<br>Tel +41 44 292 76 57<br>Attn: Patrick Heuberger | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Ursula Brotbeck<br>Unterhof 8<br>CH-8595 Altnau (Switzerland) | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 100'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____       Date: 17.04.2013
**Zürcher Kantonalbank**
Transferee's Agent
Gabriele Frossard                  Thomas Seebacher

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).



TOC117_UBS0257 ZKBZH 100K 20130409
Page 1 of 3



## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 30'000.00

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10% brc Lehman Bros Securities NV 2007-30.10.2008 | XS0324890440 | Lehman Brothers Securities NV | Lehman Bros Holding Inc. | CHF 100'000.00 out of CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Ursula Brotbeck
Unterhof 8
CH-8595 Altnau (Switzerland)

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.



You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 9, 2013.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director



Reference: Special Actions LOAV3
Contact: Thomas Seebacher
E-mail: corporateactions@zkb.ch
Direct tel.: +41 44 292 78 66
Fax: +41 44 292 86 64

Postal address: P.O. Box, CH-8010, Zurich

**Registered Mail**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 11-April-2013

**Partial Transfer of Claim "Lehman Brothers Holdings Inc."**

Dear Sir or Madam

Please find enclosed, both the "Notice Pursuant to Bankruptcy Rule 3001" and the originally signed "Evidence of Transfer of Claim" released by UBS AG on April 09, 2013.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0324890440 |
| Title: | 5 %(10 % P.A)Barrier Reverse Convertible Lehman Br.Sec NV 2007-30.10.08 (EXP.23.10.08) on a Basket of Shs -In default- |
| Nominal: | CHF 100,000 |
| Transferor: | UBS AG |
| Transferee: | Ursula Brotbeck |
| Initial Proof of Claim Number: | 59233 |

Please confirm us the receipt. We thank you in advance.

Yours sincerely

Zürcher Kantonalbank

Gabriele Frossard          Thomas Seebacher

- "Notice Pursuant to Bankruptcy Rule 3001"
- "Evidence of Transfer of Claim"

**PP**

**R**
Recommandé Suisse    RM 627 239 436 CH
12.04.2013

12.04.13    9.80
CH - 8010
Zürich
PRIORITY
Stand 2
2000002    DIE POST

FILED / RECEIVED
APR 18 2013
EPIQ SYSTEMS

APR 17 2013