WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
**In re**                                   :   **Chapter 11 Case No.**
                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:   **08-13555 (JMP)**
                                            :
          Debtors.                          :   **(Jointly Administered)**
                                            :
                                            :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING *SINE DIE*
OF THE FOUR HUNDRED THIRD OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO PORTION OF CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Third Omnibus

Objection to Claims (No Liability Claims) **[ECF No. 36007]**, that was scheduled for April 25,

2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely as to a $192,307.69**

**portion of the claim of Wendy Uvino (Claim No. 4770) to a date to be determined**.

Dated: April 23, 2013
      New York, New York

                                      /s/ Robert J. Lemons
                                      Robert J. Lemons

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers Holdings Inc.
                                       and Certain of its Affiliates

US_ACTIVE:\44244181\1\58399.0011