JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
:
In re:                                                  :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,*  :    Case No. 08-13555 (JMP)
:
Debtors.                                        :    (Jointly Administered)
:
-------------------------------------------------------------X

**AMENDED NOTICE OF ADJOURNMENT OF
FOUR HUNDREDTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY EMPLOYEE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) [ECF No. 35787], that was scheduled for April 25, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned, solely with respect to the claims listed on Exhibit A attached hereto, to a date to be determined.**

Dated:  April 23, 2013
        New York, New York

JONES DAY

/s/ Kelly A. Carrero
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

NYI-4516311v1

## Exhibit A

## Adjourned Claims:

| Claimant Name | Claim Number |
|---|---|
| KAUFMAN, JULIA | 510 |
| LESIN, ALEXANDER | 19678 |
| CORETH, MAXIMILIAN | 22202 |
| BLAKESLEE, THOMAS P. | 66365 |
| INGLIS, CRAIG | 10915 |

NYI-4516311v1