UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    Case No. 08-13555 (JMP)
:
Debtors.                                            :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 36653

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2013, I caused to be served the "Notice of Adjournment of Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims," dated April 18, 2013 [Docket No. 36653], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              /s/ C. Zhang
                                                              Carol Zhang

Sworn to before me this
22nd day of April, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\LBH\Affidavits\NOA 400th Omni_DI_36653_AFF_4-18-13_KH.doc

**EXHIBIT A**

| | |
|---|---|
| aaaronson@dilworthlaw.com | keith.simon@lw.com |
| aalfonso@willkie.com | ken.coleman@allenovery.com |
| abeaumont@fklaw.com | ken.higman@hp.com |
| abraunstein@riemerlaw.com | kerry.moynihan@hro.com |
| acaton@kramerlevin.com | kgwynne@reedsmith.com |
| acker@chapman.com | kiplok@hugheshubbard.com |
| adam.brezine@hro.com | kit.weitnauer@alston.com |
| adarwin@nixonpeabody.com | kkelly@ebglaw.com |
| adiamond@diamondmccarthy.com | kkolbig@mosessinger.com |
| aeckstein@blankrome.com | klyman@irell.com |
| aentwistle@entwistle-law.com | klynch@formanlaw.com |
| afriedman@irell.com | kmayer@mccarter.com |
| agbanknewyork@ag.tn.gov | kobak@hugheshubbard.com |
| aglenn@kasowitz.com | korr@orrick.com |
| agold@herrick.com | kovskyd@pepperlaw.com |
| agoldstein@tnsj-law.com | kpiper@steptoe.com |
| ahandler@moundcotton.com | kressk@pepperlaw.com |
| aisenberg@saul.com | kreynolds@mklawnyc.com |
| akantesaria@oppenheimerfunds.com | krosen@lowenstein.com |
| akolod@mosessinger.com | kuehn@bragarwexler.com |
| alum@ftportfolios.com | kurt.mayr@bgllp.com |
| amarder@msek.com | lacyr@sullcrom.com |
| amartin@sheppardmullin.com | landon@streusandlandon.com |
| amcmullen@boultcummings.com | lapeterson@foley.com |
| amenard@tishmanspeyer.com | lathompson@co.sanmateo.ca.us |
| andrew.brozman@cliffordchance.com | lberkoff@moritthock.com |
| andrew.lourie@kobrekim.com | lee.stremba@troutmansanders.com |
| andrew.morrison@klgates.com | lgotko@fklaw.com |
| angelich.george@arentfox.com | lgranfield@cgsh.com |
| ann.reynaud@shell.com | lhandelsman@stroock.com |
| anthony_boccanfuso@aporter.com | linda.boyle@twtelecom.com |
| aoberry@bermanesq.com | lisa.ewart@wilmerhale.com |
| aostrow@beckerglynn.com | lisa.kraidin@allenovery.com |
| aquale@sidley.com | lisa.solomon@att.net |
| arahl@reedsmith.com | ljkotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lkiss@klestadt.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |
| arthur.rosenberg@hklaw.com | lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |
| aunger@sidley.com | lscarcella@farrellfritz.com |
| austin.bankruptcy@publicans.com | lschweitzer@cgsh.com |

| | |
|---|---|
| avenes@whitecase.com | lubell@hugheshubbard.com |
| azylberger@whitecase.com | lwhidden@salans.com |
| bankr@zuckerman.com | mabrams@willkie.com |
| bankruptcy@goodwin.com | maofiling@cgsh.com |
| bankruptcy@morrisoncohen.com | marc.chait@sc.com |
| bankruptcy@ntexas-attorneys.com | margolin@hugheshubbard.com |
| bankruptcymatters@us.nomura.com | mark.bane@ropesgray.com |
| barbra.parlin@hklaw.com | mark.deveno@bingham.com |
| bbisignani@postschell.com | mark.ellenberg@cwt.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.hellerer@pillsburylaw.com |
| bguiney@pbwt.com | mark.sherrill@sutherland.com |
| bkmail@prommis.com | marvin.clements@ag.tn.gov |
| bmanne@tuckerlaw.com | matt@willaw.com |
| bmiller@mofo.com | matthew.klepper@dlapiper.com |
| boneill@kramerlevin.com | maustin@orrick.com |
| brian.corey@greentreecreditsolutions.com | max.polonsky@skadden.com |
| brosenblum@jonesday.com | mbenner@tishmanspeyer.com |
| broy@rltlawfirm.com | mberman@nixonpeabody.com |
| bruce.wright@sutherland.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mbienenstock@proskauer.com |
| btrust@mayerbrown.com | mbloemsma@mhjur.com |
| bturk@tishmanspeyer.com | mbossi@thompsoncoburn.com |
| bwolfe@sheppardmullin.com | mcademartori@sheppardmullin.com |
| cahn@clm.com | mcantor@normandyhill.com |
| calbert@reitlerlaw.com | mcordone@stradley.com |
| canelas@pursuitpartners.com | mcto@debevoise.com |
| carol.weinerlevy@bingham.com | mcyganowski@oshr.com |
| cbelisle@wfw.com | mdorval@stradley.com |
| cbelmonte@ssbb.com | melorod@gtlaw.com |
| cdesiderio@nixonpeabody.com | meltzere@pepperlaw.com |
| cgoldstein@stcwlaw.com | metkin@lowenstein.com |
| chad.husnick@kirkland.com; | mfeldman@willkie.com |
| chammerman@paulweiss.com | mgordon@briggs.com |
| charles@filardi-law.com | mgreger@allenmatkins.com |
| charles_malloy@aporter.com | mh1@mccallaraymer.com |
| chipford@parkerpoe.com | mhopkins@cov.com |
| chris.donoho@lovells.com | michael.frege@cms-hs.com |
| christopher.greco@kirkland.com | michael.kelly@monarchlp.com |
| clarkb@sullcrom.com | michael.kim@kobrekim.com |
| clynch@reedsmith.com | michael.mccrory@btlaw.com |
| cmontgomery@salans.com | michaels@jstriallaw.com |
| cohen@sewkis.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |

| | |
|---|---|
| cpappas@dilworthlaw.com | mitchell.ayer@tklaw.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | mjr1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | mlandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@hinshawlaw.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| davids@blbglaw.com | mrosenthal@gibsondunn.com |
| davidwheeler@mvalaw.com | mruetzel@whitecase.com |
| dbalog@intersil.com | mschimel@sju.edu |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarner@coleschotz.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | nbojar@fklaw.com |
| demetra.liggins@tklaw.com | ncoco@mwe.com |
| dfelder@orrick.com | neal.mann@oag.state.ny.us |
| dflanigan@polsinelli.com | ned.schodek@shearman.com |
| dgrimes@reedsmith.com | neilberger@teamtogut.com |
| dhayes@mcguirewoods.com | newyork@sec.gov |
| dheffer@foley.com | nherman@morganlewis.com |
| dhurst@coleschotz.com | nickolas.karavolas@pillsburylaw.com |
| diconzam@gtlaw.com | nissay_10259-0154@mhmjapan.com |
| djoseph@stradley.com | nlepore@schnader.com |
| dkessler@ktmc.com | notice@bkcylaw.com |
| dkleiner@velaw.com | oipress@travelers.com |
| dkozusko@willkie.com | otccorpactions@finra.org |
| dlemay@chadbourne.com | paronzon@milbank.com |
| dlipke@vedderprice.com | patrick.oh@freshfields.com |

| | |
|---|---|
| dludman@brownconnery.com | paul.turner@sutherland.com |
| dmcguire@winston.com | pbattista@gjb-law.com |
| dmurray@jenner.com | pbosswick@ssbb.com |
| dneier@winston.com | pdublin@akingump.com |
| dodonnell@milbank.com | peisenberg@lockelord.com |
| dove.michelle@dorsey.com | peter.gilhuly@lw.com |
| dpegno@dpklaw.com | peter.macdonald@wilmerhale.com |
| draelson@fisherbrothers.com | peter.simmons@friedfrank.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosenzweig@fulbright.com | phayden@mcguirewoods.com |
| drosner@goulstonstorrs.com | philip.wells@ropesgray.com |
| dshaffer@wtplaw.com | pmaxcy@sonnenschein.com |
| dshemano@peitzmanweg.com | ppascuzzi@ffwplaw.com |
| dspelfogel@foley.com | ppatterson@stradley.com |
| dtatge@ebglaw.com | psp@njlawfirm.com |
| dtheising@harrisonmoberly.com | ptrain-gutierrez@kaplanlandau.com |
| dwdykhouse@pbwt.com | ptrostle@jenner.com |
| dwildes@stroock.com | r.stahl@stahlzelloe.com |
| dworkman@bakerlaw.com | raj.madan@bingham.com |
| easmith@venable.com | ramona.neal@hp.com |
| echang@steinlubin.com | rbeacher@pryorcashman.com |
| ecohen@russell.com | rbernard@foley.com |
| efleck@milbank.com | rbyman@jenner.com |
| efriedman@fklaw.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | relgidely@gjb-law.com |
| eglas@mccarter.com | rflanagan@flanassoc.com |
| ekbergc@lanepowell.com | rfrankel@orrick.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| ellen.halstead@cwt.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| erin.mautner@bingham.com | richard.fingard@newedge.com |
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |
| etillinghast@sheppardmullin.com | richard.levy@lw.com |
| ezujkowski@emmetmarvin.com | richard.tisdale@friedfrank.com |
| ezweig@optonline.net | richard@rwmaplc.com |
| fbp@ppgms.com | rick.murphy@sutherland.com |
| ffm@bostonbusinesslaw.com | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fritschj@sullcrom.com | rmatzat@hahnhessen.com |
| fsosnick@shearman.com | rnetzer@willkie.com |
| fyates@sonnenschein.com | robert.bailey@bnymellon.com |

gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org

jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjoyce@dresslerpeters.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnadritch@olshanlaw.com
jnm@mccallaraymer.com

shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
timothy.palmer@bipc.com

| | |
|---|---|
| john.monaghan@hklaw.com | tjfreedman@pbnlaw.com |
| john.rapisardi@cwt.com | tkiriakos@mayerbrown.com |
| jonathan.henes@kirkland.com | tlauria@whitecase.com |
| jorbach@hahnhessen.com | tmacwright@whitecase.com |
| joseph.cordaro@usdoj.gov | tmarrion@haslaw.com |
| joseph.serino@kirkland.com; | tnixon@gklaw.com |
| joshua.dorchak@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| jowen769@yahoo.com | tom.schorling@whitecase.com, |
| jowolf@law.nyc.gov | tomwelsh@orrick.com |
| joy.mathias@dubaiic.com | tslome@msek.com |
| jpintarelli@mofo.com | ttracy@crockerkuno.com |
| jporter@entwistle-law.com | tunrad@burnslev.com |
| jprol@lowenstein.com | twheeler@lowenstein.com |
| jrabinowitz@rltlawfirm.com | villa@streusandlandon.com |
| jrsmith@hunton.com | vmilione@nixonpeabody.com |
| jschiller@bsfllp.com | vrubinstein@loeb.com |
| jschwartz@hahnhessen.com | walter.stuart@freshfields.com |
| jsheerin@mcguirewoods.com | wanda.goodloe@cbre.com |
| jsherman@bsfllp.com | wballaine@lcbf.com |
| jshickich@riddellwilliams.com | wbenzija@halperinlaw.net |
| jsmairo@pbnlaw.com | wchen@tnsj-law.com |
| jstoll@mayerbrown.com | wcurchack@loeb.com |
| jsullivan@mosessinger.com | wdase@fzwz.com |
| jtimko@shutts.com | wfoster@milbank.com |
| jtorf@schiffhardin.com | will.sugden@alston.com |
| judy.morse@crowedunlevy.com | wiltenburg@hugheshubbard.com |
| jvail@ssrl.com | wisotska@pepperlaw.com |
| jwallack@goulstonstorrs.com | wk@pwlawyers.com |
| jwcohen@daypitney.com | wmaher@wmd-law.com |
| jweiss@gibsondunn.com | wmarcari@ebglaw.com |
| jwest@velaw.com | wmckenna@foley.com |
| jwh@njlawfirm.com | wrightth@sullcrom.com |
| kanema@formanlaw.com | wsilverm@oshr.com |
| karen.wagner@dpw.com | wswearingen@llf-law.com |
| karl.geercken@alston.com | wtaylor@mccarter.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |

**Additional Parties**
harvey.miller@weil.com
jacqueline.marcus@weil.com
lori.fife@weil.com
richard.krasnow@weil.com
robert.lemons@weil.com
shearer@sewkis.com
jdwarner@warnerandscheuerman.com
arainone@bracheichler.com
emagnelli@bracheichler.com
cahn@clm.com

**EXHIBIT B**

**MSL - OVN**
OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**ADDS – OVN**
KAUFMAN, JULIA
27 W 72ND ST., # 1102
NEW YORK, NY 10023

LESIN, ALEXANDER
C/O SEWARD & KISSEL LLP
ATTN: JUSTIN L. SHEARER, ESQ.
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

CORETH, MAXIMILIAN
93 MERCER STREET
NEW YORK, NY 10012

ROBERT K. GROSS, ESQ.
EATON & VAN WINKLE LLP
3 PARK AVENUE, 16TH FLOOR
NEW YORK, NY 10016

JONATHAN D. WARNER, ESQ.
WARNER & SCHEUERMAN
6 WEST 18TH STREET, 10TH FLOOR
NEW YORK, NY 10011

ANTHONY M. RAINONE, ESQ.
ERIC MAGNELLI, ESQ.
BRACH EICHLER LLC
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068-1067

RONALD L. COHEN
JUSTIN L. SHEARER
SEWARD & KISSEL
ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

AARON R. CAHN
CARTER, LEDYARD & MILBURN LLP
2 WALL STREET
NEW YORK, NEW YORK 10005

BLAKESLEE, THOMAS P.
3 THORNBROOK LANE
BEDFORD, NY 10506