UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    :    Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    08-13555 (JMP)
                                                         :    (Jointly Administered)
                    Debtors.                             :
                                                         :
------------------------------------------------------------x    Ref. Docket Nos. 36391, 36536,
                                                              36538, 36539

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
Sworn to before me this                                  Lauren Rodriguez
23rd day of April, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ELLIOTT ASSOCIATES, L.P.
      TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 56041-12 in the above referenced case and in the amount of
    $148,646.41  allowed at $148,995.88    has been transferred (**unless previously expunged by court order**)

```
      GOLDMAN SACHS & CO.
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      ATTN: MICHELLE LATZONI
      30 HUDSON STREET, 5TH FLOOR
      JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36391   in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/16/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 16, 2013.

EXHIBIT B

```
TIME: 11:18:27                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 04/16/13                                            CREDITOR LISTING

Name                              Address
ELLIOTT ASSOCIATES, L.P.          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                  NEW YORK NY 10019
GOLDMAN SACHS & CO.               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LARRY INTERNATIONAL I GROUP LTD.  PO BOX 314 DALI TAICHUNG COUNTY 41299 TAIWAN
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: BIEMOND-VAN KAMPEN, JACOMINA M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: GITZ, H ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: HAAS & AGNES BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: J.J.M. PETERSE HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: STENACKER-VAN BREE, C.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: VAN DEN WASSENBERG, EJM ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION  TRANSFEROR: VAN SLEEUWEN-FRANKEN, J.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
VONWIN CAPITAL MANAGEMENT, LP     TRANSFEROR: LARRY INTERNATIONAL I GROUP LTD. C/O VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL
                                  261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
WALANPATRIAS STIFTUNG             C/O KBL MONACO PRIVATE BANKERS 8 AVENUE DE GRANDE BRETAGNE MONACO 98000 MONACO
YORVIK PARTNERS LLP               TRANSFEROR: WALANPATRIAS STIFTUNG 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM

Total Number of Records Printed    14
```

EPIQ BANKRUPTCY SOLUTIONS, LLC