UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that, through its undersigned counsel, Burlington Loan Management Limited hereby withdraws its Evidence of Transfer of Claim (Claim # 17735) filed on April 22, 2013 (ECF Docket No. 36739) from Deutsche Bank AG, London Branch, as transferor, to Burlington Loan Management Limited in the amount of $5,821,355.47.

Respectfully submitted this 23rd day of March 2013.

                                                RICHARDS KIBBE & ORBE LLP

                                                By:  /s/ Timothy Lin
                                                      Timothy Lin

                                              One World Financial Center
                                              New York, New York  10281
                                              Telephone: (212) 530-1800
                                              Facsimile: (212) 530-1801

                                              *Attorneys for Burlington Loan Management Limited*