WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                       :     Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :     08-13555 (JMP)
                                                            :
                      Debtors.                              :     (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT
TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
<u>AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES</u>**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby withdraws without prejudice its Subpoena served upon Martin Oates & Anna Dow on March 12, 2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No. 35944].

Dated: April 22, 2013
       New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44242434\1\58399.0011