UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :    (Jointly Administered)
                    Debtors.                                   :
                                                               :
-----------------------------------------------------------------x    Ref. Docket Nos. 36021, 36264,
                                                                    36265, 36393, 36406, 36525-36527,
                                                                    36534, 36543-36548

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
23rd day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

08-13555-mg    Doc 36795    Filed 04/23/13    Entered 04/23/13 17:14:40    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALSTON INVESTMENTS LLC
     TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
     C/O ELLIOTT MANAGEMENT CORPORATION
     ATTN: ELLIOT GREENBERG / RAJAT BOSE
     712 FIFTH AVENUE, 35TH FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 62743-55 in the above referenced case and in the amount of
    $3,660,708.00  allowed at $3,647,101.84        has been transferred **(unless previously expunged by court order)**

```
     GOLDMAN SACHS & CO.
     TRANSFEROR: ALSTON INVESTMENTS LLC
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36264       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/17/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 17, 2013.

# EXHIBIT B

```
TIME: 13:13:50                                   LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 04/17/13                                        CREDITOR LISTING

Name                                     Address
ALSTON INVESTMENTS LLC                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                         712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                  TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                         NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                  TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                         NEW YORK NY 10019
BANC OF AMERICA CREDIT PRODUCTS, INC.    TRANSFEROR: GUIDANCE ENHANCED GREEN TERRAIN LLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER
                                         ONE BRYANT PARK 3RD FL; ATTN: ANTE JAKIC NEW YORK NY 10036
BANCA NAZIONALE DEL LAVORO SPA           ATTN: DIREZIONE LEGALE V. VITTORIO VENETO, 119 ROME  00187 ITALY
BARCLAYS BANK PLC                        DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MALDONADO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                        ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                        TRANSFEROR: CENTRICA ENERGY LTD ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019
CYRUS HCE FUND, SPC - SEGREGATED         TRANSFEROR: THE SEAPORT GROUP LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
PORTFOLIO C
DEUTSCHE BANK AG, LONDON BRANCH          TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                         JACKSONVILLE FL 32256
ELLIOTT INTERNATIONAL, L.P.              C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                         NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                         NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                      TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GUIDANCE ENHANCED GREEN TERRAIN LLC      500 DELAWARE AVENUE #720 WILMINGTON DE 19801
GUIDANCE ENHANCED GREEN TERRAIN LLC      500 DELAWARE AVENUE, SUITE 720 WILMINGTON DE 19801
ILLIQUIDX LLP                            TRANSFEROR: BANCA NAZIONALE DEL LAVORO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
SILVER POINT CAPITAL FUND, LP            DAVIS POLK & WARDELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP            DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP            DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP            XIN YU DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: BANK HAPOALIM (SWITZERLAND) LTD. C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA 1ST FL
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: CREDIT SUISSE SECURITIES (EUROPE) LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ
                                         TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: GUY BUTLER LIMITED C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SILVER POINT CAPITAL, LP ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O SILVER POINT CAPITAL, L.P.
                                         ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: SEAPORT LOAN PRODUCTS, LLC C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL TWO GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:13:50                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 04/17/13                                         CREDITOR LISTING

Name                              Address
SOLUS CORE OPPORTUNITIES LP       TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
SOLUS CORE OPPORTUNTIES LP        TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICE 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP  TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP         TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR
                                  NEW YORK NY 10022
THE SEAPORT GROUP LLC             360 MADISON AVE NEW YORK NY 10017
THE SEAPORT GROUP LLC             LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222


Total Number of Records Printed    42
```

EPIQ BANKRUPTCY SOLUTIONS, LLC