UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re                                                                                      :         Chapter 11 Case No.
                                                                                              :
                                                                                              :         08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., et al.,      :
                                                                                              :
                              Debtors.                                         :
-------------------------------------------------------------------X

## PROOF OF SERVICE OF OPPOSITION TO TRUSTEE'S 403rd OMNIBUS OBJECTION

ANDREW R. GOLDENBERG, affirms as follows:

1. I am not a party to this action and I am over 18 years of age.

2. On April 23, 2013, a copy of the Opposition to the Trustee's 403rd Omnibus Objection (Doc. 36760) was filed with the Bankruptcy Court; along with the (Doc. 6082) was re-filed with the corrected filing and delivered via Regular Mail:

>Hon. James M. Peck, U.S.B.J.
>United States Bankruptcy Court
>Southern District of New York
>One Bowling Green
>Courtroom 601
>New York, NY 10004-1408
>
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153
>Attn: Robert J. Lemons, Esq., Mark Bernstein, Esq.
>
>Office of the United States Trustee for Region 2
>33 Whitehall Street, 21st Floor
>New York, NY 10004
>Attn: Tracy Hope-Davis, Esq., Susan Golden, Esq.
>Andrea B. Schwartz, Esq.

3. I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: New York, New York
April 23, 2013

                                                  STAMELL & SCHAGER, LLP

                                                          /s/
                                              Richard J. Schager, Jr.
                                              Andrew R. Goldenberg
                                              One Liberty Plaza, 35th Floor
                                              New York, New York  10006-1404
                                              Telephone: (212) 566-4047
                                              Facsimile:  (212) 566-4061
                                              schager@ssnyc.com
                                              rgoldenberg@ssnyc.com

                                              *Counsel to Claimant Wendy M. Uvino*