UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :
----------------------------------------------------------------x    Ref. Docket Nos. 36021, 36532,
                                                                     36533, 36537, 36541, 36542, 36556,
                                                                     36557, 36560, 36570, 36571

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
23rd day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 555854-01 in the above referenced case and in the amount of
       $850,000.00    allowed at $858,193.33        has been transferred **(unless previously expunged by court order)**

```
     ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
     TRANSFEROR: BANK HAPOALIM B.M.
     227 SUNSET AVENUE
     RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York,NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36533       in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 18, 2013.

# EXHIBIT B

```
TIME: 09:35:29                                          LEHMAN BROTHERS HOLDING INC.                                                         PAGE:    1
DATE: 04/18/13                                               CREDITOR LISTING

Name                                              Address
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK OF AMERICA, N.A.                             C/O SHEARMAN & STERLING LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022
BANK OF AMERICA, N.A.                             TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR
                                                  NEW YORK NY 10036
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS, INC.                JAIME MADELL PAUL WEISS RIFKIND WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: SILVER POINT CAPITAL FUND, LP JAXCA NOTIFICATIONS GLOBAL BUSINESS SERVICES 5022 GATE PARKWAY, SUITE 200
                                                  JACKSONVILLE FL 32256
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: STANDARD BANK PLC ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                  LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ILLIQUIDX LLP                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LIVERPOOL LIMITED PARTNERSHIP, THE                TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
QUANTUM PARTNERS LP                               TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
ROTH IRA FBO RICHARD FELS PERSHING LLC            TRANSFEROR: BANK HAPOALIM B.M. 227 SUNSET AVENUE RIDGEWOOD NJ 07450
AS CUSTODIAN
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     XIN YU DAVIS POLK & WARDWELL LLP ATTN: XIN YU 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     XIN YU DAVIS POLK & WARDWELL LLP ("DAVIS POLK") 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: BARCLAYS BANK PLC C/O SILVER POINT CAPITAL, LP ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER
                                                  TWO GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: CAPITAL BANK - GRAWE GRUPPE AG C/O SILVER POINT CAPITAL, LP; ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA, 1 ST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: CITADEL SECURITIES LLC C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: CREDIT SUISSE INTERNATIONAL C/O SILVERPOINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ 2 GREENWICH PLAZA 1ST FL
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SILVER POINT CAPITAL, L.P. ATTN: FREDERICK H. FOGEL 2 GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: J.P. MORGAN SECURITIES INC. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O SILVER POINT CAPITAL, LP ATTN: DAVID STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: UBS AG, LONDON BRANCH C/O SILVER POINT CAPITAL LP ATTN: DAVID F STEINMETZ TWO GREENWICH PLAZA 1ST FL GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                     TRANSFEROR: WALTER HEINZ RHOMBERG C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ TWO GREENWICH PLAZA, FIRST FLOOR
                                                  GREENWICH CT 06830

                                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 09:35:29                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:  2
DATE: 04/18/13                                           CREDITOR LISTING

Name                                        Address
SOLUS RECOVERY FUND OFFSHORE MASTER LP      TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SONTHEIM, MARIA ANNA                        TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA LAUFEN 97 DURACH  87471 GERMANY
STANDARD BANK PLC                           C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON  EC3N 2AA UNITED KINGDOM
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: DEKKER, ING P. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: ERVEN VAN TULLEMANS L.H. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: INCOR N.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: KOOMEN-METRKX, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: OPERIUM B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: R. EN. R. HOLDING B.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: STICHTING HUIZE BEUKEUSTEIN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION        TRANSFEROR: VAN BALLEGOOYEN, D.A. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS

Total Number of Records Printed       48
```

EPIQ BANKRUPTCY SOLUTIONS, LLC