UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
:
In re                                                   :   Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (JMP)
                                                        :   (Jointly Administered)
        Debtors.                                        :
                                                        :
--------------------------------------------------------------------x   Ref. Docket Nos. 36563-36565,
                                                            36580-36587, 36589, 36590, 36591,
                                                            36593

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 19, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
23rd day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC
     TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP
     ATTN: DANIEL MIRANDA
     745 SEVENTH AVENUE, 2ND FLOOR
     NEW YORK NY 10019
```

Please note that your claim # 5055829-31 in the above referenced case and in the amount of
     $0.00   allowed at $721,662.52          has been transferred **(unless previously expunged by court order)**

```
CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B
TRANSFEROR: BARCLAYS BANK PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
               UNITED STATES BANKRUPTCY COURT
               Southern District of New York
               One Bowling Green
               New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36563       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/19/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 19, 2013.

# EXHIBIT B

```
TIME: 11:29:39                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/19/13                                         CREDITOR LISTING

Name                                  Address
BARCLAYS BANK PLC                     BARCLAYS BANK PLC ATTN: ANTHONY VITTIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                     TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CYRUS HCE FUND, SPC - SEGREGATED      TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 PORTFOLIO A
CYRUS HCE FUND, SPC - SEGREGATED      TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 PORTFOLIO B
CYRUS HCE FUND, SPC - SEGREGATED      TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 PORTFOLIO C
ILLIQUIDX LLP                         TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON  EC4Y 1EL UNITED KINGDOM
J.P. MORGAN SECURITIES LLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN; JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE - FLOOR 37
                                      NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO 383 MADISON AVENUE-37TH FLOOR NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE - FLOOR 37
                                      NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE; NYI-MI38 383 MADISON AVENUE - FLOOR 37
                                      NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN; JEFFREY L. PANZO MAIL CODE: NYI-MI38 383 MADISON AVENUE - FLOOR 37
                                      NEW YORK NY 10179
J.P. MORGAN SECURITIES PLC            TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN; JEFFREY L. PANZO MAIL CODE: NYI-M138 383 MADISON AVENUE - FLOOR 37
                                      NEW YORK NY 10179
LIQUIDATION OPPORTUNITIES MASTER FUND LP  TRANSFEROR: ILLIQUIDX LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II, LP      TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II, LP      TRANSFEROR: GOLDMAN SACHS INTERNATIONAL 623 FIFTH AVENUE, 18TH FLOOR NEW YORK NY 10022
MOUNT KELLETT MASTER FUND II, LP      TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O MOUNT KELLETT CAPITAL MANAGEMENT LP 623 5TH AVENUE-FLOOR 18 NEW YORK NY 10022-9139

Total Number of Records Printed       16
```

EPIQ BANKRUPTCY SOLUTIONS, LLC