

PAUL R. LEPAGE
GOVERNOR

STATE OF MAINE
MAINE REVENUE SERVICES
24 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0024

ADMINISTRATIVE & FINANCIAL SERVICES

H. SAWIN MILLETT, JR.
COMMISSIONER

MAINE REVENUE SERVICES

JEROME D. GERARD
EXECUTIVE DIRECTOR

April 18, 2013

U.S. Bankruptcy Court
Attn: Vito Genna
One Bowling Green
New York, NY 10004

RE: Leeman Brothers Inc.
    Chapter 11
    Case No: 08-13555 (JMP)

Dear Mr. Genna:

Please withdraw Bureau of Revenue Services' proof of claim, dated February 3, 2013 in the amount of $6,107.61

Sincerely,

*Stanley Campbell*
Stanley D. Campbell, Deputy Director
Bureau of Revenue Services
Compliance Division

pc: Harvey R. Miller, Esquire
    Richard P. Krasnow, Esquire
    Lori R. Fife, Esquire
    Shai Y. Waisman, Esquire


RECEIVED APR 2 2 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Phone: (207)624-9595    TDD: (207)287-4477    Fax: (207)287-3618
www.compliance.tax@maine.gov



**STATE OF MAINE**
**MAINE REVENUE SERVICES**
**24 STATE HOUSE STATION**
**AUGUSTA, MAINE 04333-0024**

TEMP RETURN
SERVICE
REQUESTED



PRESORTED
FIRST CLASS

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK
APR 2 2 2013
RECEIVED

USMB
SDNY

UNITED STATES POSTAGE
PITNEY BOWES
02 1R        $ 00.36⁰
0002008313   APR 19 2013
MAILED FROM ZIP CODE 04330

U.S. Bankruptcy Court Clerk's Office
Attn: Vito Genna, Clerk of Court
One Bowling Green
New York, NY 10004-1408

**Maine Fastfile**
Electronic filing and payment services
www.maine.gov/revenue