# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

April 24, 2013

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY  10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
     **Forty-first Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the forty-first) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the April 24, 2013 omnibus hearing.

In the 41 days following the last prior report, Debtors served two additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 285. During the immediately past reporting period, Debtors achieved settlements with counterparties in eleven ADR matters, four as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,496,783,442 new dollars for the Debtors' estates. Settlements now have been achieved in 255 ADR matters involving 348 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
April 24, 2013
Page 2

To date, of the 104 ADR matters that have reached the mediation stage in Tier One and have been concluded, 99 have been settled in mediation. Only five Tier One mediations have terminated without settlement. Eight additional Tier One mediations have been scheduled to commence on the following dates: April 24 and 30; May 2, 8, 9, 14 and 30; and June 5, 2013.

Respectfully submitted,

*Peter Gruenberger (mp)*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc: Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)

US_ACTIVE:\44239695\1\58399.0011