JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :   Case No. 08-13555 (JMP)
                                                               :
                    Debtors.                                   :   (Jointly Administered)
                                                               :
---------------------------------------------------------------X

**CERTIFICATE OF NO OBJECTION UNDER
28 U.S.C. § 1746 REGARDING OMNIBUS CLAIMS
OBJECTION SCHEDULED FOR HEARING ON APRIL 25, 2013**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1.   Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), or LBHI as Plan Administrator under the Modified Third Amended Joint Chapter 11

NYI-4516110v1

Plan of LBHI and its Affiliated Debtors (the "Plan Administrator"), filed the following omnibus claim objection (the "Claims Objection") with the Court for hearing on or before April 25, 2013: Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) **[ECF Docket No. 35787]**.

        2.      In accordance with the Second Amended Case Management Order, the Debtors, or the Plan Administrator, as applicable, established deadlines (the "Response Deadlines") for the Claim Objection for parties to object or file responses. The Response Deadlines have been extended for certain creditors from time to time. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

        3.      The Response Deadlines have now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Debtors or the Plan Administrator by any of the holders of the claims included on Exhibit 1 to the Order attached hereto, which includes only the proofs of claim for which the Claims Objection will be granted. Responses to certain of the Claims Objections were filed on the docket, or served on the Debtors or the Plan Administrator, by holders of certain proofs of claim included on the Claims Objection. The hearing on the Claims Objection as to any proof of claim for which a response was either filed on the docket or received by the Debtors or the Plan Administrator, and which response has not been resolved, has been adjourned to a future date.

4. Accordingly, the Debtors and the Plan Administrator respectfully request that the proposed order granting the Claims Objection annexed hereto as <u>Exhibit A</u>, which, except for the inclusion of additional language to reference the inclusion of separate exhibits attached to the proposed orders for proofs of claim for which the Claims Objection is granted, adjourned or withdrawn, are unmodified since the filing of the Claims Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: April 24, 2013
      New York, New York

JONES DAY

/s/ Kelly A. Carrero
Kelly A. Carrero
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Lehman Brothers Holdings Inc.*

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                    :          Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al*.  :          08-13555 (JMP)
                                                         :
              Debtors.                                   :          (Jointly Administered)
------------------------------------------------------------------ x

## ORDER GRANTING
## FOUR HUNDREDTH OMNIBUS OBJECTION
## TO CLAIMS (NO LIABILITY EMPLOYEE CLAIMS)

Upon the four hundredth omnibus objection to claims, dated March 8, 2013 (the "Four Hundredth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Claims on the basis that LBHI is not liable for the employment-related compensation claims as more fully described in the Four Hundredth Omnibus Objection to Claims; and due and proper notice of the Four Hundredth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundredth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundredth Omnibus Objection to Claims.

NYI-4516145v1

set forth in the Four Hundredth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundredth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that each Claim listed on Exhibit 1 annexed hereto is disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim or portion of any claim listed on Exhibit A to the Four Hundredth Omnibus Objection to Claims that does not appear on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

NYI-4516145v1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 1 | BERYL, LOUIS B. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1374 | 12/18/2008 | $275,000.00 |
| 2 | COOPER, JAMSHED | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 343 | 10/22/2008 | $525,000.00 |
| 3 | ESTATE OF GERRY REILLY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3923 | 4/23/2009 | $2,100,000.00 |
| 4 | FEDOTOV, SERGEI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 11534 | 9/11/2009 | $40,000.00 |
| 5 | FRASE, JEFFREY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16221 | 9/18/2009 | $7,800,000.00 |
| 6 | GONG, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1568 | 1/2/2009 | $80,000.00 |
| 7 | HAJDUKIEWICZ, RICHARD S. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 4554 | 5/26/2009 | $1,600,000.00 |
| 8 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5903 | 7/22/2009 | $70,000.00 |
| 9 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5904 | 7/22/2009 | $70,000.00 |
| 10 | JONES, CATHERINE POLISI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30095 | 9/22/2009 | $125,000.00 |
| 11 | KARETSKAYA, NATASHA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1084 | 11/25/2008 | $25,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 12 | KATZ, ALLAN M. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1192 | 12/3/2008 | $250,000.00 |
| 13 | LEE, SOPHIA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 6859 | 7/31/2009 | $70,000.00 |
| 14 | LEVAR, MATTHEW | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12402 | 9/14/2009 | $753,076.87 |
| 15 | LI, ERIC | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7425 | 8/5/2009 | $225,000.00 |
| 16 | LIHUA, GAO | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7299 | 7/27/2009 | $100,000.00 |
| 17 | LOFFREDO, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2293 | 1/30/2009 | $450,000.00 |
| 18 | MAZZACANO, EDWARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30555 | 9/22/2009 | $425,000.00 |
| 19 | MILLER, BRUCE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 14360 | 9/16/2009 | $740,882.51 |
| 20 | NEAVE, JONATHAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2316 | 1/30/2009 | $600,000.00 |
| 21 | O'CONNOR, MATTHEW PATRICK | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 513 | 11/6/2008 | $125,000.00 |
| 22 | O'MALLEY, TODD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 10287 | 9/3/2009 | $525,000.00 |
| 23 | PIEPER, RICHARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12005 | 9/14/2009 | $782,179.10 |
| 24 | RIJHSINGHANI, AMIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 32313 | 9/22/2009 | $50,000.00 |

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 25 | ROSENFELD, BRIAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 23717 | 9/21/2009 | $210,000.00 |
| 26 | ROTHBORT, LONNIE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3107 | 2/27/2009 | $853,846.11 |
| 27 | SALAMÉ, ROY J. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16220 | 9/18/2009 | $5,800,000.00 |
| 28 | SCHECHNER, PAUL SHERIDAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 122 | 10/8/2008 | $4,861,538.48 |
| 29 | SHEE, ABHIJIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 9997 | 9/1/2009 | $17,000.00 |