WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR CLAIMS HEARING ON APRIL 25, 2013 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.**    **UNCONTESTED MATTERS:**

1.    Four Hundred Third Omnibus Objection to Claims (No Liability Claims) **[ECF No. 36007]**

Response Deadline:    April 15, 2013 at 4:00 p.m.

Adjourned Responses:

A.    Response of Barry J. O'Brien (Claim No. 32520) **[ECF No. 36386]**

B.    Response of Wendy M Uvino (Claim No. 4770) **[ECF No. 36760]**

Related Documents:

C.    Notices of Adjournment **[ECF Nos. 36675, 36775]**

Status:  This matter is going forward on an uncontested basis with respect to all claims identified on the Objection except the claims identified on the Notices of Adjournment [ECF Nos. 36675, 36775].

## II. **CONTESTED MATTERS:**

2. Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 34303]**

   Response Deadline:    March 14, 2013 at 4:00 p.m.

   Responses Received:

       A.    Creditor's Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 35026]**

       B.    Creditor's Amended Response to Plan Administrator's Omnibus Objection to Claims Filed by Deborah E. Focht **[ECF No. 36165]**

   Related Document:

       C.    Plan Administrator's Reply to Deborah Focht's Amended Response **[ECF No. 36737]**

   Status:  This matter is going forward on a contested basis.

## III. **ADJOURNED MATTERS:**

3. Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 14492]**

   Response Deadline:    March 16, 2011 at 4:00 p.m.

   Adjourned Response:

       A.    Response of Deutsche Bank National Trust Company **[ECF No. 17879]**

   Related Documents:

       B.    Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 14502]**

       C.    Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Claim Nos. 16353 and 16389 **[ECF No. 25371]**

2

        D.        Notice of Withdrawal of Debtors' Ninety-Seventh Omnibus Objection to Claims (Insufficient Documentation) Solely as to Certain Claims **[ECF No. 26901]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' Ninety-Seventh Omnibus Objection to* Claims filed on April 17, 2013 [ECF No. 36618] has been adjourned to June 13, 2013 at 10:00 a.m.

4.    Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims (Insufficient Documentation) **[ECF No. 16079]**

Response Deadline:    May 18, 2011 at 4:00 p.m.

Adjourned Response:

        A.        Response of Wilmington Trust Company **[ECF No. 17886]**

Related Document:

        B.        Declaration of Keri Reed in support of Debtors' Motion **[ECF No. 16080]**

Status:  The hearing on the objection to the claims identified on the *Notice of Adjournment of Hearing of Debtors' One Hundred Twenty-Fifth Omnibus Objection to Claims* filed on April 17, 2013 [ECF No. 36617] has been adjourned to June 13, 2013 at 10:00 a.m.

5.    Debtors' One Hundred Thirty-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 16865]**

Response Deadline:    June 15, 2011 at 4:00 p.m.

Status:  The hearing for Claim Nos. 12589 and 12590 has been adjourned to June 13, 2013 at 10:00 a.m.

6.    Debtors' Three Hundred Ninetieth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34044]**

Response Deadline: February 19, 2013 at 4:00 p.m.

Adjourned Response:

        A.        Response of Preferred Residential Securities 06-1 PLC (Claim Nos. 34224 and 34225)

Status:  This matter has been adjourned to June 13, 2013 at 10:00 a.m.

3

7. Debtors' Three Hundred Ninety-Fourth Omnibus Objection to Claims (Valued Derivative Claims) **[ECF No. 34728]**

   Response Deadline:   March 14, 2013 at 4:00 p.m.

   Adjourned Responses:

   A. Response of Golden State Tobacco Securitization **[ECF No. 35918]**

   B. Response of Tobacco Settlement Financing Corporation **[ECF No. 35919]**

   C. Response of Deutsche Bank National Trust Company **[ECF No. 36523]**

   Status:  The Response of Deutsche Bank National Trust Company has been adjourned to June 13, 2013 at 10:00 a.m. The Responses of Golden State Tobacco Securitization and Tobacco Settlement Financing Corporation were previously adjourned to June 27, 2013 at 10:00 a.m.

8. Three Hundred Ninety-Eighth Omnibus Objection to Claims (No Liability Derivatives Claims) **[ECF No. 34732]**

   Response Deadline:   March 18, 2013 at 4:00 p.m.

   Status:  This matter has been adjourned to June 13, 2013 at 10:00 a.m.

9. Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 35787]**

   Response Deadline:   April 15, 2013 at 4:00 p.m. with respect to Proof of Claim No. 510
   April 19, 2013 at 4:00 p.m. with respect to Proof of Claim Nos. 66365, 19678 and 22202

   Responses Received:

   A. Response to Motion of Julia Kaufman to Debtors 400th Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 36558]**

   B. Opposition Brief of Thomas P Blakeslee to Debtors Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) **[ECF No. 36654]**

4

      C.      Response to Debtor's Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) (Claim No. 10915) **[ECF No. 36773]**

Related Documents:

      D.      Notice of Presentment of Stipulation and Order Withdrawing Claim No. 22202 **[ECF No. 36588]**

      E.      Notice of Presentment of Stipulation and Order Withdrawing Claim Number 19678 **[ECF No. 36690]**

      F.      Notice of Adjournment of Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims **[ECF No. 36653]**

      G.      Amended Notice of Adjournment of Hearing of Four Hundredth Omnibus Objection to Claims (No Liability Employee Claims) Solely as to Certain Claims **[ECF No. 36783]**

Status:  This matter has been adjourned without date solely with respect to Proofs of Claim Nos. 510, 66365, 19678, 22202 and 10915.

10.    Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 36006]**

Response Deadline:    May 15, 2013 at 11:59 p.m.

Response Received:    None.

Related Documents:

      A.      Supplemental Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims**) [ECF No. 36569]**

      B.      Notice of Adjournment of the Four Hundred Second Omnibus Objection to Claims 32395 and 22671 (No Liability Derivatives Claims) **[ECF No. 36627]**

Status:  This matter has been adjourned to June 13, 2013 at 10:00 a.m.

11.    Debtors' Objection to Proof of Claim No. 66099 Filed by Syncora Guarantee, Inc. **[ECF No. 20087]**

Response Deadline:    October 17, 2011 at 4:00 p.m.

5

<u>Adjourned Response</u>:

A.   Response of Syncora Guarantee, Inc. **[ECF No. 20915]**

<u>Related Documents</u>:   None.

<u>Status</u>: The hearing on the objection to the claim identified above has been adjourned to June 13, 2013 at 10:00 a.m.

Dated:  April 24, 2013
New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates