**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 08-13555 (JPM)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :   Jointly Administered
                              Debtors.                         :
                                                               :
                                                               :
------------------------------------------------------------- x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer of claim, other than for security, referenced in this evidence and notice.

| | |
|---|---|
| CSCP II ACQUISITION LUXCO, SARL | Deutsche Bank AG, London Branch |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Case No.: 08-13555<br>Court Claim No.: See attached<br>Amount of Claim as Filed: See attached |
| CSCP II ACQUISITION LUXCO, SARL<br>Attn: Bank Debt Operations<br>375 Park Avenue, 13th Floor<br>New York, NY 10152<br>E-mail: tradeclaims@centerbridge.com | Date Claim Filed: See attached<br>Debtor: Lehman Brothers Holdings Inc.<br><br>Name and Address where notices to transferor should be sent: |
| *With Copies To:* | Deutsche Bank AG, London Branch<br>Attn: Simon Glennie, Michael Sutton |
| Andrews Kurth LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: David Hoyt<br>E-mail: dhoyt@andrewskurth.com | Winchester House, 1 Great Winchester Street<br>London, EC2N 2DB<br>E-mail: simon.glennie@db.com;<br>michael.sutton@db.com |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/24/2013
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:248134.1

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn:   Clerk

AND TO: Lehman Brothers Holdings Inc ("Debtor")
Case No. 08-13555 (JMP)(Jointly Administered)

Claim #: 17279

**DEUTSCHE BANK AG, LONDON BRANCH** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CSCP II ACQUISITION LUXCO, SARL**
*(administrative details attached)*

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $37,259.67 (being 30.40% of Claim# 17279) ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 22, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

Simon Glennie
Vice President

[illegible] Foote
[illegible] President

DB Ref: 12363Error! Unknown document property name.