B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

**PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Blackwell Partners LLC</u>                           <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                    Name of Transferor

Blackwell Partners LLC                                Court Claim # (if known): <u>28100</u>
C/O Magnetar Financial LLC                            Amount of Claim Transferred: <u>$1,448,000.00</u>
1603 Orrington Avenue, 13th Floor                     Date Claim Filed: <u>9/22/09</u>
Evanston, IL 60201                                    Debtor: <u>Lehman Brothers Holdings Inc.</u>
Primary Contact: Tarja Bentgarde
Phone: (847) 905-4684
Fax: (847) 905-5684
Email: Tarja.Bentgarde@Magnetar.com

With copy to

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn:  David Karp
Phone:  212-756-2175
Email:  david.karp@srz.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BLACKWELL PARTNERS LLC
By: Magnetar Financial LLC, its investment manager

By: _____*signature*_____         Date: __4/24/13__
   Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____         Date: _____
   Name of Transferor/Transferor's Agent

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BLACKWELL PARTNERS LLC
By: Magnetar Financial LLC, its investment manager

By: _____          Date: _____
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

                                **Michelle Latzoni**
                                **Authorized Signatory**

By: _____          Date: 4/24/13
    Name of Transferor/Transferor's Agent

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28100

**GOLDMAN SACHS LENDING PARTNERS LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BLACKWELL PARTNERS LLC**
C/O Magnetar Financial LLC
1603 Orrington Avenue, 13th Floor
Evanston, IL 60201
Primary Contact: Tarja Bentgarde
Phone: (847) 905-4684
Fax: (847) 905-5684
Email: Tarja.Bentgarde@Magnetar.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28100, solely to the extent of $1,448,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 24, 2013.

| BLACKWELL PARTNERS LLC | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| By: Magnetar Financial LLC, its investment manager | |
| By: _____ | By: _____ |
| Name: Anthony Cox | Name: |
| Title: CFO | Title: |

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28100

**GOLDMAN SACHS LENDING PARTNERS LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BLACKWELL PARTNERS LLC**
C/O Magnetar Financial LLC
1603 Orrington Avenue, 13th Floor
Evanston, IL 60201
Primary Contact: Tarja Bentgarde
Phone: (847) 905-4684
Fax: (847) 905-5684
Email: Tarja.Bentgarde@Magnetar.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28100, solely to the extent of $1,448,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 24, 2013.

BLACKWELL PARTNERS LLC
By: Magnetar Financial LLC, its investment manager

By: _____
    Name:
    Title:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Name:
    Title: Michelle Latzoni
           Authorized Signatory