# United States Bankruptcy Court
## Southern District of New York

In re:  Lehman Brothers Holdings Inc                    Case No.     08-13555 (JMP)

## PARTIAL  TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Yorvik Partners LLP** | **UBS AG** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>11 Ironmonger Lane<br>London EC2V 8EY<br>United Kingdom | Court Claim # (if known): 59233<br><br>Amount of Claim:  68,96551724%  (4000 of 5800 units filed under ISIN ANN5214A6810) (Nominal USD 400,000 of USD 580,000) which is 0,06408861173% ( USD 400,000 of USD 624,135,847.52) filed under claim number 59233. |
| e-mail:  b.rana@yorvikpartners.com | Date Claim Filed: 10/30/2009 |
| Tel :   +44 20 7796 5908 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date:  20  APRIL  2013
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Yorvik Partners LLP (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the 16 April, 2013 (the "Effective Date"), (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 59233 filed by Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

Redacted

or right to recei ... are, the
Bankruptcy Cod ... eller by
Purchaser for all ... respect
to the Transfern ... Rule of
Bankruptcy Pro ... wledges
and understands ... Seller
transferring to ... of the
Transferred Cla ... of the
Transferred Clai

Redacted

4. ... delivery
and performanc ... herein.
Purchaser shall ... Seller
hereby agrees t ... irectors,
employees, age ... s, costs,
expenses and li ... lt from
Seller's breach c

5. ... yments,
distributions or ... as to (a)
forward to Purc ... laims in
a timely manne ... be voted
separately, the ... be voted
separately, and ... urchaser
may from time ... curity to
such account, v ... riting to
Seller. This Ag ... rmation.
any other autor ... similar
transfer method

6. ... uted and
delivered, all s ... aken all
such other and ... ses, and
carry out the te ... perating
to ensure the ti

7. ... ected and
determined in a ... provision
that would requ ... it to the
jurisdiction of ... consents
to service of pr...

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of APRIL 2013.

UBS AG (Transferor)

By: ______________________
Name: Hugo Koller
Title: Director

By: ______________________
Name: Jean-Claude Besson
Title: Associate Director

Bahnhofstrasse 45
8001 Zurich, Switzerland

Notices to:
Attn: Hugo Koller, OQWC OSG
P.O. Box, 8098 Zurich, Switzerland

YORVIK PARTNERS LLP

By: ______________________
Name: SIMON MULLALY
Title: FOUNDING PARTNER

11 Ironmonger Lane
London EC2V 8EY

LOC0128 UBS0230OPPUNB YORVIK 36000 20130325
Page 4 / 5

Schedule 1

## Transferred Claim

**Purchased Claim**

3.000 units of ... 3.000 units of the 3.000 units of ISIN XS0521A6816, filed as part of the Claim number 56217.

**Lehman Program Securities to which Transfer Relates**

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|
| Structured Security | XS0521A6816 | Lehman Brothers Securities NV | Lehman Brothers Holdings Inc | 3.000 units at US$ 100 per unit | N/A | N/A | N/A | (1) |

(1) Portion to be determined by the Bankruptcy Administration

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**
**LEHMAN PROGRAM SECURITY**

TO:       THE DEBTOR AND THE BANKRUPTCY COURT

1.       For value received, the adequacy and sufficiency of which are hereby acknowledged, UBS AG ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Yorvik Partners LLP (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the 16 APRIL, 2013 (the "Effective Date"), (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Number 59233 filed by Seller (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.

Redacted



Redacted

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16 day of APRIL, 2013.

UBS AG ( Transferor)

By:
Name: Hugo Koller
Title: Director

By:
Name: Jean-Claude Besson
Title: Associate Director

Bahnhofstrasse 45
8011 Zurich, Switzerland

Notices to:
Attn: Hugo Koller OPO/COSEC
P.O. Box, 8098 Zurich, Switzerland

YORVIK PARTNERSHIP

By:
Name: ANDREW BOUNDY
Title: FOUNDING PARTNER

11 Ironmonger Lane
London EC2V 8EY

Schedule 1

Transferred Claim

Purchased Claim

...of the 8,883 units of ISIN ANN5214A0510, filed as part of the Claim number 59233.

Lehman Program Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) | Allowed Amount of Claim Transferred to Purchaser |
|---|---|---|---|---|---|---|---|---|
| Structured Security | ANN5214A0510 | Lehman Brothers Securities NV | Lehman Brothers Holdings, Inc | 400 units at US$ 100 per unit | N/A | N/A | N/A | (1) |

(1) Portion to be determined by the Bankruptcy Administration

| *United States Bankruptcy Court / Southern District Of New York* <br> Lehman Brothers Holdings Claims Processing Center <br> c/o Epiq Bankruptcy Solutions, LLC <br> FDR Station, P.O. Box 5076 <br> New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS** <br> ~~PROOF OF CLAIM~~ <br> Filed: USBC - Southern District of New York <br> Lehman Brothers Holdings Inc., Et Al. <br> 08-13555 (JMP)       0000059233 |
|---|---|

| In Re: <br> Lehman Brothers Holdings Inc., et al., <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) | |

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) <br><br> UBS AG <br> Bahnhofstr. 45 <br> 8001 Zurich <br> Switzerland <br><br> Notices to be sent to: <br><br> UBS AG <br> Attn.: Hugo Koller, OQ9C/O5GC <br> P.O. Box <br> 8098 Zurich <br> Switzerland <br><br> Telephone number: +41 44 235 37 36      Email Address: hugo.koller@ubs.com | ☒ Check this box to indicate that this claim amends a previously filed claim. <br><br> **Court Claim Number:** _____ <br> (*if known*) <br><br> Filed on:   October 28, 2009 <br><br> Amended claims are marked with "Additional" and/or "Amended" in the attached Schedule |
|---|---|
| Name and address where payment should be sent (if different from above) <br><br> UBS AG <br> Attn.: Hugo Koller, OQ9C/O5GC <br> P.O. Box <br> 8098 Zurich <br> Switzerland <br><br> Telephone number: +41 44 235 37 36      Email Address: hugo.koller@ubs.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ To be determined - See attached Appendix and Schedule.**

☒      Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):  See attached Appendix and Schedule.**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached Appendix and Schedule.**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
**See attached Appendix and Schedule.**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** <br><br> **FILED / RECEIVED** <br><br> OCT 3 0 2009 |
|---|---|

| | | |
|---|---|---|
| *United States Bankruptcy Court / Southern District Of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY  10150-5076 | | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
| Date.<br>29 October 2009 | Signature:  The person filing this claim must sign it.  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any.<br><br>Hugo Koller, Director<br><br><br>Jean-Claude Besson, Associate Director | |
| *Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571 | | |

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS          INFORMATION

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.
**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.
**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY  10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.
**Claims to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Appendix

This amended Proof of Claim (this "**Claim**") is filed by UBS AG, Bahnhofstr. 45, 8001 Zurich, Switzerland ("**Claimant**") against Lehman Brothers Holdings Inc. ("**Debtor**").

This Claim amends the Proof of Claim in an amount To Be Determined filed by Claimant on or about October 28, 2009.

This Claim is based on Debtor's issuance or guarantee, as applicable, of the securities listed on the attached <u>Schedule</u>.

The precise amount of this Claim cannot be determined at this time, as it may depend on factors outside Claimant's knowledge and beyond Claimant's control. Accordingly, the amount of this Claim is to be determined, but includes principal, accrued interest, any enhanced returns on principal, and expenses, to the extent permitted by the governing documents and applicable law.

Because these securities are Lehman Program Securities, as defined in the Court's July 2, 2009 order, Claimant is not required to complete a Guarantee Questionnaire or to provide any information other that that provided herein in support of this Claim.

## Reservation of Rights

This Claim is filed under the compulsion of the bar date established in these chapter 11 proceedings and is filed to protect Claimant from forfeiture of claims by reason of said bar date. Claimant reserves its right to amend and/or supplement this Claim for the purposes and to the extent permitted by applicable law.

Claimant reserves all of its rights and defenses, whether under title 11 of the United States Code or other applicable law, as to any claims that may be asserted against Claimant by Debtor, including, without limitation, any rights of setoff and/or recoupment not expressly asserted above. Claimant further reserves all of its rights as against the other debtors in these chapter 11 proceedings.

Claimant further reserves all rights accruing to it, and the filing of this Claim is not and shall not be deemed or construed as (i) a waiver, release, or limitation of Claimant's rights against any person, entity, or property (including, without limitation, Debtor or any other person or entity that is or may become a debtor in a case pending in this Court); (ii) a consent by Claimant to the jurisdiction or venue of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (iii) a waiver, release, or limitation of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the U.S. Constitution; (iv) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (v) a waiver, release, or limitation of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a U.S. District Court Judge; (vi) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; (vii) an election of remedies; or (viii) a consent to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c).

**Schedule**

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| ANN521331184 | Units | 62 | CA64761 | CBL13463 |
| ANN521331267 | Units | 251 | CA64762 | CBL13463 |
| ANN521331424 | Units | 40 | CA64725 | CBL13463 |
| ANN521331754 | Units | 82 | CA64726 | CBL13463 |
| ANN521332174 | Units | 550 | CA64712 | CBL13463 |
| ANN521334238 | Units | 1'350 | CA64715 | CBL13463 |
| ANN521334980 | Units | 150 | CA90530 | CBL73520 |
| ANN521337611 | Units | 7 | CA64711 | CBL13463 |
| ANN521338114 | Units | 20 | CA64713 | CBL13463 |
| ANN521338783 | Units | 76 | CA64714 | CBL13463 |
| ANN5214A1035 | Units | 162 | CA64716 | CBL13463 |
| ANN5214A4757 | Units | 40 | CA64717 | CBL13463 |
| ANN5214A6166 | Units | 11 | CA64719 | CBL13463 |
| ANN5214A6406 | Units | 323 | CA64721 | CBL13463 |
| ANN5214A6737 | Units | 1'000 | CA64720 | CBL13463 |
| ANN5214A6810 | Units | 5'800 | CA64727 | CBL13463 |
| ANN5214A8303 | Units | 455 | CA64723 | CBL13463 |
| ANN5214A8899 | Units | 51 | CA64718 | CBL13463 |
| ANN5214R1481 | Units | 10 | CA64724 | CBL13463 |
| ANN5214R2547 | Units | 65 | CA64728 | CBL13463 |
| ANN5214R3388 | Units | 385 | CA64722 | CBL13463 |
| ANN5214R3792 | Units | 513 | CA64730 | CBL13463 |
| ANN5214R4030 | Units | 100 | CA64729 | CBL13463 |
| ANN5214R5029 | Units | 900 | CA64732 | CBL13463 |
| ANN5214R7678 | Units | 500 | CA64737 | CBL13463 |
| ANN5214R8254 | Units | 100 | CA64757 | CBL13463 |
| ANN5214T3428 | Units | 150 | CA64733 | CBL13463 |
| ANN5214T4335 | Units | 25'000 | CA64735 | CBL13463 |
| CH0026915527 | CHF | 380'000 | CH100025SPETRANS-1 | SIXSIS20001513 |
| CH0026985082 | CHF | 5'460'000 | CH100025SPETRANS-63 | SIXSIS20001513 |
| CH0027120606 | CHF | 407'000 | CH100025SPETRANS-2 | SIXSIS20001513 |
| CH0027120614 | Units | 10 | CH100025SPETRANS-3 | SIXSIS20001513 |
| CH0027120622 | USD | 3'236'000 | CH100025SPETRANS-4 | SIXSIS20001513 |
| CH0027120655 | CHF | 440'000 | CH100025SPETRANS-5 | SIXSIS20001513 |
| CH0027120663 | CHF | 74'000 | CA64734 | CBL13463 |
| CH0027120663 | CHF | 1'589'000 | CH100025SPETRANS-6 | SIXSIS20001513 |
| CH0027120671 | CHF | 155'000 | CH100025SPETRANS-7 | SIXSIS20001513 |
| CH0027120689 | EUR | 207'000 | CH100025SPETRANS-8 | SIXSIS20001513 |
| CH0027120697 | EUR | 72'000 | CH100025SPETRANS-9 | SIXSIS20001513 |
| CH0027120705 | USD | 102'000 | CA64744 | CBL13463 |
| CH0027120705 | USD | 498'000 | CH100025SPETRANS-10 | SIXSIS20001513 |
| CH0027120713 | USD | 7'000 | CH100025SPETRANS-11 | SIXSIS20001513 |
| CH0027120747 | EUR | 74'000 | CH100025SPETRANS-12 | SIXSIS20001513 |
| CH0027120754 | EUR | 43'000 | CH100025SPETRANS-13 | SIXSIS20001513 |
| CH0027120770 | Units | 16'861 | CH100025SPETRANS-14 | SIXSIS20001513 |
| CH0027120796 | CHF | 50'000 | CH100025SPETRANS-15 | SIXSIS20001513 |

---

[1] For securities denominated in currency other than U.S. dollars, the amount of the claim, once determined, will be converted to U.S. dollars at the applicable exchange rate.

| ISIN NUMBER | FACE AMOUNT[i]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| CH0027120812 | CHF | 1'170'000 | CA64739 | CBL13463 | |
| CH0027120812 | CHF | 35'000 | CH100025SPETRANS-16 | SIXSIS20001513 | |
| CH0027120820 | EUR | 147'000 | CA64740 | CBL13463 | |
| CH0027120820 | EUR | 80'000 | CH100025SPETRANS-17 | SIXSIS20001513 | |
| CH0027120838 | CHF | 21'000 | CH100025SPETRANS-18 | SIXSIS20001513 | |
| CH0027120846 | EUR | 25'000 | CH100025SPETRANS-19 | SIXSIS20001513 | |
| CH0027120853 | Units | 3 | CH100025SPETRANS-20 | SIXSIS20001513 | |
| CH0027120861 | CHF | 4'871'000 | CH100025SPETRANS-21 | SIXSIS20001513 | |
| CH0027120879 | EUR | 3'306'000 | CH100025SPETRANS-22 | SIXSIS20001513 | |
| CH0027120887 | CHF | 175'000 | CH100025SPETRANS-23 | SIXSIS20001513 | |
| CH0027120903 | EUR | 11'470'000 | CH100025SPETRANS-24 | SIXSIS20001513 | |
| CH0027120978 | EUR | 140'000 | CH100025SPETRANS-25 | SIXSIS20001513 | |
| CH0027120986 | CHF | 235'000 | CH100025SPETRANS-26 | SIXSIS20001513 | |
| CH0027120994 | EUR | 355'000 | CH100025SPETRANS-27 | SIXSIS20001513 | |
| CH0027121000 | EUR | 1'541'000 | CH100025SPETRANS-28 | SIXSIS20001513 | |
| CH0027121034 | CHF | 325'000 | CH100025SPETRANS-29 | SIXSIS20001513 | |
| CH0029197156 | CHF | 465'000 | CH100025SPETRANS-30 | SIXSIS20001513 | Amended |
| CH0034774536 | CHF | 16'000 | 719614392708909 | SIXSIS20001513 | |
| CH0034774536 | CHF | 2'196'000 | CH100025SPETRANS-31 | SIXSIS20001513 | |
| CH0034783636 | CHF | 75'000 | CH100025SPETRANS-32 | SIXSIS20001513 | |
| CH0034783644 | CHF | 192'000 | CH100025SPETRANS-33 | SIXSIS20001513 | |
| CH0034783651 | EUR | 23'000 | CH100025SPETRANS-34 | SIXSIS20001513 | |
| CH0034783669 | EUR | 108'000 | CH100025SPETRANS-35 | SIXSIS20001513 | |
| CH0034783685 | USD | 91'000 | CH100025SPETRANS-36 | SIXSIS20001513 | |
| CH0034783693 | EUR | 105'000 | CH100025SPETRANS-37 | SIXSIS20001513 | |
| CH0036891080 | CHF | 80'000 | CH100025SPETRANS-38 | SIXSIS20001513 | |
| CH0036891148 | CHF | 325'000 | CH100025SPETRANS-39 | SIXSIS20001513 | |
| CH0036891189 | CHF | 25'000 | CH100025SPETRANS-40 | SIXSIS20001513 | |
| CH0036891197 | EUR | 20'000 | CH100025SPETRANS-41 | SIXSIS20001513 | |
| CH0036891221 | EUR | 1'000'000 | CH100025SPETRANS-42 | SIXSIS20001513 | |
| CH0036891239 | CHF | 1'883'000 | CH100025SPETRANS-43 | SIXSIS20001513 | |
| CH0036891247 | EUR | 85'000 | CH100025SPETRANS-44 | SIXSIS20001513 | |
| CH0036891254 | EUR | 3'755'000 | CH100025SPETRANS-45 | SIXSIS20001513 | |
| CH0036891262 | CHF | 35'000 | CH100025SPETRANS-46 | SIXSIS20001513 | |
| CH0036891379 | CHF | 15'000 | CH100025SPETRANS-47 | SIXSIS20001513 | |
| CH0036891387 | CHF | 20'000 | CH100025SPETRANS-48 | SIXSIS20001513 | |
| CH0036891395 | EUR | 4'817'000 | CH100025SPETRANS-49 | SIXSIS20001513 | |
| CH0036891403 | CHF | 1'414'000 | CH100025SPETRANS-50 | SIXSIS20001513 | |
| CH0036891411 | CHF | 3'664'000 | CH100025SPETRANS-51 | SIXSIS20001513 | |
| CH0039308652 | CHF | 7'674'000 | CH100025SPETRANS-52 | SIXSIS20001513 | |
| CH0039308660 | CHF | 20'000 | CH100025SPETRANS-53 | SIXSIS20001513 | |
| CH0039308678 | USD | 75'000 | CH100025SPETRANS-54 | SIXSIS20001513 | |
| CH0039308686 | USD | 20'170'000 | CH100025SPETRANS-55 | SIXSIS20001513 | |
| CH0039308694 | USD | 4'181'000 | CH100025SPETRANS-56 | SIXSIS20001513 | |
| CH0043088605 | USD | 10'000 | CH100025SPETRANS-57 | SIXSIS20001513 | |
| CH0043088613 | EUR | 5'000 | CH100025SPETRANS-58 | SIXSIS20001513 | |
| CH0043088621 | CHF | 180'000 | CH100025SPETRANS-59 | SIXSIS20001513 | |
| CH0043088639 | CHF | 15'000 | CH100025SPETRANS-60 | SIXSIS20001513 | |
| CH0043088647 | EUR | 35'000 | CH100025SPETRANS-61 | SIXSIS20001513 | |
| CH0043088654 | USD | 21'000 | CH100025SPETRANS-62 | SIXSIS20001513 | |
| DE000A0LJV62 | Units | 10 | CA28482 | SIXSIS20001597 | |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| DE000A0MHVV0 | Units | 170 | CA28469 | SIXSIS20001597 |
| DE000A0MJHE1 | Units | 15 | CA64741 | CBL13463 |
| DE000A0MJHE1 | Units | 242 | CA28470 | SIXSIS20001597 |
| DE000A0NLYL5 | Units | 49 | CA43764 | SIXSIS20001597 |
| DE000A0NMJ46 | Units | 103 | CA29101 | SIXSIS20001597 |
| DE000A0NMJ46 | Units | 20 | CA28472 | SIXSIS20001597 |
| DE000A0NPV47 | Units | 67 | CA64738 | CBL13463 |
| DE000A0S5NN9 | Units | 20 | CA43766 | SIXSIS20001597 |
| DE000A0TLL96 | EUR | 20'000 | CA34878 | SIXSIS20001597 |
| DE000A0TQG23 | EUR | 100'000 | CA64736 | CBL13463 |
| XS0128857413 | EUR | 2'264'000 | CA64746 | CBL13463 |
| XS0162289663 | EUR | 50'000 | CA64742 | CBL13463 |
| XS0163559841 | EUR | 75'000 | CA64745 | CBL13463 |
| XS0169028700 | Units | 6 | CA64743 | CBL13463 |
| XS0176153350 | EUR | 773'000 | CA64749 | CBL13463 |
| XS0178969209 | EUR | 145'000 | CA64748 | CBL13463 |
| XS0179304869 | EUR | 1'111'000 | CA64747 | CBL13463 |
| XS0181945972 | EUR | 635'000 | CA64750 | CBL13463 |
| XS0183944643 | EUR | 3'097'000 | CA64751 | CBL13463 |
| XS0183944643 | EUR | 30'000 | CA90715 | CBL73526 |
| XS0185655445 | EUR | 85'000 | CA64753 | CBL13463 |
| XS0186243118 | CHF | 1'530'000 | CA64755 | CBL13463 |
| XS0186883798 | USD | 206'000 | CA64752 | CBL13463 |
| XS0187966949 | USD | 110'000 | CA64760 | CBL13463 |
| XS0187967160 | CHF | 1'053'000 | CA64758 | CBL13463 |
| XS0189294225 | EUR | 510'000 | CA64756 | CBL13463 |
| XS0189741001 | EUR | 9'549'000 | CA64731 | CBL13463 |
| XS0189741001 | EUR | 75'000 | CA90533 | CBL73520 |
| XS0189741001 | EUR | 11'000 | CA34066 | SIXSIS20001597 |
| XS0189741001 | EUR | 4'000 | CA34065 | SIXSIS20001597 |
| XS0192355302 | Units | 570 | CA64759 | CBL13463 |
| XS0192518370 | USD | 56'000 | CA64754 | CBL13463 |
| XS0193035358 | EUR | 2'331'000 | CA94912 | CBL13463 |
| XS0195431613 | EUR | 220'000 | CA94920 | CBL13463 |
| XS0198737735 | USD | 400'000 | CA94922 | CBL13463 |
| XS0199536029 | EUR | 20'000 | CA94913 | CBL13463 |
| XS0200265709 | CHF | 1'625'000 | CA94923 | CBL13463 |
| XS0200284247 | EUR | 888'000 | CA94914 | CBL13463 |
| XS0202417050 | EUR | 75'000 | CA94915 | CBL13463 |
| XS0203783526 | USD | 200'000 | CA94918 | CBL13463 |
| XS0203783526 | USD | 150'000 | CA90711 | CBL73526 |
| XS0204933997 | USD | 228'000 | CA94921 | CBL13463 |
| XS0204933997 | USD | 125'000 | CA43637 | CBL13463 |
| XS0204933997 | USD | 100'000 | CA90535 | CBL73520 |
| XS0205185456 | EUR | 795'000 | CA94917 | CBL13463 |
| XS0208459023 | EUR | 630'000 | CA94916 | CBL13463 |
| XS0209026805 | EUR | 15'000 | CA94919 | CBL13463 |
| XS0209198927 | USD | 705'000 | CA67960 | CBL13463 |
| XS0210414750 | GBP | 4'910'000 | CA67963 | CBL13463 |
| XS0210414750 | GBP | 350'000 | CA01735 | CBL13463 |
| XS0210414750 | GBP | 1'510'000 | CA90534 | CBL73520 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0210414750 | GBP | 100'000 | CA90887 | CBL73527 |
| XS0210433206 | EUR | 647'000 | CA67970 | CBL13463 |
| XS0210782552 | EUR | 407'000 | CA67962 | CBL13463 |
| XS0211093041 | EUR | 440'000 | CA67961 | CBL13463 |
| XS0211814123 | EUR | 1'060'000 | CA67965 | CBL13463 |
| XS0212915523 | EUR | 80'000 | CA67972 | CBL13463 |
| XS0213416141 | EUR | 305'000 | CA67971 | CBL13463 |
| XS0213416141 | EUR | 300'000 | CA90717 | CBL73526 |
| XS0213519464 | EUR | 252'000 | CA67964 | CBL13463 |
| XS0213899510 | EUR | 1'947'000 | CA67975 | CBL13463 |
| XS0213971210 | EUR | 155'000 | CA67969 | CBL13463 |
| XS0214408840 | EUR | 195'000 | CA67968 | CBL13463 |
| XS0215349357 | EUR | 2'948'000 | CA67973 | CBL13463 |
| XS0216591692 | USD | 85'000 | CA67967 | CBL13463 |
| XS0218304458 | EUR | 165'000 | CA67980 | CBL13463 |
| XS0220152069 | EUR | 680'000 | CA67979 | CBL13463 |
| XS0220704109 | EUR | 50'000 | CA67974 | CBL13463 |
| XS0220791585 | EUR | 5'820'000 | CA67977 | CBL13463 |
| XS0222698283 | EUR | 770'000 | CA67984 | CBL13463 |
| XS0223590612 | CHF | 74'000 | CA67982 | CBL13463 |
| XS0224346592 | EUR | 3'240'000 | CA67981 | CBL13463 |
| XS0224346592 | EUR | 250'000 | CA90531 | CBL73520 |
| XS0225326858 | CHF | 50'000 | CA67983 | CBL13463 |
| XS0225841898 | EUR | 1'565'000 | CA67978 | CBL13463 |
| XS0226380334 | CHF | 260'000 | CA67989 | CBL13463 |
| XS0228149075 | EUR | 241'000 | CA67985 | CBL13463 |
| XS0228154158 | CHF | 20'000 | CA67986 | CBL13463 |
| XS0228314885 | JPY | 40'880'000 | CA67990 | CBL13463 |
| XS0229269856 | EUR | 5'204'000 | CA67995 | CBL13463 |
| XS0229269856 | EUR | 265'000 | CA90728 | CBL73526 |
| XS0229269856 | EUR | 150'000 | CA45670 | CBL13463 |
| XS0229584296 | EUR | 1'228'000 | CA76353 | CBL13463 |
| XS0229584296 | EUR | 10'000 | CA28471 | SIXSIS20001597 |
| XS0231181222 | EUR | 10'000 | CA67987 | CBL13463 |
| XS0232035534 | CHF | 5'365'000 | CA67992 | CBL13463 |
| XS0232035880 | EUR | 3'958'000 | CA67994 | CBL13463 |
| XS0232035880 | EUR | 59'000 | CA90713 | CBL73526 |
| XS0232037159 | USD | 2'993'000 | CA67993 | CBL13463 |
| XS0232364868 | EUR | 1'532'000 | CA67996 | CBL13463 |
| XS0234123650 | CHF | 240'000 | CA68002 | CBL13463 |
| XS0234582178 | USD | 500'000 | CA69190 | CBL13463 |
| XS0234632700 | Units | 50 | CA69192 | CBL13463 |
| XS0234972981 | Units | 59'472 | CA69199 | CBL13463 |
| XS0236535679 | EUR | 60'000 | CA69193 | CBL13463 |
| XS0237709208 | EUR | 100'000 | CA69191 | CBL13463 |
| XS0238679079 | Units | 7'584 | CA69200 | CBL13463 |
| XS0238681307 | Units | 49'702 | CA69189 | CBL13463 |
| XS0241762748 | USD | 2'000'000 | CA69198 | CBL13463 |
| XS0242136413 | CHF | 100'000 | CA69204 | CBL13463 |
| XS0246504210 | EUR | 800'000 | CA69194 | CBL13463 |
| XS0247274599 | Units | 228 | CA69201 | CBL13463 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0248142894 | EUR | 5'087'000 | CA69207 | CBL13463 |
| XS0248620899 | CHF | 70'000 | CA69203 | CBL13463 |
| XS0250113841 | Units | 231 | CA69206 | CBL13463 |
| XS0251155205 | USD | 160'000 | CA69208 | CBL13463 |
| XS0251658885 | EUR | 3'000'000 | CA69195 | CBL13463 |
| XS0251909478 | Units | 15'697 | CA69205 | CBL13463 |
| XS0251909635 | Units | 48'035 | CA69196 | CBL13463 |
| XS0252834576 | EUR | 3'100'000 | CA69197 | CBL13463 |
| XS0252834576 | EUR | 300'000 | CA90712 | CBL73526 |
| XS0252834576 | EUR | 250'000 | CA90890 | CBL73527 |
| XS0252835110 | EUR | 5'920'000 | CA01705 | CBL13463 |
| XS0252835110 | EUR | 250'000 | CA25638 | CBL13463 |
| XS0253852254 | Units | 22 | CA69211 | CBL13463 |
| XS0254171191 | EUR | 5'450'000 | CA68001 | CBL13463 |
| XS0254628661 | EUR | 55'000 | CA69209 | CBL13463 |
| XS0255599598 | EUR | 2'830'000 | CA69213 | CBL13463 |
| XS0256368308 | USD | 100'000 | CA90716 | CBL73526 |
| XS0256934000 | EUR | 2'391'000 | CA69210 | CBL13463 |
| XS0257101856 | Units | 79 | CA69214 | CBL13463 |
| XS0258396927 | CHF | 105'000 | CA69216 | CBL13463 |
| XS0258947745 | Units | 80 | CA69220 | CBL13463 |
| XS0259811114 | EUR | 1'000'000 | CA69217 | CBL13463 |
| XS0260445530 | Units | 170 | CA69215 | CBL13463 |
| XS0261032238 | Units | 58'342 | CA69212 | CBL13463 |
| XS0262353831 | EUR | 105'000 | CA69218 | CBL13463 |
| XS0263715467 | EUR | 75'000 | CA69219 | CBL13463 |
| XS0264674549 | GBP | 250'000 | CA74438 | CBL13463 |
| XS0264966671 | USD | 58'000 | CA74437 | CBL13463 |
| XS0265627751 | Units | 143'028 | CA74439 | CBL13463 |
| XS0266486025 | USD | 25'000 | CA74440 | CBL13463 |
| XS0267059755 | EUR | 66'000 | CA74446 | CBL13463 |
| XS0267365442 | Units | 20 | CA74442 | CBL13463 |
| XS0267460359 | EUR | 1'160'000 | CA74443 | CBL13463 |
| XS0268043709 | EUR | 226'000 | CA74453 | CBL13463 |
| XS0268648952 | EUR | 15'550'000 | CA74447 | CBL13463 |
| XS0268648952 | EUR | 400'000 | CA90719 | CBL73526 |
| XS0268992145 | USD | 5'000 | CA74441 | CBL13463 |
| XS0269969027 | EUR | 30'000 | CA74444 | CBL13463 |
| XS0270174013 | USD | 2'615'000 | CA74455 | CBL13463 |
| XS0270987547 | EUR | 172'000 | CA74454 | CBL13463 |
| XS0271141565 | GBP | 50'000 | CA74445 | CBL13463 |
| XS0271201484 | Units | 274 | CA74449 | CBL13463 |
| XS0271522442 | JPY | 110'000'000 | CA90720 | CBL73526 |
| XS0271522442 | JPY | 225'000'000 | CA90889 | CBL73527 |
| XS0272486753 | EUR | 46'000 | CA74450 | CBL13463 |
| XS0272543900 | EUR | 500'000 | CA74451 | CBL13463 |
| XS0273043629 | EUR | 78'000 | CA74448 | CBL13463 |
| XS0274445120 | CHF | 20'000 | CA74456 | CBL13463 |
| XS0275726007 | USD | 900'000 | CA90722 | CBL73526 |
| XS0275726007 | USD | 300'000 | CA90888 | CBL73527 |
| XS0275924578 | USD | 100'000 | CA90725 | CBL73526 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---:|---|---|
| XS0275924578 | USD | 1'250'000 | CA90892 | CBL73527 |
| XS0275925112 | USD | 1'800'000 | CA90724 | CBL73526 |
| XS0275925112 | USD | 250'000 | CA90891 | CBL73527 |
| XS0276149738 | USD | 800'000 | CA90893 | CBL73527 |
| XS0276272936 | EUR | 4'000'000 | CA74459 | CBL13463 |
| XS0276439493 | EUR | 500'000 | CA74452 | CBL13463 |
| XS0276441044 | EUR | 6'000 | CA74458 | CBL13463 |
| XS0276598538 | USD | 750'000 | CA90718 | CBL73526 |
| XS0276598538 | USD | 650'000 | CA90894 | CBL73527 |
| XS0276599346 | USD | 350'000 | CA74462 | CBL13463 |
| XS0276599346 | USD | 1'600'000 | CA90727 | CBL73526 |
| XS0276599346 | USD | 1'300'000 | CA90898 | CBL73527 |
| XS0276600292 | USD | 2'350'000 | CA90723 | CBL73526 |
| XS0276600292 | USD | 1'150'000 | CA90897 | CBL73527 |
| XS0276619805 | EUR | 209'000 | CA74460 | CBL13463 |
| XS0277185152 | EUR | 7'000'000 | CA74461 | CBL13463 |
| XS0279424310 | Units | 84'755 | CA74457 | CBL13463 |
| XS0280903740 | JPY | 120'000'000 | CA90721 | CBL73526 |
| XS0281520352 | EUR | 30'000 | CA74464 | CBL13463 |
| XS0282579290 | JPY | 100'000'000 | CA90726 | CBL73526 |
| XS0282764199 | USD | 1'000'000 | CA90634 | CBL73526 |
| XS0282937985 | EUR | 900'000 | CA74465 | CBL13463 |
| XS0282978666 | Units | 2'585'000 | CA74515 | CBL13463 |
| XS0282978666 | Units | 110'000 | CA90631 | CBL73526 |
| XS0283497005 | EUR | 25'000 | CA74463 | CBL13463 |
| XS0285759121 | EUR | 300'000 | CA90635 | CBL73526 |
| XS0285759121 | EUR | 800'000 | CA90895 | CBL73527 |
| XS0285922133 | EUR | 33'000 | CA74516 | CBL13463 |
| XS0286242390 | USD | 600'000 | CA90636 | CBL73526 |
| XS0286242390 | USD | 300'000 | CA90896 | CBL73527 |
| XS0286900708 | CHF | 50'000 | CA15684 | CBL13463 |
| XS0287044969 | EUR | 14'600'000 | CA76352 | CBL13463 |
| XS0287563646 | Units | 1'152'000 | CA74517 | CBL13463 |
| XS0287567043 | USD | 2'000'000 | CA74513 | CBL13463 |
| XS0288356123 | EUR | 2'270'000 | CA74683 | CBL13463 |
| XS0288569972 | USD | 400'000 | CA90668 | CBL73526 |
| XS0288579260 | EUR | 5'500'000 | CA74689 | CBL13463 |
| XS0288704264 | USD | 100'000 | CA90633 | CBL73526 |
| XS0288760761 | EUR | 800'000 | CA90632 | CBL73526 |
| XS0288760761 | EUR | 200'000 | CA90901 | CBL73527 |
| XS0289717968 | EUR | 720'000 | CA74685 | CBL13463 |
| XS0290294742 | Units | 150 | CA74682 | CBL13463 |
| XS0290694925 | USD | 1'700'000 | CA90670 | CBL73526 |
| XS0290694925 | USD | 100'000 | CA90899 | CBL73527 |
| XS0290837383 | CHF | 100'000 | CA74684 | CBL13463 |
| XS0291251808 | JPY | 60'000'000 | CA90666 | CBL73526 |
| XS0291251808 | JPY | 50'000'000 | CA90910 | CBL73527 |
| XS0292337309 | USD | 1'200'000 | CA90637 | CBL73526 |
| XS0292337309 | USD | 200'000 | CA90900 | CBL73527 |
| XS0293572425 | EUR | 20'000 | CA74691 | CBL13463 |
| XS0293964002 | USD | 5'000'000 | CA74690 | CBL13463 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0294585889 | CHF | 30'000 | CA74699 | CBL13463 |
| XS0294695043 | USD | 550'000 | CA74688 | CBL13463 |
| XS0294745673 | EUR | 880'000 | CA74686 | CBL13463 |
| XS0295664535 | Units | 47 | CA74687 | CBL13463 |
| XS0295698947 | EUR | 3'543'000 | CA74692 | CBL13463 |
| XS0298614552 | EUR | 20'000 | CA74700 | CBL13463 |
| XS0299086644 | USD | 400'000 | CA90902 | CBL73527 |
| XS0299141332 | GBP | 300'000 | CA74697 | CBL13463 |
| XS0299386101 | CHF | 6'480'000 | CA74695 | CBL13463 |
| XS0299411222 | EUR | 200'000 | CA90638 | CBL73526 |
| XS0299411222 | EUR | 800'000 | CA90906 | CBL73527 |
| XS0299624568 | SEK | 2'120'000 | CA74696 | CBL13463 |
| XS0299641224 | SEK | 180'000 | CA74694 | CBL13463 |
| XS0299929595 | USD | 100'000 | CA90532 | CBL73520 |
| XS0300055547 | EUR | 500'000 | CA74704 | CBL13463 |
| XS0300339578 | EUR | 900'000 | CA90676 | CBL73526 |
| XS0300339578 | EUR | 100'000 | CA90904 | CBL73527 |
| XS0300658597 | CHF | 673'000 | CA74706 | CBL13463 |
| XS0301473327 | SEK | 75'000 | CA74703 | CBL13463 |
| XS0301522396 | EUR | 245'000 | CA74707 | CBL13463 |
| XS0301522719 | EUR | 80'000 | CA74701 | CBL13463 |
| XS0301813522 | USD | 8'644'000 | CA74709 | CBL13463 |
| XS0301813522 | USD | 600'000 | CA90538 | CBL73520 |
| XS0301813522 | USD | 12'836'000 | CA90671 | CBL73526 |
| XS0301813522 | USD | 4'883'000 | CA90905 | CBL73527 |
| XS0301886247 | USD | 850'000 | CA34882 | CBL73526 |
| XS0301886247 | USD | 100'000 | CA34887 | CBL73527 |
| XS0301958178 | USD | 1'100'000 | CA90677 | CBL73526 |
| XS0301958178 | USD | 100'000 | CA90903 | CBL73527 |
| XS0302043012 | EUR | 100'000 | CA90678 | CBL73526 |
| XS0302280499 | USD | 1'700'000 | CA90674 | CBL73526 |
| XS0302280499 | USD | 1'500'000 | CA90911 | CBL73527 |
| XS0302285290 | USD | 600'000 | CA90672 | CBL73526 |
| XS0302285290 | USD | 900'000 | CA90908 | CBL73527 |
| XS0302350888 | EUR | 50'000 | CA74705 | CBL13463 |
| XS0302351266 | CHF | 125'000 | CA74708 | CBL13463 |
| XS0302669196 | EUR | 300'000 | CA90669 | CBL73526 |
| XS0302669196 | EUR | 200'000 | CA90912 | CBL73527 |
| XS0303465214 | EUR | 850'000 | CA74702 | CBL13463 |
| XS0303475957 | EUR | 2'000'000 | CA74710 | CBL13463 |
| XS0303476849 | EUR | 2'000'000 | CA74715 | CBL13463 |
| XS0303746571 | EUR | 25'000 | CA74712 | CBL13463 |
| XS0306179168 | Units | 17'639 | CA74713 | CBL13463 |
| XS0307264050 | USD | 1'450'000 | CA90675 | CBL73526 |
| XS0307264050 | USD | 200'000 | CA90913 | CBL73527 |
| XS0307355445 | CZK | 15'000'000 | CA74711 | CBL13463 |
| XS0307745744 | EUR | 350'000 | CA74714 | CBL13463 |
| XS0307992676 | EUR | 58'000 | CA74717 | CBL13463 |
| XS0307992676 | EUR | 100'000 | CA01704 | CBL13463 |
| XS0308389807 | USD | 30'000 | CA74716 | CBL13463 |
| XS0308937514 | JPY | 400'000'000 | CA90681 | CBL73526 |

| ISIN NUMBER | FACE AMOUNT[i]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0309334356 | EUR | 2'000'000 | CA74762 | CBL13463 |
| XS0309485729 | EUR | 1'440'000 | CA74767 | CBL13463 |
| XS0309835139 | Units | 10'013 | CA74763 | CBL13463 |
| XS0309871019 | EUR | 3'120'000 | CA74760 | CBL13463 |
| XS0310069538 | Units | 46'810 | CA74759 | CBL13463 |
| XS0310175566 | USD | 2'100'000 | CA74768 | CBL13463 |
| XS0310486641 | USD | 1'500'000 | CA90673 | CBL73526 |
| XS0310487292 | JPY | 20'000'000 | CA74769 | CBL13463 |
| XS0310487292 | JPY | 590'000'000 | CA90682 | CBL73526 |
| XS0310487292 | JPY | 110'000'000 | CA90909 | CBL73527 |
| XS0310793905 | USD | 700'000 | CA90679 | CBL73526 |
| XS0310793905 | USD | 1'000'000 | CA90907 | CBL73527 |
| XS0311179252 | USD | 200'000 | CA90680 | CBL73526 |
| XS0311179252 | USD | 3'000'000 | CA90916 | CBL73527 |
| XS0311223688 | EUR | 1'000'000 | CA74770 | CBL13463 |
| XS0312194854 | USD | 1'150'000 | CA90684 | CBL73526 |
| XS0312194854 | USD | 700'000 | CA90914 | CBL73527 |
| XS0313528944 | EUR | 1'000'000 | CA74761 | CBL13463 |
| XS0313532623 | EUR | 1'000'000 | CA74764 | CBL13463 |
| XS0313893215 | EUR | 86'000 | CA74765 | CBL13463 |
| XS0314157644 | USD | 200'000 | CA90685 | CBL73526 |
| XS0314774257 | Units | 9'984'000 | CA74773 | CBL13463 |
| XS0314871293 | GBP | 100'000 | CA74775 | CBL13463 |
| XS0314918276 | Units | 10 | CA74772 | CBL13463 |
| XS0315549690 | JPY | 385'000'000 | CA90686 | CBL73526 |
| XS0317359718 | EUR | 940'000 | CA74766 | CBL13463 |
| XS0317744380 | USD | 1'350'000 | CA90683 | CBL73526 |
| XS0317744380 | USD | 1'500'000 | CA90917 | CBL73527 |
| XS0317961729 | EUR | 1'000 | CA74771 | CBL13463 |
| XS0318056354 | CHF | 49'000 | CA74780 | CBL13463 |
| XS0319817788 | USD | 1'350'000 | CA90687 | CBL73526 |
| XS0319862818 | CHF | 170'000 | CA74783 | CBL13463 |
| XS0320033466 | USD | 1'100'000 | CA90690 | CBL73526 |
| XS0320322901 | CHF | 17'798'000 | CA74782 | CBL13463 |
| XS0320521429 | USD | 1'000'000 | CA90691 | CBL73526 |
| XS0321019258 | EUR | 10'620'000 | CA74776 | CBL13463 |
| XS0321395583 | EUR | 7'000'000 | CA74781 | CBL13463 |
| XS0321795170 | CHF | 200'000 | CA90915 | CBL73527 |
| XS0322031591 | USD | 1'500'000 | CA90689 | CBL73526 |
| XS0322152462 | USD | 3'000'000 | CA74778 | CBL13463 |
| XS0322153270 | CHF | 20'000 | CA74785 | CBL13463 |
| XS0322265157 | USD | 3'000'000 | CA90536 | CBL73520 |
| XS0322468850 | USD | 100'000 | CA90688 | CBL73526 |
| XS0322468850 | USD | 1'100'000 | CA91606 | CBL73527 |
| XS0322748202 | CHF | 10'000 | CA74786 | CBL13463 |
| XS0323005610 | CHF | 2'260'000 | CA74777 | CBL13463 |
| XS0323081801 | USD | 500'000 | CA90699 | CBL73526 |
| XS0323081801 | USD | 100'000 | CA91611 | CBL73527 |
| XS0323412337 | EUR | 500'000 | CA74790 | CBL13463 |
| XS0323535418 | Units | 8 | CA74787 | CBL13463 |
| XS0323978162 | EUR | 3'000'000 | CA74791 | CBL13463 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0324192243 | EUR | 200'000 | CA74779 | CBL13463 |
| XS0324446524 | CHF | 25'000'000 | CA74788 | CBL13463 |
| XS0324890440 | CHF | 52'547'000 | CA74789 | CBL13463 |
| XS0324890440 | CHF | 120'000 | CA43638 | CBL13463 |
| XS0324929164 | EUR | 700'000 | CA74793 | CBL13463 |
| XS0325152154 | EUR | 103'000 | CA74792 | CBL13463 |
| XS0325244514 | CHF | 50'000 | CA74794 | CBL13463 |
| XS0325369725 | USD | 200'000 | CA74858 | CBL13463 |
| XS0325550472 | CHF | 375'000 | CA74853 | CBL13463 |
| XS0325550555 | EUR | 80'000 | CA74856 | CBL13463 |
| XS0325813409 | USD | 130'000 | CA74852 | CBL13463 |
| XS0326006540 | EUR | 3'750'000 | CA74854 | CBL13463 |
| XS0326006540 | EUR | 100'000 | CA01734 | CBL13463 |
| XS0326006540 | EUR | 100'000 | CA90693 | CBL73526 |
| XS0326086716 | CHF | 100'000 | CA74860 | CBL13463 |
| XS0326427480 | CHF | 25'301'000 | CA74857 | CBL13463 |
| XS0326476693 | GBP | 110'000 | CA74859 | CBL13463 |
| XS0326538120 | SGD | 300'000 | CA91609 | CBL73527 |
| XS0326542072 | EUR | 2'333'000 | CA74855 | CBL13463 |
| XS0326730313 | USD | 142'000 | CA74861 | CBL13463 |
| XS0326819728 | EUR | 1'633'000 | CA74862 | CBL13463 |
| XS0326826343 | EUR | 30'000 | CA74867 | CBL13463 |
| XS0327277272 | HKD | 1'000'000 | CA90692 | CBL73526 |
| XS0327277272 | HKD | 8'000'000 | CA91614 | CBL73527 |
| XS0327731096 | EUR | 650'000 | CA74865 | CBL13463 |
| XS0327848015 | USD | 100'000 | CA90695 | CBL73526 |
| XS0328064810 | USD | 235'000 | CA74863 | CBL13463 |
| XS0328873681 | CHF | 140'000 | CA74868 | CBL13463 |
| XS0329243876 | EUR | 65'000 | CA74864 | CBL13463 |
| XS0329288384 | USD | 68'000 | CA74866 | CBL13463 |
| XS0329522758 | CHF | 35'000 | CA74869 | CBL13463 |
| XS0329633829 | CHF | 55'000 | CA74870 | CBL13463 |
| XS0330222984 | Units | 50 | CA74871 | CBL13463 |
| XS0330834598 | EUR | 2'000'000 | CA74872 | CBL13463 |
| XS0331427061 | EUR | 4'000'000 | CA74873 | CBL13463 |
| XS0332137271 | USD | 200'000 | CA90694 | CBL73526 |
| XS0332199115 | USD | 40'000 | CA74875 | CBL13463 |
| XS0332756849 | EUR | 3'190'000 | CA74879 | CBL13463 |
| XS0332848372 | USD | 200'000 | CA74877 | CBL13463 |
| XS0333830700 | USD | 100'000 | CA91612 | CBL73527 |
| XS0334419321 | GBP | 4'452'000 | CA90537 | CBL73520 |
| XS0335243159 | EUR | 700'000 | CA74874 | CBL13463 |
| XS0335576475 | EUR | 10'000 | CA74876 | CBL13463 |
| XS0335964648 | EUR | 30'000 | CA74881 | CBL13463 |
| XS0336019996 | EUR | 165'000 | CA74878 | CBL13463 |
| XS0336050215 | EUR | 1'675'000 | CA74880 | CBL13463 |
| XS0336320022 | USD | 2'850'000 | CA74884 | CBL13463 |
| XS0336373575 | USD | 1'000'000 | CA74883 | CBL13463 |
| XS0336410013 | USD | 300'000 | CA91610 | CBL73527 |
| XS0336416051 | USD | 200'000 | CA91613 | CBL73527 |
| XS0336617625 | USD | 1'650'000 | CA74882 | CBL13463 |

| ISIN NUMBER | FACE AMOUNT¹/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| XS0336850762 | USD | 1'050'000 | CA76354 | CBL13463 |
| XS0336927149 | ISK | 25'000'000 | CA75566 | CBL13463 |
| XS0337337710 | CHF | 168'000 | CA75568 | CBL13463 |
| XS0337637515 | CHF | 120'000 | CA75576 | CBL13463 |
| XS0337685670 | USD | 100'000 | CA75567 | CBL13463 |
| XS0337685670 | USD | 25'000 | CA43636 | CBL13463 |
| XS0338071987 | EUR | 320'000 | CA75577 | CBL13463 |
| XS0338316093 | CHF | 5'000'000 | CA75571 | CBL13463 |
| XS0338495087 | EUR | 2'523'000 | CA75579 | CBL13463 |
| XS0338684565 | USD | 500'000 | CA75572 | CBL13463 |
| XS0338802191 | USD | 10'000'000 | CA91627 | CBL73527 |
| XS0339479841 | USD | 400'000 | CA91619 | CBL73527 |
| XS0339479924 | USD | 1'000'000 | CA91616 | CBL73527 |
| XS0339537804 | USD | 185'000 | CA75573 | CBL13463 |
| XS0340050284 | USD | 100'000 | CA90701 | CBL73526 |
| XS0340648145 | USD | 2'150'000 | CA90698 | CBL73526 |
| XS0340696466 | EUR | 510'000 | CA75578 | CBL13463 |
| XS0340756898 | USD | 225'000 | CA75574 | CBL13463 |
| XS0341522687 | USD | 50'000 | CA75581 | CBL13463 |
| XS0341731411 | USD | 5'000'000 | CA90700 | CBL73526 |
| XS0341731767 | USD | 5'000'000 | CA90696 | CBL73526 |
| XS0341923083 | USD | 4'000'000 | CA75575 | CBL13463 |
| XS0342097747 | USD | 100'000 | CA75580 | CBL13463 |
| XS0342194601 | EUR | 1'170'000 | CA75582 | CBL13463 |
| XS0342399325 | USD | 1'150'000 | CA90697 | CBL73526 |
| XS0342399325 | USD | 250'000 | CA91615 | CBL73527 |
| XS0343530340 | EUR | 500'000 | CA75584 | CBL13463 |
| XS0343643036 | USD | 550'000 | CA90703 | CBL73526 |
| XS0344087183 | USD | 500'000 | CA75588 | CBL13463 |
| XS0344960058 | USD | 2'650'000 | CA75590 | CBL13463 |
| XS0344962260 | USD | 2'000'000 | CA75585 | CBL13463 |
| XS0345205693 | EUR | 900'000 | CA75587 | CBL13463 |
| XS0345213283 | USD | 1'500'000 | CA91618 | CBL73527 |
| XS0345288459 | USD | 30'000 | CA75586 | CBL13463 |
| XS0346007320 | EUR | 1'545'000 | CA75591 | CBL13463 |
| XS0346073975 | USD | 400'000 | CA90708 | CBL73526 |
| XS0346073975 | USD | 1'000'000 | CA91628 | CBL73527 |
| XS0346080590 | EUR | 21'000 | CA75593 | CBL13463 |
| XS0346122343 | USD | 490'000 | CA75589 | CBL13463 |
| XS0346123150 | USD | 10'000'000 | CA91620 | CBL73527 |
| XS0346508707 | USD | 300'000 | CA91622 | CBL73527 |
| XS0346776460 | USD | 20'000'000 | CA75594 | CBL13463 |
| XS0346785537 | EUR | 2'000'000 | CA75596 | CBL13463 |
| XS0346821357 | USD | 100'000 | CA75595 | CBL13463 |
| XS0347064924 | EUR | 360'000 | CA75592 | CBL13463 |
| XS0347383274 | USD | 1'000'000 | CA90705 | CBL73526 |
| XS0347452855 | USD | 100'000 | CA75598 | CBL13463 |
| XS0347732892 | USD | 180'000 | CA75600 | CBL13463 |
| XS0347790403 | USD | 510'000 | CA75601 | CBL13463 |
| XS0347938671 | EUR | 500'000 | CA75597 | CBL13463 |
| XS0348395814 | SGD | 1'750'000 | CA90702 | CBL73526 |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| XS0348395814 | SGD | 1'000'000 | CA91621 | CBL73527 | |
| XS0349166917 | Units | 1'830 | CA75599 | CBL13463 | |
| XS0349506369 | EUR | 1'956'000 | CA75642 | CBL13463 | |
| XS0349757442 | USD | 100'000 | CA91636 | CBL73527 | |
| XS0349842558 | EUR | 1'000'000 | CA75646 | CBL13463 | |
| XS0350312608 | EUR | 50'000 | CA75643 | CBL13463 | |
| XS0350635875 | USD | 5'000'000 | CA90704 | CBL73526 | |
| XS0351629687 | USD | 150'000 | CA90706 | CBL73526 | |
| XS0351979587 | CHF | 33'000 | CA75644 | CBL13463 | |
| XS0352061245 | USD | 100'000 | CA34888 | CBL73527 | |
| XS0352117641 | USD | 500'000 | CA75645 | CBL13463 | |
| XS0353348666 | USD | 10'300'000 | CA90707 | CBL73526 | |
| XS0353557233 | USD | 8'640'000 | CA75649 | CBL13463 | |
| XS0353676082 | CHF | 220'000 | CA75648 | CBL13463 | |
| XS0354064841 | USD | 10'000'000 | CA91630 | CBL73527 | |
| XS0354065061 | USD | 10'000'000 | CA91631 | CBL73527 | |
| XS0354298241 | USD | 10'000'000 | CA91629 | CBL73527 | |
| XS0355133454 | EUR | 9'000 | CA75651 | CBL13463 | |
| XS0356499052 | USD | 1'271'000 | CA75647 | CBL13463 | |
| XS0357385177 | USD | 10'000'000 | CA91633 | CBL73527 | |
| XS0357658672 | EUR | 1'540'000 | CA75650 | CBL13463 | |
| XS0358125473 | USD | 10'000'000 | CA91632 | CBL73527 | |
| XS0358176468 | EUR | 1'130'000 | CA75652 | CBL13463 | |
| XS0358302601 | CZK | 44'500'000 | CA75653 | CBL13463 | |
| XS0358410164 | USD | 1'000'000 | CA75657 | CBL13463 | |
| XS0358787694 | USD | 10'000'000 | CA91643 | CBL73527 | |
| XS0359722856 | USD | 10'000'000 | CA91640 | CBL73527 | |
| XS0360700560 | USD | 10'000'000 | CA91635 | CBL73527 | |
| XS0361379166 | EUR | 3'000'000 | CA75655 | CBL13463 | |
| XS0361723637 | USD | 10'000'000 | CA91638 | CBL73527 | |
| XS0361965212 | USD | 10'000'000 | CA91634 | CBL73527 | |
| XS0362447558 | EUR | 50'000 | CA75654 | CBL13463 | |
| XS0362447806 | USD | 10'000'000 | CA91639 | CBL73527 | |
| XS0362829599 | USD | 10'000'000 | CA91641 | CBL73527 | |
| XS0362891631 | USD | 45'000 | CA75658 | CBL13463 | |
| XS0363204941 | Units | 1'200'000 | CA75659 | CBL13463 | |
| XS0363471631 | USD | 100'000 | CA91642 | CBL73527 | |
| XS0363488361 | USD | 10'000'000 | CA91644 | CBL73527 | |
| XS0364418102 | USD | 4'350'000 | CA75656 | CBL13463 | |
| XS0364962661 | USD | 10'000'000 | CA91646 | CBL73527 | |
| XS0366059953 | USD | 3'092'000 | CA75661 | CBL13463 | |
| XS0366074242 | USD | 500'000 | CA75660 | CBL13463 | |
| XS0366383387 | USD | 230'000 | CA75669 | CBL13463 | |
| XS0366802964 | USD | 560'000 | CA75665 | CBL13463 | |
| XS0368205869 | USD | 10'000'000 | CA91645 | CBL73527 | |
| XS0368298187 | EUR | 25'000 | CA75668 | CBL13463 | |
| XS0368533369 | USD | 10'000'000 | CA91649 | CBL73527 | |
| XS0377054381 | USD | 2'000'000 | CA75670 | CBL13463 | |
| XS0275725611 | USD | 300'000 | CA77824 | CBL73527 | Additional |
| XS0321317603 | EUR | 700'000 | CA77823 | CBL73526 | Additional |
| XS0326006540 | EUR | 100'000 | CA77948 | CBL13463 | Additional |

| ISIN NUMBER | FACE AMOUNT[1]/UNITS | | BLOCKING NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|---|---|
| XS0300055547 | EUR | 800'000 | CA77947 | CBL13463 | Additional |
| XS0189741001 | EUR | 100'000 | CA77825 | CBL13463 | Additional |
| XS0183944643 | EUR | 30'000 | CA77946 | CBL13463 | Additional |

Amount of Claim: To be determined, including principal, accrued interest, any enhanced returns on principal, and expenses, to the extent permitted by the governing documents and applicable law.