Ronald S. Beacher
Patrick Sibley
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rbeacher@pryorcashman.com
psibley@pryorcashman.com

*Attorneys for Bank of Valletta p.l.c.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | **Case No. 08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF JOINDER OF BANK OF VALLETTA P.L.C.
TO THE RESPONSE OF ANDORRA BANC AGRICOL REIG, S.A. TO THE THREE
HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**

Bank of Valletta p.l.c., by and through its undersigned counsel, hereby withdraws its Joinder of Bank of Valletta P.L.C. to the Response of Andorra Banc Agricol Reig, S.A. to the Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) and Reservation Of Rights [Docket No. 34217].

Dated: April 24, 2013
New York, New York

                    Respectfully Submitted,

By:   */s/ Patrick Sibley*
Ronald S. Beacher
Patrick Sibley
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
rbeacher@pryorcashman.com
psibley@pryorcashman.com

*Attorneys for Bank of Valletta p.l.c.*