B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Edgewater Partners, L.P.</u> | <u>DKR SoundShore Oasis Holding Fund Ltd</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Elliott Management Corporation
40 West 57th Street
New York, N.Y. 10019
Attn: Michael Stephan
Email  mstephan@elliottmgmt.com
Phone:  (212) 478-2310
Fax:    (212) 478-2311
Last Four Digits of Acct #: _____

Court Claim # (if known): 12037
Amount of Claim: $7,741,986.63*
Date Claim Filed:    09/14/2009
Phone: _____

Last Four Digits of Acct#: _____

* plus additional amounts as set forth in the proof of claim.

Name and Address where notices to transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Edgewater Partners, L.P.
By: Edgewater Associates Inc., as
general partner

By: _____[signature]_____    Date:  4/24/2013
    Transferee/Transferee's Agent
    Elliot Greenberg, Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

HDIAGA\227229.1 - 04/19/13

## EVIDENCE OF TRANSFER OF CLAIM

**TO:** Lehman Brothers Holdings Inc. as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, DKR SoundShore Oasis Holding Fund Ltd ("Assignor") unconditionally and irrevocably hereby sells, transfers and assigns to Edgewater Partners, L.P. (the "Assignee") pursuant to a Transfer of Claim Agreement dated 4/27/12 between the Assignor and the Assignee, all right, title, interest, claims and causes of action in and to, or arising under or in connection with (i) proof of claim no. 12037 , (ii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) (the "ISDA Guarantee Claim") against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), arising under a guarantee dated February 4, 2008 relating to the ISDA Master Agreement dated December 24, 2007 between Lehman Brothers International (Europe) and the Assignor and related documents (the "ISDA) and (iii) a general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against the Debtor arising under the Unanimous Written Consent of the Executive Committee of the Board of Directors of the Debtor, dated as of June 9, 2005 (the "General Guarantee Claim" and together with the ISDA Guarantee Claim and the proofs of claim described in clause (i), the "Claims") pursuant to which the Debtor fully guaranteed the payment of all liabilities, obligations and commitments of the Debtor relating to a Margin Lending Agreement dated September 19, 2005 by and among the Lehman Brothers International (Europe), LBI. and the Assignor and all related schedules, annexes, exhibits and other agreements, Customer Account Agreement Prime Brokerage dated September 19, 2005 by and among Lehman Brothers International (Europe), LBI, Lehman Brothers Special Financing Inc, Lehman Brothers Finance S.A., Lehman Brothers Holdings Inc. (and any of their affiliates) and the Assignor and any related agreements and Global Master Securities Lending Agreement dated (May 2000 version) between Lehman Brothers International (Europe) and Assignor, including all related schedules, annexes, exhibits and other agreements.

The Assignor hereby waives any objection to the transfer of the Claims to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claims and recognizing the Assignee as the sole owner and holder of the Claims. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claims, and all payments or distributions of money or property in respect of the Claims, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 24th day of April, 2013.

**ASSIGNOR:**

DKR SoundShore Oasis Holding Fund Ltd

By: _____
Name: SETH FISCHER
Title: DIRECTOR

**ASSIGNEE:**

Edgewater Partners, L.P.
By: Edgewater Associates Inc., as general partner

By: _____
Name: Elliot Greenberg
Title: Vice President