UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 20825, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by HSBC Trustee (C.I.) Limited (the "Claimant") in the amount of $12,806,289.00, including damages and other liabilities, plus all fees, costs and interest to the extent allowed under applicable law (the "Claim").

PLEASE TAKE NOTICE that the Claimant, by and through its attorneys, hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoena served upon the Claimant on March 5, 2013, the issuance of which was noticed in a filing with the Court on March 6, 2013 (ECF No. 35752).

Dated: April 23, 2013
      New York, New York

                /s/ Daniel Guyder

                Daniel Guyder
                Jonathan Cho
                ALLEN & OVERY LLP
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 610-6300
                Facsimile: (212) 610-6399

                *Attorneys for HSBC Trustee (C.I.) Limited*

Dated: April 23, 2013
      New York, New York

                /s/ Robert J. Lemons

                Robert J. Lemons
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*