UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                         :    Chapter 11 Case No.
                                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                                  :
                    Debtors.                                          :    (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Marie-Laure Rondeau<br>243C Route D'Hermance<br>Corsier-Port, 1246, Switzerland |
| Claim Number (if known): | 13571 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $68,198 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: |
|---|---|
| Printed Name:<br>Marie-Laure Rondeau | Dated:<br>April 25, 2013 |