UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

**NOTICE OF WITHDRAWAL [RE: D.I. 21821 and 22412]**
**[F.F. Thompson Foundation, Inc., Frederick Ferris Thompson Hospital**
**and F.F. Thompson Health System, Inc.'s Withdrawal of Objection to Motion]**

PLEASE TAKE NOTICE that F.F. Thompson Foundation, Inc., Frederick Ferris Thompson Hospital and F.F. Thompson Health System, Inc., by and through their undersigned counsel, hereby withdraw (the "Withdrawal") the Objections to the Debtor's Application to assume certain executory contracts filed at Docket no. 21821 and 22412.

Dated: April 25, 2013

HARRIS BEACH PLLC

David M. Capriotti, Esq.
*Attorneys for Claimants*
333 West Washington Street, Suite 200
Syracuse, NY 13202
(315) 423-7100

059860 1981629v1