UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.
-------------------------------------------------------------------- x

: Chapter 11
:
: Case No. 08-13555 (JPM)
:
: Jointly Administered
:
:
:
:

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE OR IN THE CASE OF A JOINTLY-ADMINISTERED AFFILIATE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer of claim, other than for security, referenced in this evidence and notice.

Credit Suisse International
Name of Transferee

Name and Address where notices to transferee should be sent:

Credit Suisse International
1-5 Cabot Square
London
E14 4QJ, United Kingdom
Attn: Anthony Prescott and Renee Ng
E-mail: loan.tradingdocs@credit-suisse.com; anthony.prescott@credit-suisse.com; renee.ng@credit-suisse.com

*With Copies To:*

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

Société Générale
Name of Transferor

Case No.: 08-13555
Court Claim No.: See attached
Amount of Claim as Filed: See attached
Date Claim Filed: See attached
Debtor: Lehman Brothers Holdings Inc.

Name and Address where notices to transferor should be sent:

Société Générale
17 cours Valmy, 92987 Paris
La Defense Cedex
France
Attn: Gareth Williams
E-mail: gareth.williams@socgen.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 4/25/13
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

NYC:248174.2

## SCHEDULE 2

## FORM OF EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

And

Lehman Brothers Holdings Inc as the Guarantor (for the purposes of this Notice the "Debtor") and the Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Société Générale** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Credit Suisse International** (the Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. as Debtor, one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. **67932**) filed by Assignor with the Bankruptcy Court respect of the foregoing claim in the amount of **$226,738,674.00** (the "Claim").

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer, as follows:

    Address:    1-5 Cabot Square
                       London
                       E14 4QJ, United Kingdom

    CONTACTS FOR LOAN OPERATIONS

| | |
|---|---|
| Contact: | Anthony Prescott |
| E-mail: | (anthony.prescott@credit-suisse.com) |
| Tel: | + 44 (0) 20 7883 6322 |
| Fax: | + 44 (0) 20 7888 8125 |
| | |
| Contact: | Renee Ng |
| E-mail: | (renee.ng@credit-suisse.com) |
| Tel: | + 44 (0) 20 7883 3576 |
| Fax: | + 44 (0) 20 7888 8125 |

Management/Escalation

| | |
|---|---|
| Contact: | Melanie Harries |
| E-mail: | (melanie.harries@credit-suisse.com) |
| Tel: | + 44 (0) 20 7888 9695 |
| Fax: | + 44 (0) 20 7888 8125 |

CONTACT FOR CREDIT MATTERS

| | |
|---|---|
| Contact: | Debbie Bardwell |
| E-mail: | loan.tradingdocs@credit-suisse.com |
| Tel: | + 44 (0) 20 7883 9476 |
| Fax: | + 44 (0) 20 7888 8125 |

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22nd day of April, 2013

| **ASSIGNOR:** | **ASSIGNEE:** |
| --- | --- |
| **SOCIÉTÉ GÉNÉRALE** | **CREDIT SUISSE INTERNATIONAL** |
| By: *[signature]* | By: *[signature]* |
| Name: | Name: |
| Title: Jean de Lavalette, Managing Director | Title: Shui Wong, Authorized Signatory |
| | *[signature]* |
| | Bik Kwan Chung, Authorized Signatory |