# Exhibit J

1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 08-13555 (JMP)

5   Case No. 08-01420 (JMP) (SIPA)

6   Adv. Case No. 09-01728

7   - - - - - - - - - - - - - - - - - - -x

8   In the Matter of:

9   LEHMAN BROTHERS HOLDINGS INC., et al.,

10                  Debtors.

11  - - - - - - - - - - - - - - - - - - -x

12  In the Matter of:

13  LEHMAN BROTHERS INC.,

14                  Debtor.

15  - - - - - - - - - - - - - - - - - - -x

16  MICHIGAN STATE HOUSING DEVELOPMENT

17  AUTHORITY,

18                  Plaintiff,

19      -against-

20  LB DERIVATIVE PRODUCTS INC., et al.,

21                  Defendants.

22  - - - - - - - - - - - - - - - - - - -x

23

24  (cont'd. on next page)

25

2

```
 1                    U.S. Bankruptcy Court

 2                    One Bowling Green

 3                    New York, New York

 4

 5                    September 22, 2010

 6                    10:02 AM

 7

 8    B E F O R E:

 9    HON. JAMES M. PECK

10    U.S. BANKRUPTCY JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1

2    STATUS CONFERENCE

3

4    HEARING re Motion for Authorization to Reject Certain Executory

5    Contracts [Docket No. 11201]

6

7    HEARING re Motion of Taipei Fubon Commercial Bank Co., Ltd.

8    Seeking Authority to Assign its Interests as Lender in a

9    Promissory Note Issued by Lehman Brothers Holdings Inc. [Docket

10   No. 11051]

11

12   HEARING re Debtors' Motion for Approval of (I) A Settlement

13   Agreement between the Debtors and Aurora Bank FSB Regarding the

14   Master Forward Agreement and Other Matters and (II) Certain

15   Other Related Relief, Including Authorization of (A) Certain

16   Debtors to Make Capital Transfers, (B) LBHI to Enter into a

17   Capital Maintenance Agreement, and (C) LBHI to Extend the

18   Duration of the Amended Repurchase Agreement and Financing

19   Facility [Docket No. 11141]

20

21   HEARING re Debtors' Motion for Approval of (I) a Settlement

22   Agreement between the Debtors and Woodlands Commercial Bank and

23   (II) Certain Related Relief, including Authorization of (A)

24   Certain Debtors to Make Capital Transfers and (B) LBHI to Enter

25   Into a Capital Maintenance Agreement [Docket No. 11142]

4

1

2   HEARING re Motion of Lehman Commercial Paper Inc. for Approval

3   of that Certain Amended and Restated Compromise by and Among

4   Lehman Commercial Paper Inc., Alfred H. Siegel, as Chapter 11

5   Trustee for the SunCal Debtors, and the Official Committee of

6   Unsecured Creditors in the SunCal Bankruptcy Cases [Docket No.

7   11153]

8

9   HEARING re Motion of the Chapter 11 Trustee of the SunCal

10  Master Debtors for Relief from the Automatic Stay [Docket No.

11  9642]

12

13  HEARING re Michigan State Housing Development Authority v. LB

14  Derivative Products Inc., et al. [Adv. Case No. 09-01728]

15

16

17

18

19

20

21

22

23

24  Transcribed By:  Clara Rubin and Sharona Shapiro

25

5

```
 1   A P P E A R A N C E S:

 2   WEIL, GOTSHAL & MANGES LLP

 3        Attorneys for the Debtors and Debtors-in-Possession

 4        767 Fifth Avenue

 5        New York, NY 10153

 6

 7   BY:   HARVEY R. MILLER, ESQ.

 8         EVERT J. CHRISTENSEN, JR., ESQ.

 9         ANTHONY J. ALBANESE, ESQ.

10

11   WEIL, GOTSHAL & MANGES LLP

12        Attorneys for the Debtors and Debtors-in-Possession

13        700 Louisiana

14        Suite 1600

15        Houston, TX 77002

16

17   BY:   ALFREDO R. PEREZ, ESQ.

18

19   KING & SPALDING

20        Attorneys for Lehman Commercial Paper Inc.

21        1185 Avenue of the Americas

22        New York, NY 10036

23

24   BY:   ARTHUR J. STEINBERG, ESQ.

25         SCOTT DAVIDSON, ESQ.
```

6

```
 1
 2    ARNOLD & PORTER LLP
 3         Attorneys for Woodlands, FHFA
 4         399 Park Avenue
 5         New York, NY 10022
 6
 7    BY:   MICHAEL J. CANNING, ESQ.
 8
 9
10    DAY PITNEY LLP
11         Attorneys for Fidelity National Title Insurance Co.
12         One Audubon Street
13         New Haven, CT 06511
14
15    BY:   JOSHUA W. COHEN, ESQ.
16
17
18    GOODWIN PROCTER LLP
19         Attorneys for Clayton Services, Inc.
20         The New York Times Building
21         620 Eighth Avenue
22         New York, NY 10018
23
24    BY:   BRIAN W. HARVEY, ESQ.
25
```

7

```
 1
 2   HUGHES HUBBARD & REED LLP
 3        Attorneys for James W. Giddens, Trustee for the SIPA
 4         Liquidation of Lehman Brothers Inc.
 5        One Battery Park Plaza
 6        New York, NY 10004
 7
 8   BY:   JEFFREY S. MARGOLIN, ESQ.
 9        JAMES B. KOBAK, JR., ESQ. (TELEPHONICALLY)
10
11   KIRKLAND & ELLIS LLP
12        Attorneys for CapStar Secaucus LLC
13        601 Lexington Avenue
14        New York, NY 10022
15
16   BY:   PAUL BASTA, ESQ.
17
18   LANDMAN CORSI BALLAINE & FORD P.C.
19        Attorneys for Freddie Mac
20        120 Broadway
21        27th Floor
22        New York, NY 10271
23
24   BY:   SOPHIA REE, ESQ.
25
```

```
 1

 2   MILBANK, TWEED, HADLEY & MCCLOY LLP

 3          Attorneys for the Official Committee of Unsecured

 4           Creditors

 5          One Chase Manhattan Plaza

 6          New York, NY 10005

 7

 8   BY:   EVAN R. FLECK, ESQ.

 9          DENNIS C. O'DONNELL, ESQ.

10          DENNIS F. DUNNE, ESQ.

11

12

13   MICHIGAN DEPARTMENT OF ATTORNEY GENERAL

14          Attorneys for Michigan State Housing Development

15           Authority

16          State Operations Division

17          P.O. Box 30754

18          Lansing, MI 48909

19

20   BY:   MICHAEL F. MURPHY, AAG

21

22

23

24

25
```

```
 1

 2   MORRISON & FOERSTER LLP

 3         Attorneys for Taipei Fubon Commercial Bank Co., Ltd.

 4         1290 Avenue of the Americas

 5         New York, NY 10104

 6

 7   BY:   STACY L. MOLISON, ESQ.

 8

 9

10   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

11         Attorneys for Gramercy Warehouse Funding I, LLC

12         300 South Grand Avenue

13         Los Angeles, CA 90071

14

15   BY:   VAN C. DURRER II, ESQ.

16

17

18   WHITE & CASE LLP

19         Attorneys for the Official Committee of Unsecured

20          Creditors

21         1155 Avenue of the Americas

22         New York, NY 10036

23

24   BY:   J. CHRISTOPHER SHORE, ESQ.

25
```

10

```
 1
 2   U.S. DEPARTMENT OF JUSTICE - U.S. ATTORNEY'S OFFICE
 3        Attorneys for Ginnie Mae
 4        86 Chambers Street
 5        3rd Floor
 6        New York, NY 10007
 7
 8   BY:   JOSEPH N. CORDARO, AUSA
 9
10
11   WILLIAM KUNTZ, III, PRO SE
12        Objector
13        India Street
14        Nantucket Island, MA 02554
15
16
17   ALSTON & BIRD LLP
18        Attorneys for Plaintiff, Bank of America
19        One Atlantic Center
20        1201 West Peachtree Street
21        Atlanta, GA 30309
22
23   BY:   JOHN C. WEITNAUER, ESQ. (TELEPHONICALLY)
24
25
```

```
 1

 2   BROWN RUDNICK LLP

 3        Creditor

 4        Seven Times Square

 5        New York, NY 10036

 6

 7   BY:   GORDON Z. NOVOD, ESQ. (TELEPHONICALLY)

 8

 9

10   BROWN RUDNICK LLP

11        Creditor

12        One Financial Center

13        Boston, MA 02111

14

15   BY:   TIMOTHY J. DURKEN, ESQ. (TELEPHONICALLY)

16

17

18   CHAPMAN AND CUTLER LLP

19        Attorneys for U.S. Bank National Association, as Trustee

20        111 West Monroe Street

21        Chicago, IL 60603

22

23   BY:   FRANKLIN H. TOP III, ESQ. (TELEPHONICALLY)

24        JAMES HEISER, ESQ. (TELEPHONICALLY)

25
```

12

```
 1
 2   CLEARY GOTTLIEB STEEN & HAMILTON LLP
 3         Attorneys for Creditors, Goldman Sachs Bank, USA and
 4          Goldman Sachs International
 5         2000 Pennsylvania Avenue, NW
 6         Washington, DC 20006
 7
 8   BY:   BENJAMIN MEEKS, ESQ. (TELEPHONICALLY)
 9
10   EZRA BRUTZKUS GUBNER LLP
11         Attorneys for Creditor, City of Long Beach
12         21650 Oxnard Street
13         Suite 500
14         Woodland Hills, CA 91367
15
16   BY:   COREY R. WEBER, ESQ. (TELEPHONICALLY)
17
18   FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
19         Attorneys for Creditor, CALPERS
20         The Wells Fargo Center
21         400 Capitol Mall
22         Suite 1450
23         Sacramento, CA 95814
24
25   BY:   HOLLY A. ESTIOKO, ESQ. (TELEPHONICALLY)
```

```
 1

 2   HAYNES AND BOONE, LLP

 3        Attorneys for Creditor, Highland Capital

 4        2323 Victory Avenue

 5        Suite 700

 6        Dallas, TX 75219

 7

 8   BY:   AUTUMN D. HIGHSMITH, ESQ. (TELEPHONICALLY)

 9

10

11   HENNIGAN, BENNETT & DORMAN LLP

12        Attorneys for the Bondholders

13        865 South Figueroa Street

14        Suite 2900

15        Los Angeles, CA 90017

16

17   BY:   MONIKA S. WIENER, ESQ. (TELEPHONICALLY)

18

19

20   LEVENE, NEALE, BENDER, YOO & BRILL LLP

21        10250 Constellation Boulevard

22        Suite 1700

23        Los Angeles, CA 90067

24

25   BY:   DANIEL H. REISS, ESQ. (TELEPHONICALLY)
```

14

```
 1

 2   MCCARTER & ENGLISH, LLP

 3        Attorneys for Creditor, Occidental Energy Marketing, Inc.

 4        Renaissance Centre

 5        405 N. King Street

 6        8th Floor

 7        Wilmington, DE 19801

 8

 9   BY:   KATHARINE L. MAYER, ESQ. (TELEPHONICALLY)

10

11   MILLER STARR REGALIA P.C.

12        Attorneys for Creditor, Fidelity National Title Insurance

13        1331 N. California Boulevard

14        Fifth Floor

15        Walnut Creek, CA 94596

16

17   BY:   TARA CASTRO NARAYANAN, ESQ. (TELEPHONICALLY)

18

19   PAUL, HASTINGS, JANOFSKY & WALKER LLP

20        Creditor

21        Park Avenue Tower

22        75 E. 55th Street, First Floor

23        New York, NY 10022

24

25   BY:   BRYAN R. KAPLAN, ESQ.
```

15

```
 1

 2   REED SMITH LLP

 3        Attorneys for Creditor, Bank of New York

 4        599 Lexington Avenue

 5        22nd Floor

 6        New York, NY 10022

 7

 8   BY:  ERIC A. SCHAFFER, ESQ. (TELEPHONICALLY)

 9

10   SONNENSCHEIN NATH & ROSENTHAL LLP

11        Attorneys for Creditor, Bankhaus

12        233 South Wacker Drive

13        Suite 7800

14        Chicago, IL  60606

15

16   BY:  PATRICK C. MAXCY, ESQ. (TELEPHONICALLY)

17

18   STUTMAN TREISTER & GLATT

19        Attorneys for Interested Party, Elliott Management

20        1901 Avenue of the Stars

21        12th Floor

22        Los Angeles, CA 90067

23

24   BY:  JEFFREY H. DAVIDSON, ESQ. (TELEPHONICALLY)

25        WHITMAN L. HOLT, ESQ. (TELEPHONICALLY)
```

16

```
 1

 2   STUTMAN TREISTER & GLATT

 3        Attorneys for Creditor, Perry Capital

 4        1901 Avenue of the Stars

 5        12th Floor

 6        Los Angeles, CA 90067

 7

 8   BY:  MARINA FINEMAN, ESQ. (TELEPHONICALLY)

 9

10

11   WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP

12        Attorneys for Alfred H. Siegel, the SunCal Trustee

13        650 Town Center Drive

14        Suite 950

15        Costa Mesa, CA 92626

16

17   BY:  EVAN D. SMILEY, ESQ. (TELEPHONICALLY)

18

19

20   ALVAREZ & MARSAL

21        Administrators to the Debtors

22   BY:  BRYAN MARSAL

23

24

25
```

17

```
 1
 2   AURELIUS CAPITAL MANAGEMENT
 3          Interested Party
 4   BY:   DAVID TIOMKIN (TELEPHONICALLY)
 5
 6   CARVAL INVESTORS
 7          Interested Party
 8   BY:   ANDREA ZAMBELLI (TELEPHONICALLY)
 9
10   CERBERUS CALIFORNIA
11          Interested Party
12   BY:   ERIK WRIGHT (TELEPHONICALLY)
13
14   CITI ALTERNATIVE INVESTMENTS
15          Creditor
16   BY:   DAVID HOLMES (TELEPHONICALLY)
17
18   CITIGROUP
19          For Lehman Brothers
20   BY:   ARIEL BARZIDEH (TELEPHONICALLY)
21
22   CREDIT SUISSE FIRST BOSTON
23          Creditor
24   BY:   ANDREW REBAK (TELEPHONICALLY)
25
```

18

```
 1
 2   FARALLON CAPITAL MANAGEMENT
 3        Creditor
 4   BY:   ANATOLY BUSHLER (TELEPHONICALLY)
 5
 6   LATIGO PARTNERS
 7        Interested Party
 8   BY:   SCOTT T. MCCABE (TELEPHONICALLY)
 9
10   LONGACRE MANAGEMENT FUND
11        Creditor
12   BY:   VLADIMIR JELISAVCIC (TELEPHONICALLY)
13
14   MONARCH ALTERNATIVE CAPITAL LP
15        Creditor
16   BY:   ADAM SKLAR (TELEPHONICALLY)
17
18   RBS SECURITIES, INC.
19        Creditor
20   BY:   JEFFREY FARKAS (TELEPHONICALLY)
21
22   SILVER POINT CAPITAL
23        Interested Party
24   BY:   JEFF FORLIZZI (TELEPHONICALLY)
25
```

19

1

2    STONE LION CAPITAL

3         Creditor

4    BY:   MITCHELL E. SUSSMAN (TELEPHONICALLY)

5

6    STONEHILL INSTITUTIONAL PARTNERS, L.P.

7    BY:   TOM VARKEY (TELEPHONICALLY)

8

9    THE BAUPOST GROUP

10        Interested Party

11   BY:   MEGHAN S. SHERWOOD (TELEPHONICALLY)

12

13   TPG OPPORTUNITIES PARTNERS

14        Creditor

15   BY:   MATTHEW B. DILLARD (TELEPHONICALLY)

16

17   TEJAS SECURITIES GROUP

18        Interested Party

19   BY:   ROB HALDER (TELEPHONICALLY)

20

21   VARDE PARTNERS

22        Creditor

23   BY:   SCOTT HARTMAN (TELEPHONICALLY)

24

25

20

```
 1

 2   WESTERN ASSET

 3         Interested Party

 4   BY:   CHRISTOPHER JACOBS (TELEPHONICALLY)

 5

 6   ALAN LEAVITT, IN PRO PER/PRO SE

 7         Interested Party

 8

 9   ROBERT TAKACS, IN PRO PER/PRO SE (TELEPHONICALLY)

10         Interested Party

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

LBHI, et al; LBI

1          Your Honor, yesterday the SunCal trustee, who had been

2     struggling trying to get a hearing date from his judge, filed

3     the motion to approve the settlement.  The hearing date has

4     been scheduled for December 21.  And he was also able to obtain

5     a hearing date of December 2nd for approval of the disclosure

6     statement, so that he is subject to Your Honor approving the

7     New York aspect of this settlement.  He is going to try not to

8     lose too much time, prepare a disclosure statement over the

9     month of October so that the adequacy of that disclosure

10    statement can be heard by the judge on December 2nd.  Hopefully

11    the judge will approve the settlement at the end of December,

12    confirmation will take place in the early parts of 2011, and we

13    will be able to move forward on the plan.

14          Your Honor, I think -- in assessing the settlement, I

15    think there are four basic tenets that, once accepted, the

16    approval of the settlement will flow directly from that.  The

17    first is that there's no bona fide creditor of LCPI that has

18    objected to the settlement.  Two, even the responding parties

19    do not contend that the settlement is unfair from LCPI's

20    perspective.  Third, the settlement does not seek to adversely

21    modify any rights except the signatories to the term sheet.  In

22    other words, this is a settlement between the SunCal trustee on

23    behalf of the SunCal estate, and LCPI on behalf of itself and

24    the first lien lenders.  Fourth, that this settlement was

25    approached with the interest of the LCPI estate.  That was the

113

LBHI, et al; LBI

1          And I think, just to put it on the table, he's being

2     helpful because he is a party, his client is a party to an

3     intercreditor agreement that says that "The second-lien agent

4     will not contest or support any person in contesting in any

5     proceeding the priority, validity or enforceability of a lien

6     held by the first-lien lender claim holders in their first-lien

7     collateral."  So he's skating very close to it, and so as a

8     nonparty to this action he's coming forward with this type of

9     helpful suggestion.

10          With regard to LBREP Lakeside, they are not asserting

11     that this settlement is unfair to the creditors of LCPI.  They

12     are not criticizing LCPI's decision to settle claims asserted

13     by the SunCal trustee.  In reality, their only complaint is

14     that they're not getting a settlement as well too; they want a

15     settlement.  It would be nice if they settled but there is no

16     settlement on the table right now.  They value their claim at

17     zero.  The SunCal trustee values their claim as something more

18     than zero.  They haven't been able to bridge the gap.

19          But there's nothing in this settlement that prevents

20     LBREP from settling with the SunCal trustee.  There's nothing

21     at all that affects their rights.  They could do it tomorrow.

22     They could do it next week.  They could do it before December.

23     We can't force the SunCal trustee to settle with LBREP.

24     Certainly we can't force it to settle it at a zero number.  And

25     there's nothing in the amended term sheet that is preventing

114

LBHI, et al; LBI

1  them from settling.

2          They've conjured up a whole bunch of arguments, none

3  of which are grounded in any type of law.  Since we say that

4  there's nothing in this settlement that's affecting any of

5  LBREP's rights they still somehow say that based on some law

6  which isn't apposite that we are profiting from our wrongdoing

7  because we're settling on the loans that we made while they're

8  still exposed on the dividend recap.  The cases that they cite

9  all relate to one party directly suing another party.

10          THE COURT:  I read the footnote that included some of

11  the very interesting cases that were cited --

12          MR. STEINBERG:  Okay, so --

13          THE COURT:  -- involving photographs and real contests

14  and the like.

15          MR. STEINBERG:  So the general obligation law citation

16  which is really just a bootstrap of the same argument that you

17  shouldn't be able to profit from the other:  (a) we don't have

18  a litigation; (b) we're not asserting contribution claims; and

19  (c) even if we had -- if we were joint tortfeasors and we were

20  asserting contribution claims they get the benefit of the

21  reduction of their liability under New York general obligations

22  law.

23          THE COURT:  Okay.

24          MR. STEINBERG:  You heard that part.  All right, so

25  then I'll leave with the last two arguments that they have.

172

LBHI, et al; LBI

1    fully examine the cases that have been cited both by LBREP and

2    by LCPI on the subject of the applicability of these various

3    cases and also the standards applicable to third parties

4    claiming potential damage on account of a settlement.

5              I don't see a clear connection between this settlement

6    and the damage alleged by LBREP, but I want to give it some

7    more thought.  It also occurs to me that the proper form for

8    raising many of these issues is the bankruptcy court in Santa

9    Anna, California when the settlement will be presented to Judge

10   Smith and when there will also be a plan process that will

11   allow parties who can legitimately demonstrate that they are

12   adversely affected by this to have their day in court.  So I'm

13   going to give this some more thought.  But the clear indication

14   that you should take away from this is that the objections are

15   going to be, in all likelihood, overruled, that the settlement,

16   in all likelihood, be approved and that I'll take appropriate

17   action in connection with the proposed form of order as

18   promptly as I can do that.

19             To the extent that any party may wish to submit

20   anything in addition to what has already been presented today

21   in the form of a letter brief, my suggestion is that that be

22   done by no later than September 27 which is next Monday.  I'm

23   not encouraging that that be done.  I'm simply noting that if

24   you feel that there is something more than needs to be brought

25   to my attention while I'm thinking about this that that will be

176

```
 1

 2                   C E R T I F I C A T I O N

 3

 4    I, Clara Rubin, certify that the foregoing transcript is a true

 5    and accurate record of the proceedings.

 6

 7    _____

 8    Clara Rubin

 9    AAERT Certified Electronic Transcriber (CET**D-491)

10    Also transcribed by:     Sharona Shapiro (CET**D-492)

11

12    Veritext

13    200 Old Country Road

14    Suite 580

15    Mineola, NY 11501

16

17    Date: September 24, 2010

18

19

20

21

22

23

24

25
```