# Exhibit O

**From:**   Cappello, Francis P [fcappell@lehman.com]
**Sent:**   Sunday, August 28, 2005 2:03 PM
**To:**   Blakely, Karen [kblakely@lehman.com]

I wanted to update you on a couple of deals.                                    REDACTED
                                                REDACTED

The lehman loan group is working on a term sheet for a large senior loan on the first
suncal master which chilton said could take up to 100mm of our equity out of the deals.
We'll run the numbers when we get the term sheet (hopefully this week) to evaluate the
multiple of capital effect given that these are newer deals, but ultimately it probably
makes sense to take at least some of our equity out to redeploy/diversify on addl suncal
deals.  They have a couple new deals coming in the next few months that sound compelling.
                                                REDACTED

That's it for now.  Please let me know if you have any thoughts on the above or would like
to discuss further.  Hope all is well.

Frank


Francis P. Cappello
Lehman Brothers Real Estate Partners

                                                1

LBREP00270230

399 Park Avenue, 9th Floor
New York, NY  10022
(212) 526-3437 (Direct)
(646) 758-5217 (Fax)
fcappell@lehman.com

LBREP00270231