# Exhibit Q

| | |
|---|---|
| From: | Ed Nolan [enolan@suncal.com] |
| Sent: | Monday, November 07, 2005 11:01 PM |
| To: | Chilton, Thomas [thomas.chilton@lehman.com] |
| Cc: | Gilhool Jr, Francis [fgilhool@lehman.com]; Stephan Z. Elieff [selieff@suncal.com]; Saif Qureshi [squreshi@suncal.com]; Cappello, Francis P [fcappell@lehman.com] |
| Subject: | RE: Rating Agency Update |

I understand how the cash in the development account would be treated, but until we generate such cash I believe we will need a portion (up to 25 million) of the revolver to meet the 50 million liquidity test.  What am I missing?

>     -----Original Message-----
>     From: Chilton, Thomas [mailto:thomas.chilton@lehman.com]
>     Sent: Mon 11/7/2005 10:46 AM
>     To: Ed Nolan
>     Cc: Gilhool Jr, Francis; Stephan Z. Elieff; Saif Qureshi; Cappello, Francis P
>     Subject: RE: Rating Agency Update
>
>
>     The minimum liquidity covenant is: The amount of cash on hand (which includes the Liquidity Reserve of $25mm) and the amount available under the revolver.
>
>     The structure also contemplates the ability to retain $50mm of cash in the development account (on top of the $25mm Liquidity Reserve) which would count toward that test.
>
>     The covenant is shown on the model that is part of the draft of the rating agency update that was circulated on Friday.
>
>     Saif also has the electronic model.  I will circle up with Saif to talk about stress scenarios.
>
>     Tom
>
>
>     -----Original Message-----
>     From: Ed Nolan [mailto:enolan@suncal.com]
>     Sent: Monday, November 07, 2005 1:38 PM
>     To: Chilton, Thomas
>     Cc: Gilhool Jr, Francis; Stephan Z. Elieff; Saif Qureshi; Cappello, Francis P
>     Subject: RE: Rating Agency Update
>
>
>     Tom,
>
>     Just a couple of initial questions:
>
>     1. Doesn't the $50 million liquidity covenant really reduce the size of the revolver to $50 million, and if so 2. Is that enough, or for that matter, is 75 million enough based on the stress tests you have done (especially during the quarter when the Borchard property is acquired)?
>
>     Thanks,
>
>     Ed

LBREP00232069

```
-----Original Message-----
From: Chilton, Thomas [mailto:thomas.chilton@lehman.com]
Sent: Friday, November 04, 2005 5:23 PM
To: Ed Nolan; Saif Qureshi; Cappello, Francis P
Cc: Gilhool Jr, Francis
Subject: Rating Agency Update
```

Ed,

As discussed, attached is a presentation we plan to provide the agencies to update them on the proposed structure.

<<Rating Agency Update v5.pdf>>

Tom Chilton
Lehman Brothers Inc.
Global Real Estate Group
399 Park Avenue, 8th Floor
New York, NY 10022
Tel. (212) 526-4684
Fax. (646) 758-5320
tchilton@lehman.com

------------------------------------------------------------------------
------
This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.
----------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



------------------------------------------------------------------------
     This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

LBREP00232070

3

LBREP00232071