# Exhibit S

1  Mark E. McKane (SBN 230552)
   mark.mckane@kirkland.com
2  Christopher W. Keegan (SBN 232045)
   chris.keegan@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street
4  San Francisco, California 94104
   Telephone: (415) 439-1400
5  Facsimile: (415) 439-1500

6  Attorneys for Defendants
   LBREP LAKESIDE SC MASTER I, LLC,
7  SC MASTER HOLDINGS, LLC, AND
   SC MASTER PARENT HOLDINGS, LLC
8

9               UNITED STATES BANKRUPTCY COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11                     SANTA ANA DIVISION

12 In re                                  | Case No. 8:08-bk-15588-ES
13 LBREP/L-SunCal Master I LLC, et al.,   | Chapter 11 Case
14         Debtor.                        | (Jointly Administered with Case Nos.
15                                        | 8:08-bk-15637-ES; 8:08-bk-15639-ES; and
                                          | 8:08-bk-15640-ES)
16 _____Affects LBREP/L-SunCal Master I LLC | DECLARATION OF JUDGE MITCHEL
17 Only                                   | R. GOLDBERG, RETIRED, MEDIATOR
18 _____Affects LBREP/L- SunCal McAllister | Judge:  Hon. Erithe A. Smith
   Ranch, LLC Only                        | Date:   November 29, 2012
19                                        | Time:   2:00 pm
20 _____Affects LBREP/L- SunCal McSweeny   | Place:  Courtroom 5A
   Farms, LLC Only                        |         411 W. Fourth St.
21                                        |         Santa Ana, CA 92701
   _____Affects LBREP/L- SunCal Summerwind |
22 Ranch, LLC Only                        |
23   X   Affects All Debtors.             |

24

25     I, Mitchel R. Goldberg, hereby declare the following:

26     1.     I acted as the mediator for the Parties in *Siegel v. LBREP Lakeside SC Master I, LLC

27 et al.*, in the United States District Court for the Central District of California, Southern Division,

28

GOLDBERG DECLARATION IN SUPPORT OF
LBREP SUPPLEMENTAL GOOD FAITH BRIEF                           ADVERSARY NO. 8:11-ap-01084-ES

1  Case No. CV 10-8191-GHK(VBKx). I have personal knowledge of the following information:

2  2. The subject Settlement Agreement was reached in substantially final form on or about November 12, 2012. The compromise is the product of arm's-length negotiations between all Parties represented by experienced counsel.

3. To reach this settlement, the Parties participated in six mediation sessions that took place in March, April, June, September and October of 2012. I took an active role in each of these sessions in order to facilitate the Parties' negotiations.

4. Prior to the first mediation session, the Parties exchanged briefs detailing their positions on the legal and factual issues in this litigation, and provided to the undersigned extensive documentation setting forth the legal and factual background of the case.

5. At the first mediation session in March 5, 2012, the Parties made numerous presentations, and debated the strengths and weaknesses of the Trustee's claims. The data was extensive so second and third sessions were set for April. The Parties submitted supplemental briefing on disputed issues.

6. Given the complexities of the disputed issues, the LBREP Defendants and the Trustee retained experts to further analyze and explain their perspectives.

7. The Parties made separate presentations at the second and third mediation sessions on April 16 and 17, 2012. The LBREP/Lakeside/Suncal Defendants and the Trustee presented conflicting analyses based on substantial fact development and expert consultation. The Parties began to rigorously negotiate but could not reach common ground. Accordingly, the Parties submitted a second set of supplemental briefing in preparation for a fourth mediation session in June.

8. At the fourth mediation session on June 16, 2012, the Parties continued to discuss the relative strengths and weaknesses of their positions on these issues as well as a number of tangential issues and narrowed in on a potential settlement amount, but were unable to reach an agreement. The Parties submitted another round of supplemental briefing in preparation for a fifth and final mediation session in which the Parties hoped to finalize the terms a settlement agreement.

9. At the fifth mediation session on September 12, 2012, the Parties negotiated over a potential impediment to a final settlement payment amount. The Parties left the fifth session without

---

GOLDBERG DECLARATION IN SUPPORT OF
LBREP SUPPLEMENTAL GOOD FAITH BRIEF

1

ADVERSARY NO. 8:11-ap-01084-ES

a finalized agreement, but with the framework for a final proposed term sheet which would be finalized telephonically. A sixth session was held to negotiate distribution/participation issues between defendant parties.

10. Throughout this process, I participated in numerous telephone conferences with each Party addressing specific issues and arguments raised during the mediation sessions as well as assisting the Parties resolve "minor hiccups" to the settlement concept.

11. In addition to the negotiation of a "lump sum" settlement between the Trustee on the one hand and the Defendants on the other hand, I also assisted in the negotiations over the contribution to be paid by the LBREP Defendants.

12. After these extensive negotiations and mediation proceedings over the course of seven months, the Parties reached the subject Settlement Agreement, the most salient point of the Settlement Agreement being a "lump sum" payment of sixteen million dollars ($16,000,000.00) (the "Settlement Payment") directly to the Trustee.

13. The Settlement Agreement represents a compromise of disputed issues of fact and law, taking into consideration available defenses as well as the potential for liability and the substantial amount of time and cost to fully litigate this matter through possible appeal and the time delay value of concluding this case sooner than later.

14. In all my years' experience as a Judge and mediator I don't think I have been as impressed by such a diligent group whose tireless good faith negotiations over an eight month period made this settlement possible.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Santa Ana California, this 13 day of November, 2012.

DATED: November 13, 2012    Respectfully Submitted,

By _____
Honorable Mitchel R. Goldberg, Retired, mediator