# Exhibit T

| | |
|---|---|
| 1 | **WEILAND, GOLDEN,** |
| | **SMILEY, WANG EKVALL & STROK, LLP** |
| 2 | Evan D. Smiley, State Bar No. 161812 |
| | esmiley@wgllp.com |
| 3 | Philip E. Strok, State Bar No. 169296 |
| | pstrok@wgllp.com |
| 4 | Robert S. Marticello, State Bar No. 244256 |
| | rmarticello@wgllp.com |
| 5 | 650 Town Center Drive, Suite 950 |
| | Costa Mesa, CA 92626 |
| 6 | Telephone: (714) 966-1000 |
| | Facsimile: (714) 966-1002 |
| 7 | |
| 8 | Attorneys for Alfred H. Siegel, Liquidating Trustee |

**FILED & ENTERED**

**NOV 29 2012**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | | |
|---|---|---|
| 12 | In re | Case No. 8:08-bk-15588-ES |
| 13 | LBREP/L-SunCal Master I LLC, et al., | Chapter 11 |
| 14 | Debtor. | (Jointly Administered with Case Nos. 8:08-bk-15637-ES; 8:08-bk-15639-ES; and 8:08-bk-15640-ES) |
| 15 | | |
| 16 | ☐ Affects LBREP/L-SunCal Master I LLC, Only | **ORDER GRANTING THE LIQUIDATING TRUSTEE'S MOTION FOR ORDER APPROVING AND AUTHORIZING: (1) COMPROMISE BETWEEN THE LIQUIDATING TRUSTEE, DIVIDEND ACTION DEFENDANTS AND SUNCAL MANAGEMENT, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; (2) GOOD FAITH SETTLEMENT DETERMINATION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 877.6; AND (3) COMPENSATION TO SPECIAL LITIGATION COUNSEL ORRICK, HERRINGTON & SUTCLIFFE LLP PURSUANT TO 11 U.S.C. § 328** |
| 17 | ☐ Affects LBREP/L-SunCal McAllister Ranch LLC, Only | |
| 18 | | |
| 19 | ☐ Affects LBREP/L-SunCal McSweeny Farms LLC, Only | |
| 20 | ☐ Affects LBREP/L-SunCal Summerwind Ranch LLC, Only | |
| 21 | | |
| 22 | ☒ Affects All Debtors. | |
| 23 | | |
| 24 | | **DATE:** November 29, 2012 |
| 25 | | **TIME:** 2:00 p.m. |
| | | **PLACE:** Courtroom 5A |
| 26 | |     411 W. Fourth Street |
| 27 | |     Santa Ana, CA 92701 |
| 28 | | |

766768.1                                1                                ORDER

On November 29, 2012 at 2:00 p.m., in Courtroom 5A of the above-entitled Court, a hearing was held on the *Motion for Order Approving and Authorizing: (1) Compromise Between the Liquidating Trustee, Dividend Action Defendants and SunCal Management, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019; (2) Good Faith Settlement Determination Pursuant to California Code of Civil Procedure § 877.6; and (3) Compensation to Special Litigation Counsel Orrick, Herrington & Sutcliffe LLP Pursuant to 11 U.S.C. § 328* [Docket No. 933] (the "Motion")[1] filed by Alfred H. Siegel (the "Trustee"), the Liquidating Trustee of the post-confirmation Plan Liquidating Trust in the jointly administered bankruptcy cases of LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McAllister Ranch, LLC, LBREP/L-SunCal McSweeny Farms, LLC, and LBREP/L-SunCal Summerwind Ranch, LLC (collectively, the "Debtors"). Appearances were as noted on the record.

Having considered the Motion, all papers submitted in support thereof including, without limitation, *The LBREP Defendants' Memorandum of Points and Authorities in Support of Motion for Good Faith Settlement Determination; Declarations of Mark E. McKane and Judge Mitchel R. Goldberg* [Docket No. 936] and the *Lakeside Defendants' Memorandum of Points and Authorities in Support of Motion for Good Faith Settlement Determination; Declaration of Bernard D. Bollinger, Jr. in Support thereof* [Docket No. 943] (collectively, the "Good Faith Briefs"); and finding that (i) notice and service of the Motion were proper, (ii) the relief sought in the Motion is in the best interests of the Liquidating Trust and its creditors/beneficiaries, (iii) the Agreement (as defined below) is made in good faith, is the result of arm's length negotiations between the Parties following an adversarial process including discovery, mediation, and settlement discussions, and represents a fair resolution of disputed issues of fact and law, (iv) the Agreement (as defined below) falls well-within a "ballpark" approximation both of the Trustee's total

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Motion and/or the Agreement, as Motion and Agreement are defined in this Order.

766768.1    2    ORDER

1  potential recovery and of the LBREP Defendants' and Lakeside Defendants' alleged
2  proportionate liability, (v) the amount paid under the Agreement (as defined below) is
3  substantial, (vi) the amount paid under the Agreement (as defined below) reflects that
4  Defendants should pay less in settlement than if found liable at trial, (vii) the allocation of
5  settlement proceeds weighs in favor of good faith, (viii) the financial condition and
6  potential insurance coverage of the LBREP Defendants, SunCal Defendants and
7  Lakeside Defendants do not undermine a good faith determination, (ix) no evidence has
8  been entered that would indicate the settlement is the product of collusion, fraud, or
9  tortious conduct, (x) the Agreement (as defined below) therefore constitutes a good faith
10 settlement pursuant to California Code of Civil Procedure § 877.6 and under the factors
11 listed in *Tech-Bilt, Inc. v. Woodward Clyde & Assoc.*, 38 Cal. 3d 488 (1985), and (xi) the
12 legal and factual bases set forth in the Motion and Good Faith Briefs, and on the record at
13 the hearing on the Motion, establish just cause for the relief granted herein; and based on
14 the Court's findings of facts and conclusions of law as set forth by the Court on the record
15 at the hearing on the Motion, which are incorporated herein by this reference, and based
16 on the evidence and arguments set forth in the Motion and Good Faith Briefs; and after
17 due deliberation and sufficient cause appearing therefor,

18 **IT IS HEREBY ORDERED** that:

19     1.     The Motion is granted;

20     2.     Pursuant to Federal Rule of Bankruptcy Procedure 9019, the *Settlement*
21 *Agreement and Release* (the "Agreement") attached as Exhibit "1" to the Trustee's *Notice*
22 *of Submission of Executed Settlement Agreement and Release to the Liquidating*
23 *Trustee's Motion for Order Approving and Authorizing: (1) Compromise Between the*
24 *Liquidating Trustee, Dividend Action Defendants and SunCal Management, LLC Pursuant*
25 *to Federal Rule of Bankruptcy Procedure 9019; (2) Good Faith Settlement Determination*
26 *Pursuant to California Code of Civil Procedure § 877.6; and (3) Compensation to Special*
27 *Litigation Counsel Orrick, Herrington & Sutcliffe LLP Pursuant to 11 U.S.C. § 328* [Docket
28

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 -1000 Fax 714 - 966 -1002

1 No. 946], the terms of which are incorporated herein by this express reference, is

2 approved;

3     3.    Pursuant to California Code of Civil Procedure § 877.6 and under the factors

4 listed in *Tech-Bilt, Inc. v. Woodward Clyde & Assoc.*, 38 Cal. 3d 488 (1985), the

5 Agreement is a good faith settlement;

6     4.    The Trustee is authorized and directed, without further notice, hearing or

7 order of this Court, to (i) execute the Agreement, (ii) consummate all of the transactions

8 contemplated thereby, and (iii) execute and deliver such documents and instruments and

9 to take any such other actions reasonably necessary to effectuate the terms of the

10 Agreement;

11     5.    The Agreement and any related documents or other instruments may be

12 modified, amended or supplemented by the Parties thereto, in a writing signed by such

13 Parties, and in accordance with the terms thereof, without further order of the Court;

14 <u>provided</u>, <u>however</u>, that any material modification, amendment or supplement shall be

15 presented for Court approval by motion of the Parties thereto; <u>provided</u>, <u>further</u>, that any

16 extension of time or of a deadline by "mutual agreement of the Parties" under the

17 Agreement shall not be considered a material modification;

18     6.    The Court's finding that the Agreement constitutes a good faith settlement

19 pursuant to California Code of Civil Procedure § 877.6 and under the factors listed in

20 *Tech-Bilt, Inc. v. Woodward Clyde & Assoc.*, 38 Cal. 3d 488 (1985), shall not apply to any

21 Non-Settling Defendant;

22     7.    The Trustee is authorized and directed to pay $1,000,000.00 to Gramercy

23 Warehouse Funding I, LLC, in full satisfaction of its remaining Allowed Administrative

24 Claim, from the Trade Creditor Allocation promptly upon consummation of the Agreement.

25     8.    The requested contingency fee and costs of the Trustee's special litigation

26 counsel, Orrick, Herrington & Sutcliffe LLP ("<u>Orrick</u>"), are approved as follows:

27 ///

28 ///

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 -1000  Fax 714 - 966 -1002

| Professional | Contingency Fee Requested Pursuant to 11 U.S.C. § 328 | Contingency Fee Allowed Pursuant to 11 U.S.C. § 328 | Costs Requested | Costs Allowed |
|---|---|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | $2,200,000.00 | $2,200,000.00 | $15,140.32 | $15,140.32 |

9. The Trustee and/or Escrow Agent is authorized and directed to pay Orrick its allowed contingency fee of $2,200,000.00 and unpaid costs of $6,214.05 ($15,140.31 costs allowed less $8,926.27 costs already paid) from the Settlement Payment or Contingency Settlement Payment; and

10. The Trustee is authorized to continue to pursue the Litigation and Preference Actions against any Non-Settling Defendant as provided under the Agreement, and to continue to use Orrick in the Litigation as his special counsel under the terms of Orrick's existing employment order.

###

DATED: November 29, 2012

*Erithe A. Smith*
United States Bankruptcy Judge

766768.1                                5                                                ORDER

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): ORDER **GRANTING THE LIQUIDATING TRUSTEE'S MOTION FOR ORDER APPROVING AND AUTHORIZING: (1) COMPROMISE BETWEEN THE LIQUIDATING TRUSTEE, DIVIDEND ACTION DEFENDANTS AND SUNCAL MANAGEMENT, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019; (2) GOOD FAITH SETTLEMENT DETERMINATION PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 877.6; AND (3) COMPENSATION TO SPECIAL LITIGATION COUNSEL ORRICK, HERRINGTON & SUTCLIFFE LLP PURSUANT TO 11 U.S.C. § 328** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **November 29, 2012**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATE MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

[ ] Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers and/or email addresses stated below:

[ ] Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9021-1.1.NOTICE.ENTERED.ORDER**
766768.1

**Electronic Mail Notice List**
Joey R Abramson    jralaw1@pacbell.net
Austin K Barron    abarron@buchalter.com, IFS_filing@buchalter.com;tcarson@buchalter.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
Jeffrey S Benice    jsb@jeffreybenice.com
Bernard D Bollinger    bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Joseph P Buchman    jbuchman@bwslaw.com, atualla@bwslaw.com
Brendt C Butler    bbutler@mandersonllp.com
Kathleen A Cashman-Kramer    kcashman@psdslaw.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
William D Coffee    bcoffee@sr-firm.com, barbara@sr-firm.com
Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri    dabbieri@sullivanhill.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Terrence T Egland    , tegland@kleinlaw.com
Terrence T Egland    ecf@kleinlaw.com, tegland@kleinlaw.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Marc C Forsythe    kmurphy@goeforlaw.com
Heather Fowler    heather.fowler@lw.com, colleen.rico@lw.com
Steven M Garber    steve@smgarberlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Marshall F Goldberg    mgoldberg@glassgoldberg.com
Kelly C Griffith    bkemail@harrisbeach.com
Thomas W Harman    wharman@orrick.com
Michael J Hauser    michael.hauser@usdoj.gov
Gil Hopenstand    gh@lnbrb.com
Kimberly D Jaimez    kimberly.jaimez@skadden.com
Sheri Kanesaka    skanesaka@alvaradosmith.com, crosas@alvaradosmith.com
Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
Yale K Kim    ykim@allenmatkins.com
Kerri A Lyman    klyman@irell.com
John T Madden    maddenj@bryancave.com
Robert S Marticello    Rmarticello@wgllp.com
Robert C Martinez    rmartinez@mclex.com
Mark E McKane    , rosie.tejada@kirkland.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
Ramon Naguiat    rnaguiat@skadden.com
Samuel A Newman    snewman@gibsondunn.com
Kurt Ramlo    kurt.ramlo@dlapiper.com, evelyn.rodriguez@dlapiper.com
Craig M Rankin    cmr@lnbrb.com
Daniel H Reiss    dhr@lnbyb.com
Todd C. Ringstad    becky@ringstadlaw.com
Martha E Romero    Romero@mromerolawfirm.com
John P Schafer    jschafer@theschaferfirm.com, pnaegely@theschaferfirm.com
Mark C Schnitzer    mschnitzer@rhlaw.com, mschnitzer@verizon.net
Alfred H Siegel    ahstrustee@horwathcal.com,
asiegel@ecf.epiqsystems.com;margo.tzeng@crowehorwath.com;lisa.irving@crowehorwath.com
Alfred H Siegel (TR)    al.siegel@crowehorwath.com,
asiegel@ecf.epiqsystems.com;margo.tzeng@crowehorwath.com;lisa.irving@crowehorwath.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Evan D Smiley    esmiley@wgllp.com
Autumn D Spaeth    aspaeth@wgllp.com
Philip E Strok    pstrok@wgllp.com

Derrick Talerico     dtalerico@loeb.com, kpresson@loeb.com
Andrew Troop     andrew.troop@pillsburylaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Michael D Warner     mwarner@coleschotz.com, klabrada@coleschotz.com
David R Zaro     dzaro@allenmatkins.com