**Hearing Date and Time: June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Cross-Motion Objection Deadline: June 6, 2013 at 12:00 p.m. (Prevailing Eastern Time)**
**Cross-Motion Reply Deadline: June 11, 2013 at 12:00 p.m. (Prevailing Eastern Time)**

Paul M. Basta, P.C.
Mark E. McKane (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for LBREP Lakeside SC Master I, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON CROSS-MOTION OF**
**LBREP LAKESIDE SC MASTER I, LLC TO TRANSFER FOR IMPROPER FORUM**

**PLEASE TAKE NOTICE** that on June 13, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York, 10004-1408,  to consider LBREP Lakeside SC Master I, LLC'S ("LBREP Lakeside"), Cross-Motion to Transfer for Improper Forum [Docket No. 36870].

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Cross-Motion shall be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system, and

by all other parties in interest on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served upon: (a) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (b) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Paul M. Basta, Esq. and Mark E. McKane, Esq., attorneys for LBREP Lakeside SC Master I, LLC; (c) King & Spalding LLP, 1185 Avenue of the Americas, New York, NY 10036, Attn: Arthur Steinberg, Esq., attorneys for LBHI and LCPI; and (d) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Tracy Hope Davis, Esq., Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esqand, Esq., and Linda Riffkin, Esq; so as to be filed and received no later than **June 6, 2013 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").**

**PLEASE TAKE FURTHER NOTICE** that only those responses that have been filed and served by the Objection Deadline in accordance with the procedures here may be considered by the Court at the hearing and that if no responses to the Cross-Motion are timely filed and served, the Bankruptcy Court may enter an order granting the Cross-Motion without further notice.

DATED:  New York, New York
            April 25, 2013

By:/s/ *Mark E. McKane*
Paul M. Basta, P.C.
Mark E. McKane (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for LBREP Lakeside SC Master I, LLC*