# EXHIBIT B

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| Name of Debtor Against Which Claim is Held<br>Lehman Brothers Holdings Inc. | Case No. of Debtor<br>08-13555 |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000018987

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Federal Home Loan Bank of Pittsburgh
601 Grant Street, Pittsburgh, PA 15219

Thomas Hatch, Robins Kaplan Miller & Ciresi LLP
800 LaSalle Ave, 2800 LaSalle Plaza, Minneapolis, MN 55402

Telephone number: (612) 349-8206   Email Address: tbhatch@rkmc.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)
Federal Home Loan Bank of Pittsburgh
Attn: Dana Yealy
601 Grant Street, Pittsburgh, PA 15219
dana.yealy@fhlb-phg.com
Telephone number: (412) 288-2833   Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ Unliquidated claim in a yet to be determined amount.
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO **http://www.lehman-claims.com** AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Damages stemming from material misrepresentations and omissions in Debtor's Registration Statements, Prospectus, and Prospectus Supplements and Creditors
(See instruction #2 on reverse side.)   purchase of mortgage-backed securities.

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe: _____
Value of Property: $_____   Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____   Basis for perfection: _____
**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>Laurence May, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attorneys for Creditor
900 Third Ave., New York, NY 10022   (212) 752-8000

**Attachment to Federal Home Loan Bank of Pittsburgh's Proof of Claim**

*United States Bankruptcy Court/Southern District of New York*
In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11, Case No. 08-13555 (JMP)

**Lehman Brother's Holding Inc.**
**Case No. of Debtor: 08-13555**

Exhibit A:    Redacted Citi Statement of Federal Home Loan Bank of Pittsburgh's Assets.

Exhibit B:    Asset Purchase for 863581AF1

Exhibit C:     Asset Purchase for 86360NAR3

Exhibit D:    Asset Purchase for 86364PAD5

Exhibit E:    Asset Purchase for 86364YAH7

Exhibit F:    Asset Purchase for 52520SAC4

Exhibit G:    Asset Purchase for 76114GAC1



| Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|---|---|---|---|---|---|---|---|---|---|---|
| | REDACTED | | | | | REDACTED | | | | |

0370080000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

Branch
NEW YORK

**EXHIBIT A**

CHFB

0370980000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|----------------|--------------|----------|--------|------|-------------|-------------|---------------|----------|---------------------|-------|

REDACTED

REDACTED



0870580000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0870580000 | FHLBPITT-BANK | 91,716,061.96 | CUSIP 52520GAC4 | US52520GAC44 | LEHMAN MTG TR 2008-6 MTG | 25-Dec-2036 | 6.00000000 | HELD IN DTC | 126,330,000.00 | 09-Sep-2009 |

REDACTED

REDACTED



**Citi**

0870980000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity Sec ID | | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|----------------|--------------|-----------------|---|------|-------------|-------------|----------|----------|---------------------|-------|
| | | | | | | REDACTED | | | | | |
| | 0870980000 | FHLBPITT-BANK | 115,665,835.41 CUSIP | 78114GAC1 | US78114GAC15 | RESIDENTIAL ASSET | 25-Feb-2037 | 6.00000000 | HELD IN DTC | 148,000,000.00 | 09-Sep-2009 |
| | | | | | | REDACTED | | | | | |
| | 0870980000 | FHLBPITT-BANK | 118,567,131.78 CUSIP | 86359I1AF1 | US86359I1AF19 | STRUCTURED ADJ RATE MTG LN | 25-Jul-2036 | 6.00000000 | HELD IN DTC | 139,593,000.00 | 09-Sep-2009 |
| | 0870980000 | FHLBPITT-BANK | 97,666,982.17 CUSIP | 86360NAR3 | US86360NAR35 | STRUCTURED ADJ RATE MTG LN | 25-Jun-2036 | 5.41630000 | HELD IN DTC | 130,244,000.00 | 09-Sep-2009 |
| | 0870980000 | FHLBPITT-BANK | 172,019,394.44 CUSIP | 86364PAD5 | US86364PAD50 | STRUCTURED ADJUSTABLE RATE | 25-Nov-2037 | 4.11240000 | HELD IN DTC | 230,000,000.00 | 09-Sep-2009 |
| | 0870980000 | FHLBPITT-BANK | 118,779,103.32 CUSIP | 86364YAH7 | US86364YAH71 | STRUCTURED ADJUSTABLE RATE | 25-Dec-2037 | 4.88370000 | HELD IN DTC | 138,000,000.00 | 09-Sep-2009 |
| | | | | | | REDACTED | | | | | |

CITI

087090000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|---------------|--------------|----------|--------|------|-------------|-------------|---------------|----------|---------------------|-------|

REDACTED

REDACTED

| **ASSET** | Settlement Date **6/30/2006** | | FHLB Trader **Cathy Hewlett** | |
| | Trade Date **6/22/2006** | | Broker **Lehman / Lewis Meyers** | |
| | Customer Ref / Citibank Ref | | Date **6/22/2006** | Time **11:56 AM** |
| **PURCHASE** | Input by | Authorized by | Control # | |

| Description: | Summit ID | %154257 | | Par/Original Face |
| | | | | **139,593,000.00** |

**SARM 06-6**

**2A2**

| Factor |
| **1.000000000** |

| | | | | Current Face |
| | | | | **139,593,000.00** |

| Rate | Maturity | Issue | 1st Payment |
| **6** | **7/25/2036** | **6/1/2006** | |

| Price |
| **98.60937500** |

| Yield | Day Count | | Principal |
| **6.435** | **30/360** | | **137,651,784.84** |

| Broker/Delivery Instructions | Broker # | **636** | # of Days **29** |
| | | | Interest **674,699.50** |
| Lehman   Lewis Meyers 212 526-9575 | | | Total |
| Settle via | **DTC** | | **138,326,484.34** |

| Money Market Code _____ | Summit _____ | CUSIP **863581AF1** |
| GL Group _____ | Trades Log _____ | |
| FAS 115 **HTM** | Citibank Log _____ | |

| Type | Debt | Debt | Debt | Debt | Debt |
|---|---|---|---|---|---|
| | 1 Yr / 2 Yr | 4 Yr / 5yr | 7 yr 3nc1 | 5nc3 | 7nc3 |
| Amount | 8   13 | 13   13 | 15   8 | 28 | 40 |
| Cusip / Hedge ID | 3133xg2u7/3133xfjx | 3133xfle4/3133xfjy3 | 3133xflf1/3133xfzj8 | 3133xg2p8 | 3133xg2q6 |

HN1063A2,2A2    CMG-ARM    Super Senior  10/1 Hybrid ARM SEQ

| WAC  6.25 | WAM  355 | | | Orig. MDO |
| Avg Life    -300 | BASE    +300 | +75/swaps @ 25cpb 3.27 YR AL | | Accounting |
| 1.22 | 6.13    7.07 | | | Trader |

**EXHIBIT B**

| ASSET | Settlement Date 5/31/2006 | | FHLB Trader Cathy Hewlett | |
|---|---|---|---|---|
| | Trade Date 5/8/2006 | | Broker Lewis M./Lehman | |
| | Customer Ref | Citibank Ref | Date 5/8/2006 | Time 11:45 a.m. |
| PURCHASE | Input by | Authorized by | Control # | |

**Description:**  SEQ  WLX_1  B09 | **Par/Original Face** 130,244,000.00

**SARM 06-5**

**5A1** | 1.000000000

| | | | | **Current Face** |
|---|---|---|---|---|
| Rate | Maturity | Issue | 1st Payment | 130,244,000.00 |
| 5.59853184 | 6/25/2036 | 5/1/2006 | | **Price** 98.13281250 |

| Yield | Day Count | **Principal** |
|---|---|---|
| 6.28 | 30/360 | 127,812,100.31 |

**Broker/Delivery Instructions**   Broker #   **636**

**# of Days** 30

**Interest**   607,645.98

LEHMAN   LEWIS MEYERS   212 526-9575

**Total**

**Settle via**   **DTC**   128,419,746.30

| Money Market Code _____ | Entered by _____ | CUSIP | **86360NAR3** |
|---|---|---|---|
| GL Group _____ | Date _____ | | |
| FAS 115   **HTM** | Position ID _____ | | |

| | Debt | Debt | Debt | Debt | Debt |
|---|---|---|---|---|---|
| **Type** | 1yr  2YR | 7 yr  3NC1 | 4NC1  5NC3 | 7NC3 | 10NC5 |
| **Amount** | 15  11 | 40  10 | 7  10 | 8 | 16 |
| **Cusip / Hedge ID** | 3133XFLT1/3133XFJX5 | 3133XFLF1/3133XFLM6 | 3133XFLN4/3133XFLP9 | 3133XFLQ7 | 3133XFLR5 |

SAR655A1,5A1          PREPAY MODEL WL_7BLN,75

| AVG LIFE | -300 | BASE | +300 | WAM 353   WAC 5.851 | | Original |
|---|---|---|---|---|---|---|
| | 1.00 | 4.76 | 6.91 | 10/1 HYBRID | | Accounting |

+85 SW @25CPB/3.00 YR AL

EXHIBIT C

| ASSET | Settlement Date 10/30/2007 | | FHLB Trader Cathy Hewlett | |
|---|---|---|---|---|
| | Trade Date 10/11/2007 | | Broker Lehman/Lewis M. | |
| | Customer Ref / Citibank Ref | | Date 10/11/2007 | Time 2:55 PM |
| PURCHASE | Customer Ref / Citibank Ref | | Summit ID %163236 | |

| Description: %163236 | | | | Par/Original Face |
|---|---|---|---|---|
| **SARM 07-10** | | | | 230,000,000.00 |
| | | | | Factor |
| **2A1** | | | | 1.0000000000 |
| | | | | Current Face |
| Rate | Maturity | Issue | 1st Payment | 230,000,000.00 |
| 5.6 | 11/25/2037 | 10/1/2007 | | Price |
| | | | | 99.648437500 |
| Yield | | Day Count | | Principal |
| 5.66 | | 30/360 | | 229,191,406.25 |
| Broker/Delivery Instructions | | Broker # | | # of Days 29 |
| | | | | Interest 1,037,555.56 |
| | Lewis Meyers 212 526-9575 | | | Total |
| | | 636 | | |
| Settle via | **CITI DTC** | | | 230,228,961.81 |

| Money Market Code _____ | | Summit _____ | CUSIP | 86364PAD5 |
|---|---|---|---|---|
| | | Trades Log _____ | | |
| FAS115 ____ **HTM** | | | | |

| | Debt | Debt | Debt | Debt | Hedge |
|---|---|---|---|---|---|
| Type | 5 YR APL | APL REFERENCES SARM 07-10 2A1 FOR PAYDOWNS | | | |
| Amount | 228MLN | | | | |
| Cusip / Hedge ID | 3133XMPS4 | | | | |

PT backed by 5/1 non agency hybrids      Px AL 2.52           PT_HYNA

Intex: SARM0710,2A11 PRELIM CDI)  (LAB:SARM0710_2A1.xls)   +80 SW @ 25CPB   OAS                    Orig. MDO

| Avg Life | -300 | Base | +300 | WAC | WAM | | Copy Safekeeping |
|---|---|---|---|---|---|---|---|
| | .74 | 1.74 | 3.63 | 6.98 | 356 | | Copy Trader |

**EXHIBIT D**

| ASSET PURCHASE | Settlement Date 11/30/2007 | | FHLB Trader Cathy Hewlett | |
| --- | --- | --- | --- | --- |
| | Trade Date 11/16/2007 | | Broker Lehman/Lewis Meyers | |
| | Customer Ref  /  Citibank Ref | | Date 11/16/2007 | Time 11:50 A.M. |
| | Customer Ref  /  Citibank Ref | | Summit ID %164330 | |

| Description: | %164330 | | Par/Original Face | |
| --- | --- | --- | --- | --- |
| **SARM 07-11** | | | | 136,000,000.00 |
| | | | Factor | |
| | | | | 1.0000000000 |
| **3A1** | | | Current Face | |
| | | | | 136,000,000.00 |

| Rate | Maturity | Issue | 1st Payment | Price | |
| --- | --- | --- | --- | --- | --- |
| 5.6 | 12/25/2037 | 11/1/2007 | 12/25/2007 | | 99.578125000 |

| Yield | Day Count | Principal | |
| --- | --- | --- | --- |
| 5.69 | 30/360 | | 135,426,250.00 |

| Broker/Delivery Instructions | Broker # | # of Days | 29 |
| --- | --- | --- | --- |
| Lehman/Lewis Meyers  212 526-9575 | 636 | Interest | 613,511.11 |
| Settle via  **CITI DTC** | | Total | 136,039,761.11 |

| Money Market Code _____ | Summit _____ | CUSIP | 86364YAH7 |
| --- | --- | --- | --- |
| | Trades Log _____ | | |
| FAS115 ____ **HTM** ____ | | | |

| | Debt | Debt | Debt | Debt | Hedge |
| --- | --- | --- | --- | --- | --- |
| Type | 10 YR APL | APL REFERENCES SARM 07-11 3A1 FOR PAYDOWNS | | | |
| Amount | 134MLN | | | | |
| Cusip / Hedge ID | 3133XXNDB2 | | | | |

PT backed by 10/1 non agency hybrids    Px AL 3.12         PT_HYNA

Intex:SARM0711,3A1  PRELIM CDI)(LAB:SARM07-11 3A1 WITH APL.xls)+140 SW @25CPB OAS .35

Orig. MDO

Copy Safekeeping

Copy Trader

| Avg Life | -300 | Base | +300 | WAC | WAM |
| --- | --- | --- | --- | --- | --- |
| | .63 | 2.88 | 6.88 | 6.76 | 355 |

**EXHIBIT E**

| ASSET | Settlement Date 11/30/2006 | FHLB Trader Cathy Hewlett |
|---|---|---|
| | Trade Date 11/10/2006 | Broker Lewis Meyers/Lehman |
| PURCHASE | Customer Ref / Citibank Ref | Date 11/10/2006 / Time 12:07 p.m. |
| | Customer Ref / Citibank Ref | Summit ID # |

| Description: | Summit ID | %157565 | | Par/Original Face 126,332,000.00 |
|---|---|---|---|---|

**LMT 06-8**

**1A3**

| | | | | Factor 1.0000000000 |
|---|---|---|---|---|

| Rate | Maturity | Issue | 1st Payment | Current Face 126,332,000.00 |
|---|---|---|---|---|
| 6 | 12/25/2036 | 11/1/2006 | | Price 100.281250000 |

| Yield | Day Count | Principal |
|---|---|---|
| 5.8 | 30/360 | 126,687,308.75 |

| Broker/Delivery Instructions | Broker # 636 | # of Days 29 |
|---|---|---|
| | | Interest 610,604.67 |
| LEHMAN   Laura Nazzaruolo  212 526-9575 | | Total |
| Settle via   **CITI DTC** | | 127,297,913.42 |

| Money Market Code _____ | Summit _____ | CUSIP **52520SAC4** |
|---|---|---|
| | Trades Lc _____ | |
| FAS115 ____ **HTM** | | |

| Type | Debt | | Debt | | Debt | | Debt | | Hedge |
|---|---|---|---|---|---|---|---|---|---|
| | 1YR | 2YR | 3YR | 2NC1 | 3NC1 | 4NC2 | 5NC3 | 7NC3 | |
| Amount | 16.91 | 5 | 14 | 9 | 10 | 22 | 24 | 8 | |
| Cusip / Hedge ID | 3133XHVG4/TBD 11/13 | | 3133XGYT6/3133XHUV2 | | TBD 11/14/3133XHVE9 | | 3133XHVF6/3133XHVD1 | | |

| LMT0608B,1A3 | BACKED BY ALT A 30 YR | | Orig. MDO |
|---|---|---|---|
| SEQ | CMO_ALTA   PREPAY MODEL AA_30 | | Copy Safekeeping |
| Avg Life  -300 | Base  +300 | +118/CVE/75PPC/2.87yr al | Copy Trader |
| | 2.11 | 2.96  3.98 | |

**EXHIBIT F**

| ASSET | Settlement Date **12/29/2006** | | FHLB Trader **Cathy Hewlett** | |
|---|---|---|---|---|
| | Trade Date **12/13/2006** | | Broker **Lehman/Lewis Meyers** | |
| | Customer Ref / Citibank Ref | | Date **12/13/2006** | Time **11:10 A.M.** |
| **PURCHASE** | Customer Ref / Citibank Ref | | Summit ID # | |

| Description: | Summit ID | %157971 | Par/Original Face |
|---|---|---|---|
| | | | **148,000,000.00** |

**RAST 06-A16**

| | | | Factor |
|---|---|---|---|
| | | | **1.0000000000** |

**1A3**

| | | | Current Face |
|---|---|---|---|
| | | | **148,000,000.00** |

| Rate | Maturity | Issue | 1st Payment | Price |
|---|---|---|---|---|
| **6** | **1/25/2037** | **12/1/2006** | **1/25/2007** | **100.414062500** |

| Yield | Day Count | Principal |
|---|---|---|
| **5.77** | **30/360** | **148,612,812.50** |

| Broker/Delivery Instructions | Broker # | **636** | # of Days **28** |
|---|---|---|---|
| | | | Interest **690,666.67** |
| **LEHMAN** Laura Nazzaruolo 212 526-9575 | | | Total |
| Settle via **CITI DTC** | | | **149,303,479.17** |

| Money Market Code _____ | Summit _____ | CUSIP **76114GAC1** |
|---|---|---|

Trades Log _____

FAS115 **HTM**

| | Debt | | Debt | | Debt | | Debt | Hedge |
|---|---|---|---|---|---|---|---|---|
| Type | 1YR | 2YR | 3NC1 | 4NC2 | 5NC3 | 7NC3 | 10NC5 | |
| Amount | 27 | 21 | 20 | 21 | 27 | 16 | 10 | |
| Cusip / Hedge ID | 3133XJD39/3133XHTU6 | | 3133XJCT3/3133XJ2U1 | | 3133XJCU0/3133XJCW6 | | 3133XJCY2 | |

INTEX RA6A16A3,A3    LAB RA6A16A3_A3    CMO_ALTA    PREPAY MODEL AA_30,80

Purchased  +121/CVE/100PPC

Orig. MDO

Copy Safekeeping

Copy Trader

**EXHIBIT G**

## **RESERVATION OF RIGHTS**

Federal Home Loan Bank of Pittsburgh ("FHLB") expressly reserves the right to amend and/or supplement this Proof of Claim at any time, in any manner, and for any purpose including, but not limited to, the fixing of or supplementation to the amounts reflected therein and herein as necessary or if appropriate to amend, revise or correct the amount and/or details of the claim set forth and/or to include any and all other claims which FHLB may have now or hereafter hold against the Debtor including without limitation, any administrative or other claims, the right to payment of post petition interest, fees and expenses, professional fees and expenses, and the right to seek such appropriate relief as may be just in connection with any hearing or trial pertaining to this claim. Nothing contained herein shall be deemed a waiver of any rights that FHLB has or may have.

FHLB's filing of the Proof of Claim and this accompanying Reservation of Rights is not, and shall not be deemed or construed as, (a) a waiver or release of FHLB's rights against any other party or entity; (b) a waiver or release of any default by the Debtor under the controlling agreements and documents (c) a waiver or release of any rights FHLB may have pursuant to any provision of the Bankruptcy Code, including by way of example and not limitation, §362(b), §365, §560 and §562 of the Bankruptcy Code; (d) a consent by FHLB to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case or contested matter against or otherwise involving FHLB; (e) a waiver or release of FHLB's right to trial by jury in the Bankruptcy Court or any other court in any proceeding involving any of the matters set

forth herein or related hereto; (f) consent by FHLB to a jury trial in the Bankruptcy Court

or any other court in any proceedings involving any of the matters set forth herein or

related hereto; (g) a waiver or release of FHLB's right to have any non-core proceedings

determined by the United States District Court after *de novo* review; (h) a waiver of

FHLB's right to seek withdrawal of the United States District Court's referral of the

Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the

Bankruptcy Court; and (i) an election of remedies.

46320/0001-5999115v1

H
A
N
D

D
E
L
I
V
E
R
Y

_Ashli Voll_
**RECEIVED BY:**

_9/18/09_
**DATE**

_12:35_
**TIME**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Structured Asset Securities Corp. | 09-10558 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side).

# PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000018988

0000018988

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Federal Home Loan Bank of Pittsburgh
601 Grant Street, Pittsburgh, PA 15219

Thomas Hatch, Robins Kaplan Miller & Ciresi LLP
800 LaSalle Ave, 2800 LaSalle Plaza, Minneapolis, MN 55402

Telephone number: (612) 349-8206   Email Address: tbhatch@rkmc.com

Name and address where payment should be sent (if different from above)
Federal Home Loan Bank of Pittsburgh
Attn: Dana Yealy
601 Grant Street, Pittsburgh, PA 15219
Telephone number: (412) 288-2833   Email Address: dana.yealy@fhlb-phg.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ Unliquidated claim in a yet to be determined amount.
If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.
If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
☐ Check this box if all or part of your claim is based on a Derivative Contract.*
☐ Check this box if all or part of your claim is based on a Guarantee.*

*IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.**

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this claim on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Damages stemming from material misrepresentations and omissions in Debtor's
(See instruction #2 on reverse side.) Registration Statements, Prospectus, and Prospectus Supplements and Creditors
purchase of mortgage-backed securities.

3. **Last four digits of any number by which creditor identifies debtor:** _____
  3a. Debtor may have scheduled account as: _____
  (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other

Describe: _____
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**
$_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
(See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**FOR COURT USE ONLY**

FILED / RECEIVED
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Laurence May, Esq.
Cole, Schotz, Meisel, Forman & Leonard |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Attorneys for Creditor
900 Third Ave., New York, NY 10022   (212) 752-8000

**Attachment to Federal Home Loan Bank of Pittsburgh's Proof of Claim**

*United States Bankruptcy Court/Southern District of New York*
In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11, Case No. 08-13555 (JMP)

**Structured Asset Securities Corp.**
**Case No. of Debtor: 09-10558**

Exhibit A:     Redacted Citi Statement of Federal Home Loan Bank of Pittsburgh's Assets.

Exhibit B:     Asset Purchase for 863581AF1

Exhibit C:      Asset Purchase for 86360NAR3

Exhibit D:     Asset Purchase for 86364PAD5

Exhibit E:     Asset Purchase for 86364YAH7

Exhibit F:     Asset Purchase for 52520SAC4



0870680000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW YORK | | REDACTED | | | | REDACTED | | | | |

EXHIBIT A

Citi

037030000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|----------------|--------------|----------|--------|------|-------------|-------------|---------------|----------|---------------------|-------|
| | | REDACTED | | | | | | REDACTED | | | |



cit

0870980000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|----------------|--------------|----------|--------|------|-------------|-------------|---------------|----------|---------------------|-------|
| | 0870980000 | FHLBPITT-BANK | 91,716,961.96 | CUSIP 52520SAC4 | US52520SAC44 | LEHMAN MTG TR 2006-8 MTG | 25-Dec-2036 | 6.00000000 | HELD IN DTC | 126,332,000.00 | 09-Sep-2009 |

REDACTED

REDACTED



citi

0870980000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 0870980000 | FHLBPITT-BANK | 118,567,131.78 | CUSIP 863551AF1 | US863551AF19 | STRUCTURED ADJ RATE MTG LN | 25-Jul-2036 | 6.00000000 | HELD IN DTC | 139,553,000.00 | 09-Sep-2009 |
|  | 0870980000 | FHLBPITT-BANK | 97,686,982.17 | CUSIP 86350NAR3 | US86350NAR35 | STRUCTURED ADJ RATE MTG LN | 25-Jun-2036 | 5.41830000 | HELD IN DTC | 130,244,000.00 | 09-Sep-2009 |
|  | 0870980000 | FHLBPITT-BANK | 172,019,394.44 | CUSIP 86364PAD5 | US86364PAD50 | STRUCTURED ADJUSTABLE RATE | 25-Nov-2037 | 4.11240000 | HELD IN DTC | 230,000,000.00 | 09-Sep-2009 |
|  | 0870980000 | FHLBPITT-BANK | 116,779,100.32 | CUSIP 86364YAH7 | US86364YAH71 | STRUCTURED ADJUSTABLE RATE | 25-Dec-2037 | 4.88370000 | HELD IN DTC | 136,000,000.00 | 09-Sep-2009 |

REDACTED
REDACTED



Citibank

687098000 - FHLBPITT-BANK ASSETS
Information as of 09-Sep-09
Created: 10-Sep-09 14:43:21

| Branch | Account Number | Account Name | Quantity | Sec ID | ISIN | Description | Maturity Dt | Interest Rate | Location | Original Face Value | As Of |
|--------|----------------|--------------|----------|--------|------|-------------|-------------|---------------|----------|---------------------|-------|

REDACTED

REDACTED

| **ASSET**<br><br>**PURCHASE** | | Settlement Date<br>**6/30/2006** | | FHLB Trader<br>**Cathy Hewlett** | |
| --- | --- | --- | --- | --- | --- |
| | | Trade Date<br>**6/22/2006** | | Broker<br>**Lehman / Lewis Meyers** | |
| | | Customer Ref  /  Citibank Ref | | Date<br>**6/22/2006** | Time<br>**11:56 AM** |
| | | Input by | Authorized by | Control<br># | |

| Description: | Summit ID | %154257 | Par/Original Face |
| --- | --- | --- | --- |
| **SARM 06-6** | | | **139,593,000.00** |
| | | | Factor |
| **2A2** | | | **1.000000000** |
| | | | Current Face |

| Rate | Maturity | Issue | 1st Payment |
| --- | --- | --- | --- |
| | | | **139,593,000.00** |
| **6** | **7/25/2036** | **6/1/2006** | Price |
| | | | **98.60937500** |

| Yield | | Day Count | Principal |
| --- | --- | --- | --- |
| **6.435** | | **30/360** | **137,651,784.84** |

| Broker/Delivery Instructions | Broker # | **636** | # of Days |
| --- | --- | --- | --- |
| | | | **29** |
| | | | Interest |
| Lehman  Lewis Meyers 212 526-9575 | | | **674,699.50** |
| | | | Total |
| Settle via | **DTC** | | **138,326,484.34** |

| Money<br>Market Code _____ | Summit _____ | CUSIP | **863581AF1** |
| --- | --- | --- | --- |
| GL Group _____ | Trades Log _____ | | |
| FAS 115 **HTM** | Citibank Log _____ | | |

| | Debt | Debt | Debt | Debt | Debt |
| --- | --- | --- | --- | --- | --- |
| Type | 1 Yr / 2 Yr | 4 Yr / 5yr | 7 yr 3nc1 | 5nc3 | 7nc3 |
| Amount | 8    13 | 13   13 | 15   8 | 28 | 40 |
| Cusip / Hedge ID | 3133xg2u7/3133xfjx | 3133xfle4/3133xfjy3 | 3133xflf1/3133xfzj8 | 3133xg2p8 | 3133xg2q6 |

HN1063A2,2A2    CMO=ARM    Super Senior  10/1 Hybrid ARM SEQ

| WAC  6.25 | | WAM  355 | | | | Orig. MDO |
| --- | --- | --- | --- | --- | --- | --- |
| Avg Life | -300 | BASE | +300 | +75/swaps @ 25cpb 3.27 YR AL | | Accounting |
| | 1.22 | 6.13 | 7.07 | | | Trader |

**EXHIBIT B**

## ASSET

## PURCHASE

| | Settlement Date 5/31/2006 | | | FHLB Trader Cathy Hewlett | |
|---|---|---|---|---|---|
| | Trade Date 5/8/2006 | | | Broker Lewis M./Lehman | |
| Customer Ref | Citibank Ref | | Date 5/8/2006 | | Time 11:45 a.m. |
| Input by | | Authorized by | Control # | | |

| Description: | SEQ | WLX_1 | B09 | Par/Original Face |
|---|---|---|---|---|
| | | | | 130,244,000.00 |

**SARM 06-5**

| | | | | | 1.000000000 |
|---|---|---|---|---|---|

**5A1**

| | | | | Current Face | |
|---|---|---|---|---|---|
| Rate | Maturity | Issue | 1st Payment | | 130,244,000.00 |
| 5.59853184 | 6/25/2036 | 5/1/2006 | | Price | 98.13281250 |

| Yield | Day Count | Principal |
|---|---|---|
| 6.28 | 30/360 | 127,812,100.31 |

| | | # of Days 30 |
|---|---|---|
| Broker/Delivery Instructions    Broker #    636 | | Interest    607,645.98 |
| LEHMAN    LEWIS MEYERS    212 526-9575 | | Total |
| Settle via    DTC | | 128,419,746.3̶0̶ |

| Money Market Code _____ | Entered by _____ | CUSIP | 86360NAR3 |
|---|---|---|---|
| GL Group _____ | Date _____ | | |
| FAS 115    HTM | Position ID _____ | | |

| | Debt | | Debt | | Debt | | Debt | Debt |
|---|---|---|---|---|---|---|---|---|
| Type | 1yr | 2YR | 7 yr | 3NC1 | 4NC1 | 5NC3 | 7NC3 | 10NC5 |
| Amount | 15 | 11 | 40 | 10 | 7 | 10 | 8 | 16 |
| Cusip / Hedge ID | 3133XFLT1/3133XFJX6 | | 3133XFLF1/3133XFLM6 | | 3133XFLN4/3133XFLP9 | | 3133XFLQ7 | 3133XFLR5 |

SAR655A1,5A1                PREPAY MODEL WL_7BLN,75

| AVG LIFE | -300 | BASE | +300 | WAM  353    WAC 5.851 | Original |
|---|---|---|---|---|---|
| | 1.00 | 4.76 | 6.91 | 10/1 HYBRID | Accounting |
| | | | | +85 SW @25CPB/3.00 YR AL | |

EXHIBIT C

| ASSET | | Settlement Date 10/30/2007 | | FHLB Trader Cathy Hewlett | |
|---|---|---|---|---|---|
| | | Trade Date 10/11/2007 | | Broker Lehman/Lewis M. | |
| | | Customer Ref   /   Citibank Ref | | Date 10/11/2007 | Time 2:55 PM |
| PURCHASE | | Customer Ref   /   Citibank Ref | | Summit ID %163236 | |

| Description: | | %163236 | | Par/Original Face | |
|---|---|---|---|---|---|
| **SARM 07-10** | | | | | 230,000,000.00 |
| | | | | Factor | |
| **2A1** | | | | | 1.0000000000 |
| | | | | Current Face | |

| Rate | Maturity | Issue | 1st Payment | Current Face |
|---|---|---|---|---|
| 5.6 | 11/25/2037 | 10/1/2007 | | 230,000,000.00 |

Price: 99.648437500

| Yield | Day Count | Principal |
|---|---|---|
| 5.66 | 30/360 | 229,191,406.25 |

Broker/Delivery Instructions        Broker #

Lewis Meyers 212 526-9575
636

Settle via    **CITI DTC**

# of Days: 29
Interest: 1,037,555.56
Total: 230,228,961.81

Money Market Code _____    Summit _____    CUSIP  86364PAD5

Trades Log _____

FAS115    **HTM**

| Type | Debt 5 YR APL | Debt APL REFERENCES SARM 07-10 2A1 FOR PAYDOWNS | Debt | Debt | Hedge |
|---|---|---|---|---|---|
| Amount | 228MLN | | | | |
| Cusip / Hedge ID | 3133XMPS4 | | | | |

PT backed by 5/1 non agency hybrids    Px AL 2.52    PT_HYNA

Intex: SARM0710,2A11  PRELIM CDI)  (LAB:SARM0710_2A1.xls)  +80 SW @ 25CPB  OAS        Orig. MDO

| Avg Life | -300 | Base | +300 | WAC | WAM | Copy Safekeeping |
|---|---|---|---|---|---|---|
| | .74 | 1.74 | 3.63 | 6.98 | 356 | Copy Trader |

**EXHIBIT D**

| ASSET | | Settlement Date 11/30/2007 | | FHLB Trader Cathy Hewlett | |
|---|---|---|---|---|---|
| | | Trade Date 11/16/2007 | | Broker Lehman/Lewis Meyers | |
| | | Customer Ref  /  Citibank Ref | | Date 11/16/2007 | Time 11:50 A.M. |
| PURCHASE | | Customer Ref  /  Citibank Ref | | Summit ID %164330 | |

| Description: | | %164330 | | Par/Original Face | |
|---|---|---|---|---|---|
| | | | | | 136,000,000.00 |
| **SARM 07-11** | | | | Factor | |
| | | | | | 1.0000000000 |
| **3A1** | | | | Current Face | |
| Rate | Maturity | Issue | 1st Payment | | 136,000,000.00 |
| 5.6 | 12/25/2037 | 11/1/2007 | 12/25/2007 | Price | 99.578125000 |
| Yield | | Day Count | | Principal | |
| 5.69 | | 30/360 | | | 135,426,250.00 |
| Broker/Delivery Instructions | | Broker # | | # of Days 29 | |
| | Lehman/Lewis Meyers   212 526-9575 | | | Interest | 613,511.11 |
| | | 636 | | Total | |
| Settle via | **CITI DTC** | | | | 136,039,761.11 |

| Money Market Code _____ | Summit _____ | CUSIP | 86364YAH7 |
|---|---|---|---|
| | Trades Log _____ | | |
| FAS115 ____ **HTM** ____ | | | |

| | Debt | Debt | Debt | Debt | Hedge |
|---|---|---|---|---|---|
| Type | 10 YR APL | APL REFERENCES SARM 07-11 3A1 FOR PAYDOWNS | | | |
| Amount | 134MLN | | | | |
| Cusip / Hedge ID | 3133XNDB2 | | | | |

PT backed by 10/1 non agency hybrids     Px AL 3.12          PT_HYNA

Intex:SARM0711,3A1  PRELIM CDI)(LAB:SARM07-11 3A1 WITH APL.xls)+140 SW @25CPB OAS .35          Orig. MDO

| Avg Life | -300 | Base | +300 | WAC | WAM | | Copy Safekeeping |
|---|---|---|---|---|---|---|---|
| | .63 | 2.88 | 6.88 | 6.76 | 355 | | Copy Trader |

**EXHIBIT E**

| ASSET | | Settlement Date | | FHLB Trader | |
|---|---|---|---|---|---|
| | | 11/30/2006 | | Cathy Hewlett | |
| | | Trade Date | | Broker | |
| | | 11/10/2006 | | Lewis Meyers/Lehman | |
| PURCHASE | | Customer Ref / Citibank Ref | | Date | Time |
| | | | | 11/10/2006 | 12:07 p.m. |
| | | Customer Ref / Citibank Ref | | Summit ID # | |

| Description: | Summit ID | %157565 | | Par/Original Face | |
|---|---|---|---|---|---|
| **LMT 06-8** | | | | **126,332,000.00** | |
| | | | | Factor | |
| **1A3** | | | | **1.0000000000** | |
| Rate | Maturity | Issue | 1st Payment | Current Face | |
| | | | | **126,332,000.00** | |
| **6** | **12/25/2036** | **11/1/2006** | | Price | |
| | | | | **100.281250000** | |
| Yield | | Day Count | | Principal | |
| **5.8** | | **30/360** | | **126,687,308.75** | |

| Broker/Delivery Instructions | Broker # | **636** | # of Days | |
|---|---|---|---|---|
| | | | 29 | |
| | | | Interest | **610,604.67** |
| LEHMAN | Laura Nazzaruolo  212 526-9575 | | Total | |
| Settle via | **CITI DTC** | | | **127,297,913.42** |

| Money Market Code | _____ | Summit _____ | CUSIP | **52520SAC4** |
|---|---|---|---|---|
| | | Trades Lc _____ | | |
| FAS115 | **HTM** | | | |

| Type | Debt | | Debt | | Debt | | Debt | | Hedge |
|---|---|---|---|---|---|---|---|---|---|
| | 1YR | 2YR | 3YR | 2NC1 | 3NC1 | 4NC2 | 5NC3 | 7NC3 | |
| Amount | 16.91 | 5 | 14 | 9 | 10 | 22 | 24 | 8 | |
| Cusip / Hedge ID | 3133XHVG4/TBD 11/13 | | 3133XGYT5/3133XHUV2 | | TBD 11/14/3133XHVE9 | | 3133XHVF6/3133XHVD1 | | |

| LMT0608B,1A3 | | BACKED BY ALT A 30 YR | | |
|---|---|---|---|---|
| SEQ | CMO_ALTA | PREPAY MODEL AA_30 | | Orig. MDO |
| Avg Life  -300 | Base  +300 | +118/CVE/75PPC/2.87yr al | | Copy Safekeeping |
| 2.11 | 2.96  3.98 | | | Copy Trader |

**EXHIBIT F**

## **RESERVATION OF RIGHTS**

Federal Home Loan Bank of Pittsburgh ("FHLB") expressly reserves the right to

amend and/or supplement this Proof of Claim at any time, in any manner, and for any

purpose including, but not limited to, the fixing of or supplementation to the amounts

reflected therein and herein as necessary or if appropriate to amend, revise or correct the

amount and/or details of the claim set forth and/or to include any and all other claims

which FHLB may have now or hereafter hold against the Debtor including without

limitation, any administrative or other claims, the right to payment of post petition interest,

fees and expenses, professional fees and expenses, and the right to seek such appropriate

relief as may be just in connection with any hearing or trial pertaining to this claim.

Nothing contained herein shall be deemed a waiver of any rights that FHLB has or may

have.

FHLB's filing of the Proof of Claim and this accompanying Reservation of Rights

is not, and shall not be deemed or construed as, (a) a waiver or release of FHLB's rights

against any other party or entity; (b) a waiver or release of any default by the Debtor

under the controlling agreements and documents (c) a waiver or release of any rights

FHLB may have pursuant to any provision of the Bankruptcy Code, including by way of

example and not limitation, §362(b), §365, §560 and §562 of the Bankruptcy Code; (d) a

consent by FHLB to the jurisdiction of the Bankruptcy Court or any other court with

respect to proceedings, if any, commenced in any case or contested matter against or

otherwise involving FHLB; (e) a waiver or release of FHLB's right to trial by jury in the

Bankruptcy Court or any other court in any proceeding involving any of the matters set

forth herein or related hereto; (f) consent by FHLB to a jury trial in the Bankruptcy Court or any other court in any proceedings involving any of the matters set forth herein or related hereto; (g) a waiver or release of FHLB's right to have any non-core proceedings determined by the United States District Court after *de novo* review; (h) a waiver of FHLB's right to seek withdrawal of the United States District Court's referral of the Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the Bankruptcy Court; and (i) an election of remedies.

46320/0001-5999121v1

H
A
N
D

D
E
L
I
V
E
R
Y

_Ashly Voly_
RECEIVED BY:

_9/18/09_
DATE

_12:35_
TIME