**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |

-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS 20822, 27864, 27865, AND 27875

Reference is made to proof of claim number **20822** filed on September 21, 2009, and proofs of claim numbers **27864**, **27865**, and **27875** filed on September 22, 2009 (collectively, the "**Claims**"), against Lehman Brothers Holdings Inc. ("**LBHI**") by HSBC Trustee (C.I.) Limited, as Trustee for Pyxis Finance Limited ("**Pyxis**").

PLEASE TAKE NOTICE that, through their undersigned authorized representative, Pyxis hereby withdraws the Claims and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to expunge the Claims from the official claims register for LBHI.

Dated: April 25, 2013
       New York, New York

                                                                                /s/ Daniel Guyder
                                                                                 Daniel Guyder