CADWALADER, WICKERSHAM & TAFT LLP
John J. Rapisardi, Esq.
George A. Davis, Esq.
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and –

Mark C. Ellenberg, Esq., *Pro Hac Vice*
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**SEVENTH AMENDED VERIFIED STATEMENT**
**OF CADWALADER, WICKERSHAM & TAFT, LLP**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

Cadwalader, Wickersham & Taft, LLP ("Cadwalader"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and related subsidiaries and affiliates including Lehman Commercial Paper Inc., Lehman Brothers Special Financing Inc., Lehman Brothers Financial Products Inc., and Lehman Brothers Commercial Corporation (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Seventh Amended Statement") amending and restating the disclosures contained in Cadwalader's previous statements, dated October 7, 2008 [Docket No. 719], October 30, 2008 [Docket No. 1290], January 21, 2010 [Docket No. 6721],

USActive 17470656.10

December 3, 2010 [Docket No. 13207], November 14, 2011 [Docket No. 22113], November 13, 2012 [Docket No. 32044] and February 19, 2013 [Docket No. 34784].

1. Cadwalader is counsel or special counsel to the Entities in the above-captioned cases. The address for Cadwalader for purposes of this Statement is One World Financial Center, New York, NY 10281.

2. The mailing address for each of the Entities is listed on <u>Exhibit A</u> hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4. The specific nature and amounts of the claims held by the Entities are set forth in proofs of claims filed against the Debtors' estates.

5. The following are the facts and circumstances in connection with Cadwalader's employment in these cases. Cadwalader represented certain of the Entities prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that Cadwalader represent them in connection with the Debtors' chapter 11 cases. Cadwalader may also represent some of the Entities on matters unrelated to these chapter 11 cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Cadwalader's representation of such entities.

7. Cadwalader also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Cadwalader represents do not currently intend to appear in the cases or such representations have been concluded. These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8.   Cadwalader has provided, and may continue to provide, certain legal services to the Debtors. With respect to such services, Cadwalader has prepetition and may have post-petition claims against the Debtors.

9.   Cadwalader will supplement this Statement as necessary.

10.  The undersigned declares under penalty of perjury that the statements made herein are true and accurate, to the best of his knowledge, information and belief.

Dated:  April 26, 2013

CADWALADER, WICKERSHAM & TAFT LLP

 */s/* Mark C. Ellenberg
John J. Rapisardi, Esq.
George A. Davis, Esq.
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
john.rapisardi@cwt.com
george.davis@cwt.com

- and –

Mark C. Ellenberg, Esq., *Pro Hac Vice*
700 Sixth Street, NW
Washington, DC  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400
mark.ellenberg@cwt.com

# EXHIBIT A

**Attorneys for:**

| Name | Address |
| --- | --- |
| 1991 Investment Company | 9520 North May Avenue<br>Suite 310<br>Oklahoma City, OK 73120 |
| 7th Avenue, Inc. | c/o HSBC Bank (Cayman) Limited<br>HSBC House<br>60 West Bay Road<br>P.O. Box 1109<br>Georgetown, Grand Cayman |
| Agricultural Bank Of China | No. 69 Jiangguomen Nei Avenue<br>Beijing, 100005 |
| Airlie CDO I | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Airlie LCDO I (Aviv LCDO 2006-3) | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Airlie LCDO II (Pebble Creek 2007-1) | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Ajax Re Limited | c/o HSBC Financial Services (Cayman)<br>George Town Grand Cayman<br>Cayman Islands |
| Allianz SpA and affiliates | Lavaterstrasse 67<br>8002 Zurich |
| Amsterdam House Continuing Care Retirement Community Inc | 1060 Amsterdam Avenue<br>New York, NY 10025 |
| Aviv LCDO 2006-1 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Aviv LCDO 2006-2 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Banc of America Securities, LLC | One Bryant Park, 3rd Floor<br>New York, New York 10036 |
| Banc of American Securities Limited | 5 Canada Square<br>London, E14 5AQ, United Kingdon |
| Bank Of America/Merrill Lynch | World Financial Center, North Tower<br>250 Vesey St<br>New York, NY 10281 |

USActive 17470656.10

| | |
|---|---|
| Barclays Capital | 200 Park Ave<br>New York, NY 10166 |
| BFD Limited | c/o Strategic Value Partners, L.L.C.<br>100 West Putnam Avenue<br>Greenwich, CT 06830 |
| BNP Paribas | 787 Seventh Avenue<br>New York, NY 10019-6018 |
| Brelinsky, MaryAnn | 14511 Mist Creek Lane<br>Humble, TX 77396 |
| Calanthe Capital, L.L.C. | FDR Station P.O. Box 7268<br>New York, NY 10150 |
| Capstone Investment Advisors, LLC | 7 World Trade Center<br>250 Greenwich Street, 30th Floor<br>New York, NY 10007 |
| Chilton New Era Partners, L.P. | 65 Locust Avenue, 2nd Floor<br>New Canaan, CT 06840 |
| CIFG Holding | 825 Third Avenue<br>New York, NY 10022 |
| Citibank, N.A. and affiliates | 399 Park Ave.<br>New York, NY 10043 |
| Coast Diversified Fund Ltd. and the Coast Fund, LP | 725 Arizona Avenue<br>Suite 400<br>Santa Monica, CA 90401 |
| Credit Suisse and affiliates | Eleven Madison Avenue<br>New York, NY |
| Colorado Housing and Finance Authority | 1981 Blake Street<br>Denver, CO 80202 |
| CQS and affiliates | 5th Floor, Chester Street<br>London, SW1X 7BL |
| Davis, Jeremy | 9503 Majestic Canyon Lane<br>Houston, TX 77070 |
| EDF Trading North America LLC and affiliates | 4700 West Sam Houston Parkway North<br>Suite 250<br>Houston, TX 77041 |
| Ellington Management Group LLC | 53 Forest Avenue, Suite 301<br>Old Greenwich, CT 06870 |

| | |
|---|---|
| Eton Park Fund, L.P. and Eton Park Master Fund, Ltd | 900 Third Avenue<br>11th Floor<br>New York, NY 10022 |
| Exum Ridge CB0 2006-1 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Exum Ridge CBO 2006-2 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Exum Ridge CBO 2006-4 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Exum Ridge CBO 2006-5 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Exum Ridge CBO 2007-1 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Exum Ridge CBO 2007-2 | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| The Falconwood Corporation | 67 Irving Place<br>12th floor<br>New York, NY 10003 |
| Fondazione Monte Dei Paschi Siena | Via Banchi Di Sotto, 34<br>Siena  53100 |
| Fortis Americas and affiliates | 153 East 53rd Street<br>New York, NY 10022 |
| Fortress Americas and affiliates | 1345 Avenue of the Americas<br>New York, NY 10105 |
| Griffin, William D. | 6538 Norway Road<br>Dallas, TX 75230 |
| Hua An Fund Management Co. Ltd. | 360 South Pudong Road<br>Shanghai 200120, China |
| Invesco Senior Secured Management | 1166 Avenue of the Americas<br>New York, NY 10036 |
| Lehman Re | C/o Peter C.B. Mitchell and D. Geoffrey Hunter<br>As Joint Provisional Liquidators<br>PricewaterhouseCoopers Advisory Limited<br>Dorchester House, 7 Church Street<br>Hamilton, HM11 Bermuda |

| | |
|---|---|
| LNR Partners, Inc. | 1601 Washington Avenue, Suite 800<br>Miami Beach, Florida 33139 |
| Loancore Capital | 80 Field Point Road<br>Greenwich, CT 06830 |
| MLP Opportunity Fund LP. | 399 Park Avenue<br>9th Floor<br>New York, NY 10022 |
| Moore, Robert Cody | 4302 Compton Circle<br>Bellaire, TX 77401 |
| Morgan Stanley & Co. LLC and affiliates | 1585 Broadway<br>New York, NY 10036 |
| Newton RE Limited | C/o HSBC Financial Services (Cayman) Limited<br>HSBC House, 68 West Bay Road<br>Grand Cayman, Cayman Islands<br>KY1-102 |
| Oak Hill Credit Partners IV Limited | 1114 Avenue of the Americas<br>New York, NY, 10036 |
| Oak Hill Securities Fund II LLP | 1114 Avenue of the Americas<br>New York, NY, 10036 |
| Oak Hill Credit Alpha Fund, L.P. | 1114 Avenue of the Americas<br>New York, NY, 10036 |
| Oak Hill Credit Alpha Fund (Offshore), Ltd. | 1114 Avenue of the Americas<br>New York, NY, 10036 |
| Oak Hill Credit Opportunities Master Fund Ltd. | 1114 Avenue of the Americas<br>New York, NY, 10036 |
| Pebble Creek LCDO 2006-1, LTD | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Pebble Creek LCDO 2007-3, LTD | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Polygon Global Opportunities Master Fund | PO Box 309GT<br>Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| The Salvation Army | 56-45 Main Street<br>Flushing, NY 11355 |

| | |
|---|---|
| Saratoga CLO I, Limited | c/o Invesco Senior Secured Management, Inc.<br>1166 Avenue of the Americas<br>New York, New York |
| Schneider, Russell | 11402 Stoney Falls Drive<br>Houston, TX 77095 |
| SGS HY Credit Fund I (Exum Ridge CBO 2006-3) | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Strategic Value Master Fund, Ltd. | c/o Strategic Value Partners, L.L.C.<br>100 West Putnam Avenue<br>Greenwich, CT 06830 |
| TPG-Axon Capital Management, LP | 888 Seventh Avenue<br>New York, NY 10019 |
| WestLB AG | 1211 Avenue of the Americas<br>New York, NY  10002 |
| Whippoorwill Associates, Inc. | 11 Martine Avenue<br>White Plains, NY 10606 |
| White Marlin CDO 2007-1, LTD | Ugland House<br>South Church Street<br>Georgetown, Grand Cayman |
| Willow Re Ltd. | HSBC Bank (Cayman) Limited<br>P.O. 1109 HSBC House<br>68 West Bay Road<br>Grand Cayman, KY 1-1102, Cayman Islands |
| Wolf, Tom | 8847 W. Sam Houston Parkway North<br>Houston, TX 77041 |