UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------------------x   Ref. Docket Nos. 36535, 36597,
                                                                              36598, 36631-36633


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
26th day of April, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

08-13555-mg    Doc 36914    Filed 04/26/13    Entered 04/26/13 15:13:13    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____
|                                           |
In re                                       |    Chapter 11 Case No.
                                            |
LEHMAN BROTHERS HOLDINGS INC., et al.,      |    08-13555 (JMP)
                                            |
                                            |    (Jointly Administered)
            Debtors.                        |
_____|

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  BARCLAYS BANK PLC                              BARCLAYS BANK PLC
         TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP   ATTN: ANTHONY VITIELLO
         ATTN: DANIEL MIRANDA                           745 SEVENTH AVENUE, 2ND FLOOR
         745 SEVENTH AVENUE, 2ND FLOOR                  NEW YORK NY 10019
         NEW YORK NY 10019
```

Please note that your claim # 55728-34 in the above referenced case and in the amount of
     $634,525.65    allowed at $502,053.22       has been transferred **(unless previously expunged by court order)**

```
         CANYON-GRF MASTER FUND II, L.P.                CANYON-GRF MASTER FUND II, L.P.
         TRANSFEROR: BARCLAYS BANK PLC                  ROBERT SCHEININGER
         C/O CANYON CAPITOL ADVISORS LLC                SIDLEY AUSTIN LLP
         2000 AVENUE OF THE STARS, 11TH FLOOR           787 SEVENTH AVENUE
         LOS ANGELES CA 90067                           NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         Southern District of New York
                         One Bowling Green
                         New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36597    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/22/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 22, 2013.

EXHIBIT B

```
TIME: 11:29:28                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   1
DATE: 04/22/13                                           CREDITOR LISTING

Name                                      Address
BARCLAYS BANK PLC                         ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.           ROBERT SCHEININGER SIDLEY & AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 90067
CANYON-GRF MASTER FUND II, L.P.           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NNEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.           TRANSFEROR: BARCLAYS BANK PLC C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.           TRANSFEROR: BARCLAYS BANK PLC C/O CANYON CAPITOL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CASSA DI RISPARMIO IN BOLOGNA S.P.A.      VIA FARINI 22 BOLOGNA 40124 ITALY
GOLDMAN SACHS & CO.                       TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATNN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ILLIQUIDX LLP                             TRANSFEROR: CASSA DI RISPARMIO IN BOLOGNA S.P.A. ATTN: MS. GALINA ALABATCHKA 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LBVN HOLDINGS, L.L.C.                     ROSENBERG, ANDREW N. PAUL, WEISS, RIFIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                     ROSENBERT, ANDREW N. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                     TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150
STONEHILL INSTITUTIONAL PARTNERS, LP      TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022

Total Number of Records Printed           18
```

EPIQ BANKRUPTCY SOLUTIONS, LLC