UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------x Ref. Docket Nos. 35866, 36407,
36408, 36418-36420, 36614, 36620-
36623, 36656, 36665-36669, 36679

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
26th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  DEUTSCHE BANK AG, LONDON
     TRANSFEROR: TPF GENERATION HOLDINGS, LLC
     ATTN: JEFFREY OLINSKY
     60 WALL ST., 3RD FLOOR
     NEW YORK NY 10005
```

Please note that your claim # 12918-02 in the above referenced case and in the amount of
$1,331,549.16   allowed at $1,223,000.00           has been transferred (**unless previously expunged by court order**)

```
HLF LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON
C/O HALCYON ASSET MANAGEMENT - M SELTZER
477 MADISON AVENUE, 8TH FLOOR
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36668      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/23/2013                            Vito Genna, Clerk of Court

                                            /s/ Lauren Rodriguez
                                            _____
                                            By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 23, 2013.

**EXHIBIT B**

```
TIME: 10:49:47                                          LEHMAN BROTHERS HOLDING INC.                                               PAGE:    1
DATE: 04/23/13                                               CREDITOR LISTING

Name                                              Address
ADK SOHO FUND LP                                  TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET, 8TH FLOOR NEW YORK NY 10012
ATTESTOR VALUE MASTER FUND LP                     TRANSFEROR: DARTA SAVINGS LIFE ASSURANCE LIMITED C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON    W1K7PY UNITED KINGDOM
BANCA ZARATTINI & CO.                             TRANSFEROR: PKB PRIVATBANK SA VIA BALESTRA 17 SEDE LEGALE: VIA PRETORIO 1 LUGANO  CH-6900 SWITZERLAND
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O ROPES AND GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
CYRUS HCE FUND, SPC - SEGREGATED                  TRANSFEROR: THE SEAPORT GROUP LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
  PORTFOLIO A
CYRUS HCE FUND, SPC - SEGREGATED                  TRANSFEROR: THE SEAPORT GROUP LLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
  PORTFOLIO B
DARTA SAVINGS LIFE ASSURANCE LIMITED              ATTN: JOHN FINNEGAN HIBERIAN HOUSE HADDINGTON ROAD DUBLIN   IRELAND
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: TPF GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GABRIELE POEHLMANN-GRUNDIG                        TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION HOHENBURG 7 LENGGRIES  D-83661 GERMANY
GOLDMAN SACHS & CO.                               TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ASHTON INVESTMENTS, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC                     TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HCN LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
                                                  TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD. C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                                  NEW YORK NY 10022
HLF LP                                            TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
LBVN HOLDING, L.L.C.                              ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150
LBVN HOLDINGS, L.L.C.                             ANDREW N. ROSENBERG PAUL, WEISS, WAHRTON, RIFKIND, & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                             ANDREW N. ROSENBERG PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10119-6064
LBVN HOLDINGS, L.L.C.                             TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150
LUCY MIES, DR. STEFAN & CHRISTA                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION SILBERBACHSTRASSE 39 FREIBURG   D-79100 GERMANY
MAYBI, KABUSHIKIGAISHA                            1-13-39 KAMINISHI HIRANO-KU OSAKA-SHI OSAKA  547-0005 JAPAN
PAULSON CREDIT OPPORTUNITIES MASTER LTD.          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PKB PRIVATBANK SA                                 TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA VIA BALESTRA 1 LUGANO  CH-6900 SWITZERLAND
SMBC NIKKO SECURITIES INC.                        TRANSFEROR: MAYBI, KABUSHIKIGAISHA NOBUHIRO MATSUMOTO, GENERAL MANAGER 3-1 MARUNOUCHI 3-CHOME CHIYODA-KU TOKYO   1008325 JAPAN
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: MIES, STEFAN DR & CHRISTA LUCY ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SCHELLER, INGE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
THE SEAPORT GROUP LLC                             360 MADISON AVE NEW YORK NY 10017
THE SEAPORT GROUP LLC                             LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222
YORVIK PARTNERS LLP                               TRANSFEROR: JONES, GRIFF AND JO RHYS 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     37                                                                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
```