UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (JMP)
                                                  :    (Jointly Administered)
                        Debtors.                  :
                                                  :
------------------------------------------------------------------x    Ref. Docket No. 34714

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 23, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   /s/ *Lauren Rodriguez*
                                                   Lauren Rodriguez

Sworn to before me this
26th day of April, 2013
/s/ *Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 34714_Aff 4-23-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE OF DEFECTIVE TRANSFER

Transferor:   ERIK PENSER BANKAKTIEBOLAG
              TRANSFEROR: EFG BANK AB (PUBL)
              BIBLIOTEKSGATAN 9
              BOX 7405
              STOCKHOLM S-103 91 SWEDEN

Additional:

Transferee:   ERIK PENSER BANKAKTIEBOL AG
              ATTN: DAVID ENVALL
              BIBLIOTEKSGATAN 9 - BOX 7405
              STOCKHOLM S-103 91 SWEDEN

Your transfer of claim # 67178-19 is defective for the reason(s) checked below:

Previously Transferred

Docket Number 34714         Date 02/06/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 23, 2013.

EXHIBIT B

```
TIME: 10:45:03                           LEHMAN BROTHERS HOLDING INC.                                                 PAGE:  1
DATE: 04/23/13                                CREDITOR LISTING

Name                             Address
ERIK PENSER BANKAKTIEBOL AG      ATTN: DAVID ENVALL BIBLIOTEKSGATAN 9 - BOX 7405 STOCKHOLM  S-103 91 SWEDEN
ERIK PENSER BANKAKTIEBOLAG       TRANSFEROR: EFG BANK AB (PUBL) BIBLIOTEKSGATAN 9 BOX 7405 STOCKHOLM  S-103 91 SWEDEN


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC