**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (JMP) |
|  | : | **(Jointly Administered)** |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------------------x   Ref. Docket Nos. 36425-36427,
36443-36445, 36447, 36448, 36543-
36548, 36624-36626, 36628-36630,
36670, 36681, 36684, 36685, 36729,
36730, 36732

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 24, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
26th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

_____

In re                                          |         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,         |         08-13555 (JMP)

                                               |         (Jointly Administered)

                        Debtors.               |

_____                |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BARCLAYS BANK PLC
    TRANSFEROR: CENTRICA ENERGY LTD
    ATTN: AILEEN MONTANA
    1301 SIXTH AVENUE, 8TH FLOOR
    NEW YORK NY 10019

BARCLAYS BANK PLC
DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MAL
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK NY 10019

Please note that your claim # 67783-07 in the above referenced case and in the amount of
    $1,122,950.23  allowed at $719,159.86          has been transferred (**unless previously expunged by court order**)

VARDE CREDIT PARTNERS MASTER, L.P.
TRANSFEROR: BARCLAYS BANK PLC
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD
SUITE 1500
MINNEAPOLIS MN 55437

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36447      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/24/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 24, 2013.

EXHIBIT B

TIME: 13:24:12
DATE: 04/24/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| BANCA PASSADORE & C. S.P.A. | ATTN: MAURO GATTI VIA ETTORE VERNAZZA 27 GENOVA 16121 ITALY |
| BARCLAYS BANK PLC | DANIEL MIRANDA, ANTHONY VITIELLO, JULIAN MALDONADO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTRICA ENERGY LTD ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| CBA VITA SPA | ATTN: MR. BIAGIO MASSI VIA VITTOR PISANI, 13 MILANO 20124 ITALY |
| CBA VITA SPA | ANDREA SURIANO SIMONINS & SIMONS VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAIME NADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC 1615 BRETT ROAD, BLDG 3 ATTN: BRIAN BROYLES NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SPCP GROUP, LLC 1615 BRETT ROAD, BLDG 3 ATTN: BRIAN BROYLES NEW CASTLE DE 19720 |
| CRESCENT 1 L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND | TRANSFEROR: J.P. MORGAN SECURITIES PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TPG GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MGMT CORP MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| J.P. MORGAN SECURITIES PLC | ANDREA SURIANO MONTNDREA SUR 37 PARK AVENUE NEW YORK NY 10019 C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO; MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10019 |
| LBVN HOLDINGS, L.L.C. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW Y ORK NY 10150 |
| LBVN HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: BANCA PASSADORE & C. S.P.A. ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CBA VITA SPA ATTN: ROBERT DINWIDDIE 2 KIND EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ATTORNEY AT LAW 7 TIMES SQUARE NEW YORK NY 10036-7311 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: TENENBAUM MULTI-STRATEGY MASTER FUND LP AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| YORVIK CAPITAL LTD | TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |
| YORVIK PARTNERS LLP | TRANSFEROR: YORVIK CAPITAL LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM |

Total Number of Records Printed    43