## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Dianne Ruda Sidler, 7355 Heritage Oaks, Drive Reno, Nevada 89523, USA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44611) in the amount of $ USD 89,345.54 (claim amount as filed), respectively USD 89,204.26 (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22th day of October 2012.

                              **Luzerner Kantonalbank AG**

By: _____

Name of person signing:  Peter Felder        Jörg Gubler
Title of person signing:   Vice President     Vice President

RECEIVED
APR 2 5 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 89,345.54 (Claim Amount as Filed), respectively USD 89,204.26 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| XS0274445120 | 44611 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | USD 89,345.54 (claim amount as filed) USD 89,204.26 (Allowed Claim Amount) CHF 100,000.00 (Nominal Amount) |

Blocking Number: 6038749

April 18, 2013

United States Bankruptcy Court

Southern District of New York

Lehman Brothers Holdings Claims Processing Center

c/o Epiq Bankruptcy Solutions LLC

FTR Station, PO Box 5076

New York, New York 10150-5076

Dear Sir or Madam:

Please find enclosed an "Evidence of Transfer of Claim Form" dated October 12, 2012. I already sent this to you, but perhaps it has not been received? Can you please note that my address of record has changed?

Dianne Sidler

11746 Bagota Way

Rancho Cordova, CA 95742

E-mail: ddsidler@gmail.com

Also, is it possible for you to send me confirmation of receipt of this document? My new bank is asking for this confirmation as soon as possible.

Thanking you in advance,

*Dianne Sidler*

Dianne Sidler

RECEIVED APR 25 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Sidler
11746 Bagota Way
Rancho Cordova, CA 95742

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions LLC
FDR Station, PO Box 5076
New York, New York 10150-5076

PRIORITY MAIL

UNITED STATES POSTAL SERVICE

Flat Rate Envelope

Apply Priority Mail Postage Here

United States Postal Service SIGNATURE CONFIRMATION

2330 3280 0000 0043 3469

UNITED STATES POSTAL SERVICE
1006
10150

U.S. POSTAGE PAID
RANCHO CORDOVA, CA 95670
APR 18, '13
AMOUNT
$8.30
00082162-08

EP14H JAN 2011  Outer Dimension: 10 x 5

5076

APR 20