United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re <u>Lehman Brothers Holdings Inc., et al.,</u> | Case No. <u>08-13555 (JMP)</u><br>(Jointly Administered) |
| In re <u>Lehman Brothers Special Financing, Inc.</u> | Case No: 08-13888 |

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Taconic Capital Partners 1.5 LP | Deutsche Bank AG, London Branch |
| Name of Transferee | Name of Transferor |
| | Court Claim #: 17378<br>Amount of Claim Transferred: $16,500,000.00<br>(allowed) |

Name and Address where notices to Transferee should be sent:

Taconic Capital Partners 1.5 LP
c/o Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
New York, NY 10022
Attn: Michael Zaczyk
(212) 209-3124 P
(212) 209-3189 F
mzaczyk@taconiccap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TACONIC CAPITAL PARTNERS 1.5 LP
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____    Date: 04/29/13
Name: Kevin Kavanagh
Title: Principal


( PARTIAL )

EXHIBIT B

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
        Attn:   Clerk

AND TO: Lehman Brothers Special Finance Inc. ("Debtor")
        Case No. Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 17378

DEUTSCHE BANK AG, LONDON BRANCH its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

TACONIC CAPITAL PARTNERS 1.5 LP
c/o Taconic Capital Advisors LP
450 Park Avenue, 9th Floor
NY, NY 10022
Attention : Michael Zaczyk
Phone: 212 209-3124
Fax 212-209-3189
e-mail: mzaczyk@taconiccap.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the allowed principal amount of $16,500,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 26, 2013.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

TACONIC CAPITAL PARTNERS 1.5 LP
By: Taconic Capital Advisors LP, as Investment Advisor

By: _____
Name: Kevin P. Kavanagh
Title: Principal

9