UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :   Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   08-13555 (JMP)
                                                               :
                           Debtors.                            :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIMS

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | The Liberty Hampshire Company, LLC<br>227 West Monroe Street, Suite 4900<br>Attn: Operations Department<br>Chicago, IL 60606 |
| Claim Number (if known): | 17443 and 17444 |
| Date Claim Filed: | September 18, 2009 |
| Total Amount of Claim Filed: | (17443) $73,903.41 and (17444) $160,572.33 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | Title: Executive Officer |
|---|---|
| Printed Name: Thomas Irvin | Dated: April 29, 2013 |