WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                               :      Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :      08-13555 (JMP)
:
Debtors.                             :      (Jointly Administered)
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE
### FOUR HUNDRED SEVENTH OMNIBUS OBJECTION TO CLAIMS
### (INSUFFICIENT DOCUMENTATION CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, is withdrawing without prejudice the Four Hundred Seventh Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 36011] *solely* with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated:  April 29, 2013
        New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

US_ACTIVE:\44246710\1\58399.0011

# Exhibit A

## Claims for Which Objection Is Withdrawn Without Prejudice:

| Claimant Name | Claim Number |
|---|---|
| VON POSADOWSKY-WEHNER, DOROTHEE GRAETIN | 41463 |