# EXHIBIT H

(Beneficiary's Authorization to Bid)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                                  :
                                    Debtors.                 :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NO. 11385 FILED BY FLAMINGO VALLEY VIEW, LLC

Upon the objection, dated April 29, 2013 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI or the "Plan Administrator") as Plan Administrator pursuant to the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure, seeking disallowance and expungement of the Flamingo Valley Claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of LBHI and all parties in interest in the above referenced chapter 11 cases and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Terms not defined herein shall have the same meaning ascribed to them in the Objection to the Flamingo Valley Claim.

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, the Flamingo Valley Claim, which has been assigned claim number 11385 by the Court-appointed claims agent, is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

2

## BENEFICIARY'S AUTHORIZATION TO BID

TO: FIRST AMERICAN TITLE INSURANCE COMPANY
3 FIRST AMERICAN WAY, NDTS DIVISION
SANTA ANA, CA 92707
Phone: (714) 800-3572

RE: *Trustee Sale No. 06-24381-NV*

You are authorized to cause on our behalf an opening credit bid in the amount of Sixty Five Million and 00/100 Dollars ($65,000,000.00) to be made at that certain Trustee's Sale scheduled for *FEBRUARY 13, 2007 AT 1:00 P.M.* inclusive of all trustee's fees and expenses. Necessary Documentary Transfer Tax and recording fees for Trustee's Deed will be paid by the undersigned, should said property be acquired by the undersigned at said sale.

The undersigned acknowledges that the opening bid amount set forth above is less than the total amount of principal, interest and fees set forth in the Notice of Trustee's Sale recorded on January 23, 2007 in Book 20070123 as Instrument 0003276 in the official records of the Recorder of Clark County, Nevada.

If no other bidders are present at the sale, the undersigned hereby waives the reading of the Notice of Sale.

FLAMINGO LAND, LLC, a
Delaware limited liability company

By: *[signature]*
Name: Abbey B. Kosakowski
Title: AUTHORIZED SIGNATORY

132083.1