WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                 :

**In re**                              :       **Chapter 11 Case No.**

                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :      **08-13555 (JMP)**

                                 :

                 **Debtors.**      :      **(Jointly Administered)**

                                 :

                                 :

-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby

withdraws without prejudice its Subpoena dated April 8, 2013, served upon Marie-Laure

Rondeau.

Dated:  April 25, 2013
        New York, New York

                       /s/ Robert J. Lemons
                       Robert J. Lemons
                       WEIL, GOTSHAL & MANGES LLP
                       767 Fifth Avenue
                       New York, New York 10153
                       Telephone: (212) 310-8000
                       Facsimile: (212) 310-8007

                       Attorneys for Lehman Brothers Holdings Inc.
                       and Certain of Its Affiliates