WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                   :

In re                                :        Chapter 11 Case No.
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :    **08-13555 (JMP)**
                                      :

            **Debtors.**        :    **(Jointly Administered)**
                                      :

                                      :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF SUBPOENA ISSUED PURSUANT**
**TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. hereby

withdraws without prejudice its Subpoena served upon Griff Jones and Jo Rhys on March 12,

2013, the issuance of which was noticed in a filing with the Court on March 14, 2013 [ECF No.

35928].

Dated: April 25, 2013
     New York, New York

                            /s/ Robert J. Lemons
                            Robert J. Lemons
                            WEIL, GOTSHAL & MANGES LLP
                            767 Fifth Avenue
                            New York, New York 10153
                            Telephone: (212) 310-8000
                            Facsimile: (212) 310-8007

                            Attorneys for Lehman Brothers Holdings Inc.
                            and Certain of Its Affiliates