**EXHIBIT C-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>, | Chapter 11 |
| | Jointly Administered |
| Debtors | |

## NOTICE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $8,409,239.60 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Encana Corporation ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $8,409,239.60 | 14814 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $8,409,239.60 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: CITIGROUP FINANCIAL PRODUCTS INC.

Address:   1615 Brett Road, Bldg 3
           New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: ENCANA CORPORATION

Address:   500 Centre Street SE
           PO Box 2850
           Calgary, Alberta T2P 2S5

Signature: *S. Brillon*
Name: SHERRI A. BRILLON
Title: EXECUTIVE VICE-PRESIDENT & CHIEF FINANCIAL OFFICER
Date: April 29, 2013

**EXHIBIT C-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

                                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $8,409,239.60 of or an undivided 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Encana Corporation ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $8,409,239.60 | 14814 |

has been transferred and assigned to Citigroup Financial Products Inc. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $8,409,239.60 of or an undivided 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE:  CITIGROUP FINANCIAL
                    PRODUCTS INC.
Address:      1615 Brett Road, Bldg 3
                    New Castle, DE 19720

Signature:
Name:
Title:          Brian S. Broyles
                 Authorized Signatory
Date:         April 29, 2013

ASSIGNOR: ENCANA CORPORATION
Address:      500 Centre Street SE
                    PO Box 2850
                    Calgary, Alberta T2P 2S5

Signature:
Name:
Title:
Date:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc., et al., (and Lehman Brothers Commodity Services Inc., Case. No. 08-13885)
           (the "Debtor"), Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 14814

**ENCANA CORPORATION** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold,
transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention: Scott Evan
Tel: 302-323-3624
Email: scott.evan@citi.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14814, solely to the
extent of $8,409,239.60, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with
jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the
Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be
imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy
rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court
may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner
and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in
respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly
authorized representative dated April _29_, 2013.

**ENCANA CORPORATION**

By: _____
Name: SHERRI A. BRILLON
Title: EXECUTIVE VICE-PRESIDENT & CHIEF FINANCIAL OFFICER

delegate for
By: _____
Name: TERRENCE J. HOPWOOD
Title: EXECUTIVE VICE-PRESIDENT & GENERAL COUNSEL

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn:  Clerk

AND TO:    Lehman Brothers Holdings Inc., et al., (and Lehman Brothers Commodity Services Inc., Case. No. 08-13885)
           (the "Debtor"), Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 14814

**ENCANA CORPORATION** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and
sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold,
transferred and assigned unto:

**CITIGROUP FINANCIAL PRODUCTS INC.**
1615 Brett Road, Bldg 3
New Castle, DE 19720
Attention:  Scott Evan
Tel:  302-323-3624
Email:  scott.evan@citi.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 14814, solely to the
extent of $8,409,239.60, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with
jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the
Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be
imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy
rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court
may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner
and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in
respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly
authorized representative dated April  29 2013.

**ENCANA CORPORATION**

By: _____
        Name:
        Title:

By: _____
        Name:
        Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
        Name:
        Title:

            Brian S. Broyles
            Authorized Signatory