<u>United States Bankruptcy Court</u>
<u>Southern District of New York</u>

In re <u>Lehman Brothers Holdings Inc., et al.</u>,                    Case No. <u>08-13555 (JMP)</u>
                                                                         (Jointly Administered)

In re <u>Lehman Brothers Special Financing, Inc.</u>                    Case No: 08-13888

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


York Global Finance BDH, LLC                              Banc of America Credit Products, Inc.
-------------------------------                           -------------------------------
        Name of Transferee                                        Name of Transferor


                                                          Court Claim #: 24979
                                                          Amount of Claim Transferred: 50% of the
                                                          total amount of claim filed = $20,000,000


Name and Address where notices to Transferee
should be sent:

York Global Finance BDH, LLC
c/o York Capital Management
767 5th Ave, 17th Fl
New York, NY 10153
Attn: Lauren Searing
(212) 710-6549
bankdebt@yorkcapital.com


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


YORK GLOBAL FINANCE BDH, LLC


By: _____                   Date: _4-30 13_
Name: __John J. Fosina__
Title: __Chief Financial Officer__

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 50% interest in and to all rights, title and interest in and to Seller's claims against Lehman Brothers Special Financing Inc. (Claim No. 24979) in the amount of $40,000,000 (the "Claim Amount"), which pro rata share represents $20,000,000 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

        Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

        IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 24 day of April, 2013.


BANC OF AMERICA CREDIT PRODUCTS, INC.

By:
Name:
Title:    Jonathan M. Barnes
            Vice President


YORK GLOBAL FINANCE BDH, LLC


By: _____
Name:
Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to York Global Finance BDH, LLC, its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 50% interest in and to all rights, title and interest in and to Seller's claims against Lehman Brothers Special Financing Inc. (Claim No. 24979) in the amount of $40,000,000 (the "Claim Amount"), which pro rata share represents $20,000,000 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the _24_ day of April, 2013.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:

YORK GLOBAL FINANCE BDH, LLC

By: _____
Name:    John J. Fosina
Title:    Chief Financial Officer