```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :   (Jointly Administered)
                       Debtors.               :
                                              :
-------------------------------------------------------------x
```

Ref. Docket Nos. 35869, 36218, 36642, 36644, 36646, 36648, 36650, 36655, 36657, 36659-36664, 36687, 36691, 36692, 36694-36699, 36709-36715, 36717, 36718, 36733, 36734, 36738, 36739, 36762, 36765-36770

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
30th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 35869, 36218, 36642...36762, 36765-36770_AFF_4-25-13.doc

# EXHIBIT A

08-13555-mg    Doc 36977    Filed 04/30/13    Entered 04/30/13 12:02:09    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG, RAJAT BOSE
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 56717-14 in the above referenced case and in the amount of
     $652.91  allowed at $632.27        has been transferred **(unless previously expunged by court order)**

```
      ASHTON INVESTMENTS, LLC
      TRANSFEROR: ALSTON INVESTMENTS LLC
      C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                       UNITED STATES BANKRUPTCY COURT
                       Southern District of New York
                       One Bowling Green
                       New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36709       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/25/2013                      Vito Genna, Clerk of Court

                                      /s/ Lauren Rodriguez
                                      _____
                                      By: Epiq Bankruptcy Solutions, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 25, 2013.

EXHIBIT B

```
TIME: 10:51:26                                                  LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 04/25/13                                                       CREDITOR LISTING

Name                                              Address
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG, RAJAT BOSE 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF MAERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANCA AKROS SPA                                   ATTN: MR. LUCA GANDOLFI VIA EGINARDO, 29 MILAN 20149 ITALY
BANCA DI LEGNANO A.P.A.                           TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: RICCARDO SATRAGNO - SALES MANAGER LARGO FRANCO TOSI 9 LEGNANO 20025 ITALY
BANCA DI LEGNANO S.P.A.                           TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: RICCARDO SATRAGNO - SALES MANAGER LARGO FRANCO TOSI 9 LEGNANO 20025 ITALY
BANCA FIDEURAM S.P.A.                             TRANSFEROR: BANCA AKROS SPA ATTN: EMANUELE CASTRO - LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ROMA 00143 ITALY
BANCA FIDEURAM S.P.A.                             TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: EMANUELE CASTRO - LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ROMA 00143 ITALY
BANCA FIDEURAM S.P.A.                             TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: EMANUELE CASTRO- LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ROMA 00143 ITALY
BANK HAPOALIM B.M.                                18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BAUPOST GROUP SECURITIES, L.L.C.                  TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MGMT. ATTN: JENNIFER DONOVAN
                                                  65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MGMT. ATTN: JENNIFER DOVOVAN
                                                  65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
CENTERBRIDGE CREDIT PARTNERS MASTER,              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
L.P.
CENTERBRIDGE CREDIT PARTNERS, L.P.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CITIGROUP FINANCIAL PRODUCTS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3
                                                  NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JAIME MADELL 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG. 3 NEW CASTLE DE 19720
DEUTSCHE BANK AG, LONDON BRANCH (UK)              ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE
                                                  LONDON  EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: SUNSHINE ENTERPRISES L.P. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                  LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
EYAT FAMILY IRREVOCABLE TRUST                     TRANSFEROR: BANK HAPOALIM B.M. 1500 SAN REMO AVENUE, SUITE #125 CORAL GABLES FL 33146
FRONT CAPITAL LTD                                 TRANSFEROR: HYTONEN, JUHA ALEKSANTERINKATU 48 A HELSINKI  F1-00100 FINLAND
GLITNIR BANKI HF.                                 C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104
HBK MASTER FUND L.P.                              TRANSFEROR: YORVIK PARTNERS LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                             TRANSFEROR: J.P. MORGAN SECURITIES LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                             TRANSFEROR: RBS SECURITIES C/O HBK SERVICES LLC LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                             TRANSFEROR: RBS SECURITIES INC. C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HYTONEN, JUHA                                     C/O PAMELA SMITH HOLLEMAN, ESQ. SULLIVAN & WORCESTER LLP ONE POST OFFICE SQUARE BOSTON MA 02109
IRA FBO MICHAEL ZLATIN PERSHING LLC AS            TRANSFEROR: BANK HAPOALIM B.M. C/O MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
CUSTODIAN

                                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:51:26                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE: 2
DATE: 04/25/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| J.P. MORGAN SECURITIES LLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | KIRSTEN HAMRAHI NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD. C/O NEXSTAR CAPITAL PARTNERS, LLC 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD | NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD C/O NEXSTAR CAPITAL PARTNERS, LLC ATTN: KRISTEN HAMRAHI 780 THIRD AVENUE, 14TH FLOOR NEW YORK NY 10017 |
| NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF | DLA PIPER WEISS-TESSBACH ATTN: THOMAS RUHM, ESQ. ATTN: CHRISTIAN TEMMEL, ESQ. SCHOTTENRING 14 VIENNA A-1010 AUSTRIA |
| OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF | DLA PIPER LLP (US) ATTN: WILLAIM M. GOLDMAN, ESQ. ATTN: VINCENT ROLDAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF | VOLKSBANK GEWERBE-UND HANDELSBANK KARNTEN AG KOLINGASSE 19 VIENNA A-1090 AUSTRIA |
| RBS COUTTS BANK AG | TRANSFEROR: UBS AG COUTTS & CO AG ATTN: H.-P. SCHMID / OCAEL LERCHENSTRASSE 18 POSTFACH ZURICH 8022 SWITZERLAND |
| RBS SECURITIES | TRANSFEROR: IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| RBS SECURITIES | TRANSFEROR: TEJAS SECURITIES GROUP, INC. 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019 |
| RBS SECURITIES INC. | ATTN: PIA FRIIS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| RBS SECURITIES INC. | TRANSFEROR: ALANDSBANKEN ABP (FINLAND), SVENSK FILIAL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROTH IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O CARLA FELS 228 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| ROTH IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O LEE BATCH 1025 MAXWELL LANE #512 HOBOKEN NJ 07030 |
| ROTH IRA FBO LEE BATCHA PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O LEE BATCHA 1025 MAXWELL LANE # 512 HOBOKEN NJ 07030 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M. C/O RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: GLITNIR BANKI HF. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY |
| SLUIJS, J. EN/OF SLUIJS-DE GROOT, M.C.T. | ZUIDELIJKE DWARSWEG 7 MOORDRECHT 2841 LK NETHERLANDS |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | AND SILVER POINT CAPITAL OFFSHORE FUND LTD C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | C/O SILVER POINT CAPITAL ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL FUND, LP | SPCP GROUP, LLC C/O SILVER POINT CAPITAL ATTN: BRIAN A. JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S BEACHER 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ATTORNEY AT LAW 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 10:51:26                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  3
DATE: 04/25/13                                          CREDITOR LISTING

Name                                    Address
SPCP GROUP, LLC                         TRANSFEROR: TENNENBAUM MULTI-STRATEGY MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL
                                        OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: SLUIJS, J. EN/OF SLUIJS-DE GROOT, M.C.T. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV THE NETHERLANDS
UBS AG                                  TRANSFEROR: 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                  ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
VONWIN CAPITAL MANAGEMENT, LP           TRANSFEROR: NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD VONWIN CAPTIAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL
                                        261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
VONWIN CAPTIAL MANAGEMENT, LP           TRANSFEROR: NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD VONWIN CAPTIAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL
                                        261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016
YORVIK CAPITAL LTD                      TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                     TRANSFEROR: OESTERREICHE VOLKSBAKEN-AKTIENGESELLSCHAFT ON BEHALF OF 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                     TRANSFEROR: WALANPATRIAS STIFTUNG 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                     TRANSFEROR: YORVIK CAPITAL LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM

Total Number of Records Printed         88
```

EPIQ BANKRUPTCY SOLUTIONS, LLC