UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                    Debtors.                                      :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 36636, 36639,
                                                                       36649, 36689, 36757, 36758, 36764

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
30th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF DEFECTIVE TRANSFER**

Transferor:   SMBC NIKKO SECURITIES INC.
              TRANSFEROR: MAYBI, KABUSHIKIGAISHA
              NOBUHIRO MATSUMOTO, GENERAL MANAGER
              3-1 MARUNOUCHI 3-CHOME
              CHIYODA-KU
              TOKYO 1008325 JAPAN

Additional:

Transferee:   ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, L.P.
              SMITH MANAGEMENT L.L.C.
              ALDEN GLOBAL CAPITAL
              885 THIRD AVE., 34TH FLOOR
              NEW YORK NY 10022

Your transfer  of claim #   40797    is defective for the reason(s) checked below:

Other                                Claim not owned by Seller noted within Transfer Notice

Docket Number 36636             Date 04/17/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 25, 2013.

# EXHIBIT B

```
TIME: 10:50:10                                              LEHMAN BROTHERS HOLDING INC.                                                              PAGE:    1
DATE: 04/25/13                                                   CREDITOR LISTING

Name                                       Address
ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER   SMITH MANAGEMENT L.L.C. ALDEN GLOBAL CAPITAL 885 THIRD AVE., 34TH FLOOR NEW YORK NY 10022
 FUND, L.P.
BETHMANN BANK AG                           BETHMANNSTRABE 7-9 FRANKFURT AM MAIN  60311 GERMANY
FLEMMING, UWE                              BOHNSTEDTSTRASSE 9 BERLIN  12309 GERMANY
FLEMMING, UWE                              BOHNSTEDTSTRASSE 9 BERLING  12309 GERMANY
ILLIQUIDX LLP                              ATTN: M. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                              ATTN; M. CELESTINO AMORE 80 FLEET STREET LONDON    EC4Y IEL UNITED KINGDOM
ILLIQUIDX LLP                              ATTN; M. CELESTINO AMROE 80 FLEET STREET LONDON    EC4Y 1EL UNITED KINGDOM
RUNTE, BERND                               ALTE RENNBAHN 35 BUCHHOLZ  D-21244 GERMANY
SMBC NIKKO SECURITIES INC.                 TRANSFEROR: MAYBI, KABUSHIKIGAISHA NOBUHIRO MATSUMOTO, GENERAL MANAGER 3-1 MARUNOUCHI 3-CHOME CHIYODA-KU TOKYO   1008325 JAPAN
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: DEKKER, ING P. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: ERVEN VAN TULLEMANS L.H. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: FLEMMING, UWE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: INCOR N.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: KOOMEN-METRKX, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: OPERIUM B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: R. EN. R. HOLDING B.V. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: STICHTING HUIZE BEUKEUSTEIN ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VAN BALLEGOOYEN, D.A. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
YORVIK CAPITAL LTD                         TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                        ATTN: LISA KING 11 IRONMONGER LANE LONDON    EC2V 8EY UNITED KINGDOM


Total Number of Records Printed            20

                                                                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```