UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (JMP)
                                                                   :
                              Debtors.                             :   (Jointly Administered)
-------------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Securities & Patrimony Active Management Holding SA<br>3a rue G. Kroll<br>L 1882, Luxembourg  *Gofico S.A. as assignee* |
| Claim Number (if known): | 13569 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $23,680 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: | *[signature]* | Title: | Director |
|---|---|---|---|
| Printed Name: | J. JOLIAT | Dated: | April 26, 2013 |