```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (JMP)
                                                                   :   (Jointly Administered)
                          Debtors.                                 :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 35866, 36142,
                                                                       36702, 36719-36728, 36782, 36810-
                                                                       36813, 36819-36821, 36823, 36838
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lauren Rodriguez

Sworn to before me this
30th day of April, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BARCLAYS BANK PLC
      TRANSFEROR: ASHTON INVESTMENTS, LLC
      ATTN: DANIEL MIRANDA
      745 SEVENTH AVENUE, 2ND FLOOR
      NEW YORK NY 10019
```

Please note that your claim # 44990 in the above referenced case and in the amount of
$457,828.52   allowed at $496,687.01        has been transferred **(unless previously expunged by court order)**

```
      CRESCENT 1 L.P.
      TRANSFEROR: BARCLAYS BANK PLC
      ATTN: SVET NIKOV
      399 PARK AVENUE, 39TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36142       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2013.

EXHIBIT B

```
08-13555-mg    Doc 36983    Filed 04/30/13    Entered 04/30/13 14:04:47    Main Document
                                        Pg 5 of 5
```
```
TIME: 10:59:22                                              LEHMAN BROTHERS HOLDING INC.                                                           PAGE:   1
DATE: 04/26/13                                                    CREDITOR LISTING

Name                                              Address
BANCA ZARATTINI & CO. SA                          TRANSFEROR: PKB PRIVATBANK SA VIA BALESTRA 17 SEDE LEGALE: VIA PRETORIO 1 LUGANO  CH-6900 SWITZERLAND
BARCLAYS BANK PLC                                 TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BURROW, G & J                                     430-1310 ARCHIBALD ST WINNIPEG MB R2J 0Z4 CANADA
CITIGROUP FINANCIAL PRODUCTS INC.                 MADELL, JAMIE PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SPCP GROUP, LLC ATTN:  BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS INC.                 TRANSFEROR: SPCP GROUP, LLC ATTN; BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRESCENT 1, LP                                    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARL AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, LP                               TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, LP                               TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLORR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD           TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
D.W. VAN RUITEN B.V.                              ATTN: D.W. VAN RUITEN EN/OF R. VAN RUITEN-DE BOER LAARSTRAAT 6 EMST  8166 GS NETHERLANDS
D.W. VAN RUITEN PENSIOEN B.V.                     ATTN: D.W. VAN RUITEN LAARSTRAAT 6 EMST 8166 GS NETHERLANDS
DKR SOUNDSHORE OASIS HOLDING FUND LTD             STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038
DKR SOUNDSHORE OASIS HOLDING FUND LTD             C/O DKR OASIS MANAGEMENT COMPANY LP ATTN: SHERIF ELMAZI 1281 EAST MAIN STREET, 3RD FLOOR STAMFORD CT 06902
DROK-MARCHAND, H.C.M.                             INZAKE GARANTIEBEHEER SLUISPLEIN 95 SINT OEDENRODE  5492 AV NETHERLANDS
EDGEWATER PARTNERS, L.P.                          TRANSFEROR: DKR SOUNDSHORE OASIS HOLDING FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
GAW KWAN NEO                                      14 QUEEN ASTRID PARK SINGAPORE   266806 SINGAPORE
GOLDMAN SACHS & CO.                               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: THE MASTER TR BANK OF JAPAN LTD ACTING AS TTEE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                              TRANSFEROR: TPG CREDIT STRATEGIES FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES PLC                        TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
                                                  TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO; MAIL CODE NY1-M138 383 MADISON AVENUE-37TH FLOOR
                                                  NEW YORK NY 10179
MERRILL LYNCH CREDIT PRODUCTS, LLC                TRANSFEROR: GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA) C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY COHEN, RONALD TOROK
                                                  BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
MIRANTA, MATZAPETAKI                              11 E. XATZAKI STR., IRAKLION GRETE  71409 GREECE
MIRANTA, MATZAPETAKI                              PIRAEUS BANK SA. 75, V.SOFIAS STR., ATHENS  11521 GREECE
OTHON, PAPADOPOULOS                               2 LYKEIOU STR., ATHENS  10674 GREECE
OTHON, PAPADOPOULOS                               PIRAEUS BANK SA. 75, V.SOFIAS STR., ATHENS  11521 GREECE
PKB PRIVATBANK SA                                 TRANSFEROR: CREDITO PRIVATO COMMERCIALE SA VIA BALESTRA 1 LUGANO  CH-6900 SWITZERLAND
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER 7 TIMES SQUARE NEW YORK NY 10036-6569
SPCP GROUP, LLC                                   PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ATTORNEY AT LAW 7 TIMES SQUARE NEW YORK NY 10036-6569
SPCP GROUP, LLC                                   RONALD S. BEACHER, ESQ PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA 1ST FLOOR GREENWICH CT 06830
SPCP GROUP, LLC                                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: D.W. VAN RUITEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: D.W. VAN RUITEN PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: DROK-MARCHAND, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: ZEEUW VAN DER LAAN, J.L.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
VONWIN CAPITAL MANAGEMENT, LP                     TRANSFEROR: GAW KWAN NEO VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10016
VONWIN CAPITAL MANAGEMENT, LP                     TRANSFEROR: MIRANTA, MATZAPETAKI VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10016
VONWIN CAPTIAL MANAGEMENT, LP                     TRANSFEROR: BURROW, G & J VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10016
VONWIN CAPTIAL MANAGEMENT, LP                     TRANSFEROR: OTHON, PAPADOPOULOS VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR
                                                  NEW YORK NY 10016
ZEEUW VAN DER LAAN, J.L.M.                        HAZENAKKER 1 HATTEM  8051 AT NETHERLANDS


     Total Number of Records Printed              47                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```