UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re                                              :          Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :          08-13555 (JMP)
                                                   :          (Jointly Administered)
                        Debtors.                   :
                                                   :
-------------------------------------------------------------------x          Ref. Docket Nos. 35922, 35923,
                                                                               36701

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 26, 2013, I caused to be served the "Notice of Defective Transfer," a sample of
    which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1)
    personalized with the transferee, transferor and claim information for the above-referenced
    docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered
    by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*_____
                                                        Lauren Rodriguez

Sworn to before me this
30th day of April, 2013
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 35922, 35923, 36701_Aff 4-26-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

---

### NOTICE OF DEFECTIVE TRANSFER

Transferor:     SANTANDER PRIVATE BANKING SPA
                F/K/A MELIORBANCA PRIVATE SPA
                ATTN: SERENA ROVERI
                VIA SENATO 28
                MILANO 20121 ITALY


Additional:




Transferee:     BANCA FIDEURAM S.P.A.
                ATTN: EMANUELE CASTRO - LEGAL DEPARTMENT
                PIAZZALE G. DOUHET 31
                ITALY 00143 TOMA


Your transfer    of claim #    46908-01   is defective for the reason(s) checked below:

Other                                    Duplicate Transfer processed via Docket No. 36699






Docket Number 36701              Date 04/18/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  April 26, 2013.

EXHIBIT B

```
TIME: 10:58:26                                        LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/26/13                                            CREDITOR LISTING

Name                          Address
BANCA FIDEURAM S.P.A.         ATTN: EMANUELE CASTRO - LEGAL DEPARTMENT PIAZZALE G. DOUHET 31 ITALY  00143 TOMA
HEGEMON FUND I, LLC           C/O FARRELL FRITZ, P.C. ATTN: DARREN A. PASCARELLA 1320 RXR PLAZA UNIONDALE NY 11556
HEGEMON FUND I, LLC           PO BOX 1810 TAMPA FL 33601-1810
PLAZA HARBOUR MEZZ HOLDINGS LLC  ATTN: KEVIN CHIN. C/O PCCP LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017
PLAZA HARBOUR MEZZ HOLDINGS LLC  ATTN: KEVIN CHIN. C/O PCCP LLC 280 PARK AVENUE, 35TH FLOOR NEW YORK NY 10017
SANTANDER PRIVATE BANKING SPA  F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO  20121 ITALY


Total Number of Records Printed        6
```

EPIQ BANKRUPTCY SOLUTIONS, LLC