United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc                    Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Yorvik Partners LLP | Yorvik Capital Ltd |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: <br> 11 Ironmonger Lane <br> London EC2V 8EY <br> United Kingdom <br><br> e-mail: h.rana@yorvikpartners.com <br><br> Tel: +44 20 7796 5908 | Court Claim # (if known): 35180 <br><br> Amount of Claim: 100% of the outstanding proof of claim amount equal to US$ 300,000.00 <br><br> Date Claim Filed: 01 October 2009 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 30 April 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, Yorvik Capital Ltd ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Yorvik Partners LLP (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the 17 April 201_ (the "Effective Date"), (a) an undivided interest, to the extent of the applicable percentages specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Numbers 35911, 35910, 35913, 35914 & 35180 filed by or on behalf of Seller's predecessor in title (copies of which are attached at Schedule 2 hereto) (together, the "Proof of Claim") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, and any and all of Seller's right, title and interest in, to and under any right or remedy of Seller or any prior seller against any prior seller in respect of the Purchased Claim; (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.   Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order se

**REDACTED**

562011v.4

REDACTED

3.
books and reco
or right to rece
Bankruptcy Co
Purchaser for a
to the Transfer
Bankruptcy Pr
and understand
transferring to
Transferred Cl
Transferred Cl.

he
ice
he
by
set
of
ges
ler
the
the

4.
and performan
Purchaser shal
hereby agrees
employees, ag
expenses and l
Seller's breach

ary
in.
ler
ors,
sts,
om

5.
distributions o
forward to Pur
a timely mann
separately, the
separately, and
may from time
such account,
Seller. This A
any other auto
transfer metho

its,
(a)
s in
ted
ted
iser
y to
r to
on,
ilar

6.
delivered, all
such other and
carry out the t
to ensure the t

and
all
and
ting

7.
determined in
that would re
jurisdiction of
to service of p

and
sion
the
ents

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of APR 2013.

YORVIK PARTNERS LTD

By: _____
Name: SIMON MULLALY
Title: FOUNDING PARTNER

YORVIK CAPITAL LTD

By: _____
Name: _____
Title: LIQUIDATOR

562011v.4

11 Ironmonger Lane,
London, EC2V 8EY
England

11 Ironmonger Lane,
London, EC2V 8EY
England

562011v.4

Schedule 1

Transferred Claims

Purchased Claim

1. 100% of the claim that is referenced in Proof of Claim number 35911 and relating to the first Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).
2. 100% of the claim that is referenced in Proof of Claim number 35913 and relating to the second Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).
3. 100% of the claim that is referenced in Proof of Claim number 35914 and relating to the third Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).
4. 100% of the claim that is referenced in Proof of Claim number 35189 and relating to the fourth Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).
5. 100% of the claim that is referenced in Proof of Claim number 35910 and relating to the fifth Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).

Lehman Programs Securities to which Transfer Relates

| | Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|---|
| 1 | US$ 50,000,000 Reverse Convertible Certificates Basket of Shares | XS0274985828 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | US$ 300,000.00 | N/A | 28 November 2008 | N/A |
| 2 | US$ 50,000,000 Reverse Convertible Certificates Basket of Shares | XS0274985828 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | US$ 333,000.00 | N/A | 28 November 2008 | N/A |
| 3 | US$ 50,000,000 Reverse Convertible Certificates Basket of Shares | XS0274985828 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | US$ 2,000,000.00 | N/A | 28 November 2008 | N/A |
| 4 | US$ 50,000,000 Reverse Convertible Certificates Basket of Shares | XS0274985828 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | US$ 300,000.00 | N/A | 28 November 2008 | N/A |
| 5 | US$ 50,000,000 Reverse Convertible Certificates Basket of Shares | XS0274985828 | Lehman Brothers Securities N.V. | Lehman Brothers Holdings Inc. | US$ 332,000.00 | N/A | 28 November 2008 | N/A |

Schedule 1-1