B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | MERRILL LYNCH PIERCE, FENNER & SMITH, INCORPORATED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 44619
Allowed Amount of Claim with respect to ISIN XS0163559841: US$918,284.10

Allowed Amount of Claim with respect to ISIN XS0163559841 to be Transferred: US$918,284.10 (or 100% of the Allowed Amount of Claim with respect to ISIN XS0163559841)

Date Claim Filed: October 23, 2009

Phone:  (214) 758-6107
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                        Date: April 30, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | MERRILL LYNCH PIERCE, FENNER & SMITH, INCORPORATED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  HBK Master Fund L.P.
  c/o HBK Services LLC
  2101 Cedar Springs Road, Suite 700
  Dallas, TX 75201

Court Claim # (if known): 35499
Allowed Amount of Claim with respect to ISIN XS0163559841: US$2,689,777.04

Allowed Amount of Claim with respect to ISIN XS0163559841 to be Transferred: US$2,689,777.04 (or 96.02478059% of the Allowed Amount of Claim with respect to ISIN XS0163559841)

Date Claim Filed: September 29, 2009

Phone:  (214) 758-6107
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith_____          Date: April 30, 2013_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | MERRILL LYNCH PIERCE, FENNER & SMITH, INCORPORATED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 44622
Allowed Amount of Claim with respect to ISIN
XS0163559841: US$1,250,890.93

Allowed Amount of Claim with respect to ISIN
XS0163559841 to be Transferred:
US$1,250,890.93 (or 100% of the Allowed
Amount of Claim with respect to ISIN
XS0163559841)

Date Claim Filed: October 23, 2009

Phone: (214) 758-6107
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee
payments should be sent (if different from
above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ J. R. Smith                    Date: April 30, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re Lehman Brothers Holdings Inc.,                          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| HBK MASTER FUND L.P. | MERRILL LYNCH PIERCE, FENNER & SMITH, INCORPORATED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:
    HBK Master Fund L.P.
    c/o HBK Services LLC
    2101 Cedar Springs Road, Suite 700
    Dallas, TX 75201

Court Claim # (if known): 59430
Allowed Amount of Claim with respect to ISIN
XS0163559841: US$30,368.45

Allowed Amount of Claim with respect to ISIN
XS0163559841 to be Transferred:
US$30,368.45 (or 100% of the Allowed
Amount of Claim with respect to ISIN
XS0163559841)

Date Claim Filed: October 30, 2009

Phone: <u>(214) 758-6107</u>                          Phone:_____
Last Four Digits of Acct #:_____          Last Four Digits of Acct #:_____

Name and Address where transferee
payments should be sent (if different from
above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>_____          Date: <u>April 30, 2013</u>_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, Merrill Lynch Pierce, Fenner & Smith, Incorporated ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HBK Master Fund L.P., (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the allowed amount specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to Proof of Claim Numbers 44622, 44619, 35499 and 59430 filed by or on behalf of Seller's predecessors in interest ("Predecessors") (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights, title and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting all or part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) the Notice of Proposed Allowed Claim Amount, dated August 24, 2011 ("Notice") for the Proof of Claim provided to Purchaser is true and correct, and there have been no revisions thereto, and no action was undertaken by Seller or any of its predecessors in interest with respect to the Notice; (h) Seller or Predecessors have received the first, second and third distributions relating to the Transferred Claims (the "Initial Distributions") pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliate Debtors, dated December 5, 2011, each in the same time, manner and amount as other unsecured creditors of the same class of claims generally; (i) Seller has delivered to Purchaser true and correct copies of the disbursement notice from the Debtor that set forth the Initial Distribution paid by the Debtor on or about April 17, 2012, October 1, 2012 and 4th April 2013 on account of the Transferred Claims; and (j) the transfer agreements between Seller and Predecessors are substantially similar to this Agreement and contains representations, warranties, covenants, agreements and indemnities from Predecessors to Seller that are not materially less favorable than those contained herein.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the

Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim within three (3) business days of the date of this Agreement. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 26 April 2013.

Merrill Lynch, Pierce, Fenner                    HBK Master Fund, L.P.
& Smith Incorporated
                                                 By : HBK Services LLC
                                                 Investment Advisor

By:                                              By:
Name: Seth Denian                                Name: J. Baker Gentry Jr.
Title: Director                                  Title: Authorized Signatory

214 North Tryon Street,                          2101 Cedar Springs Road, Suite 700
15th Floor,                                      Dallas, Texas 75201
Charlotte, N.C. 28255, USA                       Telephone: (214) 758-6107
Attn: Meredith R. Smith                          Facsimile: (214) 758-1207
Tel: 001 980 388 4526                            Attention: General Counsel
Email: meredith.r.smith@baml.com                 legal@hbk.com

## Transferred Claims

### Purchased Claim

The Purchased Claim represents US$ 1,250,890.93 which is 100.00 % of the total Proposed Allowed Claim Amount with respect to XS0163559841 as set forth in the Notice of Proposed Allowed Claim Amount dated August 24, 2011, (Claim Number 44622)

The Purchased Claim represents US$ 918,284.10 which is 100.00 % of the total Proposed Allowed Claim Amount with respect to XS0163559841 as set forth in the Notice of Proposed Allowed Claim Amount dated August 24, 2011, (Claim Number 44619)

The Purchased Claim represents US$ 2,689,777.84 which is 96.92478059 % of the total Proposed Allowed Claim Amount with respect to XS0163559841 as set forth in the Notice of Proposed Allowed Claim Amount dated August 24, 2011, (Claim Number 35499)

The Purchased Claim represents US$ 30,368.45 which is 100.00 % of the total Proposed Allowed Claim Amount with respect to XS0163559841 as set forth in the Notice of Proposed Allowed Claim Amount dated August 24, 2011, (Claim Number 59430)

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co B.V. Issue of EUR 15,000,000 Euro Inflation Linked Notes Due March 2011 which will become fungible with the EUR 50,000,000 Euro Inflation Linked Notes due March 2011 Issued on 14 March 2003 (the "Existing Notes") Guaranteed by | XS0163559841 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | EUR 865,000.00 (equivalent to US$ 1,224,061.50 @ 1.4151) | Fixed Rate and Index Linked | 14 March, 2011 | EUR16,827.92 (equivalent to US$ 23,813.19 @ 1.4151) |

| Description | ISIN | Issuer | Guarantor | Amount | Type | Date | Value |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Holdings Inc Under the US$ 15,000,000,000 Euro Medium-Term Note | | | | | | | |
| Lehman Brothers Treasury Co B.V. Issue of EUR 15,000,000 Euro Inflation Linked Notes Due March 2011 which will become fungible with the EUR 50,000,000 Euro Inflation Linked Notes due March 2011 issued on 14 March 2003 (the "Existing Notes") Guaranteed by Lehman Brothers Holdings Inc Under the US$ 15,000,000,000 Euro Medium-Term Note | XS0163559841 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | EUR 635,000.00 (equivalent to US$ 898,588.50 @ 1.4151) | Fixed Rate and Index Linked | 14 March, 2011 | EUR 12,353.44 equivalent to US$ 17,481.36 @ 1.4151) |
| Lehman Brothers Treasury Co B.V. Issue of EUR 15,000,000 Euro Inflation Linked Notes Due March 2011 which will become fungible | XS0163559841 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | EUR 1,860,000.00 (equivalent to US$ 2,641,386.00 @ 1.4201) | Fixed Rate and Index Linked | 14 March, 2011 | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| with the EUR 50,000,000 Euro Inflation Linked Notes due March 2011 Issued on 14 March 2003 (the "Existing Notes") Guaranteed by Lehman Brothers Holdings Inc Under the US$ 15,000,000,000 Euro Medium-Term Note | | | | | | EUR 408.62 (equivalent to US$ 582.00 @ 1.4243) |
| Lehman Brothers Treasury Co B.V. Issue of EUR 15,000,000 Euro Inflation Linked Notes Due March 2011 which will become fungible with the EUR 50,000,000 Euro Inflation Linked Notes due March 2011 Issued on 14 March 2003 (the "Existing Notes") Guaranteed by Lehman Brothers Holdings Inc Under the US$ 15,000,000,000 Euro Medium-Term Note | XS0163359841 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | EUR 21,000.00 (equivalent to US$ 29,910.00 @ 1.4243) | Fixed Rate and Index Linked | 14 March, 2011 | |