B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP)

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| DEUTSCHE BANK AG, LONDON BRANCH | CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn.: Rich Vichaidith

Court Claim # (if known): 15922
Amount of Claim as Allowed: $345,124,203.00
Amount of Claim Transferred: $7,500,000.00
Allowed Amount of Claim Transferred: $7,500,000.00
Date Claim Filed: 9/17/09
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DEUTSCHE BANK AG, LONDON BRANCH

By: /s/ [signature]                                                    Date: April 30, 2013
Name of Transferee/Transferee's Agent

Jamie Poole                  Simon Glennie
Vice President               Vice President

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.

By: Candlewood Investment Group LP, as investment manager

By: _____                              Date: _____
Name of Transferor/Transferor's Agent

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
### Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors. Case No. 08-13555 (JMP)

(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| DEUTSCHE BANK AG, LONDON BRANCH | CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn.: Rich Vichaidith

Court Claim # (if known): 15922
Amount of Claim as Allowed: $345,124,203.00
Amount of Claim Transferred: $7,500,000.00
Allowed Amount of Claim Transferred: $7,500,000.00
Date Claim Filed: 9/17/09
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DEUTSCHE BANK AG, LONDON BRANCH

By:_____          Date:_____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.
By: Candlewood Investment Group LP, as investment manager

By:_____          Date: April 30, 2013
Name of Transferor/Transferor's Agent
David Koenig
Authorized Signatory

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the
          Southern District of New York ("Bankruptcy Court")
          Attn:     Clerk

AND TO:     Lehman Brothers Holdings, Inc. ("Debtor")
                Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 15922

**CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.** and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

    **DEUTSCHE BANK AG, LONDON BRANCH**
    c/o Deutsche Bank Securities Inc.
    60 Wall Street, 3rd Floor
    New York, NY 10005
    Attn: Rich Vichaidith
    Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 15922, including all rights of stoppage in transit, replevin and reclamation, solely to the extent of $7,500,000.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April 30, 2013.

**CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.**
By: Candlewood Investment Group, LP,
as Investment Manager

By: _____
Name: David Koenig
Title: Authorized Signatory