Anthony M. Rainone, Esq.
Eric Magnelli, Esq.
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
Telephone:  (973) 228-5700
Facsimile:  (973) 228-7852
*Attorneys for Claimant Thomas P. Blakeslee (Claim No. 66365)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al,*<br><br>**Debtors.** | Chapter 11 Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE ON BEHALF OF**
**CLAIMANT THOMAS P. BLAKESLEE**

Please take notice that the undersigned counsel of Brach Eichler LLC, 101 Eisenhower Parkway, Roseland, New Jersey 07068, hereby appears on behalf of Claimant Thomas P. Blakeslee.

BRACH EICHLER LLC

Dated:  May 1, 2013

By:_____*s/ Eric Magnelli*_____
     ERIC MAGNELLI