**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 1 | BERYL, LOUIS B. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1374 | 12/18/2008 | $275,000.00 |
| 2 | COOPER, JAMSHED | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 343 | 10/22/2008 | $525,000.00 |
| 3 | ESTATE OF GERRY REILLY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3923 | 4/23/2009 | $2,100,000.00 |
| 4 | FEDOTOV, SERGEI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 11534 | 9/11/2009 | $40,000.00 |
| 5 | FRASE, JEFFREY | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16221 | 9/18/2009 | $7,800,000.00 |
| 6 | GONG, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1568 | 1/2/2009 | $80,000.00 |
| 7 | HAJDUKIEWICZ, RICHARD S. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 4554 | 5/26/2009 | $1,600,000.00 |
| 8 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5903 | 7/22/2009 | $70,000.00 |
| 9 | JARDINIANO, MATRILLA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 5904 | 7/22/2009 | $70,000.00 |
| 10 | JONES, CATHERINE POLISI | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30095 | 9/22/2009 | $125,000.00 |
| 11 | KARETSKAYA, NATASHA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1084 | 11/25/2008 | $25,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|
| 12  KATZ, ALLAN M. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 1192 | 12/3/2008 | $250,000.00 |
| 13  LEE, SOPHIA | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 6859 | 7/31/2009 | $70,000.00 |
| 14  LEVAR, MATTHEW | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12402 | 9/14/2009 | $753,076.87 |
| 15  LI, ERIC | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7425 | 8/5/2009 | $225,000.00 |
| 16  LIHUA, GAO | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 7299 | 7/27/2009 | $100,000.00 |
| 17  LOFFREDO, DAVID | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2293 | 1/30/2009 | $450,000.00 |
| 18  MAZZACANO, EDWARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 30555 | 9/22/2009 | $425,000.00 |
| 19  MILLER, BRUCE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 14360 | 9/16/2009 | $740,882.51 |
| 20  NEAVE, JONATHAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 2316 | 1/30/2009 | $600,000.00 |
| 21  O'CONNOR, MATTHEW PATRICK | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 513 | 11/6/2008 | $125,000.00 |
| 22  O'MALLEY, TODD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 10287 | 9/3/2009 | $525,000.00 |
| 23  PIEPER, RICHARD | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 12005 | 9/14/2009 | $782,179.10 |
| 24  RIJHSINGHANI, AMIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 32313 | 9/22/2009 | $50,000.00 |

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

**EXHIBIT 1 TO ORDER GRANTING FOUR HUNDREDTH OMNIBUS OBJECTION**

| | NAME | CASE NUMBER | DEBTOR NAME | CLAIM # | FILED DATE | ASSERTED TOTAL CLAIM DOLLARS AND AMOUNT TO BE DISALLOWED |
|---|---|---|---|---|---|---|
| 25 | ROSENFELD, BRIAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 23717 | 9/21/2009 | $210,000.00 |
| 26 | ROTHBORT, LONNIE | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 3107 | 2/27/2009 | $853,846.11 |
| 27 | SALAMÉ, ROY J. | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 16220 | 9/18/2009 | $5,800,000.00 |
| 28 | SCHECHNER, PAUL SHERIDAN | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 122 | 10/8/2008 | $4,861,538.48 |
| 29 | SHEE, ABHIJIT | 08-13555 (JPM) | Lehman Brothers Holdings Inc. | 9997 | 9/1/2009 | $17,000.00 |