# UBS

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

UBS AG
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

# Message

April 23, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of          Attention: Clerk of the Court

you are receiving    Withdrawal Request of duplicated DOCKET No. 34470 dated November 5, 2012
                     as per attachments

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records        ☐ please comment          ☒ please confirm receipt
☐ as agreed               ☐ please sign             ☒ please process
☐ please complete         ☐ please forward to

Remarks
TOCE043 23.10.2012    CHF 20'000.00    3615279 XS0336037204
Transferor: Credit Suisse AG, Zurich / Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director



RECEIVED APR 26 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK



61555 E        05.2005    J1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
                                            :   Chapter 11
In re                                       :
                                            :   Case No. 08-13555
                                            :
LEHMAN BROTHERS HOLDINGS INC.               :   (Jointly Administered)
                                            :
              Debtor.                       :
------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* Docket No. 34470 dated November 5, 2012 (Entered 02/07/13), filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: 23 April, 2013         UBS AG

                              Hugo Koller            Jean-Claude Besson
                              Director               Associate Director



TOCE043_Withdrawal of Transfer Docket 34470 20130423
Page 1 of 1



**UBS**

*Duplicated*

**UBS AG**
P.O. Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

October 23, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving   1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 28.9.2012

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete
- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to
- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
TOCE043  23.10.2012     CHF 20'000.00   3615279  XS0336037204

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director

61555 E   05.2005   J1

08-13555-jmp   Doc 33938   Filed 11/05/12   Entered 01/16/13 11:07:27   Main Document

**UBS**

**UBS AG**
P.O. Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

BY REGISTERED MAIL
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor

New York, NY 10017

# Message

October 23, 2012

subject  Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of

you are receiving   1 Evidence of Transfer of Claim between Credit Suisse, Zurich and UBS AG, Zurich dated 28.9.2012

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete
- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please forward to
- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
TOCE043  23.10.2012    CHF 20'000.00   3615279  XS0336037204

Transferor: Credit Suisse AG, Zurich
Initial Claim Number 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Jean-Claude Besson
Associate Director

Hugo Koller
Director



Lehman Brothers Holdings Inc.Remove

Date Range

Docket Date
From

To

Results per page 25

Reset Search

Page 1 of 1 (2 items)
<<<1>>>

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 34470 *Duplicated* | 11/05/2012 | Transfer Agreement FRBP , Transferor: Credit Suisse AG, (Epiq Received Date 11/5/2012), (Claim No. 55829). To UBS AG. filed by UBS AG.(Lopez, Mary)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related: none | Document |
| 33938 | 11/05/2012 | Transfer Agreement FRBP (Transferor: Credit Suisse AG), (Transfer Received by Epiq on 11/5/2012), (Claim No. 55829). To UBS AG. filed by UBS AG.(Lopez, Mary) | Document |

http://dm.epiq11.com/LBH/Docket                              Freitag, 19. April 2013

