B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC____,    Case No. 08-13555 (JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

____UNION BANCAIRE PRIVEE, UBP____    ____CREDIT SUISSE AG____
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:
RUE DU RHONE 96-98/CASE POSTALE 1320 - 1211 GENEVA 1 (SWITZERLAND)

Court Claim # (if known): ____55829____
Amount of Claim: ____$600,000.00____
Date Claim Filed: _____

Phone: ___+41.58.819.3428___    Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
JP MORGAN CHASE NY (CHASUS33)
A/C 001 1 821865

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_____    Date: __04/19/2013__
   Transferee/Transferee's Agent
   E. MONTGOMERY TONINI    Jean-Baptiste ERATH

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### UNION BANCAIRE PRIVÉE

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00



RECEIVED APR 29 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

**TO:  THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Union Bancaire Privée UBP** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 21, 2012.

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Irma Bauer
Title: VP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0186883798 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 600'000.00 |

UNION BANCAIRE PRIVÉE

**UBP**

WITH OUR COMPLIMENTS

For your information, the amount of claim mentioned in the form B210A is the claim unsecured (and not the allowed unsecured claim).

Regards

Jean-Baptiste ERATH

UNION BANCAIRE PRIVÉE, UBP SA
**Geneva**
Rue du Rhône 96-98 | P.O. Box 1320 | 1211 Geneva 1, Switzerland
Tel. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com

**Extremely Urgent**                                                                                     www.ups.com

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
La UPS EXPRESS ENVELOPE va usata unicamente per spedire ducumenti.
El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío de documentos.
L'utilisation de l'UPS EXPRESS ENVELOPE est réservée à l'expédition de documents exclusivement.
Koperta UPS EXPRESS ENVELOPE służy wyłącznie do przesyłek dokumentowych.

- Cash and negotiable items are prohibited.

Place UPS shipping documentation here.
Bitte bringen Sie die UPS Versanddokumentation hier an.
La documentazione di spedizione UPS va incollata qui.
Adhiera la documentación de envío aquí.
Veuillez placer les documents d'expédition UPS ici.
Dokumentację wysyłkową UPS umieść tutaj.

```
De  +41228192290
Vi  UBP
    RUE DU RHONE 96 98
El  1204  GENEVE
    SWITZERLAND
Le
Ni  SHIP TO:
pr  LEHMAN BROTHERS HOLDINGS CLAIMS
    (646) 282-2500
    EPIQ BANKRUPTCY SOLUTIONS, LLC
    757 THIRD AVENUE, 3RD FLOOR
    NEW YORK    NY 10017
    UNITED STATES
```

ENV    1 OF 1    Document de secours - Veuillez le placer sur le colis
SHP#: 8A60 40FV CFH    TRK: 1Z 8A6 040 04 4029 1783    SHP#: 8A60 40FV CFH
DATE: 23 APR 2013

FILED / RECEIVED
APR 2 4 2013
EPIQ SYSTEMS





NY 100 9-44

**UPS SAVER**                                                    1P
TRACKING #: 1Z 8A6 040 04 4029 1783



Shipper agrees to the UPS Terms found at www.ups.com and UPS service centers. For international air carriage, the Warsaw Convention as amended or Montreal Convention may apply and limits UPS's liability for loss or damage to cargo. International carriage by road may be subject to the Convention on the Contract for the International Carriage of Goods By Road. Except as otherwise governed by international conventions or other mandatory law, the UPS Terms limit UPS's liability for damage, loss or delay of this shipment. There are no stopping places agreed upon at the time of tender of the shipment and UPS reserves the right to route the shipment in any way it deems appropriate. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.



01872118   08/10   1 P   United Parcel Service, Louisville, KY