Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> **Lienhardt & Partner Privatbank Zürich AG** | Name of Transferor: <br> UBS AG |
|---|---|
| Notices to Transferee should be sent to: <br><br> Lienhardt & Partner Privatbank Zürich AG <br> c/o Entris Banking AG <br> Mattenstrasse 8 <br> 3073 Gümligen <br> Switzerland <br> Attn:  Corporate Actions <br> corpoateactions@entris.ch | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> USD 15'000.00 (Face Amount) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____          Date: 04.18.2013
     Roman Grob, authorized representative
     Lienhardt & Partner Privatbank Zürich AG
           Roland Sager   R. Sag
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC127 UBS0230 LPZEntris 15K 20130412
Page 1 of 3

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           One Bowling Green
           New York, New York 10004
           Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| CPN Notes Lehman Bros Treasury BV 2006-17.11.2008 / Bskt Shs | XS0274445120 | LBT BV | LBH Inc. | CHF 15'000.00 out of CHF 20'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described in the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Lienhardt & Partner Privatbank Zürich AG**
c/o Entris Banking AG
Mattenstrasse 8
3073 Gümligen
Switzerland
Phone: ++41 31 950 73 92
Attn:   Corporate Actions
EMAIL  corporateactions@entris.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.



Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 12, 2013.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**Lienhardt & Partner Privatbank Zürich AG**
Transferee

By: _____
Name: Roman Grob
Title: authorized representative

Roland Sager

**Lienhardt & Partner**
Privatbank Zürich AG
Rämistrasse 23
Postfach CH-8024 Zürich

**Managing Partners**
Dr. Markus Graf
Christian Lienhardt

# Lienhardt & Partner
PRIVATBANK ZÜRICH

our reference:
Nico Brunner
Tel. : +41 44 268 61 77
Fax : +41 44 268 61 62
nico.brunner@lienhardt.ch

**Registered mail**
Lehman Bros. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States of America

April 23rd, 2013

We have enclosed

- ☒ for your information
- ☐ as agreed / per letter
- ☐ please phone
- ☐ please sign / initial
- ☐ please check
- ☐ returned with thanks
- ☐ please return
- ☒ for your file
- ☐ received by error

**Claim Transfer Agreement Lehman Program Securities**

Dear sirs

Please find enclosed the Claim Transfer Agreement for Lehman Program Securities from UBS AG (Transferor), Zurich, Switzerland, to Lienhardt & Partner (Transferee), c/o Entris Banking AG, Guemligen, Switzerland.

Yours sincerely

Lienhardt & Partners
Private Bank Zurich Ltd.

Roman Grob          Roland Sager

Enclosure




