UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: ) | | Chapter 11 |
| ) | | |
| LEHMAN BROTHERS HOLDINGS INC, ) et al., ) | | Case No. 08-13555 JMP |
| ) | | |
| Debtors. ) | | Jointly Administered |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE MICHIGAN DEPARTMENT OF TREASURY

The State of Michigan, Department of Treasury, by and through its attorneys, Bill Schuette, Attorney General of the State of Michigan, and Steven B. Flancher, Assistant Attorney General, bring this motion to withdraw as Attorney of Record and to withdraw its Request for Service of Notices.

Respectfully Submitted,

Bill Schuette
Attorney General

*/s/ Steven B. Flancher*
Steven B. Flancher (P47894)
Assistant Attorney General
Attorney for the State of Michigan
P.O. Box 30754
Lansing, MI 48909
(517) 373-3203

Dated:     May 1, 2013