UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                          Case No. 08-13555-JMP

LEHMAN BROTHERS HOLDINGS, INC.,       Chapter 11

           Debtor(s).                       Honorable James Peck
_____/

**PROOF OF SERVICE**

    The undersigned certifies that on May 01, 2013, a copy of the Motion to Withdraw as Attorney of Record for the Michigan Department of Treasury, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Harvey R Miller
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York NY  10153

                                         */s/ Rebekah A. LaPan*
                                         Rebekah A. LaPan
                                         Legal Secretary
                                         Steven B. Flancher  (P47894)
                                         P.O. Box 30754
                                         Lansing, MI  48909
                                         Telephone:  (517) 373-3203
                                         FlancherS@michigan.gov

Dated:  May 01, 2013