**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------- x

### STIPULATION AND ORDER WITHDRAWING CLAIM NUMBER 19678

Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator pursuant to the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its

Affiliated Debtors for the entities in the above-referenced chapter 11 cases, and Alexander Lesin

(the "Claimant" and together with LBHI, the "Parties"), hereby stipulate and agree as follows:

### RECITALS

A.     On September 15, 2008, LBHI filed a voluntary case under chapter 11 of title 11

of the United States Code in the United States Bankruptcy Court for the Southern District of

New York (the "Court").

B.     On September 11, 2009, Claimant filed proof of claim number 19678 against

LBHI for $2,800,000 (the "Claim").

C.     On March 8, 2009, LBHI filed an objection to the Claim in the four hundredth

omnibus objection to claims, dated March 8 (the "Four Hundredth Omnibus Objection to

Claims").

**AGREEMENT**

1.    This Stipulation and Order shall become effective upon execution by all Parties and entry by the Court (the "Effective Date").

2.    Upon the Effective Date, and without Claimant's admitting any of LBHI's assertions, defenses, and/or allegations in the Four Hundredth Omnibus Objection to Claims:

a.    the Claim shall be deemed withdrawn with prejudice subject to this Stipulation and Order; and

b.    the Court-appointed claims agent shall modify the claims register to reflect the terms of this Stipulation and Order.

3.    This Stipulation and Order applies only to the Claim asserted against LBHI.  The withdrawal of the Claim is without prejudice to any claims asserted by Claimant against Lehman Brothers Inc.

Dated: April 19, 2013

/s/ Ronald L. Cohen _____
Ronald L. Cohen
Justin L. Shearer
SEWARD & KISSEL
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 574-1500
Fax: (212) 480-8421


*Attorneys for Alexander Lesin*

/s/ Kelly A. Carrero _____
Robert W. Gaffey
Kelly A. Carrero
Benjamin Rosenblum
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939


*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**SO ORDERED:**

**Dated: May 1, 2013**
**New York, New York**

**/s/ James M. Peck**

_____
**Hon. James M. Peck**
**United States Bankruptcy Judge**