# EXHIBIT 1

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 395: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | CLAIMS TO BE DISALLOWED | | | | SURVIVING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AND GRANTOR TRUST | 09/18/2009 | 08-13888 (JMP) | 18479 | Undetermined | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE AND GRANTOR | 04/20/2012 | 08-13888 (JMP) | 68092 | Undetermined |
| | | | | TOTAL | $0.00 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts