# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 403: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | ASHE, KATHLEEN M | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/14/2009 | 12141 | $278,040.00 | $278,040.00 | | None |
| 2 | BARBUZZA, SALVATORE V. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31878 | $120,000.00 | $120,000.00 | | None |
| 3 | BARICEVIC, JOANNA M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/16/2009 | 13426 | $56,000.00 * | Undetermined | PRIORITY UNSECURED | $10,950.00 $45,050.00 $56,000.00 |
| 4 | BESS, DONNA E. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 26341 | $105,000.00 | $105,000.00 | | None |
| 5 | BRIER, BRUCE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/23/2009 | 34372 | $489,000.00 | $123,000.00 | UNSECURED | $366,000.00 |
| 6 | BROADBENT, WILLIAM | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/9/2009 | 65126 | $1,870,078.90 | $1,000,000.00 | PRIORITY UNSECURED | $10,950.00 $859,128.90 $870,078.90 |
| 7 | CIONGOLI, JEFFRY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31371 | $406,652.00 | $100,000.00 | PRIORITY UNSECURED | $10,950.00 $295,702.00 $306,652.00 |
| 8 | DYNKIN, LEV | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/15/2009 | 12651 | $684,716.00 | $684,716.00 | | None |
| 9 | FILLER, RONALD H. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18688 | Undetermined | Undetermined | PRIORITY | Undetermined |
| 10 | GANSCHOW, STELLA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 7/31/2009 | 6936 | $54,000.00 | $54,000.00 | | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
**OMNIBUS OBJECTION 403: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 11 | GOODMAN, SHEILA B. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 24546 | Undetermined | Undetermined | PRIORITY UNSECURED | Undetermined Undetermined Undetermined |
| 12 | HOWARD, NICHOLAS P. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28279 | $3,247,606.03 | $600,000.00 | PRIORITY UNSECURED | $66,330.00 $2,581,276.03 $2,647,606.03 |
| 13 | KUNZ, ROBERT F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/19/2009 | 19517 | $294,584.27 | $128,399.70 | PRIORITY UNSECURED | $10,950.00 $155,234.57 $166,184.57 |
| 14 | RAMADAN, ZAKY S. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 26200 | $290,000.00 | $290,000.00 | | None |
| 15 | ROBSON-CANTY, GERALDINE D. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/21/2009 | 20259 | $1,000,000.00 * | $1,000,000.00 | | None |
| 16 | RODRIGUEZ, KLEBER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 18127 | $242,075.64 | $206,075.64 | UNSECURED | $36,000.00 |
| 17 | RONZITTI, LESLIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/11/2009 | 4534 | Undetermined | Undetermined | | None |
| 18 | RONZITTI, LESLIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/11/2009 | 4537 | Undetermined | Undetermined | | None |
| 19 | RONZITTI, LESLIE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 5/11/2009 | 4538 | Undetermined | Undetermined | | None |
| 20 | SALEMI, ANDRE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 31685 | $100,000.00 | $100,000.00 | | None |
| 21 | SALVATORE, JULIANNE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/8/2009 | 10633 | $776,889.00 | $503,930.00 | UNSECURED | $272,959.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 403: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|---|
| 22 | SHAPIRO, MADELINE L. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 28276 | $175,937.69 | $70,880.00 | UNSECURED | $105,057.69 |
| 23 | SMITH, PETER F. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 27326 | $652,300.00 | $652,300.00 | | None |
| 24 | UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6/5/2009 | 4770 | $283,307.69 | $91,000.00 | | None |
| | | | | | TOTAL | $11,126,187.22 | $6,107,341.34 | | $4,826,538.19 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

# EXHIBIT 2

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 403: EXHIBIT 2 - ADJOURNED NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | OBRIEN, BARRY J. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 32520 | $176,704.00 | $176,704.00 | None |
| 2 | UVINO, WENDY M. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6/5/2009 | 4770 | $283,307.69 | $192,307.69 | None |
| | | | | TOTAL | | $460,011.69 | $369,011.69 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts