# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 401: EXHIBIT 1 - VALUED DERIVATIVES CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
| 1 PHOENIX F1 | 22105 | 9/21/09 | Lehman Brothers Special Financing Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $92,496.12 | | $92,496.12 |
| | | | **CLAIM AS MODIFIED** | | | | **$92,496.12** | | **$92,496.12** |
| 2 PHOENIX F1 | 22106 | 9/21/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $92,496.12 | | $92,496.12 |
| | | | **CLAIM AS MODIFIED** | | | | **$92,496.12** | | **$92,496.12** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $184,992.24 | $0.00 | $184,992.24 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 184,992.24 | 0.00 | 184,992.24 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$184,992.24** | **$0.00** | **$184,992.24** |

\* - Indicates claim contains unliquidated and/or undetermined amounts