# EXHIBIT 7



September 30, 2008

VIA HAND DELIVERY (WITH COPY BY FACSIMILE)

Lehman Brothers OTC Derivatives Inc.
   c/o Lehman Brothers Inc.
   Legal Compliance and Audit Group
   Capital Markets Contracts - Legal
745 Seventh Avenue, 19th Floor
New York, New York 10019

Attention:   Documentation Manager

Telephone No.: 212-526-7187

Facsimile No.: 212-526-7672

Re:   *VWAP Prepaid Share Forward Transaction – Your Global ID 3990242*

Dear Sir or Madam:

Reference is made to the confirmation ("**Confirmation**"), dated as of August 1, 2008, representing the terms and provisions of the VWAP Prepaid Share Forward Transaction (the "**Transaction**") entered into between Lehman Brothers OTC Derivatives Inc. ("**Lehman**" or "**you**") and Intel Corporation ("**Counterparty**", "**we**" or "**us**"), Lehman's Global ID number 3990242, which Confirmation supplements, forms a part of, and is subject to an agreement in the form of the 1992 ISDA Master Agreement (Multicurrency-Cross Border) (the "**Agreement**") dated February 1, 2008 between Party A and Party B (as modified with respect to the Transaction as provided in the Confirmation). All capitalized terms not defined herein shall have the meaning set forth in the Confirmation or the Agreement, as applicable.

Reference is also made to the letter delivered from us to you yesterday, September 29, 2008 (the "**Termination Letter**"), which, among other things, designated such date as the Early Termination Date in respect of the Transaction, as a result of an Event of Default with respect to Lehman and demanded certain payments and deliveries required by the Confirmation and the Agreement in connection with such designation.

We have not received any portion of the required payments and deliveries from you that were due yesterday as specified under the Termination Letter and in accordance with the terms of the Confirmation and the Agreement. We hereby notify you that, accordingly, we today have set-off and applied the Posted Collateral held by us under the Confirmation and the Agreement,

Lehman Brothers OTC Derivatives Inc.
September 30, 2008
Page 2

consisting of Cash, in the amount of US $1,001,966,256.00, against the amount of US $1,001,966,256.00 payable by you under the Confirmation and the Agreement as specified in the Termination Letter.

    We reserve our right to claim indemnification for the out-of-pocket expenses of enforcement and protection of our rights under the Agreement pursuant to Section 11 of the Agreement.

[Remainder of page intentionally blank]

Intel Corporation
2200 Mission College Blvd.
Santa Clara, CA  95054

Lehman Brothers OTC Derivatives Inc.
September 30, 2008
Page 3

        Kind regards,

        INTEL CORPORATION

        By: _____
        Name:  Douglas M. Lusk
        Title:    Assistant Treasurer

copy to:

Lehman Brothers Inc., acting as Agent
Lehman Brothers OTC Derivatives Inc., acting as Principal
Attention: Andrew Yare - Transaction Management Group
745 Seventh Avenue
New York, New York 10019

Facsimile:    646-885-9546 (United States of America)
Telephone:   212-526-9986

**Intel Corporation**
2200 Mission College Blvd.
Santa Clara, CA 95054