# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 405: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 1 | BMO CAPITAL MARKETS FINANCING, INC. | Lehman Brothers Holdings Inc. | 24935 | $4,278.00 * | $4,278.00 * | None | Claimant filed Claim 24935 in it capacity as an individual lender under that certain Credit Agreement dated as of March 14, 2008 (the "Credit Agreement"), among, inter alia, LBHI, the various Lenders party thereto, and JPMorgan Chase Bank, N.A. ("JPMorgan"), as Administrative Agent.   JPMorgan, as Administrative Agent, filed Claim 22077 on behalf of all of the lenders under the Credit Agreement.   Therefore, the claimant was not the proper party to file this claim, and this claim is duplicative of Claim 22077 filed by JPMorgan. |
| 2 | COLEMAN, MICHAEL ALEXIS SR. | Lehman Brothers Holdings Inc. | 67363 | Undetermined | Undetermined | None | Claim 67363 is based on brokerage transactions between claimant and Lehman Brothers Inc.   LBHI has no liability to claimant for such transactions. |
| 3 | COMMUNITY TRUST BANCORP INC. | Lehman Brothers Holdings Inc. | 14805 | $5,000,000.00 | $5,000,000.00 | None | Claim 14805 reflects that the claim is based on a transaction or transactions between claimant and Lehman Brothers Inc.   LBHI has no liability to claimant for such transaction or transactions. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

08-13555-mg    Doc 37116-1    Filed 05/02/13    Entered 05/02/13 10:25:54    Exhibits
Pg 3 of 5

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 405: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 4 | HENRY SCHEIN, INC. | Lehman Commercial Paper Inc. | 1936 | $10,000.00 | $10,000.00 | None | Claim 1936 is based on an upfront fee (the "Upfront Commitment Fee") allegedly paid by claimant-borrower in respect of LCPI's projected lending commitment under that certain Credit Agreement dated as of September 5, 2008 (the "Credit Agreement"). As per the terms of the Fee Letter dated July 30, 2008, which relates to the Credit Agreement and the Commitment Letter referenced in the Fee Letter, the Upfront Commitment Fee "shall not be refundable under any circumstances, regardless of whether the transactions or borrowings contemplated by the Commitment Letter are consummated."  Because the Upfront Commitment Fee was non-refundable, LCPI is not liable to return any amount of such fee to claimant-borrower. |
| 5 | MALAYAN BANKING BERHAD | Lehman Brothers Special Financing Inc. | 18066 | $8,370,926.11 | $8,370,926.11 | None | Claim 18066 is based on a derivatives transaction between claimant and Lehman Brothers International Europe (the "LBIE Transaction").  The LBIE Transaction incorrectly references an ISDA Master Agreement between claimant and LBSF (the "LBSF ISDA").  The Debtors' records reflect that LBSF has no contractual relationship to the LBIE Transaction, and that, in any event, the LBSF ISDA was terminated in 2003.  As such, LBSF is not liable on account of the claim. |
| 6 | PITNEY BOWES GLOBAL FINANCIAL SERVICES | Lehman Brothers Holdings Inc. | 11979 | $11,849.03 | $11,849.03 | None | The Debtors' records reflect that Claim 11979 is based on a transaction or transactions between claimant, on the one hand, and Lehman Brothers Inc., a non-Debtor entity, and/or Neuberger Berman Group LLC, also a non-Debtor entity, on the other hand. LBHI has no liability to claimant relative to such transaction or transactions. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 405: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 7 | SBA SENIOR FINANCE, INC. | Lehman Commercial Paper Inc. | 22611 | $481,958.60 | $481,958.60 | None | Claim 22611 is based on fees allegedly paid by claimant-borrower related to that certain Credit Agreement dated as of January 18, 2008, among, *inter alia*, claimant, as borrower, and several lenders thereto, including LCPI (the "Credit Agreement").   The portion of Claim 22611 in the amount of $375,000.00 relates to an upfront fee (the "Upfront Commitment Fee") allegedly paid by claimant-borrower in respect of LCPI's projected lending commitment under the Credit Agreement.   As per the terms of the Fee Letter dated January 18, 2008, which relates to the Credit Agreement, the Upfront Commitment Fee was not refundable "under any circumstances."   The remaining portion of Claim 22611 in the amount of $106,958.60 relates to additional fees under the Credit Agreement (the "Additional Fees") that were purportedly paid by claimant-borrower subsequent to the filing of LCPI's chapter 11 case.   However, claimant-borrower sent several notices to LCPI indicating that the Additional Fees would be held by the Administrative Agent until LCPI cured its alleged default under the Credit Agreement. The Additional Fees were never paid to LCPI and the Credit Agreement has since been terminated.   Therefore, LCPI is not liable to claimant for any portion of this claim. |
| 8 | STP CO-OP TA L SOC LTD, THE | Lehman Brothers Holdings Inc. | 34788 | $1,224,461.00 | $1,224,461.00 | None | The securities underlying Claim 34788 were not issued by LBHI or any of its affiliates. LBHI does not owe any obligations in respect of such securities. |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**
**OMNIBUS OBJECTION 405: EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | DEBTOR NAME | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 9 | VIRGINIA RETIREMENT SYSTEM | Lehman Commercial Paper Inc. | 31814 | $930.68 | $930.68 | None | Claim 31814 reflects that the claim is based on a transaction or transactions between claimant and Lehman Brothers Inc.   LBHI has no liability to claimant for such transaction or transactions. |
| | | | TOTAL | $15,104,403.42 | $15,104,403.42 | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts