UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                   :   Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :   08-13555 (JMP)
                                                        :
                        Debtors.                        :   (Jointly Administered)
------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | GLG NO 55<br>83 Burbage Road<br>Dulwich, London, SE24 9HB<br>United Kingdom |
| Claim Number (if known): | 13697 |
| Date Claim Filed: | October 13, 2009 |
| Total Amount of Claim Filed: | $27,030 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | | | |
|---|---|---|---|
| Signature: | [signature] | Title: | BENEFICIAL OWNER |
| Printed Name: | Seayon P. Whitt | Dated: | MAY 2, 2013 |

US_ACTIVE:\44096563\1\58399.0011