UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No. 08-13555 (JMP)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |

-----------------------------------------------------------------x    **Ref. Docket No. 36928**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 29, 2013, I caused to be served the "Notice of Subpoena Issued Pursuant to Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities," *related to The Toronto-Dominion Bank*, dated April 29, 2013 [Docket No. 36928], by causing true and correct copies to be:

   i.    delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        *C. Zhang*
                                                                        Carol Zhang

Sworn before me this
29th day of April, 2013

_____
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com

keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
landon@streusandlandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chad.husnick@kirkland.com;

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

clarkb@sullcrom.com

clynch@reedsmith.com

cmontgomery@salans.com

cohen@sewkis.com

contact@lawofficesjje.com

cp@stevenslee.com

lubell@hugheshubbard.com

lwhidden@salans.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.deveno@bingham.com

mark.ellenberg@cwt.com

mark.ellenberg@cwt.com

mark.hellerer@pillsburylaw.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

max.polonsky@skadden.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcantor@normandyhill.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.kim@kobrekim.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

| | |
|---|---|
| cpappas@dilworthlaw.com | mitchell.ayer@tklaw.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | mjr1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | mlandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@hinshawlaw.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| davids@blbglaw.com | mrosenthal@gibsondunn.com |
| davidwheeler@mvalaw.com | mruetzel@whitecase.com |
| dbalog@intersil.com | mschimel@sju.edu |
| dbarber@bsblawyers.com | msegarra@mayerbrown.com |
| dbaumstein@whitecase.com | mshiner@tuckerlaw.com |
| dbesikof@loeb.com | msiegel@brownrudnick.com |
| dcimo@gjb-law.com | msolow@kayescholer.com |
| dcoffino@cov.com | mspeiser@stroock.com |
| dcrapo@gibbonslaw.com | mstamer@akingump.com |
| ddavis@paulweiss.com | mvenditto@reedsmith.com |
| ddrebsky@nixonpeabody.com | mwarner@coleschotz.com |
| ddunne@milbank.com | mwarren@mtb.com |
| deggermann@kramerlevin.com | nathan.spatz@pillsburylaw.com |
| deggert@freebornpeters.com | nbojar@fklaw.com |
| demetra.liggins@tklaw.com | ncoco@mwe.com |
| dfelder@orrick.com | neal.mann@oag.state.ny.us |
| dflanigan@polsinelli.com | ned.schodek@shearman.com |
| dgrimes@reedsmith.com | neilberger@teamtogut.com |
| dhayes@mcguirewoods.com | newyork@sec.gov |
| dheffer@foley.com | nherman@morganlewis.com |
| dhurst@coleschotz.com | nickolas.karavolas@pillsburylaw.com |
| diconzam@gtlaw.com | nissay_10259-0154@mhmjapan.com |
| djoseph@stradley.com | nlepore@schnader.com |
| dkessler@ktmc.com | notice@bkcylaw.com |
| dkleiner@velaw.com | oipress@travelers.com |
| dkozusko@willkie.com | otccorpactions@finra.org |
| dlemay@chadbourne.com | paronzon@milbank.com |
| dlipke@vedderprice.com | patrick.oh@freshfields.com |

dludman@brownconnery.com

dmcguire@winston.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

dravin@wolffsamson.com

drose@pryorcashman.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwildes@stroock.com

dworkman@bakerlaw.com

easmith@venable.com

echang@steinlubin.com

ecohen@russell.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedumspring.com

eglas@mccarter.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

paul.turner@sutherland.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com

r.stahl@stahlzelloe.com

raj.madan@bingham.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfrankel@orrick.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard.levy@lw.com

richard.tisdale@friedfrank.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.bailey@bnymellon.com

gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org

| | |
|---|---|
| jchubak@proskauer.com | shari.leventhal@ny.frb.org |
| jdoran@haslaw.com | shgross5@yahoo.com |
| jdrucker@coleschotz.com | sidorsky@butzel.com |
| jdwarner@warnerandscheuerman.com | sleo@bm.net |
| jdyas@halperinlaw.net | slerman@ebglaw.com |
| jean-david.barnea@usdoj.gov | slerner@ssd.com |
| jeanites@whiteandwilliams.com | slevine@brownrudnick.com |
| jeannette.boot@wilmerhale.com | sloden@diamondmccarthy.com |
| jeff.wittig@coair.com | smayerson@ssd.com |
| jeffery.black@bingham.com | smillman@stroock.com |
| jeffrey.sabin@bingham.com | smulligan@bsblawyers.com |
| jeldredge@velaw.com | snewman@katskykorins.com |
| jen.premisler@cliffordchance.com | sory@fdlaw.com |
| jennifer.demarco@cliffordchance.com | spiotto@chapman.com |
| jennifer.gore@shell.com | splatzer@platzerlaw.com |
| jeremy.eiden@ag.state.mn.us | squsba@stblaw.com |
| jfalgowski@reedsmith.com | sree@lcbf.com |
| jflaxer@golenbock.com | sschultz@akingump.com |
| jfreeberg@wfw.com | sselbst@herrick.com |
| jg5786@att.com | sshimshak@paulweiss.com |
| jgenovese@gjb-law.com | sskelly@teamtogut.com |
| jguy@orrick.com | sstarr@starrandstarr.com |
| jherzog@gklaw.com | steele@lowenstein.com |
| jhiggins@fdlaw.com | stephen.cowan@dlapiper.com |
| jhorgan@phxa.com | steve.ginther@dor.mo.gov |
| jhuggett@margolisedelstein.com | steven.troyer@commerzbank.com |
| jim@atkinslawfirm.com | steven.usdin@flastergreenberg.com |
| jjoyce@dresslerpeters.com | steven.wilamowsky@bingham.com |
| jjtancredi@daypitney.com | steven@blbglaw.com |
| jjureller@klestadt.com | streusand@streusandlandon.com |
| jlamar@maynardcooper.com | susheelkirpalani@quinnemanuel.com |
| jlawlor@wmd-law.com | sweyl@haslaw.com |
| jlee@foley.com | swolowitz@mayerbrown.com |
| jlevitin@cahill.com | szuch@wiggin.com |
| jlipson@crockerkuno.com | tannweiler@greerherz.com |
| jlscott@reedsmith.com | tarbit@cftc.gov |
| jmaddock@mcguirewoods.com | tbrock@ssbb.com |
| jmakower@tnsj-law.com | tdewey@dpklaw.com |
| jmazermarino@msek.com | tduffy@andersonkill.com |
| jmelko@gardere.com | tgoren@mofo.com |
| jmerva@fult.com | thaler@thalergertler.com |
| jmmurphy@stradley.com | thomas.califano@dlapiper.com |
| jmr@msf-law.com | tim.desieno@bingham.com |
| jnadritch@olshanlaw.com | timothy.brink@dlapiper.com |
| jnm@mccallaraymer.com | timothy.palmer@bipc.com |

| | |
|---|---|
| john.monaghan@hklaw.com | tjfreedman@pbnlaw.com |
| john.rapisardi@cwt.com | tkiriakos@mayerbrown.com |
| jonathan.henes@kirkland.com | tlauria@whitecase.com |
| jorbach@hahnhessen.com | tmacwright@whitecase.com |
| joseph.cordaro@usdoj.gov | tmarrion@haslaw.com |
| joseph.serino@kirkland.com; | tnixon@gklaw.com |
| joshua.dorchak@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| jowen769@yahoo.com | tom.schorling@whitecase.com, |
| jowolf@law.nyc.gov | tomwelsh@orrick.com |
| joy.mathias@dubaiic.com | tslome@msek.com |
| jpintarelli@mofo.com | ttracy@crockerkuno.com |
| jporter@entwistle-law.com | tunrad@burnslev.com |
| jprol@lowenstein.com | twheeler@lowenstein.com |
| jrabinowitz@rltlawfirm.com | villa@streusandlandon.com |
| jrsmith@hunton.com | vmilione@nixonpeabody.com |
| jschiller@bsfllp.com | vrubinstein@loeb.com |
| jschwartz@hahnhessen.com | walter.stuart@freshfields.com |
| jsheerin@mcguirewoods.com | wanda.goodloe@cbre.com |
| jsherman@bsfllp.com | wballaine@lcbf.com |
| jshickich@riddellwilliams.com | wbenzija@halperinlaw.net |
| jsmairo@pbnlaw.com | wchen@tnsj-law.com |
| jstoll@mayerbrown.com | wcurchack@loeb.com |
| jsullivan@mosessinger.com | wdase@fzwz.com |
| jtimko@shutts.com | wfoster@milbank.com |
| jtorf@schiffhardin.com | will.sugden@alston.com |
| judy.morse@crowedunlevy.com | wiltenburg@hugheshubbard.com |
| jvail@ssrl.com | wisotska@pepperlaw.com |
| jwallack@goulstonstorrs.com | wk@pwlawyers.com |
| jwcohen@daypitney.com | wmaher@wmd-law.com |
| jweiss@gibsondunn.com | wmarcari@ebglaw.com |
| jwest@velaw.com | wmckenna@foley.com |
| jwh@njlawfirm.com | wrightth@sullcrom.com |
| kanema@formanlaw.com | wsilverm@oshr.com |
| karen.wagner@dpw.com | wswearingen@llf-law.com |
| karl.geercken@alston.com | wtaylor@mccarter.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |

**Additional Parties**

harvey.miller@weil.com

jacqueline.marcus@weil.com

lori.fife@weil.com

richard.krasnow@weil.com

robert.lemons@weil.com

**EXHIBIT B**

**MSL – OVN**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**ADD - OVN**

PATRICK L. HAYDEN
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NEW YORK  10105