# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 406: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF VIRGINIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/18/2009 | 19268 | Undetermined | Undetermined | None |
| 2 | COMMONWEALTH OF VIRGINIA | 08-13899 (JMP) | Lehman Brothers Derivative Products Inc. | 9/18/2009 | 19269 | Undetermined | Undetermined | None |
| 3 | COMMONWEALTH OF VIRGINIA | 08-13885 (JMP) | Lehman Brothers Commodity Services Inc. | 9/18/2009 | 19270 | Undetermined | Undetermined | None |
| 4 | COMMONWEALTH OF VIRGINIA | 08-13902 (JMP) | Lehman Brothers Financial Products Inc. | 9/18/2009 | 19271 | Undetermined | Undetermined | None |
| 5 | COMMONWEALTH OF VIRGINIA | 08-13900 (JMP) | Lehman Commercial Paper Inc. | 9/18/2009 | 19272 | Undetermined | Undetermined | None |
| 6 | TREASURER OF THE STATE OF ILLINOIS | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/17/2009 | 15165 | $26,170.02 | $26,170.02 * | None |
| | | | | TOTAL | | $26,170.02 | $26,170.02 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts