# EXHIBIT 1

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 407: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ARENDT, GISELA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/2/2009 | 61672 | $20,000.00 | $20,000.00 | None |
| 2 | DIDDENS, CHRISTA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48902 | $3,004.20 | $3,004.20 | None |
| 3 | ELBESHAUSEN, ENNO | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57557 | $52,857.00 | $52,857.00 | None |
| 4 | GOCKE, RUTH | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49536 | $7,459.07 | $7,459.07 | None |
| 5 | HOERNER, KARL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41475 | $21,014.00 | $21,014.00 | None |
| 6 | INACIO FERREIRA, JOSE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56567 | $79,387.11 | $79,387.11 | None |
| 7 | KABAN, HERBERT | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55129 | $17,350.20 | $17,350.20 | None |
| 8 | KUPPENS, PETIA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55128 | $7,229.25 | $7,229.25 | None |
| 9 | LENSING, ANNA MARGARETE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/2/2009 | 61553 | $32,660.00 | $32,660.00 | None |
| 10 | LENSING, ANNA MARGARETE | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/2/2009 | 61554 | $35,500.00 | $35,500.00 | None |
| 11 | MALISCH-WARAKOMSKI, JAROSLAW | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46669 | $1,497.72 | $1,497.72 | None |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)**

**OMNIBUS OBJECTION 407: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 12 | MULLER-LANGENBECU, GARLEF | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 11/2/2009 | 61371 | $70,000.00 | $70,000.00 | None |
| 13 | ORTLOFF, ANITA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 57084 | $12,455.05 | $12,455.05 | None |
| 14 | PROPERTY VALUE ESTATE FOUNDATION | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/26/2009 | 46530 | $40,334.00 | $40,334.00 | None |
| 15 | SCHRODER, MARGRET | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48683 | $19,525.80 | $19,525.80 | None |
| 16 | SIGLER, HELGA | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/28/2009 | 50720 | $16,867.69 | $16,867.69 | None |
| 17 | STUEBER, AXEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/16/2009 | 40877 | $7,102.00 | $7,102.00 | None |
| | | | | TOTAL | | $444,243.09 | $444,243.09 | |