**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIMS 20833 AND 20834

Reference is made to the following proofs of claim filed on September 21, 2009, against Lehman Brothers Holdings Inc. ("**LBHI**"):  (i) proof of claim number **20833**, filed by The Hongkong and Shanghai Banking Corporation Limited ("**HSBC**"), as attorney-in-fact for Atlantic International Finance Limited, and (ii) proof of claim number **20834**, filed by HSBC (together, the "**Claims**").

PLEASE TAKE NOTICE that, through its undersigned authorized representative, HSBC hereby withdraws the Claims and authorizes and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to expunge the Claims from the official claims register for LBHI.

Dated: May 02, 2013
      New York, New York

                                                            /s/ Daniel Guyder
                                                          Daniel Guyder