SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Bruce E. Clark
Matthew A. Schwartz

*Attorneys for Giants Stadium LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**NOTICE OF ADJOURNMENT OF THE HEARING ON THE MOTION OF**
**GIANTS STADIUM LLC FOR LEAVE TO CONDUCT DISCOVERY OF LBI**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Giants Stadium LLC for Leave to Conduct Discovery of LBI Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Docket No. 36874] (the "Motion"), which was scheduled for May 15, 2013 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to June 19, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as the matter may be heard. The Hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York  
       May 2, 2013

Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

By:   /s/ _____  
      Bruce E. Clark  
      Matthew A. Schwartz  
      SULLIVAN & CROMWELL LLP  
      125 Broad Street  
      New York, New York 10004  
      Telephone: (212) 558-4000  
      Facsimile: (212) 558-3588

*Attorneys for Giants Stadium LLC*