UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                         :     Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (JMP)
                                                              :
                            Debtors.                :     (Jointly Administered)
-------------------------------------------------------------------x

## ORDER GRANTING FOUR HUNDRED FOURTH
## OMNIBUS OBJECTION TO CLAIMS (EMPLOYMENT-RELATED CLAIMS)

Upon the four hundred fourth omnibus objection to claims, dated March 15, 2013 (the "Four Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Employment-Related Claims set forth on Exhibit 1 hereto on the basis that such claims have been partially eliminated and to disallow and expunge the Employment-Related Claims set forth on Exhibit 2 hereto on the basis that the Chapter 11 Estates have no liability for such claims, all as more fully described in the Four Hundred Fourth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief requested in the Four Hundred Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Fourth Omnibus Objection to Claims.

the legal and factual bases set forth in the Four Hundred Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Employment-Related Claim listed on Exhibit 1 annexed hereto is reduced and allowed in the amount and priority set forth on Exhibit 1 and that any asserted amounts in excess of the reduced amount are disallowed; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, each Employment-Related Claim listed on Exhibit 2 is disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A or Exhibit B annexed to the Four Hundred Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 or Exhibit 2 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**Dated: May 2, 2013
New York, New York**

**/s/ James M. Peck**
_____
**Hon. James M. Peck
United States Bankruptcy Judge**

2