# EXHIBIT 1

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)

OMNIBUS OBJECTION 404: EXHIBIT 1 - EMPLOYMENT-RELATED CLAIMS

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | AMOUNTS ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | EQUITY | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 BYASSEE, LEE | 4735 | 6/2/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $645,000.00 | | $645,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$67,000.00** | | **$67,000.00** |
| 2 CALHOUN, JOHN W. III | 19255 | 9/18/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $200,000.00 | | $200,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$20,000.00** | | **$20,000.00** |
| 3 DREXELIUS, PAUL | 2534 | 2/3/09 | Lehman Brothers Holdings Inc. | | | | | | |
| | | | TOTAL ASSERTED AMOUNT | | | | $990,000.00 | | $990,000.00 |
| | | | **CLAIM AS MODIFIED** | | | | **$104,000.00** | | **$104,000.00** |
| | | | TOTAL ASSERTED | $0.00 | $0.00 | $0.00 | $1,835,000.00 | $0.00 | $1,835,000.00 |
| | | | TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 | 0.00 | 1,835,000.00 | 0.00 | 1,835,000.00 |
| | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** | **$0.00** | **$191,000.00** | **$0.00** | **$191,000.00** |

# EXHIBIT 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 404: EXHIBIT 2 – EMPLOYMENT-RELATED CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | AMOUNTS NOT SUBJECT TO THIS OBJECTION |
|---|---|---|---|---|---|---|---|---|
| 1 | ARMITAGE, CHRISTOPHER | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/22/2009 | 30673 | $560,000.00 | $560,000.00 | None |
| 2 | CATO, JOHN PHILIP | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 6/2/2009 | 4739 | $120,000.00 | $120,000.00 | None |
| 3 | GARCIA, MIGUEL | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 8/4/2009 | 7332 | $120,000.00 | $120,000.00 | None |
| 4 | HOPKINS, JERRY | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 9/8/2009 | 10674 | $350,000.00 | $350,000.00 | None |
| | | | | | TOTAL | $1,150,000.00 | $1,150,000.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts