36802



PAUL R. LEPAGE
GOVERNOR

STATE OF MAINE
MAINE REVENUE SERVICES
24 STATE HOUSE STATION
AUGUSTA, MAINE
04333-0024

ADMINISTRATIVE & FINANCIAL SERVICES

H. SAWIN MILLETT, JR.
COMMISSIONER

MAINE REVENUE SERVICES

JEROME D. GERARD
EXECUTIVE DIRECTOR

April 18, 2013

U.S. Bankruptcy Court
Attn: Vito Genna
One Bowling Green
New York, NY 10004

RE: Leeman Brothers Inc.
    Chapter 11
    Case No: 08-13555 (JMP)

Dear Mr. Genna:

Please withdraw Bureau of Revenue Services' proof of claim, dated February 3, 2013 in the amount of $6,107.61

Sincerely,

Stanley Campbell

Stanley D. Campbell, Deputy Director
Bureau of Revenue Services
Compliance Division

pc: Harvey R. Miller, Esquire
    Richard P. Krasnow, Esquire
    Lori R. Fife, Esquire
    Shai Y. Waisman, Esquire

RECEIVED APR 2 2 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Phone: (207)624-9595   TDD: (207)287-4477   Fax: (207)287-3618
www.compliance.tax@maine.gov



STATE OF MAINE
MAINE REVENUE SERVICES
24 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0024

TEMP RETURN SERVICE REQUESTED

U.S. Bankruptcy Court Clerk's Office
Attn: Vito Genna, Clerk of Court
One Bowling Green
New York, NY 10004-1408

RECEIVED APR 22 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

PRESORTED FIRST CLASS

$00.36 APR 19 2013 MAILED FROM ZIP CODE 04330