UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :         08-13555 (JMP)
                                                          :        (Jointly Administered)
                              Debtors.                    :
                                                          :
-------------------------------------------------------------------------x        Ref. Docket Nos. 33908, 33909,
                                                                   33917, 33919, 35886, 36541, 36771,
                                                                   36776, 36778, 36780, 36799, 36815,
                                                                   36817, 36818, 36820, 36821, 36823,
                                                                   36826, 36855, 36856, 36860, 36871,
                                                                   36872, 36879-36881


<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On April 29, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*_____
                                                            Lauren Rodriguez

Sworn to before me this
1st day of May, 2013
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

3T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 33908, 33909, 33917...36872, 36879-36881_AFF_4-29-13.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK)
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

Please note that your claim # 50717-12 in the above referenced case and in the amount of $1,117,872.82  allowed at $1,065,873.61      has been transferred (**unless previously expunged by court order**)

TURNPIKE LIMITED
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP
C/O ALDEN GLOBAL CAPITAL
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK NY 10022

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36860      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/29/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 29, 2013.

EXHIBIT B

TIME: 10:41:07
DATE: 04/29/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK) ATTN: ITHRAN OLIVACEE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: PAOLO MAZZA VIA SAN CAROLO 8/20 MODENA 41121 ITALY |
| BANK OF AMERICA, N.A. | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP C/O SHEARMAN & STERLINE LLP ATTN: FREDRIC SOSNICK, NED S. SCHODEK 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BLAZQUEZ, CRISTINA BEATRIZ GARCIA | C/ INFANTA MERCEDES NO 58, 7 D MADRID 28020 SPAIN |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITOL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.I. | HOYT, DAVID ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.I. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CHARLES & RAYMOND ABOU ADAL # 1 | TRABAUD ST. HADDAD BLD, ACHRAFIEH BEIRUT LEBANON |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.I. | HOYT, DAVID ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.I. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN; BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CSCP II ACQUISITION LUXCO, SARL | HOYT, DAVID ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP II ACQUISITION LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CHARLES & RAYMOND ABOU ADAL # 1 C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIFTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: STANDARD BANK PLC ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION; ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE. 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ILLIQUIDX LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST., NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION; ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

TIME: 10:41:07
DATE: 04/29/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: THE MASTER TR BANK OF JAPAN LTD ACTING AS TEE ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TPG CREDIT OPPORTUNITIES FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TPG CREDIT OPPORTUNITIES INVESTORS LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TPG CREDIT STRATEGIES FUND LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOMEZ, MARIA ARGELINA BALLESTEROS | C/ PAULAR NO 12, 2 B MADRID (FUENLABRADA) 28944 SPAIN |
| HBK MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDIX LLP | TRANSFEROR: BLAZQUEZ, CRISTINA BEATRIZ GARCIA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDIX LLP | TRANSFEROR: GOMEZ, MARIA ARGELINA BALLESTEROS ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDIX LLP | TRANSFEROR: SALGADO, MERCEDES BLAZQUEZ ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM |
| J.P. MORGAN SECURITIES PLC | TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: WEST ASCOT S.A. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601 |
| MARINER LDC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER LDC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED ATTN: SEAN MCCAHILL 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SALGADO, MERCEDES BLAZQUEZ | C/ PAULAR NO 12, 3 B MADRID (FUENLABRADA) 28944 SPAIN |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WEST ASCOT S.A. | C/O WA SHOPPING PORTONES COD 11500 MONTEVIDEO 18173 URUGUAY |

Total Number of Records Printed          64

EPIQ BANKRUPTCY SOLUTIONS, LLC