UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
In re                                                          : Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       : 08-13555 (JMP)
                                                               : (Jointly Administered)
         Debtors.                                              :
                                                               :
---------------------------------------------------------------x  Ref. Docket Nos. 36052, 36704,
                                                                  36707, 36749-36752, 36774, 36803,
                                                                  36805, 36807, 36822, 36824, 36825,
                                                                  36827-36831, 36859, 36862, 36864,
                                                                  36868, 36900-36905

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
1st day of May, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   ALSTON INVESTMENTS LLC
      TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
      C/O ELLIOTT MANAGEMENT CORPORATION
      ATTN: ELLIOT GREENBERG, RAJAT BOSE
      40 WEST 57TH STREET
      NEW YORK NY 10019
```

Please note that your claim # 56717-03 in the above referenced case and in the amount of $1,652,232.33 allowed at $1,600,000.00 has been transferred **(unless previously expunged by court order)**

```
GOLDMAN SACHS & CO.
TRANSFEROR: ALSTON INVESTMENTS LLC
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY NJ 07302
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36750 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/30/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 30, 2013.

# EXHIBIT B

```
TIME: 10:13:09                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:     1
DATE: 04/30/13                                               CREDITOR LISTING

Name                                              Address
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE
                                                  712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ALSTON INVESTMENTS LLC                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG, RAJAT BOSE 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG/RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR
                                                  NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG, RAJAT BOSE 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ASHTON INVESTMENTS, LLC                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR
                                                  ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC
                                                  BANK OF MAERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.             TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK 3RD FL; ATTN:GARY COHEN/ANTE JAKIC
                                                  NEW YORK NY 10036
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND VI-A LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE FUND X (MASTER) LP, THE ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR
                                                  NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA, ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BLACKWELL PARTNERS LLC                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
CHENAVARI FINANCIAL ADVISORS LTD.                 TRANSFEROR: EFG BANK AG GUILHEM GOYARD-MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON    SW1X7EE UNITED KINGDOM
CREDIT SUISSE (MONACO) SAM                        TRANSFEROR: CREDIT SUISSE C/O CRAVATH, SWAINE & MOORE LLP ATTN: STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
CREDIT SUISSE                                     ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE INTERNATIONAL                       DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL                       TRANSFEROR: SOCIETE GENERALE, AS SUCESSOR IN INTEREST ATTN: ANTHONY PRESCOTT AND RENEE NG 1-5 CABOT SQUARE
                                                  LONDON   E144QJ UNITED KINGDOM
CRESCENT 1 L.P.                                   TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND LTD.                              TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS EUROPE MASTER FUND LTD.                     TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS OPPORTUNITIES MASTER FUND II, LTD.          TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND            TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON    EC2N 2DB UNITED KINGDOM
EFG BANK AG                                       GREENBERG   TRAURIG LLP ATTN: MARIA DECONZA 200 PARK AVENUE NEW YORK NY 10166
EFG BANK AG                                       BAHNHOFSTRASSE 16 ATTN: ISABEL FARAGALLI P.O. BOX 2255 ZURICH    8022 SWITZERLAND
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC ATNN:   MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019

                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 10:13:09                                           LEHMAN BROTHERS HOLDING INC.                                              PAGE:    2
DATE: 04/30/13                                                CREDITOR LISTING

Name                                              Address
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
GOLDMAN SACHS & CO.                               TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET 5TH FLOOR JERSEY CITY NJ 07302
LIQUIDATION OPPORTUNITES MASTER FUND,             TRANSFEROR: J. ARON & COMPANY ATTN: MICHELLE LATZONI 30 HUDSON GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
LIQUIDATION OPPROTUNITES MASTER FUND,             TRANSFEROR: YORVIK PARTNERS LLP C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10022
L.P.
MAGNETAR CAPITAL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD.                                              EVANSTON IL 60201
NATIONAL AUSTRALIA BANK LIMITED                   CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR
                                                  CHICAGO IL 60603
NATIONAL AUSTRALIA BANK LIMITED                   CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603
NATIONAL AUSTRALIA BANK LIMITED                   ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167
NATIONAL AUSTRALIA BANK LIMITED                   ATTN: PATRICK RYAN 245 PARK AVENUE, FLOOR 28 NEW YORK NY 10167
NOTENSTEIN PRIVATBANK AG                          TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
QUANTUM PARTNERS LP                               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
SOCIETE GENERALE, AS SUCESSOR IN                  MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019
INTEREST
SOCIETE GENERALE, AS SUCESSOR IN                  TO SOCIETE GENERALE ASSET MANAGEMENT BANQUE ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
INTEREST
SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E.          ONDERSTE MOLENWEG 108 VENLO  5912 TW NETHERLANDS
STADLIN, KASPAR                                   TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ZUGERSTRASSE 38 UNTERAEGERI  CH-6314 SWITZERLAND
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION              TRANSFEROR: STADLIN, KASPAR ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
UBS AG                                            BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                            ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
URSULA BROTBECK                                   TRANSFEROR: UBS AG UNTERHOF 8 ALTNAU  CH-8595 SWITZERLAND
URSULA BROTBECK                                   HEUBERGER, PATRICK ZURCHER KANTONALBANK LQAV3 P.O. BOX SURICH  8010 SWITZERLAND
YORVIK PARTNERS LLP                               TRANSFEROR: RBS COUTTS BANK AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed           75                                                                            EPIQ BANKRUPTCY SOLUTIONS, LLC
```