UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                          :
In re                                                     :     Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :     08-13555 (JMP)
                                                          :     (Jointly Administered)
                        Debtors.                          :
                                                          :
------------------------------------------------------------------x     Ref. Docket No. 36706

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 30, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
2nd day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

08-13555-mg    Doc 37142    Filed 05/02/13    Entered 05/02/13 15:49:10    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

Transferor:    J.P. MORGAN SECURITIES PLC
TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP
ATTN: JEFFREY L. PANZO
MAIL CODE: NY1-M138
383 MADISON AVENUE - FLOOR 37
NEW YORK NY 10179

Additional:

Transferee:    HBK MASTER FUND, L.P.
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS TX 75201

Your transfer   of claim # 5055829-35   is defective for the reason(s) checked below:

Docket Number 36706            Date 04/19/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 30, 2013.

# EXHIBIT B

```
TIME: 09:32:42                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 04/30/13                                           CREDITOR LISTING

Name                       Address
HBK MASTER FUND, L.P.      C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
J.P. MORGAN SECURITIES PLC TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                           NEW YORK NY 10179

Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC