UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**JOINT NOTICE OF WITHDRAWAL OF CLAIM AND
WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER
GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS
FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING
THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to proof of claim number 26222, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by Ariel and Ifat Maislos (collectively, the "Claimant") in an unliquidated amount (the "Claim"). The Claimant represents and warrants that as of the date hereof, the Claimant has not sold, assigned or transferred the Claim.

PLEASE TAKE NOTICE that the Claimant hereby withdraws the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by the Claimant other than the Claim.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") hereby withdraw the subpoena served upon the Claimant on February 26, 2013, the issuance of which was noticed in a filing with the Court on February 27, 2013 [ECF No. 35554].

[Signature Page Follows]

Dated: New York, New York
      May ___, 2013

                                      **ARIEL AND IFAT MAISLOS**

                                      _____
                                      Ariel Maislos

                                      _____
                                      Ifat Maislos

                                      PO Box 16
                                      Egoz Street
                                      Bnei Tzion
                                      Israel 60910

Dated: New York, New York
      May _1_, 2013

                                      **WEIL, GOTSHAL & MANGES LLP**

                                      By:_____
                                      Robert J. Lemons
                                      767 Fifth Avenue
                                      New York, NY 10166-4193
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      *Attorneys for Lehman Brothers Holdings Inc.*
                                      *and Certain of Its Affiliates*