UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
:
Debtors. : Jointly Administered
:
------------------------------------------------------------------------x Ref. Docket No. 36882

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2013, I caused to be served the "Debtors' Objection to CMBS Claims and Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code," dated April 25, 2013 [Docket No. 36882], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn before me this
29th day of April, 2013

_____
Notary Public

PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP APRIL 26, 2014

T:\Clients\LBH\Affidavits\CMBS Claims Objection & Subordination Request_DI_36882_AFF_4-25-13_SS.doc

# EXHIBIT A

| | |
|---|---|
| aaaronson@dilworthlaw.com | keith.simon@lw.com |
| aalfonso@willkie.com | ken.coleman@allenovery.com |
| abeaumont@fklaw.com | ken.higman@hp.com |
| abraunstein@riemerlaw.com | kerry.moynihan@hro.com |
| acaton@kramerlevin.com | kgwynne@reedsmith.com |
| acker@chapman.com | kiplok@hugheshubbard.com |
| adam.brezine@hro.com | kit.weitnauer@alston.com |
| adarwin@nixonpeabody.com | kkelly@ebglaw.com |
| adiamond@diamondmccarthy.com | kkolbig@mosessinger.com |
| aeckstein@blankrome.com | klyman@irell.com |
| aentwistle@entwistle-law.com | klynch@formanlaw.com |
| afriedman@irell.com | kmayer@mccarter.com |
| agbanknewyork@ag.tn.gov | kobak@hugheshubbard.com |
| aglenn@kasowitz.com | korr@orrick.com |
| agold@herrick.com | kovskyd@pepperlaw.com |
| agoldstein@tnsj-law.com | kpiper@steptoe.com |
| ahandler@moundcotton.com | kressk@pepperlaw.com |
| aisenberg@saul.com | kreynolds@mklawnyc.com |
| akantesaria@oppenheimerfunds.com | krosen@lowenstein.com |
| akolod@mosessinger.com | kuehn@bragarwexler.com |
| alum@ftportfolios.com | kurt.mayr@bgllp.com |
| amarder@msek.com | lacyr@sullcrom.com |
| amartin@sheppardmullin.com | landon@streusandlandon.com |
| amcmullen@boultcummings.com | lapeterson@foley.com |
| amenard@tishmanspeyer.com | lathompson@co.sanmateo.ca.us |
| andrew.brozman@cliffordchance.com | lberkoff@moritthock.com |
| andrew.lourie@kobrekim.com | lee.stremba@troutmansanders.com |
| andrew.morrison@klgates.com | lgotko@fklaw.com |
| angelich.george@arentfox.com | lgranfield@cgsh.com |
| ann.reynaud@shell.com | lhandelsman@stroock.com |
| anthony_boccanfuso@aporter.com | linda.boyle@twtelecom.com |
| aoberry@bermanesq.com | lisa.ewart@wilmerhale.com |
| aostrow@beckerglynn.com | lisa.kraidin@allenovery.com |
| aquale@sidley.com | lisa.solomon@att.net |
| arahl@reedsmith.com | ljkotler@duanemorris.com |
| arheaume@riemerlaw.com | lkatz@ltblaw.com |
| arlbank@pbfcm.com | lkiss@klestadt.com |
| arosenblatt@chadbourne.com | lmarinuzzi@mofo.com |
| arthur.rosenberg@hklaw.com | lmay@coleschotz.com |
| arwolf@wlrk.com | lmcgowen@orrick.com |
| aseuffert@lawpost-nyc.com | lml@ppgms.com |
| ashmead@sewkis.com | lnashelsky@mofo.com |
| asnow@ssbb.com | loizides@loizides.com |
| aunger@sidley.com | lscarcella@farrellfritz.com |
| austin.bankruptcy@publicans.com | lschweitzer@cgsh.com |

| | |
|---|---|
| avenes@whitecase.com | lubell@hugheshubbard.com |
| azylberberg@whitecase.com | lwhidden@salans.com |
| bankr@zuckerman.com | mabrams@willkie.com |
| bankruptcy@goodwin.com | maofiling@cgsh.com |
| bankruptcy@morrisoncohen.com | marc.chait@sc.com |
| bankruptcy@ntexas-attorneys.com | margolin@hugheshubbard.com |
| bankruptcymatters@us.nomura.com | mark.bane@ropesgray.com |
| barbra.parlin@hklaw.com | mark.deveno@bingham.com |
| bbisignani@postschell.com | mark.ellenberg@cwt.com |
| bcarlson@co.sanmateo.ca.us | mark.ellenberg@cwt.com |
| bdk@schlamstone.com | mark.hellerer@pillsburylaw.com |
| bguiney@pbwt.com | mark.sherrill@sutherland.com |
| bkmail@prommis.com | marvin.clements@ag.tn.gov |
| bmanne@tuckerlaw.com | matt@willaw.com |
| bmiller@mofo.com | matthew.klepper@dlapiper.com |
| boneill@kramerlevin.com | maustin@orrick.com |
| brian.corey@greentreecreditsolutions.com | max.polonsky@skadden.com |
| brosenblum@jonesday.com | mbenner@tishmanspeyer.com |
| broy@rltlawfirm.com | mberman@nixonpeabody.com |
| bruce.wright@sutherland.com | mberman@nixonpeabody.com |
| bstrickland@wtplaw.com | mbienenstock@proskauer.com |
| btrust@mayerbrown.com | mbloemsma@mhjur.com |
| bturk@tishmanspeyer.com | mbossi@thompsoncoburn.com |
| bwolfe@sheppardmullin.com | mcademartori@sheppardmullin.com |
| cahn@clm.com | mcantor@normandyhill.com |
| calbert@reitlerlaw.com | mcordone@stradley.com |
| canelas@pursuitpartners.com | mcto@debevoise.com |
| carol.weinerlevy@bingham.com | mcyganowski@oshr.com |
| cbelisle@wfw.com | mdorval@stradley.com |
| cbelmonte@ssbb.com | melorod@gtlaw.com |
| cdesiderio@nixonpeabody.com | meltzere@pepperlaw.com |
| cgoldstein@stcwlaw.com | metkin@lowenstein.com |
| chad.husnick@kirkland.com; | mfeldman@willkie.com |
| chammerman@paulweiss.com | mgordon@briggs.com |
| charles@filardi-law.com | mgreger@allenmatkins.com |
| charles_malloy@aporter.com | mh1@mccallaraymer.com |
| chipford@parkerpoe.com | mhopkins@cov.com |
| chris.donoho@lovells.com | michael.frege@cms-hs.com |
| christopher.greco@kirkland.com | michael.kelly@monarchlp.com |
| clarkb@sullcrom.com | michael.kim@kobrekim.com |
| clynch@reedsmith.com | michael.mccrory@btlaw.com |
| cmontgomery@salans.com | michaels@jstriallaw.com |
| cohen@sewkis.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |

cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mkjaer@winston.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmooney@deilylawfirm.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpomerantz@julienandschlesinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nickolas.karavolas@pillsburylaw.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com

| | |
|---|---|
| dludman@brownconnery.com | paul.turner@sutherland.com |
| dmcguire@winston.com | pbattista@gjb-law.com |
| dmurray@jenner.com | pbosswick@ssbb.com |
| dneier@winston.com | pdublin@akingump.com |
| dodonnell@milbank.com | peisenberg@lockelord.com |
| dove.michelle@dorsey.com | peter.gilhuly@lw.com |
| dpegno@dpklaw.com | peter.macdonald@wilmerhale.com |
| draelson@fisherbrothers.com | peter.simmons@friedfrank.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosenzweig@fulbright.com | phayden@mcguirewoods.com |
| drosner@goulstonstorrs.com | philip.wells@ropesgray.com |
| dshaffer@wtplaw.com | pmaxcy@sonnenschein.com |
| dshemano@peitzmanweg.com | ppascuzzi@ffwplaw.com |
| dspelfogel@foley.com | ppatterson@stradley.com |
| dtatge@ebglaw.com | psp@njlawfirm.com |
| dtheising@harrisonmoberly.com | ptrain-gutierrez@kaplanlandau.com |
| dwdykhouse@pbwt.com | ptrostle@jenner.com |
| dwildes@stroock.com | r.stahl@stahlzelloe.com |
| dworkman@bakerlaw.com | raj.madan@bingham.com |
| easmith@venable.com | ramona.neal@hp.com |
| echang@steinlubin.com | rbeacher@pryorcashman.com |
| ecohen@russell.com | rbernard@foley.com |
| efleck@milbank.com | rbyman@jenner.com |
| efriedman@fklaw.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | relgidely@gjb-law.com |
| eglas@mccarter.com | rflanagan@flanassoc.com |
| ekbergc@lanepowell.com | rfrankel@orrick.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| ellen.halstead@cwt.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| erin.mautner@bingham.com | richard.fingard@newedge.com |
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |
| etillinghast@sheppardmullin.com | richard.levy@lw.com |
| ezujkowski@emmetmarvin.com | richard.tisdale@friedfrank.com |
| ezweig@optonline.net | richard@rwmaplc.com |
| fbp@ppgms.com | rick.murphy@sutherland.com |
| ffm@bostonbusinesslaw.com | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fritschj@sullcrom.com | rmatzat@hahnhessen.com |
| fsosnick@shearman.com | rnetzer@willkie.com |
| fyates@sonnenschein.com | robert.bailey@bnymellon.com |

gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com

robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
sara.tapinekis@cliffordchance.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org

| | |
|---|---|
| jchubak@proskauer.com | shari.leventhal@ny.frb.org |
| jdoran@haslaw.com | shgross5@yahoo.com |
| jdrucker@coleschotz.com | sidorsky@butzel.com |
| jdwarner@warnerandscheuerman.com | sleo@bm.net |
| jdyas@halperinlaw.net | slerman@ebglaw.com |
| jean-david.barnea@usdoj.gov | slerner@ssd.com |
| jeanites@whiteandwilliams.com | slevine@brownrudnick.com |
| jeannette.boot@wilmerhale.com | sloden@diamondmccarthy.com |
| jeff.wittig@coair.com | smayerson@ssd.com |
| jeffery.black@bingham.com | smillman@stroock.com |
| jeffrey.sabin@bingham.com | smulligan@bsblawyers.com |
| jeldredge@velaw.com | snewman@katskykorins.com |
| jen.premisler@cliffordchance.com | sory@fdlaw.com |
| jennifer.demarco@cliffordchance.com | spiotto@chapman.com |
| jennifer.gore@shell.com | splatzer@platzerlaw.com |
| jeremy.eiden@ag.state.mn.us | squsba@stblaw.com |
| jfalgowski@reedsmith.com | sree@lcbf.com |
| jflaxer@golenbock.com | sschultz@akingump.com |
| jfreeberg@wfw.com | sselbst@herrick.com |
| jg5786@att.com | sshimshak@paulweiss.com |
| jgenovese@gjb-law.com | sskelly@teamtogut.com |
| jguy@orrick.com | sstarr@starrandstarr.com |
| jherzog@gklaw.com | steele@lowenstein.com |
| jhiggins@fdlaw.com | stephen.cowan@dlapiper.com |
| jhorgan@phxa.com | steve.ginther@dor.mo.gov |
| jhuggett@margolisedelstein.com | steven.troyer@commerzbank.com |
| jim@atkinslawfirm.com | steven.usdin@flastergreenberg.com |
| jjoyce@dresslerpeters.com | steven.wilamowsky@bingham.com |
| jjtancredi@daypitney.com | steven@blbglaw.com |
| jjureller@klestadt.com | streusand@streusandlandon.com |
| jlamar@maynardcooper.com | susheelkirpalani@quinnemanuel.com |
| jlawlor@wmd-law.com | sweyl@haslaw.com |
| jlee@foley.com | swolowitz@mayerbrown.com |
| jlevitin@cahill.com | szuch@wiggin.com |
| jlipson@crockerkuno.com | tannweiler@greerherz.com |
| jlscott@reedsmith.com | tarbit@cftc.gov |
| jmaddock@mcguirewoods.com | tbrock@ssbb.com |
| jmakower@tnsj-law.com | tdewey@dpklaw.com |
| jmazermarino@msek.com | tduffy@andersonkill.com |
| jmelko@gardere.com | tgoren@mofo.com |
| jmerva@fult.com | thaler@thalergertler.com |
| jmmurphy@stradley.com | thomas.califano@dlapiper.com |
| jmr@msf-law.com | tim.desieno@bingham.com |
| jnadritch@olshanlaw.com | timothy.brink@dlapiper.com |
| jnm@mccallaraymer.com | timothy.palmer@bipc.com |

| | |
|---|---|
| john.monaghan@hklaw.com | tjfreedman@pbnlaw.com |
| john.rapisardi@cwt.com | tkiriakos@mayerbrown.com |
| jonathan.henes@kirkland.com | tlauria@whitecase.com |
| jorbach@hahnhessen.com | tmacwright@whitecase.com |
| joseph.cordaro@usdoj.gov | tmarrion@haslaw.com |
| joseph.serino@kirkland.com; | tnixon@gklaw.com |
| joshua.dorchak@bingham.com | toby.r.rosenberg@irscounsel.treas.gov |
| jowen769@yahoo.com | tom.schorling@whitecase.com, |
| jowolf@law.nyc.gov | tomwelsh@orrick.com |
| joy.mathias@dubaiic.com | tslome@msek.com |
| jpintarelli@mofo.com | ttracy@crockerkuno.com |
| jporter@entwistle-law.com | tunrad@burnslev.com |
| jprol@lowenstein.com | twheeler@lowenstein.com |
| jrabinowitz@rltlawfirm.com | villa@streusandlandon.com |
| jrsmith@hunton.com | vmilione@nixonpeabody.com |
| jschiller@bsfllp.com | vrubinstein@loeb.com |
| jschwartz@hahnhessen.com | walter.stuart@freshfields.com |
| jsheerin@mcguirewoods.com | wanda.goodloe@cbre.com |
| jsherman@bsfllp.com | wballaine@lcbf.com |
| jshickich@riddellwilliams.com | wbenzija@halperinlaw.net |
| jsmairo@pbnlaw.com | wchen@tnsj-law.com |
| jstoll@mayerbrown.com | wcurchack@loeb.com |
| jsullivan@mosessinger.com | wdase@fzwz.com |
| jtimko@shutts.com | wfoster@milbank.com |
| jtorf@schiffhardin.com | will.sugden@alston.com |
| judy.morse@crowedunlevy.com | wiltenburg@hugheshubbard.com |
| jvail@ssrl.com | wisotska@pepperlaw.com |
| jwallack@goulstonstorrs.com | wk@pwlawyers.com |
| jwcohen@daypitney.com | wmaher@wmd-law.com |
| jweiss@gibsondunn.com | wmarcari@ebglaw.com |
| jwest@velaw.com | wmckenna@foley.com |
| jwh@njlawfirm.com | wrightth@sullcrom.com |
| kanema@formanlaw.com | wsilverm@oshr.com |
| karen.wagner@dpw.com | wswearingen@llf-law.com |
| karl.geercken@alston.com | wtaylor@mccarter.com |
| kdwbankruptcydepartment@kelleydrye.com | wzoberman@bermanesq.com |
| keckhardt@hunton.com | yuwatoko@mofo.com |

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

| LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000061535 ***_04-25-13<br><br>SASC 2007-BC4 A4 II LLC ET AL.<br>BNC 2007-4 LLC, CARLYLE MORTGAGE CAPITAL<br>C/O PAUL PATTERSON ESQ<br>STRADLEY RONON STEVENS & YOUNG LLC<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000075044 ***_04-25-13<br><br>BRNP HOLDINGS LLC<br>10 SAINT JAMES AVE STE 2000<br>BOSTON, MA 02116 |
|---|---|
| LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000075044 ***_04-25-13<br><br>ROPES & GRAY LLP<br>(COUNSEL TO: BRNP HOLDINGS)<br>800 BOYLSON ST STE 3600<br>BOSTON, MA 02199-3600 | LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000065544 ***_04-25-13<br><br>FEDERAL HOME LOAN BANK OF PITTSBURGH<br>601 GRANT STREET<br>PITTSBURGH, PA 15219 |
| LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000065544 ***_04-25-13<br><br>THOMAS HATCH ROBINS KAPLAN MILLER AND<br>CIRESI LLP<br>800 LASALLE AVENUE<br>2800 LASALLE PLAZA<br>MINNEAPOLIS, MN 55402 | LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000127715 ***_04-25-13<br><br>RLT HOLDINGS 2008-2 LLC<br>TRANSFEROR: US BANK NA<br>C/O ROPES & GRAY LLP<br>ATTN: JONATHAN REISMAN<br>PRUDENTIAL TOWER<br>800 BOYLSTON STREET<br>BOSTON, MA 02199-3600 |
| LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000077423 ***_04-25-13<br><br>US BANK NATIONAL ASSOCIATION<br>US BANK OPERATIONS CENTER<br>ATTN: TRUST FINANCE MANAGEMENT<br>LOCKBOX SERVICES-CM9705<br>PO BOX 70870<br>ST. PAUL, MN  ZIP 55170-9705 | LBH_ DI 36882 (MERGE2.DBF, TXNUM2)<br>*** 4000077423 ***_04-25-13<br><br>CHAPMAN AND CUTLER LLP<br>ATTN: JAMES E. SPIOTTO, ANN E. ACKER &<br>FRANKLIN H. TOP, III<br>111 WEST MONROE STREET, 18TH FLOOR<br>CHICAGO, IL 60603 |