**Hearing Date: June 13, 2013 at 10:00 a.m. (EST)**
**Reply Deadline: June 11, 2013 at 12:00 p.m. (EST)**

Jonathan S. Henes
Joseph Serino, Jr.
Chad J. Husnick
Christopher T. Greco
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York  10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF HEARING ON DEBTORS' OBJECTION**
**TO CMBS CLAIMS AND REQUEST FOR SUBORDINATION**
**PURSUANT TO SECTIONS 510(a)-(c) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on April 25, 2013, Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "***Debtors***"), filed the Debtors' Objection to CMBS Claims And Request for Subordination Pursuant to Sections 510(a)-(c) of the Bankruptcy Code [Docket No. 36882] (the "***CMBS Objection***"), and that a hearing (the "***Hearing***") to consider the Debtors' CMBS Objection will be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **June 13, 2013 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses to the Debtors' CMBS Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served in accordance with General Order M-399 and on (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) attorneys for the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 (Attn: Jonathan S. Henes, Esq. and Joseph Serino, Jr., Esq.); (iii) the Office of the United States Trustee for Region 2, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq., Elisabetta Gasparini, Esq. and Andrea B. Schwartz, Esq.); and (iv) attorneys for the official committee of unsecured creditors appointed in these cases, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); (v) attorneys for The Carlyle Group, Stradley Ronon Stevens & Young LLC, 2600 One Commerce Square, Philadelphia, Pennsylvania 19103-7098 (Attn: Paul Patterson, Esq.); (vi) attorneys for BRNP Holdings, Ropes & Gray LLP, 800 Boylston St., Suite 3600, Boston, Massachusetts 02199-3600 (Attn: Jonathan Reisman, Esq. and Matthew Terry, Esq.); (vii) attorneys for Federal Home Loan Bank of Pittsburgh, Robins Kaplan Miller & Ciresi LLP, 800 LaSalle Plaza, Minneapolis, Minnesota 55402 (Attn: Thomas Hatch, Esq.); and (viii) attorneys for U.S. Bank National

Association, Chapman and Cutler LLP, 111 West Monroe St., 18th Floor, Chicago, Illinois 60603 (Attn: James E. Spiotto, Esq., Ann E. Acker, Esq. and Franklin H. Top III, Esq.) so as to be so filed and received by no later than **June 11, 2013 at 12:00 p.m. (EST)** (the "*Reply Deadline*").

PLEASE TAKE FURTHER NOTICE that if no responses are timely filed and served with respect to the Debtors' CMBS Objection or any claim set forth thereon, the Debtors may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to this Notice of Hearing, which order may be entered with no further notice or opportunity to be heard offered to any party.

| | |
|---|---|
| New York, New York<br>Dated:  May 2, 2013 | */s/ Jonathan S. Henes*<br>Jonathan S. Henes<br>Joseph Serino, Jr.<br>Chad J. Husnick<br>Christopher T. Greco<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br><br>*Attorneys for Lehman Brothers Holdings Inc.* |

3