UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
            Debtors.                               :    (Jointly Administered)
----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Pierre Opman<br>15A Chermin Rieu<br>Geneva, CH-1208, Switzerland |
| Claim Number (if known): | 13576 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $15,148 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: [signed] | Title: |
|---|---|
| Printed Name: Pierre OPMAN | Dated: 05/03/13 |

US_ACTIVE:\44096563\1\58399.0011