B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.


Empyrean Investments, LLC                          Banc of America Credit Products, Inc
       Name of Transferee                                Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known):66800 (amending 27942
should be sent:                                     and 15734)
                                                    Amount of Claim Transferred : $4,748,303.37 (as
Sterling Hathaway                                   allowed)
Empyrean Capital Partners, LP                       Date Claim Filed: June 7, 2010
10250 Constellation Blvd., Ste 2950                 Debtor: Lehman Brothers Special Financing Inc.
Los Angeles, CA 90067


Phone   (310) 843-3070                              Phone: _____
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.


By: _____                        Date:      May 1, 2013 _____
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


7198629.1

BOA                          Fax 6468550114                Apr 30 2013 09:23am P003/004

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Merrill Lynch Credit Products, LLC

Banc of America Credit Products, Inc., with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Partial Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Empyrean Investments, LLC, its successors and assigns, with offices located at c/o Empyrean Capital Partners, LP, 10250 Constellation Blvd., Ste 2950, Los Angeles, CA 90067 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $4,748,303.37, docketed as Claim No. 66800 (amending proof of claim number 27943 and 15734) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this partial transfer and sale of the Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the __3rd__ day of ~~April~~ 2013:
May

EMPYREAN INVESTMENTS, LLC

WITNESS:

_____
(Signature)
Name: Ryan Mayerhad
Title: Authorized Signatory

By:_____
(Signature of authorized corporate officer)
Name: Sterling Hathaway
Title: Authorized Signatory

BANC OF AMERICA CREDIT PRODUCTS, INC.

WITNESS:

_____
(Signature)
Name: JEFF BENESCH
Title:

By:_____
(Signature of authorized corporate officer)
Name:       Jonathan M. Barnes
Title:         Vice President

**Error! Unknown document property name.**