EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CVI CVF II Lux Master S.a.r.l., its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 50% interest in and to all rights, title and interest in and to Seller's claims against Lehman Brothers Holdings Inc. (Claim No. 24632) in the amount of $40,000,000 (the "Claim Amount"), which pro rata share represents $20,000,000 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 24 day of April, 2013

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:


CVI CVF II LUX MASTER S.A.RL.
By CarVal Investors, LLC
Its Attorney-in-Fact


By: _____
Name:
Title:


A-1

84705345v.3

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Banc of America Credit Products, Inc., with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to CVI CVF II Lux Master S.a.r.l., its successors and assigns ("Buyer"), an undivided pro rata share to the extent of a 50% interest in and to all rights, title and interest in and to Seller's claims against Lehman Brothers Holdings Inc. (Claim No. 24632) in the amount of $40,000,000 (the "Claim Amount"), which pro rata share represents $20,000,000 of the Claim Amount (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 24 day of April, 2013

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:


CVI CVF II LUX MASTER S.A.RL.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name:
Title:
   **Tiffany Parr**
   **Authorized** S̶~~~~

A-1

84705345v3