## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust

**AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust**, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of **$13,563.60**, docketed as Claim No. **43935** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Collective Investment Trust Series –
AllianceBernstein US Strategic Core-Plus Fixed Income
Collective Trust

By: AllianceBernstein L.P., its investment advisor

By: _____
Name:   Louis Mangan
Title:   Assistant Secretary
Date:   9/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name:   Alexander Wilk
Title:   Authorized Signatory
Date:   5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust

**AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust**, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of **$13,563.60**, docketed as Claim No. 43936 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/1/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Core Fixed Income Collective Trust

**AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Core Fixed Income Collective Trust**, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against **LEHMAN BROTHERS SPECIAL FINANCING INC.**, et al. in the amount of **$8,316.20**, docketed as Claim No. **43937** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Collective Investment Trust Series –
AllianceBernstein US Core Fixed Income Collective Trust

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Core Fixed Income Collective Trust

**AllianceBernstein Collective Investment Trust Series – AllianceBernstein US Core Fixed Income Collective Trust**, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of **$8,316.20**, docketed as Claim No. 43946 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Collective Investment Trust Series –
AllianceBernstein US Core Fixed Income Collective Trust

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio

AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio, a Maryland corporation, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of **$184,207.20**, docketed as Claim No. 43938 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio

**AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio**, a Maryland corporation, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of **$184,207.20**, docketed as Claim No. **43939** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

AllianceBernstein Variable Products Series Fund, Inc. – AllianceBernstein Intermediate Bond Portfolio

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 5/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sanford C. Bernstein Fund, Inc. – Intermediate Duration Portfolio

**Sanford C. Bernstein Fund, Inc. – Intermediate Duration Portfolio**, a Maryland corporation, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of **$1,970,656.80**, docketed as Claim No. **43940** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

Sanford C. Bernstein Fund, Inc. –
Intermediate Duration Portfolio

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/4/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sanford C. Bernstein Fund, Inc. – Intermediate Duration Portfolio

**Sanford C. Bernstein Fund, Inc. – Intermediate Duration Portfolio**, a Maryland corporation, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of **$1,970,656.80**, docketed as Claim No. 43941 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

Sanford C. Bernstein Fund, Inc. –
Intermediate Duration Portfolio

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/1/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The AllianceBernstein Pooling Portfolios – AllianceBernstein Intermediate Duration Bond Portfolio

The AllianceBernstein Pooling Portfolios – AllianceBernstein Intermediate Duration Bond Portfolio, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to JPMorgan Chase Bank, N.A., with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of $403,518.00, docketed as Claim No. 43942 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

The AllianceBernstein Pooling Portfolios –
AllianceBernstein Intermediate Duration Bond Portfolio

By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: The AllianceBernstein Pooling Portfolios – AllianceBernstein Intermediate Duration Bond Portfolio

The AllianceBernstein Pooling Portfolios – AllianceBernstein Intermediate Duration Bond Portfolio, a Massachusetts trust, c/o AllianceBernstein L.P., 1345 Avenue of the Americas, New York, New York 10105 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMorgan Chase Bank, N.A.**, with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of **$403,518.00**, docketed as Claim No. **43943** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

The AllianceBernstein Pooling Portfolios –
AllianceBernstein Intermediate Duration Bond Portfolio
By: AllianceBernstein L.P., its investment advisor

By: _____
Name: Louis Mangan
Title: Assistant Secretary
Date: 4/11/13

JPMorgan Chase Bank, N.A.

By: _____
(Signature of authorized signatory)

Name: Alexander Wilk
Title: Authorized Signator
Date: 5-3-13

AllianceBernstein (LBSF and LBHI) AOC.doc