UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :     08-13555 (JMP)
                                                            :
                          Debtors.                          :     (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED AGAINST LEHMAN BROTHERS SPECIAL FINANCING INC. AND PROOF OF CLAIM FILED AGAINST LEHMAN BROTHERS HOLDINGS INC.

Reference is made to proof of claim numbered 21968 against Lehman Brothers Special Financing Inc. ("LBSF") in the amount of $7,092,052.91 plus additional interest, fees, costs and expenses (the "LBSF Claim") and proof of claim numbered 21969 against Lehman Brothers Holdings Inc. ("LBHI") in the amount of $7,092,052.91 plus additional interest, fees, costs and expenses (the "LBHI Claim"), each filed by Pollyson International Limited ("Pollyson") (together, the "Claims").

PLEASE TAKE NOTICE that, through its undersigned representative, Pollyson hereby withdraws the LBSF Claim and the LBHI Claim and requests that Epiq Bankruptcy Solutions LLC update the claims register to reflect that each of the Claims is withdrawn.

Dated: April 30, 2013
Hong Kong

*For and on behalf of*
POLLYSON INTERNATIONAL LIMITED

...................................................
*Authorized Signature(s)*

Name: Fung Lee Woon King
Title: Director
Pollyson International Limited

1