UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                            Debtors.           :    (Jointly Administered)
---------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| **GENTRIFICATION VENTURES, L.L.C.** | **GOLDMAN SACHS LENDING PARTNERS LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    GENTRIFICATION VENTURES, L.L.C.
    Mandel Katz & Brosnan LLP
    Attn: Kara Scheinmann Katz
    The Law Building
    210 Route 303
    Valley Cottage, New York 10989

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 67410
Total Claim Amount: $101,624.00
Amount of Claim to be Transferred: $15,464.53 (or 15.21740% of the Total Claim Amount)

Date Claim Filed: March 28, 2011

GOLDMAN SACHS LENDING PARTNERS LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Michelle Latzoni

[remainder of page is intentionally blank]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TRANSFEROR:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: May 7, 2013
Transferor/Transferor's Agent Michelle Latzoni
Authorized Signatory

TRANSFEREE:

GENTRIFICATION VENTURES, L.L.C.

By: _____   Date: May 7, 2013
Transferee/Transferee's Agent
Kara Scheinmann Katz/Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*