UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                        Debtors.               :    (Jointly Administered)
---------------------------------------------------------------x

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| GENTRIFICATION VENTURES, L.L.C. | GOLDMAN SACHS LENDING PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

GENTRIFICATION VENTURES, L.L.C.
Mandel Katz & Brosnan LLP
Attn: Kara Scheinmann Katz
The Law Building
210 Route 303
Valley Cottage, New York 10989

Name and Address where transferee payments should be sent (if different from above): N/A

Court Claim # (if known): 67384
Total Claim Amount: $19,082,819.00
Amount of Claim to be Transferred: $2,903,908.90
(or 15.21740% of the Total Claim Amount)

Date Claim Filed: March 28, 2011

GOLDMAN SACHS LENDING PARTNERS LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Contact: Michelle Latzoni

[remainder of page is intentionally blank]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

TRANSFEROR:

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____          Date: May 7, 2013
    Transferor/Transferor's Agent
        Michelle Latzoni
        Authorized Signatory

TRANSFEREE:

GENTRIFICATION VENTURES, L.L.C.

By: _____          Date: May 7, 2013
    Transferee/Transferee's Agent
    Kara Scheinmann Katz/Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*