Wendy G. Marcari Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177
Telephone: (212) 351-4500
Facsimile: (212) 878-8600
E-mail: wmarcari@ebglaw.com

*Counsel to Intersil Communications, Inc. f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## REQUEST FOR REMOVAL FROM SERVICE LIST AND MAILING MATRIX

Intersil Communications, Inc. f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH (collectively, the "Intersil Affiliates"), each a creditor and party-in-interest, appearing in the above-captioned matter by its counsel Epstein Becker & Green, P.C., hereby request that the following names and corresponding address be removed from the creditors mailing matrix and the CM/ECF noticing list in the Debtors' bankruptcy cases:

Douglas Balog
Paul Bernkopf
Intersil Corporation
1650 Robert J. Conlan Blvd, NE
M/S 62A309
Palm Bay, FL 32905
E-mail: dbalog@intersil.com
        pbernkopf@intersil.com

Epstein, Becker & Green, P.C. will continue to appear for and represent InfoSpace in the above-captioned bankruptcy cases and InfoSpace requests the following names and

FIRM:23092873v1

corresponding addresses remain on the mailing matrix and CM/ECF noticing list as the names and addresses to which any and all notices given or required to be given in this case to any of the Intersil Affiliates and all papers required to be served in this case on any of the Intersil Affiliates, be delivered and served:

> Wendy G. Marcari, Esq.
> Stephanie Lerman, Esq.
> Epstein Becker & Green, P.C.
> 250 Park Avenue
> New York, New York 10177
> Telephone: (212) 351-4500
> Facsimile: (212) 878-8600
> E-mail: wmarcari@ebglaw.com
>         slerman@ebglaw.com
>
> - and –
>
> David B. Tatge, Esq.
> Epstein Becker & Green, P.C.
> 1227 25th Street, N.W., Suite 700
> Washington, D.C. 20037
> Telephone: (202) 861-0900
> Facsimile: (202) 296-2882
> E-Mail: dtatge@ebglaw.com

Dated: April 23, 2013
New York, New York

EPSTEIN BECKER & GREEN, P.C.

By: _____/s/ Wendy G. Marcari_____
Wendy G. Marcari, Esq.
250 Park Avenue
New York, New York 10177
Telephone: (212) 351-4500
Facsimile: (212) 878-8600

*Counsel to Intersil Communications, Inc., f/k/a Intersil Investment Company, Xicor, LLC, Intersil Europe SaRL, and Intersil Holding GmBH*