UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                             :

In re                                       :          Chapter 11 Case No.

                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :          08-13555 (JMP)

                                             :

                  Debtors.         :          (Jointly Administered)

                                             :

------------------------------------------------------------------------x   Ref. Docket Nos. 37161, 37162,
                                                        37164-37166 & 37168

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

PETE CARIS, being duly sworn, deposes and says:

1.   I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 3, 2013, I caused to be served the:

    a)  "Notice of Hearing on Four Hundred Eighth Omnibus Objection to Claims (No Liability Claims)," dated May 3, 2013, to which was attached the "Four Hundred Eighth Omnibus Objection to Claims (No Liability Claims)," dated May 3, 2013 [Docket No. 37161], (the "408th Omnibus Objection"),

    b)  "Notice of Hearing on Four Hundred Ninth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated May 3, 2013, to which was attached the "Four Hundred Ninth Omnibus Objection to Claims (No Liability Derivatives Claims)," dated May 3, 2013 [Docket No. 37162], (the "409th Omnibus Objection"),

    c)  "Notice of Hearing on Four Hundred Tenth Omnibus Objection to Claims (Employment-Related Claims)," dated May 3, 2013, to which was attached the "Four Hundred Tenth Omnibus Objection to Claims (Employment-Related Claims)," dated May 3, 2013 [Docket No. 37164], (the "410th Omnibus Objection"),

    d)  "Notice of Hearing on Four Hundred Eleventh Omnibus Objection to Claims (Reduce and Allow Claims)," dated May 3, 2013, to which was attached the "Four Hundred Eleventh Omnibus Objection to Claims (Reduce and Allow Claims)," dated May 3, 2013 [Docket No. 37165], (the "411th Omnibus Objection"),

e)  "Notice of Hearing on Four Hundred Twelfth Omnibus Objection to Claims (Duplicative Claims)," dated May 3, 2013, to which was attached the "Four Hundred Eighth Omnibus Objection to Claims (Duplicative Claims)," dated May 3, 2013 [Docket No. 37166], (the "412th Omnibus Objection"), and

f)  "Notice of Hearing on Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims)," dated May 3, 2013, to which was attached the "Four Hundred Thirteenth Omnibus Objection to Claims (Valued Derivative Claims)," dated May 3, 2013 [Docket No. 37168], (the "413th Omnibus Objection"),

by causing true and correct copies of the:

i.  408th Omnibus Objection, 409th Omnibus Objection, 410th Omnibus Objection 411th Omnibus Objection, 412th Omnibus Objection, and 413th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

ii.  408th Omnibus Objection, 409th Omnibus Objection, 410th Omnibus Objection 411th Omnibus Objection, 412th Omnibus Objection, and 413th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

iii.  408th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

iv.  409th Omnibus Objection, to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit D,

v.  410th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi.  411th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit F,

vii.  412th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit G, and

viii.  413th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit H.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
7th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

**LBH MSL Email List**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

acker@chapman.com

adam.brezine@hro.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

ahandler@moundcotton.com

aisenberg@saul.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

angelich.george@arentfox.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

aquale@sidley.com

arahl@reedsmith.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arlbank@pbfcm.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankr@zuckerman.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

bguiney@pbwt.com

bkmail@prommis.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

calbert@reitlerlaw.com

canelas@pursuitpartners.com

carol.weinerlevy@bingham.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgoldstein@stcwlaw.com

chad.husnick@kirkland.com;

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chipford@parkerpoe.com

**LBH MSL Email List**

chris.donoho@lovells.com
christopher.greco@kirkland.com
clarkb@sullcrom.com
clynch@reedsmith.com
cmontgomery@salans.com
cohen@sewkis.com
contact@lawofficesjje.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
ctatelbaum@hinshawlaw.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbalog@intersil.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dfelder@orrick.com

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
diconzam@gtlaw.com
djoseph@stradley.com
dkessler@ktmc.com
dkleiner@velaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dwildes@stroock.com
dworkman@bakerlaw.com
easmith@venable.com
echang@steinlubin.com
ecohen@russell.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedumspring.com
eglas@mccarter.com
ekbergc@lanepowell.com
eleicht@whitecase.com

**LBH MSL Email List**

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

erin.mautner@bingham.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

ezweig@optonline.net

fbp@ppgms.com

ffm@bostonbusinesslaw.com

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gbray@milbank.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

gmoss@riemerlaw.com

gravert@ravertpllc.com

gspilsbury@jsslaw.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

howard.hawkins@cwt.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

ian.roberts@bakerbotts.com

icatto@mwe.com

igoldstein@proskauer.com

ilevee@lowenstein.com

ira.greene@hoganlovells.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jason.jurgens@cwt.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbecker@wilmingtontrust.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbird@polsinelli.com

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jchubak@proskauer.com

jdoran@haslaw.com

jdrucker@coleschotz.com

jdwarner@warnerandscheuerman.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeffery.black@bingham.com

jeffrey.sabin@bingham.com

jeldredge@velaw.com

jen.premisler@cliffordchance.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jeremy.eiden@ag.state.mn.us

jfalgowski@reedsmith.com

jflaxer@golenbock.com

jfreeberg@wfw.com

jg5786@att.com

**LBH MSL Email List**

jgenovese@gjb-law.com

jguy@orrick.com

jherzog@gklaw.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjoyce@dresslerpeters.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlipson@crockerkuno.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnadritch@olshanlaw.com

jnm@mccallaraymer.com

john.monaghan@hklaw.com

john.rapisardi@cwt.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com;

joshua.dorchak@bingham.com

jowen769@yahoo.com

jowolf@law.nyc.gov

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

jtorf@schiffhardin.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwallack@goulstonstorrs.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kpiper@steptoe.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krosen@lowenstein.com

kuehn@bragarwexler.com

**LBH MSL Email List**

| | |
|---|---|
| kurt.mayr@bgllp.com | max.polonsky@skadden.com |
| lacyr@sullcrom.com | mbenner@tishmanspeyer.com |
| landon@streusandlandon.com | mberman@nixonpeabody.com |
| lapeterson@foley.com | mberman@nixonpeabody.com |
| lathompson@co.sanmateo.ca.us | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| lee.stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lgotko@fklaw.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcantor@normandyhill.com |
| lhandelsman@stroock.com | mcordone@stradley.com |
| linda.boyle@twtelecom.com | mcto@debevoise.com |
| lisa.ewart@wilmerhale.com | mcyganowski@oshr.com |
| lisa.kraidin@allenovery.com | mdorval@stradley.com |
| lisa.solomon@att.net | melorod@gtlaw.com |
| ljkotler@duanemorris.com | meltzere@pepperlaw.com |
| lkatz@ltblaw.com | metkin@lowenstein.com |
| lkiss@klestadt.com | mfeldman@willkie.com |
| lmarinuzzi@mofo.com | mgordon@briggs.com |
| lmay@coleschotz.com | mgreger@allenmatkins.com |
| lmcgowen@orrick.com | mh1@mccallaraymer.com |
| lml@ppgms.com | mhopkins@cov.com |
| lnashelsky@mofo.com | michael.frege@cms-hs.com |
| loizides@loizides.com | michael.kelly@monarchlp.com |
| lscarcella@farrellfritz.com | michael.kim@kobrekim.com |
| lschweitzer@cgsh.com | michael.mccrory@btlaw.com |
| lubell@hugheshubbard.com | michaels@jstriallaw.com |
| lwhidden@salans.com | millee12@nationwide.com |
| mabrams@willkie.com | miller@taftlaw.com |
| maofiling@cgsh.com | mimi.m.wong@irscounsel.treas.gov |
| marc.chait@sc.com | mitchell.ayer@tklaw.com |
| margolin@hugheshubbard.com | mjedelman@vedderprice.com |
| mark.bane@ropesgray.com | mjr1@westchestergov.com |
| mark.deveno@bingham.com | mkjaer@winston.com |
| mark.ellenberg@cwt.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.hellerer@pillsburylaw.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmooney@deilylawfirm.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |

**LBH MSL Email List**

| | |
|---|---|
| mpage@kelleydrye.com | peter.simmons@friedfrank.com |
| mparry@mosessinger.com | peter@bankrupt.com |
| mpomerantz@julienandschlesinger.com | pfeldman@oshr.com |
| mprimoff@kayescholer.com | phayden@mcguirewoods.com |
| mpucillo@bermanesq.com | philip.wells@ropesgray.com |
| mrosenthal@gibsondunn.com | pmaxcy@sonnenschein.com |
| mruetzel@whitecase.com | ppascuzzi@ffwplaw.com |
| mschimel@sju.edu | ppatterson@stradley.com |
| msegarra@mayerbrown.com | psp@njlawfirm.com |
| mshiner@tuckerlaw.com | ptrain-gutierrez@kaplanlandau.com |
| msiegel@brownrudnick.com | ptrostle@jenner.com |
| msolow@kayescholer.com | r.stahl@stahlzelloe.com |
| mspeiser@stroock.com | raj.madan@bingham.com |
| mstamer@akingump.com | ramona.neal@hp.com |
| mvenditto@reedsmith.com | rbeacher@pryorcashman.com |
| mwarner@coleschotz.com | rbernard@foley.com |
| mwarren@mtb.com | rbyman@jenner.com |
| nathan.spatz@pillsburylaw.com | rdaversa@orrick.com |
| nbojar@fklaw.com | relgidely@gjb-law.com |
| ncoco@mwe.com | rflanagan@flanassoc.com |
| neal.mann@oag.state.ny.us | rfrankel@orrick.com |
| ned.schodek@shearman.com | rfriedman@silvermanacampora.com |
| neilberger@teamtogut.com | rgmason@wlrk.com |
| newyork@sec.gov | rgoodman@moundcotton.com |
| nherman@morganlewis.com | rgraham@whitecase.com |
| nickolas.karavolas@pillsburylaw.com | rhett.campbell@tklaw.com |
| nissay_10259-0154@mhmjapan.com | richard.fingard@newedge.com |
| nlepore@schnader.com | richard.lear@hklaw.com |
| notice@bkcylaw.com | richard.levy@lw.com |
| oipress@travelers.com | richard.tisdale@friedfrank.com |
| otccorpactions@finra.org | richard@rwmaplc.com |
| paronzon@milbank.com | rick.murphy@sutherland.com |
| patrick.oh@freshfields.com | rjones@boultcummings.com |
| paul.turner@sutherland.com | rleek@hodgsonruss.com |
| pbattista@gjb-law.com | rlevin@cravath.com |
| pbosswick@ssbb.com | rmatzat@hahnhessen.com |
| pdublin@akingump.com | rnetzer@willkie.com |
| peisenberg@lockelord.com | robert.bailey@bnymellon.com |
| peter.blasone@klgates.com | robert.dombroff@bingham.com |
| peter.gilhuly@lw.com | robert.henoch@kobrekim.com |
| peter.macdonald@wilmerhale.com | robert.malone@dbr.com |

**LBH MSL Email List**

| | |
|---|---|
| robert.yalen@usdoj.gov | sharbeck@sipc.org |
| robin.keller@lovells.com | shari.leventhal@ny.frb.org |
| roger@rnagioff.com | shgross5@yahoo.com |
| ronald.silverman@bingham.com | sidorsky@butzel.com |
| ross.martin@ropesgray.com | sleo@bm.net |
| rrainer@wmd-law.com | slerman@ebglaw.com |
| rreid@sheppardmullin.com | slerner@ssd.com |
| rroupinian@outtengolden.com | slevine@brownrudnick.com |
| rrussell@andrewskurth.com | sloden@diamondmccarthy.com |
| rterenzi@stcwlaw.com | smayerson@ssd.com |
| russj4478@aol.com | smillman@stroock.com |
| rwasserman@cftc.gov | smulligan@bsblawyers.com |
| rwyron@orrick.com | snewman@katskykorins.com |
| s.minehan@aozorabank.co.jp | sory@fdlaw.com |
| sabin.willett@bingham.com | spiotto@chapman.com |
| sabramowitz@velaw.com | splatzer@platzerlaw.com |
| sabvanrooy@hotmail.com | squsba@stblaw.com |
| sally.henry@skadden.com | sree@lcbf.com |
| samuel.cavior@pillsburylaw.com | sschultz@akingump.com |
| sandyscafaria@eaton.com | sselbst@herrick.com |
| sara.tapinekis@cliffordchance.com | sshimshak@paulweiss.com |
| scargill@lowenstein.com | sskelly@teamtogut.com |
| schannej@pepperlaw.com | sstarr@starrandstarr.com |
| schepis@pursuitpartners.com | steele@lowenstein.com |
| schnabel.eric@dorsey.com | stephen.cowan@dlapiper.com |
| schristianson@buchalter.com | steve.ginther@dor.mo.gov |
| schwartzmatthew@sullcrom.com | steven.troyer@commerzbank.com |
| scott.golden@hoganlovells.com | steven.usdin@flastergreenberg.com |
| scottj@sullcrom.com | steven.wilamowsky@bingham.com |
| scottshelley@quinnemanuel.com | steven@blbglaw.com |
| scousins@armstrongteasdale.com | streusand@streusandlandon.com |
| sdnyecf@dor.mo.gov | susheelkirpalani@quinnemanuel.com |
| seba.kurian@invesco.com | sweyl@haslaw.com |
| sehlers@armstrongteasdale.com | swolowitz@mayerbrown.com |
| seichel@crowell.com | szuch@wiggin.com |
| sfelderstein@ffwplaw.com | tannweiler@greerherz.com |
| sfineman@lchb.com | tarbit@cftc.gov |
| sfox@mcguirewoods.com | tbrock@ssbb.com |
| sgordon@cahill.com | tdewey@dpklaw.com |
| sgubner@ebg-law.com | tduffy@andersonkill.com |
| shannon.nagle@friedfrank.com | tgoren@mofo.com |

**LBH MSL Email List**

thaler@thalergertler.com

thomas.califano@dlapiper.com

tim.desieno@bingham.com

timothy.brink@dlapiper.com

timothy.palmer@bipc.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmarrion@haslaw.com

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tom.schorling@whitecase.com,

tomwelsh@orrick.com

tslome@msek.com

ttracy@crockerkuno.com

tunrad@burnslev.com

twheeler@lowenstein.com

villa@streusandlandon.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

walter.stuart@freshfields.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wdase@fzwz.com

wfoster@milbank.com

will.sugden@alston.com

wiltenburg@hugheshubbard.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wrightth@sullcrom.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| ULYANENKO, IRINA, AS BENIFICIARY OF | NADIA ULYANENKO, DECEASED 60 GLENWOOD AVE., APT. 301 JERSEY CITY NJ 07306 |
| ULYANENKO, IRINA, AS BENIFICIARY OF | SONIN & GENIS, ATTORNEYS FOR DEBTOR 1 FORDHAM PLAZA, SUITE 204 BRONX NY 10458 |
| YTL HOTELS (CAYMAN) LIMITED | C/O YTL HOTELS AND PROPERTIES SDN BHD JOSEPHINE TAN HOOI MOOI 11TH FLOOR YEOH TIONG LAY PLAZA 55 JALAN BUKIT BINTANG 55100 KUALA LUMPUR MALAYSIA |

**Total Creditor count  6**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |

**Total Creditor count  1**

**EXHIBIT E**

| Claim Name | Address Information |
| --- | --- |
| GOYAL, ANSHU | MICHAEL R. DAL LAGO, ESQ. MORRISON COHEN LLP 909 THIRD AVENUE NEW YORK NY 10022 |
| GOYAL, ANSHU | 21 PENNY LANE SCARSDALE NY 10583 |
| KENNEY, ARTHUR J. | 200 EAST END AVE, APT 5-DE NEW YORK NY 10128 |
| TILROE, JASON | 2 UPLANDS CLOSE LONDON SW14 7AS UNITED KINGDOM |
| UVINO, WENDY M. | 50 E 89 ST APT 22F NEW YORK NY 10128 |

**Total Creditor count  5**

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| CITY OF MEMPHIS (TN) | ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| HARRIS COUNTY, ET AL | JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| HERNANDO COUNTY TAX COLLECTOR | 20 NORTH MAIN ST RM 112 BROOKSVILLE FL 34601-2893 |
| SANTA BARBARA COUNTY | ATTN: BERNICE JAMES TREASURER- TAX COLLECTOR PO BOX 579 SANTA BARBARA CA 93102 |
| SOBO, MICHAEL AND ELLEN | 2 WASHINGTONS HEADQUARTERS DOBBS FERRY NY 10522 |

**Total Creditor count  5**

**EXHIBIT G**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDEN MOON CAPITAL CORPORATION | CITCO BUILDING, WICKHAMS CAY P.O. BOX 662 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS, LLP JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS LLP 570 FASHION AVE FL 17 NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | JOHN E. JURELLER, JR KLESTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314 |

**Total Creditor count  4**

**EXHIBIT H**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COMMERZBANK AG | ATTN: GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL KAISERSTRASSE 16 FRANKFURT 60261 GERMANY |
| EUROHYPO AG | ATTN: LEGAL DEPT. HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |

**Total Creditor count  2**