Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                                  Name of Transferor

Deutsche Bank AG, London                            Aviva Life S.p.A.

Name and Address where notices to transferee
should be sent:

Deutsche Bank AG, London                            Court Claim # (if known): 55570
1 Great Winchester Street                           Total Amount of Claim: $809,219.50
London EC2N 2DB                                     Date Claim Filed: 10/29/2009
                                                    Transferred Portion: $809,219.50
Contact: Jamie Foote
Email: jamie.foote@db.com
Telephone: +44 20 7545 8420

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London
By: _____    Date: 18 MAY 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Aviva Life S.p.A.
Via A. Scarsellini 14  20161 Milano
www.avivaitalia.it
Tel +39 02 2775 1
Fax +39 02 2775 204

### TRANSFER NOTICE

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 55570 (full transfer) |

AVIVA LIFE S.p.A., its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Krämer
E-mail: michael.sutton@db.com / alexander.kraemer@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US$ 809,219.50 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of April 2013.

| AVIVA LIFE S.P.A. | Deutsche Bank AG, London Branch |
|---|---|
| Name: Patrick Dixneuf | Name: Michael Sutton / Jamie Foote |
| Title: CEO | Title: Managing Director / Vice President |

Aviva Life S.p.A.
Via A.Scarsellini , 14 - 20161 Milano
Partita IVA 10210040159

Sede legale e sede sociale in Italia Via A. Scarsellini 14 20161 Milano Capitale Sociale Euro 25.880.080,00 (i.v.) R.E.A. di Milano 1355410 Iscrizione al Registro delle Imprese di Milano, Codice Fiscale e Partita IVA 10210040159 Società con unico socio soggetta a direzione e coordinamento di Aviva Italia Holding S.p.A. Impresa autorizzata all'esercizio delle assicurazioni con decreto del Ministero dell'Industria, del Commercio e dell'Artigianato n. 19305 del 31/03/1992 (Gazzetta Ufficiale n. 82 del 07/04/1992) Iscrizione all'Albo delle Imprese di Assicurazione n. 1.00103 Iscrizione all'albo dei gruppi assicurativi n. 002.00006