Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,
Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London | Aviva Vita S.p.A. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
1 Great Winchester Street
London EC2N 2DB

Contact: Jamie Foote
Email: jamie.foote@db.com
Telephone: +44 20 7545 8420

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

Court Claim # (if known): 55570
Total Amount of Claim: $45,550,065.67
Date Claim Filed: 10/29/2009
Transferred Portion: $45,550,065.67

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London
By: _____ /s/ Jamie Foote          Date: 8 MAY 2013

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Aviva Vita S.p.A.
Via A. Scarsellini 14  20161 Milano
www.avivaitalia.it
Tel  +39 02 2775 1
Fax  +39 02 2775 204

**TRANSFER NOTICE**

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 55570 (full transfer) |

AVIVA VITA S.p.A., its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign to:

DEUTSCHE BANK AG, LONDON BRANCH
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Krämer
E-mail: michael.sutton@db.com / alexander.kraemer@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of US$ 45,550,065.67 (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of April 2013.

| AVIVA VITA S.P.A. | Deutsche Bank AG, London Branch |
|---|---|
| Name: Patrick Dixneuf | Name: Michael Sutton / Jamie Foote |
| Title: CEO | Title: Managing Director / Vice President |

AVIVA Vita S.p.A.
Via A. Scarsellini, 14 - 20161 Milano
Codice Fiscale 08701770151
Partita IVA 05930150015



Sede legale e sede sociale in Italia Via A. Scarsellini 14 20161 Milano Capitale Sociale Euro 155.608.000,00 (i.v.) R.E.A. di Milano 1676319 Iscrizione al Registro delle Imprese di Milano e Codice Fiscale 08701770151 Partita IVA 05930150015 Società soggetta a direzione e coordinamento di Aviva Italia Holding S.p.A. Impresa autorizzata all'esercizio delle assicurazioni con decreto del Ministero dell'Industria, del Commercio e dell'Artigianato n. 17866 del 09/09/1988 (Gazzetta Ufficiale n. 223 del 22/09/1988) Iscrizione all'Albo delle Imprese di Assicurazione n. 1.00073 Iscrizione all'albo dei gruppi assicurativi n. 038.00029