Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,
Case No. 08-13555 (JMP)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

Deutsche Bank AG, London

Name of Transferor

Aviva Assicurazioni S.p.A.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London
1 Great Winchester Street
London EC2N 2DB

Contact: Jamie Foote
Email: jamie.foote@db.com
Telephone: +44 20 7545 8420

Court Claim # (if known): 55570
Total Amount of Claim: $665,358.25
Date Claim Filed: 10/29/2009
Transferred Portion: $665,358.25

Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):
N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Deutsche Bank AG, London

By: _____   8 MAY 2013
                                   Date:

Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



Aviva Assicurazioni S.p.A.
Via A. Scarsellini 14  20161 Milano
www.avivaitalia.it
Tel. +39 02 2775.1
Fax +39 02 2775.204

### TRANSFER NOTICE

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings, Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) |
| CLAIM NO. | 55570 (full transfer) |

AVIVA ASSICURAZIONI S.p.A., its successors and assigns ("Seller"), for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged) does hereby unconditionally and irrevocably sell, transfer and assign to:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: michael.sutton@db.com

its successors and assigns ("Buyer") all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's claim in the principal amount of **US$665,358.25** (the "Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30 day of April 2013.

| AVIVA ASSICURAZIONI S.P.A. | Deutsche Bank AG, London Branch |
|---|---|
| Name: Patrick Dixneuf<br>Title: CEO | Name: Michael Sutton, Managing Director    Jamie Foote, Vice President |

Aviva Assicurazioni S.p.A.
Via A.Scarsellini, 14 - 20161 Milano
Codice Fiscale 09269910155

Sede legale e sede sociale in Italia Via A. Scarsellini 14  20161 Milano Capitale Sociale Euro 5.000.009,04 (i.v.) R.E.A. di Milano 1284960 Iscrizione al Registro delle Imprese di Milano, Codice Fiscale e Partita IVA 09269910155 Società con unico socio soggetta a direzione e coordinamento di Aviva Italia Holding S.p.A. Impresa autorizzata all'esercizio delle assicurazioni con decreto del Ministero dell'Industria, del Commercio e dell'Artigianato n. 19293 del 05/03/1992 (Gazzetta Ufficiale n. 71 del 25/03/1992) Iscrizione all'Albo delle Imprese di Assicurazione n. 1.00102 Iscrizione all'albo dei gruppi assicurativi n. 078.00003