# UNITED STATES BANKRUPTCY COURT
# FOR SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) |  |
| Lehman Brothers Holdings, Inc., et al., ) | CASE NO.: 08-13555 (JMP) |
| Debtor ) | JOINTLY ADMINISTERED |
| ) |  |

## NOTICE OF WITHDRAWAL OF MOTION OF PLYMOUTH PARK TAX SERVICES, LLC D/B/A XSPAND FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET ENTRY #30017)

**PLEASE TAKE NOTICE** that Plymouth Park Tax Services, LLC D/B/A Xspand, by and through its undersigned counsel, hereby withdraws its motion for relief from the automatic stay (Docket No. 30017).

**THE MOVANT**

May 8, 2013          /s/
Date

**Juda J. Epstein**
**3543 Main Street, Second Floor**
**Bridgeport, CT 06606**
**Tel: (203) 371-7007**
**Fax: (203) 371-6001**
**Email: contact@lawofficesjje.com**

*Attorneys for Plymouth Park Tax Services, LLC d/b/a Xspand*