## UNITED STATES BANKRUPTCY COURT
## FOR SOUTHERN DISTRICT OF NEW YORK

_____
                                                                  )
**IN RE:**                                                   )   **CHAPTER 11**
                                                                  )
**Lehman Brothers Holdings, Inc., et al.,**   )   **CASE NO.: 08-13555 (JMP)**
                            **Debtor**              )   **JOINTLY ADMINISTERED**
_____)

## CERTIFICATE OF SERVICE AND SERVICE LIST

I hereby certify that on or before May 8, 2013, copies of the Withdrawal of Motion for Relief From Stay were served electronically [and served by mail on anyone unable to accept electronic filing]. Notice of the filings was sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

Dated at Bridgeport, Connecticut this 8th day of May, 2013.

                                                 /s/_____
                                                 Juda J. Epstein, Esq. – ct 08704
                                                 3543 Main Street
                                                 Second Floor
                                                 Bridgeport, CT 06606
                                                 Tel: (203) 371-7007