UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC.

                            Debtor

-----------------------------------------------------------x

                           Plaintiff

            v.

                           Defendant

-----------------------------------------------------------x

Case No.: 1:08-BK-13555

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, PHILIP KAUFLER, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Jeffrey P. Eves and Rhonda Eves, a lien claimants in the above-referenced   case   adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 05-08-2013

Beverly Hills, CA , ~~New York~~

*Mailing Address*: PHILIP KAUFLER

Law Offices of Philip Kaufler

8383 Wilshire Blvd., Suite 830

Beverly Hills, CA 90211

*E-mail address*: philip@kauflerlaw.com

*Telephone number*: (323) 655-0961

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

In re:                                                                                              Case No.: _____

                                                                                                           Chapter ___

                                       Debtor
---------------------------------------------------------------x

                                                                                                           Adversary Proceeding No.: _____

                                       Plaintiff

                        v.


                                       Defendant
---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of _____, to be admitted, *pro hac vice*, to represent _____, (the "Client") a _____ in the above referenced ☐ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: _____

_____, New York            /s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE