UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :    08-13555 (JMP)
                                                        :    (Jointly Administered)
                    Debtors.                            :
                                                        :
------------------------------------------------------------------x    Ref. Docket Nos. 36751, 36752,
                                                             36806, 36808, 36869, 36876, 36881,
                                                             36883, 36888, 36889, 36891, 36893-
                                                             36898, 36906, 36907, 36912, 36915

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 1, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez
Sworn to before me this
8th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

Pg 2 of 5

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                          BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER      PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                 ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                           1285 AVENUE OF THE AMERICAS
                                                 NEW YORK NY 10019
```

Please note that your claim # 555854-12 in the above referenced case and in the amount of
    $100,000.00   allowed at $102,204.00        has been transferred **(unless previously expunged by court order)**

```
DSQ, LLC
TRANSFEROR: BANK HAPOALIM B.M.
450 PARK AVE, SUITE 1200
NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

    UNITED STATES BANKRUPTCY COURT
    Southern District of New York
    One Bowling Green
    New York,NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 36869    in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/01/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 1, 2013.

EXHIBIT B

```
TIME: 13:48:56                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 05/01/13                                              CREDITOR LISTING

Name                                                      Address
BANK HAPOALIM B.M.                                        18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                                        ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                                        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
DANIEL ZWIRN IRA                                          TRANSFEROR: BANK HAPOALIM B.M. 156 WEST 56TH STREET, 10TH FLOOR NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)                      TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DSQ, LLC                                                  TRANSFEROR: BANK HAPOALIM B.M. 450 PARK AVE, SUITE 1200 NEW YORK NY 10022
DSQ, LLC                                                  TRANSFEROR: BANK HAPOALIM B.M. 450 PARK AVENUE, SUITE 1200 NEW YORK NY 10022
ELLIOTT ASSOCIATES, L.P.                                  C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH ST. NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                                  TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: ILLIQUIDX LTD C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                               TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                                       TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
IRA FBO MICHAEL ZLATIN PERSHING LLC AS                    TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
  CUSTODIAN
JORVIK MULTI-STRATEGY MASTER FUND, L.P.                   TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
LADD WEINBERG IRA                                         TRANSFEROR: BANK HAPOALIM B.M. 64 MAYFAIR LANE GREENWICH CT 06831
LYXOR/YORK FUND LTD                                       TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
NOTENSTEIN PRIVATBANK AG                                  TRANSFEROR: UBS AG BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
NOTENSTEIN PRIVATBANK AG                                  TRANSFEROR: WEGELIN & CO BOHL 17 ST. GALLEN CH-9004 SWITZERLAND
PERNAL YORK LTD.                                          TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
ROTH IRA FBO RICHARD FELS PERSHING LLC                    TRANSFEROR: BANK HAPOALIM B.M. RICHARD FELS 227 SUNSET AVENUE RIDGEWOOD NJ 07450
  AS CUSTODIAN
YORK CAPITAL MANAGEMENT, L.P.                             TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND, L.P.                      TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES INVESTMENTS                     TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
  MASTER FUND, L.P.
YORK GLOBAL VALUE MASTER FUND, L.P.                       TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
YORK MULTI-STRATEGY MASTER FUND, L.P.                     TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153
YORK SELECT MASTER FUND, L.P.                             TRANSFEROR: GOLDMAN SACHS & CO. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE., 17TH FL NEW YORK NY 10153


Total Number of Records Printed        48                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```