UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (JMP)
                                                                  :   (Jointly Administered)
                        Debtors.                                  :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 36571, 36683,
                                                                      36751, 36752, 36883, 36923-36927,
                                                                      36929-36931, 36935-36937, 37007-
                                                                      37009, 37011, 37023-37030, 37032,
                                                                      37033

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
8th day of May, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   BARCLAYS BANK PLC
          TRANSFEROR: AG INSURANCE
          ATTN: DANIEL MIRANDA & ANTHONY VITIELLO
          745 SEVENTH AVENUE, 2ND FLOOR
          NEW YORK NY 10019

Please note that your claim # 66056-08 in the above referenced case and in the amount of
    $247,097.40   allowed at $246,924.40        has been transferred **(unless previously expunged by court order)**

          HBK MASTER FUND, L.P.
          TRANSFEROR: BARCLAYS BANK PLC
          C/O HBK SERVICES LLC ATTN: LEGAL
          2101 CEDAR SPRINGS ROAD, SUITE 700
          DALLAS TX 75201

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37023     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/02/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 2, 2013.

EXHIBIT B

```
TIME: 16:30:32                                    LEHMAN BROTHERS HOLDING INC.                                              PAGE:  1
DATE: 05/02/13                                          CREDITOR LISTING

Name                                              Address
BARCLAYS BANK PLC                                 ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: AG INSURANCE ATTN: DANIEL MIRANDA & ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: AXA AURORA VIDA SA 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: BANK OF PANHSIN ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: MULTIBANK INC. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: PICTET & CIE 745 SEVENTH AVENUE NEW YORK NY 10019
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KIMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
CANDLEWOOD SPECIAL SITUATIONS MASTER              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
FUND, LTD.                                        NEW YORK NY 10017
CANDLEWOOD SPECIAL SITUATIONS MASTER              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
FUND, LTD.                                        NEW YORK NY 10017
COMMONWEALTH BANK OF AUSTRALIA                    WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036
COMMONWEALTH BANK OF AUSTRALIA                    ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY 1155 AUSTRALIA
CREDITO EMILIANO S.P.A.                           TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO S.P.A.                           TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO S.P.A.                           TRANSFEROR: SANTANDER PRIVATE BANKING SPA ATTN: STEFANIA CATELLANI VIA GANDHI 2/C REGGIO EMILIA 42123 ITALY
CREDITO EMILIANO SPA                              TRANSFEROR: ERSEL SIM SPA ATTN: EFISIO BERTRAND VIA EMILIA SAN PIETRO, N.4 REGGIO EMILIA 42121 ITALY
CWD OC 522 MASTER FUND, LTD.                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B
                                                  NEW YORK NY 10017
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR
                                                  NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: C/O DEUTSCHE BANK SECURITIES INC., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH
                                                  60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. ATTN: RICH VICAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: CWD OC 522 MASTER FUND, LTD. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET
                                                  LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                          C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: LIVERPOOL LIMITED PARTNERSHIP, THE C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET
                                                  NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 W 57TH ST NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC ATNN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 16:30:32                                      LEHMAN BROTHERS HOLDING INC.                                              PAGE:   2
DATE: 05/02/13                                           CREDITOR LISTING

Name                                                Address
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: CITIGROUP GLOBAL MARKETS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE. 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FL. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: ILLIQUIDX LLP C/O ELLIOTT MANAGEMENT CORP. ATTN: MICHAEL STEPHAN 40 W. 57TH ST. NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL STEPHAN 40 W 57TH ST NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                         TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ERSEL SIM SPA                                       11 PIAZZA SOLFERINO TORINO 10121 ITALY
ERSEL SIM SPA                                       C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
EURO BOND FUND II 3691                              PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660
EURO BOND FUND II 3691                              PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND
GALE PACIFIC LTD.                                   TRANSFEROR: GALE PACIFIC LTD. 20201 E COUNTRY CLUB DR APT 302 AVENTURA FL 33180
GLARNER KANTONALBANK                                TRANSFEROR: AKB PRIVATBANK ZURICH GALE PACIFIC S.A. 20201 E. COUNTRY CLUB DRIVE # 302 AVENTURA FL 33180
GOLDMAN SACHS & CO.                                 TRANSFEROR: LUZERNER KANTONALBANK AG 73555 HERITAGE OAKS DRIVE RENO NV 89523
GOLDMAN SACHS & CO.                                 TRANSFEROR: UBS AG ATTN: MR. RENATO BRUNNER HAUPTSTRASSE 21 GLARUS 8750 SWITZERLAND
HBK MASTER FUND, L.P.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
INTESA SANPAOLO PRIVATE BANKING S.P.A.              TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
                                                    REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO 20121 ITALY
JPMORGAN CHASE BANK, NA                             TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                    383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
LUZERNER KANTONALBANK AG                            BAKER & MCKENZIE LLP AA. IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036
LUZERNER KANTONALBANK AG                            LEGAL & COMPLIANCE DEPARTMENT PILATUSSTRASSE 12 LUZERN CH-6002 SWITZERLAND
ROBERTO DORFMAN REVOCABLE TR                        TRANSFEROR: GALE PACIFIC LTD. 20201 E COUNTRY CLUB DR APT 302 AVENTURA FL 33180
SANTANDER PRIVATE BANKING SPA                       F/K/A MELIORBANCA PRIVATE SPA ATTN: SERENA ROVERI VIA SENATO 28 MILANO 20121 ITALY
SIDLER, DIANNE RUDA                                 TRANSFEROR: LUZERNER KANTONALBANK AG 73555 HERITAGE OAKS DRIVE RENO NV 89523
SOLUS CORE OPPORTUNITIES LP                         TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.                   TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                          TRANSFEROR: JPMORGAN CHASE BANK, NA ATTN: JON ZINMAN 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STATE STREET BANK AND TRUST COMPANY                 TRANSFEROR: EURO BOND FUND II 3691 ATTN: KEVIN L. COURTNEY, SENIOR MANAGING COUNSEL 1776 HERITRAGE DRIVE, JAB5N NORTH QUINCY MA 02111
STONEHILL INSTITUTIONAL PARTNERS, LP                TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                    NEW YORK NY 10022
TACONIC CAPITAL PARTNERS 1.5 LP                     TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR
                                                    NEW YORK NY 10022
UBS AG                                              BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                              ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
YORK EUROPEAN OPPORTUNITIES INVESTMENTS             TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN
MASTER FUND, L.P.                                   767 5TH AVE, 17TH FLOOR NEW YORK NY 10153
YORK EUROPEAN OPPORTUNITIES MASTER FUND,            TRANSFEROR: NOMURA INTERNATIONAL PLC ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.

                                                                  90

Total Number of Records Printed                                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```