BUCHANAN INGERSOLL & ROONEY PC
William H. Schorling, Esquire (WS6632)
1290 Avenue of the Americas, 30th floor
New York, NY 10104
(212) 440-4400
Attorneys for Greenbrier Minerals, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : Chapter 11 |
| | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-jmp |
| | : (Jointly Administered) |
| **Debtors.** | : |
| | : |

## WITHDRAWAL OF APPEARANCE

TO:   Clerk of the U.S. Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004

**PLEASE TAKE NOTICE** that Buchanan Ingersoll & Rooney PC, counsel for Greenbrier Minerals, LLC hereby withdraws it appearance and request for service of notices via ECF notification.

Dated: New York, New York
       May 9, 2013

                                                **BUCHANAN INGERSOLL & ROONEY PC**
                                                *Attorneys for Greenbrier Minerals, LLC*

                                                By: /s/ William H. Schorling
                                                William H. Schorling, Esquire
                                                1290 Avenue of the Americas, 30th floor
                                                New York, NY 10104
                                                (212) 440-4400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **Lehman Brothers Holdings, Inc., et al.,** | : Case No. 08-13555-jmp |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the attached has been served upon interested parties on the 9th day of May, 2013 via ECF notification.

Dated: New York, New York
May 9, 2013

                                                **BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for Greenbrier Minerals, LLC*

By: /s/ William H. Schorling
William H. Schorling, Esquire
1290 Avenue of the Americas, 30th floor
New York, NY  10104
(212) 440-4400

2