Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. 08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **CVI CVF II LUX MASTER SARL** | **Highbridge Convertible Arbitrage Master Fund, L.P.** |

**Name and Address where notices to Transferee should be sent:**
c/o CarVal Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London W1F 9LT
United Kingdom
Attention: Matt Shipton
Phone Number: 44 (0)207 292 7724

Court Claim# (if Known): **28635**
Amount of Claim: **$1,198,736.51**
Date Claim Filed: **9/22/09**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ David Short**          Date:    May 9, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

### NOTICE OF PARTIAL TRANSFER OF CLAIM
### PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Highbridge Convertible Arbitrage Master Fund, L.P. ("Seller") that was filed as an original or amended Proof of Claim against the Debtor:

| Amount of Claim Transferred | Proof of Claim No. |
|---|---|
| $1,198,736.51 | 28635 |

Has been partially transferred and assigned to CVI CVF II Lux Master SARL ("Assignee"). The signature of Seller on this document is evidence of such transfer of the claim and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the claim to the Assignee.

ASSIGNEE: CVI CVF II Lux Master SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

BY CARVAL INVESTORS UK LIMITED

Signature:
Name:
Title: SHORT ...ATIONS MANAGER
Date:

SELLER: Highbridge Convertible Arbitrage Master Fund, L.P.
By: Highbridge Capital Management, LLC, its agent
Address: c/o Highbridge Capital Management, LLC
40 West 57th Street - 32nd Floor
New York, NY 10019

Signature:
Name: James Glynn
Title: Chief Financial Officer
Date: