UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :     08-13555 (JMP)
                                                                :     (Jointly Administered)
                    Debtors.                                    :
                                                                :     Ref. Docket Nos. 36534, 36751,
                                                                :     36752, 36832, 36833, 36835, 36836,
                                                                :     36899, 36920, 36938, 36941, 36967,
                                                                :     36969, 36970, 36989, 36996, 37004,
                                                                :     37034-37039, 37041, 37049, 37130-
                                                                :     37133, 37138-37140
-----------------------------------------------------------------x
:
In re                                                           :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS SPECIAL FINANCING INC.,                         :     08-13888 (JMP)
                                                                :     (Jointly Administered)
                    Debtors.                                    :
                                                                :     Ref. Docket No. 357
                                                                :
                                                                :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
9th day of May, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

- 2 -

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36534, 36751, 36752...37133, 37138-37140; (08-13888) 357_AFF_5-6-13

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10019

BANK HAPOALIM B.M.
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

Please note that your claim # 555854-20 in the above referenced case and in the amount of $250,000.00   allowed at $228,150.20   has been transferred **(unless previously expunged by court order)**

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BANK HAPOALIM B.M.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK NJ 07601

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 37140   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/06/2013           Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
    as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 6, 2013.

# EXHIBIT B

```
TIME: 12:16:23                                              LEHMAN BROTHERS HOLDING INC.                                                PAGE: 1
DATE: 05/06/13                                                  CREDITOR LISTING
```

| Name | Address |
|---|---|
| AMEBAN INVESTMENTS LTD. | BES SFE-ES AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO  4930-678 PORTUGAL |
| BANCA NAZIONALE DEL LAVORO SPA | ATTN: DIREZIONE LEGALE V. VITTORIO VENETO, 119 ROME  00187 ITALY |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE MIAMI FL 33180 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK HAPOALIM B.M. | PAUL, WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BAYERISCHE HYPO- UND VEREINSBANK AG 745 SEVENTH AVENUE ATTN: DAN CROWLEY NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED | C/O CAPSTONE HOLDINGS GROUP, LLC ATTN: ADAM BENSLEY 7 WORLD TRADE CENTER 250 GREENWICH ST., 30TH FLOOR NEW YORK NY 10007 |
| CAPT, CHRISTIAN | CH DES CHARMILLES 55 ST-SULPICE  1025 SWITZERLAND |
| CASTLERIGG MASTER INVESTMENTS LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH ST. NEW YORK NY 10019 |
| CASTLERIGG MASTER INVESTMENTS LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH ST. NEW YORK NY 10019 |
| CHENAVARI FINANCIAL ADVISORS LTD | TRANSFEROR: SMBC NIKKO SECURITIES INC. ATTN: GUILHEM GOYARD MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X 7EE UNITED KINGDOM |
| CHENAVARI FINANCIAL ADVISORS LTD. | TRANSFEROR: EFG BANK AG GUILHEM GOYARD-MANAGING DIRECTOR 14 GROSVENOR CRESCENT LONDON SW1X7EE UNITED KINGDOM |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: ENCANA CORPORATION ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM L. ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| COMMONWEALTH BANK OF AUSTRALIA | ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION LEVEL 1, 120 PITT STREET SYDNEY  1155 AUSTRALIA |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE R. TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS SELECT OPPORTUNTIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PB CAPITAL CORPORATION ATTN: MICHAEL SUTTON/SIMON GLENNIE WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON  EC2N2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE POSTBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS SECURITIES LLC C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ENCANA CORPORATION | ATTN DAVID THORN 1800 855 2ND ST., S.W. CALGARY AB T2P 4S5 CANADA |
| ENCANA CORPORATION | ATTN DAVID THORN 1800 855 2ND ST., S.W. CALGARY AB T2P 4Z5 CANADA |
| ENCANA CORPORATION | ATTN: R.W. OLIVER 1800 855 2ND STREET, S.W. CALGARY AB T2P 4Z5 CANADA |
| ENCANA CORPORATION | FRANCIS J. LAWALL, ESQ. PEPPER HAMILTON LLP 3000 TWO LOGAN SQUARE PHILADELPHIA PA 19103 |
| EURO BOND FUND II 3691 | FRANCIS J. LAWALL PEPPER HAMILTON LLP 3000 TWO LOGAN SQUARE PHILADELPHIA PA 19333 |
| EURO BOND FUND II 3691 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
|  | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |

```
TIME: 12:16:23                                        LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    2
DATE: 05/06/13                                              CREDITOR LISTING

Name                                       Address
GOLDMAN SACHS & CO.                        TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                        TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                       TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                       TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                       TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD. C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND L.P.                       TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                      TRANSFEROR: BANCA NAZIONALE DEL LAVORO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                              TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
JPMORGAN CHASE BANK, NA                    NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                    TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                           NEW YORK NY 10179
LIQUIDITY SOLUTIONS, INC.                  TRANSFEROR: AMEBAN INVESTMENTS LTD. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                  TRANSFEROR: BANK HAPOALIM B.M. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LIQUIDITY SOLUTIONS, INC.                  TRANSFEROR: CAPT, CHRISTIAN ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
MERRILL LYNCH INTERNATIONAL                CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTEN: DAVE PURDOM/ JOHN PRINCE DUBLIN 18 IRELAND
MERRILL LYNCH INTERNATIONAL                MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
SMBC NIKKO SECURITIES INC.                 BANK OF AMERICA MERRILL LYNCH ONE BRYAN PARK, 3 FLOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036
SOLA LTD.                                  TRANSFEROR: MAYBI, KABUSHIKIGAISHA NOBUHIRO MATSUMOTO, GENERAL MANAGER 3-1 MARUNOUCHI 3-CHOME CHIYODA-KU TOKYO 1008325 JAPAN
STATE STREET BANK AND TRUST COMPANY        TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STONEHILL INSTITUTIONAL PARTNERS, LP       TRANSFEROR: EURO BOND FUND II 3691 ATTN: KEVIN L. COURTNEY 1776 HERITAGE DRIVE JAB5N NORTH QUINCY MA 02111
                                           TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                           NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
VARDE INVESTMENT PARTNERS, LP              TRANSFEROR: CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500
                                           MINNEAPOLIS MN 55437

Total Number of Records Printed            74
```

EPIQ BANKRUPTCY SOLUTIONS, LLC