B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>　　　　　Case No. 08-13555 (JMP)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)
　　　　　　　　　Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Burlington Loan Management Limited</u>　　　　　<u>Chase Lincoln First Commercial Corporation</u>
　　　　Name of Transferee　　　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee　　Court Claim # (if known): <u>15074</u>
should be sent:　　　　　　　　　　　　　　　　　　Amount of Claim Transferred: <u>100%</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　Date Claim Filed: <u>9/17/2009</u>
c/o Davidson Kempner Capital Mgmt　　　　　　　Debtor: <u>Lehman Brothers Holdings Inc.</u>
Attn: Jennifer Donovan
65 East 55th Street
19th Floor
New York, New York 10022
Tel: 212.446.4018
Email: <u>jdonovan@dkpartners.com</u>

Phone:_____　　　　　Phone: _____
Last Four Digits of Acct #: _____　　　Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Burlington Loan Management Limited

By: _____ /s/ _____       Date: 4/16/13

Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

      Chase Lincoln First Commercial Corporation, a Delaware corporation, with offices at 383 Madison Avenue - Floor 37, New York, New York 10179 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of April 30, 2013, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Burlington Loan Management Limited, its successors and assigns, with offices at 65 East 55th Street, New York, New York 10022 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 15074) in an undetermined amount (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

The undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as set forth below.

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
Name:
Title:   Alexander Wilk
Date:   Authorized Signatory
4/23/2

**BURLINGTON LOAN MANAGEMENT LIMITED**
Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____
Name: Anthony Yoseloff
Title: Managing Member of the Manager
Date: 4/16/13