UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (JMP)
                                               :
                        Debtors.               :   (Jointly Administered)
---------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| --- | --- |
| Creditor Name and Address: | Lucy Roy for the benefit of Alice<br>Mrs. Lucy Roy<br>1 Oast Road, Oxted, Surrey<br>RH8 9DX, United Kingdom |
| Claim Number (if known): | 13591 |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $3,378 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

Signature: /s/ Lucy Roy    Title:

Printed Name: Lucy Roy    Dated: 9/5/2013