Form 210A (10/06)

# UNITED STATES BANKRUTPCY COURT

## Southern District of New York

In re **Lehman Brothers Holdings, Inc.**          Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Attestor Value Master Fund LP** | **Chilton New Era Partners, L.P.** |

**Name and Address where notices to Transferee should be sent:**
c/o Attestor Capital LLP
21 Upper Brook Street
London, W1K 7PY
United Kingdom
Attention: Isobelle White
Isobelle.white@attestorcapital.com

Court Claim# (if Known):**26433**
Amount of Claim [Principal Amount]: **$213,534.85**
Date Claim Filed: **9/22/09**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Pierre Bour**          Date:    May 13, 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF LBHI CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CHILTON NEW ERA PARTNERS, L.P. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to ATTESTOR VALUE MASTER FUND LP (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $213,534.85 (the "LBHI Claim"), and assigned claim no. 26433.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 10 day of MAY 2013.

**ASSIGNOR:** Chilton New Era Partners, L.P.
**Address:** 1290 East Main Street
1st Floor
Stamford
CT 06902
**Tel:** +1 (203) 352 4176
**Attention:** James Steinthal
**Signature:** _[signature]_
**Name:** James Steinthal
**Title:** Executive Vice President
**Date:** 10 May 2013