EXHIBIT 1: SCHEDULED CLAIMS LEHMAN COMMERCIAL PAPER INC.
SCHEDULE F
CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | DESCRIPTION | CONTINGENT | UNLIQUIDATED | DISPUTED | ORIGINAL SCHEDULE AMOUNT | MODIFIED SCHEDULED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHESTNUT INVESTORS III | 153 E 53RD STREET | | | NEW YORK | NY | 10022 | UNITED STATES | ITS TRADE PAYABLE | | | | $52,094.47 | $0.00 |
| EVEREST CAPITAL FUND LP | EVEREST CAPITAL INC. | 2601 SOUTH BAYSHORE DRIVE | SUITE 1700 | MIAMI | FL | 33133 | UNITED STATES | ITS TRADE PAYABLE | | | | $496,288.10 | $0.00 |
| EVEREST CAPITAL INTERNATIONAL | EVEREST CAPITAL INC. | 2601 SOUTH BAYSHORE DRIVE | SUITE 1700 | MIAMI | FL | 33133 | UNITED STATES | ITS TRADE PAYABLE | | | | $74,061.26 | $0.00 |
| GOLDEN GATE CAPTIVE INSURANCE COMPANY | 151 MEETING STREET | SUITE 301 | | CHARLESTON | SC | 29401 | UNITED STATES | GENERAL TRADE PAYABLE | | | | $257,228.50 | $0.00 |
| RF ACCOUNT C/O BENNETT ASSOC | | | | | | | UNITED STATES | GENERAL TRADE PAYABLE | | | | $116,668.00 | $0.00 |