B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Magnetar Global Event Driven Master Fund Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Magnetar Global Event Driven Master Fund Ltd.
C/O Magnetar Financial LLC
1603 Orrington Avenue, 13th Floor
Evanston, IL 60201
Primary Contact: Tarja Bentgarde
Phone: (847) 905-4684
Fax: (847) 905-5684
Email: Tarja.Bentgarde@Magnetar.com

With copy to

Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Attn: David Karp
Phone: 212-756-2175
Email: david.karp@srz.com

Court Claim # (if known): 14175
Amount of Claim Transferred: $1,019,660.00
Date Claim Filed: September 16, 2009
Debtor: Lehman Brothers Commodity Services Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD.
By: Magnetar Financial LLC, its investment manager

RM

By: ___*Karl Wachter*___          Date: __5/13/13__
    Transferee's Agent
    Karl Wachter
    General Counsel

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _____
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD.
By: Magnetar Financial LLC, its investment manager

By: _____   Date: _____
    Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Michelle Latzoni
    Transferor/Transferor's Agent        Authorized Signatory   Date: 5/13/13

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.