# ⚷ UBS

**UBS AG**
P.O.Box, / CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Flurstrasse 62 / FFFE - 020
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
RBC Dominion Securities Inc.
P.O. Box
50 Royal Bank Plaza
Toronto Ontario M5J 2W7

## Message

March 23, 2012

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of         Attention Donald Garcia and/or Ryan Varty (Canadian WM Ops)

you are receiving    Evidence of partial transfer of claim dated March 23, 2012, duly completed and signed by UBS

☐ for your information       ☐ returned with thanks       ☐ please return
☒ for your records           ☐ please comment             ☒ please confirm receipt
☐ as agreed                  ☐ please sign                ☐ please process
☐ please complete            ☐ please forward to

Remarks
66) CHF 150'000.00  BRC Lehman Brothers Securities NV 2007-30.10.2008
CH 2750611 / XS0326427480

Claimant / Transferor: UBS AG, Zurich
Initial Proof of Claim Number: 59233
Transferee: RBC Dominion Securities Inc.

Yours sincerely,

UBS AG

*(signed)*

Jean-Claude Besson
Associate Director



61555 E    05.2005    J1



Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 12% BRC LBS NV 2007-30.10.2008 | XS0326427480 | LBS NV | LBH Inc. | CHF 150'000.00 out of CHF 25'301'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 16 of the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

RBC Dominion Securities Inc.
P.O. Box
50 Royal Bank Plaza
Toronto Ontario M5J 2W7
Tel: 416-843-8282
Fax: 416-313-5851
Attention: Donald Garcia

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court



may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 23, 2012.

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

RBC Dominion Securities Inc.
Transferee

By: _____
Name: Ryan Varty
Title: Associate Director

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.          Case No.: 08-13555 (JMP)
                                                 Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>RBC Dominion Securities Inc. | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>RBC Dominion Securities Inc.<br>P.O. Box<br>50 Royal Bank Plaza<br>Toronto Ontario M5J 2W7<br>Tel: 416-843-8282<br>Fax: 416-313-5851<br>Attention: Donald Garcia | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 150'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: May 6/13
    Ryan Varty / Associate Director
    RBC Dominion Securities Inc.
    P.O. Box
    50 Royal Bank Plaza
    Toronto Ontario M5J 2W7

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

