UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

## PARTIAL WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
|---|---|
| Creditor Name and Address: | Inglesa Ltd<br>Craiguir Chambers<br>Road Town, Tortola<br>British Virgin Islands |
| Claim Number (if known): | 13815 (Claim was previously assigned to CVI CVF II LUX MASTER SARL as to Cash Position Only; Claim not assigned as to equity position held in Trans-Lux Corp.; valued at $76,475) |
| Date Claim Filed: | September 16, 2009 |
| Total Amount of Claim Filed: | $76,475 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *[signature]* | Title: Managing Director |
|---|---|
| Printed Name: Philippe Wahl | Dated: April 24 2013 |

US_ACTIVE:\44096563\1\58399.0011