The Southern District of New York Bankruptcy Court

One Bowling Green

New York , NY 10004-1408

Banco Espirito Santo, Sucursal en España
Calle Serrano nº 88
Madrid 28001

30th April 2013

Dear all

We would ask you to proceed to change the titularity of the claim number 56439, since it was transfered from The Spanish Academy of Alicante S.A. to Francisco J. Dalby Bosca, to be the new creditor, as you can see in the document attached, Agreement and Evidence of Transfer of Claim Lehman Program Security, signed by both parties.

We would appreciate if you could inform the change once done to the following email
todos.besproductosyservicios@grupobes.es

Kind regards





RECEIVED
MAY -9 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _LEHMAN BROTHERS HOLDINGS INC_         Case No. _08-13555 (JPM)_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_FRANCISCO J. DALBY BOSCÁ_              _THE SPANISH ACADEMY OF ALICANTE S.A._
Name of Transferee                       Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): _56439_
should be sent:                                  Amount of Claim: _70.755,- USD_
_AVE. ALFONSO XIII 93_                           Date Claim Filed: _OCT. 29 2009_
_MADRID 28016_
Phone: _(34) 91. 5194398_                        Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature/_                             Date: _30/04/2013_
    Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED MAY - 9 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK