WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re**                                           :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :    **08-13555 (JMP)**
:
          **Debtors.**                   :    **(Jointly Administered)**
:
------------------------------------------------------------------------x
:
**In re**                                           :
:    **Case No.**
**LEHMAN BROTHERS INC.**,                           :
:    **08-01420 (JMP) (SIPA)**
          **Debtor.**                    :
:
------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
# THE SIXTY-FIRST OMNIBUS HEARING ON MAY 15, 2013 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.     ADVERSARY PROCEEDINGS:

1. LBSF v. Ballyrock ABS CDO 2007-1 Limited and Wells Fargo Bank, N.A., Trustee **[Case No. 09-01032]**

    **Motion for Release of Unclaimed Interpleaded Funds**

    A. Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 117]**

    B. Stipulation and Order Establishing Briefing Schedule for the Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 121]**

    C. Response of Wells Fargo Bank, N.A., Trustee to Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 131]**

    D. Memorandum of Law of Barclays Bank plc, Blackrock Mortgage Investors Master Fund, L.P., Long Island International Limited in Opposition to the Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 132]**

    E. Declaration of Joshua Fritsch in Support of Memorandum of Law in Opposition to the Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 133]**

    F. Reply in Further Support of LBSF's Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 141]**

    G. Notice of Hearing of Motion for Release of Unclaimed Interpleaded Funds **[ECF No. 145]**

    Status: This matter is going forward.

2. LBSF v. Ballyrock ABS CDO 2007-1 Limited and Wells Fargo Bank, N.A., Trustee **[Case No. 09-01032]**

    **Motion to Compel of Barclays Bank plc, Long Island International Limited for the Production of Documents**

    A. Stipulation and Order Establishing Briefing Schedule for Motion to Compel **[ECF No. 122]**

08-13555-mg    Doc 37376    Filed 05/14/13    Entered 05/14/13 12:18:29    Main Document
Pg 3 of 10

B.     [Notice of] Motion of Barclays Bank plc, Long Island International Limited to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 123]**

C.     Declaration of Harry Ahlin in Support of the Motion of Barclays Bank plc, Long Island International Limited to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 125]**

D.     Motion of Barclays Bank plc, Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 130]**

E.     Memorandum of Law in Support of Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financial, Inc. **[ECF No. 135]**

F.     Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 136]**

G.     Declaration of Robert W. Gaffey in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 137]**

H.     Declaration of Thomas E. Hommel in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 138]**

I.     Declaration of Richard W. Slack in Support of Response in Opposition to the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 139]**

J.     Reply Memorandum of Law in Support of the Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 142]**

K.     Reply Declaration of Joshua Fritsch in Support of Motion of Barclays Bank plc and Long Island International Limited to Compel the Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 143]**

L.     Declaration of Mark Shapiro in Support of the Motion of Barclays Bank plc and Long Island International Limited to Compel the

3
US_ACTIVE:\44254707\4\58399.0011

        Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 144]**

M.    Notice of Hearing of Motion of Barclays Bank plc and Long Island International Limited to Compel Production of Documents by Lehman Brothers Special Financing Inc. **[ECF No. 146]**

Status: This matter is going forward.

## II. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc. Chapter 11 Cases

3.    Motion of Fidelity National Title Insurance Company to Compel Compliance with Requirements of Title Insurance Policies **[ECF No. 11513]**

Response Deadline:    February 9, 2011 at 4:00 p.m.

Responses Received:

    A.    Debtors' Objection **[ECF No. 14398]**

    B.    Joinder of Official Committee of Unsecured Creditors to LCPI's Objection **[ECF No. 14462]**

Related Documents:

    C.    Affidavit of Michael E. Busch, Esq. in Support of Motion **[ECF No. 11514]**

    D.    Declaration of Christopher Milenkevich in Support of Debtors' Objection **[ECF No. 14454]**

Status: This matter has been adjourned to June 19, 2013 at 10:00 a.m.

4.    Motion of Monti Family Holding Company, Ltd for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. and Other Entities **[ECF No. 16803]**

Response Deadline:    June 8, 2011 at 4:00 p.m.

Response Received:

    A.    Debtors' Objection **[ECF No. 17502]**

Status: This matter has been adjourned to July 17, 2013 at 10:00 a.m.

4

B. **Adversary Proceedings**

5. LBHI v. Credit Agricole Corporate and Investment Bank (F/K/A Calyon) **[Case No. 13-01311]**

   **Pre-Trial Conference**

   Related Documents:

   A. Adversary Complaint **[ECF No. 1]**

   B. Summons with Notice of Pre-Trial Conference **[ECF No. 2]**

   C. So Ordered Stipulation and Order Signed on 4/30/2013 Extending the Time to Answer, Move or Otherwise Respond to the Complaint and Setting a Briefing Schedule for a Motion to Dismiss **[ECF No. 7]**

   Status: This matter has been adjourned to a date to be determined.

C. **Securities Investor Protection Corporation Proceedings**

6. Motion of FirstBank Puerto Rico for (1) Reconsideration, Pursuant to Section 502(j) of the Bankruptcy Code and Bankruptcy Rule 9024, of the SIPA Trustee's Denial of FirstBank's Customer Claim, and (2) Limited Intervention, Pursuant to Bankruptcy Rule 7024 and Local Bankruptcy Rule 9014-1, in the Contested Matter Concerning the Trustee's Determination of Certain Claims of Lehman Brothers Holdings Inc. and Certain of Its Affiliates **[LBI ECF No. 5197]**

   Response Deadline:    August 8, 2012 at 4:00 p.m.

   Responses Received:

   A. Response of LBHI Entities **[LBI ECF No. 5211]**

   B. Limited Response of Barclays Capital Inc. **[LBI ECF No. 5212]**

   C. Declaration of Boaz S. Morag in Support of Limited Response of Barclays Capital Inc. **[LBI ECF No. 5213]**

   D. Trustee's Opposition **[LBI ECF No. 5215]**

   E. Declaration of Sarah L. Cave in Support of Trustee's Opposition **[LBI ECF No. 5216]**

   F. Joint Statement of the FDIC, as Receiver for Westernbank Puerto Rico, CarVal Investors UK Limited and Hudson City Savings Bank **[LBI ECF No. 5217]**

5

Related Documents:

    G.    Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5198]**

    H.    Declaration of Robert T. Honeywell in Support of Motion **[LBI ECF No. 5199]**

    I.    FirstBank Puerto Rico's Reply in Further Support of Motion **[LBI ECF No. 5224]**

    J.    Supplemental Declaration of Victor M. Barreras in Support of Motion **[LBI ECF No. 5225]**

    K.    Notices of Adjournment **[LBI ECF Nos. 5348, 5418, 5510, 5720, 5827, 6040, 6193]**

Status: This matter has been adjourned to June 19, 2013 at 10:00 a.m.

7. Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019 for Entry of an Order Approving Settlement Agreement **[LBI ECF No. 5483]**

    Response Deadline:    December 21, 2012 at 4:00 p.m., extended by agreement for LBHI to April 5, 2013 at 4:00 p.m.

    Response Received:

        A.    Objection of Lehman Brothers Holdings Inc. to Trustee's Motion **[LBI ECF No. 5958]**

    Related Documents:

        B.    Notices of Adjournment **[LBI ECF Nos. 5628, 5711, 5813, 6045, 6174]**

Status: This matter has been adjourned to June 19, 2013 at 10:00 a.m.

8. Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) **[LBI ECF No. 5775]**

    Response Deadline:    March 15, 2013 at 4:00 p.m., extended by agreement for a certain party to April 19, 2013 at 4:00 p.m.

    Responses Received:

        A.    CA, Inc.'s Response to the Trustee's Motion **[LBI ECF No. 5930]**

        B.    Response of Aaron Akman **[LBI ECF No. TBD]**

        C.    Response of Adam Epstein **[LBI ECF No. TBD]**

      D.      Response of Grace Gathungu **[LBI ECF No. TBD]**

      E.      Response of Dean R. Monksfield **[LBI ECF No. TBD]**

      F.      Response of Stephen H. Thomas **[LBI ECF No. TBD]**

      G.      Response of Andre Verderame **[LBI ECF No. TBD]**

      H.      Response of Mario Monello **[LBI ECF No. 6062]**

      I.      Response of ZPR International, Inc. **[LBI ECF No. 6083]**

Related Documents:

      J.      Order Granting the Trustee's Twenty-Eighth Omnibus Objection to General Creditor Claims (Late-Filed Claims) **[LBI ECF No. 6141]**

      K.      Notices of Withdrawal of Trustee's Twenty-Eighth Omnibus Objection Solely as to Certain Claimants **[LBI ECF Nos. 5844, 5857, 6058]**

      L.      Notices of Adjournment **[LBI ECF Nos. 6049, 6170, 6185]**

Status: This matter has been adjourned to June 19, 2013 at 10:00 a.m. solely as to certain claims.

9. Trustee's Thirty-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5863]**

Response Deadline:  April 4, 2013 at 4:00 p.m., extended by agreement for a certain party to April 11, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Gregory D. Feller, Robert A. Jakobsze, Antoinette E. La Belle, Richard Peters, and Luigi Zeppetelli **[LBI ECF No. 5949]**

      B.      Response of Ritam Ray Bhalla **[LBI ECF No. 6043]**

      C.      Response of Sara Minsteris **[LBI ECF No. 6065]**

      D.      Letter Response of Robert A. Jakobsze **[LBI ECF No. 6032]**

Related Documents:

      E.      Notice of Appearance of Robert A. Jakobsze *Pro Se* **[LBI ECF No. 6138]**

      F.      Order Granting the Trustee's Thiry-Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 6143]**

      G.      Notices of Adjournment **[LBI ECF Nos. 6060, 6073, 6171]**

Status: This matter has been adjourned *sine die*, solely as to certain claims.

10.    Trustee's Forty-First Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5889]**

Response Deadline:    April 12, 2013 at 4:00 p.m.

Responses Received:

      A.      Response of Claimants Michael Engle, Roberto Frazao, Kenneth Kollar, Bridget O'Connor and Wendy Uvino **[LBI ECF No. 6000]**

      B.      Response of Zameer H. Khan **[LBI ECF No. TBD]**

      C.      Response of Barry J. O'Brien **[LBI ECF No. TBD]**

Related Documents:

      **D.**      Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustees Forty-First Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims **[LBI ECF No. 6175]**

      E.      Notice of Adjournment **[LBI ECF No. 6172]**

Status: This matter has been adjourned *sine die*, solely as to certain claims.

11.    Trustee's Forty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) **[LBI ECF No. 5904]**

Response Deadline:    April 19, 2013 at 4:00 p.m.

Response Received:

      A.      Response of Claimant Paola Biraschi **[LBI ECF No. 6061]**

Related Documents:

      B.      Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustees Forty-Fifth Omnibus Objection to General Creditor Claims (No Liability Claims) Solely as to Certain Claims **[LBI ECF No. 6176]**

      C.      Notice of Adjournment **[LBI ECF No. 6173]**

<u>Status</u>: This matter has been adjourned *sine die*, solely as to a certain claim.

12. Motion to Deem Claim Timely Filed **[LBI ECF No. 6126]**

   <u>Response Deadline</u>:   Extended to June 4, 2013 at 4:00 p.m.

   <u>Responses Received</u>:  None.

   <u>Related Documents</u>:

       A.    Declaration of Julia Kaufman in Support of Motion **[LBI ECF No. 6128]**

       B.    Notice of Adjournment **[LBI ECF No. 6189]**

   <u>Status</u>: This matter has been adjourned to June 19, 2013 at 10:00 a.m.

**III.   WITHDRAWN MATTERS:**

13. Motion of Plymouth Park Tax Services, LLC for Relief from the Automatic Stay **[ECF No. 30017]**

   <u>Response Deadline</u>:   May 1, 2013 at 4:00 p.m.

   <u>Responses Received</u>:  None.

Related Documents:

A. So Ordered Stipulation, Agreement and Order Signed on 5/7/2013 Among Lehman Brothers Holdings Inc., Lehman Commercial Paper Inc. and Plymouth Park Tax Services, LLC Regarding Real Property Located in Bridgeport, Connecticut **[ECF No. 37216]**

B. Notice of Withdrawal of Motion **[ECF No. 37273]**

Status: This matter has been withdrawn.

Dated: May 14, 2013
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated: May 14, 2013
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

10