SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318
Solomon J. Noh
Stacey L. Corr-Irvine

*Attorneys for CIMB Securities (Singapore) Pte Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 22085, filed on September 21, 2009, against Lehman Brothers Holdings Inc. by CIMB Securities (Singapore) Pte Ltd. (f/k/a CIMB-GK Securities Pte. Ltd.) ("CIMB") in the amount of $104,395.95 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, CIMB hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. CIMB represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/968495.1

Dated: May 14, 2013
      New York, New York

                              SHEARMAN & STERLING LLP

                          By: /s/ Solomon J. Noh
                                Solomon J. Noh
                                Stacey L. Corr-Irvine
                         599 Lexington Avenue
                         New York, NY 10022-6069
                         Telephone: (212) 848-4000
                         Facsimile: (646) 848-8318

                         *Attorneys for CIMB Securities (Singapore) Pte Ltd.*