SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318
Solomon J. Noh
Stacey L. Corr-Irvine

*Attorneys for CIMB Securities (Singapore) Pte Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
|  |  |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (JMP)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 22084, filed on September 21, 2009,

against Lehman Brothers Holdings Inc. by CIMB Securities (Singapore) Pte Ltd. (f/k/a CIMB-

GK Securities Pte. Ltd.) ("CIMB") in the amount of $410,534.03 (the "Claim").

PLEASE TAKE NOTICE that, through their undersigned counsel, CIMB hereby

withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the

Claim from the claims register.  CIMB represents and warrants that the withdrawal of the Claim

is within its corporate powers, has been duly authorized by all necessary action, and will not

contravene any constitutional document or other instrument or agreement binding on it, or any

law, regulation, judgment, order or administrative action binding on it.

NYDOCS03/968494.1

Dated:  May 14, 2013
        New York, New York

SHEARMAN & STERLING LLP


By:  /s/ Solomon J. Noh
        Solomon J. Noh
        Stacey L. Corr-Irvine
     599 Lexington Avenue
     New York, NY 10022-6069
     Telephone: (212) 848-4000
     Facsimile: (646) 848-8318

*Attorneys for CIMB Securities (Singapore) Pte Ltd.*