UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re                                               :  Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :  08-13555 (JMP)
                                                    :  (Jointly Administered)
              Debtors.                              :
                                                    :
------------------------------------------------------------------x  Ref. Docket Nos. 35954, 36805,
                                                       36886, 36887, 36974, 36975, 36982,
                                                       36986, 36995, 37040, 37042-37045,
                                                       37151-37155, 37157-37160, 37163,
                                                       37167, 37169, 37172-37179

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 7, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         /s/ Lauren Rodriguez
                                         Lauren Rodriguez

Sworn to before me this
14th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

3T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 35954, 36805, 36886...37169, 37172-37179 _AFF_5-7-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: **FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   BANC OF AMERICA CREDIT PRODUCTS, INC.
      TRANSFEROR: CSP II USIS HOLDINGS L.P.
      C/O BANK OF AMERICA MERRILL LYNCH
      ATTN: JEFFREY BENESH
      BANK OF AMERICA TOWER - 3RD FLOOR
      ONE BRYANT PARK
      NEW YORK NY 10036
```

Please note that your claim # 16199 in the above referenced case and in the amount of
   $1,574,529.52  allowed at $707,852.00    has been transferred **(unless previously expunged by court order)**

```
      EMPYREAN INVESTMENTS, LLC
      TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
      C/O EMPYREAN CAPITAL PARTNERS, LP
      ATTN: STERLING HATHAWAY
      10250 CONSTELLATION BLVD., SUITE 2950
      LOS ANGELES CA 90067
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
              UNITED STATES BANKRUPTCY COURT
              Southern District of New York
              One Bowling Green
              New York,NY 10004-1408
```

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37169    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/07/2013                             Vito Genna, Clerk of Court

                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 7, 2013.

# EXHIBIT B

08-13555-mg    Doc 37393    Filed 05/14/13    Entered 05/14/13 19:39:16    Main Document
Pg 4 of 7

```
TIME: 11:35:12                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    1
DATE: 05/07/13                                              CREDITOR LISTING

Name                                                    Address
AAI CANYON FUND PLC, SOLELY IN RESPECT                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 OF CANYON REFLECTION FUND
AAI CANYON FUND PLC, SOLELY IN RESPECT                  TRANSFEROR: BARCLAYS BANK PLC C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 OF CANYON REFLECTION FUND                              LOS ANGELES CA 90067
AMSTEL ALTERNATIVE CREDIT FUND SICAV                    TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX     XBS 1026 MALTA
 P.L.C.
AMSTEL ALTERNATIVE CREDIT FUND SICAV                    TRANSFEROR: ERSEL SIM SPA WHITEHALL MANSIONS TA XBIEX SEAFRONT TA XBIEX     XBX 1026 MALTA
 P.L.C.
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: CSP II USIS HOLDINGS L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: JEFFREY BENESH BANK OF AMERICA TOWER - 3RD FLOOR
                                                         ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN/ANTE JAKIC
                                                         BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ATTN:GARY COHEN/ANTE JAKIC
                                                         BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036
BANC OF AMERICA CREDIT PRODUCTS, INC.                   TRANSFEROR: STONE LION PORTFOLIO LP BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036
                                                         ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006
BARCLAYS BANK PLC                                       CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166
BARCLAYS BANK PLC                                       TRANSFEROR: CREDIT SUISSE AG 745 SEVENTH AVENUE NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: CREDIT SUISSE AG ATTN: DANIEL MIRANDA 745 SEVENTH AVEUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: EFG EUROBANK ERGASIAS SA ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                       TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CANYON-GRF MASTER FUND II, LP                           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, LP                           TRANSFEROR: BARCLAYS BANK PLC C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                         LOS ANGELES CA 90067
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON  EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE II MASTER LIMITED ATTN: MATTHEW WEINSTEIN C/O DEUTSCHE BANK SECURITIES INC.
                                                         60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: O'CONNOR GLOBAL CONVERTIBLE ARBITRAGE MASTER LIMITED ATTN: MATTHEW WEINSTEIN C/O DEUTSCHE BANK SECURITIES INC
                                                         60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                TRANSFEROR: O'CONNOR GLOBAL FUNDAMENTAL MARKET NEUTRAL LONG/SHORT MASTER LIMITED
                                                         C/O DEUTSCHE BANK SECURITIES INC; ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                         TRANSFEROR: PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - 3761 C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN
                                                         60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                    TRANSFEROR: TORONTO-DOMINION BANK, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                                         LONDON  EC2N 2DB UNITED KINGDOM
DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP                TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O FORTRESS INVESTMENT GROUP LLC / ATTN: DREW MCKNIGHT
                                                         1345 AVE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                               TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                         10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS & CO.                                     TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                     TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302

                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:35:12                                        LEHMAN BROTHERS HOLDING INC.                                        PAGE: 2
DATE: 05/07/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| ILLIQUIDX LLP | TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| IZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: JEFFREY BENESH & GARY S. COHEN BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DE' LONGHI CAPITAL SERVICES SRL (FORMERLY DE' LONGHI CAP.) C/O BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DE'LONGHI CAPITAL S.R.L. (FORMERLY DE' LONGHI CAPITAL SERVI C/O BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: PHARO MACRO FUND, LTD ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS BOHL 17 ST. GALLEN CH-9004 SWITZERLAND |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - 3761 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - 3761 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL HIGH YIELD FUND II - 3761 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR NEW YORK NY 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPTIAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: AEN HAAF, ZA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BENTUM-RIDDER, K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: BRUGMAN-HOOGLAND, E.G.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: CIJFER, H.P. AND/OR A. CIJFER ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: D.W. VAN RUITEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: D.W. VAN RUITEN PENSIOEN B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |
| STICHTING THE IAMEX VALUE FOUNDATION | TRANSFEROR: DE WILDT, J.J.N.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
TIME: 11:35:12                                          LEHMAN BROTHERS HOLDING INC.                                              PAGE:    3
DATE: 05/07/13                                                 CREDITOR LISTING

Name                                       Address
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: DROK-MARCHAND, H.C.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: GEERTSEMA, G.K. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: H.B. VAN DER VEEN / HBV HOLDING B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: HAMMENSHA, J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: HARMELING, H.J.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: IN'T VELD, P.J. EO J.E. IN'T VELD-JANSE ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: IN'TVELD, P.J. EO INT'VELD-JANSE, J.G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: KUIPERS-KUIPER, A. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: NEES, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: NIENABER-ROKUS, J.A. KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: PIDGIN BV ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: PLIEGER, J.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: SLUIJS, J. EN/OF SLUIJS-DE GROOT, M.C.T. ATTN: MR. J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: SOLLIE, J.E. ENOF SOLLIE-DREES, M.M.W.E. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: SOPHISTICATED TECHNOLOGIES B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: SPARREBOOM-BIJL, P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: STICHTING USB FONDS ALPHEN A/D RIJN E.O. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: TEN DAM, M.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: TIAMO B.V. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: TULP, M.R. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VAN BEEK, A.J. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VAN BRUMMELEN, S. & E. VAN BRUMMELEN-VAN HOLST ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VAN DER EIJK, G. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VAN NUNEN-STALPERS, BEHEERMIJ ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VERMENLEN, W. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: VRAKKING, R.C. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: WIJNHER, C.P. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
STICHTING THE IAMEX VALUE FOUNDATION       TRANSFEROR: ZEEUW VAN DER LAAN, J.L.M. ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM  1016 EV NETHERLANDS
VARDE INVESTMENT PARTNERS, LP              TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437
YORK GLOBAL FINANCE BDH, LLC               TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR
                                           NEW YORK NY 10153
YORVIK CAPITAL LTD                         TRANSFEROR: YORVIK PARTNERS LLP 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM
YORVIK PARTNERS LLP                        TRANSFEROR: YORVIK CAPITAL LTD ATTN: LISA KING 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed      108


                                                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```