Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for SSgA Europe Index Plus Edge Common Trust Fund,*
*by State Street Bank and Trust Company as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS  INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 0000015660

PLEASE TAKE NOTICE that SSgA Europe Index Plus Edge Common Trust Fund, by

State Street Bank and Trust Company as Trustee, through the undersigned counsel, hereby

withdraws Proof of Claim No. 0000015660 filed in the above matter, and that the claims registry

maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.


Dated:  May 15, 2013          **BINGHAM MCCUTCHEN LLP**
         New York, New York

                              By: /s/ Joshua Dorchak
                              Joshua Dorchak
                              joshua.dorchak@bingham.com
                              399 Park Avenue
                              New York, New York 10022
                              (212) 705-7000

                              *Attorneys for SSgA Europe Index Plus Edge*
                              *Common Trust Fund, by State Street Bank*
                              *and Trust Company as Trustee*


A/75521595.1