Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for World Index Plus Edge Common Trust Fund,
by State Street Bank and Trust Company as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                               :   Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :   Case No. 08-13555 (JMP)
                                                    :
Debtors.                                            :   (Jointly Administered)
                                                    :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 0000015661

PLEASE TAKE NOTICE that World Index Plus Edge Common Trust Fund, by State Street Bank and Trust Company as Trustee, through the undersigned counsel, hereby withdraws Proof of Claim No. 0000015661 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: May 15, 2013
      New York, New York

**BINGHAM MCCUTCHEN LLP**

By: */s/ Joshua Dorchak*
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for World Index Plus Edge
Common Trust Fund, by State Street Bank
and Trust Company as Trustee*

A/75521595.1