Joshua Dorchak
**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Global Alpha Select Edge QP Common Trust Fund,
by State Street Bank and Trust Company as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM NO. 0000015652

PLEASE TAKE NOTICE that Global Alpha Select Edge QP Common Trust Fund, by State Street Bank and Trust Company as Trustee, through the undersigned counsel, hereby withdraws Proof of Claim No. 0000015652 filed in the above matter, and that the claims registry maintained by Epiq Bankruptcy Solutions LLC should be updated accordingly.

Dated: May 15, 2013
      New York, New York

**BINGHAM MCCUTCHEN LLP**

By: /s/ Joshua Dorchak
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Global Alpha Select Edge QP Common Trust Fund, by State Street Bank and Trust Company as Trustee*

A/75521595.1