**Form 210A (10/06)**

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (JMP)
(**Jointly Administered**)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).   Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Kutxabank S.A. (formerly known as Caja de Ahorros y M. P. de Gulpuzcoa Y San Sebastian – Kutxa) |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # (if known): 61109

Amount of Claim (transferred): EUR 20,000.00 of ISIN XS0323848977 (plus all interest, costs and fees relating to this claim)

Date Claim Filed: 2 November 2009

Tel: N/A

Last Four Digits of Acct. #:  N/A

Last Four Digits of Acct. #:  N/A

Name and Address where transferee payments should be sent (if different from above):

Tel: +44 20 7547 2400
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date:  15 MAY 2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Simon Glennie
Vice President

Jamie Foote
Vice President

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Kutxabank S.A. (formerly known as Caja de Ahorros y M. P. de Gulpuzcoa Y San Sebastian – Kutxa)** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable percentage specified in Schedule 1 hereto, in Seller's right, title and interest in and to Proof of Claim Number 61109 filed by or on behalf of Seller (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto.

2.    Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; or, alternatively, Seller has been duly authorized to sell, transfer and assign the Transferred Claims by the owner of Transferred Claims who has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by such owner or against such owner; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; and (f) neither Seller nor any of its predecessors-in-title has engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the

Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.    All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.    Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.    Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.    Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 15 day of MAY 2013.

**KUTXABANK S.A. (FORMERLY KNOWN AS CAJA DE AHORROS Y M. P. DE GULPUZCOA Y SAN SEBASTIAN – KUTXA)**

By:_____
Name: Ignacio Martin-Muñio Sainz
Title: Head of Treasury

Gran Via, 30,
Bilbao, Spain 48009
Attn: Eider Cacho Zarauz

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____
Name:
Title:

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Jason Glennie
President

Jamie Foote
Vice President

Schedule 1

Transferred Claims

Purchased Portion

1.2738853535% (being 100% of the claim currently held by the Seller) of the claim that is referenced in the Proof of Claim and relating to the Purchased Security described below (together with all interest, costs, fees and other recoveries relating thereto).

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Blocking No. | Issuer | Guarantor | Maturity | Principal/Notional Amount |
|---|---|---|---|---|---|---|
| MTN8446 | XS0323848977 | 6026130 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 10/25/2014 | EUR 20,000.00 |

ConfidentialSchedule 1–1

DB Ref: 11561

Schedule 2

Copy of Proof of Claim 61109

ConfidentialSchedule 1–1

DB Ref: 11561

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000061109 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **Creditor Name:** Caja de Ahorros y M. P. de Guipúzcoa Y San Sebastián - Kutxa<br>**Creditor Address:** Calle Getaria 9-11, 20005 Donostia - San Sebastián Guipúzcoa Spain<br>**Contact Name:** Mikel Ezkerra Hernandez<br>**Contact Address:** Camino Portuetxe, Nº 10, 20018 - Donostia - San Sebastián Guipúzcoa SPAIN<br>Telephone number: 0034-943001208 Email Address: valores@kutxa.es | **Court Claim Number:**_____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 2.221.707,00 _____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0323848977 _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
6026130 _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
Euroclear Bank 96287 _____ **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FILED/RECEIVED**<br><br>NOV 0 2 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|
| **Date.**<br><br>29-sep-09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **Arantxa Garcia Zaldua - Manager** |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

_____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

MERCANTIL

Fecha  28-12-91

Núm.  3.433

4125593

REGISTRO DE ENTRADA

NÚMERO          FECHA

733          17-II-92

REGISTRO MERCANTIL GUIPUZCOA
Frence   17   Febrero
de 19 92   a las 12      40    ..... minutos
Asiento N.º 525  folio 5/.... tomo 44... de Diario

COPIA AUTORIZADA DEL APODERAMIENTO.-----------

OTORGADO POR:   LA "CAJA DE AHORROS Y MONTE DE PIEDAD DE GIPUZ
                KOA Y SAN SEBASTIAN-GIPUZKOA ETA DONOSTIAKO AU
                RREZKI KUTXA".-----------------------------------

A FAVOR DE:     DOÑA ARANTXA GARCIA ZALDUA.--------------------

# José  M.ª  Segura  Zurbano

## Notario de San Sebastián

Oquendo 12 2 º




CLASE 6ª
MOTA 6.

A 0751362

NUMERO   TRES MIL CUATROCIENTOS TREINTA Y TRES.--------

EN SAN SEBASTIAN, a veintiocho de Diciembre de mil no

vecientos noventa y uno.-------------------------------

Ante mi, JOSE MARIA SEGURA ZURBANO, Notario del

Ilustre Colegio de Pamplona, con residencia en San

Sebastian. ---------------------------------------------

### COMPARECE

DON CARLOS SISTIAGA COARASA, mayor de edad, casado,

Director General de la Kutxa, y vecino de San Sebas-

tian (Guetaria 2 triplicado, 2ª derecha), con D.N.I.

Identidad número 14.967.546. ----------------------

INTERVIENE: En nombre y representación de la "CAJA

DE AHORROS Y MONTE DE PIEDAD DE GIPUZKOA Y SAN SE-

BASTIAN - GIPUZKOA ETA DONOSTIAKO AURREZKI KUTXA",

con C.I.F. número G- 20336251, que procede de la fu-

sión de la Caja de Ahorros Provincial de Guipuzcoa,

y Caja de Ahorros y Monte de Piedad Municipal de San

Sebastian, realizada en escritura autorizada por el

Notario de San Sebastian Don José Maria Segura Zur-

bano, el día 1 de Diciembre de 1.990, con el número

=======================================================

========================================================

3.000, inscrita en el Registro Mercantil al folio 1

del tomo 1.011 de inscripciones, hoja número SS-745,

inscripción 1ª. ----------------------------------

- Se encuentra facultado para este acto en virtud de

acuerdo de la Comisión Ejecutiva de dicha Institu-

ción, en sesión celebrada el día 4 de Julio de

1.991, certificado del cual expedido por su Secreta-

rio Don Roberto Lopez de Etxezarreta Murguiondo, con

el Visto Bueno de su Presidente Don Gotzon Olarte

Lasa, cuyas firmas conozco y legitimo, tengo a la

vista, y se incorpora a esta escritura. ------------

CALIFICACION: Conozco al compareciente y le conside-

ro con capacidad suficiente para otorgar, segun in-

terviene, esta escritura de APODERAMIENTO ----------

### OTORGA

Don Carlos Sistiaga Coarasa, en la forma en que in-

terviene, otorga poder a favor de **DOÑA ARANTXA GAR-

CIA ZALDUA**, nacida el 19 de Junio de 1.056, casada,

y vecina de San Sebastian (Paseo Oriamendi 11 - 1º

B.) con D.N.I. número 15.918.953, para que en nombre

y representación de la Institución poderdante, pueda

ejercitar todas y cada una de las facultades com-

prendidas en la certificación incorporada, y que

aquí no se transcriben para evitar inutiles repeti-

========================================================





A 0751363

**CLASE 6.ª**
**MOTA 6.**

=================================================

ciones. ----------------------------------------

Cumplidos los requisitos de lectura, conforme a lo

dispuesto en el parrafo 1º del artículo 193 del Re-

glamento Notarial, el compareciente, según intervie-

ne, presta su consentimiento y firma. --------------

Y yo el Notario de todo lo consignado en este ins-

trumento publico, extendido en dos folios de clase

sexta, serie A. números el presente, y el siguiente

de orden, doy fe. ----------------------------------

Firmado: ilegible, rubricado. ----------------------

Signado, firmado: José M. Segura; rubricado y sella -

do. ------------------------------------------------

                - DOCUMENTO -

                   - QUE -

                   - SE -

                   - UNE -

----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
--------------------

# kutxa

gipuzkoa donostia kutxa
caja gipuzkoa san sebastian

DON ROBERTO LOPEZ DE ETXEZARRETA MURGUIONDO, SECRETARIO DE LA
COMISION EJECUTIVA DE LA CAJA DE AHORROS Y MONTE DE PIEDAD DE
GUIPUZCOA Y SAN SEBASTIAN - GIPUZKOA ETA DONOSTIAKO AURREZKI
KUTXA,

## C E R T I F I C O

Que la Comisión Ejecutiva de esta Caja de Ahorros, en la
sesión celebrada con fecha 4 de julio de 1991, acordó otorgar
al Jefe de Administración y Control de Tesorería y Mercado de
Capitales, dña Arantxa García Zaldúa, los poderes que a conti-
nuación se indican:
. Para que en nombre de la Institución, de las Obras be-
néfico-sociales propias, e incluso en sus funciones de habili-
tada, delegada, apoderada, asociada o subrogada, de personas
naturales o jurídicas, realicen cuantas operaciones, actos y
contratos a la Entidad correspondan, quedando ampliamente au-
torizados y facultados, concreta y especialmente, para llevar
su firma y representación ante la Administración Pública Esta-
tal, Autonómica, Local, Ministerios, Consejerías, Alcaldías,
Banco de España, Entidades y Asociaciones públicas y/o priva-
das y en todas las dependencias centrales o delegadas de las
mismas, efectuando en ellos toda clase de reclamaciones, co-
bros, percepciones y abonos, ingresos, cargos y pagos; recibir
y practicar requerimientos y citaciones; señalar domicilios;
pedir fraccionamientos o aplazamientos de pagos; concurrir a
todo género de subastas, efectuando posturas y solicitando la
adjudicación del remate, bien para sus representantes o para
ceder a terceros; efectuar depósitos o consignaciones; presen-
tar y rendir toda clase de cuentas; legalizar y reconocer fir-
mas; afianzar o avalar créditos y débitos devengados por razón
de impuestos, contribuciones, tasas, arbitrios y gravámenes de
todas clases, suscribir recibos y cartas de pago; formalizar
peticiones de devolución o condonación de ingresos, abonos y
pagos y depósitos, incluso en el Banco de España y Caja Gene-
ral de Depósitos; de modificación o anulación de liquidaciones
de todo orden; dirigir escritos y súplicas y actuaciones seme-
jantes. Solicitar la apertura, traslado y clausura de sucursa-
les, agencias u oficinas, así como dictar cuantas normas, dis-
posiciones o aclaraciones de orden interno conceptúen necesa-
rias o convenientes para el cumplimiento de los Estatutos y







A 0751364

CLASE 6.ª
MOTA 6.

10900

# kutxa

gipuzkoa donostia kutxa
caja gipuzkoa san sebastián



Reglamentos de la Entidad o normas o disposiciones legales que
le afecten de cualquier modo.
. Ostentar la firma Social para suscribir documentos de
toda índole, firmar y recoger la correspondencia, retirar cer-
tificados, pliegos y valores declarados, giros y libranzas,
recibos, paquetería o mercancías que vengan, aseguradas o no,
destinadas a la Caja.
. Emitir certificaciones de todo tipo de resultancia de
los datos, libros, expedientes, contabilidad, etc. obrantes en
la Institución y en general sobre la operativa de la Entidad.
. Ordenar el movimiento de las cuentas abiertas por la
Institución en: Bancos, Cajas de Ahorro, Confederación Espa-
ñola de Cajas de Ahorro y demás Entidades de Crédito Españolas
o Extranjeras, incluso Banco de España y Bancos oficiales,
realizando los cargos y abonos precisos pudiendo disponer en
cheques y pagarés hasta 10 millones, con su sola firma, exi-
giéndose para importes superiores la firma conjunta de dos de
los apoderados autorizados, uno de los cuales deberá ser nece-
sariamente Presidente, Director General, Director General Ad-
junto o Director de Area, efectuar los conocimientos de firma
que procedan, autorizar transferencias de cuenta a cuenta con
las mismas limitaciones señaladas para los cheques y pagarés,
dentro de la propia Caja y sus sucursales, como con respecto a
otras Entidades de Crédito, liquidar y saldar las cuentas men-
cionadas y realizar todas las operaciones de giro que requie-
ran sus relaciones mercantiles y al efecto expedir, endosar y
ceder letras de cambio, cheques, transferencias y demás docu-
mentos de cambio y giro y realizar todos los actos y contratos
admitidos en derecho y por los usos y prácticas bancarias y
mercantiles, así como firmar sin limitación de cuantía las
liquidaciones de las Cámaras de Compensación para su adeudo
y/o abono en la cuenta de la Institución con el Banco de Espa-
ña. Las disposiciones en el  Banco de España, sin limitación
de cuantía, necesitarán, en todo caso, la firma mancomunada de
dos cualesquiera de los apoderados.
. Constituir depósitos de efectivo, valores o de cuales-
quiera otros bienes, voluntarios o necesarios, y por cualquier
otro concepto, modificarlos y retirarlos total o parcialmente,
en su caso, ante toda clase de Organismos del Estado, de las
Comunidades Autónomas, de las Corporaciones Provinciales y
Municipales, sus delegaciones, servicios o dependencias, Ban-
cos Comerciales e Industriales, incluso en el Banco de España.

# kutxa

gipuzkoa donostia kutxa
caja gipuzkoa san sebastián

General de Depósitos. Y, a tal fin, firmar resguardos y demás documentos necesarios; percibir cupones, cobrar intereses o dividendos de los títulos depositados; proceder a la sustitución de valores; lo mismo en caso de sustitución voluntaria, que de amortización de los títulos que estuvieren afectados a garantía pignoraticia y en general, pedir y recoger dichos bienes y/o valores y cualesquiera otros que estén entregados o lleguen a entregarse, firmando, si procediere, los oportunos resguardos y suscribiendo a tal fin la carta o cartas de pago que fueren precisas.

. Constituir, prorrogar, modificar y sustituir avales, fianzas y garantías de cualquier clase, incluyendo la intervención por aval en letra de cambio, ante toda clase de organismos públicos (Administración del Estado, Comunidades Autónomas, Entes Provinciales y Locales y ante cualquier Entidad o Institución pública) o privados, a favor de personas físicas o jurídicas, nacionales o extranjeras, otorgándolas bien en nombre propio de la Institución o de ésta por cuanta de tercero/s, y ello tanto en la Caja General de Depósitos, como en el Banco de España y otros Bancos y Cajas de Ahorro, Confederación Española de Cajas de Ahorro, y demás Entidades financieras, Tribunales, Juzgados o cualquier otro organismo oficial o particular. Asímismo, y como consecuencia de los avales, fianzas y garantías que preste por cuenta propia o de terceros, constituir, prorrogar y modificar y sustituir escrituras, pólizas o contratos en los que se regulen los requisitos de aquéllos. Y, en general, realizar cualquier tipo de operación bancaria de garantía, aval o fianza en favor de terceros.

. Asímismo, facultar al Presidente, don Gotzon Olarte Lasa y al Director General, don Carlos Sistiaga Coarasa, para que, con carácter indistinto, puedan concurrir a la formalización de la escritura pública correspondiente.

Y para que conste, a los efectos oportunos, expido la presente certificación, con el visto bueno del Sr. Presidente, en San Sebastián, a veinte de setiembre de mil novecientos noventa y uno.

Vº. Bº.
EL PRESIDENTE





A 0751365

**CLASE 6.ª**
**MOTA 6.**

ES FIEL COPIA LITERAL de su matriz, que con el número
de orden antes indicado, queda en mi protocolo gene-
ral corriente de instrumentos públicos, con nota de
esta expedición.- La expido a instancia de la parte
otorgante, en  cinco ---- folios de la clase sexta,-
serie A, Números 0751362 -- y los siguientes en or--
den, el último de los cuales rubrico y sello para  -
consignación de notas por los Registros y Oficinas -
públicas pertinentes. En San Sebastián el mismo día
de su otorgamiento. DOY FE.------------------------

DOCUMENTO SIN CUANTIA

INSCRITO el precedente documento en el Registro Mercantil de
esta provincia, en el Tomo 1011 de Inscripciones, folio 100.1.º.
hoja número SS.745 inscripción 1.4.9. San Sebastián a 21
de Febrero de 1992.

EL REGISTRADOR MERCANTIL.

ACTO SIN CUANTIA



A 0751366

CLASE 6.ª
MOTA 6.

ESTE FOLIO EN BLANCO, RUBRICADO Y SELLADO, SE HA
INCORPORADO A LA COPIA DE LA ESCRITURA POR MI
AUTORIZADA BAJO EL NUMERO 3423 DE MI PROTO-
COLO DEL AÑO 1991, A LOS EFECTOS DEL ARTICULO
241 DEL VIGENTE REGLAMENTO NOTARIAL.




Notaría erabilerarako soilik.
Para uso exclusivo notarial.

**B 4964845**



### ELEVACION A PUBLICO DE ACUERDOS ADOPTADOS POR
### EL CONSEJO DE ADMINISTRACION:

NUMERO CUATROCIENTOS SETENTA.-

EN BERGARA, mi residencia, a catorce de Junio
de dos mil cuatro. --------------------------------

Ante mí, ROBERTO OLIVER PUERTOLAS, Notario del
Ilustre Colegio de Pamplona, ---------------------

-------------------- COMPARECE: ------------------

**DOÑA NEREA ZABALETA HIDALGO**, mayor de edad,
soltera y vecina de Antzuola ((Kalegoi, 4), con
D.N.I. número 72.456.067-H. ----------------------

INTERVIENE en nombre y representación, en su
condición de Secretario del Consejo de Administra-
ción, de la Sociedad **"IRIALDE, S.L."**, domiciliada
en Antzuola (Gipuzkoa), Antigua, 2; constituida,
con duración indefinida, en virtud de escritura de
escisión total, autorizada por el Notario de Donos-
tia-San Sebastián, don José María Segura Zurbano,
el día 26 de Junio de 2.001 y número 2.065 de pro-
tocolo, que fué inscrita en el Registro Mercantil

de Gipuzkoa al tomo 1.907, libro 0, folio 62, hoja
SS-19.482. ------------------------------------------

Ostenta el número B-20739819 de Identificación
Fiscal. -----------------------------------------------

Se halla especialmente facultada para este ac-
to por acuerdo adoptado por el Consejo de Adminis-
tración de la Sociedad representada, en su reunión
válidamente celebrada el día 2 de Julio de 2.003,
según resulta de certificado expedido por doña NE-
REA ZABALETA HIDALGO, en su condición de Secretario
del Consejo de Administración, con el visto bueno
de su Presidente, doña MARIA CARMEN YASTUY AGUIRRE,
con firmas y rúbricas que considero legítimas, me
entregan e incorporo a la matriz que redacto, de la
que pasa a formar parte integrante. --------------

Según interviene tiene, a mi juicio, capacidad
legal necesaria para formalizar esta escritura de
**ELEVACION A PUBLICO DE ACUERDOS SOCIALES**, y, en su
virtud, -----------------------------------------------

------------------ **EXPONEN:** ---------------------

I.- Que en reunión válidamente celebrada por
el Consejo de Administración de la Sociedad repre-
sentada, el día 2 de Junio de 2.003, se acordó nom-
brar al Consejero Delegado de la Sociedad represen-




**B  4964844**

Notaria erabilerarako soilik.
Para uso exclusivo notarial.



tada. ------------------------------------------------

II.- Que, a los fines de esta escritura, el

compareciente, según interviene, ------------------

-------------------- **OTORGA:** --------------------

**PRIMERO.-** Que eleva a público el acuerdo adop-

tado por el Consejo de Administración de la Socie-

dad **"IRIALDE, S.L."**, en su reunión celebrada el día

2 de Julio de 2.003, en los mismos términos resul-

tantes de la certificación incorporada a la matriz

que redacto, que se da por reproducida en este

otorgamiento. ------------------------------------------

Que ejecuta dichos acuerdos procediendo por

tanto a nombrara Consejero Delegado de la Sociedad

representada, a doña **KRISTINA ELKOROAIASTUI**, cuyas

circunstancias personales constan en la certifica-

ción incorporada y se dan por reproducidas en este

otorgamiento, en evitación de una duplicidad de

texto. ------------------------------------------------

Hechas las reservas y advertencias legales  y

en especial las referentes a la inscripción de la

primera copia de esta escritura en el Registro

Mercantil correspondiente. -----------------------

    De acuerdo con lo establecido en la Ley Orgá-

nica 15/1999 de Protección de datos, la parte com-

pareciente, previamente informada acerca del conte-

nido y alcance del secreto de protocolo y del se-

creto profesional, consiente expresamente la incor-

poración de sus datos personales a los ficheros au-

tomatizados existentes en la Notaría. Dichos datos

se conservarán con la máxima confidencialidad sin

perjuicio de su toma de razón en los registros pú-

blicos competentes o su remisión a los organismos

judiciales y administrativos en los términos que

establezca la legislación vigente. ----------------

    Leída integramente por mí esta escritura a la

compareciente, que renuncia al derecho que le ins-

truí tenía de hacerlo por sí, la aprueba, presta su

asentimiento y firma conmigo, el Notario, que doy

fe de identificarle por su D.N.I. exhibido de que

el consentimiento ha sido libremente prestado y de

que el otorgamiento se adecua a la legalidad y a la

voluntad debidamente informada de la compareciente

y de cuanto se contiene en este instrumento públi-

co, extendido en tres folios de uso exclusivo nota-




**B** 4964843

Notaria erabilerarako soilik.
Para uso exclusivo notarial.



rial, del timbre de la Diputación Foral de Guipuz-

coa, serie A., números 4476082 y los dos siguientes

en orden correlativo.-FIRMA RUBRICADA DE DOÑA NEREA

ZABALETA HIDALGO. SIGNADO Y FIRMADO. ROBERTO OLIVER

PUERTOLAS. RUBRICADO Y SELLADO.--------------------

----DOCUMENTOS UNIDOS.-

⬛ ⬛⬛, S.L.

DOÑA NEREA ZABALETA HIDALGO, en su calidad de SECRETARIA del Consejo de Administración de IRIALDE, S.L.,

## CERTIFICA

I.- Que con fecha 2 de julio de 2003 y en el domicilio social se reunieron la totalidad de los miembros del Consejo de Administración de la Sociedad IRIALDE, S.L., y acordaron por unanimidad dar por válidamente constituido el mismo para tratar, entre otros, los siguientes puntos del orden del día:

1° Nombramiento de Consejera Delegada.

3° Otorgamiento de facultades para formalidades.

4° Lectura y aprobación del Acta del Consejo.

II.- Asistieron a la reunión la totalidad de los miembros que conforman el Consejo de Administración, que son:

- Dña. María Carmen Ayastuy Aguirre
- Dña. Nerea Zabaleta Hidalgo
- D. José Ramón Ayastuy Aguirre
- D. Juan Luis Ayastuy Aguirre
- Dña. Kristina Alkoro Aiastui

Actuaron como Presidente y Secretaria de la reunión, Dña. María Carmen Ayastuy Aguirre y Dña. Nerea Zabaleta Hidalgo, respectivamente, quienes ostentan tales cargos en el órgano de administración.

III.-La Presidente declaró válidamente constituido el Consejo y, tras las distintas Intervenciones, ninguna de las cuales se solicitó que constase en Acta, se adoptaron por unanimidad, los siguientes acuerdos, que se transcriben literalmente del contenido del acta:

## "ACUERDOS

### 1° Nombramiento de Consejera Delegada.

Se acuerda por unanimidad nombrar a Doña Kristina Elkoro Aiastui, mayor de edad, soltera, con domicilio en Mahasterreka, 21, 20570 Bergara (Gipuzkoa) y con N.I.F. n° 15.380.692-V, para el cargo de Consejera Delegada de la Sociedad, delegándose en ella todas las facultades legal y estatutariamente delegables.

La Sra. Elkoro, presente en el acto, acepta el cargo para el que ha sido designada y manifiesta no hallarse incursa en ninguna de las causas de incompatibilidad previstas en la legislación vigente y, en especial, en las de la Ley 12/1995, de 11 de mayo.

 

Notaria erabilerarako soilik.
Para uso exclusivo notarial.

**B 4964842**

(...)

3º  Otorgamiento de facultades para formalidades.

Facultar tan ampliamente como en Derecho sea necesario a DOÑA Mª CARMEN AYASTUY AGUIRRE, a DOÑA NEREA ZABALETA HIDALGO y a DÑA. KRISTINA ELKORO AIASTUI, para que cualquiera de ellas, indistintamente, es decir, sin la necesidad de la concurrencia de la otra, puedan realizar las formalidades legales oportunas y, en su caso, elevar a escritura pública los anteriores acuerdos e inscribirlos en el Registro Mercantil, confiriéndoles poder para que puedan rectificar o subsanar lo que crean oportuno siempre que tales subsanaciones o rectificaciones se limiten a aceptar las modificaciones que supongan la calificación verbal o escrita del Sr. Registrador Mercantil.

4º  Lectura y aprobación, en su caso, del Acta del Consejo.

Tras un breve receso, la Secretaria procede a leer el Acta de la reunión que es aprobada por unanimidad, siendo firmada por el Secretario, con el VºBº de la Presidente."

IV.-Que el acta de la reunión fue firmada por la Secretaria con el VºBº de la Presidente.

V.- Que los acuerdos omitidos en nada afectan a los transcritos.

Y PARA QUE ASÍ CONSTE DONDE PROCEDA, LIBRO LA PRESENTE CERTIFICACIÓN, CON EL Vº Bº DE LA SRA. PRESIDENTE, DE CUYA CONDICIÓN TAMBIÉN CERTIFICO, EN ANTZUOLA, A 11 DE MARZO DE 2004.

LA PRESIDENTE
Dña. María Carmen Ayastuy Aguirre

LA SECRETARIA
Dña. Nerea Zabaleta Hidalgo



**ES SEGUNDA COPIA**, exacta de su matriz, donde queda anotada, y la expido para **IRIALDE, S.L.**, en cuatro folios de papel de uso exclusivo para documentos notariales, serie B., números 4964845 y los tres anteriores correlativos. En Bergara a trece de octubre de dos mil nueve. Yo, JUAN ANTONIO PEREZ DAPENA, en sustitución por imposibilidad accidental de mi compañero Don ROBERTO OLIVER PUERTOLAS titular depositario del protocolo en que se integra el poder copiado, doy fe.-







El presente folio es el agregado al documento en el que figura la firma de D. JUAN ANTONIO PEREZ DAPENA, Notario de BERGARA, en sustitución por imposibilidad accidental de su compañero D. ROBERTO OLIVER PUERTOLAS, estampada al folio de papel para uso exclusivo notarial de la Diputación Foral de Gipuzkoa nº B 4964842, al pie de la escritura de elevación a público de acuerdos adoptados por el Consejo de Administración, nº 470, de fecha 14 de Junio de 2004.

## APOSTILLE
### Convention de la Haye du 5 octobre 1961

1.- País: España
   El presente documento público
2.- ha sido firmado por *D. JUAN ANTONIO PEREZ DAPENA*
3.- Actuando en calidad de *NOTARIO*
4.- Se halla sellado/timbrado con el sello de su Notaría

## CERTIFICADO

5.- en DONOSTIA-SAN SEBASTIAN   6.-   el día 14 de Octubre de 2009
7.- por *Dña. GUADALUPE MARIA INMACULADA ADANEZ GARCIA, Delegada de la Junta Directiva del Ilustre Colegio Notarial del País Vasco*
8.- con el Número 2435/09
9.- Sello/timbre                         10.- Firma





0L5296490

