UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

**JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENAS ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Reference is made to the proof of claim numbers listed on the attached Exhibit A (the "Claims"), each of which was filed against Lehman Brothers Holdings Inc. by AllianceBernstein L.P., acting as agent on behalf of each of the corresponding entities listed on Exhibit A (the "Claimant").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and direct Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on them, or any law, regulation, judgment, order or administrative action binding on them.

1

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws the subpoenas served upon the Claimant, the issuances of which were noticed in filings with the Court. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in <u>Exhibit A</u>.

Dated: May 13, 2013
      Boston, Massachusetts

/s/ Jonathan P. Reisman

Jonathan P. Reisman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 235-4779
Facsimile: (617) 235-0647

*Attorneys for AllianceBernstein L.P., acting as agent on behalf of each of the entities listed on <u>Exhibit A</u>*

Dated: May 15, 2013
      New York, New York

/s/ Robert J. Lemons

Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

**EXHIBIT A**

|  | **Proof of Claim Number** | **Creditor** | **Amount** | **Date Filed** |
|---|---|---|---|---|
| 1. | 22447 | A.A. PENSION SCHEME | $85,154.00 | 09/21/2009 |
| 2. | 27529 | A.A. PENSION SCHEME | $18,636.00 | 09/22/2009 |
| 3. | 22378 | AB INTERNATIONAL VALUE FUND 2R81 | $4,618.00 | 09/21/2009 |
| 4. | 22454 | ACE PROPERTY AND CASUALTY INSURANCE COMPANY | $272.00 | 09/21/2009 |
| 5. | 22438 | ACM GLOBAL GROWTH TRENDS | $15,349.00 | 09/21/2009 |
| 6. | 22032 | AEP SYSTEM RETIREE MEDICAL TRUST | $272.00 | 09/21/2009 |
| 7. | 22459 | AJINOMOTO PENSION FUND | $272.00 | 09/21/2009 |
| 8. | 22427 | ALCAN (CANADA) MASTER TRUST FUND | $272.00 | 09/21/2009 |
| 9. | 22425 | ALGOMA STEEL INC | $272.00 | 09/21/2009 |
| 10. | 22442 | ALLIANCE BERNSTEIN GLB STYLE BLEND TRUST | $340.00 | 09/21/2009 |
| 11. | 22423 | ALLIANCE BERNSTEIN INTL ALL COUNTRY STYLE-BLEND | $272.00 | 09/21/2009 |
| 12. | 22466 | ALSCOTT INVESTMENT LLC | $272.00 | 09/21/2009 |
| 13. | 22412 | AMERICAN ELECTRIC POWER MASTER RETIREMENT TRUST | $272.00 | 09/21/2009 |
| 14. | 22460 | AMONIS NV EQUITY | $272.00 | 09/21/2009 |
| 15. | 22390 | AMP CAPITAL INVESTORS | $747.00 | 09/21/2009 |
| 16. | 21771 | AMP GLOBAL TECH | $157.00 | 09/21/2009 |
| 17. | 22391 | ANGLICAN CHURCH OF CANADA PENSION FUND | $712.00 | 09/21/2009 |
| 18. | 22396 | ASIAN DEVELOPMENT BANK | $427.00 | 09/21/2009 |
| 19. | 22395 | ATRADIUS UK PENSION SCHEME | $475.00 | 09/21/2009 |
| 20. | 22030 | AUSGEST PTY LTD. | $272.00 | 09/21/2009 |
| 21. | 22031 | AXA-COLONIAL FIRST CHOICE | $272.00 | 09/21/2009 |
| 22. | 27524 | AXA SUN LIFE PLC - SLPM UNIT LINKED FUNDS | $149,224.00 | 09/22/2009 |
| 23. | 22434 | AXA SUNLIFE PLC | $52,593.00 | 09/21/2009 |
| 24. | 27530 | AXA SUN LIFE PLC - SLPM | $46,841.00 | 09/22/2009 |
| 25. | 22408 | BARCLAYS MULTI-MANAGER FUND PLC | $9,444.00 | 09/21/2009 |
| 26. | 27526 | BARCLAYS MULTI-MANAGER FUND PLC | $28,166.00 | 09/22/2009 |
| 27. | 27531 | BARCLAYS MULTI-MANAGER FUND PLC | $7,370.00 | 09/22/2009 |
| 28. | 22377 | BARCLAYS UK ALPHA FUND | $129,544.00 | 09/21/2009 |

3

|  | **Proof of Claim Number** | **Creditor** | **Amount** | **Date Filed** |
|---|---|---|---|---|
| 29. | 27512 | BARCLAYS UK ALPHA FUND | $25,526.00 | 09/22/2009 |
| 30. | 22405 | BC INVESTMENT MANAGEMENT CORP. JAPAN | $23,881.00 | 09/21/2009 |
| 31. | 22443 | BERNSTEIN INTL VALUE - ALL COUNTRY DBT | $340.00 | 09/21/2009 |
| 32. | 22439 | BERNSTEIN INTL VALUE EAFE DBT | $407.00 | 09/21/2009 |
| 33. | 22444 | BERNSTEIN TAX MANAGED GLOBAL STYLE BLEN SERIES | $340.00 | 09/21/2009 |
| 34. | 22449 | BERNSTEIN TAX-MANAGED INTERNATIONAL BLEND DBT | $272.00 | 09/21/2009 |
| 35. | 22421 | BIMCOR OVERSEAS POOLED FUND | $272.00 | 09/21/2009 |
| 36. | 21760 | BOMBARDIER TRUST UK | $272.00 | 09/21/2009 |
| 37. | 22034 | BOMBARDIER TRUST UK | $157,804.00 | 09/21/2009 |
| 38. | 27532 | BOMBARDIER TRUST UK | $31,095.00 | 09/22/2009 |
| 39. | 22393 | CANADIAN GROUP TRUST | $543.00 | 09/21/2009 |
| 40. | 22417 | CANADIAN IMPERIAL BANK OF COMMERCE PENSION FUND | $272.00 | 09/21/2009 |
| 41. | 22037 | CANADIAN INTL TRUST (CAP) CECAP 2R51 | $313,529.00 | 09/21/2009 |
| 42. | 27523 | CANADIAN INTL TRUST (CAP) CECAP 2R51 | $61,780.00 | 09/22/2009 |
| 43. | 27513 | CONOCO PHILLIPS PENSION PLAN | $21,549.00 | 09/22/2009 |
| 44. | 22388 | CONOCO PHILLIPS PENSION PLAN | $109,358.00 | 09/21/2009 |
| 45. | 22372 | CORDARES-JAPAN GROWTH | $10,448.00 | 09/21/2009 |
| 46. | 22430 | CORNWALL COUNTY COUNCIL | $81,811.00 | 09/21/2009 |
| 47. | 27533 | CORNWALL COUNTY COUNCIL | $16,121.00 | 09/22/2009 |
| 48. | 22465 | CROW PUBLIC SECURITIES L.P. | $272.00 | 09/21/2009 |
| 49. | 21768 | DANSKE INVEST VALUE | $14,241.00 | 09/21/2009 |
| 50. | 21920 | DANSKE INVEST VALUE | $14,241.00 | 09/21/2009 |
| 51. | 22446 | DBT TAX MANAGED CAP UH | $340.00 | 09/21/2009 |
| 52. | 22418 | DESJARDINS GLOBAL ASSET MANAGEMENT | $272.00 | 09/21/2009 |
| 53. | 20424 | DESJARDINS FINANCIAL | $272.00 | 09/21/2009 |
| 54. | 22397 | DESJARDINS OVERSEAS EQUITY VALUE FUND | $407.00 | 09/21/2009 |
| 55. | 22419 | DOFASCO SUPPLEMENTARY RETIREMENT INCOME PLAN | $272.00 | 09/21/2009 |
| 56. | 22471 | DTE ENERGY COMPANY | $272.00 | 09/21/2009 |
| 57. | 22028 | DUKE ENERGY CAROLINAS, LLC | $272.00 | 09/21/2009 |

US_ACTIVE:\44252915\1\58399.0011

|     | **Proof of Claim Number** | **Creditor** | **Amount** | **Date Filed** |
| --- | --- | --- | --- | --- |
| 58. | 22401 | EAST JAPAN STATIONERY SALES PENSION FUND | $661.00 | 09/21/2009 |
| 59. | 22462 | ECONOMIC INVESTMENT TRUST | $272.00 | 09/21/2009 |
| 60. | 22448 | ERIE INSURANCE | $272.00 | 09/21/2009 |
| 61. | 22469 | FNMA ASSOC FOR EMP NOT COVERED UNDER CIVIL SERVICE RETIREMENT | $272.00 | 09/21/2009 |
| 62. | 21769 | FORD VEBA UAW BENEFITS TRUST | $738.00 | 09/21/2009 |
| 63. | 21770 | FORD VEBA UAW BENEFITS TRUST | $0.00 | 09/21/2009 |
| 64. | 22040 | FORSTA AP-FONDEN | $12,239.00 | 09/21/2009 |
| 65. | 22406 | FUJITSU PENSION FUND | $10,351.00 | 09/21/2009 |
| 66. | 22411 | FUJITSU PENSION FUND GSV | $272.00 | 09/21/2009 |
| 67. | 22394 | GENERAL MOTORS VEBA INTERNATIONAL RESEARCH GROWTH | $515.00 | 09/21/2009 |
| 68. | 22414 | GIC - GLOBAL STYLE BLEND | $272.00 | 09/21/2009 |
| 69. | 22033 | GLOBAL BLUE CHIP TRUST II NZEAL | $272.00 | 09/21/2009 |
| 70. | 22382 | GM PROMARK INTERNATIONAL RESEARCH GROWTH | $2,115.00 | 09/21/2009 |
| 71. | 22402 | HNW PERFORMA JAPAN | $896.00 | 09/21/2009 |
| 72. | 22451 | HSBC BANK USA PENSION PLAN | $272.00 | 09/21/2009 |
| 73. | 22455 | HSBC INVESTOR INTERNATIONAL EQUITY PORTFOLIO | $272.00 | 09/21/2009 |
| 74. | 22457 | HSBC MM INTERNATIONAL VALUE EQUITY POOLED FUND | $272.00 | 09/21/2009 |
| 75. | 22463 | INOVA HEALTH SYSTEM | $272.00 | 09/21/2009 |
| 76. | 22435 | INTERNATIONAL EQUITY VALUE CORPORATE CLASS | $46,760.00 | 09/21/2009 |
| 77. | 22436 | INTERNATIONAL EQUITY VALUE CORPORATE CLASS | $46,760.00 | 09/21/2009 |
| 78. | 27514 | INTERNATIONAL VALUE PORTFOLIO IVP | $514,049.00 | 09/22/2009 |
| 79. | 22404 | ITM JAPANESE LARGE CAP GROWTH MOTHER | $4,185.00 | 09/21/2009 |
| 80. | 22399 | ITM PROFESSIONAL EQUITY | $330.00 | 09/21/2009 |
| 81. | 21766 | JAL PENSION FUND | $83.00 | 09/21/2009 |
| 82. | 22428 | JOHN AND CYNTHIA REED FOUNDATION | $272.00 | 09/21/2009 |
| 83. | 22384 | LAERERNES PENSION (DANISH | $2,090.00 | 09/21/2009 |

|     | **Proof of Claim Number** | **Creditor** | **Amount** | **Date Filed** |
|-----|---------------------------|--------------|------------|----------------|
|     |                           | TEACHERS)    |            |                |
| 84. | 22035 | LLOYDS TSB GROUP PENSION TRUST (NO 2) LIMITED | $162,434.00 | 09/21/2009 |
| 85. | 22038 | LLOYDS TSB GROUP PENSION TRUST (NO 1) LTD | $343,214.00 | 09/21/2009 |
| 86. | 27516 | LLOYDS TSB GROUP PENSION TRUST (NO 2) LIMITED | $32,007.00 | 09/22/2009 |
| 87. | 27515 | LLOYDS TSB GROUP PENSION TRUST (NO 1) LIMITED | $67,630.00 | 09/22/2009 |
| 88. | 22373 | LONDON BOROUGH OF BARKING DAGENHAM | $5,452.00 | 09/21/2009 |
| 89. | 27517 | LONDON BOROUGH OF BARKING DAGENHAM | $4,715.00 | 09/22/2009 |
| 90. | 27525 | LONDON BOROUGH OF BARKING DAGENHAM | $15,602.00 | 09/22/2009 |
| 91. | 22400 | MACKENZIE FOCUS JAPAN CLASS | $638.00 | 09/21/2009 |
| 92. | 21756 | MARKS SPENCER PENSION TRUST | $272.00 | 09/21/2009 |
| 93. | 21773 | MERCHANT INVESTORS ASSURANCE (MIA) | $4,179.00 | 09/21/2009 |
| 94. | 22429 | MERCK CO. INC. MASTER RETIREMENT TRUST | $272.00 | 09/21/2009 |
| 95. | 22383 | MHI-1-JE | $2,092.00 | 09/21/2009 |
| 96. | 22467 | MINE SAFETY APPLIANCES CO. | $272.00 | 09/21/2009 |
| 97. | 22422 | MIZUHO PENSION FUND 2 | $272.00 | 09/21/2009 |
| 98. | 21757 | MOWLEM STAFF PENLIFE ASSURANCE | $272.00 | 09/21/2009 |
| 99. | 22371 | NATIONAL CORPORATE INVESTMENT SERVICES LIMITED | $10,746.00 | 09/21/2009 |
| 100. | 27518 | NATIONAL CORPORATE INVESTMENT SERVICES LIMITED | $8,376.00 | 09/22/2009 |
| 101. | 27528 | NATIONAL CORPORATE INVESTMENT SERVICES LIMITED | $32,015.00 | 09/22/2009 |
| 102. | 21764 | NCR (SCOTLAND) PENSION PLAN | $272.00 | 09/21/2009 |
| 103. | 22426 | NEW YORK CITY DEFERRED COMPENSATION PLAN | $272.00 | 09/21/2009 |
| 104. | 22379 | NEW YORK STATE BANKERS RETIREMENT | $4,229.00 | 09/21/2009 |
| 105. | 22441 | NIPPON STEEL | $407.00 | 09/21/2009 |
| 106. | 22424 | NORTEL NETWORKS LIMITED | $272.00 | 09/21/2009 |
| 107. | 21752 | NORTHAMPTON COUNTY COUNCIL | $0.00 | 09/21/2009 |

|      | Proof of Claim Number | Creditor | Amount | Date Filed |
|------|---|---|---|---|
| 108. | 21753 | NORTHAMPTON COUNTY COUNCIL | $272.00 | 09/21/2009 |
| 109. | 22375 | NORTHUMBERLAND COUNTY COUNCIL PENSION FUND | $43,280.00 | 09/21/2009 |
| 110. | 27519 | NORTHUMBERLAND COUNTY COUNCIL PENSION FUND | $8,528.00 | 09/22/2009 |
| 111. | 22385 | NYKREDIT PORTEFOLJE ADMINISTRATION AS | $1,791.00 | 09/21/2009 |
| 112. | 22380 | NYKREDIT PORTEFOLJE ADMINISTRATION ASII | $4,179.00 | 09/21/2009 |
| 113. | 21772 | OSAKA ELECTRIC EQUIPMENT PENSION FUND | $1,101.00 | 09/21/2009 |
| 114. | 22458 | PACIFIC GAS AND ELECTRIC COMPANY | $272.00 | 09/21/2009 |
| 115. | 21751 | PACIFIC LIFE INSURANCE COMPANY | $272.00 | 09/21/2009 |
| 116. | 22392 | PENNSYLVANIA PUBLIC SCHOOL EMPLOYEES | $543.00 | 09/21/2009 |
| 117. | 22376 | PRUDENTIAL STAFF PENSION | $116,661.00 | 09/21/2009 |
| 118. | 27520 | PRUDENTIAL STAFF PENSION | $22,988.00 | 09/22/2009 |
| 119. | 22452 | PUBLIC EMPLOYEE RETIREMENT SYSTEM OF IDAHO | $272.00 | 09/21/2009 |
| 120. | 22470 | REGIME DE RENTES DU MOUVEMENT DESJARDINS | $272.00 | 09/21/2009 |
| 121. | 22413 | REGIME DE RETRAITE DE L'UNIVERSITE DU QUEBEC | $272.00 | 09/21/2009 |
| 122. | 22461 | RRMD PENSION PLAN | $272.00 | 09/21/2009 |
| 123. | 22468 | SCHOOL EMPLOYEES RETIREMENT SYSTEM OF OHIO | $272.00 | 09/21/2009 |
| 124. | 22415 | SCOTIA BANK GROUP DOMESTIC MASTER TRUST | $272.00 | 09/21/2009 |
| 125. | 22039 | SEI BERNSTEIN UK VALUE POOL | $403,058.00 | 09/21/2009 |
| 126. | 27521 | SEI BERNSTEIN UK VALUE POOL | $79,422.00 | 09/22/2009 |
| 127. | 22420 | SHELL PENSION TRUST | $272.00 | 09/21/2009 |
| 128. | 21767 | SHIN DAIWA EMPLOYEES PENSION | $330.00 | 09/21/2009 |
| 129. | 22409 | SPOBS (UK) PENSION SCHEME | $6,116.00 | 09/21/2009 |
| 130. | 22464 | SPOBS (UK) PENSION SCHEME | $304.00 | 09/21/2009 |
| 131. | 21763 | STAFFORDSHIRE COUNTY COUNCIL | $272.00 | 09/21/2009 |
| 132. | 22398 | STATE OF WISCONSIN INVESTMENT BOARD | $407.00 | 09/21/2009 |
| 133. | 22036 | STATE TEACHERS RETIREMENT | $311,118.00 | 09/21/2009 |

|      | Proof of Claim Number | Creditor | Amount | Date Filed |
|------|------|------|------|------|
|      |       | SYSTEM OF OHIO |         |            |
| 134. | 21762 | STICHTING PENSIOENFONDS SDB | $272.00 | 09/21/2009 |
| 135. | 22374 | SWIRE-JSB | $5,373.00 | 09/21/2009 |
| 136. | 22456 | SYNCRUDE CANADA LTD. | $272.00 | 09/21/2009 |
| 137. | 22416 | TA IDEX ALLIANCE BERNSTEIN INTERNATIONAL VALUE | $272.00 | 09/21/2009 |
| 138. | 21759 | TATE LYLE GROUP PENSION SCHEME | $272.00 | 09/21/2009 |
| 139. | 22440 | TEACHERS RETIREMENT SYSTEM OF LOUISIANA | $407.00 | 09/21/2009 |
| 140. | 22403 | TFT JAPANESE LGE CAP GROWTH | $1,542.00 | 09/21/2009 |
| 141. | 21761 | THALES COMMON INVESTMENT FUND | $272.00 | 09/21/2009 |
| 142. | 22389 | BBC PENSION SCHEME, THE | $883.00 | 09/21/2009 |
| 143. | 27527 | BRITISH COLUMBIA INVESTMENT MANAGEMENT CORP., THE | $202,163.00 | 09/22/2009 |
| 144. | 27522 | BRITISH COLUMBIA INVESTMENT MANAGEMENT CORPORATION, THE | $79,071.00 | 09/22/2009 |
| 145. | 22453 | PUBLIC SCHOOL EMPLOYEE RETIRMENT SYSTEM OF MISSOURI, THE | $272.00 | 09/21/2009 |
| 146. | 21754 | ROYAL BOROUGH OF KENSINGTON, THE | $272.00 | 09/21/2009 |
| 147. | 21758 | ROYAL ORDINANCE PENSION SCHEME, THE | $272.00 | 09/21/2009 |
| 148. | 22381 | THE SUMITOMO TRUST BANKING CORP. | $3,500.00 | 09/21/2009 |
| 149. | 21755 | UBS ACCESS SICAV - GSV | $272.00 | 09/21/2009 |
| 150. | 22437 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM | $15,351.00 | 09/21/2009 |
| 151. | 22445 | VANGUARD GLOBAL EQUITY FUND | $340.00 | 09/21/2009 |
| 152. | 22386 | VANGUARD INTERNATIONAL VALUE FUND | $1,494.00 | 09/21/2009 |
| 153. | 22431 | VARIABLE BALANCE WEALTH ITG | $3,534.00 | 09/21/2009 |
| 154. | 22450 | VERIZON INVESTMENT MANAGEMENT CORP TAX VEBA | $272.00 | 09/21/2009 |
| 155. | 22387 | VIRGINIA RETIREMENT SYSTEM | $883.00 | 09/21/2009 |
| 156. | 21765 | WOLSELEY GROUP RETIREMENT BENEFITS PLAN | $272.00 | 09/21/2009 |

|      | **Proof of Claim Number** | **Creditor** | **Amount** | **Date Filed** |
|------|---------------------------|--------------|------------|----------------|
| 157. | 20425 | WORKERS COMPENSATION BOARD - ALBERTA | $272.00 | 09/21/2009 |
| 158. | 22029 | WUT42 BERNSTEIN GLOBAL VALUE EQUITIES | $272.00 | 09/21/2009 |
| 159. | 22410 | YORK UNIVERSITY ENDOWMENT FUND | $272.00 | 09/21/2009 |
| 160. | 22027 | YULE CATTO GROUP RETIREMENT BE YULE HDGX | $272.00 | 09/21/2009 |

US_ACTIVE:\44252915\1\58399.0011