**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

BY HAND

Peter Gruenberger
212-310-8555
peter.gruenberger@weil.com

May 15, 2013

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: **ADR Procedures Order Dated 9/17/09 ("Order")**
    **Forty-second Status Report**

Dear Judge Peck:

The four Mediators have requested again, your Honor, that I submit this monthly report (the forty-second) to the Court pursuant to Order ¶13 that governs Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. Debtors will file this report on the docket in advance of the May 15, 2013 omnibus hearing.

In the 21 days following the last prior report, Debtors served thirty-one additional ADR Notices in Tier I. When added to the total Notices served in Tier Two, the total number of Notices served is now 316. During the immediately past reporting period, Debtors achieved settlements with counterparties in five ADR matters, three as a result of mediation. Upon closing of such settlements, Debtors will have received an aggregate total of $1,536,672,352 new dollars for the Debtors' estates. Settlements now have been achieved in 260 ADR matters involving 354 counterparties.

Honorable James M. Peck  **Weil, Gotshal & Manges LLP**
May 15, 2013
Page 2

To date, of the 107 ADR matters that have reached the mediation stage in Tier One and have been concluded, 101 have been settled in mediation. Only five Tier One mediations have terminated without settlement. Two additional Tier One mediations have been scheduled to commence on the following dates: May 30; and June 5, 2013.

Respectfully submitted,

*[signature]*

Peter Gruenberger
WEIL, GOTSHAL & MANGES LLP
Attorneys for Debtors
and Debtors in Possession

PG:mp

cc:  Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)