
**SOCIETE GENERALE**
Private Banking

6 May 2013

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.

Attention : United States Bankruptcy Court
Southern District of New York

Dear Sirs:

**Lehman Programs Securities**
**Partial Transfer of Claim from UBS AG to Societe Generale Bank & Trust Singapore Branch**
**ISIN XS0301958178    Face Value USD100,000.00**
**ISIN XS0307264050    Face Value USD100,000.00**

Please find attached Form B210A and evidence of partial transfer of claim for your necessary action.

If you have any queries, please do not hesitate to contact the undersigned at telephone
+65 6303-3922 / +65 6303-3913.

Yours faithfully,
**For and on behalf of**
**Société Générale Bank & Trust, Singapore Branch**

Ng Kok Kham
Regional Head of Operations

Anne Jee
Director-Operations Back Office

RECEIVED
MAY 10 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

One Raffles Quay, #35-01
North Tower, Singapore 048583

Tel:  +65 6303 3888
Fax: +65 6225 0187
http://privatebanking.societegenerale.asia

Société Générale Bank & Trust
Singapore Branch
UEN. T05FC6732C
Incorporated in Luxembourg with limited liability,
Head Office, 11 Avenue Emile Reuter
L-2420 Luxembourg

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re   Lehman Brothers Holdings Inc., et al.   ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Societe Generale Bank & Trust Singapore Branch | UBS AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1 Raffles Quay #35-01 North Tower
Singapore 048583  Head of Operations

Court Claim # (if known): __59233__
Amount of Claim: __$200,000.00__
Date Claim Filed: __10/30/2009__

Phone:  +65 6303 3922
Last Four Digits of Acct #: _____

Phone:  +41 44 235 37 36
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Ng Kok Kham / Anne Jee          Date: 05/06/2013
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
MAY 10 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.         Case No.: 08-13555 (JMP)
                                               Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH<br>1 Raffles Quay #35-01 North Tower<br>Singapore 048583<br>Attn: Head of Operations<br>Tel: +65 6303 3922<br>Email: sin-priv-corporate-actions@sgprivasia.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>USD200,000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____        Date:  **0 6 MAY 2013**
Head of Operations
SOCIETE GENERALE BANK & TRUST
SINGAPORE BRANCH
1 Raffles Quay #35-01 North Tower
Singapore 048583

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC131 UBSSG0230 SGBTSG 200K 20130426
Page 1 of 3

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 2 YR EUROPE BASKET DAILY ACCRUAL CALLABLE EQL NOT 5/29/2009 | XS0301958178 | LEHMAN BROTHER TREASURY CO. BV | LEHMAN BROTHER HOLDINGS INC | USD100,000.00 out of USD 1'100'000.00 |
| 2 YEAR EU BASKET DAILY ACCR CALLABLE EQL IN USD 6/29/20 | XS0307264050 | LEHMAN BROTHER TREASURY CO. BV | LEHMAN BROTHER HOLDINGS INC | USD100,000.00 out of USD 1'450'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH
1 Raffles Quay #35-01 North Tower
Singapore 048583
Telephone:+65 6303 3922
Attention: Head of Operations

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules

TOC131 UBSSG0230 SGBTSG 200K 20130426



of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 26, 2013.

**UBS AG**
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Jean-Claude Besson
Title: Associate Director

ACKNOWLEDGED BY:

**SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH**
Transferee

By: _____
Name:
Title: