BINGHAM MCCUTCHEN LLP

Joshua Dorchak
Patrick S. Fang
399 Park Avenue
New York, NY 10022
212.705.7000

-and-

Harold S. Horwich
One State Street
Hartford, CT 06103-3178
860.240.2700

*Attorneys for Sun Life Assurance Company of Canada*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
: 
In re : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. :
: 
-------------------------------------------:
: 
LEHMAN BROTHERS SPECIAL :
FINANCING INC., :
: 
: Adv. Pro. No. 10-03547 (JMP)
Plaintiff, :
v. :
: 
Sun Life Assurance Company of Canada, *et al.*, :
: 
Defendants. :
: 
-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Sun Life Assurance Company of Canada, a defendant in

A/75526907.2

the above-captioned case (the "Appearing Party"), hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in, and all papers served or required to be served in, this adversary proceeding, be given to and served upon the undersigned attorneys, at the addresses set forth below:

Joshua Dorchak
Patrick S. Fang
BINGHAM MCCUTCHEN LLP
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
Emails: joshua.dorchak@bingham.com
         patrick.fang@bingham.com

Harold S. Horwich
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel: 860-240-2700
Fax: 860-240-2800
Email: harold.horwich@bingham.com

    PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

    This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to the jurisdiction of the Bankruptcy Court, nor is it a waiver of, among other things: (i) the Appearing Party's right to have final orders entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or

recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity.

Dated: New York, New York
      May 15, 2013

                            **BINGHAM MCUTCHEN LLP**

                            By: /s/ Joshua Dorchak
                                  Joshua Dorchak
                                  joshua.dorchak@bingham.com
                                  Patrick S. Fang
                                  patrick.fang@bingham.com
                                  399 Park Avenue
                                  New York, NY 10022-4689
                                  Tel: 212-705-7000
                                  Fax: 212-752-5378

                                  -and-

                                  Harold S. Horwich
                                  harold.horwich@bingham.com
                                  One State Street
                                  Hartford, CT 06103-3178
                                  Tel: 860-240-2700
                                  Fax: 860-240-2800

                                  *Attorneys for Sun Life Assurance*
                                  *Company of Canada*