EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court for the Southern District of New York

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Barclays Bank PLC ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto CVI CVF II Lux Master S.a.r.l. ("Assignee") an undivided 50% interest in all rights, title and interest in and to the claim of Assignor referenced as proof of claim number 15365, which is the amount of $9,999,999.30 (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15 day of May, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BARCLAYS BANK PLC | CVI CVF II LUX MASTER S.A.R.L. By CarVal Investors, LLC Its Attorney-in-Fact |
| *[signature]* Authorized Signatory Name: Title: Aileen Montana Vice President | *[signature]* Name: Ryan Morrell Title: Authorized Signatory |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court for the Southern District of New York

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Barclays Bank PLC ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto CVI CVF II Lux Master S.a.r.l. ("Assignee") an undivided 50% interest in all rights, title and interest in and to the claim of Assignor referenced as proof of claim number 15367, which is the amount of $10,000,000.00 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15 day of May, 2013.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BARCLAYS BANK PLC | CVI CVF II LUX MASTER S.A.R.L. By CarVal Investors, LLC Its Attorney-in-Fact |
| Authorized Signatory Name: Aileen Montana Title: Vice President | Name: Ryan Morrell Title: Authorized Signator |