Philip Kaufler, Esq., State Bar No. 81160
LAW OFFICES OF PHILIP KAUFLER, APC
8383 Wilshire Boulevard
Suite 830
Beverly Hills, California 90211
(323) 655-0961

Attorneys for Lien Claimants, Jeffrey Eves and Rhonda Eves

**UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re ) | **CASE NO.: 1:08-bk-13555** |
| ) | |
| LEHMAN BROTHERS HOLDINGS, ) | **NOTICE OF ENFORCEMENT OF LIEN** |
| INC. ) | **FILED AGAINST CREDITOR ROBERT** |
| ) | **J. EVES** |
| Debtor. ) | |
| ) | |
| ) | |

TO THE TRUSTEE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a lien against ROBERT J. EVES is created by this notice under Article 4 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the California Code of Civil Procedure.

The lien is based on a right to attach order and an order permitting the creation of a lien, a true and correct copy of which is attached hereto as Exhibit "A" and made a part hereof.

The right to attach order is entered in the following action pending in the Superior Court of California, County of Marin: *Jeffrey P. Eves and Rhonda Eves v. Robert J. Eves*, Case No.: CIV1002621.

The names and address of the persons who obtained the right to attach order are: Jeffrey P. Eves and Rhonda Eves, c/o Philip Kaufler, Law Offices of Philip Kaufler, 8383

1
**NOTICE OF LIEN FILED AGAINST CREDITOR ROBERT J. EVES**

Wilshire Boulevard, Suite 830, Beverly Hills, CA 90211.

The name and last known address of the person whose property is subject to the right to attach order are:   Robert J. Eves, 1 Via Vandyke, Mill Valley, CA 94941.

Robert J. Eves is the founder and president of Venture Corporation, a California-based real estate development corporation, who owns or controls, directly or indirectly, VCC Affiliates, which holds equity in twenty-one joint venture companies formed in 2005 with certain non-debtor affiliates of Lehman Brothers Holdings Inc.   A settlement with VCC Affiliates was previously approved by the bankruptcy court.

The amount required to secure the amount to be secured by the attachment at the time this notice of lien is filed is $863,645.94.

The lien created by this notice attaches to any cause of action or claim of Robert J. Eves that is the subject of this action or proceeding and to that person's rights to money or property under any judgment or distribution subsequently procured in this action or proceeding.

No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of Robert J. Eves to money or property under any judgment or distribution procured in this action or proceeding may be entered into by or on behalf of Robert J. Eves, and Robert J. Eves may not enforce any rights to money or property under any judgment or distribution procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

a. the prior approval by order of the court in this action or proceeding has been obtained;

b. the written consent of Jeffrey P. Eves and Rhonda Eves has been obtained or they have released the lien; or

c. the money judgment of Jeffrey P. Eves and Rhonda Eves has been satisfied.

Robert J. Eves may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

**NOTICE OF LIEN FILED AGAINST CREDITOR ROBERT J. EVES**

| | | |
|---|---|---|
| 1 | Dated: May 15, 2013 | LAW OFFICES OF PHILIP KAUFLER |
| 2 | | |
| 3 | | By:_____ |
| 4 | | PHILIP KAUFLER<br>Attorney for Lien Claimants<br>JEFFREY P. EVES and RHONDA |
| 5 | | EVES |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

3

**NOTICE OF LIEN FILED AGAINST CREDITOR ROBERT J. EVES**

**EXHIBIT "A"**

AT-120

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Philip Kaufler, SB# 81160<br>Law Offices of Philip Kaufler, APC<br>8383 Wilshire Blvd., Suite 830<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: (323)655-0961   FAX NO. (Optional): (323)655-0582<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | **FILED**<br>FEB 10 2011<br>KIM TURNER, Court Executive Officer<br>MARIN COUNTY SUPERIOR COURT<br>By: J. Dale, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: San Rafael, CA 94903
BRANCH NAME:

PLAINTIFF: Jeffrey P. Eves and Rhonda Eves formerly Rhon
DEFENDANT: Robert J. Eves

| [x] RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING<br>[ ] ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING | CASE NUMBER:<br>CIV1002621 |
|---|---|

1. a. The application of plaintiff (name): Jeffrey P. Eves and Rhonda Eves formerly Rhonda Frank
      for  [x] a right to attach order and order for issuance of writ of attachment
           [ ] an order for issuance of additional writ of attachment
      against the property of defendant (name): Robert J. Eves
      came on for hearing as follows:
      (1) Judge (name): Lynn O'Malley Taylor
      (2) Hearing date: January 12, 2011   Time: 8:30 a.m.  [x] Dept.: B   [ ] Div.:   [ ] Rm.:
   b. The following persons were present at the hearing:
      (1) [x] Plaintiff (name): Jeffrey P. Eves and      (3) [x] Plaintiff's attorney (name): Philip Kaufler
              Rhonda Eves formerly Rhonda Frank
      (2) [x] Defendant (name): Robert J. Eves            (4) [x] Defendant's attorney (name): Justin Schnitzler/Steven Holland

**FINDINGS**

2. THE COURT FINDS
   a. Defendant (specify name): Robert J. Eves       is a [x] natural person   [ ] partnership
      [ ] unincorporated association   [ ] corporation   [ ] other (specify):
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. [x] Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. [ ] The following property of defendant, described in plaintiffs application
          (1) [ ] is exempt from attachment (specify):
          (2) [ ] is not exempt from attachment (specify):
   h. [ ] The following property, not described in plaintiff's application, claimed by defendant to be exempt,
          (1) [ ] is exempt from attachment (specify):
          (2) [ ] is not exempt from attachment (specify):
   i. [x] An undertaking in the amount of: $ 10,000.00       is required before a writ shall issue, and plaintiff
          [x] has  [ ] has not   filed an undertaking in that amount. Undertaking filed concurrently herewith
   j. A Right to Attach Order was issued on (date):                                                         pursuant to
      [ ] Code of Civil Procedure section 484.090 (on hearing)   [ ] Code of Civil Procedure section 485.220 (ex parte)
   k. [ ] other (specify):

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-120 [Rev. July 1, 2010]

**RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**

Code of Civil Proc., §§ 482.030, 484.090;
Welfare & Institutions Code, § 15657.01


Legal Solutions Plus

| SHORT TITLE: Eves v. Eves, et al. | CASE NUMBER: CIV1002621 |
|---|---|

# ORDER

3. THE COURT ORDERS
   a. Plaintiff has a right to attach property of defendant *(name)*:Robert J. Eves

   in the amount of: $863,645.94
   b. [ ] The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.
   c. The clerk shall issue [x] a writ of attachment [ ] an additional writ of attachment  in the amount stated in item 3a
      [x] forthwith [ ] upon the filing of an undertaking in the amount of: $
      (1) [ ] for any property of a defendant who is **not** a natural person for which a method of levy is provided.
      (2) [x] for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010 described as follows *(specify)*:1) Interests in real property, including Assessor's Parcel Nos. 029-272-20, 029-272-23, and 029-272-36, more commonly known as 1 Via Vandyke, Mill Valley, CA; 2) accounts receivable, chattel paper, and general intangibles arising out of the conduct by the defendant of a trade, business, or profession, except any such individual claim with a principal balance of less than $150; 3) equipment; 4) farm products; 5) inventory; 6) final money judgments arising out of the conduct by the defendant of a trade, business, or profession; 7) Money on the premises where a trade, business, or profession is conducted by the defendant and, except for the first $1,000, money located elsewhere than on such premises and deposit accounts; 8) negotiable documents of title; 9) instruments; 10) securities; or 11) minerals or the like (including oil and gas) to be extracted.

      (3) [ ] for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify)*:

      (4) [ ] for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:

   d. [x] Defendant shall transfer to the levying officer possession of
      (1) [x] any documentary evidence in defendant's possession of title to any property described in item 3c;
      (2) [x] any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
      (3) [ ] the following property in defendant's possession *(specify)*:

   | **NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.** |
   |---|

   e. [ ] Other *(specify)*:

   f. Total number of boxes checked in item 3: 6

Date: FEB 10 2011

LYNN DURYEE
JUDICIAL OFFICER

AT-120 [Rev. July 1, 2010]       **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)**       Page 2 of 2