# EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

Henderson Credit Opportunities Fund Limited, a Delaware corporation, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the related Assignment of Claim Agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation, its successors and assigns, with offices at 383 Madison Avenue – Floor 37, Mail Code: NY1-M138, New York, NY  10179, Attention: Jeffrey L. Panzo ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 23631) in the amount of $1,439,107.96  (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

The undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as set forth below.

HENDERSON CREDIT OPPORTUNITIES FUND LIMITED
By: HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED, AS ITS INVESTMENT ADVISOR

By: _____
Name: THOMAS ROSS
Title: PORTFOLIO MANAGER OF HENDERSON CREDIT OPPORTUNITIES FUND.
Date: 16/4/13

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Alexander Wilk
Title: Authorized Signatory
Date: 5/1/2013

J:\CLS\Claims\Lehman\(LBIE)\(LBIE) Henderson to CL [1628774] 3.12.13TD; £5.5M\EOT (LBIE) Henderson to CL [1628774] 3.12.13TD; £5.5M.docx