UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :   08-13555 (JMP)
                                                               :   (Jointly Administered)
                    Debtors.                                   :
                                                               :
---------------------------------------------------------------x   Ref. Docket Nos. 36858, 36947,
                                                                   36955, 36987, 36988, 36995, 36998,
                                                                   37006, 37010, 37012, 37013, 37015,
                                                                   37092-37114, 37120, 37126-37129,
                                                                   37182-37184, 37186-37188, 37192-
                                                                   37194, 37200, 37205, 37208

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 8, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
16th day of May, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36858, 36947, 36955...37200, 37205, 37208 _AFF_5-8-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                      |
In re                                 |   Chapter 11 Case No.
                                      |
                                      |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,|
                                      |   (Jointly Administered)
                                      |
        Debtors.                      |
                                      |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. -        ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES
         ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO                 K&L GATES LLP
         C/O ALLIANCE BERNSTEIN L.P.                                    ATTN: RICHARD S. MILLER
         ATTN: MICHAEL COFFEE                                           599 LEXINGTON AVENUE
         1345 AVENUE OF THE AMERICAS                                    NEW YORK NY 10022
         NEW YORK NY 10105
```

Please note that your claim # 43938 in the above referenced case and in the amount of
    $921,036.00   allowed at $184,207.20        has been transferred **(unless previously expunged by court order)**

```
         JPMORGAN CHASE BANK, NA
         TRANSFEROR: ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. -
         ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO
         C/O J.P. MORGAN SECURITIES LLC
         ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138
         383 MADISON AVENUE, FLOOR 37
         NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37184      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/08/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 8, 2013.

# EXHIBIT B

```
TIME: 12:54:58                              LEHMAN BROTHERS HOLDING INC.                                      PAGE:    1
DATE: 05/08/13                                    CREDITOR LISTING
```

| Name | Address |
|---|---|
| AAI CANYON FUND PLC, IN RESPECT OF CANYON REFLECTION FUND | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AAI CANYON FUND PLC, IN RESPECT OF CANYON REFLECTION FUND | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AAI CANYON FUND PLC, IN RESPECT OF CANYON REFLECTION FUND | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO | C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES | ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES | ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ATLANTIC INTERNATIONAL FINANCE LIMITED | BY THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED LIMITED (AS ATTORNEY-IN-FACT) ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL  HONG KONG |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DARTA SAVINGS LIFE ASSURANCE LIMITED C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON  W1K7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: NATIONAL INDUSTRIES GROUP HOLDINGS C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON  W1K 7PY UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O BANK OF AMERICA MERRILL LYNCH ATTN:GARY COHEN/ANTE JAKIC BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| CANYON BALANCED MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON BLUE CREDIT INVESTMENT FUND L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION MAC 18 LTD. | TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, L.P., THE | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |

```
TIME: 12:54:58                           LEHMAN BROTHERS HOLDING INC.                                          PAGE:   2
DATE: 05/08/13                               CREDITOR LISTING

Name                                            Address
CANYON VALUE REALIZATION MASTER FUND,    TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 L.P., THE                                LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.          ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.          TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                          LOS ANGELES CA 90067
CANYON-TCDRS FUND, LLC                   SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-TCDRS FUND, LLC                   ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-TCDRS FUND, LLC                   TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                          LOS ANGELES CA 90067
CAPSTONE VOLATILITY MASTER (CAYMAN)      CADWALADER, WICKERSHAM & TAFT LLP ATTN: JAMES MCDONNELL ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
 LIMITED
CAPSTONE VOLATILITY MASTER (CAYMAN)      C/O CAPSTONE HOLDINGS GROUP, LLC ATTN: ADAM BENSLEY 7 WORLD TRADE CENTER 250 GREENWICH ST., 30TH FLOOR NEW YORK NY 10007
 LIMITED
CASSA DI RISPARMIO DI SAN MINIATO S.P.A. TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A. ATTN: SERVIZIO LEGALE VIA IV NOVEMBRE, 45 SAN MINIATO (PI)  56028 ITALY
CITI CANYON LTD.                         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CITI CANYON LTD.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                          LOS ANGELES CA 90067
CITIBANK, N.A.                           ATTN: KEN SUMMERS 390 GREENWICH ST 5TH FL NEW YORK NY 10013
CITIBANK, N.A.                           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIBANK, N.A.                           ATTN: MARIA ELIZABETH COLL 601 LEXINGTON AVENUE, 17TH FLOOR NEW YORK NY 10022
CITY CANYON LTD.                         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CITY CANYON LTD.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                          LOS ANGELES CA 90067
CREDIT SUISSE INTERNATIONAL              DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
CREDIT SUISSE INTERNATIONAL              TRANSFEROR: SOCIETE GENERALE ANTHONY PRESCOTT AND RENEE NG 1-5 CABOT SQUARE LONDON  E14 4QJ UNITED KINGDOM
CREDITO EMILIANO S.P.A.                  BANK JULIUS BAER & CO. LTD.
CVI CVF II LUX MASTER S.A.R.L.           TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON
                                          3RD FLOOR, 25 GREAT PULTENEY STREET LONDON  W1F 9LT UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)     TRANSFEROR: UBS AG ATTN: SIMON GLENNIE/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON  EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: CANTOR FITZGERALD & CO. ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                          NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                 TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: CANTOR FITZGERALD & CO. ATTN: MICHAEL STEPHAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                          NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.              TRANSFEROR: GOLDMAN, SACHS & CO. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
GOLDMAN SACHS & CO.                      TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                      TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC      TRANSFEROR: ATTESTOR VALUE MASTER FUND LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302

                                                                                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:54:58                                    LEHMAN BROTHERS HOLDING INC.                                      PAGE:    3
DATE: 05/08/13                                          CREDITOR LISTING

Name                                              Address
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: ATTESTOR VALUE MASTER FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN, SACHS & CO.                              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
INTESA SANPAOLO PRIVATE BANKING S.P.A.            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
                                                  REF. PAOLO POLLASTRI (LEGAL DEPARTMENT) VIA HOEPLI, 10 MILANO  20121 ITALY
J.P. MORGAN SECURITIES LLC                        TRANSFEROR: CITIBANK, N.A. ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO
                                                  C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES
                                                  ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O J.P. MORGAN SECURITIES LLC
                                                  ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES
                                                  ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O J.P. MORGAN SECURITIES LLC
                                                  ATTN: JEFFREY L. PANZOMAIL CODE NY1-M138  383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES - ALLIANCE BERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST
                                                  C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES - ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST
                                                  C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                           TRANSFEROR: SANFORD C. BERNSTEIN FUND, INC. - INTERMEDIATE DURATION PORTFOLIO C/O J.P. MORGAN SECURITIES LLC
                                                  ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
PERMAL CANYON IO LTD.                             SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON IO LTD.                             ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON IO LTD.                             TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                  LOS ANGELES CA 90067
PERMAL CANYON IO LTD.                             TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITOL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                  LOS ANGELES CA 90067
PYXIS FINANCE LIMITED                             BY HSBC TRUSTEE (C. I.) LIMITED (AS ATTORNEY) ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET
                                                  ST. HELIER JE4 9PF UNITED KINGDOM
RBS SECURITIES INC.                               TRANSFEROR: ATLANTIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                               TRANSFEROR: PYXIS FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
SANFORD C. BERNSTEIN FUND, INC. -                 K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022
INTERMEDIATE DURATION PORFTOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
SANFORD C. BERNSTEIN FUND, INC. -
SERENGETI RAPAX MM L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN NEW YORK NY 10012
SERENGETI RAPAX MM L.P.                           TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                                  NEW YORK NY 10012
SILVER POINT CAPITAL OFFSHORE MASTER              ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              ERIC RUIZ DAVIS POLK & WARDWLL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMAETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER              TRANSFEROR: GOLDMAN, SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                          GREENWICH CT 06830
SOCIETE GENERALE                                  MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019
SOCIETE GENERALE                                  ATTN: CAROL MORRISON 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020
```

```
TIME: 12:54:58                                    LEHMAN BROTHERS HOLDING INC.                                    PAGE:    4
DATE: 05/08/13                                         CREDITOR LISTING

Name                                          Address
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: GOLDMAN, SACHS & CO. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                              NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
THE CANYON VALUE REALIZATION MASTER           ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
THE CANYON VALUE REALIZATION MASTER           TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
FUND, L.P.                                    LOS ANGELES CA 90067
VARDE INVESTMENT PARTNERS, LP                 TRANSFEROR: CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500
                                              MINNEAPOLIS MN 55437
YORK CREDIT OPPORTUNITES MASTER               TRANSFEROR: JP MORGAN CHASE, N.A. ATTN: MARGARET MAURO 767 FIFTH AVE, 17TH FLOOR NEW YORK NY 10153
FUND,L.P.
YORK CREDIT OPPORTUNITIES INVESTMENTS         TRANSFEROR: YORK CREDIT OPPORTUNITES MASTER FUND,L.P. C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVENUE, 17TH FLOOR
MASTER FUND, L.P.                             NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES INVESTMENTS         TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVENUE, 17TH FLOOR
MASTER FUND, L.P.                             NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES INVESTMENTS         TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE, 17TH FLOOR
MASTER FUND, L.P.                             NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND,        ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LP
YORK CREDIT OPPORTUNITIES MASTER FUND,        STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
LP
YORK CREDIT OPPORTUNITIES MASTER FUND,        TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LP
YORK EUROPEAN OPPORTUNITIES INVESTMENTS       TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN
MASTER FUND, L.P.                             767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK EUROPEAN OPPORTUNITIES INVESTMENTS       TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVENUE, 17TH FLOOR
MASTER FUND, L.P.                             NEW YORK NY 10153
YORK EUROPEAN OPPORTUNITIES MASTER FUND,      ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.
YORK EUROPEAN OPPORTUNITIES MASTER FUND,      STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
L.P.
YORK EUROPEAN OPPORTUNITIES MASTER FUND,      TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.


Total Number of Records Printed    127


                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```