UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket Nos. 36615, 36656,
36669, 36731, 36901, 36903, 36994,
36995, 37017, 37019-37022, 37031,
37052, 37055, 37056, 37060, 37072,
37073, 37076, 37078, 37079, 37083,
37181, 37184, 37185, 37190, 37191,
37198, 37199, 37214, 37215, 37221-
37247

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          /s/ Lauren Rodriguez
                                          Lauren Rodriguez
Sworn to before me this
16th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36615, 36656, 36669...37215, 37221-37247_AFF_5-9-13.doc

# EXHIBIT A

08-13555-mg    Doc 37434    Filed 05/16/13    Entered 05/16/13 16:51:43    Main Document
Pg 2 of 7

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ACM GLOBAL CREDIT - U.S. SUB-FUND           ACM GLOBAL CREDIT - U.S. SUB-FUND
     C/O ALLIANCE BERNSTEIN L.P.                 K&L GATES LLP
     ATTN: MICHAEL COFFEE                        ATTN: RICHARD S. MILLER
     1345 AVENUE OF THE AMERICAS                 599 LEXINGTON AVENUE
     NEW YORK NY 10105                           NEW YORK NY 10022
```

Please note that your claim # 43951 in the above referenced case and in the amount of
    $1,371,463.00   allowed at $274,292.60       has been transferred **(unless previously expunged by court order)**

```
     JPMORGAN CHASE BANK, NA
     TRANSFEROR: ACM GLOBAL CREDIT - U.S. SUB-FUND
     C/O J.P. MORGAN SECURITIES LLC
     ATTN: JEFFREY L. PANZO
     MAIL CODE: NY1-M138
     383 MADISON AVENUE, FLOOR 37
     NEW YORK NY 10179
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37185       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/09/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 9, 2013.

EXHIBIT B

```
TIME: 11:39:19                                              LEHMAN BROTHERS HOLDING INC.                                                                PAGE:    1
DATE: 05/09/13                                                    CREDITOR LISTING

Name                                                        Address
ACM GLOBAL CREDIT - U.S. SUB-FUND                           K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022
ACM GLOBAL CREDIT - U.S. SUB-FUND                           C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
ALLIANCE BERNSTEIN ALTERNATIVE                              K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022
INVESTMENTS (MASTER) -
ALLIANCE BERNSTEIN ALTERNATIVE                              FIXED INCOME HIGH ALPHA PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105
INVESTMENTS (MASTER) -
ALLIANCE BERNSTEIN BOND FUND, INC.                          ALLIANCE BERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS
                                                            NEW YORK NY 10105
ALLIANCE BERNSTEIN BOND FUND, INC.                          K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022
ALLIANCE BERNSTEIN POOLING PORTFOLIOS,                      ALLIANCE BERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS
THE -                                                       NEW YORK NY 10105
ALLIANCE BERNSTEIN POOLING PORTFOLIOS,                      K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022
THE -
ATTESTOR VALUE MASTER FUND, LP                              TRANSFEROR: JANA MASTER FUND, LTD C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH / ISOBELLE WHITE 21 UPPER BROOK STREET
                                                            LONDON W1K 7PY UNITED KINGDOM
BANCA MEDIOLANUM S.P.A.                                     TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA ATTN: HEAD OF OPERATION CONTROL UNIT VIA F. SFORZA, 15 BASIGLIO   20080 MI3 ITALY
BANCO DI DESIO E DELLA BRIANZA SPA                          VIA ROVAGNATI, 1 DESIO (MB)    20033 ITALY
BARCLAYS BANK PLC                                           ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                           TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                           TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                           TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BAUPOST GROUP SECURITIES, L.L.C.                            TRANSFEROR: GOLDMAN SACHS & CO. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036
BAUPOST GROUP SECURITIES, L.L.C.                            TRANSFEROR: RBS SECURITIES INC. ATTN: HERB WAGNER 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116
BAUPOST GROUP SECURITIES, L.L.C.                            TRANSFEROR: RBS SECURITIES INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704
BRM HOLDINGS (CAYMAN) LTD.                                  TRANSFEROR: GOLDMAN SACHS & CO. C/O DAVIDSON KEMPNER - ATTN: J. DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022
CC ARB SIF I, LTD.                                          ATTN: ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019
CC ARB SIF I, LTD.                                          ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARB SIF I, LTD.                                          TRANSFEROR: CC ARBITRAGE LTD C/O CASTLE CREEK ARBITRAGE LLC 227 W MONROE ST STE 3550 CHICAGO IL 60606
CC ARB SIF I, LTD.                                          TRANSFEROR: CC ARBITRAGE, LTD. C/O CASTLE CREEK ARBITRAGE, LLC 227 WEST MONROE STREET, SUITE 3550 CHICAGO IL 60606
CC ARBITRAGE, LTD.                                          SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CC ARBITRAGE, LTD.                                          TRANSFEROR: BARCLAYS BANK PLC C/O CASTLE CREEK ARBITRAGE, LLC ATTN: CONSTANCE WICK 227 WEST MONROE, SUITE 3550 CHICAGO IL 60606
CITIGROUP FINANCIAL PRODUCTS, INC.                          JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CITIGROUP FINANCIAL PRODUCTS, INC.                          TRANSFEROR: ENCANA CORPORATION ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CITIGROUP FINANCIAL PRODUCTS, INC.                          TRANSFEROR: SPCP GROUP, LLC ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 1972010013
CREDIT SUISSE                                               ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010
CREDIT SUISSE                                               CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019
CRESCENT 1 L.P.                                             RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019
CRESCENT 1, LP                                              TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CWD OC 522 MASTER FUND, LTD.                                TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
                                                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE SUITE 19B
                                                            NEW YORK NY 10017
CYRUS SELECT OPPORTUNITIES MASTER FUND                      TRANSFEROR: BARCLAYS BANK PLC ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD.
DEUTSCHE BANK AG, LONDON                                    TRANSFEROR: ATTESTOR VALUE MASTER FUND, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                                    TRANSFEROR: TPF GENERATION HOLDINGS, LLC ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                             TRANSFEROR: CWD OC 522 MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR
                                                            NEW YORK NY 10005
GENTRIFICATION VENTURES, LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING
                                                            201 ROUTE 303 VALLEY COTTAGE NY 10989
GENTRIFICATION VENTURES, LLC                                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING
                                                            210 ROUTE 303 VALLEY COTTAGE NY 10989
GOLDMAN SACHS & CO.                                         TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302

                                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:39:19                                            LEHMAN BROTHERS HOLDING INC.                                            PAGE:    2
DATE: 05/09/13                                                  CREDITOR LISTING

Name                                                  Address
GOLDMAN SACHS & CO.                                   TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS ATTN; RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                   TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                   TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                   TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC                   TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                                      JERSEY CITY NJ 07302
HCN LP                                                TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
ILLIQUIDX LLP                                         TRANSFEROR: CREDIT SUISSE ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ACM GLOBAL CREDIT - U.S. SUB-FUND C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                                      383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ACMBERNSTEIN ALTERNATIVE INVESTMENTS - ENHANCED ALPHA PORTFOLIO (FKA ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)
                                                      FIXED INCOME HIGH ALPHA PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: J. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                      NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ACMBERNSTEIN ALTERNATIVE INVESTMENTS - ENHANCED ALPHA PORTFOLIO FKA ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER)
                                                      FIXED INCOME HIGH ALPHA PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: J. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                                      NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ALLIANCE BERNSTEIN BOND FUND, INC. - ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O J.P. MORGAN SECURITIES LLC
                                                      ATTN: JEFFREY L. PANZO, MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ALLIANCE BERNSTEIN BOND FUND, INC. - ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O J.P. MORGAN SECURITIES LLC
                                                      ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCEBERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO
                                                      ATTN: J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCEBERNSTEIN INTERMEDIATE DURATION BOND PORTFOLIO
                                                      C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: SANFORD C. BERNSTEIN FUND II, INC. - BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO
                                                      C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                               TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                                      NEW YORK NY 10005
LIENHARDT & PARTNER PRIVATBANK ZURICH AG              TRANSFEROR: UBS AG C/O ENTRIS BANKING AG ATTN: CORPORATE ACTIONS MATTENSTRASSE 8 GUMLIGEN 3073 SWITZERLAND
MACQUARIE BANK LIMITED                                TRANSFEROR: CC ARB SIF I, LTD. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH ST
                                                      NEW YORK NY 10019
MACQUARIE BANK LIMITED                                TRANSFEROR: CC ARBITRAGE, LTD. C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES AND TRADING 125 WEST 55TH ST
                                                      NEW YORK NY 10019
MERRILL LYNCH INTERNATIONAL                           TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. ATTN: JAMES RUSSELL 2 KING EDWARD STREET
                                                      LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE FENNER & SMITH                  TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN; GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
  INCORPORATED
RBS SECURITIES INC.                                   ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017
RBS SECURITIES INC.                                   DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVE. OF THE AMERICAS NEW YORK NY 10019
RBS SECURITIES INC.                                   ATTN: PIA FRIIS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                                   ATTN: PIA FRIIS 600 WASHINGTON BLVD. STAMFORD CT 06901
RBS SECURITIES INC.                                   ATTN: PIA FRIIS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
RBS SECURITIES INC.                                   IRENA M. GOLDSTEIN, LLP DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019
RBS SECURITIES INC.                                   IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036
RBS SECURITIES INC.                                   TRANSFEROR: ALANDSBANKEN SVERIGE AB (PUBL) ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901
RBS SECURITIES INC.                                   TRANSFEROR: BANK HAPOALIM B.M. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:39:19                                        LEHMAN BROTHERS HOLDING INC.                                              PAGE: 3
DATE: 05/09/13                                              CREDITOR LISTING
```

| Name | Address |
|---|---|
| RBS SECURITIES INC. | TRANSFEROR: GREENLIGHT CAPITAL OFFSHORE PARTNERS C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: GREENLIGHT CAPITAL QUALIFIED, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: GREENLIGHT CAPITAL, L.P. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: GREENLIGHT REINSURANCE, LTD. C/O THE ROYAL BANK OF SCOTLAND PLC ATTN: JEFFERY FARKAS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| RBS SECURITIES INC. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC ATTN: CHRISTOPHER J. YOUNG 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| SANFORD C. BERNSTEIN FUND II, INC. - | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANFORD C. BERNSTEIN FUND II, INC. - | BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO C/O ALLIANCE BERNSTEIN, L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SOLA LTD. | TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S BEACHER ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP | TRANSFEROR: CREDIT SUISSE RUE DU RHONE 96-98/CASE POSTALE GENEVA 1320-1211 SWITZERLAND |
| VARDE INVESTMENT PARNTERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CREDIT OPPORTUNITIES MASTER FUND, LP | TRANSFEROR: YORK CREDIT OPPORTUNITIES UNIT TRUST ATTN: ADAM J. SEMLER - C/O OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed    104

EPIQ BANKRUPTCY SOLUTIONS, LLC