UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                          :
In re                                                     :        Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :        08-13555 (JMP)
                                                          :        (Jointly Administered)
                        Debtors.                          :
                                                          :
------------------------------------------------------------------------x        Ref. Docket Nos. 37018 & 37052

AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 9, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Lauren Rodriguez
                                            Lauren Rodriguez

Sworn to before me this
16th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 37018 & 37052_Aff 5-9-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
                                            |
In re                                       |   Chapter 11 Case No.
                                            |
                                            |   08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., et al.,      |
                                            |   (Jointly Administered)
                                            |
                  Debtors.                  |
                                            |
                                            |
```

### NOTICE OF DEFECTIVE TRANSFER


Transferor:      CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.
                 TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
                 C/O CANDLEWOOD INVESTMENT GROUP
                 ATTN: PETER DOWLING
                 777 THIRD AVE, SUITE 19B
                 NEW YORK NY 10017


Additional:



Transferee:      DEUTSCHE BANK AG, LONDON BRANCH
                 C/O DEUTSCHE BANK SECURITIES INC.
                 ATTN: RICH VICHAIDITH
                 60 WALL STREET, 3RD FLOOR
                 NEW YORK NY 10005


**Your transfer   of claim #   15921-04  is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match


Docket Number 37018              Date 04/30/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 9, 2013.

# EXHIBIT B

TIME: 16:54:11
DATE: 05/09/13
PAGE: 1

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| DEUTSCHE BANK AG, LONDON BRANCH | C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED | ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |

Total Number of Records Printed        4

EPIQ BANKRUPTCY SOLUTIONS, LLC