UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :   Chapter 11 Case No.
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                         :   08-13555 (JMP)
                                                                     :   (Jointly Administered)
        **Debtors.**                                                 :
                                                                     :
---------------------------------------------------------------------x   Ref. Docket Nos. 35018, 36875,
                                                                         37054, 37057, 37058, 37062, 37082,
                                                                         37084-37087, 37217, 37219, 37248-
                                                                         37257, 37268-37272, 37276-37280

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 10, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
16th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     TRANSFEROR: ILLIQUIDX LTD
     C/O ALDEN GLOBAL CAPITAL
     ATTN: CHRIS SCHOLFIELD
     885 THIRD AVENUE
     NEW YORK NY 10022
```

Please note that your claim # 44980-03 in the above referenced case and in the amount of
        $3,561.78   allowed at $3,505.26         has been transferred **(unless previously expunged by court order)**

```
     TURNPIKE LIMITED
     TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
     C/O ALDEN GLOBAL CAPITAL
     ATTN: CHRIS SCHOLFIELD
     885 THIRD AVENUE
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 35018      in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/10/2013                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 10, 2013.

EXHIBIT B

08-13555-mg    Doc 37437    Filed 05/16/13    Entered 05/16/13 17:34:03    Main Document
Pg 4 of 6

```
TIME: 13:11:07                                            LEHMAN BROTHERS HOLDING INC.                                                                    PAGE:    1
DATE: 05/10/13                                                CREDITOR LISTING

Name                                          Address
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: BARCLAYS BANK PLC ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CHRIS SCHOLFIELD C/O NEW FINANCE ALDEN SPV 885 THIRD AVENUE 34TH FLOOR
 MASTER FUND, L.P.                             NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O NEW FINANCE ALDEN SPV ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE 34TH FLOOR
 MASTER FUND, L.P.                             NEW YORK NY 10022
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: ILLIQUIDX LTD C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
ALDEN GLOBAL DISTRESSED OPPORTUNITIES          TRANSFEROR: TURNPIKE LIMITED C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE NEW YORK NY 10022
 MASTER FUND, L.P.
AMUNDI ALTERNATIVES PAULSON ENHANCED           SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 SEVENTH AVENUE NEW YORK NY 10019
 MASTER FUND
AMUNDI ALTERNATIVES PAULSON ENHANCED           TRANSFEROR: GOLDMAN SACHS & CO. C/O PAULSON CREDIT OPPORTUNITIES MASTER LTD C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL
 MASTER FUND                                   NEW YORK NY 10020
AVIVA ASSICURAZIONI S.P.A.                     TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: MARK SHERRILL 700 SIXTH STREET, NW, SUITE 700
                                               WASHINGTON DC 20001-3980
AVIVA ITALIA S.P.A.                            TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: MARK SHERRILL 700 SIXTH STREET, NW, SUITE 700
                                               WASHINGTON DC 20001-3980
AVIVA LIFE S.P.A.                              TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: MARK SHERRILL 700 SIXTH STREET, NW, SUITE 700
                                               WASHINGTON DC 20001-3980
AVIVA S.P.A.                                   TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: MARK SHERRILL 700 SIXTH STREET, NW, SUITE 700
                                               WASHINGTON DC 20001-3980
AVIVA VITA S.P.A.                              TRANSFEROR: RUBY FINANCE PLC SERIES 2007-2 C/O SUTHERLAND ASBILL & BRENNAN LLP ATTN: MARK SHERRILL 700 SIXTH STREET, NW, SUITE 700
                                               WASHINGTON DC 20001-3980
BANCA MEDIOLANUM S.P.A.                        TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP. ATTN: HEAD OF OPERATION CONTROL UNIT VIA F.SFORZA, 15
                                               BASIGLIO (MILANO) 20080 ITALY
BANCA POPOLARE DELL'EMILIA ROMAGNA SOC.        VIA SAN CARLO 8/20 MODENA 41100 ITALY
 COOP.
BANK HAPOALIM B.M.                             18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                             ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                             PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
CITIGROUP FINANCIAL PRODUCTS, INC.             TRANSFEROR: ENCANA CORPORATION ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE AG                               UBS AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: AVIVA ASSICURAZIONI S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: AVIVA ITALIA S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: AVIVA LIFE S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: AVIVA S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON                       TRANSFEROR: AVIVA VITA S.P.A. ATTN: JAMIE FOOTE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
GENTRIFICATION VENTURES, LLC                   TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MANDEL KATZ & BROSNAN LLP ATTN: KARA SCHEINMANN KATZ THE LAW BUILDING
                                               210 ROUTE 303 VALLEY COTTAGE NY 10989
GOLDMAN SACHS & CO.                            TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                            TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. GOLDMAN SACHS LENDING PARTNERS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC            TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC            TRANSFEROR: STATE STREET BANK AND TRUST COMPANY, C/O GOLDMAN, SACHS, & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                               JERSEY CITY NJ 07302
HBK MASTER FUND L.P.                           TRANSFEROR: MERRILL LYNCH, PIERCE FENNER & SMITH INCORPORATED C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                  TRANSFEROR: UBS AG ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y IEL UNITED KINGDOM
LBVN HOLDINGS, L.L.C.                          PAUL,WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW N. ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
LBVN HOLDINGS, L.L.C.                          TRANSFEROR: GOLDMAN SACHS & CO. P.O. BOX 1641 NEW YORK NY 10150
MERRILL LYNCH, PIERCE FENNER & SMITH           TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
 INCORPORATED

                                                                   EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:11:07                                    LEHMAN BROTHERS HOLDING INC.
DATE: 05/10/13                                         CREDITOR LISTING                                                  PAGE:   2

Name                                          Address
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.      TRANSFEROR: GOLDMAN SACHS & CO. C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PP OPPORTUNITIES LTD                          SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 SEVENTH AVENUE NEW YORK NY 10019
PP OPPORTUNITIES LTD                          TRANSFEROR: GOLDMAN SACHS & CO. C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PP OPPORTUNITIES LTD                          TRANSFEROR: GOLDMAN SACHS & CO. C/O PAULSON & CO. INC 1251 AVE. OF THE AMERICAS, 50TH FL NEW YORK NY 10020
PP OPPORTUNITIES LTD                          TRANSFEROR: GOLDMAN SACHS & CO. C/O PAULSON & CO., INC 1251 AVE. OF THE AMERIAS, 50TH FL NEW YORK NY 10020
SOLUS RECOVERY FUND II MASTER LP              TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                              NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP                     TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                              NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                              NEW YORK NY 10022
TURNPIKE LIMITED                              TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP C/O ALDEN GLOBAL CAPITAL ATTN: CHRIS SCHOLFIELD 885 THIRD AVENUE
                                              NEW YORK NY 10022
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
UBS AG                                        TRANSFEROR: CREDIT SUISSE BAHNHOFSTRASSE 45 ZURICH CH-8001 SWITZERLAND
ZFI ENDOWMENT PARTNERS, L.P                   TRANSFEROR: BANK HAPOALIM B.M. ATTN: EDWARD KAPLAN 156 WEST 56TH STREET 10TH FLOOR NEW YORK NY 10019


Total Number of Records Printed        50
```