**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
-----------------------------------------------------------------x Ref. Docket No. 36380

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2013, I caused to be served the "Notice of Presentment of Stipulation, Agreement and Order Authorizing Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. to Distribute Escrowed Funds," dated April 5, 2013 [Docket No. 36380], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Carol Zhang*
                                              Carol Zhang

Sworn to before me this
8th day of April, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adam.brezine@hro.com
adarwin@nixonpeabody.com
Adiamond@DiamondMcCarthy.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
ahandler@moundcotton.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrew.morrison@klgates.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
aquale@sidley.com
arahl@reedsmith.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
kuehn@bragarwexler.com
kurt.mayr@bgllp.com
lacyr@sullcrom.com
Landon@StreusandLandon.com
lapeterson@foley.com
lathompson@co.sanmateo.ca.us
lberkoff@moritthock.com
Lee.Stremba@troutmansanders.com
lgotko@fklaw.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.ewart@wilmerhale.com
lisa.kraidin@allenovery.com
lisa.solomon@att.net
LJKotler@duanemorris.com
lkatz@ltblaw.com
LKISS@KLESTADT.COM
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com

ashmead@sewkis.com
asnow@ssbb.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankr@zuckerman.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
bguiney@pbwt.com
bkmail@prommis.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
Brian.Corey@greentreecreditsolutions.com
brosenblum@jonesday.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
calbert@reitlerlaw.com
canelas@pursuitpartners.com
carol.weinerlevy@bingham.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgoldstein@stcwlaw.com
Chad.Husnick@kirkland.com;
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chipford@parkerpoe.com

lnashelsky@mofo.com
loizides@loizides.com
lscarcella@farrellfritz.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
MAOFILING@CGSH.COM
Marc.Chait@SC.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.ellenberg@cwt.com
mark.hellerer@pillsburylaw.com
mark.sherrill@sutherland.com
Marvin.Clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
max.polonsky@skadden.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcantor@normandyhill.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com

| | |
|---|---|
| chris.donoho@lovells.com | michael.frege@cms-hs.com |
| Christopher.Greco@kirkland.com | michael.kelly@monarchlp.com |
| clarkb@sullcrom.com | michael.kim@kobrekim.com |
| clynch@reedsmith.com | michael.mccrory@btlaw.com |
| cmontgomery@salans.com | michaels@jstriallaw.com |
| cohen@sewkis.com | millee12@nationwide.com |
| contact@lawofficesjje.com | miller@taftlaw.com |
| cp@stevenslee.com | mimi.m.wong@irscounsel.treas.gov |
| cpappas@dilworthlaw.com | mitchell.ayer@tklaw.com |
| craig.goldblatt@wilmerhale.com | mjedelman@vedderprice.com |
| crmomjian@attorneygeneral.gov | MJR1@westchestergov.com |
| csalomon@beckerglynn.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshore@whitecase.com | MLandman@lcbf.com |
| cshulman@sheppardmullin.com | mlichtenstein@crowell.com |
| ctatelbaum@hinshawlaw.com | mlynch2@travelers.com |
| cwalsh@mayerbrown.com | mmooney@deilylawfirm.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| cweber@ebg-law.com | mneier@ibolaw.com |
| cweiss@ingramllp.com | monica.lawless@brookfieldproperties.com |
| dallas.bankruptcy@publicans.com | mpage@kelleydrye.com |
| dave.davis@isgria.com | mparry@mosessinger.com |
| david.bennett@tklaw.com | mpomerantz@julienandschlesinger.com |
| david.heller@lw.com | mprimoff@kayescholer.com |
| david.powlen@btlaw.com | mpucillo@bermanesq.com |
| david.seligman@kirkland.com | mrosenthal@gibsondunn.com |
| davids@blbglaw.com | mruetzel@whitecase.com |
| davidwheeler@mvalaw.com | mschimel@sju.edu |
| dbalog@intersil.com | msegarra@mayerbrown.com |
| dbarber@bsblawyers.com | mshiner@tuckerlaw.com |
| dbaumstein@whitecase.com | msiegel@brownrudnick.com |
| dbesikof@loeb.com | msolow@kayescholer.com |
| dcimo@gjb-law.com | mspeiser@stroock.com |
| dcoffino@cov.com | mstamer@akingump.com |
| dcrapo@gibbonslaw.com | mvenditto@reedsmith.com |
| ddavis@paulweiss.com | mwarner@coleschotz.com |
| ddrebsky@nixonpeabody.com | mwarren@mtb.com |
| ddunne@milbank.com | nathan.spatz@pillsburylaw.com |
| deggermann@kramerlevin.com | nbojar@fklaw.com |
| deggert@freebornpeters.com | ncoco@mwe.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |

| | |
|---|---|
| dfelder@orrick.com | ned.schodek@shearman.com |
| dflanigan@polsinelli.com | neilberger@teamtogut.com |
| dgrimes@reedsmith.com | newyork@sec.gov |
| dhayes@mcguirewoods.com | Nherman@morganlewis.com |
| dheffer@foley.com | nickolas.karavolas@pillsburylaw.com |
| dhurst@coleschotz.com | nissay_10259-0154@mhmjapan.com |
| diconzam@gtlaw.com | nlepore@schnader.com |
| djoseph@stradley.com | notice@bkcylaw.com |
| dkessler@ktmc.com | oipress@travelers.com |
| dkleiner@velaw.com | otccorpactions@finra.org |
| dkozusko@willkie.com | paronzon@milbank.com |
| dlemay@chadbourne.com | patrick.oh@freshfields.com |
| dlipke@vedderprice.com | paul.turner@sutherland.com |
| dludman@brownconnery.com | pbattista@gjb-law.com |
| dmcguire@winston.com | pbosswick@ssbb.com |
| dmurray@jenner.com | pdublin@akingump.com |
| dneier@winston.com | peisenberg@lockelord.com |
| dodonnell@milbank.com | peter.gilhuly@lw.com |
| dove.michelle@dorsey.com | peter.macdonald@wilmerhale.com |
| dpegno@dpklaw.com | peter.simmons@friedfrank.com |
| draelson@fisherbrothers.com | peter@bankrupt.com |
| dravin@wolffsamson.com | pfeldman@oshr.com |
| drose@pryorcashman.com | phayden@mcguirewoods.com |
| drosenzweig@fulbright.com | philip.wells@ropesgray.com |
| drosner@goulstonstorrs.com | pmaxcy@sonnenschein.com |
| dshaffer@wtplaw.com | ppascuzzi@ffwplaw.com |
| dshemano@peitzmanweg.com | ppatterson@stradley.com |
| dspelfogel@foley.com | psp@njlawfirm.com |
| dtatge@ebglaw.com | ptrain-gutierrez@kaplanlandau.com |
| dtheising@harrisonmoberly.com | ptrostle@jenner.com |
| dwdykhouse@pbwt.com | r.stahl@stahlzelloe.com |
| dwildes@stroock.com | raj.madan@bingham.com |
| dworkman@bakerlaw.com | ramona.neal@hp.com |
| easmith@venable.com | rbeacher@pryorcashman.com |
| echang@steinlubin.com | rbernard@foley.com |
| ecohen@russell.com | rbyman@jenner.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@fklaw.com | relgidely@gjb-law.com |
| efriedman@friedumspring.com | rflanagan@flanassoc.com |
| eglas@mccarter.com | rfrankel@orrick.com |
| ekbergc@lanepowell.com | rfriedman@silvermanacampora.com |

eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com

rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
RJones@BoultCummings.com
rleek@HodgsonRuss.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
Robin.Keller@Lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com
rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
SABVANROOY@HOTMAIL.COM
Sally.Henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
Sara.Tapinekis@cliffordchance.com
scargill@lowenstein.com

igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
Jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com

schannej@pepperlaw.com
Schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
SLoden@DiamondMcCarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
SRee@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com

| | |
|---|---|
| jgenovese@gjb-law.com | sstarr@starrandstarr.com |
| jguy@orrick.com | steele@lowenstein.com |
| jherzog@gklaw.com | stephen.cowan@dlapiper.com |
| jhiggins@fdlaw.com | steve.ginther@dor.mo.gov |
| jhorgan@phxa.com | steven.troyer@commerzbank.com |
| jhuggett@margolisedelstein.com | steven.usdin@flastergreenberg.com |
| jim@atkinslawfirm.com | steven.wilamowsky@bingham.com |
| jjoyce@dresslerpeters.com | steven@blbglaw.com |
| jjtancredi@daypitney.com | Streusand@StreusandLandon.com |
| jjureller@klestadt.com | susheelkirpalani@quinnemanuel.com |
| jlamar@maynardcooper.com | sweyl@haslaw.com |
| jlawlor@wmd-law.com | swolowitz@mayerbrown.com |
| jlee@foley.com | szuch@wiggin.com |
| jlevitin@cahill.com | tannweiler@greerherz.com |
| jlipson@crockerkuno.com | tarbit@cftc.gov |
| jlscott@reedsmith.com | tbrock@ssbb.com |
| jmaddock@mcguirewoods.com | tdewey@dpklaw.com |
| jmakower@tnsj-law.com | tduffy@andersonkill.com |
| jmazermarino@msek.com | TGoren@mofo.com |
| jmelko@gardere.com | thaler@thalergertler.com |
| jmerva@fult.com | thomas.califano@dlapiper.com |
| jmmurphy@stradley.com | tim.desieno@bingham.com |
| jmr@msf-law.com | timothy.brink@dlapiper.com |
| jnadritch@olshanlaw.com | timothy.palmer@bipc.com |
| jnm@mccallaraymer.com | tjfreedman@pbnlaw.com |
| john.monaghan@hklaw.com | tkiriakos@mayerbrown.com |
| john.rapisardi@cwt.com | tlauria@whitecase.com |
| Jonathan.Henes@kirkland.com | tmacwright@whitecase.com |
| jorbach@hahnhessen.com | tmarrion@haslaw.com |
| Joseph.Cordaro@usdoj.gov | tnixon@gklaw.com |
| Joseph.Serino@kirkland.com; | toby.r.rosenberg@irscounsel.treas.gov |
| joshua.dorchak@bingham.com | tom.schorling@whitecase.com, |
| jowen769@yahoo.com | tomwelsh@orrick.com |
| jowolf@law.nyc.gov | tslome@msek.com |
| joy.mathias@dubaiic.com | ttracy@crockerkuno.com |
| JPintarelli@mofo.com | tunrad@burnslev.com |
| jporter@entwistle-law.com | twheeler@lowenstein.com |
| jprol@lowenstein.com | Villa@StreusandLandon.com |
| jrabinowitz@rltlawfirm.com | vmilione@nixonpeabody.com |
| jrsmith@hunton.com | vrubinstein@loeb.com |
| jschiller@bsfllp.com | walter.stuart@freshfields.com |

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
jtorf@schiffhardin.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwallack@goulstonstorrs.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com

wanda.goodloe@cbre.com
WBallaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
YUwatoko@mofo.com

Additional Parties
charlie@palmergroup.org
cindy@rlsmithpc.com
kherron@whmh.com
robert@rlsmithpc.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574


CHARLES PALMER
THE PALMER GROUP
310 WAYMONT COURT, SUITE 104
LAKE MARY, FL 32746


ROBERT LEE SMITH, ESQ.
ROBERT LEE SMITH, P.C.
25211 GROGANS MILL ROAD, SUITE 450
THE WOODLANDS, TX 77380
*COUNSEL FOR CHARLES PALMER*


KENNETH D. (CHIP) HERRON, JR.
HILL MCFARLIN & HERRON, P.A.
1851 WEST COLONIAL DRIVE
ORLANDO, FL 32804
*COUNSEL FOR TEXAS MEADOWS*


TEXAS MEADOWS LTD.
310 WAYMONT COURT, SUITE 104
LAKE MARY, FL 32746


U.S. TRUSTEE-ORL, 11
135 WEST CENTRAL BOULEVARD,
SUITE 620
ORLANDO, FL 32801