B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Special Financing Inc.**　　　　　　　Case No. **08-13555**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **York Global Finance BDH, LLC** | **Nomura Corporate Funding Americas, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66107 |
| | Total Amount of Claim Filed: USD $10,750,000.00 |
| York Global Finance BDH, LLC | Amount of Claim Transferred: |
| c/o York Capital Management | $10,000,000.00 |
| 767 Fifth Avenue, 17th Fl. | |
| New York, NY 10153 | Date Claim Filed: 1/12/2010 |
| Attn: Lauren Searing Yun | |

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　　*/s/John J. Fosina*　　　　　　　　Date:　　5/17/2013
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: **Lehman Brothers Special Financing Inc.** ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: **66107**

**NOMURA CORPORATE FUNDING AMERICAS, LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**YORK GLOBAL FINANCE BDH, LLC**

its successors and assigns ("Buyer"), all right, title and interest in and to $10,000,000.00 (the "Claim") of Seller against **Lehman Brothers Special Financing Inc.**, docketed as claim number **66107** (which amends Proof of Claim No. 33613) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 17, 2013.

| NOMURA CORPORATE FUNDING AMERICAS, LLC | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| By: _____ *Sandor Hau* | By: _____ |
| Name: Sandor Hau | Name: |
| Title: Managing Director | Title: |

536-189/DEAL/3726340.4                                             12

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: **Lehman Brothers Special Financing Inc.** ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: **66107**

**NOMURA CORPORATE FUNDING AMERICAS, LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**YORK GLOBAL FINANCE BDH, LLC**

its successors and assigns ("Buyer"), all right, title and interest in and to **$10,000,000.00** (the "Claim") of Seller against **Lehman Brothers Special Financing Inc.**, docketed as claim number **66107** (which amends Proof of Claim No. 33613) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 17, 2013.

| NOMURA CORPORATE FUNDING AMERICAS, LLC | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| By: _____ | By: _____ (signed) |
| Name: | Name: **John J. Fosina** |
| Title: | Title: **Chief Financial Officer** |