UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
In re                                              :   Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   08-13555 (JMP)
                                                   :   (Jointly Administered)
                    Debtors.                       :
                                                   :
------------------------------------------------------------x   Ref. Docket Nos. 36990 & 37082

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Lauren Rodriguez
                                              Lauren Rodriguez

Sworn to before me this
17th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.

Debtors.

Chapter 11

Case No. 08-13555 (JMP)
Jointly Administered

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   Merrill Lynch Pierce, Fenner & Smith, Incorporated
              Attn: Meredith R. Smith
              214 North Tryon Street, 15th Floor
              Charlotte, NC 28255

Transferee:   HBK Master Fund LP
              c/o HBK Services LLC
              2101 Cedar Springs Road, Suite 700
              Dallas, TX 75201

Your transfer as presented is defective for the reason(s) checked below:

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
         By document #
( ) other (specify): Wrong Transfer Form Used

NOTE: Claim Not on File.  Transferor is not associated with Claim No. 59430

Docket Number: 36990


/s/ Lauren Rodriquez
Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 13, 2013.

EXHIBIT B

MERRILL LYNCH PIERCE, FENNER &
SMITH, INCORPORATED
ATTN: MEREDITH R. SMITH
214 NORTH TRYON STREET, 15TH FLOOR
CHARLOTTE, NC 28255

HBK MASTER FUND LP
C/O HBK SERVICES LLC
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201