UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :    (Jointly Administered)
                           Debtors.                             :
                                                                :
----------------------------------------------------------------x    Ref. Docket Nos. 36115, 36834,
                                                                     36942-36946, 36948, 36997, 37265-
                                                                     37267, 37281, 37284, 37298-37303,
                                                                     37307

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
Sworn to before me this                             Lauren Rodriguez
17th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  DEUTSCHE BANK AG
     ATTN: CHIP GOODRICH, ESQ.
     60 WALL STREET
     NEW YORK NY 10005-2858

DEUTSCHE BANK AG
BINGHAM MCCUTCHEN LLP
ATTN: RANAN WELL, ESQ.
2020 K STREET, NW
WASHINGTON DC 20006

Please note that your claim # 26969-09 in the above referenced case and in the amount of
$19,781,470.79  allowed at $19,781,470.79   has been transferred (**unless previously expunged by court order**)

EMPYREAN INVESTMENTS, LLC
TRANSFEROR: DEUTSCHE BANK AG
C/O EMPYREAN CAPITAL PARTNERS, LP
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., SUITE 2950
LOS ANGELES CA 90067

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37266    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/14/2013                        Vito Genna, Clerk of Court

                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 14, 2013.

# EXHIBIT B

```
TIME: 12:57:57                                      LEHMAN BROTHERS HOLDING INC.                                        PAGE:    1
DATE: 05/14/13                                            CREDITOR LISTING

Name                                             Address
BRUINSMA, A.J.                                   PO BOX 5327 HELDERBERG   7135 SOUTH AFRICA
CANYON BALANCED MASTER FUND, LTD.                ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.                TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.                  ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 90067
CANYON-GRF MASTER FUND II, L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR NEW YORK NY 90067
CANYON-GRF MASTER FUND II, L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITOL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
CREDIT SUISSE AG                                 TRANSFEROR: NOTENSTEIN PRIVATBANK AG ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
DEUTSCHE BANK AG                                 ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858
DEUTSCHE BANK AG                                 BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006
EMPYREAN INVESTMENTS, LLC                        TRANSFEROR: DEUTSCHE BANK AG C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                        TRANSFEROR: DEUTSCHE BANK AG C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., SUITE 2950 LOS ANGELES CA 90067
GOLDMAN SACHS & CO.                              TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: BBVA (SUIZA) S.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: KING CAPITAL LTD ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: PERMAL YORK, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: YORK CAPITAL MANAGEMENT, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                              TRANSFEROR: YORK MULTI-STRATEGY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC              TRANSFEROR: RR INVESTMENT CO LTD C/O GOLDMAN SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
LIQUIDITY SOLUTIONS, INC.                        TRANSFEROR: BRUINSMA, A.J. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK NJ 07601
LYXOR/YORK FUND, LTD.                            TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
NOTENSTEIN PRIVATBANK AG                         TRANSFEROR: CREDIT SUISSE BOHL 17 ST. GALLEN  CH-9004 SWITZERLAND
NSR BETA PE MAURITIUS, LLC                       ATTN: JAVED ABOOBAKAR C/O CITCO (MAURITIUS) LIMITED MEDINE MEWS BUILDING, 9TH FLOOR LA CHAUSEE STREET PORT LOUIS  MAURITIUS
NSR BETA PE MAURITIUS, LLC                       EDWARD SWAN, PC KIRKLAND & ELLIS LLP 300 NORTH LASALLE CHICAGO IL 60654
NSR BETA PE MAURITIUS, LLC                       RISHI GUPTA NEW SILK ROUTE PE ASIA FUND, LP 540 MADISON AVENUE, 39TH FLOOR C/O NEW SILK ROUTE PARTNERS, LTD
                                                 (THE GENERAL PARTNER OF GENERAL PARTNER) NEW YORK NY 10022
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         STEPHEN A. RUTENBERG SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PAULSON CREDIT OPPORTUNITIES MASTER LTD.         TRANSFEROR: NSR BETA PE MAURITIUS, LLC C/O PAULSON & CO. INC. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020
PERMAL CANYON IO LTD.                            ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON IO LTD.                            TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELE CA 90067
PERMAL CANYON IO LTD.                            TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
PERMAL CANYON IO LTD.                            TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITOL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067
PERMAL YORK, LTD.                                TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
PERMAL YORK, LTD.                                TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
RR INVESTMENT CO LTD                             C/O SNR DENTON SAM J. ALBERTS 1301 K STREET, NW WASHINGTON DC 20005


                                                                                                                       EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:57:57                                      LEHMAN BROTHERS HOLDING INC.                                          PAGE:    2
DATE: 05/14/13                                            CREDITOR LISTING

Name                                     Address
SILVER POINT CAPITAL FUND, LP            TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                         GREENWICH CT 06830
THE CANYON VALUE REALIZATION MASTER      ROBERT SCHEININGER SIDLET AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
THE CANYON VALUE REALIZATION MASTER      ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
THE CANYON VALUE REALIZATION MASTER      TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS
FUND, L.P.                               LOS ANGELES CA 90067
THE CANYON VALUE REALIZATION MASTER      TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
FUND, L.P.                               LOS ANGELES CA 90067
UBS AG                                   BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                   ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND
YORK CAPITAL MANAGEMENT, LP              TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CAPITAL MANAGEMENT, LP              TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                         NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND,L.P.      ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND,L.P.      STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
YORK CREDIT OPPORTUNITIES FUND,L.P.      TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES FUND,L.P.      TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                         NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND,   TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND LP ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
L.P.                                     ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES MASTER FUND,   STROOCK & STROOCK & LAVAN LLP ATTN: IRINA GOMELSKAYA, ESQ. 180 MAIDEN LANE NEW YORK NY 10018
LP
YORK CREDIT OPPORTUNITIES MASTER FUND,   TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
LP
YORK CREDIT OPPORTUNITIES MASTER FUND,   TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
LP                                       NEW YORK NY 10153
YORK MULTI-STRATEGY MASTER FUND, L.P.    TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153
YORK MULTI-STRATEGY MASTER FUND, L.P.    TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR
                                         NEW YORK NY 10153
YORVIK PARTNERS LLP                      TRANSFEROR: UBS AG ATTN: LISA KING 11 IRONMONGER LANE LONDON  EC2V 8EY UNITED KINGDOM


Total Number of Records Printed          64
```

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC