**BINGHAM**

Jonathan B. Alter
Direct Phone: +1.860.240.2969
Direct Fax:    +1.860.240.2569
jonathan.alter@bingham.com

**VIA ECF**

May 17, 2013

Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: In re Lehman Brothers Holdings Inc., Case No. 08-13555

Dear Sir/Madam:

I write to request removal of my name and email address (jonathan.alter@bingham.com) from the service list in the above-referenced matter on behalf of Bingham McCutchen LLP as successor-in-interest to McKee Nelson LLP. Thank you for your assistance.

Very truly yours,

Jonathan B. Alter

Beijing
Boston
Frankfurt
**Hartford**
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

T +1.860.240.2700
F +1.860.240.2800
bingham.com

A/75537891.1