UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :    (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 36442, 36706,
                                                                      36991, 36992, 36994, 36997, 36999,
                                                                      37014, 37153, 37154, 37156, 37287-
                                                                      37290, 37292-37294, 37296, 37297,
                                                                      37304-37306, 37308-37315, 37357-
                                                                      37362

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 15, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
20th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:   JPMORGAN CHASE BANK, NA
      TRANSFEROR: STATE STREET BANK AND TRUST
      C/O J.P. MORGAN SECURITIES LLC
      MAIL CODE: NY1-M138
      383 MADISON AVENUE, FLOOR 37
      NEW YORK NY 10179
```

Please note that your claim # 32695 in the above referenced case and in the amount of
$4,250,000.00  allowed at $4,000,000.00    has been transferred **(unless previously expunged by court order)**

```
      SOLA LTD.
      TRANSFEROR: JPMORGAN CHASE BANK, NA
      410 PARK AVENUE, 11TH FLOOR
      NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 37014    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/15/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 15, 2013.

EXHIBIT B

```
TIME: 13:18:57                                    LEHMAN BROTHERS HOLDING INC.                                          PAGE:    1
DATE: 05/15/13                                         CREDITOR LISTING

Name                                              Address
AAI CANYON FUND PLC, IN RESPECT OF                ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 CANYON REFLECTION FUND
AAI CANYON FUND PLC, IN RESPECT OF                TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 CANYON REFLECTION FUND                           LOS ANGELES CA 90067
ALDEN GLOBAL VALUE RECOVERY MASTER FUND,          TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD C/O ALDEN GLOBAL CAPITAL ATTN: ITHRAN OLIVACCE 885 THIRD AVENUE, 34TH FLOOR
 L.P.                                             NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                  EVANSTON IL 60201
BURLINGTON LOAN MANAGEMENT LIMITED                TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O DAVIDSON KEMPNER CAPITAL MGMT ATTN: JENNIFER DONOVAN
                                                  65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
CANYON BALANCED MASTER FUND, LTD.                 ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON BALANCED MASTER FUND, LTD.                 TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                  LOS ANGELES CA 90067
CANYON-GRF MASTER FUND II, LP                     ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, LP                     TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                                  LOS ANGELES CA 90067
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GOLDENTREE EUROPEAN SELECT OPPORTUNITIES MASTER, LP 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
 CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GOLDENTREE MASTER FUND II, LTD. 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
 CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GOLDENTREE MASTER FUND, LTD. 383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
 CORPORATION
CHASE LINCOLN FIRST COMMERCIAL                    TRANSFEROR: GOLDENTREE MULTISTRATEGY, LTD 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
 CORPORATION
CRESCENT I, LP                                    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CRS MASTER FUND, L.P.                             TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS,LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.                    TRANSFEROR: HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FUND - EUROPE LP C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON
                                                  3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY
                                                  10250 CONSTELLATION BLVD., STE 2950 LOS ANGELES CA 90067
EMPYREAN INVESTMENTS, LLC                         TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD., STE 295
                                                  LOS ANGELES CA 90067
GOLDMAN SACHS & CO.                               TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS ATTN; RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                                  JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: CITIBANK, N.A. ATTN: ANDREW CADITZ 30 HUDSON STREET, 36TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: KING, PENDLETON ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: SOCIETE EUROPEENNE DE BANQUE SA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: YORK MULTI-STRATEGY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: C.V.I G.V.F. (LUX) MASTER S.A.R.L. (UK ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
```

```
TIME: 13:18:57                              LEHMAN BROTHERS HOLDING INC.                                PAGE:   2
DATE: 05/15/13                                   CREDITOR LISTING

Name                                          Address
GOLDMAN SACHS LENDING PARTNERS, LLC           TRANSFEROR: EMPYREAN INVESTMENTS, LLC C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                              JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                         TRANSFEROR: J.P. MORGAN SECURITIES PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER       WATCHELL LIPTON ROSEN & KATZ ATTN HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019
FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER       HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019
FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER       BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
FUND LP
HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER       THE CAYMAN CORPORATE CENTRE, 4TH FLOOR, 27 HOSPITAL ROAD GEORGE TOWN GRAND CAYMAN KY1-1109 CAYMAN ISLANDS
FUND LP
HIGHBRIDGE STATISTICALLY ENHANCED EQUITY      WATCHELL LIPTON ROSEN & KATZ ATTN HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019
MASTER FUND - EUROPE LP
HIGHBRIDGE STATISTICALLY ENHANCED EQUITY      HIGHBRIDGE CAPITAL MANAGEMENT LLC ATTN MALDA HIBRI 9 W 57 ST 27 FL NEW YORK NY 10019
MASTER FUND - EUROPE LP
HIGHBRIDGE STATISTICALLY ENHANCED EQUITY      BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689
MASTER FUND - EUROPE LP
HIGHBRIDGE STATISTICALLY ENHANCED EQUITY      MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS
MASTER FUND - EUROPE LP
J.P. MORGAN SECURITIES PLC                    TRANSFEROR: MOUNT KELLETT MASTER FUND II, LP ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE - FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: STATE STREET BANK AND TRUST C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
MAGNETAR CAPITAL MASTER FUND LTD              DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD              TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                              EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
LTD.
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
LTD.                                          EVANSTON IL 60201
MERRILL LYNCH CREDIT PRODUCTS, LLC            TRANSFEROR: PHARO MACRO FUND, LTD ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
PERMAL CANYON IO LTD.                         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON IO LTD.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE AMERICAS, 11TH FLOOR
                                              LOS ANGELES CA 90067
PERMAL CANYON IO LTD.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                              LOS ANGELES CA 90067
SILVER POINT CAPITAL FUND LP                  ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND LP                  TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                 ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                 TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                 TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                 TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER          ERIC RUIZ DAVIS POLK & WARDWLL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                      GREENWICH CT 06830

                                                                                                        EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 13:18:57                              LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  3
DATE: 05/15/13                                   CREDITOR LISTING

Name                                        Address
SILVER POINT CAPITAL OFFSHORE MASTER        TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMERTZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                    GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER        TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                    GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER        TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER PONT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                    GREENWICH CT 06830
SOLA LTD.                                   TRANSFEROR: JPMORGAN CHASE BANK, NA 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
THE CANYON VALUE REALIZATION MASTER         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 FUND, L.P.
THE CANYON VALUE REALIZATION MASTER         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 FUND, L.P.                                  LOS ANGELES CA 90067
THE CANYON VALUE REALIZATION MASTER         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
 FUND, LP
THE CANYON VALUE REALIZATION MASTER         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 THIRD AVENUE NEW YORK NY 10019
 FUND, LP
THE CANYON VALUE REALIZATION MASTER         SIDLEY AUSTIN LLP ATTN: ROBERTH SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
 FUND, LP
THE CANYON VALUE REALIZATION MASTER         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 FUND, LP
THE CANYON VALUE REALIZATION MASTER         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SVENTH AVENUE NEW YORK NY 10019
 FUND, LP
THE CANYON VALUE REALIZATION MASTER         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 FUND, LP                                    LOS ANGELES CA 90067
THE CANYON VALUE REALIZATION MASTER         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUES OF THE STARTS, 11TH FLOOR
 FUND, LP                                    LOS ANGELES CA 90067
THE CANYON VALUE REALIZATION MASTER         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 FUND, LP                                    LOS ANGELES CA 90067
THE CANYON VALUE REALIZATION MASTER         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 FUND, LP                                    LOS ANGELES CA 90067
TURNPIKE LIMITED                            TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. C/O ALDEN GLOBAL CAPITAL 885 THIRD AVENUE NEW YORK NY 10022


Total Number of Records Printed             89
```

EPIQ BANKRUPTCY SOLUTIONS, LLC