UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (JMP)
                                                         :   (Jointly Administered)
                              Debtors.                   :
                                                         :
------------------------------------------------------------------------x   Ref. Docket Nos. 36991, 36992,
                                                             37002, 37005, 37088-37091, 37316-
                                                             37325, 37329-37332, 37365, 37366

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
20th day of May, 2013

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BANK HAPOALIM B.M.                              BANK HAPOALIM B.M.
     ATTN: DAVID HERTZ & HAROLD J. WEISSLER          PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
     1177 AVENUE OF THE AMERICAS                     ATTN: DOUGLAS R. DAVIS
     NEW YORK NY 10019                               1285 AVENUE OF THE AMERICAS
                                                     NEW YORK NY 10019
```

Please note that your claim # 555854-22 in the above referenced case and in the amount of
     $140,000.00   allowed at $141,201.39         has been transferred **(unless previously expunged by court order)**

```
     IRA FBO ROBERT SOMMER PERSHING AS CUSTODIAN
     TRANSFEROR: BANK HAPOALIM B.M.
     ATTN: ROBERT SOMMER
     211 SUNSET AVENUE
     RIDGEWOOD NJ 07450
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37366      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/16/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 16, 2013.

**EXHIBIT B**

```
TIME: 11:51:26                                        LEHMAN BROTHERS HOLDING INC.                                                      PAGE:    1
DATE: 05/16/13                                             CREDITOR LISTING

Name                                          Address
AAI CANYON FUND PLC, IRO CANYON               SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
    REFLECTION FUND
AAI CANYON FUND PLC, IRO CANYON               TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
    REFLECTION FUND                           LOS ANGELES CA 90067
AAI CANYON FUND PLC, IRO: CANYON              SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
    REFLECTION FUND
AAI CANYON FUND PLC, IRO: CANYON              TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
    REFLECTION FUND                           LOS ANGELES CA 90067
BANK HAPOALIM B.M.                            18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                            ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                            PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK JULIUS BAER & CO LTD.                    UBS AG ATTN: PATRICK ROOS BAHNHOFSTRASSE 36 8010 ZURICH SWITZERLAND
CANYON-GRF MASTER FUND II, L.P.               SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
CANYON-GRF MASTER FUND II, L.P.               TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                              LOS ANGELES CA 90067
CITIGROUP FINANCIAL PRODUCTS, INC.            TRANSFEROR: ENCANA CORPORATION ATTN: SCOTT EVAN 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CARVAL INVESTORS UK LIMITED ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.                TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DEUTSCHE BANK AG, LONDON                      TRANSFEROR: DOLOSTONE, L.L.C. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
GOLDMAN SACHS & CO.                           TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: SILVER POINT CAPITAL FUND, L.P. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                           TRANSFEROR: SILVER POINT CAPITAL OFFSHORE FUND, LTD. ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                         TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
HBK MASTER FUND, L.P.                         TRANSFEROR: JPMORGAN CHASE BANK, NA C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
IRA FBO ROBERT SOMMER PERSHING AS             TRANSFEROR: BANK HAPOALIM B.M. ATTN: ROBERT SOMMER 211 SUNSET AVENUE RIDGEWOOD NJ 07450
    CUSTODIAN
JPMORGAN CHASE BANK, NA                       TRANSFEROR: MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436
                                              ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: MIDWAY MARKET NEUTRAL INTERNATIONAL MASTER FUND LTD ATTN: SUSAN MCNAMARA, MAIL CODE: NY1-A436
                                              ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: STATE STREET BANK AND TRUST ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26
                                              NEW YORK NY 10005
JPMORGAN CHASE BANK, NA                       TRANSFEROR: WATERSTONE MF FUND, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: WATERSTONE MKT NEUTRAL MASTER FUND, LTD C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: WATERSTONE OFFSHORE AD FUND, LTD. C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
                                              383 MADISON AVENUE - FLOOR 37 NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
JPMORGAN CHASE BANK, NA                       TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O J.P. MORGAN SECURITIES LLC MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37
                                              NEW YORK NY 10179
LEE TAK PING ANGIE                            RM 601 KWONG WAH PLAZA 11 TAI TONG ROAD YUEN LONG, NT HONG KONG
MERRILL LYNCH INTERNATIONAL                   ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL                   C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
PERMAL CANYON IO LTD.                         SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
PERMAL CANYON IO LTD.                         TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
                                              LOS ANGELES CA 90067
RBC DOMINION SECURITIES, INC.                 TRANSFEROR: UBS AG ATTN: DONALD GARCIA PO BOX 50 ROYAL BANK PLAZA TORONTO ONTARIO M5J 2W7 CANADA
SILVER POINT CAPITAL FUND, LP                 ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904

                                                                                                                      EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:51:26                              LEHMAN BROTHERS HOLDING INC.                                                  PAGE:   2
DATE: 05/16/13                                   CREDITOR LISTING

Name                                          Address
SILVER POINT CAPITAL FUND, LP                 TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                              GREENWICH CT 06830
                                              ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                      GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER          TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICHPLAZA, FIRST FLOOR
FUND, LP                                      GREENWICH CT 06830
SOLUS RECOVERY FUND II MASTER LP.             TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: GORDON YEAGER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                    TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: GORDON YEAGER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
STANDARD CHARTERED BANK (HONG KONG) LTD.      TRANSFEROR: LEE TAK PING ANGIE 21/F STANDARD CHARTERED TOWER 388, KWUN TONG ROAD HONG KONG  HONG KONG
STONEHILL INSTITUTIONAL PARTNERS, LP          TRANSFEROR: GOLDMAN SACHS & CO. ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. C/O STONEHILL CAPITAL MGMT - S. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022
THE CANYON VALUE REALIZATION MASTER           SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019
FUND, L.P.
THE CANYON VALUE REALIZATION MASTER           TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
FUND, L.P.                                    LOS ANGELES CA 90067
UBS AG                                        BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH  8001 SWITZERLAND
UBS AG                                        ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH  8098 SWITZERLAND


Total Number of Records Printed         55
```

EPIQ BANKRUPTCY SOLUTIONS, LLC