UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                          :

In re                                :      Chapter 11 Case No.
                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (JMP)
                                        :      (Jointly Administered)

                   Debtors.        :

                                          :

------------------------------------------------------------------------x   Ref. Docket Nos. 36991, 36992,
                                                   37334-37336, 37339-37350, 37379,
                                                 37395-37397, 37417, 37427, 37428

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 17, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
20th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
----------------------------------------------|
                                               |
In re                                          |    Chapter 11 Case No.
                                               |
LEHMAN BROTHERS HOLDINGS INC., et al.,         |    08-13555 (JMP)
                                               |
                                               |    (Jointly Administered)
                                               |
                Debtors.                       |
                                               |
----------------------------------------------|
```

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: GOLDMAN SACHS LENDING PARTNERS, LLC
    TRANSFEROR: SOLUS RECOVERY FUND LP
    200 WEST STREET
    NEW YORK NY 10282

Please note that your claim # 14820-01 in the above referenced case and in the amount of
    $1,325,967.33  allowed at $1,260,631.80     has been transferred (**unless previously expunged by court order**)

MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
C/O MAGNETAR FINANCIAL LLC
ATTN: TARJA BENTGARDE
1603 ORRINGTON AVENUE, 13TH FLOOR
EVANSTON, IL 60201

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37342     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/17/2013                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 17, 2013.

EXHIBIT B

TIME: 13:47:29
DATE: 05/17/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: CHILTON NEW ERA PARTNER, L.P ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| BANQUE PIGUET & CIE S.A. | ATTN: NICOLAS TERRIER,FIRST VICE-PRESIDENT AND ATTN: YAN FRIEDRICH, ASSISTANT VICE PRESIDENT RUE DE LA PLAINE 14 VYERDON CH-1400 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SEMPER CONSTANTIA PRIVATBANK AG ATTN: DANIEL MIRANDA ANTHONY VITIELLO 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WHITE & CASE LLP 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACKWELL PARTNERS LLC | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| BLACKWELL PARTNERS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| CHILTON NEW ERA PARTNER, L.P | C/O CHILTON INVESTMENT COMPANY LLC ATTN: JAMES STEINTHAL - GENERAL COUNSEL ATTN: ALEXANDER FRANK - CFO 1266 EAST MAIN STREET, 7TH FLOOR STAMFORD CT 06902 |
| CHILTON NEW ERA PARTNER, L.P | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CITIBANK (HONG KONG) LIMITED | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK (HONG KONG) LIMITED | ATTN: LUM, SO FAN, FANNY 8/F DORSET HOUSE, TAIKOO PLACE, 979 KINGS ROAD QUARRY BAY HONG KONG |
| CITIGROUP GLOBAL MARKETS, INC. | TRANSFEROR: CITIBANK (HONG KONG) LIMITED ATTN: TAYLOR LEAHY 390 GREENWICH STREET, 4TH FLOOR NEW YORK NY 10013 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO A | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO B | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS HCE FUND, SPC - SEGREGATED PORTFOLIO C | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SOLUS RECOVERY FUND LP 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP 200 WEST STREET NEW YORK NY 10282 |
| HBK MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| MAGNETAR CAPITAL MASTER FUND LTD | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MAGNETAR CAPITAL MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR CAPITAL MASTER FUND LTD ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60200 |
| MAGNETAR CAPITAL MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: BANQUE PIGUET & CIE S.A. ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: UBS AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SOCIETE GENERALE BANK & TRUST SINGAPORE | TRANSFEROR: UBS AG HEAD OF OPERATIONS 1 RAFFLES QUAY #35-01 NORTH TOWER SINGAPORE 048583 SINGAPORE |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |

Total Number of Records Printed      37