# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>      Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nomura Corporate Funding Americas, LLC | Ultra Master Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
2 World Financial Center, Building B
New York, NY 10281-1198
Attn : Rehana Wijenayake
Telephone : (212) 667-1510
e-mail : rehana.wijenayake@nomura.com

Court Claim # (if known): 21893

Amount of Claim Transferred: $2,410,006.45

Date Claim Filed: September 21, 2009

Last Four Digits of Acct. #: _____

Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____/s/_____        Date: __May 20, 2013__
Transferee/Transferee's Agent
Sandor Hau
Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 21893 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Ultra Master Ltd<br><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Ultra Master Ltd<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022<br>Attn: Solus Operations Administration<br>Tele #: (214) 778-1652<br>E-mail: notices@soluslp.com<br>Fax #(212) 284-4347 | Nomura Corporate Funding Americas, LLC<br><br>Name of Transferee<br><br>Address of Transferee:<br><br>Nomura Corporate Funding Americas, LLC<br>2 World Financial Center, Building B<br>New York, NY 10281-1198<br>Attn : Rehana Wijenayake<br>Telephone : (212) 667-1510<br>e-mail : rehana.wijenayake@nomura.com |
|---|---|
|  |  |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                                         CLERK OF THE COURT

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Ultra Master Ltd ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Nomura Corporate Funding Americas, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $2,410,006.45, and the relevant portion of any and all proofs of claim (No. 21893) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 16th day of May, 2013.

ULTRA MASTER LTD
By: Solus Alternative Asset Management LP
Its: Investment Advisor

By: _____
Name: Gordon Yeager
Title: Chief Risk Officer & Chief Operations Officer


NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____
Name:
Title:

536-171/AGR/3812466.2

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Ultra Master Ltd ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Nomura Corporate Funding Americas, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $2,410,006.45, and the relevant portion of any and all proofs of claim (No. 21893) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 16th day of May, 2013.

ULTRA MASTER LTD
By: Solus Alternative Asset Management LP
Its: Investment Advisor

By: _____
Name:
Title:


NOMURA CORPORATE FUNDING
AMERICAS, LLC

By: _____
Name:   Sandor Hau
Title:   Managing Director

536-171/AGR/3812466.2