UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
                    Debtors.                                     :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 36060

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 17, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
22nd day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 36060_Aff 5-17-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   YORVIK PARTNERS LLP
              TRANSFEROR: UBS AG
              ATTN: RICHARD CARMOODY
              11 IRONMONGER LANE
              LONDON EC2V 8EY UNITED KINGDOM

Additional:

Transferee:   ADK SOHO FUND
              155 WOOSTER STREET
              NEW YORK NY 10012

**Your transfer of claim # 559233-42 is defective for the reason(s) checked below:**

Other                              THERE IS NOT ENOUGH INFORMATION IN TRANSFER DOCUMENT

Docket Number 36060            Date 03/19/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 17, 2013.

EXHIBIT B

```
TIME: 12:18:39                        LEHMAN BROTHERS HOLDING INC.                                        PAGE:  1
DATE: 05/17/13                              CREDITOR LISTING

Name                       Address
ADK SOHO FUND              155 WOOSTER STREET NEW YORK NY 10012
YORVIK PARTNERS LLP        TRANSFEROR: UBS AG ATTN: RICHARD CARMOODY 11 IRONMONGER LANE LONDON   EC2V 8EY UNITED KINGDOM


Total Number of Records Printed     2
```

EPIQ BANKRUPTCY SOLUTIONS, LLC