UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :     Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     08-13555 (JMP)
                                                   :
                        Debtors.                   :     (Jointly Administered)
------------------------------------------------------------X

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. [Case No. 08-13555] |
| Creditor Name and Address: | Trustees of the DR CL James Childrens Settlement<br>22 Chancery Lane<br>London, WC2A1LS<br>United Kingdom |
| Claim Number (if known): | 13594 |
| Date Claim Filed: | October 14, 2009 |
| Total Amount of Claim Filed: | $474,101 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| | | | |
|---|---|---|---|
| Signature: | [signature] | Title: | MF |
| Printed Name: | GL CHAMBERS - TRUSTEE | Dated: | 22. 5. 2013 |

US_ACTIVE:\44096563\1\58399.0011