

By Courier

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn: Clerk's Office
One Bowling Green
New York, NY 10004-1408

Our ref.: Asset Servicing Bonds/ adb
Telephone: +49 211/910-1835
Düsseldorf, 21.05.2013

Lehman Brothers Holdings Inc.; et al., Debtors
Case No. 08-13555 (JMP)
Here: Transfer of claim other than for security

Dear Sir or Madam,

Please find our attached forms for transferring an claim concering the above mentioned case.

Please confirm us the transfer if you agree with it.

Thank you in advance for your kind co-operation.

Best regards,

HSBC Trinkaus & Burkhardt AG



Attachments
- Transfer of claim other than for security
- Evidence of transfer of claim
- Schedule I

**HSBC Trinkaus & Burkhardt AG**
Postfach 10 11 08, 40002 Düsseldorf
Königsallee 21/23, 40212 Düsseldorf
Telefon: +49 211 910-0
Telefax: +49 211 910-616

Aktiengesellschaft
Sitz Düsseldorf, Handelsregister
Amtsgericht Düsseldorf HRB 54447
Umsatzsteuer-ID-Nr.: DE 121 310 482
S.W.I.F.T.: TUBDDEDD, BLZ 300 308 80

Mitglieder des Vorstands:
Andreas Schmitz (Sprecher), Paul Hagen, Dr. Olaf Huth,
Manfred Krause, Carola Gräfin v. Schmettow
Vorsitzender des Aufsichtsrats:
Dr. Sieghardt Rometsch



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DAB Bank AG | Credit Suisse AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HSBC
AS - Bonds
Anke Dornbusch
Yorckstraße 21-23
D-40476 Düsseldorf

Phone: +49 211 910 1835
Last Four Digits of Acct #: 4043

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): See Evidence of Tansfer of Claim Form

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
see above

Phone: see above
Last Four Digits of Acct #: 4043

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 21.05.2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

- DORNBUSCH -    - FIJALKOWSKI -

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG ("Transferor") unconditionally and irrevocably transferred to DAB Bank AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON AUGUST 21, 2012.

**Credit Suisse AG**

By: _____
Name: Martina Berli
Title:  Vice President

By: _____
Name: Juliette Diallo
Title:  Vice President

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| DE000A0N6GH8 | 55829 | October 29, 2009 | Lehman Brothers Treasury Co. BV | 30 Units |