

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
USA

Investment Services
Anja Sonnleithner
Telefon: +49 (69) 2177 4292
Telefax: +49 (69) 2177 4460

Frankfurt, 14.05.2013

**claim #39590**

Dear Sir or Madam,

please note that claim #39590 has been transfered to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank AG

Anja Sonnleithner          Danijela Gunnesch



RECEIVED MAY 20 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JPM)**
**Claim Number: 39590**

Dear Sir or Madam,

We would like to inform you that MUT-Stiftung, a foundation under German Civil Law, represented by Mrs. Maria Carstensen and Mr. Uwe Thomas Carstensen, who filed the claim number 39590 on 10/13/2009 (Claim Amount USD 354,650.00) has assigned the rights arising out of this claim corresponding with the following securities

- 2,500 Lehman Bros Treasury Co. B.V. EO-FLR Basket Lkd MTN 2008(14) 25.MAI (WKN A0TVK2 / ISIN DE000A0TVK20) in the amount of EUR 249,125.00 as of purchase date 28 Mai 2008 (face value EUR 250,000.00)

to
**Bethmann Bank AG**
**Bethmannstraße 7-9**
**60311 Frankfurt am Main**
**Germany.**

Bethmann Bank AG has agreed to this assignment. Both MUT-Stiftung and Bethmann Bank AG acknowledge and represent that due to this assignment Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt, 3.1.2013                           Hannover, 20.12.2012

Bethmann Bank AG                              MUT-Stiftung
(Assignee)                                    (Assignor)

(Jochen Weber)  (Oliver Körner)               (Maria Carstensen) (Uwe Thomas Carstensen)

