UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                                                                           )
In re:                                                                     ) Chapter 11
                                                                           )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                   ) Case No. 08-13555 (JMP)
                                                                           )
                                                                           )
                                                                           )
         Debtors                                                           ) (Jointly Administered)
---------------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY

   Credit Suisse International hereby withdraws its Notice of Transfer of Claim for Security pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., filed on January 26, 2012 [Docket No. 24707], transferring claim number 13777 against Lehman Brothers Commodity Services Inc. in the amount of $33,492,567.00 (which claim has been allowed in the amount of $29,800,000.00) as security from PBC Financing LLC as transferor to Credit Suisse International as transferee.

   Respectfully submitted on this 23rd day of May, 2013.


                                                ANDREWS KURTH LLP

                                                By: /s/ Paul N. Silverstein
                                                Paul N. Silverstein (PS 5098)
                                                450 Lexington Avenue, 15th Floor
                                                New York, New York 10017
                                                Telephone: (212) 850-2800
                                                Facsimile: (212) 850-2929


                                                *Counsel to Credit Suisse International*

NYC:249176.2