UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

---

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY

Credit Suisse International hereby withdraws its Notice of Transfer of Claim for Security pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., filed on January 26, 2012 [Docket No. 24704], transferring claim number 15062 against Lehman Brothers Commodity Services Inc. in the amount of $6,194,742.00 (which claim has been allowed in the amount of $5,111,029.00) as security from PBC Financing LLC as transferor to Credit Suisse International as transferee.

Respectfully submitted on this 23rd day of May, 2013.

ANDREWS KURTH LLP

By: /s/ Paul N. Silverstein
Paul N. Silverstein (PS 5098)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929
*Counsel to Credit Suisse International*

NYC:249176.2