UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               )
In re:                                                         ) Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                       ) Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
         Debtors                                               ) (Jointly Administered)
---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM FOR SECURITY

Credit Suisse International hereby withdraws its Notice of Transfer of Claim for Security pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., filed on January 26, 2012 [Docket No. 24702], transferring claim number 15059 against the above captioned debtor in the amount of $5,067,944.00 (which claim has been allowed in the amount of $4,829,995.00) as security from PBC Financing LLC as transferor to Credit Suisse International as transferee.

Respectfully submitted on this 23rd day of May, 2013.

        ANDREWS KURTH LLP

        By: /s/ Paul N. Silverstein
        Paul N. Silverstein (PS 5098)
        450 Lexington Avenue, 15th Floor
        New York, New York 10017
        Telephone: (212) 850-2800
        Facsimile: (212) 850-2929

        *Counsel to Credit Suisse International*

NYC:249176.2