**Exhibit 1**
**(Notice Parties)**

| | |
|---|---|
| Charles Palmer<br>The Palmer Group<br>310 Waymont Court, Suite 104<br>Lake Mary, FL 32746<br>charlie@palmergroup.org | Robert Lee Smith, Esq.<br>Robert Lee Smith, P.C.<br>25211 Grogans Mill Road, Suite 450<br>The Woodlands, TX 77380<br>robert@rlsmithpc.com<br>cindy@rlsmithpc.com<br>*Counsel for Charles Palmer* |
| Kenneth D. (Chip) Herron, Jr.<br>Hill McFarlin & Herron, P.A.<br>1851 West Colonial Drive<br>Orlando, FL 32804<br>kherron@whmh.com<br>*Counsel for Texas Meadows* | Texas Meadows Ltd.<br>310 Waymont Court, Suite 104<br>Lake Mary, FL 32746 |

U.S. Trustee-ORL, 11
135 West Central Boulevard, Suite 620
Orlando, FL 32801