UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., et al

Case No. 08-13555 (JMP)
(Jointly Administered)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claim referenced herein.

| Name of Transferee: ATTESTOR VALUE MASTER FUND LP | Name of Transferor: Deutsche Bank AG, London Branch |
|---|---|
| Notices to Transferee should be sent to: ATTESTOR VALUE MASTER FUND LP c/o Attestor Capital LLP 21 Upper Brook Street London W1K 7PY United Kingdom +44 20 7074 9621 Attn: Anke Heydenreich Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor: (Court use only) |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor Deutsche Bank AG, London Branch Winchester House 1 Great Winchester Street London EC2N 2DB Phone: +44 20 7547 2400 / +44 20 7547 2400 Attn: Simon Glennie/Michael Sutton Email: simon.glennie@db.com, michael.sutton@db.com |
| Transferred Claim Amount: $8,524,454 | |
| Court Claim No. (if known): 19686 | |
| Date Claim Filed: September 11, 2009 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: _23/May 2013_
    Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

AND TO: LEHMAN BROTHERS HOLDINGS INC.

CLAIM NO: 19686

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** (the "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **ATTESTOR VALUE MASTER FUND L.P.** (the "Assignee") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11, Case No. 08-13555 (Jointly Administered) (JMP), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $8,524,454.00, docketed as Claim No. 19686 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of MAY 2013.

**ATTESTOR VALUE MASTER FUND L.P.**

By: _[signature]_

Attestor Capital LLP
for and on behalf of
Attestor Value Master Fund LP

Name  JAN PETERS

Title  Managing Member

Date  7 MAY 2013

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _[signature]_                           By: _[signature]_
Name:                                       Name:
Title:                                      Title:

Jamie Foote                                 Simon Glennie
Vice President                              Vice President