B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (JMP)</u>
    (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the portion of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the partial transfer of the portion of the claim referenced below to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the partial transfer of the portion of the claim referenced below.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the portion of the claim referenced below, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the portion of the claim referenced below to Transferee and recognizing Transferee as the sole owner and holder of the portion of the claim referenced below. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the portion of the claim referenced below be made to Transferee.

| <u>Goldman Sachs Lending Partners LLC</u> | <u>Yield Strategies Fund I, LP</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Goldman Sachs Lending Partners LLC
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Attn: Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212) 934-3921
Fax: (646) 769-7700

Court Claim # (if known): <u>26088</u>
Amount of Claim Transferred: <u>$1,561,956.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

780083v.10 3091/00380

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Michelle Latzoni
     Transferee/Transferee's Agent  Authorized Signatory   Date: 5/20/13


YIELD STRATEGIES FUND I, LP

By: _____                Date: _____
     Transferor/Transferor's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____   Date: _____
    Transferee/Transferee's Agent

YIELD STRATEGIES FUND I, LP

By: _____   Date: _May 17, 2013_
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.