B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVF II Lux Finco, LLC</u>                              <u>CVI CVF II Lux Master S.a.r.l.</u>
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>20121</u>
should be sent:                                  Amount of Claim Transferred: <u>$39,697,528.17</u>
                                                 Date Claim Filed: <u>        September 21, 2009</u>
CarVal Investors, LLC                            Debtor: <u>Lehman Brothers Holdings Inc.</u>
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg

Phone: (952) 984-3416                            Phone: _____
Last Four Digits of Acct #: _____      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: May 14, 2013
    Transferee/Transferee's Agent
    **Tiffany Parr**
    **Authorized Signer**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI CVF II Lux Master S.a.r.l. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVF II Lux Finco, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $39,697,528.17, and the relevant portion of any and all proofs of claim (No. 20121) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 14th day of May, 2013.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name: Tiffany Parr
Title: Authorized Signer

CVF II Lux Finco, LLC
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name: Tiffany Parr
Title: Authorized Signer

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CVF II Lux Finco, LLC</u>                                    <u>CVI CVF II Lux Master S.a.r.l.</u>
Name of Transferee                                            Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): <u>20149</u>
should be sent:                                                      Amount of Claim Transferred: <u>$39,696,491.20</u>
                                                                              Date Claim Filed:    <u>September 21, 2009</u>
CarVal Investors, LLC                                            Debtor: <u>Lehman Brothers Special Financing Inc.</u>
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg

Phone: (952) 984-3416                                         Phone: _____
Last Four Digits of Acct #: _____                         Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Date:    May 14, 2013
         Transferee/Transferee's Agent
         **Tiffany Parr**
         **Authorized Signer**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVI CVF II Lux Master S.a.r.l ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVF II Lux Finco, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent of $39,696,491.20, and the relevant portion of any and all proofs of claim (No. 20149) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF PARTIAL TRANSFER OF CLAIM is executed this 14th day of May, 2013.

CVI CVF II LUX MASTER S.A.R.L.
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name: Tiffany Parr
Title: Authorized Signer

CVF II Lux Finco, LLC
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name: Tiffany Parr
Title: Authorized Signer