WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                          :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                               :
                        Debtors.                               :    **(Jointly Administered)**
                                                               :
                                                               :
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE**
**FOUR HUNDRED EIGHTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. (the "<u>Plan Administrator</u>"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, is withdrawing its Four Hundred Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 37161] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:  May 23, 2013
   New York, New York

              /s/ Robert J. Lemons
              Robert J. Lemons

              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007

              Attorneys for Lehman Brothers Holdings Inc.
              and Certain of Its Affiliates

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| YTL HOTELS (CAYMAN) LIMITED | 11493 |