UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
:
In re                                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
:    (Jointly Administered)
Debtors.                                              :
:
----------------------------------------------------------------------x    Ref. Docket Nos. 36991, 36992,
37342, 37351-37353, 37355, 37356,
37372, 37373, 37375, 37380, 37381,
37382, 37384-37388, 37390, 37391,
37394, 37414, 37420, 37423, 37429-
37431, 37442

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        /s/ Lauren Rodriguez
                                                                                        Lauren Rodriguez

Sworn to before me this
24th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36991, 36992, 37342...37429-37431, 37442_AFF_5-20-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

---

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO.
     TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302

Please note that your claim # 48381 in the above referenced case and in the amount of
     $176.39   allowed at $136.74        has been transferred **(unless previously expunged by court order)**

SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP
TRANSFEROR: GOLDMAN SACHS & CO.
C/O SILVER POINT CAPITAL, L.P.
ATTN: DAVID F. STEINMETZ
2 GREENWICH PLAZA, FIRST FLOOR
GREENWICH CT 06830

SILVER POINT CAPITAL OFFSHORE MASTER FUND, L
ERIC RUIZ
DAVIS POLK & WARDWELL LLP
450 LEXINGTON AVENUE
NEW YORK NY 10017-3904

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 36991       in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/20/2013                         Vito Genna, Clerk of Court


                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 20, 2013.

# EXHIBIT B

```
TIME: 11:26:39                                        LEHMAN BROTHERS HOLDING INC.                                                  PAGE:    1
DATE: 05/20/13                                              CREDITOR LISTING

Name                                      Address
─────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────────
BANCA FIDEURAM S.P.A.                     PIAZZALE GIULIO DOUHET, 31 ROMA   00163 ITALY
BANCA POPOLARE DI SONDRIO S.C.P.A         TRANSFEROR: BANCA FIDEURAM S.P.A. ATTN: GERRY DE ALBERTI SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI PIAZZA GARIBALDI, 16
                                          SONDRIO, 23100  ITALY
BANK HAPOALIM B.M.                        18851 NE 29TH AVE MIAMI FL 33180
BANK HAPOALIM B.M.                        ATTN: DAVID HERTZ & HAROLD J. WEISSLER 1177 AVENUE OF THE AMERICAS NEW YORK NY 10019
BANK HAPOALIM B.M.                        PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
BARCLAYS BANK PLC                         ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                         TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON  E14 5HP UNITED KINGDOM
BARCLAYS BANK PLC                         TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BLACKWELL PARTNERS LLC                    SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
BLACKWELL PARTNERS LLC                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                          EVANSTON IL 60201
BLACKWELL PARTNERS LLC                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIALS LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                          EVANSTON IL 60201
CASSA LOMBARDA S.P.A.                     VIA A MANZONI 12/16 MILANO  20121 ITALY
CASTLERIGG MASTER INVESTMENTS LTD         TRANSFEROR: BARCLAYS BANK PLC CASTLERIGG MASTER INVESTMENTS LTD C/O SANDELL ASSET MANAGEMENT CORP 40 WEST 57TH STREET
                                          NEW YORK NY 10019
CHASE LINCOLN FIRST COMMERCIAL            TRANSFEROR: HENDERSON CREDIT OPPORTUNITIES FUND LIMITED ATTENTION: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37, MAIL CODE: NY-M138
CORPORATION                               NEW YORK NY 10179
CVI CVF II LUX MASTER S.A.R.L.            TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET
                                          LONDON  W1F 9LT UNITED KINGDOM
CVI CVF II LUX MASTER S.A.R.L.            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
DALBY BOSCA, FRANCISCO J.                 TRANSFEROR: SPANISH ACADEMY OF ALICANTE S.A., THE AVE. ALFONSO X111 93 MADRID  28016 SPAIN
DEUTSCHE BANK AG, LONDON                  TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
FAIR HARBOR CAPITAL, LLC                  TRANSFEROR: SHEHADI, FREDERICK S. JR. ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: ATTESTOR VALUE MASTER FUND LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: ATTESTOR VALUE MASTER FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: DANSKE BANK A/S LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: GENTRIFICATION VENTURES, L.L.C. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP 200 WEST STREET NEW YORK NY 10282
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC       TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC C/O GOLDMAN, SACHS & CO. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR
                                          JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC             TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                          NEW YORK NY 10022
HBK MASTER FUND, L.P.                     TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN 2101 CEDAR SPRINGS ROAD, SUITE 700
                                          DALLAS TX 75201
HCN LP                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                          NEW YORK NY 10022
HENDERSON CREDIT OPPORTUNITIES FUND       BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726
LIMITED
HENDERSON CREDIT OPPORTUNITIES FUND       F/K/A HENDERSON GLOBAL FIXED INCOME ABSOLUTE RETURN FUND LTD C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTN: NING WANG
LIMITED                                   201 BISHOPSGATE LONDON  EC2M 3AE UNITED KINGDOM
HLF LP                                    TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                          NEW YORK NY 10022
HLTS FUND II LP                           TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR
                                          NEW YORK NY 10022
IRA FBO LEE BATCHA PERSHING LLC AS        TRANSFEROR: BANK HAPOALIM B.M. ATTN: LEE BATCHA 21 BROOK TERRACE FAIR HAVEN NJ 07704
CUSTODIAN

                                                                                                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 11:26:39                                              LEHMAN BROTHERS HOLDING INC.                                                     PAGE:   2
DATE: 05/20/13                                                    CREDITOR LISTING

Name                                                Address
IRA FBO MICHAEL ZLATIN PERSHING LLC AS              TRANSFEROR: BANK HAPOALIM B.M. ATTN: MICHAEL ZLATIN 552 CUMBERLAND STREET ENGLEWOOD NJ 07631
  CUSTODIAN
MAGNETAR CAPITAL MASTER FUND LTD                    SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD                    SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARPL 919 THIRD AVENUE NEW YORK NY 10022
MAGNETAR CAPITAL MASTER FUND LTD                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
                                                    EVANSTON IL 60201
MAGNETAR CAPITAL MASTER FUND LTD                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN:TARJA BENTGARDE EVANSTON IL 60201
MAGNETAR GLOBAL EVEN DRIVEN MASTER FUND             SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
  LTD.
MAGNETAR GLOBAL EVEN DRIVEN MASTER FUND             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
  LTD.                                              EVANSTON IL 60201
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND            SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVENUE NEW YORK NY 10022
  LTD.
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND            DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022
  LTD.
MAGNETAR GLOBAL EVENT DRIVEN MASTER FUND            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O MAGNETAR FINANCIAL LLC ATTN: TARJA BENTGARDE 1603 ORRINGTON AVENUE, 13TH FLOOR
  LTD.                                              EVANSTON IL 60201
MERRILL LYNCH INTERNATIONAL                         TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                         TRANSFEROR: PIVOT GLOBAL VALUE FUND ATTN: ROBERT DINWIDDIE 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
PIVOT GLOBAL VALUE FUND                             C/O PIVOT CAPITAL MANAGEMENT (MONACO) SAM ATTN: VILMA BAMBALAITE GILDO PASTOR CENTER, 7 RUE DU GABIAN 98000 MONACO
SHEHADI, FREDERICK S. JR.                           4000 GULFSHORE BLVD N. # 300 NAPLES FL 34103-3428
SILVER POINT CAPITAL FUND, LP                       ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                       TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER PINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                    GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                       TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL FUND, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                    GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                       TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                    GREENWICH CT 06830
SILVER POINT CAPITAL FUND, LP                       TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN; DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                    GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER                ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
  FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER                TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
  FUND, LP                                          GREENWICH CT 06830
SPANISH ACADEMY OF ALICANTE S.A., THE               AVE. ALFONSO XIII 93 MADRID 28016 SPAIN
UPTON A LLC                                         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
WARWICKSHIRE HOLDINGS LLC                           TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET
                                                    NEW YORK NY 10019
YORK CREDIT OPPORTUNITIES FUND,L.P.                 TRANSFEROR: YORK CREDIT OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. ATTN: LAUREN SEARING YUN 767 FIFTH AVENUE, 17TH FLOOR
                                                    NEW YORK NY 10153
YORK CREDIT OPPORTUNITIES INVESTMENTS               TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP C/O YORK CAPITAL MANAGEMENT ATTN: LAUREN SEARING YUN 767 5TH AVE, 17TH FLOOR
  MASTER FUND, L.P.                                 NEW YORK NY 10153


  Total Number of Records Printed     63                                                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
```