UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | 08-13555 (JMP) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

--------------------------------------------------------------------x    Ref. Docket No. 37403

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 20, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtors.

---

Chapter 11 Case No.

08-13555 (JMP)

(Jointly Administered)

### NOTICE OF DEFECTIVE TRANSFER

Transferor:   CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA
              MIKEL EZERRA HERNANDEZ
              CALLE GETERIA 9-11
              DONOSTIA-SAN SEBASTIAN GUIPUZCOA 20005 SPAIN


Additional:   CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA
              MIKEL EZKERRA HERNANDEZ
              CAMINO PORTUETXE, N 10
              DONOSTIA-SAN SEBASTIAN GUIPUZCOA 20018 SPAIN


Transferee:   DEUTSCHE BANK AG, LONDON BRANCH (UK)
              ATTN: MICHAEL SUTTON
              WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
              LONDON EC2N 2DB UNITED KINGDOM


Your transfer   of claim #   61109   is defective for the reason(s) checked below:


Docket Number 37403              Date 05/15/13


/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 20, 2013.

EXHIBIT B

TIME: 11:27:07
DATE: 05/20/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA | MIKEL EZERRA HERNANDEZ CALLE GETERIA 9-11 DONOSTIA-SAN SEBASTIAN GUIPUZCOA 20005 SPAIN |
| CAJA DE AHORROS Y M.P. DE GUIPUZCOA Y SAN SEBASTIAN- KUTXA | MIKEL EZKERRA HERNANDEZ CAMINO PORTUETXE, N 10 DONOSTIA-SAN SEBASTIAN GUIPUZCOA 20018 SPAIN |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |

Total Number of Records Printed    3

EPIQ BANKRUPTCY SOLUTIONS, LLC