IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 15 2013

----------------------------------------X
                                        :
In re                                   :
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :  Case No. 08-13555 (JMP)
                                        :
        Debtors.                        :
                                        :
----------------------------------------X
                                        :
In re                                   :
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :  Case No. 13 – cv – 02162 (AJN)
                                        :
        Debtors.                        :
                                        :
----------------------------------------X

## STIPULATION DISMISSING APPEAL

WHEREAS, CF Midas Balanced Growth Fund ("CF Midas"), initiated the above-captioned appeal (the "Appeal") by filing a notice of appeal in the United States Bankruptcy Court for the Southern District of New York, case no 08-13555 (JMP) on February 25, 2013.

NOW, THEREFORE CF Midas, and appellee Lehman Brothers Holdings Inc., by and through their undersigned counsel, agree and stipulate that the Appeal is dismissed with prejudice and without costs to any of the parties thereto.

Dated: New York, New York
May 7, 2013

WEIL, GOTSHAL & MANGES LLP

By: *Jacqueline Marcus*
Jacqueline Marcus
767 Fifth Avenue, 25th Floor
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for the Lehman Brothers
Holdings, Inc.

Dated: New York, New York
May 7, 2013

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

By: _____
Daniel F. X. Geoghan
1270 6th Ave., Suite 2210
New York, NY 10020
Telephone: (212) 332-8851
Facsimile: (212) 332-8859

Attorneys for the CF Midas Balanced
Growth Fund

SO ORDERED this 15 day of May, 2013

_____
UNITED STATES DISTRICT JUDGE