UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                             :
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,   :   Bankr. No. 08-13555 (JMP)
                                                                   :
Debtors and Debtors in Possession.               :
-------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kymberly K. Evanson, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Washington State Tobacco Settlement Authority, a creditor and party in interest in the above-referenced cases.

*I certify that I am a member in good standing* of the bar of the State of Washington, the bars of the United States District Courts for the Western and Eastern Districts of Washington and the District of Columbia, and the bars of United States Court of Appeals for the Ninth and District of Columbia Circuits.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May ___, 2013

_____
Kymberly K. Evanson
Pacifica Law Group
1191 2nd Avenue, Suite 2100
Seattle, WA 98101-2945
Tel: (206) 245-1725
Kymberly.Evanson@pacificalawgroup.com