**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | |
| Debtors. | : | |

---------------------------------------------------------------------x

## ORDER AUTHORIZING ADMISSION, *PRO HAC VICE*,

## OF KYMBERLY K. EVANSON

UPON the motion of Kymberly K. Evanson, for admission *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED** that Kymberly K. Evanson is hereby admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

DATED: _____, 2013
New York, New York

_____
Hon. James M. Peck
United States Bankruptcy Judge