WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (JMP)**
                                                    :
                                    Debtors.        :    (Jointly Administered)
                                                    :
                                                    :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE
## FOUR HUNDRED SIXTEENTH OMNIBUS OBJECTION TO CLAIMS
## (VALUED DERIVATIVE CLAIMS) AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator, under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases, (collectively, the "Chapter 11 Estates"), is withdrawing without prejudice its Four-Hundred Sixteenth Omnibus Objection to Claims (Valued Derivative Claims), ECF No. 37507, solely with respect to the claims listed on Exhibit A annexed hereto. The Plan Administrator reserves its rights to object to the claims listed on Exhibit A on any grounds in the future.

Dated: May 28, 2013
      New York, New York

                                                   /s/ Robert J. Lemons
                                                 Robert J. Lemons
                                                 Ralph Miller

                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 Attorneys for Lehman Brothers Holdings Inc.
                                                 and Certain of Its Affiliates

US_ACTIVE:\44264963\1\58399.0011

**Exhibit A**

**Claims for Which Objection Is Withdrawn Without Prejudice:**

| Claimant Name | Claim Number |
|---|---|
| Winnitex Investment Company Limited | 9449 |
| Winnitex Investment Company Limited | 9454 |