BRIJESH P. DAVE
LEHMAN BROTHERS HOLDINGS INC.
OFFICE OF THE GENERAL COUNSEL
1271 AVENUE OF THE AMERICAS
New York, New York 10020
Telephone: (646) 285-9441
Facsimile: (646) 285-9337

Attorney for Lehman Brothers Holdings
Inc. and certain of its affiliates.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                              :        **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :        **08-13555 (JMP)**
                                                                   :
                              **Debtors.**         :        **(Jointly Administered)**
                                                                   :
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING
### WITH RESPECT TO CLAIM NOs. 34226 and 34227

      PLEASE TAKE NOTICE that the hearing on the Objection to Claim Nos. 34226
and 34227 ECF No. 35847 that was scheduled for May 30, 2013 and was subsequently
rescheduled to June 13, 2013 at 10 a.m. (Prevailing Eastern Time), **has been adjourned to**
**August 29, 2013 at 10 a.m. (Prevailing Eastern Time)** (the "Hearing").  The Hearing will be
held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton
Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may
be further adjourned from time to time without further notice other than an announcement at the
Hearing.

Dated: May 28, 2013
     New York, New York

                                 /s/ Brijesh Dave
                                 Brijesh P. Dave
                                 LEHMAN BROTHERS HOLDINGS INC.
                                 OFFICE OF THE GENERAL COUNSEL
                                 1271 Avenue of the Americas
                                 New York, New York 10020
                                 Telephone: (646) 285-9441
                                 Facsimile: (646) 285-9337

                                 *Attorney for Lehman Brothers Holdings Inc. and*
                                 *Certain of Its Affiliates*