STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
Claude G. Szyfer
Sherry J. Millman
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Structured Credit America Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | Jointly Administered |

**NOTICE OF APPEARANCE WITH RESERVATION OF RIGHT TO RAISE DEFENSE OF LACK OF PERSONAL JURISDICITION AND OTHER DEFENSES**

**PLEASE TAKE NOTICE** that pursuant to this Court's Amended Order Providing For Alternative Dispute Resolution Procedures For Affirmative Claims Of The Debtors Under Derivative Transactions With Special Purpose Vehicle Counterparties, dated July 18, 2012, the attorneys set forth below hereby file this Notice of Appearance with Reservation of Right to Raise Defense of Lack of Personal Jurisdiction, and Other Defenses ("Appearance With Reservation of Rights"), as counsel for Structured Credit America Ltd. ("SCA"), solely in connection with Lehman Brothers Special Financing Inc. ADR notice no. 819 ("ADR 819"), and hereby request that all notices and all pleadings, documents and/or correspondence given or required to be given to SCA, and all motion papers and/or other documents served or required to be served upon SCA in connection with ADR 819 be given and served upon the following

persons at the addresses, telephone numbers, facsimile numbers and email addresses set forth below:

>Mark A. Speiser
>Claude G.Szyfer
>Sherry J. Millman
>STROOCK & STROOCK & LAVAN LLP
>180 Maiden Lane
>New York, New York 10038
>Telephone: (212) 806-5400
>Facsimile: (212) 806-6006
>Email: mspeiser@stroock.com
>cszyfer@stroock.com
>smillman@stroock.com

SCA reserves all of its rights, claims and defenses, including but without limitation as they relate to the personal or subject matter jurisdiction of the Bankruptcy Court and/or any court acting under Title 11 or otherwise to hear or determine any claims or disputes or to enter final orders in connection therewith. This Appearance with Reservation of Rights shall not be deemed or construed as a waiver of any of SCA's rights or remedies, whether at law or equity.

Dated: May 29, 2013
New York, New York

>STROOCK & STROOCK & LAVAN LLP
>
>/s/ Mark A. Speiser
>Mark A. Speiser
>Claude G. Szyfer
>Sherry Millman
>180 Maiden Lane
>New York, New York 10038
>Tel: (212) 806-5400
>Fax: (212) 806-6006
>
>*Counsel to Structured Credit America Ltd.*