# United States Bankruptcy Court
## Southern District of New York

In re

Lehman Brothers Holding's, Inc                     Bankruptcy
                                                   Case No. 08-13555

Debtor(s)

El Veasta Lampley

Plaintiff(s)                                       Adversary
                                                   Proceeding No.

Lehman Brother's Holding's Inc.

Defendant(s)

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

United States Bankruptcy Court, Southern District of New York
One Bowling Green
New York, New York 10004-1408

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| ELVEASTA LAMPLEY |
| 8042 SUNSET CIRCLE |
| HUNTINGTON BEACH CA |
| BRnSUGS@yahoo.com 92646 |
| 714 725 13 ? |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Room: |
|---|---|
| | Date and Time: |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

/s/ _____

*Clerk of the Bankruptcy Court*

_____           By:   /s/ _____

Date                                                                    *Deputy Clerk*

Page 2 of 4