STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser
Claude G. Szyfer
Sherry J. Millman
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorney for Structured Credit America Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 11
                                                             :
Lehman Brothers Holdings Inc., et al.,                       :    Case No. 08-13555 (JMP)
                                                             :
                                  Debtors.                   :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

      Scott Siegel, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On May 29, 2013, affiant served, true and correct copies of the following documents, filed via the Court's ECF system on such date, via First Class Mail upon those parties as set forth on the attached service list:

- Notice of Appearance of Structured Credit America Ltd. With Reservation of Right to Raise Defense of Lack of Personal Jurisdiction and Other Defenses (Docket No. 37629).

        /s/ Scott Siegel
        Scott Siegel

Sworn to before me this
29th day of May, 2013

/s/ Michael Magzamen
NOTARY PUBLIC
Michael Magzamen
Notary Public, State of New York
No. 01MA6055692
Qualified in Nassau County
Commission Expires March 5, 2015

## Service List

Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow Esq.
Lori R. Fife Esq.
Shai Y. Waisman Esq.
Jacqueline Marcus Esq.
767 Fifth Avenue
New York, New York 10153

Office of the U.S. Trustee
Attn: Andy Velez-Rivera Esq.
Paul Schwartzberg Esq.
Brian Masumoto Esq.
Linda Riffkin Esq.
Tracy Hope Davis Esq.
33 Whitehall Street 21st Floor
New York, New York 10004

Weil, Gotshal & Manges LLP
Attn: Ralph I. Miller Esq.
Sunny J. Thompson Esq.
1300 Eye Street NW Suite 900
Washington DC 20003

Lehman Brothers Holdings Inc.
Attn: Matthew Cucolo
1271 Avenue of the Americas, 40th Floor
New York, New York 10020

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne Esq.
Dennis O'Donnell Esq.
Evan R. Fleck Esq.
1 Chase Manhattan Plaza
New York, New York 10005