UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x
                                           :

In re                                  :       Chapter 11 Case No.
                                             :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :       08-13555 (JMP)
                                             :       (Jointly Administered)
                       Debtors.           :
                                             :

-----------------------------------------------------------------------------x       Ref. Docket Nos. 36991, 36992,
                                                                      37018, 37386, 37387, 37443-37446,
                                                                      37456, 37461, 37463

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 22, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
29th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | |
| | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.
             TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
             C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING
             777 THIRD AVE, SUITE 19B
             NEW YORK NY 10017

Please note that your claim # 15921-33 in the above referenced case and in the amount of
        $8,420,034.72  allowed at $7,500,000.00        has been transferred (**unless previously expunged by court order**)

             DEUTSCHE BANK AG, LONDON BRANCH
             TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD.
             C/O DEUTSCHE BANK SECURITIES INC.
             ATTN: RICH VICHAIDITH
             60 WALL STREET, 3RD FLOOR
             NEW YORK NY 10005

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

             UNITED STATES BANKRUPTCY COURT
             Southern District of New York
             One Bowling Green
             New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37018      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/22/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 22, 2013.

# EXHIBIT B

```
TIME: 16:48:14                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 05/22/13                                               CREDITOR LISTING
```

| Name | Address |
|------|---------|
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA)  06049 ITALY |
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CANDLEWOOD INVESTMENT GROUP; ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA POPOLARE DI SPOLETO S.P.A. ATTN: STEFANIA CATELLANI VIA EMILIA SAN PIETRO 4 REGGIO EMILIA  42121 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: JEFFREY OLINSKY 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. C/O DEUTSCHE BANK SECURITIES INC. ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: LESLIE STEPPEL WEISBROD TRUST AS ASSIGNEE OF LESLIE STEPPEL WEISBROD TRUST ANSONIA FINANCE STATION PO BOX 273037 NEW YORK NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: LESLIE STEPPEL WEISBROD TRUST AS ASSIGNEE OF LESLIE STEPPEL WEISBROD TRUST (2) ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT - M SELTZER ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLT'S FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| LESLIE STEPPEL WEISBROD TRUST | DTD 6/27/1990 369 WHIPPOORWILL ROAD CHAPPAQUA NY 10514 |
| MERRILL LYNCH INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTN: DAVE PURDOM/ JOHN PRINCE DUBLIN 18 IRELAND |
| MERRILL LYNCH INTERNATIONAL | MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON  ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | BANK OF AMERICA MERRILL LYNCH ONE BRYANT PARK, 3RD FLOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: ARAB BANKING CORPORATION (B.S.C.) ATTN: SIMON ORR 2 KING EDWARD STREET LONDON  ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: CASSA DI RISPARMIO DI BOLZANO SPA ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: RISPARMIO & PREVIDENZA SOCIETA PER AZIONI ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: SBI (MAURITIUS) LIMITED ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON  ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: SOCIETA CATTOLICA DI ASSICURAZIONE - SOCIETA COOPERATIVA ATTN: JAMES RUSSELL, 2 KING EDWARD STREET LONDON ECIA 1HQ UNITED KINGDOM |
| MERRILL LYNCH, PIERCE,FENNER & SMITH,INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MERRILL LYNCH, PIERCE,FENNER & SMITH,INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: STONE LION PORTFOLIO LP C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281-1198 |
| SILVER POINT CAPITAL FUND, LP | ERIC RUIZ DAVIS FOLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | ERIC RUIZ DAVIS FOLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

Total Number of Records Printed        30

EPIQ BANKRUPTCY SOLUTIONS, LLC