UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :   (Jointly Administered)
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 37456

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
29th day of May, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 37456_Aff 5-22-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:   BANCA POPOLARE DI SPOLETO S.P.A.
              ATTN: MR. VALERIO VOLPI
              PIAZZA LUIGI PIANCIANI, 5
              SPOLETO (PERUGIA) 06049 ITALY

Additional:

Transferee:   CREDITO EMILIANO SPA
              ATTN: STEFANIA CATELLANI
              VIA EMILIA SAN PIETRO 4
              REGGIO EMILIA 42121 ITALY

**Your transfer  of claim #   56044-11  is defective for the reason(s) checked below:**

Other                               ISIN IT0006578600 PREVIOUSLY EXPUNGED PER COURT ORDER

Docket Number 37456           Date 05/15/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 22, 2013.

**EXHIBIT B**

```
TIME: 16:49:19                              LEHMAN BROTHERS HOLDING INC.                                    PAGE:   1
DATE: 05/22/13                                    CREDITOR LISTING

Name                             Address
BANCA POPOLARE DI SPOLETO S.P.A. ATTN: MR. VALERIO VOLPI PIAZZA LUIGI PIANCIANI, 5 SPOLETO (PERUGIA) 06049 ITALY
CREDITO EMILIANO SPA             ATTN: STEFANIA CATELLANI VIA EMILIA SAN PIETRO 4 REGGIO EMILIA 42121 ITALY

Total Number of Records Printed    2
```