# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc                Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**ADK Soho Fund**

Name of Transferee

Name and Address where notices to transferee should be sent:
155 Wooster Street
New York, NY 10012
United States

e-mail: micah@adkcapital.com

Tel : +1 212 230 4536

**Yorvik Partners LLP**

Name of Transferor

Court Claim # (if known): 59233

Amount of Claim: 8.77192982456% of the 570 units of ISIN XS0192355302, filed as part of Claim number 59233.

Date Claim Filed: 28 October 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: March 27, 2013
    Transferee/Transferee's Agent

By: _____    Date: 26 MARCH 2013
    Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.