UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*,[1] | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that the *Transfer of Claim Other Than For Security* [Docket No. 37044] is hereby withdrawn only with regard to the transfer of ISIN XS0178969209 as it relates to Claim No. 50473.

By: /s/ *J. R. Smith*  
    Transferee/Transferee's Agent

Date: May 29, 2013

---

[1] The Debtors are Lehman Brothers Holdings Inc., a Delaware corporation, together with the other debtors jointly administered under Case No. 08-13555 pursuant to the Bankruptcy Court's Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases, entered September 17, 2008 [Docket No. 86].

76291.000006 EMF_US 45895270v2