Lawrence V. Gelber
Meghan M. Breen
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
Telephone: 212.756.2000

*Attorneys for Structured Credit Opportunities
Fund II, L.P. and Mariner-Tricadia Credit
Strategies Master Fund, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |
|---|---|
| In re: | : |
|  | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.,* | : |
|  | : Case No.: 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |
|  | : |
| _____ | : |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : |
|  | : Adv. No. 10-03547 |
| Plaintiff, | : |
|  | : |
| v. | : |
|  | : |
| BANK OF AMERICA NATIONAL ASSOCIATION, *et al.,* | : |
|  | : |
| Defendants. | : |

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Structured Credit Opportunities Fund II, L.P. and

Mariner-Tricadia Credit Strategies Master Fund, Ltd., defendants in the above-captioned

adversary proceeding (the "Appearing Parties"), hereby appear through their counsel Schulte

Roth & Zabel LLP, and request, pursuant to 11 U.S.C. § 1109(b) and rule 9019 of the Federal

DOC ID - 20165500.1

Rules of Bankruptcy Procedure, that all notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be given to and served upon the undersigned attorneys, at the addresses set forth below:

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile:  (212) 595-5955
Attn:    Lawrence V. Gelber
           lawrence.gelber@srz.com
           Meghan M. Breen
           Meghan.breen@srz.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Appearing Parties: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the Untied States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlord is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  May 29, 2013
New York, New York

SCHULTE ROTH & ZABEL LLP

By:    /s/ Lawrence V. Gelber
Lawrence V. Gelber
Meghan M. Breen
919 Third Avenue
New York, NY  10022
Telephone: 212.756.2000

*Attorneys for Structured Credit Opportunities Fund II, L.P. and Mariner-Tricadia Credit Strategies Master Fund, Ltd.*