

**UBS AG**
P.O.Box, CH-8098 Zurich
Tel.

Securities Services Corporate Events
Special Transactions & Default

Jean-Claude Besson
OQ9C / O5GC - JWJ
Badenerstrasse 574 C / FNNC-288
Tel. +41 44 235 60 42
Fax +41 44 235 47 21
jean-claude.besson@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green

New York, N.Y. 10004

# Message

May 10, 2013

**subject** Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555

On behalf of          Attention: Clerk of the Court

you are receiving    Withdrawal Request of duplicated DOCKET No. 34615 dated January 28, 2013
                     as per attachements

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ please forward to | |

Remarks
TOCE048   CHF   35'000.00       2750602        XS0323005610
Transferor: Neue Aargauer Bank AG / Claim Number 55814
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland

Yours sincerely,

UBS AG

*[signature: Benson]*

Jean-Claude Besson
Associate Director

61555 E       05.2005    J1



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: Chapter 11
In re :
: Case No. 08-13555
:
LEHMAN BROTHERS HOLDINGS INC. : (Jointly Administered)
:
Debtor. :
------------------------------------- x

## NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG hereby withdraws the *Partial Transfer of Claim other than for Security* Docket No. 34615 dated January 28, 2013 (Entered 02/14/13), filed in reference to Claim No. 55814-27, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  10 May, 2013            UBS AG

*[signature]*                   *[signature]*

Jean-Claude Besson              Matthias Mohos
Associate Director              Associate Director

TOCE048_Withdrawal of Transfer Docket 34615 20130510
Page 1 of 1



# epiq debtorMatrix

Claim Question? Call: U.S.: 1-866-879-0688, Non-U.S.: 1-503-597-7691 | Technical Support Question? Call: 800 794 4430 | Sign In

Home | Claims | Docket | Key Documents

Lehman Brothers Holdings Inc. (Chapter 11) Change

## General Criteria

Docket Number(s):
- 34615 — Remove
- 33890 — Remove

Docket Text:

Case(s): Select
- Lehman Brothers Holdings Inc. — Remove

## Date Range

Docket Date: From / To

Results per page: 25

[Reset] [Search]

Page 1 of 1 (2 items)

| Docket Number | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 34615 *DUPLICATED* | 01/28/2013 | Transfer Agreement FRBP (Transferor: Neue Aargauer Bank AG), (Claim No. 55814). To UBS AG. filed by UBS AG.(Lopez, Mary) Case: Lehman Brothers Holdings Inc. Related: none | Document |
| 33890 ✓ | 01/14/2013 | Transfer Agreement FRBP Transferor: Neue Aargauer Bank AG, (Claim No. 55814-27). To UBS AG. filed by UBS AG.(Lopez, Mary) Case: Lehman Brothers Holdings Inc. Related: none | Document |

Page 1 of 1 (2 items)

COMPANY INFORMATION AND SERVICES | FORMS | CORPORATE | HOME | SUBSCRIBE | SITE MAP | DISCLAIMER | TERMS OF USE | PRIVACY STATEMENT | SAFE HARBOR | RSS FEEDS

© Epiq Systems, Inc. All Rights Reserved

Epiq Bankruptcy Solutions, LLC ("Epiq") maintains this website for the public's convenience. While Epiq makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Bankruptcy Court are available for inspection at the office of the Clerk of the Bankruptcy Court during its normal business hours or online on the Bankruptcy Court's website. Use of this website is also subject to our **TERMS OF USE** and **END USER LICENSE AGREEMENT**. Please review our **PRIVACY STATEMENT** for additional information regarding the data maintained on this website.

