# ERSPARNISKASSE SCHAFFHAUSEN
Die Bank. Seit 1817.

Ersparniskasse
Schaffhausen AG
Münsterplatz 34
CH-8200 Schaffhausen
Telefon +41 (0)52 632 15 15
Fax +41 (0)52 632 15 00
www.ersparniskasse.ch

Dominik Häberli
0041 52 632 15 58
dominik.haeberli@eksh.ch

Schaffhausen,
14.05.2013

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

## Form 210 A

Dear Sirs

Herewith I send you the below mentioned forms:

- Form 210 A
- Evidence of transfer of claim

For the future, please correspond directly with us.

If you need any further informations, please not hesitate to contact us.

Yours faithfully
Ersparniskasse Schaffhausen

Urs Werz



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,        Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Ersparniskasse Schaffhausen AG
_____
Name of Transferee

Credit Suisse AG
_____
Name of Transferor

Name and Address where notices
to transferee should be sent:

Ersparniskasse Schaffhausen AG
Münsterplatz 34
8200 Schaffhausen
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): See Evidence of Transfer of Claim Form

Phone: 0041 52 632 15 58
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Ersparniskasse Schaffhausen AG
Iban: CH37 0683 5016 1020 1140 9
BIC Code RBABCH22835

Phone: 0041 52 632 15 58
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____        Date: Schaffhausen, 14.05.2013
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED MAY 23 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Ersparniskasse Schaffhausen AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON May 14, 2013.

**Credit Suisse AG**

By: _____
Name: Elisabeth Scheiwiller
Title:   VP

By: _____
Name: Irma Bauer
Title:   VP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0226380334 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 25'000.00 |

14.05.13
CH 8201
Schaffhausen

787252



003.80
PRIORITY
Stand 2

DIE POST



FILED / RECEIVED

MAY 16 2013

EPIQ SYSTEMS

100173015 C069