UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                    :
In re                                               :       Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             :       08-13555 (JMP)
                                                    :
                                    Debtors.         :       (Jointly Administered)
                                                    :
-------------------------------------------------------------------------x       Ref. Docket Nos. 37327 & 37328

<u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757
    Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not
    a party to the above-captioned action.

2.  On May 24, 2013, I caused to be served the:

    a)  "Notice of Hearing on Objection to Claim No. 62723 of Banesco Holdings CA," dated
        May 10, 2013, to which is attached the "Objection to Claim No. 62723 of Banesco
        Holdings CA," dated May 10, 2013 [Docket No. 37327], and

    b)  "Declaration of Christina Pederson in Support of Objection to Claim No. 62723 of
        Banesco Holdings CA," dated May 10, 2013 [Docket No. 37328],

    by causing true and correct copies to be enclosed securely in a separate postage pre-paid
    envelope and delivered via overnight mail to the following party: Linklaters LLP, Attn: Titia
    Holtz, Kiah Beverly-Graham (Counsel to Lehman Brothers International (Europe)),
    1345 Avenue of the Americas, New York, NY 10105.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Carol Zhang*
Sworn to before me this                             Carol Zhang
28th day of May, 2013
*/s/ Panagiotis Caris*
Notary Public, State of New York
No. 01CA6237515
Qualified in Queens County
Commission Expires March 21, 2015

T:\Clients\LBH\Affidavits\Banesco Obj NOH & Pederson Decl_DI_37327 & 37328_SUPP AFF_5-24-13.doc