B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District Of New York

In re  Lehman Brothers Holdings,, Inc, et al. Debtor ,    Case No.  08-13555 (JMP) (Jointly administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__AIA Wealth Management Company Limited__         __Falcon Private Bank Ltd., as agent for its customer__
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): __67326__
should be sent:
                                                    Amount of Claim:
                                                    $128,308.76 WITH RESPECT TO ISIN
AIA Wealth Management Company
Limited                                             XS0334088548 plus all accrued interest,
11/F, AIA Financial Centre,                         fees and recoveries due thereon
712 Prince Edward Road East,                        Falcon Private Bank Ltd.
Kowloon, Hong Kong                                  Zurich                Pelikanstrasse 37
                                                    February 28th 2013   P.O. Box 1376
Attn: Manoj Ramachandran                            Date Claim Filed: Feb 08, 201  CH-8021 Zurich
Phone: 852 – 2832 6796                              E-Mail: felix.schmidt@falconpb.com
Email: manoj.ramachandran@aia.com                   Phone: +41 44 824 66 46
**Last Four Digits of Acct #:**_____              **Last Four Digits of Acct #:**_____

Name and Address where transferee payments
should be sent (if different from above):

                                                    Felix Schmidt       Gerd Schädler
                                                    Director            Director

Phone: _____
**Last Four Digits of Acct #:**_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____         Date:  **30 APR 2013**
Transferee/Transferee's Agent
Jacky Chan, Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>Schedule 1</u>

## Transferred Claims

### Purchase Claims

0.73% of Proof of Claim Number 67326 (previous claim number 58692) = US$ 128,308.76 of US$ 17,560,542.47   (the outstanding amount of the Proof of Claim as of 08 Feb, 2011 with respect to XS0334088548), and 100% of ISIN XS0334088548.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| 2 Year HK Basket (0386.HK+0883.HK+1800.HK) Daily Accrual Callable Equity Linked Noted | XS0334088548 | Lehman Brothers Treasury Co BV | Lehman Brothers Holdings Inc | Original Currency – HKD 1,000,000.00 Dollar Equivalent – USD128,308.76 | Equity linked per terms sheet | December 2009 | Original Currency HKD 95,249.67 Dollar Equivalent USD 12,221.37 |

Falcon Private Bank Ltd.
Pelikanstrasse 37
P.O. Box 1376
CH-8021 Zurich

[signature]   [signature]

Felix Schmidt        Gerd Schädler
Director             Director

Zurich, March 20th 2013

AIA WEALTH MANAGEMENT COMPANY LIMITED

[signature]

Jacky Chan

Diector