Michael P. Richman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
212 • 309 • 1015
212 • 309 • 1100 (facsimile)
mrichman@hunton.com

*Attorneys for Lehman Brothers Holdings Inc.
and Lehman Brothers Special Financing Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                                :    **(Jointly Administered)**
:
-------------------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THE
### CLAIMS OBJECTION HEARING WITH RESPECT TO
### OBJECTION TO PROOFS OF CLAIM NOS. 20521, 20522, 20524 AND 20525

**PLEASE TAKE NOTICE** that the Claims Objection Hearing with Respect to Objection to Proofs of Claim Nos. 20521, 20522, 20524 and 20525 [ECF Nos. 13955 and 34559] that was scheduled for May 30, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to August 29, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 30, 2013
      New York, New York

                                           */s/ Michael P. Richman*
                                           Michael P. Richman
                                           HUNTON & WILLIAMS LLP
                                           200 Park Avenue
                                           New York, New York 10166
                                           212 • 309 • 1015
                                           212 • 309 • 1100 (facsimile)
                                           mrichman@hunton.com

                                           *Attorneys for Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.*

2

47884.000090 EMF_US 45903636v1