UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
                                                    :

In re                                  :      Chapter 11 Case No.
                                             :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :      **08-13555 (JMP)**
                                             :      **(Jointly Administered)**
                     **Debtors.**               :
                                                    :
-------------------------------------------------------------------------x    **Ref. Docket Nos. 36991, 36992,**
                                                     **37477-37486, 37496-37502, 37504,**
                                                     **37511, 37512**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                 ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 23, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
30th day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

```
_____
                                       |
In re                                  |     Chapter 11 Case No.
                                       |
LEHMAN BROTHERS HOLDINGS INC., et al., |     08-13555 (JMP)
                                       |
                                       |     (Jointly Administered)
                         Debtors.      |
                                       |
_____
```

              NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                      BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  ELLIOTT ASSOCIATES, L.P.
            TRANSFEROR: CITIGROUP GLOBAL MARKETS INC.
            C/O ELLIOTT MANAGEMENT CORPORATION
            ATTN: MICHAEL STEPHAN
            40 WEST 57TH STREET
            NEW YORK NY 10019

Please note that your claim # 60625 in the above referenced case and in the amount of
       $671,833.33  allowed at $677,465.54       has been transferred **(unless previously expunged by court order)**

            ELLIOTT INTERNATIONAL, L.P.
            TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
            C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
            40 WEST 57TH STREET
            NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            Southern District of New York
            One Bowling Green
            New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37484      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/23/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 23, 2013.

EXHIBIT B

TIME: 14:23:07
DATE: 05/23/13

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

PAGE:    1

| Name | Address |
|---|---|
| BARCLAYS BANK PLC | ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: MERRILL LYNCH, PIERCE,FENNER & SMITH,INC ATTN: ALISA MOMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SCP GROUP, LLC ATTN: RICH VACHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SCP GROUP, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ANDREW ROSENBERG 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| JAVANO MANAGEMENT, LLC | TRANSFEROR: RBS SECURITIES INC. P.O. BOX 6934 NEW YORK NY 10150 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: MEREDITH SMITH 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED C/O MORGAN STANLEY & CO. INCORPORATED ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: HOWARD R. HAWKINS ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | MORGAN STANLEY CAPITAL SERVICES, LLC INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198 |
| RBS SECURITIES INC. | TRANSFEROR: PYXIS FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| SCHUERMANS, JOSEPHUS, JEF, JOSSE & MARIA DELEU | TRANSFEROR: PETERCAM SA, OLIVIER VERHEYDEN PLACE ST.-GUDULE 19 BRUSSELS B-2300 BELGIUM |
| SCHUERMANS, JOSEPHUS, JEF, JOSSE & MARIA DELEU | SLAGMOLENSTRAAT 106 TURNHOUT B-2300 BELGIUM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: KA FINANZ AG ATTN: JAY CONKLIN GROUND FLOOR WEST, ONE FINSBURY CIRCUS LONDON EC2M 7EB UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ERIC RUIZ DAVIS PLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DAVIS POLK & WARDWELL LLP ATTN: ERIC RUIZ 450 LEXINGTON AVENUE NEW YORK NY 1017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904 |

TIME: 14:23:07
DATE: 05/23/13

PAGE:  2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR GREENWICH CT 06830 |
| SOLA LTD | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | TRANSFEROR: UBS AG AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER CAPITAL OFFSHORE FUND, LTD 660 STEAMBOAT ROAD ATTN: ADAM J. DEPANFILIS GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: UBS AG AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP | C/O BROWN RUDNICK LLP ATTN: HOWARD STEEL, ESQ.  SEVEN TIMES SQUARE NEW YORK NY 10036 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: SCHUERMANS, JOSEPHUS, JEF, JOSSE & MARIA DELEU ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

Total Number of Records Printed        51

EPIQ BANKRUPTCY SOLUTIONS, LLC