REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
          :
In re     :    Chapter 11
          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   Case No. 08-13555 (JMP)
          :    (Jointly Administered)
          Debtors.   :
          :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| **Debtor Name and Case Number:** | Lehman Brothers Special Finance Inc. 08-13888 (JMP) |
|---|---|
| **Creditor Name and Address:** | Beryl Finance Limited Series 2007-14B c/o The Bank of New York Mellon-London Branch Attn: Sanjay Jobanputra – Vice President, Global Corporate Trust Services - Default Group One Canada Square London, E14 5AL England |
| **Court Claim Number:** | 25986 |
| **Date Claim Filed:** | 9/21/09 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

BNY Mellon Corporate Trustee Services Ltd., acting for and on behalf of Beryl Finance Limited (hereinafter, the "**Creditor**") having filed the above-referenced proof of claim ("**Claim**"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: May 31, 2013

Name: Mark Brescacin
Title: Senior Associate