UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :    08-13555 (JMP)
                                                                    :    (Jointly Administered)
**Debtors.**                                                        :
                                                                    :
--------------------------------------------------------------------x    Ref. Docket Nos. 37000, 37001,
                                                                         37310, 37471, 37487-37495, 37548,
                                                                         37550, 37551

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 28, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
31st day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:  GOLDMAN SACHS & CO.
     TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
     ATTN: MICHELLE LATZONI
     30 HUDSON STREET, 5TH FLOOR
     JERSEY CITY NJ 07302

GOLDMAN SACHS & CO.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

Please note that your claim # 55813-48 in the above referenced case and in the amount of
     $10,400.00   allowed at $10,400.00      has been transferred **(unless previously expunged by court order)**

CANYON VALUE REALIZATION MASTER FUND, L.P., THE
TRANSFEROR: GOLDMAN SACHS & CO.
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN M. KAPLAN
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES CA 90067

CANYON VALUE REALIZATION MASTER FUND, L.P.,
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK NY 10019

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 37310     in your objection.
If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/28/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 28, 2013.

EXHIBIT B

```
TIME: 12:46:06                                              LEHMAN BROTHERS HOLDING INC.                                           PAGE: 1
DATE: 05/28/13                                                    CREDITOR LISTING

Name                                                        Address
ATTESTOR VALUE MASTER FUND LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET
                                                            LONDON W1K 7PY UNITED KINGDOM
ATTESTOR VALUE MASTER FUND LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITOL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET
                                                            LONDON W1K7PY UNITED KINGDOM
CANYON VALUE REALIZATION MASTER FUND,                       ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
 L.P., THE
CANYON VALUE REALIZATION MASTER FUND,                       TRANSFEROR: GOLDMAN SACHS & CO. C/O CANYON CAPITAL ADVISORS LLC ATTN: JONATHAN M. KAPLAN 2000 AVENUE OF THE STARS, 11TH FLOOR
 L.P., THE                                                  LOS ANGELES CA 90067
CONTRARIAN FUNDS, LLC                                       TRANSFEROR: DOBAY TRADE S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830
CYRUS OPPORTUNITIES MASTER FUND II, LTD.                    TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND                      TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
 LTD
DEUTSCHE BANK AG, LONDON BRANCH (UK)                        TRANSFEROR: CAPULA GLOBAL RELATIVE VALUE MASTER FUND LIMITED ATTN: MICHAEL SUTTON / PHILIPP ROEVER
                                                            WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)                        TRANSFEROR: MARSHALL WACE CORE FUND LIMITED ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                                            LONDON EC2N 2DB UNITED KINGDOM
DOBAY TRADE S.A.                                            ARENALES 2336, PISO 6 DEPT. 24 BUENOS AIRES  1124 ARGENTINA
GOLDMAN SACHS & CO.                                         ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019
GOLDMAN SACHS & CO.                                         TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: LYXOR/YORK FUND, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: PERMAL YORK, LTD. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: YORK CAPITAL MANAGEMENT, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: YORK CREDIT OPPORTUNITIES FUND,L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: YORK CREDIT OPPORTUNITIES MASTER FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                                         TRANSFEROR: YORK MULTI-STRATEGY MASTER FUND, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
NOMURA CORPORATE FUNDING AMERICAS, LLC                      TRANSFEROR: SOLA LTD ATTN: REHANA WIJENATAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC                      TRANSFEROR: SOLA LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC                      TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B
                                                            NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC                      TRANSFEROR: ULTRA MASTER LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
NOMURA CORPORATE FUNDING AMERICAS, LLC                      TRANSFEROR: ULTRA MASTER LTD ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER, BUILDING B NEW YORK NY 10281-1198
OFFSHORE ASSET HOLDING VEHICLE A, LTD                       TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830
SOLA LTD                                                    TRANSFEROR: BANK OF AMERICA, N.A. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLA LTD                                                    TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES MASTER FUND LTD                    TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                            410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SPCP GROUP, LLC                                             PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                                             TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830
ULTRA MASTER LTD                                            TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR
                                                            NEW YORK NY 10022

Total Number of Records Printed     31
```

EPIQ BANKRUPTCY SOLUTIONS, LLC