UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                              :  Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :  08-13555 (JMP)
:  (Jointly Administered)
Debtors.                                                :
:
------------------------------------------------------------------x  Ref. Docket Nos. 37000, 37001,
37052, 37329, 37513-37519, 37524,
37556, 37557, 37559, 37562, 37563

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 29, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                                Lauren Rodriguez

Sworn to before me this
31st day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  CASPIAN SELECT CREDIT MASTER FUND, LTD.
     TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC
     C/O CASPIAN CAPITAL
     ATTN: SUSAN LANCASTER
     767 FIFTH AVENUE, 45TH FL
     NEW YORK NY 10153
```

Please note that your claim # 10935-09 in the above referenced case and in the amount of
    $4,211,015.51   Unliquidated      has been transferred **(unless previously expunged by court order)**

```
     CASPIAN SC HOLDINGS, L.P.
     TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD.
     ATTN: SUSAN LANCASTER
     767 FIFTH AVENUE, 45TH FLOOR
     NEW YORK NY 10153
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37518     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/29/2013                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 29, 2013.

# EXHIBIT B

08-13555-mg    Doc 37672    Filed 05/31/13    Entered 05/31/13 14:27:21    Main Document
Pg 4 of 5

```
TIME: 12:46:55                                          LEHMAN BROTHERS HOLDING INC.                                                    PAGE:    1
DATE: 05/29/13                                                CREDITOR LISTING

Name                                    Address
BURLINGTON LOAN MANAGEMENT LIMITED      TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MGMT ATTN: JENNIFER DONOVAN
                                        65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022
CASPIAN SC HOLDINGS, L.P.               TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10053
CASPIAN SC HOLDINGS, L.P.               TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153
CASPIAN SELECT CREDIT MASTER FUND, LTD. TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153
CVF II LUX FINCO, LLC                   TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L. CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.          TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O CARVAL INVESTORS,LLC 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CVI CVF II LUX MASTER S.A.R.L.          TRANSFEROR: MERRILL LYNCH INTERNATIONAL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343
CYRUS OPPORTUNITIES MASTER FUND II, LTD.TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
CYRUS SELECT OPPORTUNITIES MASTER FUND  TRANSFEROR: GOLDMAN SACHS & CO. ATTN: SVET NIKOV 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022
LTD
DEUTSCHE BANK AG, LONDON                TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VACHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: BANQUE DE LUXEMBOURG ATTN: MICHAEL SUTTON/PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                        LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)    TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
                                        LONDON EC2N 2DB UNITED KINGDOM
ELLIOTT ASSOCIATES, L.P.                TRANSFEROR: GOLDMAN SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019
ERSEL SIM SPA                           11 PIAZZA SOLFERINO TORINO 10121 ITALY
ERSEL SIM SPA                           C/O JOHN E JURELLER JR KELSTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314
GOLDMAN SACHS & CO.                     TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                     TRANSFEROR: GOLDMAN SACHS INTERNATIONAL ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS LLC      TRANSFEROR: YIELD STRATEGIES FUND I L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR
                                        JERSEY CITY NJ 07302
HALCYON LOAN TRADING FUND LLC           TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED C/O HALCYON ASSET MANAGEMENT - M SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL             ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036
MERRILL LYNCH INTERNATIONAL             C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
MERRILL LYNCH INTERNATIONAL             TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: GINA GRASSO 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE,FENNER & SMITH,INC TRANSFEROR: CASSA LOMBARDA S.P.A. ATTN: JAMES RUSSELL 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
NATIONAL AUSTRALIA BANK LIMITED         TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 NORTH TRYON STREET, 15TH FLOOR CHARLOTTE NC 28255
NATIONAL AUSTRALIA BANK LIMITED         CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603
NATIONAL AUSTRALIA BANK LIMITED         ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167
QUANTUM PARTNERS LP                     JAMES E. SPIOTTO CHAMAN AND CUTLER L.L.P. 111 W. MONROE ST., 18TH FL. CHICAGO IL 60603
                                        TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOROS FUND MANAGMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE
                                        NEW YORK NY 10106
STICHTING THE IAMEX VALUE FOUNDATION    TRANSFEROR: ERSEL SIM SPA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
YIELD STRATEGIES FUND I L.P.            2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929


Total Number of Records Printed      32
```