## SCHEDULE A

**SUMMARY OF FEES AND EXPENSES IN CONNECTION WITH OMNIBUS APPLICATION OF (I) INDIVIDUAL MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) INDENTURE TRUSTEES PURSUANT TO SECTION 1129(a)(4), OR, ALTERNATIVELY, SECTIONS 503(b)(3)(D) AND 503(b)(4) OF BANKRUPTCY CODE FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES**

| Committee Member | Fees | Expenses | Total Fees and Expenses |
|---|---|---|---|
| Wilmington Trust Company | $2,569,577.50 | $696,949.14 | $3,266,526.64 |
| Wilmington Trust Company – Loeb & Loeb, LLP | $394,029.00 | $8,208.25 | $402,237.25 |
| Wilmington Trust Company – Covington & Burling | $7,788,744.00 | $68,759.56 | $7,857,503.56 |
| Wilmington Trust Company – Citibank | $96,000.00 | $0 | $96,000.00 |
| The Bank of NY Mellon – Administration Fee | $490,740.00 | $0 | $490,740.00 |
| The Bank of NY Mellon – Sheppard Mullin | $4,054,024.45 | $35,519.86 | $4,089,544.31 |
| Mizuho Corporate Bank, Ltd. – Stroock & Stroock & Lavan | $2,863,196.00 | $17,742.29 | $2,880,938.29 |
| The Vanguard Group –Arent Fox LLP | $1,346,234.50 | $21,221.17 | $1,367,455.67 |
| U.S. Bank National Association | $1,051,412.50 | $0 | $1,051,412.50 |
| U.S. Bank National Association – Shipman & Goodwin, LLP | $111,232.50 | $1,217.06 | $112,449.56 |
| U.S. Bank National Association – Edwards Angell Palmer & Dodge, LLP | $64,796.00 | $2,721.33 | $67,517.33 |
| U.S. Bank National Association – Sullivan Worcester, LLP | $1,752,369.00 | $12,928.39 | $1,765,297.39 |
| Elliott Management Corp – Greenberg Traurig, LLP | $1,308,655.60 | $53,841.86 | $1,362,497.46 |
| Elliot Management Corp – Kleinberg, Kaplan, Wolff & Cohen, P.C. | $1,142,094.00 | $11,425.69 | $1,153,519.69 |
| Shinsei Bank, Limited –Vinson & Elkins LLP | $71,460.00 | $1,614.06 | $73,074.06 |
| **Total** | $25,104,565.05 | $932,148.66 | $26,036,713.71 |