UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------x
                                                              :
In re                                                         :     Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :      08-13555 (JMP)
                                                              :     (Jointly Administered)
                                    Debtors.                  :
                                                              :
-----------------------------------------------------------------------------------x     Ref. Docket Nos. 35875, 37524-
                                                                    37527, 37532, 37533, 37537, 37539,
                                                                    37560, 37561, 37614-37623

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On May 30, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to
    F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing
    true and correct copies to be: 1) personalized with the transferee, transferor and claim
    information for the above-referenced docket numbers, 2) enclosed securely in separate
    postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the
    attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
31st day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| | 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | (Jointly Administered) |
| Debtors. | |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   ALSTON INVESTMENTS LLC
              TRANSFEROR: ELLIOTT ASSOCIATES, L.P.
              C/O ELLIOTT MANAGEMENT CORPORATION
              ATTN: MICHAEL STEPHAN
              40 WEST 57TH STREET
              NEW YORK NY 10019

Please note that your claim # 30654-05 in the above referenced case and in the amount of
        $4,862,147.58   allowed at $4,877,752.05        has been transferred **(unless previously expunged by court order)**

        GOLDMAN SACHS & CO.
        TRANSFEROR: ALSTON INVESTMENTS LLC
        ATTN: MICHELLE LATZONI
        30 HUDSON STREET, 5TH FLOOR
        JERSEY CITY NJ 07302

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                        UNITED STATES BANKRUPTCY COURT
                        Southern District of New York
                        One Bowling Green
                        New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37525      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/30/2013                        Vito Genna, Clerk of Court


                                        /s/ Lauren Rodriguez
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  May 30, 2013.

EXHIBIT B

TIME: 10:09:10  
DATE: 05/30/13  
PAGE: 1

LEHMAN BROTHERS HOLDING INC.  
CREDITOR LISTING

| Name | Address |
| --- | --- |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ALSTON INVESTMENTS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: ELLIOT GREENBERG / RAJAT BOSE 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 TRANSFEROR: FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: FIR TREE VALUE MASTER FUND, L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| CIARDI, GUISEPPE | 27 CHESTER SQUARE LONDON SW1W 9HT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER SARL | TRANSFEROR: CIARDI, GUISEPPE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVE., 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. ATTN: MICHAEL STEPHAN 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017 |
| FIR TREE VALUE MASTER FUND, L.P. | WILLKIE FARR & GALLAGHER LLP ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. (COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| FIR TREE VALUE MASTER FUND, L.P. | TRANSFEROR: BANC OF AMERICA SECURITIES LLC C/O FIR TREE PARTNERS ATTN: STEPHEN SCARPULLA 505 FIFTH AVE 23RD FL NEW YORK NY 10017 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ASHTON INVESTMENTS, LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| IBERMEDITERRANEO, S.L | PROMUDEJAR (CENTRO DE NEGOCIOS INDEPENDENCIA) (A LA ATENCION DE IBERMEDITERRANEO SL) PASEO INDEPENDENCIA NO 8 DUPLICADO, 2ND PLANTA ZARAGOZA 50004 SPAIN |
| ILLIQUIDX LLP | TRANSFEROR: IBERMEDITERRANEO, S.L ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIEJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281 |
| QPTF LLC | TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O SOROS FUND MANAGMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |

TIME: 10:09:10
DATE: 05/30/13
PAGE: 2

LEHMAN BROTHERS HOLDING INC.
CREDITOR LISTING

| Name | Address |
|---|---|
| QUANTUM PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACK - COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SOROS FUND MANAEGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O SOROS FUND MANAGEMENT LLC 888 SEVENTH AVE NEW YORK NY 10106 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | RICHARDS KIBBE & ORBE LLP ATTN: MICHAEL FRIEDMAN, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | C/O SERENGETI ASSET MANAGEMENT LP ATTN: YI SHU 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |

Total Number of Records Printed      45

EPIQ BANKRUPTCY SOLUTIONS, LLC