UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (JMP)
                                                                :   (Jointly Administered)
               Debtors.                                   :
                                                                :
-----------------------------------------------------------------x   Ref. Docket No. 37561

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2013, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
                                                                    Lauren Rodriguez

Sworn to before me this
31st day of May, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>　　　　　Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    NOMURA CORPORATE FUNDING AMERICAS, LLC
               TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC
               C/O NOMURA AMERICAS
               ATTN: REHANA WIJENAYAKE
               2 WORLD FINANCIAL CENTER
               BUILDING 2, FLOOR 21
               NEW YORK NY 10281


Additional:




Transferee:    CVIC LUX MASTER S.A.R.L.
               C/O CARVAL INVESTORS, LLC
               9320 EXCELSIOR BLVD., 7TH FLOOR
               HOPKINS MN 55343



Your transfer   of claim #   11305-22   is defective for the reason(s) checked below:

Other                                     Transfer Amount Exceeds Amount Currenlty Owned




Docket Number 37561            Date 05/24/13

/s/ Lauren Rodriguez
_____
By: Epiq Bankruptcy Solutions, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on   May 30, 2013.

# EXHIBIT B


```
TIME: 10:08:05                          LEHMAN BROTHERS HOLDING INC.                                              PAGE: 1
DATE: 05/30/13                                CREDITOR LISTING

Name                                    Address
CVIC LUX MASTER S.A.R.L.                C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD., 7TH FLOOR HOPKINS MN 55343
NOMURA CORPORATE FUNDING AMERICAS, LLC  TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER
                                        BUILDING 2, FLOOR 21 NEW YORK NY 10281

Total Number of Records Printed         2
```