B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.                 Case No. <u>08-13555 (JMP)</u>
                                                                                         (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **THE ROYAL BANK OF SCOTLAND PLC** | **WELLS FARGO GLOBAL DIVIDEND OPPORTUNITY FUND** |
|---|---|
|  | **(F/K/A EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND)** |
| *Name of Transferee* | *Name of Transferor* |

Name and Address where notices to transferee should be sent:

The Royal Bank of Scotland plc
600 Washington Boulevard
Stamford, CT  06901
Phone:  203.897.2644
Email:  Matthew.Rosencrans@rbs.com

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): 29870

Amount of Claim Bring Transferred:

100% of Claim # 29870 as held by Wells Fargo Global Dividend Opportunity Fund (f/k/a Evergreen Global Dividend Opportunity Fund)

Date Claim Filed:  9/22/2009

Address:

Wells Fargo
200 Berkeley Street
18th Floor
Boston, MA  02116
Attn:  Joshua Ordman
Fund Reporting Manager
Phone:  (617) 210-3256
Fax:  (855) 775-9452
jordman@wellsfargo.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___*Mason Chan*___            Date: May 31, 2013
**THE ROYAL BANK OF SCOTLAND PLC**

By: RBS Securities Inc., its agent

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)