B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.             Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI GVF (Lux) Master S.a.r.l.</u>              <u>Goldman Sachs Lending Partners LLC</u>
Name of Transferee                                        Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): <u>28099</u>
should be sent:                                                    Amount of Claim Transferred: <u>$287,307,411.00</u>
                                                                         Date Claim Filed: <u>September 22, 2009</u>
CVI GVF (Lux) Master S.a.r.l.                             Debtor: <u>Lehman Brothers Special Financing Inc.</u>
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (LUX) MASTER S.A.R.L.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____          Date: _5/31/13_
        Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____          Date: _5/31/13_
        Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

<u>CVI GVF (Lux) Master S.a.r.l.</u>
Name of Transferee

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Name and Address where notices to transferee
should be sent:

Court Claim # (if known): <u>28103</u>
Amount of Claim Transferred: <u>$287,307,411.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

CVI GVF (Lux) Master S.a.r.l.
c/o CarVal Investors, LLC
9320 Excelsior Boulevard, 7th Floor
Hopkins, Minnesota 55343

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVI GVF (LUX) MASTER S.A.R.L.
By CarVal Investors, LLC
Its Attorney-in-Fact

By: _____        Date: 5/31/13
    Transferee/Transferee's Agent

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____        Date: 5/31/13
    Transferor/Transferor's Agent

Michelle Latzoni
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.