WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons
Ralph Miller

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                         :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
:
Debtors.                                         :    (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF THREE HUNDRED FORTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that the hearing on the Three Hundred Forty-Eighth Omnibus Objection to Claims (Valued Derivative Claims) (the "Objection"), that was scheduled originally for October 31, 2012 at 10:00 a.m. (Prevailing Eastern Time), **has been further adjourned, solely with respect to the claim listed on Exhibit A annexed hereto, to July 25, 2013, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

US_ACTIVE:\44267982\2\58399.0011

Dated: May 31, 2013
      New York, New York

/s/ Robert J. Lemons
Robert J. Lemons
Ralph Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

## **Exhibit A**

## **Adjourned Claim:**

| **Claimant Name** | **Claim Number** |
|---|---|
| New York City Industrial Development Agency " NYC IDA" | 67556 |