EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO:     Lehman Brothers Holdings Inc. ("Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**GOLDMAN SACHS LENDING PARTNERS LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS RECOVERY LH FUND LP**
Attn: Solus Compliance Officer
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:  (212) 284-4338
E-Mail: Compliance@soluslp.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of **$702,352.40** (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated May ___31st__, 2013.

**GOLDMAN SACHS LENDING PARTNERS LLC,**

By: _____
       Name:          Michelle Latzoni
       Title:         Authorized Signatory

**SOLUS RECOVERY LH FUND LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
       Name:
       Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
         Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**GOLDMAN SACHS LENDING PARTNERS LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**SOLUS RECOVERY LH FUND LP**
Attn: Solus Compliance Officer
C/O Solus Alternative Asset Management LP
410 Park Avenue, 11th Floor
New York, NY 10022
Tele #: (212) 284-4300
Fax#:  (212) 284-4338
E-Mail: Compliance@soluslp.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of **$702,352.40** (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated May __31st__, 2013.

**GOLDMAN SACHS LENDING PARTNERS LLC,**

By: _____
    Name:
    Title:

**SOLUS RECOVERY LH FUND LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
    Name:
    Title:       **Gordon Yeager**
                 **Chief Risk Officer &**
                 **Chief Operations Officer**