UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,             Case No. 08-13555 (JMP)

                    Debtors.
------------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KYMBERLY K. EVANSON

UPON the motion of Kymberly K. Evanson dated May 28, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Kymberly K. Evanson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.



Dated: New York, New York
        June 3, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge