UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.,          Case No. 08-13555 (JMP)

                        Debtors.
-----------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PAUL J. LAWRENCE

UPON the motion of Paul J. Lawrence dated May 28, 2013, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Paul J. Lawrence is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.



Dated: New York, New York
            June 3, 2013

/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge