UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (JMP) |
| Debtors : | (Jointly Administered) |

### JOINT NOTICE OF WITHDRAWAL OF CLAIMS AND WITHDRAWAL OF SUBPOENA ISSUED PURSUANT TO ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES

Reference is made to proof of claim numbers 42902 (filed on October 21, 2009 in the amount of $15,149,194.75) and 21704 (filed on September 21, 2009 in the amount of $794,891.90) (the "Claims"), each filed against Lehman Brothers Holdings Inc. by ABN AMRO Bank N.V. (now known as The Royal Bank of Scotland N.V.) (the "Claimant").

PLEASE TAKE NOTICE that the Claimant hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. No other proof of claim of Claimant against any of the above-captioned debtors shall be affected hereby. The Claimant represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

PLEASE TAKE FURTHER NOTICE that Lehman Brothers Holdings Inc. hereby withdraws with prejudice the subpoena served upon the Claimant on April 29, 2013, the issuance of which was noticed in a filing with the Court on May 1, 2013 [ECF No.37066]. Notwithstanding the foregoing, Lehman Brothers Holdings Inc. shall not be prohibited from issuing and serving subpoenas for other claims not identified in the first paragraph.

Dated: May 30, 2013
    Stamford, Connecticut

/s/ Neil Bivona
Neil Bivona
~~Managing Director~~ Authorized Signatory
The Royal Bank of Scotland N.V.
600 Washington Boulevard
Stamford, Connecticut 06901
Telephone: (203) 897-2700

Dated: ~~May~~ June 3, 2013
    New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*