**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000


**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
Diane C. Hutnyan

*Special Counsel to Official Committee Of Unsecured
Creditors Of Lehman Brothers Holdings Inc., et al.*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |

------------------------------------------------------------------------x


## <u>APPLICATION FOR ADMISSION PRO HAC VICE OF DIANE C. HUTNYAN</u>


Diane C. Hutnyan, a member in good standing of the bar of the State of California,

requests admission pro hac vice, before the Honorable James M. Peck, as special counsel to the

Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. in the above-

referenced chapter 11 proceeding for all purposes, including any adversary proceedings filed in

relation to the Debtors.

Quinn Emanuel Urquhart & Sullivan, LLP has an office in this district at 51 Madison

Avenue, 22nd Floor, New York, NY 10010. My address is:

03690.61377/5340878.1

> Diane C. Hutnyan
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 S. Figueroa Street, 10th Floor
> Los Angeles, California 90017
> Telephone number: (213) 443-3000
> Email address: dianehutnyan@quinnemanuel.com

The $25.00 filing fee has been submitted to the court with this motion for pro hac vice admission.

Dated: June 3, 2013               _____/s/ Diane C. Hutnyan_____
Los Angeles, CA                   Diane C. Hutnyan
                                  Quinn Emanuel Urquhart & Sullivan, LLP
                                  865 S. Figueroa Street, 10th Floor
                                  Los Angeles, California 90017
                                  Telephone: (213) 443-3000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
In re:                                                          :        **Chapter 11**
                                                                :        **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :        **Jointly Administered**
                                                                :
                                                    **Debtors.**    :
------------------------------------------------------------------------x

Upon the Application for Admission Pro Hac Vice of Diane C. Hutnyan Pursuant to

Local Rule 2090-1(b), filed May 31, 2013 (the "Application"); due and sufficient notice of the

Application having been served upon the Office of the United States Trustee; and the Court,

having received no opposition or objection to the Application, and after due deliberation and

sufficient cause appearing therefor, it is hereby:

ORDERED that the Application is granted in its entirety; and,

IT IS FURTHER ORDERED that Diane C. Hutnyan is admitted, pro hac vice, to appear

and practice before this Court as Special Counsel for the Official Committee of Unsecured

Creditors of Lehman Brothers Holdings Inc. in the above-referenced chapter 11 proceeding for

all purposes, including any adversary proceedings filed in relation to the Debtors.


Dated: _____, 2013
New York, New York
                                                    _____
                                                    United States Bankruptcy Judge