## EXHIBIT B-1

## CORRECTED EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.** ("Seller"), with its registered office at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of December 6, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II LUX MASTER S.A.R.L.**, with offices at and an address of 9320 Excelsior Boulevard, Hopkins, MN 55343 ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) to the extent of $37,000,000, docketed as Claim No. 13940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

This Corrected Evidence of Partial Transfer of Claim supersedes, amends and corrects the Partial Evidence of Transfer of Claim set forth on docket no 32635 in the above case which incorrectly listed the Purchaser as CVFII (LUX) MASTER S.A.R.L. instead of CVI CVF II LUX MASTER S.A.R.L.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as the day set forth below.

| JPMORGAN CHASE BANK, N.A. | CVI CVF II LUX MASTER S.A.R.L. |
|---|---|
| | By: Carval Investors, LLC |
| | Its Attorney-in-Fact |
| By: _[signature]_ | By: _[signature]_ |
| (Signature of authorized corporate officer) | (Signature of authorized corporate officer) |
| Name: Alexander Wilk | Name: Tiffany Parr |
| Title: Authorized Signatory | Title: Authorized Signer |
| Date: 5-21-13 | Date: 5/30/13 |

## EXHIBIT B-2

### CORRECTED EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: JPMorgan Chase Bank, N.A.

**JPMORGAN CHASE BANK, N.A.** ("Seller"), with its registered office at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Claim Purchase Agreement dated as of December 6, 2012, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVI CVF II LUX MASTER S.A.R.L.**, with offices at and an address of 9320 Excelsior Boulevard, Hopkins, MN 55343 ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) to the extent of $37,000,000, docketed as Claim No. 13939 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

This Corrected Evidence of Partial Transfer of Claim supersedes, amends and corrects the Partial Evidence of Transfer of Claim set forth on docket no 32715 in the above case which incorrectly listed the Purchaser as CVFII (LUX) MASTER S.A.R.L. instead of CVI CVF II LUX MASTER S.A.R.L.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as the day set forth below.

| JPMORGAN CHASE BANK, N.A. | CVI CVF II LUX MASTER S.A.R.L. |
|---|---|
|  | By: Carval Investors, LLC |
|  | Its Attorney-in-Fact |
| By: _[signature]_ | By: _[signature]_ |
| (Signature of authorized corporate officer) | (Signature of authorized corporate officer) |
| Name: Alexander Wilk | Name: Tiffany Parr |
| Title: Authorized Signatory | Title: Authorized Signer |
| Date: 5-21-13 | Date: 5/30/13 |