**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                    :
In re                                               :        Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :        08-13555 (JMP)
                                                    :
                          Debtors.                  :        (Jointly Administered)
                                                    :
-------------------------------------------------------------------------x        Ref. Docket No. 37670

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 31, 2013, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Supplementing the Tier One and SPV Alternative Dispute Resolution Procedures Orders to Add Two Additional Mediators," dated May 31, 2013, to which was attached the "Motion of Lehman Brothers Holdings Inc. Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 for an Order Supplementing the Tier One and SPV Alternative Dispute Resolution Procedures Orders to Add Two Additional Mediators," dated May 31, 2013 [Docket No. 37670], by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed in the annexed <u>Exhibit A,</u>

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed in the annexed <u>Exhibit B</u>, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed in the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
3rd day of June, 2013
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2014

# EXHIBIT A

## Lehman Brothers Holdings Inc.
### Master Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | asnow@ssbb.com |
| aalfonso@willkie.com | aunger@sidley.com |
| abeaumont@fklaw.com | austin.bankruptcy@publicans.com |
| abraunstein@riemerlaw.com | avenes@whitecase.com |
| acaton@kramerlevin.com | azylberberg@whitecase.com |
| acker@chapman.com | bankr@zuckerman.com |
| adam.brezine@hro.com | bankruptcy@goodwin.com |
| adarwin@nixonpeabody.com | bankruptcy@morrisoncohen.com |
| adiamond@diamondmccarthy.com | bankruptcy@ntexas-attorneys.com |
| aeckstein@blankrome.com | bankruptcymatters@us.nomura.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com |
| afriedman@irell.com | bbisignani@postschell.com |
| agbanknewyork@ag.tn.gov | bcarlson@co.sanmateo.ca.us |
| aglenn@kasowitz.com | bdk@schlamstone.com |
| agold@herrick.com | bguiney@pbwt.com |
| agoldstein@tnsj-law.com | bkmail@prommis.com |
| ahandler@moundcotton.com | bmanne@tuckerlaw.com |
| aisenberg@saul.com | bmiller@mofo.com |
| akantesaria@oppenheimerfunds.com | boneill@kramerlevin.com |
| akolod@mosessinger.com | brian.corey@greentreecreditsolutions.com |
| alum@ftportfolios.com | brosenblum@jonesday.com |
| amarder@msek.com | broy@rltlawfirm.com |
| amartin@sheppardmullin.com | bruce.wright@sutherland.com |
| amcmullen@boultcummings.com | bstrickland@wtplaw.com |
| amenard@tishmanspeyer.com | btrust@mayerbrown.com |
| andrew.brozman@cliffordchance.com | bturk@tishmanspeyer.com |
| andrew.lourie@kobrekim.com | bwolfe@sheppardmullin.com |
| angelich.george@arentfox.com | cahn@clm.com |
| ann.reynaud@shell.com | calbert@reitlerlaw.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com |
| aoberry@bermanesq.com | carol.weinerlevy@bingham.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com |
| aquale@sidley.com | cbelmonte@ssbb.com |
| arahl@reedsmith.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cgoldstein@stcwlaw.com |
| arheaume@riemerlaw.com | chad.husnick@kirkland.com; |
| arlbank@pbfcm.com | chammerman@paulweiss.com |
| arosenblatt@chadbourne.com | charles@filardi-law.com |
| arthur.rosenberg@hklaw.com | charles_malloy@aporter.com |
| arwolf@wlrk.com | chipford@parkerpoe.com |
| aseuffert@lawpost-nyc.com | chris.donoho@lovells.com |
| ashmead@sewkis.com | christopher.greco@kirkland.com |

Lehman Brothers Holdings Inc.
Master Email Service List

| | |
|---|---|
| clarkb@sullcrom.com | dheffer@foley.com |
| clynch@reedsmith.com | dhurst@coleschotz.com |
| cmontgomery@salans.com | diconzam@gtlaw.com |
| cohen@sewkis.com | djoseph@stradley.com |
| contact@lawofficesjje.com | dkessler@ktmc.com |
| cp@stevenslee.com | dkleiner@velaw.com |
| cpappas@dilworthlaw.com | dkozusko@willkie.com |
| craig.goldblatt@wilmerhale.com | dlemay@chadbourne.com |
| crmomjian@attorneygeneral.gov | dlipke@vedderprice.com |
| csalomon@beckerglynn.com | dludman@brownconnery.com |
| cschreiber@winston.com | dmcguire@winston.com |
| cshore@whitecase.com | dmurray@jenner.com |
| cshulman@sheppardmullin.com | dneier@winston.com |
| ctatelbaum@hinshawlaw.com | dodonnell@milbank.com |
| cwalsh@mayerbrown.com | dove.michelle@dorsey.com |
| cward@polsinelli.com | dpegno@dpklaw.com |
| cweber@ebg-law.com | draelson@fisherbrothers.com |
| cweiss@ingramllp.com | dravin@wolffsamson.com |
| dallas.bankruptcy@publicans.com | drose@pryorcashman.com |
| dave.davis@isgria.com | drosenzweig@fulbright.com |
| david.bennett@tklaw.com | drosner@goulstonstorrs.com |
| david.heller@lw.com | dshaffer@wtplaw.com |
| david.powlen@btlaw.com | dshemano@peitzmanweg.com |
| davids@blbglaw.com | dspelfogel@foley.com |
| davidwheeler@mvalaw.com | dtatge@ebglaw.com |
| dbalog@intersil.com | dtheising@harrisonmoberly.com |
| dbarber@bsblawyers.com | dwdykhouse@pbwt.com |
| dbaumstein@whitecase.com | dwildes@stroock.com |
| dbesikof@loeb.com | dworkman@bakerlaw.com |
| dcimo@gjb-law.com | easmith@venable.com |
| dcoffino@cov.com | echang@steinlubin.com |
| dcrapo@gibbonslaw.com | ecohen@russell.com |
| ddavis@paulweiss.com | edward.flanders@pillsburylaw.com |
| ddrebsky@nixonpeabody.com | efleck@milbank.com |
| ddunne@milbank.com | efriedman@fklaw.com |
| deggermann@kramerlevin.com | efriedman@friedumspring.com |
| deggert@freebornpeters.com | eglas@mccarter.com |
| demetra.liggins@tklaw.com | ekbergc@lanepowell.com |
| dfelder@orrick.com | eleicht@whitecase.com |
| dflanigan@polsinelli.com | ellen.halstead@cwt.com |
| dgrimes@reedsmith.com | emagnelli@bracheichler.com |
| dhayes@mcguirewoods.com | emerberg@mayerbrown.com |

## Lehman Brothers Holdings Inc.
### Master Email Service List

enkaplan@kaplanlandau.com
eobrien@sbclaw.com
erin.mautner@bingham.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
ezweig@optonline.net
fbp@ppgms.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
foont@foontlaw.com
fritschj@sullcrom.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gravert@ravertpllc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
ian.roberts@bakerbotts.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
ira.greene@hoganlovells.com
israel.dahan@cwt.com

iva.uroic@dechert.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jason.jurgens@cwt.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jdoran@haslaw.com
jdrucker@coleschotz.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeffery.black@bingham.com
jeffrey.sabin@bingham.com
jeldredge@velaw.com
jemma.mcpherson@cliffordchance.com
jen.premisler@cliffordchance.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@ag.state.mn.us
jfalgowski@reedsmith.com
jflaxer@golenbock.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jguy@orrick.com
jherzog@gklaw.com
jhiggins@fdlaw.com

Lehman Brothers Holdings Inc.
Master Email Service List

| | |
|---|---|
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjoyce@dresslerpeters.com | jtorf@schiffhardin.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jvail@ssrl.com |
| jlamar@maynardcooper.com | jwallack@goulstonstorrs.com |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlipson@crockerkuno.com | jwh@njlawfirm.com |
| jlscott@reedsmith.com | kanema@formanlaw.com |
| jmaddock@mcguirewoods.com | karen.wagner@dpw.com |
| jmakower@tnsj-law.com | karl.geercken@alston.com |
| jmazermarino@msek.com | kdwbankruptcydepartment@kelleydrye.com |
| jmelko@gardere.com | keckhardt@hunton.com |
| jmerva@fult.com | keith.simon@lw.com |
| jmmurphy@stradley.com | ken.coleman@allenovery.com |
| jmr@msf-law.com | ken.higman@hp.com |
| jnadritch@olshanlaw.com | kerry.moynihan@hro.com |
| jnm@mccallaraymer.com | kgwynne@reedsmith.com |
| john.monaghan@hklaw.com | kiplok@hugheshubbard.com |
| john.rapisardi@cwt.com | kit.weitnauer@alston.com |
| jonathan.henes@kirkland.com | kkelly@ebglaw.com |
| jorbach@hahnhessen.com | kkolbig@mosessinger.com |
| joseph.cordaro@usdoj.gov | klyman@irell.com |
| joseph.serino@kirkland.com; | klynch@formanlaw.com |
| joshua.dorchak@bingham.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| jowolf@law.nyc.gov | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| jpintarelli@mofo.com | kpiper@steptoe.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | kreynolds@mklawnyc.com |
| jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jrsmith@hunton.com | kuehn@bragarwexler.com |
| jschiller@bsfllp.com | kurt.mayr@bgllp.com |
| jschwartz@hahnhessen.com | lacyr@sullcrom.com |
| jsheerin@mcguirewoods.com | landon@streusandlandon.com |
| jsherman@bsfllp.com | lapeterson@foley.com |
| jshickich@riddellwilliams.com | lathompson@co.sanmateo.ca.us |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |

Lehman Brothers Holdings Inc.
Master Email Service List

| | |
|---|---|
| lee.stremba@troutmansanders.com | mcademartori@sheppardmullin.com |
| lgotko@fklaw.com | mcantor@normandyhill.com |
| lgranfield@cgsh.com | mcordone@stradley.com |
| lhandelsman@stroock.com | mcto@debevoise.com |
| linda.boyle@twtelecom.com | mcyganowski@oshr.com |
| lisa.ewart@wilmerhale.com | mdorval@stradley.com |
| lisa.kraidin@allenovery.com | melorod@gtlaw.com |
| lisa.solomon@att.net | meltzere@pepperlaw.com |
| ljkotler@duanemorris.com | metkin@lowenstein.com |
| lkatz@ltblaw.com | mfeldman@willkie.com |
| lkiss@klestadt.com | mgordon@briggs.com |
| lmarinuzzi@mofo.com | mgreger@allenmatkins.com |
| lmay@coleschotz.com | mh1@mccallaraymer.com |
| lmcgowen@orrick.com | mhopkins@cov.com |
| lml@ppgms.com | michael.frege@cms-hs.com |
| lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| loizides@loizides.com | michael.kim@kobrekim.com |
| lscarcella@farrellfritz.com | michael.mccrory@btlaw.com |
| lschweitzer@cgsh.com | michaels@jstriallaw.com |
| lubell@hugheshubbard.com | millee12@nationwide.com |
| lwhidden@salans.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mkjaer@winston.com |
| mark.deveno@bingham.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.hellerer@pillsburylaw.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmooney@deilylawfirm.com |
| marvin.clements@ag.tn.gov | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |
| maustin@orrick.com | mpage@kelleydrye.com |
| max.polonsky@skadden.com | mparry@mosessinger.com |
| mbenner@tishmanspeyer.com | mpomerantz@julienandschlesinger.com |
| mberman@nixonpeabody.com | mprimoff@kayescholer.com |
| mberman@nixonpeabody.com | mpucillo@bermanesq.com |
| mbienenstock@proskauer.com | mrosenthal@gibsondunn.com |
| mbloemsma@mhjur.com | mruetzel@whitecase.com |
| mbossi@thompsoncoburn.com | mschimel@sju.edu |

## Lehman Brothers Holdings Inc.
### Master Email Service List

msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msiegel@brownrudnick.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
newyork@sec.gov
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
oipress@travelers.com
otccorpactions@finra.org
paronzon@milbank.com
patrick.oh@freshfields.com
paul.turner@sutherland.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.blasone@klgates.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrain-gutierrez@kaplanlandau.com

ptrostle@jenner.com
r.stahl@stahlzelloe.com
raj.madan@bingham.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfrankel@orrick.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard.levy@lw.com
richard.tisdale@friedfrank.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ronald.silverman@bingham.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rreid@sheppardmullin.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
rterenzi@stcwlaw.com
russj4478@aol.com

Lehman Brothers Holdings Inc.
Master Email Service List

rwasserman@cftc.gov
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
schwartzmatthew@sullcrom.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
seichel@crowell.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgubner@ebg-law.com
shannon.nagle@friedfrank.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smayerson@ssd.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com

sory@fdlaw.com
spiotto@chapman.com
splatzer@platzerlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
steven.troyer@commerzbank.com
steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
steven@blbglaw.com
streusand@streusandlandon.com
susheelkirpalani@quinnemanuel.com
sweyl@haslaw.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tduffy@andersonkill.com
tgoren@mofo.com
thaler@thalergertler.com
thomas.califano@dlapiper.com
tim.desieno@bingham.com
timothy.brink@dlapiper.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmarrion@haslaw.com
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tom.schorling@whitecase.com
tomwelsh@orrick.com
tslome@msek.com
ttracy@crockerkuno.com

Lehman Brothers Holdings Inc.
Master Email Service List

tunrad@burnslev.com
twheeler@lowenstein.com
villa@streusandlandon.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
walter.stuart@freshfields.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wdase@fzwz.com
wfoster@milbank.com
will.sugden@alston.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wrightth@sullcrom.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

LEHMAN BROTHERS HOLDINGS INC.
ADDITIONAL EMAIL SERVICE LIST

bmiller@mofo.com
smolison@mofo.com
abauer@torys.com
ccaparelli@torys.com
jkramer@lowenstein.com

Lehman Brothers Holdings Inc.
Adversary Case 10-03547 Email Service List

alexander.lorenzo@alston.com
agottfried@morganlewis.com
andrew.behrman@hoganlovells.com
andrew.brozman@cliffordchance.com
anthony.candido@cliffordchance.com
appleby@chapman.com
arovira@sidley.com
aschulkin@lathropgage.com
ashmead@sewkis.com
brian.dillon@gpmlaw.com
btrust@mayerbrown.com
caseyn@whiteandwilliams.com
cdesiderio@nixonpeabody.com
chammerman@paulweiss.com
choupt@mayerbrown.com
ddavis@paulweiss.com
ddunne@milbank.com
djnewman@akingump.com
dshapiro@somervillema.gov
easmith@venable.com
eerman@ermanteicher.com
efogel@lathropgage.com
ericwinston@quinnemanuel.com
eschaffer@reedsmith.com
gary.mennitt@dechert.com
harold.horwich@bingham.com
heiser@chapman.com
hugh.hill@hoganlovells.com
ingrid.bagby@cwt.com
jclose@chapman.com
jeanites@whiteandwilliams.com
jfeldman@sidley.com
jfiorella@archerlaw.com
jhaney@wongfleming.com
joshua.dorchak@bingham.com
jrosenberg@forwardinvesting.com
jschreib@chapman.com
jvanroy@zeklaw.com
kathryn.bergstrom@gpmlaw.com
krudd@zeklaw.com
lacyr@sullcrom.com
lawrence.gelber@srz.com

lwong@wongfleming.com
mblocker@sidley.com
mcordone@stradley.com
mdorval@stradley.com
meghan.breen@srz.com
mgburke@sidley.com
michael.johnson@alston.com
mvenditto@reedsmith.com
ncrowell@sidley.com
patrick.fang@bingham.com
peter.ivanick@hoganlovells.com
phillip.bohl@gpmlaw.com
ppatterson@stradley.com
rkapoor@venable.com
rpedone@nixonpeabody.com
rtizravesh@akingump.com
sara.tapinekis@cliffordchance.com
sbonnet@sidley.com
scruickshank@sidley.com
smorales@lathropgage.com
spesner@akingump.com
sshimshak@paulweiss.com
swolowitz@mayerbrown.com
tcurtin@lathropgage.com
yoderj@whiteandwilliams.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| 00103@oa.cmbchina.com | 28205@oa.cmbchina.com |
| 00257@oa.cmbchina.com | 28231@oa.cmbchina.com |
| 00270@oa.cmbchina.com | 3200102@cathaylife.com.tw |
| 00436@oa.cmbchina.com | 32355@bancaroma.it |
| 00662@oa.cmbchina.com | 32386@bancaroma.it |
| 00664@oa.cmbchina.com | 3310430@bloomberg.net |
| 00675@oa.cmbchina.com | 38linares@bloomberg.net |
| 00717@oa.cmbchina.com | 49283@mingtai.com.tw |
| 00748@oa.cmbchina.com | 5100000@cathlife.com.tw |
| 01536@esunbank.com.tw | 6700000@cathlife.com.tw |
| 02dw@bloomberg.net | 7584@bloomberg.net |
| 03558@email.esunbank.com.tw | 832860@twfhclife.com.tw |
| 036894@landbank.com.tw | 888@888.com |
| 041779@mail.bot.com.tw | 97079@oa.cmbchina.com |
| 042683@landbank.com.tw | 97100@oa.cmbchina.com |
| 047775@mail.bot.com.tw | 97109@oa.cmbchina.com |
| 055023@landbank.com.tw | a.a.luitjes@indoverbank.com |
| 0570580@imail.landbank.com.tw | a.abuyazid@ncbc.com |
| 057085@landbank.com.tw | a.alsharief@alahli.com |
| 065261@landbank.com.tw | a.amriati@fearnleys.no |
| 067524@landbank.com.tw | a.azzolin@kairospartners.com |
| 068582@landbank.com.tw | a.baaghil@alahli.com |
| 069744@landbank.com.tw | a.baarma@ncbc.com |
| 072931@landbank.com.tw | a.backhaus@apoasset.de |
| 077521@landbank.com.tw | a.bailo@mediolanum.it |
| 081975@mail.bot.com.tw | a.ballerini@crsm.it |
| 082116@mail.bot.com.tw | a.baumann@telekom.de |
| 088932@mail.bot.com.tw | a.beatrici@bimbank.it |
| 089181@landbank.com.tw | a.bengzon@hsbc.guyerzeller.com |
| 099602@mail.bot.com.tw | a.bianchi@noemail.com |
| 1@1.com | a.blair@hermes.co.uk |
| 101218@mail.bot.com.tw | a.blazquez@bloomberg.net |
| 108368@mail.tbb.com.tw | a.botticelli@easternbk.com |
| 110287@mail.bot.com.tw | a.braga@centrosim.it |
| 111@111.com | a.buder@investkredit.at |
| 123@123.com | a.canestrelli@apioil.com |
| 123@1x2y3z.cot | a.cannell@mwam.com |
| 123@pbk.pl | a.chausseblanche@probtp.com |
| 159700@bpi.pt | a.chen@sun.com |
| 191096@mail.firstbank.com.tw | a.chiappa@bipielle.it |
| 222@aaa.com | a.chinca@romagest.it |
| 24055@bancaroma.it | a.clake@mwam.com |
| 26356@bancaroma.it | a.clarke.remmey@pnc.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| a.clegg@mwam.com | a.klep@robeco.nl |
| a.colandrea@promos.it | a.klijn@vanlanschot.com |
| a.colferai@barilla.it | a.knottenbelt@vanlanschot.com |
| a.crochet@bcee.lu | a.kohll@bcee.lu |
| a.decourcel@sanpaolo.fr | a.lanza@sace.it |
| a.delazardiere@calyon.com | a.lau@bloomberg.net |
| a.derycke@sanpaolo.fr | a.laycock@mwam.com |
| a.desario@rai.it | a.leccisotti@capitalia.it |
| a.dittmer@apoasset.de | a.luciani@bipielle.it |
| a.dolsa@bimbank.it | a.luna@grupobbva.com |
| a.duckworth@hermes.co.uk | a.m.c.de.bruijn@robeco.nl |
| a.durkin@leggmasoninvestors.com | a.maani.shirazi@robeco.nl |
| a.durville@robeco.nl | a.magherinii@fondiaria.it |
| a.earl@nrcl.com | a.manfe@kairospartners.com |
| a.elkhraijy@alahli.com | a.marber@mwam.com |
| a.enayati@robeco.nl | a.midolo@bimsgr.it |
| a.evans@hermes.co.uk | a.mistras@usa.dupont.com |
| a.fabiani@aston-bond.com | a.morgan@qic.com |
| a.fail@sl-am.nl | a.morishima@aozorabank.co.jp |
| a.farid@alahli.com | a.mouti@shell.com |
| a.foffano@bipielle.it | a.nakajima@ny.tr.mufg.jp |
| a.forman@bcee.lu | a.nicolotti@olivetti.com |
| a.foti@fineco.it | a.nitabaru@aozorabank.co.jp |
| a.frontistis@emporiki-asset.gr | a.oddin@bbbsa.ch |
| a.fujino@skam.co.jp | a.ogorman@qic.com |
| a.gabelmann@telekom.de | a.osakwe@afdb.org |
| a.garombo@sanpaolo.fr | a.oteh@afdb.org |
| a.gasparri@bipielle.it | a.p.mills@bloomberg.net |
| a.genna@sace.it | a.perrotta@fineco-am.com |
| a.gentili@astonbank.com | a.peshkoff@eib.org |
| a.goergner@vkb.de | a.pui@aozorabank.co.jp |
| a.guglielmana@kairospartners.com | a.pui@aozora-invmgmt.com |
| a.gussmann@donner.de | a.quelch@hermes.co.uk |
| a.gusti@alahli.com | a.rguez@grupobbva.com |
| a.hepper@bloomberg.net | a.romani@eib.org |
| a.hofmeyr@mwam.com | a.rovelli@bipielle.it |
| a.iisaka@aozorabank.co.jp | a.ruys@heineken.com |
| a.invernizzi@bipielle.it | a.ryder@qic.com |
| a.j.a.m.kuijpers@rn.rabobank.nl | a.sag@dhbbank.com |
| a.janssen@robeco.nl | a.sakai@aozorabank.co.jp |
| a.jongma@robeco.nl | a.shutze@mwam.com |
| a.kamiyama@mitsui.com | a.skjevesland@fearnleys.no |
| a.kawase@aozorabank.co.jp | a.smith@kairospartners.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| a.taneja@mwam.com | aa@bankinvest.dk |
| a.tansley@apoasset.de | aaa@kpc.com.kw |
| a.tocchio@kairospartners.com | aaa@nbim.no |
| a.toorn@wessanen-hq.com | aaaa@aaa.com |
| a.ueda@noemail.com | aaalderks@aegonusa.com |
| a.valori@dbsa.lu | aab3@ntrs.com |
| a.van.rijn@robeco.nl | aabuhan@oppenheimerfunds.com |
| a.verleger@sozialbank.de | aac57@cornell.edu |
| a.vigh@wafra.com | aacanty@wellington.com |
| a.weber@apoasset.de | aackerman@qgcapital.com |
| a.yokokawa@noemail.com | aacosta@tiaa-cref.org |
| a.zampa@danieli.it | aadarsh.malde@gs.com |
| a@b.com | aadesai@princeton.edu |
| a_acutis@vittoriaassicurazioni.it | aadithya_thayyar@alliancebernstein.com |
| a_cohen@blackrock.com | aadowner@delinvest.com |
| a_dimarzio@putnam.com | aadvani@rccl.com |
| a_frechette@lputnam.com | aadvis@us.mufg.jp |
| a_ichikawa@nam.co.jp | aafkhami@tiaa-cref.org |
| a_inoue@nam.co.jp | aag@capgroup.com |
| a_perin@finint.it | aagan@iigh.com |
| a_rene_schmauder@fmgc.com | aagati@leggmason.com |
| a_suhendar@bi.go.id | aage.frohde@hydro.com |
| a_sweeney@beutel-can.com | aage.schaanning@klp.no |
| a_syed@putnam.com | aagresti@ifc.org |
| a_watanabe@nam.co.jp | aaguilar@tiaa-cref.org |
| a_zahrani@bloomberg.net | aaguirre@bancogui.com |
| a026824@bloomberg.net | aah@capgroup.com |
| a0s7@pge.com | aah7@cornell.edu |
| a1.satou@aozorabank.co.jp | aaiello@bankofny.com |
| a110682@mail.tbb.com.tw | aaigprop@bloomberg.net |
| a142158@bloomberg.net | aairving@wellington.com |
| a1-inoue@nissay.co.jp | aaj@ntrs.com |
| a2.nakajima@aozorabank.co.jp | aajawi@bloomberg.net |
| a236436@fmr.com | aaji@templeton.com |
| a377388@bloomberg.net | aak.na@adia.ae |
| a3a@americancentury.com | aak.pr@adia.ae |
| a424296@uk.fid-intl.com | aakant@fftw.com |
| a460608@fmr.com | aakhmetov@kki.kz |
| a464224@fmr.com | aalaimo@scmadv.com |
| a465271@fmr.com | aalbader@kio.uk.com |
| a8987@mail.tbb.com.tw | aalbahar@gic.com.kw |
| aa.os@organon.oss.akzonobel.nl | aalbert@bear.com |
| aa@aa.ss | aalbertini@iccrea.bcc.it |

### Lehman Brothers Holdings Inc.
### Derivatives Counterparties Email Service List

| | |
|---|---|
| aalbisetti@groupama-am.fr | aarest@perrycap.com |
| aalbuaijan@kio.uk.com | aarganbright@smithbreeden.com |
| aalcaraz@invercaixa.es | aarini@cfm.mc |
| aaldakheel@bloomberg.net | aarlotta@us.tr.mufg.jp |
| aalfonso@notes.banesto.es | aarmenio@tigerglobal.com |
| aalgisi@lucchini.it | aarnout.snouck@axa-im.com |
| aalkhamis@sama-ksa.org | aaron.balsam@ubs.com |
| aal-khatib@bankofjordan.com.jo | aaron.barnfather@lazard.com |
| aalombardi@delinvest.com | aaron.bromage@pw.utc.com |
| aal-rabaian@bloomberg.net | aaron.bryson@pimco.com |
| aalsabah@kuwait-fund.org | aaron.chilton@barcap.com |
| aalshehab@kio.uk.com | aaron.chua@sg.standardchartered.com |
| aaltammar@kio.uk.com | aaron.cooper@fmr.com |
| aalvarez@ahorro.com | aaron.cufley@hsbcam.com |
| aalvarez9@bloomberg.net | aaron.diefenthaler@aamcompany.com |
| aam.na@adia.ae | aaron.dunn@pioneer.com |
| aama@capgroup.com | aaron.eagerman@citadelgroup.com |
| aambrus@metlife.com | aaron.elliott@wachovia.com |
| aamiel@fdic.gov | aaron.freed@soros.com |
| aamiludin@bloomberg.net | aaron.gold@aig.com |
| aamir.shah@hp.com | aaron.gould@pseg.com |
| aamiry@williamblair.com | aaron.grehan@morleyfm.com |
| aamo@btmna.com | aaron.griga@thrivent.com |
| aampontuah@us.nomura.com | aaron.halfacre@blackrock.com |
| aamullins@wellington.com | aaron.hoffman@acml.com |
| aanand@allstate.com | aaron.j.wilson@usa.dupont.com |
| aanderson@williamblair.com | aaron.johnson@nisanet.com |
| aandree@bank-banque-canada.ca | aaron.joyce@credit-suisse.com |
| aandriko@princeton.edu | aaron.kohli@blackrock.com |
| aangeles@caxton.com | aaron.lindsay@fldfs.com |
| aangella@jhancock.com | aaron.loyd@ctxmort.com |
| aangui@mapfre.com | aaron.lynch@morleyfm.com |
| aaniol@meag.com | aaron.mass@morganstanley.com |
| aanisa@aol.com | aaron.matzinger@ubs.com |
| aannalingam@europeancredit.com | aaron.mcbroom@usbank.com |
| aantonelli@bear.com | aaron.mo@asbai.com |
| aaoyama@metlife.com | aaron.moatz@citadelgroup.com |
| aapatel@princeton.edu | aaron.morris@huntington.com |
| aapikyan@vtbam.ru | aaron.palmer@ge.com |
| aaquino@tiaa-cref.org | aaron.polack@pnc.com |
| aar.na@adia.ae | aaron.sack@morganstanley.com |
| aaramburu@kutxa.es | aaron.schwam@fmr.com |
| aare.rafi@commerzbank.com | aaron.scott@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

aaron.scully@janus.com
aaron.seymour@bwater.com
aaron.smith@ibtco.com
aaron.staines@ucop.edu
aaron.stakston@swib.state.wi.us
aaron.stephens@ubs.com
aaron.task@thestreet.com
aaron.walters@lazard.com
aaron_chaze@manulife.com
aaron_drake@invesco.com
aaron_hurd@ssga.com
aaron_j_wilson@vanguard.com
aaron_pas@freddiemac.com
aaron_rosenberg@merck.com
aarondavison@bloomberg.net
aarongabin@gic.com.sg
aarons@capraasset.com
aaronyoder@synovusmortgage.com
aarti.shah@ubs.com
aarya@putnam.com
aarza@oppenheimerfunds.com
aas56@cornell.edu
aasa.annerstedt@seb.se
aashah@bnm.gov.my
aashish.jain@fidelity.co.in
aasipenkava@fftw.com
aasiya.ali@fmr.com
aat@bsibank.com
aatash.shah@lehman.com
aathanasiou@perrycap.com
aatish_porwal@standardlife.com
aattie@banque-france.fr
aavancha@lordabbett.com
aavigliano@bloomberg.net
aawny@bloomberg.net
aazfar@investcorp.com
ab@cd.com
ab@ennismorefunds.com
ab@nationalbanken.dk
ab147@ntrs.com
ab1700@a-bank.co.jp
ab1947@a-bank.co.jp
ab2186@a-bank.co.jp

ab59@dcx.com
ab62@ntrs.com
ab8@americancentury.com
aba@canyonpartners.com
ababson@wellington.com
abachee@yahoo.com
abacu@nb.com
abagella@bancafideuram.it
abaia@searchjapan.zzn.com
abaibadino@fideuramcapital.it
abailey@lordabbett.com
abaillargeon@mcleanbudden.com
abaiona1@bloomberg.net
abajaj@worldbank.org
abakarat@uk.tr.mutg.jp
abalana@worldbank.org
abaldassare@ustrust.com
abaldino@mcc.it
abalestrieri@wdwitter.com
abances@bloomberg.net
abanerjee@oppenheimerfunds.com
abani@aegon.nl
abaoyu@sina.com
abaratta@scotiacapital.com
abaraviera@bloomberg.net
abarbieri@bloomberg.net
abarbieri@cofimo.it
abarbosa@nafin.gob.mx
abarron@frk.com
abarry@loomissayles.com
abaruffi@sirachcap.com
abasagoiti@uef.es
abasham@integrabank.com
abasi@wellington.com
abaskov@pictet.com
abastaki@kia.gov.kw
abastarr@bancogui.com
abatra@ellington.com
abattista@duomo.it
abauduin@boulognebl.faurecia.com
abauduin@ofivalmo.fr
abaumber@nylim.com
abb39@cornell.edu

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| abbas@adic.co.ae | abeken@dl.dai-ichi-life.co.jp |
| abbe_mulroy@ml.com | abel.garcia@aiminvestments.com |
| abbie.strong@compassbnk.com | abelg@templeton.com |
| abbj@capgroup.com | abelmedhi@ofivalmo.fr |
| abbott.m@mellon.com | abenali@jhancock.com |
| abbou-assi@mfs.com | abenedict@integrabank.com |
| abburker@lmfunds.com | abenjamin@lincap.com |
| abby.glennie@aegon.co.uk | abennis@eagleglobal.com |
| abby.john@pimco.com | aberenato@penncapital.com |
| abby.johnson@fmr.com | aberg@jennison.com |
| abby.simon@pimco.com | aberggrun@kynikos.com |
| abc@abc.com | abergman@scottstringfellow.com |
| abc@bpi.pt | aberkelaar@worldbank.org |
| abdallah.nauphal@insightinvestment.com | aberliant@lib.com |
| abdel.benzerroug@banque-france.fr | aberman@babsoncapital.com |
| abdel_ait_hadj_brahim@deltalloyd.nl | aberman@dlbabson.com |
| abdelhalim.fadil@clf-dexia.com | abernem@nationwide.com |
| abdeljellil.bouzidi@sgam.com | abernstein@btmna.com |
| abdelrahman.tarzi@arabbanking.com | aberris@trmshedge.com |
| abdessamad.elbabsiri@clf-dexia.com | abesada@msdw.es |
| abdou.tall@axa-im.com | abesse@logancapital.com |
| abdoulaye.thiam@db.com | abest@kynikos.com |
| abdul.a.alhedaib@columbiamanagement.com | abest@metlife.com |
| abdul.kazi@lgim.co.uk | abet@po2.jsf.co.jp |
| abdulbah@kia.gov.kw | abezdenezhnykh@btmna.com |
| abdulla.fakhro@morganstanley.com | abezzetto@bloomberg.net |
| abdullah.alhail@qnb.com.qa | abg@danskebank.dk |
| abdullah.al-zahrani@riyadbank.com | abh.pr@adia.ae |
| abdullah.m.aldekheel@columbiamanagement.com | abha.shakya@db.com |
| abdulrahman.al-fadda@samba.com | abhay.deshpande@asbai.com |
| abdulwahab.al-betairi@samba.com.sa | abhay.joshi@alliancebernstein.com |
| abe.dli@dial.pipex.com | abhi.acharya@opcap.com |
| abe.riazati@inginvestment.com | abhijit.mitra@morganstanley.com |
| abe_georges@vanguard.com | abhijit.sahay@db.com |
| abe_wons@scudder.com | abhijit_dande@jhancockinvestments.com |
| abeach@frk.com | abhilasha.misragupta@fmglobal.com |
| abeck@federatedinv.com | abhinandan.deb@barcap.com |
| abeckerman@ifc.org | abhiram.vijayasarathy@wfg.com |
| abed.becheik@socgen.com | abhiroop.lal@db.com |
| abeer@baupost.com | abhishek.gami@invescoaim.com |
| abehrman@apolloic.com | abhishek.ind.sharma@fidelity.co.in |
| abeirne@hellerfin.com | abhishek.khemka@fmr.com |
| abejarb@bankinter.es | abhishek.pulakanti@micorp.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| abhishek.rajgarhia@thehartford.com | abomfim@oppenheimerfunds.com |
| abhishek.rathod@nb.com | abond@bradfordmarzec.com |
| abhishek.thepade@dnbnor.com | abonilla@hbk.com |
| abhishek_maheshwari@swissre.com | abonne@pacifictrust.net |
| abi.olapade@uk.fid-intl.com | abonningues@bft.fr |
| abi.tobun@nationalcity.com | aborisenko@clearbridgeadvisors.com |
| abiancamano@lordabbett.com | aborraz@grupobbva.com |
| abianco1@bloomberg.net | aborthwick@panagora.com |
| abid.chaudry@bmonb.com | abosworth@viningsparks.com |
| abidin@bloomberg.net | aboubker@worldbank.org |
| abigail.james@wfg.com | aboucamk@cmcic.fr |
| abigail.mardlin@fandc.com | aboutry@bloomberg.net |
| abigail.matthias@wamu.net | abouwman@bloomberg.net |
| abigail.mckenna@msdw.com | aboychuk@bloomberg.net |
| abigail.middleton@ibtco.com | aboyd@teleos.com |
| abigail.purcell@citadelgroup.com | abp@dpmmellon.com |
| abigail.rotheroe@threadneedle.co.uk | abr@wscapital.com |
| abigail_valdelievre@freddiemac.com | abraar.musa@gs.com |
| abillah@lionmts.com | abrachet@banamex.com |
| abillings@dkpartners.com | abrackett@tiaa-cref.org |
| abimbola.daramola@lgim.co.uk | abradshaw@firststate.co.uk |
| abiola.abby@principal.com | abrady@us.ca-indosuez.com |
| abischel@skba.com | abraga@bloomberg.net |
| abisogn1@ford.com | abraghetta@leggmason.com |
| abisschop@pictet.com | abraham.eghujovbo@commerzbank.com |
| abk@bloomberg.net | abraham.joseph@ubs.com |
| abkemeier@stifel.com | abraham.kozhipatt@shell.com |
| ablack@martincurrie.com | abraham.lifszyc@ubs.com |
| ablackbu@tiaa-cref.org | abrahama@blcvm.com |
| ablackmu@microsoft.com | abrahamg@kia.gov.kw |
| ablaker@allstate.com | abramsb@hhmi.org |
| ablanchette@hcmlp.com | abravoji@ceca.es |
| ablanco@ahorrocorporacion.com | abre@uk.danskebank.com |
| ablanco@tiaa-cref.org | abreccolini@nbadsuisse.ch |
| ablancoc@notes.banesto.es | abrehm@caxton.com |
| ablankman@mcmorgan.com | abreuer@provinzial-online.de |
| abliss@denveria.com | abri@danicapension.dk |
| abm2@ntrs.com | abrinar.guerra@citadelgroup.com |
| abo@gr.dk | abrizi@intesasanpaolo.us |
| abobe@allstate.com | abroderick@bloomberg.net |
| abocld@btconnect.com | abrooks@troweprice.com |
| aboffa@spasset.lu | abrown@omega-advisors.com |
| abogart@us.nomura.com | abruch@meag.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| abrumm@aegonusa.com | acao@tiaa-cref.org |
| abrusa@bancafideuram.it | acardoso@europeancredit.com |
| abryan@montag.com | acarlson@ibtco.com |
| abs.monitoring@egg.com | acarlson@voyageur.net |
| abs@kdb.co.kr | acaroher@cajamadrid.es |
| abs@lbbw.de | acarrasco@bloomberg.net |
| abt.eu@adia.ae | acarrier@uk.tr.mufg.jp |
| abtahir@bloomberg.net | acarryl@harborviewgrowth.com |
| abuchner@guzman.com | acatalan@standishmellon.com |
| abueno@sinopia.fr | acatignani@bloomberg.net |
| abuerger@epo.org | acattermole@europeancredit.com |
| abukhowa@cbb.gov.bh | accounting@wvsbank.com |
| abulic@keybanccm.com | acctfx@mail.cbc.gov.tw |
| aburgazj@bancopastor.es | acecconi@bloomberg.net |
| aburke@apolloic.com | acecil@troweprice.com |
| aburke@loomissayles.com | aceiii@gcspartners.com |
| aburner@tibsite.com | acerete@sabadellatlantico.com |
| abushehri@fftw.com | acervanm@notes.banesto.es |
| abushler@farcap.com | acestone@evergreeninvestments.com |
| abuss@aegonusa.com | acf@dodgeandcox.com |
| abuss@metlife.com | acf33@cornell.edu |
| abutayyoun.jm@tbcam.com | acfisher@wellington.com |
| abutt@bloomberg.net | acgallo@wellington.com |
| abv@capgroup.com | achacun@oddo.fr |
| aby.pr@adia.ae | achall@wellington.com |
| ac.hormgard@ap3.se | achamberlain@bloomberg.net |
| ac118@ntrs.com | a-chan@yasudalife.com.hk |
| ac154@ntrs.com | achang@cantor.com |
| ac439@cornell.edu | achang@fhhlc.com |
| aca@bpi.pt | achang@perrycap.com |
| acabrale@banrep.gov.co | achavapc@bot.or.th |
| acade@co.fresno.ca.us | achawla@aegonusa.com |
| acaffort@groupama-am.fr | acheh91@alumni.gsb.columbia.edu |
| acaine@ambac.com | acheng@atlanticasset.com |
| acalavritinos@jhancock.com | acheng@russell.com |
| acaldwell@farcap.com | acherwenka@templeton.com |
| acalle@invercaixa.es | achiesi@bear.com |
| acallender@templeton.com | achille.d'antoni@citibank.com |
| acalvin@opers.org | achille.scarpa@eni.it |
| acalvo@grupobbva.com | achim.baumgartner@commerzbank.com |
| acameron@azoa.com | achim.gloger@uk.fid-intl.com |
| acampbell@daiwa-ny.com | achim.hammerschmitt@oppenheim.de |
| acanori@bcj.gbancaja.com | achim.hartmann@dekabank.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| achim.hillen@hshn-securities.com | acollantes@bde.es |
| achim.johannsen@telekom.de | acompton@dlbabson.com |
| achim.lange@haspa.de | aconde@msdw.es |
| achim.peijan@ubs.com | acongiu@iccrea.bcc.it |
| achim.philippus@devif.de | aconlan@lmfunds.com |
| achim.tenschert@dekabank.de | aconnell@jhancock.com |
| achim.walde@oppenheim.de | aconroy@bloomberg.net |
| achin@tigerglobal.com | aconway@valcourt.ch |
| achiu@standishmellon.com | acook1@templeton.com |
| achmadrayadi@bi.co.id | acoombs@metlife.com |
| achong@tiaa-cref.org | acoors@qualcomm.com |
| achow@scmadv.com | acordeiro@banco-privado.pt |
| achraf.goneid@juliusbaer.com | acormack@westernasset.co.uk |
| achristan@meag.com | acorso1@bloomberg.net |
| achristensen@sarofim.com | acortinadealcocer@repsolypf.com |
| achristev@kio.uk.com | acostam@jwseligman.com |
| achristian@leggmason.com | acostello@mfs.com |
| achu@alger.com | acottone@caxton.com |
| achua@templeton.com | acox@angelogordon.com |
| achugh@wellington.com | acp@capgroup.com |
| achung@allstate.com | acragg@wellscap.com |
| aci@mofnet.gov.pl | acraig@fftw.com |
| acid@bancamarch.es | acraig@mandtbank.com |
| acifueng@cajamadrid.es | acrawford@alger.com |
| acimoli@bloomberg.net | acremonini@bancasempione.ch |
| aciocon@caxton.com | acrieder@frk.com |
| aciprotti@iccrea.bcc.it | acrisafulli@fondianima.it |
| aclapson@sarofim.com | acruel@seic.com |
| aclark@reatech.net | active.advisory@rbscoutts.com |
| aclearfield@tiaa-cref.org | acunagin@ftci.com |
| aclemens@nylim.com | ad.g.rawcliffe@gsk.com |
| acllo@stanford.edu | ad.kroot@snsam.nl |
| aclough@appletonpartners.com | ad.sleeuwen-van@dsm.com |
| acm2@ntrs.com | ad.van.tiggelen@ingim.com |
| acmoran@wellington.com | ad@bcv.ch |
| acneedham@wellington.com | ad@edfd.com |
| acnicolaou@wellington.com | ad@gruss.co.uk |
| aco@ubp.ch | ad_schellen@deltalloyd.nl |
| acohan@perrycap.com | ada.poon@hk.nomura.com |
| acohen@bci.it | ada@bankinvest.dk |
| acohen@ssrm.com | ada-1519@email.esunbank.com.tw |
| acolella@icbny.com | adachi@nam.co.jp |
| acoll@eatonvance.com | adachi02864@nissay.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

adagasan@meag.com
adalberto.a.gonzalez@bgf.gobierno.pr
adalbjorn.stefansson@lansforsikringar.se
adalessandro@iccrea.bcc.it
adalloglio@bloomberg.net
adalrymple@firststate.co.uk
adalsteinn@kaupthing.net
adam.ackermann@ge.com
adam.adrian@protective.com
adam.albin@americas.bnpparibas.com
adam.ault@swib.state.wi.us
adam.avigdori@blackrock.com
adam.b.patota@jpmorgan.com
adam.bailey@gs.com
adam.bernstein@highbridge.com
adam.berry@drkw.com
adam.betteridge@credit-suisse.com
adam.bordner@wellsfargo.com
adam.bowman@blackrock.com
adam.bulley@cibc.ca
adam.butterfield@moorecap.com
adam.byskiniewicz@mail.nbp.pl
adam.c.shaw@morganstanley.com
adam.cf.li@citi.com
adam.choragwicki@dws.com
adam.chu@aig.com
adam.cohen@lazard.com
adam.coney@insightinvestment.com
adam.conish@glenmede.com
adam.cooper@citadelgroup.com
adam.coppersmith@tcw.com
adam.crocker@morganstanley.com
adam.decaire@wnco.com
adam.falcon@pncadvisors.com
adam.fitzjohn@bankofengland.co.uk
adam.fletcher@uk.nomura.com
adam.g.florence@bankofamerica.com
adam.gage@bnpparibas.com
adam.gallina@eagleasset.com
adam.gelder@db.com
adam.gileski@gs.com
adam.goodwin@prudential.com
adam.greenbury@rothschild.co.uk

adam.grunfeld@tudor.com
adam.guthrie-james@novartis.com
adam.hartley@aberdeen-asset.com
adam.hetnarski@fmr.com
adam.hewson@ge.com
adam.holmes@lgim.co.uk
adam.hoogland@irwinmortgage.com
adam.horsley@lodh.com
adam.howard@lloydstsb.co.uk
adam.hrdina@vontobel.ch
adam.hynes@pnc.com
adam.ilkowitz@ge.com
adam.jablonski@ibtco.com
adam.jones@morganstanley.com
adam.kahn@citadelgroup.com
adam.kaplan@credit-suisse.com
adam.kindreich@lodh.com
adam.king@rabobank.com
adam.klus@uk.fid-intl.com
adam.kot@mail.nbp.pl
adam.kramer@fmr.com
adam.kutas@fmr.com
adam.lancelot@morleyfm.com
adam.levi@barclaysglobal.com
adam.lucuk@db.com
adam.machin@bt.com
adam.mackey@pncbank.com
adam.matthews@jpmorganfleming.com
adam.mcconkey@gartmore.com
adam.mesbur@iibbank.ie
adam.messerschmitt@morganstanley.com
adam.metzger@morganstanley.com
adam.michon@pl.metlife.com
adam.mika@credit-suisse.com
adam.mincer@glgpartners.com
adam.mossakowski@fandc.com
adam.myant@ingim.com
adam.nolan@nab.co.uk
adam.odorczuk@tudor.com
adam.osborn@schroders.com
adam.phillips@cnb.com
adam.pisarczyk@ubsw.com
adam.potulski@pnc.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

adam.r.bailey@bankofamerica.com
adam.r.proctor@jpmorgan.com
adam.rivera@hp.com
adam.rodgers@wamu.net
adam.rogers@rsa-al.gov
adam.rose@klmpf.nl
adam.ryan@blackrock.com
adam.scheiner@credit-suisse.com
adam.schrier@morganstanley.com
adam.segel@fmr.com
adam.seitchik@db.com
adam.siper@aig.com
adam.spagnoletti@threadneedle.co.uk
adam.spielman@ppmamerica.com
adam.stewart@trusco.com
adam.tejpaul@jpmorgan.com
adam.tonkinson@himco.com
adam.tosh@kyret.com
adam.townsend@barclaysglobal.com
adam.waldman@rbccm.com
adam.walker@resolutionasset.com
adam.ward@axa-im.com
adam.weaver@sscims.com
adam.west@commercebank.com
adam.white@bpm.it
adam.white@suntrust.com
adam.wilkie@wellsfargo.com
adam.zentai@erstebank.at
adam.zipkin@deshaw.com
adam@bnm.gov.my
adam@mginvestors.com
adam_cooke@ldn.invesco.com
adam_d_sherman@victoryconnect.com
adam_fusco@swissre.com
adam_g_eccles@vanguard.com
adam_harnetty@ldn.invesco.com
adam_hayden@nylim.com
adam_katz@cbcm.com
adam_katz@putnam.com
adam_martin@rsausa.com
adam_michael_ferguson@vanguard.com
adam_moss@ustrust.com
adam_perold@troweprice.com

adam_robertson@kyfbins.com
adam_strout@putnam.com
adam24@bloomberg.net
adama_kah@freddiemac.com
adamani@tiaa-cref.org
adambrosi@lordabbett.com
adamc@hcmny.com
adamgabor.laux@pioneerinvestments.com
adaml@princeton.edu
adamm@metzler.com
adampassarelli@northwesternmutual.com
adams@willcap.com
adamsd@brinson.com
adamsj@divinvest.com
adamsm@anz.com
adamwaldo@mellon.com
adan.rendon@bofasecurities.com
adanaher@guildinvestment.com
adangelo@bcp.it
adapuzzo@bnlmail.com
adarbari@bloomberg.net
adardani@oppenheimerfunds.com
adarnall@ford.com
adas@rbi.org.in
adasgupta@babsoncapital.com
adasgupta@fhlbdm.com
adasilva@eatonvance.com
adasilva74@bloomberg.net
adaugherty3@bloomberg.net
adavies@bloomberg.net
adavis@dsaco.com
adavoudi@pictet.com
adaw@bll.co.il
adc@nbim.no
addison.hanan@ftnfinancial.com
addison_werner@ml.com
addssurujballie@oppenheimerfunds.com
addy.suhut@ing.com.my
ade.adekunbi@morleyfm.com
ade.na@adia.ae
adebenedittis@intesabcius.com
adebowale.o.adetayo@jpmorgan.com
adecaro3@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

adeeb.kodil@morganstanley.com
adeel.shafiqullah@aig.com
adeem.fenster@columbiamanagement.com
adeflandre@bloomberg.net
adegoke.adediran@alliancebernstein.com
adeitrich@chittenden.com
adel.al-maiman@samba.com.sa
adel.ateeq@riyadbank.com
adel.azneh@lloydsbank.ch
adel.fadlallah@qnb.com.qa
adel.mustafawi@qatarbank.com
adel_daghmouri@ssga.com
adela.konomi@lionhart.net
adela_sanchez@ustrust.com
adelagarde@metlife.com
adelajde.mizhani@am.generali.com
adelajde.muzhani@am.generali.com
adelamaze@pictet.com
adelco@morval.ch
adele.morsa@sella.it
adelenetan@gic.com.sg
adelh@kia.gov.kw
adelia@apolloic.com
adeline.salloy@moorecap.com
adelinetan@gic.com.sg
adelk@asrs.state.az.us
adelki.polce@fmr.com
adellaflora@bloomberg.net
adelongis@oppenheimerfunds.com
adelrio@caxton.com
ademarco@bloomberg.net
ademetis@fhlbc.com
ademichele@pictet.com
adenis1@bloomberg.net
aderosa@metlife.com
aderouge@hrgestion.fr
ades@bloomberg.net
adesai@williamblair.com
adeshpande@firsteaglesogen.com
adessie@us.mufg.jp
adevadi@templeton.com
adevgan@omega-advisors.com
adewole@wharton.upenn.edu

adg@capgroup.com
adg@petercam.be
adgelnic@nb.com
adh7@ntrs.com
adi.behari@barclaysglobal.com
adi.sorber@nl.abnamro.com
adiama@essex.ac.uk
adiantonio@kbw.com
adias@oddo.fr
adiaz@nb.com
adiaz@westernasset.com
adic201@emirates.net.ae
adicenso@loomissayles.com
adick@allstate.com
adiflorio@iccrea.bcc.it
adigioia@msfi.com
adih@migdal-group.co.il
adil.diouri@fmr.com
adil.rahmathulla@morganstanley.com
adil.syed@barclaysglobal.com
adimaggio@bancaintesa.us
adimo@bloomberg.net
adina.grigoriu@bnpparibas.com
adithep.vanabriksha@aberdeen-asset.com.sg
aditig@princeton.edu
aditya.agarwal@gs.com
aditya.bahl@novartis.com
aditya.damani@pimco.com
aditya.khowala@uk.fid-intl.com
aditya.shivram@uk.fid-intl.com
adityabhugtiar@dbs.com
adivot@bloomberg.net
adixon@bloomberg.net
adizon@us.mufg.jp
adj@linet.ie
adjang@dlbabson.com
adjebsen@bloomberg.net
adk@capgroup.com
admansga@bp.com
admin@dlusa.com
admin@jwbristol.com
admin@technologyreview.it
admitriev@vtb.ru

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

admm@capgroup.com

adnan@bnm.gov.my

adnan_khan@ntrs.com

ado.keber@postbank.lu

ado@capgroup.com

adobson@aflac.com

adocal@templeton.com

adodinh@repsolypf.com

adolan@scotiacaptial.ie

adoley7@aol.com

adolf_decurtins@swissre.com

adolf_kapic@kb.cz

adolfo.oliete@hcmny.com

adolfo_jimenez@campbellsoup.com

adolfog@san.rr.com

adolny@ups.com

adominguez@banxico.org.mx

adon@us.mufg.jp

adonatelli@amtrust.com

adonatelli@ohiosavings.com

adong@hapoalimusa.com

adongon@frk.com

adonnelly4@bloomberg.net

adonohoe@dkpartners.com

adorno.raina@alliancebernstein.com

adoshi@metlife.com

adougl1@entergy.com

adouglas@htlf.com

adouglas@mizuho.ch

adoulos@sunamerica.com

adour.sarkissian@ingim.com

adr.tr@adia.ae

adrainoh@gic.com.sg

adrayll.askew@thehartford.com

adrd@capgroup.com

adrey.chen@asia.ing.com

adri.ridder@skandia.se

adrian.b.smith@bt.com

adrian.behan@boimail.com

adrian.bell@rbccm.com

adrian.benedict@insightinvestment.com

adrian.bernard@hauck-aufhaeuser.de

adrian.bignell@hen.invesco.com

adrian.bradshaw@anfis.co.uk

adrian.brass@uk.fid-intl.com

adrian.brown@edwardjones.com

adrian.burkhard@westhyp.de

adrian.cravchinsky@pamglobalfunds.com

adrian.daniel@db.com

adrian.darley@gartmore.com

adrian.darley@resolutionasset.com

adrian.doyle@pioneeraltinvest.com

adrian.durney@ibtco.com

adrian.eastwood@scottishwidows.co.uk

adrian.farthing@omam.co.uk

adrian.felstead@rabobank.co.uk

adrian.foo@asia.ing.com

adrian.fowler@fandc.com

adrian.garza@banamex.com

adrian.gmuer@rmf.ch

adrian.grey@insightinvestment.com

adrian.harris@pncadvisors.com

adrian.hill@lloydstsb.co.uk

adrian.hill@rbos.co.uk

adrian.hodges@adcb.com

adrian.hyde@bankofamerica.com

adrian.jackson@investecmail.com

adrian.jarvis@morleyfm.com

adrian.marcu@oppenheim.ch

adrian.mitchell@flemings.com

adrian.mollison@uk.abnamro.com

adrian.morger@vpbank.com

adrian.neubrandt@rothschildbank.com

adrian.oates@sachsenlb.ie

adrian.o'neill@lazard.com

adrian.o'sullivan@boigm.com

adrian.owens@augustus.co.uk

adrian.palleiro@grupobbva.com

adrian.plummer@rbc.com

adrian.pogson@insightinvestment.com

adrian.redlich@citadelgroup.com

adrian.richardson@btfinancialgroup.com

adrian.richardson@shell.com

adrian.ryser@mgb.ch

adrian.sager@juliusbaer.com

adrian.scherer@oppenheim.ch

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

adrian.schmidt@db.com
adrian.schonauer@gem360.com
adrian.shanahan@statestreet.com
adrian.slaughter@aig.com
adrian.stalder@tkb.ch
adrian.tovar@blackrock.com
adrian.vandenbok@tdsecurities.com
adrian.wallwork@axa-im.com
adrian.weller@citadelgroup.com
adrian.west@uk.fid-intl.com
adrian.wooldridge@blackrock.com
adrian.zbinden@aam.ch
adrian.zuercher@credit-suisse.com
adrian.zuercher@sarasin.ch
adrian@bnm.gov.my
adrian@epsilonfunds.com
adrian@gruss.co.uk
adrian@uk.oechsle.com
adrian_bradshaw@hen.invesco.com
adrian_chan@putnam.com
adrian_croft@canadalife.com
adrian_halter@swissre.com
adrian_ricketts@swissre.com
adrian_sm_au_yeung@hkma.gov.hk
adrian_woodridge@blackrock.com
adriana.barato@soros.com
adriana.jankovicova@erstebank.at
adriana.roman@morganstanley.com
adriana.weber@citadelgroup.com
adriand@woodstockcorp.com
adriane.collimore@artisanpartners.com
adriankhoo@hsbc.com.hk
adrianlee@mas.gov.sg
adrian-matthias.weibel@ubs.com
adrianne.clark@kemper.com
adrianne.medeiros@pacificlife.com
adriano.capellini@unicredit.it
adriano.castagnetti@cattolicaassicurazioni.it
adriano.difatta@sgam.com
adriano.maranta@ubs.com
adriano.poli@hvbasia.com
adriano.poli@ubm.it
adriano_lapel@generali.com

adrianong@dbs.com
adrianosullivan@kbluxembourg.ie
adrianquek@mas.gov.sg
adrielpang@ptbni.com.sg
adrien.de.susanne@uk.fid-intl.com
adrien.mayer@ing.ch
adrien.paihes@mascf.fr
adrienn.sarandi@pimco.com
adrienne.colby@fmr.com
adrienne.cryle@aberdeen-asset.com
adrienne.darvas@hypovereinsbank.de
adrienne.gohsl@uobgroup.com
adrienne.m.gaynor@aib.ie
adrienne.spurin@icap.com
adrienne.wang@citadelgroup.com
adrienne.zeigler@ge.com
adrienne@bnm.gov.my
adrienne@rentec.com
adrienne_evans@aimfunds.com
adrobot@jmsonline.com
adromer1@bloomberg.net
adrozhilov@ifc.org
adsilver1031@bloomberg.net
adubenskiy@vtb.ru
aduhamel@generali.fr
adulsaka@bot.or.th
aduman@statestreet.com
aduncan@russell.com
adunloy@ftci.com
adunn@paladininvestments.com
adupeloux@bcif.fr
aduplan@bft.fr
aduran@fibanc.es
adurkin@fmausa.com
adurland@babsoncapital.com
advisser@bloomberg.net
advstef@bloomberg.net
adwyer@opusinvestment.com
ady.steinbeck@claridenleu.com
ae14@ntrs.com
aec@hgk.com
aecon@bloomberg.net
aedinmcgowan@bankofny.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

aedmans@wharton.upenn.edu

aedmunds@fhlbc.com

aedwards@crewsfs.com

aeed@capgroup.com

aeg@bancoinversion.es

aeggler@bloomberg.net

aehernandeza@banxico.org.mx

aehug@wellington.com

aeidson@hcmlp.com

aeiremo@delinvest.com

aek0126@glaxowellcome.co.uk

aelliott@angelogordon.com

aelman@bloomberg.net

aelustondo@gruposantander.com

aenderle@opers.org

aengel@union-investment.de

aengerer@pictet.com

aengus.mcmahon@ubs.com

aengus.quinn@pfizer.com

aepedros@cam.es

aercil@perrycap.com

aerickson@websterbank.com

aerus_tran@nacm.com

aescolar@notes.banesto.es

aesmail@siebertnet.com

aesparza@banxico.org.mx

aespinosa@fisbonds.com

aesserian@blackrock.com

aesteves@finibanco.pt

aet@ntrs.com

aeuba@bancogui.es

aeuba@bg.bancogui.es

aeventon@fftw.com

aewheaton@uss.com

aewing@westernasset.com

aezra@bloomberg.net

aezra@dexia.com

af.evroux@probtp.com

af40@ntrs.com

afabbri@fideuramsgr.it

afagenzer@union-investment.de

afahlen1@bloomberg.net

afaizal@bnm.gov.my

afalco@jmsonline.com

afaller@cpr-am.fr

afamilianto@permatabank.co.id

afarina1@bloomberg.net

afarre@dow.com

afarstad@mfs.com

afb@capgroup.com

afc88@hotmail.com

afdlr2@bloomberg.net

afelix@pictet.com

afell4@bloomberg.net

afelli@unims.org

afen@jhancock.com

afereday@uss.co.uk

afernandez@notes.banesto.es

afernanq@cajamadrid.es

aferoze1@bloomberg.net

aferrari6@bloomberg.net

aferrier@perrycap.com

afeygin@loews.com

afg.ia@adia.ae

afg@bancoinversion.es

afiacco@jmsonline.com

afield@britannicasset.com

afink@perrycap.com

afinnegan@cambinv.com

afinucane@azoa.com

afischer@bloomberg.net

afischer@meag.com

afisher@loomissayles.com

afishman@icbny.com

afitzgerald@standishmellon.com

afitzpatrick@bloomberg.net

afke.schipstra@shell.com

afl@moa.norges-bank.no

afleeman@msfi.com

afleixasa@sanostra.es

afloor@irisresearch.nl

aflynn@williamblair.com

afoa@fondianima.it

afonso.barros@bcb.gov.br

afont@banamex.com

aforcier@babsoncapital.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

aford@guildinvestment.com
afornoni@bloomberg.net
afoss@nb.com
afoucault@oddo.fr
afournier@spgestion.fr
afrancis@munichre.com
afrancisco@safei.es
afranzoni@bde.es
afraz.ahmed@db.com
afreddi@pictet.com
afreedberg@firstmanhattan.com
afremder@faralloncapital.com
afrey@meag.com
africk@nyc.apollolp.com
afriederich@pictet.com
afriedman@halcyonllc.com
afriedman@metlife.com
afrim.ponik@ppmamerica.com
afroede@bankofny.com
afs1@ntrs.com
afshin.taber@americas.ing.com
afsoon.kelly@fmr.com
afuad@cutterassociates.com
afuadmn@maybank.com.my
afuenteb@bbk.es
afv@bankinvest.dk
ag.anglum@harrisbank.com
ag299@cornell.edu
ag30@ntrs.com
ag498@cornell.edu
ag96@ntrs.com
agab@capgroup.com
agabos.makonnen@fmr.com
agabus@cfm.mc
agadalid@enagas.es
agadd@bgcfx.com
agaddi1@bloomberg.net
agallow@allstate.com
agalloway@ci.com
agam.jain@citadelgroup.com
agamba3@bloomberg.net
agambirazio.miami@sinvest.es
agamemnon.loutsios@cy.bankofcyprus.com

aganesan@standishmellon.com
aganucheau@hibernia.com
agao@concordiafunds.com
agaoglu@egebank.com.tr
agarceau@harborviewgrowth.com
agarcia@ahorro.com
agarcia@russell.com
agarcia@semfinny.com
agarciac@notes.banesto.es
agarciacar@bcj.gbancaja.com
agarciap@geb.gbancaja.com
agaribaldi@banco-privado.pt
agartner@bloomberg.net
agarwal@adic.co.ae
agata.witkowska@mail.nbp.pl
agata@nam.co.jp
agatha.wong@cpy.com.hk
agathe.bolli@ubs.com
agauzia@bloomberg.net
agavilan10@aol.com
agb3@ntrs.com
agbhimani@statestreet.com
agcastrore@banamex.com
age.bruinsma@ingim.com
age.na@adia.ae
ageday@yahoo.com
ageel@bloomberg.net
ageisser@fenway partners.com
ageist@maplepartners.com
agelardini@sistonet.org
agelband@perrycap.com
agelhausen@wellington.com
agerrits@nb.com
ageryol@allstate.com
agfatlant.lgonzalez@batlantico.es
agfr02@handelsbanken.se
agg@dodgeandcox.com
aggs@capgroup.com
agiangregorio@bci.it
agibbs@newstaram.com
agibeau@babsoncapital.com
agibson@rccl.com
agies@bloomberg.net

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

agilbert@asglp.com
agilchrist@fdic.gov
agiller@us.mufg.jp
agilliland@generaldynamics.com
agilston@oppenheimerfunds.com
agim.xhaja@bcv.ch
agioia@credem.it
agiorni@morval.ch
agitnik@wellington.com
aglossop2@bloomberg.net
agm@atalantasosnoff.com
agm@summitpartnersllc.com
agmavros@statestreet.com
agmujic@notes.banesto.es
agne.loibl@erstebank.at
agnes.arlandis@hsbcpb.com
agnes.chu@morganstanley.com
agnes.declermont@credit-agricole-sa.fr
agnes.desruelle@bnpparibas.com
agnes.harsoataki@ge.com
agnes.hong@barclaysglobal.com
agnes.pennanech@caam.com
agnes.pfertzel@bnpgroup.com
agnes_curry@conning.com
agnes_wong@bochk.com
agneschew@gic.com.sg
agnese.aboltina@mandg.co.uk
agnese.testa@juliusbaer.com
agnese_melbarde@troweprice.com
agneslee@gic.com.sg
agnesquek@mas.gov.sg
agneta.wallmark@skandia.se
agnieszka.felecka@ubs.com
agnieszka.kudaj@ubs.com
agnieszka.kulinska@ids.allianz.com
agnieszka.olesinska@ing.be
agodi@capitalgest.it
agokcen@dow.com
agolbin@blackrock.com
agold@newstaram.com
agoldberg@cobank.com
agoldberg@halcyonllc.com
agolding@billiton.com

agoldman@canyonpartners.com
agomiss@repsol-ypf.com
agonzales@bloomberg.net
agoody@allstate.com
agoody@img-dsm.com
agoosby@osc.state.ny.us
agorlyn@frk.com
agostino.miele@credit-suisse.com
agostino.russo@moorecap.co.uk
agostino_galvagni@bayerischerueck.com
agould@bankofny.com
agowda@hbk.com
agoyal@lehman.com
agp49@cornell.edu
agradus@tiaa-cref.org
agrassl@meag.com
agravanis@ibtco.com
agray@jmsonline.com
agreco@bondinvestor.com
agreen@btmna.com
agreene@na.ko.com
agregg@mcleanbudden.com
agriffith@westgen.bm
agriffiths@smithbreeden.com
agrimes@fhlbatl.com
agrosman@lmcm.com
aguadalupe@lordabbett.com
aguardia@templeton.com
agudefin@franklintempleton.co.uk
aguilarm@jwseligman.com
aguira@212ventures.com
aguitian@notes.banesto.es
aguity@bankofny.com
agupta@wellington.com
agurevich@caxton.com
agurski@bloomberg.net
agusta.johnson@sedlabanki.is
agustin.krisnawahjuesa@jpmorganfleming.com
agustin.martin@grupobbva.com
agustina@bi.go.id
agutierrez@scmadv.com
aguttman@firstmanhattan.com
aguzmanmiller@lmfunds.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| agzaldastani@wellington.com | ahenwood@loomissayles.com |
| ah101@ntrs.com | aher@danskebank.dk |
| ah46@ntrs.com | ahermann@sterlingbank.com |
| ah54@ntrs.com | aherr@bear.com |
| aha@nbim.no | ahester@mws.com |
| ahaddad@jhancock.com | ahezroni@williamblair.com |
| ahaghighat@vcallc.com | ahgao@wellington.com |
| ahahnel@aragon.se | ahickey@pictet.com |
| ahainswo@ofina.on.ca | ahicks@hcmlp.com |
| ahall@dumac.duke.edu | ahicks@scmadv.com |
| ahall@vigilantcap.com | ahidalgl@cajamadrid.es |
| ahalperin@firstmanhattan.com | ahillfelder@wellington.com |
| ahamilton@troweprice.com | ahilya_george@vanguard.com |
| ahamilton27@sympatico.ca | ahingorani@lordabbett.com |
| ahampton@stanford.edu | ahintz@torchmarkcorp.com |
| ahancock@buffalofunds.com | ahirtz@meag.com |
| ahansen1@bloomberg.net | ahl36@cornell.edu |
| a-hara@nochubank.or.jp | ahm.tr@adia.ae |
| aharoon@princeton.edu | ahmad.ajakh@morganstanley.com |
| aharriga@tiaa-cref.org | ahmad.kreydieh@citigroup.com |
| aharris@eatonvance.com | ahmad.kreydieh@rbccm.com |
| aharton@nacm.com | ahmad.zuaiter@soros.com |
| ahartung@metzler.com | ahmad_zuaiter@scudder.com |
| ahartwell@mfs.com | ahmed.abbas@arabbanking.com |
| ahashimoto@adbi.org | ahmed.eltobgui@axa-im.com |
| ahassinger@munder.com | ahmed.gaffar@fgb.ae |
| ahatta@tiaa-cref.org | ahmed.issa@cibeg.com |
| ahaugh@essexinvest.com | ahmed.m.kamel@unb.ae |
| ahauser@bankofny.com | ahmed.saleh@commerzbankib.com |
| ahauser@bloomberg.net | ahmed.talhaoui@barclaysglobal.com |
| ahawk@perrycap.com | ahmed.x.alsafadi@jpmorgan.com |
| ahaykin@oppenheimerfunds.com | ahmed_moustafa@conseco.com |
| ahazen@aegonusa.com | ahmedalsomaim@cbb.gov.bh |
| ahc@dodgeandcox.com | ahmedtr@kia.gov.kw |
| ahchan@statestreet.com | ahmet.temuer@db.com |
| aheadley@bear.com | ahmet.turan@fortis.com.tr |
| ahector@westpac.com.au | ahmet.yavuz@akbank.com |
| ahei@kempen.nl | ahmeta@koc.com.tr |
| aheiden@farmcredit-ffcb.com | ahnsh@crd.ge.com |
| aheiser@merctrust.com | aho@federatedinv.com |
| aheitner@nb.com | aho@ubp.ch |
| ahelfert@smithbreeden.com | ahoang@wamumortgage.com |
| ahenry4@metlife.com | ahock@metlife.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| aholcomb@troweprice.com | aidan.meyler@ecb.int |
| aholcroft@uk.tr.mufg.jp | aidan.solloway@halbis.com |
| aholesko@hcmlp.com | aidan_coghlan@putnam.com |
| aholian@loomissayles.com | aiden.debrunner@morganstanley.com |
| aholzgang@swissca.ch | aidie@mas.com.my |
| ahommo@jp.statestreet.com | aigars.egle@bank.lv |
| ahopkins@wilmingtontrust.com | aih@capgroup.com |
| ahosso@europeancredit.com | aihara_hirofumi@vb.smbc.co.jp |
| ahovanessi@erstebank.com | aihara-takeshi@misrubishi-sec.co.jp |
| ahovsepian@payden-rygel.com | aikaterini.kosmopoulou@uk.rcm.com |
| ahowes@whummer.com | aikawa@daiwasbi.co.jp |
| ahrie.moon@gartmore.com | ai-khanh.tran@ubs.com |
| ahs@dodgeandcox.com | aikkiong.yeo@dzbank.de |
| ahsan.raza@fgb.ae | aiko.sauer@hsbcib.com |
| ahsieh@bear.com | aikram@robeco.nl |
| ahswan@temasek.com.sg | aileen.fahy@uk.fid-intl.com |
| ahuang@payden-rygel.com | aileen.wilson@biam.boi.ie |
| ahudson@uk.tr.mufg.jp | aileen_crombie@standardlife.com |
| ahue@templeton.com | aileen_duffy@vanguard.com |
| ahuegli@bloomberg.net | ailish.custer@pioneeralternativest.com |
| ahuff@pimco.com | ailsa_kegler@newton.co.uk |
| ahuffman@tiaa-cref.org | aimad.taleb@db.com |
| ahughes@wellington.com | aiman_baharna@ssga.com |
| ahull@wolterskluwer.com | aimee.ebbert@pnc.com |
| ahung@tiaa-cref.org | aimee.kaiser@blackrock.com |
| ahurtado@grupobbva.com | aimee.landes@prudential.com |
| ahuson@williamblair.com | aimee_forsythe@hancockbank.com |
| ahutton@rncgenter.com | aimeeg@bgi-group.com |
| ahyman@hymanbeck.com | aimran@bnm.gov.my |
| ai.fujiwara@ufj-partners.co.jp | aine.j.shannon@aib.ie |
| aiaequity@ameritas.com | ainhoa.gallastegui@cajalaboral.es |
| aicpakim@kfb.co.kr | aino.levonmaa@uk.fid-intl.com |
| aida.diaz@morganstanley.com | ainsley.lee@fandc.com |
| aida.soto@prudential.com | aintreglia@roslyn.com |
| aidam@petronas.com.my | ai-phunglu@helaba-invest.de |
| aidan.cronin@sachsenlb.ie | aird@bessemer.com |
| aidan.d.shevlin@jpmorganfleming.com | airving@panynj.gov |
| aidan.g.egan@aibbny.ie | airwin@princeton.edu |
| aidan.j.donnelly@aib.ie | ais.research@weberbank.de |
| aidan.kearney@credit-suisse.com | aiscoleman@bloomberg.net |
| aidan.m.hickey@aibbny.ie | aisenberg.s@fibi.co.il |
| aidan.macsweeney@ie.dexia.be | aiseri@calstrs.com |
| aidan.mehigan@glgpartners.com | aisikoff@perrycap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

aisling.carvill@biam.boi.ie
aisling.coleman@barclaycapital.com
aisling.o'reilly@gartmore.com
aisling.t.kelly@aibbny.ie
aisling.twomey@db.com
aisling_toby@ssga.com
aito@jp.statestreet.com
aiyan.shaukat@rabobank.com
aiyer@investcorp.com
aiyu@us.nomura.com
aizard@invercaixa.es
aizpurua@kutxa.es
aj.guido@wachovia.com
aj.washington@pimco.com
aj_rzad@nylim.com
aj57@ntrs.com
ajacobs@deerfieldcapital.com
ajaenke@meag.com
ajagajeeranram@westernasset.co.uk
ajain3@ifc.org
ajaiswal@babsoncapital.com
ajaj@kpc.com.kw
ajajoo@westernasset.com
ajamison@smithbreeden.com
ajanko@meag-ny.com
ajanovic@ingalls.net
ajans@bper.ch
ajardon.bbl@bloomberg.net
ajaveri@alger.com
ajay.abrol@lehman.com
ajay.batra@sunlife.com
ajay.jain@ge.com
ajay.jani@americas.bnpparibas.com
ajay.mantha@deshaw.com
ajay@wasatchadvisors.com
ajay_soni@ml.com
ajayaraman@panagora.com
ajayt@ellington.com
ajb@dodgeandcox.com
ajb62@cornell.edu
ajdennis@aa.com
ajeeta.anand@deshaw.com
ajenkins@hcmlp.com

ajens@unibank.dk
ajesaigal@gic.com.sg
ajesse@barbnet.com
ajg@capgroup.com
ajimeneb@notes.banesto.es
ajimenezh@telefonica.es
ajinder.banns@db.com
ajit.ketkar@bernstein.com
ajit.ramachandran@alliancebernstein.com
ajith_balannair@conseco.com
ajl@roxcap.com
ajl76@cornell.edu
ajmal_ahmady@troweprice.com
ajmoses@bankofny.com
ajnoll@mmm.com
ajoachim@opusinvestment.com
ajoergensen@fftw.com
ajohnso3@frk.com
ajohnson@lincap.com
ajohnson@mecu.com
ajohnson@thamesriver.co.uk
ajolliffe@bloomberg.net
ajones@blackrock.com
ajoseph1@bloomberg.net
ajp4@ntrs.com
ajramjacinto@bancsabadell.com
ajray@canyonpartners.com
ajs57754@glaxowellcome.co.uk
ajschez@bankinter.es
ajshilling@wellmanage.com
ajsteamboat@aol.com
ajuang@perrycap.com
ajuarros@notes.banesto.es
ajuhasz@worldbank.org
ajung@clinton.com
ajung@montag.com
ajung@telekom.de
ajuros@nb.com
ajw@capgroup.com
ak444@cornell.edu
ak445@cornell.edu
aka@ubp.ch
akabanez@jsf.co.jp

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

akaczmarczyk@wilmingtontrust.com

akagi@lehman.com

akahmed@anb.com.sa

akaiser1@metlife.com

akakura@daiwa-am.co.jp

akalter@stonehillcap.com

akamm@bloomberg.net

akanani@firststate.co.uk

akancelaric@jennison.com

akandilis@massmutual.com

akanduri@aegonusa.com

akane.nonoguchi@lehman.com

a-kaneda@nochubank.or.jp

akane-sekiya@am.mufg.jp

akannan@hbk.com

akaoyagi@dl.dai-ichi-life.co.jp

akaplan@federatedinv.com

akaplan@qgcapital.com

akapoor@waddell.com

akari@dlusa.com

akarol@perrycap.com

akasakah@po2.jsf.co.jp

akash.gupta@jpmorgan.com

akash.vallecha@fmr.com

akash_sindagi@ssga.com

akashabibb@yahoo.com

akassan@caxton.com

akatsuka4131@intra.cosmo-sec.co.jp

akatz@lordabbett.com

akatz@perrycap.com

akaup@verkehrsbank.de

akawalski@canyonpartners.com

akawalsky@canyonpartners.com

akay@canyonpartners.com

akay@grneam.com

akb@ntrs.com

akbar.ali@dfafunds.com

akeel.ghaith@arabbanking.com

akeeshajarrett@fhlbatl.com

akefalea@bankofcyprus.gr

akeirle1@bloomberg.net

akeith@smithgraham.com

akello@rockco.com

akemi.ohtake@morganstanley.com

akemi.tanaka@redwoodtrust.com

akemp5@bloomberg.net

akennedy@asbcm.com

akenworthy@metlife.com

akfinger@wellington.com

akfischer1@bloomberg.net

akg@bloomberg.net

akh8@cornell.edu

akhafaga@shb.com.sa

akhaitan@wellington.com

akhalid@bloomberg.net

akhan@calstrs.com

akhan@eatonvance.com

akhandwala@wisi.com

akhavulya@metlife.com

akhil.arora@fmr.com

akhil.johri@utc.com

akhlaq.chowdhury@barclaysglobal.com

akholden@wellington.com

akhurana@hcmny.com

aki.pampush@truscocapital.com

aki@capgroup.com

aki_wakashiro@mitsubishi-trust.co.jp

akihiko.hirayama@sumitomotrust.co.jp

akihiko.sudo@nttl.co.jp

akihiko.yasui@mizuhocbus.com

akihiro.iisaka@redwoodtrust.com

akihiro.matsuyama@axa.co.jp

akihiro_fujimoto@mitsui-seimei.co.jp

akihiro_fujioka@mitsui-seimei.co.jp

akihiro_kitano@tr.mufg.jp

akihito_watanabe@mitsubishi-trust.co.jp

akiho.harada@meiji-life.co.jp

akiko.hirai@schroders.com

akiko.morley@uk.mufg.jp

akiko.shimada@mhcb.co.uk

akiko@silchester.com

aki-kobayashi2003@meijiyasuda.co.jp

akilas_mavrakis@freddiemac.com

akim@alger.com

akin.rojugbokan@nationalcity.com

akinari.horii@boj.or.jp

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

akinari_takahama@mitsubishi-trust.co.jp
aking@leopoldjoseph.com
akino@nochubank.or.jp
akio.hashimoto@prudential.com
akio.kato@mizuho-cb.co.jp
akio.takemoto@ufj-partners.co.jp
akio_ichikawa@am.sumitomolife.co.jp
akio_shimizu@tr.mufg.jp
akio-kajita@am.mufg.jp
ak-ir@mail.toyota.co.jp
akira.hoshino@uk.mufg.jp
akira.kawamura@mhcb.co.uk
akira.mashio@schroders.com
akira.matsumoto@scbjapan.mhs.compuserve.com
akira.namegawa@schroders.com
akira.saida@axa.co.jp
akira.tsuboi@db.com
akira.tsutsui@mizuho-bk.co.jp
akira.watanabe@shinseibank.co.jp
akira_fujiwara@gb.smbcgroup.com
akira_horii@putnam.com
akira_hurugoori@am.sumitomolife.co.jp
akira_kamimura@po.fujisawa.co.jp
akira_matsuzaka@tr.mufg.jp
akira_mochiduki@orix.co.jp
akira_murakoso@mitsubishi-trust.co.jp
akira_naya@ho.rokinbank.or.jp
akira_sato@tr.mufg.jp
akira_takanabe@tr.mufg.jp
akira_tanaka@tr.mufg.jp
akira_yoshihisa@mitsui-seimei.co.jp
akira-miyano@meijiyasuda.co.jp
akirschler@federatedinv.com
akishore@whippoorwhillassociates.com
aki-tanaka@ms1.marusan-sec.co.jp
akito_nishiwaki@scotiacapital.com
akiyama20939@nissay.co.jp
akiyoshifj@nochubank.or.jp
akkn@chevron.com
aklaber@canyonpartners.com
akleeman@babsoncapital.com
akleinberg@glickenhaus.com
aklinger1@bloomberg.net

aklippel@worldbank.org
aklocke@aegonusa.com
akluge@bloomberg.net
akmagician@pipeline.com
akmizner@federatedinv.com
aknowles@lincap.com
akobor@worldbank.org
akocay@websterbank.com
akoch@lib.com
akoch@standish.com
akoettner@union-investment.de
akohashi@bloomberg.net
akohler@federatedinv.com
akokolis@sarofim.com
akolesnikov@btmna.com
akomery@perrycap.com
akominik@williamblair.com
akondo@yhc.att.ne.jp
akong@tiaa-cref.org
akong@westernasset.com
akoning@cfm.mc
akornchankul@ofii.com
akorsgaard@bloomberg.net
akothari@delinvest.com
akotlyar@mutualofamerica.com
ak-otsu@meijiyasuda.co.jp
akouassi@wharton.upenn.edu
akoul@bear.com
akousteni1@bloomberg.net
akowell@asbcm.com
akoyano@sompo-japan.co.jp
akoymen@bankatlantic.com
akozhemiakin@standishmellon.com
akraas@ofina.on.ca
akral@tsbjinc.com
akram.khurram@moorecap.co.uk
akrasniqi@ambac.com
akraus@panagora.com
akrause@oppenheimerfunds.com
akravkov@metzler.com
akrenn@eatonvance.com
akreso@oppenheimerfunds.com
akrieckh@fftw.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| akrok@caxton.com | al_katz@ml.com |
| akrol@blackrock.com | al_lequang@freddiemac.com |
| akronfol@wharton.upenn.edu | al_martino@nylim.com |
| akryan@scoteq.co.uk | al_thomas@dpsk12.org |
| aks@capgroup.com | ala@capgroup.com |
| akshat.shankar@fmr.com | ala@nationalbanken.dk |
| akshat@stanford.edu | ala@ubp.ch |
| akt@capgroup.com | alaa.al-amoudi@citicorp.com |
| akt@columbus.com | alaa@adcb.com |
| aktan.acikgoz@finansbank.com.tr | alacayo@munder.com |
| aku.patel@alliancebernstein.com | alacombe@lasers.state.la.us |
| akua.duffuor@csam.com | alacourciere@bloomberg.net |
| akugler@mandtbank.com | alae.chouaibi@db.com |
| akuijs@worldbank.org | alagan@congressasset.com |
| akuiper@thamesriver.co.uk | alagna.valentina@enel.it |
| akulig@babsoncapital.com | alain.albizzati@lazard.fr |
| akumar.ny@siny.com | alain.baron@caam.com |
| akung@ambac.com | alain.behar@bred.fr |
| a-kuninaka@nochubank.or.jp | alain.belanger@scotiacapital.com |
| akurdt@evergreeninvestments.com | alain.belanger@scotiacapital.com |
| akurinets@oppenheimerfunds.com | alain.besnard@socgen.com |
| akurtz@lordabbett.com | alain.billo@bil-dexia.com |
| akuseski@suburbanonline.org | alain.bissat@ubs.com |
| akuti@thamesriver.co.uk | alain.bourrier@blackrock.com |
| akutsu.k@daiwa-am.co.jp | alain.carron@creditfoncier.fr |
| akutuzov@wasatchadvisors.com | alain.casiraghi@barep.com |
| akuzmanov@tiaa-cref.org | alain.chevee@nestle.com |
| akw@capgroup.com | alain.chiolero@claridenleu.com |
| akyildirime@tskb.com.tr | alain.clot@sgam.com |
| al.abusharif@bmo.com | alain.cubeles@bglobal.com |
| al.caesar@bernstein.com | alain.debleecker@dexia-am.com |
| al.denholm@ingim.com | alain.deforge@bnpparibas.com |
| al.mann@jpmorgan.com | alain.dettling@vontobel.ch |
| al.meilus@delta.com | alain.dutheil@st.com |
| al.onstad@thrivent.com | alain.eckmann@ubs.com |
| al.pugliesi@juliusbaer.com | alain.ernewein@sgam.com |
| al.wadhah.al-adawi@hsbcam.com | alain.fontenla@sgam.com |
| al.zick@ppmamerica.com | alain.gajan@lamondiale.com |
| al_ali@capgroup.com | alain.gendre@lodh.com |
| al_fernandez@calpers.ca.gov | alain.gerard@fortisinvestments.com |
| al_galluzzo@smbcgroup.com | alain.girardeau-montaut@dassault-aviation.fr |
| al_grossi@den.invesco.com | alain.gueritee@banque-france.fr |
| al_guiliano@nylim.com | alain.jamar@ethias.be |
| | alain.jaques@bnpparibas.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

alain.jemming@bgl.lu
alain.krief@bnpparibas.com
alain.kupferschmid@lodh.com
alain.leonard@degroof.lu
alain.louissaint@bankofamerica.com
alain.maricq@fortisbank.com
alain.muller@bloomberg.net
alain.nkontchou@chase.com
alain.olbrechts@degroof.be
alain.ouzou@bred.fr
alain.papiasse@bnpparibas.com
alain.pavan@bpb.barclays.com
alain.peters@dexia-am.com
alain.piccinni@ubs.com
alain.pitous@sgam.com
alain.pointet@credit-suisse.com
alain.poirson@bnpgroup.com
alain.ries@fortis.lu
alain.robert@axa-im.com
alain.rocher@sgam.com
alain.schanen@lu.mufg.jp
alain.schlosser@caam.com
alain.sierro@banquecramer.ch
alain.smeraldi@socgen.com
alain.spadone@stg.ch
alain.stephany@fortis.lu
alain.strapart@degroof.be
alain.tematio@sgam.com
alain.vandepeute@ecb.int
alain.verschueren@fortisbank.com
alain.waber@swisscanto.ch
alain_engel@artesia.be
alain_grandjean@aviva.fr
alain_louis@ssga.com
alaina.lawson@citadelgroup.com
alaister.altham@morganstanley.com
alambert@lmcm.com
alampert@babsoncapital.com
alampert@dlbabson.com
alan.barbier@rabobank.com
alan.barr@asbai.com
alan.barry@nl.abnamro.com
alan.bembenek@fmr.com

alan.bezoza@janus.com
alan.bigley@eu.nabgroup.com
alan.booker@lgim.co.uk
alan.bottoli@csfs.com
alan.bozian@us.fortis.com
alan.bridges@uk.abnamro.com
alan.brown@janus.com
alan.buchwald@wachovia.com
alan.buck@himco.com
alan.butler@commerzbank.com
alan.canavan@dzbank.ie
alan.cathcart@philips.com
alan.chudoba@wachovia.com
alan.clifford@lazard.com
alan.cockburn@aberdeen-asset.com
alan.connery@alliancebernstein.com
alan.coq@sgam.com
alan.court@jpmorganfleming.com
alan.creech@micorp.com
alan.crutchett@dws.de
alan.custis@lazard.com
alan.d.oldroyd@jpmorgan.com
alan.erickson@columbiamanagement.com
alan.f.burke@aib.ie
alan.fegan@blackrock.com
alan.freeman@glgpartners.com
alan.gayle@ridgeworth.com
alan.greenfield@gsk.com
alan.gu@citadelgroup.com
alan.guy@davy.ie
alan.h.gutmann@jpmorgan.com
alan.h.johnson@bankofamerica.com
alan.hadley@gartmore.com
alan.hall@barclaysglobal.com
alan.hardy@lloydstsb.co.uk
alan.harley@dresdner-bank.com
alan.hartley@boitib.com
alan.hill@riyadbank.com
alan.hossain@juliusbaer.com
alan.jankowski@ftnfinancial.com
alan.janson@pioneerinvestments.com
alan.joseph@gmacrfc.com
alan.kabbani@wachovia.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| alan.leadbeater@gibuk.com | alan.villalon@fafadvisors.com |
| alan.leiderman@dillonread.com | alan.white@ge.com |
| alan.leung@baring-asset.com | alan.wilson@schroders.com |
| alan.levi@alliancebernstein.com | alan.wright@cmsenergy.com |
| alan.lindsay@gmacbamco.com | alan.x.cubbon@jpmorgan.com |
| alan.liu@citadelgroup.com | alan.zlatar@ruedblass.ch |
| alan.mcintyre@bmo.com | alan@apothcap.com |
| alan.mckenney@wellsfargo.com | alan@bezeq.co.il |
| alan.mcknight@morganstanley.com | alan@cmbchina.com |
| alan.moore@pnc.com | alan@jamisonfirst.com |
| alan.mudie@uebgroup.com | alan_bookspan@westlb.com |
| alan.nesbit@firststate.com | alan_bronstein@putnam.com |
| alan.p.kirk@jpmchase.com | alan_brown@ssga.com |
| alan.p.mccormick@aibbny.ie | alan_burnette@ustrust.com |
| alan.p.raftery@aibbny.ie | alan_chang@mony.com |
| alan.patterson@ubs.com | alan_chao@invesco.com |
| alan.porter@insightinvestment.com | alan_ginsberg@scotiacapital.com |
| alan.powell@morganstanley.com | alan_hickey@conning.com |
| alan.pryor@aig.com | alan_horowitz@acml.com |
| alan.reid@swipartnership.co.uk | alan_meder@dpimc.com |
| alan.reynolds@uk.calyon.com | alan_niederer@swissre.com |
| alan.rodhouse@black-river.com | alan_pruce@freddiemac.com |
| alan.roth@commerzbank.co.uk | alan_randall@vanguard.com |
| alan.rowe@allianzcornhill.co.uk | alan_robertson@ntrs.com |
| alan.saunders@uk.nomura.com | alan_springett@gb.smbcgroup.com |
| alan.seacombe@bnlmail.com | alan_turner@bankone.com |
| alan.shaw@icap.com | alan_wicks@mfcinvestments.com |
| alan.sippetts@tsb.co.uk | alan2365-03577@email.esunbank.com.tw |
| alan.sista@asbai.com | alana.baldassari@asbai.com |
| alan.siu@lgim.co.uk | alanc.brown@nationwide.co.uk |
| alan.stewart@moorecap.co.uk | alance@loomissayles.com |
| alan.stickings@morleyfm.com | alanchen@megabank.com.tw |
| alan.stoddart@bmonb.com | alandillon@angloirishbank.ie |
| alan.stuart-grant@barclaysglobal.com | alandy@hcmny.com |
| alan.tarver@frostbank.com | alang@fhlbatl.com |
| alan.telford@abnamro.com | alang@sric.net |
| alan.thetford@westernasset.com | alangel@ryanbeck.com |
| alan.thompson@swip.com | alanh@bgi-group.com |
| alan.torry@sgam.co.uk | alanh@cbd.ae |
| alan.trigle@csam.com | alanhenry@angloirishbank.ie |
| alan.tso@harrisbank.com | alanhrice@usa.net |
| alan.udall@firstbankpr.com | alan-james.noble@helaba.de |
| alan.van.der.kamp@nibc.com | alankelly@bwbank.ie |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

alanliew@mas.gov.sg
alanmaher@angloirishbank.ie
alanna@bloomberg.net
alantsao@tcb-bank.com.tw
alanz@kutxa.es
alanza@bancaintesa.us
alanzoni@morval.ch
alap.shah@pacificlife.com
alarkin@sunamerica.com
alasdair.bell@glgpartners.com
alasdair.riach@blackrock.com
alasdair.ross@threadneedle.co.uk
alasdair.thomson@morganstanley.com
alasdair.x.mackenzie@jpmchase.com
alasdair_maclean@standardlife.com
alastair.blyth@erm.ie
alastair.campbell@aegon.co.uk
alastair.duffy@aegon.co.uk
alastair.johnson@sscinc.com
alastair.johnstone@commerzbank.com
alastair.kirkpatrick@tea.state.tx.us
alastair.moffatt@insightinvestment.com
alastair.mundy@investecmail.com
alastair.reynolds@scottishwidows.co.uk
alastair.scott@sixcontinents.com
alastair_neely@westlb.co.uk
alau@mdsass.com
alazaroc@notes.banesto.es
alazraki@dcf.pemex.com
alb@capgroup.com
alban.de-fay@ideam.fr
alban_fauchere@swissre.com
alban_tourrade@aviva.fr
albaribeault@statestreet.com
alberola@bde.es
albert.aberli@ubs.com
albert.bove@bnlmail.com
albert.cheung@blackrock.com
albert.desclee@barclayscapital.com
albert.elfassy@bred.fr
albert.gohyc@uobgroup.com
albert.hammar@seb.se
albert.hancock@inginvestment.com

albert.hell@rlb-tirol.at
albert.j.lee@jpmorganfleming.com
albert.jennings@ubs.com
albert.kittaneh@bmb.com.bh
albert.koeck@landes.hypobank.at
albert.kuebler@ubs.com
albert.kuo@chinatrust.com.tw
albert.maass@shinseibank.com
albert.ng@unicapital.com.hk
albert.ohandjanians@s-versicherung.at
albert.overbeck@aareal-bank.com
albert.punti@caixacatalunya.es
albert.rauch@swib.state.wi.us
albert.riccardi@pnc.com
albert.smith@lmco.com
albert.t.chang@aexp.com
albert.trank@prudential.com
albert.tsuei@ubs.com
albert.van.der.meer@mn-services.nl
albert.vanness@citigroup.com
albert_chan@putnam.com
albert_choi@ustrust.com
albert_degulis@acml.com
albert_montoya@nylim.com
albert_papa@swissre.com
albert_thompson@nylim.com
alberto.agostinelli@enel.it
alberto.alliney@capitalia-am.com
alberto.antonini@tudor.com
alberto.avanzo@morganstanley.com
alberto.avanzo@sanpaoloimi.com
alberto.basodonna@mpsfinance.it
alberto.bassani@bancaakros.it
alberto.bollito@fondiaria-sai.it
alberto.boquin@bankofamerica.com
alberto.carletti@fininvest.it
alberto.casari@ubm.com
alberto.castelli@capitalia-am.com
alberto.chiandetti@uh.fid-intl.com
alberto.correia@sscims.com
alberto.crespi@bancasara.it
alberto.debenedictis@finmeccanica.it
alberto.delbon@saipem.eni.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

alberto.delfino@interbanca.it

alberto.de-vecchi@autogrill.net

alberto.distefano@ubm.it

alberto.espelosin@ibercaja.net

alberto.fontana@pioneerinvestments.com

alberto.gallati@bancaintesa.it

alberto.gandolfi@pioneerinvest.ie

alberto.gianfala@banca.mps.it

alberto.larocca@erm.ie

alberto.martinelli@ubs.com

alberto.maturi@mail.alleanza.it

alberto.modorati@bancaakros.it

alberto.musalem@tudor.com

alberto.ospite@mediolanum.it

alberto.paccotto@capitalia-am.com

alberto.pettiti@ersel.it

alberto.poretti@bancaakros.it

alberto.riva@unicredit.it

alberto.romagnoli@indesitcompany.com

alberto.santoro@alleanza.it

alberto.segafredo@eurosgr.it

alberto.soffritti@carife.it

alberto.tarani@carifirenze.it

alberto.tavecchio@csadvisorypartners.com

alberto.zanzi@bsibank.com

alberto.zoia@fondiaria-sai.it

alberto.zoico@cattolicaassicurazioni.it

alberto.zorzi@hvb.de

alberto@oneinvest.ch

alberto@saadgroup.com

alberto_scarsini@generali.com

albertregen@northfieldsb.com

albilge@cordius .be

albin.kirk@principal.com

albin.littell@harrisbank.com

albirardar@wellington.com

albl@capgroup.com

albo01@handelsbanken.no

albornoz@wharton.upenn.edu

albrecht.duernhoefer@allianz.de

albrecht.gohlke@hauck-aufhaeuser.de

albrecht.hartmann@dzbank.de

albrecht.moehle@volkswagen.de

albright.dave@principal.com

albucci@iccrea.bcc.it

alchen@wellington.com

alcober@ae-gis.com

aldene.erskine@sscims.com

alder@adelphi-capital.com

aldo.belletti@sgsbpvn.it

aldo.desimone@enifin.eni.it

aldo.fischlin@ubs.com

aldo.roldan@blackrock.com

aldo.santi@venetobanca.it

aldo.scardino@bov.com

aldo.trinca@juliusbaer.com

aldo.visani@bsibank.com

aldurant@wellington.com

aldus.chapin@citicorp.com

ale.moran@morganstanley.com

aleal.lisboa@sinvest.es

aleardo.snozzi@vontobel.ch

alec.anderson@uk.abnamro.com

alec.chen@pacificlife.com

alec.clements@mhcb.co.uk

alec.crawford@gcm.com

alec.duchatellier@ubs.com

alec.farley@lgim.co.uk

alec.kersman@pimco.com

alec.kuo@delta.com

alec.letchfield@hsbchalbis.com

alec.murphy@fmr.com

alec.salmon@lgim.co.uk

alechuga@ceca.es

alecp@pwmco.com

aled_paton.williams@novartis.com

alee@perrycap.com

aleeming2@bloomberg.net

alegere@bloomberg.net

aleibman@bankatlantic.com

aleida.white@omg.co.uk

alejandro.a.gomez@ustrust.com

alejandro.brockmann@citadelgroup.com

alejandro.latorre@ny.frb.org

alejandro.nunez@ubs.com

alejandro.urbina@ubs.com

## Lehman Brothers Holdings Inc.
### Derivatives Counterparties Email Service List

| | |
|---|---|
| alejandro_aguilar@banxico.org.mx | alessandro.barbi@ubs.com |
| alek.gasiel@abnamrousa.com | alessandro.bianco@realemutua.it |
| aleksandar.marjanovic@sarasin.ch | alessandro.bieri@corner.ch |
| aleksandar.vucenovic@ubs.com | alessandro.brenna@st.com |
| aleksander.pfajfer@credit-suisse.com | alessandro.brizzi@bper.it |
| aleksander.weiler@weyerhaeuser.com | alessandro.capeccia@azimut.it |
| aleksander.wolski@nordlb.com | alessandro.castoldi@capitalia-am.com |
| aleksandr.bayevskiy@daiwausa.com | alessandro.cataldi@bnlmail.com |
| aleksandr.eydelman@ubs-oconnor.com | alessandro.caviglia@capitalia-am.com |
| aleksandr_yesilevich@acml.com | alessandro.censi@arnerbank.ch |
| aleksandra.prondzinsky@aam.de | alessandro.cimino@mpsgr.it |
| aleksandra_royzen@glic.com | alessandro.conrad@ca-suisse.com |
| aleksanov@mmlassurance.com | alessandro.dagaro@ubs.com |
| aleksey.zaurov@ubs.com | alessandro.d'agata@bancaintesa.it |
| aleleux@ccf.com | alessandro.dall'oglio@capitali-am.com |
| alen.ong@morganstanley.com | alessandro.danna@bancaintesa.it |
| alen.vukic@bsibank.com | alessandro.decinti@sanpaoloimi.it |
| alen.zeljkovic@nl.fortis.com | alessandro.discala@bnlmail.com |
| alena.kuklisova@nbs.sk | alessandro.frumento@finanzaefuturo.it |
| alenge@hcmlp.com | alessandro.gajano@nordlb.com |
| alennox@europeancredit.com | alessandro.gandola@bancaprofilo.it |
| alenzi@wscapital.com | alessandro.ganzit@fincantieri.it |
| aleonida@wmcdirect.com | alessandro.ghidini@juliusbaer.com |
| alepere@generali.fr | alessandro.guazzotti@caam.com |
| alesandre.suzzoni@dexia.be | alessandro.ianeselli@zkb.ch |
| aleshia.toussaint@gcm.com | alessandro.lanza@eni.it |
| aleshia.toussaint@rbsgc.com | alessandro.laurent@fandc.com |
| alesniewski@bloomberg.net | alessandro.laveder@antonveneta.it |
| alessandra.casati@arcafondi.it | alessandro.leonori@mpsgr.it |
| alessandra.drago@capitalia-am.com | alessandro.lolli@sanpaoloimi.it |
| alessandra.lenoci@ubs.com | alessandro.menegus@cattolicaassicurazioni.it |
| alessandra.mastrota@bnlmail.com | alessandro.mileto@antonveneta.it |
| alessandra.minghetti@capitalia-am.com | alessandro.moretti@ersel.it |
| alessandra.nani@bsibank.com | alessandro.napolitano@bnlmail.com |
| alessandra.pucci@carifirenze.it | alessandro.negri@gruppobim.it |
| alessandra.rossato@bnlmail.com | alessandro.pansa@finmeccanica.it |
| alessandra.sartori@gnf.it | alessandro.paoli@us.bdroma.com |
| alessandra_girolami@carrefour.com | alessandro.pastres@bancaprofilo.it |
| alessandro.abbenda@ubm.it | alessandro.patruno@pioneerinvest.it |
| alessandro.agostini@gestielle.it | alessandro.petri@hsbcpb.com |
| alessandro.allievi@interbanca.it | alessandro.picchioni@eurosgr.it |
| alessandro.amari@db.com | alessandro.procopio.nobili@am.generali.com |
| alessandro.atzori@am.generali.com | alessandro.rigola@gestielle.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

alessandro.rosina@gestielle.it
alessandro.rovelli@db.com
alessandro.russo@caam.com
alessandro.sidoti@bancaakros.it
alessandro.stangalini@bpv.it
alessandro.surian@bancagenerali.it
alessandro.tarello@threadneedle.co.uk
alessandro.tonni@azimut.it
alessandro.vitaloni@fondiaria-sai.it
alessandro.zini@bper.it
alessandro_skarabot@generali.com
alessia.berardi@pioneerinvest.it
alessia.falsarone@aig.com
alessia.gaddi@ubm.it
alessia.torricelli@lodh.com
alessiagiorgiasisti@bancaintesa.it
alessio.cazzola@realemutua.it
alessio.de.comite@it.rothschild.com
alessio.falino@barclays.co.uk
alessio.galliani@mediobanca.it
alessio.garbella@bancaintesa.it
alessio.hofer@ubs.com
alessio.reggiani@uk.nomura.com
alester@panagora.com
alethea.leung@blackrock.com
alethia.r.young@jpmorgan.com
alevenson@troweprice.com
alevy@amip.com
alevy@deerfieldcapital.com
alevy@worldbank.org
alewis@pugco.com
alex.a.molinaroli@jci.com
alex.arapoglou@morganstanley.com
alex.arkema@ing-re.nl
alex.bannister@nationwide.co.uk
alex.barenboym@nisanet.com
alex.basman@wellscap.com
alex.bast@edwardjones.com
alex.bates@blackrock.com
alex.bedwell@uk.bnpparibas.com
alex.blinkhorn@lu.mufg.jp
alex.booth@lgim.co.uk
alex.bouzakis@pnc.com

alex.bram@dexia.be
alex.brazier@bankofengland.co.uk
alex.brooks@ibtco.com
alex.brown@blackrock.com
alex.calder@aberdeen-asset.com
alex.cawley@ashmoregroup.com
alex.chang@alliancebernstein.com
alex.cheng@ingim.com
alex.chudner@hcmny.com
alex.claringbull@barclaysglobal.com
alex.cobb@fmr.com
alex.cohen@ny.frb.org
alex.dacosta@uk.abnamro.com
alex.dale@barclaysglobal.com
alex.de.korodi@hsbcam.com
alex.decarniere@oppenheimprumerica.lu
alex.delaiglesia@shinseibank.com
alex.dogariu@fmr.com
alex.duffy@uk.fid-intl.com
alex.giles@lgim.co.uk
alex.gordon@tudor.com
alex.gracian@gibuk.com
alex.graham@db.com
alex.grant@uk.fid-intl.com
alex.grinberg@db.com
alex.guggisberg@credit-suisse.com
alex.gurevich@jpmorgan.com
alex.hack@ngm.co.uk
alex.hadirahardjo@pimco.com
alex.hall@ch.abb.com
alex.harris@fly.virgin.com
alex.hartl@pimco.com
alex.henley@wachovia.com
alex.hinder@claridenleu.com
alex.homan@uk.fid-intl.com
alex.hooper-greenhill@lgim.co.uk
alex.hornung@dexia-bil.com
alex.hume@ubs.com
alex.illingworth@insightinvestment.com
alex.ingham@morleyfm.com
alex.ingham@nationwide.com
alex.itskov@highbridge.com
alex.j.mason@bankofamerica.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| alex.jaecklin@ubs.com | alex.popa@capitalglobal.com |
| alex.jarrett@bankofamerica.com | alex.powers@columbiamanagement.com |
| alex.johnson@uk.fid-intl.com | alex.prole@cibc.co.uk |
| alex.joia@bis.org | alex.qian@aiminvestments.com |
| alex.jones@uk-fid-intl.com | alex.ramos@jpmorganfleming.com |
| alex.kao@ubs.com | alex.ricchebuono@janus.com |
| alex.kenna@morganstanley.com | alex.richards@fandc.com |
| alex.khosrowpour@uk.abnamro.com | alex.rivera@barclaysglobal.com |
| alex.kiagiri@morganstanley.com | alex.romeo@citigroup.com |
| alex.kim@pimco.com | alex.ross@aberdeen-asset.com |
| alex.kown@barclaysglobal.com | alex.s.kostko@jpmorgan.com |
| alex.kramer@clamericas.com | alex.s.krunic@jpmchase.com |
| alex.lai@lazard.com | alex.s.veys@fidelity.com |
| alex.lanwarne@barclaysglobal.com | alex.schmid@sarasin.ch |
| alex.legler@dvbbank.com | alex.schoeb@swisscanto.ch |
| alex.leites@mackayshields.com | alex.schoenberger@ubs.com |
| alex.lipton@citadelgroup.com | alex.secord@sunlife.com |
| alex.lloyd@axa-im.com | alex.shaer@isisam.com |
| alex.lyle@threadneedle.co.uk | alex.shapiro@soros.com |
| alex.m.mcknight@aib.ie | alex.shehovsov@blackrock.com |
| alex.mais@glgpartners.com | alex.simcox@mondrian.com |
| alex.manz@ubs.com | alex.soulsby@fandc.com |
| alex.marx@fmr.com | alex.stanojevic@tcw.com |
| alex.masri@fgic.com | alex.stephen@lgim.co.uk |
| alex.mcdougall@blackrock.com | alex.tamilio@jpmorgan.com |
| alex.mcintyre@morleyfm.com | alex.tarver@uk.fid-intl.com |
| alex.mcknight@augustus.co.uk | alex.tisch@loews.com |
| alex.mctavish@gcc.royalsun.com | alex.toms@insightinvestment.com |
| alex.medlock@vtb-europe.com | alex.umansky@morganstanley.com |
| alex.merla@bsibank.com | alex.vallecillo@allegiantgroup.com |
| alex.meyersiek@towerbrook.com | alex.vantuykom@dexia.be |
| alex.nagel@ubs.com | alex.vayner@bwater.com |
| alex.okulski@truscocapital.com | alex.veldenvander@pggm.nl |
| alex.orloff@lazard.com | alex.vengerovsky@bwater.com |
| alex.ostrowski@fmr.com | alex.veroude@insightinvestment.com |
| alex.park@wamu.net | alex.wagner@db.com |
| alex.parr@morleyfm.com | alex.walker@gs.com |
| alex.parsons@pioneerinvest.ie | alex.watt@eu.nabgroup.com |
| alex.patelis@citicorp.com | alex.williamson@pimco.com |
| alex.peter@credit-suisse.com | alex.wilson@bng.nl |
| alex.piccolo@aig.com | alex.wilson@swib.state.wi.us |
| alex.poli@gestielle.it | alex.wroe@morleyfm.com |
| alex.pop@tdsecurities.com | alex.yaftali@dimensional.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| alex.yakirevich@piercap.com | alexander.braun@lbb.de |
| alex.yang@epsilonfunds.com | alexander.braune@berliner-volksbank.de |
| alex.zabik@blackrock.com | alexander.breidenassel@postbank.de |
| alex.zanfano@caixacatalunya.es | alexander.brumnic@etb-ag.com |
| alex.zlotnikov@wamu.net | alexander.buerger@credit-suisse.com |
| alex.zuiderwijk@ingim.com | alexander.burger@credit-suisse.com |
| alex.zyngier@gs.com | alexander.cellarius@db.com |
| alex@tudor.com | alexander.cotar@dws.de |
| alex@us.ibm.com | alexander.dal@orkla.no |
| alex_chen@aig.com | alexander.david@frb.gov |
| alex_cheng@freddiemac.com | alexander.dias@citadelgroup.com |
| alex_clausen@ml.com | alexander.f.lepinsky@db.com |
| alex_commissaris@capgroup.com | alexander.fanous@kfw.de |
| alex_eidelzon@invesco.com | alexander.felix@dartmouth.edu |
| alex_frey@troweprice.com | alexander.fitzalan@flemings.com |
| alex_grant@glic.com | alexander.fleischer@sparinvest.com |
| alex_kopelevich@ustrust.com | alexander.frauenfeld@vblt.de |
| alex_lupis@putnam.com | alexander.froschauer@credit-suisse.com |
| alex_otto@deltalloyd.nl | alexander.ganz@ubs.com |
| alex_popplewell@blackrock.com | alexander.giuliani@sparinvest.com |
| alex_reeve@ssga.com | alexander.glover@phxinv.com |
| alex_rickson@putnam.com | alexander.godwin@morganstanley.com |
| alex_rodriguez@rsausa.com | alexander.greyer@commerzbank.com |
| alex_salcedo@ssga.com | alexander.hill@bayernlb.de |
| alex_smedley@ldn.invesco.com | alexander.horn@dws.com |
| alex_stanic@newton.co.uk | alexander.ivanovitch@bnpparibas.com |
| alex_tedder@americancentury.com | alexander.iwinski@morleyfm.com |
| alex_van_voorhees@acml.com | alexander.j.cook@dartmouth.edu |
| alex_zinny@putnam.com | alexander.jaeschke@hk.fortis.com |
| alexa.digiorgio@db.com | alexander.janker@hvb.de |
| alexandar.pechovitch@tractebel.com | alexander.jung@dekabank.de |
| alexander.alli@ubs.com | alexander.kaiser@claridenleu.com |
| alexander.andrade@lazard.com | alexander.kalkanis@wellsfargo.com |
| alexander.arnbaeck@lodh.com | alexander.karpov@union-investment.de |
| alexander.auf.der.mauer@hsbcpb.com | alexander.kleiven@dnbnor.no |
| alexander.banik@dws.com | alexander.kobler@ubs.com |
| alexander.bauer@bnpparibas.com | alexander.koepnick@skag.siemens.de |
| alexander.berger@bayernlb.de | alexander.koerner@bnpparibas.com |
| alexander.birmili@dit.de | alexander.kohberger@unicreditgroup.at |
| alexander.birr@rbccm.com | alexander.kopp@gs.com |
| alexander.bischoff@oppenheim.de | alexander.kraft@db.com |
| alexander.bogensperger@fraspa1822.de | alexander.kramers@gs.com |
| alexander.bouzalis@morganstanley.com | alexander.krebs@bayernlb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| alexander.kretschmann@barcap.com | alexander.seiler@juliusbaer.com |
| alexander.kuppler@dws.de | alexander.shalash@juliusbaer.com |
| alexander.kurtz@saarlb.de | alexander.shargorodsky@ca-suisse.com |
| alexander.lange@us.fortis.com | alexander.shvets@jpmorgan.com |
| alexander.lanin@ikb.de | alexander.sonders@hsh-nordbank.com |
| alexander.liebethal@kfw.de | alexander.steiner@nab.ch |
| alexander.lubeck@sns.nl | alexander.stock@devk.de |
| alexander.luehr@ch.abnamro.com | alexander.stock@ustrust.com |
| alexander.merwart@ba-ca.group-treasury.co.at | alexander.stoll@naspa.de |
| alexander.millonig@erstebank.at | alexander.straesser@oppenheim.de |
| alexander.moseley@alliancebernstein.com | alexander.stuhlmann@hsh-nordbank.com |
| alexander.moss@insightinvestment.com | alexander.stuwe@berliner-volksbank.de |
| alexander.mueller@csam.com | alexander.t.martinian@dartmouth.edu |
| alexander.muench@siemens.com | alexander.ten.brummeler@mn-services.nl |
| alexander.nagel@db.com | alexander.thuermer@lbbw.de |
| alexander.norton@morganstanley.com | alexander.trentin@db.com |
| alexander.ohl@union-investment.de | alexander.turnsek@commerzbank.com |
| alexander.oxenham@pnc.com | alexander.valdes@bwater.com |
| alexander.p@gordian.co.uk | alexander.van.der.laan@ingim.com |
| alexander.paasch@gehe.de | alexander.van.echelpoel@wuestenrot.de |
| alexander.pasman@ubs-oconnor.com | alexander.van.eekelen@ingim.com |
| alexander.phillips@gartmore.com | alexander.vanleeuwen@juliusbaer.com |
| alexander.pietruska@lloydstsb.co.uk | alexander.vavalidis@dkib.com |
| alexander.plenk@ib.bankgesellschaft.de | alexander.vislykh@morganstanley.com |
| alexander.preininger@db.com | alexander.von.gilsa@dzbank.de |
| alexander.r.dearman@jpmorgan.com | alexander.von-nandelstadh@nokia.com |
| alexander.r.harrison@hsbcgroup.com | alexander.wagner@union-investment.de |
| alexander.reiss@blackrock.com | alexander.wiedenbach@lbbw.de |
| alexander.robins@jpmorganfleming.com | alexander.wilkinson@columbiamanagement.com |
| alexander.rossbach@lrp.de | alexander.wright@uk.fid-intl.com |
| alexander.rybchinsky@corporate.ge.com | alexander.yaggy@morganstanley.com |
| alexander.s.brooks@jpmorgan.com | alexander.zavratsky@fmr.com |
| alexander.samuel@irwinmortgage.com | alexander.zoerner@rzb.at |
| alexander.saur@westimmobank.com | alexander_antzoulatos@freddiemac.com |
| alexander.schaefer@drkw.com | alexander_choniski@swissre.com |
| alexander.schaefer@dzbank.de | alexander_de_giorgio@notes.ntrs.com |
| alexander.schmid@graffenried-bank.ch | alexander_godwin@standardlife.com |
| alexander.schneidhofer@pioneerinvestments.at | alexander_shklyarevsky@cbcm.com |
| alexander.schnell@credit-suisse.com | alexander_strey@troweprice.com |
| alexander.scholz@lrp.de | alexander_studer@ch.schindler.com |
| alexander.schumacher@postbank.de | alexander-james.thomson@nestle.com |
| alexander.schwiersch@credit-suisse.com | alexanderm@aetna.com |
| alexander.scurlock@uk.fid-intl.com | alexandra.annecke@union-investment.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| alexandra.barradas@cpr-am.fr | alexandra-a.mahoney@ubs.com |
| alexandra.bayer@lbbw.de | alexandre.avanzini@lodh.com |
| alexandra.beisiegel@andbanc.com | alexandre.banneux@dexia-am.com |
| alexandra.brandao@bsnp.pt | alexandre.benech@bnpparibas.com |
| alexandra.broenner@gz-bank.de | alexandre.bernard@bnpparibas.com |
| alexandra.chester@ubs.com | alexandre.blein@caam.com |
| alexandra.cooper@gs.com | alexandre.bouchardy@csam.com |
| alexandra.cyrgalis@fmr.com | alexandre.boulard@ing.ch |
| alexandra.delacroix@sgam.com | alexandre.brown@francetelecom.com |
| alexandra.derungs@ubs.com | alexandre.bruhin@credit-suisse.com |
| alexandra.dimitrijevic@cail.lu | alexandre.burgues@caam.com |
| alexandra.downing@db.com | alexandre.chailloux@banque-france.fr |
| alexandra.gropp@fandc.com | alexandre.cherneaux@uebgroup.com |
| alexandra.handjian@axa-franceassurance.fr | alexandre.cosson@labanquepostale-am.fr |
| alexandra.hartmann@uk.fid-intl.com | alexandre.dejuniac@thalesgroup.com |
| alexandra.i.tyson@bankofamerica.com | alexandre.deruaz@bnpparibas.com |
| alexandra.iliadis@ubs.com | alexandre.deveen@ingim.com |
| alexandra.iwanicki@robecoinvest.com | alexandre.farid.issaelkhoury@glgpartners.com |
| alexandra.jung@swisscanto.ch | alexandre.germak@barclaysglobal.com |
| alexandra.kaiser@frankfurt-trust.de | alexandre.hakci@juliusbaer.com |
| alexandra.kuenzi@swisscanto.ch | alexandre.horiszny@bnpparibas.com |
| alexandra.l.howard@jpmorgan.com | alexandre.jaloux@szkb.ch |
| alexandra.lecher-knappe@commerzbank.com | alexandre.kubiak@bred.fr |
| alexandra.linden@bankofthewest.com | alexandre.lacote@axa-im.com |
| alexandra.mallet@hsbcpb.com | alexandre.lalot@db.com |
| alexandra.meier@csfides.ch | alexandre.lutsenko@ing.be |
| alexandra.muchna@rcm.at | alexandre.marcuard@ubs.com |
| alexandra.olberg@lbb.de | alexandre.mendes@bcb.gov.br |
| alexandra.passy@aig.com | alexandre.menendez@axa-im.com |
| alexandra.pedder@morleyfm.com | alexandre.meyer@dexia-am.com |
| alexandra.primetzhofer@bawag.com | alexandre.miot@sgcib.com |
| alexandra.primetzhofer@erstebank.at | alexandre.monge-parrent@labanquepostale-am.fr |
| alexandra.reiter@activest.de | alexandre.monthieu@nyc.nxbp.com |
| alexandra.richter@de.rcm.com | alexandre.perricard@caam.com |
| alexandra.sheridan@barclaysglobal.com | alexandre.prautsch@lodh.com |
| alexandra.spitz@rzb.at | alexandre.riesch@hsbcpb.com |
| alexandra.toyfl@sparinvest.com | alexandre.roques@bnpparibas.com |
| alexandra.vangyseghem@caam.com | alexandre.sanchez@sgam.com |
| alexandra.w.gabriele@jpmorganfleming.com | alexandre.santos@nl.abnamro.com |
| alexandra.walker-ott@juliusbaer.com | alexandre.suarez@safra.lu |
| alexandra.zvarich@sunlife.com | alexandre.tcheng@jpmorganfleming.com |
| alexandra_ivanova@invesco.com | alexandre.thierry@axa-im.com |
| alexandra_m_lomakin@newyorklife.com | alexandre.tournier@sgam.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| alexandre.vancoff@lodh.com | alexlim@gic.com.sg |
| alexandre.varenne@creditlyonnais.fr | alexmendes@bloomberg.net |
| alexandre.vigier@bnpparibas.com | alexmoiseev@bloomberg.net |
| alexandre.villey@banque-hervet.fr | alexopo@bloomberg.net |
| alexandre.voisin@labanquepostale-am.fr | alexr@premierfunds.co.uk |
| alexandre.voitenok@gartmore.com | alexrobarts@threadneedle.co.uk |
| alexandre.vuilleumier@credit-suisse.com | alexs@cater-allen.co.uk |
| alexandre.zannoni@bcv.ch | alexsa@exchange.ml.com |
| alexandrine.perigaud@francetelecom.com | alextan@dbs.com |
| alexandros.garias@citigroup.com | alextay@dbs.com |
| alexbraun@dahsing.com | alexteoh@bnm.gov.my |
| alexc@omega-advisors.com | alextran@stanford.edu |
| alexcobbold@gic.com.sg | alexu@ttmc.com |
| alexei.kapkin@lazard.com | alexzander.downs@fhlbboston.com |
| alexei.koval@westernasset.com | alf.alviniussen@hfi.dydro.com |
| alexey.yeremenko@nordea.com | alf.chapinal@grupobbva.com |
| alexey@providencefunds.com | alf.norman@nordea.com |
| alexi.yannas@clinton.com | alf.norrman@nordea.com |
| alexi_makkas@ssga.com | alf@bpi.pt |
| alexi_maravel@capgroup.com | alfaheem@adic.co.ae |
| alexia.latorre@lazard.fr | alfcan@bloomberg.net |
| alexis.addrisi@columbiamanagement.com | alfedu@bloomberg.net |
| alexis.andrieu@axa-im.com | alflatt@rolss-royce.com |
| alexis.blum@dreyfusbank.ch | alfons.klein@oppenheim.lu |
| alexis.deladerriere@gs.com | alfons.pilan@caixacatalunya.es |
| alexis.demones@blackrock.com | alfons.simonius@credit-suisse.com |
| alexis.habib@spinnakercapital.com | alfonso.esteban-fernandez@ece.ericsson.se |
| alexis.halaby@deshaw.com | alfonso.gasparini@bancalombarda.it |
| alexis.levine@prudential.com | alfonso.guitian@cajarural.com |
| alexis.liatis@inginvestment.com | alfonso.iozzo@sanpaoloimi.com |
| alexis.owtscharov@ch.abb.com | alfonso.lopez@zkb.ch |
| alexis.picasso@caam.com | alfonso.portillo@schwab.com |
| alexis.renault@westam.de | alfonso.x.fonnegra@jpmorgan.com |
| alexis.scouarnec@caam.com | alfonso@san.rr.com |
| alexis.taylor@aig.com | alfonso_famiglietti@westlb.co.uk |
| alexis.tessier@citadelgroup.com | alfonso_martin@banxico.org.mx |
| alexis.tsatsaris@db.com | alfred.anner@bayernlb.de |
| alexis@cmbchina.com | alfred.deutsch@unicreditgroup.at |
| alexis@globalmicrocap.com | alfred.f.alley@columbiamanagement.com |
| alexis_potts@putnam.com | alfred.grusch@pioneerinvestments.at |
| alexkrol@bloomberg.net | alfred.hartmann@hvb.de |
| alexlaux@web.de | alfred.johnstone@credit-suisse.com |
| alexlee@hdbs.com.my | alfred.junker@hauck-aufhaeuser.de |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

alfred.kadagies@sskduesseldorf.de
alfred.kober@securitykag.at
alfred.mittermann@bawag.com
alfred.mundner@bayernlb.com
alfred.neimke@s-versicherung.at
alfred.parmentier@trinkaus.de
alfred.pfeiffer@ccd.desjardins.com
alfred.ritter@bkb.ch
alfred.shepard@pncbank.com
alfred.steininger@hyposwiss.ch
alfred.stix@wwk.de
alfred.ungerboeck@apk.at
alfred_harrison@acml.com
alfredc@mcm.com
alfredo.granata@capitalia-am.com
alfredo.jollon@morganstanley.com
alfredo.larghi@bancaakros.it
alfredo.larrea@inginvestment.com
alfredo.mordezki@grupobbva.com
alfredskyip@hsbc.com.hk
algie.ko@fandc.com
algis_remeza@acml.com
alhalabi@kia.gov.kw
alham.abakhti@bnpparibas.com
alhassane.diallo@sinopia.fr
alhernandez@bankofny.com
alhonneur@thamesriver.co.uk
al-humaidhi@kuwait-fund.org
ali.abdulmajid@deshaw.com
ali.almufti@barclaysglobal.com
ali.bakar@aberdeen-asset.com
ali.behbahani@morganstanley.com
ali.bissat@bnpparibas.com
ali.hassani@morganstanley.com
ali.hedayat@gs.com
ali.hobballah@bnpparibas.com
ali.jahansouz@barclaysglobal.com
ali.jalai@rbccm.com
ali.khan@fmr.com
ali.mahallati@pioneerinvestments.com
ali.miremadi@gs.com
ali.moaven-nasri@caam.com
ali.nakhle@inginvestment.com

ali.nokhasteh@gs.com
ali.siddiqui@aiminvestments.com
ali.sufyan@bofasecurities.com
ali@europeancredit.com
ali_bernat@ldn.invesco.com
ali_riza_incekara@westlb.co.uk
ali_trotman@freddiemac.com
alia.baig@lgim.co.uk
alia.haider@gmacrfc.com
alia_rasheed@americancentury.com
alicari@delinvest.com
alice.acaron@db.com
alice.chen@inginvestment.com
alice.chu@geahk.ge.com
alice.croatti@fmr.com
alice.gaskell@blackrock.com
alice.jacobs@inginvestment.com
alice.jyichampenois@bnpparibas.com
alice.keegan@barclaysglobal.com
alice.kytka@cominvest-am.com
alice.latrobeweston@morganstanley.com
alice.lehman@wachovia.com
alice.nguyen-desideri@fundquest.fr
alice.pacthod@ge.com
alice.popescu@agf.com
alice.sang@email.chinatrust.com.tw
alice.shannon@morganstanley.com
alice.tsang@fmr.com
alice.viseu@schroders.com
alice.w.chow@jpmorgan.com
alice.wang@pimco.com
alice.weiss@morganstanley.com
alice.whitney@columbiamanagement.com
alice.wood@glgpartners.com
alice.xu@amd.com
alice.yee@ucop.edu
alice_yang@fanniemae.com
alicechow@mas.gov.sg
aliceyee@gic.com.sg
alicia.damley@mackayshields.com
alicia.fasi@pioneerinvestments.com
alicia.frank@fmr.com
alicia.overcash@wachovia.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| alicia_m_alcantara@putnam.com | alison.goetze@oppenheim.de |
| alick.stevenson@mnopf.co.uk | alison.henshaw@threadneedle.co.uk |
| alida.carcani@credit-suisse.com | alison.hockley@axa-im.com |
| alida.lupsiewicz@fmr.com | alison.j.harris@aibbny.ie |
| aliddell@oppenheimerfunds.com | alison.kennedy@anfis.co.uk |
| aliebhoff@loomissayles.com | alison.l.manley@goodbody.ie |
| aliggett@fciadvisors.com | alison.l.warren@bankofamerica.com |
| aliman@bloomberg.net | alison.lalla@inginvestment.com |
| alimbach@allstate.com | alison.lepavoux@credit-suisse.com |
| alina.addison@rothschild.co.uk | alison.letters@ilim.com |
| alina.beguna@hansabanka.lv | alison.lorenz@fmr.com |
| alina.gershman@ibtco.com | alison.macartney@pimco.com |
| alina.hamza@citadelgroup.com | alison.mainord@4086.com |
| alina.ulkina@blackrock.com | alison.marano@morganstanley.com |
| alina_gonzalez@westlb.com | alison.mcguigan@barcap.com |
| alindblom@standishmellon.com | alison.meads@fhlb-pgh.com |
| aline.robinet@groupe-mma.fr | alison.moynihan@juliusbaer.com |
| aline.thiel@db.com | alison.murdoch@morleyfm.com |
| aline@fandc.co.uk | alison.murdoch@thehartford.com |
| alinna.x.holdgate@jpmorgan.com | alison.odornan@aig.com |
| alippitt@allstate.com | alison.o-leary@ubs.com |
| alipton@tiaa-cref.org | alison.oneill@glgpartners.com |
| alisa.chintakananda@bankofamerica.com | alison.paskert@morganstanley.com |
| alisa.lamberto@jpmorgan.com | alison.r.salnikov@jpmorgan.com |
| alisa.w.hsieh@wellsfargo.com | alison.rahuba@pnc.com |
| alisa_fiumara@troweprice.com | alison.reed@marks-and-spencer.com |
| alisaras@bot.or.th | alison.richardson@uk.calyon.com |
| alisdair.creanor@lloydstsb.co.uk | alison.sandor@seb.se |
| alisdair.mitchell@credit-suisse.com | alison.shimada@wellscap.com |
| alismith@bloomberg.net | alison.smith@gs.com |
| alison.adams@fmr.com | alison.stevens@ngrid.com |
| alison.arthurs@insightinvestment.com | alison.williams@morganstanley.com |
| alison.blankenbiller@citadelgroup.com | alison.x.carter@jpchase.com |
| alison.bradley@axa-slim.co.uk | alison.yake@wamu.net |
| alison.brown@aig.com | alison_barbi@swissre.com |
| alison.browning_jones@ppm-uk.com | alison_dunning@gre-group.e-mail.com |
| alison.cairns-scott@dkib.com | alison_gordon@keybank.com |
| alison.craven@glgpartners.com | alison_kerivan@ssga.com |
| alison.crawford@pioneerinvestments.com | alison_lifland@scudder.com |
| alison.drackford@swip.com | alison_martier@acml.com |
| alison.galbraith@resolutionasset.com | alison_powell@ntrs.com |
| alison.gayton@nationwide.co.uk | alison_sites@mail.bankone.com |
| alison.gent@barcap.com | alisonh@martincurrie.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

alissa.douglas@wpginv.com
alissa.rubin@highbridge.com
alistair.bulloch@tw.standardchartered.com
alistair.byrne@aegon.co.uk
alistair.corden-lloyd@morganstanley.com
alistair.featherstone@rbccm.com
alistair.haig@aegon.co.uk
alistair.harding-smith@barclaysglobal.com
alistair.hassard@lgim.co.uk
alistair.ling@db.com
alistair.ling@glgpartners.com
alistair.macdonald@glgpartners.com
alistair.mcgiven@ubs.com
alistair.morrison@morleyfm.com
alistair.newell@bancalombarda.it
alistair.peel@hsbcinvestments.com
alistair.r.sayer@jpmorganfleming.com
alistair.smith@bailliegifford.com
alistair.watson@aberdeen-asset.com
alistair.way@bailliegifford.com
alistair_way@standardlife.com
alistair_wittet@standardlife.com
alister_vandermaas@blackrock.com
alit@bernstein.com
alivanov@microsoft.com
alix.bhend@lodh.com
alix.stewart@ubs.com
aliyayes@halykbank.kz
alk@americancentury.com
alk@nykredit.dk
alka.parikh@gs.com
alka.singal@pimco.com
alkaplan@wellington.com
al-karim.ramji@rbccm.com
alkemper@research.ge.com
alkesh.patel@bnpparibas.com
alkhaled@kuwait-fund.org
alkhudairy@alrajhibank.com.sa
alkitany@cbo-oman.org
alla.azarova@bnymellon.com
alla.goudzinskaya@uk.fid-intl.com
alla.zaydman@ge.com
alla@clinton.com

allan.carr@rsa-al.gov
allan.green@lodh.com
allan.johnston@wedbush.com
allan.lane@barclaysglobal.com
allan.moller@danskecapital.com
allan.pagnotta@ge.com
allan.pelvang@uk.fid-intl.com
allan.ray@sebgyllenberg.fi
allan.saldanha@fandc.com
allan.yam@schwab.com
allanmurphy@bankofny.com
allan-peter.holmes@stg.ch
allanred@dbs.com
allanschmitz@northwesternmutual.com
allard.ruijs@mn-services.nl
alldeals@tin.it
alle@bloomberg.net
allegra.vanhovell@fandc.com
allen.ang@aberdeen-asset.com
allen.ayvazian@wellsfargo.com
allen.b.clark@jpmorgan.com
allen.bond@columbiamanagement.com
allen.bond@wamu.net
allen.chachkes@americas.ing.com
allen.cheng@bankofamerica.com
allen.cheung@ubs.com
allen.hartt@libertymutual.com
allen.hunt@bernstein.com
allen.klein@aibny.com
allen.larson@associatedbank.com
allen.li@tcw.com
allen.mathurin@fidelity.com
allen.olsen@clarica.com
allen.roth@xlgroup.com
allen.santos@schwab.com
allen.sista@asbai.com
allen.steinkopf@usbank.com
allen.stoltman@inginvestment.com
allen.tso@4086.com
allen.twyning@morleyfm.com
allen.webb@inginvestment.com
allen.welch@janus.com
allen.wong@pioneerinvest.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

allen.woo@ucop.edu
allen.worgan@morganstanley.com
allen@siichi.com
allen_carrion@fanniemae.com
allen_klec@glic.com
allen_kwong@ssga.com
allen_mossien@conning.com
allen_shweitzer@putnam.com
allenchen@cathaylife.com.tw
allengr@wellscap.com
allenj@mail.nrucfc.org
allenlee@cathaylife.com.tw
allentang@gic.com.sg
allery@ms.com
allinawang@dbs.com
allinelectronicexecution@glgpartners.com
allinotcaffirmations@glgpartners.com
allison.aikman@tudor.com
allison.aytes@sscims.com
allison.b.adler@jpmorgan.com
allison.boxer@alliancebernstein.com
allison.dekker@selective.com
allison.emmert2@aig.com
allison.j.floam@morganstanley.com
allison.mitchamore@bellsouth.com
allison.owens@ge.com
allison.rea@wil.com
allison.ryder@fmr.com
allison.salas@db.com
allison.scholar@morganstanley.com
allison.taylor@fgic.com
allison.villapiano@lazard.com
allison.walker@citadelgroup.com
allison.weed@inginvestment.com
allison.wiliiams@morgankeegan.com
allison.ziemer@morganstanley.com
allison_chirdon@nacm.com
allison_fitzgerald@putnam.com
allison_kellog@ustrust.com
allison_kessler@putnam.com
allison_kvikstad@ustrust.com
allison_mendes@mfcinvestments.com
allison_s_boxer@vanguard.com

allister.paul@highbridge.com
alloyd@fftw.com
allugman@hotmail.com
allyn.arden@csam.com
allyn.seymour@columbiamanagement.com
allyson.alimansky@credit-suisse.com
allyson.pfeifer@tcw.com
allysonr@bgi-group.com
alm4113@bloomberg.net
alma.gill@hsbcam.com
alma@bnm.gov.my
almarzook@kmefic.com.kw
almeshal@kia.gov.kw
almmarketinfo@pnc.com
al-momani@jordanbank.co.uk
almond.goduti@barclaysglobal.com
almtraders@pnc.com
almudena.benedit@barclays.com
al-mudhaf@kuwait-fund.org
almundena.diazvarez@telefonica.es
al-mutaweh@bloomberg.net
aln@dodgeandcox.com
alna01@handelsbanken.se
al-naqib@kuwait-fund.org
alock@denveria.com
alohof@opers.org
alois.bischofberger@credit-suisse.com
alois.mannhart@credit-suisse.com
alois.schrott@volksbank.it
alois.seeholzer@snb.ch
alojz_lacko@kb.cz
alok.agrawal@tigerfund.com
alok.basu@gartmore.com
alok.chopra@opcap.com
alok.sharma@mizuhocbus.com
alok.sondhi@ge.com
aloke.agarwal@citadelgroup.com
alomani@kuwait-fund.org
aloney@alaskapermfund.com
alonzo_jason@jpmorgan.com
alonzo_white@calpers.ca.gov
alopchinsky@cantor.com
alopes@edc.ca

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| alopez4@metlife.com | alvaro.ramirez@blackrock.com |
| alopeza@bloomberg.net | alvaro.vazquez@grupobbva.com |
| alopezma@cajamadrid.es | alvaro_ballesteros@westlb.co.uk |
| alopezpi@cajadeavila.es | alvaro_pinto@fanniemae.com |
| alorber@fhlbi.com | alvaro_villamil@travelers.com |
| alorusso@bloomberg.net | alvin.bhawanie@rbc.com |
| alpa.shah@ge.com | alvin.burgos@db.com |
| alpa02@handelsbanken.se | alvin.cheng@hk.fortis.com |
| alpana.sen@morganstanley.com | alvin.fu@fmr.com |
| alper.kara@disbank.com.tr | alvin.wang@pw.utc.com |
| alper.kayurtar@fortis.com.tr | alvinchan@dahsing.com |
| alperins@hmc.harvard.edu | alvinchu@dbs.com |
| alpertm@jwseligman.com | alvingoh@temasek.com.sg |
| alpha.ba@agf.com | alvinong@mas.gov.sg |
| alpha.sylla@fortisinvestments.com | alvintan@gic.com.sg |
| alphonsus.scanlan@eurohypo.com | alvintcl@dbs.com |
| alpinmehta@temasek.com.sg | alvintham@dbs.com |
| alqatami@kuwait-fund.org | alw@capgroup.com |
| alqatari@saad.com.sa | alwin.schenk@oppenheim.de |
| alqua@bloomberg.net | alwin.vester@lrp.de |
| alr@ubp.ch | alwyn.sloan@jpmorgan.com |
| alrf@capgroup.com | alwyn-r.silva@db.com |
| als.em@adia.ae | alxn@capgroup.com |
| als76@cornell.edu | aly.k@gordian.co.uk |
| alsaleh@kmefic.com.kw | aly.kanji@weyerhaeuser.com |
| alt.tim@principal.com | alyng@westernasset.com |
| alternative@banquedorsay.fr | alyson.holsclaw@aig.com |
| althea_stewart@acml.com | alyssa.comiso@prudential.com |
| alton.gwee@aberdeen-asset.com | alyssa.jaffe@rabobank.com |
| alucero@wscapital.com | alyssa.lebner@harmonic.ky |
| alui@sgc.com | alyssa.meyer@ny.frb.org |
| aluis.casas@groupbbva.com | alyukov@lehman.com |
| alukas@westpac.com.au | alyusuf@bloomberg.net |
| alun.k.evans@bankofny.com | alz@capgroup.com |
| alun_thomas@baa.co.uk | alzahrani@bloomberg.net |
| aluo@perrycap.com | am@capgroup.com |
| alustig@bpuinvestments.com | am@lpf.org.uk |
| aluy@lordabbett.com | am121@ntrs.com |
| alvar.chambers@insightinvestment.com | am16@bloomberg.net |
| alvarezd@jwseligman.com | am169@ntrs.com |
| alvaro.camunas@paribas.com | am192@ntrs.com |
| alvaro.chimeno@interdin.com | am28@ntrs.com |
| alvaro.donadelli@eni.it | am4@wmblair.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

am52@ntrs.com
am64@ntrs.com
ama.cdu@adia.ae
ama.pd@adia.ae
ama02@bloomberg.net
ama0911ny@bloomberg.net
amaatman@aegon.nl
amack@westernasset.com
amackay@loomissayles.com
amackey@mfs.com
amackirdy@templeton.com
amadariaga@bankinter.es
amadeo.alentorn@omam.co.uk
amadeo.cubeles@bcp-bank.com
amador.malnero@ing.be
amadsen@deweysq.com
amagana@iidpower.com
amagid@oppenheimerfunds.com
amahmoud@hsbcame.com
amaietta@stonehillcap.com
amainord@bloomberg.net
amajekod@bloomberg.net
amakwana@oppenheimerfunds.com
amal.brihi@glgpartners.com
amal.khouri@novartis.com
amal.ollaic@nbad.com
amalacchia@bloomberg.net
amalia.ripfl@sparinvest.com
amalik@adib.co.ae
amalotchko.consulente@ubm.unicredit.it
aman.mujawar@fmr.com
aman.panaech@lazard.com
amancini@carispcesena.it
amancini@mcleanbudden.com
amanda.abdella@himco.com
amanda.andersen@aig.com
amanda.arkley@ubs.com
amanda.barry@gartmore.com
amanda.bernhard@bmo.com
amanda.clarke@bankofamerica.com
amanda.cox@barclaysglobal.com
amanda.crowley@53.com
amanda.dinh@nordea.com

amanda.fagala@ctxmort.com
amanda.forrest@blackrock.com
amanda.g.sisson@jpmorganfleming.com
amanda.hanks@credit-suisse.com
amanda.howard@thehartford.com
amanda.j.tinney@aib.ie
amanda.jones@deshaw.com
amanda.kraus@alliancebernstein.com
amanda.lickorish@bmonb.com
amanda.lipphardt@pnc.com
amanda.long@gartmore.com
amanda.m.cahill@db.com
amanda.mason@thrivent.com
amanda.mcfarlane@threadneedle.co.uk
amanda.mellor@marks-and-spencer.com
amanda.munro@fipartners.com.au
amanda.pearson@au.abnamro.com
amanda.prentiss@tcw.com
amanda.prince@axaframlington.com
amanda.ross@prudential.com
amanda.sillars@morleyfm.com
amanda.stokes@ny.frb.org
amanda.vanheyst@ge.com
amanda.walker@lpfa.org.uk
amanda.x.hallam@jpmorgan.com
amanda_fagala@ctxmort.com
amanda_higgins@cargill.com
amanda_rice@glenmede.com
amanda_taplett@putnam.com
amandab@bgi-group.com
amandacullen@angloirishbank.ie
amandaj@mcm.com
amandakao-04477@email.esunbank.com.tw
amandine.ecobichon@bnpparibas.com
amandus.pernold@ba-ca.com
amane.oshima@mizuho-cb.co.jp
amane.zouhairi@axa-im.com
amanghi@pictet.com
amanioudakis@oppenheimerfunds.com
amanla@fhlbcin.com
amano.dli@dial.pipex.com
amano-k@itochu.co.jp
amanolias@nb.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

amansour@bloomberg.net
amanteca@grupobbva.com
amantri@worldbank.org
amanyan@tmgchicago.com
amao@tiaa-cref.org
amar.bashir@blackrock.com
amar.patel@checmail.com
amar.singh@standardchartered.com
amaralje@cial.cic.fr
amarcantetti@cicny.com
amarcus@aegonusa.com
amarczak@wharton.upenn.edu
amardeep.nahal@aberdeen-asset.com
amardia@westernasset.com
amargolius@ag-am.com
amarino@grupobbva.com
amarmoiton@oddo.fr
amarnath.reganti@ubs.com
amarni.kamaruddin@bia.com.bn
amarquardt7@bloomberg.net
amarsh@bc.pitt.edu
amarsh@bloomberg.net
amarsh@portagebank.com
amarshall@lkcm.com
amarsteller@seic.com
amarti03@cajamadrid.es
amartin@loomissayles.com
amartina@banxico.org.mx
amartinl@cajamadrid.es
amassey@foxasset.com
amassimiani@federatedinv.com
amaster1@travelers.com
a-masuda@tmam.co.jp
amathes@stephens.com
amathewson@martincurrie.com
amathier@pictet.com
a-matsu@nissay.co.jp
amatsuya@bloomberg.net
amattone@clinton.com
amaturi@bancafideuram.it
amaury.boyenval@axa-im.com
amaury.deternay@bnpparibas.com
amaury.godron@cso.dwts.co.uk

amawhorter@allegiancecapital.com
amaya.ochoa@citadelgroup.com
amayo@mfs.com
amazian@invest.treas.state.mi.us
amazzoleni@bloomberg.net
amb@tudor.com
ambchang@daiwasbi.com.hk
amber.dougherty@pncbank.com
amber.kilgore@nuveen.com
amber.olig@fmr.com
amber.salvi@pncbank.com
amber.schulten@pimco.com
amber_knighten@ustrust.com
amber_natlo@conning.com
ambeschloss@rockcreekglobal.com.
ambika.kapoor@soros.com
ambreen.brown@bwater.com
ambrf@telcocom.com
ambri@bloomberg.net
ambrish@temasek.com
ambrogio.alfieri@mpsgr.it
ambrose.tan@aberdeen-asset.com
amc14@ntrs.com
amcaree@highbridge.com
amcaton@ybs.co.uk
amcbride@mfs.com
amccarthy@uss.co.uk
amcclymonds@westernasset.com
amccray@navymutual.org
amccreaddie@britannicasset.com
amccullaghjr@delinvest.com
amcdermo@nylim.com
amcelroy@princeton.edu
amcfarlane@martincurrie.com
amcgowan@barrowhanley.com
amcgrath@jmsonline.com
amcguirk@ibtco.com
amchetoukhina@wellington.com
amcintos@aegonusa.com
amckay1@bloomberg.net
amckinnon@tiaa-cref.org
amcnee@baminvest.co.uk
amcorry@wellington.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

amd@columbus.com
amd-fbond_post@tr.mufg.jp
amd-jbond_post@mitsubishi-trust.co.jp
ame@columbus.com
amedeo.ferrauto@ersel.it
ameeriabdulla@adia.ae
amees@babsoncapital.com
ameeta.gosain@jpmorgan.com
ameez_nanjee@freddiemac.com
amehra.arun@uk.fid-intl.com
amehta@pictet.com
ameinema2@aegon.nl
ameissner@sunamerica.com
amel.berkane@bnpparibas.com
amele@ubs.com
ameli@farleycap.com
amelia.benevento@arcafondi.it
amelia.hopkins@ustrust.com
amelia.julian@jpmorganfleming.com
amelia.l.mendoza@db.com
amelia.moncayo@ny.frb.org
amelia.savory@morleyfm.com
amelia.taylor@swip.com
amelia.wong@schroders.com
amelia_lorenzo@swissre.com
ameliang@hsbc.com.hk
amelie.derambure@caam.com
amelie.wipplinger@oppenheim.de
amelsio@creditandorra.ad
amemiya-0dq3@jp.nomura.com
amengual@princeton.edu
amenson@caxton.com
ament@nyc.apollolp.com
amentink@aegon.nl
amer.abbasi@drkw.com
amer.matar@arabbank.co.uk
amer.othman@juliusbaer.com
amercado@notes.banesto.es
amerenyi@ambac.com
americo.abrantes@cgd.pt
amerigo_borrini@generali.com
amerrill@eatonvance.com
amerrill@oppenheimer.com

amershi.gada@corporate.ge.com
amerville@bloomberg.net
ameson@bde.es
amesser1@bloomberg.net
amethyst.farier@bankofbermuda.com
ametzger@bloomberg.net
ametzger@caxton.com
ameudy@leggmason.com
ameyer@libertyview.com
amf1@ntrs.com
amfinvst@emirates.net.ae
amfisher@wellington.com
amgcap@hotmail.com
amh@bkb.ch
amhcnc@hsbc.com.hk
ami.goldfein@gs.com
ami.joseph@fmr.com
amice.tiernan@mondrian.com
amichel@frk.com
amiebrouillard@northwesternmutual.com
amielgaa@dbs.com
amika@oppenheimerfunds.com
amikhailov@bloomberg.net
amikus@union-investment.de
amild@princeton.edu
amillen@seic.com
amiller@newstaram.com
amills@bloomberg.net
amills@fhlbatl.com
amin.hashemi@morganstanley.com
amin.molavi@pimco.com
amin.qazi@db.com
aminassian@bloomberg.net
amine.benghabrit@caam.com
amine.boureghda@clf-dexia.com
amine.drhimeur@bnpparibas.com
aminl@wharton.upenn.edu
aminul.haque@pimco.com
amioo@fhlbsf.com
amir.bouyahi@dexia-am.com
amir.debourou@aig.com
amir.gharagozlou@db.com
amir.isufi@aig.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| amir.karimi@citigroup.com | amitagarwala@dbs.com |
| amir.oveissi@db.com | amitchell@bankatlantic.com |
| amir.rao@tcw.com | amitroff@tiaa-cref.org |
| amir.sajjadi@glgpartners.com | amitus@bloomberg.net |
| amira.ayoubi@vontobel.ch | amjuras@lmus.leggmason.com |
| amirabelli@tiaa-cref.org | amkatz@princeton.edu |
| amirault@dcmc.creditlyonnais.fr | amkillian@wellmanage.com |
| a-miseim@microsoft.com | am-ldn-data@ln.email.gs.com |
| amish.desai@rbcds.com | am-ldn-futures-ops@ln.email.gs.com |
| amisha_kaura@nylim.com | am-ldn-fx-ops@ln.email.gs.com |
| amishi_kenia@keybank.com | amm@ubp.ch |
| amit.agrawal@aig.com | ammar.kherraz@morganstanley.com |
| amit.baid@fmr.com | ammark@nbk.com |
| amit.chopra@pimco.com | ammtit@bpv.it |
| amit.hampel@tudor.com | amn002@bloomberg.net |
| amit.j.patel@blackrock.com | amneal@princeton.edu |
| amit.jain@db.com | amoffat2@bloomberg.net |
| amit.k.jain@bankofamerica.com | amohan@princeton.edu |
| amit.kara@bankofengland.co.uk | amohsenw@kia.gov.kw |
| amit.kumar@fafadvisors.com | amol.pinge@blackrock.com |
| amit.lodha@uk.fid-intl.com | amontefusco@oppenheimerfunds.com |
| amit.mahajan@aig.com | amontemurro@metlife.com |
| amit.maskara@uk.fid-intl.com | amontoya@metlife.com |
| amit.mehta@inginvestment.com | amoody@refco.com |
| amit.mehta@morleyfm.com | amoolji@bear.com |
| amit.mukadam@morganstanley.com | amoolji3@bloomberg.net |
| amit.sadana@novartis.com | amoon@frk.com |
| amit.sippy@dillonread.com | amor@bloomberg.net |
| amit.somani@fmr.com | amorabito@federatedinv.com |
| amit.srivastava@bwater.com | amoran@atlanticasset.com |
| amit.tal@mailpoalim.co.il | amorberg@westernasset.com |
| amit.tanna@jpmorgan.com | amoretti@nb.com |
| amit.thanki@pimco.com | amorgan@beutelgoodman.com |
| amit.valecha@ubsw.com | amori@us.mufg.jp |
| amit_bhattacharyya@ml.com | a-morinaga@yasuda-life.co.jp |
| amit_deshpande@acml.com | amoritz@meag.com |
| amit_marwaha@scotiacassels.com | amornt@bot.or.th |
| amit_patel@westlb.co.uk | amorosoj@bancaimius.com |
| amit_seth@troweprice.com | amorro@bayharbour.com |
| amit_sethi@ml.com | amos_rogers@ssga.com |
| amit_staub@invesco.com | amoulton@waddell.com |
| amitabh.arolkar@arabbanking.com | amousny@bloomberg.net |
| amitabh.mehta@hsh-nordbank.co.uk | amowat@martincurrie.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

amoyer@bear.com

amoylan@opusinvestment.com

amozes@icl-group.com

ampm@capgroup.com

ampors@bot.or.th

amr.ghadallah@arabbanking.com

amr.seif@jpmorgan.com

amr@clinton.com

amrendra.sinha@fandc.com

amrish_pattni@putnam.com

amrit.bains@ikb-cam.de

amrit.paul.singh@morganstanley.com

amrit.sinanan@jm.rbtt.com

amrita.dukeshier@fmr.com

ams@merganser.com

ams2@ntrs.com

amsaez@bankinter.es

amsantos@espiritosanto.ch

amsantos@espiritosanto.com

amschwartz@bankofny.com

amsllc55@aol.com

amsy@metrobank.com.ph

amtit@bpv.it

amtucker@jennison.com

amu.na@adia.ae

amu.pr@adia.ae

amueller2@meag.com

amui@munder.com

amukherj@princeton.edu

amule@opcap.com

amulligan@panynj.gov

amullins@investcorp.com

amundassery@hcmlp.com

amunoz@bloomberg.net

amunozc@bancopastor.es

amunro@rockco.com

amurat@gescaixa.es

amuromcew@tiaa-cref.org

amurphy@fdic.gov

amurphy@russell.com

amuschott@frk.com

amusgnug@babsoncapital.com

amv@bpi.pt

amway butch steffes (butch.steffes@alticor.com)

amwestland@chevychasebank.net

amwinder@leggmason.com

amwu@princeton.edu

amwynn@btinternet.com

amy.bartosh@pncadvisors.com

amy.bohall@wamu.net

amy.bonkoski@natcity.com

amy.boothe@alliancebernstein.com

amy.brady@ge.com

amy.brodeur@fmr.com

amy.brown@csam.com

amy.carcione@pnc.com

amy.carratt@db.com

amy.chamberlain@morleyfm.com

amy.clay@bankofamerica.com

amy.clayton@53.com

amy.creason@suntrust.com

amy.denn@53.com

amy.dilorenzo@commercebank.com

amy.dymock@bailliegifford.com

amy.earle@aiminvestments.com

amy.edwards@hcmny.com

amy.fichtenkort@sunlife.com

amy.flikerski@hcmny.com

amy.fuhr@morganstanley.com

amy.glover@inginvestment.com

amy.grant@fmr.com

amy.h.peterson@jpmorgan.com

amy.hamma@db.com

amy.heath@moorecap.co.uk

amy.hellwarth@pncadvisors.com

amy.ho@barclaysglobal.com

amy.hoodless@fortisinvestments.com

amy.hsiang@pimco.com

amy.hsu@chinatrust.com.tw

amy.hsu@pimco.com

amy.ils@lodh.com

amy.johonnett@fmr.com

amy.judd@alliancebernstein.com

amy.keith@phxinv.com

amy.kilgore@pncadvisors.com

amy.l.phillips@pncadvisors.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| amy.l.stewart@db.com | amy_kong@ustrust.com |
| amy.l.tancrede@jpfinancial.com | amy_lynn_debone@freddiemac.com |
| amy.lattimore@gartmore.com | amy_m_miller@bankone.com |
| amy.levenstien@threadneedle.co.uk | amy_pitts@aimfunds.com |
| amy.levine@shenkmancapital.com | amy_robertson@invesco.com |
| amy.lichstein@wpginvest.com | amy_s_russell@fleet.com |
| amy.lieu@westernasset.com | amy_sahler@ustrust.com |
| amy.lo@nsc.com | amy_skaff@putnam.com |
| amy.m.c.chan@hsbc.com.hk | amy_yt_yip@hkma.gov.hk |
| amy.marton@glgpartners.com | amyc@bgfoods.com |
| amy.mc-morrow@ing.be | amycheng@bnm.gov.my |
| amy.melevage@ppmamerica.com | amyr@capgroup.com |
| amy.moore@cumber.com | an.susani@bipielle.it |
| amy.mulderry@citadelgroup.com | an@jyskeinvest.dk |
| amy.neberieza@columbiamanagement.com | an40@ntrs.com |
| amy.oldenburg@morganstanley.com | ana.alcover@caixacatalunya.es |
| amy.plyler@harrisbank.com | ana.babaja@rzb.at |
| amy.raskin@alliancebernstein.com | ana.boksay@blackrock.com |
| amy.ravindran@db.com | ana.corvalan@bbvauk.com |
| amy.ruderman@shenkmancapital.com | ana.damaia@barclays.co.uk |
| amy.sakaldasis@barclaysglobal.com | ana.diez-fontana@citicorp.com |
| amy.schaff@commercebank.com | ana.diniz@cgd.pt |
| amy.shen@ge.com | ana.guijarro.macias@morganstanley.com |
| amy.shim@westernasset.com | ana.jesus@satander.pt |
| amy.southerland@morgankeegan.com | ana.justino@finantia.com |
| amy.synatzske@soros.com | ana.lain@ibercaja.net |
| amy.tsao@westernasset.com | ana.martin-de-sta-olalla@db.com |
| amy.vanhoek@tcw.com | ana.munera@grupobbva.com |
| amy.w.gibson@jpmorgan.com | ana.quaas@dresdnerkleinwort.com |
| amy.walkington@abnamro.com | ana.rojas@jpmorgan.com |
| amy.ward@moorecap.co.uk | ana.sarti@morganstanley.com |
| amy.whitelaw@barclaysglobal.com | ana.sarti-maldonado@morganstanley.com |
| amy.wilk@americas.ing.com | ana_faircloth@acml.com |
| amy.wodarczyk@pnc.com | ana_lanzana@acml.com |
| amy.yu@ms3.chb.com.tw | anabel.francos@db.com |
| amy.z.bracken@wellsfargo.com | anabel.meyer@lodh.com |
| amy@barclaysglobal.com | anabel.meyermouthon@lodh.com |
| amy@nykredit.dk | ana-belen.olaya@caixacatalunya.es |
| amy_boog@standardlife.com | anadi.jauhari@natixis.us |
| amy_carlson@keybank.com | anadoth@kia.gov.kw |
| amy_e_anderson@fanniemae.com | anagano@nochubank.or.jp |
| amy_hougland@putnam.com | anais.koskas@clf-dexia.com |
| amy_kaminski@putnam.com | anais.martin@ratp.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| anak02@handelsbanken.se | andd@capgroup.com |
| a-nakayama@nochubank.or.jp | ande.stagge@union-investment.de |
| analytics@pimco.com | andebe@bloomberg.net |
| anand.iyer@barclaysglobal.com | andercr@bfcm.creditmutuel.fr |
| anand.sinha@barclaysglobal.com | anderjr@wellsfargo.com |
| anand.srinivasan@lazard.com | anders.abrahamson@merinet.mailnet.fi |
| anand.thyagarajan@fil.com | anders.ahl@dnb.se |
| anand_twells@freddiemac.com | anders.algotsson@afa.se. |
| ananda_bojji@freddiemac.com | anders.armelius@morganstanley.com |
| anandsinha@rbi.org.in | anders.augusen@ap3.se |
| anantakrishnan.lakshman@principal.com | anders.bang@northseacapital.com |
| ananth.madhavan@barclaysglobal.com | anders.bergh@ericsson.com |
| anapangestu@bii.co.id | anders.bjorklund@alecta.com |
| anappo@caxton.com | anders.borchsenius@carnegie.dk |
| anarg@seas.upenn.edu | anders.burholt@nordea.com |
| anarvades@walterind.com | anders.c.johansson@sebny.com |
| anas.chakra@uk.fid-intl.com | anders.christensen@seb.dk |
| anas.elmaizi@axa-im.com | anders.christiansen@seb.se |
| anas.elmaizi@csam.com | anders.dahl@swedbankrobur.se |
| anassira@bloomberg.net | anders.durling@swedbank.com |
| anastasia.beliak@db.com | anders.ek@inv.spp.se |
| anastasia.fedotova@deka.de | anders.ekberg@dnb.se |
| anastasia_shiach@troweprice.com | anders.ekedahl@swedbank.com |
| anastasios.agathagelidis@lbbw.de | anders.faergemann@aig.com |
| anastasios.astyfidis@db.com | anders.fagerlund@amfpension.se |
| anastassia.ivanenko@libertymutual.com | anders.granstrand@swedbank.com |
| anastassios.frangulidis@zkb.ch | anders.granstrand@swedbank.se |
| anath@bear.com | anders.hamnmark@swedbank.se |
| anatlv@migdal-group.co.il | anders.hellstrom@foreningssparbanken.se |
| anatoli.shakin@shinseibank.com | anders.johansen@storebrand.no |
| anatoly.nakum@db.com | anders.johansson@robur.se |
| anavim@elite.co.il | anders.kjaerjensen@nordea.lu |
| anazmi@bloomberg.net | anders.kvist@seb.se |
| anazmi@bnm.gov.my | anders.ljungqvist@amfpension.se |
| anbr12@handelsbanken.se | anders.lundgren@csam.com |
| anc@bankinvest.dk | anders.nordborg@seb.se |
| anchal.pachnanda@morganstanley.com | anders.p.ramsten@swedbankrobur.se |
| anco@danskebank.dk | anders.palmer@ap1.se |
| anctil@pimco.com | anders.peinert@storebrand.com |
| and.eu@adia.ae | anders.schelde@nordea.com |
| anda.rezaioff@ubs.com | anders.soderlund@systembolaget.se |
| anda.x.halilaj@jpmchase.com | anders.stang.castberg@nordea.com |
| andavis@delinvest.com | anders.stang@castberg.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

anders.stensbol@seb.se
anders.toftgaard@daiwausa.com
anders.toftgaard@gmacfs.com
anders.v.johansson@dnd.se
anders.vik@credit-suisse.com
anders.x.hogberg@seb.se
anders@patteninc.com
anders_c.paulsson@scania.com
anders_hansen@blackrock.com
anders2b@kochind.com
andersa@omb.nyc.gov
andersb4@nationwide.com
andersen@aigfpc.com
andersenm@rba.gov.au
anderson.marjorie@sbcglobal.net
anderson@nisi.net
anderson@penntrust.com
anderson@swcorp.org
anderson_lee@merck.com
andersonj@nytimes.com
andersr@jyskeinvest.dk
andg@capgroup.com
andhruv@microsoft.com
andi.kabili@bcv.ch
andi.rachmarelawandi@bni.co.id
andi.wuethrich@claridenleu.com
andi@uk.danskebank.com
andjoh@safeco.com
ando.rakotobe@axa-im.com
ando_takashi@dn.smbc.co.jp
ando01@handelsbanken.se
andoh.yusuke@nomura-asset.com
ando-y@daiwasbi.co.jp
andradeem@berstein.com
andre.ammann@juliusbaer.com
andre.ashbaugh@guarantygroup.com
andre.bakkum@fandc.nl
andre.bening@helaba.de
andre.blom@utc.rabobank.com
andre.bonder@sgam.com
andre.brisacher@ubs.com
andre.buck@zkb.ch
andre.chan@nb.com

andre.conway@msdw.com
andre.crawford-brunt@db.com
andre.ersoy@ch.abb.com
andre.filliez@givaudan.com
andre.forster@bsibank.com
andre.freter@ikb-cam.de
andre.frick@credit-suisse.com
andre.gosset@etoile-gestion.com
andre.guentert.2@credit-suisse.com
andre.guenther@union-panagora.de
andre.hagen@henkel.com
andre.hermans@ing.be
andre.horn@sebam.de
andre.kalbitz@hsh-nordbank.com
andre.klaus@telekom.de
andre.kleimeer@achmea.nl
andre.koettner@union-investment.de
andre.konstantinow@morganstanley.com
andre.krzyzowski@apoireland.com
andre.kuehni@akbprivatbank.ch
andre.lagger@lgt.com
andre.lecoq@dexia-bil.com
andre.leite@bsnp.pt
andre.loeffler@labanquepostale-am.fr
andre.ludin@group.novartis.com
andre.mannhart@credit-suisse.com
andre.marais@resbank.co.za
andre.mayer@lodh.com
andre.messier@fmr.com
andre.minassian@aig.com
andre.moritz@sarasin.ch
andre.muenster@hsh-nordbank.com
andre.nebel@ksk-koeln.de
andre.nydegger@nab.ch
andre.opitz@lbb.de
andre.pluess@ubs.com
andre.rendeiro@finantia.com
andre.rheinberger@csfb.com
andre.ryf@ubs.com
andre.sadowsky@dresdner-bank.com
andre.schlingloff@westam.com
andre.schuetz@postbank.de
andre.schumacher@postbank.lu

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| andre.sebrowski@fortisinvestments.com | andrea.chiappini@azfund.com |
| andre.segger@jpmorgan.com | andrea.ciaccio@azfund.com |
| andre.smits@lu.abnamro.com | andrea.cortese@sella.it |
| andre.stockmann@rwedea.com | andrea.cortesi@credit-suisse.com |
| andre.vatsgar@im.storebrand.no | andrea.crenna@merloni.com |
| andre.vinke@hvb.de | andrea.crepaz@premafinhp.it |
| andre.vollmer@hsh-nordbank.com | andrea.crivelli@intesasanpaolo.com |
| andre.wagner@fortis.lu | andrea.croner@dnbnor.com |
| andre.ziltener@zkb.ch | andrea.cuomo@st.com |
| andre.zumwald@bcv.ch | andrea.d.tenconi@jpmorgan.com |
| andre@bakerinvest.com | andrea.dacquin@axa-im.com |
| andre_depass@scotiacapital.com | andrea.daffara@gnf.it |
| andre_keller@swissre.com | andrea.dalsanto@arcafondi.it |
| andre_medeiros@dell.com | andrea.dardi@antonveneta.it |
| andre_moutenot@swissre.com | andrea.decarolis@barcap.com |
| andre_schaefer@westam.de | andrea.dericcardis@barclaysglobal.com |
| andrea.accarisi@bancaakros.it | andrea.dericcardis@morganstanley.com |
| andrea.aiello@dzbank.de | andrea.dicenso@fmr.com |
| andrea.aliberti@azimut.it | andrea.dilorenzo@pioneerinvest.it |
| andrea.anellucci@mediobanca.it | andrea.doebbel@henkel.com |
| andrea.angeli@bancamarche.it | andrea.dunn@fandc.com |
| andrea.appiani@bsibank.com | andrea.ehinger@credit-suisse.com |
| andrea.baiker@zkb.ch | andrea.ferrari@bpm.it |
| andrea.baum@oppenheim.de | andrea.ferrari@intesavita.it |
| andrea.bergamaschi@bpmsgr.it | andrea.foresti@bis.org |
| andrea.bernasconi@eurizoncapital.lu | andrea.frontini@socgen.co.uk |
| andrea.bertes@capitalia-am.com | andrea.gaielli@fandc.com |
| andrea.beu@truscocapital.com | andrea.galeandro@bancaintesa.it |
| andrea.bianchi@bancaintesa.co.uk | andrea.gerst@juliusbaer.com |
| andrea.boelinger@devif.de | andrea.giacalone@bostonadvisors.com |
| andrea.bombieri@cattolicaassicurazioni.it | andrea.giannotta@eurizoncapital.lu |
| andrea.bornaghi@ubs.com | andrea.gigli@mpsfinance.it |
| andrea.brentan@enel.it | andrea.giusto@bsibank.com |
| andrea.buda@pioneeraltinvest.com | andrea.gruebl@noehypo.at |
| andrea.buehring@lri.lu | andrea.guth@bkb.ch |
| andrea.burriesci@ge.com | andrea.guzzi@credit-suisse.com |
| andrea.bussell@pncadvisors.com | andrea.haberl@bawagpsk.com |
| andrea.camden@ibtco.com | andrea.haenel@credit-suisse.com |
| andrea.campagnoli@bper.it | andrea.haschke@henkel.com |
| andrea.carelli@pioneerinvest.it | andrea.hawkins@blackrock.com |
| andrea.castellani@bancamarche.it | andrea.heinen@dlh.de |
| andrea.cau@sanpaolowm.com | andrea.herz@dresdner-bank.com |
| andrea.chang@chinatrust.com.tw | andrea.kutscher@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| andrea.laruccia@unicredit.it | andrea.riva@bancalombarda.it |
| andrea.laurent@bsibank.com | andrea.rockermeier@dit.de |
| andrea.leongyh@uobgroup.com | andrea.roner@credit-suisse.com |
| andrea.leougyh@uobgroup.com | andrea.rotti@ersel.it |
| andrea.liebich@claridenleu.com | andrea.rutigliani@bnpparibas.com |
| andrea.lisi@cattolicaassicurazioni.it | andrea.scaffidi@eu.watsonwyatt.com |
| andrea.long@db.com | andrea.schinle@siemens.com |
| andrea.lorenz@oppenheim.de | andrea.schkolne@morganstanley.com |
| andrea.lucini@bancaakros.it | andrea.schneider@vontobel.ch |
| andrea.lumma@telekom.de | andrea.schubert@apobank.de |
| andrea.maerk@ubs.com | andrea.siebel@commerzbank.com |
| andrea.mancadori@bpmsgr.it | andrea.sigon@bancagesfid.com |
| andrea.manzini@bper.it | andrea.solari@bsibank.com |
| andrea.martinello@capitalia-am.com | andrea.spallaccini@eurosgr.it |
| andrea.martinello@pioneerinvestments.com | andrea.spallacini@eurosgr.it |
| andrea.masoli@popso.it | andrea.spiniello@postbank.de |
| andrea.mcroberts@ibtco.com | andrea.stanton@axa-im.com |
| andrea.meschini@jpmorganfleming.com | andrea.stolz@gz-bank.de |
| andrea.millacci@juliusbaer.com | andrea.szabo-kelly@de.rcm.com |
| andrea.mottarelli@db.com | andrea.tamagini@intesasanpaolo.com |
| andrea.mueller@blb.de | andrea.tavoni@pioneerinvest.it |
| andrea.murdock@usbank.com | andrea.thielen@adig.lu |
| andrea.naccarato@indesitcompany.com | andrea.thomas@thrivent.com |
| andrea.nardon@deka.de | andrea.trainer@threadneedle.co.uk |
| andrea.nasce@ersel.it | andrea.trozzi@gs.com |
| andrea.nerucci@mediobanca.it | andrea.ueberschaer@dws.de |
| andrea.novarese@premafin.hp.it | andrea.vathje@opppenheim.de |
| andrea.nowak@snb.ch | andrea.vaz-koenig@ba-ca.com |
| andrea.odorico@nordlb.de | andrea.wastell@barclaysglobal.com |
| andrea.palma@capitalia-am.com | andrea.waterhouse@pharma.novartis.com |
| andrea.pantellini@bsibank.com | andrea.wheeler@ibtco.com |
| andrea.pastorelli@symphonia.it | andrea.williams@rlam.co.uk |
| andrea.peck@uk.fid-intl.com | andrea.williams@sun.com |
| andrea.personeni@cassalombarda.it | andrea.zanoccoli@bsibank.com |
| andrea.pomes@bnlmail.com | andrea.zaralli@capitalia-am.com |
| andrea.povero@sella.it | andrea.zavolta@arcafondi.it |
| andrea.prampolini@bancaprofilo.it | andrea.zenzen@oppenheim.de |
| andrea.prampolini@hsh-nordbank.co.uk | andrea@ardsley.com |
| andrea.quapp@juliusbaer.com | andrea_d'abramo@ssga.com |
| andrea.rabusin@am.generali.com | andrea_kantor@bankone.com |
| andrea.raedler@credit-suisse.com | andrea_m_tomb@vanguard.com |
| andrea.reinwald@wuestenrot.de | andrea_ruff.waterhouse@pharma.novartis.com |
| andrea.rescalli@mediolanum.it | andreaf@ikos.com.cy |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

andreak@msfi.com
andreal.durbin@rainierfunds.com
andream@bloomberg.net
andreas.anschperger@dit.de
andreas.bamberg@dgzbank.de
andreas.bartels@de.rcm.com
andreas.bayer@ampegagerling.de
andreas.becker@fm.nrw.de
andreas.berger@juliusbaer.com
andreas.bergman@aktia.fi
andreas.berndt@pimco.com
andreas.billmeyer@nuernberger.de
andreas.birk@l-bank.de
andreas.bluemke@juliusbaer.com
andreas.bockberger@rcm.at
andreas.bode@dresdner-bank.lu
andreas.boden@oppenheim.de
andreas.boeger@db.com
andreas.bohn@hypovereinsbank.de
andreas.bonk@hvb.de
andreas.brandt@union-investment.de
andreas.brogle@cbve.com
andreas.brugger@juliusbaer.com
andreas.burhoi@db.com
andreas.burkhardt@lbbw.de
andreas.burth@cominvest-am.com
andreas.buttinger@erstebank.at
andreas.chorus@lbbw.de
andreas.chwalek@db.com
andreas.cziborra@westhyp.de
andreas.daenzer@efv.admin.ch
andreas.deeng@ksk-bc.de
andreas.denger@db.com
andreas.doerrenhaus@db.com
andreas.duerkes@db.com
andreas.eberhardt@rlb-noe.raiffeisen.at
andreas.engesser@bayernlb.de
andreas.esau@morganstanley.com
andreas.esser@mannheimer.de
andreas.fehrenbach@activest.de
andreas.feick@dws.com
andreas.feller@vontobel.ch
andreas.fendl@hyporealestate.de

andreas.fenner@postbank.de
andreas.fischle@wuestenrot.de
andreas.fleischmann@ba-ca.grou
andreas.framke@hsh-nordbank.com
andreas.freihofer@ubs.com
andreas.frey@credit-suisse.com
andreas.frieden@sarasin.ch
andreas.froehlich@rmf.ch
andreas.fruschki@allianzgi.de
andreas.funk@postbank.de
andreas.fuths@ruv.de
andreas.gartner@sebam.de
andreas.gerber@sl-am.com
andreas.gerlicher@deka.de
andreas.gerner@ksk-bc.de
andreas.gevay@hvb.de
andreas.giger@aam.ch
andreas.grob@juliusbaer.com
andreas.gruber@allianz.de
andreas.gyger@stg.ch
andreas.h.schmidt@bayernlb.de
andreas.habluetzel@zkb.ch
andreas.hahn@lrp.de
andreas.hajialexandrou@hsbcib.com
andreas.hammes@geninvest.de
andreas.hannappel@blb.de
andreas.hansen@alfredberg.se
andreas.heiberg@norgeskreditt.no
andreas.heinsius@cigna.com
andreas.herth@credit-suisse.com
andreas.hinck@bankcoop.ch
andreas.hinz@ubs.com
andreas.hoefert@ubs.com
andreas.hoffmann@kfw.de
andreas.hollenstein@credit-suisse.com
andreas.holzer@zkb.ch
andreas.hug@ubs.com
andreas.hunzinger@stg.ch
andreas.janke@sparkasse-hannover.de
andreas.jantzen@dghyp.de
andreas.jonson@cim.se
andreas.jost@csam.com
andreas.junk@dzi.lu

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

andreas.kampe@bayerninvest.de
andreas.kappeler@claridenleu.com
andreas.kappler@claridenleu.com
andreas.katteneder@uk.nomura.com
andreas.keck@acm-adam.de
andreas.keller@aigprivatebank.com
andreas.keller@claridenleu.com
andreas.kempf@pharma.novartis.com
andreas.kempter@ui-gmbh.de
andreas.knoop@kfw.de
andreas.koenig@activest.de
andreas.kohler@trs.state.tx.us
andreas.kopietz@nordlb.de
andreas.kotzem@dit.de
andreas.koukorinis@db.com
andreas.kraemer@postbank.de
andreas.kraft@first-privat.de
andreas.krebs@commerzbank.com
andreas.kroetzsch@hsh-nordbank.de
andreas.kronblad@danskebank.se
andreas.krysl@hvb.de
andreas.kysela@wienerstadtwerke.at
andreas.lachs@erstebank.at
andreas.lechte@nordlb.de
andreas.leichter@ubs.com
andreas.libske@nordlb.de
andreas.lingenfelder@wuestenrot.de
andreas.lippold@vontobel.de
andreas.loeliger@juliusbaer.com
andreas.lohmann@cominvest-am.com
andreas.lorenz@cominvest.de
andreas.luethi@sarasin.ch
andreas.madl@ba-ca.com
andreas.maechler@csam.com
andreas.maerk@ubs.com
andreas.mailaender@wgzbank.de
andreas.marcinkowski@activest.de
andreas.mark@union-investment.de
andreas.marnett@oppenheimprumerica.de
andreas.marquardt@ui-gmbh.de
andreas.martin@blb.de
andreas.marz@amg-invest.de
andreas.mayr@fortis.lu

andreas.menke@allfonds-bkg.de
andreas.michalitsianos@jpmorgan.com
andreas.moon@morganstanley.com
andreas.moran@ba-ca.com
andreas.mosimann@commerzbank.ch
andreas.muehlemann@akb.ch
andreas.mueller.6@credit-suisse.com
andreas.mueller.7@csam.com
andreas.mueller@kfw.de
andreas.mueller@noehypo.at
andreas.muenst@ubs.com
andreas.nedoma@credit-suisse.com
andreas.nestel@ikb.de
andreas.neugebauer@dzbank.de
andreas.nigg@vontobel.ch
andreas.nockel@westimmobank.de
andreas.p.dische@jpmorgan.com
andreas.pehla@bankgesellschaft.de
andreas.petrie@helaba.de
andreas.plattner@sarasin.ch
andreas.puy@telekom.de
andreas.rachor@juliusbaer.com
andreas.racz@erstebank.at
andreas.rein@erstebank.at
andreas.riedel@dresdner-bank.ch
andreas.riegler@rcm.at
andreas.ritter2@dresdner-bank.com
andreas.ritzi@fmf.ch
andreas.roca@claridenleu.com
andreas.roehrscheid@dekabank.de
andreas.roemer@dws.com
andreas.saamann@kfw.de
andreas.sarbach@vontobel.ch
andreas.saucedo@morganstanley.com
andreas.schaefer@activest.de
andreas.schatzler@nordlb.de
andreas.schenk@wuertt-hyp.de
andreas.scherrer@ubs.com
andreas.schindler@s-versicherung.at
andreas.schipull@westam.com
andreas.schmidlin@ubs.com
andreas.schmidt@csam.com
andreas.schmidt@hauck-aufhaeuser.de

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

andreas.schmidt@oppenheim.de
andreas.schreib@erstebank.at
andreas.schroeter@allianzgi.de
andreas.schubert@hsh-nordbank.com
andreas.schulte-kemper@essenhyp.com
andreas.schulze@allianzgi.de
andreas.schuster@fandc.co.uk
andreas.schuster@pioneerinvestments.at
andreas.schwab@siemens.com
andreas.schwichtenberg@vuw.de
andreas.schwyn@rbscoutts.com
andreas.seitz@allianzgi.de
andreas.sidler@ubs.com
andreas.sigg@rbscoutts.com
andreas.speer@creditsuisse.com
andreas.sperl@airbus.com
andreas.spitzauer@telekom.de
andreas.spitzhuettl@union-investment.de
andreas.spring@credit-suisse.com
andreas.spuhler@hyporealestate.de
andreas.staftenberg@lampebank.de
andreas.stalder@lukb.ch
andreas.stehr@sachsenlb.de
andreas.stoschek@hilti.com
andreas.tonn@kfw.de
andreas.ulrich@raiffeisen.ch
andreas.urban@dzbank.de
andreas.vambrie@bayernlb.de
andreas.van.den.berg@philips.com
andreas.velten@deka.de
andreas.venditti@zkb.ch
andreas.vester@hsbctrinkaus.de
andreas.vielemann@lrp.de
andreas.vogelsanger@juliusbaer.com
andreas.vonsalis@swisslife.ch
andreas.voss@am-gruppe.de
andreas.waeger@swisscanto.ch
andreas.waelter@juliusbaer.com
andreas.wagner01@hypovereinsbank.de
andreas.waldeburg@threadneedle.co.uk
andreas.webster@nordea.com
andreas.weicherding@cominvest-am.lu
andreas.wein@ib.bankgesellscaft.de

andreas.weis@dekabank.de
andreas.weiss@hauck-aufhaeuser.de
andreas.wendelken@db.com
andreas.wengler@apobank.de
andreas.wenzek@deka.de
andreas.wex@dresdner-bank.com
andreas.wiechmann@sgcib.com
andreas.wiklund@vattenfall.com
andreas.wilke@nordlb.de
andreas.winterberg@oppenheim.de
andreas.wismer@bcv.ch
andreas.wittenzellner@lbb.de
andreas.wodara@duesshyp.de
andreas.wollheim@ap1.se
andreas.wosol@pioneerinvestments.com
andreas.wuerfel@usa.telekom.de
andreas.wuermeling@ahbr.de
andreas.x.hansson@seb.se
andreas.zerssen@dekabank.de
andreas.ziegler@wgzbank.de
andreas.zoellinger@blackrock.com
andreas.zollinger@akb.ch
andreas_graf@swissre.com
andreas_hillebrand@swissre.com
andreas_maeutner@hypobank.co.at
andreas_steinmann@gothaerre.de
andreas_strate@westlb.de
andreas_weber@swissre.com
andreasdaniel_knecht@swissre.com
andreasg.zetzsche@rwe.com
andreas-za.rueegg@ubs.com
andred@iadb.org
andreg.mueller@juliusbaer.com
andrei.gordoliov@uk.fid-intl.com
andrei.gorodilov@fidelity.com
andrei.kobzar@puilaetco.be
andrei.morosanu@lazard.com
andrei.paraschivescu@citadelgroup.com
andrei.pastor@bankofamerica.com
andrei.tcharouchine@mosnar.com
andrei_kasianenko@notes.ntrs.com
andreino.forni@juliusbaer.com
andrej.antonijevic@ingim.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| andrej.grossmann@ubs.com | andrew.barr@tilney.com |
| andrej.haenni@juliusbaer.com | andrew.bartlett@credit-suisse.com |
| andrej.kledzik@robur.se | andrew.beashel@blackrock.com |
| andrej.kollar@lbb.de | andrew.beech@britannia.co.uk |
| andrej.subaric@zkb.ch | andrew.beresford.davies@eu.nabgroup.com |
| andrej_sinicyn@koba.sk | andrew.beresford-davies@credit-suisse.com |
| andreja.cobeljic@gs.com | andrew.berry@barclaysglobal.com |
| andrejs@bloomberg.net | andrew.berry@rabobank.com |
| andrepeter.horovitz@erstebank.av | andrew.biggs@citadelgroup.com |
| andres.allende@credit-suisse.com | andrew.black@citicorp.com |
| andres.cazenave@hsbcrepublic.com | andrew.blackler@btfinancialgroup.com |
| andres.cook@aiminvestments.com | andrew.blair-rains@rbccm.com |
| andres.feal@bgl.lu | andrew.bonfield@bg-group.com |
| andres.harr@ubs.com | andrew.bonita@lazard.com |
| andres.jaramillo@si.shell.com | andrew.boshoff@csfb.com |
| andres.m.jaramillo@si.shell.com | andrew.bouffard@aig.com |
| andres.pomar@andbanc.com | andrew.bound@gs.com |
| andres.recoder@ssmb.com | andrew.bourke@augustus.co.uk |
| andres.salazar@rabobank.com | andrew.bowman@glgpartners.com |
| andres.sercovich@inginvestment.com | andrew.boyd@fmr.com |
| andres.tcach@intel.com | andrew.brodie@db.com |
| andres_a@telefonicamoviles.com | andrew.brodie@mhcb.co.uk |
| andres_balcazar@blackrock.com | andrew.brown@fandc.com |
| andres_finkielsztain@sfmny.com | andrew.burdis@morleyfm.com |
| andres_montoya@putnam.com | andrew.burgess@gibuk.com |
| andres_velasco@ksg.harvard.edu | andrew.burke@resolutionplc.com |
| andressa.tezine@aig.com | andrew.burke@uk.royalsun.com |
| andreujordi@bancsabadell.com | andrew.burzumato@fmr.com |
| andrevh@bloomberg.net | andrew.cahill@ubs.com |
| andrew.a.king@uk.abnamro.com | andrew.carter@gartmore.com |
| andrew.acheson@pioneerinvest.com | andrew.carter@rlam.co.uk |
| andrew.adams@usbank.com | andrew.carter@threadneedle.co.uk |
| andrew.addison@fmr.com | andrew.cavalli@hcmny.com |
| andrew.arbesman@ppmamerica.com | andrew.cheung@citigroup.com |
| andrew.archer@glgpartners.com | andrew.chin@bernstein.com |
| andrew.arnold@micorp.com | andrew.choe@ge.com |
| andrew.arton@53.com | andrew.chou@ge.com |
| andrew.astheimer@morganstanley.com | andrew.clark1@fafadvisors.com |
| andrew.atkins@truscocapital.com | andrew.clifton@ubs.com |
| andrew.b.murray@morganstanley.com | andrew.cope@hsbcam.com |
| andrew.bailey@bankofengland.co.uk | andrew.cormack@mandg.co.uk |
| andrew.balls@pimco.com | andrew.cramer@redwoodtrust.com |
| andrew.baron@uboc.com | andrew.crawford@threadneedle.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| andrew.cree@depfa.com | andrew.g.sinkinson@jpmorgan.com |
| andrew.creedon@sunlife.com | andrew.gautier@ustrust.com |
| andrew.d.gibson@us.hsbc.com | andrew.gellert@tudor.com |
| andrew.d.goldberg@jpmorgan.com | andrew.giaime@hcmny.com |
| andrew.dales@axa-im.com | andrew.gibb@aegon.co.uk |
| andrew.dales@barclaysglobal.com | andrew.gibbins@caam.com |
| andrew.dalgleish@barclaysglobal.com | andrew.giles@insightinvestment.com |
| andrew.dallas.smith@fmr.com | andrew.gillan@aberdeen-asset.com |
| andrew.davis@moorecap.com | andrew.gillis@inginvestment.com |
| andrew.davis@ncfcorp.com | andrew.gillmer@redwoodtrust.com |
| andrew.day@barclayscapital.com | andrew.golec@be.gm.com |
| andrew.decastro@ge.com | andrew.golub@hypointernational.com |
| andrew.defino@blackrock.com | andrew.gorczyk@opcap.com |
| andrew.devlin@gs.com | andrew.gordon@blackrock.com |
| andrew.dickinson@csam.com | andrew.green@investecmail.com |
| andrew.diebold@53.com | andrew.greenberg@wellscap.com |
| andrew.docker@rabobank.com | andrew.greenby@blackrock.com |
| andrew.donnelly@britannia.co.uk | andrew.greetham@uk.fid-intl.com |
| andrew.dove@aegon.co.uk | andrew.grijns@ashmoregroup.com |
| andrew.downer@himco.com | andrew.gundlach@asbai.com |
| andrew.dudley@fmr.com | andrew.h.miller@jpmorgan.com |
| andrew.dunham@nationalcity.com | andrew.hadley-grave@cspb.com |
| andrew.e.dete@dartmouth.edu | andrew.hagedorn@huntington.com |
| andrew.edmondson@lgim.co.uk | andrew.hahn@raymondjames.com |
| andrew.edmonson@ashmoregroup.com | andrew.harding@nationalcity.com |
| andrew.emory@scm-lp.com | andrew.harley@bankofengland.co.uk |
| andrew.eschenbach@wamu.net | andrew.harmstone-rakowski@morganstanley.com |
| andrew.essig@barclaysglobal.com | andrew.harnischfeger@prudential.com |
| andrew.fairman@thederbyshire.co.uk | andrew.harrison@barclaysglobal.com |
| andrew.falco@fidelity.com | andrew.hatem@fmr.com |
| andrew.fellingham@kochglobalcapital.com | andrew.hauser@bankofengland.co.uk |
| andrew.feltus@pioneerinvest.com | andrew.hay@biam.boi.ie |
| andrew.fent@commercebankc.com | andrew.hayes@ubsw.com |
| andrew.fisher@barclays.co.uk | andrew.hayward@resolutionplc.com |
| andrew.flack@mercantile.com | andrew.heiskell@mutualofamerica.com |
| andrew.fleming@aegon.com | andrew.herberts@swipartnership.co.uk |
| andrew.fleming@gb.abnamro.com | andrew.herenstein@lazard.com |
| andrew.flynn@tudor.com | andrew.higginson@uk.tesco.com |
| andrew.forshaw@cis.co.uk | andrew.hills@threadneedle.co.uk |
| andrew.fraser@anfis.co.uk | andrew.ho@ubs.com |
| andrew.fraser@swipartnership.co.uk | andrew.hodson@ers.state.tx.us |
| andrew.freris@bnpparibas.com | andrew.hokenson@piercap.com |
| andrew.g.newman@chase.com | andrew.holliman@threadneedle.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

andrew.hong@bernstein.com
andrew.hopson@ba-ca.com
andrew.houghton@gibuk.com
andrew.hsu@tcw.com
andrew.hung@jpmorganfleming.com
andrew.hutchinson@nationwide.co.uk
andrew.huxstep@fortis.com
andrew.hwang@caam.com
andrew.j.harris@citigroup.com
andrew.j.kazior@jpmchase.com
andrew.j.orchard@jpmorganfleming.com
andrew.j.powell@jpmorgan.com
andrew.jackson@sgam.co.uk
andrew.jameson@bis.org
andrew.jenkins@uk.fid-intl.com
andrew.jenkins@usaa.com
andrew.jenner@uk.mufg.jp
andrew.johnston@db.com
andrew.jones@blackrock.com
andrew.jones2@bmo.com
andrew.k.reid@barclays.com
andrew.kabala@lazard.com
andrew.kaufman@blackrock.com
andrew.kehnle@alliancebernstein.com
andrew.kerridge@citigroup.com
andrew.kiely@mondrian.com
andrew.king@au.abnamro.com
andrew.kluth@ngtgroup.com
andrew.kohl@midstates.org
andrew.kojima@silchester.com
andrew.krull@blackrock.com
andrew.l.brunson@bankofamerica.com
andrew.l.royle@usa.dupont.com
andrew.lacey@lazard.com
andrew.lake@fandc.com
andrew.lamb@barings.com
andrew.lane@ubs.com
andrew.larson@ubs.com
andrew.law@bpm.it
andrew.le@mercantile.com
andrew.lee@tcw.com
andrew.lee@wooribank.com
andrew.lees@aiminvestments.com

andrew.leger@blackrock.com
andrew.lenskold@credit-suisse.com
andrew.levy@bt.com
andrew.lewin@uk.fid-intl.com
andrew.lewis@aig.com
andrew.lin@deshaw.com
andrew.lindsay@uk.fid-intl.com
andrew.linford@glgpartners.com
andrew.logsdon@alcoa.com
andrew.lynch@pioneerinvestments.com
andrew.m.whelan@aib.ie
andrew.m.wilson@fmr.com
andrew.mackenzie@mailpoalim.co.uk
andrew.maclachlan@fandc.com
andrew.maclaren@ubs.com
andrew.macleod@fortisinvestments.com
andrew.maggio@morganstanley.com
andrew.malek@morganstanley.com
andrew.mann@gartmore.com
andrew.marchese@fmr.com
andrew.marks@nbf.ca
andrew.marshak@credit-suisse.com
andrew.marshall@gartmore.com
andrew.martin@uk.fid-intl.com
andrew.maschhoff@db.com
andrew.maselli@corporate.ge.com
andrew.mcconnell@bnpparibas.com
andrew.mccormick@impaccompanies.com
andrew.mcdonald@usbank.com
andrew.mcguire@ubs.com
andrew.mckaig@aegon.co.uk
andrew.mckinlay@blackrock.com
andrew.meister@thrivent.com
andrew.middleton@juliusbaer.com
andrew.millington@bailliegifford.com
andrew.mitchell@lbb.de
andrew.moffat@cis.co.uk
andrew.montford@uk.mufg.jp
andrew.moss@aviva.com
andrew.motion@transmaket.co.uk
andrew.moylan@ing.com.au
andrew.mulberry@tudor.com
andrew.munn@morganstanley.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

andrew.munn@rbccm.com
andrew.munro@aegon.co.uk
andrew.murphy@morganstanley.com
andrew.murray@everbank.com
andrew.myerson@bbh.com
andrew.nagele@lgim.co.uk
andrew.neilson2@scottishpower.plc.uk
andrew.ness@db.com
andrew.ness@swip.com
andrew.nesse@nordstrom.com
andrew.noonan@gecapital.com
andrew.norris@aberdeen-asset.com
andrew.norris@lazard.com
andrew.november@swipartnership.co.uk
andrew.obrien@morganstanley.com
andrew.obrien@usbank.com
andrew.oconnell@micorp.com
andrew.ofori@gs.com
andrew.oh@fmr.com
andrew.ohara@fandc.com
andrew.onslow@morganstanley.com
andrew.orchard@gs.com
andrew.p.brandon@jpmorgan.com
andrew.p.haas@usbank.com
andrew.p.pickup@jpmchase.com
andrew.palmer@group.landg.com
andrew.park@tcw.com
andrew.parower@aig.com
andrew.parr@fmr.com
andrew.pearson@fmr.com
andrew.peskin@mortgage.wellsfargo.com
andrew.petitjean@morganstanley.com
andrew.phillips@icgplc.co.uk
andrew.porter@mondrian.com
andrew.posen@morganstanley.com
andrew.potter@alliancebernstein.com
andrew.pratt@db.com
andrew.preston@aberdeen-asset.com
andrew.r.clark-hutchison@aib.ie
andrew.r.guest@jpmorgan.com
andrew.r.walton@norwich-union.co.uk
andrew.r@gordian.co.uk
andrew.raab@lazard.com

andrew.rand@db.com
andrew.randak@bbh.com
andrew.randell@morleyfm.com
andrew.reed@micorp.com
andrew.reiss@alliancebernstein.com
andrew.rem@fafadvisors.com
andrew.rendell@resolutionplc.com
andrew.renouf@credit-suisse.com
andrew.rhodes@ikb.de
andrew.richardson@threadneedle.co.uk
andrew.roberts@britannia.co.uk
andrew.robertson@pimco.com
andrew.robinson@nordlb.com
andrew.robinson@rabobank.com
andrew.rose@schroders.com
andrew.rosti@mercantile.com
andrew.rudolph@bankofamerica.com
andrew.ruskulis@mackayshields.com
andrew.russ@columbiamanagement.com
andrew.russell@gartmore.com
andrew.russell@us.bacai.com
andrew.rydon@axa-im.com
andrew.s.duff@pjc.com
andrew.saideman@westlb.com
andrew.sarnie@bankofamerica.com
andrew.schleiger@advantuscapital.com
andrew.schlossberg@ssmb.com
andrew.schlumper@pioneerinvest.com
andrew.schonfeld@bbh.com
andrew.sewell@citadelgroup.com
andrew.shankland@bankofengland.co.uk
andrew.shilston@london.entoil.com
andrew.shinn@morganstanley.com
andrew.shipman@allegiantgroup.com
andrew.shire@us.hsbc.com
andrew.shogan@morganstanley.com
andrew.simmons@arabbank.co.uk
andrew.singer@blackrock.com
andrew.smith@gibuk.com
andrew.smith@tudor.com
andrew.snowball@augustus.co.uk
andrew.soffler@deshaw.com
andrew.south@btfinancialgroup.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

andrew.spencer@barclaysglobal.com
andrew.stanners@aberdeen-asset.com
andrew.stapleton@ercgroup.com
andrew.stobart@bailliegifford.com
andrew.strathdee@bailliegifford.com
andrew.strickland@53.com
andrew.stringer@mhcb.co.uk
andrew.strommen@ubs.com
andrew.strong@threadneedle.co.uk
andrew.susser@mackayshields.com
andrew.sutherland@standardlife.com
andrew.sutphin@ubs.com
andrew.sutton@uk.mufg.jp
andrew.swanson@fmr.com
andrew.t.lim@jpmorgan.com
andrew.tan@hk.nomura.com
andrew.taubman@fmr.com
andrew.telfer@bailliegifford.com
andrew.tennant@wellsfargo.com
andrew.thompson@lloydstsb.co.uk
andrew.thornhill@rbccm.com
andrew.thut@blackrock.com
andrew.tipper@seb.se
andrew.tj.hsu@morganstanley.com
andrew.townsend@rabobank.com
andrew.trombley@moorecap.com
andrew.tucker@bbh.com
andrew.tunks@omam.co.uk
andrew.turner@uk.fid-intl.com
andrew.tusa@db.com
andrew.tytel@moorecap.com
andrew.ulland@blackrock.com
andrew.verplanck@gartmore.com
andrew.viney@rabobank.com
andrew.w.clouse@jpmchase.com
andrew.w.may@jpmchase.com
andrew.w.olson@pjc.com
andrew.waddington@btfinancialgroup.com.au
andrew.waisburd@harrisbank.com
andrew.walker@janus.com
andrew.waller@anz.com
andrew.wang@fenb-us.com
andrew.warwick@blackrock.com

andrew.watson@calyon.com
andrew.wealls@barclaysglobal.com
andrew.weir@uk.fid-intl.com
andrew.wessel@blackrock.com
andrew.white@avmltd.com
andrew.white@rbccm.com
andrew.white@ubs.com
andrew.wickham@insightinvestment.com
andrew.widdop@nomura.co.uk
andrew.widdows@barclaysglobal.com
andrew.wigren@fmr.com
andrew.wilkins@ubs.com
andrew.wilkoff@moorecap.com
andrew.willans@us.standardchartered.com
andrew.williamson-jones@blackrock.com
andrew.wilmont@axa-im.com
andrew.wilson@fortis.com
andrew.wilson@insightinvestment.com
andrew.wilton@blackrock.com
andrew.windmueller@fmr.com
andrew.winn@barclaysglobal.com
andrew.wise@barcap.com
andrew.wiseman@ljpc.com
andrew.wong@ubs-oconnor.com
andrew.woo@aberdeen-asset.com
andrew.wood@lloydstsb.co.uk
andrew.woodley@fandc.com
andrew.woods@cw.com
andrew.worth@jpmorgan.com
andrew.wrathall@baesystems.com
andrew.wright@moorecap.co.uk
andrew.x.stern@jpmorgan.com
andrew.xiao@ge.com
andrew.y.t.chan@hsbcpb.com
andrew.yeates@us.hsbc.com
andrew.yee@fmr.com
andrew.yeend@hsh-nordbank.com
andrew.yeowell@fandc.com
andrew.yong@claridenleu.com
andrew.yost@wachovia.com
andrew.yuen@barcap.com
andrew@bankisrael.gov.il
andrew@boc.or.kr

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| andrew@bok.or.kr | andrew_pace@conning.com |
| andrew@steginsky.com | andrew_robbins@blackrock.com |
| andrew@tudor.com | andrew_rofe@ldn.invesco.com |
| andrew_beal@nacm.com | andrew_shard@invescoperpetual.co.uk |
| andrew_belshaw@blackrock.com | andrew_silver@ml.com |
| andrew_bolton@blackrock.com | andrew_smith@canadalife.com |
| andrew_boschi@nylim.com | andrew_sommers@putnam.com |
| andrew_chai@swissre.com | andrew_stanbury@prusec.com |
| andrew_chlumecky@putnam.com | andrew_stephenson@rhco.com |
| andrew_chodorow@ssga.com | andrew_tait@westlb.co.uk |
| andrew_couch@newton.co.uk | andrew_tay@commerzbank.com.sg |
| andrew_cripps@britamtob.com | andrew_tenczar@ssga.com |
| andrew_d_kominik@fleet.com | andrew_w_withers@fleet.com |
| andrew_demko@lnotes3.bankofny.com | andrew_walker@standardlife.com |
| andrew_dyson@blackrock.com | andrew_ward@aon.com |
| andrew_fahey@putnam.com | andrew_weinman@americancentury.com |
| andrew_feng@freddiemac.com | andrew1.jackson@hsbcgroup.com |
| andrew_fensome@gb.smbcgroup.com | andrewb@scm-lp.com |
| andrew_freeman@freddiemac.com | andrewb_brown@conning.com |
| andrew_goodale@ssga.com | andrewcree@kbluxembourg.ie |
| andrew_graham@putnam.com | andrewcurtin@angloirishbank.ie |
| andrew_headley@newton.co.uk | andrew-db.chan@aig.com |
| andrew_hodder@bankofscotland.co.uk | andrew-gcd.smith@db.com |
| andrew_holdsworth@cargill.com | andrewhuang@cathaylife.com.tw |
| andrew_horoszczak@acml.com | andrewm1@nationwide.com |
| andrew_hsiai@nylim.com | andrewmartin@us.nomura.com |
| andrew_hyman@troweprice.com | andrewnwh@dbs.com |
| andrew_j_givens@victoryconnect.com | andrewodonohoe@angloirishbank.ie |
| andrew_jacobson@rsausa.com | andrewprekop@northwesternmutual.com |
| andrew_jones@hen.invesco.com | andrewr@firstcharter.com |
| andrew_kandolha@agfg.com | andrewrelph@gic.com.sg |
| andrew_kosche@ustrust.com | andrews@bessemer.com |
| andrew_kyle@troweprice.com | andrewt@mcm.com |
| andrew_liggio@ml.com | andrewtan@gic.com.sg |
| andrew_maack@vanguard.com | andreww@premierfunds.co.uk |
| andrew_mack@cargill.com | andrewwassweiler@northwesternmutual.com |
| andrew_matteis@putnam.com | andrewyeo@temasek.com.sg |
| andrew_mc_wu@hkma.gov.hk | andrewyu@gic.com.sg |
| andrew_mccormick@fanniemae.com | andre-xavier.fougerat@dexia-am.com |
| andrew_milligan@standardlife.com | andrey.ovchinnikov@uk.fid-intl.com |
| andrew_norris@scudder.com | andri.cantieni@bsibank.com |
| andrew_obin@ml.com | andria_sandora@em.fcnbd.com |
| andrew_oliver@blackrock.com | andriana.oikonomopoulou@rbscoutts.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| andries.hoekema@rabobank.com | andy.maniwa@japan.gartmore.com |
| andriy.bulava@inginvestment.com | andy.mann@baesystems.com |
| andriy.pokotilov@wamu.net | andy.martin@ubs.com |
| andrzej.blachut@juliusbaer.com | andy.mcclean@northernrock.co.uk |
| andrzej.krzeminski@bph.pl | andy.munday@hsbcam.com |
| andsv@danskebank.dk | andy.palmer@state.tn.us |
| andth@uk.danskebank.com | andy.payne@barcap.com |
| andy.acker@janus.com | andy.perets@moorecap.com |
| andy.banks@lgim.co.uk | andy.playle@swipartnership.co.uk |
| andy.booth@uk.abnamro.com | andy.pollock@first-franklin.com |
| andy.bourne@gb.vodafone.co.uk | andy.poon@scotiabank.com |
| andy.brown@cedarrockcapital.com | andy.richman@suntrust.com |
| andy.burrell@barclaysglobal.com | andy.robbins@zionsbank.com |
| andy.carter@fandc.com | andy.roelli@lloydsbank.ch |
| andy.cawker@insightinvestment.com | andy.s.ryden@hsbc.com |
| andy.chang@blackrock.com | andy.sassine@fmr.com |
| andy.christensen@state.mn.us | andy.sawyer@threadneedle.co.uk |
| andy.clark@bnymellon.com | andy.scace@rbccm.com |
| andy.conway@us.rbcds.com | andy.schleiger@ppamerica.com |
| andy.cope@barcap.com | andy.sirkis@redwoodtrust.com |
| andy.cope@barclayscapital.com | andy.smith@axaframlington.com |
| andy.cumming@lloydstsb.co.uk | andy.summers@janus.com |
| andy.damm@blackrock.com | andy.szabo@phxinv.com |
| andy.davis@pharma.novartis.com | andy.tam@janus.com |
| andy.dean@resolutionplc.com | andy.taylor@db.com |
| andy.denham@bbh.com | andy.tikofsky@schwab.com |
| andy.eesy@uobgroup.com | andy.tillman@micorp.com |
| andy.evans@insightinvestment.com | andy.tomsho@wachovia.com |
| andy.frepp@swipartnership.co.uk | andy.tyrell-clark@eu.nabgroup.com |
| andy.gabor@americas.bnpparibas.com | andy.vanlaer@fortisinvestments.com |
| andy.gang@ubs.com | andy.wace@axa-im.com |
| andy.gray@swipartnership.co.uk | andy.ward@ngc.com |
| andy.hartley@barclaysglobal.com | andy.waugh@tudor.com |
| andy.hill@gs.com | andy.witten@ubs.com |
| andy.hinde@rbccm.com | andy.wong@citigroup.com |
| andy.hunt@barclaysglobal.com | andy.yang@ap.ing.com |
| andy.jetter@fhlbtopeka.com | andy.yu@chinatrust.com.tw |
| andy.kanfer@bmo.com | andy.zhu@lazard.com |
| andy.kastner@csam.com | andy@boigm.com |
| andy.kastner@juliusbaer.com | andy@ellington.com |
| andy.kohnke@thehartford.com | andy@epsilonfunds.com |
| andy.lui@bis.org | andy@jyskebank.dk |
| andy.macdonald@morleyfm.com | andy@kdb.co.kr |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| andy@ksmanagement.com | anette.hellstom@ap3.se |
| andy@stw.com | anette.hjerto@klp.no |
| andy@watermarkgroup.com | anewati1@ford.com |
| andy@woodfern.com | anewma@jmsonline.com |
| andy_chen@megabank.com.tw | anfb@cgii.com |
| andy_clayton@notes.ntrs.com | anfelton@fdic.gov |
| andy_crossley@hen.invesco.com | ang.hui.hui@icprc.com |
| andy_drol@calpers.ca.gov | ang@perrycap.com |
| andy_gipp@standardlife.com | ang_l_middleton@fanniemae.com |
| andy_kiehl@invesco.com | angeern@gic.com.sg |
| andy_mackellow@notes.ntrs.com | angel.agudo@uk.fid-intl.com |
| andy_rafal@tigerconsumer.com | angel.bunesch@ubs.com |
| andy_reul@cargill.com | angel.chen@email.chinatrust.com.tw |
| andy_temming@cinfin.com | angel.espinar@grupobbva.com |
| andy_townsend@standardlife.com | angel.lupercio@umb.com |
| andy_varey@invescoperpetual.co.uk | angel.olofson@dnb.se |
| andy_warwick@blackrock.com | angel.ortiz@uk.fid-intl.com |
| andy_williams@glenmede.com | angel.serrat@jpmorgan.com |
| andyeng@northwesternmutual.com | angel.tello@caixacatalunya.es |
| andy-fernandes@itochu.co.jp | angel.ubide@tudor.com |
| andyfinks@caterpillar.com | angel.velez@schwab.com |
| andyh@mcm.com | angel_fernandez-ruiz@acml.com |
| andyhung@cathaylife.com.tw | angel_salazar@acml.com |
| andylee@gic.com.sg | angel-03604@email.esunbank.com.tw |
| andym@matrixlp.com | angela.al-alaiwat@arabbank.com.bh |
| andymcintosh@bankofny.com | angela.billick@bnpparibas.com |
| andyofee@bloomberg.net | angela.bishop@bapensions.com |
| andyqu@cmbchina.com | angela.bland@insightinvestment.com |
| andyt@ellington.com | angela.c.jones@bankofamerica.com |
| andytha.soemitro@danamon.co.id | angela.chen@chinatrust.com.tw |
| andytsai@cathaylife.com.tw | angela.chin@opco.com |
| aneek.saha@fmr.com | angela.choo@meespierson.com.sg |
| aneep_d_maniar@victoryconnect.com | angela.clark@gs.com |
| aneesa.agha@dartmouth.edu | angela.conti@db.com |
| aneesh.menon@ae.abnamro.com | angela.crews@suntrust.com |
| aneesh.partap@citadelgroup.com | angela.daloiso-willms@oppenheim.de |
| aneet.deshpande@allegiantgroup.com | angela.dewolff@lodh.com |
| aneil.ramroop@morleyfm.com | angela.diamantini@rainierfunds.com |
| aneszvecsko@epo.org | angela.freeman@wellsfargo.com |
| aneta.manceva@bbh.com | angela.garay@clf-dexia.com |
| aneta.wynimko@uk.fid-intl.com | angela.graham@lodh.com |
| aneta@ardsley.com | angela.grim@investecmail.com |
| anette.dyroff@feri.de | angela.guller@mortgage.wellsfargo.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| angela.hillebrand@avmltd.com | angelique.pieterse@pggm.nl |
| angela.kail@bailliegifford.com | angelita.legaspi@jpmorgan.com |
| angela.krebs@csadvisorypartners.com | angelo.abbondio@symphonia.it |
| angela.lewis@pioneerinvest.com | angelo.antonini@mpsgr.it |
| angela.liu@wamu.net | angelo.bigoni@ubm.it |
| angela.lockhart@csfb.com | angelo.brizi@capitalia-am.com |
| angela.mcdermott@gartmore.com | angelo.cardone@bancalombarda.it |
| angela.mclean@resolutionasset.com | angelo.ceccato@venetobanca.it |
| angela.modica@moorecap.com | angelo.cioffi@sanpaoloimi.com |
| angela.ngo@morleyfm.com | angelo.corbetta@pioneerinvestments.com |
| angela.nunn@mondrian.com | angelo.gasparotto@cibc.ca |
| angela.o'connor@ny.frb.org | angelo.iannella@tkb.ch |
| angela.oosterling@axa-im.com | angelo.latti@am.generali.com |
| angela.p.degis@citigroup.com | angelo.lietti@mediolanum.it |
| angela.r.thompson@altria.com | angelo.manioudakis@morganstanley.com |
| angela.santiago@gmam.com | angelo.mastromarini@jpmorgan.com |
| angela.streur@columbiamanagement.com | angelo.orlandi@hsbcpb.com |
| angela.stueben@hsh-nordbank.com | angelo.palermo@mpsgr.it |
| angela.uttaro@bbh.com | angelo.papale@ubs.com |
| angela.yu@blackrock.com | angelo.penna@mediolanum.it |
| angela_finn@ssga.com | angelo.ranaldo@ubs.com |
| angela_kw_sze@hkma.gov.hk | angelo.trementozzi@capitalia-am.com |
| angela_lyons@calpers.ca.gov | angelo.vanelli@arcafondi.it |
| angela_patel@putnam.com | angelo_lovallo@acml.com |
| angeladurrell@gic.com.sg | angelo_sirignano@manulife.com |
| angelantonio.reale@bancalombarda.it | angelo_vacirca@glenmede.com |
| angelascodellaro@northwesternmutual.com | angelos.georgoulis@mytilineos.gr |
| angelica.hanson@robur.se | angelriverag@bppr.com |
| angelica.m.quintero@jpmchase.com | anggelos.skutaris@clamericas.com |
| angelica.rodriguez.lopez@morganstanley.com | angie.au-yeung@barclaysglobal.com |
| angelica.wilson@aiminvestments.com | angie.brudevold@alliance.bernstein.com |
| angelien.kemna@ingim.com | angie.goeritz@gartmore.com |
| angelika.brandmaier@helaba.de | angie.hart@insightinvestment.com |
| angelika.grob@gz-bank.de | angie.marlow@53.com |
| angelika.millendorfer@rcm.at | angie.salam@db.com |
| angelika.molak@americas.bnpparibas.com | angie.wilson@aiminvestments.com |
| angelika.schulze@sachsenlb.de | angie@tcbank.com.tw |
| angelika.wehl@sv-versicherungen.de | angie_barksdale@freddiemac.com |
| angelina.chang@credit-suisse.com | angie_halteman@americancentury.com |
| angelina.grandel@pnc.com | angie_kavc@victoryconnect.com |
| angelina.tchang@citi.com | angiusd@wellsfargo.com |
| angeline.leong-sit@jpmorganfleming.com | anglaypheng@gic.com.sg |
| angelique.palmen@azl-group.com | anglaysuan@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| angsiokbeng@gic.com.sg | anil@daiwasbi.com.sg |
| angsoo2.kim@hanabank.com | anil_phull@symantec.com |
| angulez@bloomberg.net | anila.hoxha@fhlb.com |
| angus.bogle@uk.fid-intl.com | anilo@credem.it |
| angus.duncan@americas.bnpparibas.com | anily@wharton.upenn.edu |
| angus.forbes@glgpartners.com | aninda.mitra@bankofamerica.com |
| angus.franklin@bailliegifford.com | anindita.sharma@sg.pimco.com |
| angus.halkett@fandc.co.uk | aninni@spasset.lu |
| angus.kerr@aberdeen-asset.com | aniruddha.das@pimco.com |
| angus.macaskill@london.entoil.com | anirudh.srivastava@ubs.com |
| angus.muirhead@ubs.com | anis.m.lahlou-abid@jpmorgan.com |
| angus.parker@halbis.com | anish.parvataneni@citadelgroup.com |
| angus.robertson@morleyfm.com | anish.patel1@ge.com |
| angus.stening@erm.ie | anish.tawakley@bernstein.com |
| angus.woolhouse@gartmore.com | anisha.hirani@barclaysglobal.com |
| angus_cameron@westlb.co.jp | a-nishi@nochubank.or.jp |
| angus_pottinger@ldn.invesco.com | a-nishikawa@nissay.co.jp |
| angus_steel@deltalloyd.nl | anit.jain@morganstanley.com |
| anguscrozier@bloomberg.net | anita.barczewski@axa-im.com |
| angushui@bloomberg.net | anita.barjenvski@axa-im.com |
| anh.b.le@dartmouth.edu | anita.bhatia@hsh-nordbank.co.uk |
| anh.dung.nguyen@clamericas.com | anita.erzetic@morganstanley.com |
| anh.h.parisi@db.com | anita.higgins@bglobal.com |
| anh.mai@caam.com | anita.hughes@sachsenlb.ie |
| anh.nguyen@dexia-am.com | anita.k.rogers@conocophillips.com |
| anh@jyskebank.dk | anita.keij@rabobank.com |
| anha68@handelsbanken.se | anita.kelley@inginvestment.com |
| anhsu@bloomberg.net | anita.kelley@inginvestments.com |
| anhussain@investcorp.com | anita.krishnamoorthy@asbai.com |
| ani.chitaley@fmr.com | anita.manoj@morganstanley.com |
| ani.markova@agf.com | anita.mcdermot@bnymellon.com |
| anibal.rivera@bgf.gobierno.pr | anita.mei@harrisbank.com |
| anibal.taymes@daiwausa.com | anita.mucha@db.com |
| anido@bbvapr.com | anita.o'neill@threadneedle.co.uk |
| aniel_chandrikasingh@deltalloyd.nl | anita.ramnarain@db.com |
| anik.sen@aig.com | anita.shipp@ge.com |
| anika.gielow@de.pimco.com | anita.skipper@morleyfm.com |
| anika.mueller@dresdner-bank.com | anita.slosberg@us.fortis.com |
| anil.kashyap@chicagogsb.edu | anita.springer@db.com |
| anil.katarya@inginvestment.com | anita.sulmann@lodh.com |
| anil.lalchand@tcw.com | anita.yu@mizuho-cb.com |
| anil.rungta@fmr.com | anita@swissinv.com |
| anil.saddi@barclayscapital.com | anita_glencoe@bankone.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| anita_griffin@standardlife.com | ann.falken@se.abb.com |
| anita_johal@ustrust.com | ann.fischer@fmr.com |
| anita_xu@ssga.com | ann.garland@nationalcity.com |
| anitaowchan@hsbc.com.hk | ann.gill@wachovia.com |
| anivelca.abreu@ge.com | ann.granquist@ercgroup.com |
| anj1@cornell.edu | ann.hunt@chase.com |
| anja.beschorner@db.com | ann.larsson@ch.abb.com |
| anja.bickert@allianz.com | ann.liu@barclaysglobal.com |
| anja.eijking@fandc.com | ann.lowrey@micorp.com |
| anja.grenner@jpmorgan.com | ann.memery@socgen.com |
| anja.hochberg@credit-suisse.com | ann.meyer@janus.com |
| anja.hohaus@ahbr.de | ann.murphy@juliusbaer.com |
| anja.klockow@dghyp.de | ann.murray@uk.fid-intl.com |
| anja.lange@bkb.ch | ann.peterson@columbiamanagement.com |
| anja.moesli@claridenleu.com | ann.pham@pimco.com |
| anja.rolf@deka.de | ann.repke@blackrock.com |
| anja.seyfried@activest.de | ann.schulte@stpaul.com |
| anjali.samani@fandc.com | ann.srubar@aiminvestments.com |
| anjani.mediratta@gartmore.com | ann.vandenabeele@generali.be |
| anjo44@handelsbanken.se | ann.vazquez@usbank.com |
| anjum.hoda@jpmorgan.com | ann_bojka@keybank.com |
| anjun.zhou@morganstanley.com | ann_heffron@scudder.com |
| anke.detering@oppenheim.de | ann_hintzman@putnam.com |
| anke.m.haux@credit-suisse.com | ann_yf_kwan@hkma.gov.hk |
| anke.pelz-michel@dzbank.de | anna.andonova@fmr.com |
| ankit.garg@uk.standardchartered.com | anna.aroutiounova@bankofamerica.com |
| ankush.x.nandra@gsk.com | anna.badura@bnpparibas.com |
| ankwok@statestreet.com | anna.baldursdottir@isb.is |
| anl@danskebank.dk | anna.baron@morganstanley.com |
| anli.tan@rabobank.com | anna.brodey@insightinvestment.com |
| anma@statoil.com | anna.chenye@hk.caam.com |
| anmol.mehra@fmr.com | anna.chung@soros.com |
| ann.aoyama@rainierfunds.com | anna.cobau@bis.org |
| ann.arbiol@nestle.com | anna.davydova@fmr.com |
| ann.castro@bhf-bank.com | anna.deambrosis@realemutua.it |
| ann.chan@westernasset.com | anna.devine@sachsenlb.ie |
| ann.chuang@asia.bnpparibas.com | anna.e.szklarczyk@aibbny.ie |
| ann.cocquyt@fortis.com | anna.ernberg@towerbrook.com |
| ann.davis@citadelgroup.com | anna.facchinet@sgam.com |
| ann.dewar@aberdeen.asset.com | anna.francia@sella.it |
| ann.dixon@wachovia.com | anna.garceau@mackayshields.com |
| ann.doherty@jpmorgan.com | anna.gomez@citadelgroup.com |
| ann.e.heidenreich@jpmorgan.com | anna.gore@lazard.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| anna.griffel@wamu.net | anna.tsyrlova@novartis.com |
| anna.guglielmetti@csam.com | anna.uppamar@jpmorganfleming.com |
| anna.haemmerli@gs.com | anna.vaananen@tapiola.fi |
| anna.hawley@barclaysglobal.com | anna.vinci@ecb.int |
| anna.jegnell@swedbank.com | anna.viviani@bancaintesa.it |
| anna.joannou@jpmorgan.com | anna.von.knorring@swedbank.se |
| anna.kastrilevich@himco.com | anna.wallentin@db.com |
| anna.kidd@morganstanley.com | anna.x.haynes@jpmorgan.com |
| anna.kincannon@agribank.com | anna@ikos.com.cy |
| anna.koeppel@rwe.dea.com | anna_bulkovshteyn@putnam.com |
| anna.kouts@hansa.ee | anna_chin@ml.com |
| anna.lees-jones@investecmail.com | anna_dopkin@troweprice.com |
| anna.lindgren@nordea.com | anna_hahn@deshaw.com |
| anna.lombani@sanpaoloam.lu | anna_m_martinez@fanniemae.com |
| anna.lunden@aig.com | anna_maria.agresti@ecb.int |
| anna.m.kielbratowska@jpmorgan.com | anna_mitelman@putnam.com |
| anna.macdonald@threadneedle.co.uk | anna_tsu@acml.com |
| anna.magnusson@swisslife.de | anna_zable@invesco.com |
| anna.maher@pioneeraltinvest.com | annabel.betz@credit-suisse.com |
| anna.margot@uk.tesco.com | annabel.chevalier@banque-france.fr |
| anna.moro@sella.it | annabel.hornsby@lazard.com |
| anna.noonan@bnpparibas.com | annabel.murday@lloydstsb.co.uk |
| anna.nordin@dnb.se | annabel.varda@pacificlife.com |
| anna.nordstrom@ecb.int | annabell.annoff@bw-bank.de |
| anna.olander@ge.com | annabelle.bexiga@jpmorganflemming.com |
| anna.pandey@ge.com | annabelle.libeau@bnpparibas.com |
| anna.parisano@pncadvisors.com | annabelle.vinatier@lazard.fr |
| anna.peluso@bancaintesa.it | annabelle.wiriath@credit-agricole-sa.fr |
| anna.pigott@fortisinvestments.com | annachuang@gic.com.sg |
| anna.piney@insightinvestment.com | annaclaudia.furgericaramaschi@mpsgr.it |
| anna.powell@gtplc.com | anna-katharina.zimmel@bawag.com |
| anna.pryde@pimco.com | anna-lena.winberg@ap1.se |
| anna.rosati@bnlmail.com | annalise.tapia@chase.com |
| anna.rounsefell@aberdeen-asset.com | annamaria.antonelli@indesitcompany.com |
| anna.schneebeli@credit-suisse.com | annamaria.boldrini@sanpaolowm.com |
| anna.simons@bnpparibas.com | anna-maria.veckman@sampopankki.fi |
| anna.sloan@bailliegifford.com | annamarta.petrilli@lehman.com |
| anna.speretto@hsbcinvestments.com | annapaola.am.marchi@jpmorgan.com |
| anna.stavreska@wachovia.com | annapaola.zupo@piaggio.com |
| anna.stephan@axa-im.com | annarita.agostoni@mediobanca.it |
| anna.stevens@insightinvestment.com | annarita.consalvi@bnlmail.com |
| anna.suszynska@mf.gov.pl | annash@lehman.com |
| anna.troup@gs.com | annat@us.ibm.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| annatay@gic.com.sg | anne.marden@jpmorganfleming.com |
| anndou.mei@daido-life.co.jp | anne.marks@amgam.de |
| anne.aguilar@db.com | anne.matlock@barclaysglobal.com |
| anne.barker@dit.de | anne.mcevoy@pfizer.com |
| anne.beaudu@caam.com | anne.minahan@ubs.com |
| anne.bourgeois@claridenleu.com | anne.mitchell@fmr.com |
| anne.briglia@ubs.com | anne.montfort@csam.com |
| anne.brooks-senftleben@lbbw.de | anne.n.seeger@exxonmobil.com |
| anne.budlong@opcap.com | anne.nelson@anfis.co.uk |
| anne.buettener@hypovereinsbank.de | anne.ollier@axa-im.com |
| anne.butler@depfa.ie | anne.opitz@insightinvestment.com |
| anne.copperman@nbb.be | anne.osborne@blackrock.com |
| anne.demontrond@bnpparibas.com | anne.pascual@socgen.com |
| anne.dixon@fmr.com | anne.radermecker@fortis.com |
| anne.domagala@oracle.com | anne.rainguez@axa-im.com |
| anne.dubon@us.hsbc.com | anne.renna@citadelgroup.com |
| anne.duncan@scottishwidows.co.uk | anne.robson@morleyfm.com |
| anne.eklund@ibtco.com | anne.rodi@caam.com |
| anne.engen@nordea.com | anne.rosen@fmr.com |
| anne.esler@dartmouth.edu | anne.rudser@fmr.com |
| anne.ezendam@csam.com | anne.ruffin@caam.com |
| anne.farrelly@deshaw.com | anne.sander@gecapital.com |
| anne.fifick@prudential.com | anne.sander@genworth.com |
| anne.fils@fortisbank.com | anne.saxer@pnc.com |
| anne.fraser@swipartnership.co.uk | anne.sikora@cnp.fr |
| anne.froideval@bnpparibas.com | anne.tidmore@micorp.com |
| anne.g.kominek@ceridian.com | anne.tschanz@vontobel.ch |
| anne.gagliardini@axa-im.com | anne.verge@sinopia.fr |
| anne.gee@transamerica.com | anne.wong@asia.bnpparibas.com |
| anne.golden@biam.boi.ie | anne@ardsley.com |
| anne.goujon@fortis.lu | anne_b_wachter@vanguard.com |
| anne.gruz@bbl.fr | anne_boschert@calpers.ca.gov |
| anne.gruz@mpsa.com | anne_breen@standardlife.com |
| anne.harrison@funb.com | anne_briglia@prusec.com |
| anne.hegarty@pioneeraltinvest.com | anne_dickinson@ldn.invesco.com |
| anne.hetherington@swipartnership.co.uk | anne_durgavich@capgroup.com |
| anne.hohbein@xlgroup.com | anne_huynh@nacm.com |
| anne.hua@piercap.com | anne_spaulding@ustrust.com |
| anne.kristine.skappel@klp.no | anne_vu@nacm.com |
| anne.leborgne@sgam.com | annearend@bloomberg.net |
| anne.lemire@smr-invest.com | anne-berit.christiansen@norges-bank.no |
| anne.lester@jpmorganfleming.com | anne-caroline.szybilski@ubs.com |
| anne.m.thalman@jpmorgan.com | anne-catherine.delaye@dexia-am.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| annecatherine.pingeon@lodh.com | anne-soife.murphy@swedbank.com |
| anne-catherine.volders@degroof.lu | anne-sophie.barette@standardlife.ca |
| anne-cecile.blevin@labanquepostale-am.fr | anne-sophie.lebigre@sinopia.fr |
| anne-cecile.de-laulanie@barclays.co.uk | anne-sophie.sancerre@unibail-rodamco.com |
| annecelin.chenu@lloydsbank.ch | annete.goeke@bahn.de |
| anne-claire.petit@db.com | annett.baumast@zkb.ch |
| annee@tcb-bank.com.tw | annett.hempel@telekom.de |
| annefleurbaaij@gic.com.sg | annett.solty@bhf-bank.com |
| anne-francoise.doosthove@caam.com | annett.wiedemann@db.com |
| anne-francoise.sorasio@caam.com | annette.bierweiler@devif.de |
| anne-francoise.woolf@fortis.lu | annette.detken@kfw.de |
| annegret.kintzig-solbach@telekom.de | annette.fraser@aberdeen-asset.com |
| annegret.steinmetz@oppenheim.de | annette.guyekordus@associatedbank.com |
| anneke.galema@ingim.com | annette.hellmer@micorp.com |
| anne-laure.bronstein@bred.fr | annette.henke@oppenheim.lu |
| anneli.brummer@swedbank.com | annette.henriksson@riksbank.se |
| annelie.gabriel@lrp.de | annette.keil@aareal-bank.com |
| annelie.lakner@electrolux.se | annette.klein@db.com |
| annelise.eschmann@credit-suisse.com | annette.krause@dexia.de |
| annelise.lengrand@axa-im.com | annette.langner@helaba.de |
| anne-lise.ugo@ikano.lu | annette.lebaron@db.com |
| anne-maj.lonnberg@nokia.com | annette.lobotzki@cnp.fr |
| annemarie.dumas@caam.com | annette.love@harrisbank.com |
| annemarie.eckart@axa-im.com | annette.m.croke@aib.ie |
| anne-marie.fink@jpmorgan.com | annette.morales@blackrock.com |
| annemarie.flynn@aib.ie | annette.mueller@dzbank.de |
| annemarie.french@resolutionasset.com | annette.o'reilly@boimail.com |
| annemarie.gemma@frbny.sprint.com | annette.pacl-schneeweis@frankfurt-trust.de |
| anne-marie.heverin@ubs.com | annette.shaw@fblfinancial.com |
| anne-marie.lagarde@saint-gobain.com | annette.thompson@fmglobal.com |
| anne-marie.main@swipartnership.co.uk | annette.vunderink@ingim.com |
| annemarie.mijer-nienhuis@mail.ing.nl | annette.weir@citadelgroup.com |
| anne-marie.rieu@banque-france.fr | annevalere.amo@lodh.com |
| anne-marie.shepherd@gs.com | anneve_y_h997-7746ughes@fleetbank.com |
| annemarie.sullivan@mizuhocbus.com | anni15@handelsbanken.se |
| anne-marie.vigneulle@sinopia.fr | annick.lauper@ubs.com |
| annemarie@groupama.fr | annick.santerre@dit.de |
| anne-marie_corry@westlb.co.uk | annie.balmon-raccah@hsbcpb.com |
| anne-marie-sft.morel@edf.fr | annie.brunschwig@hsbcpb.com |
| anne-marit.flatrud@gjensidige.no | annie.cheng@sscims.com |
| annemieke.coldeweijer@ingim.com | annie.chong@morganstanley.com |
| anne-pascale.bauwens@ingim.com | annie.hsieh@citigroup.com |
| anne-selime.demurard@bnpparibas.com | annie.ji@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| annie.johnson@northernrock.co.uk | anoyes@congressasset.com |
| annie.liu@agf.com | anparkij@kdb.co.kr |
| annie.mirzaians@pimco.com | anparkij@kdb.com.kr |
| annie.raccah@hsbcpb.com | anperez@safei.es |
| annie.rittgers@dartmouth.edu | anrodrig@msdw.es |
| annie.tsao@alliancebernstein.com | ans.it@adia.ae |
| annie.wy.soo@ing.com.hk | ansgar.klatte@dws.com |
| annie.xiao@ers.state.tx.us | ansgar.puellen@amb.de |
| annie.yip@bbh.com | ansgar.wittenbrink@essenhyp.com |
| annie@rentec.com | an-sofie.meirsschaut@fortisbank.com |
| annie_kelliher@fanniemae.com | anson.sng@asia.ing.com |
| annie_tran@swissre.com | ansour@marchpartners.com |
| anniechai@hsbc.com.hk | anspachm@fhlbsf.com |
| annie-claude.horvilleur@bnpparibas.com | ansteven@bloomberg.net |
| annika.bolin@seb.se | ansuinelli@mpsgr.it |
| annika.cortellini@bbls.ch | ant.garces@grupobbva.com |
| annika.czybulka@ikb-cam.de | ant@ubp.ch |
| annika.falkengren@seb.se | antb@capgroup.com |
| annika.wijkstrom@swedbank.com | anterieux.n@rothschild-cie.fr |
| annk@woodstockcorp.com | anth.valencia@tcw.com |
| annkato@nochubank.or.jp | anthonie_wain@putnam.com |
| annkiong@mfs.com | anthony.aiello@nav-international.com |
| annli@mail.notes.bank-of-china.com | anthony.arlauckas@mercantile.com |
| ann-mari.carlsson@inv.spp.se | anthony.attardo@jpmorgan.com |
| annmarie.brown@bmo.com | anthony.bailly@fr.rothschild.com |
| annmarie.egan@soros.com | anthony.bionda@hsbcpb.com |
| annmarie.ferretti@gs.com | anthony.boase@fafadvisors.com |
| ann-marie.hanley@pioneerinvest.com | anthony.bolton@uk.fid-intl.com |
| ann-marie.karlsson@swedbank.se | anthony.brooks@barclays.co.uk |
| annmarie.ryan@db.com | anthony.broussard@trs.state.tx.us |
| annmarie.stanina@advantuscapital.com | anthony.brown@fandc.co.uk |
| annou@gestielle.it | anthony.buchanan@hp.com |
| ann-sofie.joensson@ch.abb.com | anthony.burger@usbank.com |
| annukka.tokkari@evli.com | anthony.burrell@db.com |
| anny_chen@calpers.ca.gov | anthony.burton@glg.com |
| annytsang@gic.com.sg | anthony.camp@us.ing.com |
| anocella@fbtx.com | anthony.chan@alliancebernstein.com |
| anoll@westpac.com.au | anthony.chan@hk.ca-assetmanagement.com |
| anoop.kumar@gm.com | anthony.chan@mhcb.co.uk |
| anoop_manhas@westlb.co.uk | anthony.chedid@pioneerpathcap.com |
| anorman@standishmellon.com | anthony.chisnall@gibuk.com |
| anorton@copera.org | anthony.chow@schroders.com |
| anovitske@soam.com | anthony.chung@bernstein.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| anthony.cohen@bbls.ch | anthony.koo@pnc.com |
| anthony.colacino@wachovia.com | anthony.koon@bnymellon.com |
| anthony.comorat@harrisbank.com | anthony.l.karydakis@jpmorgan.com |
| anthony.corbett@db.com | anthony.lechiara@ubs.com |
| anthony.corbisiero@soros.com | anthony.lee@woolwich.co.uk |
| anthony.creighton@db.com | anthony.liu@barclaysglobal.com |
| anthony.cros@ing.mc | anthony.luu@aig.com |
| anthony.d.dixon@columbiamanagement.com | anthony.luu@db.com |
| anthony.dagostino@53.com | anthony.m.brown@jpmorgan.com |
| anthony.dandria@moorecap.com | anthony.maletta@morganstanley.com |
| anthony.david@morleyfm.com | anthony.mariani@ge.com |
| anthony.deagan@ing.com.au | anthony.martinangelo@pharma.novartis.com |
| anthony.deluca@moorecap.com | anthony.masurek@huntington.com |
| anthony.deluise@credit-suisse.com | anthony.mercer@gsk.com |
| anthony.dunleavy@nboc.com | anthony.michael@aberdeen-asset.com |
| anthony.dupiellet@federal-finance.fr | anthony.minopoli@kofc.org |
| anthony.e.brown@uk.btmeurope.com | anthony.neilson@paretopartners.com |
| anthony.eggington@barclaysglobal.com | anthony.nguyen@pimco.com |
| anthony.eltvedt@philips.com | anthony.novara@nationalcity.com |
| anthony.era@usaa.com | anthony.p.paquette@bankofamerica.com |
| anthony.fashana@barclaysglobal.com | anthony.pallier@accor.com |
| anthony.faulkner@umb.com | anthony.panter@barclaysglobal.com |
| anthony.finan@bnpparibas.com | anthony.pedone@chase.com |
| anthony.fletcher@aberdeen-asset.com | anthony.penson@insightinvestment.com |
| anthony.fogler@lodh.com | anthony.pizzino@tudor.com |
| anthony.forcione@blackrock.com | anthony.pope@nisanet.com |
| anthony.gibbons@moorecap.com | anthony.pryor@barclaysglobal.com |
| anthony.gillham@skandia.co.uk | anthony.purcell@columbiamanagement.com |
| anthony.grate@gecapital.com | anthony.r.candelmo@jpmorgan.com |
| anthony.greep@citadelgroup.com | anthony.r.winkeler@wellsfargo.com |
| anthony.gunning@omam.co.uk | anthony.roberts@53.com |
| anthony.hanson@morganstanley.com | anthony.robson@mandg.co.uk |
| anthony.harris@bmonb.com | anthony.romantino@pncadvisors.com |
| anthony.hart@daiwasbi.co.uk | anthony.rotondi@chase.com |
| anthony.hayot@uk.bnpparibas.com | anthony.routh@inginvestment.com |
| anthony.hes@ubs.com | anthony.santostefano@db.com |
| anthony.heyman@blackrock.com | anthony.scalfani@allstate.com |
| anthony.isola@chase.com | anthony.sclafani@allstate.com |
| anthony.jacob@us.standardchartered.com | anthony.shrubb@bnpparibas.com |
| anthony.jones@statestreet.com | anthony.smith-meyer@bgl.lu |
| anthony.king@aig.com | anthony.sneag@inginvestment.com |
| anthony.ko@deshaw.com | anthony.sneag@mackayshields.com |
| anthony.kontkowski@glgpartners.com | anthony.socci@inginvestment.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| anthony.stern@sixcontinents.com | anthony_xuereb@acml.com |
| anthony.stewart@daiwausa.com | anthony_yau@ssga.com |
| anthony.terrano@citadelgroup.com | anthony-1525@email.esunbank.com.tw |
| anthony.toscano@drkw.com | anthonycheng@dbs.com |
| anthony.tutrone@citigroup.com | anthonyhui@gic.com.sg |
| anthony.vandaalen@csam.com | anthonylim@gic.com.sg |
| anthony.vanimpe@db.com | anthonypolston@northwesternmutual.com |
| anthony.vigilante@mackayshields.com | anthonytan@mas.gov.sg |
| anthony.waldichuk@lpl.com | antinarellar@gruppocredit.it |
| anthony.walton@standardchartered.com | antionette.dennis@ny.frb.org |
| anthony.wilson@creditlyonnais.co.uk | antionetteparish@northwesternmutual.com |
| anthony.yong@daiwausa.com | antje.braun@db.com |
| anthony.zarmakoupis@bmo.com | antje.fischer@helaba.de |
| anthony@findlaypark.com | antje.fricke@bhf-bank.com |
| anthony@hgk.com | antje.hargarter@deka.de |
| anthony_adornetto@ml.com | antje.lechner@dws.com |
| anthony_cheng@westlb.co.uk | antje.steinthal@hsh-nordbank.com |
| anthony_cinquemani@swissre.com | antoaneta.zaharieva@db.com |
| anthony_davis@fanniemae.com | antoine.baert@sgcib.com |
| anthony_duyck@ml.com | antoine.beaugendre@axa-im.com |
| anthony_falzarano@ssga.com | antoine.bedin@calyon.com |
| anthony_fiore@ssga.com | antoine.bertagna@jpmorgan.com |
| anthony_foley@ssga.com | antoine.brunet@lazard.fr |
| anthony_golowenko@ssga.com | antoine.burindesroziers@edfgdf.fr |
| anthony_grandolfo@progressive.com | antoine.caudrillier@bayernlb.de |
| anthony_han@americancentury.com | antoine.chardonduranquet@calyon.com |
| anthony_hill@manulifeusa.com | antoine.chausson@bnpparibas.com |
| anthony_iuliano@glenmede.com | antoine.chiche@gs.com |
| anthony_j_abbate@fleet.com | antoine.courvoisier@lloydsbank.ch |
| anthony_j_magdowski@comerica.com | antoine.decrepy@axa-im.com |
| anthony_lawlor@westlb.co.uk | antoine.demenibus@bp-sd.com |
| anthony_lee@blackrock.com | antoine.demiramon@cnce.caisse-epargne.fr |
| anthony_lofaso@westlb.com | antoine.devaublanc@cnp.fr |
| anthony_luu@glic.com | antoine.dieulot@bbh.com |
| anthony_malloy@nylim.com | antoine.duquesnoy@labanquepostale-am.fr |
| anthony_mccreary@freddiemac.com | antoine.esposito-morrone@axa-im.com |
| anthony_migliozzi@ml.com | antoine.foetisch@ubs.com |
| anthony_monforton@ustrust.com | antoine.fromenteze@cnp.fr |
| anthony_r_durant@vanguard.com | antoine.furcy@bnpparibas.com |
| anthony_scherrer@ustrust.com | antoine.hamoir@dexia-am.com |
| anthony_silva@fanniemae.com | antoine.hennequin@lamondiale.com |
| anthony_sutton@putnam.com | antoine.josserand@axa-im.com |
| anthony_tammaro@acml.com | antoine.laurent@ca-assetmanagement.fr |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| antoine.lissowski@cnp.fr | antonia.kopitsa@sgam.com |
| antoine.machado@sgam.com | antonia.lloyd@blackrock.com |
| antoine.maffre@cnp.fr | antonia.morales@jpmorgan.com |
| antoine.massoud@axa-im.com | antonia.morgan@ca-suisse.com |
| antoine.mathon@caam.com | antonia.sala@st.com |
| antoine.ortiz@thehartford.com | antonina.antonova@tcw.com |
| antoine.pain@citigroup.com | antonino.giaquinta@grupobbva.com |
| antoine.vercherin@ie.dexia.be | antonino.patrone@dexia.be |
| antoine.veyrassat@oenb.at | antonino.sprizzi@ubae.it |
| antoine.walter@ca-indosuez.com | antonio.agliardi@realemutua.it |
| antoine_baert@westlb.co.uk | antonio.alberto.camboa@bancobpi.pt |
| antoine_stallings@freddiemac.com | antonio.alhamar@grupobbva.com |
| antoine-pierre.degrammont@bil-dexia.com | antonio.anselmi@bnlmail.com |
| antoinette.addison@ubs.com | antonio.antoniles@cajaduero.es |
| antoinette.eltz@pimco.com | antonio.aprea@credit-suisse.com |
| antoinette_ridout@elliottandpage.com | antonio.bergamasco@bipiemmesgr.com |
| anton.an@fmr.com | antonio.bertone@bnpparibas.com |
| anton.c.pil@jpmorganfleming.com | antonio.bianchi@bsibank.com |
| anton.dombrovsky@de.pimco.com | antonio.bovo@bancalombarda.it |
| anton.eser@lgim.co.uk | antonio.casuscelli@bsibank.com |
| anton.karadakov@ubs.com | antonio.catanese@db.com |
| anton.knecht@stg.ch | antonio.cesarano@banca.mps.it |
| anton.sussland@credit-suisse.com | antonio.colavolpe@bnlmail.com |
| anton.wouters@nl.abnamro.com | antonio.crisafulli@cattolicaassicurazioni.it |
| anton@gr.dk | antonio.damiao@santander-ga.pt |
| anton_haidorfer@fanniemae.com | antonio.domingues.catana@bancobpi.pt |
| anton_martin@westlb.co.uk | antonio.dossantos@glgpartners.com |
| anton_simon@putnam.com | antonio.fananas-ramiro@dresdner-bank.ch |
| anton_tabakh@acml.com | antonio.fazzone@juliusbaer.com |
| antonella.manganelli@morganstanley.com | antonio.ferraresi@pioneerinvest.ie |
| antonella.masoero@ersel.it | antonio.flores@nokia.com |
| antonella.massari@unicredit.it | antonio.francisco@bcb.gov.br |
| antonella.michelino@dexia.com | antonio.garcesii@sunlife.com |
| antonella.pesatori@bancaintesa.it | antonio.garre@grupobbva.com |
| antonella.radetti@mpsgr.it | antonio.granito@bancaintesa.it |
| antonella_muscarella@putnam.com | antonio.ligori@bsibank.com |
| antonellip@aetna.com | antonio.lovecchio@lodh.com |
| antonello.beverie@nab.ch | antonio.mantarro@claridenleu.com |
| antonello.ditaranto@pioneerinvest.it | antonio.manzini@ubs.com |
| antoni.banon@andbanc.com | antonio.mastrangelo@fortis.lu |
| antoni.banon@mongestio.com | antonio.melero@andbanc.com |
| antoni.forgues@lgim.co.uk | antonio.migliorini@sanpaolo.com |
| antonia.koenig@ubs.com | antonio.nevada@aibny.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| antonio.oro@claridenleu.com | anu.sahai@inginvestment.com |
| antonio.osorio@abbey.com | anu.thomas@fmr.com |
| antonio.pagano@westlb.co.uk | anu_kothari@ssga.com |
| antonio.pereira@fandc.com | anuar@bnm.gov.my |
| antonio.perez@ch.abnamro.com | anuj.chandra@himco.com |
| antonio.perez@pictet.com | anuj.mutreja@glgpartners.com |
| antonio.pilato@am.generali.com | anuj.sarin@geind.ge.com |
| antonio.pintocoelho@bcp.pt | anumeet.sawhney@prudential.com |
| antonio.piras@ubs.com | anunes@servibanca.pt |
| antonio.ramos@harrisbank.com | anup.goswami@rbccm.com |
| antonio.ruozi@grupobbva.com | anup.marda@bms.com |
| antonio.saiz@grupobbva.com | anup_goswami@ml.com |
| antonio.saolini@bnlmail.com | anupam.agrawal@ubs.com |
| antonio.tomaselli@universoservizi.com | anupam.batura@whartonco.com |
| antonio.vaz@cgd.pt | anupam.sanyal@alliancebernstein.com |
| antonio_dusi@generali.com | anupch@bloomberg.net |
| antonio_prosdocimo@bpmarostica.it | anurag.sanghai@fmr.com |
| antoniogarciauser@company.com | anurag_mishra@ssga.com |
| antonios.gemeliaris@westlb.co.uk | anurag_wakhlu@ssga.com |
| antonios.koutsoukis@credit-suisse.com | anuragd@mcm.com |
| antonius.knep@juliusbaer.com | anuschka.prokot@bhf-bank.com |
| antony.lingard@sgcib.com | anusha.prasad@bankofamerica.com |
| antony.milford@framlington.co.uk | anuska.gonzalvo@philips.com |
| antony.sander@ubs.com | anussenblatt@sunamerica.com |
| antony.sorgo@juliusbaer.com | anuya.dhage@sscims.com |
| antony.swalwell@northernrock.co.uk | anwalker@bankofny.com |
| antony.trory@fandc.com | anweinbe@lehman.com |
| antony.voznesensky@pimco.com | anwiti.bahuguna@columbia.com |
| antony.woods@smiths_group.com | anya.abdulakh@lazard.com |
| antony.x.vallee@jpmorgan.com | anzelm.cydzic@bailliegifford.com |
| antony_d_drew@fanniemae.com | aobrien@bloomberg.net |
| antonydirga@temasek.com.sg | aobrien@lordabbett.com |
| antonyi@nbd.com | aocasio@rbmg.com |
| antonyshynkg@bernstein.com | aochs@meag.com |
| antoon.pelsser@ing.nl | aocko@aegon.nl |
| antti.marttila@okobank.com | aodhagan.byrne@ilim.com |
| antti.nurminen@bof.fi | aodonnell@tigerglobal.com |
| antti.petajisto@yale.edu | aoganezov@westernasset.com |
| antti.rikka@aktia.fi | aogorman@tudor.com |
| antti.urvas@sampo.fi | aohri@lordabbett.com |
| anu.kallio@nokia.com | aoife.ferris@eaglestarlife.ie |
| anu.narula@axaframlington.com | aoife.m.doyle@aibbny.ie |
| anu.sachdeva@aig.com | aoife.m.naughton@aibbny.ie |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

aoife.m.rooney@aibbny.ie
aoife_fitzpatrick@ml.com
aojinaga@ahorro.com
aojinaga@bcn.ahorro.com
a-okamoto@nochubank.or.jp
aoki@chuomitsui-spr.com.sg
aoki@nam.co.jp
aoki_yoshifumi@dn.smbc.co.jp
aoki20848@nissay.co.jp
aolegario@bloomberg.net
aolivares@alliancebernstein.com
aolivier@generali.nl
aoneill@mfs.com
aong@angelogordon.com
aorane@tiaacref.org
aoreilly@coventrybuildingsociety.co.uk
aoreilly@wasatchadvisors.com
aorr8@bloomberg.net
aosaka_yasuhiko@ub.smbc.co.jp
aot.tr@adia.ae
aotomo@ctcbjp.com
a-otsuka@ikedabank.co.jp
aourso@tiaa-cref.org
aourusoff@dsaco.com
aous.labbane@sgam.com
aousticl@creditmutuel.fr
aowens@ftci.com
aown@sgrf.gov.om
aoya@pictet.com
aoyama_satoshi@dn.smbc.co.jp
ap@bankinvest.dk
ap@dodgeandcox.com
ap@temasek.com.sg
apace@westernasset.com
apadva@nb.com
apagani@loomissayles.com
apagnoni@bloomberg.net
apaisley@kempen.nl
apak2@wharton.upenn.edu
apalerm@banxico.org.mx
apanchamsingh@mfs.com
apandey@ocwen.com
apansini@selex-si.com

apant@farcap.com
apanteli@dkb.com
apaone@wellington.com
apapa@provbank.com
aparekh@tiaa-cref.org
aparets@ifsam.com
aparikh@arielinvestments.com
aparish@oppenheimerfunds.com
aparker@saw.com
aparmar@ftci.com
aparower@nylim.com
aparra@gs.com
apartani@wellington.com
aparthas@allstate.com
apatel@tiaa-cref.org
apatel2@bloomberg.net
apatel2@metlife.com
apathak@jhancock.com
apatrick@bankpng.gov.pg
apatros@westernasset.com
apaul@newsalemcapital.com
apaulo@mfs.com
apchoquenet@cpr-am.fr
apcm@alaska.net
apcyap@metrobank.com.ph
apearl@provnet.com
apeat@bloomberg.net
apeck@deerfieldcapital.com
apedroal@cajamadrid.es
apedrosl@bankinter.es
apeled@evergreeninvestments.com
apellicci@atlanticasset.com
apeltzer@fountaincapital.com
apenbrin@bloomberg.net
apennellatore@mfs.com
apennetti@deerfieldcapital.com
aperciballi@oppenheimerfunds.com
aperepel@lehman.com
aperepl@lehman.com
aperezla@cajamadrid.es
aperezma@notes.banesto.es
aperrino@the-ark.com
apershukova@repsolypf.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| apersson@tiaa-cref.org | aprather@loews.com |
| apetach@ford.com | aprehn@mapension.com |
| apeters@frk.com | apresby@ohiosavings.com |
| apexmom@bloomberg.net | april.chrysostomas@morganstanley.com |
| aphillips@blackrock.com | april.eddington@uk.fid-intl.com |
| aphoel@exchange.ml.com | april.fraser@aberdeen-asset.com |
| apiccinich@nb.com | april.haley@bankofamerica.com |
| apier@bankinter.es | april.larusse@insightinvestment.com |
| apilch@bmtc.com | april.robbins@ubs.com |
| apiloto@servibanca.pt | april.seah@pioneerinvest.ie |
| apineta@statestreet.com | april.sommese@csam.com |
| apiozzi@bloomberg.com | april.tuders@uboc.com |
| apisacane@jmsonline.com | april_goodman@putnam.com |
| apitale@opcap.com | april_norris@agfg.com |
| apitts@ifc.org | apriljones@babsoncapital.com |
| apkfma@comcast.net | aprille.johnson@inginvestment.com |
| aplam@wellington.com | apritchett@sterneagee.com |
| aplatts@martincurrie.com | apritti@nb.com |
| aplazam@repsol-ypf.com | aprofeti@fideuramsgr.it |
| aplummer@wbcap.net | aprofita@bpmny.com |
| apmfx@hotmail.com | aprs@capgroup.com |
| apnobili@inasim.gruppoina.it | aprudent@unigestion.com |
| apoestges1@bloomberg.net | apu@dfafunds.com |
| apolidor@tiaa-cref.org | apuccini@fideuramireland.ie |
| apolitis@allianz.gr | apuetz@meag.com |
| apollack@newyorklife.com | apuglissi@hgk.com |
| apollard@kaupthing.net | apullano@nb.com |
| apomeroy@jhancock.com | apulliam@bbandt.com |
| aponte1@mercantilcb.com | aquabally@wooribank.com |
| apoole@hbk.com | aquezada@metlife.com |
| apopovi2@frk.com | ar@capgroup.com |
| aportill@pimco.com | ar64@ntrs.com |
| aposthoff@union-investment.de | ara.hamamjian@hp.com |
| apostolos.mimikos@seb.co.uk | arace@templeton.com |
| apostolos.thimianakis@credit-suisse.com | araceli_munoz@westlb.co.uk |
| apoucuturi@cfm.mc | araci.mithat@pmintl.ch |
| apower@sanwaint.com | aradick@caxton.com |
| apowers@ustrust.com | arado@bcentral.cl |
| apozasco@notes.banesto.es | arafferty@martincurrie.com |
| app@dendanskebank.dk | arahim@fandc.co.uk |
| aprabhu@wisi.com | arahme@oddo.fr |
| aprampolini@morvalgestion.com | arahmed@anb.com.sa |
| apratgay@bcra.gov.ar | arai.m@daiwa-am.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| araihl@russell.com | areda@tweedy.com |
| araiso@daiwa-am.co.jp | areddi@williamblair.com |
| arako_hideyuki@ub.smbc.co.jp | areeves@hbk.com |
| arali@statestreet.com | areeves@westernasset.com |
| aralli@pictet.com | aref.barbeer@arabbanking.com |
| aramachandran@loomissayles.com | arei2@allstate.com |
| aramaswamy@ifc.org | areichinger@meag.com |
| aramer@fiduciarymgt.com | areid@russell.com |
| arames@essexinvest.com | areitma@templeton.com |
| aramirez@condor.bcentral.cl | aremedio@cityntl.com |
| aramos@iidenergy.com | aren.wegner@dekabank.de |
| aramsay@westpac.com.au | aren@nykredit.dk |
| aran.gordon@morleyfm.com | arennert@caxton.com |
| arancha.cano@ubs.com | ares_a@telefonicamoviles.com |
| arandall@bpbtc.com | arfas@bloomberg.net |
| arang93@kdb.co.kr | arh@ubp.ch |
| arangaraj@bloomberg.net | arheiskell@wellington.com |
| aranzazu.m.sardina@jpmorganfleming.com | arhenderson@alcatel-lucent.com |
| arao5@ford.com | arhudson@princeton.edu |
| araouf@aaibank.com | ari.ezra@caam.com |
| arash.pezeshkpour@aberdeen-asset.com | ari.luukkonen@tapiola.fi |
| aratcliffe@ustrust.com | ari_krupp@troweprice.com |
| aravenscroft@silchester.com | ari_zaionz@scotiacapital.com |
| aravind.reddy@dartmouth.edu | ariadne.freymuth@lbb.lu |
| arb.em@adia.ae | arian.faesch@ubs.com |
| arb@bankinvest.dk | arian.raoufi@cominvest.de |
| arb2@ntrs.com | ariane.bender@lodh.com |
| arc@ubp.ch | ariane.huget@lbbw.de |
| arcadio.pasqual@bancaroma.it | ariane.salamy@lmginv.com |
| arch_king@ntrs.com | ariani@bnm.gov.my |
| archana.anumula@ubs.com | arianne.pagsisihan@tcw.com |
| archana.gupta@sek.se | aribr@bezeq.com |
| archana.jiwnani@socgen.com | arichardson@qgcapital.com |
| archi.quddus@tateandlyle.com | arichmond@troweprice.com |
| archie_struthers@ml.com | aridall@templeton.com |
| archontakis@union-panagora.de | arie.assayag@sgam.com |
| arcuri.ja@pg.com | arie.boleslawski@db.com |
| ardavan.mobasheri@aig.com | arie.hooimeijer@rabobank.com |
| ardavan.nozari@citigroup.com | ariel.blumencwejg@americas.bnpparibas.com |
| ardesai@wellington.com | ariel.chen@sgcib.com |
| ardhayadi@bi.go.id | ariel.diaz@firstbankpr.com |
| ardw@cgii.com | ariel.kuperminc@fhlb-pgh.com |
| arebell@loews.com | ariel.roskis@gs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

arielchou@tcbank.com.tw
arielj@bloomberg.net
arielle.heuse@ethias.be
ariellin@tcbank.com.tw
aries.yeo@jpmorganfleming.com
ariet@fibi.co.il
arif.mohamed@lazard.com
arif.mumtaz@arabbanking.com
arif@rentec.com
arif_husain@acml.com
ariga-mi@daiwasbi.co.jp
arijana.samsoniene@citigroup.com
arijit.banerjee@fmr.com
arikawa@daiwasbi.co.jp
arinc.yurtkuran@finansbank.com.tr
aris.allegos@hk.nomura.com
aris.vatis@uk.fid-intl.com
aris@hcmny.com
arisa.hata@barings.com
arisj@bloomberg.net
aristotelis.skarentzos@nbg.gr
aritat@sumitomotrust.co.jp
aritossa@nbgisec.com
arittenberry@jennison.com
arivera@schny.com
arivoire@pictet.com
arjan.gort@pggm.nl
arjan.palthe@nl.abnamro.com
arjan.stubbe@indoverbank.com
arjan.tol@kasbank.com
arjen.dibbets@nl.abnamro.com
arjen.pasma@nl.abnamro.com
arjen.prinsen@nl.abnamro.com
arjen.sap@meespierson.com
arjen.soederhuizen@nl.abnamro.com
arjen.van.leeuwen@kasbank.com
arjen.vanderlinden@abnamro.com
arjen.vonk@ingim.com
arjo.blok@nl.abnamro.com
arjun.madan@pimco.com
arjun.mahajan@mcf.mitsubishicorp.com
arjun.matthai@lbb.de
arjun.nanda@pnc.com

arjun@ymcaret.org
arjun_kondamani@ml.com
arjuna.mahendran@credit-suisse.com
arkadiusz.gwozdz@bph.pl
arkady.m.bernard@citigroup.com
arkenned@princeton.edu
arkohler@wellington.com
arlen.wiley@columbiamanagement.com
arlene.chua@bbh.com
arlene.jackson@columbiamanagement.com
arlene.saryan@fmr.com
arlene.walsh@pncbank.com
arlene.yokley@bellsouth.com
arlene_blackman@victoryconnect.com
arlene_rockefeller@ssga.com
arlenezaccazawilinski@gic.com.sg
arlette.gailhard@caam.com
arly.petersen@nordea.lu
armand.castiel@calyon.com
armand.creemers@be.abnamro.com
armand.gossart@ingferri.fr
armand.ursino@jpmorgan.com
armand-didier.kapo@statestreet.com
armando.amaral@bcb.gov.br
armando.beer@claridenleu.com
armando.carcaterra@bpmsgr.it
armando.dantonio@banca.mps.it
armando_velasquez@acml.com
armank@ruanecunniff.com
armeen.bhesania@ubs.com
armelle.poulou@edf.fr
armen.anjargholi@barclaysglobal.com
armin.blum@kfw.de
armin.egli@juliusbaer.com
armin.frehsner@dresdner-bank.ch
armin.hasler@ubs.com
armin.ingerl@union-investment.de
armin.kalisch@dzbank.de
armin.kayser@allianzgi.de
armin.kurt@dresdner-bank.lu
armin.lang@activest.de
armin.linge@lampebank.de
armin.schmalz@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| armin.schueler@dgz-dekabank.de | arnaud.saintsauveur@citigroup.com |
| armin.seng@bloomberg.net | arnaud.sankou@axa-im.com |
| armin.wagner@uk.mizuho-sc.com | arnaud.sassier@lazard.fr |
| armin.wendel@lbbw.de | arnaud.serougne@dcmc.creditlyonnais.fr |
| armin.wenninger@bw-bank.de | arnaud.stenuit@dexia-am.com |
| arminee_bowler@westlb.com | arnaud.toubert@ratp.fr |
| armin-peter.bode@stinnes.de | arnaud.vergonjeanne@caam.com |
| armistead.nash@morganstanley.com | arnaud.weissrock@fortisbank.com |
| armor.bartur@morganstanley.com | arnaud.x.heck@aib.ie |
| arnab.roychowdhury@barclays.co.uk | arnaud@rsi-ch.com |
| arnab.seal@uk.fid-intl.com | arnaud_raimon@commerzbank.com |
| arnaboldif@gruppocredit.it | arnault.maurel@axa-im.com |
| arnal.patel@fandc.com | arnbourdon@bloomberg.net |
| arnald.capriles@bellsouth.com | arnd.muehle@ib.bankgesellschaft.de |
| arnaldo.grimaldi@bancaprofilo.it | arnd.nasswetter@hyporealestate.de |
| arnar.sigurdsson@glitnir.is | arnd.sieben@commerzbank.com |
| arnaud.benoist-vidal@ubs.com | arnd.stricker@corealcredit.de |
| arnaud.besse@lodh.com | arndt.fassbender@dekabank.de |
| arnaud.blatter@lodh.com | arndt.nicolaus@lri-invest.lu |
| arnaud.boualet@bgpi.com | arne.baehr@telekom.de |
| arnaud.bourgoin@axa-im.com | arne.eidshagen@klp.no |
| arnaud.bourgoin@caam.com | arne.hassel@gs.com |
| arnaud.colombel@cpr-am.fr | arne.kleversaat@siemens.com |
| arnaud.dazat@cpr-am.fr | arne.lien@fondsfinans.no |
| arnaud.deblay@bancaintesa.co.uk | arne.loftingsmo@klp.no |
| arnaud.de-la-houpliere@caam.com | arne.riscassi@bpm.it |
| arnaud.delatour@banquedorsay.fr | arne.stracke@dzi.lu |
| arnaud.denis@ucb-group.com | arne.sunde@abgsc.no |
| arnaud.deplasse@dresdner-bank.com | arne.zippis@nordea.com |
| arnaud.dirassen@banque-france.fr | arne@bluewin.ch |
| arnaud.gamain@caam.com | arnie.combe@admin.utah.edu |
| arnaud.girardin@lodh.com | arnie.palatnek@raymondjames.com |
| arnaud.j.heymann@aexp.com | arnie@bloomberg.net |
| arnaud.lacroix@bnpparibas.com | arnie_douville@americancentury.com |
| arnaud.lanctin@federal-finance.fr | arnie_phillips@calpers.ca.gov |
| arnaud.levyrueff@socgen.com | arnim.holzer@db.com |
| arnaud.maricourt@axa-im.com | arno.allgeyer@hyporealestate.de |
| arnaud.memin@groupe-mma.fr | arno.blezer@unilever.com |
| arnaud.mounier@axa-im.com | arno.dursel@bbls.ch |
| arnaud.musy@bnpparibas.com | arno.jansen@pggm.nl |
| arnaud.neris@cpr-am.fr | arno.meier@rbscoutts.com |
| arnaud.poix@sgcib.com | arno.puskar@db.com |
| arnaud.queffeulou@ceidfp.caisse-epargne.fr | arno.simon@naspa.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

arno.wenzel@dzbank.de
arnold.beevers@commercebank.com
arnold.egli@tcw.com
arnold.espe@usaa.com
arnold.fohler@dzbank.de
arnold.greenwald@pncbank.com
arnold.lienert@juliusbaer.com
arnold.lim@dzbank.de
arnold.pagen@americas.ing.com
arnold.sedlmayr@dexia.de
arnold.sedlmayr@duesshyp.de
arnold.van.os@nl.abnamro.com
arnold_gast@deltalloyd.nl
arnold_phillips@calpers.ca.gov
arnoldj@swcorp.org
arnoldjacobson@sbcglobal.net
arnor.sighvatsson@sedlabanki.is
arnoud.van.dijk@ingim.com
arnoud_krom@deltalloyd.nl
arnout.bloys.van.treslong@ingim.com
aroberts@bloomberg.net
aroberts@edc-see.ca
arobertson@strsoh.org
arobinson@essexinvest.com
arobinson@oaktreecap.com
arodriguez@lmcm.com
arodrima@ceca.es
aroelli@pictet.com
aroff@roffresources.com
arogers@ariel.com
arogers@loews.com
aroggensack@ftportfolios.com
aroldo.junior@bcb.gov.br
aromaine@nevrodie.com
aromeros@notes.banesto.es
aron.bell@moorecap.com
aron.jalakas@hansa.ee
arons_ronald@jpmorgan.com
aronston@microsoft.com
aroonsrt@bot.or.th
aroras@strsoh.org
arosa@erg.it
arosenbach@bloomberg.net

arosenberg@loews.com
arosenfeld@rentec.com
arosenzweig@jennison.com
aross@eatonvance.com
aross@mfs.com
arossi75@bloomberg.net
arotemberg@oppenheimerfunds.com
aroth@sandleroneill.com
arothstein@hgk.com
aroulac@angelogordon.com
arovelli@gsb.uchicago.edu
arpad.pongracz@lodh.com
arpan.patel@barclayscapital.com
arpan.shah@citadelgroup.com
arparson@delinvest.com
arpita_bose@blackrock.com
arq.na@adia.ae
arr@princeton.edu
arr2@ntrs.com
arrachman@bankbii.com
arran.boreham@threadneedle.co.uk
arran.craig@swip.com
arran.squires@icap.com
arranger@chb.co.kr
arreolan@wellsfargo.com
arrif.ali@gmacrfc.com
arroyovalentin@bancourquijo.com
arshavir.grigoryan@pimco.com
arstuart@collins-stewart.com
art.baril@sunlife.com
art.carlson@tcw.com
art.degaetano@glgpartners.com
art.gresh@ubs.com
art.hastings@pimco.com
art.jameison@aig.com
art.lauer@db.com
art.lestberg@hansa.ee
art@perrycap.com
art_varnado@troweprice.com
artan.kucuku@ey.com
artem.staviskiy@alliancebernstein.com
artetae@lotsoff.com
arthur.aaronson@corporate.ge.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| arthur.baker@sgcib.com | artur.podlejski@wwasset.de |
| arthur.bascomb@opcap.com | arturo.espinosa@schroders.com |
| arthur.cenci@jpmorgan.com | arturo.lama@grupobbva.com |
| arthur.delnegro@citadelgroup.com | arturo.polodelamorena@telefonica.es |
| arthur.dikansky@ge.com | arturo.sanchez@telefonica.es |
| arthur.divisia@banque-france.fr | aru.sivananthan@sgcib.com |
| arthur.fischer-zernin@morganstanley.com | arudder@tiaa-cref.org |
| arthur.gazarian@airbus.fr | arudge@lehman.com |
| arthur.guerin@cpr-am.fr | arudin@fsa.com |
| arthur.h.berman@aexp.com | arun.daniel@fmr.com |
| arthur.hoffmann@sarasin.ch | arun.gorur@fmr.com |
| arthur.irwin@nordea.com | arun.mittal@shinseibank.com |
| arthur.j.hurley@columbiamanagement.com | arun.motianey@home.com |
| arthur.j.wichman@jpmorganfleming.com | arun.pavithran@fgb.ae |
| arthur.johnson@hp.com | arun.ratra@credit-suisse.com |
| arthur.lai@morganstanley.com | arun.sarwal@swip.com |
| arthur.laichtman@ubs.com | arun_karna@ssga.com |
| arthur.melhoos@nordea.com | aruna.karunathilake@uk.fid-intl.com |
| arthur.olunwa@jpmchase.com | arunabh.singh@ubs.com |
| arthur.patten@pncbank.com | arunm@scm-lp.com |
| arthur.pollock@morganstanley.com | arunratn@bot.or.th |
| arthur.reyes@morganstanley.com | arup.ghosh@barclayscapital.com |
| arthur.robb@morganstanley.com | arussell@loomissayles.com |
| arthur.rosenbach2@bankleumi.co.il | arussell@pbucc.org |
| arthur.sletteberg@im.storebrand.no | arussell@sharonbank.com |
| arthur.strassle@kbcaim.com | arusso14@bloomberg.net |
| arthur.sung@moorecap.com | arutlin@nicholasfunds.com |
| arthur.vanhoogstraten@mondrian.com | arvid.de.boer@nl.fortisbank.com |
| arthur.wang@email.chinatrust.com.tw | arvin.panganiban@omam.co.uk |
| arthur.wichmann@ubs.com | arvind.bhandari@barclaysglobal.com |
| arthur_apodaca@bankone.com | arvind.narayanan@ge.com |
| arthur_caye@capgroup.com | arvind.rajan@prudential.com |
| arthur_chen@stortek.com | arvind.sabharwal@cazenovecapital.com |
| arthur_greenspon@ustrust.com | arvind_k_sachdeva@victoryconnect.com |
| arthur_han@calpers.ca.gov | arvinder.chowdhary@westernasset.com |
| arthur_milson@standardlife.com | arwina@bnm.gov.my |
| arthur_torrey@nylim.com | aryan7@bloomberg.net |
| arthurm@bloomberg.net | aryeh_glatter@acml.com |
| arti.searle@jpmorganfleming.com | arzu.koc@claridenleu.com |
| artid@mcm.com | as@fmr.com |
| artie_dirocco@ml.com | as107@ntrs.com |
| arto.laakkonen@sampo.com | as2248@cornell.edu |
| arto.sirvio@nokia.com | asa.avestedt@swedbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

asa.fuller@huntington.com
asa.granberg@nordea.com
asa.jemseby@seb.se
asa.olsson@electrolux.se
asa.palm@seb.se
asa.svanstrom@hp.com
asa.wictor@nordea.com
asa.zernig@swedbank.se
asablone@mfs.com
asabogal@perrycap.com
asaccardi@mcdinvest.com
asacher@caxton.com
asackett@kynikos.com
asacre@bloomberg.net
asad.ali@lbb.de
asad.khan@clamericas.com
asad.mawjee@db.com
asad.saeed@gibbah.com
asad_bhatti@hen.invesco.com
asada.yasuyo@kokusai-am.co.jp
asada@daiwasbi.co.jp
asada-norihiro@sc.mufg.jp
asaf.buchner@ubs.com
asahi06@bloomberg.net
asai.satoshi@kokusai-am.co.jp
asailesh@worldbank.org
asakura@dl.dai-ichi-life.co.jp
asakurai@bloomberg.net
asakurak@jsf.co.jp
asalgado@dlfi.com
asalle@cpr-am.fr
asalrajhi@alrajhibank.com.sa
asaltoun@vestarcapital.com
asammarco@pacholder.com
asampedro@generali.fr
asanchez@ahorrocorporacion.com
asanchez@schny.com
asanchezbalc@bloomberg.net
asanchezp@ahorrocorporacion.com
asanmartin@uef.es
asano.kouji@daido-life.co.jp
asanotakuya@bloomberg.net
asanto@westernasset.com

asantoro@loews.com
asapp@tiaa-cref.org
asaro@ellington.com
asarrio@bcj.gbancaja.com
asaruya@jp.statestreet.com
asass@mdsass.com
asatwalekar@frk.com
asavella@halcyonllc.com
asawhney@allstate.com
asawtell@dkpartners.com
asawyer@metlife.com
asaxena3@metlife.com
asay@pimco.com
asb@capgroup.com
asbjoern.hansen@nordea.com
asbjorn.fidjestol@norges-bank.no
asc@bloomberg.net
asc@kfondene.no
ascalon.maharaj@snssecurities.nl
ascan.iredi@postbank.de
aschaber@wasatchadvisors.com
aschadt@fultonfinancialadvisors.com
aschaeffer@bankofny.com
aschaffer@farleycap.com
aschat@ftci.com
aschaufus@jhancock.com
ascherd@bloomberg.net
aschiffelholz@pictet.com
aschlesinger@caxton.com
aschlessinger@caxton.com
aschmidt@cdcixis-ccm.com
aschmitt@bloomberg.net
aschneider@lmfunds.com
aschneider@union-investment.de
aschneider1@bloomberg.net
aschram@frk.com
aschubert@union-investment.de
aschulan@meag.com
aschulz@ellington.com
aschwartz@firstmanhattan.com
aschwartz@ocwen.com
aschweibold@apollocapital.com
asciandra@lbfc.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ascoen@mandtbank.com | ashish.bhutani@lazard.com |
| ascone_marjorie@jpmorgan.com | ashish.kochar@threadneedle.co.uk |
| asd46@cornell.edu | ashish.misra@lloydstsb.co.uk |
| asdasda@asdas.com | ashish.negandhi@wamu.net |
| asdelaitte@pernod-ricard.fr | ashish.patel@mizuhocbus.com |
| asdriansky@wellington.com | ashish.swarup@uk.fid-intl.com |
| ase.londskog@robur.se | ashish_bordia@progressive.com |
| asean@singnet.com.sg | ashish_gupta@fanniemae.com |
| aseewald@leumi.ch | ashish_shrivastava@ustrust.com |
| asegurado@invercaixa.es | ashishg@fmaadvisors.com |
| asekhar@microsoft.com | ashishs@fmaadvisors.com |
| asel.delgado@aig.com | ashk@capgroup.com |
| asela@halykbank.kz | ashlee@patteninc.com |
| asella.keiser@vontobel.ch | ashley.ball@makoglobal.com |
| asenapaty@bear.com | ashley.blatter@rothschild.co.uk |
| aser03@handelsbanken.se | ashley.boodhun@fandc.com |
| asg@bancoinversion.es | ashley.cave@compassbnk.com |
| asgomez@fibanc.es | ashley.coleman@wachovia.com |
| asgtrading@exchange.ml.com | ashley.e.perkins@dartmouth.edu |
| ash.na@adia.ae | ashley.fox@tudor.com |
| ash.stoesz@usbank.com | ashley.goldblatt@axa-im.com |
| ash.tr@adia.ae | ashley.hall@conocophillips.com |
| ash.verma@morleyfm.com | ashley.hancock@citicorp.com |
| asha.cryan@chase.com | ashley.hargreaves@glgpartners.com |
| ashah@hcmlp.com | ashley.howard@uk.fid-intl.com |
| ashah@oppenheimerfunds.com | ashley.klein@drkw.com |
| asharma@chicagoequity.com | ashley.larive@moorecap.com |
| ashaw@bear.com | ashley.marynick@jpmorgan.com |
| ashay.b.shirsat@jpmorgan.com | ashley.mccormick@fmr.com |
| asheesh.sharma@shinseibank.com | ashley.patterson@ubs.com |
| asheisler@wellington.com | ashley.singer@gmail.com |
| asheq.fazlullah@thehartford.com | ashley.smith@sunlife.com |
| asher.anolic@fmr.com | ashley.smith@valero.com |
| asher.proschansky@inginvestment.com | ashley.soutor@morganstanley.com |
| asheridan@sunamerica.com | ashley.vitar@pimco.com |
| ashesh.savla@pioneerinvest.com | ashley.willing@gartmore.com |
| ashfaq.qadri@morganstanley.com | ashley_h_dyson@fanniemae.com |
| ashi.parikh@ridgeworth.com | ashley_neal@blackrock.com |
| ashia.razzaq@nab.co.uk | ashley_vallone2@ssga.com |
| ashid.mahmood@bnpparibas.com | ashley_woodruff@troweprice.com |
| ashif.jiwani@cibc.ca | ashleyjayne.turns@uk.bnpparibas.com |
| ashiliwa@allstate.com | ashleylong@tagfolio.com |
| ashinkevich@ifc.org | ashli.black@wamu.net |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ashling_mcdonald@ssga.statestr | askipwith@barrowhanley.com |
| ashok.brito@daiwausa.com | aslabaugh@mcdinvest.com |
| ashok.outtandy@bnpparibas.com | aslan.kanshaw@prudential.com |
| ashok.talukdar@citicorp.com | aslawsky@mdsass.com |
| ashok.tikku@gs.com | asleeman@msfi.com |
| ashok.vasvani@citadelgroup.com | asli.afsar@finansbank.com.tr |
| ashok@temasek.com.sg | aslihan.denizkurdu@alliancebernstein.com |
| ashok_madhavan@campbellsoup.com | aslk@bloomberg.net |
| ashoksamuel@gic.com.sg | asm@edfd.com |
| ashpole@seas.upenn.edu | asma@bloomberg.net |
| ashraf.e.ansary@jpmorgan.com | asmall@wellington.com |
| ashraf.x.ali@jpmorgan.com | asmith@aj.co.nz |
| ashraf@bnm.gov.my | asmith@delinvest.com |
| ashton.bradbury@omam.co.uk | asmith@hellerfin.com |
| ashton.goodfield@db.com | asmith@standishmellon.com |
| ashton.parker@insightinvestment.com | asmith@uss.co.uk |
| ashu.khurana@fgb.ae | asmyth@mercantile.co.za |
| ashum@blackrock.com | asn@atalantasosnoff.com |
| ashwani.k.sinha@jpmchase.com | asn28@cornell.edu |
| ashwin.vasan@tudor.com | asneddon@russell.com |
| ashwin_kakani@colonialbank.com | asniffin@nylim.com |
| asia_conn_svc@lehman.com | asnyder@loews.com |
| asiegel@blaylocklp.com | aso@daiwasbi.co.jp |
| asier_diez_bce@cajarural.com | aso@nbim.no |
| asif.jeevanjee@jpmorgan.com | asoffit@wellmanage.com |
| asifali@adic.co.ae | asoka.woehrmann@dws.de |
| asifm@gulfbank.com.kw | asolomon@angelogordon.com |
| asilverberg@alger.com | asomers@leopoldjoseph.com |
| asim.gunduz@barcap.com | asomma@iccrea.bcc.it |
| asinclair@britannicasset.com | asorarrain@kutxa.es |
| asingh@nb.com | asordo@banxico.org.mx |
| asingh2@tiaa-cref.org | asosa@bancomext.gob.mx |
| asippel@opcap.com | asosce@mrcm.com |
| asis@mcm.com | asotz@bernstein.com |
| asistos@canyonpartners.com | asoucas@pictet.com |
| asistos@perrycap.com | asouter3@bloomberg.net |
| asita.lotfi@fundmaster.de | asp23@bloomberg.net |
| asitha.sandanayake@usbank.com | aspaan@firstambank.com |
| asj@kdb.co.kr | aspahr@americanexpress.com |
| askari.naqvi@samba.com | aspanish@bloomberg.net |
| askars@halykbank.kz | aspascoa@tudor.com |
| askatrud@mfs.com | aspen.large@janus.com |
| askayer@bloomberg.net | aspies@evcap.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| aspin_robert@jpmorgan.com | astrid.smit@nl.abnamro.com |
| aspokes@faralloncapital.com | astrid.torres@hydro.com |
| aspriggs@bloomberg.net | astrid.weigl@allianzgi.de |
| asr@dodgeandcox.com | astrid_fiebiger@dgbank.de |
| assa02@handelsbanken.se | astumpe@meag.com |
| assareen@wellington.com | asu.pektas@fortis.com.tr |
| assem.el-alami@bayernlb.de | asu1@cornell.edu |
| assets@aigfpc.com | asuj@danskebank.com |
| assets@vanlanschot.lu | asultan@bloomberg.net |
| assunta.borza@statestreet.com | asummers@silchester.com |
| assunta.provenzano@mpsgr.it | asunderland@eatonvance.com |
| asta.a.vaichys@columbiamanagement.com | asunderland@wasatchadvisors.com |
| asta.vaichys@pioneerinvest.com | asuntay@pictet.com |
| astainman@firstmanhattan.com | asuslavich@dkpartners.com |
| astange@invest.treas.state.mi.us | asussland@pasche.ch |
| astaples@ebkgroup.com | asveen@eatonvance.com |
| astatti1@bloomberg.net | asw@nbim.no |
| astearns@dkpartners.com | aswagner@statestreet.com |
| astearns@hcmlp.com | aswini.anand@db.com |
| asteede@loomissayles.com | asztalosg@mnb.hu |
| asteele@bloomberg.net | ata25@cornell.edu |
| asteele@pictet.com | atachco@ifsam.com |
| astein@firstmanhattan.com | atait@bailliegifford.co.uk |
| asteinmetz@oppenheimerfunds.com | atakahashi@nochubank.or.jp |
| astella@bancodisicilia.it | atal@idbbank.com |
| asten@bloomberg.net | atalanta@bloomberg.net |
| astepanoffdargery@bankofny.com | atalay.kendirli@bcp-bank.com |
| astern@tigerglobal.com | atam@senecacapital.com |
| asternbe@princeton.edu | atanas.goranov@ge.com |
| astevens@barbnet.com | atanas.malinov@himco.com |
| astewart@sunamerica.com | atanas.manilov@himco.com |
| asthill@seic.com | atanas_alexiev@notes.ntrs.com |
| astitt@leggmason.com | atanasiu@hmc.harvard.edu |
| astober@jhancock.com | atanna@barbnet.com |
| astone@nationalasset.com | atantazzi@bloomberg.net |
| astoria1@bloomberg.net | atara@henrykaufman.com |
| astorm@lordabbett.com | atarassiouk@banxico.org.mx |
| astri.clara@enel.it | atase@ford.com |
| astrid.doerr@bhf-bank.com | atatlock@ftci.com |
| astrid.laskowski@ubs.com | atavazzi@pictet.com |
| astrid.linder@de.pimco.com | atayjasanant@tiaa-cref.org |
| astrid.meyer-baudeck@kfw.de | atelford@tiaa-cref.org |
| astrid.moll@bdl.lu | atemple@europeancredit.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ateptaya.rakpraja@ny.frb.org | atrachte@wellscap.com |
| aterricabras@groupama-am.fr | atran@loomissayles.com |
| ates.civitci@bbh.com | atrice@nacm.com |
| atetlow@federatedinv.com | atrinkl@adic.co.ae |
| ath@nbim.no | atripathy@fhlbc.com |
| athanase.pispas@seb.se | atripp@opusinvestment.com |
| athanasios.samaras@calyon.com | atro.makila@evli.com |
| athayer@munder.com | atroilo@panagora.com |
| athenapang@hsbc.com.hk | atroitskaya@hbk.com |
| athi@danskecapital.com | atroostwijk@eendragt.nl |
| athiebaud@pictet.com | atruppia1@bloomberg.net |
| athiv@ms.com | atrzepala@bloomberg.net |
| athlag@delta.gr | atsang@loomissayles.com |
| athomas@europeancredit.com | atschopp@autostrade.it |
| athomas@jennison.com | atse@fideramireland.ie |
| athornton@mfs.com | atsuhiro.yoshitsugu@sumitomocorp.co.jp |
| athorsson@bloomberg.net | atsuji1@sompo-japan.co.jp |
| athos.bouyakos@ubs.com | atsumi_erika@jpmorganfleming.com |
| athos.zakou@tigerfund.com | atsunori.iwata@fi.fukoku-life.co.jp |
| ati@nbim.no | atsuo.yoshino@db.com |
| ati@ubp.ch | atsuo-kamitsuji@am.mufg.jp |
| atif.khan@glgpartners.com | atsuokokuryu@gic.com.sg |
| atif_malik@blackrock.com | atsuro@dl.dai-ichi-life.co.jp |
| atikah.aini@morleyfm.com | atsush.sato@mizuho-cb.co.jp |
| atilgham@essexinvest.com | atsushi.arai@mizuho-cb.co.jp |
| atilla.koc@zkb.ch | atsushi.fujino@ufj-partners.co.jp |
| atinne.snyers@electrabel.com | atsushi.horikawa@bernstein.com |
| atlanti@atlanti.ch | atsushi.kubota@mizuho-cb.co.jp |
| atlanti@worldcom.ch | atsushi.miyanoya@boj.or.jp |
| atlas@nytimes.com | atsushi.niigata@mizuhocbus.com |
| atm@nykredit.dk | atsushi.samitsu@boj.or.jp |
| atmendez@blx.com | atsushi.takagi@shinseibank.com |
| atodd@arielinvestments.com | atsushi.takeuchi@boj.or.jp |
| atoirac@wellington.com | atsushi.ueno@boj.or.jp |
| atolhurst@sagitta.co.uk | atsushi.yamazaki@barings.com |
| atooley@duncanw.com | atsushi_ito@mitsubishi-trust.co.jp |
| atorresb@notes.banesto.es | atsushi_kanematsu@mail.toyota.co.jp |
| atoto@shay.com | atsushi_miyamoto@mitsubishi-trust.co.jp |
| atourikian@integrabank.com | atsushi_nomura@nochubank.or.jp |
| atousa.sarcon@pimco.com | atsushi_sakamoto@tr.mufg.jp |
| atoyoshima@btmna.com | atsushi_sato@mitsubishi-trust.co.jp |
| atr@nbim.no | atsushi_shimazaki@mitsui-seimei.co.jp |
| atrabocchi@wellington.com | atsushi_yoshinari@mitsubishi-trust.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

attardo@wellsfargo.com
atteberry_chris@americancentury.com
atters@bloomberg.net
attila@bloomberg.net
attilio.capella@saisim.it
attilio.femiano@sanpaoloam.lu
attilio.ferrari@arcafondi.it
attilio_qualtieri@ssga.com
attreest@london.cic.fr
atuazon@bloomberg.net
atul.dandekar@novartis.com
atul.joshi@gs.com
atul.pahuja@fmr.com
atul.patel@americas.bnpparibas.com
atul_sibal@nylim.com
atulloch@firststate.co.uk
atunney@edc.ca
atunzi@bloomberg.net
aturkiewicz@metlife.com
aturrini@inasim.gruppoina.it
atusi_matuura@am.sumitomolife.co.jp
au.ly@mellon.com
aubedafd@cajamadrid.es
aubrey.basdeo@barclaysglobal.com
aubrey.simpson-orlebar@lloydstsb.co.uk
aubry.l@bimcor.ca
auc.eu@adia.ae
aude.guillere@cpr-am.fr
aude.nerac@ubs.com
aude.scheuer.2@credit-suisse.com
audrakhoo@mas.gov.sg
audraseah@dbs.com
audrey.a.w.zau@hsbc.com.hk
audrey.bruchner@citadelgroup.com
audrey.choi@pioneerinvest.com.sg
audrey.codrington@chase.com
audrey.leeman@barclaysglobal.com
audrey.m.oconnell@aibbny.ie
audrey.rossi@bgl.lu
audrey.tan@nordlb.com
audrey.vormus@lamondiale.com
audrey@bnm.gov.my
audrey_lowrie@newton.co.uk

augljesa@essexinvest.com
august.hatecke@credit-suisse.com
augustin.werner@ubs.com
augustin_vladimir@jpmorgan.com
augustine.claudio@db.com
augusto.aggio@capitalia-am.com
augusto.coen@bancaeuromobiliare.it
augusto.devincenzo@rahnbodmer.ch
aulland@mfs.com
aulli@seic.com
aurel.lavedrine@hk.calyon.com
aurelie.faure@dexia-am.com
aurelie.renard@sgam.com
aurelie.ribeiro@dexia.com
aurelien.billard@axa-im.com
aurelien.labonne@cnce.caisse-epargne.fr
aurelien.lafaye@axa-im.com
aurelien.pichon@tuck.dartmouth.edu
aurelio.caldarola@bancaintesa.it
aurganus@allstate.com
aurick@jhancock.com
aurore.leclercq@pimco.com
aurore.martin@axa-im.com
aurore.wannesson-raynaud@axa-im.com
aurrutia@bancogui.com
ausland@bloomberg.net
ausland@hsh-nordbank.com
austin.c.forey@jpmorgan.com
austin.hong@do.treas.gov
austin.mayberry@db.com
austin.park@blackrock.com
austin.x.carpenter@jpmorgan.com
austin.x.mcnurlen@jpmchase.com
austin_kairnes@putnam.com
austin_mayberry@invesco.com
austin_r_holm@comerica.com
austinc@scm-lp.com
auttaro@oppenheimerfunds.com
autterma@nb.com
autterman@wdwitter.com
autumn.mosteller@calfed.com
avacca@bancafideuram.it
avaidyan@fhlbdm.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

aval@bloomberg.net
avalimamode@carac.fr
avalk@eatonvance.com
avallone@ibuk.bankgesellschaft.de
avalsensi@bloomberg.net
avandaalen@wisi.com
avandermerwe@fhlbc.com
avanderw@nystrs.state.ny.us
avaneesh.krishnamoorthy@morganstanley.com
avanloo1@bloomberg.net
avannoord@invest.treas.state.mi.us
avanotti@bloomberg.net
avarvak@wellington.com
avasagiri@pictet.com
avatankha@auscal.com
avaughan@pjc.com
avb8@cornell.edu
avega@invercaixa.es
aveitch@londonstockexchange.com
avelarde@dcf.pemex.com
avelarl@vankampen.com
avelazquez@enagas.es
aveline.chan@claridenleu.com
avenegas@tiaa-cref.org
aventurino@federatedinv.com
avernes@pictet.com
avery@ellington.com
avesani@fondazionecrverona.org
avi.avidan@fibimail.co.il
avi.korn@jpmorgan.com
avi.kweller@discountbank.co.il
avi.rothner@lazard.com
avi.weiss@citadelgroup.com
avi@bgbank.dk
avi@caxtonrvh.com
avi_patel@countrywide.com
avianello@wellington.com
avib@elite.co.il
avid@icl-group.com
avien.pillay@alliancebernstein.com
avigilga@cajamadrid.es
aviktor@meag.de
avilaythong@partnerstatestreet.com

avillait@mwam.com
avillaneda@mwamllc.com
avillanueva1@ifc.com
avinash.agarwal@bernstein.com
avinash.bathija@fgb.ae
avinash.gupta@lgim.co.uk
avinash.shah@ms.com
avinashl@ambaresearch.com
avinderbindra@hsbc.com.hk
avinieg@banxico.org.mx
avir@nykredit.dk
avirga@bancodisicilia.it
avishai.ben-yshai@mailpoalim.co.il
avishay.bardayan@discountbank.co.
avishnick@jennison.com
aviva.amrami@bnhp.co.il
avk@veb.ru
avk35@cornell.edu
avlajinac@wellington.com
avner.hoffenbratel@discountbank.co.il
avnish@dartmouth.edu
avo_ora@putnaminv.com
avogler@oechsle-de.com
avondale@bloomberg.net
avonderrecke@bloomberg.net
avonst@ftci.com
avraam.sidiropoulos@bwater.com
avram.perlmuter@citadelgroup.com
avriel@ie.technion.ac.il
avril.marmion@lloydstsb.co.uk
avril.t.waldie@aibbny.ie
avrum.lamet@citadelgroup.com
avs@petercam.be
avu2@bloomberg.net
aw@bessemer.com
awadella.c@dreyfus.com
awadhwani@metlife.com
awalia@hcmlp.com
awallach@cumberassoc.com
awalter@bancasempione.ch
awalter@metlife.com
awang@waddell.com
aware@loomissayles.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| awarner@farcap.com | awirtz@aegonusa.com |
| awasserle@meag.com | awise@jhancock.com |
| awatif.galdass@db.com | awittkop@pimco.com |
| awatson@dkpartners.com | awizon@blackrock.com |
| awatson@edc.ca | awo@columbus.com |
| awb@nbim.no | awojcik@ci.com |
| aweaver@wilmingtontrust.com | awolf@firstmanhattan.com |
| awebb12@bloomberg.net | awolfe@aegonusa.com |
| awebb123@bloomberg.net | awoller@fftw.com |
| aweber@metzler.com | awong@irisresearch.nl |
| aweigold@eatonvance.com | awong@payden-rygel.com |
| aweimer@nystrs.state.ny.us | awong@tiaa-cref.org |
| aweiner@oppenheimerfunds.com | awong@westernasset.com |
| aweisbec@state.nd.us | awoods4@bloomberg.net |
| aweise@lordabbett.com | awoodtli@ftci.com |
| aweitz@arielinvestments.com | awporter@britannicasset.com |
| awelch@hcmlp.com | awr@nyc.rr.com |
| aweldy@indiana.edu | awright@kynikos.com |
| awen@leggmason.com | awu09@stanford.edu |
| awend@umich.edu | awwei@delinvest.com |
| awenstrand@fgnw.org | awwray@aol.com |
| awessel@mmwarburg.com | awynaendts@aegon.nl |
| awest@munichre.com | axel.botte@axa-im.com |
| awestreich@provnet.com | axel.breitbach@kfw.de |
| awhite@ameritas.com | axel.brosey@union-investment.de |
| awhite@resurgencellc.com | axel.bumke@hsh-nordbank.com |
| awhite@thamesriver.co.uk | axel.cabrol@socgen.com |
| awhite1@bloomberg.net | axel.cron@trinkaus.de |
| awhitford@fftw.com | axel.degen@union-investment.de |
| awidyoko@aegon.nl | axel.frein@lampebank.de |
| awie@kempen.nl | axel.gerhardy@rwe.com |
| awiele@asv.de | axel.gerling@dzbank.de |
| awilde@oppenheimer.com | axel.giesselbach@oppenheim.de |
| awilhelm@troweprice.com | axel.gruber@hvb.de |
| awilkins@loomissayles.com | axel.hester@opco.com |
| awilkinson@sgadvisors.com | axel.hinzmann@postbank.de |
| awilliams@caxton.com | axel.hotze@commerzbankib.com |
| awilliamson@metlife.com | axel.kolbe@sparkassenversicherung.de |
| awillian@aegonusa.com | axel.laroza@lazard.fr |
| awilmot@nb.com | axel.lomholt@barclaysglobal.com |
| awinklhofer.rvs@salzburg.raiffeisen.at | axel.maibuecher@pharma.novartis.com |
| awinn@lib.com | axel.nygaard@ubs.com |
| awinogradoff@tiaa-cref.org | axel.pongs@hsbctrinkaus.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

axel.riedel@cominvest-am.com
axel.rohm@shell.com
axel.rosenberger@dzgbank.de
axel.scheithauer@dws.com
axel.scheuermann@telekom.de
axel.schmitt@work.de
axel.schupf@nb.com
axel.sima@generali.at
axel.summer@rzb.at
axel.tavernier@dexia.be
axel.thomas@dzbank.de
axel.tomio@volksbank.it
axel.weber@bundesbank.de
axel.wehr@morganstanley.com
axel.weidemann@nordlb.de
axel.zeuner@helaba-invest.de
axel_jager@westlb.co.uk
axelle.favre@axa-im.com
axelrod@falconmgt.com
axie@thamesriver.co.uk
axr@columbus.com
axs@columbus.com
ay@dodgeandcox.com
ay7@ntrs.com
aya.na@adia.ae
aya@apple.com
aya@meijiyasudany.com
ayaaz.allymun@caam.com
ayako.ono@shell.com
ayako_nakamura@tokaitokyo.co.jp
ayako-mizuno@am.mufg.jp
ayal.cohen@bnpparibas.com
ayala.cohen@multimanager.natixis.com
a-yasutake@nochubank.or.jp
aya-yamazaki@am.mufg.jp
aycaevrim.nalcaci@halkbank.com.tr
aycan.aksay@tcmb.gov.tr
aydin.suat@tcmb.gov.tr
aydin.uysal@barclaysglobal.com
aydin_aras@fanniemae.com
aye.mader@dws.de
aye.thiha@tdsecurities.com
ayee@income.com.sg

ayelet.shabat@bankleumi.co.il
ayentsch@mfs.com
ayer.zeid@principal.com
ayesha.akbar@barclays.co.uk
ayfong@wellington.com
ayinikkat.radhakrishnan@tcw.com
aylin.somersan@pimco.com
ayman.zaidan@arabbanking.com
aymar.deleotoing@sgam.com
aymeric.de-drouas@sgam.com
aymeric.forest@dexiam.lu
aymeric.forest@uk.abnamro.com
aymerick.de-drouas@sgam.com
aynur_mukhametshin@ml.com
ayo@danskebank.dk
ayo_munford@progressive.com
ayorks@blackrock.com
ayoshioka@provnet.com
ayoung@metlife.com
ayoung@waddell.com
ayse.karan@dbi.de
aysun.cinar@first-private.com
aytul.ganioglu@tcmb.gov.tr
ayu@pimco.com
ayu@us.nomura.com
ayuen@bankofny.com
ayuen@rockco.com
ayukichae@westernasset.com
ayumi.kobayashi@schroders.com
aza@bloomberg.net
azacha@nbg.gr
azak@bayern-invest.de
azam@bnm.gov.my
azatulovskaya@oppenheimerfunds.com
azawadow@princeton.edu
azbk001@aozorabank.co.jp
azeem.akhtar@db.com
azega@iccrea.bcc.it
azela.alfonso@nl.abnamro.com
azelby_joseph@jpmorgan.com
azelig@perrycap.com
azellmann@metzler.com
azepstein@wellington.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| azgs@pggm.nl | b.cracraft@ktrs.gov |
| azhang@agribank.com | b.desgardins@bbbsa.ch |
| azhang@browncapital.com | b.ellsworth@fordfound.org |
| azhar.hussain@gibuk.com | b.furlong@fnysllc.com |
| azhou@fhlbdm.com | b.gayles@fnysllc.com |
| azhou@oppenheimerfunds.com | b.giroud@lvmh.com |
| aziccardi@tiaa-cref.org | b.guiney@bipielle.co.uk |
| azichy@oppenheimerfunds.com | b.hilberts@hq.vnu.com |
| aziegler@royalbankamerica.com | b.hy@danskebank.dk |
| azilberberg@brgco.com | b.jacobs@fnysllc.com |
| azim.meghji@hsbcam.com | b.k.voogelaar@robeco.nl |
| azim_alvi@ssga.com | b.leung@indoverbank.com |
| azimmer@oppenheimerfunds.com | b.levithan@fnysllc.com |
| azimmerman@allegiancecapital.com | b.lewbart@troweprice.com |
| azimmermann3@bloomberg.net | b.liedtke@frankfurt-trust.de |
| azinaman@loews.com | b.lind@fearnleys.no |
| azionari.ad@flashnet.it | b.lynch@sumitomotrust.co.jp |
| azitkute@pictet.com | b.m.galesloot@robeco.nl |
| aziz.bakar@blackrock.com | b.marrazzo@bipielle.it |
| aziz.hassanali@gs.com | b.mazzucchelli@hsbc.guyerzeller.com |
| aziz.minhas@omam.co.uk | b.mcdonald@leggmason.co.uk |
| aziz_ouldsfiya@putnam.com | b.prendergast@qic.com |
| aziza.breteau@edf.fr | b.randall@hermes.co.uk |
| azizahjan@gic.com.sg | b.roma@bloomberg.net |
| azizaziz@bloomberg.net | b.ronfeld@donner.de |
| azmanali@bnm.gov.my | b.sanders@qic.com |
| azmi.rahman@bia.com.bn | b.siegismund@bvv-vers.de |
| azra.x.pravdic@jpmhase.com | b.silvestri@tiscali.it |
| azuma@nam.co.jp | b.t.jansen@dnb.nl |
| azuma@sumitomotrust.co.jp | b.texeira@easternbk.com |
| azusa.ikezaki@japan.gartmore.com | b.van.poppen@abp.nl |
| azwickler@firstmanhattan.com | b.vest@fnysllc.com |
| azygarewicz@trumark.org | b.white@qic.com |
| azzahir@bnm.gov.my | b.zeldenrust@robeco.nl |
| azzam.anani@nbad.ae | b.zimmermann@aigpb.com |
| azzi@corner.ch | b_bradstreet@fairfax.ca |
| b.amiee@lcfr.co.uk | b_chapman@glic.com |
| b.b.dijkman@dr.utc.rabobank.com | b_connolly@putnam.com |
| b.bargagli@eib.org | b_libby@putnam.com |
| b.bass@hsbc.guyerzeller.com | b_manning@ml.com |
| b.biragnet@hermes.co.uk | b_murray@putnam.com |
| b.carrera@grupobbva.com | b_xia@ml.com |
| b.coolen@robeco.nl | b2189@fglife.com.tw |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

b3m@americancentury.com

b893a@mail.tbb.com.tw

baard.paulsen@klp.no

babak.dastmalpschi@cspb.com

babang@russell.com

babar.m.mufti@aexp.com

babd@bloomberg.net

bac55@cornell.edu

bac78@cornell.edu

bach.bernd@aareal-bank.com

bacharova.olivia@slsp.sk

bachir.a.barbir@gibbah.com

bachner@meinlbank.com

bad@sitinvest.com

badams@53.com

badams@sagitta.co.uk

baddi@bordier.com

badem@kia.gov.kw

baderas@kia.gov.kw

badert@nbk.com

badillar@lotsoff.com

baek@bok.or.kr

baeklee@bok.or.kr

baerbel.roczinski@dit.de

baez-sacasa_alejandro@jpmorgan.com

bafoster@household.com

bagaria@apolloic.com

bagatouria@sgcib.com

bagella@fideuramgestions.lu

bagger91@bloomberg.net

baguas-estaris@pbucc.org

baguetje@cmcic.fr

baguilar@tiaa-cref.org

bah@capgroup.com

bahaa.fam@fmr.com

bahadir.cakmakli@akbank.com

bahar@bma.gov.bh

bahern@eatonvance.com

bahmann@bloomberg.net

baigt@nationwide.com

bailer.j@tbcam.com

bailey.r.dalton@jpmorgan.com

bailon@ellington.com

baird.blake@anthem.com

baird@ellington.com

baitconsulting@home.com

bakalb@bernstein.com

baker.j2@mellon.com

baker@pimco.com

bakerb@vankampen.com

bakerc@aeltus.com

bakere@aetna.com

bakerm@ufji.com

bakers@arvest.com

bakiciol@princeton.edu

bakir.melik@denizbank.com

bakircii@tskb.com.tr

bakker@vpv.nl

bala.iyer@jpmorgan.com

bala.ragothaman@citadelgroup.com

bala@payden-rygel.com

balachandran.binu@nomura-asset.com

balaji_macherla@vanguard.com

balakrishnan.prakash@jpmorgan.com

balan@metlife.com

balanda.m@tbcam.com

balasanovy@lotsoff.com

balazs.foldvari@dillonread.com

balazs.magyar@sarasin.ch

balbert@us.nomura.com

balcellsa@bancsabadell.com

baldeesh.nahl@morganstanley.com

baldemar.mejia@avmltd.com

baldrich@bloomberg.net

baldur.helgason@glitnir.dk

baleotti@credem.it

balezosp@moh.gr

bali.kochar@bancaintesa.co.uk

balim@mas.gov.sg

balintm@ufji.com

balk@bcmnet.nl

ballbee@chittenden.com

ballegooijenjhvan@hagemeyer.com

balraj.bassi@lehman.com

balraj.khagram@commerzbankib.com

balshamlan@riyadbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

balsharif@ifc.org
balsikafi@barbnet.com
balston@valueline.com
baltz.timothy@ntrs.com
balva@msdw.es
balvareo@cajamadrid.es
balzhani@halykbank.kz
bamatthews@canyonpartners.com
banai@bloomberg.net
banain@umtb.co.il
banaja_mishra@ssga.com
banci.osvaldo@bsibank.com
banderson@nb.com
banderson@sarofim.com
bandrews@steinroe.com
baneyr@nationwide.com
banfia@mnb.hu
banfiz@otpbank.hu
bang@bloomberg.net
bangello@tiaa-cref.org
bangus@nb.com
bank@hugokahn.ch
bankloan_analysts@invesco.com
banknegara@aol.com
banks@ellington.com
banks_steven_m@cat.com
banl@ntt.it
banlawim@wellsfargo.com
bansal@pimco.com
bansel@hbk.com
bantag@rba.gov.au
bantunes@lloydstsb-usa.com
banu.akbez@fgb.ae
banu.kesim@tcmb.gov.tr
banu.simmons-sueer@ubs.com
banyeres@bancsabadell.com
banzhaf@ui-gmbh.de
bao.nguyen@citadelsolutions.com
baohochang@bloomberg.net
baotoan.tran@akb.ch
baprg@bloomberg.net
bapvtit@tin.it
baquino@kayne.com

barabasgy@otp.hu
barakc@israelcorp.com
barancok.milan@slsp.sk
barb_glenn@bankone.com
barb_miller@bankone.com
barbara.a.sorohan@aib.ie
barbara.a.sorohan@aibbny.ie
barbara.altherr-mueller@lrp.de
barbara.andreis@ersel.it
barbara.andreoli@bsibank.com
barbara.annibaldi@bancaintesa.it
barbara.atlas@axa-im.com
barbara.avalle@crg.it
barbara.b.harkins@usa.dupont.com
barbara.barreca@ubs.com
barbara.beller@scotiabank.com
barbara.benoit@fmr.com
barbara.bocchio@bpm.it
barbara.bossi@interbanca.it
barbara.boucher@tres.bnc.ca
barbara.chan@ap.ing.com
barbara.chilutti@morganstanley.com
barbara.cohen@bnpparibas.com
barbara.d.dejesus@jpmorgan.com
barbara.dietrich@blb.de
barbara.duberstein@csam.com
barbara.e.mock@fmr.com
barbara.emmerson@bnpparibas.com
barbara.english@ubs.com
barbara.eshing@edwardjones.com
barbara.favoro@banca.mps.it
barbara.ferguson@westernasset.com
barbara.frankowicz@blackrock.com
barbara.frisch@novartis.com
barbara.gruenewald@ubs.com
barbara.hain@cominvest-am.com
barbara.hauge@swib.state.wi.us
barbara.hauser@claridenleu.com
barbara.hausmann@vkb.de
barbara.henry@ge.com
barbara.hermans@prudential.com
barbara.kalcik@rcm.at
barbara.maniker@nationalcity.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

barbara.markwitz@heidelberg.com

barbara.mcfadden@peregrinecapital.com

barbara.metcalfe@morgankeegan.com

barbara.meyler@unicreditgroup.at

barbara.nagy@nationalcity.com

barbara.nguyen@pw.utc.com

barbara.ohlhaver@ikb-cam.de

barbara.passy@ubs.com

barbara.plato@t_mobil.de

barbara.pohlmann@union-investment.de

barbara.portenkirchner@db.com

barbara.rega@dws.de

barbara.reinhard@morganstanley.com

barbara.rinner@hypovereinsbank.de

barbara.roffia@ecb.int

barbara.s.brett@wellsfargo.com

barbara.salzgerber@nationalcity.com

barbara.schulz@dzbank.de

barbara.stolting@blackrock.com

barbara.tarmy@nb.com

barbara.tauscheck@hvb.de

barbara.tunesi@bsibank.com

barbara.turcotte@ffbc-oh.com

barbara.turley@davy.ie

barbara.van.teeffelen@rabobank.com

barbara.van.weerden@pggm.nl

barbara.vanevery@tcw.com

barbara.visintin@am.generali.com

barbara.weston@ubs.com

barbara.wiener@rcm.at

barbara.wintemberg@mortgage.wellsfargo.com

barbara.wittenbrink@essenhyp.com

barbara.wolf@helaba.de

barbara.wylie@53.com

barbara@sanpaolony.com

barbara_a_percia@fanniemae.com

barbara_a_ryan@fanniemae.com

barbara_abts@westlb.de

barbara_browning@bankone.com

barbara_hileman@putnam.com

barbara_lentine@scudder.com

barbara_nesspor@vanguard.com

barbara_samett@vanguard.com

barbara_shegog@ssga.com

barbara_thompson@ssga.com

barbaresi@am.generali.com

barbaros.ozuyilmaz@abank.com.tr

barber.m1@mellon.com

barberis@bpintra.it

barbra.ongwico@tcw.com

barclay@us.ibm.com

bard.bringedal@storebrand.com

bard.sm.johannessen@dnbnor.com

bardouan@cic.fr

barella@wgtrading.com

barend.pennings@gs.com

bargiano@capitalgest.it

baricauarc@bernstein.com

baris_pinar@swissre.com

bariska@garanti.com.tr

barkerm@bloomberg.net

barkus@bessemer.com

barlaj.brah@ppm-uk.com

barmstrong@mfs.com

barnaby.wilson@lazard.com

barnardm@hhmi.org

barnesp1@aeltus.com

barnett@abimltd.com

barney.bonekamp@bmo.com

barney.dougherty@pacificlife.com

barney.fox@bellatlantic.com

barney.rosen@ge.com

barney.wilson@janus.com

barney@schotters.com

barrassof@aetna.com

barretst@bloomberg.net

barrett.cooke@usbank.com

barrett.rl@mellon.com

barrett.sides@aiminvestments.com

barrett@ellington.com

barrie.a.king@bob.hsbc.com

barrie.lieb@chase.com

barrie.whitman@threadneedle.co.uk

barry.bailey@schwab.com

barry.boniface@bellsouth.com

barry.boyle@fandc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

barry.catezone@citadelgroup.com

barry.channon@ubs.com

barry.chatman@schroders.com

barry.cohen@aberdeen-asset.com

barry.cole@barcap.com

barry.connolly@columbiamanagement.com

barry.fennell@fmr.com

barry.friedson@db.com

barry.garner@us.cibc.com

barry.glavin@biam.boi.ie

barry.glavin@hsbcam.com

barry.goldblatt@entergykoch.com

barry.griffin@jpmorgan.com

barry.hammond@eu.altria.com

barry.harris@uebgroup.com

barry.henderson@soros.com

barry.hughes@csam.com

barry.j.ahearne@aib.ie

barry.j.golden@fmr.com

barry.j.nordstrand@pjc.com

barry.j.o'dwyer@aib.ie

barry.jaggs@arabbank.co.uk

barry.kelly@pioneeraltinvest.com

barry.lai@capitalone.com

barry.leipsic@citadelgroup.com

barry.livermore@fmr.com

barry.maksymczuk@fandc.com

barry.marshall@gartmore.com

barry.mcalinden@ubs.com

barry.mcconnell@rreef.com

barry.mcloughlin@boigm.com

barry.mcquain@lionhart.net

barry.mitchinson@barcap.com

barry.monks@bmo.com

barry.moran@boigm.com

barry.munson@citicorp.com

barry.naisbitt@abbeynational.co.uk

barry.nix@uk.nomura.com

barry.perhac@ge.com

barry.randall@lazard.com

barry.rosenberg@morganstanley.com

barry.ross@au.pimco.com

barry.ryan@rbccm.com

barry.sanjana@morleyfm.com

barry.schachter@moorecap.com

barry.smith@53.com

barry.smith@nationwide.co.uk

barry.vrijssen@pggm.nl

barry.w.pitcher@aib.ie

barry.widdows@barclaysglobal.com

barry.widdows@insightinvestment.com

barry.winter@citi.com

barry.zamore@csfb.com

barry@primarytrendfunds.com

barry_allen@ssga.com

barry_bier@gmacm.com

barry_groveman@westlb.com

barry_henderson@troweprice.com

barry_kc_yip@hkma.gov.hk

barry_kohout@glenmede.com

barry_levine@acml.com

barry_mary@fsba.state.fl.us

barry_nielson@agc.com

barry_oconnell@ml.com

barry_roof@rsausa.com

barry_scheinholtz@mony.com

barry_spear@ssga.com

barry_wzorek@vanguard.com

barryt.murphy@boigm.com

barrytp@bankisrael.gov.il

bart.aandentoorn@snsam.nl

bart.barnett@morgankeegan.com

bart.bc.claeys@dexia-am.com

bart.coenraads@fortisinvestments.com

bart.de.lange@kasbank.com

bart.decock@dexia-am.com

bart.desaeger@dexia-am.com

bart.fransen@rabobank.com

bart.geukens@fortisinvestments.com

bart.glenn@aiminvestments.com

bart.goosens@dexia-am.com

bart.grenier@db.com

bart.gromada@bmo.com

bart.hellwig@columbiamanagement.com

bart.hoorn@ingim.com

bart.koolhaas@ingim.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bart.maser@wamu.net
bart.ogonowski@ibtco.com
bart.paredis@dexia.com
bart.ras@philips.com
bart.saenen@pggm.nl
bart.schlatmann@inginvestment.com
bart.siebers@ingim.com
bart.steenbergen@bmo.com
bart.tishauser@fbs.nl
bart.turtelboom@glgpartners.com
bart.van.merrienboer@ingim.com
bart.vandekamer@sns.nl
bart.vanderveken@dexia.be
bart.vanhaverbeke@dexia.be
bart_hellwig@ssga.com
bart_holl@scudder.com
bart_wyrick@americancentury.com
barth@gothamcapital.com
bartjan.vanhulten@uk.fid-intl.com
bartlett_geer@putnam.com
bartlettb@bernstein.com
bartlomiej.pastwa@bankofamerica.com
bartlomiej_rutkowski@westlb.co.uk
barton.holl@db.com
bartzberger@kanaly.com
baruch@atalanta.com
barwickf@delaware.co.uk
baryan@fdic.gov
bas.iserief@abnamro.com
bas.kragten@ingim.com
bas.nieuweweme@inginvestment.com
bas.peeters@ingim.com
bas.van.buuren@ing.com.my
bas.van.buuren@ingim.com
bas@bpi.pt
basak.denizci@denizbank.com
basare@fhlbc.com
baschmucker@stifel.com
bascunan.m@bimcor.ca
bashar_zacharia@calpers.ca.gov
bashar_zakaria@calpers.ca.gov
basher@allstate.com
basil.cassini@cariplo.com

basil.goetsch@group.novartis.com
basil.keller@ubs.com
basil.masters@jp.ca-assetmanagement.com
basil.shoukry@hsbcpb.com
basil.sohrmann@cspb.com
basil.stefanidis@cba.com.au
basil@concordiafunds.com
basil_qunibi@ml.com
basile.rivoire@sgcib.com
basile@capitalgest.it
bass@bear.com
bassem.daher@exane.com
basterra@bloomberg.net
bastiaan.braams@stroeve.nl
bastiaan.vanderheyden@akzonobel.com
bastian.freitag@hauck-aufhaeuser.de
bastian.gries@westam.com
bastian.hentschel@vkb.de
bastian.meyer@kfw.de
bastian.schaefer@oppenheim.de
bastien.berthon@sgcib.com
batel.al-batel@riyadbank.com
bateman.p@tbcam.com
batemanp@ebrd.com
baterk@nationwide.com
batesj@delaware.co.uk
bathj@nationwide.com
bathompson@wellington.com
batiyyah1@bloomberg.net
batkins@statestreet.com
batsevd@lazard.com
battellinor@rba.gov.au
battiato@ellington.com
battili@bloomberg.net
batwater@fultonfinancialadvisors.com
baudoixa@sdm.cic.fr
baudouin.devaucleroy@sabena.be
baudouin.prot@bnpparibas.com
bauer@swissfp.com
bauerb@1stsource.com
baumannp@atag.com
baumgs@bloomberg.net
baumhoff.ew@mellon.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

baumond@loomissayles.com
baunaz@bloomberg.net
bausch@swissfp.com
bauvier@fmr.com
bavo.jacobs@dexia-am.com
bawilliams@statestreet.com
bawo_ayomike@freddiemac.com
bayard.fiechter@pncbank.com
bayer.andringa@freeler.nl
baymiller.jon@principal.com
bayot@nytimes.com
baypondgrp@wellington.com
baz@tcwgroup.com
bazzarellod@gruppocredit.it
bb75@cornell.edu
bbaggenstos@russell.com
bbailey@orixcm.com
bbailey@waddell.com
bbaird@hanoverstrategic.com
bbajic@bloomberg.net
bbaker@bbandt.com
bbaker@senecacapital.com
bbalg@meag.com
bballe@osc.state.ny.us
bbane@stephens.com
bbarenboim@opcap.com
bbarker@pictet.com
bbarna@perrycap.com
bbarnes@eatonvance.com
bbarnes@fciadvisors.com
bbarney@mdsass.com
bbarnhart@aegonusa.com
bbarrall@westernasset.com
bbarret@templeton.com
bbarrett@bass-net.com
bbarrett@sunamerica.com
bbarros@shay.com
bbarry2@bloomberg.net
bbartlet@princeton.edu
bbartlett@lordabbett.com
bbateman@unum.com
bbattista@blackrock.com
bbayer@atlanticasset.com

bbe@statoilhydro.com
bbeam@firstgulfbank.com
bbean@fdic.gov
bbeaty@hanseatic-ny.com
bbeck@bloomberg.net
bbecker@invest.treas.state.mi.us
bbeere@troweprice.com
bbeerley@iberdrolausa.com
bbehrens@brownadvisory.com
bbejster@federatedinv.com
bbell@federatedinv.com
bbell@nationalasset.com
bbellamy@tswinvest.com
bbelton@panagora.com
bbeman@aegonusa.com
bbenanzer@bokf.com
bbenedict@watermarkgroup.com
bbennett@standishmellon.com
bbenson@amica.com
bberberian@payden-rygel.com
bberghuis@troweprice.com
bberman@tiaa-cref.org
bbernabe@websterbank.com
bbernard@templeton.com
bbertucci@westernasset.com
bbest@lehman.com
bbg@americancentury.com
bbidois@groupama-am.fr
bbiehler@metzler.com
bbinder@caxton.com
bbinyon@agfinance.com
bbirnzain@meag.com
bbishop@scmadv.com
bbixler@metlife.com
bblbprtf@bloomberg.net
bblfbal@bellatlantic.com
bblodgett@asglp.com
bbmoss@household.com
bbodett@allstate.com
bbogers1@bloomberg.net
bboland@orix.com
bbolen@barclayi.com
bbolk@aegon.nl

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bbombay@franklintempleton.ca | bburns@stephens.com |
| bbonomo@oppenheimerfunds.com | bburrell@lordabbett.com |
| bbooth@caxtonhealth.com | bburrell@wescorp.org |
| bboral@caxton.com | bbush@stephens.com |
| bborander@bloomberg.net | bbwhite@bloomberg.net |
| bborellitborelli@jennison.com | bbyi@bkb.com |
| bborer@tweedy.com | bbyrne@millertabak.com |
| bbornstein@omega-advisors.com | bc17@ntrs.com |
| bborras@sanostra.es | bc37@ntrs.com |
| bborud@hcmlp.com | bcabanne@global-equities.com |
| bbosch@northcentraltrust.com | bcabeza@msdw.es |
| bboughner@bbandt.com | bcampbell@oppenheimerfunds.com |
| bboushele@cobank.com | bcarl@bbandt.com |
| bbowden@bloomberg.net | bcarlson@mfs.com |
| bboyd@payden-rygel.com | bcarol@uss.com |
| bboyer@jennison.com | bcarris@frk.com |
| bbraamcamp.lisboa@sinvest.es | bcarroll@perrycap.com |
| bbrandon@eatonvance.com | bcarroll@regimentcapital.com |
| bbrant@unumprovident.com | bcarter@provnet.com |
| bbredemeier@ftportfolios.com | bcary@divinv.net |
| bbrennan@pershing.com | bcase@nb.com |
| bbrewington@berkeleycm.com | bcase@trmshedge.com |
| bbridges@sterling-capital.com | bcastillo@bancaja.es |
| bbrill@caxton.com | bcavanaugh@metlife.com |
| bbrill@watrust.com | bcavazos@wellington.com |
| bbroadbent@hcmlp.com | bcb@capgroup.com |
| bbrooks@valueline.com | bcecil@navymutual.org |
| bbrown@hcmlp.com | bcervin@bloomberg.net |
| bbrown@troweprice.com | bcetron@nb.com |
| bbrown1@allstate.com | bchaltas@allstate.com |
| bbrubaker@dollarbank.com | bchambers@barrowhanley.com |
| bbruno@loomissayles.com | bchang@lib.com |
| bbryan@jennison.com | bchang@wescorp.org |
| bbsa.pcavero@retemail.es | bcharles@asbcm.com |
| bbt1@ntrs.com | bchatman@shelterinsurance.com |
| bbtay@mas.gov.sg | bchen@senecacapital.com |
| bbtracy@attbi.com | bcheney@jhancock.com |
| bbugni@mt.gov | bchi4@allstate.com |
| bbuilder@blackndecker.com | bchim@ci.com |
| bbunker@princeton.edu | bchin@us.tr.mufg.jp |
| bburch@provnet.com | bchoo3@bloomberg.net |
| bburnes@wgtrading.com | bchrystal@lordabbett.com1 |
| bburns@fiduciarymgt.com | bchu@lordabbett.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bchuang@mlp.com | bcpi@bloomberg.net |
| bcicerchia@fideuramsgr.it | bcr.eu@adia.ae |
| bcimc@bloomberg.net | bcrailey@leggmason.com |
| bcjermeland1@mmm.com | bcrawfo@frk.com |
| bck1@ntrs.com | bcrawfo@ftci.com |
| bckwon@chb.co.kr | bcrawford@lionsgatecap.com |
| bcl@nbim.no | bcrider@reamsasset.com |
| bclark@turnerinvestments.com | bcridland@steinroe.com |
| bclark@waddell.com | bcruise@eagleglobal.com |
| bclarke@bethpagefcu.com | bcrumley@lkcm.com |
| bclarkson@chubb.com | bcryer@frk.com |
| bclaybrook@provnet.com | bcs1@notes.ntrs.com |
| bcleathero@jhancock.com | bcsa-research@barclayscapital.com |
| bclougher@mfs.com | bct43@cornell.edu |
| bclouser1@bloomberg.net | bctieste@babsoncapital.com |
| bclukey@ers.state.tx.us | bcullen@berkeleydelta.com |
| bcmccarthy1@bloomberg.net | bcumiskey@caxton.com |
| bco@capgroup.com | bcummings@bpbtc.com |
| bcogger@oppenheimerfunds.com | bcummings@sumitomotrustusa.com |
| bcole7@bloomberg.net | bcunha@mfs.com |
| bcoley@azoa.com | bcurlee@kanaly.com |
| bcollado@creditandorra.as | bcurrie@entergy.com |
| bcollins@statestreet.com | bd@farcap.com |
| bcollins@unumprovident.com | bdamon@microsoft.com |
| bcolombo@gmail.com | bdaniel_evans@ml.com |
| bcolton@opcap.com | bdanielewicz@jhancock.com |
| bcometto@spasset.lu | bdaniels@pimco.com |
| bconty@copera.org | bdargan@mfs.com |
| bconvery@huffcompanies.com | bdausch@troweprice.com |
| bcook@jennison.com | bdavis@cadence.com |
| bcook@oaktreecap.com | bdavis@fdic.gov |
| bcook@omega-advisors.com | bdavis@federatedinv.com |
| bcoquelin@groupe-ufg.com | bdawson@mcleanbudden.com |
| bcorcora@imsi.com | bdb@ubp.ch |
| bcornelius@hcmlp.com | bddoyle@aegonusa.com |
| bcostello@alger.com | bde@bankinvest.dk |
| bcote@downeysavings.com | bdebastiani@rwbaird.com |
| bcoughlin@essexinvest.com | bdecker4@bloomberg.net |
| bcourtney@fciadvisors.com | bdeclosset@msn.com |
| bcourtney@kpsp.com | bdeitelzweig@ag-am.com |
| bcowan@lkcm.com | bdelacruz@pacificlife.com |
| bcox@aegonusa.com | bdelaet@brgco.com |
| bcox@berkeleyvc.com | bdelcour.bbl@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bdeleon@pimco.com | bealey@allstate.com |
| bdemole@pictet.com | beard@bloomberg.net |
| bdenigris@pershing.com | beasterling@barbnet.com |
| bdenihan@crawfordinvestment.com | beat.alpiger@credit-suisse.com |
| bdenney@firstrust.com | beat.bommer@bs.ch |
| bdesani@flhbdm.com | beat.borer@cibasc.com |
| bdesjarlais@fleet.com | beat.cabiallavetta@gs.com |
| bdh007@samsung.co.kr | beat.diggelmann@aam.ch |
| bdholcombe@cazenove.com | beat.egger@juliusbaer.com |
| bdias@hbk.com | beat.ehrismann@rbscoutts.com |
| bdiersch@microsoft.com | beat.gabathuler@zkb.ch |
| bdillon@deerfieldcapital.com | beat.gerber@swisscanto.com |
| bdingle@federatedinv.com | beat.grunder@credit-suisse.com |
| bdirubbio@ustrust.com | beat.haller@ch.abnamro.com |
| bdixon@newstaram.com | beat.jakob@dresdner-bank.ch |
| bdmcgrath@leggmason.com | beat.jakob@ubs.com |
| bdmts@bloomberg.net | beat.john@ubs.com |
| bdoby1013@aol.com | beat.kaeser@lodh.com |
| bdoherty@wellington.com | beat.kaiser@sarasin.ch |
| bdojonovic@offitbank.com | beat.keiser@sarasin.ch |
| bdonahoe@tswinvest.com | beat.kempf@ubs.com |
| bdonley@barbnet.com | beat.kunz@mobi.ch |
| bdoran@bloomberg.net | beat.matzinger@juliusbaer.com |
| bdr.paris@wanadoo.fe | beat.moser@ubs.com |
| bdr.paris@wanadoo.fr | beat.muerset@vontobel.ch |
| bdr1@ntrs.com | beat.pfiffner@zkb.ch |
| bdrchjb@aol.com | beat.rohner@bcv.ch |
| bdrny@earthlink.net | beat.ruegg@credit-suisse.com |
| bdsani@flhbdm.com | beat.ruffieux@credit-suisse.com |
| bdubus@generali.fr | beat.salzmann@juliusbaer.com |
| bduddy@loomissayles.com | beat.schmocker@ubs.com |
| bdufief@hbk.com | beat.schumacher@credit-suisse.com |
| bdunn@us.mufg.jp | beat.schumacher@zkb.ch |
| bduran@invercaixa.es | beat.steffen@pharma.novartis.com |
| bdurand@mfcglobalus.com | beat.troehler@claridenleu.com |
| bdurkin@congressasset.com | beat.troehler@publica.ch |
| bdurnez@bloomberg.net | beat.vonwyl@blkb.inet.ch |
| bdverrecchia@wellington.com | beat.wagner@ubs.com |
| bdyer@paragonassociates.net | beat.weiss@vontobel.ch |
| bdykes@ups.com | beat.wernli@basler.ch |
| be@patriotic.com | beat.widmer@db.com |
| be8@ntrs.com | beat.wittmann@juliusbaer.com |
| bea.gneisenau@hvb.de | beat.zellweger@llb.li |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| beat.zihnder@akb.ch | beckerdt@rwbaird.com |
| beat_luethi@swissre.com | becket.wolf@citadelgroup.com |
| beate.doerschmidt@dgz-dekabank.de | beckmannn@bloomberg.net |
| beate.forell@kfw.de | becky.alley@truscocapital.com |
| beate.huge@db.com | becky.biddulph@bg-group.com |
| beate.schuster@bayernlb.de | becky.byrd.g3mx@statefarm.com |
| beate.simon@db.com | becky.dudley@eagleasset.com |
| beate.thielcke@dekabank.de | becky.mammen@db.com |
| beatrice.belorgey@bnpparibas.com | becky.mcquillan@citadelgroup.com |
| beatrice.brunet@caam.com | becky.moser@national_city.com |
| beatrice.brunner@ubs.com | becky.poyser@wellsfargo.com |
| beatrice.chang@chinatrust.com.tw | becky.rinaldi@gcinc.com |
| beatrice.finamore@am.generali.com | becky.tsang@agf.com |
| beatrice.kirkroy@gs.com | becky.villeneuve@usbank.com |
| beatrice.kunz@claridenleu.com | becky_chan@blackrock.com |
| beatrice.lamour@dzbank.de | beckyxu@gic.com.sg |
| beatrice.mignard@bnpparibas.com | bedemeka@jennison.com |
| beatrice.rodriguez@fidelity.com | bedij@rba.gov.au |
| beatrice.werlen@rbc.com | bedivierre.bagui@westernasset.com |
| beatrix.bernauer@lbbw.de | bedjotedja@dbs.com |
| beatrix.goebel@helaba.de | bednarc@vankampen.com |
| beatrix.poth@dgz-dekabank.de | bedours@kia.gov.kw |
| beatriz.catalan@ibercaja.net | bedwial.tods@bloomberg.net |
| beatriz.munoz@grupobbva.com | beffler@amfin.com |
| beatriz.sotomayor@ecb.int | befitzy@bloomberg.net |
| beau.coash@fmr.com | beg@nbim.no |
| beau.harbour.research@gmail.com | beg2@ntrs.com |
| beau.hurst@lazard.com | began@ftci.com |
| beaucamps_jacques@accor-hotels.com | beggleston@loomissayles.com |
| beaulieu.christopher@pennmutual.com | behana@biam.boi.ie |
| beaumanc@ebrd.com | behling@bloomberg.net |
| beaumont@pimco.com | behnan.maclean@statestreet.com |
| bebe.wilkinson@us.ing.com | behzad@bernstein.com |
| bebel@lordabbett.com | bei.saville@morganstanley.com |
| beberhardt@union-investment.de | beirnee@biam.boi.ie |
| beberhardt@wescorp.org | beiwang@northwesternmutual.com |
| beberle@pictet.com | bekim.laski@ubs.com |
| bebner@troweprice.com | bela.mehta@fmr.com |
| bebo03@handelsbanken.se | beleggingenbotreasury@pggm.nl |
| bebr@danskecapital.com | belenminayo@bloomberg.net |
| bebruce@dow.com | belgin@snwsc.com |
| beck_kevin@jpmorgan.com | belin.ngse@uobgroup.com |
| beckelman.david@pennmutual.com | belina.dreessen@dzbank.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

belinda.ash@uk.fid-intl.com
belinda.blanchard@trs.state.va.us
belinda.bradley@protective.com
belinda.chow@db.com
belinda.couniotakis@ubs.com
belinda.mettier@vpbank.com
belinda.otruba@csam.com
belinda.peltz@dit.de
belinda.wright@threadneedle.co.uk
belinda_denovellis@elliottandpage.com
belisha@netvision.net.il
bell@bridportjersey.net
bella.grishtaev@thehartford.com
bella_berns@rsco.com
belle.ho@uk.fid-intl.com
belliott@aegonusa.com
bellons@towers.com
belma.osmanagich@deshaw.com
belmontejc@bancourquijo.com
belogan@wellington.com
belova@bernstein.com
belseya@gruppocredit.it
beltran.lastra@jpmorgan.com
belusicb@gruppocredit.it
bem@ubp.ch
bemmons@bokf.com
bemorris@bear.com
ben.adams@lowes.com
ben.akrigg@fandc.com
ben.barrett@inginvestment.com
ben.bennett@lgim.co.uk
ben.blackburn@morleyfm.com
ben.boudraf@bnpparibas.com
ben.bowman@ers.state.tx.us
ben.buchan@alliancebernstein.com
ben.callan@uk.abnamro.com
ben.carter@bmo.com
ben.cleavely@lgim.co.uk
ben.cook@threadneedle.co.uk
ben.dadbin@pimco.com
ben.dassen@ingim.com
ben.ebert@swipartnership.co.uk
ben.edwards@lgim.co.uk

ben.edwards@pimco.com
ben.ehlert@pimco.com
ben.faulkner@ubs.com
ben.fenton@morganstanley.com
ben.finger@clinton.com
ben.floyd@bankofamerica.com
ben.franklin@lgim.co.uk
ben.funnell@glgpartners.com
ben.g.stapley@jpmorgan.com
ben.gee@barclays.com
ben.giles@claridenleu.com
ben.gill@glgpartners.com
ben.goodsell@credit-suisse.com
ben.griffiths@bailliegifford.co.uk
ben.grippi@metlife.com
ben.h@gordian.co.uk
ben.hall@deshaw.com
ben.hauzenberger@swisscanto.ch
ben.helm@augustus.co.uk
ben.hock@aiminvestments.com
ben.hollis@db.com
ben.horsell@fortisinvestments.com
ben.j.bergum@nwa.com
ben.j.reterink@si.shell.com
ben.jacobs@moorecap.com
ben.james@bankofamerica.com
ben.kirkegaard@glgpartners.com
ben.lester@uk.nomura.com
ben.lloyd@bailliegifford.com
ben.may@bankofengland.co.uk
ben.mcgloin@pimco.com
ben.meng@barclaysglobal.com
ben.miall@rabobank.com
ben.middleton@morleyfm.com
ben.mills@aegon.co.uk
ben.ming@barclaysglobal.com
ben.morris@bfsinvest.co.uk
ben.murison@barclayscapital.com
ben.neumann@bbh.com
ben.nielson@ubs.com
ben.otoole@threadneedle.co.uk
ben.pais@snssecurities.nl
ben.paton@uk.fid-intl.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ben.paviour@omam.co.uk | benbarringer@morganstanleyquilter.ie |
| ben.perlman@gecapital.com | bencsicslg@otpbank.hu |
| ben.rijff@unilever.com | bendavies@dbs.com |
| ben.ritchie@aberdeen-asset.com | bendinelli@gestielle.it |
| ben.ross@corporate.ge.com | benedetta.rospigliosi@arcafondi.it |
| ben.s.lieberman@pjc.com | benedetti@dynexcapital.com |
| ben.shuleva@fmr.com | benedetto.falcone@morganstanley.com |
| ben.spires@soros.com | benedetto@offitbank.com |
| ben.squire@btfinancialgroup.com | benedict.fatio@lodh.com |
| ben.taylor@robecoinvest.com | benedict.mugnier@hsbcpb.com |
| ben.thompson@bailliegifford.com | benedict.nielsen@ubs.com |
| ben.thompson@northernrock.co.uk | benedict.redmond@barclayscapital.com |
| ben.toole@carolinafirst.com | benedict.rf.thomas@flemings.com |
| ben.walker@gartmore.com | benedicte.lagrandie@lodh.com |
| ben.wallace@gartmore.com | benedicte.mougeot@sinopia.com.hk |
| ben.weiss@shinseibank.com | benedikt.blomberg@columbiamanagement.com |
| ben.white@lgim.co.uk | benedikt.gislason@isb.is |
| ben.williams@investecmail.com | benedikt.hau@lrp.de |
| ben.wood@uboc.com | benedikt.henne@aam.de |
| ben.woodcock@db.com | benedikt.henne@dit.de |
| ben.woodward@trs.state.tx.us | benedikt.kuehne@helvetia.ch |
| ben.wulfsohn@lazard.com | benedikt.kutschevas@sfs.siemens.de |
| ben.x.pumfrett@jpmorgan.com | benelizrs@umtb.co.il |
| ben.yuen@ubs.com | benelwes@gic.com.sg |
| ben@ardsley.com | bengann@dbs.com |
| ben@esunbank.com.hk | bengle@oppenheimerfunds.com |
| ben@sandlercap.com | benglish@tiaa-cref.org |
| ben_allison@invesco.com | bengt.agefjord@ericsson.com |
| ben_brodkowitz@jwhmail.com | bengt.bjorken@amfpension.se |
| ben_constable-maxwell@ldn.invesco.com | bengt.eke@afaforsakring.se |
| ben_fazeli@fanniemae.com | bengt.hansson@ap3.se |
| ben_ghalmi@acml.com | bengt.hellstrom@ap3.se |
| ben_giele@americancentury.com | bengt.kileus@afa.se |
| ben_gore@ml.com | bengt.ohlsson@volvo.com |
| ben_griffiths@troweprice.com | bengt.sandberg@skandia.se |
| ben_hendrix@invesco.com | bengteck@temasek.com.sg |
| ben_jones@fanniemae.com | bengt-ove.enge@moa.norges-bank.no |
| ben_kottler@ssga.com | benguriag@bancourquijo.com |
| ben_russon@newton.co.uk | bengzon@jyskebank.dk |
| ben_salm@ssga.com | benhung@chinalife.com.tw |
| ben_tanen@ustrust.com | benita.smith@allegiantgroup.com |
| benaifer_patell@blackrock.com | benito.artinano@fonditel.es |
| benard.steinberg@uk.ca-indosuez.com | benjaman.werber@dnbnor.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

benjamin.baldwin@db.com
benjamin.birnbaum@westernasset.com
benjamin.boehm@sachsenlb.ie
benjamin.brauchli@claridenleu.com
benjamin.brey@fmr.com
benjamin.brodsky@barclaysglobal.com
benjamin.cahill@citadelgroup.com
benjamin.campbell@columbiamanagement.com
benjamin.caron@phxinv.com
benjamin.chan@pimco.com
benjamin.clerget@sgcib.com
benjamin.douglas@janus.com
benjamin.eichenberger@juliusbaer.com
benjamin.ford@bwater.com
benjamin.ford@moorecap.com
benjamin.freeburg@blackrock.com
benjamin.garrity@citigroup.com
benjamin.gigot@bernstein.com
benjamin.herrick@tcw.com
benjamin.hesse@fmr.com
benjamin.hsu@db.com
benjamin.hwang@pioneerinvestments.com
benjamin.imelhaine@barclaysglobal.com
benjamin.jacquard@uk.calyon.com
benjamin.knecht@claridenleu.com
benjamin.komarnicki@axa-im.com
benjamin.lee@gs.com
benjamin.leroux@lazard.fr
benjamin.leroy@fortis.lu
benjamin.leveque@db.com
benjamin.lippke@db.com
benjamin.m.calhoun@wellsfargo.com
benjamin.marsho@fnbchestercounty.com
benjamin.martin@bankofengland.co.uk
benjamin.meier@credit-suisse.com
benjamin.merlo@juliusbaer.com
benjamin.meyer@rothschildbank.com
benjamin.moyer@blackrock.com
benjamin.pace@db.com
benjamin.pass@glgpartners.com
benjamin.piggott@fmr.com
benjamin.rawlins@upbna.com
benjamin.sahel@ecb.int

benjamin.samim@citadelgroup.com
benjamin.sawyer@pncadvisors.com
benjamin.schiessle@jpmorgan.com
benjamin.scialom@ca-assetmanagement.fr
benjamin.sklar@alliancebernstein.com
benjamin.snedeker@deshaw.com
benjamin.so@ap.ing.com
benjamin.steger@prudential.com
benjamin.stone@usbank.com
benjamin.tabak@bcb.gov.br
benjamin.taksin@sinopia.fr
benjamin.tell@aig.com
benjamin.todres@americas.bnpparibas.com
benjamin.tryon@tcw.com
benjamin.velazquez@us.standardchartered.com
benjamin.vierendeel@dexia.be
benjamin.waters@exxonmobil.com
benjamin.werber@dnbnor.com
benjamin.wigren@columbiamanagement.com
benjamin.wurth@hsbctrinkaus.de
benjamin.yeo@dzbank.com.sg
benjamin@nyc.apollolp.com
benjamin_garfield@ssga.com
benjamin_garfield@ustrust.com
benjamin_ho@swissre.com
benjamin_lathrop@ustrust.com
benjamin_meuli@swissre.com
benjamin_ng@bloomberg.net
benjamin_riley@troweprice.com
benjamin_tarlow@ssga.com
benjamin_wang@acml.com
benjamin_weidmann@swissre.com
benjamin_wong@ssga.com
benjamin_x_perlman@fanniemae.com
benjaminlu@bloomberg.net
benjamintan@gic.com.sg
benjamin-ts.wong@aig.com
benjaminzk@sina.com
benjy.cuby@credit-suisse.com
benmalone@bloomberg.net
benmountain@quilter.co.uk
bennett.golub@blackrock.com
bennett.scott@principal.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bennett.singer@citizensbank.com
bennett@mcm.com
bennett@pacificincome.com
benno.weber@ubs.com
benno_flury@swissre.com
bennspiers@camarguecapital.com
benny.bruno@db.com
benny.ho@ap.ing.com
benny.karlsson@vattenfall.com
benny.lam@icbc.com.hk
benny.lo@fmr.com
benny.loix@belgacom.be
benny.tang@first-franklin.com
benny.tommasino@rbccm.com
bennychey@mas.gov.sg
benoit.barthelet@lazard.fr
benoit.bazin@saint-gobain.com
benoit.berger@bcv.ch
benoit.bouche@puilaetco.be
benoit.chaligne@fandc.com
benoit.chambonnet@liberty-surf.fr
benoit.charpentier@total.com
benoit.corteville@lamondiale.com
benoit.dauchez@bnpparibas.com
benoit.debains@onair.aero
benoit.debelder@ingim.com
benoit.debroise@ie.dexia.be
benoit.de-leusse@st.com
benoit.delmas@calyon.com
benoit.demol@creditfoncier.fr
benoit.depauw@fortisinvestments.com
benoit.dereme@dib.be
benoit.deryng@valeo.com
benoit.desbiens@tres.bnc.ca
benoit.elvinger@bdl.lu
benoit.fort@caam.com
benoit.galan@laposte.net
benoit.ghiezen@citigroup.com
benoit.herault@gs.com
benoit.houzelle@caam.com
benoit.juin@bnpparibas.com
benoit.maguet@sgam.com
benoit.mathey@bnpparibas.com

benoit.mercereau@sinopia.fr
benoit.meulot@sgcib.com
benoit.mojon@banque-france.fr
benoit.nansot@bnpparibas.com
benoit.palliez@caam.com
benoit.picard@bnpparibas.com
benoit.plumel@caam.com
benoit.robaux@axa-im.com
benoit.soler@axa-im.com
benoit.stroesser@jpmorgan.com
benoit.trioux@axa-im.com
benoit.x.dethier@jpmchase.com
benoit@silchester.com
benoit_claire@coface.fr
benoit_pincon@shinvest.co.kr
benoy.thomas@barclaysglobal.com
benreid@quadrantcapital.com
benrey@san.rr.com
benson.ld@mellon.com
benson.sm@tbcam.com
benson@aigfpc.com
benson_ao@amcm.gov.mo
bensona1@nationwide.com
bensonp@ie.ibm.com
bensont@swcorp.org
bent.hoegh-jensen@nordea.com
bent.kristensen@nordea.com
bentai@ocbc.com.sg
bente.hoem@dnbnor.no
bentley.susan@gene.com
benton_john@fsba.state.fl.us
bentonj@bloomberg.net
bentuej@bancsabadell.com
benx@bgi-group.com
ben-y.zhang@ubs.com
beppard@bbandt.com
ber@ubp.ch
bera02@handelsbanken.se
beram.gazdar@morganstanley.com
berardo@fondazionecrverona.org
berenger.joseph@axa-im.com
berengere.carmenen@ccr.fr
berens@rentenbank.de smtp bere

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| berg.debleecker@fortis.com | bernard.de.becker@ing.be |
| bergan.travis@principal.com | bernard.debecker@ib.bankgesselscaft.de |
| bergas@tcwgroup.com | bernard.delhaye@fortisbank.com |
| bergazcristina@bancourquijo.com | bernard.deliege@fortisinvestments.com |
| berge.ofstad@dnb.no | bernard.dennery@bnpfp.com |
| bergj@tcwgroup.com | bernard.descreux@labanquepostale-am.fr |
| berglund@penntrust.com | bernard.fischer@fortis.lu |
| bergman.s@kochind.com | bernard.frojmovich@blackrock.com |
| bergur.bardason@sedlabanki.is | bernard.gadelle@bred.fr |
| berhard_pfaff@fra.invesco.com | bernard.gaughran@lloydsbank.ch |
| berit.henrickson@dnb.no | bernard.gehringer@tetrapak.com |
| berit.henriksen@dnbnor.no | bernard.ginet@paris.rhone-poulenc.com |
| berk.kislal@ge.com | bernard.gormley@columbiamanagement.com |
| berk.ozturk@dartmouth.edu | bernard.hanratty@citicorp.com |
| berk_steven@jpmorgan.com | bernard.hunter@ubs.com |
| berkbowen@aol.com | bernard.huppert@pirelli.com |
| berna.cagatay@yapikredi.com.tr | bernard.j.masse@bnpparibas.com |
| bernadette.alexander@cail.lu | bernard.janssen@nl.abnamro.com |
| bernadette.behrens@rmf.ch | bernard.jensen@us.mizuho-sc.com |
| bernadette.busquere@sgam.com | bernard.kalfon@sgam.com |
| bernadette.fabian@nestle.com | bernard.kleene@postbank.de |
| bernadette.gielnik@sachsenlb.ie | bernard.laliere@petercam.be |
| bernadette.kaufhold@sparkasse-koelnbonn.de | bernard.laperrousaz@lodh.com |
| bernadette.mazzella@bankofamerica.com | bernard.lempereur@fortis.com |
| bernadette.musker@fandc.com | bernard.louis@nordea.lu |
| bernadette.o'brien@lgim.co.uk | bernard.nexon@caam.com |
| bernadette.smith@pncbank.com | bernard.oreilly@glgpartners.com |
| bernadettehuang@gic.com.sg | bernard.p.killelea@aib.ie |
| bernadus.roelofs@hvb.de | bernard.possa@csam.com |
| bernagozzi@caxton.com | bernard.ravussin@bcv.ch |
| bernard.ahkong@ubs-oconnor.com | bernard.sandberg@bnpparibas.com |
| bernard.andersen@hsbcpb.com | bernard.shinkel@huntington.com |
| bernard.armstrong@hsbcpb.com | bernard.simon-barboux@caam.com |
| bernard.bochatey@ubs.com | bernard.smith@schwab.com |
| bernard.braudis@columbiamanagement.com | bernard.soulas@edf.fr |
| bernard.cappellari@dexia.be | bernard.stadler@claridenleu.com |
| bernard.carayon@calyon.com | bernard.tsui@uboc.com |
| bernard.caroyez@belgacom.be | bernard.whitsett@prudential.com |
| bernard.cassar@bov.com | bernard.winograd@prudential.com |
| bernard.chevreux@telekom.de | bernard.wong@ubs.com |
| bernard.coupez@bnpparibas.com | bernard_benisti@coface.com |
| bernard.coussee@puilaetco.com | bernard_george@ml.com |
| bernard.cuadra@smhgroup.com | bernard_guillaume@aviva.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bernarddaly@angloirishbank.ie | bernd.schmid@risklab.de |
| bernardo.diaz@firstbankpr.com | bernd.schroeder@union-investment.de |
| bernardo.marfia@interbanca.it | bernd.schuster@trinkaus.de |
| bernardo.mesa@mackayshields.com | bernd.schweigert@fujisawa.de |
| bernardo.pereira@bsnp.pt | bernd.thoma@fraspa1822.de |
| bernardo.villela@soros.com | bernd.ullrich@commerzbank.com |
| bernardphang@gic.com.sg | bernd.volk@deka.de |
| bernardtan@gic.com.sg | bernd.vonwahlert@allianzgi.de |
| bernardwee@mas.gov.sg | bernd.waizenhoefer@db.com |
| bernd.adam@lloydsbank.ch | bernd.walterscheid@ksk-koeln.de |
| bernd.backhaus@helaba.de | bernd.zens@devk.de |
| bernd.baeume@lampebank.de | bernhard.arbogast@art-allianz.ch |
| bernd.begemann@bhw.de | bernhard.birgmann@bayernlb.de |
| bernd.bublies@heidelberg.com | bernhard.brunner@risklab.de |
| bernd.chory@raiffeisenbank.at | bernhard.dommermuth@postbank.de |
| bernd.claussen@ikb.de | bernhard.eugster@tkb.ch |
| bernd.deutscher@helaba.de | bernhard.freis@db.com |
| bernd.etmer@sparkasse-bremen.de | bernhard.freis@ikb.de |
| bernd.fischer@wuestenrot.de | bernhard.goderbauer@bw-bank.de |
| bernd.gentemann@union-investment.de | bernhard.gstrein@rlb-tirol.at |
| bernd.graessler@wwasset.de | bernhard.hauschild@credit-suisse.de |
| bernd.hahn@ubs.com | bernhard.held@lri.lu |
| bernd.hampele@heidelberg.com | bernhard.herzig@bawagpsk.com |
| bernd.hannaske@cominvest-am.com | bernhard.hofer@rvs.at |
| bernd.hartmann@pioneerinvestments.com | bernhard.huepfj@morganstanley.com |
| bernd.hartmann@vpbank.com | bernhard.kern@ubs.com |
| bernd.henseler@oppenheim.de | bernhard.krause@hsh-nordbank.com |
| bernd.hillingshaeuser@dzbank.de | bernhard.kriwanek@blb.de |
| bernd.hofmann.2@credit-suisse.com | bernhard.kuehn@wuerttembergische.de |
| bernd.honermeyer@ikb.de | bernhard.leder@erstebank.at |
| bernd.karstedt@devif.de | bernhard.lehner@bayernlb.de |
| bernd.klink@53.com | bernhard.lehner@spaengler.at |
| bernd.langen@deutscherring.de | bernhard.leitner@amg.co.at |
| bernd.litterst@lbbw.de | bernhard.maeder@csam.com |
| bernd.luxenburger@saarlb.de | bernhard.maendli@cbve.com |
| bernd.matheis@telekom.de | bernhard.mueller@hsh-nordbank.com |
| bernd.meiners@lampebank.de | bernhard.obenhuber@ubs.com |
| bernd.optenkamp@commerzbank.com | bernhard.p.felder@credit-suisse.com |
| bernd.pomrehn@sarasin.ch | bernhard.panzenell@dzbank.de |
| bernd.quaiser@vkb.de | bernhard.pfenninger@claridenleu.com |
| bernd.rohleder@dzbank.de | bernhard.pieb@pioneerinvestments.at |
| bernd.roth@wgzbank.de | bernhard.ritzdorf@dzbank.de |
| bernd.scherer@morganstanley.com | bernhard.rufli@csam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bernhard.russ@blblon.co.uk
bernhard.schill@cominvest-am.com
bernhard.staeger@stg.ch
bernhard.steege@bayernlb.de
bernhard.steiner@frankfurt-trust.de
bernhard.straub@zkb.ch
bernhard.studer@cbve.com
bernhard.thees@kzvk.de
bernhard.tschanz@credit-suisse.com
bernhard.ullram@rcm.at
bernhard.urech@juliusbaer.com
bernhard.vier@vontobel.ch
bernhard.wiezorek@dlh.de
bernhard.wischkoni@wuestenrot.de
bernhard.zahel@dws.com
bernhard_rolf@hvbamericas.com
bernhardebert@metzler.com
bernice.adorno@alliancebernstein.com
bernice.cail@cna.com
bernice.hsu@tcbank.com.tw
bernice.stein@db.com
bernicepang@stanford.edu
bernie.bozzelli@trs.state.tx.us
bernie.litzinger@mackayshields.com
bernie.mahon@credit-suisse.com
bernie.ryan@db.com
bernie.tew@barclaysglobal.com
bernie.williams@usaa.com
bernie_crowley@putnam.com
bernie_tan@scotiacapital.com
bernie_verhoeven@mgic.com
bernt.christian.brun@kap.norges-bank.no
bernt.magnusson@folksam.se
bernt.sagaard@storebrand.com
bernward.scholtyseck@telekom.de
berry@apollocapital.com
berryd@bloomberg.net
berson@atlanticinvestment.net
bert.a.van-oekelen@gsk.com
bert.b.vandenberg@shell.com
bert.boksen@eagleasset.com
bert.cop@kempen.nl
bert.de.wolff@nl.fortis.com

bert.devriendt@fortis.lu
bert.dhollander@db.com
bert.gallant@peoples.com
bert.leffers@mn-services.nl
bert.lemmens@dexia.be
bert.oldenkamp@nl.abnamro.com
bert.schouws@nl.abnamro.com
bert.schulte@lbbw.de
bert.siebrand@fandc.com
bert.sukdeo@sns.nl
bert.van.den.berg@nl.abnamro.com
bert.veldman@ingim.com
bert@apcm.net
bertana@microsoft.com
berthilde.chemin@groupe-mma.fr
berthod.becam@bp-sd.com
berthold.biehler@banca.mps.it
berthold.numeier@lbbw.de
berthold.veil@lbbw.de
bertie.thomson@aberdeen-asset.com
bertill.hallsten@mbox200.swipnet.se
bertinelli@capitalgest.it
bert-jan.de.ruiter@uk.abnamro.com
bertolottil@bpn.it
bertram.schuetz@hvb.de
bertram.schuetz@hypovereinsbank.de
bertrand.beney@credit-suisse.com
bertrand.boucheron@caam.com
bertrand.chassereau@dexia-crediop.it
bertrand.chen@gs.com
bertrand.cliquet@lazard.com
bertrand.conil@francetelecom.com
bertrand.de-dinechin@sgam.com
bertrand.faivre@cnce.caisse-epargne.fr
bertrand.frehel@axa-im.com
bertrand.guerin@ubs.com
bertrand.jaquiery@lodh.com
bertrand.joel.sager@bcv.ch
bertrand.kubala@morleyfm.com
bertrand.mausderolley@fina.be
bertrand.penverne@caam.com
bertrand.pinel@drkw.com
bertrand.puiffe@uk.fid-intl.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bertrand.savatier@jl-investments.com | beth.morrow@ge.com |
| bertrand.sentenac@calyon.com | beth.nadeau@fhlbboston.com |
| bertrand.sluys@fortisinvestments.com | beth.panek@gwl.com |
| bertrand.tamarelle@cnce.caisse-epargne.fr | beth.russell@huntington.com |
| bertrand.wenkin@ie.fortis.com | beth.wahlig@gm.com |
| bertrand@silchester.com | beth.wills@nationwide.co.uk |
| bertrand_bouchonnet@coface.com | beth_a_harp@oakone.com |
| bertrandlam@gic.com.sg | beth_donahue@hvbamericas.com |
| bertus.franssens@nl.abnamro.com | beth_gorrie@putnam.com |
| beryl.bouvier-di-nota@sgam.com | beth_mayberry@ml.com |
| beryl.c.lee@aexp.com | beth_myruski@putnam.com |
| beshuka@nationwide.com | beth_pietrangelo@prusec.com |
| besnik.skenderi@bmo.com | beth_standbridge@nylim.com |
| beso.sikhaurulidze@fmr.com | beth_watson2@merck.com |
| besozzi@fhlb-of.com | betham@wpginvest.com |
| besselmc@strsoh.org | bethani.rosemark@fmr.com |
| best.rob@principal.com | bethany.angeles@blackrock.com |
| besterson@bear.com | bethany.klein@asbai.com |
| beta.steiner@kasbank.com | bethany_roy@putnam.com |
| betania.soto@tcw.com | bethbyrnes@aol.com |
| betc@capgroup.com | bethersbk@ensignpeak.org |
| beth.bartz@citigroup.com | betina.sommers@ar.schroders.com |
| beth.beagan@fmr.com | betsy.anderson@resolutionasset.com |
| beth.brown@fmr.com | betsy.battle@soros.com |
| beth.carrington@usbank.com | betsy.coyne@columbiamanagement.com |
| beth.cesari@sscims.com | betsy.jette@inginvestment.com |
| beth.coyne@morganstanley.com | betsy.kadlec@ubs.com |
| beth.crone@morganstanley.com | betsy.lind@pimco.com |
| beth.dater@csam.com | betsy.nichols@novartis.com |
| beth.debryun@ntrs.com | betsy.pohl@fmr.com |
| beth.dubuque@suncapadv.com | betsy.roberts@thehartford.com |
| beth.griper@mackayshields.com | betsy.smith@db.com |
| beth.harris@bankofamerica.com | betsy_horton@cargill.com |
| beth.harrison@treasurer.state.nc.us | betsy_taylor@agfg.com |
| beth.loucks@columbiamanagement.com | bettecolombo@gic.com.sg |
| beth.luckin@norwich-union.co.uk | bettencourt@bloomberg.net |
| beth.m.lowe@usa.dupont.com | bettie.hilliard@suntrust.com |
| beth.malkosky@ubs-oconnor.com | bettina.ballerini@morganstanley.com |
| beth.mcdermott@modern-woodmen.org | bettina.boehm.2@credit-suisse.de |
| beth.miller@firstamericanfunds.com | bettina.chasse@hauck-aufhaeuser.lu |
| beth.mitevski@huntington.com | bettina.dorendorf@kfw.de |
| beth.mlynarczyk@soros.com | bettina.doulton@fmr.com |
| beth.moreau@morganstanley.com | bettina.esser@telekom.de |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

bettina.galanti@hypovereinsbank.de
bettina.guschel@oppenheim.de
bettina.janoschek@ba-ca.com
bettina.landau@ecb.europa.eu
bettina.malacarne@snb.ch
bettina.rheinberger@swisscanto.ch
bettina.rosenberger@dzbank.de
bettina.roster@aegon.co.uk
bettina-x.mueller@dws.de
betty.au@bmo.com
betty.c.defranco@csam.com
betty.chan@thehartford.com
betty.chen@morleyfm.com
betty.fimmen@huntington.com
betty.p.wee@aexp.com
betty.pestiaux@ingim.com
betty.pola@truscocapital.com
betty.tong@qmassociates.com
betty.williams@blackrock.com
betty.wong@glgpartners.com
betty.wu@db.com
betty.x.boatemaah@jpmorgan.com
betty.y.law@bob.hsbc.com
betty_cinq-mars@ml.com
betty_eng@aimfunds.com
bettyc@rsa.state.al.us
bettygonzalez@gic.com.sg
bettytay@gic.com.sg
betz@jyskebank.dk
beugnies@princeton.edu
bev.mitchell@cgii.com
bev@ms1.chb.com.tw
bevans@ifc.org
bevans@jhancock.com
bevden@safeco.com
beverley.dyson@bpm.it
beverly.chen@email.chinatrust.com.tw
beverly.davis@csam.com
beverly.jackowitz@thehartford.com
beverly.lambe@pnc.com
beverly.m.dewar@jpmorgan.com
beverly.monroe@trs.state.tx.us
beverly.smith@us.schroders.com

beverly.steinhoff@us.ing.com
beverly.zakre@nordlb.com
beverly_young@putnam.com
bevyor@safeco.com
bewa04@handelsbanken.se
bewernitz@pimco.com
bey.yen@chinatrust.com.tw
bezoarub@london.cic.fr
bfaderrattner@canyonpartners.com
bfahy@bloomberg.net
bfal@nykredit.dk
bfalk2@bloomberg.net
bfarley@mfs.com
bfarley@turnerinvestments.com
bfarquhar@bloomberg.net
bfarr@putnam.com
bfarrell@allstate.com
bfarrell@us.nomura.com
bfarrington@msfi.com
bfd.ie@adia.ae
bfeldhaus@union-invest.de
bfeldst@bloomberg.net
bfemino@mfs.com
bferguson@whitneybank.com
bff@ubp.ch
bfield@tiaa-cref.org
bfinnell@brownadvisory.com
bfinnerty@bloomberg.net
bfitzgerald@babsoncapital.com
bfitzsimons@denveria.com
bfl@betafundsltd.co.uk
bfl2@ntrs.com
bflamant@itasset.com
bfleishman@mfs.com
bfleitman@loomissayles.com
bfm@bancoinversion.es
bfmorrow@ameritas.com
bfolger@bbandt.com
bfrank@cumberassoc.com
bfrench@frk.com
bfrench@wescorp.org
bfriedman@tiaa-cref.org
bfroysht@deerfieldcapital.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bfshannahan@bkb.com | bgordon@bloomberg.net |
| bfush@munder.com | bgould1@metlife.com |
| bgadbois@ryanbeck.com | bgrabows@us.ca-indosuez.com |
| bgaffney@nb.com | bgrama@pugco.com |
| bgaines@bloomberg.net | bgrand@bernstein.com |
| bgaither2@bloomberg.net | bgraney@abimltd.com |
| bgarr@nysif.com | bgray@aegonusa.com |
| bgauvain@ibtco.com | bgray5@bloomberg.net |
| bgbank4@isa.dknet.dk | bgreenberg@lordabbett.com |
| bge@petercam.be | bgreene@mcmorgan.com |
| bgearing@babsoncapital.com | bgrenning@tiaa-cref.org |
| bgedemer@allstate.com | bgressette@bbandt.com |
| bgee@fhlbc.com | bgriffen@tiaa-cref.org |
| bgendell@cumberassoc.com | bgriffin@smithbreeden.com |
| bgeorge@mdsass.com | bgriffith@meag-ny.com |
| bgeorge@wellington.com | bgrossman@bear.com |
| bgersonde@hfw1.com | bgroveman@firstmanhattan.com |
| bgg@capgroup.com | bgtan@bankofny.com |
| bghio@credicorpsec.com | bguene@global-equities.fr |
| bgi.firesearch@barclaysglobal.com | bguild@congressasset.com |
| bgiblin@mcleanbudden.com | bguinta@tiaa-cref.org |
| bgibson@caxton.com | bgumprecht@bloomberg.net |
| bgikm.operations@barclaysglobal.com | bgutierrez@senecacapital.com |
| bgiladi@oppenheimerfunds.com | bgutstein@opcap.com |
| bgilbert@unumprovident.com | bguyler@bbandt.com |
| bgiles@aegonusa.com | bh79@ntrs.com |
| bgiles@davenportllc.com | bhadden@wasatchadvisors.com |
| bgillespie@delinvest.com | bhaggerty@ssrm.com |
| bgimenez@notes.banesto.es | bhagwan.rajput@db.com |
| bgingrich@chubb.com | bhairavi.x.mansukhani@jpmorgan.com |
| bgiordano@bloomberg.net | bhaislip@ups.com |
| bgje@danskecapital.com | bhalendu.deshpande@thehartford.com |
| bglazer@wellington.com | bhall@mfs.com |
| bglenn@tea.state.tx.us | bhall@rwbaird.com |
| bgoddard@aegonusa.com | bhalverson@waddell.com |
| bgoff@agfirst.com | bhamlet@delinvest.com |
| bgoggins@ofii.com | bhammond@tiaa-cref.org |
| bgoldstein@markelcorp.com | bhaney@resurgencellc.com |
| bgolob@russell.com | bhansali@pimco.com |
| bgonzalez@invercaixa.es | bhansen@aegonusa.com |
| bgood@metzlerpayden.com | bhanu_j_frueh@fanniemae.com |
| bgoodwin@capitalresearch.com | bharat.indurkar@moorecap.com |
| bgord@oppenheimerfunds.com | bharat.joshi@aberdeen-asset.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bharat.mehta@prudential.com

bharat.navani@gcm.com

bharat@adia.co.uk

bharrell@tswinvest.com

bhartig@allstate.com

bharvey@allstate.com

bhaskar.sriyapu@ubs.com

bhass@soufflet-group.com

bhassler@eatonvance.com

bhaughey@mcleanbudden.com

bhavani.kuppa@fmr.com

bhavani.shah@csam.com

bhavin.zaveri@gmacfs.com

bhavya.babel@gs.com

bhawkins@tswinvest.com

bhbaek@bok.or.kr

bhc@bh-corp.com

bhealy@mcleanbudden.com

bhedvat@seas.upenn.edu

bhegarty@mcdinvest.com

bheiss@union-investment.de

bhellen@bloomberg.net

bheller@hbk.com

bhench@roycenet.com

bhend@bordier.com

bhenderson@bokf.com

bhenricksen@aegonusa.com

bhenry@mcmorgan.com

bhensley@ftportfolios.com

bherkenhoff@westernasset.com

bherman@aegonusa.com

bhettinger@dlbabson.com

bhfgruppe@bloomberg.net

bhill@opcap.com

bhirschberg@us.normura.com

bhirschfield@lnc.com

bhkim@hanabank.com

bhlong@capmgcp.com

bhmiller@leggmason.com

bhoaire@bloomberg.net

bhobbs@fciadvisors.com

bhofman-schwab@frk.com

bhogan@amfin.com

bhoibk@rbi.org.in

bholliger@macapitalmarkets.com

bholman@westpac.com.au

bholmes@opcap.com

bhome@hcmlp.com

bhong@uboc.com

bhopson@sarofim.com

bhorrigan@loomissayles.com

bhorton@bankatlantic.com

bhoule@dadco.com

bhoyer@fdic.gov

bhu@ambac.com

bhu@standishmellon.com

bhubard@cnbceurope.com

bhudson@maninvestmentproducts.com

bhudson@phfa.org

bhuff@fhlbdm.com

bhughes@mfs.com

bhughs@cibcmellon.com

bhumish.shah@gs.com

bhunsaker@westernasset.com

bhunt@frostbank.com

bhurt@ustrust.com

bhutchinson@rwbaird.com

bhuttaj@nationwide.com

bi25@cornell.edu

biagio.alessio@mediolanum.it

biallas@bloomberg.net

bianca.evermann@nordlb.de

bianca.kenkmann@national-bank.de

bianca.schnieder@allianzgi.de

bianca.scior@deka.de

bianca.wolf@allianzgi.de

bianchis@ebrd.com

biancullip@bloomberg.net

bianka.arens@dws.com

bibi@bll.co.il

bich.hoa.bui-dang@ingim.com

bichisao@bloomberg.net

biddi@bloomberg.net

bidermann.christian@rahnbodmer.ch

biede@jyskebank.dk

biegel.macaraeg@orix.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

biff.black@53.com

bifuping@icbc.com.cn

bigger@loews.com

bigmacneil@bloomberg.net

bigmoney@keb.co.kr

bigspec@home.com

biharilal.deora@fmr.com

bijal.patel@icap.com

biju.thuruthimattam@blackrock.com

bijutsu@aol.com

biker@icbc.com.cn

bikou.anastasia@nbg.gr

bikram@taib.com

bil.haracz@fmr.com

bilal.hasanjee@fgb.ae

bilal.raja@insightinvestment.com

bilal.topcu@postbank.de

bilal_naqvi@mfcinvestments.com

bilardo@lordabbett.com

bilgic.hueseyin@rahnbodmer.ch

bill.baird@alliancebernstein.com

bill.baker@morleyfm.com

bill.barker@threadneedle.co.uk

bill.bartol@inginvestment.com

bill.baxter@fmr.com

bill.bingham@sgcib.com

bill.blackley@resolutionasset.com

bill.bovingdon@aberdeen-asset.com

bill.bower@fmr.com

bill.brown@bankofamerica.com

bill.buchanan@bbh.com

bill.bulloch@anfis.co.uk

bill.bulloch@swip.com

bill.burke@us.hsbc.com

bill.cardneaux@ci.shreveport.la.us

bill.carroll@ubs.com

bill.cary@ge.com

bill.chau@sscims.com

bill.chepolis@db.com

bill.cirocco@credit-suisse.com

bill.clarke@insightinvestment.com

bill.cleary@gmacrfc.com

bill.collins@frostsecurities.com

bill.corbet@citizensbank.com

bill.cullinan@pimco.com

bill.cumby@pimco.com

bill.curtis@tudor.com

bill.daley@inginvestment.com

bill.davison@thehartford.com

bill.demchak@pnc.com

bill.devens@thrivent.com

bill.dobson@funb.com

bill.doughty@huntington.com

bill.doyle@ppmamerica.com

bill.eastwood@ppmamerica.com

bill.engmann@db.com

bill.evans@fhlbboston.com

bill.fischer@ge.com

bill.fitzgerald@nuveen.com

bill.fitzpatrick@midstates.org

bill.franz@ci.denver.co.us

bill.frost@frostbank.com

bill.g.oneill@jpmorganfleming.com

bill.gadsden@jamisonfirst.com

bill.garrison@inginvestment.com

bill.giannousis@credit-suisse.com

bill.giese@peregrinecapital.com

bill.gilbert@jpmorgan.com

bill.greehalgh@aberdeen-asset.com

bill.grierson@peregrinecapital.com

bill.haines@rbccm.com

bill.hall@fmr.com

bill.harer@canadalife.co.uk

bill.harrington@arabbanking.com

bill.heaphy@icomd.com

bill.heath@protective.com

bill.hebert@fmr.com

bill.hizar@edwardjones.com

bill.holmes@bankamerica.com

bill.hoyt@fmr.com

bill.hughes@barcap.com

bill.hughes@us.standardchartered.com

bill.hughes@wachovia.com

bill.kantor@avmltd.com

bill.kavaler@sgcib.com

bill.longan@truscocapital.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bill.longbrake@wamu.net | bill.williams@eagleasset.com |
| bill.lu@himco.com | bill.williams@gcm.com |
| bill.lu@tudor.com | bill.zola@blackrock.com |
| bill.lynch@alexanderkey.com | bill.zuro@wellsfargo.com |
| bill.maier@nyc.nxbp.com | bill@apcm.net |
| bill.maldonado@hsbcam.com | bill@incomeresearch.com |
| bill.mccallum@gwl.com | bill@kbstar.co.kr |
| bill.mccauley@avmltd.com | bill@sloveniansavings.com |
| bill.mccorkle@swib.state.wi.us | bill@trs.state.ok.us |
| bill.mcculloch@soros.com | bill@watermarkgroup.com |
| bill.meaney@himco.com | bill_bock@ml.com |
| bill.meaney@thehartford.com | bill_boland@bankofscotland.com |
| bill.mitchell@firstunion.com | bill_bonawitz@vanguard.com |
| bill.mosca@jomorgan.com | bill_cody@progressive.com |
| bill.mott@csam.com | bill_derasmo@sg.mufg.jp |
| bill.mueller@morgankeegan.com | bill_driscoll@ssga.com |
| bill.murfett@lincolnuk.co.uk | bill_frields@conning.com |
| bill.nutting@inginvestment.com | bill_kavaler@cbcm.com |
| bill.o'brien@fmr.com | bill_koeler@americancentury.com |
| bill.orr@funb.com | bill_kohli@putnam.com |
| bill.paras@rocklandtrust.com | bill_krause@adp.com |
| bill.parsley@pncbank.com | bill_lambert@standardlife.com |
| bill.pauling@thehartford.com | bill_marshall@ml.com |
| bill.reisner@commercebank.com | bill_mccormick@westlb.com |
| bill.roden@axa-im.com | bill_murphy@wayne.edu |
| bill.sandow@opcap.com | bill_oliver@acml.com |
| bill.seabrook@hsh-nordbank.co.uk | bill_page@ssga.com |
| bill.shen@ap.ing.com | bill_segura@key.com |
| bill.shiebler@db.com | bill_shealy@ustrust.com |
| bill.siegel@glgpartners.com | bill_stout@sunlife.com |
| bill.smith@lazard.com | bill_street@ssga.com |
| bill.stouten@thrivent.com | bill_sullivan@putnam.com |
| bill.street@hvbeurope.com | bill_trimbur@valic.com |
| bill.swoap@genmills.com | bill_vaughn@ustrust.com |
| bill.talbot@ubs.com | billaha@fhlbsf.com |
| bill.tsotsos@pimco.com | billamon@optonline.net |
| bill.uelmen@micorp.com | billc@clinton.com |
| bill.vanburen@stephens.com | billc@imsi.com |
| bill.vautin@bbh.com | billf@clinton.com |
| bill.waterfield@ge.com | billg@firstexchangebank.com |
| bill.welborn@edwardjones.com | billh@mcm.com |
| bill.welch@commercebank.com | billmartin@tiaa-cref.org |
| bill.wight@wachovia.com | billmitchell@goldcapkc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

billo@hbss.com
billobrien@bloomberg.net
billotti_john@jpmorgan.com
billrussell@fmbonline.com
billt@bgi-group.com
billw.fish@aig.com
billw@iadb.org
billwalker@northwesternmutual.com
billwan@bloomberg.net
billy.bischoff@ftnmidwest.com
billy.gillen@eagleasset.com
billy.maxwell@conagrafoods.com
billy.quinn@ftnfinancial.com
billy.rogers@pimco.com
billy@icbchkg.com
billy@stw.com
billyg@omega-advisors.com
billyhwan@gic.com.sg
bill-za.martin@ubs.com
bilondon@btclick.com
bilquis.nasiruddin.ahmed@jpmorgan.com
bilwhi@safeco.com
bimal.mishra@wachovia.com
bimal.patel@columbiamanagement.com
bimicheal@bloomberg.net
bin.mu@citadelgroup.com
bin.shi@ubs.com
bin.sun@alliancebernstein.com
bin.wu@credit-suisse.com
bin.zeng@barclaysglobal.com
binahn@wil.com
binarellip@bloomberg.net
bing.yan@barclaysglobal.com
bing_lin@ssga.com
bingamc@nationwide.com
bing-bing.chang@shell.com
binglej@ferro.com
bingram@pughcapital.com
binita.dyson@morleyfm.com
binkert@bloomberg.net
binu.chaudhuri@pharma.novartis.com
binu.george@barclaysglobal.com
bipin_shah@manulife.com

biqwa@bloomberg.net
biral.devani@jpmorgan.com
birc_reports@timeinc.com
birdm@vankampen.com
birger.vikoren@moa.norges-bank.no
birgir.gezelius@nordea.com
birgit.berg@db.com
birgit.brenninger-dofczek@ids.allianz.com
birgit.ebner@frankfurt-trust.de
birgit.figge@dzbank.de
birgit.gropp@siemens.com
birgit.haas@dws.de
birgit.hauser@postbank.de
birgit.heim@hyposwiss.ch
birgit.jestaedt@mm.mannesmann.de
birgit.poelzl@spaengler.at
birgit.woscidlo@telekom.de
birgitta.cap@fortisinvestments.com
birgitta.redig@folksam.se
birgitte.bonnesen@swedbank.com
birgitte.munk@nordea.com
birgitte.olsen@amgam.de
birna.olgeirsdottir@glitnir.is
birnbaum@bwater.com
bis.mukerji@rbccm.com
bis.subramanian@provequity.co.uk
bish.koziol@bmonb.com
bishop.jack@principal.com
bishwa.limbu@barlcyas.co.uk
bisik@bloomberg.net
bislasha@exchange.uk.ml.com
bissember.anna@uk.fin-intl.com
bissett.la@mellon.com
biswajit.bhattacharya@nisanet.com
biswajit.sarkar@morganstanley.com
biswaroop.t.baura@aexp.com
bitela@aetna.com
bithiahcarter@jhancock.com
bitond@mizrahi.co.il
bittch.lndb@bloomberg.net
bittner@somersettrust.com
bives@bloomberg.net
bixio.farei-campagna@credit-suisse.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bi-zhen.lai@usa.dupont.com | bjoern.pietsch@dws.de |
| bizquier@cajamadrid.es | bjoern.poehlker@oppenheim.de |
| bj.grant@morganstanley.com | bjoern.schwarten@dghyp.de |
| bjackson@nb.com | bjoern.schwarz@sk-koeln.de |
| bjacoby@westernasset.com | bjoern.seemann@db.com |
| bjacquard@cpr.fr | bjoern.strauss@lbbw.de |
| bjacquier@bper.ch | bjoern.strauss@union-investment.de |
| bjacquot@gestion.leven.com | bjoern.weidenmueller@telekom.de |
| bjames@loomissayles.com | bjoern_bauermeister@westlb.de |
| bjarne.kogut@al-bank.dk | bjoern_erwart@westlb.de |
| bjarne.persson@swedbankrobur.se | bjohnson@alaskapermfund.com |
| bjarne-staael@jyskeinvest.dk | bjohnson@tiaa-cref.org |
| bjarni.armannsson@gmail.com | bjolm@mcm.com |
| bjarni.armannsson@isb.is | bjones@cybertrader.com |
| bjarni.kris@isfba.is | bjones@nb.com |
| bjarni.torfason@isb.is | bjorgvin.olafsson@isb.is |
| bjaume@oppenheimerfunds.com | bjorn.andersson@notes.electrolux.se |
| bjc@huffcompanies.com | bjorn.bargholtz@amfpension.se |
| bjcline@delinvest.com | bjorn.borander@dnbnor.no |
| bjefferis@babsoncapital.com | bjorn.franson@morganstanley.com |
| bjefferis@dlbabson.com | bjorn.henriksson@nordea.com |
| bjennifer@templeton.com | bjorn.kvarnskog@dnbnor.com |
| bjensen@fujisec.com | bjorn.nielsen@tudor.com |
| bjg1@ntrs.com | bjorn.randevik@lansforsakringar.se |
| bjh@dodgeandcox.com | bjorn.stenback@robur.se |
| bjj1@ntrs.com | bjorn.taraldsen@norges-bank.no |
| bjjacksha@state.nm.us | bjorn.thelander@tetral.com |
| bjk@capgroup.com | bjornar.tonhaugen@nordea.com |
| bjl@aetna.com | bjorn-erik.orskaug@bankofengland.co.uk |
| bjmatthews@wellington.com | bjorn-roger.wilhelmsen@norges-bank.no |
| bjo@sitinvest.com | bjoyal@massmutual.com |
| bjoern.bluemke@helaba.de | bjp@nykredit.dk |
| bjoern.esser@dresdner-bank.com | bjp@ubp.ch |
| bjoern.faulmann@dta.de | bjpowers@wellington.com |
| bjoern.graf@lampebank.de | bjro1@handelsbanken.com |
| bjoern.grob@dresdner-bank.ch | bjst@danskebank.dk |
| bjoern.hofmann@essenhyp.com | bjsullivan@metlife.com |
| bjoern.klimm@hsh-nordbank.com | bjswords@wellington.com |
| bjoern.magnussen@apobank.de | bjt@bankinvest.dk |
| bjoern.mahler@sparkasse-bremen.de | bjun@bloomberg.net |
| bjoern.marquardsen@sparkasse-koelnbonn.de | bjung@metzler.com |
| bjoern.mehrmann@allianzgi.de | bk@carnegieam.dk |
| bjoern.olsson@helvetiapatria.ch | bk229@cornell.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bk35@ntrs.com
bkabore@ofi-am.fr
bkalra@payden-rygel.com
bkan-crawford@loomissayles.com
bkane@scmadv.com
bkang@bradfordmarzec.com
bkaranjia@perrycap.com
bkasten@williamblair.com
bkatz@apolloic.com
bkaufmann@munichre.com
bkeating@standishmellon.com
bkeelan@statestreet.com
bkeh@westernasset.com
bkellaway@bloomberg.net
bkeller@fftw.com
bkeller@ryanlabs.com
bkelly@pimco.com
bkelly15@bloomberg.net
bkellyac@co.san-diego.ca.us
bkennedy@loomissayles.com
bkennett@sib.wa.gov
bkepley@amfam.com
bkern@sirachcap.com
bkesler@oyakbank.com.tr
bkezmarsky@lordabbett.com
bkhankel@midamerican.com
bkhoo@westernasset.com
bkies@aegonusa.com
bkim@dlbabson.com
bking@ubs.com
bkinney@fultonfinancialadvisors.com
bkish@metlife.com
bkisma@bnm.gov.my
bkittredge@watrust.com
bklaber@federatedinv.com
bklapmeyer@waddell.com
bknasr@bnm.gov.my
bknud@unibank.dk
bko@aegonusa.com
bkoch@charteronebank.com
bkok@bloomberg.net
bkondracki@jhancock.com
bkonig@bloomberg.net

bkorngut@hcmlp.com
bkornitzer@buffalofunds.com
bkoski@copera.org
bkottler@mfs.com
bkozeliski@munder.com
bkraft@metzler.com
bkramer@aegonusa.com
bkrasnojenov@amervest.com
bkrevolin@gnb.com
bkrf@bankinter.es
bkribbs@comdata.com
bkrueger@ford.com
bkrug@waddell.com
bkrupa@worldbank.org
bkruszka@invest.treas.state.mi.us
bkshah@bloomberg.net
bkstousland@bremer.com
bkurniawan@bankbii.com
bkuzmin@crawfordinvestment.com
bkwallenmeyer@wellington.com
bl@erstebank.com
bl@formuepleje.dk
bla@americancentury.com
bla1@ntrs.com
blackb@vankampen.com
blackbeller@yahoo.co.jp
blackbuv@kochind.com
blackg@rba.gov.au
blackrock@lu.nomura.com
blafavor@cu-isi.org
blaffin@edc.ca
blain.berhanu@credit-suisse.com
blaine.banker@fmr.com
blair.a.randall@dartmouth.edu
blair.jason@ubsi-wv.com
blair.kaplan@morganstanley.com
blair.mcgrain@wnco.com
blair.ridley@db.com
blair.thomas@tcw.com
blairlog@bloomberg.net
blaise.antin@tcw.com
blaise.bourgeois@axa.com
blaise.roduit@swisscanto.ch

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

blake.burdine@nacm.com
blake.cmajdalka@aiminvestments.com
blake.david@principal.com
blake.hall@thehartford.com
blake.halversen@morganstanley.com
blake.hiltabrand@ubs.com
blake.metsch@sscims.com
blake.miller@robecoinvest.com
blake.shepard@fmr.com
blake.tatsuta@dfafunds.com
blake.vrooman.hgyr@statefarm.com
blake.wilson@everbank.com
blake@barclaysglobal.com
blake@sternagee.com
blake@wasatchadvisors.com
blake_anderson@putnam.com
blakel@nationwide.com
blakew@nyc.rr.com
blambert@pictet.com
blamonda@bloomberg.net
blanca.m.juti@nokia.com
blane@hcmlp.com
blanedexheimer@nothwesternmutual.com
blang.rvs@salzburg.raiffeisen.at
blanton.neill@db.com
blanton.y.keh@bankamerica.com
blash.yi@samsung.com
blashley@orixcm.com
blast.lkrempa@perrycap.com
blawson3@bloomberg.net
blayne22@charter.net
blclements@lfg.com
ble@ci.escondido.ca.us
blebigot@cicparis.com
blee@hei.com
blee@tiaa-cref.org
blee2@levi.com
blefsky@tiaa-cref.org
blegg@hcmlp.com
blehman@reliancebank.com
blehmann@saigroup.com
bleidich@bloomberg.net
bleikerm@dussel-hypo.de

blemasters@sarofim.com
blevenstein@uss.co.uk
blevine@novelluscapital.com
blevitt@oppenheimerfunds.com
blewand@metlife.com
bli@standishmellon.com
blieberman@bloomberg.net
bliechmann@bankofny.com
bliff@qgcapital.com
bliikala@invest.treas.state.mi.us
blik@statoilhydro.com
blimpert@wharton.upenn.edu
blinde@frk.com
blinden@oppenheimerfunds.com
blindenbaum@alliancebernstein.com
blinder@princeton.edu
blindtner@aol.com
blingen@moneygram.com
blissn@delaware.co.uk
blitzer@gothamcapital.com
bliu@jennison.com
bliu@mdsass.com
bliz.cuna@metrobank.com.ph
blockhar@allstate.com
blockwoo@allstate.com
bloder@frk.com
blohrding@hcmlp.com
blong@montag.com
bloom.e@tbcam.com
bloper@calfed.com
blord@concordiafunds.com
blow@alaskapermfund.com
blowe@lmcm.com
blp@capgroup.com
blt3@ntrs.com
bltai@mas.gov.sg
blud@bloomberg.net
bludwig@seic.com
bluke@op-f.org
bluke@pacificincome.com
blumenthal@bloomberg.net
blund@lmcm.com
blwong@caxton.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| blynch@grneam.com | bmcintyre@rwbaird.com |
| bm@bellevue.ch | bmckenna@bankofny.com |
| bm84@ntrs.com | bmcmahon@lincap.com |
| bmacaskill@oppenheimerfunds.com | bmcmanama@loomissayles.com |
| bmacdonald@martincurrie.com | bmcveigh@barbnet.com |
| bmachale@libertyview.com | bmeaden@bloomberg.net |
| bmacintosh@eatonvance.com | bmeans@hcmlp.com |
| bmaher@bloomberg.net | bmeier@bper.ch |
| bmahoney@rwbaird.com | bmelton@senecacapital.com |
| bmaitland@caicheuvreux.com | bmerriman@tiaa-cref.org |
| bmaitre@standishmellon.com | bmgarvey@wellington.com |
| bmalkiel@princeton.edu | bmgillott@jennison.com |
| bmalone@bloomberg.net | bmichel@templeton.com |
| bmanchen@dumac.duke.edu | bmiller@aegonusa.com |
| bmangles@mimillers.com | bmiller@bloomberg.net |
| bmanick@troweprice.com | bmiller@cnb.com |
| bmanieri@lordabbett.com | bmiller@hbk.com |
| bmannion@ryanbeck.com | bmiller@lmfunds.clom |
| bmarcotte@troweprice.com | bmiller@unum.com |
| bmarin@mmcgrand.com | bmiller7@bloomberg.net |
| bmarkowitz@perrycap.com | bmillet@banque-bpsd.fr |
| bmarocco@ggfg.com | bmillikan@bbandt.com |
| bmartin@angelogordon.com | bmiltenberger@hcmlp.com |
| bmartin@tiaa-cref.org | bmims@smithbreeden.com |
| bmartin@westernasset.com | bmirliani@mfs.com |
| bmartineza@bancopastor.es | bmitchell@lib.com |
| bmarting@repsolypf.com | bmitstifer@valueline.com |
| bmatthews@canyonpartners.com | bmitts@hcmlp.com |
| bmatthews@jhancock.com | bmk@capgroup.com |
| bmatthews@payden-rygel.com | bmlynarick@opcap.com |
| bmatuszak@munder.com | bmm@wmblair.com |
| bmaybrown@millertabak.com | bmock@russell.com |
| bmayes@rwbaird.com | bmodersitzki@novell.com |
| bmaynard@persi.state.id.us | bmodesitt@vestarcapital.com |
| bmb.smb.fa.benchmarking@proximus.net | bmohamed@fundadministration.com |
| bmcantrell@aegonusa.com | bmohr@kbw.com |
| bmcclell@munder.com | bmohr@steinroe.com |
| bmcclenahan@metlife.com | bmok@westernasset.com |
| bmccoy@caxton.com | bmonroe@guardian.com |
| bmcdonnell@delinvest.com | bmontesinos@bancamarch.es |
| bmcg1@bloomberg.net | bmoore225@comcast.net |
| bmcginn@ofiinstitutional.com | bmoores@oaktreecap.com |
| bmcguire@princeton.edu | bmoreland@gwkinc.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

bmorgan@rwbaird.com

bmorris@aegonusa.com

bmorris@statestreet.com

bmorton@bloomberg.net

bmosher@fnni.com

bmoskowitz@tiaa-cref.org

bmoss@scmadv.com

bmpatrick@shellus.com

bmr9@dcx.com

bmritter@wellington.com

bmrosenbaum@wellington.com

bmschmidt@bankofny.com

bmtaylor@unumprovident.com

bmueller@pictet.com

bmueller@senecacapital.com

bmulford@eagle.rjf.com

bmullick@nb.com

bmulliga@wellscap.com

bmurira@worldbank.org

bmurphy@aegonusa.com

bmurphy@kbw.com

bmurphy@standishmellon.com

bmurphy@templeton.com

bmurray@kempen.nl

bmurray@mcleanbudden.com

bnangle@bloomberg.net

bnaskerianzrod@banamex.com

bnastou@mfs.com

bnawangsidi@bankbii.com

bnd@capgroup.com

bne@turnerinvestments.com

bnectow@jhancock.com

bnedzi@bankofnewyork.com

bneigut@oppenheimerfunds.com

bnelson@mfs.com

bnelson@waddell.com

bng@bear.com

bnguyen@orix.com

bnguyen@wellington.com

bngwe@adb.org

bnicolai@bft.fr

bnimocks@firstmanhattan.com

bnmnyro@aol.com

bnnorth@statestreetkc.com

bnoble@westernasset.co.uk

bnoll@metlife.com

bnolte@federatedinv.com

bnsinger-scott@wellington.com

bnswanson@wellington.com

bnucera@kbw.com

bo.bortemark@brummer.se

bo.heide-ottosen@nib.fi

bo.johansson@amfpension.se

bo.selling@alecta.com

bo.stern@redwoodtrust.com

bo.zhou@icbc.com.cn

bo_derivatives@banquedorsay.fr

bo_treasury@banquedorsay.fr

boan@unibank.dk

boaz.weinstein@db.com

boazg@bll.co.il

bob.alley@aiminvestments.com

bob.anastasi@raymondjames.com

bob.arnold@icap.com

bob.attridge@omam.co.uk

bob.bengtson@gs.com

bob.bennett@aamcompany.com

bob.bertelson@fmr.com

bob.biringer@us.bacai.com

bob.borkowski@nctrust.com

bob.bowman@inginvestment.com

bob.bradley@53.com

bob.brown@fmr.com

bob.browne@inginvestment.com

bob.burns@pimco.com

bob.bykerk@schroders.com

bob.causey@prudential.com

bob.cecere@baring-asset.com

bob.chow@fmr.com

bob.cleppe@modern-woodmen.org

bob.corcoran@fmr.com

bob.crispin@inginvestment.com

bob.davee@bankofamerica.com

bob.debi-tewari@pggm.nl

bob.doll@blackrock.com

bob.elliott@bwater.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bob.ettl@pimco.com | bob.polansky@genmills.com |
| bob.farzin@bankofamerica.com | bob.pomeroy@bnymellon.com |
| bob.galvin@bmonb.com | bob.price@glgpartners.com |
| bob.gei@shinseibank.com | bob.priddy@alexanderkey.com |
| bob.gingrich@pimco.com | bob.prince@bwater.com |
| bob.graham@ppmamerica.com | bob.puijin@akzonobel.com |
| bob.grandhi@pnc.com | bob.rhodes@truscocapital.com |
| bob.haber@fmr.com | bob.rout@stbank.net |
| bob.hart@avmltd.com | bob.shearer@blackrock.com |
| bob.haviland@lionhartusa.net | bob.sitko@usaa.com |
| bob.hiebert@lgim.co.uk | bob.strasz@cbcf-net.com |
| bob.hodgson@blackrock.com | bob.voreyer@bankofamerica.com |
| bob.hoffman@huntington.com | bob.woods@us.socgen.com |
| bob.howell@uk.tesco.com | bob@ardsley.com |
| bob.hynes@fmr.com | bob@dhja.com |
| bob.iverson@usaa.com | bob@hcmny.com |
| bob.j.debenedet@bankofamerica.com | bob@oraclepartners.com |
| bob.jolly@gartmore.com | bob@vanguardventure.com |
| bob.kaelin@corporate.ge.com | bob_behal@vanguard.com |
| bob.kase@inginvestment.com | bob_brown@westlb.co.uk |
| bob.kloss@inginvestment.com | bob_fleming@putnam.com |
| bob.kneisley@wnco.com | bob_gullett@newton.co.uk |
| bob.koets@avmltd.com | bob_herlund@mortgage.ge.com |
| bob.kopprasch@ssmb.com | bob_kea@putnam.com |
| bob.kursar@funb.com | bob_magri@ssga.com |
| bob.leininger@rorerasset.com | bob_mancuso@glenmede.com |
| bob.litterst@fmr.com | bob_mckay@nacm.com |
| bob.lovgren@mutualofomaha.com | bob_morrison@canadalife.com |
| bob.luckey@53.com | bob_murray@ml.com |
| bob.lyon@agf.com | bob_piepenburg@putnam.com |
| bob.m.arends@si.shell.com | bob_puff@americancentury.com |
| bob.marx@sgcib.com | bob_sievert@invesco.com |
| bob.mccoy@wachovia.com | bob_smith@troweprice.com |
| bob.mcnally@tudor.com | bob_sneedon@ml.com |
| bob.moore@bp.com | bob_wong@ml.com |
| bob.murchison@fmr.com | bob_yerbury@hen.invesco.com |
| bob.muske@mortgage.wellsfargo.com | boba@chgroup.com |
| bob.nguyen@bmonb.com | boban.damjanovic@hvbeurope.com |
| bob.nuthals@associatedbank.com | bobby.aulak@db.com |
| bob.obrien@bbh.com | bobby.bhakar@sgcib.com |
| bob.okin@opco.com | bobby.clemente@wachovia.com |
| bob.pieroni@pioneerinvest.com | bobby.colon@raymondjames.com |
| bob.plunkett@ge.com | bobby.kumar@redwoodtrust.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

bobby.long@rsa-al.gov

bobby.uberoi@jpmorgan.com

bobby@reamsasset.com

bobcalhoun@tagfolio.com

bobcarey@ftportfolios.com.com

bobd@mid.org

bobm@ibbfla.com

bobm@tudor.com

bobparmenter@eaton.com

bobrien@isigrp.com

bobw@clinton.com

bobw@ibbfla.com

bobwong@cmcnet.com.tw

bobzhang@dbs.com

boc.tse@bloomberg.net

boc@ubp.ch

boca@pggm.nl

bocallaghan@bankofny.com

boconnor@vestarcapital.com

bodell@ssrm.com

bodelle@lordabbett.com

bodiva@aol.com

bodo.gauer@dzbank.de

bodo.schimpfermann@union-investment.de

bodo.zimmermann@cominvest-am.com

bodo.ziotkowski@lbb.de

bodo@bloomberg.net

boelen@bcmnet.nl

boerick@hhmi.org

boeseler@bloomberg.net

boesman@delphifinanz.com

boesseri@allianzgi.de

boffs@stifel.com

bofixedincome@pggm.nl

bogar.m@tbcam.com

bogart.jerry@principal.com

bogdan.covaciu@wmam.com

bogdan.ianev@prudential.com

bogdan.manescu@juliusbaer.com

bogdan.velickovic@bcv.ch

bogden@waddell.com

bogden@whitneybank.com

boh.huiling@uobgroup.com

bohare@us.nomura.com

bohmannj@kochind.com

bohringer@bloomberg.net

boihk@netvigator.com

bojan.petrovich@ubs.com

bojan@bloomberg.net

bojka.nikolic@activest.de

bokay@templeton.com

bokchuan.tan@pioneerinvestments.com

bokeng@mas.gov.sg

bokharin@jwseligman.com

bokhgkon@netvigator.com

bokmpat@bok.or.kr

bokny@cais.com

bokny5@cais.com

bokobu@bloomberg.net

bokok@bloomberg.net

boleary@barbnet.com

boleary@cicny.com

bolesn@bloomberg.net

bolko.hohaus@lodh.com

bollebok@ebrd.com

boln@bloomberg.net

bolsen@litchfieldcapital.com

bolsen@strome.com

bolyvann.ngauv@bnpparibas.com

bomatter@zuam.ch

bomberger_david_1@cat.com

bonamicobpel@intranet.etr.it

bonbish@aol.com

bond.harberts@ge.com

bond@fergwell.com

bond@kdb.co.kr

bondb@bloomberg.net

bonde@jyskebank.dk

bondfx@ms1.chb.com.tw

bondi.paolo@enel.it

bonds.tas@lloydsbank.ch

bonds@chb.com.hk

bondsales@bloomberg.net

boneil@rwjf.org

boneill@incomeresearch.com

boney.poovan@citadelgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bonfiglior@gruppocredit.it

bongchoi@kdb.co.kr

bonillaj@wellsfargo.com

bonita.anderson@prudential.com

bonnaicr@cmcee.creditmutuel.fr

bonnie.abdul-aziz@insightinvestment.com

bonnie.b.newman@wellsfargo.com

bonnie.baha@tcw.com

bonnie.crisco@travelers.com

bonnie.goldsborough@ubs.com

bonnie.hogue@fhlb-pgh.com

bonnie.johnson@umb.com

bonnie.knapp@tcw.com

bonnie.liu@disney.com

bonnie.riehl@morganstanley.com

bonnie.sebby@citadelgroup.com

bonnie.smith@barclayswealth.com

bonnie.wang@ubs.com

bonnie.ward@sunlife.com

bonnie-06254@email.esunbank.com.tw

bonofiel.l@fibi.co.il

bonsignore.fp@tbcam.com

book@wellsfargo.com

boonhow@temasek.com.sg

boon-siong.chan@ge.com

boots.cl@mellon.com

boots-nielsen@jyskeinvest.dk

booun@samsung.co.kr

boovac@jwseligman.com

bop@bloomberg.net

bopendack@boh.com

bora.tanoren@denizbank.com

bora_kem@putnam.com

boram@bok.or.kr

borben@bankofny.com

bordelon@princeton.edu

boreenka@bernstein.com

borge_endresen@aimfunds.com

borges_thiago@gsb.stanford.edu

boriana.farias@sscims.com

boris.arabadjiev@csam.com

boris.bindschaedel@lbbw.de

boris.bizzozero@ceresiobank.com

boris.boskovic@credit-suisse.com

boris.broeders@nl.abnamro.com

boris.bruck@saint-gobain.com

boris.cavka@juliusbaer.com

boris.demonet@bnpparibas.com

boris.erenburg@spinnakercapital.com

boris.gelfand@citadelgroup.com

boris.gleissner@de.bosch.com

boris.haut@nordlb.de

boris.hussmann@apobank.de

boris.jin@citi.com

boris.kozintsev@citadelgroup.com

boris.leissner@oppenheim.de

boris.marchand@bgpi.com

boris.moutier@axa.co.jp

boris.pascal@bnpparibas.co

boris.paucinac@blackrock.com

boris.pluemecke@dekabank.de

boris.przytulski@novartis.com

boris.rohrer@ubs.com

boris.saborrosch@dzbank.de

boris.schakowski@union-investment.de

boris.shir@ubsw.com

boris.tadic@barcap.com

boris.tschakowski@devif.de

boris.veselinovich@mondrian.com

boris@ucm.utendahl.com

boris_deychman@fanniemae.com

boris_petersik@capgroup.com

boris_tomassini@ml.com

boriser@migdal-group.co.il

borislav.tomassini@jpmchase.com

borkerj@gcm.com

borkovic.v@mellon.com

borodriguez@grouposantander.com

boroughstimuser@company.com

borowiec_elizabeth@jpmorgan.com

borr@hbk.com

borsa@ceresiobank.com

borthwick.alan@pennmutual.com

borunov@vtb.ru

borzu.masoudi@inginvestment.com

bosco.eguilior@bbvsecurities.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

boscoec@wellsfargo.com
bosman@bear.com
boste@unibank.dk
bostrowski@federatedinv.com
boswald@caxton.com
boswelj7@nationwide.com
bot069@mail.bot.com.tw
bot12502@mail.bot.com.tw
botard@bloomberg.net
botes.italiaestero@icbpi.it
botevp06@mail.bot.com.tw
bothwell@ellington.com
botnewyork@aol.com
bott@fhlbi.com
botta.vincenzo@enel.it
botton@beutelgoodman.com
bouchardj@aetna.com
boudewijn.de.haan@robeco.nl
bourboan@cmcic-sdm.fr
bourse-lux@pictet.com
bousseva@creditmutuel.fr
boutaina.zangui@axa-im.com
boutros.klink@bncga.com
boveet@wellsfargo.com
bowen@jhancock.com
bowen@lehman.com
bowers.r@tbcam.com
boyan.filev@insightinvestment.com
boyce.greer@fmr.com
boyce.reid@truscocapital.com
boyd.eager@harrisbank.com
boyd.jm@tbcam.com
boyd@pimco.com
boyer@bordier.com
boyles@bernstein.com
bozena.sabina@ibtco.com
bp2@mtbchk.com.hk
bpaasche@hbk.com
bpacheco@amica.com
bpaech@mmwarburg.com
bpahwa@nbf.co.ae
bpakenham@newstaram.com
bpalmer@mfs.com

bpanganiban@bloomberg.net
bpapa1@bloomberg.net
bpaquay@pictet.com
bparadis@mcleanbudden.com
bparente@opcap.com
bpark@hbk.com
bparkyn@farcap.com
bparnell@statestreet.com
bpashamova@pacificincome.com
bpassalacqua@ssrm.com
bpatel@apollolp.com
bpaterson@britannicasset.com
bpattelli@angelogordon.com
bpatterson@novelluscapital.com
bpaul@tiaa-cref.org
bpawloski@charteronebank.com
bpayne@loomissayles.com
bpb.gardanow@barclaysmail.com
bpbcvhk@netvigator.com
bpeachey@babsoncapital.com
bpearlman@nb.com
bpeck@nb.com
bperezro@cajamadrid.es
bperkins@pwmco.com
bperott@fciadvisors.com
bperry@josephthal.com
bperry@ryanbeck.com
bpeters@seic.com
bpetit@bok.or.kr
bpetrozzi@bpi-gruposantander.com
bpf2@ntrs.com
bpfeiffe@ford.com
bpgiroud@yahoo.fr
bphan@wellington.com
bphelps@lehman.com
bphillips@lordabbett.com
bpiallo@frk.com
bpicard@loomissayles.com
bpickholtz@templeton.com
bpierce@smithnyc.com
bpiersma@copera.org
bpiggott@lmcm.com
bpineau@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bpittsley@mfs.com | brad.holland@fandc.com |
| bpizlm@bloomberg.net | brad.kopp@citizensbank.com |
| bpj1@dcx.com | brad.l.frishberg@jpmorgan.com |
| bplank@cainbrothers.com | brad.lamson-scribner@pncbank.com |
| bpmelux1@pt.lu | brad.lee@compassbnk.com |
| bpopadiuk@caxton.com | brad.levitt@sg.standardchartered.com |
| bpope@hcmlp.com | brad.mann@citadelgroup.com |
| bpope@smithgraham.com | brad.mckinnon@rabobank.com |
| bporcellino@ftportfolios.com | brad.mitchell@citadelgroup.com |
| bporter@jhancock.com | brad.owensby@bankofamerica.com |
| bportnoy@tiaa-cref.org | brad.panganiban@ppmamerica.com |
| bpp@bloomberg.net | brad.parish@deshaw.com |
| bpratt@mortgagenetwork.com | brad.patterson@prudential.com |
| bprice@fhlbi.com | brad.perkins@db.com |
| bputney@moneygram.com | brad.peters@firstar.com |
| bpwentworth@dow.com | brad.postema@corporate.ge.com |
| bquattrucci@eagleglobal.com | brad.reid@bmo.com |
| bquinn@barrowhanley.com | brad.sauve@dowcorning.com |
| braccionip@gruppocredit.it | brad.scott@commercebank.com |
| brad.baumgarten@citadelgroup.com | brad.slingerlend@janus.com |
| brad.begle@citadelgroup.com | brad.slocum@transamerica.com |
| brad.berberian@db.com | brad.spring@rbc.com |
| brad.blalock@morganstanley.com | brad.strother@delta.com |
| brad.burns@glgpartners.com | brad.taylor@inginvestment.com |
| brad.couri@citadelgroup.com | brad.thawley@trs.state.tx.us |
| brad.cunningham@brentonbank.com | brad.thompson@frostbank.com |
| brad.davis@nisanet.com | brad.tottle@raymondjames.com |
| brad.davis@wellsfargo.com | brad.vollmer@sun.com |
| brad.dyslin@db.com | brad.waitsman@himco.com |
| brad.eilert@db.com | brad.wheatland@hk.abnamro.com |
| brad.ellis@ge.com | brad@wells.com |
| brad.ellsworth@nwa.com | brad@wwal.com |
| brad.erwin@silvantcapital.com | brad_aham@ssga.com |
| brad.estabrooke@fmr.com | brad_eixmann@americancentury.com |
| brad.francis@rocklandtrust.com | brad_gilbert@providentcompanies.com |
| brad.freedman@fmr.com | brad_greenleaf@putnam.com |
| brad.gentry@fhlbtopeka.com | brad_gustafson@acml.com |
| brad.gentry@midfirst.com | brad_hoopman@glenmede.com |
| brad.gilbert@trs.state.tx.us | brad_hotson@scotiacapital.com |
| brad.gustafson@acml.com | brad_jackson@americancentury.com |
| brad.guynn@pimco.com | brad_r_stauffer@bankone.com |
| brad.haynes@capmark.funb.com | brad_rubin@sunlife.com |
| brad.heintzman@rbccm.com | brad_smith@cargill.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| brad_stevens@calpers.ca.gov | bram.ragetlie@sns.nl |
| brad_warden@aimfunds.com | bram.verheye@ingim.com |
| bradbradley@ftadvisors.com | bram@merctrust.com |
| bradcomincioli@northwesternmutual.com | brambos@fullerton.com.sg |
| bradd.kern@pimco.com | bramo@nysif.com |
| bradfa@microsoft.com | brand.richey@barcap.com |
| bradford.b.sahler@jpmorgan.com | brandaleone.sk@tbcam.com |
| bradford.stoesser@morganstanley.com | brandan.lavalle@ubs.com |
| bradin@templeton.com | brandi.allen@silvantcapital.com |
| bradkunath@northwesternmutual.com | brandi.gaudet@barclaysglobal.com |
| bradley.curtis@wamu.net | brandon.bond@tcw.com |
| bradley.dieck@commercebank.com | brandon.bonfig@ubs.com |
| bradley.g.spartz@wellsfargo.com | brandon.davis@orix.com |
| bradley.galko@pioneerinvest.com | brandon.duck@cpa.state.tx.us |
| bradley.hounsom@aberdeen-asset.com | brandon.fong@fhlbboston.com |
| bradley.j.brown@bankofamerica.com | brandon.gargiulo@hcmny.com |
| bradley.komenda@columbiamanagement.com | brandon.gill@chase.com |
| bradley.marr@pimco.com | brandon.gray@tcw.com |
| bradley.mashinter@morganstanley.com | brandon.haley@citadelgroup.com |
| bradley.mitchell@bbh.com | brandon.kornhaber@ubs.com |
| bradley.mitchell@rlam.co.uk | brandon.kunz@trs.state.tx.us |
| bradley.ross-williams@morganstanley.com | brandon.m.diersch@intel.com |
| bradley.schwab@aig.com | brandon.pellegrino@avmltd.com |
| bradley.schwartz@jpmorgan.com | brandon.shuler@pnc.com |
| bradley.snyder@blackrock.com | brandon.sica@tudor.com |
| bradley.wickens@spinnaker-capital.com | brandon.snow@fmr.com |
| bradley.wikens@spinnaker-capital.com | brandon.way@kbcaim.com |
| bradley@epsilonfunds.com | brandon.way@kbcfp.com |
| bradley_king@fanniemae.com | brandon.yambo@jpmorgan.com |
| bradley_s_norton@key.com | brandon_copeland@cinfin.com |
| bradleye.dyslin@himco.com | brandon_l_bowers@vanguard.com |
| bradleyj@hmc.harvard.edu | brandon_woodland@freddiemac.com |
| bradshaw.crombie@aberdeen-asset.com | brandon-baer@deshaw.com |
| bradshaw-mack@bessemer.com | brandonwarshawsky@tdwaterhouse.com |
| brady.a@tbcam.com | brandt@rentec.com |
| brady.mcloone@aig.com | brandy_conner@rhco.com |
| brady@keb.co.kr | brandy99@bloomberg.net |
| bradyb@bloomberg.net | branimir.krgin@moorecap.com |
| brae@capgroup.com | branimir.petranovic@ubs.com |
| bragletti@gim.nl | branis@bloomberg.net |
| braikan@kamconline.com | branko.ilic@fly.virgin.com |
| braithd@caxton.com | bransby.whitton@pimco.com |
| brallen@bankofny.com | branstong@anz.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

brant.hughes@teamstatestreet.com

brant.thompson@cgii.com

brant_houston@nacm.com

bras_service@lehman.com

brasile@sterling-capital.com

brask@carnegie.dk

brasse@fnb-corp.com

bratin.sanyal@ap.ing.com

braud.p@rothschild-cie.fr

braxton_zink@putnam.com

brburns@troweprice.com

brderivativescustodykk@statestreet.com

breckinridgesmith@yahoo.com

breda@fftw.com

breecemckinney@tmgchicago.com

breege.rohan@ftnmidwest.com

bregan@fhlbatl.com

bregje.roosenboom@ingim.com

breid.boyle@citi.com

breid@oppenheimerfunds.com

breifler@lib.com

breigel@tiaa-cref.org

breilly@rwbaird.com

breimann@barbnet.com

breiner@nb.com

bremar@safeco.com

bremerb@strsoh.org

brena.peters@janus.com

brenda.briceno@fafadvisors.com

brenda.clarke@axa-im.com

brenda.clem@53.com

brenda.hanson@aiminvestments.com

brenda.m.coffield@columbiamanagement.com

brenda.mcintosh@umb.com

brenda.reed@uk.fid-intl.com

brenda.rosin@db.com

brenda.sampson@columbiamanagement.com

brenda.su@blackrock.com

brenda.tanis@morganstanley.com

brenda.trenowden@lloydstsb.co.uk

brenda.vales@barclaysglobal.com

brenda.walker@lgim.co.uk

brenda@bpviinc.com

brenda@rozenfeld.net

brenda_schaefer@ssmhc.com

brendan.baker@mondrian.com

brendan.bowman@westernasset.com

brendan.bray@moorecap.com

brendan.buckley@aig.com

brendan.burke@pnc.com

brendan.carpenter@db.com

brendan.collins@pacificlife.com

brendan.connaughton@blackrock.com

brendan.connaughton@db.com

brendan.d.connaughton@bankofamerica.com

brendan.freedman@janus.com

brendan.friedman@janus.com

brendan.galloway@barclaysglobal.com

brendan.gilmore@boiuk.com

brendan.glynn@hq.smurfitgroup.com

brendan.gorman@lazard.com

brendan.h.lynch@aib.ie

brendan.harney@daiwausa.com

brendan.hobal@ubs.com

brendan.j.hart@dartmouth.edu

brendan.lavelle@ubs.com

brendan.lee@asia.bnpparibas.com

brendan.mazur@xlgroup.com

brendan.mcfadyen@aegon.co.uk

brendan.mcloughlin@boimail.com

brendan.moran@ilim.com

brendan.obrien@jpmorgan.com

brendan.oneill@db.com

brendan.owens@biam.boi.ie

brendan.owens@clf-dexia.com

brendan.ruddle@drkw.com

brendan.sullivan@bankofamerica.com

brendan.taylor@glgpartners.com

brendan.thorpe@wachovia.com

brendan.whitely@credit-suisse.com

brendan_delaney@prusec.com

brendan_healy@americancentury.com

brendan_marsh@bnz.co.nz

brendan_mckinley@freddiemac.com

brendang@aiminvestments.com

brendanm.lardner@biam.boi.ie

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

brendon.macdonald@glgpartners.com
brendph@exchange.ml.com
brendt.stallings@tcw.com
brennan.hawken@nb.com
brennan.n@tbcam.com
brennanr@wpginvest.com
brenner@atlanticinvestment.net
brenner_susan@jpmorgan.com
brennw@tcwgroup.com
brent.beardall@washingtonfederal.com
brent.bottamini@fmr.com
brent.canada@barclaysglobal.com
brent.cook@db.com
brent.creach@commercebank.com
brent.dejong@ashmoregroup.com
brent.dellinger@bankofamerica.com
brent.eastburg@rbos.com
brent.eckhoff@wellsfargo.com
brent.engel@citadelgroup.com
brent.hadfield@glgpartners.com
brent.hemminghaus@wellsfargo.com
brent.hicks@barclaysglobal.com
brent.hixon@db.com
brent.jones@ge.com
brent.lium@aiminvestments.com
brent.lynn@janus.com
brent.mellum@fafadvisors.com
brent.merlis@db.com
brent.osborn@fmr.com
brent.pasternack@gmam.com
brent.schowe@commercebank.com
brent.schutte@harrisbank.com
brent.zelnak@inginvestment.com
brent@sandlercap.com
brent_brendle@bankone.com
brent_c_zimmerman@victoryconnect.com
brent_j_causey@vanguard.com
brent_puff@americancentury.com
brent_sloman@colonialbank.com
brent_warner@troweprice.com
brentca@microsoft.com
brentley.stark@sscims.com
brently.bates@aiminvestments.com

brenton.smith@anz.com
brenwi@safeco.com
brepasy@blackrock.com
bret.blanton@bmo.com
bret.miller@lazard.com
bret.myers@iac.com
bret.rosen@tcw.com
bret.sheiber@moorecap.com
bret.sherak@dillonread.com
bret.stanley@aiminvestments.com
bretong@fhlbsea.com
brett.agnew@fafadvisors.com
brett.atkinson@wamu.net
brett.barner@ceredexvalue.com
brett.bonet@aig.com
brett.bornstein@soros.com
brett.buchness@blackrock.com
brett.diment@aberdeen-asset.com
brett.dunn@pnc.com
brett.emms@uk.mufg.jp
brett.f.sumsion@usa.dupont.com
brett.falkenhagen@compassbnk.com
brett.gorman@db.com
brett.hall@treasurer.state.nc.us
brett.hannah@gs.com
brett.hofstrom@53.com
brett.johnson@ucop.edu
brett.jones@jpmorgan.com
brett.kimes@edwardjones.com
brett.kozlowski@fmr.com
brett.lancaster@compassbank.com
brett.lee@janus.com
brett.lokhorst@bellsouth.com
brett.lyons@pimco.com
brett.mcclenning@fmr.com
brett.nicholas@redwoodtrust.com
brett.nunziata@db.com
brett.pacific@sunlife.com
brett.patten@micorp.com
brett.pollack@opcap.com
brett.rapp@fhlb-pgh.com
brett.roth@tcw.com
brett.rowley@tcw.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

brett.sadler@barclaysglobal.com

brett.schechterman@ubs.com

brett.schwiesow@thrivent.com

brett.shaver@blackrock.com

brett.stein@wellsfargo.com

brett.van@modern-woodmen.org

brett.vanderkolk@irwinfinancial.com

brett.weichbrod@pimco.com

brett.winton@alliancebernstein.com

brett.wise@ge.com

brett.x.schneider@jpmorgan.com

brett_berry@ustrust.com

brett_browchuk@putnam.com

brett_hryb@mfcinvestments.com

brett_keske@bankone.com

brett_kozlowski@putnam.com

brett_risserz@putnam.com

brett_wander@ssga.com

brettelver@northwesternmutual.com

brettm@fhlbsea.com

brettt@mcm.com

breuning@mk-ag.de

brewerc@bernstein.com

brewerk@swcorp.org

breynolds@troweprice.com

brg@sitinvest.com

brguez@bankinter.es

brho3@allstate.com

brhoads@metlife.com

brhodes@btmna.com

brhodes@panamericanlife.com

bri.douglas@usbank.com

bria@bloomberg.net

brian.a.hand@aib.ie

brian.a.smith@dartmouth.edu

brian.a.smith@wellsfargo.com

brian.adamson@anfis.co.uk

brian.arcese@morganstanley.com

brian.archdekin@bmonb.com

brian.arnold@modern-woodmen.org

brian.aronson@columbiamanagement.com

brian.arsenault@avmltd.com

brian.b.park@morganstanley.com

brian.b.strange@jpmorganfleming.com

brian.baczyk@thehartford.com

brian.barnhurst@prudential.com

brian.baumhover@trs.state.tx.us

brian.beades@blackrock.com

brian.beitner@tcw.com

brian.belke@fmr.com

brian.benesch@harrisbank.com

brian.bengtson.g6rm@statefarm.com

brian.bickford@citizensbank.com

brian.bidadi@highbridge.com

brian.bieger@micorp.com

brian.binkley@ge.com

brian.biskupiak@thehartford.com

brian.blakey@chase.com

brian.bock@westamerica.com

brian.boonstra@ubs.com

brian.boots@citadelgroup.com

brian.brooks@mhcb.co.uk

brian.brown@lloydstsb.co.uk

brian.brugman@alliancebernstein.com

brian.buckley@edwardjones.com

brian.bulger@53.com

brian.burkhart@mackayshields.com

brian.burns@ubsw.com

brian.c.dignam@bankofny.com

brian.c.higgins@fmr.com

brian.c.pringle@columbiamanagement.com

brian.c.sullivan-2@lowes.com

brian.cahill@nationwide.co.uk

brian.callow@rocklandtrust.com

brian.campbell@fmr.com

brian.campbell@gs.com

brian.canion@wcmadvisors.com

brian.cann@suntrust.com

brian.carroll@ibtco.com

brian.caufield@moorecap.com

brian.cavalier@nationalcity.com

brian.cebuhar@raymondjames.com

brian.chang@fmr.com

brian.choe@clinton.com

brian.choi@redwoodtrust.com

brian.clapp@prudential.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| brian.clark@firstar.com | brian.frambes@fmr.com |
| brian.cohane@dillonread.com | brian.frank@ge.com |
| brian.colgan@mjxam.com | brian.g.byala@pfizer.com |
| brian.condon@columbiamanagement.com | brian.g.holohan@aib.ie |
| brian.conn@citadelgroup.com | brian.g.muldoon@aib.ie |
| brian.conroy@fmr.com | brian.g.o'kelly@aib.ie |
| brian.cothran@raymondjames.com | brian.gaither@suntrust.com |
| brian.cotter@fmr.com | brian.gallagher@ubs.com |
| brian.cox@gibuk.com | brian.gawin@harrisbank.com |
| brian.crane@barclaysglobal.com | brian.geller@inginvestment.com |
| brian.crowe@fmr.com | brian.gendreau@inginvestment.com |
| brian.curran@prudential.com | brian.gibson@clinton.com |
| brian.d.callen@jpchase.com | brian.gilmore@tcw.com |
| brian.d.krum@wellsfargo.com | brian.glenn@valero.com |
| brian.d.neigut@columbiamanagement.com | brian.gloudemans@ge.com |
| brian.daly@tcw.com | brian.goldfus@novartis.com |
| brian.demain@janus.com | brian.goldstein@advest.com |
| brian.devlin@gmacm.com | brian.gould@rabobank.com |
| brian.dirgins@thehartford.com | brian.grabenstein@wachovia.com |
| brian.e.kelly@columbiamanagement.com | brian.guaiana@lazard.com |
| brian.e.schlegel@jpmorgan.com | brian.h.hellmann@db.com |
| brian.egan@depfa.com | brian.haas@suntrust.com |
| brian.eley@ing.com.au | brian.haeck@bbl.be |
| brian.eller@be.gm.com | brian.hall@blackrock.com |
| brian.enyeart@fmr.com | brian.halloran@stephens.com |
| brian.erickson@morganstanley.com | brian.hamel@4086.com |
| brian.eskoff@citadelgroup.com | brian.hanson@fmr.com |
| brian.faatz@kodak.com | brian.harhai@suntrust.com |
| brian.farrell@depfa.ie | brian.harrington@pnc.com |
| brian.farrelly@pfizer.com | brian.healion@tdsecurities.com |
| brian.fehrenbach@ubs.com | brian.heimsoth@swib.state.wi.us |
| brian.fenton@londonandcapital.com | brian.helburg@piper.com |
| brian.ferguson@mhcb.co.uk | brian.hellmer@norcap.com |
| brian.finley@53.com | brian.herr@credit-suisse.com |
| brian.firstman@axa-financial.com | brian.herscovici@gm.com |
| brian.firstman@db.com | brian.herward@citadelgroup.com |
| brian.fischer@fanniemae.com | brian.hesbrouk@dnb.no |
| brian.fitzgerald@ie.dexia.be | brian.hickling@rbc.com |
| brian.fitzpatrick@ubs-oconnor.com | brian.higgins@gs.com1 |
| brian.flanagan@thrivent.com | brian.hird@blackrock.com |
| brian.foley@fmr.com | brian.hirschmann@gs.com |
| brian.foster@prudential.com | brian.hoesly@fmr.com |
| brian.fox@bbh.com | brian.hogan@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

brian.holland@citigroup.com
brian.hopkinson@ge.com
brian.horwitt@firstunion.com
brian.horwitt@suntrust.com
brian.i.hsieh@wellsfargo.com
brian.ichord@morganstanley.com
brian.j.clark@pjc.com
brian.j.jones@schwab.com
brian.j.mcvane@jpmchase.com
brian.j.smith@bankofamerica.com
brian.jack@resolutionasset.com
brian.jacobs@pimco.com
brian.janowski@micorp.com
brian.jensen@janus.com
brian.joffe@highbridge.com
brian.joyce@wachovia.com
brian.judy@pnc.com
brian.juliano@prudential.com
brian.jurkash@aiminvestments.com
brian.k.ahrens@prudential.com
brian.k.reed@exxonmobil.com
brian.kahn@resbank.co.za
brian.kealy@boimail.com
brian.keith.green@jpmorgan.com
brian.kennedy@daiwasectab.ie
brian.kennedy@fmr.com
brian.kerrane@nb.com
brian.kim@irvine.statestreet.com
brian.kirk@jyskeinvest.dk
brian.kirkland@axa-im.com
brian.kittredge@sterlingsavings.com
brian.kolodny@hcmny.com
brian.lalonde@citadelgroup.com
brian.lantier@db.com
brian.lawrence@aon.com
brian.lee@phxinv.com
brian.lemons@prudential.com
brian.lempel@fmr.com
brian.lillis@boimail.com
brian.liu@nypa.gov
brian.lodestro@prudential.com
brian.lomax@sebny.com
brian.losier@fmr.com

brian.loughnane@ibtco.com
brian.luedtke@qwest.com
brian.lum@bailliegifford.com
brian.lynch@ulsterbank.com
brian.lysiak@barclaysglobal.com
brian.lyszczarz@bankofamerica.com
brian.m.lockwood@hsbcpb.com
brian.m.walsh@jpmorgan.com
brian.madonick@inginvestment.com
brian.magee@prudential.com
brian.maguire@alliancebernstein.com
brian.maguire@frostbank.com
brian.mallon@fmr.com
brian.manczak@ppmamerica.com
brian.mandirola@thehartford.com
brian.mandt@postbank.de
brian.markovich@ubs.com
brian.marshall@aberdeen-asset.com
brian.martin@uk.fid-intl.com
brian.matthews@inginvestment.com
brian.mazzella@morganstanley.com
brian.mccormack@brhlp.com
brian.mcdonald@insightinvestment.com
brian.mcelroy@nypa.gov
brian.mcgreevy@columbiamanagement.com
brian.mckeon@db.com
brian.mcmahon@pfizer.com
brian.mcmartin@ubs.com
brian.mcmillan@axa-im.com
brian.meath@lazard.com
brian.metz@morganstanley.com
brian.milligan@4086.com
brian.miron@fmr.com
brian.moeller@harrisbank.com
brian.mok@aig.com
brian.mullen@alliancebernstein.com
brian.mulvaney@firstunion.com
brian.murphy@ilim.com
brian.murphy@kbcaim.com
brian.murphy@pncadvisors.com
brian.musielak@commercebank.com
brian.napoleon@lmginv.com
brian.navarro@db.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| brian.nelson@aiminvestments.com | brian.schuster@ppmamerica.com |
| brian.newbould@skandia.co.uk | brian.seay@evergreeninvestments.com |
| brian.okeefe@commerzbankib.com | brian.shiau@db.com |
| brian.oneill@gartmore.com | brian.shim@tcw.com |
| brian.oreilly@ubs.com | brian.sikkenga@aig.com |
| brian.p.mcgirr@aib.ie | brian.simpson@evergreeninvestments.com |
| brian.p.murray@jpmorgan.com | brian.singer@ubs.com |
| brian.p.spellman@db.com | brian.skarbek@harrisbank.com |
| brian.pang@citadelgroup.com | brian.smedley@ny.frb.org |
| brian.pannuzzo@ubs.com | brian.smith@blackrock.com |
| brian.pearce@ubs.com | brian.stack@pioneerinvestments.com |
| brian.pears@victoryconnect.com | brian.standig@morganstanley.com |
| brian.percival@lloydstsb.co.uk | brian.stanick@suncapadv.com |
| brian.perott@commercebank.com | brian.staub@moorecap.com |
| brian.pessin@lazard.com | brian.staunton@bankofamerica.com |
| brian.peters@alliancebernstein.com | brian.stevens@fmr.com |
| brian.pfeifler@morganstanley.com | brian.stine@nationalcity.com |
| brian.pollak@aig.com | brian.stivers@cbandt.com |
| brian.prettyman@nationalcity.com | brian.storey@firstcitizens.com |
| brian.pringle@columbiamanagement.com | brian.sullivan@lmginv.com |
| brian.r.landy@wellsfargo.com | brian.t.curley@morganstanley.com |
| brian.r.whitaker@bankofamerica.com | brian.t.duffy@aibbny.ie |
| brian.rasizer@alliancebernstein.com | brian.t.giordano@westernasset.com |
| brian.rebello@db.com | brian.taylor@kochind.com |
| brian.redmond@gcm.com | brian.terpstra@wamu.net |
| brian.reilly@americas.bnpparibas.com | brian.thomas@icap.com |
| brian.reppert@prudential.com | brian.thomas@prudential.com |
| brian.rigert@ubs.com | brian.timberlake@inginvestment.com |
| brian.robertson@pacificlife.com | brian.tofil@fhlb-pgh.com |
| brian.roe@morganstanley.com | brian.tomlinson@pimco.com |
| brian.rohman@robecousa.com | brian.towsen@morganstanley.com |
| brian.roseboro@do.treas.gov | brian.underwood@truscocapital.com |
| brian.roth@wachovia.com | brian.urey@dresdnerrcm.com |
| brian.routledge@biam.boi.ie | brian.ventura@bbh.com |
| brian.rozen@glgpartners.com | brian.w.mcdonald@jpmorgan.com |
| brian.s.jensen@nordea.com | brian.waldner@columbiamanagement.com |
| brian.salerno@huntington.com | brian.wall@huntington.com |
| brian.scavuzzo@morganstanley.com | brian.walp@chase.com |
| brian.scharf@umb.com | brian.walsh@clamericas.com |
| brian.schaub@janus.com | brian.walters@fmr.com |
| brian.schelter@uboc.com | brian.warren@pncbank.com |
| brian.schneider@dkb.com | brian.wasson@thrivent.com |
| brian.schreiber@aig.com | brian.weigus@citadelgroup.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| brian.westhoff@transamerica.com | brian_fox@agfg.com |
| brian.wilhelm@fmr.com | brian_fry@ustrust.com |
| brian.wilk@fmr.com | brian_fullerton@ml.com |
| brian.woo@blackrock.com | brian_furlong@nylim.com |
| brian.wood@anb.com | brian_glenn@colonialbank.com |
| brian.y.kim@jpmorgan.com | brian_hennessey@putnam.com |
| brian.yang@blackrock.com | brian_hertzog@putnam.com |
| brian.younger@fmr.com | brian_hickey@ssga.com |
| brian.zagorac@pncadvisors.com | brian_huddleston@bmc.com |
| brian.zalaznick@barclaysglobal.com | brian_huwel@cinfin.com |
| brian.zeitz@harrisbank.com | brian_j_cunningham@fleet.com |
| brian.zirkle1@wachovia.com | brian_j_drainville@fleet.com |
| brian.zwerner@bankofamerica.com | brian_j_lall@putnam.com |
| brian@epsilonfunds.com | brian_j_vogel@key.com |
| brian@esunbank.com.hk | brian_jaspers@prusec.com |
| brian@ipgsd.com | brian_jordan@bankone.com |
| brian@wasatchadvisors.com | brian_k_hilliard@vanguard.com |
| brian@watermarkgroup.com | brian_keating@glic.com |
| brian_bajema@cargill.com | brian_king@freddiemac.com |
| brian_bennett@troweprice.com | brian_kinney@ssga.com |
| brian_bergere@bankone.com | brian_kobuszewski@ustrust.com |
| brian_black@ssga.com | brian_kuelbs@gmacm.com |
| brian_brady@americancentury.com | brian_lucier@putnam.com |
| brian_brandenburg@freddiemac.com | brian_mahon@putnam.com |
| brian_brennan@troweprice.com | brian_mcbeth@commerzbank.co.uk |
| brian_brocious@scudder.com | brian_mckee@countrywide.com |
| brian_burgess@mascohq.com | brian_mitchell@invesco.com |
| brian_caldwell@invesco.com | brian_mulderry@rhco.com |
| brian_clark@conseco.com | brian_murdock@blackrock.com |
| brian_claypool@freddiemac.com | brian_murdock@nylim.com |
| brian_conlan@vanguard.com | brian_murphy@putnam.com |
| brian_cymbor@ml.com | brian_norris@invesco.com |
| brian_d_frank@fleet.com | brian_pearly@putnam.com |
| brian_dechristopher@putnam.com | brian_pears@victoryconnect.com |
| brian_delgado@fanniemae.com | brian_phillips@acml.com |
| brian_didonato@gmaccm.com | brian_pyhel@ml.com |
| brian_doolittle@countrywide.com | brian_reid@ml.com |
| brian_dwyer@putnam.com | brian_ropp@troweprice.com |
| brian_ely@ml.com | brian_rosenblum@swissre.com |
| brian_ertley@americancentury.com. | brian_s_evans@fanniemae.com |
| brian_fahrman@scudder.com | brian_s_quay@key.com |
| brian_fitzgerald@ustrust.com | brian_schneider@invesco.com |
| brian_fleming@standardlife.com | brian_schutter@putnam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

brian_soifer@putnam.com
brian_steinbrueck@aigag.com
brian_trust@swissre.com
brian_vandermeulen@dpimc.com
brian_w_quigley@vanguard.com
brian_watters@bankofscotland.com
brian_weber@key.com
brian_woglom@americancentury.com
brianaylieff@hotmail.com
brian-c.oleary@db.com
briand@tmgny.com
brian-desmond@forum-financial.com
brianhanrahan@angloirishbank.ie
brianis@dmba.com
brianlinde@bloomberg.net
brianlynch@angloirishbank.ie
brianmagee@gic.com.sg
brianna.white@wachovia.com
brianng@gic.com.sg
briano'leary@angloirishbank.ie
brianriley@gpnus.mizuho-cb.com
brianw.smith@usaa.com
brianweber@morganstanleyquilter.ie
brianx.t.baker@intel.com
brianyeazel@northwesternmutual.com
brice.benaben@ca-indusuez.com
brice.blanchet@caam.com
brice.mari@lloydsbank.ch
brice.moucheboeuf@banquedorsay.fr
brice.tropper@barep.com
brice.van-dyck@ing.be
brice@anchorcapital.com
brice@calstrs.com
bricel@mcm.com
brich@skystonecapital.com
brichardson@blenheiminv.com
brichmond@wesbanco.com
brick@pimco.com
bridge@fhlb-of.com
bridgeman@adamsexpress.com
bridget.a.powers@wellscap.com
bridget.carey@mackayshields.com
bridget.fallon@db.com

bridget.gagen@asbai.com
bridget.haggerty@pncbank.com
bridget.inglis@pimco.com
bridget.murray@mackayshields.com
bridget_dean-hammel@ml.com
bridgetlee@temasek.com.sg
bridgette.chambers@mbna.com
bridgette_butler@calpers.ca.gov
brie.lam@lazard.com
briegel@tiaa-cref.org
brien_hampton@freddiemac.com
brieuc.verhaegen@ing.be
briggs.payer@fmr.com
brigit.ryan@bankofny.com
brigitta.adam@juliusbaer.com
brigitta.kocherhans@siemens.com
brigitte.bieg@snb.ch
brigitte.carriere@caam.com
brigitte.denis@bnpparibas.com
brigitte.denzel@aam.de
brigitte.dutoit-cornet@db.com
brigitte.favre@vontobel.ch
brigitte.fotsch@bhimail.ch
brigitte.gagnon@bnpparibas.com
brigitte.geelen@ingim.com
brigitte.halbwidl@hypoinvest.at
brigitte.hefti@claridenleu.com
brigitte.juen@omv.com
brigitte.le-bris@sgam.com
brigitte.lefebvre-hebert@credit-agricole-sa.fr
brigitte.legrand@dassault-aviation.fr
brigitte.o"loghen@bnpgroup.com
brigitte.pewal@ba-ca.com
brigitte.rackow@hypointernational.com
brigitte.turin@ca-suisse.com
brigitte.zeitlberger@erstebank.at
brignolo@gestielle.it
brijesh.parmar@db.com
brijesh.patel@sscims.com
brikut@safeco.com
briley@ullico.com
brinka@lotsoff.com
brinkleb@ebrd.coom

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

brinson@ubs.com

brinton.johns@janus.com

brion.johnson@ppmamerica.com

bripoll@bancamarch.es

brit.stephens@morgankeegan.com

brit_stickney@nacm.com

brita.steffelin@blackrock.com

britneylee@daiwa-am.com.hk

britt.harris@trs.state.tx.us

britt.palmer@lacrosseglobal.com

britta.buchholz@hsh-nordbank.com

britta.lindhorst@am-gruppe.de

britta.nitze@ib.bankgesellschaft.de

britta.simon@juliusbaer.com

britta.simon@ubs.com

britta.weidenbach@db.com

britta_rendlen@swissre.com

brittany.j.johnson@jpmorgan.com

brizzardi@mfcglobalus.com

brkandjoe@bloomberg.net

brlee@bok.or.kr

brlewis@fdic.gov

brmeyerson@erstebank.com

brmurray@wellington.com

bro@ubp.ch

broberts@carnival.com

brobertson2@bloomberg.net

brobison@sarofim.com

broby@aegonusa.com

brock.saunders@tudor.com

brockmuller@oppenheimerfunds.com

brockowitz@jmsonline.com

brockwell@dynexcapital.com

broelke@tiaa-cref.org

brogers@blackrock.com

brogers@pimco.com

brogers@troweprice.com

brokernotes@bailliegifford.com

brolke@tiaa-cref.org

bronnenbergj@aol.com

bronwyn.hill@ashmoregroup.com

bronwyn.matthews@rothschild.com.au

brook.milnes@statestreet.com

brook_dane@putnam.com

brooke.bernstein@tudor.com

brooke.kane@db.com

brooke.mcdermott@ge.com

brooke.mcdonald@towers.com

brooke.s.petersen@jpmorgan.com

brooke.williams@blackrock.com

brookfurst@us.standardchartered.com

brooks.dl@tbcam.com

brooks.marston@fmr.com

brooks@epsilonfunds.com

brooks_beittel@dpimc.com

brooksg@uk.ibm.com

broome.lisa@pennmutual.com

brose@btmna.com

broseman_rosa@jpmorgan.com

brosenbaum@mfs.com

brossak@bloomberg.net

brotato@grneam.com

broumejo@cmcic.fr

brousseau@bft.fr

brown.ronald@db.com

brown4d@kochind.com

browne.wh@dreyfus.com

browne@vankampen.com

brownh@stanford.edu

brownind@strsoh.org

browningj@vkac.com

browninj@jwseligman.com

brownins@strsoh.org

brownm19@nationwide.com

brp.ad@adia.ae

brp5@ntrs.com

brrb@capgroup.com

brs@capgroup.com

brsperandeo@wewill4u.com

bruane@bankofny.com

brubin@troweprice.com

bruce.alpern@db.com

bruce.arnett@alexanderkey.com

bruce.aronow@alliancebernstein.com

bruce.beaumont@mnco.com

bruce.benzley@everbank.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

bruce.bolton@tudor.com
bruce.bowlin@bis.org
bruce.brittain@pimco.com
bruce.buchanon@gecapital.com
bruce.c.kasman@jpmorgan.com
bruce.calvert@alliancebernstein.com
bruce.chin@aldenglobal.com
bruce.clark@fareastnationalbank.com
bruce.clark@guarantygroup.com
bruce.cochran@oracle.com
bruce.davidson@axa-im.com
bruce.dell@db.com
bruce.dick@principal.com
bruce.dirks@fmr.com
bruce.docherty@uebgroup.com
bruce.e.fox@citigroup.com
bruce.ebnother@ubs.com
bruce.emery@citadelgroup.com
bruce.falbaum@7bridgescap.com
bruce.fernandez@umb.com
bruce.fortier@fmr.com
bruce.glensky@csam.com
bruce.gorchow@ppmamerica.com
bruce.graham@uk.abnamro.com
bruce.gresswell@nordlb.com
bruce.guiot@pncbank.com
bruce.haes@firstcitizens.com
bruce.hamilton@us.hsbc.com
bruce.heine@magellanlp.com
bruce.herring@fmr.com
bruce.i.sacerdote@dartmouth.edu
bruce.j.williams@jpmorgan.com
bruce.johnson@swib.state.wi.us
bruce.kendrex@wamu.net
bruce.knutson@usbank.com
bruce.koepfgen@opcap.com
bruce.kos@stephens.com
bruce.lavine@barclaysglobal.com
bruce.levitt@soros.com
bruce.lohman@abnamro.com
bruce.low@fipartners.com.au
bruce.marquand@gm.com
bruce.masters@gwl.com

bruce.meadows@rothschild.com.au
bruce.miller@scottishwidows.co.uk
bruce.naysmith@aegon.co.uk
bruce.nicholson@lionhartusa.net
bruce.nightingale@ibtco.com
bruce.pearson@morleyfm.com
bruce.r.martin@fmr.com
bruce.rodio@db.com
bruce.rodio@morganstanley.com
bruce.saldinger@wellsfargo.com
bruce.salvog@usbank.com
bruce.simon@morganstanley.com
bruce.smith@pnc.com
bruce.taylor@gartmore.com
bruce.theuerkauf@csam.com
bruce.townsend@tudor.com
bruce.warren@columbiamanagement.com
bruce.wendel@bms.com
bruce.yeager@clamericas.com
bruce@mwv.com
bruce_d_lederer@fleet.com
bruce_elwell@ustrust.com
bruce_foulkrod@glenmede.com
bruce_hamilton@blackrock.com
bruce_kennedy@troweprice.com
bruce_macdonald@putnam.com
bruce_wood@freddiemac.com
bruceboer@chevron.com
brucepflaum@northwesternmutual.com
bruegsegger@alliancebernstein.com
brueppel@meag.com
bruffner@federatedinv.com
bruggraber@lehman.com
brummelhart@fbfs.com
bruna.maltoni@nokia.com
brunel_jean@jpmorgan.com
brunella.tocci@finmeccanica.it
brunetla@cic.fr
brunetti@bloomberg.net
brunetti@finmeccanica.it
brunner.urs@rahnbodmer.ch
brunnerw@firstindiana.com
brunno.alvarez@wachovia.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bruno.achermann@rmf.ch | bruno.sommer@helaba.de |
| bruno.ammann@zkb.ch | bruno.springael@ingim.com |
| bruno.bachmann@zugerkb.ch | bruno.stanziale@moorecap.com |
| bruno.bancal@bnpparibas.com | bruno.steve@st.com |
| bruno.berry@morleyfm.com | bruno.tissot@bis.org |
| bruno.bertocci@ubs.com | bruno.torchio@sella.it |
| bruno.biordi@dexia-bil.com | bruno.tretter@activest.de |
| bruno.candini@bnpparibas.com | bruno.umbro@inginvestment.com |
| bruno.crinon@bnpparibas.com | bruno.vancrombrugge@dexia-am.com |
| bruno.de.haas@pggm.nl | bruno.vanderschueren@ing.fr |
| bruno.de.scorbiac@fr.abnamro.com | bruno.winiger@juliusbaer.com |
| bruno.deborne@banque-france.fr | bruno.wuethrich@suva.ch |
| bruno.decombe@groupe-mma.fr | bruno.yang@citadelgroup.com |
| bruno.dedecker@dexia.be | bruno@pauligroup.com |
| bruno.du.bus@puilaetco.be | bruno_bardavid@westlb.co.uk |
| bruno.ducros@cardif.fr | bruno_fellin@ustrust.com |
| bruno.durbano@bancalombarda.it | bruno_letsch@swissre.com |
| bruno.einheimler@ba-ca.group-treasury.co.at | bruno_sollazzo@generali.com |
| bruno.engler@rbscoutts.com | brunog@mcm.com |
| bruno.estecahandy@banque-france.fr | brunousai@pelaguscapital.com |
| bruno.franco@hsh-nordbank.co.uk | brush@angelogordon.com |
| bruno.gandjee@caam.com | brustkern.scott@principal.com |
| bruno.gartmann@vontobel.ch | brutkowsky@caxton.com |
| bruno.gmuer@juliusbaer.com | bryan.anderson@deshaw.com |
| bruno.guiot@axa-im.com | bryan.applequist@tcw.com |
| bruno.guldener@ubs.com | bryan.ashenberg@ubs.com |
| bruno.hertz@uk.fid-intl.com | bryan.bakardjiev@truscocapital.com |
| bruno.heusser@ubs.com | bryan.batory@53.com |
| bruno.huwyler@centrumbank.li | bryan.bellisle@firstar.com |
| bruno.knechtle@juliusbaer.com | bryan.bigari@micorp.com |
| bruno.kratz@caam.com | bryan.brading@wachovia.com |
| bruno.laborie@caam.com | bryan.burns@gcm.com |
| bruno.langfritz@credit-suisse.com | bryan.burrough@blackrock.com |
| bruno.lebeda@asia.bnpparibas.com | bryan.cameron@barclaysglobal.com |
| bruno.lechevallier@ubs.com | bryan.choo@schroders.com |
| bruno.m.iksil@jpmorgan.com | bryan.choo@ubs.com |
| bruno.magalhaes@unibanco.com | bryan.cline@columbiamanagement.com |
| bruno.marxer@ubs.com | bryan.collings@db.com |
| bruno.mouclier@remy-cointreau.com | bryan.conway@boitib.com |
| bruno.nierat@axa-im.com | bryan.costigan@fandc.co.uk |
| bruno.piano@finmeccanica.it | bryan.dougherty@deshaw.com |
| bruno.putorti@capitalia-am.com | bryan.fagan@eaglestarlife.ie |
| bruno.saugnac@caam.com | bryan.filkey@pimco.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bryan.gauvin@fidelity.com | bryan-cm.wong@aig.com |
| bryan.goh@arabbank.co.uk | bryan-j.ray@db.com |
| bryan.henning@sg.standardchartered.com | bryan-levin@bessemer.com |
| bryan.higgins@4086.com | bryanlhchen@yahoo.com.tw |
| bryan.jaax@jpmorganfleming.com | bryanyeo@gic.com.sg |
| bryan.jacobi@barclaysglobal.com | bryce_bulman@nacm.com |
| bryan.knepper@columbiamanagement.com | bryn.cirillo@rbsgc.com |
| bryan.krause@blackrock.com | bryn.thomas@jpmorgan.com |
| bryan.low@mosnar.com.sg | bryong@bgi-group.com |
| bryan.lynskey@cba.com.au | bryson.hadley@wamu.net |
| bryan.mckigney@opco.com | brysson.curtis@fidelity.com |
| bryan.mcmorrine@swipartnership.co.uk | bs@carnegieam.dk |
| bryan.meckley@raymondjames.com | bs439@cornell.edu |
| bryan.neitzelt@huntington.com | bsa@ntrs.com |
| bryan.otero@state.nm.us | bsaid@meagpower.org |
| bryan.p.maher@aib.ie | bsamuel@oppenheimerfunds.com |
| bryan.petermann@aig.com | bsanchef@cajamadrid.es |
| bryan.poulsen@pimco.com | bsanders@bloomberg.net |
| bryan.poulson@pimco.com | bsands@templeton.com |
| bryan.r.mead@wellsfargo.com | bsantiago@wellington.com |
| bryan.raynor@prudential.com | bsargent1@bloomberg.net |
| bryan.roach@janus.com | bsarmago@bloomberg.net |
| bryan.seyfried@drkw.com | bsayago@teamcapitalbank.com |
| bryan.smith@barclaysglobal.com | bscammell@westpac.com.au |
| bryan.stone@morganstanley.com | bschalla@nisi.net |
| bryan.sullivan@alliancebernstein.com | bschell@caxton.com |
| bryan.tsu@pimco.com | bschinabeck@bayernhb.de |
| bryan.tucker@alliancebernstein.com | bschlemovitz@lordabbett.com |
| bryan.turner@ubs.com | bschleppy@tigerglobal.com |
| bryan.verona@gcm.com | bschmauch@atlanticasset.com |
| bryan.wallace@csam.com | bschmid@dow.com |
| bryan.wilson@bmo.com | bschmidt@allstate.com |
| bryan.wolff@bernstein.com | bschmidt@bear.com |
| bryan_bernaldo@putnam.com | bschneider@federatedinv.com |
| bryan_bernaldo@putnaminv.com | bschneiderman@loomissayles.com |
| bryan_capsavage@fanniemae.com | bschoenfeld@bankofny.com |
| bryan_cockrell@putnam.com | bschoenfeld@delinvest.com |
| bryan_cook@fnbstl.com | bschofield@ambac.com |
| bryan_hicks@invesco.com | bschorn@tudor.com |
| bryan_ison@ml.com | bschotanus@bloomberg.net |
| bryan_niggli@swissre.com | bschroer@frk.com |
| bryan_r_baebler@vanguard.com | bschroller@frostbank.com |
| bryan_unterhalter@americancentury.com | bschulman@loews.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| bschultz@richmondcap.com | bsmith1@metlife.com |
| bschulz@alger.com | bsmith7@allstate.com |
| bschulz2@bloomberg.net | bsmoluch@roxcap.com |
| bschwartz@fhlbatl.com | bsmoon@chbny.com |
| bscoles@aegonusa.com | bsnijders@aegon.nl |
| bscook@aegonusa.com | bsnyder@bloomberg.net |
| bscotti@loomissayles.com | bsnyder@us.mufg.jp |
| bscotto@delinvest.com | bsommerville@fhlbatl.com |
| bscozzafava@eatonvance.com | bspector@baupost.com |
| bscozzafava@mfs.com | bspeiser@westernasset.co.uk |
| bscuzarella@anchorcapital.com | bspl@keb.co.kr |
| bsd@centralbank.ie | bspratt@munder.com |
| bse@capgroup.com | bspremulli@tiaa-cref.org |
| bsegal@nb.com | bsritter@delinvest.com |
| bsegura@atlanticasset.com | bsshim@knbank.co.kr |
| bsekim@keb.co.kr | bssohn@wellington.com |
| bseton@bloomerg.net | bstafford@denveria.com |
| bsevilla@frk.com | bstanforth@dlbabson.com |
| bseybold@farcap.com | bstanick@standishmellon.com |
| bsf22@cornell.edu | bstaten@stephens.com |
| bsgladstein@delinvest.com | bstaub1@bloomberg.net |
| bsh1@ntrs.com | bsteere@fhlbc.com |
| bshah@bloomberg.net | bstertzbach@aegonusa.com |
| bshah1@metlife.com | bstevenson@orix.com |
| bshan@perrycap.com | bstewart@citysecurities.com |
| bshanahan1@bloomberg.net | bstewart@midatlanticcorp.org |
| bshelton@uscentral.org | bstewart@oppenheimerfunds.com |
| bsherman@oppenheimerfunds.com | bstgeorge@dlbabson.com |
| bshigezawa@bloomberg.net | bstgeorge@internal.massmutual.com |
| bshirley1@bloomberg.net | bstoesser@wellington.com |
| bshoer@lordabbett.com | bstone@mfs.com |
| bshulman@uscentral.org | bstone@standishmellon.com |
| bsiary@osc.state.ny.us | bstory@fhhlc.com |
| bsimon@dhja.com | bstout@murrayj.com |
| bsimpson@sisucapital.com | bstromberg@troweprice.com |
| bsinescu@oddo.fr | bstuelpnagel@balbny.com |
| bsirakos@frostbank.com | bsturm@opers.org |
| bsj@kp.dk | bstutts@unumprovident.com |
| bslater@bear.com | bsudameris@bloomberg.net |
| bslee@chb.co.kr | bsullivan@lordabbett.com |
| bsmedley@aegonusa.com | bsummers@lehman.com |
| bsmith@bloomberg.net | bsundaresan@loomissayles.com |
| bsmith@thamesriver.co.uk | bsussman@samipfd.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bsustri@jmsonline.com | bturney@caxton.com |
| bsvendahl@voyageur.net | btvedt@aegonusa.com |
| bswain@qgcapital.com | btyszka@tiaa-cref.org |
| bswanson@fbw.com | bubajp2@gol.com |
| bswensen@voyageur.net | bubbabutt@bloomberg.net |
| bswilliams@washtrust.com | bucalossi.annalisa@insedia.interbusiness.it |
| bsylvester@babsoncapital.com | buchanan1@bloomberg.net |
| bt49@cornell.edu | buchholz_jason@fsba.state.fl.us |
| bta@columbus.com | buchi.ramagopal@thehartford.com |
| btaillardat@unigestion.com | buchman.as@mellon.com |
| btallaksen@thamesriver.co.uk | buchoi@samsung.co.kr |
| btang@gpnus.mizuho-cb.com | buck_phillips@den.invesco.com |
| btani@jennison.com | buckett.leslie@swipartnership.co.uk |
| btanner@servibanca.pt | buckj2@nationwide.com |
| btavel@ustrust.com | bud.duffy@sticm.com |
| btaylor@massport.com | bud.gill@fhlb.com |
| btaylor@mfs.com | bud.kroll@jpmorgan.com |
| btaylor@troweprice.com | bud.ryan@cendantmortgage.com |
| btaylor1@frk.com | buddy.moran@sc.siemens.com |
| btbrown@wellington.com | budelli@bpintra.it |
| bterlesky1@bloomberg.net | budiman.swardi@wisa.com.sg |
| bterrell@ufji.com | budny.a@tbcam.com |
| bteta@bellevue.ch | buffat@psai.ch |
| bthomas@uscentral.org | buffi.colquitt@invescoaim.com |
| btien@ustrust.com | buge@finansbank.ch |
| btillberg@russell.com | buhei_yoshida@ufjbank.co.jp |
| btimmerman@aegon.nl | buhijji@bma.gov.bh |
| btittman@eatonvance.com | buhlemeyer@lkcm.com |
| btjahjono@fhlbc.com | buhlen@bloomberg.net |
| btk@lrcasia.ch | buhlig@eib.org |
| btmcgill@wellmanage.com | bui.van@gene.com |
| btoconnor@wellington.com | buijink@vpv.nl |
| btolliver@sanwabank.com | buisan@bde.es |
| btomlinson@smithgraham.com | buki.ajala@jpmchase.com |
| btong@aegonusa.com | bulent.ertuna@teb.com.tr |
| btong@bankofny.com | bulk@nsmcapital.com |
| btorpey@mfs.com | bullbull@shikokubank.co.jp |
| btoth@dlbabson.com | bullockr@kochind.com |
| btpbull@bloomberg.net | bullrun@bloomberg.net |
| btracy@appletonpartners.com | bumbak@netvision.net.il |
| btrujillo@calnational.com | bumpg@strsoh.org |
| btsauer@mmm.com | bunno_masakazu@zn.smbc.co.jp |
| bturcotte@turnerinvestments.com | bunruh@firsthorizon.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

bupward@munder.com
burak.alici@morganstanley.com
burak.iyigun@disbank.com.tr
burak.iyigun@teb.com.tr
burak.suren@akbank.com
burakm@ebrd.com
burcin.dilek@de.pimco.com
burcu.pekuzpaltura@teb.com.tr
burcu.ugurtas@jpmorgan.com
burdeshaw@willcap.com
burdeshawj@aeltus.com
buretzky@loomissayles.com
burg.mj@mellon.com
burgayran.eric@nbg.gr
burgesc@vankampen.com
burhan.fazlija@rahnbodmer.ch
buriartev@bankinter.es
buriburi@kdb.co.kr
burick@princeton.edu
burina@bot.or.th
burkart.moench@sachsenlb.de
burke.treidler@barclaysglobal.com
burkec@brinson.com
burkek@lotsoff.com
burke-smith@adelphi-capital.com
burkhard.allgeier@hauck-aufhaeuser.de
burkhard.egbers@dekabank.de
burkhard.ischler@zf.siemens.de
burkhard.mau@dekabank.de
burkhard.toedter@dbla.com
burkhard.varnholt@credit-suisse.com
burkhard.weiss@rcm.at
burlong.s@mellon.com
burnett.hansen@credit-suisse.com
burnett.hansen@csam.com
burnettr@ubk.net
burnscm@fhlbcin.com
burnse@emigrant.com
burnsg@nationwide.com
burnsl@wharton.upenn.edu
burnsm@tcwgroup.com
burroughsc@aeltus.com
burseth@deshaw.com

bursinm@nationwide.com
burtchw@nationwide.com
burton.harvey@morgankeegan.com
burton.milnor@morgankeegan.com
burvillc@gartmore.com
bus@mn-services.nl
busdev.abl@dial.pipex.com
bush.m@mellon.com
bushsf@research.ge.com
bussarpa@bot.or.th
but@ubp.ch
butkiewv@nboc.com
butlejj@chevrontexaco.com
butler@americas.bnpparibas.com
butlerb@firstcharter.com
butlero@bwbank.ie
buttenheim_maureen@ssga.com
buybonds@amervest.com
buyukerm@tskb.com.tr
buzz@roycenet.com
buzzi@bci.it
bv9@ntrs.com
bvaissie@oaktreecapital.com
bvalbuzzi@bci.it
bvale@loomissayles.com
bvalerio@loomissayles.com
bvallely@caxton.com
bvanaken@sirachcap.com
bvanbuuren@bloomberg.net
bvance@unum.com
bvangundy@oppenheimerfunds.com
bvartak@mfs.com
bve@petercam.be
bvenable@rwbaird.com
bveninata@kynikos.com
bvermeulen@rnt.com
bverrico@melloninvestor.com
bvigneaux@mfs.com
bvirbits@princeton.edu
bviscuso@allstate.com
bvo@petercam.be
bvoege@sunamerica.com
bvogel@montag.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| bvonstuelpnagel@bayernlbny.com | bwk@capgroup.com |
| bvoss@hcmlp.com | bwkjr@bloomberg.net |
| bvr@fidelity.com | bwolf@firstmanhattan.com |
| bwadden@steinroe.com | bwong@nb.com |
| bwaesche@troweprice.com | bwong@perrycap.com |
| bwagman@erstebank.com | bwong8@bloomberg.net |
| bwahlig@bloomberg.net | bwongtrakool@westernasset.com |
| bwalker@europeancredit.com | bwood@ffcnet.com |
| bwalker@ustrust.com | bwoolmington@wellington.com |
| bwalker@whitepinecapital.com | bwoolminton@wellington.com |
| bwaller@williamblair.com | bworley@loomissayles.com |
| bwallick@stephens.com | bwu@ftci.com |
| bwalls@mfs.com | bwydick@allstate.com |
| bwalton@sterling-capital.com | bwzink@wellington.com |
| bwandelmaier@websterbank.com | bxjohnson@sdcera.org |
| bwanger@barbnet.com | bxorourke@bloomberg.net |
| bwann@bloomberg.net | bxu.em@adia.ae |
| bward@jmsonline.com | bxu@fhlbdm.com |
| bward@massmutual.com | bxue@princeton.edu |
| bwarden@waddell.com | byahner@reliancebank.com |
| bwasilewski@asbcm.com | byeg@bp.com |
| bwatteyne@ofi-am.fr | byerr@jea.com |
| bweber@russell.com | byersk@wellsfargo.com |
| bweiner@fnbaonline.com | byh@baupost.com |
| bweinste@blackrock.com | bylee@bnm.gov.my |
| bweiss@oppenheimerfunds.com | bylim@adb.org |
| bwelch@jhancock.com | bymbcn@lander.es |
| bwestvold@ssrm.com | byorke@halcyonllc.com |
| bwhastreiter@wellington.com | byoung@fnbaonline.com |
| bwhitehead@farmcredit-ffcb.com | byoung@halcyonllc.com |
| bwhitfield@perrycap.com | byran.cass@alliancebernstein.com |
| bwhitfield@statestreet.com | byrnej@vankampen.com |
| bwiener@mfs.com | byrnem@swcorp.org |
| bwiese@bankofny.com | byron.culpepper@ftnfinancial.com |
| bwiese@sunamerica.com | byron.mitson@morgankeegan.com |
| bwilby@oppenheimerfunds.com | byron.ong@ucop.edu |
| bwilcox@cumberassoc.com | byron.smith@alliancebernstein.com |
| bwilliams@mtildn.co.uk | byron.smith@sgcib.com |
| bwillson@orix.com | byron.spivack@mackayshields.com |
| bwilson@firstcarolina.org | byron.tong@hk.fortis.com |
| bwilson@provnet.com | byronj@lotsoff.com |
| bwinwood@progbank.com | byront@vankampen.com |
| bwjung@bok.or.kr | bythrow@1stsource.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| byungheon.chae@scfirstbank.com | c.freischutz@interdin.com |
| byungholee@hanabank.com | c.friend@sumitomotrust.co.jp |
| byungkyu.cheon@asia.ing.com | c.gautier@finance-concept.mc |
| byusof@bloomberg.net | c.gentile@cirio.it |
| bzachhuber@bloomberg.net | c.giampaolo@finpromotion.ch |
| bzenouzi@delinvest.com | c.gibbon@bspf.co.uk |
| bzi@lrc.ch | c.giraldi@gruppoina.it |
| bziemba@jhancock.com | c.guille@eib.org |
| bzilka@pjc.com | c.guthrie@fnysllc.com |
| bzimmerman@ag-am.com | c.h.nielsen@nordea.com |
| bziolo@ups.com | c.heckmann@danskebank.dk |
| bzirkle@mentorinvgroup.com | c.heeran@olayangroup.com |
| bzittucro@bci.it | c.hennekam@robeco.nl |
| bzm@dartmouth.edu | c.hirtzig@lia-assetmanagement.lu |
| bzmeunier@wellington.com | c.hollis@lvmh.fr |
| c.a.ablett@cibc.ca | c.iida@aozorabank.co.jp |
| c.aben@robeco.nl | c.j.g.m.hendriks@gasunie.nl |
| c.babel@dbtc.ch | c.j.h.berg@rn.rabobank.nl |
| c.baker@hsbc.com.hk | c.johnston@easternbk.com |
| c.balestra@finpromotion.ch | c.jouan@probtp.com |
| c.behrens@bloomberg.net | c.julen@iam.ch |
| c.belotti@centrosim.it | c.kayser@inka-kag.de |
| c.bernasconi@centrosim.it | c.kipfer@bloomberg.net |
| c.bonde.pedersen@nordea.com | c.kool@dpfs.nl |
| c.borghese@danieli.it | c.lane@kairospartners.com |
| c.brand@landeskrediet.de | c.leary@wafra.com |
| c.buchmayer@staedtische.co.at | c.lehy@easternbk.com |
| c.cakaj@frankfurt-trust.de | c.liu@hsbc.guyerzeller.com |
| c.capizzi@apioil.com | c.m.n.pieterse@dnb.nl |
| c.capotorti@centrosim.it | c.m.van.den.bergh@robeco.nl |
| c.cappellini@motus.lu | c.martin@qic.com |
| c.cataldi@wafra.com | c.masucci@offivalmo.fr |
| c.chris.corrao@morganstanley.com | c.mazza@gruppocredit.it |
| c.cioninivisani@sace.it | c.merrian@panagora.com |
| c.compain@mwam.com | c.meyer@provalue.ch |
| c.conti@creberg.it | c.mora@barilla.it |
| c.costa@aston-bond.com | c.mueller-goedecke@trinkaus.de |
| c.david.allman@wellsfargo.com | c.n.van.der.oord@robeco.nl |
| c.denks@vwfsag.de | c.negro@aston-bond.com |
| c.ewen@lia-assetmanagement.lu | c.nourissat@cogefi.fr |
| c.fair@sumitomotrust.co.jp | c.oshea@hermes.co.uk |
| c.fersedi@ny.tr.mufg.jp | c.otoole@sumitomotrust.co.jp |
| c.flood@hermes.co.uk | c.p.m.van.oorschot@dnb.nl |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| c.paone@bancodinapoli.it | cab@baupost.com |
| c.pennekamp@abp.nl | cabot.henderson@barclayscapital.com |
| c.pepino@bimbank.it | cabrahante@meag-ny.com |
| c.perrone@usa.dupont.com | cabrale@fhlbsf.com |
| c.pigasse@cogefi.fr | cac@coastalsecurities.com |
| c.richard.lucy@columbiamanagement.com | cac@columbus.com |
| c.ruiz@bfondos.banesto.es | cac@dcx.com |
| c.schmid@hsbc.guyerzeller.com | cace05@handelsbanken.se |
| c.scott@northernrock.co.uk | cachtel@allstate.com |
| c.serini@ubipramerica.it | cacoutinho@wellington.com |
| c.sollier@sanpaolo.fr | cacr01@handelsbanken.se |
| c.speziali@bipielle.it | caday@fbfs.com |
| c.stronck@lia-assetmanagement.lu | cadmus.hicks@nuveen.com |
| c.sutter@hsbc.guyerzeller.com | cads@capgroup.com |
| c.swinnerton@sumitomotrust.co.jp | cae@bkb.ch |
| c.tarenzi@bpl.gruppobipielle.it | caeckstrom@comerica.com |
| c.terzano@cassalombarda.it | caedmon.marriott@glgpartners.com |
| c.thomas@lcfr.co.uk | caesar@pshk.com.hk |
| c.tirondola@olayan.com | caesarcastroverde@northwesternmutual.com |
| c.van.marle@robeco.nl | caezar@bloomberg.net |
| c.vanzan@bimsgr.it | cafi@danskebank.dk |
| c.vicari@eurosim.it | cagainey@wellington.com |
| c.vickerman@mwam.com | cagjoh@safeco.com |
| c.vondenbusch@robeco.nl | cagnew@tiaa-cref.org |
| c.waldron@lcfr.co.uk | cah@nbim.no |
| c.wallace@mwam.com | caha04@handelsbanken.se |
| c.walsh@hermes.co.uk | cahalyg@jwseligman.com |
| c.walter@lia-assetmanagement.lu | caheckscher@wellington.com |
| c.wijtvliet@vanlanschot.com | cahills2@bloomberg.net |
| c.winnall@fordfound.org | cahles@umcmortgage.com |
| c.wurl@staedtische.co.at | cailin_rutter@troweprice.com |
| c.zandbergen@robeco.nl | cailman@calstrs.com |
| c_gauthier@putnam.com | cainj6@nationwide.com |
| c_malone@ml.com | cainsworth@fhlbatl.com |
| c_stephen_wesselkamper@victoryconnect.com | caitlin.esterbrook@blackrock.com |
| c_weisberg@beutel-can.com | caitlin.glendinning@rbccm.com |
| c1c4@pge.com | caitlin.mckillop@bbh.com |
| c2k@americancentury.com | caitlin@incomeresearch.com |
| c3k@americancentury.com | caitriona.a.seery@aib.ie |
| c9a@americancentury.com | caitrionam@bloomberg.net |
| c9p@americancentury.com | caius_ng@swissre.com |
| caasten.czech@sparkasse-koelnbonn.de | cajones@wellington.com |
| caath205@hcn.zaq.ne.jp | cak@bftx.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cakins@blenheiminv.com

cakiroglua@tskb.com.tr

cakrause@frcinvest.cm

cala@bloomberg.net

calabria@finmeccanica.it

calbright@wilmingtontrust.com

caldarulo@finmeccanica.it

caldern@ebrd.com

caleb.baucom@midfirst.com

caleb.wray@schwab.com

caleb_david@ustrust.com

calee.moe@gmacrescap.com

calexander@denveria.com

caley.lim@lloydstsb.co.uk

callahaj@wellsfargo.com

callain@ofina.on.ca

callawayt@aetna.com

calldesk@banca.mps.it

calli.gaul@pnc.com

callies@bessemer.com

callum.burns@rothschild.com.au

callum.henderson@fmr.com

calonso@cajamadrid.es

calonso@uk.tr.mufg.jp

caltendorfer@oaktreecap.com

calum.daniel@morganstanley.com

calum.p.cousins@jpmorgan.com

calvargu@banrep.gov.co

calvarin@pictet.com

calvin.davies@ingim.com

calvin.davis@transmarketgroup.com

calvin.huang@barclaysglobal.com

calvin.lee@barclaysglobal.com

calvin.lee@inginvestments.com

calvin.liew@pimco.com

calvin.ngai@tcw.com

calvin.walker@ppmamerica.com

calvin.zhang@allegiantgroup.com

calvin_h_place@putnam.com

calvin_yeh@tcbank.com.tw

calzoni@capitalgest.it

cam.desbrisay@royalbank.com

cam_mcdougall@manulifeusa.com

cama04@handelsbanken.se

camadill@wellington.com

camas.hunter@db.com

cambrianid@bpv.it

cambrose@payden-rygel.com

camco@consistenasset.com

camco@consistentasset.com

cameron.cohen@avmltd.com

cameron.crump@jpfinancial.com

cameron.dh@tbcam.com

cameron.khajavi@citadelgroup.com

cameron.livingstone@morganstanley.com

cameron.mullins@impaccompanies.com

cameron.squadrito@fortisinvestments.com

cameron.tod@swip.com

cameron.ullyatt@schwab.com

cameron.wald@deshaw.com

cameron.watt@blackrock.com

cameron@ikosresearch.com

cameron_clemet@invesco.com

camerons@bernstein.com

camiel.mulders@ingim.com

camil.ghantous@claridenleu.com

camila.stolf@br.schroders.com

camilla.ahlskog@oko.fi

camilla.burraston@citadelgroup.com

camilla.hsiung@wpginvest.com

camilla.uden@pfizer.com

camillamathews@gic.com.sg

camille.demarliave@bnpparibas.com

camille.leguelvont@axa-im.com

camille.leguelvout@axa-im.com

camille.mcleod-salmon@fortisinvestments.com

camille.zerbinos@bankofamerica.com

camille_carlstrom@putnam.com

camino_alejandro@gsb.stanford.edu

camitie@bci.it

camjim@bloomberg.net

camoore@hcmlp.com

camp.herb@principal.com

campana2@bloomberg.net

campanile@bessemer.com

campbell.ba@tbcam.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

campbell.morgan@citadelgroup.com
campbell_watterson@newton.co.uk
camtom@bloomberg.net
camundsen@acorncapitalmgt.com
can.kuecuekkaplan@oberbank.at
can.kumru@nl.abnamro.com
can.marfurt@zkb.ch
can.uran@gs.com
can3@ntrs.com
canaan@atlanticinvestment.net
canan.uras@oyakmenkul.com.tr
cand@corner.ch
candace.alexander@fmr.com
candace.singh@citadelgroup.com
candace_daly@westlb.co.uk
canderson@bayernlbny.com
canderson@bofasecurities.com
canderson@carol.net
canderson@lmfunds.com
candice.campbell@sgam.com
candice.reddan@alliancebernstein.com
candice.stack@pimco.com
candidog@hotmail.com
candiota@bcb.gov.br
candres@marchgestion.com
candy.baffour-awuah@barclayscapital.com
candy.leung@banca.mps.it
candy.spielmann@peregrinecapital.com
caney@us.nomura.com
cangell@fdic.gov
canicholson@wellington.com
cannavaro@bloomberg.net
canning_andrew@jpmorgan.com
canny.lo@hvbasia.com
canon.coleman@aiminvestments.com
canovam@lloydadriatico.it
cansbro@ustrust.com
cansell1@bloomberg.net
canta.alessandro@enel.it
cantarini.marco@bnlmail.com
canter.se@dreyfus.com
cantoni@finmeccanica.it
cantputt@bloomberg.net

cantue@strsoh.com
caofr@jwseligman.com
caoimhe.m@gordian.co.uk
caosacsa@bfcm.creditmutuel.fr
cap-03@saikyobank.co.jp
cap-04@saikyobank.co.jp
capasso@atlanticinvestment.net
capc@capgroup.com
cape@danskebank.dk
capecchi@bloomberg.net
capello@rai.it
capello@simgest.it
capetdo@cmcic.fr
capex@bloomberg.net
capital.markets@bng.nl
capital.markets@slma.com
capital@capitalmgt.com
capitalmarket@alpha.gr
capitalmarket@juliusbaer.com
capitalmarkets@alpha.gr
capitalmarkets@juliusbaer.com
capitanio@cimbanque.ch
capmark@leumi.ch
capp.crawford@farmcreditbank.com
caputo@bpintra.it
car7@ntrs.com
cara.fairgrieve@bailliegifford.com
cara.fleisher@rbccm.com
cara.mandeville@janus.com
cara_hourican@acml.com
cara_vlad@cat.com
carberry@bloomberg.net
carboni@pimco.com
carbuthnot@jhancock.com
carbuthnot@mfcglobalus.com
carcie.rogers@pioneeraltinvest.co.uk
carcoraci@bloomberg.net
cardis@caxton.com
cardonepl@aetna.com
caren_e_suarez@fanniemae.com
carena@mediosim.it
carendas@federatedinv.com
carese@sandlercap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

carey.ball@jpmorganfleming.com
carey.chamberlain@hsbcib.com
carey.toh@alliancebernstein.com
carey@adia.co.uk
cargyle@wellington.com
carhidrj@wellsfargo.com
carias@nb.com
carin.fike@kroger.com
carin.l.ganjon@db.com
carin.mansson@ap1.se
carina.coleman@disney.com
carina.swerin@afa.se
carina.zimmerman@aam.de
carine.mosselmans@proximus.net
carine.nikolov@caam.com
carinew@bll.co.il
carinnneo@dbs.com.sg
caris_cheung@bloomberg.net
caris_cheung@sunlife.com
carissa.callison@swib.state.wi.us
carita_pm_wan@hkma.gov.hk
carl.a.danauski@chase.com
carl.a.isaksson@jpmchase.com
carl.amendola@dzbank.de
carl.andresen@boimail.com
carl.bacon@fandc.co.uk
carl.bang@moa.norges-bank.no
carl.berrisford@ubs.com
carl.beyer@swedbank.com
carl.burdett@insightinvestment.com
carl.c.dou@jpmorgan.com
carl.dimeo@seb.se
carl.emanuel.schillig@zurich.com
carl.esprey@glgpartners.com
carl.fantasia@tudor.com
carl.flatau@chase.com
carl.flinn@northernrock.co.uk
carl.ghielen@ingim.com
carl.gilchrist@barclaysglobal.com
carl.granath@nordea.com
carl.hammar@seb.se
carl.hempenstall@threadneedle.co.uk
carl.iovine@us.calyon.com

carl.jensen@seb.dk
carl.kuebler@nisanet.com
carl.lee@blackrock.com
carl.lindokken@harrisbank.com
carl.lundstromer@ap1.se
carl.obrien@rwjuh.edu
carl.p.fox@devif.de
carl.palash@moorecap.com
carl.pappo@columbiamanagement.com
carl.pratt@icap.com
carl.reynolds@pioneerinvest.com
carl.rittmeyer@mwrdgc.dst.il.us
carl.sells@alliancebernstein.com
carl.simon@citadelgroup.com
carl.smith@firstar.com
carl.snyder@dfafunds.com
carl.sutter@jpmorgan.com
carl.tegtmeier@commercebank.com
carl.vine@ubs.com
carl.w.wong@bankofamerica.com
carl@willcap.com
carl_bell@putnam.com
carl_emont@nylim.com
carl_erdly@ssga.com
carl_f_woodbury@fleet.com
carl_guidi@calpers.ca.gov
carl_henke@ustrust.com
carla.ajaka@hsbc.com
carla.barella@claridenleu.com
carla.bauwens@fortisbank.com
carla.brito.fonseca@bancobpi.pt
carla.cantreva@aig.com
carla.chayet@wellsfargo.com
carla.dupuis@fairchildsemi.com
carla.hoogweg@ingim.com
carla.l.clement@wellsfargo.com
carla.monge@barclaysglobal.com
carla.owens@citadelgroup.com
carla.robertson@pnc.com
carla.scarano@bpmsgr.it
carla.sher@rabobank.com
carla.tardi@fmr.com
carla_sirman@ml.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

carladesousa@prudential.com
carlasantos@generali.pt
carlbrummond@northwesternmutual.com
carl-christian.hoeg@seb.se
carle.gregor@uk.fid-intl.com
carlene.tracy@treasurer.state.nc.us
carles.guimera@caixacatalunya.es
carles.lluch@andbanc.com
carlesch@cmcic.fr
carlfredrik.karner@ap1.se
carl-fredrik.lorenius@swedbankrobur.se
carl-friedrich.wartner@skag.siemens.de
carlh@hcmny.com
carl-heinz.daube@hsh-nordbank.com
carlissa.li@aig.com
carl-johan.granvik@nordea.com
carlk@osterweis.com
carlo.acconciamessa@mediobanca.it
carlo.antonioli@bancaintesa.co.uk
carlo.barz@kfw.de
carlo.bozotti@st.com
carlo.braunwalder@rothschildbank.com
carlo.broggi@bsibank.com
carlo.capaul@juliusbaer.com
carlo.cavazzoni@am.generali.com
carlo.costantini@sgcowen.com
carlo.delgrosso@bopso.ch
carlo.devanna@ersel.it
carlo.ferro@st.com
carlo.franchini@meliorbanca.com
carlo.friob@fortisl.lu
carlo.gallina@bancagesfid.com
carlo.gaudente@unicreditgroup.eu
carlo.germana@swisslife.ch
carlo.ghiardelli@bancaintesa.it
carlo.guffanti@mediobanca.it
carlo.jansen@inter-ikea.com
carlo.masini@mediobanca.it
carlo.messina@bancaintesa.it
carlo.micali@pimco.com
carlo.micarelli@bnlmail.com
carlo.mogni@arcafondi.it
carlo.muschietti@ubs.com

carlo.pirzio-biroli@db.com
carlo.portes@citadelgroup.com
carlo.ramella@hsbcib.com
carlo.talpo@bancagenerali.it
carlo.venneri@notes.electrolux.it
carlo.x.draghi@jpmorgan.com
carlos.a.dominguez@chase.com
carlos.a.dominquez@chase.com
carlos.agredano@pimco.com
carlos.arrom@prudential.com
carlos.bonetto@us.sgcib.com
carlos.bowles@ecb.europa.eu
carlos.celentano@nisanet.com
carlos.chujoy@trs.state.tx.us
carlos.deleon@bbh.com
carlos.falco@telefonica.es
carlos.feged@thehartford.com
carlos.fernandez@philips.com
carlos.fernandezarteaga@telefonica.es
carlos.ferreira@morganstanley.com
carlos.gallardo@gs.com
carlos.garcia@hsbcpb.com
carlos.garcia-tunon@morganstanley.com
carlos.goicoechea@grupobbva.com
carlos.guajardo@citadelgroup.com
carlos.guillen@inginvestment.com
carlos.gutierrez@53.com
carlos.llorente@finanduero.es
carlos.maceda@grupobbva.com
carlos.palomanes@lukb.ch
carlos.perez.parada@barclays.com
carlos.rijo@mizuhocbus.com
carlos.rodriguez@americas.bnpparibas.com
carlos.rodriguez@himco.com
carlos.rosa@gm.com
carlos.sanchez@interdin.com
carlos.scretas@br.schroders.com
carlos.v.quimbo@wellsfargo.com
carlos_coutinho@ssga.com
carlos_pollard@freddiemac.com
carlosfr@iadb.org
carlosmartinez@gruposantander.com
carloswong@dahsing.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| carlotta.martoglio@bnpparibas.com | carmen_assang@ssga.com |
| carlson.w@mellon.com | carmen_s_diaz@ustrust.com |
| carlson@atlanticinvestment.net | carmine.corvasce@fondiaria-sai.it |
| carlsson@tk.thyssenkrupp.com | carmine.difederico@bmonb.com |
| carlton.charles@ip.com | carmine.pollice@rbc.com |
| carlton.steele@nordeany.com | carmine.russo@bsibank.com |
| carly.ferraro@bms.com | carmine_soldiviero@acml.com |
| carm@flessabank.de | carmine_urciuoli@cbcm.com |
| carma_wallace@nacm.com | carnani.neetu@jpmorganfleming.com |
| carman_dewees@putnam.com | carnwathd@vmcmail.com |
| carmbruster@payden-rygel.com | caroberts@fibanc.es |
| carmel.wellso@janus.com | carodrig@notes.banesto.es |
| carmel_peters@putnam.com | carol.auguste@daiwausa.com |
| carmelina.carluzzo@it.abnamro.com | carol.bradshaw@barcap.com |
| carmella.dirienzo@ssmb.com | carol.clifton@commercebank.com |
| carmelo.basile@credit-suisse.com | carol.cozen@pncbank.com |
| carmelo.genoese@maetrica.ch | carol.davis@alliancebernstein.com |
| carmelo.tajadura@grupobbva.com | carol.franklin@db.com |
| carmelphelan@angloirishbank.ie | carol.gould@att.com |
| carmen.alonso@hvbeurope.com | carol.hensby@hsbcam.com |
| carmen.appel@blackrock.com | carol.jones@firstmidwest.com |
| carmen.baumann@vontobel.ch | carol.k.chen@jpmchase.com |
| carmen.beck@csfb.com | carol.k.chen@jpmorgan.com |
| carmen.brusch@lbbw.de | carol.lee@barclaysglobal.com |
| carmen.brusco@juliusbaer.com | carol.lee@fenb-us.com |
| carmen.burkhardt@pharma.novartis.com | carol.leung@trs.state.tx.us |
| carmen.chang@aberdeen-asset.com | carol.lintz@pioneerinvestments.com |
| carmen.colla@kfw.de | carol.lynch@fac.com |
| carmen.daub@oppenheim.de | carol.lyons@harrisbank.com |
| carmen.fabian@ubs.com | carol.mcdermott@bnymellon.com |
| carmen.felix@sarasin.ch | carol.mchugh@ppamerica.com |
| carmen.g.gigliotti@usa.dupont.com | carol.mills@db.com |
| carmen.gomez@prudential.com | carol.ph.huang@email.chinatrust.com.tw |
| carmen.laws@kfw.de | carol.plucinnik@pncbank.com |
| carmen.parente@tdsecurities.com | carol.powell@uk.danskebank.com |
| carmen.reid@calvertgroup.com | carol.roe@db.com |
| carmen.rodenasgallego@telefonica.es | carol.sargent@lloydstsb.co.uk |
| carmen.s.diaz@columbiamanagement.com | carol.schwartz@aexp.com |
| carmen.schriber@credit-suisse.com | carol.schweidel@ppmamerica.com |
| carmen.torrescampuzano@cominvest.de | carol.sibliano@ingfunds.com |
| carmen.turner@barclaysglobal.com | carol.smith@fmr.com |
| carmen.weber@dws.de | carol.stoliar@blackrock.com |
| carmen@gene.com | carol.svihl@53.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| carol.thomson@aegon.co.uk | carolin.warken@saarlb.de |
| carol.toh@ap.nxbp.com | carolina.cascelli@bcb.gov.br |
| carol.tusch@ipaper.com | carolina.e.caballero@jpmorgan.com |
| carol.vahey@uk.fid-intl.com | carolina.hood@sbafla.com |
| carol.vernola@juliusbaer.com | carolina.minio-paluello@gs.com |
| carol.woody@pncbank.com | carolina.pierry@fmr.com |
| carol.x.mills@jpmorgan.com | carolina.rojas@prudential.com |
| carol@botsg.com | caroline.allen@morleyfm.com |
| carol@cfam.com | caroline.altmann@db.com |
| carol@sfbli.com | caroline.bauert@csam.com |
| carol_cianflone@glenmede.com | caroline.beaton@uk.fid-intl.com |
| carol_duncan@standardlife.com | caroline.benton@gs.com |
| carol_goudey@stratexnet.com | caroline.billeaud@francetelecom.com |
| carol_greenwood@blackrock.com | caroline.boulenger@fortis.com |
| carol_hassel@mfcinvestments.com | caroline.bradley@gs.com |
| carol_meyer@nylim.com | caroline.braunfeld@ge.com |
| carol_s_rosiak@vanguard.com | caroline.canard@cpr-am.fr |
| carol_wood@ml.com | caroline.carr@depfa.com |
| carola.kolb@frankfurt-trust.de | caroline.chhun@labanquepostale-am.fr |
| carola.lawton-browne@insightinvestment.com | caroline.clarke@threadneedle.co.uk |
| carola.schlender@schering.de | caroline.debourleuf@bnpparibas.com |
| carolan.dobson@anfis.co.uk | caroline.detoyer@dexia-am.com |
| carolcutler@gic.com.sg | caroline.detroyer@dexia-am.com |
| carole.arumainayagam@sgam.co.uk | caroline.dupuy@ubs.com |
| carole.christakis@harrisbank.com | caroline.edmondson@citicorp.com |
| carole.dargnies@citigroup.com | caroline.ely@swipartnership.co.uk |
| carole.dickinson@boots-plc.com | caroline.espinal@aberdeen-asseet.com |
| carole.dupont-pietri@edf.fr | caroline.galligan@alliancebernstein.com |
| carole.frelechoux@cic.ch | caroline.gauthier@sgam.com |
| carole.h.kopman@jpmorganfleming.com | caroline.gilkes@gs.com |
| carole.mcquillan@corporate.ge.com | caroline.hammes@dws.com |
| carole.miller@calyon.com | caroline.hayes@aberdeen-asset.com |
| carole.muhlbach@banquedorsay.fr | caroline.heagney@bapensions.com |
| carole.perraud@bnpparibas.com | caroline.hedges@morleyfm.com |
| carole.ratsimandresy-walter@ubs.com | caroline.hoell@schoellerbank.at |
| carole.saliture@harrisbanks.com | caroline.j.edge@aibbny.ie |
| carole_morin@ssga.com | caroline.j.molloy@aib.ie |
| caroles.wijstma@cail.lu | caroline.jarvis@uk.fid-intl.com |
| carolie_burroughs@nylim.com | caroline.jones.dinkins@morganstanley.com |
| carolijn.ter.haar@mn-services.nl | caroline.joslin@gartmore.com |
| carolin.billetter@telekom.de | caroline.keany@moorecap.com |
| carolin.gerstmayer@activest.de | caroline.keany@ubs.com |
| carolin.laterner@lgt.com | caroline.lambert@bnpparibas.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

caroline.lee@gm.com
caroline.lee@omam.co.uk
caroline.lefeuvre@morganstanley.com
caroline.lundqvist@seb.se
caroline.m.delaney@aibbny.ie
caroline.mackenzie@uk.fid-intl.com
caroline.meroz@tudor.com
caroline.miller@ubs.com
caroline.mitteregger@brummer.se
caroline.moreau@axa.im.com
caroline.mueller@ubs.com
caroline.muste@ingim.com
caroline.piers@petercam.be
caroline.portel@axacs.com
caroline.price@tbiplc.co.uk
caroline.quinn@morganstanley.com
caroline.refell@pramericafinancial.com
caroline.riley@nationwide.co.uk
caroline.say@labanquepostale-am.fr
caroline.searles@barcap.com
caroline.shelton@wachovia.com
caroline.silander@swip.com
caroline.sim@ap.nxbp.com
caroline.spender@gs.com
caroline.tissot-olchansky@lombardodier.ch
caroline.tixier@axa-im.com
caroline.velarde@whartonco.com
caroline.wilks@bankofbermuda.com
caroline.wingfield@axaframlington.com
caroline.wirth@credit-suisse.com
caroline@sturdy.fsnet.co.uk
caroline_a_robertson@fanniemae.com
caroline_cheetham@ldn.invesco.com
caroline_choe@putnam.com
caroline_decoste@putnam.com
caroline_e_blakely@fanniemae.com
caroline_lindsay@newton.co.uk
caroline_nesbit@putnam.com
caroline_teichner@troweprice.com
caroline_wild@blackrock.com
caroline_young@troweprice.com
carolineafugglas@dnb.se
carolinerogers@wessexam.co.uk

carolinne.mueller@bloomberg.net
carolle.lemarchand@bnpparibas.com
carollye@mas.gov.sg
carolsim@gic.com.sg
carolyn.a.jones@jpmorganfleming.com
carolyn.blight@paretopartners.com
carolyn.brazier@rabobank.com
carolyn.gibbs@aiminvestments.com
carolyn.gill@chase.com
carolyn.gillen@lazard.com
carolyn.kemp@morganstanley.com
carolyn.kerr@statestreet.com
carolyn.lane@harrisbank.com
carolyn.lantz@barclaysglobal.com
carolyn.mcmillin@pacificlife.com
carolyn.rubin@hcmny.com
carolyn.wang@gmacrfc.com
carolyn_elmer@ml.com
carolyn_herzog@putnam.com
carolyn_rains@victoryconnect.com
carolynrphipps@tagfolio.com
carolyntan@mas.gov.sg
caron@bloomberg.net
caron@finatlas.com
caron@reno.ch
carp1968@msn.com
carpente@pimco.com
carpenter.ps@tbcam.com
carri.duncan@credit-suisse.ch
carrie.a.grant@bankofny.com
carrie.a.rayman@fhlb-pgh.com
carrie.abildgaard@yale.edu
carrie.colon@gs.com
carrie.cray@ceridian.com
carrie.green@state.tn.us
carrie.harvey@ge.com
carrie.j.moore@intel.com
carrie.king@blackrock.com
carrie.peterson@pimco.com
carrie.saintlouis@fmr.com
carrie.yasuzawa@janus.com
carrie_boyko@nacm.com
carrie_denton@scotiacapital.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

carrie_gensler@westlb.com
carrie_heilweil@ssga.com
carrie_henick@nylim.com
carrie_kc_chan@hkma.gov.hk
carrie_skaggs@progressive.com
carrieliaw@mas.gov.sg
carrielin@hncb.com.tw
carrillo_luis@jpmorgan.com
carrithers_shaun@gsb.stanford.edu
carroll.moseley@wamu.net
carrollj@fhlbsf.com
carroyo@bear.com
cars@capgroup.com
carson.byron@principal.com
carson.scott@principal.com
carson_dickson@troweprice.com
carson_jen@mfcinvestments.com
carsten.baumgarte@hvb.de
carsten.beckmann@fskag.de
carsten.boehm@dzbank.de
carsten.bonde@inter-ikea.com
carsten.cziezerski@hsh-nordbank.com
carsten.dehn@seb.se
carsten.grosse-knetter@frankfurt-trust.de
carsten.hagedorn@ampega.de
carsten.heymann@commerzbank.com
carsten.hilck@union-investment.de
carsten.hinterthuer@sparkasse-hannover.de
carsten.jorgensen@ikano.lu
carsten.kobel@kfw.de
carsten.kroeger@credit-suisse.com
carsten.luedemann@dekabank.de
carsten.mack@wgz-bank.de
carsten.menke@oppenheim.de
carsten.moller@nordea.com
carsten.mueller@jpmorgan.com
carsten.nerge@de.abnamro.com
carsten.oppelt@rmf.ch
carsten.pallas@hsh-nordbank.com
carsten.paura@devif.de
carsten.raun@blb.de
carsten.reinhard@kfw.de
carsten.renner@ids.allianz.com

carsten.richter@hvb.de
carsten.ruge@brummer.se
carsten.samusch@depfa.com
carsten.sausner@helaba.de
carsten.schlufter@ubs.com
carsten.sonne-schmidt@maersk.com
carsten.spengemann@dekabank.de
carsten.stillbauer@postbank.de
carsten.tegtmeier@nordlb.de
carsten.wallmeier@t-systems.com
carsten.warren.petersen@nordea.com
carsten.weins@dws.com
carstenremmert@gic.com.sg
carta@fondazionecrverona.org
carter.lyons@barclaysglobal.com
carter.mccaslin@ubs.com
carter.millicent@jpmorgan.com
carter.s.gray@dartmouth.edu
carter_trent@fsba.state.fl.us
carthyp@biam.boi.ie
caruben@comerica.com
caruso.tp@mellon.com
carver.wickman@ftnfinancial.com
carwyn.butcher@fandc.com
cary.choi@hcmny.com
cary.denson@columbiamanagement.com
cary.greenspan@pnc.com
cary.holcomb@opco.com
cary.immesoete@wellsfargo.com
cary.j.fitzgerald@jpmorgan.com
cary.schabert@capmark.funb.com
cary.walker@cnb.com
caryn.chittenden@wachovia.com
casares@iberfondos.com
casas@wellscap.com
casas@wellsfargo.com
caschenbrenner@unigestion.com
caschultz@dcmiglobal.com
caseri.lndb@bloomberg.net
casey.a.basil@jpmorgan.com
casey.blackburn@pnc.com
casey.ching@fmr.com
casey.clark@glenmede.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

casey.gourley@bnsf.com
casey.sabs@micorp.com
casey.sambs@micorp.com
casey.whymark@ubs.com
casey_becker@fanniemae.com
casey_paton@ssga.com
caseykj@aetna.com
cash.investments@bellsouth.com
casieber@spt.com
casimir.ferrer@caixacatalunya.es
casinelli.fabio@enel.it
casmith@bloomberg.net
casmith@wellington.com
casnis@analyticasset.com
casolino@simgest.it
caspar.rock@architas-mm.com
caspar.ruetz@claridenleu.com
caspar.van.grafhorst@ingim.com
caspar_benz@swissre.com
casparsala@robeco.nl
casper.albaek@jyskebank.dk
casper.p@nordea.com
casper@jyskebank.dk
cassandra.edmondson2@jpmorgan.com
cassandra_guichard@notes.ntrs.com
cassandrayap@gic.co.sg
cassandrayap@gic.com.sg
cassanelli@bancaroma.it
cassidyn@rba.gov.au
cassidyp@nationwide.com
cassie.barrett@db.com
cassp@deshaw.com
castewart@wellington.com
castillo@fhlb-of.com
castillor@swcorp.org
castler@bloomberg.net
casvendsen@statestreet.com
caswellc@firstcharter.com
catalan.aa@tbcam.com
cataldo.bob@principal.com
catanasio@rentec.com
catanzaro_marian@jpmorgan.com
catarina.galiroseira@millenniumbcp.pt

catchu@stanford.edu
cater@bloomberg.net
caterina.fasano@geva.fiatgroup.com
caterina.mensa@pioneerinvest.it
caterina.prato@agf.com
caterina.tamborra@ubm.it
catetiwa@notes.banesto.es
catf@bloomberg.net
catfood@bloomberg.net
cathal.b.mcardle@aib.ie
cathal.dowling@morganstanley.com
cathal.gilmartin@boimail.com
cathal.goodman@citigroup.com
cathal.p.o'leidhin@aibbny.ie
cathal_buckley@ml.com
catharina.zuber@tuck.dartmouth.edu
catharine.peppiatt@db.com
catharine.seward@citadelgroup.com
catharinemswong@hsbc.com.hk
cathe.tocher@gwl.com
catherina.tobia@cspb.com
catherine.a.flavin@aib.ie
catherine.a.lewis@uk.abnamro.com
catherine.a.ross@morganstanley.com
catherine.allen@hsbcib.com
catherine.ancel@axa-im.com
catherine.ashley@uk.fid-intl.com
catherine.b.kelly@si.shell.com
catherine.bahl@bnpparibas.com
catherine.bellman@etoile-gestion.com
catherine.berjal@bnpparibas.com
catherine.bertrand@bancalombarda.it
catherine.billwatsch@ing.be
catherine.black-gallivan@columbiamanagement.com
catherine.bouremani@caam.com
catherine.bush@fmr.com
catherine.byrne@jpmorgan.com
catherine.caballero@bred.fr
catherine.canning@glgpartners.com
catherine.chen@fmr.com
catherine.chu@db.com
catherine.clausse@caam.com
catherine.colecchi@morganstanley.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| catherine.cooper@harrisbank.com | catherine.specia@nbb.be |
| catherine.cresswell@prudential.com | catherine.tong@wamu.net |
| catherine.danse@dexia-am.com | catherine.trinder@morganstanley.com |
| catherine.delibata@caam.com | catherine.walpoel@edf.fr |
| catherine.dick@db.com | catherine.williams@jpmorgan.com |
| catherine.drake@ppmamerica.com | catherine.williams@uk.standardchartered.com |
| catherine.e.napolitano@db.com | catherine.wolfe@opcap.com |
| catherine.e.white@bankofny.com | catherine.wood@alliancebernstein.com |
| catherine.fabrizio@nb.com | catherine.y.chen@db.com |
| catherine.fischer@usbank.com | catherine.zhu@schroders.com |
| catherine.gladwin@omam.co.uk | catherine@barrpart.com |
| catherine.goold@fmr.com | catherine_a_jones@fanniemae.com |
| catherine.gorospe@glgpartners.com | catherine_avery@ml.com |
| catherine.hauptfuhrer@lehman.com | catherine_baggs@milm.com |
| catherine.hayes@depfa.com | catherine_barnett@aig.com |
| catherine.hoenig@dexia.be | catherine_ehrlich@swissre.com |
| catherine.hubert-dorel@fandc.com | catherine_gordon@vanguard.com |
| catherine.intriago@rbsgc.com | catherine_hockings@blackrock.com |
| catherine.k@gordian.co.uk | catherine_kennedy@putnam.com |
| catherine.keane@boitib.com | catherine_lord@capgroup.com |
| catherine.krawitz@harrisbank.com | catherine_m_janson@fleet.com |
| catherine.l.jimenez@hsbc.com | catherine_more@bankofscotland.co.uk |
| catherine.lapadula@citigroup.com | catherine_shin-welfer@glic.com |
| catherine.lau@citicorp.com | catherinebrett@hsbc.com |
| catherine.lebougre@caam.com | catherinebull@gic.com.sg |
| catherine.leodegourville@bnpparibas.com | cathleen.frank@gm.com |
| catherine.m.hewlett@fhlb-pgh.com | cathleen.paugh@prudential.com |
| catherine.m.oconnor@db.com | cathleen.smitreski@pncbank.com |
| catherine.m.smith@jpmorgan.com | cathrine.stanley@fandc.com |
| catherine.mcclen@barcap.com | cathryn.steeves@nuveen.com |
| catherine.mehu@ca-assetmanagement.fr | cathryn_tracy@blackrock.com |
| catherine.nelson@columbiamanagement.com | cathy.campbell@ashmoregroup.com |
| catherine.oconnell@bnpparibas.com | cathy.doyle@commercebank.com |
| catherine.poulton@jpmorgan.com | cathy.fewster@uk.fid-intl.com |
| catherine.quinn@ppmamerica.com | cathy.fowler@mizuhocbus.com |
| catherine.rebai@inginvestment.com | cathy.gallagher@uk.fid-intl.com |
| catherine.rist@tcw.com | cathy.gibson@biam.boi.ie |
| catherine.rooney@bnymellon.com | cathy.harris@morleyfm.com |
| catherine.salducci@bred.fr | cathy.hepworth@prudential.com |
| catherine.seropian@caam.com | cathy.ikeuchi@safeway.com |
| catherine.shaw@db.com | cathy.izzo@rbccm.com |
| catherine.simmonds@lgim.co.uk | cathy.jorgensen@fhlbtopeka.com |
| catherine.soulier@isisam.com | cathy.kravitz@harrisbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cathy.lam@bnpparibas.com
cathy.lancaster@cbcf-net.com
cathy.lesse@sanpaoloimi.com
cathy.mannarino@aig.com
cathy.pena@fmr.com
cathy.perdeus@fhlb-pgh.com
cathy.petherick@pncbank.com
cathy.ritter@frostbank.com
cathy.riveragrima@leumiusa.com
cathy.roy@calvert.com
cathy.schlicht-bang@nordea.com
cathy.schwartz@pacificlife.com
cathy.vassell-burnett@rbc.com
cathy.witeck@ubs.com
cathy.woodard@rainierfunds.com
cathy.wu@dartmouth.edu
cathy.yamashita@sgcib.com
cathy@roxcap.com
cathy_addison@mfcinvestments.com
cathy_e_lawrenz@key.com
cathy_r_williams@em.fcnbd.com
cathy_yau@ustrust.com
catie.wearmouth@swip.com
catja.coellen@ifco.de
catmou@bloomberg.net
catrin.gustafsson@aig.com
catrina.jack@bailliegifford.com
catrina.vaterlaus@sarasin.ch
catriona.grant@omam.co.uk
catriona.martin@fmr.com
cauger@allmerica.com
caunteya.parekh@eds.com
caustin@babsoncapital.com
cavaliere@maml.ie
cave.montazeri@barclayscapital.com
cave.zigaroudinia@bailliegifford.com
cave@bessemer.com
cavek@towers.com
caverill@wmgf.net
cavin.o'driscoll@hvbeurope.com
cavin.o''driscoll@swedbank.com
cavinec@nationwide.com
caw@mas.gov.sg

caxidea@nationwide.com
cay@ubp.ch
cayman.seacrest@barclaysglobal.com
caz@cgii.com
cazpaul@bloomberg.net
cb@azoa.com
cb@danskebank.dk
cb@jyskebank.dk
cb123@ntrs.com
cbaca@copera.org
cbaggio@federatedinv.com
cbailey@babsoncapital.com
cbaiocchi@inasim.gruppoina.it
cbajak@metlife.com
cbaker@browncapital.com
cbaker@tiaa-cref.org
cbaker@vcallc.com
cbaldoni@bloomberg.net
cbaldoni@evergreeninvestments.com
cball@halcyonllc.com
cballing@allstate.com
cbalyosian@mfs.com
cbankgtr@emirates.net.ae
cbarbe@ftci.com
cbarcelm@cajamadrid.es
cbarney@mdsass.com
cbarriel@cajamadrid.es
cbarris@standishmellon.com
cbarrow@canyonpartners.com
cbarrow@seawardmgmt.com
cbarrow@sterneagee.com
cbarry@fdic.gov
cbartlett@worldbank.org
cbarton@newstaram.com
cbastable@dkpartners.com
cbau@westernasset.com
cbavely@troweprice.com
cbayliss@templeton.com
cbbaer@bloomberg.net
cbc@dodgeandcox.com
cbc08208@mail.cbc.gov.tw
cbc10177@mail.cbc.gov.tw
cbc11235@mail.cbc.gov.tw

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| cbc12348@mail.cbc.gov.tw | cboon@reatech.net |
| cbeal@barclayi.com | cborman@strome.com |
| cbeck@hymanbeck.com | cborn@templeton.com |
| cbeckley@recordcm.com | cborromeo@stephens.com |
| cbeith@cainbrothers.com | cbotid2@omntel.net.om |
| cbellon@fideuramcapital.it | cboue@sinopia.fr |
| cbellows@whitepinecapital.com | cbouma@denveria.com |
| cbenjamin@chittenden.com | cbourgeois@groupama-am.fr |
| cbennett@lkcm.com | cbourgin@cpr-am.fr |
| cbenso@avmltd.com | cbouton@metzler.com |
| cbere@strome.com | cboutwell@loomissayles.com |
| cberesford@mfs.com | cbowen@wasatchadvisors.com |
| cbergel@bloomberg.net | cbradbury@stephens.com |
| cberger@tiaa-cref.org | cbrandon@eatonvance.com |
| cbergmann01@alumni.gsb.columbia.com | cbrandt@fhlbc.com |
| cbernhardt@meag.com | cbrandt@utah.gov |
| cbernier@standishmellon.com | cbrannon@opusinvestment.com |
| cberrier@brownadvisory.com | cbraudeau@oddo.fr |
| cberrier@troweprice.com | cbravo@troweprice.com |
| cberry@eatonvance.com | cbravohe@cajamadrid.es |
| cbersanetti@amsjv.it | cbreman2@bloomberg.net |
| cbetti@cfm.mc | cbrenner@kynikos.com |
| cbew@chevrontexaco.com | cbrescio@angelogordon.com |
| cbhalla@ustrust.com | cbreswitz@bbandt.com |
| cbhathena@hollandcap.com | cbreunig@amfam.com |
| cbick@arborcapital.com | cbrewer@deerfieldcapital.com |
| cbierbaum2@bloomberg.net | cbrigham@loomissayles.com |
| cblackwood@dadco.com | cbright@mcm.com |
| cblount@us.nomura.com | cbrighton@tswinvest.com |
| cblum@pomonacapital.com | cbroderick@statestreet.com |
| cbmcdonough@duke_energy.com | cbrown@amph.com |
| cbobin@adb.org | cbrown@caltrust.com |
| cbobrinskoy@arielinvestments.com | cbrown@rockco.com |
| cboccolini@lordabbett.com | cbrundige@waddell.com |
| cbodamer@federatedinv.com | cbrunn@angelogordon.com |
| cbode@barbnet.com | cbs@atalantasosnoff.com |
| cbode@smu.edu | cbuchanan@waddell.com |
| cboehringer@oaktreecap.com | cbueno@hei.com |
| cboesch@rmf.ch | cbugallal@invercaixa.es |
| cbolger@bloomberg.net | cbullen@metlife.com |
| cbonaparte@us.mufg.jp | cbunting@ftci.com |
| cbonello@alger.com | cburgess@oppenheimerfunds.com |
| cbonomi@scmadv.com | cburke@canyonpartners.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| cburling@newstaram.com | ccetateanu@rockco.com |
| cburns@montag.com | ccf@bancoinversion.es |
| cburroughs@worldbank.org | cchace@wellington.com |
| cburt@cap.com | cchadefaud@ofivalmo.fr |
| cbush@tiaa-cref.org | cchagnon@fhlbc.com |
| cbutchen@lmres.com | cchai@perrycap.com |
| cbutler@martincurrie.com | cchalong@wooribank.com |
| cbutterfield@northernhanockbank.com | cchan@preferredbank.com |
| cc@fondsfinans.no | cchan3@frk.com |
| cc11018@cathaylife.com.tw | cchang@ag-am.com |
| cc457@cornell.edu | cchang@fhlbc.com |
| cc62@ntrs.com | cchang@troweprice.com |
| cc9@dartmouth.edu | cchapple@barbnet.com |
| ccalderone@leggmason.com | cchaves@groupama-am.fr |
| ccamergo@banrep.gov.co | cchee@jpmorganfleming.com |
| ccaminom@notes.banesto.es | cchegren@us.mufg.jp |
| ccamisa@us.mufg.jp | cchen@deerfieldcapital.com |
| ccampbell@aflac.com | cchen9@metlife.com |
| ccampbell@babsoncapital.com | ccherubin@groupama-am.fr |
| ccampbell@bbandt.com | cchichirau@dlbabson.com |
| ccantalupo@dkpartners.com | cchien@newstaram.com |
| ccareford@kio.uk.com | cchou@frk.com |
| ccarey@provident-bank.com | cchua@templeton.com |
| ccargie@arielinvestments.com | cci@danskecapital.com |
| ccarilli@ustrust.com | ccincotta@lordabbett.com |
| ccaringer1@bloomberg.net | cck@lrcasia.ch |
| ccarlson@ohionatl.com | cclark@farcap.com |
| ccarney@btmna.com | cclark@fhlbatl.com |
| ccarpenter@bank-trust.com | cclark@grneam.com |
| ccarson@oppenheimerfunds.com | cclavieras@bft.fr |
| ccasey@bpbtc.com | ccleare@fhlbatl.com |
| ccastagnetti@fideuramcapital.it | ccleary@10e.rjf.com |
| ccastro@oppenheimerfunds.com | cclemente@bloomberg.net |
| ccaton@federatedinv.com | cclemson@eatonvance.com |
| ccavalie@ibtco.com | ccleuty@bloomberg.net |
| ccavanaugh@dsaco.com | ccloarec@global-equities.com |
| ccavasina@oppenheimerfunds.com | ccloyd@uiuc.edu |
| ccazolas@allstate.com | ccmartin@wellington.com |
| ccbidanne@bloomberg.net | cco@petercam.be |
| ccchiang@cathaylife.com.tw | ccoakley@aflac.com |
| ccdembek@delinvest.com | ccodrington@mfs.com |
| cceresa1@bloomberg.net | ccoenegracht@bloomberg.net |
| ccervera@notes.banesto.es | ccoffin@waddell.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ccole@atlanticasset.com | ccrozat@bft.fr |
| ccoleman@bradfordmarzec.com | ccruise@loews.com |
| ccoleman@clearbridgeadvisors.com | ccssteve@yahoo.com.tw |
| ccoleman@leggmason.com | ccubillm@cajamadrid.es |
| ccoleman@lmfunds.com | ccullican@montag.com |
| ccoleman@tigerglobal.com | ccummins@alaskapermfund.com |
| ccoletta@mandtbank.com | ccunningham@northwesternmutual.com |
| ccollier@fdic.gov | ccuny@btinternet.com |
| ccollins@ibuk.bankgesellschaft.de | ccuny@groupama-am.fr |
| ccolumb@capgrowthmgt.com | ccurci@jmsonline.com |
| ccolvin@hcmlp.com | ccurrington@thamesriver.co.uk |
| ccolvin@rwbaird.com | ccvba@robeco.nl |
| ccomenos@eatonvance.com | ccyoung@bloomberg.net |
| ccomito@atlanticasset.com | cdagostino@tp-cm.com |
| ccommyn@sterlingbank.com | cdambrosio@bloomberg.net |
| cconnolly@fideuramireland.ie | cdambroso@rockco.com |
| cconnor@rentec.com | cdamian@nb.com |
| cconsedine@babsoncapital.com | cdangerf1@bloomberg.net |
| ccontreras@asbnet.com | cdanielson@theriverbank.com |
| ccook@tiaa-cref.org | cdavid.maroto@telefonica.es |
| ccooper@payden-rygel.com | cdavies@ifc.org |
| ccooper@rwbaird.com | cdavis@caxton.com |
| ccorales@jhancock.com | cdavis@mfs.com |
| ccorley@babsoncapital.com | c-davy@umn.edu |
| ccorrea@msfi.com | cdawson@pimco.com |
| ccosta@metlife.com | cday6@bloomberg.net |
| ccourtney@canyonpartners.com | cdd@parknationalbank.com |
| ccoustan@williamblair.com | cdean1@templeton.com |
| ccouyoumtzelis@bper.ch | cdeanco@mapfre.com |
| ccovington@aegonusa.com | cdeberardinis@ffna.com |
| ccpina@mf.gov.pt | cdec82@bloomberg.net |
| ccr_acts@club-internet.fr | cdecastro@ofiinstitutional.com |
| ccractions@groupe-ccr.com | cdechillaz@fftw.com |
| ccraig@eatonvance.com | cdecourcel@bft.fr |
| ccrain@sarofim.com | cdeeds@waddell.com |
| ccreelman@ssrm.com | cdelaparte@millenniumbank.net |
| ccrm@ptbni.co.jp | cdelardemelle@socgenfunds.com |
| ccrocker@eatonvance.com | cdelauro@us.mufg.jp |
| ccrockett@franklintempleton.co.uk | cdelvalle@worldbank.org |
| ccromie@metlife.com | cdelvillar@nb.com |
| ccronin@essexinvest.com | cdemarcy@ofivalmo.fr |
| ccrooks@ofii.com | cdemonte@bloomberg.net |
| ccrosby@rockco.com | cdemuth@lordabbett.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| cdeptford@newstaram.com | cecelia.doyle@goodwincap.com |
| cdesenti@bancomext.gob.mx | cecelia.figueroa@aiminvestments.com |
| cdevens@gwkinc.com | cecho@bloomberg.net |
| cdevore@hbk.com | cecilcal@iafrica.com |
| cdf@summitpartnersllc.com | cecile.bernaux@dexia-am.com |
| cdhaack@midamerican.com | cecile.daudet@bnpparibas.com |
| cdick@fayezsarofim.com | cecile.lafon@socgen.com |
| cdiegelman@westernasset.com | cecile.lediberder@exane.com |
| cdienno@bony.com | cecile.marechal@bnpparibas.com |
| cdigilio@keyspanenergy.com | cecile.noguier@bnpparibas.com |
| cdillon@standishmellon.com | cecile.philipot@ca-assetmanagement.fr |
| cdimitrak@fhlbc.com | cecile.roze@nl.abnamro.com |
| cdinsmore@bloomberg.net | cecilia.benvenuto@bancamarche.it |
| cdirac@pictet.com | cecilia.carlsson@nordea.com |
| cdisalvo@calstrs.com | cecilia.fung@westernasset.com |
| cdisunno@tiaa-cref.org | cecilia.hulten@nordea.com |
| cdk@tchinc.com | cecilia.isaksson@vpbank.com |
| cdnorton@wellington.com | cecilia.jacquerioz@bnpparibas.com |
| cdolan@standishmellon.com | cecilia.junker@jpmorgan.com |
| cdoran@jmsonline.com | cecilia.mouille@caam.com |
| cdouple@bloomberg.net | cecilia.scully.b@bayer.com |
| cdowd@bayernlbny.com | cecilia.silver@swib.state.wi.us |
| cdowning@fahnestock.com | cecilia.thomasson-blomquist@ap1.se |
| cdperry@wellington.com | cecilia.to@soros.com |
| cdquigley@bloomberg.net | cecilia_tjokrosetyo@capgroup.com |
| cdr@bkb.ch | ceciliapaddington@hsbc.com |
| cdrabin@cantor.com | cecilee@gic.com.sg |
| cdrimak@royalbankamerica.com | cecw@smith.williamson.co.uk |
| cdroussiotis@btmna.com | ceddy@avatar-associates.com |
| cdroussiotis@us.mufg.jp | cedmonds@thestreet.com |
| cds@summitpartnersllc.com | cedric.chaboud@sgam.com |
| cdudley@azoa.com | cedric.chavot@bnpparibas.com |
| cdudley@bankofny.com | cedric.chavot@caam.com |
| cduff@westernasset.com | cedric.chone@barep.com |
| cduffy@fftw.com | cedric.coignard@lodh.com |
| cdunmall@copera.org | cedric.dalloglio@bnpparibas.com |
| cdunn@mdsass.com | cedric.de.la.chaise@uk.fid-intl.com |
| cdunster@loomissayles.com | cedric.degen@ubs.com |
| cdworkin@halcyonllc.com | cedric.goris@bcge.com |
| cdzindler@wellington.com | cedric.hefti@bcv.ch |
| ce.x.bian@jpmorgan.com | cedric.lauener@hsbcpb.com |
| ce@boi.com.sg | cedric.lewy@vontobel.ch |
| ceca1@bloomberg.net | cedric.liblanc@fortis.lu |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

cedric.ney@lloydsbank.ch
cedric.pancrazi@moorecap.com
cedric.pierre@caam.com
cedric.r.s.tchaban@hsbcgroup.com
cedric.rimaud@jpmorganfleming.com
cedric.spahr@credit-suisse.com
cedric.testut@francetelecom.com
cedric.tille@ny.frb.org
cedric.tixier@caam.com
cedric.vankerrebroeck@db.com
cedric.veylon@us.socgen.com
cedricj@bll.co.il
cedrick.cornec@chq.alstom.com
cedrik.stoissich@ceral.caisse-epargne.fr
cedrix.sanon@hsbc.com
cee24@cornell.edu
cees_prins@deltalloyd.nl
cef@capgroup.com
cefanning@wellington.com
cefish@delinvest.com
cefleming@wellington.com
cehlinge@eutelsat.fr
cehussey@ibtco.com
ceich@meag.com
ceichstaedt@westernasset.com
cej@lrc.ch
cejo04@handelsbanbanken.se
celciahe@bankofny.com
celeste.hasenjaeger@firstunion.com
celeste.jacobson@lazard.com
celeste.kearney@dzbank.ie
celeste.laraja@morganstanley.com
celeste.wong@barclaysglobal.com
celeste.yang@redwoodtrust.com
celeste@mas.gov.sg
celia.chan@pacificlife.com
celia.de.rudder@jpmorganfleming.com
celia.haung@tw.standardchartered.com
celia.larkin@threadneedle.co.uk
celia.stanley@truscocapital.com
celia.wong@shinseibank.com
celine.bruhe@fortis.lu
celine.cabanac@banquedorsay.fr

celine.chen@chinatrust.com.tw
celine.deroux@dexia.com
celine.dosiere@dexia.be
celine.gillet@bnpparibas.com
celine.jaber@ubs.com
celine.sustandal@labanquepostale-am.fr
celine.valentin@caam.com
celine.whiting@vanguard.com.au
cellai.gioia@insedia.interbusiness.it
celso.munoz@fmr.com
celsob@jhu.edu
cem.koksal@denizbank.com
cem.kurdoglu@crediteuope.ch
cem.mani@wmam.com
cem.mercikoglu@isbankgmbh.de
cem@farcap.com
cemabry@delinvest.com
cemanuel@oppenheimerfunds.com
cemartin@wellington.com
cembalest_michael@jpmorgan.com
cemil.urganci@ashmoregroup.com
cemuskali@primecapital.com
cen1@bloomberg.net
cenank@ebrd.com
cenci@eib.org
cencinas@bankinter.es
ceng@amfin.com
cengiz.akandil@bcp-bank.com
cengiz.torer@novartis.com
cengiz_kayihan@swissre.com
cenk.cetin@novartis.com
cenk.topaloglu@denizbank.com
cenkcetin@novartis.com
cenrico@frk.com
cenriquez@lordabbett.com
centralenginetraders@lehman.com
centrocambi@venetobanca.it
ceowil@mail.co.stanislaus.ca.us
cepstein@wmfd.net
cercolano@bankofny.com
ceresio@bloomberg.net
ceri.b.burchell@aibbny.ie
ceri.drewett@reedelsevier.co.uk

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

ceri.powell@shell.com
ceris.williams@morleyfm.com
cerise.lim@ing-barings.com
cernst@soam.com
cert@bankofny.com
cervantesanna@bancsabadell.com
ces.illustre@suntrust.com
ces_t_ilustre@fmgc.com
ces3@ntrs.com
cesar.cotillo@alliancebernstein.com
cesar.debrito@lodh.com
cesar.e.hernandez@fidelity.com
cesar.gomez@db.com
cesar.gonzalez@lehman.com
cesar.perez@csam.com
cesar.roa@bde.es
cesar.solera@grupobbva.com
cesar_espinosa@banxico.org.mx
cesar_i@amcm.gov.mo
cesare.prada@juliusbaer.com
cesare.rueca@am.generali.com
cesare.sacchi@mpsgr.it
cesare.valeggia@ubs.com
cescher@farcap.com
ceurvorst.s@mellon.com
ceurvorst_kevin@fsba.state.fl.us
cevansly@ibtco.com
ceverett@cainbrothers.com
cewasson@stifel.com
ceyhun.zihna@crediteurope.ch
cf@nykredit.dk
cfagenbaum@aegonusa.com
cfaiella@mcleanbudden.com
cfallow@ftadvisors.com
cfarley@fandc.co.uk
cfarrell@blackcanyoncapital.com
cfarrugia@ofivalmo.fr
cfasciano@ag-am.com
cfay@mws.com
cfeijoo@allstate.com
cfelix@bankofny.com
cfenske@halcyonllc.com
cfercolino@wellington.com

cfern@metlife.com
cfernandes@bankofthewest.com
cferry@fnni.com
cfertel@jmsonline.com
cfeth@union-investment.de
cfiol@fdic.gov
cfiorito@allstate.com
cfischle@genre.com
cfisher@sinopia.fr
cfishgall@jmsonline.com
cflammia@standishmellon.com
cfleury.westam@banquedorsay.fr
cfloristan@bloomberg.net
cfloristan@dow.com
cfloros@bloomberg.net
cfluckiger@pictet.com
cflynn@roycenet.com
cfm@mavricc.com
cfmichaels@sierraglobal.com
cfmsatmmarche@cfm.mc
cfo@advancefinancial.com
cfo@ibbfla.com
cfofana@blackrock.com
cfong@aegonusa.com
cfong@angelogordon.com
cford@pictet.com
cfoschi@grifogest.it
cfoster@aegonusa.com
cfoster@jeffnat.com
cfowler@aegonusa.com
cfowler@summitbank.com
cfox@auscal.com
cfp@dodgeandcox.com
cfr@fm.dk
cfrancavilla@us.mufg.jp
cfrantzen@turnerinvestments.com
cfrenes@tiaa-cref.org
cfriedlander@dsaco.com
cfrisoli@standishmellon.com
cfrye@deerfieldcapital.com
cfuchs@wellington.com
cfullinck@fftw.com
cfunderb@lasers.state.la.us

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| cfung@frk.com | cgleason@ftci.com |
| cfung@princeton.edu | cglezgc@bankinter.es |
| cfurlo@sscinc.com | cglick@wffoothill.com |
| cfurse@londonstockexchange.com | cglinsman@opcap.com |
| cfustero@ibercaja.es | cgoergen@allstate.com |
| cg@atalantasosnoff.com | cgofen@gofen.com |
| cg@smith.williamson.co.uk | cgolden@glic.com |
| cg10@ntrs.com | cgolding@firstmanhattan.com |
| cg336@cornell.edu | cgoldsmith@berkeleydelta.com |
| cgaffney@eatonvance.com | cgollmeier@westernasset.co.uk |
| cgagnon@commercebankfl.com | cgomezlopez@leggmason.com |
| cgaines@orix.com | cgondek@grneam.com |
| cgallo@invercaixa.es | cgonzal@genre.com |
| cgambino@fideuramcapital.it | cgonzalo@warburgpincus.com |
| cgao@fhlbdm.com | cgoodman@wellington.com |
| cgapay@oppenheimerfunds.com | cgoodsel@russell.com |
| cgarcia-de-juana.londres@sinvest.es | cgoodwin@mortgagenetwork.com |
| cgarciag@repsolypf.com | cgordon@bear.com |
| cgardella@lehman.com | cgorman10@bloomberg.net |
| cgardiner@ifsam.com | cgorman99@bloomberg.net |
| cgates@denveria.com | cgoudreau@wisi.com |
| cgatewood@fhlbatl.com | cgowlland@delinvest.com |
| cgauzer@eatonvance.com | cgoymer@ufji.com |
| cgb@americancentury.com | cgraner@smithbreeden.com |
| cgeeslin@aflac.com | cgranger@bloomberg.net |
| cgeier@metzler.com | cgrant@providentmutual.com |
| cgelormini@jhancock.com | cgrasselli@credem.it |
| cgentile@loomissayles.com | cgraul@mfs.com |
| cgeorgou@vilpa.net | cgraves@mercuryinsurance.com |
| cgeraci@caxton.com | cgray@britannicasset.com |
| cgerman@highbridge.com | cgreen@pictet.com |
| cgermeroth@munder.com | cgreen@statestreet.com |
| cgerne@hgk.com | cgreer@templeton.com |
| cgex@dkpartners.com | cgregory@rwbaird.com |
| cgf@columbus.com | cgregson@opers.org |
| cgiam@fhlbc.com | cgreiner@meag.com |
| cgigante@bloomberg.net | cgretta@nb.com |
| cgilbert@oppenheimerfunds.com | cgrigatti@fideuramireland.ie |
| cgilcapa@notes.banesto.es | cgrohe@wellington.com |
| cgilski@deerfieldcapital.com | cgross@federatedinv.com |
| cginder@fultonfinancialadvisors.com | cgruner@parknatl.com |
| cgiordano@btmna.com | cgt@bankinvest.dk |
| cgizzo@lordabbett.com | cgt@clinton.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

cguerra@valance.us

cguilherme@bloomberg.net

cgulati@perrycap.com

cgunster@allegiancecapital.com

cgunther@waddell.com

cgurz@pictet.com

cgwon@libertyview.com

ch.haechler@adelga.ch

ch@capgroup.com

ch_ratnaswami@fairfax.ca

ch105@ntrs.com

cha.shigeyuki@kokusai-am.co.jp

cha4240@hncbworld.com

chace.brundige@citadelgroup.com

chad.a.engelbert@jpmorgan.com

chad.baehr@citizensbanking.com

chad.bolen@raymondjames.com

chad.bruso@nb.com

chad.carta@clinton.com

chad.deakins@certiumllc.com

chad.fisher@alliancebernstein.com

chad.fleischman@columbiamanagement.com

chad.hladik@avmltd.com

chad.hueffmeier@morganstanley.com

chad.jacobs@barclaysglobal.com

chad.kemper@fafadvisors.com

chad.kusserow@ubs.com

chad.landrum@4086.com

chad.meuse@barclaysglobal.com

chad.moser.g3ef@statefarm.com

chad.myers@jnli.com

chad.neumann@swib.state.wi.us

chad.plotke@pimco.com

chad.reed@barclaysglobal.com

chad.smith@lehman.com

chad.stephens@truscocapital.com

chad.wilshire@pnc.com

chad_baumler@americancentury.com

chad_chrisman@freddiemac.com

chad_curtis@putnam.com

chad_levrini@freddiemac.com

chad_sumpter@vanguard.com

chadri@safeco.com

chadwick.meade@janus.com

chadwick@pfdincome.com

chae0911@wooribank.com

chafele@nationalasset.com

chagai.shani@mailpoalim.co.il

c-haganuma@frc.nomura.co.jp

chaim.kurlandski@columbiamanagement.com

chaim.schneider@mackayshields.com

chaim_f@bll.co.il

chaka.casey@morganstanley.com

chaka_a_long@fanniemae.com

chaker@aegonusa.com

chakoeller@aol.com

chalermk@crd.ge.com

chalida.meas@barclaysglobal.com

chalida.meas@wellscap.com

chalit.masoodi@schroders.com

chalse.caine@gartmore.com

chalsonj@jwseligman.com

chambers.j2@mellon.com

chamgeelen@gic.com.sg

chamie_townsend@keybank.com

chamnell@metlife.com

champioc@stifel.com

champion@psai.ch

champton7@bloomberg.net

chan.barden@associatedbank.com

chan.keng.guan@icprc.com

chan.m@tbcam.com

chan_abby@gsb.stanford.edu

chancheefoong@gic.com.sg

chanchunhong@gic.com.sg

chancock@mcmorgan.com

chander.bishnoi@db.com

chandima.mendis@axa-im.com

chandler.paris@citadelgroup.com

chandler.perine@fmr.com

chandler.willett@fmr.com

chandra.quaite@fhlb.com

chandra_hagan@putnam.com

chandra_manibog@ssga.com

chandra_mickle@canadalife.com

chandra_potluri@fanniemae.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

chandrak.x.katuri@bankofamerica.com
chandrasekar_sundaram@putnam.com
chandy@rgbk.com
chang.herbert@pmintl.ch
chang.lee@tcw.com
chang@atlanticinvestment.net
chang@pimco.com
chang_cs@bok.or.kr
chang_daphne@gsb.stanford.edu
changf@fhlbsf.com
changg@bloomberg.net
changhong.zhu@pimco.com
changhoon.kwak@samsung.com
changhwan.sung@barclaysglobal.com
changi@nationwide.com
changj@jwseligman.com
changky@income.com.sg
changmin@bok.or.kr
changwonmoon@hanabank.com
changyau@cathaylife.com.tw
chanie.raykoff@pimco.com
chanik.park@unicapital.com.hk
chankwokwah@gic.com.sg
chanlyin@gic.com.sg
chanlyl@gic.com.sg
chanmayyee@gic.com.sg
chanmuinoi@gic.com.sg
channak@chevron.com
chanover1@bloomberg.net
chanowec@abchina.com.hk
chant@jwseligman.com
chantal.amant@bnpgroup.com
chantal.brennan@aig.com
chantal.dubo@barclays.co.uk
chantal.manseau@pimco.com
chantal.peyredefabregues@bnpparibas.com
chantal.rondeau@par.coflexip.fr
chantal.schmit@pharma.novartis.com
chantal_markey@ml.com
chantale_olivier@nylim.com
chantelle.c.ware@chase.com
chantigny@aol.com
chantille_a_jackson@vanguard.com

chantrac@wellscap.com
chanyooncheong@gic.com.sg
chao.chen@citadelgroup.com
chao.yan@glgpartners.com
chao_han@vanguard.com
chaplin_john@jpmorgan.com
chapman.jay@principal.com
chapman_taylor@capgroup.com
chappel@fbfs.com
chappelear_peter@jpmorgan.com
chappy.nochumsohn@teva.co.il
char.bauman@columbiamanagement.com
charalambous.christos@nomura-asset.com
charan.bhalla@hvbeurope.com
chardie@bloomberg.net
chardier@bordier.com
charels.welch@bankofamerica.com
charisse_kilkeary@ssga.com
charlene.fang@thehartford.com
charlene.hamrah@aig.com
charlene.jones@wnco.com
charlene.l.mascio@jpmorgan.com
charlene.pow@morganstanley.com
charlene.sullivan@fmr.com
charles.a.quincy@dartmouth.edu
charles.a.toye@tuck.dartmouth.edu
charles.abelsmith@bnpparibas.com
charles.ackerman@fmr.com
charles.angelini@db.com
charles.bardes@westernasset.com
charles.bean@bankofengland.co.uk
charles.black@pncbank.com
charles.bonham@gartmore.com
charles.borgioli@columbiamanagement.com
charles.bull@ubs.com
charles.c.vanvleet@csam.com
charles.carey@axa-im.com
charles.carmody@arborresearch.com
charles.ceisel@chase.com
charles.chan@hk.fortis.com
charles.chen.u201181@wamu.net
charles.chesebrough@honeywell.com
charles.cock@bnpparibas.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| charles.cresteil@bnpparibas.com | charles.janssen@ucb-group.com |
| charles.d.hayley-bell@us.hsbc.com | charles.jenkins@standardlife.ca |
| charles.dautresme@axa-im.com | charles.jordan@citadelgroup.com |
| charles.david@ing.be | charles.khairallah@banqueaudi.com |
| charles.day@lionhart.co.uk | charles.kinsky@bancogalicia.co |
| charles.delaguiche@jennicie.ch | charles.kohler@db.com |
| charles.devaulx@asbai.com | charles.lam@novartis.com |
| charles.doll@fr.rothschild.com | charles.law@bankofamerica.com |
| charles.dubois@ny.invesco.com | charles.lee@barclaysglobal.com |
| charles.duddy@alliancebernstein.com | charles.lenfest@barclaysglobal.com |
| charles.east@truscocapital.com | charles.lerner@dillonread.com |
| charles.edward@asbinc.com | charles.liao@4086.com |
| charles.ekins@db.com | charles.long@glgpartners.com |
| charles.emond@cail.lu | charles.longden@abnamro.com |
| charles.faircloth@jpmorgan.com | charles.loritz@pnc.com |
| charles.fellowes@citicorp.com | charles.luke@aberdeen-asset.com |
| charles.fischer@sinopia.fr | charles.m.sullivan@citizensbank.com |
| charles.fix@wamu.net | charles.mangin@bnpparibas.com |
| charles.fletcher@bankofamerica.com | charles.mangum@fmr.com |
| charles.franklin@threadneedle.co.uk | charles.mann@columbiamanagement.com |
| charles.froland@gm.com | charles.mathews@citizensbank.com |
| charles.gaffney@pimco.com | charles.mathys@ubs.com |
| charles.geoghegan@jpmorganfleming.com | charles.mayer@pioneerinvest.com |
| charles.georgas@harrisbank.com | charles.melchreit@pioneerinvestments.com |
| charles.gillet@sgcib.com | charles.metros@libertymutual.com |
| charles.gorman@ubs.com | charles.miller@bbh.com |
| charles.grande@thehartford.com | charles.montford@chase.com |
| charles.griffith@barclaysglobal.com | charles.monville@novartis.com |
| charles.grob@aiminvestments.com | charles.moran@calyon.com |
| charles.h.silverstein@citi.com | charles.mosley@fmr.com |
| charles.hachten@nuveen.com | charles.o'connell@harrisbank.com |
| charles.haddad@sgam.com | charles.payne@uk.fid-intl.com |
| charles.haff@thrivent.com | charles.pelham@bankofamerica.com |
| charles.harris@pncbank.com | charles.pignatelli@ge.com |
| charles.heath@umb.com | charles.plowden@bailliegifford.com |
| charles.hebert@aiminvestments.com | charles.powell@ge.com |
| charles.henderson@aegon.co.uk | charles.r.bingham@bankofamerica.com |
| charles.heutschi@lombardodier.ch | charles.ranunkel@gazdefrance.com |
| charles.hoblyn@morleyfm.com | charles.rhodes@ge.com |
| charles.hoeveler@lazard.com | charles.robinson@halbis.com |
| charles.horn@bmo.com | charles.roques@inginvestment.com |
| charles.howes@harrisbank.com | charles.rowe@harrisbank.com |
| charles.izard@bbh.com | charles.russell@rbccm.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| charles.schifano@ssmb.com | charles_grosvenor@ustrust.com |
| charles.sebesta@guarantygroup.com | charles_haley@putnam.com |
| charles.service@ubs.com | charles_kim@acml.com |
| charles.shaeffer@csam.com | charles_king@scudder.com |
| charles.silio@deshaw.com | charles_legg@putnam.com |
| charles.smith@huntington.com | charles_m_shuey@vanguard.com |
| charles.sterling@fmr.com | charles_macglashing@putnam.com |
| charles.stours@innocap.com | charles_macintosh@ml.com |
| charles.stuart@ge.com | charles_mottinger@ssga.com |
| charles.sweat@robecoinvest.com | charles_ng@chiron.com |
| charles.t.kelly@fmr.com | charles_ober@troweprice.com |
| charles.tan@aberdeen-asset.com | charles_ouellet@putnam.com |
| charles.thurley@uk.fid-intl.com | charles_pfeifer@troweprice.com |
| charles.traband@credit-suisse.com | charles_prideaux@blackrock.com |
| charles.ullerich@abnamro.com | charles_rice@symantec.com |
| charles.urquhart@fmr.com | charles_sahlia@hvbamericas.com |
| charles.vandermerwe@pershing.co.uk | charles_shriver@troweprice.com |
| charles.vanvleet@csam.com | charles_southgate@acml.com |
| charles.vanvleet@utc.com | charles_t_musson@fleet.com |
| charles.w.johnson@aexp.com | charles_tao@ssga.com |
| charles.walden@kofc.org | charles_w._smith@vanguard.com |
| charles.wang@db.com | charles_watterson@newton.co.uk |
| charles.warner@instinet.com | charles_wert@ustrust.com |
| charles.weissman@lazard.com | charles_whall@newton.co.uk |
| charles.wike@db.com | charles-07206@email.esunbank.com.tw |
| charles.wyman@pimco.com | charles-andre.castella@bcv.ch |
| charles.x.conrath@jpmorgan.com | charlesawood@btinternet.com |
| charles.xie@barclaysglobal.com | charlese@fhlbsea.com |
| charles.yang@americas.bnpparibas.com | charles-eric.bauer@caixabank.fr |
| charles@dbs.com | charles-etienne.de-cidrac@sgam.com |
| charles@findlaypark.com | charleshe@the-ark.com |
| charles_afriat@aviva.fr | charles-henri.lorthioir@glgpartners.com |
| charles_anderson@tigerfund.com | charleshenry.monchau@lodh.com |
| charles_b_grosvenor@fleet.com | charleso@agf.com |
| charles_bankes@putnaminv.com | charleyc@voicenet.com |
| charles_bishop@invesco.com | charlie.awdry@gartmore.com |
| charles_byrne@ssga.com | charlie.bricker@fac.com |
| charles_cale@freddiemac.com | charlie.c.lu@chase.com |
| charles_cullen@ustrust.com | charlie.carlton@aig.com |
| charles_cymbor@capgroup.com | charlie.carter@ceredexvalue.com |
| charles_de_kock@deltalloyd.nl | charlie.chai@fmr.com |
| charles_french@newton.co.uk | charlie.christy@cbcf-net.com |
| charles_g_morrison@fleet.com | charlie.colligan@slma.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

charlie.covill@jpmorgan.com
charlie.hebard@fmr.com
charlie.hoke@compassbnk.com
charlie.leonard@truscocapital.com
charlie.mccaghey@ftcm.com
charlie.morrison@fmr.com
charlie.oneill@pncbank.com
charlie.quill@hsbcam.com
charlie.ryan@greenpoint.com
charlie.simon@lazard.com
charlie.sloan@harrisbank.com
charlie.wall@ttu.edu
charlie.wang@fmr.com
charlie.wang@sg.standardchartered.com
charlie.yang@ap.ing.com
charlie.youngblood@mackayshields.com
charlie@ardsley.com
charlie@carinalli.com
charlie@roycenet.com
charlie_hill@troweprice.com
charlie_nanick@acml.com
charlie_quattrone@ml.com
charliechang@northwesternmutual.com
charlielaughton-scott@hsbc.com
charlotte.baenninger@ubs.com
charlotte.barnette@wachovia.com
charlotte.brettel@axa-im.com
charlotte.cheim@columbiamanagement.com
charlotte.conlan@bnpparibas.com
charlotte.dennery@bnpparibas.com
charlotte.devoise-lambert@bis.org
charlotte.gourmanel@socgen.com
charlotte.hems@jpmorgan.com
charlotte.kelsey@morganstanley.com
charlotte.kemper@fmr.com
charlotte.lancaster@bbc.co.uk
charlotte.m.oleary@aibbny.ie
charlotte.masquelier@db.com
charlotte.mclaughlin@pncbank.com
charlotte.mills@blackrock.com
charlotte.murphy@usa.dupont.com
charlotte.nottingham@cwusa.com
charlotte.s.morita@jpmorgan.com

charlotte.winther@nordea.com
charlotte_fink@bat.com
charlotte_ryland@newton.co.uk
charlotte_swift@ldn.invesco.com
charlottehetzel@hotmail.com
charlton.chafey@pnc.com
charlton@offitbank.com
charly.zwemstra@nibcapital.com
charmaine.redman@insightinvestment.com
charmianlong@gic.com.sg
charn@blabla.com
charnchail@bot.or.th
charncharn@dbs.com
charnguy@nb.com
charper@evergreeninvestments.com
charris@caxton.com
charris@farcap.com
charris8@bloomberg.net
charrison1@worldbank.org
chart@caxton.com
chartist@cmcic.fr
chartner@metzler.com
charu.ahluwalia@inginvestment.com
charu.narain@kr.standardchartered.com
charvey@penncapital.com
charvey@smithbreeden.com
chase.van.der.rhoer@us.hsbc.com
chase_j_stewart@vanguard.com
chase_white@putnam.com
chassez@ofivalmo.fr
chau_pham@freddiemac.com
chaugk@templeton.com
chauviea@cmcic.fr
chavez@offitbank.com
chavir@bankofisrael.gov.il
chawkins@mtildn.co.uk
chay@britannicasset.com
chaynes@silchester.com
chayward@ml.com
chaz.rockey@moorecap.com
chb@nbim.no
chb141013@ms4.chb.com.tw
chb141763@ms1.chb.com.tw

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

chb141763@ms3.chib.com.tw

chb150672@ms3.chb.com.tw

chb153562@ms1.chb.com.tw

chbhk@chb.com.hk

chbn@bloomberg.net

chbsg@singnet.com.sg

chchen@us.mufg.jp

chcheon@bok.or.kr

chcr02@handelsbanken.se

checchie@ebrd.com

cheddarr@pfm.com

chedi.boujellabia@commerzbankib.com

chedli.boujellabia@eurohypo.com

chee.uk.chow@jpmorgan.com

chee_ooi@ssga.com

cheebner@valueline.com

cheefoong@temasek.com.sg

cheehau.ho@asia.ing.com

cheek@strsoh.org

cheekeen@temasek.com.sg

cheenan@firststate.co.uk

chee-seng.chan@ubs.com

cheeslraymond@ocbc.com.sg

cheesuling@gic.com.sg

chefern@deshaw.com

cheg@mcm.com

cheid@troweprice.com

cheikh.faye@firstar.com

cheikhoumar.wane@fortis.com

cheine@canyonpartners.com

cheitzman@bhf-us.com

chelliah@gic.com.sg

chelsea.jia@dartmouth.edu

chelsea_blaylock_miller@scudder.com

chelsey.w@gordian.co.uk

chemik@bll.co.il

chen.chen@allegiantgroup.com

chen.wu@ge.com

chen.xu@pimco.com

chen@bessemer.com

chen@daiwa-ny.com

chen@pimco.com

chen_ping@cmbchina.com

chen_shao@troweprice.com

chen46@megabank.com.tw

chenc@strsoh.org

chenchao@citicbank.com

chenderson@cwhenderson.com

chened@gic.com.sg

chenens@nationwide.com

cheng.pk@tbcam.com

chenga@fhlbsf.com

chengchih@gic.com.sg

chenggeok@dbs.com

chenghin.saw@claridenleu.com

chenghong@dbs.com

chengling.yeang@sgam.com

chenglong.gong@suncapadv.com

chenhsiu.chen@schroders.com

chenkun@bj.icbc.com.cn

chenlu@princeton.edu

chenms@cathaylife.com.tw

chenn@frk.com

chenryung.leo@gs.com

chenshouli@citicib.com.cn

chensoonbin@gic.com.sg

chenyang.fei@shinseibank.com

chenye.bao@csam.com

chenying@bochk.com

chenying@icbc.com.cn

chenyu@icbc.com.cn

chenyy.gb@mail.notes.bank-of-china.com

chenzhen@icbc.co.jp

chenzhenyu@sh.icbc.com.cn

cheri.law@pacificlife.com

cheri.nicholas@corporate.ge.com

cheri_wilson@invesco.com

cherie.calletta@firstunion.com

cherie.farrell@ubs-oconnor.com

cherie.jeffries@bbh.com

cherie@stw.com

cherif.boumedine@dexia-bil.com

cherins@vankampen.com

cherise_mcgovern@fanniemae.com

cheri-sk.wong@aig.com

chermance@loomissayles.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

cherrera@dbzco.com
cherrma@frk.com
cheryl.akawie@prudential.com
cheryl.beusch@gm.com
cheryl.deguzman@blackrock.com
cheryl.duffy@jpmorgan.com
cheryl.f.steffens@household.com
cheryl.gan@citi.com
cheryl.hamilton@ftnmidwest.com
cheryl.hanson@nisanet.com
cheryl.holme@mnco.com
cheryl.ip@columbiamanagement.com
cheryl.j.rosen@mortgage.wellsfargo.com
cheryl.juarez@pimco.com
cheryl.k.griffith@state.or.us
cheryl.kelley@umb.com
cheryl.l.rocker@jpmorgan.com
cheryl.lopez@redwoodtrust.com
cheryl.mcdermott@aig.com
cheryl.nichols@northernrock.co.uk
cheryl.palmer@mnco.com
cheryl.rhome-brumitt@thrivent.com
cheryl.sedlak@xlgroup.com
cheryl.tan@schroders.com
cheryl.witty@sscims.com
cheryl.yanukonis@prudential.com
cheryl@sandlercap.com
cheryl_burns@putnam.com
cheryl_curtin@ustrust.com
cheryl_gorman@hp.com
cheryl_maclachlan@ustrust.com
cheryl_roberts@vanguard.com
cheryl_sutter@nacm.com
cheryl_tomasz@putnam.com
cherylklibbe@dbs.com
cheryltan@mas.gov.sg
cheshirej@rba.gov.av
chester.koczynski@gsk.com
chester.wierciak@ubs.com
chester@hestercapital.com
chesterh@mail.cbc.gov.tw
chet.helck@raymondjames.com
chet_fenner@bmc.com

chet_ragavan@ml.com
chetan.dandavate@ubs.com
chetan.goyal@anheuser-busch.com
chetan.mehta@dartmouth.edu
chetan.pugalia@commerzbankib.com
cheth@citco.com
chetna.mistry@westernasset.com
chetun.patel@jpmorgan.com
chetzel@the-ark.com
cheung.a@mellon.com
chewern@mas.gov.sg
chewja@wellsfargo.com
chewloycheow@gic.com.sg
chewmengjoong@gic.com.sg
chewzhuanqi@gic.com.sg
chf@capgroup.com
chg@ubp.ch
chh@bankinvest.dk
chha10@handelsbanken.se
chi.chai@trs.state.tx.us
chi.h.diep@jpmorgan.com
chi.ly@bankofamerica.com
chi.tran@swisscanto.ch
chi_man_wong@aon.nl
chia.tsechern@uobgroup.com
chiaa.babya@sgam.com
chiabrera.cesare@enel.it
chiafen.yeh@blackrock.com
chiak.ming@temasek.com.sg
chialig@cathay-ins.com.tw
chialin@fullerton.com.sg
chian@cathaylife.com.tw
chiang.kim.koh@nordlb.com
chiang@mail.cbc.gov.tw
chiang_lee@fanniemae.com
chiangll@ocbc.com.sg
chiangwh@bernstein.com
chiara.adria@cattolicaassicurazioni.it
chiara.bellon@vontobel.it
chiara.canellini@bsibank.com
chiara.corsa@gestielle.it
chiara.fornarola@caboto.it
chiara.franco@enifin.eni.it

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

chiara.gallo@banca.mps.it
chiara.gonnella@meliorbanca.com
chiara.iacobelli@uk.nomura.com
chiara.mastrodomenico@aig.com
chiara.mastrodomenico@fmr.com
chiara.roccaro@azimut.it
chiarahurley@quilter.co.uk
chiataitee@gic.com.sg
chiba@daiwa-am.co.jp
chiba17890@nissay.co.jp
chiban2@banet.net
chicagobear@bloomberg.net
chi-cheol_chung@fanniemae.com
chicheun@temasek.com.sg
chico_christian@fsba.state.fl.us
chida.h@daiwa-am.com.hk
chie.nicholson@53.com
chiefrep@ctcb.co.uk
chieh.cheung@csfb.com
chien-chung.chen@db.com
chiew@bloomberg.net
chiew@bnm.gov.my
chig@capgroup.com
chiggins@frk.com
chigman@bloomberg.net
chigusa-uchida@nochubank.or.jp
chiharu_oka@tr.mufg.jp
chihhong.huang@email.chinatrust.com.tw
chihping@mail.cbc.gov.tw
chilgefort_silchester@yahoo.com
chill@loomissayles.com
chima_joseph@acml.com
chin.liu@pioneerinvestments.com
chin-chern.soen@ubs.com
chinchern@dbs.com
chin-chun.lai@bankofamerica.com
ching.pan@ge.com
ching.tan@fmr.com
ching.yuen@glgpartners.com
ching-chi.hsia@citicorp.com
chingfang@hncb.com.tw
chingiz.mammadov@fmr.com
chinglan@cathaylife.com.tw

chinglin@chinalife.com.tw
ching-mai.wu@asia.ing.com
chingsu@mail.cbc.gov.tw
chingtai@mail.cbc.gov.tw
ching-yin_fung@ssga.com
chinhwee@dbs.com.sg
chin-keong.tan@ubs.com
chinlori@wellsfargo.com
chinsw@wellsfargo.com
chinte.liu@barclaysglobal.com
chinteh@hncb.com.tw
chip.allison@roggeglobal.com
chip.bonnett@fmglobal.com
chip.campbell@truscocapital.com
chip.giese@pnc.com
chip.hendon@huntington.com
chip.johnson@suntrust.com
chip.kiesewetter@banksterling.com
chip.stevens@barclaysglobal.com
chip@pmm-jr.com
chip_bankes@putnam.com
chip_mcewen@jwhmail.com
chipbailey@bloomberg.net
chipp@pimco.com
chir@capgroup.com
chirag.gandhi@swib.state.wi.us
chirag.h.shah@ge.com
chirag.hansjee@bankofamerica.com
chirag.mahatma@morganstanley.com
chirag.shah@credit-suisse.com
chirag.sheth@ubs.com
chirag_shah@putnam.com
chirag_vasavada@troweprice.com
chiragkirti.mehta@jpmorgan.com
chirayu.patel@blackrock.com
chiraz.mnif@sgam.com
chirichellala@aetna.com
chirsch@fiduciarymgt.com
chisako_tsuchiya@tr.mufg.jp
chisato.kohari@pimco.com
chi-ster@bloomberg.net
chiteong@dbs.com
chitrang.purani@nationalcity.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

chitranjan.sinha@corporate.ge.com
chitranjan.sinha@ge.com
chitt.swamidasan@bankofamerica.com
chiuweili@gic.com.sg
chiuyi.chan@gmacfs.com
chiyahua@cathaylife.com.tw
chiyoung.kwon@lehman.com
chiyuki.takamatsu@fi.fukoku-life.co.jp
chizuru.schatzmann@lgt.com
chji@hanabank.com
chjo08@handelsbanken.se
chjohnso@aegonusa.com
chkang@keb.co.kr
chkim@kookmin-bank.com
chkuan@mail.cbc.gov.tw
chkun@bloomberg.net
chl@smith.williamson.co.uk
chlam@westernasset.com
chlee@bankofny.com
chlee@scsb.com.tw
chlei@mail.cbc.gov.tw
chloe.moulin@fandc.com
chm@capgroup.com
chm@jwbristol.com
chm@lrc.ch
chmn@adamsexpress.com
chnguyen@pimco.com
chni@jyskebank.dk
cho.shoshin@kokusai-am.co.jp
cho@danskebank.dk
cho@ubp.ch
cho0305@kdb.co.kr
cho3@frk.com
chobbs@kynikos.com
chodge@jhancock.com
chodina@meag.com
choe@nykredit.dk
choich@bok.or.kr
choish@bok.or.kr
choldsworth@uk-dexia.com
cholland@reamsasset.com
chollon@bluebonnetsavings.com
cholloran@europeancredit.com

cholloway@ofii.com
cholly@stpaultravelers.com
chomann@bloomberg.net
chong.jiunyeh@uobgroup.com
chong.park@gs.com
chongyu.hua@swib.state.wi.us
chonkiat@dbs.com
choo@wharton.upenn.edu
choochian@gic.com.sg
choong.leeming@uobgroup.com
choonho.kim@gmail.com
choonjin@phillip.com.sg
choon-siang.tay@ap.nxbp.com
chooper@waddell.com
choover@opers.org
choowingkwong@gic.com.sg
chooykelsie@ocbc.com.sg
chooyongcheen@gic.com.sg
choprak75@bloomberg.net
chorsch@lkcm.com
chorvath@blackrock.com
choteaps@bot.or.th
choteboj@ebrd.com
chotibhj@bot.or.th
chou@mail.cbc.gov.tw
choumeiyin@gic.com.sg
choup@jwseligman.com
choup@wellscap.com
chouston@bankofny.com
chovey@griffinasset.com
choward@hcmlp.com
chowmunleong@gic.com.sg
chowt1@delinvest.com
chowts@bnm.gov.my
chowyang.ang@schroders.com
choyosru@cajamadrid.es
choysiewkai@gic.com.sg
choysoon.chua@sebam.de
chpe14@handelsbanken.se
chr.pr@adia.ae
chrden@safeco.com
chretien.harmeling@rabobank.com
chribeiro@bportugal.pt

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

chris.a.curley@aib.ie
chris.ader@deshaw.com
chris.alexander@fortis.com
chris.andress@wcmadvisors.com
chris.armstrong@framlington.co.uk
chris.askeland@inginvestment.com
chris.aylmer@bis.org
chris.bailey@fandc.com
chris.bailey@ibj.co.uk
chris.bair@citadelgroup.com
chris.bak-phillips@ubs.com
chris.balster@pimco.com
chris.barker@bailliegifford.com
chris.barnes@intel.com
chris.barnett@highbridge.com
chris.barr@barclaysglobal.com
chris.barry@fmr.com
chris.bartel@fmr.com
chris.belknap@db.com
chris.bell@framlington.co.uk
chris.berry@shinseicapital.com
chris.bickley@bnpparibas.com
chris.biedermann@bsibank.com
chris.bliss@barclaysglobal.com
chris.boas@citadelgroup.com
chris.bond@tcm-ltd.com
chris.bowie@resolutionasset.com
chris.brewster@ubs.com
chris.brils@uk.abnamro.com
chris.brown@insightinvestment.com
chris.brown@ppmamerica.com
chris.brown2@barclaysglobal.com
chris.bruner@lionhartusa.net
chris.c.gilbertson@wellsfargo.com
chris.callan@morganstanley.com
chris.caltagirone@pimco.com
chris.campisano@delta.com
chris.casale@hcmny.com
chris.case@boigm.com
chris.casey@aig.com
chris.cassidy@glencore.com
chris.chan@highbridge.com
chris.chan@smbc.com.hk

chris.chapin@pioneerinvest.com
chris.chapman@aberdeen-asset.com
chris.chesney@kbcfp.com
chris.choka@funb.com
chris.christensen@airtouch.com
chris.christoforou@gs.com
chris.church@lazard.com
chris.clarke@swip.com
chris.clonce@pimco.com
chris.coffman@aig.com
chris.collings@rabobank.com
chris.complin@jpmorganfleming.com
chris.corapi@inginvestment.com
chris.corcoran@wachovia.com
chris.cox@highbridge.com
chris.cramer@modern-woodmen.org
chris.curley@aib.ie
chris.cwiklinski@huntington.com
chris.d.carter@truscocapital.com
chris.d.mackinson@jpmorgan.com
chris.daniel@inginvestment.com
chris.dardanes@ubs-oconnor.com
chris.darling@lodh.com
chris.davies@chase.com
chris.davis@icomd.com
chris.delfs@nationstarmail.com
chris.deyoung@us.schroders.com
chris.dialynas@pimco.com
chris.diaz@inginvestment.com
chris.dimitropoulos@citadelgroup.com
chris.donnellan@uk.fid-intl.com
chris.doornekamp@fandc.com
chris.dorman@seb.se
chris.doty@blackrock.com
chris.downey@wellsfargo.com
chris.dyer@gs.com
chris.e.lynch@jpmorgan.com
chris.edele@hcmny.com
chris.edwards@fac.com
chris.eger@aig.com
chris.elias@uk.abnamro.com
chris.erskine@nationalcity.com
chris.farah@tres.bnc.ca

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| chris.fellingham@soros.com | chris.hutchfield@juliusbaer.com |
| chris.fidyk@threadneedle.co.uk | chris.jankowski@us.schroders.com |
| chris.fontenla@swip.com | chris.jeffrey@rlam.co.uk |
| chris.ford@axa-im.com | chris.jennings@csresearch.us |
| chris.fox@fandc.com | chris.johns@biam.boi.ie |
| chris.fox@threadneedle.co.uk | chris.jones@threadneedle.co.uk |
| chris.franta@pimco.com | chris.jordan@mortgage.wellsfargo.com |
| chris.fuchs@db.com | chris.jordheim@pnc.com |
| chris.fugg@uk.fid-intl.com | chris.kang@gs.com |
| chris.gaffney@wamu.net | chris.keennan@citadelgroup.com |
| chris.gagnon@fmr.com | chris.kemp@pimco.com |
| chris.galizio@piog.com | chris.kendall@schwab.com |
| chris.garcia@morleyfm.com | chris.kenealy@inginvestment.com |
| chris.giglio@truscocapital.com | chris.kim@jwseligman.com |
| chris.goodson@ftnfinancial.com | chris.klinefelter@conagrafoods.com |
| chris.goodwin@black-river.com | chris.knipe@dreyfus.com |
| chris.goolgasian@fmr.com | chris.kostolansky@fhlb-pgh.com |
| chris.greener@blackrock.com | chris.kulick@opco.com |
| chris.griffith@uk.tesco.com | chris.lajaunie@db.com |
| chris.hagedorn@53.com | chris.langford@aberdeen-asset.com |
| chris.hammond@rabobank.co.uk | chris.laud@boots-plc.com |
| chris.hanlon@thehartford.com | chris.lawrence@lehman.com |
| chris.harner@aig.com | chris.lees@baring-asset.com |
| chris.harris@insightinvestment.com | chris.leverton@shorecap.co.uk |
| chris.harvey-fros@rbccm.com | chris.levett@moorecap.co.uk |
| chris.hatch@harrisbank.com | chris.lewis@corporate.ge.com |
| chris.hatry@lgim.co.uk | chris.lewis7@norwich-union-life.co.uk |
| chris.haverland@jpfinancial.com | chris.lilienthal@osterweis.com |
| chris.haverland@wachovia.com | chris.ling@jpmorgan.com |
| chris.heasman@lazard.com | chris.livermore@redwoodtrust.com |
| chris.hegarty@swipartnership.co.uk | chris.llewelyn@jpmorgan.com |
| chris.helsen@fortisinvestments.com | chris.lofdahl@pimco.com |
| chris.hett@suntrust.com | chris.long@tudor.com |
| chris.higham@omam.co.uk | chris.luke@bmo.com |
| chris.higham2@morleyfm.com | chris.lynch@alexanderkey.com |
| chris.hill@uk.fid-intl.com | chris.lyons@inginvestment.com |
| chris.hite@avmltd.com | chris.m.henry@us.ing.com |
| chris.holz@firstunion.com | chris.madsen@aegon.com |
| chris.hood@augustus.co.uk | chris.mann@tcw.com |
| chris.huckle@bailliegifford.com | chris.marshall@53.com |
| chris.huggins@glgpartners.com | chris.matchett@avmltd.com |
| chris.hughes@csam.com | chris.maynard@lazard.com |
| chris.humphrey@inginvestment.com | chris.mcalister@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

chris.mckellick@sgam.co.uk
chris.mecray@blackrock.com
chris.melendes@ubsw.com
chris.mika@abnamrousa.com
chris.miller@gmacrfc.com
chris.milner@blackrock.com
chris.monroe@wnco.com
chris.moore@nisanet.com
chris.morahan@blackrock.com
chris.moroney@chase.com
chris.moroney@gmacm.com
chris.munshower@db.com
chris.murphy@moorecap.com
chris.neuharth@usbank.com
chris.ng@ledyardbank.com
chris.niles@uboc.com
chris.noone@alliancebernstein.com
chris.ohare@investecmail.com
chris.packe@rabobank.com
chris.padera@moorecap.com
chris.pagano@us.fortis.com
chris.pahlke@aul.com
chris.palmer@omam.co.uk
chris.panza@pncbank.com
chris.pariseault@db.com
chris.parliman@blackrock.com
chris.parry@drkw.com
chris.patronis@hpfb.com
chris.perkins@morgankeegan.com
chris.perryman@morleyfm.com
chris.phalen@6thaveinvest.com
chris.plageman@53.com
chris.pope@lazard.com
chris.powell@mbna.com
chris.r.tracey@jpmorganfleming.com
chris.raub@ppmamerica.com
chris.redman@gerrard.com
chris.rhine@blackrock.com
chris.rice@cazenove.com
chris.richmond@fmr.com
chris.ring@shorecap.co.uk
chris.rodgers@hsbchalbis.com
chris.romaglino@bbh.com

chris.rowane@huntington.com
chris.rowland@bnpparibas.com
chris.rule@omam.co.uk
chris.ryan@asia.ing.com
chris.s.hutton@jpmorgan.com
chris.salmon@bankofengland.co.uk
chris.salvisberg@ubs.com
chris.samara@bnpparibas.com
chris.saner@phxinv.com
chris.santos@calvert.com
chris.sassouni@eagleasset.com
chris.savino@morganstanley.com
chris.schlosser@ppmamerica.com
chris.schultz@gcm.com
chris.schutz@moorecap.com
chris.scott@swipartnership.co.uk
chris.serra@thrivent.com
chris.shibutani@ubs.com
chris.sims@gartmore.com
chris.sinclair@lu.abnamro.com
chris.skelton@lgim.co.uk
chris.skillin@us.pm.com
chris.smiley@uboc.com
chris.spooner@hsbc.com
chris.stephens@closepb.com
chris.steward@fmr.com
chris.stinett@tva.com
chris.stjohn@framlington.co.uk
chris.storey@northernrock.co.uk
chris.stroud@woolwich.co.uk
chris.sugg@uk.fid-intl.com
chris.sutton@barclaysglobal.com
chris.t.herbster@jpmorgan.com
chris.tarui@pimco.com
chris.tessler@hsh-nordbank.co.uk
chris.theobald@eu.nabgroup.com
chris.tolkin@americas.bnpparibas.com
chris.tolkin@ftnfinancial.com
chris.toney@janus.com
chris.totman@micorp.com
chris.trudgeon@credit-suisse.com
chris.tyler@plc.cwplc.com
chris.van.den.heuvel@robeco.nl

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

chris.vanburen@gs.com
chris.vinchiarello@moorecap.com
chris.w.conway@usa.conoco.com
chris.watson@usa.dupont.com
chris.weber@tcw.com
chris.wheaton@morleyfm.com
chris.wheeler@cbcf-net.com
chris.whitaker@db.com
chris.wijdenes@lodh.com
chris.wild@co-operativebank.co.uk
chris.will@calvert.com
chris.wilson@alliancebernstein.com
chris.wright@tcw.com
chris.yeates@bankofengland.co.uk
chris.young@bankofengland.co.uk
chris.zani@bostonadvisors.com
chris.zimmermann@csfb.com
chris@apcm.net
chris@dsaco.com
chris@osmiumcapital.com
chris@saadgroup.com
chris_andersen@nylim.com
chris_backer@adp.com
chris_bell@hilton.com
chris_bouffar@americancentury.com
chris_brown@americancentury.com
chris_burke@invesco.com
chris_butler@ssga.com
chris_camisa@scotiacapital.com
chris_carlson@troweprice.com
chris_case@westlb.co.uk
chris_copsey@troweprice.com
chris_delpe@glenmede.com
chris_delphi@glenmede.com
chris_doffing@calpers.ca.gov
chris_feind@nylim.com
chris_fittin@ustrust.com
chris_fornal@ml.com
chris_franklin@ml.com
chris_french@hsbcny.com
chris_gauthier@putnam.com
chris_gray@calpers.ca.gov
chris_haimendorf@standardlife.com

chris_hensen@mfcinvestments.com
chris_herrera@nacm.com
chris_kligopoulos@acml.com
chris_kushlis@troweprice.com
chris_lam@deltalloyd.nl
chris_littlejohns@blackrock.com
chris_mckenna@westlb.co.uk
chris_mcleod@putnam.com
chris_nikolich@acml.com
chris_owen@calpers.ca.gov
chris_rice@ssga.com
chris_rothery@troweprice.com
chris_s_page@bankone.com
chris_schaefer@americancentury.com
chris_schneider@keybank.com
chris_sebolt@acml.com
chris_septirymen@scotiacapital.com
chris_stavros@oxy.com
chris_stevo@putnaminv.com
chris_steward@scudder.com
chris_sunderland@ssga.com
chris_tuitt@troweprice.com
chris_tuohy@ml.com
chris_turner@blackrock.com
chris_utz@invesco.com
chris_verlingo@acml.com
chris_verrecchia@standardlife.com
chris_weihs@swissre.com
chris_welker@victoryconnect.com
chris_wells@rhco.com
chris_white@keybank.com
chris_wolking@oldnational.com
chris_ying@nacm.com
chrisann.morrison@swipartnership.co.uk
chrisb@agf.com
chrisb@bradfordmarzec.com
chrisbingham@quilter.co.uk
chrisd.brown@ge.com
chrise@hcmny.com
chriselda.gonzalez@trs.state.tx.us
chrishu@agf.com
chrisitne.hock@dit.de
chrislast@richemont.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

chrislenzo@msn.com
chrismorrish@gic.com.sg
chrisofer.rathke@dgz-dekabank.de
chris-oliver.schickentanz@dresdner-bank.com
chrispaul@averagp.com
chrisr@martincurrie.com
chrisrooke@bloomberg.net
chrisspencer@bloomberg.net
chrisswain@northwesternmutual.com
chrissy.austin@pimco.com
christa.a.debruyn@fortisbank.com
christa.fusco@db.com
christa.graber@dresdner-bank.ch
christa.lorenzi@rahnbodmer.ch
christa.pletscher@dresdner-bank.ch
christa.punturieri@deshaw.com
christa.tarcea@db.com
christa_koenigstein@westlb.com
christang@bochk.com
christce@cmcic.fr
christel.bosch@fortisbank.com
christel.clapasson@bcv.ch
christel.valette@morganstanley.com
christelle.curt@axa-im.com
christelle.kavanagh@socgen.com
christensen@jyskeinvest.dk
christer.ahlquist@swedbank.com
christer.alteskog@amfpension.se
christer.andersson@seb.se
christer.backstrom@arosmaizels.com
christer.engel@swedbankrobur.se
christer.kack@dnb.se
christer.nilsson@riksbank.se
christer.wennerberg@seb.se
christer.westberg@dnbnor.com
christer.x.eriksson@se.abb.com
christi.fletcher@6thaveinvest.com
christi.hofmann@prudential.com
christiaan.claessens@fortisbank.com
christiaan.dehaan@ingim.com
christiaan.fornier@fortisinvestments.com
christiaan_berge@fanniemae.com
christian.aldenkortt@hsbcpb.com

christian.altmann@lri.lu
christian.altmeyer@helaba.de
christian.amantea@westernasset.com
christian.ammer@t-systems.com
christian.amos@raiffeisen.ch
christian.amplatz@dit.de
christian.andreatta@rlb-tirol.at
christian.arnold@credit-suisse.com
christian.barsoe@hsh-nordbank.com
christian.basler@ubs.com
christian.bauer@credit-suisse.com
christian.bauer@lri.lu
christian.baux@edfgdf.fr
christian.baux@gazdefrance.com
christian.bawens@be.gm.com
christian.becker@ikb.de
christian.belei@ingferri.fr
christian.benigni@glgpartners.com
christian.berger@dzbank.de
christian.bernasconi@bsibank.com
christian.besser@pharma.novartis.com
christian.biancalana@gs.com
christian.bitterwolf@llb.li
christian.bluhm@credit-suisse.com
christian.boehm@apk.at
christian.bolanos@bbh.com
christian.bonnen@ksk-koeln.de
christian.borga@bbls.ch
christian.borgstrom@evli.com
christian.borjeson@fsb.se
christian.branlund@wamu.net
christian.braun-dziurzik@sparkasse-koelnbonn.de
christian.bree@wgz-bank.de
christian.brunlid@amfpension.se
christian.bruns@claridenleu.com
christian.buehrer@juliusbaer.com
christian.buelau@dghyp.de
christian.buettner@bawag.com
christian.burger@rzb.at
christian.burzin@ui-gmbh.de
christian.busshaus@sk-koeln.de
christian.calkosz@dzbank.de
christian.callens@delen.be

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

christian.cangiotti@pioneerinvestments.com
christian.carrillo@ubs.com
christian.champ@columbiamanagement.com
christian.champenois@bnpparis.com
christian.coronado@hcmny.com
christian.courvoisier@lodh.com
christian.d.steuart@dartmouth.edu
christian.dahlberg@sebny.com
christian.damato@corporate.ge.com
christian.dargnat@bnpparibas.com
christian.daynes@commerzbank.com
christian.deiters@dlb.de
christian.derold@morganstanley.com
christian.dick@credit-suisse.com
christian.donohue@gecapital.com
christian.doppstadt@westam.com
christian.double@credit-suisse.com
christian.drevenstedt@dit.de
christian.dubs@juliusbaer.com
christian.dysli@ubs.com
christian.ebner@helaba.de
christian.eckenberg@claridenleu.com
christian.eggers@hsh-nordbank.com
christian.elsener@lbswiss.ch
christian.englert@dzbank.de
christian.evain@ca-suisse.com
christian.evans@ubs.com
christian.exner@wmam.com
christian.fay@pioneerinvest.com
christian.feilmeier@bmw.de
christian.ferry@bsibank.com
christian.fey@pioneerinvest.com
christian.fischer@deutsche-hypo.de
christian.forma@helaba.de
christian.fraipont@dresdner-bank.ch
christian.fredriksson@seb.se
christian.frischauf@pioneerinvestments.com
christian.froehlich@claridenleu.com
christian.fuechsl@bayernlb.de
christian.gaertner@union-investment.de
christian.gantz@helaba.de
christian.gassmann@sarasin.ch
christian.gast@ubs.com

christian.gastager@blb.de
christian.gattiker@juliusbaer.com
christian.gell@credit-suisse.com
christian.ghandour@caam.com
christian.gherbaz@am.generali.com
christian.ghiuvea@morganstanley.com
christian.glowig@sebprivatebank.com
christian.glowing@sebprivatebank.com
christian.gneist@rzb.at
christian.graber@sarasin.ch
christian.grob@claridenleu.com
christian.gueldry@sgam.com
christian.gumpenberger@novartis.com
christian.gunther@dfafunds.com
christian.gwerder@akb.ch
christian.hains@anz.com
christian.hansson@tdsecurities.com
christian.hantel@westam.com
christian.happ@db.com
christian.hauck@novartis.com
christian.hebting@hvb.de
christian.heger@trinkaus.de
christian.heiberg@seb.se
christian.held.ch@bayer-ag.de
christian.heller@westernasset.com
christian.henkel@commerzbank.com
christian.herter@postbank.de
christian.heyden@bnpparibas.com
christian.hoffmann@csam.com
christian.hofmann@hsh-nordbank.com
christian.holder@blackrock.com
christian.hoppe@commerzbank.com
christian.horn@lrp.de
christian.hyldahl@nordea.com
christian.iveson@drkw.com
christian.jansson@pohjola.com
christian.jessen@seb.se
christian.jimenez@ecuvie.caisse-epargne.fr
christian.jochum@ubs.com
christian.k@nordea.com
christian.kalmbach@nationalcity.com
christian.karall@ba-ca.com
christian.karg@jpmorgan.c

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

christian.kirk@lu.danskebank.com
christian.klocke@dzbank.de
christian.koellich@bawgpsk.com
christian.koenig@vontobel.ch
christian.kopf@spinnakercapital.com
christian.kuehn@seb.de
christian.kuemmel@haspa.de
christian.kunzelmann@sarasin.ch
christian.lach@swissfirst.ch
christian.lamprecht@allianz.de
christian.langevin@ge.com
christian.lecointe@db.com
christian.leinweber@rcm.at
christian.leonhard@frankfurt-trust.de
christian.lerider@caam.com
christian.looser@sgkb.ch
christian.lopez@cpr-am.fr
christian.luchsinger@credit-suisse.com
christian.lueer@bhf-bank.com
christian.maahrbeck@nordea.com
christian.manni@aig.com
christian.mardeck@bayern-invest.de
christian.markwart@ib.bankgesellschaft.de
christian.maurer@depfa.com
christian.mayert@allianz.de
christian.meier@sparkasse-hannover.de
christian.meury@vontobel.ch
christian.morresi@credit-suisse.com
christian.moser@bsibank.com
christian.mossdorf@vontobel.ch
christian.mueri@aigpb.com
christian.myhre@danskebank.com
christian.nagstrup@jyskeinvest.dk
christian.nesi@banque-france.fr
christian.neunkirchner@mbczh.ch
christian.nguyen@labanquepostale-am.fr
christian.nolan@ap.ing.com
christian.nolan@harrisnesbitt.com
christian.oesch@juliusbaer.com
christian.orquera@ib.bankgesellschaft.de
christian.pail@rcm.at
christian.pardeller@hypovbg.at
christian.perrin@caam.com

christian.pineno@columbiamanagement.com
christian.pollanz@rcm.at
christian.pollmann@nordlb.de
christian.pompejus@wwasset.de
christian.preussner@jpmorganfleming.com
christian.proietto@pioneerinvest.ie
christian.protti@bcv.ch
christian.pudelek-vonbloh@haspa.de
christian.ragnartz@riksbank.se
christian.rakos@ba-ca.com
christian.ramm@dnbnor.no
christian.reddy@soros.com
christian.reiss@erstebank.at
christian.reiter@db.com
christian.remmert@aiminvestments.com
christian.richard@statestreet.com
christian.riedel@apobank.de
christian.rime@lodh.com
christian.rizzi@bsibank.com
christian.romon@bankofamerica.com
christian.roth@morganstanley.com
christian.roy@glgpartners.com
christian.russ@erstebank.at
christian.s.pecher@jpmorgan.com
christian.saeckl@rzb.at
christian.sarto.b@bayer.com
christian.sauter@db.com
christian.schaerz@bs.ch
christian.schanze@hsh-nordbank.com
christian.schenk@commerzbank.com
christian.scherf@dghyp.de
christian.schick@first-private.com
christian.schindler@oppenheim.de
christian.schiweck@db.com
christian.schjodt-eriksen@gs.com
christian.schlimm@allianzgi.de
christian.schmid.5@credit-suisse.com
christian.schmid@zkb.ch
christian.schmidt@helaba.de
christian.schmitt@lri-invest.lu
christian.schmitz@dexia-bil.com
christian.schneider@allianzgi.de
christian.schnydrig@juliusbaer.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

christian.schoen@ubs.com
christian.schoeppe@dws.com
christian.schomaker@hsh-nordbank.com
christian.schuepbach@credit-suisse.com
christian.schuetz@de.pimco.com
christian.schuetze@westlb.com
christian.schulte@credit-suisse.com
christian.schulze@db.com
christian.schuster@first-private.de
christian.schwaar@deka.de
christian.schwarz@helaba-invest.de
christian.schwehm@db.com
christian.schweizer@lloydsbank.ch
christian.schwerdtner@first-private.de
christian.seiferth@gwl.com
christian.selbach@nordlb.de
christian.senn.2@credit-suisse.com
christian.senn@ubs.com
christian.serre@dexiamfr-dexia.com
christian.sibbesen@carnegie.dk
christian.simond@juliusbaer.com
christian.sobatta@westam.com
christian.sole@dexia-am.com
christian.somers@dexia-am.com
christian.sperschneider@dit.de
christian.speth@icn.siemens.de
christian.stadlinger@columbiamanagement.com
christian.staub@pimco.com
christian.stoebich@sparkasse-ooe.at
christian.stracke@pimco.com
christian.streiff@airbus.com
christian.subbe@cominvest.de
christian.t.lee@csam.com
christian.takushi@swisscanto.ch
christian.tanner@ubs.com
christian.thimann@ecb.int
christian.thulin@seb.se
christian.timmann@hsh-nordbank.com
christian.tornqvist@nordea.com
christian.trost@bayernlb.com
christian.truyens@fortisinvestments.com
christian.tunkl@raiffeisenbank.at
christian.turner@ftnfinancial.com

christian.ullrich@dws.com
christian.unger@towerbrook.com
christian.unternaehrer@ubs.com
christian.updyke@ubs-oconnor.com
christian.urbaczek@lbbw.de
christian.valette@bnpparibas.com
christian.vogel@dexia-bil.com
christian.vonballmoos@cspb.com
christian.vonengelbrechten@uk.fid-intl.com
christian.vonk@eu.effem.com
christian.vonschimmelmann@gs.com
christian.voss@dghyp.de
christian.weber@bayerninvest.de
christian.weiz@ceresiobank.com
christian.widholz@hvb.de
christian.wild@pimco.com
christian.wilde@union-panagora.de
christian.wilfing@dzbank.de
christian.willard@barclaysglobal.com
christian.willert@hsh-nordbank.com
christian.willinsky@allianz.com
christian.wolf@erstebank.at
christian.zanone@bcv.ch
christian.zima@rcm.at
christian.zimmermann@pioneerinvestments.com
christian.zwahlen@rieter.com
christian.zwahlen@ubs.com
christian@dexiam.lu
christian_b_allen@fanniemae.com
christian_bausch@swissre.com
christian_dansereau@ssga.com
christian_diclementi@acml.com
christian_gindl@hvbamericas.com
christian_grane@westlb.com
christian_gresch@aaa-net.com
christian_langenstein@ml.com
christian_loxham@vanguard.com
christian_meienberger@swissre.com
christian_oneill@troweprice.com
christian_r_valencia@fanniemae.com
christian_saltaformaggio@nylim.com
christian_schablitzki@westlb.de
christian_schmidt@swissre.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| christiana.bardon@fmr.com | christina.he@pacificlife.com |
| christiana.toutet@ubs.com | christina.jahn@sgz-bank.de |
| christian-b.adler@db.com | christina.klein@db.com |
| christiane.backhaus@hanvb.de | christina.lai@shinseibank.com |
| christiane.heineke@commerzbankib.com | christina.lam@ubs.com |
| christiane.hinkelmann@dws.com | christina.lindberg@nordea.com |
| christiane.hoeing@telekom.de | christina.lindell@swedbank.com |
| christiane.hofer@lrp.de | christina.loutsch@usbank.com |
| christiane.hoppe-oehl@bayernlb.com | christina.m.houk@db.com |
| christiane.malchow@csam.com | christina.moschou@lbbwuk.com |
| christiane.marcellier@cnce.caisse-epargne.fr | christina.polischuk@barclaysglobal.com |
| christiane.nickel@ecb.int | christina.roedema@morganstanley.com |
| christiane.novais@caam.com | christina.schmoee@siemens.com |
| christiane.pratsch@gartmore.com | christina.schoen@us.bacai.com |
| christiane.wenzel@db.com | christina.stallone@moorecap.com |
| christiane@mcm.com | christina.stauber@bawag.com |
| christiane_drapkin@hvbamericas.com | christina.steffen@lbb.de |
| christianmitchell@northwesternmutual.com | christina.stimac@amg.co.at |
| christians.jeffrey@principal.com | christina.tjahjana@dartmouth.edu |
| christiansaalfrank@helaba-invest.de | christina.weiss@allianzgi.com |
| christian-wolf_schaefer@aam.de | christina.willis@fmr.com |
| christie.cody@commercebank.com | christina.yow@pioneerinvest.com.sg |
| christie.francis@commercebank.com | christina.yuan@robecousa.com |
| christie.weston@nifa.org | christina.zausner@lloydstsb.co.uk |
| christie@bessemer.com | christina_barth@troweprice.com |
| christie_bull@conning.com | christina_butler@standardlife.com |
| christien.luttikuizen@rabobank.com | christina_drissel@vanguard.com |
| christikubiak@northwesternmutual.com | christina_morillo@swissre.com |
| christin.armacost@silvantcapital.com | christina_pluta@putnam.com |
| christina.bloor@bailliegifford.com | christina_sampanes@rhco.com |
| christina.buck@uboc.com | christina_scully@putnam.com |
| christina.bunting@pnc.com | christina_xanthos@capgroup.com |
| christina.carpenter@wachovia.com | christinaantczak@northwesternmutual.com |
| christina.chan@asia.bnpparibas.com | christinag@gic.com.sg |
| christina.chartier@fmr.com | christinalim@temasek.com.sg |
| christina.chiu@morganstanley.com | christinamirarchi@northwesternmutual.com |
| christina.de-haas@telekom.de | christinaregine.niethammer@hvb.de |
| christina.ehrenberg@gs.com | christina-sm.fung@aig.com |
| christina.erler@etb-ag.com | christine.abramo@bnymellon.com |
| christina.feicht@americas.bnpparibas.com | christine.allmann@wgz-bank.de |
| christina.goodridge@pimco.com | christine.baalham@investecmail.com |
| christina.haemmerli@vontobel.ch | christine.brykowytch@morganstanley.com |
| christina.han@morganstanley.com | christine.campisi@ge.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

christine.carbonez@is.belgacom.be
christine.chu@pimco.com
christine.cotton@commercebank.com
christine.davis@phxinv.com
christine.degeorge@caam.com
christine.delagrave@labanquepostale-am.fr
christine.delalla@corporate.ge.com
christine.delhaye@interbrew.com
christine.destefano@fmr.com
christine.dizon@westernasset.com
christine.donovan@bbh.com
christine.dziadul@aig.com
christine.e.johnson@hsbcam.com
christine.eckert@pnc.com
christine.farquhar@insightinvestment.com
christine.feller@lbbw-am.de
christine.ferraresi@bnpparibas.com
christine.fischette@novartis.com
christine.frank@db.com
christine.gaelzer@csam.com
christine.garvey@blackrock.com
christine.gruber@ba-ca.com
christine.haddad@db.com
christine.hanser@bhf-bank.com
christine.hemat@sncf.fr
christine.hurtsellers@inginvestment.com
christine.j.thompson@fmr.com
christine.james@firstunion.com
christine.joedecke@ny.frb.org
christine.joerges@dekabank.de
christine.joshua@morganstanley.com
christine.jurinich@blackrock.com
christine.koch@pncbank.com
christine.l.sustakowsky@bankofamerica.com
christine.li@pimco.com
christine.linxe@axa-im.com
christine.lorenz@morganstanley.com
christine.mahamba@bred.fr
christine.mathes@pimco.com
christine.mcconnell@fmr.com
christine.mcgoey@uk.abnamro.com
christine.mcgowan@morganstanley.com
christine.mecka@prudential.com

christine.mettee@pnc.com
christine.mevs@gmam.com
christine.mozonski@thehartford.com
christine.mueller@devif.de
christine.niedtner@db.com
christine.onyung@aig.com
christine.phillpotts@jpmorgan.com
christine.pignon@db.com
christine.ponelle.studio@canal-plus.com
christine.radice@labanquepostale-am.fr
christine.raymond@ecb.int
christine.reinhard@sl-am.com
christine.ryan@pnc.com
christine.schmid@credit-suisse.com
christine.schmidt@oppenheim.de
christine.schulz@ib.bankgesellschaft.de
christine.schwab@commerzbank.com
christine.schweikert@bhf-bank.com
christine.sharaf@db.com
christine.souffrant@dartmouth.edu
christine.stumbo@crestar.com
christine.su@stanford.edu
christine.sutter@lodh.com
christine.tekker@bmo.com
christine.telish@pimco.com
christine.tetherly-lewis@fmr.com
christine.tilscher@ba-ca.com
christine.tober@fmr.com
christine.torres@guarantygroup.com
christine.turecek@corporate.ge.com
christine.villaluz@lmginv.com
christine.wang@inginvestment.com
christine.zarkovich@citadelgroup.com
christine.zhu@ucop.edu
christine@primco.com
christine@stw.com
christine_aurelio@acml.com
christine_chen@ssga.com
christine_chien@americancentury.com
christine_chung@invesco.com
christine_curnan@ml.com
christine_hathaway@capgroup.com
christine_jacobsen@westlb.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

christine_kopelman@acml.com
christine_kyle@riggsbank.com
christine_lee@ml.com
christine_macnally@ustrust.com
christine_martell@putnam.com
christine_martini@nylim.com
christine_martins@cbcm.com
christine_mithouard@aviva.fr
christine_robertson@nylim.com
christine_senopoulos@campbellsoup.com
christine_silman@americancentury.com
christine_soenning@swissre.com
christine_suzuka@ml.com
christine_symington@vanguard.com
christine_tolisano@putnam.com
christine_wallace@ustrust.com
christineg@scm-lp.com
christof.breuer@deka.de
christof.gerstenkorn@ubs.com
christof.kessler@oppenheim.de
christof.loser@nab.ch
christof.maetze@commerzbank.com
christof.richter@dws.com
christof.schlueter@deka.de
christof.stegmann@juliusbaer.com
christoff.goessl@hvbeurope.com
christoffer.eriksson@citizensbank.com
christoffer.jonsson@barclaysglobal.com
christof-werner.anstett@dkib.com
christoph.alenfeld@dzbank.de
christoph.amherd@sarasin.ch
christoph.amiet@suva.ch
christoph.andomaitis@oppenheim.de
christoph.angster@hyposwiss.ch
christoph.arnold@ubs.com
christoph.arzt@dekabank.de
christoph.avenarius@ch.abb.com
christoph.babbel@morleyfm.com
christoph.berger@cominvest-am.com
christoph.bieri@bsibank.com
christoph.blaettler@vontobel.ch
christoph.bohner@juliusbaer.com
christoph.borucki@ruedblass.ch

christoph.christensen@hsh-nordbank.com
christoph.clauss@bhf.ing.com
christoph.curtius@swisslife.ch
christoph.fehr@credit-suisse.com
christoph.frisch@juliusbear.com
christoph.fritsch@axa-im.com
christoph.gamsjaeger@rzb.at
christoph.geck-schlich@drkw.com
christoph.gisler@csam.com
christoph.greitemann@telekom.de
christoph.groneuer@ksk-koeln.de
christoph.gschwend@cibasc.com
christoph.hegglin@adlerbank.ch
christoph.hembacher@ghpfc.de
christoph.hiestand@juliusbaer.com
christoph.hohl@sarasin.ch
christoph.hoop@zkb.ch
christoph.hott@oppenheim.de
christoph.huber@juliusbaer.com
christoph.hugi@ubs.com
christoph.jurecka@dbv-winterthur.de
christoph.kampitsch@erstebank.at
christoph.kessler@sarasin.ch
christoph.kesy@eon-energie.com
christoph.kilchherr@sarasin.ch
christoph.kind@frankfurt-trust.de
christoph.klein@db.com
christoph.knecht@csam.com
christoph.koch@lri.lu
christoph.krey@bbh.com
christoph.krucken@bancaprofilo.it
christoph.kummerer@erstebank.at
christoph.kummli@juliusbaer.com
christoph.ladner@sarasin.ch
christoph.ledergerber@vontobel.ch
christoph.machiels@nbb.be
christoph.maron@snb.ch
christoph.mast@allianzgi.de
christoph.merz@credit-suise.com
christoph.metz@axa-im.com
christoph.mueller.12@credit-suisse.com
christoph.nadler@juliusbaer.com
christoph.niesel@union-investment.de

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| christoph.ohme@dws.com | christophe.bessagnet@axa-im.com |
| christoph.peter.3@claridenleu.com | christophe.beuve@ecb.int |
| christoph.peter@claridenleu.com | christophe.bonjour@lodh.com |
| christoph.peter@credit-suisse.com | christophe.boucher@clf-dexia.com |
| christoph.pfeiffer@ba-ca.com | christophe.boulanger@lcfr.fr |
| christoph.plattenteich@bhf.ing.com | christophe.bourgeois@bnpparibas.com |
| christoph.poth@dzbank.de | christophe.braouet@helaba.de |
| christoph.r.sieger@credit-suisse.com | christophe.buret@caam.com |
| christoph.rentsch@roche.com | christophe.cadoz@socgen.com |
| christoph.riedi@swisslife.ch | christophe.campagne@bmo.com |
| christoph.riedweg@zkb.ch | christophe.cerisier@ge.com |
| christoph.riniker@commerzbank.ch | christophe.champion@caam.com |
| christoph.riniker@juliusbaer.com | christophe.ciarlet@clamericas.com |
| christoph.ritschard@zkb.ch | christophe.clabots@banque-diamantaire.ch |
| christoph.ritter@ubs.com | christophe.cogels@belgacom.be |
| christoph.schmich@claridenleu.com | christophe.comoy@dexia-am.com |
| christoph.schmid@claridenleu.com | christophe.cornet@citigroup.com |
| christoph.schmidt@pioneerinvestments.com | christophe.darbord@bunge.com |
| christoph.schon@barcap.com | christophe.de-failly@sgam.com |
| christoph.schon@drkw.com | christophe.defert@towerbrook.com |
| christoph.schulte-kemper@duesshyp.de | christophe.dehondt@cpr-am.fr |
| christoph.schwarz@hsh-nordbank.co.uk | christophe.demain@axa.be |
| christoph.schwarz@wuertt-hyp.de | christophe.domart@francetelecom.com |
| christoph.seegerer@oppenheim.de | christophe.duverger@axa-im.com |
| christoph.sprenger@postbank.de | christophe.eggman@juliusbaer.com |
| christoph.stein@mm.mannesmann.de | christophe.eggmann@juliusbaer.com |
| christoph.stelzer@credit-suisse.com | christophe.ferrand@aegon.co.uk |
| christoph.streib@roche.com | christophe.florin@axa-im.com |
| christoph.suetterlin@sarasin.ch | christophe.frankel@cades.fr |
| christoph.ulschmid@skag.siemens.de | christophe.frisch@juliusbaer.com |
| christoph.weber@lbbw.de | christophe.frisch@oppenheim.de |
| christoph.wiedebach@oppenheim.de | christophe.garon@caam.com |
| christoph.windlin@ubs.com | christophe.gautier@lodh.com |
| christoph.zengerling@lbbw.de | christophe.gouelo@bnpgroup.co |
| christoph_hinkelmann@nacm.com | christophe.havret@creditlyonnais.fr |
| christoph_schneider@swissre.com | christophe.herpet@axa-im.com |
| christophe.agopian@dexia-am.com | christophe.issenhuth@bnpparibas.com |
| christophe.agopian@dexia-bil.com | christophe.jaeck@socgen.co.uk |
| christophe.akel@glgpartners.com | christophe.javaux@fortisinvestments.com |
| christophe.auvity@bnpparibas.com | christophe.karpiel@bnpparibas.com |
| christophe.berguerand@bnpparibas.com | christophe.keteleer@ingim.com |
| christophe.bernard@db.com | christophe.kieffer@caam.com |
| christophe.bernard@ubp.ch | christophe.lalo@sgam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

christophe.lambert@axa.be
christophe.lambert@degroof.lu
christophe.lebrun@cnce.caisse-epargne.fr
christophe.lemarie@caam.com
christophe.liegeois-williams@bailliegifford.com
christophe.loizeau@safra.lu
christophe.madec@edf.fr
christophe.marcilloux@sgam.com
christophe.moraine@fortisbank.com
christophe.mounier@bnpparibas.com
christophe.neuville@sgam.fr
christophe.ollari@rbccm.com
christophe.ollier@suva.ch
christophe.orly@morganstanley.com
christophe.p.moulin@bnpparibas.com
christophe.papereux@bnpparibas.com
christophe.pecoraro@fortisinvestments.com
christophe.ponette@bnpparibas.com
christophe.puyo@sgam.com
christophe.reynier@bnpparibas.com
christophe.romero@caam.com
christophe.roupie@axa-im.com
christophe.savinas@socgen.com
christophe.schroeder@wachovia.com
christophe.servoin@barclays.fr
christophe.tamet@lgim.co.uk
christophe.thomas@barclayscapital.com
christophe.thonney@lodh.com
christophe.toulousy@richemont.com
christophe.van.den.brande@be.gm.com
christophe.van.nevel@belgacom.be
christophe.vancanneyt@puilaetcodewaay.be
christophe.van-lancker@ingim.com
christophe.weiss@alcatel-lucent.com
christophe_derouen@coface.com
christophegay@rsi-ch.com
christophe-pierre.lobisommer@vontobel.ch
christopher.2.bell@bt.com
christopher.abel@db.com
christopher.allen@blackrock.com
christopher.appleman@wachovia.com
christopher.bade@thehartford.com
christopher.baines@sgcib.com

christopher.baldwin@morganstanley.com
christopher.bamberry@swip.com
christopher.bamman@ingbank.com
christopher.bartoli@fmr.com
christopher.baydar@prudential.com
christopher.benedict@bbh.com
christopher.blay@csam.com
christopher.brune@pimco.com
christopher.burnham@db.com
christopher.burton@credit-suisse.com
christopher.calton@aiminvestments.com
christopher.caputo@truscocapital.com
christopher.carter@alliancebernstein.com
christopher.chalk@uk.fid-intl.com
christopher.cheong@arabbank.com.sg
christopher.childs@fandc.com
christopher.coffey@ge.com
christopher.conn@janus.com
christopher.conneely@wpginvest.com
christopher.connolly@prudential.com
christopher.coolidge@blackrock.com
christopher.cooper@thehartford.com
christopher.coovrey@elpaso.com
christopher.copeland@cunamutual.com
christopher.costanza@alliancebernstein.com
christopher.cramer@aig.com
christopher.crum@stephens.com
christopher.currer@bmo.com
christopher.d.maizys@jpmorgan.com
christopher.d.potter@citigroup.com
christopher.d.walsh@jpmorganfleming.com
christopher.d.young@ge.com
christopher.d'amico@ingfunds.com
christopher.davis@pnc.com
christopher.derganc@eds.com
christopher.dillon@pncadvisors.com
christopher.doering@usbank.com
christopher.drahn@usbank.com
christopher.dvorak@citadelsolutions.com
christopher.dvorak@cna.com
christopher.eitzmann@tudor.com
christopher.elias@bbh.com
christopher.emanuel@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

christopher.engel@usbank.com
christopher.evanego@pnc.com
christopher.fama@nuveen.com
christopher.farina@alliancebernstein.com
christopher.felton@lmginv.com
christopher.fiorelli@jpmorgan.com
christopher.flensborg@seb.se
christopher.g.tomasides@jpmorgan.com
christopher.gagnier@aberdeen-asset.com
christopher.galizio@fmr.com
christopher.gardner@britannia.co.uk
christopher.getter@fmr.com
christopher.godding@morganstanley.com
christopher.grant@nationwide.co.uk
christopher.greaves@cazenovecapital.com
christopher.h.blake@lazard.com
christopher.h.stanley@us.hsbc.om
christopher.hackworth@bankofengland.co.uk
christopher.hadley@fandc.com
christopher.hagstrom@socgen.co.uk
christopher.halmy@mbna.com
christopher.hansen@lgim.co.uk
christopher.heavey@fidelity.com
christopher.heller@himco.com
christopher.hetz@nationalcity.com
christopher.hill@morganstanley.com
christopher.hislop@swip.com
christopher.hottois@ge.com
christopher.hurley@pncadvisors.com
christopher.iggo@axa-im.com
christopher.j.chiles@bofasecurities.com
christopher.j.hall@aexp.com
christopher.jackson@commerzbank.co.uk
christopher.jacobs@westernasset.com
christopher.jarman@juliusbaer.com
christopher.jeffery@fortisinvestments.com
christopher.jennings@inginvestment.com
christopher.jones@jpmorgan.com
christopher.k.carroll@db.com
christopher.kandimaa@seb.co.uk
christopher.kappas@ppmamerica.com
christopher.kath@hvb.de
christopher.kingsman@uk.fid-intl.com

christopher.kinney@bbh.com
christopher.klinefelter@morganstanley.com
christopher.komosa@lazard.com
christopher.kong@tdsecurities.com
christopher.koslowski@db.com
christopher.kotowicz@alliancebernstein.com
christopher.kovach@fmr.com
christopher.l.fetes@jpmorgan.com
christopher.l.parrish@columbiamanagement.com
christopher.laird@sunlife.com
christopher.leddy@blackrock.com
christopher.lee@aiminvestments.com
christopher.lee@fmr.com
christopher.leslie@eu.nabgroup.com
christopher.lew@rabobank.com
christopher.lin@fmr.com
christopher.lin@morganstanley.com
christopher.lindsey@rbccm.com
christopher.linsky@blackrock.com
christopher.lucchetti@harrisbank.com
christopher.lui@aig.com
christopher.lust@kbcfp.com
christopher.lyche@carval.com
christopher.m.allen@jpmchase.com
christopher.m.carlucci@jpmorgan.com
christopher.m.meyers@citigroup.com
christopher.m.slattery@bankofamerica.com
christopher.m.tufts@jpmorganfleming.com
christopher.m.turner@jpmorgan.com
christopher.m.wightman@jpmorgan.com
christopher.maginnis@aegon.co.uk
christopher.mahoney@credit-suisse.com
christopher.malfant@aig.com
christopher.marra@soros.com
christopher.martin@shinseibank.com
christopher.mcardle@us.icap.com
christopher.mcgoldrick@bailliegifford.com
christopher.mcguire@daiwausa.com
christopher.mcgurn@pnc.com
christopher.mcmanus@lazard.com
christopher.mcvey@gartmore.com
christopher.meaney@fmr.com
christopher.merlo@pnc.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| christopher.metli@morganstanley.com | christopher.schumann@dzbank.de |
| christopher.milligan@ge.com | christopher.sebald@advantuscapital.com |
| christopher.moen@wamu.net | christopher.shannon@ibtco.com |
| christopher.moore@uk.fid-intl.com | christopher.shayne@barclaysglobal.com |
| christopher.morris@gm.com | christopher.shea@ubs.com |
| christopher.morrison@jpmorgan.com | christopher.sidoni@pncadvisors.com |
| christopher.mullett@csam.com | christopher.sierakowski@ge.com |
| christopher.muth@barclaysglobal.com | christopher.simone@ge.com |
| christopher.neave@glgpartners.com | christopher.smart@pioneerinvest.com |
| christopher.newson@uk.fid-intl.com | christopher.squillante@swissre.com |
| christopher.ng@dillonread.com | christopher.stainbrook@nomura.co.uk |
| christopher.nichol@daiwausa.com | christopher.stavrakos@blackrock.com |
| christopher.nicholl@bnymellon.com | christopher.stevenson@barclaysglobal.com |
| christopher.nicoll@moorecap.co.uk | christopher.strickland@blackrock.com |
| christopher.nolan@sachsenlb.ie | christopher.striesow@jpmorgan.com |
| christopher.noll@prudential.com | christopher.strong@rbc.com |
| christopher.noll@ubs.com | christopher.sym@shenkmancapital.com |
| christopher.nylen@bnymellon.com | christopher.t.blum@jpmorgan.com |
| christopher.oddleifson@rocklandtrust.com | christopher.t.dove@jpmorgan.com |
| christopher.p.bredholt@jpmchase.com | christopher.teague@spinnakerasia.com |
| christopher.p.owen@hsbcib.com | christopher.terenzi@tdsecurities.com |
| christopher.palazzolo@aexp.com | christopher.thornton@usbank.com |
| christopher.palm@archipel.se | christopher.tinson@gs.com |
| christopher.palmer@aib.ie | christopher.toub@alliancebernstein.com |
| christopher.palmer@gartmore.com | christopher.tynan@fipartners.com.au |
| christopher.paolino@utc.com | christopher.vaswani@citadelgroup.com |
| christopher.pariseault@db.com | christopher.vincent@zurich.com |
| christopher.parisi@db.com | christopher.vyn@pimco.com |
| christopher.park@db.com | christopher.wadsworth@fortisinvestments.com |
| christopher.patrick@citadelgroup.com | christopher.walker@us.sgcib.com |
| christopher.pia@moorecap.com | christopher.warren@americas.ing.com |
| christopher.pierce@mizuhocbus.com | christopher.white@threadneedle.co.uk |
| christopher.piros@prudential.com | christopher.whitney@lazard.com |
| christopher.podaras@moorecap.com | christopher.wiegand@soros.com |
| christopher.prangle@investecmail.com | christopher.wilcox@tdsecurities.com |
| christopher.ratti@lazard.com | christopher.wimmer@morganstanley.com |
| christopher.rew@ubs.com | christopher.wong@aberdeen-asset.com |
| christopher.rowe@pnc.com | christopher.young@aig.com |
| christopher.rowe@prudential.com | christopher.young@pnc.com |
| christopher.rulewich@db.com | christopher.zeppieri@himco.com |
| christopher.rulla@bankofamerica.com | christopher_a_kender@vanguard.com |
| christopher.scheuer@thrivent.com | christopher_adams@dell.com |
| christopher.schoewe@db.com | christopher_alderson@troweprice.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

christopher_alwine@vanguard.com
christopher_benham@fanniemae.com
christopher_brown@troweprice.com
christopher_bryce@putnam.com
christopher_calmeyn@putnam.com
christopher_carlson@fanniemae.com
christopher_chenen@freddiemac.com
christopher_colarik@glenmede.com
christopher_dielmann@freddiemac.com
christopher_dillon@troweprice.com
christopher_e_parr@bankone.com
christopher_edge@troweprice.com
christopher_fortune@troweprice.com
christopher_g_lemmo@vanguard.com
christopher_g_mcneece@keybank.com
christopher_galtenberg@invesco.com
christopher_grant@ml.com
christopher_haid@ml.com
christopher_huffman@nacm.com
christopher_hunt@keybank.com
christopher_hyzy@ustrust.com
christopher_janowski@putnam.com
christopher_kavanagh@ustrust.com
christopher_kelleher@phl.com
christopher_koshiyama@symantec.com
christopher_kotyla@putnam.com
christopher_kuehl@freddiemac.com
christopher_laughlin@freddiemac.com
christopher_lee@aimfunds.com
christopher_loop@troweprice.com
christopher_m_isemann@notes.ntrs.com
christopher_mcavoy@troweprice.com
christopher_mccormack@glic.com
christopher_mercy@bankone.com
christopher_metcalfe@newton.co.uk
christopher_murphy@fleet.com
christopher_nauseda@bankone.com
christopher_obara@putnam.com
christopher_o'malley@putnam.com
christopher_philips@vanguard.com
christopher_reece@vanguard.com
christopher_reilly@freddiemac.com
christopher_scheper@ustrust.com

christopher_t_grune@ssg.com
christopher_thompson@ntrs.com
christopher_waddington@standardlife.com
christopher_wagner@freddiemac.com
christopher_whitehouse@troweprice.com
christopher_wray@blackrock.com
christopherang@dbs.com
christopherblack@dbs.com
christopherdh@bernstein.com
christopher-j.carlson@ubs-oconnor.com
christopherl.croteau@himco.com
christopherlee@optiver.com
christoph-ernst.kaufmann@ruedblass.ch
christopherp@cbnm.com
christopherturner@quilter.co.uk
christophkarl.wagner@hvb.de
christopoulosg@rabo-bank.com
christos_koutsoyannis@ssga.com
christy.jaeger@thrivent.com
christy.kim@columbiamanagement.com
christy.mcgee@harrisbank.com
christy.pedersen@ubs.com
christy.wang@lehman.com
christy.wilson@compassbnk.com
christy_turner@americancentury.com
christyann.razzano@corporate.ge.com
chritohe.bourgeonnier@par.coflexip.fr
chrys.hellman@ftnmidwest.com
chrys@monterosagroup.com
chrysoula.zervoudakis@axa-im.com
chs@bankinvest.dk
chsia@delinvest.com
chsia1@bloomberg.net
chsu@handelsbanken.se
cht@capgroup.com
chu@wescorp.org
chu_allen@jpmorgan.com
chu_pang@fanniemae.com
chua.chee-keong@aberdeen-asset.com
chua@daiwa-ny.com
chuang@fhlbdm.com
chuanw@princeton.edu
chuanyusun@hotmail.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| chuaweethia@gic.com.sg | chung.i@mellon.com.au |
| chubach@orix.com | chung.keat.khov@zurich.com |
| chuck.arrington@ironoakadvisors.com | chung.ng@pnc.com |
| chuck.brown@fmr.com | chung.yu@bisys.com |
| chuck.burge@houston.nacm.com | chung_wang@calpers.ca.gov |
| chuck.fletcher@bankofamerica.com | chung-chui.wan@db.com |
| chuck.h.mcclain@conocophillips.com | chunghwa@mas.gov.sg |
| chuck.hohman@harrisnesbitt.com | chunken.lee@scotiabank.com |
| chuck.james@ppmamerica.com | chunsukjung@hanabank.com |
| chuck.kuczynksi@lionhart.net | chunyi0968@tcbank.com.tw |
| chuck.kuechler@wedbush.com | chunyu.lau@ap.ing.com |
| chuck.lemieux@inginvestment.com | church@adamsexpress.com |
| chuck.mcdevitt@fmr.com | churei@daiwasbi.co.jp |
| chuck.mchugh@nboc.com | chutipon.aus@uobam.co.th |
| chuck.moon@thehartford.com | chve@danskebank.dk |
| chuck.myers@fidelity.com | chwang@angelogordon.com |
| chuck.pickelhaupt@fmr.com | chwanjau@tcb-bank.com.tw |
| chuck.pollock@sbafla.com | chweemein@temasek.com.sg |
| chuck.simmers@upbna.com | chwicki@bloomberg.net |
| chuck.simms@modern-woodmen.org | chyang@bloomberg.net |
| chuck.vuong@morganstanley.com | chyap@mas.gov.sg |
| chuck.williams@inginvestment.com | chyman@hcmlp.com |
| chuck.zubek@53.com | chyoo@bok.or.kr |
| chuck_burge@invesco.com | ciamei.maria.adelaide@alitalia.it |
| chuck_emrich@troweprice.com | ciampa@nb.com |
| chuck_grebus@bankone.com | cian.obrien@biam.boi.ie |
| chuck_lindholm@calpers.ca.gov | cian.sanchez@osterweis.com |
| chuck_martin@ssga.com | cianmurphy@bloomberg.net |
| chuck_mcginn@ssga.com | ciao.xing@us.pm.com |
| chucri.hjeily@morganstanley.com | ciara.kennedy@socgen.com |
| chuegen@aegon.nl | ciara.p.kennedy@jpmorgan.com |
| chufford@opers.org | ciara.rochford@pfpc.com |
| chuffstu@pnc.com | ciaran.e.roche@aibbny.ie |
| chughes@lordabbett.com | ciaran.fitzpatrick@statestreet.com |
| chughes@smithbreeden.com | ciaran.p.mccarron@aib.ie |
| chughes@ttc.co.san-bernardino.ca.us | ciaran_casey@ssga.com |
| chugokuny@cybercap.com | ciarankelleher@angloirishbank.ie |
| chui@fhlb-of.com | ciaranmcardle@angloirishbank.com |
| chulhwan.kwon@samsung.com | ciberg@utimco.org |
| chulminchoi@hanabank.com | cibulls@fhlbsf.com |
| chumphries@mfs.com | cicely.hurt@pnc.com |
| chunanlin@cathaylife.com.tw | cider1977@bok.or.kr |
| chundu@adb.org | cifeacho@westernasset.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

cifill@evergreeninvestments.com
cifill@federatedinv.com
ciisom@delinvest.com
cilek@escortnet.com
cilluffo@simgest.it
cimmel@cdcixis-cm.com
cimoy@bankofny.com
cindee.williams@fbfinance.com
cindy.andresen@barclaysglobal.com
cindy.bernhardt@barclaysglobal.com
cindy.bradley@templeton.com
cindy.brien@aiminvestments.com
cindy.chan@fortisinvestments.com
cindy.freeman@jpmorgan.com
cindy.frick@alliancebernstein.com
cindy.gedney@agf.com
cindy.holmes@harrisbank.com
cindy.johnson@commerce.com
cindy.johnson@glgpartners.com
cindy.kan@asia.ing.com
cindy.kis-gado@dexia.com
cindy.koh@icprc.com
cindy.kon@sscims.com
cindy.landreth@assurant.com
cindy.larke@threadneedle.co.uk
cindy.librera@blackrock.com
cindy.liston@national-city.com
cindy.lorenzo@db.com
cindy.m.reins@lowes.com
cindy.mayer@fandc.com
cindy.mccarron@swip.com
cindy.morales@credit-suisse.com
cindy.mu@suncapadv.com
cindy.ponder@moorecap.com
cindy.rapponotti@commercebank.com
cindy.taggart@ocas.com
cindy.v.macaulay@verizon.com
cindy.whittington@firstcitizens.com
cindy.wilkinson@ers.state.tx.us
cindy.wu@suncapadv.com
cindy.y.y.chan@hsbcrepublic.com
cindy.zaccardi@pncadvisors.com
cindy@fhlb.com

cindy@woodfern.com
cindy_axelrod@glenmede.com
cindy_forbes@manulife.com
cindy_hoh@dbs.com
cindy_j_higgins@comerica.com
cindy_lau@troweprice.com
cindy_m_janez@victoryconnect.com
cindy_wang@toyota.com
cindy_wong@ssga.com
cindy_zhang@dell.com
cindyfoo@gic.com.sg
cindygillespie@tagfolio.com
cindyli@wellsfargo.com
cindytseng@cathaylife.com.tw
cindyzy@abcsz.com.cn
cingle@loomissayles.com
cini_gulce@jpmorgan.com
cinny@scsb.com.tw
cinosi@capitalgest.it
cinzia.iacobone@antonveneta.it
cinzia.peccenati@azimut.it
cinzia.pedemonte@arcafondi.it
cinzia.pedrotti@dit.de
cioffi@capitalgest.it
ciprian.marin@lazard.com
cir@pt.lu
circi.emma@enel.it
cirine.el.husseini@morleyfm.com
ciro.parisi@bnlmail.com
cisottog@lloydadriatico.it
citaku@bloomberg.net
ciya@capgroup.com
cj.berry@aib.ie
cj.steffen@deshaw.com
cj.sylvester@ubs.com
cj_zhao@fanniemae.com
cj41@ntrs.com
cja@cgii.com
cjacklin@mcm.com
cjacobs@fhlbatl.com
cjacobson@caxton.com
cjagdish@anb.com.sa
cjakucionis@metlife.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cjames@fftw.com
cjan@kempen.nl
cjang@payden-rygel.com
cjanosik@ford.com
cjasperneite@marcard.de
cjaw@fhlbc.com
cjbrandon1@aol.com
cjcusack@chevychasebank.net
cje2@ntrs.com
cjeanne@evergreeninvestments.com
cjendra@westernasset.com
cjenni@pictet.com
cjennings@mfs.com
cjeruzal@svmonline.com
cjf.tr@adia.ae
cjhodel@alaska.com
cji@voyageur.net
cjimenez@bde.es
cjk@smith.williamson.co.uk
cjk1@ntrs.com
cjkim@koreaexim.go.kr
cjl0@pge.com
cjlim@bok.or.kr
cjmalling@homeside.com
cjmccarthy@wellington.com
cjmin.choi@samsung.com
cjn2@ntrs.com
cjnelson@delinvest.com
cjnorton@wellington.com
cjobling@westernasset.co.uk
cjobrien@mfcglobalus.com
cjoei@ag-am.com
cjoglekar@tiaa-cref.org
cjohns@dadco.com
cjohns@lineq.com
cjohnson@frk.com
cjohnson@metlife.com
cjohnson@nevrodie.com
cjohnson@orleanscapital.com
cjones@tudor.com
cjong@westernasset.com
cjoseph@hcmlp.com
cjperry@aegonusa.com

cjprobyn@statestreet.com
cjs273@cornell.edu
cjsmith@bear.com
cjsmith@federatedinv.com
cjtman@stanford.edu
cjtringali@wellington.com
cjturcotte@washtrust.com
cjuran@denveria.com
cjust@ifc.org
cjuste@public.ibercaja.es
ck.cheam@bbva.com.hk
ck@gruss.com
ck@nochu.com.hk
ckaefe@ftci.com
ckaehr@jennison.com
ckagaoan@omega-advisors.com
ckamm@bloomberg.net
ckandilis@oppenheimerfunds.com
ckandimaa1@bloomberg.net
ckane@loomissayles.com
ckanejanus@worldbank.org
ckang@frk.com
ckangur@siebertnet.com
ckantor@nb.com
ckapoor@perrycap.com
ckard@bbandt.com
ckasika@msfi.com
ckay@dow.com
ckc@capgroup.com
ckecher@jhancock.com
ckeith@loomissayles.com
ckeller@federatedinv.com
ckeller@loomissayles.com
ckelley14@bloomberg.net
ckempler@pwmco.com
ckendall@dow.com
ckennedy@seawardmgmt.com
ckennedy@wamumortgage.com
ckenny@loomissayles.com
ckfu@bochk.com
ckiel@allstate.com
ckilleen@tiaa-cref.org
ckilmer@williamblair.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ckilpatrick@westernasset.com | claas.martens@nordlb.de |
| cking@dsaco.com | clacarriere@cprus.com |
| cking@wscapital.com | clachnicht@ambac.com |
| ckingston@sli.co.in | claes.lachmann@seb.se |
| ckishpaugh@loomissayles.com | claes.nordengren@ap1.se |
| ckjohnson@wilmingtontrust.com | claes-erik.rydberg@archipel.se |
| cklein@ftci.com | clafayette@clarkest.com |
| ckli@dow.com | clafrogne@bnp.fr |
| cklimas@oppenheimerfunds.com | clagan@congressasset.com |
| cklin@ms1.chb.com.tw | clahr@msfi.com |
| ckling@tiaa-cref.org | clair.taylor-henshall@britannia.co.uk |
| ckling@tiaa-cref.org | claire.a.healy@bankofny.com |
| cklotz@pershing.com | claire.adams@lgim.co.uk |
| cknicker@lordabbett.com | claire.benham@db.com |
| cknowlton@jhancock.com | claire.bennison@barclays.co.uk |
| cko@ubp.ch | claire.blackett@northernrock.co.uk |
| ckolanovic@bankofny.com | claire.bright@egg.com |
| ckonich@fhlbi.com | claire.c.dorris@aibbny.ie |
| ckoos@pictet.com | claire.campbell@icgplc.co.uk |
| ckoplin@nb.com | claire.carney@utc.com |
| ckoranda@perrycap.com | claire.coquard@bnpparibas.com |
| ckpark@kbstar.co.kr | claire.decrevoisier@banque-france.fr |
| ckrak@allstate.com | claire.desmalades@sgam.com |
| ckraw@browncapital.com | claire.donaldson@bankofbermuda.com |
| ckraysler@eatonvance.com | claire.doreau@axa-im.com |
| ckresco@sentinelfunds.com | claire.franklin@fandc.com |
| ckreydick@loomissayles.com | claire.gasperetti@bankofamerica.com |
| ckrieg@oppenheimerfunds.com | claire.grandpierre@citadelgroup.com |
| ckrishanthan@dkpartners.com | claire.harold@morleyfm.com |
| ckroher@meag.com | claire.i.higgins@jpmorganfleming.com |
| cks@bok.or.kr | claire.jamieson@insightinvestment.com |
| cks10@us.ibm.com | claire.jenkins@gallaherltd.com |
| cksee@bnm.gov.my | claire.jiang@axa-im.com |
| cksong@kbd.co.kr | claire.kaeckenbeeck@degroof.be |
| ckuan@bloomberg.net | claire.kerr@t-mobile.net |
| ckuhn@tiaa-cref.org | claire.leadbeater@db.com |
| ckulp@fdic.gov | claire.le-louet@total.com |
| ckwok@glic.com | claire.m.croft@bankofamerica.com |
| cl@cgii.com | claire.mahieux@dexia.com |
| cl2@ntrs.com | claire.mccarthy@columbiamanagement.com |
| cl26@ntrs.com | claire.mcguckin@uk.fid-intl.com |
| cl74@ntrs.com | claire.moses@saint-gobain.com |
| cla@alternative-assets.com | claire.nash@novartis.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

claire.oconnor@jpmorgan.com
claire.paterson@bailliegifford.com
claire.pedini@alcatel.fr
claire.pereira@bnpgroup.com
claire.simpson@barclaysglobal.com
claire.sowden@db.com
claire.sowry@ashmoregroup.com
claire.thoulouze-fiastre@fundquest.fr
claire.toulouze-fiastre@bnpparibas.com
claire.valvona@uk.calyon.com
claire.villamor@thrivent.com
claire.wooldridge@aberdeen-asset.com
claire.wooldridge@db.com
claire@centaurus-capital.com
claire_cui@capgroup.com
claire_lise_berger@carrefour.com
claire_mead@westlb.co.uk
claireheng@mas.gov.sg
claireteng@cathaylife.com.tw
clammefa@cmcic.fr
clandolt@bloomberg.net
clandon@sterneagee.com
clane@russell.com
claning@keybanccm.com
clanouette@congressasset.com
clapierre@lordabbett.com
claporta@bear.com
clapton1@optonline.net
clar@stanford.edu
clara.franse@dexia-am.com
clara.hang@ap.nxbp.com
clara.laguna@bancoval.es
claratan@mas.gov.sg
claraw@msfi.com
clare.buckley-jones@gartmore.com
clare.c.jansson@bankofamerica.com
clare.cuddigan@claridenleu.com
clare.davidson@bbc.co.uk
clare.denholm@aberdeen-asset.com
clare.flynn@db.com
clare.freeman@baesystems.com
clare.gray@db.com
clare.hart@jpmorgan.com

clare.hennings@aon.co.uk
clare.hepburn@augustus.co.uk
clare.hughes@uk.fid-intl.com
clare.jenner@uk.fid-intl.com
clare.kostiaev@ppm-uk.com
clare.lewis@cba.com.au
clare.macdonald@bailliegifford.com
clare.moore@uk.fid-intl.com
clare.mutone@msdw.com
clare.ormerod@blackrock.com
clare.williams@anfis.co.uk
clare_obrien@accelacommunications.com
clare_wheeler@blackrock.com
clare-anne.a.white@aibbny.ie
clarence_seals@ml.com
clarenceleong@dbs.com
claribel.almonte@prudential.com
clarie.luk@alliancebernstein.com
clarinda.casey@morganstanley.com
clarissa.perez-machado@aiminvestments.com
clarissachng@gic.com.sg
clarisse.breynaert-mauvage@bnpparibas.com
clark.am@tbcam.com
clark.biggers@allianzinvestors.com
clark.chang@db.com
clark.hinckley@zionsbancorp.com
clark.phan@sscims.com
clark.sarah.e@principal.com
clark@crd.ge.com
clark@ms.com
clark_pl@jpmorgan.com
clark_pleiss@bankone.com
clark_shields@troweprice.com
clarke.smith@barclayscapital.com
clarker@brinson.com
clarkerg@ensignpeak.org
clarkjo@ml.com
clarkson.williams@pioneerinvest.com
clas.olsson@aiminvestments.com
clasen_chris@jpmorgan.com
clastrag@bankinter.es
clattin@wasatchadvisors.com
clau@ftci.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

claua@dendanskebank.dk

claud@bloomberg.net

claude.athaide@mackayshields.com

claude.bertemes@fortis.lu

claude.birkenmaier@claridenleu.com

claude.blank@aigpb.com

claude.blocry@blackrock.com

claude.braginsky@bluevalor.com

claude.brassens@calyon.com

claude.c.guerin@bnpparibas.com

claude.cavard@sgam.com

claude.crottaz@nestle.com

claude.diderich@juliusbaer.com

claude.dionysius@bdl.lu

claude.duperret@credit-suisse.com

claude.erb@tcw.com

claude.ewem@lia-asssetmanagement.lu

claude.fourcroy@hsh-nordbank.co.uk

claude.gaudin@ubs.com

claude.grandfils@credit-agricole-sa.fr

claude.guillaume@bnpparibas.com

claude.guillou@caam.com

claude.haberer@asia.bnpparibas.com

claude.hertveldt@dexia.be

claude.koontz@chase.com

claude.marion@spinnakercapital.com

claude.merki@credit-suisse.com

claude.morgenegg@lodh.com

claude.morice@sgam.com

claude.njikam@dexia.be

claude.pettus@siemens.com

claude.rivaud@sgam.com

claude.rosenfeld@caam.com

claude.schettgen@bil-dexia.com

claude.steegmann@dexia-am.com

claude.tiramani@bnpparibas.com

claude.turcot@standardlife.ca

claude.vautier@credit-suisse.com

claude.zehnder@zkb.ch

claude@adia.co.uk

claude_alain.berard@aam.ch

claude_tache@blackrock.com

claude-henri.hereus@airbus.com

claudette.hanley@effcu.org

claudia.beffa@csfb.com

claudia.behm@hsh-nordbank.com

claudia.benci@banca.mps.it

claudia.bengtson@westam.com

claudia.beyeler@juliusbaer.com

claudia.bommersheim@db.com

claudia.bosque@mutualofamerica.com

claudia.brambilla@meliorbanca.com

claudia.brunhart@lgt.com

claudia.caballer@juliusbaer.com

claudia.carloni@snamretegas.it

claudia.cisari@mpsgr.it

claudia.collu@mpsgr.it

claudia.diehm@lbbw.de

claudia.dummermuth@ubs.com

claudia.edelmann@ubs.com

claudia.forster@schoellerbank.at

claudia.friebertshaeuser@db.com

claudia.gentgen@oppenheim.lu

claudia.graebner-heeg@commerzbank.com

claudia.himmelreich@bhf-bank.com

claudia.kalle@clamericas.com

claudia.kipfer@snb.ch

claudia.kleinherne@westam.com

claudia.marciano@morganstanley.com

claudia.mehser@sparinvest.com

claudia.morf@swpc.siemens.com

claudia.pieroni@dexia-crediop.it

claudia.poigner@erstebank.at

claudia.rathgeb@capgroup.com

claudia.reichfloyd@oppenheim.ch

claudia.ritz@essenhyp.com

claudia.roering@db.com

claudia.rosello@pimco.com

claudia.schoenthaler@krentschker.at

claudia.sierra@corp.terra.com

claudia.stanghellini@ap3.se

claudia.stehling@helaba.de

claudia.stetter@hsbc.com

claudia.stringari@mpsgr.it

claudia.tempesta@bnlmail.com

claudia.tischler@lbbw.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| claudia.trojca@westam.com | claudio.menghi@nestle.com |
| claudia.vailati@italease.it | claudio.meroni@bsibank.com |
| claudia.von.braun-janssen@ikb.de | claudio.milito@azimut.it |
| claudia.welzig@sparinvest.com | claudio.perna@uk.bdroma.com |
| claudia.werren@vontobel.ch | claudio.ripamonti@meliorbanca.com |
| claudia.wieditz@oppenheim.de | claudio.romano@fincantieri.it |
| claudia.williams@trs.state.tx.us | claudio.rotundo@db.com |
| claudia.zaffaroni@bankofamerica.com | claudio.sacchet@rothschildbank.com |
| claudia_correa@ml.com | claudio.sala@bsibank.com |
| claudia_neurath@westlb.de | claudio.soranzo@bpubanca.it |
| claudia_weir@bayerischerueck.com | claudio.studer@juliusbaer.com |
| claudiag@san.rr.com | claudio.volpi@unicredit.it |
| claudia-kristin.fortmann@aam.de | claudio.waller@morganstanley.com |
| claudine.sydler@claridenleu.com | claudio.zanoli@bancaakros.it |
| claudio.andretti@carifirenze.it | claudio_alini@salvatoreferragamo.it |
| claudio.arenas@aresiaavc.fr | claudiovergami@mediolanum.it |
| claudio.aritomi@shinseibank.com | claudius.siegel@helaba.de |
| claudio.basso@azfund.com | claus.boje@danskebank.dk |
| claudio.bernasconi@bcv.ch | claus.f.nielsen@nordea.com |
| claudio.boggio@sella.it | claus.gramlich@allianz.es |
| claudio.bongiolatti@popso.it | claus.herold@hsh-nordbank.lu |
| claudio.caiata@bsibank.com | claus.hoejmark.jensen@jyskebank.dk |
| claudio.calusi@banca.mps.it | claus.hvidegaard@nordea.com |
| claudio.camplani@bsibank.com | claus.klarup.christiansen@seb.dk |
| claudio.canale@capitalia-am.com | claus.meyer-cording@dws.de |
| claudio.capsoni@agip.it | claus.neumeier@sl-am.com |
| claudio.carboni@fincantieri.it | claus.porth@kfw.de |
| claudio.cisilino@fincantieri.it | claus.stegemann@wgz-bank.de |
| claudio.corcione@lbbw.de | claus.thulstrup@ikano.lu |
| claudio.corsi@ubs.com | claus.vorm@nordea.com |
| claudio.demarco@snamretegas.it | claus.wagner@devif.de |
| claudio.demolli@autogrill.net | claus.wilsing@apobank.de |
| claudio.ercolano@bnymellon.com | claus_duelfer@westlb.de |
| claudio.ercolano@csam.com | claus_huber@swissre.com |
| claudio.franco2@enel.it | clausb@danskebank.dk |
| claudio.giannoni@banca.mps.it | claus-dieter.wagner@ikb.de |
| claudio.hofer@ubsw.com | claus-peter.deglmann@bayernlb.com |
| claudio.irigoyen@db.com | clauss@mk-ag.de |
| claudio.lepore@credit-suisse.com | clavallee@alaskapermfund.com |
| claudio.marazzi@bancaintesa.it | claxton_jose@jpmorgan.com |
| claudio.mattaidelmoro@bsibank.com | clay.armistead@barclaysglobal.com |
| claudio.mazzoni@claridenleu.com | clay.boggs@morganstanley.com |
| claudio.meiger@cic.ch | clay.hancock@chase.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

clay.lindsey@eagleasset.com
clay.manley@aiminvestments.com
clay.pruitt@harrisbank.com
clay.reese@everbank.com
clay@buffalofunds.com
clayg@tmgchicago.com
clayton.nolde@citigroup.com
clayton.trible@abnamro.com
clayton.watt@cba.com.au
clayton@aigfpc.com
claytonchristopher.hampton@mpsgr.it
clazzaro@loomissayles.com
clc@columbus.com
clchang@cathaylife.com.tw
clchong@mas.gov.sg
clcrosby@wellington.com
cldorsch@bloomberg.net
cleaong@ftci.com
cleavy@oppenheimerfunds.com
clecamp@pictet.com
clech@genre.com
clee@ci.com
clee@dkpartners.com
clegrand@scor.com
clegroux@bft.fr
clehman990@aol.com
cleidson.rangel@fmr.com
cleighton@lordabbett.com
clem.garcia@piercap.com
clemens.aschenbrenner@amg.co.at
clemens.buis@ingbank.com
clemens.mueller@credit-suisse.com
clemens.mueller@db.com
clemens.schellenberg@hyporealestate.de
clemens.weichs@allianz.de
clemens_braams@deltalloyd.nl
clemens_buenger@standardlife.com
clemens_krieg@westlb.de
clement.albert@bdc.ca
clement.boisson@caam.com
clement.g.liu@hsbcpb.com
clement.lee@email.chinatrust.com.tw
clement.li@citicorp.com

clement.maclou@cpr-am.fr
clement.schupp@group.novartis.com
clement.simard@lamondiale.com
clement_lau@newyorklife.com
clement_marchand@rcomext.com
clementine.boris@caam.com
clements.b@mellon.com
clementsja@bernstein.com
clenihan@bartlett1898.com
cleonard@hbk.com
cleong@pictet.com
clepic@bft.fr
clerch@bloomberg.net
cleshock@pwmco.com
cleung@aegonusa.com
clevert@cps.k12.il.us
clevert@gofen.com
clgootkind@wellington.com
clh@capgroup.com
cliff.andrus@inginvestment.com
cliff.dean@hsh-im.co.uk
cliff.gladson@usaa.com
cliff.hide@carlton.com
cliff.jordan@wachovia.com
cliff.wood@barclaysglobal.com
clifford.abramsky@thehartford.com
clifford.scharff@mackayshields.com
clifford.shu@soros.com
clifford.siverd@columbiamanagement.com
clifford.tjiok@helaba.de
clifford_hayden@bankone.com
clifford_kalb@merck.com
clifford_lee@fleet.com
cliffordtan@dbs.com
clifschutz@nb.com
clifton_grant@acml.com
clin@bradfordmarzec.com
clindberg@meag.com
clinsky@blackrock.com
clint.dudley@aiminvestments.com
clint.lawrence@fmr.com
clint_weddell@keybank.com
clinton.condon@fmglobal.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

clinton.eubanks@bankofamerica.com
clinton.matter@rbccm.com
clinton.newman@barclaysglobal.com
clinton.soose@blackrock.com
clinton@sbcm.com
cliona.brennock@aib.ie
cliona.coakley@boigm.com
cliona.okeefe@bankofny.com
cliona_nicunfraidh@ml.com
clipuma@fdic.gov
clist@clearbridgeadvisors.com
clitzsinger@fhlbi.com
cliu@perrycap.com
cliu1@templeton.com
cliv@corner.ch
clive.bannister@hsbcgroup.com
clive.burgess@sakurafinance.com
clive.burstow@alliancebernstein.com
clive.dennis@db.com
clive.hadingham@nabgroup.com
clive.hadingham@sgcib.com
clive.r.hopkins@si.shell.com
clive.richardson@ubs.com
clive.standish@ubs.com
clive.stevens@tudor.com
clive.wiggins@uk.fid-intl.com
clive.williamson@insightinvestment.com
clive@saadgroup.com
clive_williams@troweprice.com
cljh@capgroup.com
clk@nykredit.dk
clleow@wellington.com
clloyd@caxton.com
clm@bloomberg.net
clm@nykredit.dk
clmartin@bloomberg.net
clmcguiness@statestreet.com
clmmsm@bloomberg.net
clmo01@handelsbanken.se
clnagele@delinvest.com
clo@ubp.ch
clo925@tcbank.com.tw
cloader@kio.uk.com

clocastro@caxton.com
clocher@pictet.com
clodagh.m.mcclean@aibbny.ie
cloew@bloomberg.net
clogrand@genre.com
clombardi@babsoncapital.com
clonings@firstcharter.com
clothilde.malaussene@sgam.com
clotilde.wang@db.com
clove@opers.org
cloveless@uscentral.org
cloy@bloomberg.net
clparrish@ybs.co.uk
cltan@mas.gov.sg
clthompson@aegonusa.com
clu@fftw.com
clu@metlife.com
clucas@orix.com
clucci@travelers.com
clui@perrycap.com
clumbrer@morganstanley.es
clundy@bass-net.com
clustfield@lmcapital.com
clvo@capgroup.com
clwilliams@fadv.com
clynch@isbnj.com
clynch@jennison.com
cm.ludwick@do.treas.gov
cm@americancentury.com
cm@bankinvest.dk
cm@bloomberg.net
cm141@ntrs.com
cma@nbim.no
cma@tchinc.com
cma@waddell.com
cmaccettella@bloomberg.net
cmaclellan@eatonvance.com
cmadden@voyageur.net
cmadden3@bloomberg.net
cmagee@fhlbdm.com
cmagnier@bft.fr
cmaid@yamagatabank.co.jp
cmaillard@pictet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cmaleyc1@nationwide.com

cmancini@mcc.it

cmanik@oddo.fr

cmanning@bloomberg.net

cmantelin@gsc.com

cmantelin@ikbcc.com

cmantunes.lisboa@sinvest.es

cmarchiori@bci.it

cmarciano@cfm.mc

cmarinko@senecacapital.com

cmarino@ag-am.com

cmarkwalter@montag.com

cmarsh@mandtbank.com

cmarshal@blackrock.com

cmarti03@cajamadrid.es

cmartin@barrowhanley.com

cmartin@websterbank.com

cmartini@bloomberg.net

cmartuschelli@mwam.com

cmarwick@martincurrie.com

cmarzullo@lordabbett.com

cmason@halcyonllc.com

cmassare@lordabbett.com

cmasucci@ofi-am.fr

cmatt@jhancock.com

cmatthews@westernasset.co.uk

cmawn@hcmlp.com

cmaxwell@ftci.com

cmays@bloomberg.net

cmbrandt@the-ark.com

cmbreen@wellington.com

cmc@columbus.com

cmcbride@bloomberg.net

cmccall@essexinvest.com

cmccall@mfs.com

cmccallister@hbk.com

cmccann@arielinvestments.com

cmccarth@princeton.edu

cmccarthy@jhancock.com

cmcconnell@essexinvest.com

cmccready@wasatchadvisors.com

cmcdermott@eatonvance.com

cmcdonnell@bankofny.com

cmcentee@fhlbatl.com

cmcfadden@lordabbett.com

cmcfayden@fandc.co.uk

cmcgarvin@fib.com

cmcgowan@ssrm.com

cmcgrath@dkpartners.com

cmchugh@turnerinvestments.com

cmckenzie@ofii.com

cmckinney@aflac.com

cmclean@svmonline.co.uk

cmcpherson@metlife.com

cmcrimaldi@wellington.com

cmcwhirter@fhlb-pgh.com

cmdacosta@wellington.com

cmdevereux@delinvest.com

cmedema@westernasset.com

cmeglio@bcp.it

cmeier@allstate.com

cmejia@blackrock.com

cmellic@frk.com

cmencer@cambonds.com

cmeng@cambonds.com

cmerlini@calstrs.com

cmerrick@merctrust.com

cmessinger@pershing.com

cmethvin@hcmlp.com

cmetz@caxton.com

cmeuser@massmutual.com

cmezlas@firstbrands.com

cmf@bgbank.dk

cmfisher@delinvest.com

cmg2@ntrs.com

cmg4@ntrs.com

cmherrer@us.ibm.com

cmholland@delinvest.com

cmhsiao@ctcbjp.com

cmhunter@ibtco.com

cmickel@troweprice.com

cmier@mfs.com

cmiller@federatedinv.com

cmillot@dgaf.loreal.com

cmilne@fhlbc.com

cminich@fnbaonline.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cmiranda@fftw.com
cmiranda@kbw.com
cmires@allstate.com
cmishra@statestreet.com
cmitchell@chicagoequity.com
cmj@coastalsecurites.com
cmkang@tbcam.com
cmlockhart@att.com
cmlopez@wellington.com
cmmanfred@bremer.com
cmmurison@aegon.co.uk
cmmylod@wellington.com
cmnatale@wellington.com
cmo@maybank.com.my
cmo@petercam.be
cmoleux@bloomberg.net
cmolina@lacaixa.es
cmolumphy@frk.com
cmontesinosb@bcj.gbancaja.com
cmoore@hbk.com
cmoore@hcmlp.com
cmoore@securitycapital.comj
cmoores@jhancock.com
cmorales@wellington.com
cmoriarity@loomissayles.com
cmorris@imf.org
cmos@mjwhitman.com
cmoser@maninvestments.com
cmosquera@caxton.com
cmr@capgroup.com
cmr@sitinvest.com
cmrivas@wellington.com
cms238@cornell.edu
cmsong@hanabank.com
cmt@thamesriver.co.uk
cmtsai@mail.cbc.gov.tw
cmuirhead@herculesoffshore.com
cmulhern@wellington.com
cmunoz@troweprice.com
cmunroe@tudor.com
cmurdolo@lordabbett.com
cmurphy7@metlife.com
cmurray@chase.com

cmurray@pala.com
cmurray2@tiaa-cref.org
cmurray-hession@mfs.com
cmurtagh@bloomberg.net
cmuse@loomissayles.com
cmuth1@bloomberg.net
cmv@americancentury.com
cmyburg@pictet.com
cmyer@siebertnet.com
cmyung@guildinvestment.com
cn.morrison@btopenworld.com
cna@worldbank.org
cnachnani@worldbank.org
c-nakata@nochubank.or.jp
cnam@mcleanbudden.com
cnapoliello@bloomberg.net
cnapolitano@victoryconnect.com
cnativi@frk.com
cnauphal@oddo.fr
cnavalta@westernasset.com
cnbeur@bloomberg.net
cneill@bankofny.com
cneitzke@rwbaird.com
cnelson@baupost.com
cnelson@hbk.com
cnelson@tiaa-cref.org
cnetti@statestreet.com
cnettune@hbk.com
cneuhauser@rnt.com
cneveu.bdf@fininfo.fr
cnewman@waddell.com
cnewport@lordabbett.com
cnewton@oaktreecap.com
cng@chinarockcapital.com
cnice@us.fujitsu.com
cnickel@troweprice.com
cnilsen@hcmlp.com
cnisbet@lionsgatecap.com
cnm@capgroup.com
cnn@baupost.com
cnobile@hcmny.com
cnolan3@bloomberg.net
cnolen@tiaa-cref.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cnoreen@babsoncapital.com
cnork@sunlife.com
cnorris@aegonusa.com
cnugent@perrycap.com
cnw@sov.com
cnyedlik@aegonusa.com
co@publicbank.com.my
co8@ntrs.com
coadp@bloomberg.net
coard@willcap.com
coastal@bloomberg.net
cobain.s@mellon.com
coccak@gcm.com
cochrana@edgf.com
cochs@agfg.com
codaniel@opers.org
codonnell@caxton.com
codonnell@morganstanley.com
codover@nb.com
cody.perkins@usaa.com
cody.smith@ceredexvalue.com
cody_mccubbin@scudder.com
coen.verdegaal@ingim.com
coffenhauser@pictet.com
coganj@gcm.com
cohara@williamblair.com
cohen@fhlb-of.com
cohen_benjamin@accor.fr
cohendr@mizrahi.co.il
cohenfs@bernstein.com
coheni@jwseligman.com
cohens@mizrahi.co.il
cohn@bankinvest.dk
cojmilla@ihc.com
cojs@capgroup.com
cok@ubp.ch
cokeefe@jhancock.com
cokill@sagitta.co.uk
colacchia.elisabetta@enel.it
colano.claudio@bankofny.com
colasanr@strsoh.org
colb@wharton.upenn.edu
colboc@tdsec.co.uk

colby.matthews@pimco.com
colby.stilson@janus.com
colby.wheeler@prudential.com
coldren@blackrock.com
cole.feinberg@barclaysglobal.com
cole.zucker@prudential.com
coleen.north@abnamro.com
coleen_gasiewski@ml.com
coleen_mcelwee@vanguard.com
colemagw@bp.com
coleman.daniel@edgeassetmgt.com
colemano@bloomberg.net
colesirucek@temasek.com.sg
colette.clements@aegon.co.uk
colette.walker@aegon.co.uk
colette_powell@putnam.com
coley.jellinghaus@credit-suisse.com
coley.lynch@grneam.com
colin.atkinson@threadneedle.co.uk
colin.bermingham@barcap.com
colin.black@aegon.co.uk
colin.bradley@gmacrfc.co.uk
colin.brennan@pimco.com
colin.brown@bt.com
colin.burt@swipartnership.co.uk
colin.cavasina@lazard.com
colin.cave@insightinvestment.com
colin.chickles@fidelity.com
colin.couchman@arabbank.co.uk
colin.crosby@aberdeen-asset.com
colin.d.o'connor@aibbny.ie
colin.digby@jpmorgan.com
colin.dryburgh@morleyfm.com
colin.dugas@inginvestment.com
colin.faivre@lazard.fr
colin.finlayson@aegon.co.uk
colin.finnigan@morganstanley.com
colin.gallagher@uk.abnamro.com
colin.graham@aegon.co.uk
colin.graham@blackrock.com
colin.hall@bnl.com
colin.j.garde@bnymellon.com
colin.j.hunt@goodbody.ie

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| colin.keenan@fmr.com | colivares@idbny.com |
| colin.lambert@rbccm.com | coliveira2@metlife.com |
| colin.lunnon@barclays.co.uk | coliver@sfdrill.com |
| colin.macleod@lehman.com | colk@capgroup.com |
| colin.macnaught@state.ma.us | collateral@avmltd.com |
| colin.mcqueen@morganstanley.com | collateral@nibc.com |
| colin.miles@bankofengland.co.uk | colleen.avalone@fmr.com |
| colin.moar@morleyfm.com | colleen.brophy@ubs.com |
| colin.moore@columbiamanagement.com | colleen.croushore@janus.com |
| colin.morris@asbinc.com | colleen.cunniffe@db.com |
| colin.ngck@uobgroup.com | colleen.dixon@pnc.com |
| colin.nutt@credit-suisse.com | colleen.doremus@truscocapital.com |
| colin.oreilly@rentech.com | colleen.farrell@ubs.com |
| colin.p.stock@jpmorganfleming.com | colleen.hickey@citadelgroup.com |
| colin.paton@lloydstsb.co.uk | colleen.janiw@prudential.com |
| colin.perry@g-icap.com | colleen.jones@csam.com |
| colin.purdie@aegon.co.uk | colleen.kochivar@pimco.com |
| colin.riddles@sgam.co.uk | colleen.lally@pacificlife.com |
| colin.robina@ppmamerica.com | colleen.longobardi@rbccm.com |
| colin.sharp@peregrinecapital.com | colleen.o'connor@ibtco.com |
| colin.stone@uk.fid-intl.com | colleen.park@treasury.govt.nz |
| colin.sturgeb@rbcds.com | colleen.rasmussen@rbc.com |
| colin.sze@asia.bnpparibas.com | colleen.taylor@wachovia.com |
| colin.trovato@columbiamanagement.com | colleen.ziegler@aiminvestments.com |
| colin.vance@ie.dexia.be | colleen_doremus@riggsbank.com |
| colin.wallace@ibj.co.uk | colleen_quinn@putnam.com |
| colin.ward@ibj.co.uk | colleen_ravaris@ml.com |
| colin.weatherup@db.com | colleen_thayer@ml.com |
| colin.williams-hawkes@nordea.com | colleen_wade@ml.com |
| colin.y.kim@bankofamerica.com | collette.dow@dillonread.com |
| colin_ledlie@standardlife.com | colli.umberto@creval.it |
| colin_mackie@bankofscotland.co.uk | collie.krausnick@morgankeegan.com |
| colin_naughton@putnam.com | collin_chance@agc.com |
| colin_robertson@notes.ntrs.com | collins@ellington.com |
| colin_stewart@ml.com | collins_lisa@fsba.state.fl.us |
| colin_swanson@bankofscotland.co.uk | collinsr@strsoh.org |
| colinclarke@angloirishbank.ie | colm.a.ryan@aibbny.ie |
| colin-d.alexander@ubs.com | colm.corcoran@hsh-nordbank.co.uk |
| coliner@nb.com | colm.friel@pioneeraltinvestments.com |
| colin-j.beveridge@swip.com | colm.mcdonagh@aberdeen-asset.com |
| colinja@sdm.cic.fr | colm.nolan@ingim.com |
| colinong@dbs.com | colm.obrien@ilim.com |
| colin-rene.ondoua@hsh-nordbank.com | colmo'neill@angloirishbank.ie |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

colombe.sudan@nestle.com
colombi@net.mediolanum.it
colshan@templeton.com
colum.lane@pfizer.com
colyn@dartmouth.edu
comalley@eatonvance.com
combesth@bloomberg.net
combsj7@nationwide.com
comerfoe@jwseligman.com
comericabill@bloomberg.net
comes@psai.ch
common@pfdincome.com
compt2@bloomberg.net
comsecurity@bloomberg.net
comunale@bessemer.com
con.english@boi.ie
conall.kennedy@depfa.com
conant.gj@mellon.com
concetta_a_tkacz@fanniemae.com
concha.artola@ecb.europa.eu
coneill@eatonvance.com
conelius@bloomberg.net
cong@temasek.com.sg
conkkf@capgroup.com
conlon@schroders.com
connie.aldrich@ledyardbank.com
connie.cher@gmacrescap.com
connie.chuhaloff@nationalcity.com
connie.fischer@barclaysglobal.com
connie.hum@morganstanley.com
connie.keller@clarica.com
connie.kunze@ers.state.tx.us
connie.lee@state.nm.us
connie.leear@db.com
connie.lee-ar@db.com
connie.leelar@db.com
connie.maillet@selective.com
connie.ou@wellsfargo.com
connie.plaehn@jpmorgan.com
connie.schuemann@allianzgi.de
connie.schuemann@rcm.at
connie.song@harrisbank.com
connie.yan@ubs.com

connie@colonialsavings.com
connie_luecke@dpimc.com
connie_moran@scudder.com
connie_moscon@acml.com
connie_song@americancentury.com
connie71@chollian.net
conniewilliams@citizensfirst-rome.com
connifm@vankampen.com
connollyck@bernstein.com
connor.avery@janus.com
connor.guinan@daiwausa.com
connor.maloney@gmam.com
conny.ricklemoser@ib.bankgesellschaft.de
connyn.chang@email.chinatrust.com.tw
conor.byrne@isb.is
conor.christopher@westernasset.com
conor.dooley@wachovia.com
conor.funge@jpmorgan.com
conor.grimley@soros.com
conor.j.byrne@aib.ie
conor.l.mallen@aib.ie
conor.linehan@boimail.com
conor.m.martin@aib.ie
conor.mcdermott@pioneerinvest.ie
conor.mcgowan@iibbank.ie
conor.mulligan@socgen.com
conor.p.o'donovan@aib.ie
conor.rooney@boigm.com
conor.walley@wgzbank.ie
conor.walshe@ilim.com
conor@indoverbank.com
conorc@bloomberg.net
conorhorgan@angloirishbank.ie
conorirwin@bwbank.ie
conormckeating@angloirishbank.ie
conorspencer@angloirishbank.ie
conrad.chen@tcw.com
conrad.clarke@bayernlb.co.uk
conrad.j.lautenbacher@bankofamerica.com
conrad.mattern@activest.de
conrad.saldanha@nb.com
conrad.schuller@erstebank.at
conrad.smith@thrivent.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

conrad_dabiet@mfcinvestments.com
conrad_r_metz@victoryconeect.com.com
conradc@singer-friedlander.com
conradkwok@dbs.com
conrado.costa@bcb.gov.br
constance.d'aspremont@ingim.com
constant.van_aerschot@alcatel.fr
constantijn.sweep@philips.com
constantin.brunn@deka.de
constantin.filitti@credit-suisse.com
constantin.petrov@fmr.com
constantine_mamakos@putnam.com
constantino@apollolp.com
constantinos.tsolakas@ch.abb.com
constantyn.niewenhuis@hsh-nordbank-int.com
constanze.fay@sparinvest.com
constanze.jung@t-systems.com
consulen@carifirenze.it
contact@ing.lu
contatto@bsct.ch
conti.fulvio@enel.it
continia_scruggs@troweprice.com
conti-pensionskasse@t-online.de
conwaym@jwseligman.com
coo_way_law@putnam.com
cook.p2@mellon.com
cooke@pimco.com
cooleyd@jwseligman.com
coolpark@bok.or.kr
coonsf@nationwide.com
cooper@ellington.com
coopers@fhlbsf.com
copeland@willcap.com
coppert@vankampen.com
coquita.marsh@glgpartners.com
cor.brinkers@be.abnamro.com
cor.moons@meespierson.com
cor.stolwijk@ingim.com
cora.bernecker@bremerlandesbank.de
cora.hughes@biam.boi.ie
cora.morren@pggm.nl
cora.mos@nibc.com
coral.martin@hsbcam.com

coralie.benneleck@hshn-securities.com
corbin.chaffin@cpa.state.tx.us
corbinpd@bloomberg.net
corby.robinson@barclaysglobal.com
cord.brannolte@union-panagora.de
cord.hinrichs@feri.de
cord.rodewald@adig.lu
corderorebeca@bancourquijo.com
cordieal@cmcic.fr
cordula.bauss@cominvest-am.com
coreen.simonowicz@alliancebernstein.com
corentin.cam@fortisinvestments.com
corey.benjamin@blackrock.com
corey.galstan@ptsem.edu
corey.means@commercebank.com
corey.schieler.hj54@statefarm.com
corey_r_holeman@vanguard.com
corey_shull@troweprice.com
corey_walsh@bmc.com
corgant@troweprice.com
cori.farwell@uboc.com
cori.krebs@usbank.com
corib.johnson@fafadvisors.com
corie.carlson@janus.com
corin.frost@barclaysglobal.com
corina.bunu@usbank.com
corina.galli@bsibank.com
corina.munoz@pimco.com
corina.scoggins@trs.state.tx.us
corina.wolterbeek@ingim.com
corine.blanc@bnpparibas.com
corine.van.heijningen@mail.ing.nl
corinna.adler@hsh-nordbank.com
corinna.dixon@daiwasectab.ie
corinna.droese@dzbank.de
corinna.traumueller@ubs.com
corinna.yau@aexp.com
corinne.austin@fmr.com
corinne.baudeloche@caam.com
corinne.bizzoni@pgalternative.com
corinne.chaslin@bnpparibas.com
corinne.conry@aig.com
corinne.drogrey@dcmc.creditlyonnais.fr

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| corinne.gaborieau@axa-im.com | cornelia.raif@bnpparibas.com |
| corinne.hentzen@socgen.com | cornelia.raif@citi.com |
| corinne.herledan@caam.com | cornelia.schulze@sparkasse-hannover.de |
| corinne.hill@roggeglobal.com | corneliachoe@gic.com.sg |
| corinne.hofmann@juliusbaer.com | cornelius.bresser@commerzbank.lu |
| corinne.krincek@inginvestment.com | cornelius.klein@oppenheim.de |
| corinne.lewis-reynier@morganstanley.com | cornw@nationwide.com |
| corinne.martin@caam.com | corona@iberagentes.es |
| corinne.martindale@corporate.ge.com | corpfunds@firstvirginia.com |
| corinne.nicollet@sgam.com | corphanou@laiki.com |
| corinne.parlier@bnpparibas.com | corpre@hbk.com |
| corinne.pastor@socgen.com | corradinic@groupcredit.it |
| corinne.rifa-saurel@sgam.com | corrado.bei@capitalia-am.com |
| corinne.robusion@bnpparibas.com | corrado.berlenda@eurosgr.it |
| corinne.spycher@lodh.com | corrado.ciavattini@mpsgr.it |
| corinne.whelan@advantuscapital.com | corrado.cominotto@bgsgr.it |
| corinne_ching@merck.com | corrado.costanzo@saras.it |
| corinne_hill@acml.com | corrado.golxisaporiti@mediobanca.it |
| corinne_morrone@vanguard.com | corrado.j.morellicarroll@aibbny.ie |
| corinne_perkins@acml.com | corrado.jm@tbcam.com |
| cormac.billings@bnpparibas.com | corrado.pachera@bancaprofilo.it |
| cormac.donohoe@ge.com | corrado.rinaldi@meliorbanca.com |
| cormac.kinney@tudor.com | corrado.santini@grupobbva.com |
| cormac.lucey@pioneerinvestments.com | corrado.varisco@bsibank.com |
| cormac.obrien@citi.com | correnzar@bernstein.com |
| cormac.t.treanor@aib.ie | corrie.lough@aegon.co.uk |
| cormac.taggart@commerzbank.com | corrin.drowica@citadelgroup.com |
| cormac.w.heffernan@aib.ie | corrina.lim@cgii.com |
| cormac.weldon@threadneedle.co.uk | corry.geerlings@morganstanley.com |
| cormierd@hmc.harvard.edu | corsoj@cba.com.au |
| cormoneit@munichre.com | corson.maley@himco.com |
| corndorff@payden-rygel.com | cort_ingram@acml.com |
| corne.vanzeijl@sns.nl | cortea.gestora@ibersecurities.es |
| cornel.bruhin@claridenleu.com | cortesi.franco@rahnbodmer.ch |
| cornel.egger@ubs.com | corvino.pasquale@gestielle.it |
| cornelia.demirel@ids.allianz.com | cory.cronin@bnymellon.com |
| cornelia.fischer@lv1871.de | cory.darr@wellsfargo.com |
| cornelia.hahner@dit.de | cory.l.pollock@jpmorgan.com |
| cornelia.holz@fraspa1822.de | cory@incomeresearch.com |
| cornelia.koellmann@db.com | coryell_urban@glenmede.com |
| cornelia.manser@juliusbaer.com | corynne.roux-buisson@bnpparibas.com |
| cornelia.mimietz@dit.de | corys@loopcap.com |
| cornelia.paape@ids.allianz.com | coschaefer@munichre.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

coshea@drkw.com
cosimo.marasciulo@pioneerinvest.it
cosmo@bloomberg.net
cosmo_valente@acml.com
cosorio@banco-privado.pt
cossecl@fhlbcin.com
costa.petrunoff@db.com
costa.vayenas@ubs.com
costantino.peiser@depfa.com
costanzj@fhlbsf.com
costavi@exchange.ml.com
costello.we@tbcam.com
coster@bloomberg.net
costin.bontas@citadelgroup.com
costomer@japan.com
coted@aeltus.com
cothe@allianz.gr
cottrelb@strsoh.org
coughfio@exchange.uk.ml.com
coughlas@anz.com
coulson.rich@principal.com
coulter.wright@agf.com
court.dignan@fmr.com
court.ingraham@alliancebernstein.com
courtenay_sturdevant@newyorklife.com
courtney.concannon@columbiamanagement.com
courtney.eudaly@inginvestment.com
courtney.harmer@bwater.com
courtney.hashimoto@wamu.net
courtney.heard@jpmorgan.com
courtney.hollar@inginvestment.com
courtney.huie@ibtco.com
courtney.salazar@lmginv.com
courtney.villalta@trs.state.tx.us
courtney@cambinv.com
cousins@fhlb-of.com
coviellj@jwseligman.com
cowanfj@ensignpeak.org
cowden.de@mellon.com
cowdenw@wellsfargo.com
cowell@pimco.com
cowlescm@ci.anchorage.ak.us
cox2s@kochind.com

coxad@cba.com.au
coy.baugh@phs.com
coyleme@bernstein.com
coyner@aetna.com
cozzi@gestielle.it
cp@perrycap.com
cpaipanandiker@hcmlp.com
cpalmer@ing-capadv.com
cpalmer@summitbank.com
cpalmieri@bci.it
cpalomba@bcp.it
cpalumbo@sunamerica.com
cpanait@payden-rygel.com
cpanasci@websterbank.com
cpapadopoullos@utendahl.com
cparac@tin.it
cparker@ambac-uk.com
cparker@waddell.com
cparkhur@princeton.edu
cparso@citibank.com
cpash@martincurrie.com
cpatel@blackrock.com
cpaton@britannicasset.com
cpatterson@pictet.com
cpaul-renard@hottinguer-jph.com
cpavaman@grneam.com
cpbergel@bloomberg.net
cpd38@cornell.edu
cpearson@fib.com
cpeel@templeton.com
cpelinsky@jennison.com
cpellegrino@standishmellon.com
cpeluso@us.ibm.com
cpemba@btmna.com
cpengel@bloomberg.net
cpepin@troweprice.com
cperetz@sierraglobal.com
cperilman@angelogordon.com
cperkins@frostbank.com
cperque@worldbank.org
cperry@jhancock.com
cpeters@clinton.com
cpeters@evergreeninvestments.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cpetersen@denveria.com
cpeterson@ftportfolios.com
cpetkiewicz@aztreasury.gov
cpetrin@frk.com
cpetrolati@albertinisim.it
cpett@frk.com
cpezino@frk.com
cpezzini@bloomberg.net
cpfleger@maplepartners.com
cph@capgroup.com
cphcfo@maersk.com
cphcjh@maersk.com
cphifer@fhlbatl.com
cphillips@alaskapermfund.com
cphjbr@maersk.com
cphjwi@maersk.com
cphmsk@maersk.com
cphtankmng@maersk.com
cphxch@maersk.com
cpia@gstreet.com
cpicard@lordabbett.com
cpickering@bloomberg.net
cpieper@guildinvestment.com
cpink@quadrantcapital.com
cpiper@delinvest.com
cpisoni@bsct.ch
cpisupati@metlife.com
cpittman@hcmlp.com
cpittman@prospectsecurities.com
cpizzigoni@credem.it
cpleung@bochk.com
cplister@blaylocklp.com
cplouche@blaylockabacus.com
cpluhar@juliusbaer.com
cplummer@coj.net
cpmccue@bloomberg.net
cpmtransactions@calyon.com
cpncomb@allstate.com
cpohl@anchorcapital.com
cpokemon@kids.com
cpoli@nylim.com
cpomeroy@mmcgrand.com
cpoole@martincurrie.com

cpoon@westernasset.com
cporten@nb.com
cporter@thamesriver.co.uk
cposada@mdsass.com
cpot@kempen.nl
cpothier@chargeurs.fr
cpower@tiaa-cref.org
cpowers@standishmellon.com
cpp@bpi.pt
cpratt@uss.co.uk
cpreston@summitbank.com
cpreyss@williamblair.com
cprice@frk.com
cpriebe@aamcompany.com
cprior@statestreet.com
cprotzko@wellington.com
cpto@bochk.com
cpulido@bancomadrid.com
cpunto@banco-privado.pt
cquallen2@bloomberg.net
cquinn@tiaa-cref.org
cr@capgroup.com
cr38@ntrs.com
cr50@ntrs.com
cr8@americancentury.com
craddis@ppmaerica.com
cradigan@hough.com
cragozzi@cajamadrid.es
craig.a.thompson@jpmorgan.com
craig.allen@wellsfargo.com
craig.ayers@alliancebernstein.com
craig.barton@icap.com
craig.behrens@fortisinvestments.com
craig.berendowski@moorecap.com
craig.beresford@gmacrfc.co.uk
craig.bishop@towersperrin.com
craig.bleiweis@fhlb-pgh.com
craig.blum@tcw.com
craig.bonder@rabobank.com
craig.braun@ge.com
craig.brothers@fmr.com
craig.brown@janus.com
craig.burrell@uboc.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| craig.close@ppmamerica.com | craig.pennington@insightinvestment.com |
| craig.colenso@insightinvestment.com | craig.peters@barclaysglobal.com |
| craig.collins@bailliegifford.com | craig.peters@liberty.co.za |
| craig.dauer@eagleasset.com | craig.r.maxwell@sb.com |
| craig.deadman@db.com | craig.reesey@53.com |
| craig.dewling@prudential.com | craig.rethmeyer@tcw.com |
| craig.dunn@pncbank.com | craig.reynolds@fhlbny.com |
| craig.dylewski@erieinsurance.com | craig.richmond@rothschildbank.com |
| craig.ellinger@ubs.com | craig.russell@db.com |
| craig.engwert@americas.bnpparibas.com | craig.saul@shell.com |
| craig.enright@corporate.ge.com | craig.schiffer@drkw.com |
| craig.fecke@gecapital.com | craig.scholl@lazard.com |
| craig.goldstein@gmam.com | craig.shute@bankofengland.co.uk |
| craig.hardy@huntington.com | craig.simpson@mandg.co.uk |
| craig.harper@sgam.co.uk | craig.smith@ppmamerica.com |
| craig.inches@swip.com | craig.smyth@americo.com |
| craig.ingram@bmo.com | craig.stapleton@advantuscapital.com |
| craig.irving@bailliegifford.com | craig.stobo@btfinancialgroup.com |
| craig.j.weisenberger@columbiamanagement.com | craig.sulzburgh@db.com |
| craig.jacobson@janus.com | craig.tavender@blackrock.com |
| craig.kercho@capitalonebank.com | craig.templer@commerzbank.co.uk |
| craig.keto@pnc.com | craig.varrelman@corporate.ge.com |
| craig.knocke@bbh.com | craig.veysey@swip.com |
| craig.koszewski@xlgroup.com | craig.walling@ubs.com |
| craig.lehman@4086.com | craig.wright@royalbank.com |
| craig.leopold@columbiamanagement.com | craig.yep@lmginv.com |
| craig.leveille@bmo.com | craig.young@bnpparibas.com |
| craig.lindsay@cibc.ca | craig.z.lynch@aib.ie |
| craig.loo@moorecap.com | craig.zedalis@wachovia.com |
| craig.mackenzie@insightinvestment.com | craig_baskin@putnam.com |
| craig.marran@nabasia.com | craig_blessing@ml.com |
| craig.mauermann@micorp.com | craig_boothe@freddiemac.com |
| craig.mcconnell@aberdeen-asset.com | craig_dandurand@calpers.ca.gov |
| craig.mccormack@glgpartners.com | craig_degiacomo@ssga.com |
| craig.mccullough@trs.state.tx.us | craig_e_ruch@victoryconnect.com |
| craig.mcdougall@canadalife.co.uk | craig_goryl@putnam.com |
| craig.mcgeeney@citigroup.com | craig_jubinski@vanguard.com |
| craig.mitchell@aig.com | craig_kohler@scudder.com |
| craig.nauman@schwab.com | craig_nauman@freddiemac.com |
| craig.nix@fcbsc.com | craig_oliver@putnam.com |
| craig.noble@wachovia.com | craig_oliver@ssga.statestreet.com |
| craig.olsen@fcbw.com | craig_orr@ssga.com |
| craig.paton@citadelgroup.com | craig_pinsly@america.hypovereinsbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

craig_rhines@calpers.ca.gov
craig_slater@ssga.com
craig_thiese@troweprice.com
craig_weiner@putnam.com
craig_x_macdonald@standardlife.com
craigcuzmanko@northwesternmutual.com
craigk@tmgny.com
craigresearch@soros.com
craik@bessemer.com
crallo@russell.com
cramos@pobox.upenn.edu
cramos@williamblair.com
cranc@cfm.mc
crao@mfs.com
cratliff@bluebonnetsavings.com
cratliff@lmfunds.com
crau@wfgweb.com
cravariom@gruppocredit.it
crconway@wellington.com
creardon@bloomberg.net
creasonj@pfm.com
creckin@fsa.com
credit@bancaroma.co.uk
credit@dzbank.ie
creditresearch@glgpartners.com
creechj@strsoh.org
creedie2@bloomberg.net
creid@brownadvisory.com
creighton.jue@barclaysglobal.com
crema.federico@sella.it
cremington@eatonvance.com
cremo@shay.com
crenaut@bankofny.com
crenna@copera.org
crennoldson@londonstockexchange.com
crespi.n@mellon.com
cretrum@cwhenderson.com
creyl@pictet.com
creynolds@nb.com
crfortier@metlife.com
crfreiberg@bremer.com
crharvey@leggmason.com
crhis.braendli@bernstein.com

crhuitson@ybs.co.uk
cric@kempen.nl
crichard@loomissayles.com
crichens2@bloomberg.net
crieddle@opers.org
crietscha@btmna.com
criffe@microsoft.com
crinald@templeton.com
cris.santaanaiii@tcw.com
cris_carroll@gap.com
crishell@merctrust.com
crispijn.kooijmans@rabobank.com
crispin.cripwell@baring-asset.com
crispin.finn@csam.com
crispin.henderson@threadneedle.co.uk
crispin.murray@btfinancialgroup.com
crispin.ovenden@bankofengland.co.uk
crispo.mariafrancesca@enel.it
cristian.canis@ruedblass.ch
cristian.ghiuvea@morganstanley.com
cristian.segui@pioneerinvest.com
cristian.terri@bancalombarda.it
cristiana.corno@bancaintesa.it
cristiana.dealessi@moorecap.co.uk
cristiana.giua@intesasanpaolo.com
cristiano.borghi@gestielle.it
cristiano.casini@antonveneta.it
cristiano.castellani@bnlmail.com
cristiano.rinaldi@am.generali.com
cristiano_borean@generali.com
cristin.caufield@ge.com
cristina.barish@blackrock.com
cristina.borsani@snb.ch
cristina.brambilla@st.com
cristina.brizido@cgd.pt
cristina.buonocore@morganstanley.com
cristina.cardellini@gs.com
cristina.castagner@caboto.it
cristina.castoldi@mediobanca.it
cristina.cattaneo@bancaintesa.it
cristina.cue@morganstanley.com
cristina.de.masi@am.generali.com
cristina.gaudenzi@ersel.it

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

cristina.gavin@ibercaja.net

cristina.klinger@ubsw.com

cristina.lege@sanpaoloimi.com

cristina.marini@pioneerinvest.it

cristina.martinez@ibercaja.net

cristina.matti@pioneerinvest.ie

cristina.nunziata@pimco.com

cristina.paltrinieri@intesasanpaolo.com

cristina.pezzati@carifirenze.it

cristina.piedrahita@morganstanley.com

cristina.santa@interdin.com

cristina.siro@pioneerinvest.it

cristina.tapparelli@socgen.co.uk

cristina.y.romero@ge.com

cristina_cam@calpers.ca.gov

cristina_fernandez-alepuz@acml.com

cristoffer.homann@hsh-nordbank.com

cristophe.schaer@bsibank.com

cristy.barton@bankofamerica.com

crivellaro.k@mellon.com

crivera@maidenform.com

crizzi@fondianima.it

crnogorh@ebrd.com

crobert@doley.com

croberts@babsoncapital.com

croberts@ufji.com

crobertson@barbnet.com

crobinson@lordabbett.com

crobinson@tjim.com

crobles@invercaixa.es

crodrig.bbl@bloomberg.net

crodriguez@guzman.com

crodriguez@us.mufg.jp

crogers@bbandt.com

crohrbasser@bper.ch

croig@tiaa-cref.org

cromer_phyllis@fsba.state.fl.us

cronan.km@tbcam.com

cronan@arborcapital.com

croncari@statestreet.com

cronenberghs@swisscap.com

croninkc@wharton.upenn.edu

crooney@bpscapital.com

croos@thamesriver.co.uk

cropext@nyc.deshaw.com

crosenberg@ellington.com

crosley.stokes@lgim.co.uk

croson@blackrock.com

croteau.nathalie@pmintl.ch

crothman@jhancock.com

crowe@loomissayles.com

crowe@metlife.com

crowleym@deshaw.com

croyce@roycenet.com

croyd@anz.com

crozakis@lordabbett.com

crpouillart@wellington.com

crrgen45@comune.roma.it

crs63@cornell.edu

crudbar@ftci.com

cruegemer@metzler.com

cruicka@towers.com

crumpler_amy@fsba.state.fl.us

cruoff@opers.org

crupinski@ag-am.com

cruss@eatonvance.com

crussell@kentuckyfarmersbank.com

crwalters@up.com

cryan@ustrust.com

crystal.hargis@eagleasset.com

crystal.kwok@barclaysglobal.com

crystal.murzynski@erieinsurance.com

crystal.stetzy@nationalcity.com

crystal.wallace@wamu.net

crystal_smith@invesco.com

crystal_staton@freddiemac.com

crystalszu@hncb.com.tw

crz-umeda@nochubank.or.jp

cs.venkatakrishnan@jpmorgan.com

cs@bankinvest.dk

cs@bpi.pt

cs@pmim.com

cs12@ntrs.com

cs21@ntrs.com

cs3@compassbnk.com

cs585@cornell.edu

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| csa@mortgagenetwork.com | csemanuk@tiaa-cref.org |
| csaathoff@ebkgroup.com | cseng@income.com.sg |
| csabol@summitbank.com | csengil@panagora.com |
| csachs@natexisny.com | csenior@tweedy.com |
| csadams@delinvest.com | cseregni@bloomberg.net |
| csales@vector.com.mx | cserpa@ssb.com |
| csalomon@bloomberg.net | cseverson@rwbaird.com |
| csalvadm@cajaamdrid.es | csg82093@glaxowellcome.co.uk |
| csamano@banxico.org.mx | csgoh@mas.gov.sg |
| csammons@bloomberg.net | cshao@lordabbett.com |
| csanchez@creditandorra.ad | cshaw@fhlb-pgh.com |
| csanford@babsoncapital.com | cshea@pilgrimfunds.com |
| csanford@bloomberg.net | csheedy@sarofim.com |
| csanford@delinvest.com | csheets@mt.gov |
| csarna@allstate.com | csheffield@canyonpartners.com |
| csarnicki@tmgchicago.com | cshelton@angelogordon.com |
| csarofim@sarofim.com | csherman@pacent.com |
| csartori@bancasempione.ch | cshi@fhlbc.com |
| csawneyj@bloomberg.net | cshia@westernasset.com |
| csbeck@delinvest.com | cshilling@bloomberg.net |
| csbrooks@provbank.com | cshiung@rockfound.org |
| cscaturo@ftci.com | cshreve@farcap.com |
| cschadt@aegonusa.com | cshufeldt@hbk.com |
| cschaffer@delinvest.com | csi@bok.or.kr |
| cschecter@us.nomura.com | csibley@westernasset.com |
| cscheng@mas.gov.sg | csiege@ingalls.net |
| cschiavone@caxton.com | csiegel@caxton.com |
| cschidlo@bloomberg.net | csimko@wisi.com |
| cschloss@westernasset.com | csinatra@fideuramsgr.it |
| cschmitt@tigerglobal.com | csinger@lmfunds.com |
| cschneider@corpone.org | csinger@meag.com |
| cschneider@rmf.ch | csitu2@bloomberg.net |
| cscholtes@fftw.com | csiu@warburgpincus.com |
| cschott@meag.com | cskoh@mas.gov.sg |
| cschuelein@marchpartners.com | cslarson@spt.com |
| cschweizer@munichre.com | cslaybaugh@jhancock.com |
| cschweizer@pictet.com | csloyer@senecacapital.com |
| cscott@toddinvestment.com | csm@finansbanken.dk |
| cscully@metlife.com | csmart@bankofny.com |
| csearle@bankofny.com | csmckane@bloomberg.net |
| csedlak@lincap.com | csmith@capitaladv.com |
| cseip@bloomberg.net | csmith@orixcm.com |
| cself@deerfieldcapital.com | csmith@scmadv.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| csmith@smithgraham.com | csutherl@princeton.edu |
| csmith@tmgchicago.com | csw@petercam.be |
| csmith4@allstate.com | csw1469@yahoo.co.kr |
| csmith4@metlife.com | csweat@angelogordon.com |
| csoligo@benetton.it | csweeney@jmsonline.com |
| c-sophie@mail.cbc.gov.tw | csweeney1@bloomberg.net |
| csorkin@siebertnet.com | csweeting@templeton.com |
| csorrentino@exchange.ml.com | cswihart@tiberasset.com |
| csosey@bloomberg.net | csylla@allstate.com |
| csotero@finibanco.pt | csylwest@blackrock.com |
| cspencer@fcbnm.com | csymington@metlife.com |
| csperry@frk.com | ct@capgroup.com |
| csremsen@delinvest.com | ctabb@mfs.com |
| css1@ntrs.com | ctafel@tswinvest.com |
| cssiebel@statestreetkc.com | ctang@fftw.com |
| cst1@ntrs.com | ctangjaitrong@delinvest.com |
| cstacey@fftw.com | ctantillo@lordabbett.com |
| cstadnicki@massmutual.com | ctaylor@evergreeninvestments.com |
| cstaehly@wellington.com | ctaylor@russellmellon.com |
| cstanton@btmna.com | ctbnya@aol.com |
| cstassen@princeton.edu | ctc@columbus.com |
| cstavrakos@bloomberg.net | ctc@mn-services.nl |
| csteachout@wellington.com | ctc21101@ctoc.com.tw |
| cstella@teleos.com | ctc21201@ctoc.com.tw |
| cstephens@hbk.com | ctc21202@ctoc.com.tw |
| cstephenson@newstaram.com | ctebo@fhlbc.com |
| csterling3@bloomberg.net | ctegan@bloomberg.net |
| c-steven.park@db.com | ctelling@westernasset.co.uk |
| cstewart@btmna.com | cteng@pacent.com |
| cstewart@federatedinv.com | cteng@worldbank.org |
| cstewart@us.mufg.jp | cterrell@eatonvance.com |
| cstifel@incomeresearch.com | ctfreeman@wellmanage.com |
| cstilian@cajamadrid.es | cth@danskesecurities.com |
| cstodghill@nationalasset.com | ctham@exchange.ml.com |
| cstopa@ncmcapital.com | ctheccanat@smithgraham.com |
| cstopa@smithbreeden.com | cthigpen@protective.com |
| cstorms@rorerasset.com | cthompson@tiaa-cref.org |
| cstorrar@fandc.co.uk | ctigert@cibcmellon.com |
| cstrack@allstate.com | ctlasgs@uclhq.unocal.com |
| csu@westernasset.com | ctlee@mas.gov.sg |
| csuarez@worldbank.org | ctm@capgroup.com |
| csullivan@unfcu.com | ctn@nbim.no |
| csupadulya@bloomberg.net | ctocci@ers.state.tx.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ctodd@standishmellon.com | curt.engler@blackrock.com |
| ctomasini@bsct.ch | curt.hollingsworth@fmr.com |
| ctomassini@bloomberg.net | curt.landtroop@gmam.com |
| ctompkins@mfs.com | curt.rogers@trs.state.tx.us |
| ctong@mas.gov.sg | curt.starer@aberdeen-asset.com |
| ctorrent@invercaixa.es | curt.stauffer@pnc.com |
| ctorres@rccl.com | curt_fintel@ustrust.com |
| ctowle@lordabbett.com | curtis.a.white@jpmorgan.com |
| ctowne@certusmgt.com | curtis.adams@mhcb.co.uk |
| ctritton@newstaram.com | curtis.arledge@blackrock.com |
| ctruran@fult.com | curtis.arledge@wachovia.com |
| ctsagk@nbg.gr | curtis.deane@americas.bnpparibas.com |
| ctsang@btmna.com | curtis.hall@everbank.com |
| ctsang@us.mufg.jp | curtis.jenouri@helaba.de |
| ctseng@fareastnationalbank.com | curtis.lee@inginvestment.com |
| ctsien@teleos.com | curtis.ruoff@barclaysglobal.com |
| ctucker@dsaco.com | curtis.watters@pncbank.com |
| ctuffy1@bloomberg.net | curtis@calpers.ca.gov |
| ctulumen@oyakbank.com.tr | curtis_butler@scudder.com |
| cturner@cambridgeassociates.com | curtisludwick@northwesternmutual.com |
| ctwohig@bankofny.com | curtrohrman@dhja.com |
| ctyler@calstrs.com | curzio.copis@credit-suisse.com |
| cuar@bloomberg.net | curzio.copis@juliusbaer.com |
| cubbagek@aeltus.com | curzon.peier@sgam.co.uk |
| cugwumba@nb.com | custis.margie@principal.com |
| cuishuang@citicbank.com | custody@ensignpeak.org |
| cullenh@bwbank.ie | customer@japan.com |
| cullent@ebrd.com | cutright@cadence.com |
| cullyatt@oppenheimerfunds.com | cv2@americancentury.com |
| cumhur.ornek@denizbank.com | cvaccaro@oppenheimerfunds.com |
| cummingn@brinson.com | cvalentini@bloomberg.net |
| cuneyt.ispir@citizensbank.com | cvalery@groupama-am.fr |
| cunha.leal@bsnp.pt | cvallecillo@santandersecurities.com |
| cuniberti@bloomberg.net | cvanbrunt@standishmellon.com |
| cunning.sa@mellon.com | cvancamp@email.msn.com |
| cunningham.me@mellonequity.com | cvandekerckhove@pictet.com |
| cunningham@jwseligman.com | cvanderbush@roycenet.com |
| cupps@pimco.com | cvanderleest@spfbeheer.nl |
| curetmf@cccm.creditmutuel.fr | cvandervinne@brusselsairlines.com |
| curran.l@tbcam.com | cvanella@tmgchicago.com |
| currencymarkets@alpha.gr | cvantil@ftportfolios.com |
| curt.beaudouin@drkw.com | cvarela@grupobbva.com |
| curt.burns@ppmamerica.com | cvatis@jennison.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| cvazquez@creditandorra.ad | cwebber@kbw.com |
| cvc@capgroup.com | cweiner@orix.com |
| cve@gutzwiller-funds.com | cwelch@westernasset.co.uk |
| cvechhi@bloomberg.net | cwendler@troweprice.com |
| cveintem@tea.state.tx.us | cwerthwine@metlife.com |
| cvest@unibank.dk | cwest@sagitta.co.uk |
| cvialonga@carac.fr | cwh8@columbia.edu |
| cviel@metzler.com | cwheeler@frontierbank.com |
| cvilaythong@ssrm.com | cwhelan@bblusa.com |
| cvillal@frk.com | cwhinery@mfs.com |
| cvillazon@campus.uoc.es | cwikert@hcmlp.com |
| cvincent@williamblair.com | cwil@bgbank.dk |
| cviner@bloomberg.net | cwilliams@loomissayles.com |
| cviscardi@bloomberg.net | cwilliams@perrycap.com |
| cvoelker@blackrock.com | cwilliams1@provident-bank.com |
| cvonroten@bloomberg.net | cwills@troweprice.com |
| cvonturk@pictet.com | cwilmot@bloomberg.net |
| cvorobieff2@bloomberg.net | cwilson@dumac.duke.edu |
| cvq@dodgeandcox.com | cwilson@martincurrie.com |
| cvstarble@statestreet.com | cwilson@stonehill.com |
| cvuolo@credem.it | cwindeyer@spectruminvest.com.au |
| cvuong@bankofthewest.com | cwinkler@aegonusa.com |
| cw@ipf.dk | cwinter@oppenheimerfunds.com |
| cw@wmblair.com | cwittmann@tswinvest.com |
| cw30@ntrs.com | cwmurphy@statestreet.com |
| cwagner@hapoalimusa.com | cwojcik@union-investment.de |
| cwaitt@loomissayles.com | cwolf@oppenheimerfunds.com |
| cwalke@ftci.com | cwolfe@jennison.com |
| cwalker@bloomberg.net | cwolfenden2@bloomberg.net |
| cwalsh@alger.com | cwong@ffw.com |
| cwang@frk.com | cwong@foresters.com |
| cwang@worldbank.org | cwong@oppenheimerfunds.com |
| cward@farcap.com | cwood@denveria.com |
| cward@mfs.com | cwoodruff@dhja.com |
| cward@oaktreecapital.com | cwoods@meag-ny.com |
| cwarren2@bloomberg.net | cwoolford@us.mufg.jp |
| cwashington@fhlbc.com | cwoolridge@blaylocklp.com |
| cwaterworth@pbucc.org | cwoschenko@bbandt.com |
| cwatson@franklintempleton.co.uk | cwpark@kfb.co.kr |
| cwatters@arielcapital.com | cwsmith@thehartford.com |
| cwatts@tigerglobal.com | cwsmith1@optonline.net |
| cwchoi@healthcare.co.kr | cwteng@dbs.com |
| cwebb@wcbarksdale.com | cwu@federatedinv.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

cwyrick@boh.com

cwysong@hbk.com

cwyun@hanabank.com

cxc@columbus.com

cxi@capgroup.com

cxxs@capgroup.com

cy.chen@email.chinatrust.com.tw

cy@citicib.com.cn

cy422.lee@samsung.com

cy5@ntrs.com

cyang1301@mail.cbc.gov.tw

cyanoshi@blackrock.com

cyates@lordabbett.com

cyazgan@worldbank.org

cybele.almeida@ubs.com

cyeary@aegonusa.com

cyee@westernasset.com

cyi@tiaa-cref.org

cyingling@federatedinv.com

cyl@cathaylife.com.tw

cyn@bloomberg.net

cyndie_machadinho@putnam.com

cynthia.beaulieu@phxinv.com

cynthia.bow@db.com

cynthia.chan@hsbc.com

cynthia.cole@allegiantgroup.com

cynthia.corrigan@db.com

cynthia.dempsey@inginvestment.com

cynthia.echevarria@ny.frb.org

cynthia.hartmann@fhlb-pgh.com

cynthia.holloway@alcoa.com

cynthia.j.akagi@conocophillips.com

cynthia.johnson@sscims.com

cynthia.loh@pimco.com

cynthia.m.brown@bnymellon.com

cynthia.meyn@morganstanley.com

cynthia.p.davies@jpmorgan.com

cynthia.paul@soros.com

cynthia.podschuweit@wmam.com

cynthia.r.bell@aibbny.ie

cynthia.racine@bbh.com

cynthia.radelet@degroof.be

cynthia.rainis@moorecap.com

cynthia.ranzilla@gm.com

cynthia.strauss@fmr.com

cynthia.voorhees@axa-im.com

cynthia.walker@pncbank.com

cynthia.x.eng@jpmorgan.com

cynthia_byers@rsausa.com

cynthia_d_wilcox@fleet.com

cynthia_moy@ssga.com

cynthia_rogers@glenmede.com

cynthia_wu@blackrock.com

cynthiabrown@jhancock.com

cynthiac@ruanecunniff.com

cynthiahuang@ms1.hncb.com.tw

cynthialim@gic.com.sg

cynthiang@hsbc.com.hk

cynthiax@seas.upenn.edu

cynthia-xx.chen@aig.com

cyoho@opers.com

cyonker@litchfieldcapital.com

cyoon@hmausa.com

cyorke@cwhenderson.com

cyoshim@frk.com

cyost@lkcm.com

cyoung@metzler.com

cyoung2@templeton.com

cyrielle.peres@dexia.be

cyril.aschenbrenner@jpmchase.com

cyril.benier@axa-im.com

cyril.berchtold@ubs.com

cyril.beriot@sgcib.com

cyril.berner@lodh.com

cyril.c.levy-marchal@jpmorgan.com

cyril.colmont@caam.com

cyril.furtak@barep.com

cyril.geada@bnpparibas.com

cyril.latroche@rabobank.com

cyril.lesmier@barep.com

cyril.louchtchay@calyon.com

cyril.mace@axa-im.com

cyril.notz@credit-suisse.com

cyril.ravilly@fr.thalesgroup.com

cyril.regnat@calyon.com

cyril.tourneur@socgen.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| cyril_derveloy@westlb.com | d.clark@eib.org |
| cyril_malak@putnam.com | d.clemente@hsbc.guyerzeller.com |
| cyril_meijers@deltalloyd.nl | d.curley@fnsllc.com |
| cyrill.voser@juliusbaer.com | d.curling@hermes.co.uk |
| cyrille.collet@cpr-am.fr | d.dalipis@alphatrust.gr |
| cyrille.conseil@pimco.com | d.darbisi@bipielle.it |
| cyrille.robic@clf-dexia.com | d.desaivre@probtp.com |
| cyrille.strugarek@calyon.com | d.dwyer@statestreet.com |
| cyrille.urfer@lodh.com | d.einhorn@fnsllc.com |
| cyrine.tayoubi@uk.nomura.com | d.eriksen@mwam.com |
| cyroh@netvigator.com | d.ewald@frankfurt-trust.de |
| cyrus.jehangir@uk.fid-intl.com | d.fabbro@eib.org |
| cyrus@omega-advisors.com | d.feitzinger@spaengler.at |
| cyrus_dilmaghani@putnam.com | d.field@qic.com |
| cyrus_korat@ml.com | d.finch@hermes.co.uk |
| cyrus_linscott@cguusa.com | d.fowler1@bloomberg.net |
| cyw.em@adia.ae | d.galligan@fordfound.org |
| czagler@bloomberg.net | d.galloni@kairospartners.com |
| czahedi@intesasanpaolo.com | d.girard-soppet@reno.ch |
| czb@capitalglobal.com | d.goodman@mwam.com |
| czehr@ameritas.com | d.grashoff@robeco.nl |
| czeppieri@payden-rygel.com | d.groeneveld@robeco.nl |
| czhang@martincurrie.com | d.guigou@lvmh.fr |
| czhang@payden-rygel.com | d.haesen@robeco.nl |
| czhang@wharton.upenn.edu | d.harrison@hermes.co.uk |
| czhou@halcyonllc.com | d.hazelwood@heineken.com |
| czhu@eatonvance.com | d.hemming@hermes.co.uk |
| czobbi@bloomberg.net | d.hobson@olayan.com |
| czorrilla@fhhlc.com | d.hoey@abc-arbitrage.com |
| czr1@ntrs.com | d.hoozemans@robeco.nl |
| czuelke@voyaguer.net | d.hupfer@donner.de |
| d..@kfhsh.com | d.janik@staedtische.co.at |
| d.acker@bouwfonds.nl | d.jean-jacques@olyangroup.com |
| d.altmann@lcfr.co.uk | d.johnson@naspadub.ie |
| d.bakolas@olayangroup.com | d.kallus@wafra.com |
| d.balaz@bawag.com | d.kitayama@bloomberg.net |
| d.barglow@easternbk.com | d.krammer@3bg.at |
| d.baumgartner@3bg.at | d.lau@qic.com |
| d.bogosian@easternbk.com | d.leeding@hermes.co.uk |
| d.c.blitz@robeco.nl | d.lew@sunamerica.com |
| d.carettoni@cassalombarda.it | d.lillicrap@qic.com.au |
| d.casai@bearbull.ch | d.lussana@italcementi.it |
| d.chatzoudis@robeco.nl | d.lysaght@hermes.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| d.mace@pembrokecm.com | d0203@asahi-life.co.jp |
| d.mcelroy@bipielle.co.uk | d0309@asahi-life.co.jp |
| d.monaco@fmr.com | d2a@americancentury.com |
| d.murphy@naspadub.ie | d2u@americancentury.com |
| d.nash@hermes.co.uk | da@capgroup.com |
| d.nelson@fordfound.org | da1@ntrs.com |
| d.newlands@bspf.co.uk | da45@ntrs.com |
| d.nittelet@naspadub.ie | daan.potjer@uk.abnamro.com |
| d.ottens@dnb.nl | daas@capgroup.com |
| d.patel@hermes.co.uk | dab@nbim.no |
| d.pellizzari@fineco.it | dab@sitinvest.com |
| d.pfund@iam.ch | dabbott@bloomberg.net |
| d.pileri@fineco.it | dabbs@allstate.com |
| d.r.de.ree@indoverbank.com | dabdoub@nbk.com |
| d.rino@bloomberg.net | dabdrakhmanov@eatonvance.com |
| d.roberts@mwam.com | dabees@bloomberg.net |
| d.roff@hermes.co.uk | daberius@bloomberg.net |
| d.rollier@bspf.co.uk | dabiran@koor.com |
| d.roncaglio@bpbfinance.com | dabulin@lnc.com |
| d.ronchetti@olivetti.com | dac.tr@adia.ae |
| d.sheeler@olayangroup.com | dac7@dcx.com |
| d.spurgeon@qic.com | dacevedo@mfs.com |
| d.stanbrook@sumitomotrust.co.jp | dachang@wellington.com |
| d.taylor@fnysllc.com | dachengx@princeton.edu |
| d.uljee@robeco.nl | dachille_douglas@jpmorgan.com |
| d.van.den.berg@hq.vnu.com | daclarke@tiaa-cref.org |
| d.williams@mwam.com | dacollins@wellington.com |
| d.wu@noemail.com | daconnolly@ibtco.com |
| d.zampar@centrobanca.it | dad@bankinvest.dk |
| d.zekrya@mwam.com | dad@capgroup.com |
| d.zoni@barilla.it | dadamczk@massmutual.com |
| d_clanton@duncanw.com | dadams@ambac.com |
| d_gregoris@beutel-can.com | dadams@davenportllc.com |
| d_jaroch@putnam.com | dadan@perrycap.com |
| d_king@comerica.com | dadler@bear.com |
| d_morand@bankaudi.ch | dadler@smithbreeden.com |
| d_roguet@bred.fr | dae_na@freddiemac.com |
| d0132@asahi-life.co.jp | daeho.bang@gs.com |
| d0137@asahi-life.co.jp | daehong@bloomberg.net |
| d0138@asahi-life.co.jp | daehyuck.lim@samsung.com |
| d0139@asahi-life.co.jp | daehyukyoo@hanabank.com |
| d0141@asahi-life.co.jp | daemon.bear@jpmorganfleming.com |
| d0143@asagu-life.co.jp | daesik.kim@morganstanley.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| daewoong.lim@samsung.com | daishi.samuro@mhcb.co.uk |
| daeyong.jeong@scfirstbank.com | daishiniigata@msi.biglobe.ne.jp |
| dafner@princeton.edu | daisuke.a.fujimaki@ims.jti.co.jp |
| dafranchetti@delinvest.com | daisuke.d.kitamura@hsbc.com.hk |
| dafried1@prodigy.net | daisuke.izumine@mizuhocbus.com |
| dag.eide@telenor.com | daisuke.nomoto@columbiamanagement.com |
| dag.em@adia.ae | daisuke.yamamoto@mizuhocbus.com |
| dag.lindskog@dnb.se | daisuke_hirayama@mitsubishi-trust.co.jp |
| dag.linskog@dnbnor.no | daisuke_veno@mitsubishi-trust.co.jp |
| dag.martensson@brummer.se | daisuke-nakamura@am.mufg.jp |
| dag.sletmo@kaupthing.no | daisy.collazo@chase.com |
| dagarcia@bancorio.com.ar | daiva@roxcap.com |
| daglio.da@tbcam.com | daivd.fitzgerald@fmr.com |
| dagmar.alpen@oppenheim.de | daivd.oakes@rentech.com |
| dagmar.baumer@db.con | daiying@bochk.com |
| dagmar.brosch@bhf-bank.com | daizo.motoyoshi@ge.com |
| dagmar.kolaciak@lbbw.de | daj@nbim.no |
| dagmar.kugler@dghyp.de | dak@matrix.com |
| dagmar.mueller@dzbank.de | dak@merganser.com |
| dagmar.mundani@siemens.com | dake.madray@wachovia.com |
| dagmar.nikles@barclaysglobal.com | dakemadray@synovus.com |
| dagmar_lange@westlb.de | daki@uk.danskebank.com |
| dagobert.autering@bmw.de | dakk@kempen.nl |
| dagostino.michael@principal.com | dakr@nykredit.dk |
| dagostino@finmeccanica.it | dakunwoo@dbs.com |
| dagrawal@dcinv.com | dal@nbim.no |
| dagray@pclient.ml.com | dal@ntrs.com |
| dah.pd@adia.ae | dala01@handelsbanken.se |
| dah@capgroup.com | dalals@kia.gov.kw |
| dahawker@leggmason.com | dalalw@kia.gov.kw |
| dahniel.buie@inginvestment.com | dalbani@bancafideuram.it |
| dahnow@alger.com | dalbertson@stephens.com |
| daho03@handelsbanken.se | dalder@sarofim.com |
| dai.fan@prudential.com | dale.albright@columbiamanagement.com |
| dai.ying@icbcleasing.com | dale.albright@morganstanley.com |
| daijianchun@citicib.com.cn | dale.berg@advantuscapital.com |
| daijyu@dl.dai-ichi-life.co.jp | dale.brooksbank@lgim.co.uk |
| daikim123@chbi.co.kr | dale.cross@ers.state.tx.us |
| dainav@bloomberg.net | dale.dominick@pncbank.com |
| dainsworth@babsoncapital.com | dale.edwards@soros.com |
| daira.brunere@bank.lv | dale.hoffmann@usaa.com |
| daire.t.dunne@jpmorganfleming.com | dale.hogan@barclaysglobal.com |
| dairen.beblow@fcc-sca.ca | dale.lawton@wachovia.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dale.levenduski@us.fortis.com | damhave@jyskebank.dk |
| dale.patrick@pacificlife.com | damian.barrera@acml.com |
| dale.ramquist@wamu.net | damian.barrera@alliancebernstein.com |
| dale.richardson@bmo.com | damian.dwan@dillonread.com |
| dale.thomas@insightinvestment.com | damian.evans@marks-and-spencer.com |
| dale_e_hinson@dom.com | damian.geistkemper@aig.com |
| dale_geurts@scudder.com | damian.maroun@ge.com |
| dale_johnson@calpers.ca.gov | damian.oreilly@bt.com |
| dalee@state.nm.us | damian.park@tdsecurities.com |
| dalej@fhlbsea.com | damian.sousa@eagleasset.com |
| dales@aztreasury.gov | damian.stamnes@deshaw.com |
| dalessandro@trefinance.ch | damian.voulo@chase.com |
| dalew@mcm.com | damian.wosnitzka@lbbw.de |
| dalexander@westernasset.com | damian@dsquaretrading.com |
| dalfred@loomissayles.com | damian_debellotte@newton.co.uk |
| dalfred@merctrust.com | damian_devellotte@newton.co.uk |
| dalgarin@perrycap.com | damian_fernandes@manulifeusa.com |
| dalia.stanikaite@agf.fr | damiano.fusina@cattolicaassicurazioni.it |
| dalia@bi.go.id | damicoj@vankampen.com |
| daliakopoulos.stavros@nbg.gr | damien.buggy@csam.com |
| dalibor.jarnevic@dws.com | damien.carde@lehman.com |
| dalibor.maksimovic@ubs.com | damien.favre@hsbcpb.com |
| dalila@bnm.gov.my | damien.hennessy@hsbcam.com |
| dallaire@mfs.com | damien.kearney@investecmail.com |
| dallan@petro-canada.ca | damien.kohler@bnpparibas.com |
| dallan@swissca.co.uk | damien.maisonniac@axa-im.com |
| dallas.webb@swissfirst.ch | damien.martin@sudouest.banquepopulaire.fr |
| dallas_stone@calpers.ca.gov | damien.newell@glgpartners.com |
| dalleaume@bcif.fr | damien.petit@degroof.lu |
| dallen@denver.k12.co.us | damien.pommier@cnce.caisse-epargne.fr |
| dallen@itsmarta.com | damien-stamnes@deshaw.com |
| dallen15@bloomberg.net | damiller@provbank.com |
| daltom@jwseligman.com | damir.delic@kbcaim.com |
| dalton@apolloic.com | damir.durkovic@hcmny.com |
| dalvarado@westernasset.com | damir.poje@db.com |
| daly@ae-gis.com | dammirato@lmcm.com |
| dam@gruss.com | damodareny@fhlbcin.com |
| dam@sitinvest.com | damon.benedict@fmr.com |
| damali.brown@morganstanley.com | damon.delmonte@thehartford.com |
| dambarus@intesasanpaolo.us | damon.hall@aiminvestments.com |
| damble@penncapital.com | damon.kanakis@citadelgroup.com |
| damcinty@ibtco.com | damorell@omega-advisors.com |
| dameris@perrycap.com | dan.amar1@mailpoalim.co.il |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dan.atack@bmo.com | dan.jenkins@swib.state.wi.us |
| dan.baginski@gsocap.com | dan.jexin@danskebank.se |
| dan.baxter@tudor.com | dan.johnson@citadelgroup.com |
| dan.berger@ubs.com | dan.jong@moorecap.com |
| dan.bergman@afa.se | dan.kale@tcw.com |
| dan.berkery@ubs-oconnor.com | dan.koontz@aig.com |
| dan.blum@glgpartners.com | dan.kramer@ussocgen.com |
| dan.breslin@lazard.com | dan.lane@bankofamerica.com |
| dan.bunnell@citadelgroup.com | dan.layton@jpmorgan.com |
| dan.byrnes@aamcompany.com | dan.lee@tudor.com |
| dan.camenietzki@rbc.com | dan.lepre@ppmamerica.com |
| dan.carter@ocas.com | dan.lowrie@huntington.com |
| dan.cavender@fhlb.com | dan.lustig@lloydstsb.co.uk |
| dan.chamby@blackrock.com | dan.lyons@janus.com |
| dan.christiana@fhlb-pgh.com | dan.malkoun@moorecap.com |
| dan.chung@kemper.com | dan.malouff@bankofamerica.com |
| dan.collins@mortgagefamily.com | dan.manghirmalani@db.com |
| dan.collins@usa.dupont.com | dan.mantini@socgen.com |
| dan.crawford@motoristsgroup.com | dan.maples@inginvestment.com |
| dan.czmer@cbcf-net.com | dan.mcauley@blackrock.com |
| dan.denbow@usaa.com | dan.mcginn@commerzbank.com |
| dan.dubrow@ubs.com | dan.mcmullen@fmr.com |
| dan.dujmic@micorp.com | dan.miller@funb.com |
| dan.e.weber@usa.dupont.com | dan.murphy@norcap.com |
| dan.falkeborn@alfredberg.se | dan.murphy@us.cibc.com |
| dan.fein@citadelgroup.com | dan.neuger@aig.com |
| dan.franks@raymondjames.com | dan.nichols@omam.co.uk |
| dan.fredriksson@lansforsakringar.se | dan.norman@inginvestment.com |
| dan.gallagher@honeywell.com | dan.o'connell@columbiamanagement.com |
| dan.gavin@mortgagefamily.com | dan.o'donnell@uk.fid-intl.com |
| dan.gold@db.com | dan.olkowski@norcap.com |
| dan.green@db.com | dan.policy@morganstanley.com |
| dan.guilbert@hartfordlife.com | dan.popowics@53.com |
| dan.hagen@peregrinecapital.com | dan.potratz@abbott.com |
| dan.hambrick@nordea.com | dan.purser@aig.com |
| dan.hanson@blackrock.com | dan.pursur@aig.com |
| dan.hayes@calvert.com | dan.raghoonundon@morganstanley.com |
| dan.henry@rainierfunds.com | dan.ransenberg@barclaysglobal.com |
| dan.hess@fhlbtopeka.com | dan.reed@lionhartusa.net |
| dan.hess@sunlife.com | dan.rice@blackrock.com |
| dan.hudson@gmam.com | dan.riff@janus.com |
| dan.ison@threadneedle.co.uk | dan.roberts@mackayshields.com |
| dan.janki@ge.com | dan.rosenbaum@barclaysglobal.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dan.rosenberg@mailpoalim.co.il | dan_johansson@putnam.com |
| dan.rosenblatt@juliusbaer.com | dan_kadlec@timemagazine.com |
| dan.rouse@jpmorgan.com | dan_kiefer@calpers.ca.gov |
| dan.royal@janus.com | dan_kostaroff@vanguard.com |
| dan.ruchti@vontobel.ch | dan_leonard@den.invesco.com |
| dan.sang@sgcib.com | dan_luchansky@ml.com |
| dan.savyckyj@baring-asset.com | dan_mainolfi@conning.com |
| dan.scherman@janus.com | dan_mo@ssga.com |
| dan.schiff@tudor.com | dan_mooney@america.hypovereinsbank.com |
| dan.scholl@us.schroders.com | dan_morehead@tigerfund.com |
| dan.sheehan@corporate.ge.com | dan_mules@westlb.co.uk |
| dan.shoenholz@ubs.com | dan_nordby@acml.com |
| dan.sido@harrisbank.com | dan_peirce@ssga.com |
| dan.sim@pioneerinvest.com | dan_petrisko@dpimc.com |
| dan.smith@sterlingsavings.com | dan_rich@championsaysyes.com |
| dan.statsick@53.com | dan_russo@ml.com |
| dan.su@icbc.com.cn | dan_schick@troweprice.com |
| dan.suesskind@teva.co.il | dan_smith@freddiemac.com |
| dan.sullivan@us.schroders.com | dan_stachel@ssga.com |
| dan.sweet@morganstanley.com | dan_stroot@nacm.com |
| dan.underhill@jpmorganfleming.com | dan_zheng@ml.com |
| dan.urchell@citadelgroup.com | dana.bucher@rmf.ch |
| dan.vaughan@threadneedle.co.uk | dana.burns@aig.com |
| dan.w.caldwell@bankofamerica.com | dana.burns@morganstanley.com |
| dan.whitney@53.com | dana.chesterman@wellsfargo.com |
| dan.zaldivar@allstate.com | dana.croswhite@jpmorgan.com |
| dan.zynda@wachovia.com | dana.dee@pacificlife.com |
| dan@baupost.com | dana.deusing@amgam.de |
| dan@idontknow.com | dana.hedges@inginvestment.com |
| dan@ikos.com.cy | dana.jensen@barclaysglobal.com |
| dan@sbsi.com | dana.johanson@usbank.com |
| dan@trsl.state.la.us | dana.krause-garcia@kfw.de |
| dan@wasatchadvisors.com | dana.linker@morganstanley.com |
| dan_bienvenue@calpers.ca.gov | dana.lockhart@airbus.com |
| dan_bouchard@statestreet.com | dana.nason@drkw.com |
| dan_csuma@scudder.com | dana.radu@interbrew.com |
| dan_dugan@freddiemac.com | dana.smidova@cnb.cz |
| dan_ellecamp@homestake.com | dana.stephens@wellsfargo.com |
| dan_gavin@fmgc.com | dana.waglione@fhlbny.com |
| dan_greenspan@manulife.com | dana.wing@columbiamanagement.com |
| dan_isaac@conning.com | dana_d_hobbs@fmgc.com |
| dan_j_clarke@comerica.com | dana_moore@ldn.invesco.com |
| dan_janowiak@nacm.com | dana_ryback@freddiemac.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

dana_s_berkley@key.com

danaiar@bot.or.th

danclose@bloomberg.net

dandan.zhu@wamu.net

dan-david.golla@hsh-nordbank.com

danderson-bassey@kio.uk.com

dandres@delinvest.com

dandria@bancodisicilia.it

dane.k.commissiong@bob.hsbc.com

dane.kamin@commercebank.com

dane.leone@alliancebernstein.com

dane.smith@funb.com

dane_d'alessandro@freddiemac.com

dane02@handelsbanken.no

dang.cominh@labanquepostale-am.fr

dang@dicksteinlp.com

dang@fhlbsea.com

danguilm@denveria.com

daniel.a.moore@usa.dupont.com

daniel.acevedo@db.com

daniel.aidan@bred.fr

daniel.albrecht@juliusbaer.com

daniel.almeida@inginvestment.com

daniel.alonso@ubs.com

daniel.amaral@caixabi.pt

daniel.andemeskel@ui-gmbh.de

daniel.andrade@bbh.com

daniel.aregger@credit-suisse.com

daniel.azrin@lmginv.com

daniel.b.boorstein@bankofamerica.com

daniel.baillet@tres.bnc.ca

daniel.balkenhol@ksk-koeln.de

daniel.banks@morgankeegan.com

daniel.barcelo@moorecap.com

daniel.barkan@db.com

daniel.barrett@citadelgroup.com

daniel.barry@pioneerinvest.ie

daniel.baum@hsbcrepublic.com

daniel.beary@mondrian.com

daniel.beckmann@inginvestment.com

daniel.behrend@pncbank.com

daniel.benin@axa-im.com

daniel.benz@zkb.ch

daniel.bergstresser@barclaysglobal.com

daniel.berner@sl-am.com

daniel.biedermann@swissfirst.ch

daniel.bieri@suva.com

daniel.bjork@seb.se

daniel.blesi@claridenleu.com

daniel.bley@abnamro.com

daniel.bloom@ubs.com

daniel.bloomgarden@alliancebernstein.com

daniel.bochsler@juliusbaer.com

daniel.borer@lgt.com

daniel.borgeois@ibtco.com

daniel.bowers@moorecap.com

daniel.brachfeld@jpmorgan.com

daniel.brem@credit-suisse.com

daniel.brewer@rainierfunds.com

daniel.briesemann@cominvest-am.com

daniel.bromstad@truscocapital.com

daniel.brookman@barcap.com

daniel.brown@micorp.com

daniel.bruehwiler@vontobel.ch

daniel.bruesch@bnpparibas.com

daniel.brupbacher@credit-suisse.com

daniel.buerki@zkb.ch

daniel.burki@zkb.ch

daniel.buser@akb.ch

daniel.byrne@micorp.com

daniel.callahan@commercebank.com

daniel.camejo@philips.com

daniel.campbell@tudor.com

daniel.capocci@rlam.co.uk

daniel.carlucci@qmassociates.com

daniel.carter@gs.com

daniel.cashion@moorecap.com

daniel.cavargna@bsibank.com

daniel.chapuis@ap1.se

daniel.chen@blackrock.com

daniel.chodos@morganstanley.com

daniel.chorba@pnc.com

daniel.chouchane@helaba.de

daniel.cohen@axa-im.com

daniel.cole@columbiamanagement.com

daniel.collins@mortgagefamily.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

daniel.comeau@fmr.com
daniel.cook@whartonco.com
daniel.crews@state.tn.us
daniel.cugni@sgi.com
daniel.dahlin@dnbnor.com
daniel.daub@t-mobile.net
daniel.davis@glgpartners.com
daniel.debernardis@swisslife.ch
daniel.demeeus@fortisbank.com
daniel.deroubaix@sgam.com
daniel.devine@fhlbboston.com
daniel.dewar@axa-im.com
daniel.diaz@ubs.com
daniel.dow@avmltd.com
daniel.dubach@ch.abb.com
daniel.dufresne@citadelgroup.com
daniel.dupont@fmr.com
daniel.eckhardt@rzb.at
daniel.edelman@ubs.com
daniel.egger.2@claridenleu.com
daniel.elias@tdsecurities.com
daniel.ellis@hsbcpb.com
daniel.endrikat@dws.de
daniel.eriksson@fip.se
daniel.errington@landg.com
daniel.escobar@db.com
daniel.espineira@juliusbaer.com
daniel.etter@ubs.com
daniel.eustaquio@inginvestment.com
daniel.fabbri@ubs.com
daniel.fabry@credit-suisse.com
daniel.falk@nordea.com
daniel.farren@tudor.com
daniel.fernandez@juliusbaer.com
daniel.fernandez-cos@aig.com
daniel.ferraro@ubsw.com
daniel.fiandaca@fmr.com
daniel.fingleton@moorecap.com
daniel.fleishman@blackrock.com
daniel.fontannaz@ca-suisse.com
daniel.forde@morganstanley.com
daniel.franc@csfb.com
daniel.franc@rmf.ch

daniel.friedman@morganstanley.com
daniel.fromage@jpmorgan.com
daniel.g.robinson@jpmorgan.com
daniel.gaechter@credit-suisse.com
daniel.gallagher@bnymellon.com
daniel.gallegos@barclaysglobal.com
daniel.gasser@credit-suisse.com
daniel.gebhart@bnymellon.com
daniel.geistodt-kiener@alcatel.fr
daniel.gerhardy@nordlb.com
daniel.gilbert@pioneerinvestments.com
daniel.gilley@aberdeen-asset.com
daniel.gloor@assetmanagement.za.ch
daniel.gomez.09@dartmouth.edu
daniel.grasman@bernstein.com
daniel.grau@claridenleu.com
daniel.grnier@bnpgroup.com
daniel.grueneisen@vontobel.ch
daniel.guenther@zkb.ch
daniel.gunther@zkb.ch
daniel.hagmann@us.abb.com
daniel.hammar@ubs.com
daniel.hanbury@igfgam.com
daniel.hanson@blackrock.com
daniel.hardt@db.com
daniel.harris@nuveen.com
daniel.hass@mailpoalim.co.il
daniel.hauser@lukb.ch
daniel.heath@gibuk.com
daniel.hemmant@uk.abnamro.com
daniel.henriques@gs.com
daniel.herbera@sgam.com
daniel.hewitt@alliancebernstein.com
daniel.hines@csam.com
daniel.hobbs@moorecap.com
daniel.hobster@fortisinvestments.com
daniel.hoffmann@lbbw.de
daniel.hoinacki@moorecap.com
daniel.holman@db.com
daniel.holtz@db.com
daniel.holtzman@bankofamerica.com
daniel.hostettler@bcge.cg
daniel.huber@juliusbaer.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| daniel.hung@aig.com | daniel.kuhn@juliusbaer.com |
| daniel.hutter@suva.ch | daniel.kums@commerzbank.com |
| daniel.hyman@pimco.com | daniel.kyritsis@arrowpointcap.com |
| daniel.ineichen@rmf.ch | daniel.l.boncarosky@columbiamanagement.com |
| daniel.isler@bcv.ch | daniel.l.lee@wellsfargo.com |
| daniel.ison@threadneedle.co.uk | daniel.laguibre@bnpparibas.com |
| daniel.j.egan@dartmouth.edu | daniel.lakic@hypointernational.com |
| daniel.j.higgins@exxonmobil.com | daniel.langenegger@lgt.com |
| daniel.j.macauley@goodbody.ie | daniel.larochelle@pnc.com |
| daniel.j.richards@jpmorgan.com | daniel.lawrence@citadelgroup.com |
| daniel.j.sleep@jpmorgan.com | daniel.leimbach@usaa.com |
| daniel.j.williams@jpmorgan.com | daniel.lenhard@lodh.com |
| daniel.j.ziluca@bofasecurities.com | daniel.lenz@schroders.com |
| daniel.jacoby@saarlb.de | daniel.leon@axa-im.com |
| daniel.jakowitsch@bawag.com | daniel.lieman@fmr.com |
| daniel.james@lloydstsb.co.uk | daniel.lienhard@ubs.com |
| daniel.james@uk.abnamro.com | daniel.lim@aberdeen-asset.com |
| daniel.janssen@oppenheim.de | daniel.limkb@uobgroup.com |
| daniel.jeseneg@claridenleu.com | daniel.linzmeier@union-panagora.de |
| daniel.jetton@isisam.com | daniel.llambias@bancogalicia.com.ar |
| daniel.jorge@dekabank.de | daniel.lomelino@nuveen.com |
| daniel.juncker@lrp.de | daniel.lowther@glgpartners.com |
| daniel.kalt@ubs.com | daniel.lutz@ubs.com |
| daniel.kang@asia.ing.com | daniel.lynch@citadelgroup.com |
| daniel.keane@pncbank.com | daniel.lysik@pnc.com |
| daniel.kelley@fmr.com | daniel.m.fein@morganstanley.com |
| daniel.kelly@sgcib.com | daniel.m.gelfand@jpmorgan.com |
| daniel.kerbach@activest.de | daniel.m.kleiman@jpmorgan.com |
| daniel.keris@fortis.lu | daniel.m.petruzzi@usa.dupont.com |
| daniel.kieber@lgt.com | daniel.madison@fmr.com |
| daniel.kim@sumitomotrust.co.jp | daniel.mahony@morganstanley.com |
| daniel.king@lgim.co.uk | daniel.manz@ubs.com |
| daniel.kluge@ikb-cam.de | daniel.martin@inginvestment.com |
| daniel.klusmann@morleyfm.com | daniel.mason@moorecap.co.uk |
| daniel.knauer@juliusbaer.com | daniel.mathis@credit-suisse.com |
| daniel.knuchel@aam.ch | daniel.mattio@citadelgroup.com |
| daniel.koenig@ubs.com | daniel.matviyenko@ubs.com |
| daniel.kowalski@fmr.com | daniel.mayston@barclaysglobal.com |
| daniel.kramer@dws.com | daniel.mcfetrich@fidelityinternational.com |
| daniel.kremer@oppenheim.de | daniel.mcgovern@morganstanley.com |
| daniel.kremer@ubs.com | daniel.mckernan@aegon.co.uk |
| daniel.krimholtz@barclays.co.uk | daniel.mckernan@blackrock.com |
| daniel.kuehne@vontobel.ch | daniel.mcmillan@investecmail.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

daniel.medak@wamu.net
daniel.melnyk@corporate.ge.com
daniel.meyer@cic.ch
daniel.meyer@zkb.ch
daniel.mezenen@credit-suisse.com
daniel.michalow@deshaw.com
daniel.mitental@helaba.de
daniel.moerler@lgt.com
daniel.mon@inginvestment.com
daniel.montoya@bbh.com
daniel.morillo@barclaysglobal.com
daniel.moskey@phxinv.com
daniel.mouen@axa-im.co.uk
daniel.muff@zkb.ch
daniel.mundy@nationwide.co.uk
daniel.murphy@ubs-oconnor.com
daniel.murray@gm.com
daniel.n.briggs@jpmorganfleming.com
daniel.nageler@oenb.at
daniel.neumann@blackrock.com
daniel.ng@bnpparibas.com
daniel.ng@hvbasia.com
daniel.nikaiyn@pimco.com
daniel.nikolovski@aigpb.com
daniel.novotny-farkas@rzb.at
daniel.nyffeler@rbscoutts.com
daniel.o.mosca@aexp.com
daniel.oakes@lazard.com
daniel.oet@mbczh.ch
daniel.ong@dfafunds.com
daniel.oros@gs.com
daniel.p.docter@intel.com
daniel.pagnon@caam.com
daniel.pailler@axa-im.com
daniel.palmer@cis.co.uk
daniel.pass@ubs.com
daniel.pavlinik@tcw.com
daniel.pelletier@tudor.com
daniel.philips@citadelgroup.com
daniel.philips@ubs.com
daniel.philps@mondrian.com
daniel.phipps@morganstanley.com
daniel.pietrzak@db.com

daniel.pires@santander.pt
daniel.poole@nationalcity.com
daniel.porter@janus.com
daniel.porter@mackayshields.com
daniel.posner@deshaw.com
daniel.post@gwl.com
daniel.pradilla@reemtsma.de
daniel.probst@ba-ca.com
daniel.pyc@barep.com
daniel.quilliot@sgcib.com
daniel.r.wakely@jpmchase.com
daniel.ram@tdsecurities.com
daniel.rasmussen@bwater.com
daniel.ravizza@bull.net
daniel.raynor@nationalcity.com
daniel.redmond@fhlbboston.com
daniel.rempfler@ubs.com
daniel.reynolds@rbc.com
daniel.richards@fmglobal.com
daniel.richner@lodh.com
daniel.rijs@dsm.com
daniel.riveira@mizuhocbus.com
daniel.roberts@uk.fid-intl.com
daniel.roelfsema@nl.abnamro.com
daniel.rohner@zkb.ch
daniel.rossacher@zugerkb.ch
daniel.rueedi@claridenleu.com
daniel.s.kim@jpmorgan.com
daniel.s.kohn@jpmorganfleming.com
daniel.sacks@investecmail.com
daniel.saieh@barclaysglobal.com
daniel.salter@db.com
daniel.saner@stg.ch
daniel.schattke@hsh-nordbank.com
daniel.schawalder@lgt.com
daniel.schefer@credit-suisse.com
daniel.schimel@prudential.com
daniel.schlauri@hugokahn.ch
daniel.schmid@gkb.ch
daniel.schmidt@bankgesellschaft.de
daniel.schmitt@credit-suisse.com
daniel.schmotolocha@siemens.com
daniel.schnyder@georgfischer.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| daniel.schnyder@juliusbaer.com | daniel.t.hu@jpmorganlfeming.com |
| daniel.schwaab@commerzbank.com | daniel.t.lynch@dartmouth.edu |
| daniel.segal@thehartford.com | daniel.taylor@aberdeen-asset.com |
| daniel.seigle@aiminvestments.com | daniel.teed@pncbank.com |
| daniel.senecal@phxinv.com | daniel.terio@fmr.com |
| daniel.shannon@blackrock.com | daniel.thernize@truscocapital.com |
| daniel.shashoua@credit-suisse.com | daniel.thorogood@prudential.com |
| daniel.shaykevich@blackrock.com | daniel.ting@deshaw.com |
| daniel.shea@ubs.com | daniel.tm.green@chase.com |
| daniel.sheard@augustus.co.uk | daniel.treichler@zkb.ch |
| daniel.sheppard@db.com | daniel.tremblay@fmr.com |
| daniel.sherwood@fmr.com | daniel.tse@bbh.com |
| daniel.sibley@statestreet.com | daniel.tubbs@blackrock.com |
| daniel.sigai@impaccompanies.com | daniel.tubbs@wmam.com |
| daniel.silver@bbh.com | daniel.uk.robinson@chase.com |
| daniel.simpson@barclaysglobal.com | daniel.utiger@csam.com |
| daniel.skelton@americo.com | daniel.vandivort@robecoinvest.com |
| daniel.smith@paretopartners.com | daniel.veiner@barclaysglobal.com |
| daniel.smith@raiffeisen.ch | daniel.vert@cdn.fr |
| daniel.smith@rbccm.com | daniel.vock@aaa-net.com |
| daniel.sommerer@national-bank.de | daniel.voisey@tractebel.be |
| daniel.sowho@ubs.com | daniel.vonallmen@lgt.com |
| daniel.spichiger@lodh.com | daniel.w.eichelberger@wachovia.com |
| daniel.spiller@usbank.com | daniel.waeber@juliusbaer.com |
| daniel.stalder@juliusbaer.com | daniel.wang@wachovia.com |
| daniel.stampfli@credit-suisse.com | daniel.waters@morganstanley.com |
| daniel.stanley@usbank.com | daniel.weber@aigpb.com |
| daniel.stecklein@xlgroup.com | daniel.weidlich@rbsgc.com |
| daniel.stegmeier@axa-im.com | daniel.weiss@novartis.com |
| daniel.steiner@cbve.com | daniel.weisskopf@commerzbank.ch |
| daniel.steiner@juliusbaer.com | daniel.wendin@seb.se |
| daniel.stern@highbridge.com | daniel.west@insightinvestment.com |
| daniel.stevens@boh.com | daniel.widmer@cial.ch |
| daniel.stewart@huntington.com | daniel.wieder@morganstanley.com |
| daniel.stoessl@bawagpskfonds.at | daniel.willey@citigroup.com |
| daniel.stolbof@morganstanley.com | daniel.willison@gs.com |
| daniel.strauss@spinnakercapital.com | daniel.wiser@jennicie.ch |
| daniel.strumphler@abnamro.com | daniel.wittmer@ruedblass.ch |
| daniel.stuber@credit-suisse.com | daniel.wong@ngc.com |
| daniel.suetterlin@publica.ch | daniel.wong@westernasset.com |
| daniel.sun@nuveen.com | daniel.wuermli@swissca.ch |
| daniel.t.brown@ubs.com | daniel.wuermli@swisscanto.ch |
| daniel.t.dismukes@jpmchase.com | daniel.x.seon@jpmchase.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

daniel.x.thomas@jpmorgan.com
daniel.y.sohng@db.com
daniel.z.smith@jpmorgan.com
daniel.zbyvatel@uboc.com
daniel.ziegler@dit.de
daniel.zuercher@zkb.ch
daniel@dhja.com
daniel@nebomanagement.com
daniel@tmihk.com
daniel@wooribank.com
daniel_andris@swissre.com
daniel_baker@americancentury.com
daniel_beaudry@putnam.com
daniel_brawdy@fanniemae.com
daniel_c@mtbcny.com
daniel_c_bradford@fanniemae.com
daniel_chang@ms77.url.com.tw
daniel_choquette@putnam.com
daniel_conroy@conningcapital.com
daniel_cunningham@ustrust.com
daniel_dunn@msdw.com
daniel_f_gibbons@bankone.com
daniel_flax@troweprice.com
daniel_gelinas@swissre.com
daniel_glickman@nylim.com
daniel_goldberg@ml.com
daniel_gould@ustrust.com
daniel_grana@putnaminv.com
daniel_groleau@swissre.com
daniel_hannemann@ssga.com
daniel_iscra@notes.ntrs.com
daniel_j_hollenbeck@putnam.com
daniel_j_jacoby@key.com
daniel_kk_chan@hkma.gov.hk
daniel_klim@putnam.com
daniel_ko@putnam.com
daniel_koepfer@swissre.com
daniel_larochelle@ml.com
daniel_lens@banvenez.com
daniel_loughney@acml.com
daniel_lui@bat.com
daniel_mandel@freddiemac.com
daniel_martino@troweprice.com

daniel_mauer@cargill.com
daniel_moore@scotiacapital.com
daniel_murphy@conseco.com
daniel_nuxoll@freddiemac.com
daniel_payne@ustrust.com
daniel_philippe@accor.fr
daniel_robbins@acml.com
daniel_ross@keybank.com
daniel_rudnitsky@acml.com
daniel_ruiz@ml.com
daniel_s@thamesriver.co.uk
daniel_s_wilson@keybank.com
daniel_siegel@aimcapital.com
daniel_sullivan@vanguard.com
daniel_sun@swissre.com
daniel_tsai@freddiemac.com
daniel_w_wallick@vanguard.com
daniel_wallick@vanguard.com
daniel_white@newton.co.uk
daniel_williams@ssga.com
daniel_williams@ustrust.com
daniela.brechtel@credit-suisse.com
daniela.finocchio@bpm.it
daniela.giberti@sanpaoloimi.com
daniela.gili@credit-suisse.com
daniela.kebbekus@helaba.de
daniela.kuehl@hsh-nordbank.com
daniela.mardarovici@harrisbank.com
daniela.marder@ubs.com
daniela.martin@db.com
daniela.mattausch@siemens.com
daniela.meier@uk.abnamro.com
daniela.mohaupt@kfw.de
daniela.rodriguez-valer@ubs.com
daniela.rodriquez-valer@ubs.com
daniela.schoeb@vontobel.ch
daniela.serra@bper.it
daniela.steinbrinkmattei@ubs.com
daniela.trutz@sachsenlb.de
daniela.uhlik-kliemstein@rcm.at
daniela.vitti@mpsgr.it
daniela.witkoski@lbb.de
daniela_kriegenburg@standardlife.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

danielau@mas.gov.sg
danielchoy@bloomberg.net
danielcozzi@aig.com
daniele.albarin@dexia-crediop.it
daniele.barone@juliusbaer.com
daniele.barthelemy@dexia-am.com
daniele.benatoff@gs.com
daniele.beretta@gestielle.it
daniele.bottolo@eurosgr.it
daniele.candiani@ikb.de
daniele.caporaletti@bnlmail.com
daniele.carabini@carisp.sm
daniele.caroni@bancaprofilo.it
daniele.cassarino@bancaintesa.it
daniele.chekroun@axa-im.com
daniele.cometto@ubs.com
daniele.crivellini@steinonline.it
daniele.dolci@intesasanpaolo.com
daniele.donahoe@columbiamanagement.com
daniele.falck@bdg.ch
daniele.fox@lombardachina.com
daniele.grilli@ersel.it
daniele.grimaldi@bancaprofilo.it
daniele.leccacorvi@pioneerinvest.it
daniele.lombardo@ch.abnamro.com
daniele.marvulli@am.generali.com
daniele.paglia@csam.com
daniele.patti@allianzgi.de
daniele.pellegrino@ubibanca.it
daniele.pirondini@banca.mps.it
daniele.polverino@lgt.com
daniele.rezzonico@hsbcpb.com
daniele.russo@nab.ch
daniele.savare@arcafondi.it
daniele.tedesco@zkb.ch
daniele.turchi@mpsgr.it
daniele.ughi@eni.it
daniele.vecchi@panalpina.com
daniele.zujani@arcafondi.it
danielg@mcm.com
danielh@constitutioncorp.org
danieljchang@gmail.com
danieljudge@gic.com.sg

danielk@azasrs.gov
danielknuth@northwesternmutual.com
daniella.steenbergen@nibcapital.com
daniella_gordon@acml.com
daniellau@mas.gov.sg
danielle.aoki@highbridge.com
danielle.bragg@gartmore.com
danielle.cassidy@ubs.com
danielle.ferry@aig.com
danielle.kateb@longview-partners.com
danielle.nunes@bcb.gov.br
danielle.trichilo@jpmorgan.com
danielle.vitagliano@fmr.com
danielle.wolstromer@prudential.com
danielle@mginvestors.com
danielle_calloway@freddiemac.com
danielle_johnson@freddiemac.com
danielle_vissers@fanniemae.com
daniellezabala@tdwaterhouse.com
daniellzw@bloomberg.net
danielmassey@hsbc.com
danielmeehan@northwesternmutual.com
danielong@mwamllc.com
danielp@hbss.com
danielrose@gic.com.sg
danielrowland@quilter.co.uk
daniels.wg@mellon.com
daniels_cicely@fsba.state.fl.us
danielsauer@northwesternmutual.com
danielstier@northwesternmutual.com
danieltan@gic.com.sg
daniel-ze.meier@ubs.com
daniil_bunimovich@scotiacapital.com
daniil_taytsel@scudder.com
danika.oneal@postbank.de
danila.kelly@bsibank.com
danilo.grossi@bancaetruria.it
danilo.maggetti@sarasin.ch
danilo.onorino@glgpartners.com
danilo.rippa@glgpartners.com
danilo.zanetti@zkb.ch
daniloff@seic.com
danireda@aol.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| danjulka@northwesternmutual.com | danyelle.guyatt@db.com |
| danko.turic@usbank.com | dao_lagger@ml.com |
| danl@migdal-group.co.il | daol04@handelsbanken.se |
| danl@msfi.com | dapeng.hu@blackrock.com |
| danlong@bankofnewyork.com | daphne.adams@db.com |
| danlynch@cisco.com | daphne.chan@sg.abnamro.com |
| danmurphy78@bloomberg.net | daphne.momferatou@ecb.europa.eu |
| danna_achour@blackrock.com | daphne.roderick@corporate.ge.com |
| danny.arnouk@blackrock.com | daphne_heinz@aviva.fr |
| danny.burton@threadneedle.co.uk | daphnesung@hsbc.com.hk |
| danny.decupere@fortis.com | dara.j.white@columbiamanagement.com |
| danny.ellis@hsbcpb.com | dara.m.mckenna@aib.ie |
| danny.firth@threadneedle.co.uk | dara.r.marnell@aib.ie |
| danny.fox@insightinvestment.com | daragh.clune@clf-dexia.com |
| danny.frans@fortis.com | daragh.murphy@credit-suisse.com |
| danny.greenberger@morganstanley.com | darapad@bot.or.th |
| danny.harvey@aiminvestments.com | darasj@dime.com |
| danny.lau@fandc.com | darcey_f_bartel@fleet.com |
| danny.lee@eagleasset.com | darcie.matson@janus.com |
| danny.loo@icprc.com | darcy.jp@dreyfus.com |
| danny.meidan@barclaysglobal.com | darcy.lewis@pacificlife.com |
| danny.overeem@lloydstsb.co.uk | d'arcy.minehane@bnymellon.com |
| danny.sage@jpmorgan.com | darcy.woodruff@pacificlife.com |
| danny.santiago@highbridge.ky | dardini@frk.com |
| danny.smith@bankofengland.co.uk | darek.j.martin@wellscap.com |
| danny.truell@gs.com | daren.lorkin@uk.mufg.jp |
| danny.vanwesemael@fortisbank.com | daren.miller@threadneedle.co.uk |
| danny.zoba@aig.com | daren.tedeschi@ny.frb.org |
| danny_bourne@newton.co.uk | darena@bankofny.com |
| danny_carrasco@westlb.co.uk | dari.a.al-bader@jpmorgan.com |
| danny_tomka@mfcinvestments.com | daria.iourtchenko@dexia.be |
| dannyflesch@northwesternmutual.com | daria.k@alliancebernstein.com |
| dannylai@daiwa-am.com.hk | daria.kozlova@lehman.com |
| dannyryan@angloirishbank.ie | darien.kadens@novartis.com |
| dannytsui@bankofny.com | darin.k.montgomery@usbank.com |
| danny-van.wijk@unilever.com | darin.sadow@citadelgroup.com |
| danny-x.wang@db.com | darin.yi@ibtco.com |
| danp@jamesbaker.com | darinka.rakic@soros.com |
| dans@tmgny.com | dario.bogni@sparkasse.it |
| dantonelli@mfs.com | dario.dellacagnoletta@popso.it |
| dantreechow@dahsing.com | dario.esposito@int.bansel.it |
| danuta_wolklaniewski@conning.com | dario.frigerio@pioneerinvest.it |
| dany.rahme@juliusbaer.com | dario.laterza@zkb.ch |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dario.meroni@bsibank.com | darren.alkins@bms.com |
| dario.milani@bsibank.com | darren.arrowsmith@ge.com |
| dario.sclaverano@sai.it | darren.bagwell@thrivent.com |
| dario.soarez@bcp.it | darren.campbell@bmonb.com |
| dario.tramarin@venetobanca.it | darren.chan@chase.com |
| dario.vergano@gruppobim.it | darren.curtis@db.com |
| dario_giorgi@bancalombarda.it | darren.dotson@moorecap.com |
| dario_villani@ml.com | darren.fallon@threadneedle.co.uk |
| dariou@bgi-group.com | darren.gilhooly@jpmorganfleming.com |
| daristambayev@kkb.kz | darren.hawker@jpmorgan.com |
| darius.brawn@citadelgroup.com | darren.hughes@aiminvestments.com |
| darius.gagne@pimco.com | darren.j.mcconachie@swip.com |
| darius.gecevicius@hansa.ee | darren.kelly@morleyfm.com |
| darius.ilgunas@pimco.com | darren.leaver@glgpartners.com |
| darko.knezevic@hypointernational.com | darren.lefcoe@uk.mizuho-sc.com |
| darleen.boyle@tcw.com | darren.maupin@fmr.com |
| darleen_brumley@navyfederal.org | darren.mazzuca@blackrock.com |
| darlene.haut@robecoinvest.com | darren.mclean@resolutionasset.com |
| darlene.rasel@db.com | darren.milne@juliusbaer.com |
| darlene_dimitrijevs@keybank.com | darren.morton@drkw.com |
| darlene_marshall@vanguard.com | darren.oakley@jpmorgan.com |
| darneth@lincap.com | darren.phillips@bancaintesa.co.uk |
| darnstein@kbw.com | darren.read@glgpartners.com |
| darongreene@bloomberg.net | darren.read@westmerchant.co.uk |
| daross@nb.com | darren.reece@juliusbaer.com |
| darragh.egan@daiwasectab.ie | darren.ripton@uk.abnamro.com |
| darragh.lenihan@aegon.co.uk | darren.ruane@gmacrfc.co.uk |
| darragh.p.crowley@aib.ie | darren.starr@ubs.com |
| darrel_burris@freddiemac.com | darren.startup@uk.fid-intl.com |
| darrell.baber@wachovia.com | darren.t.rabenou@jpmorgan.com |
| darrell.chan@gibuk.com | darren.tong@barclaysasia.com |
| darrell.deming@usaa.com | darren.verbeer@gartmore.com |
| darrell.jackson@ers.state.tx.us | darren.vincent@lloydstsb.co.uk |
| darrell.le@sscims.com | darren.weston@uk.nomura.com |
| darrell.leong@oracle.com | darren.white@dimensional.com |
| darrell.o'dea@threadneedle.co.uk | darren.wills@barclaysglobal.com |
| darrell.watters@janus.com | darren.winstone@barclaysglobal.com |
| darrell.zwink@invescoaim.com | darren.woods@exxon.com |
| darrell@clinton.com | darren@bloomberg.net |
| darrell_braman@troweprice.com | darren_fortunato@ml.com |
| darrell_johnson@keybank.com | darren_getek@conning.com |
| darren.adamchak@db.com | darren_nolan@westlb.co.uk |
| darren.alcus@gecapital.com | darren_thorneycraft@nacm.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

darren_williams@acml.com

darrenpasco@ifm.net.au

darrentan@gic.com.sg

darrenwong@gic.com.sg

darrick_ginkel@cargill.com

darrin.decosta@nuveen.com

darrin.sanfillippo@blackrock.com

darrin.sokol@lazard.com

darriola@pacent.com

darryl.atwater@ftnmidwest.com

darryl.e.bannon@aibbny.ie

darryl.f.hannington@wellsfargo.com

darryl.graham@ambeacon.com

darryl.schall@tcw.com

darryl.schall@tudor.com

darryl_jenkins@bankone.com

dartemiev@oppenheimerfunds.com

darthur@bbandt.com

darwei.kung@db.com

darwin.brown@inginvestment.com

daryl.armstrong@bbh.com

daryl.b.brown-1@usa.dupont.com

daryl.bible@usbank.com

daryl.clements@alliancebernstein.com

daryl.david@wedbush.com

daryl.mcclure@cba.com.au

daryl.moe@swib.state.wi.us

daryl.salmon@bailliegifford.com

daryl@cathaylife.com.tw

daryl@zionyf.net

daryl_gomez@capgroup.com

darylwong@gic.com.sg

darynf@bloomberg.net

das@clinton.com

das@sitinvest.com

das10@cornell.edu

das247@cornell.edu

dasabo@delinvest.com

dasarafian@aaamichigan.com

dasasser@statestreet.com

dasc@bloomberg.net

dascon@eib.org

dashe@fhlbc.com

dashr@deshaw.com

dasi01@handelsbanken.se

dasiegle@wellington.com

dasilva.robert@principal.com

dasl@capgroup.com

dat.nguyen@aiminvestments.com

dat2@ntrs.com

datack@bloomberg.net

datamanagementlux@lu.nomura.com

datkins@quadrantcapital.com

datse001@umn.edu

daudley@bloomberg.net

daultonb@strsoh.org

dauphou.edi@creditfoncier.fr

daurenk@halybank.kz

dauriahs@berstein.com

dausman@allete.com

dausten@blackrock.com

daustin@natexisny.com

daustin@waddell.com

dav-1219@email.esunbank.com

dav3@ntrs.com

davchoy@bloomberg.net

dave.albrycht@phxinv.com

dave.alexander@ge.com

dave.allen@gecapital.com

dave.b.mcevoy@aib.ie

dave.badeau@fmr.com

dave.bagnani@fmr.com

dave.barley@bankofengland.co.uk

dave.barretta@db.com

dave.benichou@caam.com

dave.benta@fmr.com

dave.byerly@phxinv.com

dave.chappell@threadneedle.co.uk

dave.cote@honeywell.com

dave.coultas@wamu.net

dave.dabney@cpa.state.tx.us

dave.delponte@inginvestment.com

dave.dobon@uboc.com

dave.egan@columbiamanagement.com

dave.eichhorn@nisanet.com

dave.eshenower@firstunion.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dave.esrig@jpmorganfleming.com

dave.fisher@associatedbank.com

dave.fucio@jpmorgan.com

dave.gaudette@bmo.com

dave.giancoli@cendantmortgage.com

dave.grossman@citadelgroup.com

dave.hand@tres.bnc.ca

dave.harnish@us.bacai.com

dave.haynes@lyondell.com

dave.hoskins@ubs.com

dave.huet@ge.com

dave.jacobus@daiwausa.com

dave.jepsky@thehartford.com

dave.komberec@micorp.com

dave.krause@dpimc.com

dave.kucera@bmonb.com

dave.kuplic@advantuscapital.com

dave.lunt@peregrinecapital.com

dave.m.metzger@bankofamerica.com

dave.maley@harrisbank.com

dave.marcoux@rocklandtrust.com

dave.martin@schwab.com

dave.maule@thrivent.com

dave.n.smith@bt.com

dave.persoon@azl-group.com

dave.piguillet@achmea.com

dave.plecha@dfafunds.com

dave.schnarsky@thrivent.com

dave.shastri@whartonco.com

dave.silberman@jpmorgan.com

dave.sivinski@jpmorgan.com

dave.smith@criterion.com

dave.thompson@gartmore.com

dave.urban@micorp.com

dave.vealey@avmltd.com

dave.wagner@ppmamerica.com

dave.webber@hsbc.com

dave.weisenburger@oneamerica.com

dave.willey@capitalone.com

dave.withrow@53.com

dave.woolford@prudential.com

dave.zillmer@mcd.com

dave@apexfcu.com

dave@bnm.gov.my

dave@citadelgroup.com

dave_borsos@freddiemac.com

dave_clement@nylim.com

dave_drew@ustrust.com

dave_farrell@bankone.com

dave_frederick@acml.com

dave_gimera@victoryconnect.com

dave_glasser@edwardjones.com

dave_miller@firsttennessee.com

dave_ross@ustrust.com

dave_sapp@aul.com

dave_shumway@rsausa.com

dave_sivinski@bancone.com

dave_zellner@gbophb.org

davebarras@northwesternmutual.com

davechan@bankofny.com

davecole7@aol.com

daved@marquette-eqfinance.com

davejsy@bloomberg.net

davekeuler@northwesternmutual.com

davenport.jb@mellon.com

daventf@bloomberg.net

daverk@nuveen.com

davesand@bloomberg.net

daveu@azasrs.gov

davgin@safeco.com

david.a.allright@aexp.com

david.a.bethke@firstar.com

david.a.collins@pjc.com

david.a.fernandez@disney.com

david.a.johnson@db.com

david.a.kline@usa.dupont.com

david.a.mchugh@db.com

david.a.nadeau@citigroup.com

david.a.tuscano@jpmchase.com

david.abayev@lazard.com

david.abramson@inginvestment.com

david.acampora@shenkmancapital.com

david.adam2@baesystems.com

david.addison@pnc.com

david.aldrich@bnymellon.com

david.aldrich@jpmorganfleming.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

david.allen@avmltd.com
david.allen@pioneerinvestments.com
david.allen@uk.danskebank.com
david.altshuler@nuveen.com
david.amasio@bnpparibas.com
david.andrews@pimco.com
david.ansell@jpmorganfleming.com
david.antonelli@blackrock.com
david.archer@bis.org
david.armstrong@morganstanley.com
david.aung@tcw.com
david.averre@insightinvestment.com
david.azulay@fibimail.co.il
david.b.gebler@bankamerica.com
david.b.middlebrooks@exxon.com
david.b.pasquale@jpmorgan.com
david.b.walsh@csam.com
david.backhouse@threadneedle.co.uk
david.bai@blackrock.com
david.bailey@fmr.com
david.bailey@lionhartasia.net
david.bailey@ubs.com
david.baldt@us.schroders.com
david.ball@funb.com
david.balmon@ubs.com
david.barcus@ca-aipg.com
david.barenborg@blackrock.com
david.barker@moorecap.co.uk
david.barker@rbccm.com
david.barker@uk.mizuho-sc.com
david.barnard@prudential.com
david.bate@db.com
david.bayliffe@towersperrin.com
david.beck@wamu.net
david.belanger@sunlife.com
david.benarous@axa-im.com
david.benhamou@clf-dexia.com
david.benjamin@glgpartners.com
david.benson@sgam.co.uk
david.bercaw@inginvestment.com
david.berg@db.com
david.berges@hexcel.com
david.berry@bankofamerica.com

david.bertin@fidelity.com
david.bertin@gs.com
david.bessey@prudential.com
david.beyer@truscocapital.com
david.bialer@daiwausa.com
david.bialzak@mortgage.wellsfargo.com
david.bibona@rbccm.com
david.billaux@sinopia-group.com
david.biloslavo@am.generali.com
david.binnie@aberdeen-asset.com
david.binning@bmo.com
david.bird@royal-london.co.uk
david.birkins@fhlbboston.com
david.black@bg-group.com
david.blair@nuveen.com
david.blair@pimco.com
david.blanchard@sgam.com
david.blocker@threadneedle.co.uk
david.blount@eagleasset.com
david.blumer@credit-suisse.com
david.boesel@harrisbank.com
david.bolder@bis.org
david.booth@dfafunds.com
david.botbol@mailpoalim.co.il
david.bourne@uk.mufg.jp
david.boutrou@axa-im.com
david.boutrou@cardif.fr
david.bovey@thehartford.com
david.boyd@bg-group.com
david.boyle@aberdeen-asset.com
david.bradbury@canadalife.co.uk
david.brandmire@wellscap.com
david.braun@thehartford.com
david.breach@barclays.co.uk
david.brealey@lloydstsb.co.uk
david.brecht@columbiamanagement.com
david.brecht@pioneerinvestments.com
david.brent@baesystems.com
david.briggs@aberdeen-asset.com
david.brighouse@aberdeen-asset.com
david.broennimann@credit-suisse.com
david.brooks@midfirst.com
david.brown@mnbla.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.brownson@sscims.com
david.bruington@compassbank.com
david.brumirski@ubs-oconnor.com
david.brune@pncbank.com
david.brunner@americas.bnpparibas.com
david.buckley@gs.com
david.budihardjo@hsbc.com.hk
david.bugajski@fmr.com
david.bunan@nb.com
david.burke@sgcib.com
david.burnett@citadelgroup.com
david.burnley@unisys.com
david.burr@bnsf.com
david.burt@blackrock.com
david.buttle@barclaysglobal.com
david.buttle@lazard.com
david.byrket@blackrock.com
david.byrns@53.com
david.c.joiner@jpmorgan.com
david.c.lam@exxon.sprint.com
david.c.lindenauer@citizensbank.com
david.c.ong@dartmouth.edu
david.c.winterle@jpmorganfleming.com
david.cahill@pioneerinvest.ie
david.campbell@barclaysglobal.com
david.canning@fidelity.com
david.canon@harrisbank.com
david.cardillo@tdsecurities.com
david.carlson@corporate.ge.com
david.caron@lodh.com
david.carroll@firstunion.com
david.carter@halbis.com
david.carton@lgim.co.uk
david.caspar@lbbwus.com
david.cassese@opcap.com
david.castellanos@barclaysglobal.com
david.catalan@grupobbva.com
david.catherall@uk.abnamro.com
david.cegle@clamericas.com
david.chalupnik@fafadvisors.com
david.chamberlain@opcap.com
david.chambovey@credit-suisse.com
david.chan.2@csam.com

david.chan@commerzbank.com.hk
david.chang@citadelgroup.com
david.chang@pacificlife.com
david.chapman@barclaysglobal.com
david.chapman@montpelier.com
david.charles@glgpartners.com
david.chen@hk.ca-assetmanagement.com
david.cheng@msdw.com
david.christopher@evergreeninvestments.com
david.clark@barclaysglobal.com
david.clark@resolutionasset.com
david.clarke@bailliegifford.com
david.clarkson@credit-suisse.com
david.cleary@lazard.com
david.cline@usbank.com
david.clott@morleyfm.com
david.coffey@uboc.com
david.cohana@lehman.com
david.condon@alliancebernstein.com
david.conyers@socgen.com
david.cook@bear.com
david.cook@morganstanley.com
david.cooper@anthem.com
david.cooper@moorecap.com
david.coratti@moorecap.com
david.cox.uk@uk.fid-intl.com
david.cox@rbc.com
david.cryer@baesystems.com
david.cui@citi.com
david.culbertson@huntington.com
david.curran@spinnakerasia.com
david.currie@isisam.com
david.curtin@blackrock.com
david.cushing@citizensbank.com
david.d.jones@eu.nabgroup.com
david.d.jumper@db.com
david.d.sylvester@wellsfargo.com
david.d@gordian.co.uk
david.dalzell@blackrock.com
david.darmanin@bov.com
david.darmouni@moorecap.co.uk
david.daum@db.com
david.debiase@fmr.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.decker@janus.com

david.delbos@blackrock.com

david.deloub@alcoa.com

david.delvecchio@prudential.com

david.demarchi@tcw.com

david.demartino@dnbnor.com

david.dent@kbc.be

david.depaepe@citigroup.com

david.destefano@trs.state.tx.us

david.deutsch@morganstanley.com

david.diao@invesco.com

david.dicker@lazard.com

david.dieffenbacher@ppmamerica.com

david.dijorio@dzbank.de

david.disque@ubs.com

david.dix@tudor.com

david.djipi@calyon.com

david.doan@sscims.com

david.docherty@ppm-uk.com

david.doherty@brhlp.com

david.donnelly@us.socgen.com

david.donora@threadneedle.co.uk

david.donovan@fmr.com

david.dorgee@ubs.com

david.dowden@fgic.com

david.drappier@fortisinvestments.com

david.drennen@gcm.com

david.drishpon@alliancebernstein.com

david.dudding@threadneedle.co.uk

david.dunk@sachsenlb.ie

david.dunkleman@credit-suisse.com

david.durkac@chase.com

david.dyer@axa-im.com

david.dziekanski@nordlb.de

david.e.jones@fhlb-pgh.com

david.e.love@aib.ie

david.e.scholl@citigroup.com

david.edwards@nationalcity.com

david.elias@gartmore.com

david.elsner@rothschild.com.au

david.elwell@suncapadv.com

david.engel@credit-suisse.com

david.enick@pnc.com

david.erickson@phs.com

david.eubank@resolutionplc.com

david.eurkus@pioneerinvest.com

david.evans@glgpartners.com

david.evans@landg.com

david.everly@pncbank.com

david.f.hone@db.com

david.fare@citigroup.com

david.farstead@wamu.net

david.faulke@ubs.com

david.favier@bnpparibas.com

david.federman@moorecap.com

david.ferguson@barclays.co.uk

david.ferguson@pnc.com

david.fewtrell@hsbcib.com

david.fields@disney.com

david.finch@axa-im.com

david.finch@halbis.com

david.finger@dit.de

david.fissel@53.com

david.fitzsimmons@nationalcity.com

david.fletcher@orix.com

david.fletcher@sunlife.com

david.flett@hvbeurope.com

david.ford@icgplc.com

david.fossella@opcap.com

david.foster@scottishpower.plc.uk

david.foubard@sgam.com

david.france@pnc.com

david.fraser@americas.ing.com

david.freddi@csfb.com

david.frederick@allianzinvestors.com

david.frederickson@wamu.net

david.frizzie@ppmamerica.com

david.fry@statestree.com

david.fulrin@citadelgroup.com

david.furey@biam.boi.ie

david.g.bailey@exxonmobil.com

david.g.berry@jpmorgan.com

david.g.sandelovsky@db.com

david.gallers@db.com

david.gao@fmr.com

david.gardner@blackrock.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.gartmann@gkb.ch
david.gary@db.com
david.gates@morganstanley.com
david.geffen@barclaysglobal.com
david.geoghegan@depfa.com
david.gershkoff@oliverwyman.com
david.gibbins@royalbank.com
david.gibson@schroders.com
david.gilhooley@wamu.net
david.ginsburg@morganstanley.com
david.glod@erieinsurance.com
david.glover@honeywell.com
david.gluch@aiminvestments.com
david.goggins@bbh.com
david.gold@morganstanley.com
david.goldburg@gs.com
david.goldenberg@bbl.be
david.goldenberg@drkw.com
david.goldman@blackrock.com
david.gong@dartmouth.edu
david.goodson@inginvestment.com
david.gorski@bbh.com
david.gosselin@bnpparibas.com
david.goulding@jpmorgan.com
david.grady@thehartford.com
david.graetzer@advantuscapital.com
david.graff@ssmb.com
david.green@glgpartners.com
david.green@lowes.com
david.greenberg@ubsw.com
david.gregg@harrisbank.com
david.griffith@wamu.net
david.griffiths@aegon.co.uk
david.griggths@commerzbanklb.com
david.grijalva@wellsfargo.com
david.grimaldi@nyc.nxbp.com
david.grzesiak@ppmamerica.com
david.h.lerner@csam.com
david.h.russ@dartmouth.edu
david.hair@npbs.co.uk
david.hall@columbiamanagement.com
david.halliden@jpmorgan.com
david.hammerly@53.com

david.hand@wellscap.com
david.hanna@bostonadvisors.com
david.hanschke@aigpb.com
david.harbage@barclays.co.uk
david.hardingham@rabobank.com
david.harlow@thehartford.com
david.harrington@mjxam.com
david.harris@evergreeninvestments.com
david.harris@fhlbtopeka.com
david.harris@us.schroders.com
david.harte@pioneerinvest.ie
david.hauglid@wachovia.com
david.hays@westam.com
david.haysey@db.com
david.hazard@fhlb.com
david.head@barcap.com
david.headland@insightinvestment.com
david.heape@db.com
david.heard@caam.com
david.heffes@mailpoalim.co.il
david.henderson@bailliegifford.com
david.hensle@citadelgroup.com
david.herrell@janus.com
david.herzberg@jpmchase.com
david.heupel@thrivent.com
david.hinton@lloydstsb.co.uk
david.hippchen@suntrust.com
david.hobbs@ubs.com
david.hobson@credit-suisse.com
david.hochuli@ubs.com
david.hoff@associatedbank.com
david.hoffman@columbiamanagement.com
david.hogenkamp@mortgage.wellsfargo.com
david.hollis@dresdnerrcm.co.uk
david.holmes@umb.com
david.hooker@insightinvestment.com
david.hopwood@fandc.com
david.horisberger@ubs.com
david.horning@wamu.net
david.horowitz@morganstanley.com
david.houten@citadelgroup.com
david.howey@ubs.com
david.hudson@blackrock.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| david.hughes@resolutionglasgow.com | david.keir@swip.com |
| david.humphreys@mailpoalim.co.uk | david.keller@harrisbank.com |
| david.hwang@hcmny.com | david.kemp@fcbw.com |
| david.i.oliver@jpmorgan.com | david.kenedix@omg.co.uk |
| david.i.sylvester@hsbcinvestments.com | david.kennedy@tcw.com |
| david.j.allen@jpmorgan.com | david.kershaw@credit-suisse.com |
| david.j.brown@jpmorgan.com | david.key@jpmorgan.com |
| david.j.griffiths@ssmb.com | david.kiddie@bg.abnamro.com |
| david.j.houston@jpmorgan.com | david.kim@fmr.com |
| david.j.kolasinski@jpmorgan.com | david.king@mandg.co.uk |
| david.j.lock@aib.ie | david.king@wachovia.com |
| david.j.o'neill@aib.ie | david.knapp@cibc.com |
| david.j.pugliese@cibc.ca | david.knutson@lgim.co.uk |
| david.j.ryan@db.com | david.ko@ingim.com |
| david.j.white@jpmorgan.com | david.kohl@juliusbaer.com |
| david.j2.williams@columbiamanagement.com | david.kramer@sscims.com |
| david.jackson@rbccm.com | david.kramer@wachovia.com |
| david.jegen@fmr.com | david.kraybill@wachovia.com |
| david.jellison@columbiamanagement.com | david.kreidler@americas.bnpparibas.com |
| david.jeppson@usbank.com | david.kroon@westam.com |
| david.jermann@cial.ch | david.kulsar@soros.com |
| david.jiang@prudential.com | david.l.murphy@fmr.com |
| david.jimenez@pharma.novartis.com | david.l.navarre@wellsfargo.com |
| david.johnson@csam.com | david.l.parks@jpmchase.com |
| david.johnson@fhlbboston.com | david.l.speyer@lehman.com |
| david.johnson@lgim.co.uk | david.l.yowan@aexp.com |
| david.johnson@mutualofamerica.com | david.ladue@aig.com |
| david.johnson@northernrock.co.uk | david.lahorgue@barclaysglobal.com |
| david.johnson@trs.state.tx.us | david.lai@aberdeen-asset.com |
| david.jones@ny.frb.org | david.lambert@rbc.com |
| david.judge@bnymellon.com | david.lammas@ulsterbank.com |
| david.k.chin@csam.com | david.land@advantuscapital.com |
| david.k.moser@db.com | david.lanshe@alexanderkey.com |
| david.k.osberg@usa.dupont.com | david.lau@ubs-oconnor.com |
| david.k@kbcaim.com | david.lawless@co.hennepin.mn.us |
| david.kabile@sgam.com | david.leach@mizuhocbus.com |
| david.kaegi@sarasin.ch | david.leadsom@anz.com |
| david.kagno@bankofamerica.com | david.le-cloirec@socgen.com |
| david.kalish@citadelgroup.com | david.lee@bbh.com |
| david.kantozi@fibimail.co.il | david.lee@edwardjones.com |
| david.kaufmann@juliusbaer.com | david.lee@mediobanca.it |
| david.kauppila@ubs.com | david.lee@state.nm.us |
| david.keen@morleyfm.com | david.lefkowitz@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

david.leibowitz@us.rbcds.com
david.lennon@novartis.com
david.lentz@pncbank.com
david.lequain@alcatel.fr
david.lerner@unisfair.com
david.leschied@bmonb.com
david.letens@ing.be
david.lettenberger@ubs.com
david.leveridge@fidelity.com
david.levy@fmr.com
david.lew@citigroup.com
david.liddell@sgam.com
david.lieberman@moorecap.com
david.lim@mizuhocbus.com
david.linn@nationalcity.com
david.linton@pimco.com
david.lis@morleyfm.com
david.liston@barclays.com
david.lloyd-seed@dixons.co.uk
david.lochead@jpmorgan.com
david.lockwood@bankofthewest.com
david.lodewyckx@ing.be
david.lodge@ecb.europa.eu
david.logeman@6thaveinvest.com
david.lonergan@barclaysglobal.com
david.lonsdale@bnpparibas.com
david.loo@citigroup.com
david.loretta@nordstrom.com
david.lovely@fmr.com
david.lowe@fmr.com
david.lowish@gs.com
david.luebke@53.com
david.lui@schroders.com
david.luis@safra.lu
david.lund@thrivent.com
david.luther@moorecap.com
david.lynch@alliancebernstein.com
david.m.allen@fil.com
david.m.barry@jpmorgan.com
david.m.bruns@usa.dupont.com
david.m.burns@aib.ie
david.m.clarke@jpmorganfleming.com
david.m.friedman@db.com

david.m.gibbon@jpmorganfleming.com
david.m.martin@morganstanley.com
david.m.neary@jpmorgan.com
david.m.rose@fmr.com
david.macdonald@fmr.com
david.mackie@jpmorgan.com
david.mandel@prudential.com
david.manheimer@kbcfp.com
david.mannarino@53.com
david.mansfield@bmo.com
david.marchant@insightinvestment.com
david.marlette@anheuser-busch.com
david.marsh@pncadvisors.com
david.martin@ahss.org
david.martin@rlam.co.uk
david.martinella@bcv.ch
david.martino@dnbnor.com
david.mason@53.com
david.mason@wachovia.com
david.masse@ge.com
david.matson@ikb.de
david.mauroner@avmltd.com
david.maywald@btfinancialgroup.com
david.mcauliffe@tres.bnc.ca
david.mccarthy@mizuhocbus.com
david.mcdermott@nab.co.uk
david.mcdonald@corporate.ge.com
david.mcdonald@hsbcam.com
david.mcdonald@prudential.com
david.mclaughlin@morganstanley.com
david.mcmackin@truscocapital.com
david.meade@fidelity.com
david.medeiros@sunlife.com
david.mele@highbride.com
david.mele@highbridge.com
david.mendesduarte@millenniumbcp.pt
david.mettler@novartis.com
david.meyer@feri.de
david.meyer@trs.state.tx.us
david.michael@aberdeen-asset.com
david.middleton@gartmore.com
david.midura@blackrock.com
david.miflin@caam.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.mihlon@tsbj.com
david.millar@rbccm.co.uk
david.milleker@union-investment.de
david.minucci@jpmchase.com
david.mirzai@jpmorgan.com
david.modest@soros.com
david.modiano@socgen.com
david.moffett@usbank.com
david.molnar@aig.com
david.molnar@vontobel.ch
david.moore@tudor.com
david.morgan@threadneedle.co.uk
david.morin@us.hsbc.com
david.morrow@ubs.com
david.morrow@uk.abnamro.com
david.moss@fandc.com
david.mott@rothschilds.co.uk
david.moylett@ubs.com
david.muller@morganstanley.com
david.mullock@aberdeen-asset.com
david.mulvany@fmr.com
david.murphy@soros.com
david.murray@aig.com
david.mushlitz@fmr.com
david.n.joffe@bankofamerica.com
david.n.martucci@jpmorganfleming.com
david.nahor@nordea.com
david.nanus@lazard.com
david.nardiello@citigroup.com
david.navas@isisam.com
david.neary@boigm.com
david.newman@gm.com
david.newman@moorecap.com
david.nfcs.brown@fmr.com
david.ngwy@uobgroup.com
david.nietlispach@juliusbaer.com
david.nirtaut@lgim.co.uk
david.nordin@aig.com
david.norman@insightinvestment.com
david.norris@gcm.com
david.north@lgim.co.uk
david.novak@kofc.org
david.oakley@bankofamerica.com

david.obrien@columbiamanagement.com
david.o'brien@transamerica.com
david.oelke@bmo.com
david.olaya@grupobbva.com
david.oldow@aig.com
david.oliphant@threadneedle.co.uk
david.olivan@banque-france.fr
david.oller@jpmorganfleming.com
david.oxley@morleyfm.com
david.p.bauer@fhlb-pgh.com
david.p.coyne@aib.ie
david.p.green@jpmorgan.com
david.p.griffith@shell.com
david.p.mcguinness@aib.ie
david.paceross@bov.com
david.paich@lazard.com
david.palmisano@wellington.com
david.parker@jpmorgan.com
david.parks@daiwausa.com
david.parsons@lodh.com
david.parvin@fmr.com
david.pashley@ibj.co.uk
david.pasi@bancaintesa.it
david.patton@greenpoint.com
david.paulson@nationalcity.com
david.payne@glgpartners.com
david.peach@fmr.com
david.peckenpaugh@harrisbank.com
david.penney@morleyfm.com
david.penstone@ba-ca.com
david.perrett@ubs.com
david.perrotta@ubs.com
david.pershad@natixis.us
david.petch@db.com
david.piazza@barclaysglobal.com
david.piechowski@wamu.net
david.pierce@bnymellon.com
david.pizzimenti@lazard.com
david.polson@4086.com
david.porter@utc.com
david.powell.osborn@bankofamerica.com
david.powell@morganstanley.com
david.powers@inginvestment.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.pringle@aegon.co.uk
david.pritchard@lloydstsb.co.uk
david.prothro@fmr.com
david.putzeys@vanlanschot.be
david.quint@deshaw.com
david.r.james@gartmore.com
david.r.jones@pnc.com
david.r.thomas@uk.mufg.jp
david.rabinowitz@inginvestment.com
david.randell@alliancebernstein.com
david.randle@bnpparibas.com
david.rapanoel@caam.com
david.raynaud@clf-dexia.com
david.reed@blackrock.com
david.reid@blackrock.com
david.renton@ukgateway.net
david.reynolds@gmacrfc.com
david.rhee@uboc.com
david.rhydderch@db.com
david.ric@ubs.com
david.richards@citadelgroup.com
david.rickard@boigm.com
david.riddle@lgim.co.uk
david.ridland@resolutionasset.com
david.risner@harrisbank.com
david.ristau@ubs.com
david.roberts@aegon.co.uk
david.roberts@funb.com
david.roberts@ibtco.com
david.robertson@royalbank.com
david.robinson@alliancebernstein.com
david.rogal@blackrock.com
david.rommel@pnc.com
david.roosevelt@morganstanley.com
david.rose@royal-london.co.uk
david.rosenberg@hvbeurope.com
david.rosenberg@schwab.com
david.ross@scottishpower.com
david.rossi@pnc.com
david.rossmiller@db.com
david.rothon@notes.ntrs.com
david.rothweiler@ubs.com
david.roughley@anz.com

david.rowe@inginvestment.com
david.rowley@nordlb.com
david.rudow@thrivent.com
david.rule@bankofengland.co.uk
david.rusate@ge.com
david.russ@ucop.edu
david.s.bentley@jpmorgan.com
david.s.cohen@morganstanley.com
david.s.kennedy@columbiamanagement.com
david.saber@ny.frb.org
david.saletta@pncbank.com
david.salisbury@dfafunds.com
david.salisbury@omv.com
david.sanchez@hsh-nordbank.co.uk
david.sander@insightinvestment.com
david.sanders@glgpartners.com
david.sanders@sgcib.com
david.santacroce@ge.com
david.sasson@bbva.com.hk
david.sayles@blackrock.com
david.schlesinger@yesbank.com
david.schlumpf@juliusbaer.com
david.schmid@claridenleu.com
david.schmidt@fortisinvestment.com
david.schoenholz@household.com
david.schrager@ing.com
david.schroeder@ucop.edu
david.schultz@minnesotamutual.com
david.schweigman@csfb.com
david.schweikert@mail.maricopa.gov
david.scicolone@rmf.ch
david.scott@morganstanley.com
david.seaman@americas.bnpparibas.com
david.seay@ppmamerica.com
david.sebanjeantet@axa-im.com
david.sederholm@commercebank.com
david.semaya@barclaysglobal.com
david.senogles@bankofbermuda.com
david.seppey@lodh.com
david.seto@robecoinvest.com
david.seymour@wedbush.com
david.shainok@deshaw.com
david.shairp@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| david.shapiro@morleyfm.com | david.stark@db.com |
| david.sharpe@jpmorgan.com | david.steel@gecapital.com |
| david.shaw@blackrock.com | david.steiger@clariden.com |
| david.shaw@ostc-uk.com | david.steiger@claridenleu.com |
| david.sheasby@aegon.co.uk | david.steigerwald@alliancebernstein.com |
| david.shebit@thehartford.com | david.steiner@seb.se |
| david.shen@pncadvisors.com | david.stenlund@swedbankrobur.se |
| david.shiau@credit-suisse.com | david.stevens@morleyfm.com |
| david.shillaber@westernasset.com | david.stevenson@himco.com |
| david.shinn@kofc.org | david.stewart@jmfinn.com |
| david.shulz@mltrust.com | david.stewart@uk.fid-intl.com |
| david.sibi@landsbanki.com | david.stillberger@ap3.se |
| david.siegel@arabbanking.com | david.stowe@delta-air.com |
| david.sigg@claridenleu.com | david.streit@thrivent.com |
| david.silander@wachovia.com | david.strouse@ubs.com |
| david.silbering@tudor.com | david.stuart@hsbc.com |
| david.simmons@aberdeen-asset.com | david.su@pimco.com |
| david.simner@uk.fid-intl.com | david.sueur@bcv.ch |
| david.simpson@mondrian.com | david.sugimoto@morganstanley.com |
| david.simpson@sgcib.com | david.sukoff@avmltd.com |
| david.sin@icprc.com | david.sullivan@ubs.com |
| david.sinclair@uk.calyon.com | david.sullivan@uk.abnamro.com |
| david.skinner@morleyfm.com | david.sway@bankofthewest.com |
| david.sletvold@pnc.com | david.sweet@deshaw.com |
| david.sloper@bmonb.com | david.syriani@csam.com |
| david.small@jpmorgan.com | david.taerstein@blackrock.com |
| david.small@ubs.com | david.taieb@caam.com |
| david.smetana@morganstanley.com | david.tattan@barclayscapital.com |
| david.smith@anfis.co.uk | david.taylor@hsbcam.com |
| david.smith@impaccompanies.com | david.templeton@pncbank.com |
| david.smith@mizuho-cb.com | david.terris@usaa.com |
| david.smith@pacificlife.com | david.thiery@sgam.com |
| david.smith@raymondjames.com | david.thomlinson@putnam.com |
| david.smith@rocklandtrust.com | david.thompson@biam.boi.ie |
| david.sobell@pioneerinvest.com | david.tilson@boigm.com |
| david.soldatic@ubs.com | david.tintinago@dexia-crediop.it |
| david.somerset@mosnar.com | david.todd@aberdeen-asset.com |
| david.sommer@nationalcity.com | david.todesco@fmr.com |
| david.sotnick@ubsw.com | david.togut@morganstanley.com |
| david.spangler@thrivent.com | david.tompkins@tudor.com |
| david.spilsted@janus.com | david.toussaint@6thaveinvest.com |
| david.spring@clinton.com | david.trepanier@wachovia.com |
| david.stallard@fandc.com | david.tyler@lgim.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

david.tyson@sbcglobal.net
david.urch@swipartnership.co.uk
david.v.green@uk.nomura.com
david.vander.zande@stroeve.nl
david.vanwagoner@zionsbank.com
david.vargo@fmr.com
david.vavrichek@soros.com
david.vigano@mediobanca.it
david.villa@swib.state.wi.us
david.vuchinich@inginvestment.com
david.w.chan@jpmorganfleming.com
david.w.julier@usa.dupont.com
david.w.tan@jpmorganfleming.com
david.w@bloomberg.net
david.wabnik@ubs.com
david.waddill@moorecap.com
david.walczak@ubs.com
david.walker@citadelgroup.com
david.walker@gm.com
david.walker@vankampen.com
david.wall@bankofengland.co.uk
david.walsh@boimail.com
david.walsh2@norwich-union-life.co.uk
david.walton@bailliegifford.com
david.wang@pharma.novartis.com
david.warshawsky@aig.com
david.wartenweiler@juliusbaer.com
david.wassong@soros.com
david.watson@blackrock.com
david.watt@aberdeen-asset.com
david.webb@barclaysglobal.com
david.weibe@bbh.com
david.weigert@thehartford.com
david.weinberger@jpmorgan.com
david.weingast@alliancebernstein.com
david.weismiller@pacificlife.com
david.wetzel@moorecap.com
david.wheeler@alliancebernstein.com
david.white@biam.boi.ie
david.white@tudor.com
david.whiteley@lloydstsb.co.uk
david.widart@clf-dexia.com
david.widart@dexia-bil.com

david.wilkinson@anz.com
david.william.nunn@hydro.com
david.williams@eagleasset.com
david.williamson@credit-suisse.com
david.willmer@bnlmail.com
david.wilson@midstates.org
david.wilson@rbccm.com
david.wilsonjr@nb.com
david.winans@prudential.com
david.wines@uboc.com
david.wisbey@ibj.co.uk
david.wong@mosnar.com
david.worley@wachovia.com
david.wyatt@arabbank.co.uk
david.wynn@commercebank.com
david.xia@allstate.com
david.yates@aberdeen-asset.com
david.yates@morganstanley.com
david.yealy@inginvestment.com
david.yewer@us.bacai.com
david.yoder@ljbank.com
david.youle@ib.bankgesellschaft.de
david.young@truscocapital.com
david.yu@db.com
david.zachar@ppmamerica.com
david.zanussi@nwa.com
david.zee@ny.frb.org
david.zejda@credit-suisse.com
david.zhai@wachovia.com
david.zhang@pimco.com
david.zhang@shinseibank.com
david.zweig@co.santa-cruz.ca.us
david.zwillinger@deshaw.com
david@ackermancapital.com
david@danainvestment.com
david@dptco.net
david@hgk.com
david@primco.com
david@watermarkgroup.com
david@zelengora.com
david_a_klein@prusec.com
david_a_kolpak@victoryconnect.com
david_a_salit@fleet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| david_amaral@conning.com | david_glennon@ustrust.com |
| david_bach@calpers.ca.gov | david_glocke@vanguard.com |
| david_baddon@standardlife.com | david_godfrey@swissre.com |
| david_baggs@csx.com | david_golob@tigerfund.com |
| david_bangs@nylim.com | david_goss@acml.com |
| david_bass@aimfunds.com | david_greene@conning.com |
| david_bate@putnam.com | david_gussmann@fanniemae.com |
| david_bealmear@fanniemae.com | david_h_thompson@fleet.com |
| david_beers@troweprice.com | david_hackney@freddiemac.com |
| david_benhamou@ssga.com | david_hamlin@putnaminv.com |
| david_boatwright@ssga.com | david_hayton@notes.ntrs.com |
| david_boone@nacm.com | david_heath@scotiacapital.com |
| david_booth@bat.com | david_hegg@ssga.com |
| david_bowling@csx.com | david_hilder@putnam.com |
| david_brickman@freddiemac.com | david_holliday@vanguard.com |
| david_brown@westlb.co.uk | david_hollond@americancentury.com |
| david_buckle@blackrock.com | david_j_espinoza@bankone.com |
| david_butler@aviva.com | david_jerome@acml.com |
| david_c_benson@fanniemae.com | david_johnson@westlb.co.uk |
| david_calabro@putnam.com | david_jones@troweprice.com |
| david_chellgren@conning.com | david_kalis@notes.ntrs.com |
| david_chesney@ml.com | david_kang@capgroup.com |
| david_clayton@conning.com | david_kass@rhco.com |
| david_clayton@ml.com | david_kellermann@freddiemac.com |
| david_costantiello@putnam.com | david_kelly@ml.com |
| david_cruz@nylim.com | david_kirk@freddiemac.com |
| david_cumming@standardlife.com | david_knesich@cbcm.com |
| david_depew@putnam.com | david_kobuszewski@ssga.com |
| david_dobies@fleet.com | david_kogut@fanniemae.com |
| david_dong@fanniemae.com | david_kulo@nylim.com |
| david_duseau@ssga.com | david_l_king@putnam.com |
| david_e_charlesworth@bankone.com | david_l_smith@ssga.com |
| david_e_martin@fanniemae.com | david_ledgerwood@americancentury.com |
| david_eiswert@troweprice.com | david_lee@troweprice.com |
| david_ely@ssga.com | david_lee@vanguard.com |
| david_f_king@rsausa.com | david_lindsay@fleet.com |
| david_forcey@vanguard.com | david_lopez@nacm.com |
| david_ford@scotiacapital.com | david_lyle@invesco.com |
| david_foster@nacm.com | david_lynn@nacm.com |
| david_fryer@ustrust.com | david_m_lane@ml.com |
| david_galvin@putnam.com | david_madon@cbcm.com |
| david_gault@westlb.com | david_mael@putnam.com |
| david_gerber@putnam.com | david_manuel@ldn.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

david_marchesani@nacm.com

david_mazza@ssga.com

david_mcavoy@ssga.com

david_mcelwain@co.harris.tx.us

david_medrano@agc.com

david_melka@nylim.com

david_merwin@calpers.ca.gov

david_meyers@invesco.com

david_miller@invescoperpetual.co.uk

david_moffat@lnotes3.bankofny.com

david_morgan@hvbamericas.com

david_morgan@putnam.com

david_moss@ldn.invesco.com

david_muldoon@scotiabank.ie

david_murphy@swissre.com

david_ni@fanniemae.com

david_oatley@dell.com

david_oloan@swissre.com

david_ondek@ssga.com

david_padulo@glic.com

david_park@ml.com

david_pavan@nacm.com

david_petrozzi@ml.com

david_powell@oxy.com

david_prosser@whartonco.com

david_rietdijk@putnam.com

david_risa@jpmorgan.com

david_robinson@fanniemae.com

david_rowlett@troweprice.com

david_s_herold@putnam.com

david_s_ligon-miller@fanniemae.com

david_sanders@ml.com

david_sandrew@ssga.com

david_schmidt@calpers.ca.gov

david_schule@freddiemac.com

david_schwartzman@ustrust.com

david_sell@nylim.com

david_sharman@ams.com

david_shea@putnam.com

david_shen@hvbamericas.com

david_shnaps@ldn.invesco.com

david_simpson@ml.com

david_sobotka@ml.com

david_stanley@troweprice.com

david_stieger@newton.co.uk

david_strenz@ustrust.com

david_sutton@putnam.com

david_swann@bat.com

david_tan@troweprice.com

david_tankin@conseco.com

david_tarifi@acml.com

david_tiberii@troweprice.com

david_todd@ldn.invesco.com

david_tone@prusec.com

david_tooley@agfg.com

david_tovey@blackrock.com

david_vanommeren@vanguard.com

david_vaughn@nacm.com

david_w_mcnamara@vanguard.com

david_w_powers@fleet.com

david_wagenseller@agfg.com

david_wagenseller@net.com

david_wagner@westlb.com

david_warren@troweprice.com

david_whitcomb@cargill.com

david_white@putnam.com

david_wines@scudder.com

david_wl_chow@hkma.gov.hk

david_wolfson@acml.com

david_wright@nylim.com

david_zhu@vanguard.com

david_zielinski@ssga.com

david-a.lane@db.com

davidadams@quilter.co.uk

davidalexander.meier@juliusbaer.com

davidb@cbnm.com

davidbarron1@bloomberg.net

davidbelmont@temasek.com.sg

davidbetanzos@capgroup.com

davidbradley@angloirishbank.ie

davidc@martincurrie.com

davidchen@icbchkg.com

davidchick@hsbc.com

davidconlon@angloirishbank.ie

davidcox007@bloomberg.net

davidcthompson@mchsi.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

daviddickinson@gic.com.sg

davide.astolfi@pioneerinvest.it

davide.barattini@gestielle.it

davide.basile@morganstanley.com

davide.bevilacqua@bancaintesa.it

davide.campo@ubm.it

davide.cataldo@pioneerinvestments.com

davide.cifarelli@pioneerinvestments.com

davide.colombo@ubm.it

davide.comoglio@pioneerinvest.it

davide.costantini@swissfirst.ch

davide.delia@juliusbaer.com

davide.dicataldo@pioneerinvest.it

davide.digioia@arcafondi.it

davide.digirolamo@capitalia-am.com

davide.fantoni@bper.it

davide.garulli@it.abnamro.com

davide.grignani@sgcib.com

davide.guglielminotti@arcafondi.it

davide.mellini@credit-suisse.com

davide.pasi@mpsgr.it

davide.pavese@eurizoncapital.lu

davide.pinna@mbczh.ch

davide.rima@rothschildbank.com

davide.stegani@bancaintesa.it

davide.testu@ersel.it

davide.tinelli@compagnia.torino.it

davide_crippa@swissre.com

davide_glavina@generali.com

davide_guidicelli@swissre.com

davidells@northwesternmutual.com

davidevans@wolverhampton.gov.uk

davidf.johnson@usbank.com

davidframe@morganstanleyquilter.ie

davidg@san.rr.com

davidgates@gic.com.sg

david-gibson@deshaw.com

david-h.kim@ubs.com

davidh.simmons@wachovia.com

davidhanley@angloirishbank.ie

davidhenderson@northwesternmutual.com

davidheng@temasek.com.sg

davidhodgkinson@hsbc.com

davidhof@bankisrael.gov.il

davidjam@exchange.uk.ml.com

davidjobling@angloirishbank.co.uk

davidk@fhlbsea.com

davidk@mcsaatchi.com

david-l.jones@ubs.com

davidl@nytimes.com

davidl@oechsle.com

davidlch@dbs.com

davidls@mcm.com

david-m.lane@db.com

davidm@omega-advisors.com

davidmak@dbs.com

davidmcevoy@angloirishbank.ie

davidmercurio@gic.com.sg

david-mg.murphy@db.com

davidmp@mginvestors.com

david-n.thomas@db.com

davidnic@aol.com

davidnlawrence@home.com

davidoshea0@eircom.net

davidoston@earthlink.net

davidowyong@gic.com.sg

davidp@ruanecunniff.com

davidpchu@comcast.net

david-r.long@ubs.com

davidreddy@gic.com.sg

davidrussell@angloirishbank.ie

davidsexsmith@sceptre.ca

davidsm@emigrant.com

davidsmith@synovusmortgage.com

davidson.hepburn@ny.frb.org

davidson.jon@principal.com

davidthompson@cbt-alabama.com

davidwells@dlbabson.com

davidwyatt@kdb.co.kr

davidz@hcmny.com

davies@bessemer.com

daviesc@bupa.com

daviesm@ufji.com

davina.curling@fandc.com

davina.rich@db.com

davina.walter@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

davina_au@asia.hypovereinsbank.com
davis.bryan@principal.com
davis.hall@ca-suisse.com
davis.paddock@aiminvestments.com
davis.r@bimcor.ca
davis@cbk.com
davis_smith@invesco.com
davisem@bernstein.com
davisg7@nationwide.com
davisj@fhlbsf.com
davisja@ensignpeak.org
davitp@jea.com
davuluri@princeton.edu
davut.celik@bcp-bank.com
davva@mcm.com
davy.vanvossole@fortisinvestments.com
daw.ia@adia.ae
dawagner@troweprice.com
dawanna_johnson@invesco.com
dawid.krige@mondrian.com
dawn.albano@db.com
dawn.brandhagen@usbank.com
dawn.bullivant@threadneedle.co.uk
dawn.crunden@thehartford.com
dawn.elseser@nationalcity.com
dawn.hazlewood@rbc.com
dawn.lawrence@morganstanley.com
dawn.muhlhan@nationalcity.com
dawn.murray@daiwausa.com
dawn.porter@ashmoregroup.com
dawn.rorke@morganstanley.com
dawn.sadler@ge.com
dawn.simes@uk.calyon.com
dawn.underwood@db.com
dawn.zerillo@ubs.com
dawn_murtaugh@vanguard.com
dawn_simon@ml.com
dawna.m.heinauer@fhlb-pgh.com
dawnchan@temasek.com.sg
dawsonpm@bernstein.com
dawu@dbs.com
daxelrod@tiaa-cref.org
daxelson@ups.com

day.bishop@alliancebernstein.com
dayalj@wellsfargo.com
dayk@pfm.com
daymian.campbell@rabobank.com
dazandstra@ftb.com
db16@ntrs.com
db85@ntrs.com
dbackus@stern.nyu.edu
dbader@mcmorgan.com
dbaillie@jhancock.com
dbajpai@angelogordon.com
dbalas@bloomberg.net
dball@franklintempleton.co.uk
dball1@bloomberg.net
dballantine@payden-rygel.com
dbalsan@ag-am.com
dbanda@ifc.org
dbandish@mimillers.com
dbarbuscia@bsct.ch
dbarcl@fhlbsea.com
dbarlow@ambac.com
dbarlow@martincurrie.com
dbarnao@bloomberg.net
dbarnes4@bloomberg.net
dbarrie@bpbtc.com
dbarson@mcdinvest.com
dbarzows@nystrs.state.ny.us
dbasiric@ford.com
dbate@evergreeninvestments.com
dbaumgartner@pictet.com
dbc1@ntrs.com
dbdubard@wellington.com
dbeard@mwvinvest.com
dbeaver@evergreeninvestments.com
dbeck@cwhenderson.com
dbecker@waddell.com
dbegley@fhlbatl.com
dbelcher@worldbank.org
dbelcore@payden-rygel.com
dbellissimo@apollolp.com
dbelman@standishmellon.com
dbelton@standishmellon.com
dbender3@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

dbennett@fhlbatl.com

dbenson@millertabak.com

dbenson@osc.state.ny.us

dbenson@progressive.com

dberdah@agribank.com

dbergquist@calstrs.com

dberkowitz@metlife.com

dbernz@bloomberg.net

dberry@martincurrie.com

dbersani@mediosim.it

dbertin@nbg-france.com

dbertrand@jhancock.com

dbevan1@bloomberg.net

dbianchi@bloomberg.net

dbickerstaff@federatedinv.com

dbieri@lukb.ch

dbigelow4@bloomberg.net

dbilley@bloomberg.net

dbinsol@smithnyc.com

dbird@pictet.com

dbirulin@websterbank.com

dblair@princeton.edu

dblakeney@browncapital.com

dblancom@bankinter.es

dblanks@hcmlp.com

dblazin@dsaco.com

dblenkinsop@westpac.com.au

dbm.cdu@adia.ae

dbmarshak@wellington.com

dbmbla2@aol.com

dboccardi@bloomberg.net

dboehme@templeton.com

dboglietti@fondianima.it

dboies@lacaisse.com

dbolhant@groupama-am.fr

dbonnier@axia-advisors.com

dborberg@waddell.com

dbordo@duqlight.com

dborgman@standish.com

dbosch@statestreet.com

dboston@wasatchadvisors.com

dbowers@evergreeninvestments.com

dbowers@ofii.com

dbowser@standishmellon.com

dboyle@malvernfederal.com

dbr.van.toren@interpolis.nl

dbr@bankinvest.dk

dbradin@babsoncapital.com

dbrady@oppenheimerfunds.com

dbranch@jhancock.com

dbrenia@turnerinvestments.com

dbrennand2@bloomberg.net

dbrenner@hcmny.com

dbreton@groupama-am.fr

dbrezzo@bloomberg.net

dbriand1@bloomberg.net

dbridges@mony.com

dbroderick@tiaa-cref.org

dbrodeur@ci.com

dbroglino@ocwen.com

dbronner@rsa.state.al.us

dbrown@ag-am.com

dbrown@brownadvisroy.com

dbrown@deerfieldcapital.com

dbrown@lincap.com

dbrown@oppenheimerfunds.com

dbrown@peoplesbankpa.com

dbrown@russell.com

dbrown@sandleroneill.com

dbrown03@allstate.com

dbrownlee@nationallife.com

dbruneau@bloomberg.net

dbruning@fblfinancial.com

dbruno@mdsass.com

dbryant@csc.cps.k12.il.us

dbsg@bloomberg.net

dbthomas2@yahoo.com

dbucher@rmf.ch

dbuckley@williamblair.com

dbudde@jhancock.com

dbuilder@lordabbett.com

dbullivant@jhancock.com

dbuono@ag-am.com

dburck@utsystem.edu

dburgess@metlife.com

dburns@alliance.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dburns@utendahl.com | dcatanzaro@federatedinv.com |
| dburr@federatedinv.com | dcbpl@bloomberg.net |
| dburrow@deerfieldcapital.com | dcchung@keb.co.kr |
| dburshtan@nb.com | dccushing@wellington.com |
| dbusiel@allstate.com | dcec@cgii.com |
| dbvegh@leggmason.com | dceliano@hymanbeck.com |
| dbyatt@bear.com | dcezd@blommberg.net |
| dc40@ntrs.com | dcfoster@aegonusa.com |
| dcaceresn@repsolypf.com | dch@dodgeandcox.com |
| dcaderas@bloomberg.net | dch1@ntrs.com |
| dcalabro@mfs.com | dchace@wasatchadvisors.com |
| dcallahan@lmfunds.com | dchait@xcla.com |
| dcama@isbnj.com | dchamberlain@loomissayles.com |
| dcambridge@aegonusa.com | dchan@caxton.com |
| dcampbell@davenportllc.com | dchan@dcccd.edu |
| dcampbell@fountaincapital.com | dchan@ftci.com |
| dcampbell@oppenheimerfunds.com | dchan@jennison.com |
| dcancelmo@septa.org | dchang@lmfunds.com |
| dcandida@wellington.com | dchang2005@bloomberg.net |
| dcannon@pershing.com | dchatterjee@pictet.com |
| dcantania@bloomberg.net | dchen@impaccompanies.com |
| dcanuel@babsoncapital.com | dchen@standish.com |
| dcapeloto@bloomberg.net | dcheng@westernasset.com |
| dcapo@evcap.com | dchesir@bloomberg.net |
| dcaputo@pressprich.com | dcheswick@bpuinvestments.com |
| dcar@lordabbett.com | dchiappinelli@tigerglobal.com |
| dcarlisle@sfbli.com | dchiesi@bear.com |
| dcarlsen@buffalofunds.com | dchittim@standishmellon.com |
| dcarlson@massmutual.com | dchiu@leggmason.com |
| dcarmody@icbny.com | dchochrek@barbnet.com |
| dcarnes@allstate.com | dchoi@federatedinv.com |
| dcarrell@bass-net.com | dchoi@princeton.edu |
| dcarroll@oppenheimerfunds.com | dchoong@mas.gov.sg |
| dcarson@eatonvance.com | dchou@investcorp.com |
| dcarson@ssrm.com | dchow@evergreeninvestments.com |
| dcarter@ncmcapital.com | dchow@perrycap.com |
| dcartwright@waddell.com | dchristians@montag.com |
| dcascio@bloomberg.net | dchun@farcap.com |
| dcase@hbk.com | dchung@alger.com |
| dcassell@metlife.com | dchung@opcap.com |
| dcasteel@shay.com | dcifuepa@banrep.gov.co |
| dcastillo@swst.com | dcj-tfuse@nifty.com |
| dcastrog@cajamadrid.es | dclarke@msfi.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dclements@oppenheimerfunds.com

dclifford@omega-advisors.com

dcm@jwbristol.com

dcmcguiggin@statestreet.com

dcmoore@wellington.com

dcnordin@wellington.com

dcoady@oppenheimerfunds.com

dcobb@mmlassurance.com

dcobey@mfs.com

dcohen@idbny.com

dcohen@loomissayles.com

dcole@mfs.com

dcoleman@sisu.com

dcollins@tiaa-cref.org

dcollins1@mandtbank.com

dcoluccio@bankofny.com

dcomanda@calfed.com

dcomerford1@bloomberg.net

dcompert@oppenheimerfunds.com

dconnally@sarofim.com

dconrad@scmadv.com

dcontes@canyonpartners.com

dcontini@calstrs.com

dcook@federatedinv.com

dcooley@stcloud.org

dcoombs@bloomberg.net

dcooper@bankofny.com

dcopp@tiaa-cref.org

dcoratti1@bloomberg.net

dcoster@sierraglobal.com

dcouden@scmadv.com

dcoughenour@chicagoequity.com

dcoutu@babsoncapital.com

dcox@voyageur.net

dcox@whummer.com

dcpatel@metlife.com

dcrall@us.nomura.com

dcraver@princeton.edu

dcrawfor@carolinafirst.com

dcrawford@crawfordinvestment.com

dcrimmins@bankofny.com

dcrocker@halcyonllc.com

dcroyeau@equalt.com

dcsmith@metlife.com

dcsotelo@adb.org

dcuiule@lordabbett.com

dcunn@summitbank.com

dcunningham@bpbtc.com

dcunningham@federatedinv.com

dcurti@bancafideuram.it

dcurtin@eatonvance.com

dcurtiss@dkpartners.com

dczajak@standishmellon.com

dczoch@federatedinv.com

dczub@sib.wa.gov

dd@ff.com

dd109@ntrs.com

dd44@ntrs.com

ddaesen@jhancock.com

ddaniel@kbw.com

ddanker@worldbank.org

ddantas@groupama-am.fr

ddaugherty@loews.com

ddavidson@loomissayles.com

ddavis@babsoncapital.com

ddavis@pncadvisors.com

ddavis@ssrm.com

ddawit@pictet.com

ddayan@hawkglobal-us.com

ddb21150@bloomberg.net

ddb26146@bloomberg.net

ddb41432@bloomberg.net

ddb46456@bloomberg.net

ddb61475@bloomberg.net

ddb65018@bloomberg.net

ddb65440@bloomberg.net

ddb70078@bloomberg.net

ddd@columbus.com

ddeacon@bloomberg.net

ddeadman@hcmlp.com

ddebusschere@phlyins.com

ddediego@schny.com

ddefour@metlife.com

ddegliesposti@bci.it

ddegroff@mfs.com

ddektar@smithbreeden.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

ddelafie@rnt.com

ddelahanty@bearstearns.com

ddelechat1@bloomberg.net

ddelgado1@bear.com

ddepicciotto@ubp.com

ddepner@bloomberg.net

dderamo@statestreet.com

dderamo@wilmingtontrust.com

ddercher@waddell.com

ddesand1@ford.com

ddesantis@firstbrands.com

ddesaul@bloomberg.net

ddesimone@mcc.it

ddeuble@metlife.com

ddeutsch@sdcera.org

ddevaraj@bloomberg.net

ddeveies@westernasset.com

ddeyhimi@juliusbaer.com

ddgillet@statestreet.com

ddial@tiaa-cref.org

ddibattista@mfs.com

ddichio2@bloomberg.net

ddickens@uscentral.org

ddickey@babsoncapital.com

ddickherber@stifel.com

ddickinson@wilmingtontrust.com

ddickman@amfin.com

ddickman@metlife.com

ddiepbrink@aegon.nl

ddiez@bankinter.es

ddigregorio@eatonvance.com

ddijkstaal@bloomberg.net

dding@panagora.com

ddipierro@bloomberg.net

ddisimone@crawfordinvestment.com

ddivietri@bankofny.com

ddivine@sfbli.com

ddo@capgroup.com

ddo@wellington.com

ddocanto1@bloomberg.net

ddocherty@cazenove.com

ddodds@svmonline.co.uk

ddoherty@federatedinv.com

ddonahue@blackrock.com

ddonald@co-operativebank.co.uk

ddonora@refco.com

ddonovan@oppenheimerfunds.com

ddorff@pimco.com

ddorman@ci.fremont.ca.us

ddorsey@smithmgtllc.com

ddowler@lkcm.com

ddownes@caxton.com

ddowney@loomissayles.com

ddrabinski@hcmlp.com

ddriscoll@standishmellon.com

dds.eu@adia.ae

ddt@ntrs.com

ddudnik@fdic.gov

dduggan@hcmny.com

ddumont@groupama-am.fr

ddunne@bear.com

ddupont@allstate.com

ddurbin@bloomberg.net

ddurham@kenmontinvestments.com

ddurkin@microsoft.com

dduseau@ssga.com

ddutile@fmausa.com

ddworfrecaut@worldbank.org

ddwu@bear.com

ddykstra@wintrust.com

ddziadis@highlandsamrel.com

de.doan-tran@sgcib.com

de@ennismorefunds.com

de@fr.fr

de_luccia_rob@jpmorgan.com

de_metrio_giulio@alitalia.it

deadmaga@cba.com.au

deaenlle@gmail.com

dealdone@goodbank.com

dealer.mm@hsh-nordbank.com

dealer@garantim.ru

dealers-lond.treasury@gsk.com

dealinfo@ellington.co

dealing@buc.ch

dealingroom@uic.it

dean.a.fearon@jpmchase.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dean.barber@db.com | deanne.phillips@usbank.com |
| dean.batley@axa-im.com | deanne.smith@conocophillips.com |
| dean.benner@db.com | deanne_steele@lnotes5.bankofny.com |
| dean.berry@boigm.com | deantonip.@gruppocredit.it |
| dean.buckley@hsbcam.com | dearley@netbank.com |
| dean.buckley@swip.com | dearnest@mfs.com |
| dean.crowe@ubs.com | deasley@troweprice.com |
| dean.dibias@advantuscapital.com | deastman@payden-rygel.com |
| dean.dillard@aiminvestments.com | deatherly@aol.com |
| dean.gacanin@juliusbaer.com | deatona@deshaw.com |
| dean.lewallen@prudential.com | deb.gellman@aig.com |
| dean.light@drkw.com | deb.leclair@citadelgroup.com |
| dean.martin@swib.state.wi.us | deb.mcdonald@wachovia.com |
| dean.meddaugh@db.com | deb.vargo@columbiamanagement.com |
| dean.meddaugh@wellscap.com | deb.wolfe@columbiamanagement.com |
| dean.neamos@abnamro.com | deb_vargo@ustrust.com |
| dean.ramsamooj@4086.com | debbie.adami@aig.com |
| dean.rock@paribas.com | debbie.baggett@ubs.com |
| dean.shenton@barclaysglobal.com | debbie.barham@mnopf.co.uk |
| dean.siokas@highbridge.com | debbie.bourg@firstmidwest.com |
| dean.speer@truscocapital.com | debbie.campbell@uk.fid-intl.com |
| dean.ungar@ubs.com | debbie.casale@morganstanley.com |
| dean.vasilakos@citadelgroup.com | debbie.clarke@isisam.com |
| dean_bates@scotiacapital.com | debbie.connor@fmr.com |
| dean_gekas@ssga.com | debbie.cotman@bnpparibas.com |
| dean_newman@ldn.invesco.com | debbie.cozens@barclays.co.uk |
| dean_pancoast@aimfunds.com | debbie.day@commerzbank.com |
| dean_tenerelli@troweprice.com | debbie.fleet@db.com |
| deana@bgi-group.com | debbie.grillo@altria.com |
| deancummings@usa.net | debbie.guddens@unilever.com |
| deandre.parks@westernasset.com | debbie.johnson@ubs.com |
| deane.donnigan@framlington.co.uk | debbie.k.beyer@state.or.us |
| deane.gyllenhaal@himco.com | debbie.kavanagh@db.com |
| deane.martire@ge.com | debbie.laurel@woolwich.co.uk |
| dean-evansr@fhlbsf.com | debbie.levin@fmr.com |
| deangelisp@edison.it | debbie.linnegan@uk.fid-intl.com |
| deanlane@bloomberg.net | debbie.lusman@asbai.com |
| deann.kiser@ers.state.tx.us | debbie.mah@barclaysglobal.com |
| deanna.loughnane@morganstanley.com | debbie.moses@db.com |
| deanna@bloomberg.net | debbie.moses@glgpartners.com |
| deanna_spangler@em.fcnbd.com | debbie.muller@glgpartners.com |
| deannac@hcmny.com | debbie.sager@barclays.com |
| deanne.immel@frostbank.com | debbie.sanger@ubs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

debbie.savory@resolutionplc.com
debbie.webseter@ibtco.com
debbie.webster@ibtco.com
debbie.wolfe@raymondjames.com
debbie_diboll@colonialbank.com
debbie_ty_lo@hkma.gov.hk
debby.perelmuter@ny.frb.org
deberling@kbw.com
deberson@otfs.state.ga.us
debetz@leggmason.com
debi.gold@bergenbrunswig.com
debi.johnson@fmr.com
debiguha@gic.com.sg
deboever.cf@tbcam.com
debon@bloomberg.net
debora.bucher@rothschildbank.com
debora.delbo@pioneerinvest.it
deborah.a.sullivan@fmr.com
deborah.akeroyd@fmr.com
deborah.andrews@pncbank.com
deborah.bentley@pnc.com
deborah.bowe@jpmorgan.com
deborah.brown@aiminvestments.com
deborah.chaplin@us.schroders.com
deborah.dutoit@umb.com
deborah.elliot@tudor.com
deborah.ferguson@trs.state.tx.us
deborah.gallegos@state.nm.us
deborah.gillam@aberdeen-asset.com
deborah.gonzalez@huntington.com
deborah.harvey@nationalcity.com
deborah.hoeft@associatedbank.com
deborah.hopkins@truscocapital.com
deborah.j.jaffe@db.com
deborah.jang@ubs.com
deborah.jefferson@harrisbank.com
deborah.kearns@uk-fid-intl.com
deborah.kulisch@lazard.com
deborah.l.stevenson@fhlb-pgh.com
deborah.leonard@ny.frb.org
deborah.lewis2@thehartford.com
deborah.markopoulos@mizuhocbus.com
deborah.mcneill@bnpparibas.com

deborah.medenica@aig.com
deborah.meyer@gm.com
deborah.miller@tudor.com
deborah.morrow@ubs-oconnor.com
deborah.oneill@boigm.com
deborah.perry@pncadvisors.com
deborah.schepens@fmr.com
deborah.segal@gm.com
deborah.shire@axa-im.com
deborah.wardwell@wamu.net
deborah_bailey@ustrust.com
deborah_dibucci@troweprice.com
deborah_downie@glic.com
deborah_foss@sunlife.com
deborah_hare@troweprice.com
deborah_jansen@dpimc.com
deborah_koplick@ustrust.com
deborah_lunan@tigerfund.com
deborah_miller@colpal.com
deborah_mosier@troweprice.com
deborah_newcomb@ustrust.com
deborah_newman@key.com
deborah_oliver@ml.com
deborah_pederson@gargill.com
deborah_preisman@freddiemac.com
deborah_smith@conning.com
deborah_voit@vanguard.com
deborchard@mandtbank.com
debourbon@bloomberg.net
debra.ackerman@alliancebernstein.com
debra.chin@db.com
debra.crovicz@morganstanley.com
debra.delsecco@wellscap.com
debra.freschl@ubs.com
debra.hamilton@db.com
debra.harris@sscims.com
debra.henderson@modern-woodmen.org
debra.jennings@db.com
debra.rumble@uk.fid-intl.com
debra.witkowsky@citigroup.com
debra_barnard@ustrust.com
debra_curran@newyorklife.com
debra_ivey@ustrust.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

debra_l_klassen@keybank.com
debra_laskowski@america.hypovereinsbank.com
debrad@fhlbsea.com
debrah.okelly@bnpparibas.com
debraj.dasgupta@novartis.com
debraley@northwesternmutual.com
debrauwer@bloomberg.net
debreem@swcorp.org
debriconj@rabo-bank.com
debrossardga@fhlbcin.com
debykanner@bloomberg.net
dechevarria@dlbabson.com
decheverria@babsoncapital.com
dechiara@gruppo.mediolanum.it
dechu.muthana@fhlbny.com
deckardt@fhlbatl.com
deckerni@cial.cic.fr
declan.a.mullen@aib.ie
declan.carlin@hypovereinsbank.com
declan.dolan@ilptreasury.com
declan.j.cooling@aib.ie
declan.j.fitzgerald@aib.ie
declan.magee@erm.ie
declan.walsh@ge.com
deconija@cial.cic.fr
decristofaro.j@tbcam.com
dedelson@loews.com
dedington@uscentral.org
dedler@foxasset.com
dee.colby@honeywell.com
dee.odonoghue@glgpartners.com
dee@ubp.ch
deedee_rutland@hancockbank.com
deedee_sklar@westlb.com
deek@oechsle.com
deena.friedman@fmr.com
deep.kumar@avmltd.com
deepa.p.majmudar@jpmorgan.com
deepa.salastekar@pimco.com
deepak.baghla@morganstanley.com
deepak.laxmi@morganstanley.com
deepak.seeburrun@aig.com
deepak@bankmuscat.com

deepak@cbd.ae
deepak@farcap.com
deepak_t_tolani@fanniemae.com
deepkumar.gandhi@ubs.com
deepti.jerath@hsbcgroup.com
defne.dilber@yapikredi.com.tr
defrancisis.s@mellon.com
defrancisis.sf@mellon.com
degan@melloninvestor.com
degbert@cu-isi.org
degni@gestielle.it
dehartog@bridport.ch
dehen@lvmh.fr
dehullhorst@delinvest.com
deirdre.bottamini@fmr.com
deirdre.bruen@ohis.com
deirdre.c.hanlon@aibbny.ie
deirdre.dennehy@rocklandtrust.com
deirdre.farrell@depfa.ie
deirdre.lee@ibtco.com
deirdre.m.breheny@aib.ie
deirdre.m.gallagher@aibbny.ie
deirdre.m.hogan@boimail.com
deirdre.mcguire@thehartford.com
deirdre.o'sullivan@framlington.co.uk
deirdre_goldenbogen@putnam.com
deirdre_kehoe@acml.com
deirdreceannt@angloirishbank.com
deirdrem.kennedy@biam.boi.ie
deirdrem.oleary@biam.boi.ie
deisenberg@brownadvisory.com
dejan.srejic@juliusbaer.com
dejerez@bloomberg.net
dejima@us.mufg.jp
deke.iglehart@ftnfinancial.com
deknoppper@bloomberg.net
dekrijger@bcmnet.nl
del@capgroup.com
del_rosario_ramon_gil@jpmorgan.com
delainecheong@temasek.com.sg
delalu@bloomberg.net
delamatu@sdm.cic.fr
delany_craig@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| delb@capgroup.com | demarisdm@fhlbcin.com |
| delbert_stafford@vanguard.com | demarsin@bloomberg.net |
| delchaar@bankofny.com | dematteor@lotsoff.com |
| delder@dg-g.com | dematteor@ltsoff.com |
| delefson@ustrust.com | demchenko@bloomberg.net |
| delevaur@fhlbsf.com | demetri.goradetsky@ubs.com |
| delfianto@bi.go.id | demetrick@bloomberg.net |
| delgadoe@bancsabadell.com | demetrios_tsaparas@glic.com |
| delkenany@metlife.com | demetris.papallis@cy.bankofcyprus.com |
| dell_futch@keybank.com | demetrius.pope@trs.state.tx.us |
| della.v.kilduff@aibbny.ie | demi_psyllos@acml.com |
| dellaquilaf@brinson.com | demian.pons@citadelgroup.com |
| dellenberger@federatedinv.com | demicco.me@dreyfus.com |
| dellenwood@shay.com | demie.demetriou@swip.com |
| dellis@lordabbett.com | demmerich@lordabbett.com |
| dellyson@payden-rygel.com | demosthenes.ioannou@ecb.int |
| delona.moore@kaiseral.com | demrick@bloomberg.net |
| deloreskeegan@kbluxembourg.ie | demura@daiwa-am.co.jp |
| delos@mail.nrucfc.org | den1@ntrs.com |
| delosreyes_r@telefonicamoviles.com | dena.hydes@ubs.com |
| delphimgmt@msn.com | dena_minning@ml.com |
| delphine.arrighi@bnpparibas.com | deng.jiewen@uobgroup.com |
| delphine.barbaud@lodh.com | dengel@bper.ch |
| delphine.benahim@ubs.com | denglongheng@cmbchina.com |
| delphine.bourrilly@ubs.com | dengstrom@oppenheimerfunds.com |
| delphine.dalu@db.com | denholm.paul@sgcib.com |
| delphine.delaveau@axa-im.com | denica.vatev@genworth.com |
| delphine.gebauer@feri.de | denice_holin@troweprice.com |
| delphine.georges@caam.com | denis.asmar-kristiansen@novartis.com |
| delphine.hochstrass@belgacom.be | denis.autier@bnpparibas.com |
| delphine.houbrechts@ingim.com | denis.bertin@bnpparibas.com |
| delphine.lanquetot@sinopia.fr | denis.chan@csam.com |
| delphine.lelouet@lodh.com | denis.clement@safra.lu |
| delphine.lietaer@socgen.com | denis.cohen@jpmorgan.com |
| delphine.padovani@bnpparibas.com | denis.constantin@clf-dexia.com |
| delphine.tiger@caam.com | denis.elter@oppenheim.ch |
| delphine_hovan@ssga.com | denis.fagaert@fortis.com |
| delreegu@cmcic.fr | denis.fievet@pernod-ricard.com |
| delsell@metzler.com | denis.gould@axa-im.com |
| delsenbrock@smithgraham.com | denis.graeber@ubs-oconnor.com |
| delucia@nusasim.it | denis.hoorelbeke@socgen.com |
| delustig@ibtco.com | denis.jamison@inginvestment.com |
| demarino.j@mellonequity.com | denis.jourde@banque-france.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

denis.kahl@weberbank.de
denis.kleiber@credit-agricole-sa.fr
denis.mangan@fortisinvestments.com
denis.massey@boh.com
denis.murphy@aib.ie
denis.panel@bnpparibas.com
denis.parisien@tres.bnc.ca
denis.periat@lloydsbank.ch
denis.r.culligan@aib.ie
denis.remacle@labanquepostale-am.fr
denis.sagaert@fortisbank.com
denis.servaes@dexia-am.com
denis.sheahan@rocklandtrust.com
denis.soubeyran@renault.com
denis.urbany@interepargne.fr
denis.vallier@dexia-am.com
denis.vanbauwel@axa.be
denis.viet.jacobsen@icgplc.co.uk
denis.wallerich@bnpparibas.com
denis.walsh@blackrock.com
denis.znamenskiy@axa-im.com
denis_lehman@aviva.fr
denisa_sokolova@ssga.com
denise.almeida@sandoz.com
denise.anderson@juliusbaer.com
denise.blohm@ci.hayward.ca.us
denise.brown@aib.ie
denise.burton@db.com
denise.callaghan@nationalcity.com
denise.chisholm@fmr.com
denise.coyne@huntington.com
denise.d.flynn@aibbny.ie
denise.darling@blackrock.com
denise.delaney@vanguard.com.au
denise.fleming@csam.com
denise.fries@credit-suisse.com
denise.gargan@pncadvisors.com
denise.groeger@ubs.com
denise.gugerli@swisscanto.ch
denise.higgins@mackayshields.com
denise.hlad@ppmamerica.com
denise.joseph@chase.com
denise.keegan@columbiamanagement.com

denise.lemay@peoples.com
denise.lindsay@db.com
denise.lye@glgpartners.com
denise.m.taylor@prudential.com
denise.m.zutz@jci.com
denise.macy@commercebank.com
denise.ocallaghan@pioneerinvest.ie
denise.olding@barclaysglobal.com
denise.pollard-knight@insightinvestment.com
denise.pollock@fmr.com
denise.rader@53.com
denise.t.duffee@citigroup.com
denise.wells@truscocapital.com
denise.wilson@bg-group.com
denise@icp.com
denise_grotz@troweprice.com
denise_howe@putnam.com
denise_r_farnum@bankone.com
denise_rodell@ml.com
denise_seal@freddiemac.com
denise_selden@putnam.com
denise_victor@troweprice.com
denisebrowne@bloomberg.net
deniseholmes@angloirishbank.ie
denisel@mcm.com
denisequigley@tagfolio.com
deniskoome.imathiu@gs.co
deniskoome.imathiu@gs.com
deniz.konuralp@rabobank.com
deniz.savas@columbiamanagement.com
deniz_demiray@nacm.com
denize@dcmc.creditlyonnais.fr
denji.yiu@gs.com
denkinger.mark@principal.com
denks@bloomberg.net
denneyj@strsoh.org
dennis.a.harhalakis@aexp.com
dennis.apple@toyota.com
dennis.bach@dzi.lu
dennis.barton@edwardjones.com
dennis.buetzer@sarasin.ch
dennis.bushe@prudential.com
dennis.ching@redwoodtrust.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dennis.dempsey@hcmny.com
dennis.diraffaele@aig.com
dennis.ferro@evergreeninvestments.com
dennis.ferro@threadneedle.co.uk
dennis.foley@bmonb.com
dennis.follmer@tudor.com
dennis.furey@morganstanley.com
dennis.goldman@schwab.com
dennis.graham@kbc.be
dennis.haensel@db.com
dennis.harvey@wachovia.com
dennis.hepworth@prudential.com
dennis.hobein@gwl.com
dennis.hom@novartis.com
dennis.jiang@stanford.edu
dennis.kools@fortisinvestments.com
dennis.l.nelson@wellsfargo.com
dennis.lagast@ingim.com
dennis.lai@wamu.net
dennis.lau@wamu.net
dennis.lollie@schwab.com
dennis.loperfido@stpaul.com
dennis.lui@hk.nomura.com
dennis.lui@wellsfargo.com
dennis.macritchie@uboc.com
dennis.maliszewski@pnc.com
dennis.manelski@daiwausa.com
dennis.mcclellan@bnymellon.com
dennis.montagna@arcafondi.it
dennis.morway@statestreet.com
dennis.mullins@53.com
dennis.murray@bnymellon.com
dennis.murray@ie.dexia.be
dennis.nacken@helaba-trust.de
dennis.neveling@lazard.com
dennis.newberry@ngc.com
dennis.oakley@chase.com
dennis.olsta@associatedbank.com
dennis.ouma@citadelgroup.com
dennis.p.lynch@morganstanley.com
dennis.powell@ftnmidwest.com
dennis.pray@pioneerinvest.com

dennis.rada@unicreditgroup.de
dennis.romero@micorp.com
dennis.s.ruhl@jpmorgan.com
dennis.shea@morganstanley.com
dennis.shen@alliancebernstein.com
dennis.siewtk@uobgroup.com
dennis.stattman@blackrock.com
dennis.tapp@cominvest-am.com
dennis.tong@edwardjones.com
dennis.van.den.bosch@mn-services.nl
dennis.weber@adidas-group.com
dennis.whittaker@upbna.com
dennis.worst@ingdirect.nl
dennis.wyles@resolutionasset.com
dennis.zank@raymondjames.com
dennis@apollolp.com
dennis@bergencapital.com
dennis_c_chen@yahoo.com
dennis_harbison@calpers.ca.gov
dennis_janowski@comerica.com
dennis_kw_lam@hkma.gov.hk
dennis_kwok@cathaybank.com
dennis_ott@ustrust.com
dennis_p_burke@fleet.com
dennis_t_diamond@keybank.com
dennis_w_jarecke@keybank.com
dennis_walsh@victoryconnect.com
denniskorjenek@northwesternmutual.com
dennissiew@temasek.com.sg
denniswong@bloomberg.net
denny.fish@janus.com
denny.mcsweeny@ngc.com
dennyc@yieldworks.com
deno@bpviinc.com
denver_smith@sunlife.com
denys.decampigneulles@hk.ca-assetmanagement.com
deonarain.r@dreyfus.com
derek.altenbaugh@truscocapital.com
derek.armour@wachovia.com
derek.astley@tdsecurities.com
derek.bandler@clinton.com
derek.beckman@ubs-oconnor.com
derek.bloom@usbank.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

derek.brown@transamerica.com
derek.campbell@lgim.co.uk
derek.cauldwell@bankofbermuda.com
derek.clark@trs.state.tx.us
derek.cowie@gsk.com
derek.crooks@scottishwidows.co.uk
derek.dabrowski@ubs-oconnor.com
derek.davies@airbus.com
derek.derman@tcw.com
derek.doody@boigm.com
derek.fan@pimco.com
derek.ford@glgpartners.com
derek.fulton@aberdeen-asset.com
derek.gall@scottishwidows.co.uk
derek.granger@sunlife.com
derek.hine@wellsfargo.com
derek.hong@nbad.ae
derek.hurst@interbrew.com
derek.ingram@citadelgroup.com
derek.izuel@aiminvestments.com
derek.janssen@citadelgroup.com
derek.kaufman@citadelgroup.com
derek.kwong@citicorp.com
derek.li@ge.com
derek.lightburn@statestreet.com
derek.m.power@bankofamerica.com
derek.man@csam.com
derek.martin@bailliegifford.com
derek.mccole@aberdeen-asset.com
derek.mclean@fandc.com
derek.mitchell@fandc.co.uk
derek.montgomery@resolutionasset.com
derek.niddrie@pfpc.com
derek.penn@fidelity.com
derek.peterson@trs.state.tx.us
derek.power@glgpartners.com
derek.ramage@lu.abnamro.com
derek.robinson@northernrock.co.uk
derek.rodberg@funb.com
derek.sasveld@ubs.com
derek.shewring@bmo.com
derek.silva@evli.com
derek.simmross@seb.se

derek.taner@aiminvestments.com
derek.toross@citadelgroup.com
derek.traynor@sachsenlb.ie
derek.walker@barclaysglobal.com
derek.wallis@soros.com
derek.wienser@greenpoint.com
derek.wiesner@greenpoint.com
derek.yeung@aig.com
derek@ksbb.com
derek_carr@vanguard.com
derek_groff@symantec.com
derek_hayamizu@calpers.ca.gov
derek_kaufman@jpmorgan.com
derek_mcgirt@westlb.com
derek_niu@calpers.ca.gov
derek_pattanakreingkrai@westlb.co.uk
derek_pitt@cargill.com
derek_quinn@standardlife.com
derek_riddell@ssga.com
derek_sadowsky@ssga.com
derekchang@gic.com.sg
derektien@gic.com.sg
derik.schupbach@lodh.com
deriv_collateral@fhlbboston.com
derivati@bloomberg.net
derivatiestero@sgsbpvn.it
derivatives.processing@moorecap.com
derivatives@concordiafunds.com
derivatives@hanvitbank.co.kr
derivatives@wooribank.com
dermot.cahillane@depfa.com
dermot.daly@ie.fortis.com
dermot.golden@depfa.ie
dermot.hardy@aareal-bank.com
dermot.keegan@omam.co.uk
dermotkieran@angloirishbank.ie
dermott.g.larkin@wellscap.com
dermott.whelan@morganstanley.com
dero.f.ola-niyi@jpmchase.com
deron.smithy@wachovia.com
derose@bessemer.com
derrick.dsouza@rabobank.com
derrick.herndon@tdsecurities.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| derrick.howard@bwater.com | detlef.lang@bbbank.de |
| derrick.shea@capmark.funb.com | detlef.pohl@icn.siemens.de |
| derrick_vializ@bmc.com | detlev.dietz@cgi-gmbh.de |
| derrickyang@cathaylife.com.tw | detlev.peters@dzbank.de |
| des.monks@tdsecurities.com | detmer.koekoek@ingim.com |
| des@wmblair.com | detra.webb@corporate.ge.com |
| desaintphalle@bessemer.com | dette_lazo@3com.com |
| deshahmoon@wellington.com | deutsch@ms.com |
| desheng_kang@fanniemae.com | dev.jadeja@omam.co.uk |
| desire.bogaert@shell.com | dev.outlaw@genworth.com |
| desiree.cloud@transamerica.com | dev.sahai@ubs.com |
| desiree.dang@schroders.com | dev.sdm.bqhervet@wanadoo.fr |
| desiree.kraser@hpfb.com | devan.kaloo@aberdeen-asset.com |
| desiree.lucic@bankofamerica.com | devan.marshall@blackrock.com |
| desiree.trister@morganstanley.com | devanand.t@arig.com.bh |
| desiree.wareman@pggm.nl | devang.shah@fmr.com |
| desistog@novarabank.com | devanjan_sinha@putnam.com |
| desj.flood@biam.boi.ie | devank@martincurrie.com |
| desmetv@bloomberg.net | devaushi_singham@ml.com |
| desmond.cheung@blackrock.com | develey@psai.ch |
| desmond.fennell@lrp.de | deven@allstate.com |
| desmond.k.bevan@aib.ie | devereaux.phelps@pncadvisors.com |
| desmond.kappaun@db.com | devin.arcoleo@pimco.com |
| desmond.lum@sg.fortis.com | devin.armstrong@vankampen.com |
| desmond.solomon@bmonb.com | devin.dallaire@citadelgroup.com |
| desmond.tjiang@ubs.com | devin.haran@rbccm.com |
| desmond_douglas@mcgraw-hill.com | devin.kelly@statestreet.com |
| desmondfoong@gic.com.sg | devin.schwarz@morganstanley.com |
| desmondfoong@gis.com.sg | devin.talbott@deshaw.com |
| desmondtan@mas.gov.sg | devin@mginvestors.com |
| desnolan@angloirishbank.ie | devin_a_white@fanniemae.com |
| desouter@bloomberg.net | devinderkumar@rbi.org.net |
| despende.abhey@asbinc.com | devlin.li@commerzbank.com.hk |
| despina.iakovides@mnco.com | devlin_john@jpmorgan.com |
| dessy.nascimento@mcf.mitsubishicorp.com | devlin_timothy@jpmorgan.com |
| destounis.s@bimcor.ca | devoki_sengupta@fanniemae.com |
| desulpizi@delinvest.com | devon_mccormick@nylim.com |
| detlef.becker@sparkasse-koelnbonn.de | devonna.glasspoole@janus.com |
| detlef.giebe@dzbank.de | dewalbv@swib.state.wi.us |
| detlef.glatz@hsh-nordbank.com | dewestrick@delinvest.com |
| detlef.hannemann@deka.de | dewey.cheek@inginvestment.com |
| detlef.hempel@db.com | dewey.ng@moorecap.com |
| detlef.kosior@bhf-bank.com | dewilde@credit.fr |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dewitt.w.king@bankofamerica.com
dezito@leggmason.com
df@alger.com
dfabunan@stanford.edu
dfaes@pictet.com
dfalicia@oppenheimerfunds.com
dfamiglietti@griffinasset.com
dfarago@templeton.com
dfarina@loomissayles.com
dfarrell@fsa.com
dfarrell@metlife.com
dfc@dodgeandcox.com
dfc1@ntrs.com
dfearins@blackrock.com
dfedynak@bloomberg.net
dfein@furmanselz.com
dfernald@charteronebank.com
dferraz@millenniumbcp.pt
dfilby@uscentral.org
dfinazzi@bloomberg.net
dfinch@stephens.com
dfinn7@bloomberg.net
dfischer@kofc.org
dfishman@standishmellon.com
dfitzgerald@firststate.co.uk
dfitzpat@bloomberg.net
dfitzsimmons@essexinvest.com
dfjones@oaklandnet.com
dfk1@ntrs.com
dflaherty@loomissayles.com
dflanagan@nb.com
dfleet@westernasset.com
dfletcher@nb.com
dflores@bsantander.com.mx
dflormul@cajamadrid.es
dfloro@erg.it
dflowers@barbnet.com
dfn@bankinvest.dk
dfoard@leggmason.com
dfogg@generaldynamics.com
dfont1@bloomberg.net
dforan@blackrock.com
dforbes@cicny.com

dford@mwam.com
dfording@tiaa-cref.org
dfording@williamblair.com
dforer@intermarketcorp.net
dforgie@wisi.com
dforrester@thamesriver.co.uk
dforsyth@martincurrie.com
dfox@munder.com
dfox5@bloomberg.net
dfoxhoven@oppenheimerfunds.com
dfraenkel@nochubank.or.jp
dfrance@fhlbtopeka.com
dfrancis@bartlett1898.com
dfrank@hollandcap.com
dfrank@uss.co.uk
dfrascarelli@lordabbett.com
dfraser@perrycap.com
dfreedman@bear.com
dfrench@josephthal.com
dfreud@oppenheimerfunds.com
dfrey@dow.com
dfriedma@ubs.com
dfrost@frostbank.com
dfswazey@bloomberg.net
dfurth@provnet.com
dfuschillo@martincurrie.com
dfuss@loomissayles.com
dfussell@unumprovident.com
dg.otto@edwardjones.com
dg@broadwaybankchicago.com
dgabb@bankleumi.co.uk
dgabel@coair.com
dgaertner@tp-cm.com
dgagliano@ubs.com
dgagliardo@oppenheimerfunds.com
dgagnon@smithbreeden.com
dgalante@fujisec.com
dgalvan@wintrust.com
dganucheau@barrowhanley.com
dgarciaconde@caixatarragona.es
dgardett@ford.com
dgardner@hourglasscapital.com
dgardner@martincurrie.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dgardner@troweprice.com
dgarduno@banamex.com
dgarson@viningsparks.com
dgarza@berkeleydelta.com
dgass@nationallife.com
dgeary@loomissayles.com
dgeary@mfs.com
dgeffen@nb.com
dgeller@hough.com
dgenovese@bloomberg.net
dgeorge@ufji.com
dgeraghty@bankofny.com
dgerber@federatedinv.com
dgerman@opers.org
dgero@sunamerica.com
dgertzulin@nb.com
dgfpe.dfe@bct.gov.tn
dgh@ubp.ch
dgi@ubp.ch
dgibbs@lmfunds.com
dgibson@westernasset.com
dgiglio@bankofny.com
dgillespie@standish.com
dgilmore@federatedinv.com
dginther@waddell.com
dgiroux@troweprice.com
dgiuffra@nb.com
dglaymon@axia-advisors.com
dglazer@frk.com
dgleeson@ambac.com
dglen@bpbtc.com
dglickman@cumberassoc.com
dglickman@tiaa-cref.org
dgme@smith.williamson.co.uk
dgmurray@wellmanage.com
dgnguyen@pimco.com
dgoacher@allstate.com
dgobbetti@bancafideuram.it
dgoddeau@wellington.com
dgodwin@huffcompanies.com
dgoei@dsaco.com
dgoldfarb@ofii.com
dgolin@europeancredit.com

dgomez@grupobbva.com
dgomez@mapfre.com
dgoodwin@martincurrie.com
dgorovitz@wellington.com
dgoss@essexinvest.com
dgouchoe@caxton.com
dgould@lmcm.com
dgpadilla@delinvest.com
dgps@bloomberg.net
dgr@americancentury.com
dgraf@amerisure.com
dgraham@templeton.com
dgrandison@bankofny.com
dgranelli@bankofny.com
dgreen@lehman.com
dgressel@teleos.com
dgriesbauer@mfs.com
dgriffin@sfbcic.com
dgriffith@firstcoastalbank.com
dgritzek@deerfieldcapital.com
dgroshoff@pacholder.com
dgross@bankofny.com
dgruber@us.nomura.com
dgruwez.bbl@bloomberg.net
dgsupof4glam@bde.es
dgu@fideuramgestions.lu
dguarino@aegonusa.com
dgubba@federatedinv.com
dguenther@metlife.com
dguerrero@wellington.com
dguffey@standishmellon.com
dguffy@rwbaird.com
dguillaume@groupama-am.fr
dguillossou@metlife.com
dgulko@oppenheimerfunds.com
dgunderson@perrycap.com
dguthrie@bechtel.com
dgv@daimlerchrysler.com
dh127@dcx.com
dh69@ntrs.com
dhadland@fmausa.com
dhaley@hbk.com
dhalfpap@aegonusa.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

dhallstrom@firstgulfbank.com
dhamburger@opusinvestment.com
dhamilton@delinvest.com
dhamilton@tullib.com
dhamilton@waddell.com
dhampton@barbnet.com
dhaneesh.kumbhani@db.com
dharam.whabi@nbf.ae
dhardin@barrowhanley.com
dharding@loomissayles.com
dharkin@mutualtrust.com
dharma.s.bajpai@intel.com
dharmo.soejanto@uobgroup.com
dharoz@divinv.net
dharper@ofiinstititional.com
dharrell-cayton@bbandt.com
dharris@aflac.com
dharris@harrisbank.com
dharris@rockco.com
dharshini.david@bbc.co.uk
dharsono.hartono@jpmorganfleming.com
dhart@tudor.com
dhaskins@fdic.gov
dhaskins@viningsparks.com
dhaslam@seic.com
dhattori@deerfieldcapital.com
dhawk@metlife.com
dhaws@tjim.com
dhaxton@britannicasset.com
dhayes@aegonglobal.com
dhayes@mfs.com
dhazell@fftw.com
dhealy@statestreet.com
dheer.mehta@moorecap.com
dheidkamp@swst.com
dheike@blackrock.com
dhemmer@us.ibm.com
dhemsworth@mfs.com
dheng@westernasset.com
dhennes@frk.com
dhenritze@refco.com
dherald@putnam.com
dhernandez@msfi.com

dherrero@safei.es
dhertan@standishmellon.com
dhewitson@bankofny.com
dhewitson@denveria.com
dhewlett@allegiancecapital.com
dhewlett@delinvest.com
dhf9@cornell.edu
dhh.tr@adia.ae
dhiggins@fbfs.com
dhill@babsoncapital.com
dhill2@bloomberg.net
dhillmeyer@delinvest.com
dhilton@payden-rygel.com
dhinchman@tswinvest.com
dhiotis@abimltd.com
dhiren.banker@sscims.com
dhiren.shah@blackrock.com
dhirsch@turnerinvestments.com
dhivya.suryadevara@gm.com
dhoang@bocusa.com
dhobart@bloomberg.net
dhobbs@glgpartners.com
dhoch@microsoft.com
dhodges@barrowhanley.com
dhoelting@icomd.com
dholder@wasatchadvisors.com
dholdsworth@martincurrie.com
dhoney@westpac.com.au
dhong@allstate.com
dhonold@turnerinvestments.com
dhonovich@angelogordon.com
dhonsi_sundeep_k@jpmorgan.com
dhopewell@aegonusa.com
dhorsfall@standishmellon.com
dhorstmann@dubuquebank.com
dhoto@cityoftampa.gov
dhoule@boh.com
dhovey@frk.com
dhowe@angelogordon.com
dhquinn@bankofny.com
dhruv.agrawal@citadelgroup.com
dhruv.mallick@barclaysglobal.com
dhs@nbim.no

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dhs4@cornell.edu | diana.shi@morganstanley.com |
| dhschoi@kdb.co.kr | diana.talbi@fortis.lu |
| dhuang@gr.dk | diana@ptbni.com.sg |
| dhuesch@wescorp.org | diana_blagoeva@putnam.com |
| dhulley@lacaisse.com | diana_brockman@agfg.com |
| dhummer@nabny.com | diana_damyanova@putnam.com |
| dhumphries@potomacasset.com | diana_hurley@troweprice.com |
| dhunter@croftleo.com | dianakoh@mas.gov.sg |
| dhunziker@swissca.ch | diane.anderson@ctxmort.com |
| dhurata_zhuta@keybank.com | diane.bruno@axa-im.com |
| dhusar@loews.com | diane.camerota@thehartford.com |
| dhvani.gupta@barclayscapital.com | diane.carabella@ubs.com |
| dhyduk@cicny.com | diane.cullen@pioneerinvestments.com |
| dhynes@europeancredit.com | diane.dales@pacificlife.com |
| dhzaelto@mbna.com | diane.degrandpre@rocklandtrust.com |
| di.tian@nacm.com | diane.felske@gwl.com |
| di@wmblair.com | diane.gotham@lazard.com |
| di_biagm@lloyadriatico.it | diane.greczek@harrisbank.com |
| diahann.rothstein@fhlbny.com | diane.green@ubs.com |
| dialg@co.stanislaus.ca.us | diane.griswold@protective.com |
| diamond.ag@tbcam.com | diane.hardman@insightinvestment.com |
| diamond.charania@rbccm.com | diane.heck@ge.com |
| diana.akerman@alliancebernstein.com | diane.henesy@lazard.com |
| diana.bosenbacher@lodh.com | diane.hosie@morganstanley.com |
| diana.brandsema@ubs.com | diane.hsiung@barclaysglobal.com |
| diana.brightmore-armour@lloydstsb.co.uk | diane.k.keane@aibbny.ie |
| diana.carney@fmr.com | diane.k.veltri@wellsfargo.com |
| diana.felder@geninvest.de | diane.krause@msdw.com |
| diana.honey@lloydstsb.co.uk | diane.leslie@jpmorganchase.com |
| diana.illuzzi@gcm.com | diane.lightfield@associatedbank.com |
| diana.jones@pncbank.com | diane.lindeborg@thrivent.com |
| diana.karney@fmr.com | diane.linn@swib.state.wi.us |
| diana.kaspic@wamu.net | diane.litwin@blackrock.com |
| diana.kellerman@usaa.com | diane.logros@caam.com |
| diana.kiluta@jpmorgan.com | diane.madera@morganstanley.com |
| diana.lim@arabbank.com.sg | diane.maurice@tdsecurities.com |
| diana.mathewson@ubs.com | diane.misra@baclaysglobal.com |
| diana.mcnamara@thehartford.com | diane.mole@credit-suisse.com |
| diana.montenegro@tcw.com | diane.motter@huntington.com |
| diana.nolte@trinkaus.de | diane.nafziger@nationalcity.com |
| diana.orcajada@gruposantander.com | diane.newman@blackrock.com |
| diana.radu@sinopia.fr | diane.poulos@dreyfus.com |
| diana.render@bm.fid-intl.com | diane.rothberg@ryanbeck.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

diane.shew@barclaysglobal.com

diane.sobin@columbiamanagement.com

diane.spinato@corporate.ge.com

diane.stanning@insightinvestment.com

diane.sterthous@glenmede.com

diane.stingo@credit-suisse.com

diane.tobin@usaa.com

diane.wehner@ge.com

diane.westerback@fgic.com

diane.white@pnc.com

diane.wilson@resolutionasset.com

diane.wilson@simmonsfirst.com

diane.won@bernstein.com

diane_asuncion-white@fanniemae.com

diane_boich@progressive.com

diane_dalinsky@merck.com

diane_jones@ntrs.com

diane_jurcik@ustrust.com

diane_l_king@glic.com

diane_l_lockard@keybank.com

diane_leone@putnam.com

diane_smith@vanguard.com

diane_wheeler@putnam.com

diane_ziliak@oldnational.com

dianeb@bradfordmarzec.com

dianecarpenter@kpsp.com

dianeho@mas.gov.sg

dianen@wdwitter.com

dianev@bloomberg.net

dianna.bruce@alexanderkey.com

dianna.selva@jpmchase.com

dianna@tcdrs.org

diannatorres@northwesternmutual.com

dianne.cobb@wachovia.com

dianne.heuser@db.com

dianne.kost@janus.com

dianne.orbison@minnesotamutual.com

dianne.reed@aig.com

dianne.slager@huntington.com

dianne_e_branch@fanniemae.com

dianne_m_brown@fleet.com

dianne_sandoval@calpers.ca.gov

diannessa@williamblair.com

dianwang@princeton.edu

diaza@aetna.com

diazfm@bankofbermuda.com

dibartolomeo@finmeccanica.it

diboo_a_daniel@vanguard.com

dick.durrant@hsh-nordbank.co.uk

dick.fredrikson@posten.se

dick.goers@db.com

dick.howard@juliusbaer.com

dick.van.ingen@nibcapital.com

dick.veldman@azl-group.com

dick@scsb.com.tw

dick_frucci@putnam.com

dickinsons@rabo-bank.com

dicksey.mathew@morganstanley.com

dicksong@emigrant.com

dicksonj@amiam.amigroup.com

didi.weinblatt@usaa.com

didier.adler@mercatifinanziari.net

didier.arm@lombardodier.com

didier.boeckli@csam.com

didier.borowski@sgam.com

didier.boublil@axa-im.com

didier.clermont@etoile-gestion.com

didier.corin@dexia.be

didier.debruin@sncf.fr

didier.depireux@dexia-am.com

didier.duret@ch.abnamro.com

didier.engels@fortisbank.com

didier.federle@cardif.fr

didier.ferrand@ceidfp.caisse-epargne.fr

didier.fourcroy@fortisinvestments.com

didier.laloux@degroof.lu

didier.leboeuf@ca-paris.fr

didier.lecorps@hcmny.com

didier.leroi@banque-france.fr

didier.margetyal@bnpparibas.com

didier.michoud@lloydsbank.ch

didier.rieter@ing.lu

didier.rinkel@wolterskluwer.com

didier.rion@bcvs.ch

didier.simonetti@axa-im.com

didier.valade@ca-assetmanagement.fr

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

didier.vanhecke@fortisbank.com
didier.venet@cpr-am.fr
didier_devreese@ingfunds.co.jp
didier_haenecour@ntrs.com
didier_rosenfeld@ssga.com
didikaki@bloomberg.net
dieboldt@ebrd.com
diederik.kolfschoten@nl.abnamro.com
diederik.olijslager@selective.com
diederik.van.rappard@abnamrocapital.com
diego.alvarez@alico.com.ar
diego.alvarez@wgz.de
diego.baroncini@bper.it
diego.camossi@aigpb.com
diego.cardenas@corporate.ge.com
diego.cesarei@am.generali.com
diego.dargenio@arcafondi.it
diego.franzin@pioneerinvest.ie
diego.gadient@bsibank.com
diego.lopez@grupobbva.com
diego.melingo@pioneerinvestments.com
diego.rivas@bancogalicia.com.ar
diego.rodriguez@bnpparibas.com
diego.viviani@bankhaus-loebbecke.de
diego@logic-intl.com
diem@ibm.net
dienstc@strsoh.org
diep.h@gordian.co.uk
dierk.brandenburg@fidelity.com
dieter.baelden@dexia.be
dieter.baumann@swisslife.ch
dieter.beil@pioneerinvestments.com
dieter.bergmaier@rmf.ch
dieter.biegel@raiffeisenbank.at
dieter.brandt@hypointernational.com
dieter.brugmer@blb.de
dieter.buchholz@aigpb.com
dieter.dejaegher@fortisbank.com
dieter.dorp@rbccm.com
dieter.dreier@bks.at
dieter.galli@swisscanto.ch
dieter.hoefert@claridenleu.com
dieter.klose@allianz.de

dieter.koch@bfg-hyp.de
dieter.konrad@union-investment.de
dieter.loreng@sk-koeln.de
dieter.mallwitz@kfw.de
dieter.market@ba-ca.com
dieter.merz@feri.de
dieter.musielak@centrumbank.com
dieter.pfundt@oppenheim.de
dieter.poyck@dekabank.de
dieter.ross@ids.allianz.com
dieter.scheuermann@lbbw.de
dieter.schwarz@union-investment.de
dieter.sewing@dgz-dekabank.de
dieter.veith@dzbank.de
dieter.volk@activest.de
dieter.warzecha@db.com
dieter.wawrzinek@sebam.de
dieter.widmer@akb.ch
dieter.wussler@wwk.de
dieter_dobmeier@swissre.com
dieter_joetten@dzbank.de
diethard.holzer@raiffeisenbank.at
dietmar.albertz@oppenheim.de
dietmar.bahr@warburg-ai.com
dietmar.baum@citadelgroup.com
dietmar.hitzemann@db.com
dietmar.hoehne@helaba.de
dietmar.klein@dekabank.de
dietmar.pasitsch@lbbw.de
dietmar.peetz@credit-suisse.com
dietmar.sollbach@aimco.ab.ca
dietmar.sticksel@dzbank.de
dietmar.studer@lgt.com
dietmar_petroll@swissre.com
dietrich.domanski@bis.org
dietrich.eilers@hsh-nordbank.com
dietrich@bordier.com
dietricht@dit.de
diez.dm@mellon.com
digby.armstrong@ubs.com
digianni@simgest.it
dilawer.farazi@gibuk.com
dilbar@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| diliana.deltcheva@ingim.com | dinfante@pictet.com |
| dilip.rasgotra@csam.com | ding.chun@farcap.com |
| dima.sakkab@bms.com | dinka.kucic@standardlife.ca |
| dima.skvortsov@morganstanley.com | dinnie.andrew@alliancebernstein.com |
| dimas.serrano@hcmny.com | dino.kos@morganstanley.com |
| dimitar.pashev@claridenleu.com | dino.kos@ny.frb.org |
| dimitar.voukadinov@gs.com | dino.lucarelli@53.com |
| dimitri.crelot@fortisbank.com | dino.skrapic@am.generali.com |
| dimitri.gorochowski@dzbank.de | dino.teitler@schroders.com |
| dimitri.lamarlere@asia.bnpparibas.com | dino.troendle@juliusbaer.com |
| dimitri.pierre@gs.com | dinusha.gajasinghe@insightinvestment.com |
| dimitri.teboul@hsbcpb.com | diogo.lacerda@bcp.pt |
| dimitri.x.raevsky@us.hsbc.com | diogo.lopes@mcfundos.pt |
| dimitri@ellington.com | dion.roseman@barclaysglobal.com |
| dimitri_grechenko@troweprice.com | diongcm@ocbc.com |
| dimitrije.mitrinovic@fmr.com | dionne.devere@uk.fid-intl.com |
| dimitrios.karampatos@bis.org | dip.roy@morganstanley.com |
| dimitrios.kritikos@chase.com | dipa_sharif@freddiemac.com |
| dimitrios.manolidis@vontobel.ch | dipanjana.gupta@fidelity.co.in |
| dimitrios.tzililis@barclays.co.uk | dipaolol@ansaldo.com |
| dimitrios.vomvas@ubs.com | dipasquale.rm@mellon.com |
| dimitris.melas@hsbcam.com | dipasquale@capitagest.it |
| dimitris_printzos@westlb.co.uk | dipillada@fhlbcin.com |
| dimitrsi.kakounis@alphabank.gr | dipole@bloomberg.net |
| dimitry.balzac@citadelgroup.com | diptochakratorty@us.standardchartered.com |
| dimitry.shklovsky@tudor.com | direnzo.fabio@enel.it |
| dimple.kaur@ubs.com | direzione@simgest.it |
| dina.mabasa@capitalonebank.com | dirich.kolbeck@commerzbank.com |
| dina.marchioni@ny.frb.org | dirigoyen@exprinteruruguay.com.uy |
| dina.perry@capitalworld.com | dirint@bancobpi.pt |
| dina.shehata@jpmorgan.com | dirk.abspoel@fortisbank.com |
| dina.ting@barclaysglobal.com | dirk.aufderheide@db.com |
| dina_mastrangelo@ustrust.com | dirk.bartsch@cominvest-am.com |
| dinah.brown@aig.com | dirk.baumesiter@bis.org |
| dinah.x.francoeur@jpmorgan.com | dirk.boesche@hsh-nordbank.com |
| dinapetersen@northwesternmutual.com | dirk.brandes@dghyp.de |
| dinapoli.d@mellon.com | dirk.brauers@ib.bankgesellschaft.de |
| dinash.lakhani@mondrian.com | dirk.brockhaus@hsh-nordbank.de |
| dinesh.balachandran@fmr.com | dirk.brodowski@bw-bank.de |
| dinesh.hirani@glgpartners.com | dirk.bruckmann@db.com |
| dinesh.patel@ibtco.com | dirk.bruneel@dexia.com |
| dinesha.vittaldas@alliancebernstein.com | dirk.busch@dzbank.de |
| dineuzita.souza@bcb.gov.br | dirk.buss@dekabank.de |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dirk.chlench@essenhyp.com | dirk.schmidtmann@bhf-bank.com |
| dirk.deboeck@drkw.com | dirk.schoeneich@feri.de |
| dirk.diederich@allianz.com | dirk.schroeter@hshs-nordbank.com |
| dirk.doetsch@trinkaus.de | dirk.siefert@ubs.com |
| dirk.dudman@bnpparibas.com | dirk.soehnholz@feri.de |
| dirk.dumuschat@lbb.de | dirk.strehmel@ruv.de |
| dirk.faltin@ubs.com | dirk.stynen@fortisbank.com |
| dirk.filice@db.lu | dirk.teunissen@harmonic.ky |
| dirk.fole@deshaw.com | dirk.trochelmann@rwe.com |
| dirk.friedrich@dit.de | dirk.van.den.beukel@nibc.com |
| dirk.frikkee@ingim.com | dirk.vatter@hsh-nordbank.com |
| dirk.froebe@vuw.de | dirk.verrelst@vanlanschot.be |
| dirk.garz@hsh-nordbank.com | dirk.voigtlaender@cominvest-am.com |
| dirk.gradehand@dzbank.de | dirk.wehrse@telekom.de |
| dirk.guber@trinkaus.de | dirk.werthmann@bhf-bank.com |
| dirk.h.q.stefels@si.shell.com | dirk.wieringa@credit-suisse.com |
| dirk.haschke@erstebank.at | dirk.x.frohnert@jpmrogan.com |
| dirk.hastenrath@db.com | dirk_morris@putnam.com |
| dirk.huenink@rainierfunds.com | dirk_van_hout@westlb.de |
| dirk.jan.verzuu@ingim.com | dirkjan.blikkendaal@snssecurities.nl |
| dirk.jung@credit-suisse.com | dirkjan_dirksen@deltalloyd.nl |
| dirk.jung@lrp.de | dis@capgroup.com |
| dirk.junker@db.com | dis@nykredit.dk |
| dirk.kipp@ib.bankgesellschaft.de | dischoenfeld@bloomberg.net |
| dirk.krauth@westlb.de | disdier.p@dreyfus.com |
| dirk.m.panter@jpmorganfleming.com | dishee@bbandt.com |
| dirk.martin@allianzgi.de | dishmand@kochind.com |
| dirk.mohr@helaba.de | dishop.mp@tbcam.com |
| dirk.molenaar@fandc.com | disiliskiler@tcmb.gov.tr |
| dirk.morris@btfinancialgroup.com | distressed@baupost.com |
| dirk.nonnenmacher@dzbank.de | distribuzione.pd@antonveneta.it |
| dirk.peeters@puilaetco.com | ditalj@umtb.co.il |
| dirk.philippa@uk.fid-intl.com | ditmar.kapt@fmr.com |
| dirk.portig@lbbw.de | diva.yu@email.chinatrust.com.tw |
| dirk.renkert@ubs.com | divine_david@fsba.state.fl.us |
| dirk.rhode@commerzbank.com | divya.chhibba@morganstanley.com |
| dirk.richter@umb.com | divya.mathur@swip.com |
| dirk.ruettgers@weberbank.de | divya.patel@ff.com |
| dirk.rybarczyk@union-investment.de | divya_gopal@ssga.com |
| dirk.sauer@nordlb.de | divyesh.chotalia@bmonb.com |
| dirk.scheunemann@bankgesellschaft.de | diw@americancentury.com |
| dirk.schiefer@db.com | diwana@jwseligman.com |
| dirk.schlademann@nordlb.com | diwinet@bloomberg.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dixin@icbc.com.cn | djohnstone@davenportllc.com |
| dizierca@cic.fr | djohnstonstewart@martincurrie.com |
| dja.cfo@honeywell.com | djones@europeancredit.com |
| djackson@penncapital.com | djones@hcmlp.com |
| djager@bloomberg.net | djones@ubs.com |
| djanelli@refco.com | djones_nyc@yahoo.com |
| djaquete@gruposantander.com | djordanovic@russell.com |
| djarapin@banrep.gov.co | djosepho@keybanccm.com |
| djarnot1@bloomberg.net | djouret@fr.ebsworld.com |
| djb@cornell.edu | djpetersen@bremer.com |
| djb30@dcx.com | djpozen@wellington.com |
| djbetz@leggmason.com | djsalamone@hcsbnj.com |
| djc@columbus.com | djsanford@bloomberg.net |
| djcolwe@peoples.com | djukanovic_vladimir@jpmorgan.com |
| djdyer@ibtco.com | djung@canyonpartners.com |
| djeffery@hfw1.com | djuvane@aegonusa.com |
| djelliott@wellington.com | djyang@bok.or.kr |
| djenkins@eatonvance.com | dk@gruss.co.uk |
| djensen@copera.org | dk_lee@hanabank.com |
| djerickson@bremer.com | dk39@ntrs.com |
| djetten@bloomberg.net | dk90@ntrs.com |
| djfatina@household.com | dkaizerman@hdq.iai.co.il |
| djfitzpatrick@wellington.com | dkalloo@lordabbett.com |
| djforster@statestreet.com | dkamin@angelogordon.com |
| djhoanna.soriano@schwab.com | dkang@rivercapital.net |
| djk@ubp.ch | dkanner@fmbonline.com |
| djkeene@wellington.com | dkantsyrev@panagora.com |
| djkilbride@wellington.com | dkaplan@vmfcapital.com |
| djl@bernstein.com | dkarpa@cambonds.com |
| djmelroe@bremer.com | dkartsonas@federatedinv.com |
| djmiller@illinoismutual.com | dkass@jennison.com |
| djmonks@leggmason.com | dkatz@matrixassetadvisors.com |
| djmurray@ybs.co.uk | dkbarnes@bloomberg.net |
| djnorton@dlbabson.com | dkeane@schny.com |
| djoe@tiaa-cref.org | dkeefe@sentry-direct.com |
| djohnsen@chicagoequity.com | dkeith@loomissayles.com |
| djohnson@hcmlp.com | dkelher@wamumortgage.com |
| djohnson@jhancock.com | dkelleher@awbank.net |
| djohnson@mcdinvest.com | dkelley@oppenheimerfunds.com |
| djohnson@nicholasfunds.com | dkelley@payden-rygel.com |
| djohnston@bloomberg.net | dkelly@bloomberg.net |
| djohnston@provnet.com | dkelly@mmsa.com |
| djohnston@wescorp.org | dkelsey@llic.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dkempen@uscentral.org | dkopp@bloomberg.net |
| dkendrick@cumb.com | dkothari@dohabank.com.qa |
| dkennedy2@mfs.com | dkovacs@turnerinvestments.com |
| dkent@co.riverside.ca.us | dkozusko@federatedinv.com |
| dkersch@bloomberg.net | dkp.em@adia.ae |
| dkeverhart@delinvest.com | dkraebel@blaylocklp.com |
| dkey@highbridge.com | dkraft@lnc.com |
| dkg.tr@adia.ae | dkramer@wellington.com |
| dkhanna@lordabbett.com | dkrause@capitalgrwothmgt.com |
| dkhanna@ubs.com | dkrejci@csob.cz |
| dkhare@bankofny.com | dkrimholtz@uk.tr.mufg.jp |
| dkhouri@dbzco.com | dkrisko@bankofny.com |
| dkiefer@jennison.com | dkroeger@bloomberg.net |
| dkiepfer@microsoft.com | dkrohnert@blackrock.com |
| dkiessling@ssm.com | dkurfess@bloomberg.net |
| dkilpatrick@alger.com | dkusy@loomissayles.com |
| dkim@farcap.com | dkw2@ntrs.com |
| dkim@guildinvestment.com | dkwan@mcm.com |
| dkim@wellington.com | dkyle@perrycap.com |
| d-kimoto@bloomberg.net | dl2005@bloomberg.net |
| dking@barbnet.com | dl255@cornell.edu |
| dkingsley@standish.com | dlac@seic.com |
| dkirkpatrick@agfirst.com | dladd@tiaa-cref.org |
| dkkafes@leggmason.com | dlafferty@ssrm.com |
| dkkim@kdb.co.kr | dlaflamme@eatonvance.com |
| dkle@dsaco.com | dlagan@congressasset.com |
| dklein@westernasset.co.uk | dlaird@fhlbdm.com |
| dkm@ntrs.com | dlallinson@wellington.com |
| dkm@wmblair.com | dlam1@frk.com |
| dkm5@ntrs.com | dlamadue@dcxcapital.com |
| dkn@nationalbanken.dk | dlami@fondianima.it |
| dknife21@wooribank.com | dlampe@opers.org |
| dkniffin@pbucc.org | dlampert@sanwabank.com |
| dknight@tiaa-cref.org | dlang@farcap.com |
| dknoepp@mcdinvest.com | dlange@jmsonline.com |
| dknoll@wellington.com | dlanghoff@aegonusa.com |
| dknorowski@covad.net | dlankow@loomissayles.com |
| dkoch@wfgweb.com | dlapierre@loomissayles.com |
| dkofid@nbg.gr | dlarusse@fhlbatl.com |
| dkolasinski@chicagoequity.com | dlascano@caxton.com |
| dkolsrud@aegonusa.com | dlaskows@allstate.com |
| dkolter@ibuk.bankgesellschaft.de | dlau@nysif.com |
| dkoo@rockco.com | dlavelle@hymanbeck.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

dlburnette@bbandt.com
dlcripps@wolverhampton.gov.uk
dle@kanaly.com
dleary@firststate.co.uk
dlebi@entergy.com
dleccese@bear.com
dleduc@standishmellon.com
dlee@britannicasset.com
dlee@uscentral.org
dlee2@frk.com
dleek@snwsc.com
dlehmann@lkcm.com
dleland@swst.com
dleone@angelogordon.com
dleonhardt@standish.com
dleuba@pictet.com
dleung@bancaintesa.com.hk
dleung@us.nomura.com
dlevans@aegonusa.com
dlevin@metlife.com
dlevine@nb.com
dlevit@princeton.edu
dlevy@ftci.com
dlewis@oppenheimerfunds.com
dlewis@templeton.com
dlgreer@statestreet.com
dlh12@daimlerchrysler.com
dlherlihy@wellington.com
dli@lmfunds.com
dlichtenberg@lordabbett.com
dliddell@panagora.com
dlieber@angelogordon.com
dlim@templeton.com
dlindaue@aegonusa.com
dlindquist@ftadvisors.com
dlindstrom@metlife.com
dlinehan@ustrust.com
dling@mfs.com
dlinsen@lordabbett.com
dlipsey@payden-rygel.com
dlisi@allstate.com
dliu@fhlbsea.com
dljohnson@leggmason.com

dlk6@ntrs.com
dlkaschub@wellington.com
dlkendall@bloomberg.net
dln@columbus.com
dlocricchio@bankofny.com
dloebig@westernasset.com
dloglisci@osc.state.ny.us
dloncto@nevrodie.com
dlopez@bradfordmarzec.com
dloudon@bloomberg.net
dloufman@fi.rjf.com
dloughran@oppenheimerfunds.com
dlove@lgamerica.com
dlpicozzi@washtrust.com
dlr@baupost.com
dlr11@ntrs.com
dlts@statoil.com
dlu@princeton.edu
dl-ubsoc-ops-chi@ubs-oconnor.com
dlucas@pt.lu
dludeman@wachovia.com
dludke@aegonusa.com
dlukkes@copera.org
dluu@templeton.com
dlybrand@ic.sc.gov
dlyle@state.nm.us
dlynch@canyonpartners.com
dlynch@copera.org
dlynch@jhancock.com
dlyons@the-ark.com
dlyukhter@fordfound.org
dm@bloomberg.net
dm@fideuramgestions.lu
dm@fnysllc.com
dm@tbb.com.hk
dm12@ntrs.com
dm17@ntrs.com
dm172@ntrs.com
dm2@wmblair.com
dm273@cornell.edu
dm36@ntrs.com
dm62@ntrs.com
dm80@ntrs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dma.em@adia.ae | dmascolo@hbk.com |
| dma@frk.com | dmathewes@rccl.com |
| dma@nbim.no | dmatthijssen@epo.org |
| dma@petercam.be | dmatthius1@bloomberg.net |
| dma@standishmellon.com | dmaurice@ryanlabs.com |
| dmacdona@tiaa-cref.org | dmaurice@utendahl.com |
| dmace@generali.fr | dmauro@leggmason.com |
| dmacia@creditandorra.ad | dmaus@telefonica.es |
| dmaclary@wellington.com | dmc@sandlercap.com |
| dmacmillan@ag-am.com | dmcaneny@jhancock.com |
| dmacn1@anfis.co.uk | dmccabe@bnymellon.com |
| dmactavish@mfs.com | dmccahill@metlife.com |
| dmadigan@bondinvestor.com | dmccomb@oppenheimerfunds.com |
| dmagnetto@bloomberg.net | dmcconnell@nisi.net |
| dmagowan@frk.com | dmccrary@payden-rygel.com |
| dmahoney@millertabak.com | dmcdiarmid@pembacreditadvisers.com |
| dmainka@allstate.com | dmcdonald@essexinvest.com |
| dmak@perrycap.com | dmcelaney@eatonvance.com |
| dmalcom@westpac.com.au | dmcewan@britannicasset.com |
| dmalick@bloomberg.net | dmcgarel@ftportfolios.com |
| dmallas@troweprice.com | dmcgettigan@thamesriver.co.uk |
| dmallone@bankofthewest.com | dmcgill@fnni.com |
| dmandel@evcap.com | dmcintosh@sbliusa.com |
| dmandel@metlife.com | dmckenna@panagora.com |
| dmaness@bbandt.com | dmcknown@eatonvance.com |
| dmangnuson@oppenheimerfunds.com | dmckown@eatonvance.com |
| dmangone2@bloomberg.net | dmckoy@munder.com |
| dmanischevitz@firstmanhattan.com | dmclamb@davenportllc.com |
| dmannheim@mfs.com | dmcmahon@faralloncapital.com |
| dmannion.dublin@sinvest.es | dmcmahon5@bloomberg.net |
| dmanoux1@bloomberg.net | dmcmanus@turnerinvestments.com |
| dmarchant@mfs.com | dmcmillan@atlanticasset.com |
| dmarcian@amfin.com | dmcmullan@opcap.com |
| dmargoli@banxico.org.mx | dmcmurry@caxton.com |
| dmarmon@fftw.com | dmcnamara@westernasset.com |
| dmarques@standishmellon.com | dmcnease@rowancompanies.com |
| dmarsh1@bloomberg.net | dmcorsetti@leggmason.com |
| dmartel@fhlbdm.com | dmdurbin@aegonusa.com |
| dmartin@canyonpartners.com | dme@dodgeandcox.com |
| dmartin@hcmlp.com | dmeacock@allstate.com |
| dmartin2@worldbank.org | dmeade@faralloncapital.com |
| dmartinez@denveria.com | dmeissner@federatedinv.com |
| dmarting@notes.banesto.es | dmelchior@mcdinvest.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dmelnikov@vtb.ru | dmitry.dinces@prudential.com |
| dmenge@aegonusa.com | dmitry.lin@fidelity.com |
| dmenski.na@mellon.com | dmitry.novitsky@credit-suisse.com |
| dmerjan@williamblair.com | dmitry.rakhlin@alliancebernstein.com |
| dmerre@fhlbsea.com | dmitry.solomakhin@uk.fid-intl.com |
| dmessina@millertabak.com | dmitry.zolotarevsky@westernasset.com |
| dmessler@roxburycap.com | dmitry@asglp.com |
| dmeyer@amfin.com | dmitry_gaysinskiy@vanguard.com |
| dmeyer@fmausa.com | dmitry_ponomarev@vtb.ru |
| dmeyer@juliusbaer.com | dmitry_taraschansky@troweprice.com |
| dmeyer@pacificincome.com | dmizrachi@nb.com |
| dmeythaler@alger.com | dmkim@kdb.co.kr |
| dmf@fnbmcconnells.com | dmn@baupost.com |
| dmfogel@nb.com | dmn@ubp.ch |
| dmg@columbus.com | dmneubert@wellington.com |
| dmg@sitinvest.com | d-mochizuki@ikedabank.co.jp |
| dmgreenhalgh@bloomberg.net | dmoix@bloomberg.net |
| dmgrzywacz@wellington.com | dmomalley@ibtco.com |
| dmh.na@adia.ae | dmontague@nb.com |
| dmheiberger@washtrust.com | dmonteith@loomissayles.com |
| dmhenden@state.nm.us | dmontier@montier.co.uk |
| dmiano@bancafideuram.it | dmoon@russell.com |
| dmielle@canyonpartners.com | dmoore@fhlbdm.com |
| dmigliorato@nb.com | dmoore@globalt.com |
| dmike1@bloomberg.net | dmoore@highlandcap.com |
| dmiles@ofiinstitutional.com | dmoore@oppenheimerfunds.com |
| dmiller@hcmny.com | dmoore@umwafunds.org |
| dmiller@lnc.com | dmoraru@princeton.edu |
| dmiller@mfs.com | dmoretto@apicorp-arabia.com |
| dmills@sisucapital.com | dmorgan@lordabbett.com |
| dmilne@swissca.co.uk | dmorgan@oppenheimerfunds.com |
| dmilner@aegon.nl | dmorgan@wilmingtontrust.com |
| dminot@tre.state.vt.us | dmoron@iberdrola.es |
| dmirovitski@hbk.com | dmorse@standishmellon.com |
| dmitchell@integrabank.com | dmoss1@metlife.com |
| dmitchell@williamblair.com | dmoy@imsi.com |
| dmitri.artemiev@fmr.com | dms@premierassetmanagement.com |
| dmitri.barinov@union-investment.de | dmueller@whummer.com |
| dmitri.pisarev@sbafla.com | dmuiruri@ford.com |
| dmitri.raberov@fmr.com | dmukhin@standishmellon.com |
| dmitri.savin@aig.com | dmukhin@wellington.com |
| dmitri.smolansky@gm.com | dmulkern@vigilantcap.com |
| dmitry.balzac@citadelgroup.com | dmulroy@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dmulvey@asbcm.com | dnoone@ibjwhitehall.com |
| dmurnin@xlserv.com | dnordstrom@chubb.com |
| dmurphy@dbzco.com | dnoren@voyageur.net |
| dmurphy@mauchchunktrust.com | dnorton@fhlbdm.com |
| dmurphy@mws.com | dnout@bloomberg.net |
| dmurphy@wamumortgage.com | dntantoulis@mcleanbudden.com |
| dmurphy@wellington.com | dnuckle@frk.com |
| dmurphy1@mauchchunktrust.com | dnussbaum@ofivalmo.fr |
| dmw@sitinvest.com | doare@blackrock.com |
| dmwisdom@metlife.com | dob.em@adia.ae |
| dmykrantz@mfs.com | dobbsfsd@slkfjsdklf.com |
| dnadel@roycenet.com | dobrien@allstate.com |
| dnagle@babsoncapital.com | dobrien@payden-rygel.com |
| dnagy@collegesavings.com | doc_ghose@freddiemac.com |
| dnah@bloomberg.net | doconnell@ssrm.com |
| dnastou@jhancock.com | documentation@nbb.be |
| dnatale@deerfieldcapital.com | dodd_kittsley@ssga.com |
| dnatt@kbw.com | doddk@strsoh.org |
| dnavratil@csas.cz | dodi@ptbni.com.sg |
| dnayduch@loews.com | do'donnell@massmutual.com |
| dnb2dr@bloomberg.net | doesnthaveone@bankofisrael.com |
| dndelis@gkst.com | dogdon@aamcompany.com |
| dneary@westernasset.com | dogfish@chapcap.com |
| dneenan@dsaco.com | dogrady@blaylockco.com |
| dnegry@oppenheimerfunds.com | dogren@bloomberg.net |
| dneish@fhlbc.com | doh1@bear.com |
| dnekava@perrycap.com | dohanlon@bloomberg.net |
| dnelson@frk.com | doherty.br@mellon.com |
| dnelson@lmcm.com | dohyun.cha@mackayshields.com |
| dnetschert@jennison.com | dokeke@metlife.com |
| dnewburg@fhlbc.com | dokyoung.lee@alliancebernstein.com |
| dnewcomb@jennison.com | dolanjd@fhlbcin.com |
| dnewkirk@integrabank.com | doleary@delinvest.com |
| dnf@ubp.ch | dolf.kohnhorst@sgcib.com |
| dng@calstrs.com | dolitsky@kbw.com |
| dnichola@blackrock.com | doliver@brownadvisory.com |
| dnicholas@nicholasfunds.com | dollmann@adelphi-capital.com |
| dnilkodem@bcml.com | dolly.lijtens@ingim.com |
| dnishi@wilmingtontrust.com | doloffo@ford.com |
| dnjr@bloomberg.net | dolores.bufanio@kemper.com |
| dnolan@bbandt.com | dolores.flynn@lbbwie.com |
| dnolan@fbw.com | dolores.garcia@telefonica.es |
| dnolan@panagora.com | dolores.gillap@hillswickasset.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

dolores.mcmullen@morganstanley.com
dolores_e_rapacz@keybank.com
dolores_hawrylo@ml.com
dolson@reamsasset.com
dom_degorgio@hvbamericas.com
doma@bloomberg.net
domae_masahiro@ub.smbc.co.jp
domeara@nab.co.uk
domenic.parente@pnc.com
domenica.martina@rothschild.com.au
domenicantonio.degiorgio@ubm.it
domenick.fumai@aig.com
domenico.alonzi@pioneerinvest.it
domenico.bellocco@bnlmail.com
domenico.bonatesta@credit-suisse.com
domenico.fazio@arnerbank.ch
domenico.grenci@vontobel.ch
domenico.iuliano@socgen.com
domenico.petrillo@bancaakros.it
domenico.pirovine@capitalia-am.com
domenico.sabadini@unicreditgroup.de
domingo.kim@ubs.com
dominguezjosemaria@bancsabadell.com
domini_gardner@ssga.com
dominic.adams@vtbeurope.com
dominic.baker@threadneedle.co.uk
dominic.bryant@bankofengland.co.uk
dominic.caldecott@msdw.com
dominic.constanza@barclaysglobal.com
dominic.degrasio@sscims.com
dominic.delaforce@aberdeen-asset.com
dominic.dion@tres.bnc.ca
dominic.griffin@uk.fid-intl.com
dominic.herbert@morganstanley.com
dominic.jackson@csam.com
dominic.kraetzig@commerzbank.com
dominic.malleo@bankofamerica.com
dominic.marshall@wellsfargo.com
dominic.neary@insightinvestment.com
dominic.p.powell@jpmorgan.com
dominic.pegler@barclaysglobal.com
dominic.rossi@threadneedle.co.uk
dominic.schnider@ubs.com

dominic.stupp@dzbank.de
dominic.swan@hsbcgroup.com
dominic.t.powell@bob.hsbc.com
dominic.turnbull@ipaper.com
dominic.wallington@rbc.com
dominic.white@morleyfm.com
dominic.zangari@morganstanley.com
dominic_byrne@standardlife.com
dominic_herbert@blackrock.com
dominic_howlett@newton.co.uk
dominic_j_visco@progressive.com
dominic_scarano@scotiacapital.com
dominick.carlino@morganstanley.com
dominick.dealto@robecousa.com
dominick.emmanuelli@barclayscapital.com
dominik.blaettler@juliusbaer.com
dominik.bloch@credit-suisse.com
dominik.bludau@essenhyp.com
dominik.brueschweiler@vpbank.com
dominik.brunner@ubs.com
dominik.buesser@credit-suisse.com
dominik.c.mueller@credit-suisse.com
dominik.halder@rbscoutts.com
dominik.hartmann@skpfcw.de
dominik.irniger@zkb.ch
dominik.jahnke@bayerninvest.de
dominik.kremer@pioneerinvest.de
dominik.petri@postbank.de
dominik.popp@ubs.ch
dominik.salvisberg@juliusbaer.com
dominik.scheck@claridenleu.com
dominik.stepan@ba-ca.com
dominik.ulrich@credit-suisse.com
dominique.blanchard@jp.calyon.com
dominique.buemi@credit-suisse.com
dominique.carrel-billiard@axa-im.com
dominique.chupin@ca-paris.fr
dominique.clerbois@solvay.com
dominique.delabarre@lodh.com
dominique.deleze@credit-suisse.com
dominique.demaddalena@credit-suisse.com
dominique.dequidt@bnpparibas.com
dominique.dijkhuis@fandc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dominique.ehrbar@sarasin.ch | don.jordison@threadneedle.co.uk |
| dominique.eloy@labanquepostale-am.fr | don.keller@usbank.com |
| dominique.ferrat@ubs.com | don.kinzer@shenlife.com |
| dominique.fournier@calyon.com | don.mcarthur@commercebank.com |
| dominique.h.leroy@bnpparibas.com | don.mcclatchy@aig.com |
| dominique.heriard-dubreuil@remy-cointreau.com | don.muller@citadelgroup.com |
| dominique.hoenn@bnpparibas.com | don.noe@jpmchase.com |
| dominique.iroz@bnpparibas.com | don.oliver@ubs.com |
| dominique.kohler@credit-suisse.com | don.peduzzi@uk.calyon.com |
| dominique.linder@de.pimco.com | don.petrow@db.com |
| dominique.mallard@caam.com | don.pfohlman@pimco.com |
| dominique.manderlier@dexia.be | don.pinkerton@fmr.com |
| dominique.marguet@bcv.ch | don.riechel@cnb.com |
| dominique.moisy@caam.com | don.ross@nationalcity.com |
| dominique.mousset@bnpparibas.com | don.schulze@usaa.com |
| dominique.ould-ferhat@caam.com | don.suskind@pimco.com |
| dominique.piaz@juliusbaer.com | don.swistowicz@firstmidwest.com |
| dominique.queguiner@ratp.fr | don.travis@us.socgen.com |
| dominique.reliquet@bnpparibas.com | don.waggaman@thehartford.com |
| dominique.schantl@erstebank.at | don.wilson@micorp.com |
| dominique.schulthess@bnpparibas.com | don.wood@gcm.com |
| dominique.schwab@credit-suisse.com | don.wordell@ceredexvalue.com |
| dominique.serrault@banque-hervet.fr | don@bpviinc.com |
| dominique.staehlin@csam.com | don@esunbank.com.hk |
| dominique.tschanz@bcv.ch | don@gries.com |
| dominique.vacheron@raymondjames.com | don_hill@merck.com |
| dominique.voegelin@claridenleu.com | don_paullo@agfg.com |
| dominique.zelmanowicz@sgam.com | don_perdue@centralbank.net |
| dominique_zenruffinen@swissre.com | don_peters@troweprice.com |
| dominiquejulien.maire@rothschildbank.com | don_pontes@calpers.ca.gov |
| domizioli@mediolanum.it | don_schilling@keybank.com |
| domocats@bloomberg.net | donahue.mark@principal.com |
| don.a.sanjose@jpmorgan.com | donahuemj@aetna.com |
| don.choi@wooribank.com | donal.bishnoi@moorecap.com |
| don.cushing@fhlbtopeka.com | donal.f.murphy@aib.ie |
| don.degolyer@pharma.novartis.com | donal.omahony@davy.ie |
| don.deutsche@db.com | donal.o'neill@barclaysglobal.com |
| don.duncan@corporate.ge.com | donal_reynolds@standardlife.com |
| don.evans@mortgagefamily.com | donald.aiken@swipartnership.co.uk |
| don.evenson@tcw.com | donald.alderfer@pncadvisors.com |
| don.gaiter@citizensbank.com | donald.ames@pncbank.com |
| don.glassman@heritagefunds.com | donald.amstad@aberdeen-asset.com |
| don.hamid@bia.com.bn | donald.berdine@pncbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

donald.brydon@axa-im.com
donald.buzanowski@ijl.com
donald.canfield@bankofamerica.com
donald.carucci@morganstanley.com
donald.choy@uk.fid-intl.com
donald.clemmenson@jpmorganfleming.com
donald.coxe@harrisbank.com
donald.farquharson@bailliegifford.com
donald.feliser@hispeed.ch
donald.gannon@moorecap.com
donald.gervais@jpmorganfleming.com
donald.heltner.hm3n@statefarm.com
donald.j.osborne@jpmorgan.com
donald.j.pepin@usa.dupont.com
donald.jackson@hp.com
donald.jackson@ubs.com
donald.kenst@fhlb-pgh.com
donald.lim@cibc.ca
donald.malicki@nbp.pl
donald.mason@citadelgroup.com
donald.melroy@mortgagefamily.com
donald.oneill@thehartford.com
donald.pettler@pncbank.com
donald.phillips@aegon.co.uk
donald.r.amstad@jpmorganfleming.com
donald.robinson@columbiamanagement.com
donald.sullivan@commercebank.com
donald.tosh@lgim.co.uk
donald.townswick@inginvestment.com
donald.villeneuve@degroof.lu
donald.young@ny.invesco.com
donald_b_mcdonald@fleet.com
donald_f_carmichael@key.com
donald_g_clark@bankone.com
donald_l_sinclair@fanniemae.com
donald_m_butler@vanguard.com
donald_matthew_hill@putnam.com
donald_moore@bankone.com
donald_osbourne@invesco.com
donald_r_hanrahan@vanguard.com
donald_spelman@ustrust.com
donald_w_borneman@dom.com
donaldk.lin@himco.com

donaldo_benito@ml.com
donaldson.bryan@principal.com
donaldson.john@pennmutual.com
donall.comerford@omam.co.uk
donalquaid@angloirishbank.ie
donat.wild@dresdner-bank.ch
donatella.pianciamore@bgsgr.it
donatella.selva@caboto.it
dong.han@lazard.com
dong.li@bankofamerica.com
dong.liu@icbc.com.cn
dong@sib.wa.gov
dongchan.lee@blackrock.com
dongchoi@bok.or.kr
dongfang@cmbchina.com
donggeng.gong@abnamro.com
donghong.zheng@ubs.com
dongmin3.lee@samsung.com
dongylee@seoulbank.net
donh@fhlbsea.com
donj.mchugh@aig.com
donjr@bloomberg.net
donmccabe@bloomberg.net
donna.airey@mondrian.com
donna.anderson@aiminvestments.com
donna.baggerly@usaa.com
donna.bebb@pacificlife.com
donna.brizzolara@kroger.com
donna.cabral@pramericafinancial.com
donna.cohen@pimco.com
donna.ennis@pnc.com
donna.h.nicosia@columbiamanagement.com
donna.l.dewick@si.shell.com
donna.laspina@bnlmail.com
donna.magnabosco@irwinmortgage.com
donna.marsella@db.com
donna.mawson@jpmorganfleming.com
donna.means@gwl.com
donna.mills@hsbc.com
donna.morlock@bmo.com
donna.najafi@inginvestment.com
donna.nance@suntrust.com
donna.quon@ubs.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| donna.r.williams@pfpc.com | doreenchia@gic.com.sg |
| donna.riley@pimco.com | doreenchin@gic.com.sg |
| donna.rust@fmr.com | doreendlg@bloomberg.net |
| donna.schurmann@jpmorgan.com | doreenh@stanford.edu |
| donna.sells@prudential.com | dorelle.scott@glgpartners.com |
| donna.tucker@vankampen.com | dori.aleksandrowicz@columbiamanagement.com |
| donna@freddiemac.com | doria.r@dreyfus.com |
| donna_anderson@troweprice.com | dorian.garay@ingim.com |
| donna_boyd@standardlife.com | dorian.jacob@dexia-am.com |
| donna_button@westlb.co.uk | dorian.raimond@bnpparibas.com |
| donna_corley@freddiemac.com | dorian_bomberger@freddiemac.com |
| donna_ferretti_tihalas@fleet.com | doriana.cirella@standardlife.ca |
| donna_ingeneri@putnam.com | doriana.fragnelli@banca.mps.it |
| donna_issac@scudder.com | doriana.russo@morganstanley.com |
| donna_p_jacobs@victoryconnect.com | dorianne.cassar@bov.com |
| donna_pitroski@victoryconnect.com | doris.brouwer@utc.rabobank.com |
| donna_podd@acml.com | doris.fritz@fmr.com |
| donna_sanna@vanguard.com | doris.giger@rbscoutts.com |
| donna_strick@acml.com | doris.j.grillo@jpmorganfleming.com |
| donna_wilson@invesco.com | doris.kutalek@oenb.co.at |
| donnakay.tiller@glenmede.com | doris.lem@bmonb.com |
| donnellyb@bwbank.ie | doris.luescher_von_arx@pharma.novartis.com |
| donnie.johnson@wachovia.com | doris.nakamura@nuveen.com |
| donny.s.h.lam@hsbcpb.com | doris.pfiffner@hapoalim.ch |
| donny.tjandra@barclaysglobal.com | doris.pittet@bdg.ch |
| donny@bi.go.id | doris.rimpler@ikb.de |
| donosoc@nationwide.com | doris.stadler@sparinvest.com |
| donotsend@nomail.com | doris_sh_wang@cathaylife.com.tw |
| donotuse@pls.com | doris-07227@email.esunbank.com.tw |
| donough.kilmurray@gs.com | dorisseet@gic.com.sg |
| donovan3@bloomberg.net | dorisyu@bloomberg.net |
| dontusethis@ntrs.com | dorit.krombass@erstebank.at |
| dooley_douglas@jpmorgan.com | dorit@teva.co.il |
| dooleyco@bloomberg.net | dorlow@omega-advisors.com |
| dora.mintz@alliancebernstein.com | dornick@bessemer.com |
| dora_jiang@symantec.com | doron.inbar@ecitele.com |
| dorange@lmfunds.com | doron.kohanan@dbfm.it |
| doreen.crawford@rabobank.com | doron_sabag@sumitomobank.com |
| doreen.davidow@nyc.rabobank.co | doronweber@oppenheimerfunds.com |
| doreen.johns@mutualofamerica.com | dorota.sadowska@citigroup.com |
| doreen.melillo@prudential.com | dorota.strzalkowska@lodh.com |
| doreen.tan@jpmorganfleming.com | dorothea.goedkoop@bnpparibas.com |
| doreen_yoo@msdw.com | dorothea.klucevsek-whalen@morganstanley.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

dorothea.mueller@activest.de

dorothea_donelan@fanniemae.com

dorothee.fassiau@fortisag.be

dorothy.cooney@uboc.com

dorothy.flynn@jpmorgan.com

dorothy.giannotti@pncadvisors.com

dorothy.halsey@bankofamerica.com

dorothy.irvine@rocklandtrust.com

dorothy.jordan@morganstanley.com

dorothy.mosko@soros.com

dorothy.radulescu@rbc.com

dorrisek@bgi-group.com

dorthe.petersen@dghyp.de

dorthia.brown@db.com

dortiz@vcallc.com

doschitzki@generali.fr

dosh@bloomberg.net

dosullivan@bankofny.com

dot@ardsley.com

douardar@cin.cic.fr

doubayashi1111@intra.cosmo-sec.co.jp

doudenhoven@aegon.nl

doudna.jon.d@principal.com

doug.adam@tmgchicago.com

doug.adler@swib.state.wi.us

doug.asiello@aiminvestments.com

doug.booton@hcmny.com

doug.brigance@morgankeegan.com

doug.brooks@huntington.com

doug.bryant@gcm.com

doug.butler@rocklandtrust.com

doug.challis@barclays.co.uk

doug.connor@wachovia.com

doug.ebert@nctrust.com

doug.ebner@usbank.com

doug.edwards@morgankeegan.com

doug.erwin@aig.com

doug.flegg@ubs.com

doug.fox@4086.com

doug.gingerella@ucb-group.com

doug.grant@aiminvestments.com

doug.hansen@redwoodtrust.com

doug.harris@usbank.com

doug.hart@tudor.com

doug.hill@edwardjones.com

doug.hocker.nng9@statefarm.com

doug.howe@micorp.com

doug.kitani@honeywell.com

doug.kocis@aig.com

doug.l.scipione@db.com

doug.lanzillo@pioneerinvestments.com

doug.lee@aig.com

doug.lefferson@ffbc-oh.com

doug.lober@fmr.com

doug.macleod@53.com

doug.mangini@morganstanley.com

doug.maxham@bankofamerica.com

doug.mcginley@fmr.com

doug.mitchell@truscocapital.com

doug.nelson@janus.com

doug.olsen@fmr.com

doug.paterson@gmacrfc.co.uk

doug.pike@lyondell.com

doug.potolsky@chase.com

doug.pugh@peregrinecapital.com

doug.richman@fmr.com

doug.robey@kiewit.com

doug.stamps@citadelgroup.com

doug.tapley@ge.com

doug.thomson@aberdeen-asset.com

doug.thornton@harrisbank.com

doug.wilson@alliancebernstein.com

doug.wilson@fmr.com

doug.young@westamerica.com

doug@sandlercap.com

doug@tre.wa.gov

doug_bushell@nylim.com

doug_deschutter@adp.com

doug_forsyth@nacm.com

doug_s_carter@keybank.com

doug_shaw@blackrock.com

doug_stone@nacm.com

dougb@wil.com

dougie_smyth@standardlife.com

dougj@cronincoinc.com

douglas. antonacci@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| douglas.baker@nuveen.com | douglas.potolsky@wamu.net |
| douglas.bennett@ny.frb.org | douglas.pratt@fmr.com |
| douglas.blythe@bmo.com | douglas.redmond@bankofamerica.com |
| douglas.brodie@bailliegifford.com | douglas.rentz@morganstanley.com |
| douglas.cameron@opco.com | douglas.rollwitz@usaa.com |
| douglas.cunningham@cominvest-am.com | douglas.roman@pncadvisors.com |
| douglas.e.anderson@chase.com | douglas.rothstein@credit-suisse.com |
| douglas.ferrans@insightinvestment.com | douglas.scheffel@pw.utc.com |
| douglas.fitzgerald@prudential.com | douglas.scott@aegon.co.uk |
| douglas.funke@morganstanley.com | douglas.scott@fmr.com |
| douglas.g.heinz@jpmorgan.com | douglas.shaffer@pncbank.com |
| douglas.g.smith@prudential.com | douglas.simmons@fmr.com |
| douglas.goodwin@jpmorgan.com | douglas.sipkin@wachovia.com |
| douglas.graham@barclaysglobal.com | douglas.spratley@prudential.com |
| douglas.greaves@fmr.com | douglas.w.henderson@usa.dupont.com |
| douglas.gregor@wellscap.com | douglas.wade@westernasset.com |
| douglas.h.gimple@jpmorgan.com | douglas.wagner@alliancebernstein.com |
| douglas.hayley-barker@ubs.com | douglas.wagner@usbank.com |
| douglas.hedberg@usbank.com | douglas.ward@usaa.com |
| douglas.holcomb@nationalcity.com | douglas.weaver@gs.com |
| douglas.holthaus@pnc.com | douglas.whang@blackrock.com |
| douglas.j.upton@jpmorganfleming.com | douglas.white@fafadvisors.com |
| douglas.jones@aegon.co.uk | douglas.wright@resolutionasset.com |
| douglas.jones@aig.com | douglas.ziegler@erieinsurance.com |
| douglas.keller@alliancebernstein.com | douglas_allen@agfg.com |
| douglas.kennedy@gs.com | douglas_escola@freddiemac.com |
| douglas.kennedy@shinseibank.com | douglas_fokuo@ldn.invesco.com |
| douglas.kerr@swipartnership.co.uk | douglas_goodwin@bankone.com |
| douglas.koester@commercebank.com | douglas_jacobs@fleet.com |
| douglas.l.lee@morganstanley.com | douglas_mcneill@standardlife.com |
| douglas.lafleur@thehartford.com | douglas_peebles@acml.com |
| douglas.laitner@commercebank.com | douglas_roberts@standardlife.com |
| douglas.lehman@ubs.com | douglas_s_swanson@bankone.com |
| douglas.lenart@sgcib.com | douglasflint@hsbc.com |
| douglas.lukcso@nationalcity.com | douglass_m_dies@vanguard.com |
| douglas.mark@bbh.com | dougneish@yahoo.com |
| douglas.mccalmont@fmr.com | dougpeck@northwesternmutual.com |
| douglas.mcgraw@morganstanley.com | doukasv@ebrd.com |
| douglas.mcneely@morganstanley.com | douming_su@hotmail.com |
| douglas.mcphail@swipartnership.co.uk | dounia.elias@alliancebernstein.com |
| douglas.mervyn@lgim.co.uk | douno@nam.co.jp |
| douglas.n.pratt@wellscap.com | doussoma@cial.cic.fr |
| douglas.nardi@db.com | dowlings@bwbank.ie |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dowlings@rba.gov.au | dperry@tiaa-cref.org |
| downchr@barclaysglobal.com | dpersky@tiaa-cref.org |
| downiem@strsoh.org | dpesikoff@sarofim.com |
| doylej@vankampen.com | dpeters@ofina.on.ca |
| dp12962@elbit.co.il | dpeterson@pictet.com |
| dp13@ntrs.com | dpetro@sandleroneill.com |
| dp6@ntrs.com | dpetro@shay.com |
| dp61@ntrs.com | dpetrula@thezenith.com |
| dpa@capgroup.com | dpetruzzelli@barrowhanley.com |
| dpaduano@nb.com | dpetschow@metlife.com |
| dpaleokr@bloomberg.net | dpettee@templeton.com |
| dpalicki@bloomberg.net | dpetulla@iccrea.bcc.it |
| dpalin1@bloomberg.net | dpfox@aegonusa.com |
| dpaliouras@investcorp.com | dphannafin@wellington.com |
| dpandey@templeton.com | dpharmelin@delinvest.com |
| dpapaioan@diethniki.nbg.gr | dphillips@admin.rochester.edu |
| dpapaioannou@alpha.gr | dphillips@britannicasset.com |
| dpaquet@statestreet.com | dpiatak@mcdinvest.com |
| dpardon@lehman.com | dpickering@noonam.com |
| dparish@blackrock.com | dpierce@bloomberg.net |
| dparra@bloomberg.net | dpierce@russell.com |
| dparsons@wescorp.org | dpike@mtildn.co.uk |
| dpassmore@bank-of-china.com | dpindoria@newstaram.com |
| dpatel@cumberassoc.com | dpineiro@notes.banesto.es |
| dpatel@ftportfolios.com | dpinnella@bankofny.com |
| dpatel@recordcm.com | dpirillo@fideuramsgr.it |
| dpatel@tiaa-cref.org | dpisarkiewicz@swbank-stl.com |
| dpaton@rwbaird.com | dpletzer@fftw.com |
| dpatton@valance.us | dplofsky@loomissayles.com |
| dpayer@natexistx.com | dplotsky@westernasset.com |
| dpayne@russell.com | dplynch@bloomberg.net |
| dpbradford@delinvest.com | dpm@merganser.com |
| dpc28@cornell.edu | dpm@rorerasset.com |
| dpd2@ntrs.com | dpmcelan@ibtco.com |
| dpduerst@mmm.com | dpoitras@whummer.com |
| dpedowitz@nb.com | dpolitano@metlife.com |
| dpenn@pershing.com | dpolito@loomissayles.com |
| dpenseyres@ubp.com | dponeman@tiaa-cref.org |
| dpercella@jpmorgan.com | dponte@lordabbett.com |
| dperez@bankinter.es | dpoplos@wilmingtontrust.com |
| dperis@federatedinv.com | dporitzky@ssrm.com |
| dperregaux@pasche.ch | dporter@moneygram.com |
| dperrotta@jhancock.com | dportny@nb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dpost@farcap.com | dralston@sterling-capital.com |
| dpound@angelogordon.com | drastelli@millertabak.com |
| dpowell@brownadvisory.com | drath@concordiafunds.com |
| dpowell@kanaly.com | dratha@worldbank.org |
| dpowell@wellington.com | drauch@union-investment.de |
| dpp22@cornell.edu | drauscher@meag.com |
| dppaglia@ibtco.com | dravera@jennison.com |
| dpromani@fdic.gov | draytonk@rba.gov.au |
| dprozes@dsaco.com | dr-bob.froehlich@db.com |
| dprytas@ford.com | drc32@cornell.edu |
| dpsmyth@statestreet.com | drdaly@wellington.com |
| dpuckett@allstate.com | drea@ftci.com |
| dpurcell@westernbank.com | dreed@bloomberg.net |
| dpurena@bancomadrid.com | dreed@nwbancorp.com |
| dpyle@ustrust.com | dreed@rnt.com |
| dq22@cornell.edu | dreed@templeton.com |
| dqm@aberdeen-asset.com | drees.doug@principal.com |
| dquartner@nb.com | dreichert@fhlbatl.com |
| dquirk@babsoncapital.com | dreif@meag.com |
| dr.alexander.zschocke@thomascookag.com | dreinecke@kio.uk.com |
| dr.claus.braeutigam@amb-generali.de | dreister@bloomberg.net |
| dr.helbing@deutscherring.de | drej@bloomberg.net |
| dr.jan-alexander.posth@postbank.de | drejeau_michele@accor.fr |
| dr.markus.schmidt@amb-generali.de | drempfler@ifc.org |
| dr@ntrs.com | drenaud@vaudoise.ch |
| dr_m_vandenadel@westlb.de | drenfield-miller@amback.com |
| dr94@georgetown.edu | drentschler@perrycap.com |
| drabasco@standishmellon.com | dresnik@evcap.bm |
| drabella@crediinvest.ad | drever@munder.com |
| draberov@loomissayles.com | drew.breittholz@stifel.com |
| draburn@bloomberg.net | drew.carrington@ubs.com |
| drachlin@nb.com | drew.devine@ibtco.com |
| drader1@bloomberg.com | drew.hanson@compassbnk.com |
| dradtke@wbcap.net | drew.hershkowitz@moorecap.com |
| dragan.kostic@credit-suisse.com | drew.maxwell@trs.state.tx.us |
| dragan.sestovic@ubs.com | drew.meyers@opco.com |
| drager@bft.fr | drew.patrick@bfg-hyp.de |
| dragesic@wharton.upenn.edu | drew.wollensak@pioneerinvestments.com |
| dragon@ms1.hncb.com.tw | drew@sandlercap.com |
| dragoze@shinhan.com | drew_cortez@ssga.com |
| draja@wcbarksdale.com | drew_schoonmaker@prusec.com |
| draket@strsoh.org | drfassnacht@wellington.com |
| drali.toutounchi@lgim.co.uk | drg@smith.williamson.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

drh38@cornell.edu
dri@americancentury.com
dricci@williamblair.com
d-richard.smith@db.com
drichardson@eatonvance.com
drichie@ustrust.com
drichter@metlife.com
drichter@standishmellon.com
drichter2@bloomberg.net
driera@fibanc.es
dries.de.haan@philips.com
dries.de-muynck@ing.be
dries.janssens@dexia-am.com
driley@troweprice.com
drina.loncar@citadelgroup.com
dring@aigfpc.com
driss.ben-brahim@glgpartners.com
driss.ben-brahim@gs.com
drissb@erbd.com
dritt@asbcm.com
dritt@lordabbett.com
drivera1@allstate.com
drj@blaylicklp.com
drjagow@chevychasebank.net
drmichael.brune@oppenheim.de
droach@metlife.com
droawden@fundadministration.com
droberts@angelogordon.com
droberts@dana.com
droberts2@tiaa-cref.org
drobertson@svmonline.co.uk
drobinson@eatonvance.com
drobinson@oaktreecap.com
drogers@eatonvance.com
drogers@loews.com
drolley@loomissayles.com
drooney@bankofny.com
dror.sachs@fibimail.co.il
drors@fibi.co.il
drosanti@stanford.edu
drosario@wgz-bank.ie
drosato@websterbank.com
drosenblatt@nb.com

drosenfelder@bloomberg.net
drosenthal@downeysavings.com
dross@nbindpls.com
dross1@metlife.com
drouston@mutualtrust.com
drovelli2@bloomberg.net
drp4@ntrs.com
drtew@earthlink.com
drthompson@aegonusa.com
drub@bloomberg.net
drubens@oppenheimerfunds.com
drubin@ambac.com
drubin@pictet.com
drucks@provinzial.com
drudnitsky@bear.com
drummel@bcbsm.com
drunk@kishbank.com
drurgento@aol.com
drussekoff@perrycap.com
drussell@sscinc.com
druth@waddell.com
drwalsh@princeton.edu
drwisniewski@dow.com
drx17@aol.com
ds@rentec.com
ds111@ntrs.com
ds69@ntrs.com
dsa2@ntrs.com
dsales@jhancock.com
dsalomon@bloomberg.net
dsalter@griffinasset.com
dsalz@ambac.com
dsampson@scj.com
dsanchez@lincap.com
dsanderson@frk.com
dsaponaro@loomissayles.com
dsarver@opers.org
dsatake@teleos.com
dsato@co.la.ca.us
d-sato@nochubank.or.jp
d-satou@ioi-sonpo.co.jp
dsauber@bankofny.com
dsauerbier@loomissayles.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

dsauve@ssga.com

dsb@capgroup.com

dsc@glgpartners.com

dscaletta@babsoncapital.com

dscarth@denveria.com

dschaible@loews.com

dschancy@bgm.com

dscher@frk.com

dscherman@mfs.com

dschiff1@bloomberg.net

dschifone@inasim.gruppoina.it

dschimizzi@bloomberg.net

dschli@fhlbsea.com

dschlichter@westernasset.co.uk

dschoenhofen@blackrock.com

dschremmer@meag.com

dschroyen@brgco.com

dschulte@chilmarkpartners.com

dschultz@meltlife.com

dschumer@hbk.com

dschuster@brownadvisory.com

dschwartz@babsoncapital.com

dscilingo@pictet.com

dscott@payden-rygel.com

dsd3@ntrs.com

dseahorn@divinv.net

dsearle@frk.com

dsebald@amfam.com

dsecrest@babsoncapital.com

dseemann@hiberniabank.com

dseevers@allstate.com

dsefcik@blackrock.com

dsegal@msfi.com

dsemenak@corusbank.com

dsempervive@lmus.leggmason.com

dsenneseth@whitepinecapital.com

dsepulve@tiaa-cref.org

dserek@nylim.com

dserio1@bloomberg.net

dsermon@roycenet.com

dseto@nb.com

dseymour@xlserv.com

dsh@nbim.no

dsh39@cornell.edu

dshackelford@troweprice.com

dshaffer@wasatchadvisors.com

dshane@grneam.com

dshapiro@fftw.com

dshaw@wga.com

dsheasby@martincurrie.com

dsheets@dkpartners.com

dshell@mtildn.co.uk

dsherman@nystrs.state.ny.us

dshigemura@boh.com

dshindler@mfs.com

dshoffman@leggmason.com

dshong@bok.or.kr

dshoup@federatedinv.com

dshufrin@jhancock.com

dsillers@eatonvance.com

dsilva@jhancock.com

dsilva@sanwabank.com

dsimek@hcmlp.com

dsimmons@loomissayles.com

dsimms@europeancredit.com

dsirovy@allstate.com

dsitzer@bloomberg.net

dsjoberg902@dollarbank.com

dsk@summitpartnersllc.com

dskandalis@intlassets.com

dskoko@wellington.com

dslade@aegonusa.com

dslee27@chb.co.kr

dsliney@stifel.com

dsliwinski@martincurrie.com

dslogoff@westernasset.com

dsmall@templeton.com

dsmereck@miix.com

dsmith@farcap.com

dsmith@impaccompanies.com

dsmith@noil.co.uk

dsmith@rockco.com

dsmith@turnerinvestments.com

dsmith@unumprovident.com

dsmith@us.ca-indosuez.com

dsmith@westernasset.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dsmith1978@bloomberg.net | dsullivan@sandleroneill.com |
| dsnoirfalise@statestreet.com | dsun@barbnet.com |
| dso@nbim.no | dsunnerberg@loomissayles.com |
| dsobba@russell.com | dsvocak@nbs.sk |
| dsobol@loews.com | dswallow@standishmellon.com |
| dsolana.madrid@sinvest.es | dswindler@perrycap.com |
| dsoldatis@certusmgt.com | dt@gruss.com |
| dsolender@lordabbett.com | dt@ubpam.com |
| dsong@nacm.com | dtaft@whitepinecapital.com |
| dsong@rockco.com | dtallant@fdic.gov |
| dsouccar@federatedinv.com | dtan@hbk.com |
| dspadafora@standishmellon.com | dtang@allstate.com |
| dsparks@barbnet.com | dtankin@siichi.com |
| dspencer@farmcredit-ffcb.com | dtarsia@loomberg.net |
| dspope@wellington.com | dtb@dodgeandcox.com |
| dspurgeon@reamsasset.com | dtconnor@bloomberg.net |
| dss@dodgeandcox.com | dtdwyer@wellington.com |
| dss2@notes.ntrs.com | dtdwyer@wellmanage.com |
| dss6@bloomberg.net | dteich@jhancock.com |
| dssheusi@delinvest.com | dteicher@loews.com |
| dstackpole@barbnet.com | dtelfer@westpac.com.au |
| dstarke@denveria.com | dternes@myprovident.com |
| dstarr1@bloomberg.net | dthigpen03@gsb.columbia.edu |
| dstartari@federatedinv.com | dthomas@hcmlp.com |
| dsteele@bony.com | dthomas@perrycap.com |
| dsteele@mcmorgan.com | dthomas@provident-bank.com |
| dsteiker@bear.com | dthompson@aicm.com |
| dstein@smithbreeden.com | dthompson@wescorp.org |
| dstephan@bankofny.com | dthurman@ci.portland.or.us |
| dsterling@fhlbc.com | dthuss@ford.com |
| dstern@rockco.com | dtilton@russell.com |
| dstevens@accredohealth.com | dtjmramos@cam.es |
| dstevenson@babsoncapital.com | dtjohnson@bbandt.com |
| dstewart@thirdfedbank.com | dtjones@troweprice.com |
| dstipe@sfbcic.com | dtn@baupost.com |
| dstohr@angelogordon.com | dtn4@cornell.edu |
| dstone@heritageinvestors.com | dtoledano@bft.fr |
| dstraker@aegon.nl | dtorbin@litchfieldcapital.com |
| dstrelow@ssrm.com | dtorress@bancogui.com |
| dstrumwasser@vegapartners.com | dtosh@ford.com |
| dstunnell@wellington.com | dtoy3@bloomberg.net |
| dsugimoto@1838.com | dtrachtenberg@eatonvance.com |
| dsujat@dlbabson.com | dtrammell@munder.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| dtrasobares@jmh.org | dugoff_richard@jpmorgan.com |
| dtrautman@parknationalbank.com | duke.devlin@fmr.com |
| dtrevallion@babsoncapital.com | dullman@bloomberg.net |
| dtrimbal@mfs.com | dummer.marcus@principal.com |
| dtrimble@mfs.com | dummy@fake.com |
| dtrinder@wescorp.org | dunbrack_gary@ssga.com |
| dtropp@us.ibm.com | duncan.archer@axa-im.com |
| dtrotter@atlanticasset.com | duncan.blyth@isisam.com |
| dtroxell@ag-am.com | duncan.br@tbcam.com |
| dtroxell@angelogordon.com | duncan.de.vries@nibc.com |
| dts@atalantasosnoff.com | duncan.farley@moorecap.co.uk |
| dts@capgroup.com | duncan.fergusson@barclaysglobal.com |
| dtucker@jhancock.com | duncan.fraser@barclaysglobal.com |
| dturner@exchangebk.com | duncan.freestone@axa-im.com |
| dturner@msfi.com | duncan.funk.a7x8@statefarm.com |
| dturner@orixcm.com | duncan.hayban@aberdeen-asset.com |
| dtuthill@millertabak.com | duncan.k.farquhar@aib.ie |
| dtuttle@franklintempleton.ca | duncan.king@bankofamerica.com |
| dtypermass@metlife.com | duncan.larraz@ubs.com |
| dtyson@prudential.com | duncan.learmouth@gsk.com |
| du@ntrs.com | duncan.reid@bankofengland.co.uk |
| duane.austin@pncadvisors.com | duncan.sanford@daiwasbi.co.uk |
| duane.gilyot@ucop.edu | duncan.smith@barclaysglobal.com |
| duane.haas@micorp.com | duncan.squire@uk.fid-intl.com |
| duane.helkowski@americas.bnpparibas.com | duncan.sutherland@swipartnership.co.uk |
| duane.kent@schwab.com | duncan.thomas@credit-suisse.com |
| duane.mcallister@micorp.com | duncan.thomson@swipartnership.co.uk |
| duane_homan@ctxmort.com | duncan.vise@aig.com |
| duane_kelly@vanguard.com | duncan_anderson@mfcinvestments.com |
| duane_r_huff@bankone.com | duncan_bulgin@newton.co.uk |
| duangjas@bot.or.th | duncan_harvey@putnam.com |
| duc.nguyen@wgz-bank.de | duncanj@lotsoff.com |
| duccio.galletti@bancaakros.it | duncanmeares@bloomberg.net |
| duccio.giovannini@ubs.com | duncanw@sigmacap.com |
| duchatcz@oenb.co.at | dunganh.pham@caam.com |
| ducommun@bordier.com | dunlopmbet@mindspring.com |
| dudaneyd@strsoh.org | dunnst@london.cic.fr |
| dudley.hancox@us.standardchartered.com | dunstanm@bernstein.com |
| dudley@bloomberg.net | dupontca@cmcic.fr |
| dudley@sfc-uk.com | dupree@bloomberg.net |
| dueda@dl.dai-ichi-life.co.jp | durai@bnm.gov.my |
| duffy.fischer@fmr.com | durakovicm@lotsoff.com |
| dugan@pimco.com | durante.t@mellon.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| durbin.vido@pnc.com | dw1@bloomberg.net |
| durn@pimco.com | dw2500.ha@samsung.com |
| durraj_tase@ustrust.com | dw326@cornell.edu |
| dusan.britan@schwab.com | dwagner@payden-rygel.com |
| dushuyi@bloomberg.net | d-wakabayashi@nochubank.or.jp |
| dushy.puvanendrampillai@lloydstsb.co.uk | dwalch@perrycap.com |
| dusko_djukic@keybank.com | dwaldman@loomissayles.com |
| dustin.margolis@alliancebernstein.com | dwaldron@ftportfolios.com |
| dustin.mayer@usbank.com | dwallach@northshorebank.com |
| dusty.downs@mortgagefamily.com | dwallack@troweprice.com |
| dusty.granet@aig.com | dwalls@hcmlp.com |
| dutch_handke@acml.com | dwalsh@allstate.com |
| dutile.d@tbcam.com | dwalsh@loomissayles.com |
| dutter@blaylocklp.com | dwalte1@state.wy.us |
| dutton@offitbank.com | dwalters@eatonvance.com |
| duvall@agf.fr | dwane.bacak@aiminvestments.com |
| duvallm@wellsfargo.com | dwang@btmna.com |
| duy.nguyen@aiminvestments.com | dwang@canyonpartners.com |
| duygu.akyatan@mutualofamerica.com | dwang@rnt.com |
| duyx@bloomberg.net | dwarner@lmcapital.com |
| dv.davis@pncbank.com | dwatson@anchorcapital.com |
| dvan75@hotmail.com | dwatson@capstonefinancial.com |
| dvanderh@amfin.com | dwatson@montag.com |
| dvandevelde@lordabbett.com | dwayne.coker@ge.com |
| dvanhorne@apple-bank.com | dwayne.l.outerbridge@bob.hsbc.com |
| dvaskovic@csas.cz | dwayne.middleton@jpmorgan.com |
| dvasquez@templeton.com | dwayne.p.mcnicholas@aib.ie |
| dvdmars@aegon.nl | dwayne_parmley@ssga.com |
| dvermann@ubs.com | dwbarker@kfb.co.kr |
| dvieira@standishmellon.com | dwbarnard@wellington.com |
| dvignone@clinton.com | dwbtfmln@ma.kew.net |
| dvillani@bloomberg.net | dwebb@allstate.com |
| dvla@kempen.nl | dweeks@lincap.com |
| dvm@capgroup.com | dweigner@loomissayles.com |
| dvmastrigt@optimix.nl | dweih@aegonusa.com |
| dvogel@gsc.com | dweiner@nb.com |
| dvolz@aegonusa.com | dweiss@perrycap.com |
| dvonderh@amfin.com | dweiss@us.nomura.com |
| dvorwald@aegonusa.com | dwelch@allstate.com |
| dvprooije@anthos.nl | dwelch@seic.com |
| dvrabac@waddell.com | dwells@metlife.com |
| dvv@petercam.be | dwest@davenportllc.com |
| dw@ksbb.mg | dwest@westernasset.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dwestcott@dadco.com | dwm@ubp.ch |
| dwettlaufer@lmcm.com | dwmelchi@redcapitalgroup.com |
| dweyback@fdic.gov | dwmundy@ybs.co.uk |
| dwgilbert@bloomberg.net | dwolf@meag.com |
| dwharmby@cornerstoneadvisers.com | dwong@dahsing.com |
| dwharton@progbank.com | dwong@russell.com |
| dwheeldon@londonstockexchange.com | dwoodring@pjc.com |
| dwheeler@metlife.com | dwoods@jennison.com |
| dwheeler@mony.com | dwoodwar@bear.com |
| dwhelan@millburncorp.com | dwoolaghan@bllomberg.net |
| dwhite@hcmlp.com | dworkman@frk.com |
| dwhite@statestreet.com | dworth@bear.com |
| dwhitmore@bloomberg.net | dwpalmer@wellmanage.com |
| dwi@brgco.com | dwright@leggmason.com |
| dwickham@kio.uk.com | dws2@cornell.edu |
| dwiedemann@ihc-geneve.com | dwsmith@ryanbeck.com |
| dwiener@rnt.com | dwt@lrcasia.ch |
| dwight.brown@nrucfc.coop | dwydler@pictet.com |
| dwight.churchill@fmr.com | dwzjdzi@bh.com.pl |
| dwight.price@ky.gov | dxb@capgroup.com |
| dwight.scott@elpaso.com | dxd@columbus.com |
| dwight@martincurrie.com | dxjm@capgroup.com |
| dwight_hood@dell.com | dxp@capgroup.com |
| dwightw@scm-lp.com | dxystus@chicagoequity.com |
| dwil@kempen.nl | dyan.lelo-schwartz@alliancebernstein.com |
| dwiley@fdic.gov | dyan.sotelo@wedbush.com |
| dwilkins@pacific-crest.com | dyang@mas.gov.sg |
| dwilliams@amec1.com | dyang1@allstate.com |
| dwilliams@farmcredit-ffcb.com | dyann.kiessling@fmr.com |
| dwilliams@mws.com | dyaworsky@dlbabson.com |
| dwilliams@payden-rygel.com | dye@fftw.com |
| dwilliams@pnc.com | dyelle@tp-cm.com |
| dwilliams@templeton.com | dyerh@strsoh.org |
| dwillis@wasatchadvisors.com | dyhe@bloomberg.net |
| dwillocks@state.tn.us | dyke.benjamin@lazard.com |
| dwilson@barbnet.com | dyl@americancentury.com |
| dwilson@charles-stanley.co.uk | dylan.hughes@barclaysglobal.com |
| dwilson@europeancredit.com | dylan.waldron@daiwasectab.ie |
| dwilson@fiduciarymgt.com | dylan.wilson@egg.com |
| dwinney@thamesriver.co.uk | dylanw@mcm.com |
| dwirtjes@aegonusa.com | dynamike1@bloomberg.net |
| dwisdorf@wamumortgage.com | dyoung@aflac.com |
| dwlee@hanabank.com | dyoung@fhlbatl.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| dyoung@merctrust.com | e.kobayashi@aozorabank.co.jp |
| dyuen@frk.com | e.luciani@sace.it |
| dyyeo@mas.gov.sg | e.m.h.van.leeuwen@robeco.nl |
| dz@gruss.com | e.maarel@robeco.nl |
| dz6@ntrs.com | e.malik@bloomberg.net |
| dzakaria@frk.com | e.matsuoka@sumitomotrust.co.jp |
| dzaman@bankofny.com | e.mccarthy@naspadub.ie |
| dzang@allstate.com | e.mcmullan@hermes.co.uk |
| dzapp@goldenrule.com | e.mihallo@fordfound.org |
| dzarchan@hbk.com | e.monaghan@hermes.co.uk |
| dzee@payden-rygel.com | e.nilting@gbf.nl |
| dzejda@oppenheimerfunds.com | e.noomen@robeco.nl |
| dzhang@fhlbc.com | e.ontopoulou@alphatrust.gr |
| dzhang@ftci.com | e.papavoine@robeco.nl |
| dzigas@standishmellon.com | e.paracchini@rai.it |
| dzimmerman@eatonvance.com | e.pavelle@fnysllc.com |
| dzinser@delinvest.com | e.provenzano@bipielle.it |
| dzovig.keledjian@sgcib.com | e.robinson@chevrontexaco.com |
| dzuccariello@bloomberg.net | e.roux@probtp.com |
| dzulverdi@bi.go.id | e.rovelli@fineco.it |
| dzwirn@dbzco.com | e.sanichar@robeco.nl |
| e.a.verhoef@dnb.nl | e.schmahl@schretlen.com |
| e.bakker@robeco.nl | e.shibao@noemail.com |
| e.brandwood@hermes.co.uk | e.siano@bankofny.com |
| e.calorio@edroth.co.uk | e.stecher@bloomberg.net |
| e.cheung@indoverbank.com | e.stein@nrcl.com |
| e.deacal@bpci.it | e.stuart@hermes.co.uk |
| e.derose@ifabanque.com | e.tedesco@hermes.co.uk |
| e.dikmans@robeco.nl | e.v.hess@indoverbank.com |
| e.dubos@macsffinance.com | e.vanaken@snsams.nl |
| e.farsoun@olayangroup.com | e.vanraes@bbbsa.ch |
| e.fiorentino@promos.it | e.vasbinder@frieslandbank.nl |
| e.fragomeni@mwam.com | e.w.lindeijer@dnb.nl |
| e.g.fisher@rbsgc.com | e.webber@fnysllc.com |
| e.giesen@robeco.nl | e.wening@vanlanschot.com |
| e.goldstein@fnysllc.com | e.x@mail.barilla.it |
| e.grandjean@raborobecobank.lu | e.zambini@barilla.it |
| e.hermand@noemail.com | e_laselva@fairfax.ca |
| e.houston@mwam.com | e_miura@nam.co.jp |
| e.hulsegge@interpolis.nl | e2s@storebrand.com |
| e.inegbu@hermes.co.uk | e5s@compassbnk.com |
| e.j.nijmeijer@robeco.nl | e901246@hanmail.net |
| e.j.siermann@robeco.nl | eabello@btmna.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| eabraha@frk.com | earl.green@effem.com |
| eabrams@ellington.com | earl.takasaki@wellsfargo.com |
| eaccottrell@cazenove.com | earl_robinson@vanguard.com |
| eacrowder@fedex.com | earnen.fitzpatrick@boigm.com |
| eacton@ford.com | earnings@farcap.com |
| ead@brgco.com | earrebola@creditandorra.ad |
| eadderson@newstaram.com | earrimad@notes.banesto.es |
| eadrion@rnt.com | earzinos@alpha.gr |
| eafm@capgroup.com | eashea@wellington.com |
| eagnello@iccrea.bcc.it | eason@mail.pscnet.com.tw |
| eaguilar@bppr.com | eastar@nbg.gr |
| eah@ntrs.com | easteuro@juliusbaer.com |
| eahjerpe@websterbank.com | easthosu@samsung.co.kr |
| eaj@coastalsecurities.com | eastman.rj@tbcam.com |
| eakane@leggmason.com | easton.ragsdale@wpginvest.com |
| ealgan@grneam.com | eastwoos@strsoh.org |
| eallen@bancorio.com.ar | eatamian@jhancock.com |
| eallen@eagleglobal.com | eaton@nytimes.com |
| eallinson@lordabbett.com | eaugusts@cajamadrid.es |
| ealrashidi@kio.uk.com | eavan.k.o'connell@aib.ie |
| ealvarad@allstate.com | eaverbukh@jhancock.com |
| ealvarez@bcj.gbancaja.com | eawl@ntrs.com |
| eamills@bankofny.com | eawatt@bloomberg.net |
| eamon.b.brennan@aib.ie | eb@merganser.com |
| eamon.tubridy@moorecap.com | eb46@ntrs.com |
| eamon_desacia@glic.com | eb50@ntrs.com |
| eamonn.c.hackett@aib.ie | ebadger@bankofny.com |
| eamonn.english@glgpartners.com | ebaggett@oppenheimerfunds.com |
| eamonn.long@barclayscapital.com | ebague@bloomberg.net |
| eamonn.murphy@pioneeraltinvest.ie | ebague@unigestion.com |
| eamonn.s.boylan@aib.ie | ebaizman@loomissayles.com |
| eamonn.tuohy@ie.dexia.be | ebanaszynski@northwesternmutual.com |
| eamonnreilly@angloirishbank.ie | ebanderson@hartfordfinancial.com |
| eamonoo@princeton.edu | ebanko@lordabbett.com |
| eanderhub@bloomberg.net | ebarbaneagra@seic.com |
| eandrie@frk.com | ebarca@bloomberg.net |
| eang18@mail.pscnet.com.tw | ebargossi@fideuramcapital.it |
| eangrisani@autostrade.it | ebarnes@halcyonllc.com |
| earfvidsson@bloomberg.net | ebarreda@notes.banesto.es |
| eariasro@cajamadrid.es | ebaudendistel@tsocorp.com |
| earl.delaet@micorp.com | ebbin.simon@jpmorgan.com |
| earl.denney@truscocapital.com | ebecker@orleanscapital.com |
| earl.gordon@morganstanley.com | ebecker@waddell.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

ebeije@aegon.nl
eben.vanwyk@barclaysglobal.com
ebennett@metlife.com
eberberich@aegonusa.com
ebergagniini@ofiinstitutional.com
eberglund@kpmg.com
ebergman@blackrock.com
ebergman@kio.uk.com
ebergonzini@credem.it
ebergstrom@cfindustries.com
eberhard.becker@nordlb.de
eberhard.massenbach@ampegagerling.de
eberhardhaug@helaba-invest.de
eberherd.dilger@commerzbankib.com
ebermant@bci.it
ebermingham@loews.com
ebernhardt31@bloomberg.net
ebert_bernard@jpmorgan.com
ebertrand@cpr-am.fr
ebeyrich@loews.com
ebiassette@generali.fr
ebiko@nam.co.jp
ebinns@standishmellon.com
ebisso@blackrock.com
eblee2@bloomberg.net
ebleines@groupe-ccr.com
eblel@oddo.fr
ebloecher@fdic.gov
ebm@dartmouth.edu
ebmartins@dow.com
ebn@capgroup.com
eboaretto@fideuramsgr.it
eboesel@meag.com
ebogaard@aegon.nl
eboh@income.com.sg
eboland@nb.com
ebony_burnettejoseph@freddiemac.com
ebourguignon@ccrgestion.fr
eboyce@hestercapital.com
ebpealman@wellington.com
ebr@bloomberg.net
ebr@capgroup.com
ebracke@aegon.nl

ebragnun@capgrowthmgt.com
ebrandt1@bloomberg.net
ebraz@mfs.com
ebrea@sterling-capital.com
ebridge@co-operativebank.co.uk
ebrodsky@farcap.com
ebrown@browncapital.com
ebrown@harvardbusiness.org
ebrown@hellmanjordan.com
ebrown@jennison.com
ebrowne@nb.com
ebroz@kocbank.com.tr
ebru.basci@yapikredi.com.tr
ebru.gonenc@citi.com
ebryce@bloomberg.net
ebuck@bloomberg.net
ebuckley@bostonprivatebank.com
eburgess@tibsite.com
eburke@eatonvance.com
eburkhalter@bpbtc.com
ebutcher@northernlights.net
ebyers@howeandrusling.com
ec@erstebank.com
ec19@ntrs.com
ec37@ntrs.com
ec51@ntrs.com
ecadams@us.ibm.com
ecagnina@opers.org
ecamacod@notes.banesto.es
ecampos@banxico.org.mx
ecapellari@allmerica.com
ecaralp@chevreux.com
ecaravanos@arabbankusa.com
ecareddu@sisto.uni.net
ecarpenter@lordabbett.com
ecassidy@ustrust.com
ecaywood@provbank.com
ecb2@ntrs.com
ece.yavuz@teb.com.tr
ecesari@bloomberg.net
eceynar@bloomberg.net
ecgriffin@wellington.com
ech3@ntrs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| echa@brownadvisory.com | ecook@allstate.com |
| echa@oppenheimerfunds.com | ecooper@dkpartners.com |
| echampenois@unigestion.com | ecorcoran@loews.com |
| echan@evcap.com.sg | ecorey@adelphia.net |
| echang@babsoncapital.com | ecosgr@ftci.com |
| echapuis@oddo.fr | ecosio@newsalemcapital.com |
| echatman@fhlbdm.com | ecronin@wellington.com |
| echele@bloomberg.net | ecruikshank@jamisonfirst.com |
| echen@adb.org | ecs@capgroup.com |
| echen1@worldbank.org | ecuellar@westernasset.com |
| echesculescu@metlife.com | ecuriel@leggmason.com |
| echiabudini@pictet.com | ecurry@vcallc.com |
| echiang@gsc.com | ecvigsnes@wellington.com |
| echipare_rogel@jpmorgan.com | ed.bilek@compassbnk.com |
| echiu6@bloomberg.net | ed.burmester@abnamromellon.com |
| echng@hkma.gov.hk | ed.calejesan-reyes@bwater.com |
| echuang@mas.gov.sg | ed.carlson@wedbush.com |
| echung@farcap.com | ed.cassens@tradestreetinv.com |
| eciancarelli@eatonvance.com | ed.cherry@wachovia.com |
| ecimilluca@ing-mag.com | ed.coach@us.icap.com |
| eciulla@oppenheimerfunds.com | ed.corallo@barclaysglobal.com |
| ecj@capgroup.com | ed.covington@wachovia.com |
| eckertj@bloomberg.net | ed.cowart@eagleasset.com |
| eckhard.arndt@dzbank.de | ed.cruz@pimco.com |
| eckhard.helms@fm.nrw.de | ed.devlin@pimco.com |
| eckhard.muenchow@zf.siemens.de | ed.donofrio@blackrock.com |
| eckhard.pflieger@westam.com | ed.doyle@pioneerinvest.com |
| eckhard.sauter@helaba.de | ed.f@gordian.co.uk |
| eckhard.ulbrich@cominvest-am.com | ed.furman@fbol.com |
| eckhoff@bloomberg.net smtp eck | ed.gonzalez@db.com |
| eckiehne@leggmason.com | ed.gonzalez@ntrs.com |
| eckl@dexia.de | ed.groote@inginvestment.com |
| eclandsiedel@wellington.com | ed.hubbard@xlgroup.com |
| eclarke@thamesriver.co.uk | ed.j.w.coulson@hsbcgroup.com |
| eclemens@oppenheimerfunds.com | ed.johnson@allegiantgroup.com |
| eclopes@ashmorebrazil.com.br | ed.krisko@ntrs.com |
| ecm3@ntrs.com | ed.manie@ingbank.com |
| ecocomments@bailliegifford.com | ed.mcgowan@juliusbaer.com |
| ecohen@canyonpartners.com | ed.mcquigg@richemont.com |
| ecohen@nb.com | ed.melton@americas.ing.com |
| ecolleran@loomissayles.com | ed.miller@threadneedle.co.uk |
| econnell@ftci.com | ed.novak@phoenixwm.com |
| economic@ti.com | ed.oetinger@barclaysglobal.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ed.outen2@evergreeninvestments.com | eddie.h.o'neill@aib.ie |
| ed.ross@funb.com | eddie.hebert@ppmamerica.com |
| ed.ruggiero@twi.com | eddie.ko@ubs.com |
| ed.savage@jpmchase.com | eddie.villiers@rabobank.com |
| ed.schriver@ingfunds.com | eddie.willis@cpa.state.tx.us |
| ed.siegel@philips.com | eddie@cihc.com.tw |
| ed.solari@bmo.com | eddie@eslinvest.com |
| ed.spelman@mackayshields.com | eddie_wm_yue@hkma.gov.hk |
| ed.sporn@deshaw.com | eddieching@hsbc.com.hk |
| ed.sullivan@gm.com | eddieong@temasek.com.sg |
| ed.sun@ppmamerica.com | eddiesim@dbs.com |
| ed.taylor@ledyardbank.com | eddy.dekoker@nbb.be |
| ed.urbano@pimco.com | eddy.fung@ibtco.com |
| ed.van.wijk@robeco.nl | eddy.reynebeau@fortisbank.com |
| ed.ziehmer@nisanet.com | eddy.tsoi@asia.bnpparibas.com |
| ed@incomeresearch.com | eddy.vansantvoort@axa.be |
| ed_baker@acml.com | eddy.vataru@barclaysglobal.com |
| ed_baldini@scudder.com | eddy.verbiest@ingim.com |
| ed_burke@perpetual.co.uk | eddy.wauters@interbrew.com |
| ed_chisholm@scudder.com | eddyj@deshaw.com |
| ed_demello@ml.com | edeka@bloomberg.net |
| ed_games@scudder.com | edel.gargan@ibtco.com |
| ed_godden@newton.co.uk | edel.m.downey@aibbny.ie |
| ed_grant@inginvestment.com | edel.o'leary@pioneeraltinvest.com |
| ed_haldeman@putnam.com | edelen@fhlbny.com |
| ed_hart@ml.com | edeleon@husic.com |
| ed_posthumus@deltalloyd.nl | eden_levinson@dpimc.com |
| edabora@caxton.com | edendy@seic.com |
| edaehler@esfil.ch | edepotter@pictet.com |
| edancona@household.com | eder.lam@asia.bnpparibas.com |
| edandr@nytimes.com | edereus@bloomberg.net |
| edaniell@aegonusa.com | ederl@otpbank.hu |
| edarci@mfs.com | edervisevic@leggmason.com |
| edavis@templeton.com | edesalvio@bankofny.com |
| edawson@smithbreeden.com | edf@fhlbsea.com |
| edbarrie@microsoft.com | edgar.allen@blackrock.com |
| edbevin@bloomberg.ne | edgar.dmello@morleyfm.com |
| edda.agnarsdottir@de.pimco.com | edgar.lemel@mailpoalim.co.il |
| eddd@bloomberg.net | edgar.loring@pncbank.com |
| eddie.anderson@wachovia.com | edgar.maichel@schoellerbank.at |
| eddie.chan@ers.state.tx.us | edgar.nubert@hvb.de |
| eddie.fu@email.chinatrust.com.tw | edgar.rojas@db.com |
| eddie.goulding@icap.com | edgar.taverne@pggm.nl |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

edgardhabib@chevron.com

edgardo.khafif@asbai.com

edgarp@nationwide.com

edhall@wellington.com

edhannon@bigfoot.com

ediamond@hbk.com

ediana@bi.go.id

edick@hcmny.com

edij@bankbii.com

edimiceli@azoa.com

edise.g.schmitz@dartmouth.edu

edison.hwang@tcw.com

edison.lai@email.chinatrust.com.tw

edite.agolli@hcmny.com

edith.schiller@rzb.at

edith.seingier@canal-plus.com

edith.yue@asia.bnpparibas.com

edith_paetzold@swissre.com

edith_patzold@swissre.com

editkis@natexistx.com

ediver@metlife.com

edjakov@lordabbett.com

edlarsen@houston.rr.com

edlingr@vankampen.com

edlopez@ahorro.com

edmond.granges@ubs.com

edmond.huang@schroders.com

edmond.lezmi@caam.com

edmond_villani@scudder.com

edmondo.bosco@sai.it

edmund.brandt@jpmorganfleming.com

edmund.harvey@usnh.edu

edmund.kim@fbfinance.com

edmund.kunnen@bfg-hyp.de

edmund.onghk@uobgroup.com

edmund.robinson@insightinvestment.com

edmund.towers@daiwausa.com

edmund.wandeler@vontobel.ch

edmund@icbc.com.cn

edmund_hohmann@fanniemae.com

edna.rodriguez@wellsfargo.com

edo.meijerman@ingim.com

edoardo.fugini@ba-ca.com

edoardo.lombardi@mediolanum.it

edoardo.mezza@pioneerinvest.it

edoardo.sirtori@st.com

edoardo.visconti@finlayam.com

edoardo_malpaga@generaliglobal.com

edobbinscm@bloomberg.net

edoganton@aol.com

edoherty1@bloomberg.net

edonald2@bloomberg.net

edonovan@ag-am.com

edosa@mcc.it

edouard.bremond@calyon.com

edouard.darwiche@caam.com

edouard.daryabegui@clf-dexia.com

edouard.davaux@dexia.com

edouard.delanglade@moorecap.co.uk

edouard.desbonnets@fortis.lu

edouard.dubuis@claridenleu.com

edouard.esteve@calyon.com

edouard.gomis@barep.com

edouard.jounet@saint-gobain.com

edouard.klehe@us.socgen.com

edouard.knockaert@caam.com

edouard.mezzena@lodh.com

edouard.petitcollot@dexia-am.com

edouard.senechal@ubs.com

edouard.vidon@banque-france.fr

edpe01@handelsbanken.se

edreus@aegon.nl

edreyfuss@cpr-am.fr

edric.saito@barclaysglobal.com

edrobny@farcap.com

edrucker@us.nomura.com

edsparr_patrik@jpmorgan.com

eduard.cuito@caixacatalunya.es

eduard.frauenfelder@juliusbaer.com

eduard.guito@caixacatalunya.es

eduard.keller@db.com

eduard.prinker@hvb.de

eduard.van.gelderen@ingim.com

eduardo.abejon@grupobbva.com

eduardo.cabral@gs.com

eduardo.calabaza@grupobbva.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

eduardo.costa@finantia.com
eduardo.costa@lazard.com
eduardo.garcia@bnpparibas.com
eduardo.gorostiza@grupobbva.com
eduardo.lalo.torres@cpa.state.tx.us
eduardo.molina@grupobbva.com
eduardo.monteiro@bpi.pt
eduardo.palazzo@bnlmail.com
eduardo.piedra@suntrust.com
eduardo.ratier@barclays.co.uk
eduardo.repetto@dfafunds.com
eduardo.riospita@telefonica.es
eduardo_goya@sumitomobank.com
edulot@cicny.com
edupuy@iberia.es
edurey@gwkinc.com
eduvalsaint@jhancock.com
edvard.major@jpmorgan.com
edward.amberger@honeywell.com
edward.andrews@blackrock.com
edward.atkins@credit-suisse.com
edward.aw@db.com
edward.baker@lloydstsb.co.uk
edward.barrett@db.com
edward.berman@dillonread.com
edward.best@fmr.com
edward.blaha@prudential.com
edward.bliss@db.com
edward.booth@blackrock.com
edward.bozzard@morleyfm.com
edward.browne@citadelgroup.com
edward.brunni@bankofamerica.com
edward.bungey@vtbeurope.com
edward.burns@phxinv.com
edward.butchart@moorecap.co.uk
edward.caputo@thehartford.com
edward.chai@db.com
edward.chan@rlam.co.uk
edward.charles@asbinc.com
edward.chidiac@pnc.com
edward.cole@ashmoregroup.com
edward.conroy@aberdeen-asset.com
edward.debruyn@csfb.com

edward.degraan@lmginv.com
edward.dombrowski@alliancebernstein.com
edward.dove@augustus.co.uk
edward.dowd@blackrock.com
edward.dwek@asbai.com
edward.eichelberger@halliburton.com
edward.ennis@juliusbaer.com
edward.f.coveney@fmr.com
edward.farley@pramericafinancial.com
edward.farrell@hsbcpb.com
edward.filippi@ubs.com
edward.fisher@uk.mizuho-sc.com
edward.flowers@rbccm.com
edward.franks@tcw.com
edward.galbally@citadelgroup.com
edward.garner@gmacrfc.com
edward.gaunt@threadneedle.co.uk
edward.gaylor@morganstanley.com
edward.geyer@prudential.com
edward.gk.cheung@fidelity.com
edward.goldstein@morganstanley.com
edward.graham@ubs.com
edward.ha@ge.com
edward.han@transamerica.com
edward.hart@nestle.com
edward.harvey@bmo.com
edward.hasse@ubs.com
edward.heilbron@fmr.com
edward.hickey@columbiamanagement.com
edward.hutchings@morleyfm.com
edward.kachinski@usbank.com
edward.keating@harrisbank.com
edward.kelly@daiwasectab.ie
edward.kim@tdsecurities.com
edward.kolczynski@aiminvestments.com
edward.kramer@ubs.com
edward.kurmann@novartis.com
edward.kyritz@barcap.com
edward.kyritz@ubsw.com
edward.l.campbell@prudential.com
edward.l.santiago@chase.com
edward.laming@bnpparibas.com
edward.liem@asia.bnpparibas.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

edward.lightfoot@ikb.de
edward.lim@asia.bnpparibas.com
edward.lupo@alliancebernstein.com
edward.m.dugan@cititgroup.com
edward.maloney@fmr.com
edward.mazzacano@moorecap.com
edward.mccarthy@fmr.com
edward.mcmahon@thehartford.com
edward.meyers@mizuhocbus.com
edward.miller@morganstanley.com
edward.moore@lgim.co.uk
edward.morgan@bnymellon.com
edward.murray@morleyfm.com
edward.niehoff@nl.abnamro.com
edward.nijmeijer@nibcapital.com
edward.o.brien@wamu.net
edward.oppedisano@ubs.com
edward.ory@prudential.com
edward.p.walker@jpmorgan.com
edward.p@gordian.co.uk
edward.parkes@natixis.us
edward.paulinski@westernasset.com
edward.perkin@fmr.com
edward.peterhoblyn@mirabaud-im.com
edward.preston@boigm.com
edward.ramos@morganstanley.com
edward.ritchie@lazard.com
edward.ritchie@schroders.com
edward.robertson@pncadvisors.com
edward.robinet@axa-im.com
edward.rosenfeld@lazard.com
edward.ross@uk.fid-intl.com
edward.rosser@glgpartners.com
edward.rzeszowski@blackrock.com
edward.scheuer@prudential.com
edward.schultze@guarantybank.com
edward.selby@dkib.com
edward.silverstein@mackayshields.com
edward.simmonds@uk.fid-intl.com
edward.smith@genworth.com
edward.t.bell@jpmchase.com
edward.tappan@citigroup.com
edward.vaimberg@thehartford.com

edward.wallace@gartmore.com
edward.wandasiewicz@barclaysglobal.com
edward.werder@bnpparibas.com
edward.werner@vpbank.com
edward.wijnveen@dws.de
edward.wojtowicz@siemens.com
edward.wright@barclaysglobal.com
edward.yoon@fmr.com
edward.yu@bankofamerica.com
edward.zaledonis@credit-suisse.com
edward.zhou@oneamerica.com
edward@rentec.com
edward_bernard@troweprice.com
edward_bronson@freddiemac.com
edward_buonopane@ml.com
edward_caywood@farmermac.com
edward_d'alelio@putnam.com
edward_glesmannjr@ustrust.com
edward_gobora@ml.com
edward_green@blackrock.com
edward_hahn@freddiemac.com
edward_leggett@standardlife.com
edward_martin@fanniemae.com
edward_mcgettigan@vanguard.com
edward_mcnamara@freddiemac.com
edward_ng@ml.com
edward_rayner@acml.com
edward_reilly@ustrust.com
edward_rollins@uk.ibm.com
edward_rosenberg@vanguard.com
edward_shadek@putnam.com
edward_siskin@fleetretail.com
edward_wagner@nacm.com
edward_woods@ntrs.com
edward-1011@email.esunbank.com.tw
edward-cp.fang@aig.com
edwardd@mcm.com
edwarde.moise@wachovia.com
edward-j.haase@ubs.com
edwardo'connor@gic.com.sg
edwardsm@deshaw.com
edwin.brown@jpmchase.com
edwin.chan@lbbwsg.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

edwin.davison@blackrock.com

edwin.denson@ubs.com

edwin.ferrell@4086.com

edwin.ferrell@pacificlife.com

edwin.garcia@rmf.ch

edwin.greenberg@dbzco.com

edwin.gutierrez@aberdeen-asset.com

edwin.j.erne@zkb.ch

edwin.lak@ingim.com

edwin.laws@yadkinvalleybank.com

edwin.leung@uk.fid-intl.com

edwin.mcquiston@usaa.com

edwin.pietersen@utc.rabobank.com

edwin.simon@nl.abnamro.com

edwin.trieblnig@sparinvest.com

edwin.van.oosten@ingim.com

edwin.vanderaalst@meespierson.com

edwin.yoshawirja@cibc.com.sg

edwin_goh@scotiacapital.com

edwin_koeckhoven@bat.com

edwin_slaghekke@deltalloyd.nl

edwinchansl@dbs.com

edwinchoi@gic.com.sg

edwinheng@mas.gov.sg

edwinvanderkruk@optiver.com

edwy.zoonekynd@ubs.com

edy.bernasconi@bsibank.com

edzard.alexandra@uk.fid-intl.com

ee@dd.com

eeb@cgii.com

eedelfelt@groupama-am.fr

eeden@aegonusa.com

eeing@dbs.com

eeisman@nb.com

eellison@miami.edu

eemcevoy@wellington.com

eemmer@bloomberg.net

eeng@kempen.nl

eenglberger@bloomberg.net

eenglish@tiaa-cref.org

eenny@eastwestbank.com

eeodice@tiaa-cref.org

eeorellana@bankinter.es

eepuay@dbs.com

eerni@lfm-ag.ch

eero.ketola@okobank.com

eesh@bok.or.kr

eestanfield@delinvest.com

eeva.niemisto@okobank.fi

eevanouskas@fi.rjf.com

eevans@nationalasset.com

eeverett@oppenheimerfunds.com

eexb@capgroup.com

eeynon@perrycap.com

ee-yung.yip@credit-suisse.com

efarls@bbandt.com

efarras@creditandorra.ad

efavaro@worldbank.org

efayan@elbit.co.il

eferguson@bankfinancial.com

efernando@uss.co.uk

eferreira@oppenheimerfunds.com

eff@americancentury.com

effie.werber@mailpoalim.co.il

effie_yao@hkma.gov.hk

effrosyni.lefka@fortisbank.com

efguna@uss.com

efimovav@evrofinance.ru

efinney@brownadvisory.com

efischman@mfs.com

efisher@trmshedge.com

efitzger@nylim.com

efitzpatrick@loomissayles.com

efjeffries@wellington.com

eflanaganraynaud@statestreet.com

eflockhart@martincurrie.com

eflood@smithbreeden.com

eflores@tiaa-cref.org

efo@nbim.no

efoden@litchfieldcapital.com

efolan@federatedinv.com

eforde@jhancock.com

eforest@bouyguestelecom.fr

eforstall@cisco.com

efox@rockco.com

efr@nbim.no

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

efraimg@dbs.com
efrain.nunez@jpmorgan.com
efrance@opers.org
efranco@economicnews.ca
efrei@allegiancecapital.com
efrem.meretab@lazard.com
efrey@lmfund.com
efriedland@standishmellon.com
efstathia.nezi@hypovereinsbank.de
efstathios_margonis@westlb.co.uk
efuentes@grupobbva.com
efuhrman@hgk.com
efujimura453962@po.yasuda.co.jp
efurey@metlife.com
efurnish@aegonusa.com
eg@ark.demon.co.uk
ega@nbim.no
egalceran@creditandorra.ad
egalic@meag.com
egamboa@sw.com
egan_peter@jpmorgan.com
egarding@fib.com
egarnier@pictet.com
egarvin@frk.com
egavin@bc.pitt.edu
egbandceb@aol.com
egbersd@bloomberg.net
egbert.cosack@rwe.com
egbert.klinski@postbank.de
egelman@dominickanddominick.com
egercek@lmus.leggmason.com
egerry@ubs.com
egger.fritz@rahnbodmer.ch
eggjieun@bok.or.kr
eggqiang@bloomberg.net
egidio_boni@bancalombarda.it
egil@dow.com
egilletl@entenial.com
egiroux@essexinvest.com
egk1@ntrs.com
egmont.schaefer@bnpparibas.com
egn@capgroup.com
egoard@munder.com

egokgolkline@leggmason.com
egoldberg@bpviinc.com
egolds@us.ibm.com
egoldsbe@ford.com
egoldschmidt@metlife.com
egons.strazdins@hansabanka.lv
egonzalez@hcmlp.com
egoodchild@fcem.co.uk
egoodman@aegonusa.com
egordon@abimltd.com
egorham@faralloncapital.com
egoshi18766@nissay.co.jp
egould@meag-ny.com
egovoni@ssrm.com
egraham@evcap.bm
egraham@federatedinv.com
egraham4@bloomberg.net
egramagl@mediolanum.it
egratcheva@worldbank.org
egravina@painewebber.com
egrecucci@icbpi.it
egreen@penncapital.com
egriffis@hbk.com
egriffith@unumprovident.com
egrumberg@evergreeninvestments.com
egrzybowski@tiaa-cref.org
egs@capgroup.com
egs@nbim.no
eguchi@daiwa-am.co.jp
egunnerson@hcmlp.com
egunning@tiaa-cref.org
eh15@ntrs.com
eha@kommunekredit.dk
ehab.amiri@alliancebernstein.com
ehadzic@ofi-am.fr
ehaentje@bouyguestelecom.fe
ehaik@boh.com
ehamel@hbk.com
ehamley@bankofny.com
ehammes@tiaa-cref.org
ehampton@bloomberg.net
ehanouna@pictet.com
ehargreaves@pictet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

eharker@natexisny.com

eharris@ubs.com

ehart@walterind.com

eharty1@bloomberg.net

e-hasegawa@nochubank.or.jp

ehass@fhlbc.com

ehassid@smithbreeden.com

ehathaway@voyageur.net

ehavardduclos@oddo.fr

ehazen@mfs.com

eheatwole@steinroe.com

ehedenburg@caxton.com

ehenderson@aamcompany.com

eheneskog@aragon.se

ehennings@perrycap.com

ehenri@cpr-am.fr

eherc@bloomberg.net

ehess@stpaultravelers.com

ehiatt@allmerica.com

ehildner@princeton.edu

ehilzenrath@caxton.com

ehines@jhancock.com

ehirsch@roxcap.com

ehiwario.o.efeyini@jpmorgan.com

eho@blx.com

ehorrnick@btmna.com

ehovey@payden-rygel.com

ehowe@templeton.com

ehoyt@calstrs.com

ehren.stanhope@westernasset.com

ehsan.bashi@pimco.com

ehsu@sandlercap.com

ehughes@vestareurope.com

ehughesc@ford.com

ehunt@atlanticasset.com

ehuq@bloomberg.net

ehurault@groupama-am.fr

ehylarides@aegon.nl

ei.mimura@mizuhocbus.com

eichlerl@wharton.upenn.edu

eicke.reneerkens@union-investment.de

eid.fadi@bnpparibas.com

eiey@statoil.com

eigenhandel@naspa-mail.de

eigenn@jwseligman.com

eigil.dingsor@klp.no

eigil.nyberg@moa.norges-bank.no

eignacio@shb.com.sa

eiichiro_miura@putnam.com

eiiti_yamamoto@am.sumitomolife.co.jp

eija.mutkala@brummer.se

eiji.maeda@boj.or.jp

eiji.nishimura@mizuhocbus.com

eiji.yano@schroders.com

eiji_nagaoka@mitsubishi-trust.co.jp

eike-gerald.goedel@deka.de

eileen.alexanderson@lazard.com

eileen.bynon@gartmore.com

eileen.casey@aig.com

eileen.cook@mackayshields.com

eileen.dodds@usaa.com

eileen.farrell@fmr.com

eileen.hoffmann@janus.com

eileen.keating@ubs.com

eileen.leary@blackrock.com

eileen.levine@fmr.com

eileen.mcguire@abnamro.com

eileen.mckenna@db.com

eileen.mulcaire@blackrock.com

eileen.o.diana@morganstanley.com

eileen.paul@nuveen.com

eileen.perrin@bankofamerica.com

eileen.r.cohen@jpmorganfleming.com

eileen.smith@americas.ing.com

eileen_eichman@putnam.com

eileenp@loopcap.com

eileen-sh.pang@aig.com

eileentan@gic.com.sg

eileenwei@tcbank.com.tw

eilenberg@bessemer.com

eimear.forde@daiwasectab.ie

eimear.moloney@eaglestarlife.ie

eimear.omalley@ge.com

eimear.turley@boigm.com

eimear.walsh@pioneerinvestments.com

eimfeld@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

ei-nakajima@ja-kyosai.or.jp
einats@bll.co.il
eingold@blackrock.com
eiordanova@statestreet.com
eiraniparast@wellington.com
eirene.kontopoulos@fmr.com
eirikur.gudnason@sedlabanki.is
eirini.tsekeridou@juliusbaer.com
eisenbr@mail.nrucfc.org
eismith@tiaa-cref.org
eisoda@daiwasbi.co.jp
eitan@bloomberg.net
eitan_a@rad.co.il
eitan_straisfeld@scotiacapital.com
eitan-m@bloomberg.net
eitanr@bll.co.il
eitskovitz@lordabbett.com
eizaburou_konisi@am.sumitomolife.co.jp
eizirou_ueno@am.sumitomolife.co.jp
eizkovitz@lordabbett.com
eja3@ntrs.com
ejager@perrycap.com
ejamies@frk.com
ejan@babsoncapital.com
ejankowski@fhlbc.com
ejbrennan@delinvest.com
ejd@paradigmasset.com
ejdoherty@wellington.com
ejemetz@rockco.com
ejennings@tswinvest.com
ejerouville@statestreet.com
ejfraser@bloomberg.net
ejk@capgroup.com
ejk1@samsung.co.kr
ejkleinerman@wellington.com
ejlee@mas.gov.sg
ejo@capgroup.com
ejo1@ntrs.com
ejobrien@statestreet.com
ejohnson@apollolp.com
ejolliet@libertyaam.ch
ejones@forwardua.com
ejones@roxcap.com

ejorgoni@tiaa-cref.org
ejouellette@wellington.com
ejshapiro@wellington.com
ejt@dodgeandcox.com
ejtateosian@wellington.com
ek8@ntrs.com
ekalantzis@eatonvance.com
ekane@the-ark.com
ekaragiannis@pacificincome.com
ekass73388@aol.com
ekatarina.diatchenko@sinopia.fr
ekaterina.ametistova@glgpartners.com
ekaterina.diatchenko@sinopia.fr
ekaterina.findlow@axa-im.com
ekaterina.iliouchenko@union-investment.de
ekaterina.svetlova@dit.de
ekatopodi@alpha.gr
ekatz@bocusa.com
ekatz@hdq.iai.co.il
ekeaney@ssrm.com
ekeating@ftci.com
ekeating@seic.com
ekeller@metzler.com
ekestenberg@canyonpartners.com
ekhmelnik@wellington.com
ekhussainova@kkb.kz
ekiehne@lmfunds.com
ekim@canyonpartners.com
ekim@oppenheimerfunds.com
ekim@payden-rygel.com
ekim@tiaa-cref.org
ekinariwala@perrycap.com
ekincaid@blackrock.com
ekio.arai@westernasset.com
ekirby@hbk.com
ekitahara@sompo-japan.co.jp
ekkehard.ernst@ecb.int
ekkehard.link@national-bank.de
ekkwak@chb.co.kr
eklauer@jennison.com
eklee@kdb.co.kr
eklodnicki@caxton.com
eklosky@federatedinv.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

eknath_belbase@freddiemac.com
eknobelspiess@union-investment.de
eknowles@templeton.com
eko@nbim.no
ekogan@allstate.com
ekolin@roxcap.com
ekolinsk@ford.com
ekomla-adzimahe@delinvest.com
ekondo@nochubank.or.jp
ekonk@bot.or.th
ekonopko@halcyonpartnerships.com
ekopera@caxton.com
ekraus@chevychasetrust.com
ekraus@natexisny.com
ekressler@angelogordon.com
ekrueger@meag.com
eks@mn-services.nl
ekuchar@loomissayles.com
ekung@babsoncapital.com
ekwon@westernasset.com
ekwong@calstrs.com
ekyriacou@nb.com
el@gruss.com
ela.onay@finansbank.com.tr
eladd@saw.com
eladio.martinez@db.com
elafage@scor.com
elaina@rentec.com
elaine.a.bryan@aibbny.ie
elaine.bloxham@ge.com
elaine.choo@lehman.com
elaine.christiansen@dnb.no
elaine.coussement@fortisbank.com
elaine.crichton@aegon.co.uk
elaine.crichton@scoteq.co.uk
elaine.dunne@axa-im.com
elaine.fox@britannia.co.uk
elaine.gehnich@bankofamerica.com
elaine.gordon@gartmore.com
elaine.havens@genworth.com
elaine.havens@pacificlife.com
elaine.keenan@pioneerinvest.ie
elaine.lingle@tudor.com

elaine.lorimer@uk.bnpparibas.com
elaine.lu@wamu.net
elaine.m.crehan@aibbny.ie
elaine.mahoney@britannia.co.uk
elaine.miller@6thaveinvest.com
elaine.morgan@aegon.co.uk
elaine.morrison@bailliegifford.com
elaine.mulcahy@biam.boi.ie
elaine.murphy@blb.de
elaine.nigro@himco.com
elaine.obrien@dub.rabobank.com
elaine.oconnor@dub.rabobank.com
elaine.raad@inginvestment.com
elaine.rivera@prudential.com
elaine.rosa@gs.com
elaine.ryan@boi.ie
elaine.skinner@rbccm.com
elaine.tse@wellscap.com
elaine.wang@lazard.com
elaine.wang@wamu.net
elaine_cairns@standardlife.com
elaine_morrison@standardlife.com
elaine_stankiewicz@notes.ntrs.com
elaine-flynn@forum-financial.com
elainekoh@gic.com.sg
elainelewallen@goldcapkc.com
elainem@mcm.com
elalanne@marchpartners.com
elana.farr@threadneedle.co.uk
elana.russell@wcmadvisors.com
elarner@tweedy.com
elarroque@bancogui.com
elarson@aegon.nl
elas@wharton.upenn.edu
elasota@amtrust.com
elaveggi@bloomberg.net
elavender@sunamerica.com
elazcano@bloomberg.net
elba.vasquez@fmr.com
elba_maldonado@acml.com
eldadf@umtb.co.il
eldar_nigmatullin@ssga.com
eldinc@gruppocredit.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

eldredge@cadence.com
eleanor.defreitas@barclaysglobal.com
eleanor.innes@mutualofamerica.com
eleanor.mcfarlane@morganstanley.com
eleanor.ogden@morganstanley.com
eleanor.price@insightinvestment.com
eleanor.weille@drkw.com
eleanor.yuen@schroders.com
eleanor_marsh@ssga.com
eleanora_crosby@progressive.com
eleanore.dachicourt@barclays.co.uk
elecexec@glgpartners.com
elecoz@generali.fr
elee@dominickanddominick.com
elee@federatedinv.com
elee@standishmellon.com
elee@wellington.com
elee1@frk.com
elee2@federatedinv.com
elefevre@cicfg.com
elefferm@firstmanhattan.com
elehmann@citadelgroup.com
elena.a.matthews@bankerstrust.com
elena.alvarez@db.com
elena.bellini@ubm.it
elena.dalsoglio@gs.com
elena.daverio@arcafondi.it
elena.dion@dkib.com
elena.doom@honeywell.com
elena.fava@bper.it
elena.ganeva@ge.com
elena.georgiades@blackrock.com
elena.giannini@bancaintesa.it
elena.ginsburg@union-investment.de
elena.gounakis@credit-suisse.com
elena.guglielmin@credit-suisse.com
elena.h.zupfer@pjc.com
elena.harder@axa-im.com
elena.harder@sgam.com
elena.hurtado@interdin.com
elena.josehpson@fhlb-pgh.com
elena.korneeva@wachovia.com
elena.kostova@db.com

elena.krinina@juliusbaer.com
elena.ldehesa@grupobbva.com
elena.leonardi@bgsgr.it
elena.lizzoli@capitalia-am.com
elena.loven@swedbankrobur.se
elena.martin@invercaixa.es
elena.moretti1@intesasanpaolo.com
elena.oblinger@cominvest.de
elena.pacan-zemtsova@ing.lu
elena.perez@bmo.com
elena.stremlin@morganstanley.com
elena.tonti@unicredit.it
elena@fcminvest.com
elena@ikosam.com
elena@pauligroup.com
elena_nikolaeva@troweprice.com
elena_singleton@vanguard.com
eleni.demetriou@jpmorganfleming.com
eleni.poullides@canadalife.co.uk
eleonore.bunel@axa-im.com
eleonore.charrez@claridenleu.com
eleseman@aegon.nl
elevin@dcf.pemex.com
elevy@omega-advisors.com
elewi@banque-france.fr
elgin.tingst@uobgroup.com
elgizh@finansbank.com.tr
elhernandez@bppr.com
elherndon@gkst.com
eli.bass@tdsecurities.com
eli.casdin@alliancebernstein.com
eli.giombi@thehartford.com
eli.koen@fortisinvestments.com
eli.lapp@morganstanley.com
eli.niepoky@delta.com
eli.remolona@bis.org
eli.yones@bnhp.co.il
eli@payden-rygel.com
elia.soutou@insightinvestment.com
elia@israelchemicals.co.il
eliana.cuomo@gestielle.it
eliana.panza@fmr.com
eliane.devillaines@bnpparibas.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

eliane.rouyer@accor.com
elias.a.salami@aibbny.ie
elias.belessakos@inginvestment.com
elias.chrysostomou@ubs.com
elice.pero@nib.int
elie.azar@bmo.com
elie.cukierman@gs.com
elie.elkhoueiri@sinopia.fr
elie.el-khoueri@sinopia.fr
elie.flatters@cail.lu
elie.illouz@axa-im.com
elie.khoueiri@sinopia.com.hk
elif.aktug@gs.com
elif.topcu@fortis.com.tr
elijah.brice@credit-suisse.com
elilli@iccrea.bcc.it
elim@danskebank.dk
elin.berg@nbim.no
elina.ribakova@citi.com
elinasunan@bloomberg.net
elinekin@wrberkley.com
elinor.haynes@glgpartners.com
elinos@bankinter.es
elio.fattorini@nl.abnamro.com
eliot_honaker@invesco.com
elipon@safeco.com
elipsky@soam.com
elis.olsson@seb.se
elisa.ariaspalomero@telefonica.es
elisa.bertolini@eurosgr.it
elisa.costa@gs.com
elisa.olivier@fincantieri.it
elisa.peduzzi@novartis.com
elisa.perna@pioneerinvest.it
elisa.rindini@fhlbboston.com
elisa.sanguanini@mpsgr.it
elisabet.nathhorst@swedbankrobur.se
elisabeth.andreew@danskebank.dk
elisabeth.antensteiner@oenb.co.uk
elisabeth.bossard@claridenleu.com
elisabeth.colleran@sunlife.com
elisabeth.creighton@usbank.com
elisabeth.ernstberger@hvb.de

elisabeth.favrat@rabobank.com
elisabeth.garcia@claridenleu.com
elisabeth.houston@morgankeegan.com
elisabeth.hudgens@pnc.com
elisabeth.jonlet@bbl.be
elisabeth.kaufmann@bawag.com
elisabeth.kruth@ap1.se
elisabeth.manhartsgruber@rvs.at
elisabeth.pauly@banque-france.fr
elisabeth.scott@schroders.com
elisabeth.sellier@saint-gobain.com
elisabeth.stheeman@morganstanley.com
elisabeth.stoeckle@skag.siemens.de
elisabeth.thiolas@axa-franceassurance.fr
elisabeth.volk@bundesbank.de
elisabeth.warland@labanquepostale-am.fr
elisabeth.wenusch@mandg.co.uk
elisabeth.worsching@dit.de
elisabeth_schwan@ustrust.com
elisabetta.carboni@italease.it
elisabetta.franz@am.generali.com
elisabetta.grassi@bancalombarda.it
elisabetta.maggi@am.generali.com
elisabetta.parlanti@caript.it
elisabetta.pellichero@bancaintesa.it
elisabetta.priano@bancaakros.it
elisabetta.rubino@bgsgr.it
elisabetta.spaltni@pioneerinvest.it
elisabetta.toja@mpsgr.it
elisabetta.valentino@bancaintesa.it
elisan@bloomberg.net
elise.baum@blackrock.com
elise.bisio@columbiamanagement.com
elise.coole@commerzbank.com
elise.desmet@depfa.ie
elissa.steinberg@prudential.com
elissar.boujaoude@tcw.com
elitza.lear@prudential.com
eliu@frk.com
eliu@perrycap.com
eliy@umtb.co.il
eliza.lee@cgii.com
elizabeth.a.wai@dartmouth.edu

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| elizabeth.aheron@jpfinancial.com | elizabeth.morgan@pimco.com |
| elizabeth.allan@db.com | elizabeth.nelligan@pncadvisors.com |
| elizabeth.alvarez@alliancebernstein.com | elizabeth.newby@morganstanley.com |
| elizabeth.anderson@hvbeurope.com | elizabeth.ott@ubs.com |
| elizabeth.armstrong@alliancebernstein.com | elizabeth.phillips@schwab.com |
| elizabeth.aycock@pnc.com | elizabeth.potter@rcil.co.uk |
| elizabeth.b.walton@db.com | elizabeth.raimondi@fmr.com |
| elizabeth.bakarich@alliancebernstein.com | elizabeth.ramm@cgii.com |
| elizabeth.baker@axa.co.jp | elizabeth.rasskazova@gs.com |
| elizabeth.bernstein@nacm.com | elizabeth.reilly@mackayshields.com |
| elizabeth.bodisch@morganstanley.com | elizabeth.richardson@wachovia.com |
| elizabeth.boilson@dzbank.ie | elizabeth.rosero@sc.siemens.com |
| elizabeth.burnett@pncbank.com | elizabeth.scott@ubs.com |
| elizabeth.carey@ge.com | elizabeth.spomer@bg-northamerica.com |
| elizabeth.cates@fhlb-pgh.com | elizabeth.thomas@ppmamerica.com |
| elizabeth.challenor@credit-suisse.com | elizabeth.traster@wachoviasec.com |
| elizabeth.cl.wilson@jpmorgan.com | elizabeth.vale@morganstanley.com |
| elizabeth.cohen@bcbsma.com | elizabeth.w.vahlkamp@firstar.com |
| elizabeth.cohen@morganstanley.com | elizabeth.webb@uk.fid-intl.com |
| elizabeth.crowley@morganstanley.com | elizabeth.weber@inginvestment.com |
| elizabeth.dabbelt@citadelgroup.com | elizabeth.wilson@wamu.net |
| elizabeth.desmond@mondrian.com | elizabeth.xu@mackayshields.com |
| elizabeth.dirlam@ubs.com | elizabeth.yum@citigroup.com |
| elizabeth.eaton@credit-suisse.com | elizabeth.zieglmeier@db.com |
| elizabeth.ellis@thehartford.com | elizabeth@eslinvest.com |
| elizabeth.fisher@fmr.com | elizabeth_berry@vanguard.com |
| elizabeth.garside@columbiamanagement.com | elizabeth_cady@ustrust.com |
| elizabeth.graeber@morganstanley.com | elizabeth_carlson@bat.com |
| elizabeth.halpin@prudential.com | elizabeth_clark@invesco.com |
| elizabeth.harvey@bnpparibas.com | elizabeth_collins@ustrust.com |
| elizabeth.haselgrove@morganstanley.com | elizabeth_fusco@ml.com |
| elizabeth.hattersley@ing.com.au | elizabeth_mingle@ssga.com |
| elizabeth.henne@citadelgroup.com | elizabeth_noble@vanguard.com |
| elizabeth.holly@hcmny.com | elizabeth_obershaw@hp.com |
| elizabeth.hynes@moorecap.com | elizabeth_phillips@ml.com |
| elizabeth.imrie@uk.abnamro.com | elizabeth_roche@bankone.com |
| elizabeth.johnson@citadelgroup.com | elizabeth_shea@ssga.com |
| elizabeth.k.verell@bankofamerica.com | elizabeth_tallmadge@hvbcreditadvisors.com |
| elizabeth.kason@citadelgroup.com | elizabeth_wesson@swissre.com |
| elizabeth.leighton@putnam.com | elizabeth_wl_choi@hkma.gov.hk |
| elizabeth.lewis@commercebank.com | elizabeth_worster@ssga.com |
| elizabeth.menhenett@fgic.com | elizabeth_zimler@acml.com |
| elizabeth.moore@lazard.com | elizabethchau@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

elizabethleong@gic.com.sg
elizabethr@fhlbsea.com
elizah.mclaughlin@fmr.com
elja04@handelsbanken.se
elkan.scheidt@morgankeegan.com
elke.beigel@alliancebernstein.com
elke.blass@helaba.de
elke.felber@winterthur.ch
elke.fick@commerzbank.com
elke.frevert@apobank.de
elke.glismann@hsh-nordbank.com
elke.gruenewald@db.com
elke.hadenfeldt@westam.com
elke.hahn@ecb.europa.eu
elke.hamann@hsh-nordbank.com
elke.heinig@bremerlandesbank.de
elke.heinle@bhf.ing.com
elke.luger@activest.de
elke.pfeiffer@allianz.de
elke.schoeppl@union-investment.de
elke.schummer@saarlb.de
elke.seibel@frankfurt-trust.de
elke.steinel@oppenheim.de
elke.tillmann@dit.de
elke_hunter@hvbamericas.com
elkordym@invest.treas.state.mi.us
ell@nbim.no
ella.brown@csam.com
ella.matt@ubs-oconnor.com
ella_hoxha@ldn.invesco.com
ellaluo@bloomberg.net
ellen.aberson@akzonobel.com
ellen.bakke@ubs.com
ellen.callahan@fmr.com
ellen.choi@capitalglobal.com
ellen.correia@ny.frb.org
ellen.dennis@nisanet.com
ellen.eijking@fimgroup.com
ellen.eijking@fortisinvestments.com
ellen.gaske@prudential.com
ellen.gold@morganstanley.com
ellen.guba@bundesbank.de
ellen.koebler@suntrust.com

ellen.morton@bbh.com
ellen.nicholas@nationwide.co.uk
ellen.odonnell@himco.com
ellen.sahadi@msdw.com
ellen.shimada@pimco.com
ellen.suchar@usbank.com
ellen.t.hanby@state.or.us
ellen.taylor@wachovia.com
ellen.tesler@db.com
ellen.vandergulik@moorecap.co.uk
ellen@clinton.com
ellen_blakborn@deltalloyd.nl
ellen_d_harvey@vanguard.com
ellen_d_miller@vanguard.com
ellen_whittaker@glic.com
ellie.cudmore@uk.fid-intl.com
ellie.lynch@db.com
ellie_brennan@db.com
ellim@gruppocredit.it
elliot.delgado@db.com
elliot.lapan@tmgchicago.com
elliot.mayerhoff@juliusbaer.com
elliot.perny@truscocapital.com
elliot_katz@swissre.com
elliot_leibowitz@freddiemac.com
elliot_wittlin@swissre.com
elliott.flynn@gartmore.com
elliott.solomon@daiwausa.com
elliott_grumer@gmacm.com
elliottb@swcorp.org
ellism1@anz.com
ellisoc@bcj.gbancaja.com
ellmacc@aol.com
elmar.arbert@commerzbank.com
elmar.boelinger@kfw.de
elmar.dumke@cominvest-am.com
elmar.foell@lbbw.de
elmar.juenger@rbscoutts.com
elmar.sieber@bkb.ch
elmar.steurer@bmw.de
elmar.svavarsson@isb.is
elmar.weber@generali.at
elmar.zurek@dws.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| elmars.priksans@hansabanka.lv | elupo@oppenheimerfunds.com |
| elmartinez@bankofny.com | elva.l.fan@dartmouth.edu |
| elmeyi@wellington.com | elveus@tiaa-cref.org |
| elobato@banxico.org.mx | elvin_santiago@acml.com |
| elodie.avarguez@calyon.com | elvira.espejo@gs.com |
| elodie.solaret@bnpparibas.com | elvisr.konyaole@ge.com |
| elodieat@kio.uk.com | elwood@bloomberg.net |
| eloi@cavanalhill.com | elwood_langley@smbcgroup.com |
| eloichot@groupama-am.fr | elwyn@sgc.com |
| eloise.eloy@jpmorganfleming.com | elya_schwartzman@ssga.com |
| eloise.matta@edf.fr | elyse_k_houser@keybank.com |
| eloise.southward@bg-group.com | elzie.h.whitlow_jr@bankamerica.com |
| elondon@rwjf.org | em@caxton.com |
| elonguet@cicny.com | em@formuepleje.dk |
| elopez@huffcompanies.com | ema@westernasset.com |
| elopez@wellsfargo.com | emac@blaylocklp.com |
| elopezbalboa@nb.com | emacdonald@bailliegifford.co.uk |
| elorber@oppenheimerfunds.com | emacdonald@bloomberg.net |
| elorenzen@fhlbdm.com | emacek@metlife.com |
| elovelace@qgcapital.com | emackenzie@britannicasset.com |
| eloventorn@russell.com | emaclean@lordabbett.com |
| elovett@oppenheimerfunds.com | emad.alsaudi@arabbanking.com |
| eloy.prieto@barclaysglobal.com | emad.mahmoud@prudential.com |
| eloy@mail.tbb.com.tw | emaddix@williamblair.com |
| elr@columbus.com | emagda@ftci.com |
| elramel@bancomello.pt | emagilligan@ing-ghent.com |
| els.briers@fortisbank.com | email@aig.com |
| els.nieuwenhuizen@fandc.com | e-mail@e.mail |
| els.van.muylder@fandc.com | email@email.com |
| elsa.chang@email.chinatrust.com.tw | email@fake.com |
| elsa.doyle@morganstanley.com | email@gic.com.sg |
| elsachen@hsaml.com | email@keb.co.kr |
| elsasser@citadelgroup.com | email@provalue.ch |
| elsie.fletcher@bankamerica.com | emaisel@vcallc.com |
| elster.flore@capitalia-am.com | emalone@chargeurs.fr |
| elt@capgroup.com | emaloney@jhancock.com |
| elton.guan@schwab.com | emanuel.agustoni@mbczh.ch |
| elton.vevecka@hshn-securities.com | emanuel.biffiger@lodh.com |
| elucera@eatonvance.com | emanuel.schoernig@hvbeurope.com |
| elugo@browncapital.com | emanuel.werner@bcb.gov.br |
| elugo@frk.com | emanuela.bellini@enifin.eni.it |
| eluis@generali.fr | emanuela.carpita@bancaakros.it |
| elunas@repsol-ypf.com | emanuela.caruzzofeijoo@ca-suisse.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

emanuela.china@intesasanpaoloprivate.it
emanuela.elli@am.generali.com
emanuela.galbiati@bpm.it
emanuela.mossa@lbbw.de
emanuela.sessare@carige.it
emanuela.verri@pioneerinvest.it
emanuele.bertotto@bnlmail.com
emanuele.ceruti@bancaintesa.it
emanuele.delmonte@mpsgr.it
emanuele.rodilossi@commerzbank.ch
emanuele_marciante@generali.com
emanuelle.corbin@lazard.fr
emarder@babsoncapital.com
emaronak@victoryconnect.com
emartel@hbk.com
emartens@tiaa-cref.org
emarti@tiaa-cref.org
emartin@invercaixa.es
emartinez@ahorro.com
emartinez@bloomberg.net
emarty@ccr.fr
emassie@aegon.nl
emast@babsoncapital.com
ematheson@kio.uk.com
emathieu@groupama-am.fr
emattia@mediosim.it
emazen@opcap.com
embi@worldbank.org
emcandrew@lordabbett.com
emcelvaney@bloomberg.net
emcgreen@fhlbdm.com
emcguire@britannicasset.com
emckenna@martincurrie.com
emckinnon@statestreet.com
emcmillan@bloomberg.net
emcnamara@eatonvance.com
emcnany@fmt.com
emcommodities@ssga.com
emd.research@fandc.com
emdebt@aberdeen-asset.com
emeah@bpop.com
emeijide@ahorro.com
emeikleh@princeton.edu

emeir@leumi.ch
emelloul@tiaa-cref.org
emelyne.uchiyama@db.com
emendez@frk.com
emendez@pictet.com
emendum@beutelgoodman.com
emer.m.murphy@aib.ie
emerald.hunt@lazard.com
emerging@pictet.com
emerick.duchene@socgen.com
emerson.a.leacock@chase.com
emestre@ahorrocorporacion.com
emeyers@loomissayles.com
emfitmp1@tcwgroup.com
emi.clarke@uk.mufg.jp
emi.sato@sscims.com
emi_winterer@fleet.com
emiddleton@britannicasset.com
emiel.van.den.heiligenberg@fortisinvestments.com
emikhailov@kkb.kz
emiko.ishikawa@schroders.com
emiko.sakai@db.com
emiko1_nakamura@tr.mufg.jp
emikoa_fukuda@mitsui-seimei.co.jp
emil.babayev@jpmorgan.com
emil.busse@usbank.com
emil.gjester@columbiamanagement.com
emil.skulski@jpmorgan.com
emil_cornejo@hvbamericas.com
emil_molinaro@travelers.com
emile.gosset@axa-im.com
emile.van.der.burg@nibc.com
emile.wentzel@nibcapital.com
emilee.yew@ing.com.my
emilia.colombo@bpmsgr.com
emilia.marisco@pncbank.com
emiliano.fiedler@juliusbaer.com
emilie.barbero@hsbcpb.com
emilie.chauvet@sgam.com
emilie.guillon@socgen.com
emilie.sumera@aig.com
emilie.vankarnebeek@klm.nl
emilio.alvarez@morganstanley.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

emilio.carli@mpsgr.it
emilio.casati@bsibank.com
emilio.orechia@pioneerinvest.it
emilio.torres@bgf.gobierno.pr
emilio.vera@telefonica.es
emilio.viudes@iberdrola.es
emiller@1838.com
emiller@canyonpartners.com
emiller@mrcm.com
emiller@templeton.com
emily.boyd@morganstanley.com
emily.chen@pimco.com
emily.chow@vanguard.com.au
emily.clarke@blackrock.com
emily.davidson@tcw.com
emily.dryden@pncbank.com
emily.eiselein@morganstanley.com
emily.feng@prufunds.com.tw
emily.finkelstein@lazard.com
emily.forde@noonday.com
emily.hoo@uk.pimco.com
emily.kakel@hcmny.com
emily.m.o'connell@aibbny.ie
emily.mccomb@fmr.com
emily.meek@ubs.com
emily.oconnell@citi.com
emily.olson@cunamutual.com
emily.parker@db.com
emily.sun@tw.standardchartered.com
emily.twu@chinatrust.com.tw
emily.young@bbc.co.uk
emily_abernethy@aimfunds.com
emily_cooper@putnam.com
emily_gindel@fleet.com
emily_heller@freddiemac.com
emily_kemp@putnam.com
emily_shei-sadiq@ustrust.com
emily_wiener@acml.com
emily_wong@vanguard.com
emilykramer@bloomberg.net
emilym@westpac.com.au
emilyyeo@gic.com.sg
emin@hbk.com

emingle@wellington.com
emir.baruh@finansbank.com.tr
emitchell@uk.tr.mufg.jp
emlen.harmon@bbh.com
emma.blaylock@us.sony.com
emma.blundell@axa-im.com
emma.cameron@morleyfm.com
emma.clark@morleyfm.com
emma.cook@credit-suisse.com
emma.giles@commerzbankib.com
emma.harding@db.com
emma.hudson@morleyfm.com
emma.jamieson@bt.com
emma.jones@lloydstsb.co.uk
emma.kober@cba.com.au
emma.loftus@jpmorgan.com
emma.nunn@harrisbank.com
emma.parnell@jpmorgan.com
emma.pearce@icap.com
emma.photis@threadneedle.co.uk
emma.pink@uk.fin-intl.com
emma.ridout@gartmore.com
emma.ritchie@barclaysglobal.com
emma.roche@morganstanley.com
emma.sinclair@morleyfm.com
emma.skipworth@jpmorgan.com
emma.tait@northernrock.co.uk
emma.wilson@rothschild.co.uk
emma.yan@columbiamanagement.com
emma@sek.se
emma_shelton@standardlife.com
emmagrist@angloirishbank.ie
emmalatto@hsbc.com
emmanouil.pytikakis@usbank.com
emmanuel.alisternoel@tt.rbtt.com
emmanuel.arabian@remy-cointreau.com
emmanuel.babeau@pernod-ricard.com
emmanuel.ballande@bayernlb.de
emmanuel.bardeur@creditfoncier.fr
emmanuel.bechet@bred.fr
emmanuel.bellegarde@bnpparibas.com
emmanuel.bocquet@gibuk.com
emmanuel.bourdeix@ca-assetmanagement.fr

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| emmanuel.bulle@axa-im.com | emmett.dockery@prudential.com |
| emmanuel.defigueiredo@sgam.com | emo@capgroup.com |
| emmanuel.delaveau@cnp.fr | emoffett@sarofim.com |
| emmanuel.desinety@cnce.caisse-epargne.fr | emojica@arielinvestments.com |
| emmanuel.grimee@bgl.lu | emomsen@frk.com |
| emmanuel.hedde@gazdefrance.com | emonahan@rockco.com |
| emmanuel.heurtierr@bnpgroup.com | emonge@bankpime.es |
| emmanuel.krause@jpmorgan.com | emoody@westernasset.com |
| emmanuel.lanos@bgpi.com | emooney@bankofny.com |
| emmanuel.leblanc@winterthur.com | emoretti1@bloomberg.net |
| emmanuel.lion@dcmc.creditlyonnais.fr | emorris@ers.state.tx.us |
| emmanuel.mapaye@paccar.com | emorrison@martincurrie.com |
| emmanuel.martin@caam.com | emosca71@bloomberg.net |
| emmanuel.martin@socgen.com | empelmann@tk.thyssenkrupp.com |
| emmanuel.meyer@cattolicaassicurazioni.it | emre.erdogan@inginvestment.com |
| emmanuel.morano@db.com | emre.gebizli@morganstanley.com |
| emmanuel.n.archampong@jpmorgan.com | emre.tuncer@pioneerinvestments.com |
| emmanuel.painchault@sgam.com | emre_i_duygun@fanniemae.com |
| emmanuel.perrin@cnp.fr | em-research@tudor.com |
| emmanuel.philis@axa-im.com | emrice@wellington.com |
| emmanuel.raffner@calyon.com | emtel@troweprice.com |
| emmanuel.robinet@sgam.com | emuehlhauser@deerfieldcapital.com |
| emmanuel.saglio@us.socgen.com | emura613@dl.dai-ichi-life.co.jp |
| emmanuel.simonetto@caam.com | emurphy@merchantsgroup.com |
| emmanuel.vanderelst@dexia-am.com | emw@americancentury.com |
| emmanuel.vergeynst@lu.abnamro.com | emw@bloomberg.net |
| emmanuel.victor@eurizoncapital.lu | emyee@ibtco.com |
| emmanuel@axa-im.com | en.gallina@sgsbpvn.it |
| emmanuel_de-martel@hp.com | enakon@investcorp.com |
| emmanuel_raymond@blackrock.com | enapel@aegon.nl |
| emmanuele.martino@corner.ch | encarnacion.ramos@db.com |
| emmanuelle.assouan@banque-france.fr | enda.c.sheridan@aibbny.ie |
| emmanuelle.bourboulon@caam.com | enda.mulry@dzbank.ie |
| emmanuelle.bressier@ids.allianz.com | endou26596@nissay.co.jp |
| emmanuelle.chastenet@ca-assetmanagement.fr | endre.kovacs@credit-suisse.com |
| emmanuelle.olleon@banque-france.fr | endre@dbs.com |
| emmanuellongo@jhancock.com | endress@bloomberg.net |
| emmaward@bloomberg.net | eneira@ti.com |
| emme@ms1.chb.com.tw | enell@bbandt.com |
| emmeline.kuhn@morganstanley.com | enelson@ms.com |
| emmerman@nb.com | eneumayer@westernasset.com |
| emmet.a.jackson@jpmorgan.com | eng.han.ng@dartmouth.edu |
| emmet@great.net | engch@income.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| eng-hock.ong@db.com | enrico_dallavecchia@fanniemae.com |
| enghockong@agf.com.sg | enrico_kuchler@generali.com |
| engiam@sandellmgmt.com | enricoklippelarden@intesabci.it |
| england@pimco.com | enriley@loomissayles.com |
| engleong@dbs.com | enrique.diaz-alvarez@sgcib.com |
| engli@fiduciarymgt.com | enrique.ferrer@storebrand.com |
| englibert.lequangchieu@bnpparibas.com | enrique.gomez-tagle@ubs.com |
| engmc@bernstein.com | enrique.marazuela@grupobbva.com |
| engr@nybea.com | enrique.mestre@grupobbva.com |
| engw@nationwide.com | enrique.padilla@hp.com |
| engwellv@brinson.com | enrique.santirso@grupobbva.com |
| enid.ellis@db.com | enrique_chang@americancentury.com |
| enis.poulton@gibuk.com | ensors@firstcharter.com |
| enk@capgroup.com | envy.ayub@pioneerinvestments.com |
| ennio.lamonica@carige.it | enzo.aina@italease.it |
| ennio.siracusa@enifin.eni.it | enzo.bergamini@bpm.it |
| enomoto@nam.co.jp | enzo.cassino@bankofengland.co.uk |
| enorton@thestreet.com | enzo.chiesa@bancaakros.it |
| enran_shin@tokaitokyo.co.jp | enzo.chiesa@bpm.it |
| enrico.arrigoni@sanpaoloimi.com | enzo.maggiolini@bancalombarda.it |
| enrico.baroni@sella.it | enzo.mombelli@bsibank.com |
| enrico.bastianelli@ucb-group.com | enzo.puntillo@juliusbaer.com |
| enrico.bastianon@bkb.ch | enzo.salvati@arcafondi.it |
| enrico.berardo@juliusbaer.com | enzocareddu@intesabci.it |
| enrico.biglino@db.com | eo@pallmallpartners.com |
| enrico.bovalini@pioneerinvest.it | eo6@ntrs.com |
| enrico.carbonelli@bsibank.com | eobrien@troweprice.com |
| enrico.cardani@carige.it | eobrien4@bloomberg.net |
| enrico.carta_zina@sella.it | eoc@capgroup.com |
| enrico.debattista@credit-suisse.com | eoconnell@bankofny.com |
| enrico.denicola@zkb.ch | eodette@mfs.com |
| enrico.marchiori@bancaprofilo.it | eodonoghue@asbcm.com |
| enrico.michelotti@bancaprofilo.it | eogan@lincap.com |
| enrico.piccari@capitalia-am.com | eogard@russell.com |
| enrico.scurati@fondiaria-sai.it | eoghan.doyle@boimail.com |
| enrico.stacchietti@pioneerinvest.it | eoh@nbim.no |
| enrico.tomaello@passbanca.it | eohara@vcallc.com |
| enrico.ugolini@steinonline.it | eoin.j.edwards@aibbny.ie |
| enrico.vagnoni@antonveneta.it | eoin.m.maher@aib.ie |
| enrico.vignoli@banca.mps.it | eoin.mast@us.hsbc.com |
| enrico.zadra@popso.ch | eoin.murray@omam.co.uk |
| enrico.zanollo@credit-suisse.com | eoin.p.o'connor@aibbny.ie |
| enrico.zecchini@geva.fiatgroup.com | eoin.ward@rbccm.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| eoka@us.tr.mufg.jp | eppy211@aol.com |
| eoliver@trmshedge.com | epr@bloomberg.net |
| eolsen@stephens.com | epremiani@bloomberg.net |
| eolson@barrowhanley.com | eprice@ftci.com |
| eomalley@wellington.com | eprieto@uef.es |
| eomarov@kkb.kz | eprofancik@bartlett1898.com |
| eonodugo@princeton.edu | eps@capgroup.com |
| eonukwugha@babsoncapital.com | epsalazar@wellington.com |
| eorlander@tudor.com | epsteam@lehman.com |
| eosborne@chubb.com | eqdresearch@gic.com.sg |
| epae@canyonpartners.com | eqresrch@microsoft.com |
| epalmer1@metlife.com | eqtpmg@lehman.com |
| epalomarma@bankinter.es | eqtraders@rentec.com |
| epardo@ahorro.com | equinn@seic.com |
| eparissi@tiaa-cref.org | equitiesmeetings@swib.state.wi.us |
| eparker@us.nomura.com | equity.research@bbl.br |
| epartlan@babsoncapital.com | equity.research@jamisonfirst.com |
| epaty@groupama-am.fr | equity@telerate.it |
| epaul@evergreeninvestments.com | equity-research@nuernberger.de |
| epbousa@wellington.com | equitytrading@mcm.com |
| epco.vanderlende@morganstanley.com | er@lotsoff.com |
| epearlman@standishmellon.com | er5@ntrs.com |
| epellicciaro@blackrock.com | era@bancoinversion.es |
| eperis@fultonfinancialadvisors.com | era@ubp.ch |
| eperks@frk.com | eraggioq@invercaixa.es |
| epeters@aegonusa.com | eragnini@bloomberg.net |
| epeters@panagora.com | eraj.asadi@nyc.rabobank.com |
| epetillo@dlj.com | eramirez@westernasset.com |
| ephamilton@wellington.com | eramos@browncapital.com |
| ephifer@er.state.tx.us | eran.sharabi@mailpoalim.co.il |
| ephipps@metlife.com | eranf@bankisrael.gov.il |
| ephipps@tiaa-cref.org | erapone@iccrea.bcc.it |
| ephrem.shiu@ubs.com | erapp@deerfieldcapital.com |
| epierrot@bft.fr | erappa1@bloomberg.net |
| epk@capgroup.com | eray@barbnet.com |
| eplaney@btmna.com | eraymond@bbandt.com |
| epmgdl@exeulon.lehman.com | erbend@bloomberg.net |
| epollish@us.mufg.jp | erbi.giuseppe@bancagenerali.it |
| epope@ruanecunniff.com | ercolepolloni@unibanca.it |
| epopova@lehman.com | erd@dcalp.com |
| epowell@hcmlp.com | erdal.aral@isbank.com.tr |
| epowens@wellington.com | erdem.kiciman@citadelgroup.com |
| epp@capgroup.com | ereagan@nb.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| erecord@westernasset.com | eric.borden@bankofamerica.com |
| ereese@loomissayles.com | eric.borremans@bnpparibas.com |
| ereidy@bloomberg.net | eric.bouthillier@bnpparibas.com |
| ereither@fdic.gov | eric.boyer@ing.be |
| erempicci@bloomberg.net | eric.bramoulle@sgam.com |
| ereny@garanti.com.tr | eric.brard@sgam.com |
| ereyno@ftci.com | eric.briggle@aa.com |
| ereznik@wellington.com | eric.burgess@bankofamerica.com |
| erf@nbim.no | eric.bush@westernasset.com |
| erhan.oktay@dfafunds.com | eric.califano@bwater.com |
| erhard.ammann@winterthur.ch | eric.cantagrel@ing.fr |
| erhu02@handelsbanken.se | eric.cardona@bnpparibas.com |
| eri.ito@barclaysglobal.com | eric.carlson@morganstanley.com |
| eri.suzuoka@westernasset.com | eric.carlson@ubs.com |
| erianna.khusainova@lazard.com | eric.chadeyras@thalesgroup.com |
| eric.a.crawford@dartmouth.edu | eric.charron@lmginv.com |
| eric.a.smith@fmr.com | eric.chevallier@ubs.com |
| eric.adriaens@ingim.com | eric.chevre@calyon.com |
| eric.alani@aig.com | eric.chin@citicorp.com |
| eric.alarcon@blackrock.com | eric.choi@ftnmidwest.com |
| eric.alfuth@aig.com | eric.chow@hk.fortis.com |
| eric.anderson@mx.ing.com | eric.clothier@barclaysglobal.com |
| eric.anglin@pnc.com | eric.coinde@bnpparibas.com |
| eric.ardito@piercap.com | eric.colman@lazard.com |
| eric.arentsen@tcw.com | eric.conrads@ingim.com |
| eric.b.backer@wellsfargo.com | eric.conrads@inginvestment.com |
| eric.b.moreira@pjc.com | eric.cunningham@citadelgroup.com |
| eric.bailey@ppmamerica.com | eric.d.delomier@jpmorganfleming.com |
| eric.bak@barclaysglobal.com | eric.dannheim@glgpartners.com |
| eric.banks@kochglobalcapital.com | eric.de.rouw@ingim.com |
| eric.bar@sgam.com | eric.de.sangues@jpmorgan.com |
| eric.barthalon@dit.de | eric.debeaud@degroof.be |
| eric.bartlete@sscims.com | eric.decooman@dexia.be |
| eric.bartlett@au.pimco.com | eric.de-sangues@db.com |
| eric.baurmeister@morganstanley.com | eric.doisteau@bnpparibas.com |
| eric.bergren@nationalcity.com | eric.domergue@dexia-am.com |
| eric.bergstrom@bmo.com | eric.duhamel@banquedorsay.fr |
| eric.bernard@cardif.fr | eric.dutaud@prudential.com |
| eric.bernhardt@juliusbaer.com | eric.ebermeyer@meespierson.com |
| eric.bernum@janus.com | eric.elg@calvert.com |
| eric.bigot@totalfinaelf.com | eric.elg@sunlife.com |
| eric.blake@icgplc.com | eric.emmert@robecoinvest.com |
| eric.blanchard@rbccm.com | eric.engler@deshaw.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| eric.espeseth@fafadvisors.com | eric.holt@frostbank.com |
| eric.f.dickerson@fhlb-pgh.com | eric.holt@rlam.co.uk |
| eric.fales@bankofamerica.com | eric.hottelart@calyon.com |
| eric.farls@pnc.com | eric.hu@harrisbank.com |
| eric.fauerbach@inginvestment.com | eric.huyberechts@dexia-bil.com |
| eric.fellows@schwab.com | eric.iim.anderson@ingim.com |
| eric.fenk@pncadvisors.com | eric.ilardi@gm.com |
| eric.fifer@barclaysglobal.com | eric.jacks@wamu.net |
| eric.fisher@valero.com | eric.jaeger@barcap.com |
| eric.flowers@nationalcity.com | eric.jesionowski@morganstanley.com |
| eric.foelmli@ubs.com | eric.johnson@4086.com |
| eric.francon@lodh.com | eric.johnson@inginvestment.com |
| eric.fry@morganstanley.com | eric.jolliet@bcv.ch |
| eric.fuller@tcw.com | eric.jones@invista.com |
| eric.g.clause@bankofamerica.com | eric.joyau@lodh.com |
| eric.gaillard@alcatel.fr | eric.k.blake@aib.ie |
| eric.gerner@calyon.com | eric.kang@citadelgroup.com |
| eric.gerritse@meespierson.com | eric.kanter@morganstanley.com |
| eric.gibouleau@agf.com | eric.kaplan@ubs.com |
| eric.giza@prudential.com | eric.kirby@morganstanley.com |
| eric.glass@alliancebernstein.com | eric.kirsch@db.com |
| eric.glicksman@ubs.com | eric.kisslinger@barclaysglobal.com |
| eric.goerke@lbbw.de | eric.klein@robecoinvest.com |
| eric.gold@blackrock.com | eric.koestner@edwardjones.com |
| eric.golden@fmr.com | eric.kok@achmea.nl |
| eric.goldstein@alliancebernstein.com | eric.kong@schroders.com |
| eric.graham@fmr.com | eric.konzerowsky@juliusbaer.com |
| eric.granat@sunlife.com | eric.kuder@socgen.com |
| eric.greenshields@ge.com | eric.kw.wu@chinatrust.com.tw |
| eric.gritzmacher@pacificlife.com | eric.kwan@morleyfm.com |
| eric.gueller@credit-suisse.com | eric.labbe@cpr-am.fr |
| eric.halverson@schwab.com | eric.lam@tdsecurities.com |
| eric.hamilton@columbiamanagement.com | eric.lambrecht@citadelgroup.com |
| eric.havard-duclos@axa-im.com | eric.laplagne@barep.com |
| eric.hebel@interepargne.fr | eric.larsson@morganstanley.com |
| eric.heleine@etoile-gestion.com | eric.laurie@exane.com |
| eric.hermitte@caam.com | eric.leng@ubs.com |
| eric.hewitt@alliancebernstein.com | eric.lepage@bnpparibas.com |
| eric.hiller@bankofamerica.com | eric.levy@bnpparibas.com |
| eric.hiller@rbsgc.com | eric.liegeois@fortis.lu |
| eric.hinz@db.com | eric.lindstrom@bmo.com |
| eric.hofmann@gz-bank.de | eric.lobben@db.com |
| eric.hollanders@ing.be | eric.lobet@degroof.lu |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

eric.lohuis@meespierson.com

eric.lonergan@mandg.co.uk

eric.longphee@raymondjames.com

eric.lowman@csam.com

eric.m.lindsey@conocophillips.com

eric.m.slomer@fhlb-pgh.com

eric.m.weinstein@db.com

eric.mahland@soros.com

eric.maidenberg@ubs.com

eric.malard@cepacr.caisse-epargne.fr

eric.mark@jcam.com

eric.mark@ubs.com

eric.marnandus@jpmorgan.com

eric.marx@soros.com

eric.mathyer@lodh.com

eric.meier@tmjchicago.com

eric.meizlish@citadelgroup.com

eric.meunier@cnp.fr

eric.michel@commerzbank.com

eric.mijot@sgam.com

eric.mimeault@blackrock.com

eric.mintz@eagleasset.com

eric.mitiska@huntington.com

eric.mitofsky@blackrock.com

eric.mogelof@pimco.com

eric.mohr@wamu.com

eric.mollenhauer@fmr.com

eric.moore@insightinvestment.com

eric.morales@prudential.com

eric.n.remole@jpmorgan.com

eric.neis@barclaysglobal.com

eric.nelson@opcap.com

eric.nilles@abnamrousa.com

eric.nishiyama@bwater.com

eric.ochsner@lodh.com

eric.odermatt@lloydsbank.ch

eric.olander@tudor.com

eric.osswald@caam.com

eric.painter@wachovia.com

eric.paul@farmcreditbank.com

eric.pelio@robecoinvest.com

eric.perlyn@morganstanley.com

eric.petersen@americo.com

eric.pettway@mackayshields.com

eric.peyton@wachovia.com

eric.pfeiffer@helaba.de

eric.pfennig@europe.hypovereinsbank.com

eric.pinn@pioneerinvest.com

eric.plantier@bnpparibas.com

eric.ralaimiadana@cades.fr

eric.rangel@impaccompanies.com

eric.reed@aiminvestments.com

eric.renard@bnpparibas.com

eric.rhodes@pncadvisors.com

eric.ribner@nb.com

eric.rizza@bankofamerica.com

eric.rosenberg@alliancebernstein.com

eric.ross@tudor.com

eric.rovick@uk.fid-intl.com

eric.sadoun@fr.rothschild.com

eric.sandstrom@nordea.com

eric.sartorius@opcap.com

eric.scherbarth@thrivent.com

eric.senft@citigroup.com

eric.serra@montepaschi.ch

eric.shea@prudential.com

eric.sontag@blackrock.com

eric.sorensen@prudential.com

eric.staudt@ubs.com

eric.stazzu@caam.com

eric.steffen@barclaysglobal.com

eric.stein@ny.frb.org

eric.stern@blackrock.com

eric.stjernstrom@swedbank.com

eric.stratmoen@westernasset.com

eric.suter@csam.com

eric.swanson@thrivent.com

eric.swearingen@americo.com

eric.szostek@bbh.com

eric.talleux@sgam.com

eric.taze-bernard@caam.com

eric.teal@firstcitizens.com

eric.thaller@schwab.com

eric.thorderson@janus.com

eric.tomas@groupama-am.fr

eric.tournier@sgam.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| eric.traugott@alliancebernstein.com | eric_handsman@vanguard.com |
| eric.trepanier@blackrock.com | eric_harthun@putnam.com |
| eric.turjeman@sgam.com | eric_hayes@ustrust.com |
| eric.vambert@gazdefrance.com | eric_hyde@swissre.com |
| eric.vandamme@credit-agricole-sa.fr | eric_j_planey@mufg.jp |
| eric.vauthey@bcv.ch | eric_lane@aimfunds.com |
| eric.vergnaud@bnpparibas.com | eric_langille@cbcm.com |
| eric.vidal@bbl.fr | eric_leong@amcm.gov.mo |
| eric.voelckel@sgam.com | eric_lo@ml.com |
| eric.w.mchose@db.com | eric_lovetorn@notes.ntrs.com |
| eric.walker@first-franklin.com | eric_lutton@conseco.com |
| eric.watson@citadelgroup.com | eric_meltzer@putnam.com |
| eric.weigel@pioneerinvest.com | eric_misenheimer@notes.ntrs.com |
| eric.weiss@gs.com | eric_p_rasmussen@key.com |
| eric.wiegand@credit-suisse.com | eric_pelletier@hvbamericas.com |
| eric.wiegand@csam.com | eric_r_sahadi@fanniemae.com |
| eric.williamson@bankofamerica.com | eric_salzman@freddiemac.com |
| eric.wilwant@eagleasset.com | eric_stewart@putnam.com |
| eric.wilwont@eagleasset.com | eric_tempesta@ssga.com |
| eric.wise@rbccm.com | eric_thorlacius@swissre.com |
| eric.wong@barclaysglobal.com | eric_trouslard@bnpparibas.com |
| eric.wynkoop@commercebank.com | eric_vannoy@vanguard.com |
| eric@clinton.com | eric_veiel@troweprice.com |
| eric@incomeresearch.com | eric_veneskey@keybank.com |
| eric@presidiomanagement.com | eric_vetsch@dpimc.com |
| eric@sandlercap.com | erica.bergsland@minnesotamutual.com |
| eric_arinsburg@vanguard.com | erica.beswick@usa.dupont.com |
| eric_bassesen@calpers.ca.gov | erica.e.cailla@fmr.com |
| eric_blake@ustrust.com | erica.ive@fandc.com |
| eric_busay@calpers.ca.gov | erica.jacobson@ge.com |
| eric_chao@cathaylife.com.tw | erica.k.bart@jpmorgan.com |
| eric_chatron@ssga.com | erica.king@ca-aipg.com |
| eric_chen@rsausa.com | erica.l.turner@columbiamanagement.com |
| eric_chu@troweprice.com | erica.mole@moorecap.com |
| eric_devilbiss@troweprice.com | erica.olsen@morganstanley.com |
| eric_duskin@ustrust.com | erica.piotrowski@prudential.com |
| eric_elvekrog@dpimc.com | erica.r.hoffmaster@dartmouth.edu |
| eric_engebretson@scudder.com | erica.rosen@ny.frb.org |
| eric_fellen@ml.com | erica.stokke@ppmamerica.com |
| eric_fritzche@conseco.com | erica.tomlin@lloydstsb.co.uk |
| eric_graber-lopez@putnam.com | ericasetho@gic.com.sg |
| eric_graddy@freddiemac.com | ericchw@bloomberg.net |
| eric_grasinger@ustrust.com | ericfang@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| erich.draxler@unicreditgroup.at | erik.bergoo@uk.fid-intl.com |
| erich.gmuer@snb.ch | erik.blomberg@nordea.com |
| erich.hackl@pioneerinvestments.at | erik.bogros@uk.calyon.com |
| erich.marquart@web.de | erik.bomans@deminor.com |
| erich.mayer@de.pimco.com | erik.brakke@dnb.no |
| erich.meier@zkb.ch | erik.brans@nagelmackers.be |
| erich.mueller@lukb.ch | erik.brovig@csam.com |
| erich.obetzhofer@oenb.co.at | erik.callert@alecta.com |
| erich.pohn@erstebank.at | erik.davey@gm.com |
| erich.waba@omv.com | erik.digiacomo@wamu.net |
| erich_ebner@hvbamericas.com | erik.e.zipf@usa.dupont.com |
| erichards@alger.com | erik.ferning@storebrand.com |
| ericharper@tagfolio.com | erik.gerestrand@robur.se |
| erichaussman@aol.com | erik.haden@sek.se |
| ericho@scsb.com.tw | erik.hallarth@nordea.com |
| erichter@alaskapermfund.com | erik.haubold@unicreditgroup.de |
| erichter@loomissayles.com | erik.haugland@kbank.no |
| erichter@oppenheimerfunds.com | erik.haven@pimco.com |
| erichuen@whkbk.com | erik.haven@sscims.com |
| erichwolff@northwesternmutual.com | erik.hilde@nbim.no |
| erick.sooy@db.com | erik.hulvej@nordea.com |
| erick_g_miller@vanguard.com | erik.j.black@jpmorgan.com |
| erick_miller@ml.com | erik.jacobs@rbccm.com |
| erickr@fhlbsea.com | erik.jensen@ny.invesco.com |
| ericobu@hncb.com.tw | erik.johnsen@se.atlascopco.com |
| ericr@azasrs.gov | erik.karas@tcw.com |
| ericshih0621@cathaylife.com.tw | erik.keller@pimco.com |
| ericsmith@evergreeninvestments.com | erik.kroon@fortisinvestments.com |
| erictsai@cathaylife.com.tw | erik.kuijlaars@morganstanley.com |
| ericvergniere@hsbc.com | erik.lam@alliancebernstein.com |
| ericz@waterfield.com | erik.lemaire@creditfoncier.fr |
| ericzenner@northwesternmutual.com | erik.maes@axa.be |
| erieger@meag.com | erik.mahland@soros.com |
| erifo@statoil.com | erik.mckee@lazard.com |
| erigolro@notes.banesto.es | erik.moss@blackrock.com |
| eriin.clark@citadelgroup.com | erik.muller@credit-suisse.com |
| erik.aarts@pimcoadvisors.com | erik.niehus@bhf-bank.com |
| erik.akesson@ap1.se | erik.olesen@agf.com |
| erik.almsparre@folksam.se | erik.prakken@achmea.nl |
| erik.ansinger@fortisinvestments.com | erik.ranberg@gjensidige.no |
| erik.aukner@klp.no | erik.rhodes@pnc.com |
| erik.bartel@sparkasse-koelnbonn.de | erik.rubingh@fandc.com |
| erik.berg@americas.ing.com | erik.schiller@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| erik.siegel@ubsw.com | erikaestevan.castro-king@jpmchase.com |
| erik.simpson@deshaw.com | eriko.kawai@bis.org |
| erik.sjostrom@dnb.se | eriko.okamota@jp.abnamro.com |
| erik.smith@exchange.quick-reilly.com | eriksson.henrik@swedbank.com |
| erik.sprinchorn@alecta.com | erikzak@bloomberg.net |
| erik.stattin@intesavita.it | erin.b.olphert@westernasset.com |
| erik.steffen@vontobel.ch | erin.baines@morleyfm.com |
| erik.stjernstrom@swedbank.se | erin.bisio@morganstanley.com |
| erik.sylvertsen@dnb.no | erin.browne@moorecap.com |
| erik.thedeen@brummer.se | erin.doyle@db.com |
| erik.theyssens@ing.ch | erin.duggan@citadelgroup.com |
| erik.thuestad@orkla.no | erin.fuller@alliancebernstein.com |
| erik.u.rolle@transamerica.com | erin.james@redwoodtrust.com |
| erik.vadeika@pncbank.com | erin.langford@pimco.com |
| erik.vanbergen@citigroup.com | erin.lawler@ubs.com |
| erik.vandamme@dexia.be | erin.lemberg@citadelgroup.com |
| erik.vanhiele@lodh.com | erin.mccoig@usaa.com |
| erik.velicer@pimco.com | erin.palian@deshaw.com |
| erik.wallenius@dghyp.de | erin.palmer@abnamro.com |
| erik.white@kbcfp.com | erin.pulkkinen@phxinv.com |
| erik.willemsen@ingim.com | erin.selleck@uboc.com |
| erik.wredenhagen@dzbank.de | erin.sistrunk@aa.com |
| erik_grenade@den.invesco.com | erin.st.john@db.com |
| erik_johnson@putnam.com | erin.stone@midfirst.com |
| erik_michaels@nylim.com | erin.tomlinson@sscims.com |
| erik_tyler@putnam.com | erin.wohlnick@wachovia.com |
| erika.a.lawrence@db.com | erin.xie@blackrock.com |
| erika.belloni@pioneerinvest.it | erin_aland@bankone.com |
| erika.bogar@spinnakercapital.com | erin_c_kelly@vanguard.com |
| erika.furno@bper.it | erin_lefkowitz@putnam.com |
| erika.lowe@pimco.com | erin_mccormack@putnam.com |
| erika.lundquist@setre.mail.abb.com | erinb@bgi-group.com |
| erika.mobley@transamerica.com | erinchatwoo@provident.com |
| erika.moimas@am.generali.com | erinlu@aegon.com.tw |
| erika.nanke@morganstanley.com | eriunanto@ptbni.com.sg |
| erika.rajman@credit-suisse.com | erivera@delinvest.com |
| erika.rosado@ubs.com | erje@bgbank.dk |
| erika.sakanoshita@schroders.com | erkan.yilmaz@bnpparibas.com |
| erika.spinelli@morganstanley.com | erkebulant@halykbank.kz |
| erika.tikka@keva.fi | erkin.isik@fortis.com.tr |
| erika.vlug@lloydstsb.co.uk | erking@wellington.com |
| erika_helms@rsausa.com | erkko.wennonen@oko.fi |
| erika_hibino@acml.com | erlambi@wellington.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| erlend_lochen@standardlife.com | eroeder@aegonusa.com |
| erlera@telekom.de | eroeder@bper.ch |
| erlichd@umtb.co.il | erohde@ford.com |
| erm37@cornell.edu | erombach@meag.com |
| ermaus@laurelsb.com | eromyn@delinvest.com |
| ermes.caramaschi@db.com | eron.angjele@labanquepostale-am.fr |
| ermina.latic-selimagic@bankofamerica.com | erong@ifc.org |
| ernesa.skenderi@aigpb.com | eros.butti@corner.ch |
| ernest.lang@wachovia.com | eros.lupi@bsibank.com |
| ernest.maul@db.com | erosa@tiaa-cref.org |
| ernest_c_pelaia@victoryconnect.com | erose@bloomberg.net |
| ernest_m_zarb@comerica.com | erosemary@blabla.com |
| ernestina.rodriguez@tcw.com | eroth@fountaincapital.com |
| ernesto.florio@bwater.com | eroucairol@hsbcame.com |
| ernesto.gallardo@grupobbva.com | erourke@mdsass.com |
| ernesto.musumeci@fiamm.com | erovetti@westernasset.com |
| ernesto.ramos@harrisbank.com | eroyen@pictet.com |
| ernesto.turnes@credit-suisse.com | erp@nbim.no |
| ernesto_garzon@putnam.com | erre@danskecapital.com |
| ernie.chow@barclaysglobal.com | errol_mccutcheon@bnz.co.nz |
| ernie.friesen@gwl.com | ers@bankinvest.dk |
| ernie.porchetta@bmo.com | ers1@ntrs.com |
| ernie_mammano@scotiacapital.com | ersekzs@mnb.hu |
| ernst .rumpf@at.bacai.com | ershad.e.hossain@aexp.com |
| ernst.auburger@frankfurt-trust.de | ertays@halkbank.kz |
| ernst.benninghoven@westlb.de | ertumasz@wellington.com |
| ernst.galavics@rzb.at | eruettinger@meag.com |
| ernst.glanzmann@juliusbaer.com | erussell@vestarcapital.com |
| ernst.hagmann@bnpparibas.com | erusso1@metlife.com |
| ernst.kaiser@pioneerinvestments.at | erwan.bonder@federalgestion.com |
| ernst.lust@aam.de | erwan.boscher@axa-im.com |
| ernst.osiander@westam.com | erwan.keraudy@sgam.com |
| ernst.pullmann@dekabank.de | erwan.marrec@federalgestion.com |
| ernst.riegel@csam.com | erwin.blaas@fbs.nl |
| ernst.rohner@ubs.com | erwin.dewinter@dexia-am.com |
| ernst.wittmann@bayernlb.de | erwin.faas@nl.abnamro.com |
| ernst.zbinden@credit-suisse.com | erwin.feijer@fortisinvestments.com |
| ernst-ludwig.haaks@wwasset.de | erwin.hefti@claridenleu.com |
| ernstneff@helaba-invest.de | erwin.houbrechts@ingim.com |
| ernstrudolf.karner@erstebank.at | erwin.simons@ing.be |
| eroberts@caxtonadvantage.com | erwin.zeuschner@nb.com |
| erobie@westernasset.com | erwin_c_villavicencio@fanniemae.com |
| eroca@bcj.gbancaja.com | erwin_martens@putnam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

eryan@bloomberg.net

erz@ubp.ch

es@capgroup.com

esa_ylipahkala@freddiemac.com

esaari@tiaa-cref.org

esaito@farcap.com

esaiz@notes.banesto.es

esaldarini@bci.it

esalgado@bancomext.gob.mx

esalim@westernasset.com

esalles@bankpime.es

esalzman@lordabbett.com

esalzman@lordabbott.com

esamkim@kfb.co.kr

esandberg@aegonusa.com

esandstedt@uss.co.uk

esanford@refco.com

esangala@tiaa-cref.org

esantoro@kynikos.com

esapoff@highbridge.com

esaul@bloomberg.net

esavi@metlife.com

esc@ubp.ch

eschaefer@capgrowthmgt.com

escheyer@caxton.com

eschmidt@tiaa-cref.org

eschmidt@torchmarkcorp.com

eschmitt002@bloomberg.net

eschmitz@bloomberg.net

escholt@rfc.com

eschreiber@roycenet.com

eschroeder@loomissayles.com

eschultz@tiaa-cref.org

eschweiler@indoverbank.com

escoledge@essexinvest.com

escura@lordabbett.com

esears@ssrm.com

esedra.chiacchella@bancaprofilo.it

eselenger@frk.com

eserra@ceca.es

esgrace@wellington.com

esh@nbim.no

eshaver@congressasset.com

esheil@loomissayles.com

esheridan@tiaa-cref.org

esherman@blackrock.com

eshill@e-qci.com

eshin@royalasianbank.com

eshinaul@cityutil.com

eshum@jhancock.com

esi@petercam.be

esia@nb.com

esilvergold@cs.com

esimonova@bear.com

esimsolo@tiaa-cref.org

eskanning@standishmellon.com

eskibo@collinsstewartllc.com

eskil.svensson@ap3.se

eskimhk@hanmail.net

esko.lahtinen@pohjola.com

esko.torsti@okobank.fi

eslima@mf.gov.pt

esmeltzer@northsidebank.com

esmiralda.konyuchova@db.com

esmith@jennison.com

esmith@watchhillfunds.com

esmith@wilmingtontrust.com

esobong@rockco.com

esoler@bankpime.es

esorensen@panagora.com

esotiriou@gscpartners.com

esp@baupost.com

esp@dodgeandcox.com

espalioux_jean-marc@accor.fr

espanolp@emigrant.com

espear@presidentiallife.com

espen.furnes@storebrand.com

espen.haug@jpmorganchase.com

espen.skagen@kap.norges-bank.no

espinosa@baylbny.com

esra.joos@ingim.com

essam.elwakil@arabbanking.com

essenhyp@t-online.de

essex_finney@freddiemac.com

est@nykredit.dk

estahr@bloomberg.net

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

estaley@princeton.edu
estanis@bloomberg.net
esteban.liguori@citi.com
estebang@princeton.edu
estedman@eatonvance.com
esteel@wscapital.com
estefania.tam@morganstanley.com
estefanou@emporiki-asset.gr
esteffelin@gsc.com
estein@eatonvance.com
estella.sidney@micorp.com
estella@iccrea.bcc.it
estelle.adam@bnpparibas.com
estelle.beretta.somody@ingim.com
estelle.bonneau@euro-vl.com
estelle.charron@hsh-nordbank.com
estelle.leroy@total.com
estelle.menard@caam.com
ester.marte@credit-suisse.com
esterdiaz@grupobbva.com
esterling@paychex.com
esternberg@loomissayles.com
esterne@nb.com
esterovr@bpv.it
estertonnin-linic@tinet.ie
estevan.botello@sscims.com
estevens@blackrock.com
esther.baroudy@ge.com
esther.bruessow@baerbms.com
esther.chan@aberdeen-asset.com
esther.chance@aiminvestments.com
esther.dijkman@sgam.com
esther.eglin@bankcoop.ch
esther.gilbert@uk.mufg.jp
esther.ha@dartmouth.edu
esther.hontke@bhf-bank.com
esther.kuna@bhf-bank.com
esther.onoja@sunlife.com
esther.perkins@threadneedle.co.uk
esther.schreiber@csam.com
esther.skutele@gs.com
esther.wahl@us.standardchartered.com
esther.weihnacht@hcmny.com

esther.wijnants@ingim.com
esther.williams@lionhart.net
esther_baur@swissre.com
esthertay@mas.gov.sg
estiles@hbk.com
estirling@statestreet.com
estokes@loomissayles.com
estoltzmann@mfcglobalus.com
estowell@bloomberg.net
estrada_sandra@jpmorgan.com
estrahl@bloomberg.net
estromquist@wellington.com
esu@worldbank.org
esullivan@orixcm.com
esusianto@bi.go.id
esvenson@jhancock.com
esyron@jhancock.com
et44@ntrs.com
etaber@leggmason.com
etacata@invercaixa.es
etai@dlbabson.com
etain.mcmahon@ubs.com
etakaha@frk.com
etakata@invercaixa.es
etang@bloomberg.net
etarchini@pictet.com
etato@farcap.com
etb@dodgeandcox.com
etel.harris@csam.com
ethan.etzioni@discountbank.co.il
ethan.garber@csfb.com
ethan.hugo@fmr.com
ethan.lovell@janus.com
ethan.pride@fmr.com
ethan.reiner@sgam.com
ethan@ellington.com
ethan_case@putnam.com
ethan_t_swartz@vanguard.com
ethanchao@cathaylife.com.tw
ethanhuang@cathaylife.com.tw
ethaute@loomissalyes.com
ethel.salducci@bred.fr
ethielscher@mfs.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ethomasian@ifc.org | euan.mcneil@aegon.co.uk |
| etic@bloomberg.net | euan_munro@standardlife.com |
| etienne.boeziek@ingim.com | euan_sanderson@standardlife.com |
| etienne.bouaslaurent@axa.com | euan_stirling@standardlife.com |
| etienne.chalmagne@fortis.com | euc@capgroup.com |
| etienne.de-coninck@airbus.fr | eudes.charpentier@total.com |
| etienne.demoulin@chq.alstom.com | eugen.hamann@postbank.de |
| etienne.deranter@tractebel.be | eugen.minkin@dws.de |
| etienne.dubuc@tres.bnc.ca | eugen.puseizer@rzb.at |
| etienne.lavigne@nbb.be | eugen.weinberg@dzbank.de |
| etienne.margueritat@sgam.com | eugene.a.ferriss@aibbny.ie |
| etienne.port@ecb.int | eugene.becker@pncbank.com |
| etienne.varloot@ubs.com | eugene.belostotsky@fmr.com |
| etienne.weber@bcv.ch | eugene.bidchenco@db.com |
| etj@ubp.ch | eugene.bolton@corporate.ge.com |
| etn@sitinvest.com | eugene.burger@moorecap.com |
| etomacelli@sagitta.com | eugene.chen@calvert.com |
| etorres@us.nomura.com | eugene.didenko@ophedgeny.com |
| etournier@bloomberg.net | eugene.gullit@shell.com |
| etoy@tiaa-cref.org | eugene.j.kelly@aib.ie |
| etrach@mfs.com | eugene.kiernan@ilim.com |
| etradesupport@lehman.com | eugene.krishnan@lazard.com |
| etrajendran@rbi.org.in | eugene.lam@schwab.com |
| etrigilio@opusinvestment.com | eugene.lancaric@inginvestment.com |
| etrita.ibroci@credit-suisse.com | eugene.mullen@statestreet.com |
| etrita.ibroci@csresearch.us | eugene.pekelis@morganstanley.com |
| etroutman@wellington.com | eugene.philalithis@uk.fid-intl.com |
| etrussant@ofi-am.fr | eugene.pillot@pnc.com |
| etsaknakis@eurobank.gr | eugene.seo@nordea.com |
| etsuko.fuseya.jennings@morganstanley.com | eugene.shuster@db.com |
| etsuko.kawaguchi@sscims.com | eugene.stone@pncbank.com |
| etsuko_kasuga@mitsubishi-trust.co.jp | eugene.thomas@prudential.com |
| etsuo_suzuki@mitsui-seimei.co.jp | eugene.wu@lazard.com |
| ett@capgroup.com | eugene.x.netis@jpmorgan.com |
| ettinger@pfdincome.com | eugene@gries.com |
| ettore_bianchi@bancalombarda.it | eugene@ipgsd.com |
| eturou_yamamoto@am.sumitomolife.co.jp | eugene_chan@wstlb.com |
| etusetmo@notes.banesto.es | eugene_choy@mfcinvestments.com |
| etz@bank-von-ernst.ch | eugene_lundrigan@sunlife.com |
| euadne.callendar-david@rbc.com | eugene_shuster@putnam.com |
| euan.borland@aberdeen-asset.com | eugeneb@gic.com.sg |
| euan.crane@morganstanley.com | eugenem@mcm.com |
| euan.matheson@anfis.co.uk | eugenesg@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| eugenew@scm-lp.com | eva.luke@creditlyonnais.ch |
| eugenia.atrei@mpsgr.it | eva.m.rahmanides@db.com |
| eugenio.casanova@grupobbva.com | eva.maerzendorfer@ba-ca.group-treasury.co.at |
| eugenio.cerioni@bnlmail.com | eva.montalvo@grupobbva.com |
| eugenio.giacopini@bsibank.com | eva.mulder@axa-im.com |
| eugenio.mantello@bapr.it | eva.pettener@am.generali.com |
| eugenio.perez@avmltd.com | eva.pietsch@sfs.siemens.de |
| eugine.yurist@lbbw.de | eva.riou@sgam.com |
| eugmartinez@gruposantander.com | eva.santos@interdin.com |
| euimyungjung@kbstar.co.kr | eva.skibicki@raymondjames.com |
| eun.lee@ubs.com | eva.sohlman-knave@swedbank.com |
| eunhee11@kbstar.co.kr | eva.spitzlay@bhf.com |
| eunhyoung.cho@samsung.com | eva.stroobants@fortisbank.com |
| eunice.dong@agf.com | eva.svalling@enskilda.se |
| eunice.singh@ubsw.com | eva.traber@de.pimco.com |
| eunice.yadi@omam.co.uk | eva.walsh@jpmorgan.com |
| euniceng@mas.gov.sg | eva.zlotnicka@morganstanley.com |
| eunneland@loews.com | eva_boratto@merck.com |
| euphoria@cathaylife.com.tw | eva_chan@cathaybank.com |
| eur1adl@europe.ups.com | eva_durnermeyer@swissre.com |
| eur1jxd@europe.ups.com | eva_manimtim@ssga.com |
| eur1sjf@europe.ups.com | evahe@cmbchina.com |
| eurban@metlife.com | evaldes@templeton.com |
| eurof.uppington@lodh.com | evamaria.meese@commerzbankib.com |
| eurogovt.research@fandc.com | evan.brown@ny.frb.org |
| european.desk@puilaetco.com | evan.cathey@pimco.com |
| european.equity@vontobel.ch | evan.curtis@pimco.com |
| european_team@ldn.invesco.com | evan.davis@bbc.co.uk |
| eusebio.garre@postbank.de | evan.glass@rbccm.com |
| eusebio_sanchez@notes.ntrs.com | evan.harwood@tcw.com |
| euwright@bankofny.com | evan.hornbuckle@fmr.com |
| ev1@bloomberg.net | evan.kallberg@nuveen.com |
| eva .mayr@at.bacai.com | evan.kantor@citizensbank.com |
| eva.borowski@chase.com | evan.kominsky@ubs.com |
| eva.delbarrioarranz@telefonica.es | evan.mccormick@fmr.com |
| eva.dolleman@lloydstsb.co.uk | evan.mcculloch@frk.com |
| eva.havaldova@generali.at | evan.mcgee@shenkmancapital.com |
| eva.heffels@lrp.de | evan.moskovit@sunlife.com |
| eva.hessels@lrp.de | evan.pan@dfafunds.com |
| eva.keegan@jpmorgan.com | evan.pan@pimco.com |
| eva.kleeberg@dit.de | evan.sauer@alliancebernstein.com |
| eva.konopka@thehartford.com | evan.scussel@prudential.com |
| eva.leung@nsc.com | evan.siamantouras@bbh.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| evan.snyder@aiminvestments.com | evelyn.herrera@ge.com |
| evan_evans@prusec.com | evelyn.infurna@moorecap.com |
| evan_gordon@ustrust.com | evelyn.l.poyer@jpmchase.com |
| evan_p_druckman@ml.com | evelyn.ong@cibc.com.sg |
| evan_shay@troweprice.com | evelyn.ong@sgam.com |
| evangelia.ntagiantas@juliusbaer.com | evelyn.ongky@uobgroup.com |
| evangeline.davis@prudential.com | evelyn.somers@fmr.com |
| evangeline.drosses@ny.frb.org | evelyn@aigfpc.com |
| evangelos.ioannides@cbve.com | evelyn_bourke@standardlife.com |
| evangelos.x.delimbassis@jpmorgan.com | evelyn_erb@progressive.com |
| evans@blackrock.com | evelyn_feliciano@invesco.com |
| evans@pimco.com | evelyn_williams@agfg.com |
| evans_ck_lui@hkma.gov.hk | evelyne.etienne@ge.com |
| evansart@wellsfargo.com | evelyne_dennijanto@capgroup.com |
| evansd@mosnar.com | evelynsit@mas.gov.sg |
| evansdw@wellsfargo.com | evelynwong@gic.com.sg |
| evanst@bernstein.com | even.bakke@ch.abb.com |
| evantuyll@pictet.com | eventdriven@hbk.com |
| evantz.perodin@intel.com | everett.grant@bwater.com |
| evanvalkenburgh@fsbperkasie.com | everett.reveley@do.treas.gov |
| evapaus@jyskebank.dk | everett.schenk@americas.bnpparibas.com |
| evariste.verchere@barclaysglobal.com | everett.todd@principal.com |
| evasilie@allstate.com | everitt.sean@prudential.com |
| evatan@gic.com.sg | evert.goossens2@commerzbank.com |
| eva-ulrike.feldkord@allianzgi.de | evgenia.dimitriadou@erstebank.at |
| evb@ntrs.com | evgenia.i.kim@jpmorgan.com |
| evd@jwbristol.com | evgeny.nikitin@prudential.com |
| eve.bouard@bnpparibas.com | evguenia.a.sokolova@jpmorgan.com |
| eve.gembarski@threadneedle.co.uk | evie.limas@ubs.com |
| eve.glatt@morganstanley.com | evilla@fondianima.it |
| eve.hampton@gwl.com | evillain4@caam.com |
| eve.scrivener@barclaysglobal.com | evimik@delta.gr |
| eve.tournier@uk.pimco.com | evining@aegonusa.com |
| eve.yang@shell.com | evipjjb@mandtbank.com |
| eve_cohen@paribas.com | evita.kusumawati@bni.co.id |
| eve_l_benton@bankone.com | evk@bankinvest.dk |
| evelasco@ceca.es | evm26@cornell.edu |
| evelazquez@apolloic.com | evmd@capgroup.com |
| evelin.rutten@oppenheim.de | evolkeni@colognere.com |
| evelin.skultety@allianz.com | evonderlinde@lordabbett.com |
| eveline.somers@pggm.nl | evonne.p.kelly@aibbny.ie |
| eveline.van.de.velde@dexia-am.com | evonsauers@bankofny.com |
| evelyn.campanile@gs.com | evrard.x.fraise@jpmorgan.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

evrin.cam@hypovbg.at

evsa02@handelsbanken.se

evstan@bloomberg.net

evta01@handelsbanken.se

evulgaris@fhlbc.com

evy_hambro@blackrock.com

ewa.borowska@morganstanley.com

ewa.froidevaux@cspb.com

ewa.kozicz@gs.com

ewa.nicholls@aberdeen-asset.com

ewa.rzeszutek@mail.nbp.pl

ewald.trutmann@rieter.com

ewalk@metzler.com

ewalker@loews.com

ewan.maclean@bailliegifford.com

ewan_markson-brown@newton.co.uk

ewang@mcleanbudden.com

ewar@statoilhydro.com

eward.sonneveld@hk.fortis.com

eward@babsoncapital.com

eward5@bloomberg.net

eweigel@mfs.com

eweigel@pioneer.com

eweiner@mony.com

eweis@opers.org

eweisko@franklintempleton.com

eweisman@mfs.com

ewen.cameron-watt@blackrock.com

ewen.mcdonald@rabobank.com

ewepsic@deshaw.com

ewerner@union-investment.de

ewesteren@hbk.com

ewesteren@martincurrie.com

eweyl@princeton.edu

ewf@juliusbaer.com

ewhite@gwkinc.com

ewhite@standishmellon.com

ewhite@us.tr.mufg.jp

ewiberg@alzus.jnj.com

ewiller@westernasset.com

ewimbush@fhlbatl.com

ewings@nrucfc.org

ewinter@hapoalimusa.com

ewj1@ntrs.com

ewoehrling@martincurrie.com

ewolf@loomissayles.com

ewomansson@bnp.fr

ewoodland@bloomberg.net

ewout.gillissen@dsm.com

ewright@lordabbett.com

ewwebb@wellington.com

ewyatt@hibernia.com

execution_equities@bwater.com

exhow@fhwn.com

exped@bloomberg.net

expkim@hotmail.com

extella.jones@barclaysglobal.com

extern.barta@allianz.de

extern.kroll_tobias@allianz.com

ey@capgroup.com

ey2@ntrs.com

eyad.mashal@juliusbaer.com

eyal.rosenthal@cii.co.il

eyal@ikos.com.cy

eyal@work.com

eyalb@koor.com

eyalpaz@migdal-group.co.il

eyalr@bll.co.il

eyeo@wellington.com

eyeoh2@bloomberg.net

eyepes@fibanc.es

eyingfang@mfs.com

eyjolfur.jonsson@glitnir.is

eynour.boutia@bankofamerica.com

eyouderia@citadelgroup.com

eytan.shapiro@jpmorgan.com

eyup.engin@akbank.com

eyvind.width@abgsc.no

ezaldiva@bankinter.es

ezeff@oppenheimerfunds.com

ezenner@deerfieldcapital.com

ezequiel.nieto@telefonica.es

ezgi.muratoglu.extern@hvb.de

ezikry@vcallc.com

ezine@kdb.co.kr

ezio.castagna@bpubanca.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ezio.dadalt@bmo.com | f.guffanti@aston-bond.com |
| ezoe-0f8b@jp.nomura.com | f.hiura@aozorabank.co.jp |
| ezollinger@lnc.com | f.iuri@rpweb.it |
| ezral@bloomberg.net | f.j.h.vanriel@vanlanschot.com |
| ezuaiter@bloomberg.net | f.jansen@apoasset.de |
| ezuvekas@genre.com | f.jungo@innovest.at |
| f.abbattista@centrosim.it | f.karisson@swedbank.com |
| f.allevi@fineco.it | f.kawahara@ny.tr.mufg.jp |
| f.al-mubaraki@wafra.com | f.khan@mwam.com |
| f.amato@olayan.com | f.koopmans@gbf-info.nl |
| f.ambrogi@apioil.com | f.korver@vanlanschot.com |
| f.appel@deutschepost.de | f.laird@noemail.com |
| f.b.petersen@bloomberg.net | f.macedo@hsbc.guyerzeller.com |
| f.baranello@fineco-am.com | f.mahieu@pensioenmail.nl |
| f.barigazzi@barilla.it | f.marcon@arcasim.it |
| f.beccali@cofiri.it | f.martina@bimbank.it |
| f.begic@probtp.com | f.maspoli@finter.ch |
| f.belli@rai.it | f.matsuo@jahs.or.jp |
| f.bertolino@rai.it | f.mcgarrity@bspf.co.uk |
| f.bosazzo@bimbank.it | f.mevis@robeco.nl |
| f.bovo@eurosim.it | f.mitani@xm.mitsui.co.jp |
| f.bruno@sirti.it | f.mubaraki@wafra.com |
| f.c.breen@robeco.nl | f.mwase@afdb.org |
| f.castelli@kairospartners.com | f.nico@apioil.com |
| f.chazanoff@fnysllc.com | f.oflynn@naspadub.ie |
| f.cirignano@bpi.it | f.paggi@bimbank.it |
| f.cremers@hq.vnu.com | f.pietersma@robeco.nl |
| f.dalcerri@bipielle.it | f.plogmann@lrp.de |
| f.denney.voss@citigroup.com | f.poschi@barilla.it |
| f.diel@frankfurt-trust.de | f.pozzoli@arcasim.it |
| f.dippold@frankfurt-trust.de | f.reich@gbf.nl |
| f.egermann@bvv-vers.de | f.rigo@delen.lu |
| f.eggen@eib.org | f.rossetti@cassalombarda.it |
| f.el.kanfoudi@gbf.nl | f.sacasa@aozorobank.co.jp |
| f.falch@fearnleys.no | f.sanders@robeco.nl |
| f.fierro@fineco.it | f.scala@cassalombarda.it |
| f.fritelli@sace.it | f.schuhbauer@deutschepost.de |
| f.froehli@hsbc.guyerzeller.com | f.smyth@aozorabank.co.jp |
| f.galez@grupobbva.com | f.soldi@crsm.it |
| f.ghisellini@comune.roma.it | f.studer@hsbc.guyerzeller.com |
| f.gianatasio@bloomberg.net | f.syed@mwam.com |
| f.giavarra@fineco.it | f.terranti@sanpaolo.fr |
| f.gosselink@fmo.nl | f.trifiro@thehartford.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

f.van.weegberg@abp.nl
f.vanerio@hermes.co.uk
f.vanolphen@vanlanschot.com
f.verhees@frieslandbank.nl
f.vezzani@cassalombarda.it
f.w.heerema@ams.rabobank.com
f_bair@troweprice.com
f_ferrario@bloomberg.net
f_lorenzoni@finint.it
f2l@americancentury.com
faahant@bloomberg.net
fab.tr@adia.ae
fab@capgroup.com
fa-ba@generali.nl
fabbasi@nb.com
fabc@capgroup.com
fabel@union-investment.de
fabia.carvalho@bcb.gov.br
fabian.baumann@aigpb.com
fabian.buchmann@ubs.com
fabian.degen@db.com
fabian.deprey@fortisbank.com
fabian.herzog@dresdner-bank.ch
fabian.hildbrand@ubs.com
fabian.jacoma@zkb.ch
fabian.jones@fmr.com
fabian.straub@dzbank.de
fabian.zepeda@nestle.com
fabian_vieth@westlb.com
fabiana.arana@br.schroders.com
fabiano.fossali@antonveneta.it
fabien.bourguignon@caam.com
fabien.brugger@lodh.com
fabien.colussi@uk.fid-intl.com
fabien.delaunay@caam.com
fabien.dersy@dexia-am.com
fabien.frappart@ceidfp.caisse-epargne.fr
fabien.madar@bblam.fr
fabien.savonitto@bnpparibas.com
fabien.stucker@lodh.com
fabien.weber@juliusbaer.com
fabien_conderanne@coface.com
fabienne.beguin@vontobel.ch

fabienne.crayssac@sgam.com
fabienne.de.la.serre@lazard.fr
fabienne.evrard@cpr-am.fr
fabienne.marolle@labanquepostale-am.fr
fabienne.zamfiresco@calyon.com
fabio.alessandrini@lodh.com
fabio.andaku@bcb.gov.br
fabio.barbato@cspb.com
fabio.bartesaghi@vontobel.ch
fabio.bencich@antonveneta.it
fabio.bonacasa@eurosgr.it
fabio.buttazzoni@am.generali.com
fabio.cantatore@bancaprofilo.it
fabio.cardona@bancaakros.it
fabio.carpentieri@capitalia-am.com
fabio.catalano@fondiaria-sai.it
fabio.cavazza@am.generali.com
fabio.cencetti@pioneerinvestments.com
fabio.cleva@am.generali.com
fabio.cortes@bankofengland.co.uk
fabio.depaoli@claridenleu.com
fabio.depaoli@credit.suisse.com
fabio.dezordo@ubm.unicredit.it
fabio.faina@bpm.it
fabio.feitler@ubs.com
fabio.ferrando@caboto.it
fabio.ghezzi-morgalanti@fortisbank.com
fabio.mandirola@am.generali.com
fabio.militello@pnc.com
fabio.minervini@rabobank.com
fabio.mori@eurosgr.it
fabio.mossi@corner.ch
fabio.motta@ing-barings.com.br
fabio.noacco@mediobanca.it
fabio.pervangher@zkb.ch
fabio.riccelli@uk.fid-intl.com
fabio.rumiz@am.generali.com
fabio.stolfa@capitalia-am.com
fabio.stuecheli@lbswiss.ch
fabio.terlevich@morganstanley.com
fabio.torrequadra@hsbcpb.com
fabio.valsassina@enifin.eni.it
fabio_robbiani@swissre.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

fabio_savoldelli@ml.com

fabiola.ravazzolo@ny.frb.org

fabiola_m_gallego@fanniemae.com

fabio-pietro.ferrari@ubs.com

fabiospinolavianna@gmail.com

fabrice.alliaud@mpsgr.it

fabrice.alvaro@caam.com

fabrice.bay@dws.com

fabrice.bock@banque-diamantaire.ch

fabrice.bodinier@lazard.com

fabrice.callet@sqam.com

fabrice.castelein@citigroup.com

fabrice.connin@aberdeen-asset.com

fabrice.constantin@bcvs.ch

fabrice.cuchet@dexia-am.com

fabrice.hermann@socgen.com

fabrice.houze@bred.fr

fabrice.hugon@socgen.com

fabrice.loho@bnpparibas.com

fabrice.lombardo@dexia-am.com

fabrice.malnar@labanquepostale-am.fr

fabrice.miguelez@exane.com

fabrice.pedro-rousselin@ge.com

fabrice.renaut@caam.com

fabrice.romano@cardif.fr

fabrice.schwarzmann@ubs.com

fabrice.sendra@swipartnership.co.uk

fabrice.susini@bnpparibas.com

fabrice.taravant@cardif.fr

fabrice.vallat@claridenleu.com

fabrice.vidal@rabobank.com

fabrice_bay@putnam.com

fabrice_pellous@acml.com

fabricecholet@cholet-dupont.fr

fabrizia.capurro@bescl.co.uk

fabrizia.semboloni@bnlmail.com

fabrizio.antoniotti@sella.it

fabrizio.barbini@am.generali.com

fabrizio.basile@lodh.com

fabrizio.biondo@gestielle.it

fabrizio.boaron@barclayscapital.com

fabrizio.bolognini@credit-suisse.com

fabrizio.bugatti@pioneerinvest.it

fabrizio.caputi@bancaakros.it

fabrizio.carbone@bancacrasti.it

fabrizio.carisi@ingim.com

fabrizio.coiai@hsbcinvestments.com

fabrizio.delongis@banca.mps.it

fabrizio.fabrizi@nuernberger.de

fabrizio.favara@rbscoutts.com

fabrizio.ferrini@ubm.unicredit.it

fabrizio.fiorini@gestielle.it

fabrizio.graziani@bsibank.com

fabrizio.guidi@am.generali.com

fabrizio.lemme@credit-suisse.it

fabrizio.mancini@ankerbank.ch

fabrizio.palermo@fincantieri.it

fabrizio.penso@sella.lu

fabrizio.petrineschi@arcafondi.it

fabrizio.restione@fondiaria-sai.it

fabrizio.sperandini@bancamarche.it

fabrizio.talotti@am.generali.com

fabrizio.tavernari@capitalia-am.com

fabrizio.vallone@bnlmail.com

fabrizio.valzelli@ubibanca.it

fabrizio.viola@am.generali.com

fabrizio.viola@bpmsgr.it

fabrizio.vitiello@ge.com

fabrizio_farinatti@carife.it

fabrizioc@bloomberg.net

fabrizzio.pelfini@ml.com

fac@columbus.com

fad@capgroup.com

fadi.berbari@bnpparibas.com

fadi.ismail@juliusbaer.com

fadi.mitri@shell.com

fadi.nasser@gibbah.com

fadichalouhi@nbk.com

fadule@ellington.com

fady.khallouf@edfgdf.fr

fadzila.amru@maybank.com.my

faezah@maybank.com.my

fagan.nnf@mellon.com

fagnania@gruppocredit.it

fahad.hassan@lgim.co.uk

faharin.j@gordian.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| fahim.razzaque@fmr.com | fanghua@gic.com.sg |
| fairchildt@aetna.com | fangxu@microsoft.com |
| faisal.ayub@framlington.co.uk | fangyu_gao@freddiemac.com |
| faisal.butt@columbiamanagement.com | fanie.gouws@bbh.com |
| faisal.hayat@morganstanley.com | fanio_maniori@generali.com |
| faisal.syed@hcmny.com | fanjc@chevrontexaco.com |
| faisal@gulfbank.com.kw | fankhauser@irv.ch |
| faisala@princeton.edu | fann@kempen.nl |
| faisalo@kia.gov.kw | fanny.jacquemont@caam.com |
| faiselq@cbd.ae | fanny.yy.fung@ing.com.hk |
| faith.liu@bloomberg.net | fanny_letona@fleet.com |
| faith.naymie@ibtco.com | fanshi_zhao@troweprice.com |
| faith_l_vakil@fanniemae.com | fantezan@lehman.com |
| fak.cdu@adia.ae | fantoni@bloomberg.net |
| faktorovich_mikhail@jpmorgan.com | fanzhiqiang@citicbank.com |
| falbus@fsa.com | far26@cornell.edu |
| falci.sa@mellon.com | farah.bouzida@axa-im.com |
| faldutoc@vankampen.com | farah.khan@fandc.com |
| faleman@fhlbsf.com | farah.khan@pnc.com |
| falerb@washpost.com | farah.zakir@bankofamerica.com |
| falfaro@jennison.com | farah@sandlercap.com |
| falgun.jariwala@jpmorgan.com | farah_khan@troweprice.com |
| falhumaidah@sama.org.sa | faraha@qcb.gov.qa |
| falina@petronas.com.my | farahhanim@bnm.gov.my |
| falk.jesse@dresdner-bank.com | farberlj@wharton.upenn.edu |
| falk.solbrig@dws.com | farcuhs@telefonica.es |
| falmeida@fandc.co.uk | fareeha.arshad@pncadvisors.com |
| falonso@troweprice.com | farel@bloomberg.net |
| falsallal@bloomberg.net | farhad.shishbiradaran@bmo.com |
| falston@ncmcapital.com | farhan.naqvi@ubs.com |
| faltarouti@anb.com.sa | fariasgo@cajamadrid.es |
| famato@statestreet.com | fariba.faraji@fandc.com |
| fambrosi@mws.com | farid.issaelkhoury@bnpparibas.com |
| fan.hu@columbiamanagement.com | farid.samji@nbad.com |
| fan.wang2@jpmchase.com | faris.ayoub@jpmorgan.com |
| fan.wu@citadelgroup.com | faris.hayek@arabbanking.com |
| fan.zhang@citadelgroup.com | farisnab@bloomberg.net |
| fan@ctoc.com.tw | farlekas@us.ibm.com |
| fan_xu@fanniemae.com | faroni@capitalgest.it |
| fan020@megabank.com.tw | farook@bloomberg.net |
| fang.d.li@jpmchase.com | farouki_majeed@calpers.ca.gov |
| fang.wang@icbc.com.cn | farouqb@kia.gov.kw |
| fangeletti@bancaintesa.com.hk | farratia@dkpartners.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| farrellw@lotsoff.com | fbaldan@bloomberg.net |
| faruk_patel@ssga.com | fbalzer@westpac.com.au |
| fasapp@bot.or.th | fbannatyne03@gsb.columbia.edu |
| faslani@ford.com | fbarnao@bankofny.com |
| fatb@bloomberg.net | fbarranc@notes.banesto.es |
| fateh@bloomberg.net | fbarreda@grupobbva.com |
| fati_naraghi@newton.co.uk | fbarreto@bloomberg.net |
| fatima.andrews@mortgagefamily.com | fbaseggio@hbk.com |
| fatima.batalvi@calvert.com | fbe@ubp.ch |
| fatima.espinosacueva@telefonica.es | fbeck@tiaa-cref.org |
| fatima.luis@fandc.com | fbelak1@bloomberg.net |
| fatima_dickey@ustrust.com | fbento7@bloomberg.net |
| fatimab@bbkonline.com | fbenzinho@mfs.com |
| fatma.gezer@hypovbg.at | fberg@spfbeheer.nl |
| fatticcioni@gestielle.it | fberg1@bloomberg.net |
| faubin@bdf-gestion.com | fbertini@iccrea.bcc.it |
| fauregi@cmcic.fr | fbesutti@credem.it |
| faustin@bankofny.com | fbexon@fandc.co.uk |
| fausto.artoni@azimut.it | fbianchi@princeton.edu |
| fausto.lanfranco@finmeccanica.it | fbicho@bancomello.pt |
| fausto.marcantoni@meliorbanca.com | fbigler@pictet.com |
| fawcett.p@whv.com | fbitsch@meag-ny.com |
| fawne.doherty@fmr.com | fbk00801@fukuibank.jp |
| fay.byles@fidelity.com | fbk00803@fukuibank.jp |
| fay.wong@jpmorganfleming.com | fblascosa@bga.gbancaja.com |
| fay_gambee@ustrust.com | fbohin@ofivalmo.fr |
| faya@chevrontexaco.com | fboinier@ofi-am.fr |
| fayadri@bni.co.id | fbonifazi@iccrea.bcc.it |
| faycal.haddad@axa-im.com | fborgnana@pictet.com |
| faye.fox@micorp.com | fbortst@aegon.nl |
| faye.landes@moorecap.com | fbosazzi@bloomberg.net |
| fayf@jwseligman.com | fbotellap@bancopastor.es |
| fayoub@anblondon.com | fbowerman@oppenheimerfunds.com |
| fayres@roycenet.com | fbrimberg@avatar-associates.com |
| fays@bernstein.com | fbrunet@pictet.com |
| faysal.arslan@morganstanley.com | fbruno@bspr.com |
| faywong@gic.com.sg | fbu@petercam.be |
| fazi@bloomberg.net | fburgues@bankpyme.es |
| fba.tr@adia.ae | fcalais@cpr-am.fr |
| fbadini@barbnet.com | fcallahan@jhancock.com |
| fbaier@icbny.com | fcanali@epo.org |
| fbailey@bloomberg.net | fcanciani@oaktreecap.com |
| fbaker@evcap.com | fcapanna@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

fcappelli@bloomberg.net

fcarayol@canal-plus.fr

fcarrasco@invercaixa.es

fcarrets@notes.banesto.es

fcaruso@refco.com

fcarvalho@mf.gov.pt

fcasari@bancasempione.ch

fcasas@bankinter.es

fcastro@worldbank.org

fcattaneo@pictet.com

fcaulry@ofi-am.fr

fcavanaugh@jhancock.com

fceccaldi@groupe-ccr.com

fcf@wmblair.com

fcheo@mas.gov.sg

fchia@mas.gov.sg

fchiu@farcap.com

fchogadb@fhlbi.com

fciarniello1@bloomberg.net

fciut@bloomberg.net

fcloppert@opcap.com

fcollecchia@aegonusa.com

fcollechia@aegonusa.com

fcolom@sanostra.es

fcolombo@bancafideuram.it

fcomasf@sanostra.es

fcontarin@bloomberg.net

fcooley@senecacapital.com

fcoraggio@bloomberg.net

fcorti1@bloomberg.net

fcottatelucci@iccrea.bcc.it

fcr@bpi.pt

fcrane@orleanscapital.com

fcrapitti@iccrea.bcc.it

fcribiore@gabelli.com

fcs@bancoinversion.es

fcs@firstmetro.com.ph

fcsg@lehman.com

fcua@perrycap.com

fcuestab@cajamadrid.es

fcui@eatonvance.com

fcuito@bloomberg.net

fcunha@metlife.com

fcusumano@leggmason.com

fdagostino@bimsgr.it

fdaily@sarofim.com

fdaini@bloomberg.net

fdcatrickes@wellington.com

fdevarenne@scor.com

fdevenoges@pembacreditadvisers.com

fdevita@fideuramsgr.it

fdewan@tigerglobal.com

fdiaz@bankatlantic.com

fdiaz@bloomberg.net

fdickson@dadco.com

fdiezcal@notes.banesto.es

fdminnellijr@statestreet.com

fdolfi@pkb.ch

fdsfdsaf@aol.com

fdunnantuono@metlife.com

fduque@tiaa-cref.org

fdurantep@bancopastor.es

feargal.dempsey@pioneerinvest.ie

fedelecova@intesabci.it

feder_abigail@jpmorgan.com

federica.baldan@pioneerinvest.it

federica.ferrari@bper.it

federica.masciaga@pioneerinvest.it

federica.ottavio@ubm.it

federica.tartara@am.generali.com

federici@bpintra.it

federico.bruzzi@mediobanca.it

federico.cornelli@bnlmail.com

federico.focardi@ferragamo.com

federico.hausler@db.com

federico.kaune@morganstanley.com

federico.micheloni@carisp.sm

federico.mosca@arcafondi.it

federico.noera@np.ge.com

federico.odello@gnf.it

federico.perciavalle@intel.com

federico.rey@enifin.eni.it

federico.sarnari@eni.it

federico.trabucco@mpsgr.it

federico.viola@bancaintesa.it

federico.vries@bancoval.es

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

federico.wynne@morleyfm.com
federico_santilli@troweprice.com
federicomarsili@gic.com.sg
federicoronchi@ingdirect.it
fedra.del-aquila@ubs.com
feeneyp@bernstein.com
feh_gwanyalla@freddiemac.com
fehim.sever@uk.fid-intl.com
fehrich@union-investment.de
fei.chen@nl.abnamro.com
fei.huang@mortgagefamily.com
fei_xu@vanguard.com
fei_zou@americancentury.com
fei-linghu@tcb-bank.com.tw
feisel@firstcarolina.org
feiyin@abocsz.com
fek@nbim.no
feldboy.g@fibi.co.il
feldman@sbcm.com
feldmanj@ebrd.com
felefante@bloomberg.net
felice.degrandi@raiffeisen.ch
felice.giuggioli@bsibank.com
felicia.deng@thehartford.com
felicia.f.ofori@bankofamerica.com
felicia.peng@thehartford.com
felicia.reed@swissfirst.ch
felicia.richardson@db.com
feliciakok@mas.gov.sg
felicie.lhoste@sgam.com
felicity.smith@morganstanley.com
felipe.clara@caixabank.fr
felipe.izpura@delfos.can.es
felipe.moreno@swib.state.wi.us
felipe.ribeiro@bcb.gov.br
felipe.vivacqua-pinto@ubs.com
felisa.dalorto@uk.fid-intl.com
felise.l.agranoff@jpmorgan.com
felix.adrian@cominvest-am.com
felix.blomenkamp@pimco.com
felix.brill@ubs.com
felix.chan@ap.ing.com
felix.csajka@claridenleu.com

felix.dornaus@ba-ca.com
felix.dueregger@schoellerbank.at
felix.fischer@deka.de
felix.fitch@singers.co.im
felix.gasser@rmf.ch
felix.heinser@ubs.com
felix.hey@hypovereinsbank.de
felix.krantz@dbla.com
felix.landsiedl@ubs.com
felix.lempert@citigroup.com
felix.maag@credit-suisse.com
felix.malpartida@bernstein.com
felix.mednikov@sunlife.com
felix.meier@csam.com
felix.prinzenberg@trinkaus.de
felix.schmid@lbswiss.ch
felix.schnella@allianzgi.de
felix.senn@efv.admin.ch
felix.sommerhalder@vanguard.com.au
felix.stadelmann@zurich.com
felix.stauffer@ubs.com
felix.streitferdt@allianz.de
felix.strohmeyer@ikb.de|
felix.tan@credit-suisse.com
felix.tan@sg.ca-assetmanagement.com
felix.walther@db.com
felix_khaychuk@scudder.com
felix_lim@vanguard.com
felix_mason@blackrock.com
felix_niederer@swissre.com
felix_norbut@scudder.com
felix_norbut@scudderr.com
felix_stutz@swissre.com
felixbaker@bbinvestments.com
felixchan@gic.com.sg
felixmomsen@gic.com.sg
felixtan@temasek.com.sg
feliz.gomez@janus.com
felli@bloomberg.net
felmon.bartolome@slma.com
felmon_bartolone@freddiemac.com
femba@unitel.co.kr
femi.adewale@drkw.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| femi_awotesu@ldn.invesco.com | fernando.cabrales@barclaysglobal.com |
| fenella_boyle@putnam.com | fernando.cavalcanti@bcb.gov.br |
| feng.chang@morganstanley.com | fernando.cejudo@grupobbva.com |
| feng.guo@db.com | fernando.cristiano@nuveen.com |
| feng.sha@alliancebernstein.com | fernando.defrutos@claridenleu.com |
| feng.wang@citadelgroup.com | fernando.fernandez@zugerkb.ch |
| feng.wang@sumitomocorp.co.jp | fernando.garza@inginvestment.com |
| feng.zhu@bis.org | fernando.gomes@bcb.gov.br |
| fengels@thamesriver.co.uk | fernando.grisales@acml.com |
| fengfang@temasek.sg | fernando.losada@abnamro.com |
| fenghao@bochk.com | fernando.martins.da.silva@bcv.ch |
| feng-shi@deshaw.com | fernando.monar@ecb.int |
| fengxj2000@yahoo.com.cn | fernando.orta@dartmouth.edu |
| fengyuan@mail.cbc.gov.tw | fernando.pelaez@sarasin.ch |
| ferda.demir@finansbank.com.tr | fernando.ramirez@grupobbva.com |
| ferdi.beck@llb.li | fernando.salvado@finantia.com |
| ferdinand.bardoly@juliusbaer.com | fernando.suarez@eu.nabgroup.com |
| ferdinand.kordel@ikb.de | fernando.vicente@bsnp.pt |
| ferdinand.veenman@gmacrfc.nl | fernando@rentec.com |
| ferdinand.verweyen@dws.de | fernando_diaz@ssga.com |
| ferdinando.porcellini@group.novartis.com | fernando_vera@sumitomo.com |
| ferenc.schmidt@apobank.de | fernandoperezpiaggio@intesabci.it |
| fergal.delaney@bbh.com | fernandoveiga@generali.pt |
| fergal.doyle@glgpartners.com | fernley.dyson@aviva.com |
| fergal.mcgrath@clf-dexia.com | ferran.scott@caixacat.es |
| fergie.may@blackrock.com | ferran.vilalta@mongestio.com |
| fergus.j.shiel@fmr.com | ferranricartuser@company.com |
| fergus.mcguinn@boimail.com | ferreirc@eib.org |
| fergus.taylor@uk.nomura.com | ferrell@pimco.com |
| fergusmacleod@bp.com | ferri@capitalgest.it |
| ferguson.bc@mellon.com | ferri@matrixlp.com |
| ferguson@bwater.com | ferris@bessemer.com |
| ferian.juwano@barclaysglobal.com | ferrizz@bwater.com |
| ferian.juwono@barclaysglobal.com | ferruccio.arvedi@geva.fiatgroup.com |
| fermin.aldabe@moorecap.com | ferruccio.viazzi@ersel.it |
| fermin.alvarezcarril@telefonica.es | fershid.aspi@fmr.com |
| fermin.da.costa.gomez@ingim.com | feryal_taki@standardlife.com |
| fernald_thomas@fsba.state.fl.us | festus_marinho@westlb.co.uk |
| fernanda.ojea@allianz.es | fewings@aigfpc.com |
| fernandezbravoangel@bancsabadell.com | fexil.mellinger@aareal-bank.com |
| fernandezcastanonana@bancsabadell.com | feyzullah.egriboyun@ubs.com |
| fernandezm@aeltus.com | ff@wmblair.com |
| fernando.assad@ashmoregroup.com | ffa@danskecapital.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ffelcon@jhancock.com | fharleman1@bloomberg.net |
| ffeldmann@union-investment.de | fhatt1@bloomberg.net |
| ffelicelli@frk.com | fhawrylak@tweedy.com |
| ffellows@swst.com | fhecht@groupama-am.fr |
| ffenner@ufgam.com | fheise@metzler.com |
| ffinlay@jennison.com | fheripel@groupama-ccama.tm.fr |
| ffisher@caxton.com | fhernandez@alger.com |
| ffloren@bloomberg.net | fhernang@cajamadrid.es |
| ffluteau@scor.com | fherrero@marchgestion.com |
| ffong@fppartners.com | fhjones1@bloomberg.net |
| ffong-lopez@ambac.com | fhmuhsinin@bankbii.com |
| ffoy@state.nm.us | fhoevermann@meag.com |
| ffradin@unigestion.com | fhomberger@espiritosanto.com |
| ffrassino@insinger.it | fhoogveld@fideuramsgr.it |
| ffreund@union-investment.de | fhoward@aegonusa.com |
| ffrick@unigestion.com | fhusken@bloomberg.net |
| ffromm@frk.com | fhutchinson@europeancredit.com |
| ffurlan@bank-banque-canada.ca | fi.brokerresearch@fidelity.com |
| ffusco@astoriafederal.com | fi@afaforsakring.se |
| fg62@cornell.edu | fianne.chen@wellsfargo.com |
| fgaetani@iccrea.bcc.it | fibideal@fibimail.co.il |
| fgaldi@bear.com | fibifxit@fibi.co.il |
| fgaliana@gruposantander.com | fibigml@fibimail.co.il |
| fgalindo@fibanc.es | fibiilan@fibimail.co.il |
| fgannon@roycenet.com | ficig@bloomberg.net |
| fgarciag@fibanc.es | fidata@citadelgroup.com |
| fgarciat@repsol-ypf.com | fiddamam@anz.com |
| fgarzilli@cofimo.it | fidel.kasikci@credit-suisse.com |
| fgeerards@statestreet.com | fidelma.mcmahon@aig.com |
| fgirard.westam@banquedorsay.fr | fietzp@dussel-hypo.de |
| fgirod@pictet.com | fifi.wong@tcw.com |
| fgjerstad@statestreet.com | fikret.kalagoglu@moorecap.com |
| fgninv@ctclife.com.tw | filiberto.villani@citi.com |
| fgoddard@silchester.com | filip.boman@dnbnor.com |
| fgomez@bancozaragozano.es | filip.corten@dexia-am.com |
| fgomezm@bga.gbancaja.com | filip.de-coster@ing.be |
| fgoncalves@banco-privado.pt | filip.dierckx@fortis.com |
| fgonza@ftci.com | filip.lambrechts@dexia.be |
| fgray@sterneagee.com | filip.polasz@blackrock.com |
| fgrivory@hottinguer-jph.com | filip.saffer@dexia.be |
| fgrunow@dgbank.de | filip.sarovic@credit-suisse.com |
| fgv@statoilhydro.com | filipa.andre.caixagest@cgd.pt |
| fhalili@caxton.com | filipe.amado@cgd.pt |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

filippo.arcieri@aig.com

filippo.cartiglia@gs.com

filippo.corvi@enifin.eni.it

filippo.fucile@cirio.it

filippo.giovannelli@bancaditalia.it

filippo.gromo@italease.it

filippo.mascheroni@pioneerinvestments.com

filippo.rima@credit-suisse.com

filippo.stefanini@gestielle.it

filippo.zamparelli@bancaakros.it

filippos.lemos@longview-partners.com

filipw@chgroup.com

filler@ellington.com

filomena.cambareri@alliancebernstein.com

filomena.villanova@csfb.com

filomeno.calabretto@claridenleu.com

filpil@bloomberg.net

fimktg2@bloomberg.net

fi-mo@hcmny.com

finance.dep@bancadipiacenza.it

financial.institutions@lrp.de

financial-risk@allianz.com

financials@citadelgroup.com

finanza@bpv.it

finanza@carige.it

finbar.m.dowling@aib.ie

finbarr.farrell@bmo.com

finbarr.quirke@boigm.com

finch@bloomberg.net

findata-vendor@tudor.com

finddbpjc@bloomberg.net

findleys@bernstein.com

finefrc1@nationwide.com

finkelstein@willcap.com

finkelstein_stephen@jpmorgan.com

finkelsteins@umtb.co.il

finlay.macdonald@resolutionasset.com

finni.sigurdsson@glitnir.is

finoa.tidswell@aberdeen-asset.com

finola.dogerty@tcw.com

finola.doherty@tcw.com

finstab@nbb.be

finteam@omega-advisors.com

fiona.a.lavelle@aibbny.ie

fiona.badian@db.com

fiona.bensusan@blackrock.com

fiona.bryans@hsh-nordbank.co.uk

fiona.colley@barclaysglobal.com

fiona.craig-smith@eu.nabgroup.com

fiona.davy@uk.fid-intl.com

fiona.deans@morganstanley.com

fiona.e.foley@aibbny.ie

fiona.farrell@glgpartners.com

fiona.flannery@depfa.ie

fiona.hagdrup@mandg.co.uk

Fiona.Harrington@barclaysglobal.com

fiona.lim@pioneerinvest.com.sg

fiona.m.egan@jpmorgan.com

fiona.morrison@db.com

fiona.neill@ubs.com

fiona.neville@gs.com

fiona.o'leary@pfizer.com

fiona.orford-williams@gerrard.com

fiona.rowley@jpmorgan.com

fiona.smith@boimail.com

fiona.wills@bnpparibas.com

fiona_dickinson@standardlife.com

fiona_ellard@blackrock.com

fiona_leonard@troweprice.com

fiona_melville@standardlife.com

fionnan.d.o'sullivan@bankofny.com

fionne.crichton@morganstanley.com

fionnuala.earley@nationwide.co.uk

fioravante.lombardo@bsibank.com

fiorello@ellington.com

fiorentino9@bloomberg.net

firas.askari@bmo.com

firesearch@barrowhanley.com

fi-research@nuernberger.de

firmino.morgado@uk.fid-intl.com

first.last@email.com

first.surname@citigroup.com

firstinitialsurname@cazenove.com

firstinitialsurname@firststate.co.uk

firstinitialsurname@kempen.nl

firstinitialsurname@mfs.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

firstinitialsurname@thamesriver.co.uk
firstname.lastname@isisam.com
firstname.lastname@jpmorganfleming.com
firstname.surname@axa-im.com
firstname.surname@bailliegifford.com
firstname.surname@bankofengland.co.uk
firstname.surname@caam.com
firstname.surname@db.com
firstname.surname@framlington.co.uk
firstname.surname@gs.com
firstname.surname@insightinvestment.com
firstname.surname@lazard.com
firstname.surname@lodh.com
firstname.surname@morganstanley.com
firstname.surname@ubs.com
firstname.surname@worldinvest.com
firstname_lastname@blackrock.com
firstname_surname@acml.com
firstname_surname@ldn.invesco.com
firstname_surname@newton.co.uk
firstname_surname@standardlife.com
firstnamesurname@bapfin.co.uk
firtsnamelastname@gic.com.sg
fischbacher@cimbanque.ch
fischer.deena@principal.com
fischer.janelle@luthbro.com
fishbro@msn.com
fisher_carmen@fsba.state.fl.us
fisherm4@aetna.com
fitnat.akahan@morganstanley.com
fitz.wickham@inginvestment.com
fitzgerj@strsoh.org
fitzgibbon.sp@tbcam.com
fitzpajw@ucarb.com
fiukig.research@fandc.com
fiw@capgroup.com
fiwasa@us.mufg.jp
fixed.income@juliusbaer.com
fixedincome.be@dexia-am.com
fixedincome@banc-agricol.ad
fixedincomefails@capgroup.com
fixed-prices@deshaw.com
fixincome.bgieurope@barclaysglobal.com

fjaccarino@fftw.com
fjansen3@bloomberg.net
fjavier.miron@grupobbva.com
fjazagra@gruposantander.com
fjboggan@wellington.com
fjennings@oppenheimerfunds.com
fjescobar@gruposantander.com
fjfowler@duke-energy.com
fjiang@waddell.com
fjimenez@notes.banesto.es
fjjamison@leggmason.com
fjo@ubp.ch
fjohnson@westernasset.com
fjones@metlife.com
fjorent.rrushi@finmeccanica.com
fjr.tr@adia.ae
fjr@tchinc.com
fjsbvdvjd@lehman.com
fjungbluth@bloomberg.net
fjw@capgroup.com
fk12@ntrs.com
fkam@templeton.com
fkee@insinger.com
fkhambata@ifc.org
fkim@canyonpartners.com
fkm.tr@adia.ae
fkoechli@krafteurope.com
fkohnen@meag.com
fkondo@dl.dai-ichi-life.co.jp
fkoster@wellsfargo.com
fks@baupost.com
fkunik@dsaco.com
fkurosawa@daiwasbi.co.jp
fla@topdanmark.dk
flabatt@hestercapital.com
flafortezza@bloomberg.net
flaherty.ag@mellon.com
flahham@saib.com.sa
flahive.j@mellon.com
flamanna@bcp.it
flarrain@hiid.harvard.edu
flaval@oaktreecap.com
flavia.cheong@aberdeen-asset.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

flavien.giacometti@banque-diamantaire.ch
flavio.borghese@antonveneta.it
flavio.testi@bsibank.com
flawless@clinton.com
fle@brgco.com
flee@payden-rygel.com
flee@wellington.com
fleischmann.gerald@erstebank.at
fleisss@hmc.harvard.edu
fleminds@oge.com
flemingr@ebrd.com
flemings@stifel.com
flemming.nielsen@danskebank.dk
flesch@csob.cz
fleuriet@bloomberg.net
fleve@oddo.fr
flexer@fergwell.com
fleyungo@notes.banesto.es
flieblic@ny.ssrrealty.com
flilly@bankofny.com
flint@pmaia.com
flint@zionsbank.com
fllorenf@cajamadrid.es
flml@uk.danskebank.com
flo@gr.dk
flondon@omicorp.com
flopez@dow.com
flopiccolo@hapoalimusa.com
flor.veraart@meespierson.com
flora.giovannetti@bnlmail.com
flora.wang@lehman.com
flora_kim@nacm.com
floralam@icbcasia.com
florence.bonnevay@bnpparibas.com
florence.borel@socgen.co.uk
florence.chen@bmo.com
florence.chin@fhlbboston.com
florence.fonglopez@gmam.com
florence.marty@labanquepostale-am.fr
florence.micheel@haspa.de
florence.nicholas@caam.com
florence.picad@groupama.com
florence.poncharal@cnce.caisse-epargne.fr

florence.reid@prudential.com
florence.rochat@bcv.ch
florence.roegiers@ing.be
florence.s.chan@prudential.com
florence.schnydrig@credit-suisse.com
florence.serpeau@thalesgroup.com
florence.van.tomme@puilaetco.be
florence.velten@uboc.com
florence.wong@aig.com
florence_friedman@pechiney.com
florent.deixonne@axa-im.com
florent.lecam@cnp.fr
florent.lecinq@banque-france.fr
florent.odetto@socgen.com
florent.vallespir@aig.com
florenzio.vargas@pacificlife.com
florian.bardong@barclaysglobal.com
florian.castel@bnpparibas.com
florian.dittmer@bayernlb.de
florian.drexler@bayernlb.com
florian.esterer@swisscanto.ch
florian.friedel@rentenbank.de
florian.glinz@rzb.at
florian.gorbach@hypovbg.at
florian.grandcolas@axa-im.com
florian.greiner@dzbank.de
florian.hanl@erstebank.at
florian.kuebler@zkb.ch
florian.leipacher2@union-investment.de
florian.leisch@rcm.at
florian.marini@lodh.com
florian.riener@vpbank.com
florian.schuhbeck@hafm.de
florian.streiff@zkb.ch
florian.tanzer@db.com
florian.vonoppenheim@gs.com
florian@test.com
florian_burkhardt@swissre.com
florian_komac@swissre.com
florian_merkel@westlb.de
floriandelacomble@siege.thomson-csf.com
floridesa@biam.boi.ie
florina.minciu@axa-im.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| florine.chua@asia.bnpparibas.com | fmeda@iccrea.bcc.it |
| floris.hart@ingim.com | fmeijer@aegon.nl |
| floris.van.den.berg@ingim.com | fmelhem@lehman.com |
| flossiehua@mas.gov.sg | fmenendez@telefonicamedia.com |
| floyd.greenwood@lazard.com | fmenezes@gpsbr.com |
| floyd_griffith@freddiemac.com | fmensah@metlife.com |
| flozano@bancozaragozano.es | fmerchan@ford.com |
| fls@turner-invest.com | fmerlo@iccrea.bcc.it |
| flucibella@jhancock.com | fmermet@hrbanque.fr |
| flupica@lordabbett.com | fmerserve@brownadvisory.com |
| flurin.grond@rmf.ch | fmertens3@bloomberg.net |
| flurin.joller@swisscanto.ch | fmeschini@mutavie.fr |
| fm.fixedincome.dollar@dnb.nl | fmestresb@sanostra.es |
| fm.forecast@dnb.nl | fmfeng@mas.gov.sg |
| fm.rn.bbr.pricelist@rn.rabobank.nl | fmg@edfd.com |
| fma@babsoncapital.com | fmh@capgroup.com |
| fmac@kempen.nl | fmichali@allianz.gr |
| fmach@bloomberg.net | fmichel@bft.fr |
| fmach1@bloomberg.net | fmilley@websterbank.com |
| fmadsen@troweprice.com | fminatchy@statestreet.com |
| fmagneto@cajamadrid.es | fmita@mbna.com |
| fmainolfi@worldbank.org | fmk.tr@adia.ae |
| fmaitre@cs.hottinger.fr | fml@lrc.ch |
| fmalcolm@russell.com | fmmrykalo@tre.state.pa.us |
| fmalfalcone@metlife.com | fmoglia@bci.it |
| fmalvetani@intesasanpaolo.us | fmonasterio@bankofny.com |
| fmamc@bloomberg.net | fmonfalcone@metlife.com |
| fmanna@bci.it | fmonterisi@bloomberg.net |
| fmanzanilla@bloomberg.net | fmorant@agfirst.com |
| fmarconi@fideuramcapital.it | fmorosan@notes.banesto.es |
| fmarconi@fideuramireland.ie | fmouhsine@kio.uk.com |
| fmarrapodi@willowbridge.com | fmu@franklintempleton.co.uk |
| fmartin@thamesriver.co.uk | fmustafa@lmcm.com |
| fmartra@mutavie.fr | fmuusse@wolterskluwer.com |
| fmason@babsoncapital.com | fnaim@princeton.edu |
| fmason@hcmlp.com | fnassetti@bci.it |
| fmasson@bft.fr | fnavarro@ahorro.com |
| fmata@ceca.es | fncetinel@ziraatbank.com.tr |
| fmaybank@acsinc.net | fnewtonjr@unumprovident.com |
| fmaybank@bbandt.com | fng@frk.com |
| fmb@bankinvest.dk | fnirawan@bankbii.com |
| fmccarthy@delinvest.com | fnm@capgroup.com |
| fmcgill@downeysavings.com | fnosal@firstambank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

fnperng@mail.cbc.gov.tw

fo10@ntrs.com

fod@ubp.ch

fogestion@groupe-ccr.com

foglia.b@mellon.com

fokke.de.vries@nl.abnamro.com

fokke-tann.paradies@wgz-bank.de

foldib@mnb.hu

foleyp@tcwgroup.com

folkert.van.breugel@wolterskluwer.com

folksam@bloomberg.net

follari@nylim.com

fondadministration@postbank.lu

fondicri@bloomberg.net

fondimo@bpv.it

fondsdipo@bloomberg.net

fong.waicheong@uobgroup.com

fong.yoke.peng@icprc.com

fong_jarrod@jpmorgan.com

fong10@bloomberg.net

fongc@princeton.edu

fongkuenyee@gic.com.sg

fongma@bloomberg.net

fongsin@temasek.com.sg

fons.lute@klmpf.nl

fontana@capitalgest.it

foocy@ocbc.com.sg

foog@blomberg.net

fookley.wong@pggm.nl

foort.hamelink@lodh.com

foosc2@income.com.sg

foppe.zwikstra@kasbank.com

foppe-jan.vandermeij@sns.nl

ford.lankford@pncadvisors.com

ford.oneil@fmr.com

ford.young@boius.com

foreign_exchange@dell.com

foreman.phil@edgeassetmgt.com

forename.surname@threadneedle.co.uk

forero@nytimes.com

forex@aigpb.com

forex@bancaakros.it

forex@cial.ch

forget@bloomberg.net

forkner.km@tbcam.com

forno@mpsgr.it

forough.long@allianzcornhill.co.uk

forrest.stclair@fmr.com

forster@aigfpc.com

forsterr@bloomberg.net

fortuna_disanto@acml.com

fortunad@strsoh.org

forza@bloomberg.net

fossemaa@ebrd.com

foster.j.mccoy@db.com

foster@fhlb-of.com

fosterloh@bancopastor.es

fouad.ahmed@tdsecurities.com

fouad.farah@sgcib.com

fouad.hashem@aig.com

fought.catherine@principal.com

foule.diabiancel@axa-im.com

fourhands@bloomberg.net

fournier@pimco.com

fov6173@red.cam.es

fovinci@fergwell.com

fowler.hatley@avmltd.com

foxb@swcorp.org

foxcrk@tdsecurities.com

foxdavid@bloomberg.net

fp@bankinvest.dk

fpacicca@pictet.com

fpackard@hbk.com

fpaez@metlife.com

fpage@britannicasset.com

fpanelli@bloomberg.net

fpaolini@pictet.com

fpapakon@princeton.edu

fparkes704@aol.com

fpascual@tre.wa.gov

fpcmsfacom@fmr.com

fpedretti@sjs-group.com

fpenel@groupe-ccr.com

fperez@bancozaragozano.es

fperez@lehman.com

fpini@fideuramsgr.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| fpires@aegonusa.com | francesa.ronco@gartmore.com |
| fpisani@cpr.fr | francesb@bloomberg.net |
| fpitts@bloomberg.net | francesca.ambrosetti@gestielle.it |
| fpmagee@delinvest.com | francesca.assi@banca.mps.it |
| fpolimeni@iccrea.bcc.it | francesca.barberis@bcl.ch |
| fpolito@bankofny.com | francesca.battistelli@bgsgr.it |
| fpoon@westernasset.com | francesca.battisti-davies@morleyfm.com |
| fporta@bpdbank.com | francesca.borraccino@enel.it |
| fpotente@bloomberg.net | francesca.dicarlo@enel.it |
| fpozzi@fideuramsgr.it | francesca.dicesare@gestielle.it |
| fpuricelli.consultant@pioneerinvestments.com | francesca.fiammengo@sella.it |
| fpurnell@keybank.com | francesca.fiorita@bpm.it |
| fpuryear@wcbarksdale.com | francesca.fornasari@gs.com |
| fqueguineur@bloomberg.net | francesca.lograsso@blackrock.com |
| fqueiroz@us.nomura.com | francesca.massone@tudor.com |
| fra@bankinter.es | francesca.rinaldi@sanpaolowm.com |
| frabell@mail.vsuarez.com | francesca.rinaldi@sella.it |
| framza@bper.ch | francesca.sampogna@fondiaria-sai.it |
| fran.oconnor@davy.ie | francesca.sanderson@jpmorgan.com |
| fran.oneill@scotiabank.ie | francesca.tonegato@cattolicaassicurazioni.it |
| fran.sheridan@chase.com | francesca.vimercati@gnf.it |
| fran@shenkman.com | francesca_seegy@swissre.com |
| fran_burchman@ustrust.com | francescacomar@friuladria.it |
| fran_migliocco@adp.com | francescantonio.candio@dreyfusbank.ch |
| franªois-m.brice@total.com | francesco.agnes@ersel.it |
| franca.ruta@arcafondi.it | francesco.altilia@bper.it |
| france.maniaci@pioneerinvest.com | francesco.badaracco@bsibank.com |
| frances.dixon@chase.com | francesco.betti@gestielle.it |
| frances.hill@bankofengland.co.uk | francesco.bosatra@am.generali.com |
| frances.j.aylor@ironoakadvisors.com | francesco.bracchi@pioneerinvestments.com |
| frances.lee@westernasset.com.sg | francesco.bugini@bancalombarda.it |
| frances.regalado@pimco.com | francesco.campominosi@bpmvita.it |
| frances.scott@morleyfm.com | francesco.carloni@mediobanca.it |
| frances.wildhaber@group.novartis.com | francesco.cecchetti@enifin.emi.it |
| frances.williams@ubs.com | francesco.ceci@antonveneta.it |
| frances.wong@citigroup.com | francesco.cirieco@chase.com |
| frances@hsaml.com | francesco.colombo.berrettarossa@it.zurich.com |
| frances_barrett@ustrust.com | francesco.compostella@bt.com |
| frances_dunn@acml.com | francesco.conte@jpmorganfleming.com |
| frances_fernandez@ustrust.com | francesco.cordua@arcafondi.it |
| frances_raboy@ssga.com | francesco.cucinelli@richemont.com |
| frances_sevilla@ustrust.com | francesco.dall'angelo@pioneerinvest.it |
| frances_ts_lee@hkma.gov.hk | francesco.de@crediop.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

francesco.dibari@t-systems.de

francesco.di-benedetto@ubs.com

francesco.dimeo@sanpaoloimi.com

francesco.diriso@sella.it

francesco.dolfino@mediobanca.it

francesco.donato@bancaprofilo.it

francesco.drudi@ecb.int

francesco.espositof@mpsgr.it

francesco.faraci@credit-suisse.com

francesco.ferrario@capitalia-am.com

francesco.filacchioni@bpbassicurazioni.it

francesco.fonzi@credit-suisse.com

francesco.forni@ubs.com

francesco.frattola@am.generali.com

francesco.giovagnoni@bnlmail.com

francesco.gruosso@pioneerinvest.ie

francesco.ieva@am.generali.com

francesco.luraschi@credit-suisse.com

francesco.mallardo@hsh-nordbank.co.uk

francesco.mameo@saisim.it

francesco.marinaro@meieaurora.it

francesco.marzullo@indesitcompany.com

francesco.merli@arcafondi.it

francesco.metrangolo@enifin.eni.it

francesco.papadia@ecb.int

francesco.perissin@credit-suisse.com

francesco.racheli@np.ge.com

francesco.rizzuto@gestielle.it

francesco.rustici@citicorp.com

francesco.sandrini@pioneerinvest.ie

francesco.sedati@uk.fid-intl.com

francesco.serpilli@bancamarche.it

francesco.tam@antonveneta.it

francesco.venturini@enel.it

francesco_brotto@bpmarostica.it

francesco_p_sinatra@prusec.com

franci.he@morganstanley.com

francie.gallacher@janus.com

francijn.de.ruijter@abpinvestments.nl

francine.bovich@morganstanley.com

francine.hoppe.krasner@mailpoalim.co.il

francine.lenoir@caam.com

francine.minch@kodak.com

francine.perdu@creditlyonnais.fr

francine.perrone@blackrock.com

francine.smith@tcw.com

francine_atiyeh@bankone.com

francine_loomiller@invescofunds.com

francis.aloi@pncbank.com

francis.ambrosi@ugls.com

francis.anner@ubs.com

francis.campeau@uk.nomura.com

francis.chung@schroders.com

francis.coker@capitalonebank.com

francis.delattre@seb.se

francis.dennis@principal.com

francis.fraenkel@nb.com

francis.frecentese@morganstanley.com

francis.heagney@pioneeraltinvest.com

francis.hutchinson@nationwide.co.uk

francis.jacobs@wachovia.com

francis.jaisson@groupe-mma.fr

francis.keene@pncbank.com

francis.kestler@bmo.com

francis.lee@sgam.com

francis.liwanag@barclayscapital.com

francis.maclean@db.com

francis.marois@tres.bnc.ca

francis.mitchell@yesbank.com

francis.o.idehen@intel.com

francis.ogrady@pncbank.com

francis.pirozzi@jpfinancial.com

francis.reid@gartmore.com

francis.sorensen@nuveen.com

francis@mwv.com

francis_everington@commerzbank.com

francis_mckenna@ml.com

francis_ok@nylim.com

francis_sc_chu@hkma.gov.hk

francisc.bataller@d2.grupobbva.com

francisca.riederer@assetmanagement.zh.ch

francisco.bengzon@jpmorgan.com

francisco.blanco@telefonica.es

francisco.bouzas@group.novartis.com

francisco.cruz@bsnp.pt

francisco.deines@telefonica.es

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

francisco.gochez@glgpartners.com
francisco.magalhaes.carneiro@bancobpi.pt
francisco.marquez@jpmchase.com
francisco.martins@rbc.com
francisco.mochonmorcillo@telefonica.es
francisco.perez@mccombs.utexas.edu
francisco.pinto@bcb.gov.br
francisco.ramalho@dgpatr.pt
francisco.simon@ibercaja.net
francisco_bido@americancentury.com
francisco_salva@den.invesco.com
franciscoch@iadb.org
franciskoo@cmfchina.com
francisli@bochk.com
francist@london.cic.fr
franck.boisson@ap.natixis.com
franck.bruyere@edfgdf.fr
franck.de-vaulx@sgcib.com
franck.heinen@bdl.lu
franck.jusseaume@ingferri.fr
franck.lacour@barclayscapital.com
franck.leroy@sgam.com
franck.luxembourger@dexia-bil.com
franck.moehrel@socgen.com
franck.mongison@axa-im.com
franck.monier@bnpparibas.com
franck.richard@federal-finance.fr
franck.simonnet@caam.com
franck.souillard@ingbank.fr
franck_mercier@ssga.com
franck_morel@coface.com
franco.autizi@bancaakros.it
franco.autizi@bnlmail.com
franco.carelli@bmonb.com
franco.castagliuolo@fmr.com
franco.colombo@mpsgr.it
franco.cugnach@intesasanpaolo.com
franco.d'aulerio@hvbeurope.com
franco.diguardo@bbls.ch
franco.dimario@bnlmail.com
franco.fiameni@interbanca.it
franco.fieni@bpv.it
franco.lapi@fondiaria-sai.it

franco.montano@bsibank.com
franco.ortolani@am.generali.com
franco.panfili@bancaditalia.it
franco.ravaglia@capitalia-am.com
franco.rossi@us.standardchartered.com
franco.scheil@wgz-bank.de
franco.sobrero@pioneerinvest.it
franco.spiccia@ubm.unicredit.it
franco_ferrarese@generali.com
franco_maniaci@putnam.com
francoib@ebrd.com
francoic@jwseligman.com
francois.artignan@uk.bnpparibas.com
francois.brochard@axa-im.com
francois.brun@alcatel-lucent.com
francois.brunault@ubs.com
francois.brunetti@lodh.com
francois.buonomo@marly-gestion.fr
francois.caille@sgcib.com
francois.chauveau@cnce.caisse-epargne.fr
francois.chavanne@ubs.com
francois.dalverny@ch.michelin.com
francois.de.saint-pierre@lazard.fr
francois.deroussy@fr.rothschild.com
francois.dhautefeuille@caam.com
francois.dieryk@puilaetco.com
francois.drouin@citadelgroup.com
francois.duruy@clf-dexia.com
francois.faure@bnpparibas.com
francois.gauvin@rbc.com
francois.haitaian@bnpparibas.com
francois.j.brochard@jpmorgan.com
francois.jaclot@interbrew.com
francois.julia@bcge.ch
francois.karacsony@vontobel.ch
francois.klitting@axa-im.com
francois.laget@sgam.com
francois.lavier@lazard.fr
francois.lehmann@lts.liebherr.com
francois.licoppe@creditlyonnais.lu
francois.luisoni@csfs.com
francois.manivel@ikb.de
francois.marlier@bbh.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

francois.menut@federal-finance.fr

francois.nordhof@bcp-bank.com

francois.otieno@anthem.com

francois.poisson@legrand.fr

francois.rossier@credit-suiss.com

francois.roudet@lazard.fr

francois.ruiz@bnpparibas.com

francois.simond@bcv.ch

francois.soupe@sgam.com

francois.touati@axa-im.com

francois.valette@bnpparibas.com

francois.vandermerwe@bankofbermuda.com

francois.vantichelen@hsbcdewaay.be

francois.verveur@suravenir.fr

francois@work.com

francois_cohas@ml.com

francois_noble@smabtp.fr

francois_siegwart@ml.com

francoise.belleguic@sodexhoalliance.com

francoise.cambilargiu@remy-cointreau.com

francoise.debrus@ca-paris.fr

francoise.dugas-lamotte@bnpparibas.com

francoise.guillaume@sgam.com

francoise.kotur@rmf.ch

francoise.leroy@caam.com

francoise.maret@banquecramer.ch

francoise.prats@caam.com

francoise.watson@swipartnership.co.uk

francoise_labbe@aviva.fr

francois-guillaume.rideau@sgam.com

francoisxavier.aubry@axa-im.com

francois-xavier.chevallier@bnpparibas.com

francois-xavier.deucher@sgam.com

francoisxavier.foucault@axa-im.com

frandim.lndb@bloomberg.net

franek.vercruysse@fortisbank.com

frang@bloomberg.net

franj@danskebank.dk

frank.abraham@bankofamerica.com

frank.accetta@morganstanley.com

frank.accovelli@alliancebernstein.com

frank.aiello@lazard.com

frank.altrock@apobank.de

frank.amberg@meag.com

frank.arlia@alliancebernstein.com

frank.arnold@cominvest-am.com

frank.aschenbach@helaba.de

frank.ashby@ironoakadvisors.com

frank.bambace@daiwausa.com

frank.bartschat@nordlb.de

frank.baumann@oppenheim.de

frank.beardsley@xlgroup.com

frank.berens@fbs.nl

frank.berger@hsh-nordbank.com

frank.bickel@commerzbank.com

frank.biller@bw-bank.de

frank.biondo@csam.com

frank.bisdorf@ubs.com

frank.blass@westam.de

frank.boetzer@wuestenrot.de

frank.braeunig@cominvest-am.com

frank.brandstaetter@ruv.de

frank.bruno@sscims.com

frank.bruttomesso@allianceberstein.com

frank.burke@insightinvestment.com

frank.burri@credit-suisse.com

frank.burschel@bayernlb.de

frank.byrne@nationalcity.com

frank.caccio@hcmny.com

frank.caruso@alliancebernstein.com

frank.catalano@lazard.com

frank.cerveny@dzbank.de

frank.chapman@bg-group.com

frank.chen@swipartnership.co.uk

frank.chiang@wellscap.com

frank.chiofalo@americas.bnpparibas.com

frank.choi@sscims.com

frank.claus@belgacom.be

frank.connaughton@boiss.boi.ie

frank.conti@daiwausa.com

frank.cristiano@fmr.com

frank.crittin@lodh.com

frank.cross@ubs.com

frank.czichowski@kfw.de

frank.de.kleijn@abpinvestments.nl

frank.de.lange@ingim.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| frank.delvecchio@jpmorgan.com | frank.hoerning.andersen@jyskebank.dk |
| frank.derooij@pmintl.com | frank.holsteen@chicagoasset.com |
| frank.desharnais@db.com | frank.hoppe@hafm.de |
| frank.devine@lazard.com | frank.huang@chinatrustusa.com |
| frank.d'hondt@fortisinvestments.com | frank.huber@credit-suisse.com |
| frank.diebold@morganstanley.com | frank.huebner@oppenheim.de |
| frank.ding@capitalglobal.com | frank.huth@lbbw.de |
| frank.diop@bnpparibas.com | frank.hvid.petersen@nordea.com |
| frank.dittrich@naspa.de | frank.iim.van.etten@ingim.com |
| frank.domm@kfw.de | frank.isaksen@seb.no |
| frank.donovan@fmr.com | frank.izzo@siemens.com |
| frank.dorka@novartis.com | frank.j.o'kennedy@aib.ie |
| frank.duplak@prudential.com | frank.jesse@hsh-nordbank.com |
| frank.ecker@axelspringer.de | frank.joachim@trinkaus.de |
| frank.eckhardt@dit.de | frank.jolliet@kfw.de |
| frank.eisold@lbb.de | frank.jones@bmo.com |
| frank.else@ubs.com | frank.jones@prudential.com |
| frank.engels@union-investment.de | frank.juliano@lodh.com |
| frank.eppinger@hypovereinsbank.de | frank.jung@lrp.de |
| frank.euvrard@dexia.com | frank.kaufmann@bw-bank.de |
| frank.fernandes@trs.state.tx.us | frank.kaup@apobank.de |
| frank.fiore@ubs.com | frank.kemper@oppenheim.de |
| frank.fogiel@bbl.be | frank.keough@ibtco.com |
| frank.fulhan@fmr.com | frank.klein@oppenheim.de |
| frank.gaensch@cominvest-am.com | frank.knapp@ubs.com |
| frank.galea@schwab.com | frank.kokai@pimco.com |
| frank.gambino@db.com | frank.kokai@sscims.com |
| frank.gambino@rbc.com | frank.kolkmann@hsh-nordbank.com |
| frank.ganserer@siemens.com | frank.kosiolek@oppenheim.de |
| frank.gao@westernasset.com | frank.kouwenberg@ingim.com |
| frank.gobrecht@sparkasse-bremen.de | frank.krahn@sparkasse-krefeld.de |
| frank.goergen@ubs.com | frank.kreuzhagen@ikb.de |
| frank.grehl@activest.de | frank.kuemmet@db.com |
| frank.greisel@bayernlb.com | frank.lamby@hyporealestate.de |
| frank.haering@dsl-bank.de | frank.lancia@ftcm.com |
| frank.hall@ffbc-oh.com | frank.lang@kfw.de |
| frank.hamelijnck@fortisinvestments.com | frank.laufenburg@sebam.de |
| frank.hansen@allianzgi.de | frank.law@hk.standardchartered.com |
| frank.harris@mhcb.co.uk | frank.lehrbass@ikb-cam.de |
| frank.hartmann@deka.de | frank.leslie@firstar.com |
| frank.hendricks@sskduessekdorf.de | frank.lubrich@ubs.com |
| frank.hermann@bayerninvest.de | frank.madden@nyc.nxbp.com |
| frank.hochheimer@aig.com | frank.manduca@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

frank.mayer@commerzbankib.com

frank.mccreary@pacificlife.com

frank.mcdonnell@db.com

frank.menn@dzbank.de

frank.mensah@morleyfm.com

frank.mertens@dexia.be

frank.messina@db.com

frank.milligan@pfpc.com

frank.moisson@ing.lux

frank.mueller@postbank.de

frank.muesel@ubs.com

frank.neidert@lbbw.de

frank.neugebauer@westlb.lu

frank.novellino@morganstanley.com

frank.nyffenegger@credit-suisse.com

frank.oberhoff@bhf-bank.com

frank.oconner@aib.ie

frank.oldeweme@fortis.lu

frank.ossino@thehartford.com

frank.osswald@sparkassenversicherung.de

frank.otten@hsh-nordbank.com

frank.otto@dzbank.de

frank.p.mcardle@aib.ie

frank.packard@hsbc.co.jp

frank.packer@bis.org

frank.parensen@lrp.de

frank.pascarella@chase.com

frank.persyn@dexia.be

frank.pradel@trinkaus.de

frank.r.gough@jpmorgan.com

frank.rauber@swissfirst.ch

frank.retzmann@wuestenrot.de

frank.richter@westam.com

frank.rittgen.fr@bayer-ag.de

frank.robleto@us.standardchartered.com

frank.roggow@apobank.de

frank.rowe@fandc.com

frank.rust@deka.de

frank.ryzbarsky@gmam.com

frank.salem@columbiamanagement.com

frank.sassano@avon.com

frank.sauer@activest.de

frank.schaefer@helaba.de

frank.scherpeltz@deka.de

frank.schmitt@boimail.com

frank.schubert@apobank.de

frank.schultz@americas.bnpparibas.com

frank.schuster@dekabank.de

frank.schwarz@db.com

frank.schweitzer@fraspa1822.de

frank.sievert@barmenia.de

frank.sikora@ubs.com

frank.silber@hsh-nordbank.com

frank.smeltink@achmea.nl

frank.sodano@americas.bnpparibas.com

frank.soerensen@jyskebank.dk

frank.stoefer@dghyp.de

frank.suozzo@alliancebernstein.com

frank.tango@jpmorganfleming.com

frank.thoeren@dbv-winterthur.de

frank.thormann@union-investment.de

frank.tibo@hvb.de

frank.tiernan@fhlbtopeka.com

frank.trumbour@prudential.com

frank.tueffers@dzi.lu

frank.umlauf@oppenheim.de

frank.v.d.kant@pggm.nl

frank.vallario@ubs.com

frank.vandenberg@lodh.com

frank.vangansbeke@fortis.com

frank.vanselow@dit.de

frank.verstraeten@raiffeisen.ch

frank.votta@bbh.com

frank.w.hemeter@columbiamanagement.com

frank.waldhaus@dresdner-bank.com

frank.walhoefer@cominvest-am.com

frank.weber@gz-bank.de

frank.wedekind@gartmore.com

frank.wellendorf@oppenheim.de

frank.wiederhold@union-investment.de

frank.wigger@winterthur.ch

frank.willmann@dresdner-bank.com

frank.woglam@asbinc.com

frank.wolfert@activest.de

frank.yu@barclaysglobal.com

frank.zhang@barclaysglobal.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

frank.zhang@nacm.com

frank.zheng@morganstanley.com

frank.zinnecker@zinnecker-consult.com

frank.zschau@deka.de

frank@husic.com

frank@shenkmancapital.com

frank@whbhk.com

frank_a_piacentino@fleet.com

frank_atkins@csx.com

frank_cataldo@conning.com

frank_cesario@vanguard.com

frank_eggers@westlb.de

frank_feng@nacm.com

frank_g_ventola@fleet.com

frank_haggerty@dpimc.com

frank_marckioni@ml.com

frank_mcconville@prusec.com

frank_rachwalski@scudder.com

frank_ronan@swissre.com

frank_rosetti@ustrust.com

frank_s_sileo@prusec.com

frank_salem@ustrust.com

frank_schuermann@westlb.de

frank_sutton@ntrs.com

frank_vetrano@freddiemac.com

frank-2819@email.esunbank.com.tw

frankc@woodstock.cccall.com

frankcao@abcnyoffice.com

frankcst@capgroup.com

frankfong@dahsing.com

frankie.li@bmo.com

frankie.mcgann@dzbank.ie

frankieboy@bloomberg.net

frankieho@dahsing.com

frankiewu@whbhk.com

frankin.rogers@pnc.com

frankji@vankampen.com

frank-karel.snepvangers@uk.abnamro.com

frankl3c@kochind.com

franklin.adatsi@bailliegifford.com

franklin.edochie@gs.com

franklin.leong@db.com

franklin.mccoy@wachovia.com

franklin.wagner@mail.ing.nl

franklin.white@pnc.com

franklin_ayers@bancone.com

franklin_mccoy@freddiemac.com

franklin_rubin@aimfunds.com

franklinpoon@gic.com.sg

frankm@mizuhocap.com

frank-ruediger.griep@schmidtbank.de

franks@oechsle-de.com

frankteri@bloomberg.net

franktsai@mail.cbc.gov.tw

frankwall@angloirishbank.ie

franky_mui@ssga.com

franquescarlos@bansabadell.com

franruch@clinton.com

frans.bedaux@nl.abnamro.com

frans.de.wit@pggm.nl

frans.verhaar@ingim.com

frans_de_jong@deltalloyd.nl

frantisek_kanka@kb.cz

frantoise_darras@pechiney.com

franz.ehrensberger@gx.novartis.com

franz.fohrafellner@erstebank.at

franz.fuchs@oppenheim.de

franz.fuxa@ba-ca.com

franz.gruber@ba-ca.com

franz.herrmann@hsbctrinkhaus.de

franz.hoebel@dit.de

franz.j.loerch@jpmorganfleming.com

franz.kisser@sparinvest.com

franz.madl@ba-ca.com

franz.muehl@bankgesellschaft.de

franz.schmid@slhfp.ch

franz.seow@wellsfargo.com

franz.sturzenegger@claridenleu.com

franz.teizer@ba-ca.com

franz.weis@fandc.co.uk

franz.welsch@hauck-aufhaeuser.de

franz.wenzel@axa-im.com

franz.zlamal@dresdner-bank.com

franz_valencia@putnam.com

franza@bper.ch

franz-christian.mach@rzb.at

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

franziska.hofweber@vontobel.ch
franziska.liebich@claridenleu.com
franziska-julia.loehmann@db.com
franz-josef.schulte@rwe.com
fras@capgroup.com
fraser.brown@db.com
fraser.fernee@uk.nomura.com
fraser.laird@swip.com
fraser.lundie@fortisinvestments.com
fraser.mackie@socgen.co.uk
fraser.thomas@mhcb.co.uk
fraser_chalmers@standardlife.com
frauke.skudelny@ecb.int
frazer.barrie@swipartnership.co.uk
frazer.macfarlane@glitnir.co.uk
frca03@handelsbanken.se
frcardona@bancamarch.es
frd@ubp.ch
fred sykes@uk.fid-intl.com
fred.chapey@ssmb.com
fred.clatworthy@uk.nomura.com
fred.cohen@alliancebernstein.com
fred.copper@columbiamanagement.com
fred.d.binka@jpmorgan.com
fred.debbane@hsbcpb.com
fred.dopfel@barclaysglobal.com
fred.eis@thehartford.com
fred.engimann@abnamrousa.com
fred.eversmann@telekom.de
fred.feng.wang@morganstanley.com
fred.ferraro@selective.com
fred.goetzke@barclaysglobal.com
fred.herrmann@blackrock.com
fred.hosken@raymondjames.com
fred.just@commerzbank.com
fred.lamberth@alcoa.com
fred.lee@ubs.com
fred.lewis@hsbc.com
fred.lieblich@blackrock.com
fred.loh@jpmorgan.com
fred.massey@db.com
fred.oroke@mn-services.nl
fred.peemoller@db.com

fred.pennekamp@wachovia.com
fred.pietrangeli@do.treas.gov
fred.plautz@thrivent.com
fred.post@bwater.com
fred.robertson@criterion.com
fred.senft@nationalcity.com
fred.shultz@ubs-oconnor.com
fred.siegel@morganstanley.com
fred.small@fmr.com
fred.smith@inginvestment.com
fred.ten.lohuis@us.ing.com
fred.thalmann@jamisonfirst.com
fred.wainwright@tuck.dartmouth.edu
fred.walther@bremerlandesbank.de
fred.weenig@nl.abnamro.com
fred.weinberger@blackrock.com
fred.whaley@raymondjames.com
fred_caparoso@fujibank.co.jp
fred_isleib@putnam.com
fred_maus@westlb.com
fred_mohl@americancentury.com
fred_moore@newton.co.uk
fred_rizzo@troweprice.com
fred_sandifer@freddiemac.com
fred_stuebe@ml.com
fred_tillman@swissre.com
fred_white@keybank.com
fred-02814@email.esunbank.com.tw
fredac@bloomberg.net
freddie.coldham@ibj.co.uk
freddie.napier@ubs.com
freddy.desquenne@dexia-am.com
freddy.huynh@barclaysglobal.com
freddy.susanto@dexia-am.com
frederic.adam@degroof.lu
frederic.anken@credit-suisse.com
frederic.atlan@axa-im.com
frederic.aujard@sgam.com
frederic.bach@axa-im.com
frederic.barroyer@sgam.com
frederic.beaumelou@morleyfm.com
frederic.bert@fortisinvestments.com
frederic.bonard@axa-im.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| frederic.bossens@fortis.com | frederic.mary@cnp.fr |
| frederic.boucher@natexisblr.us | frederic.merz@dit.de |
| frederic.boungnaseng@sgam.com | frederic.methlow@credit-suisse.ch |
| frederic.boyer@citadelgroup.com | frederic.michelet@ceifo.caisse-epargne.fr |
| frederic.braun@credit-agricole-sa.fr | frederic.mouchel@jpmorgan.com |
| frederic.chassot@creditfoncier.fr | frederic.nicola@bcv.ch |
| frederic.dawance@lodh.com | frederic.olivier@ethias.be |
| frederic.de-benoist@db.com | frederic.ottesen@storebrand.no |
| frederic.degembe@ingim.com | frederic.pascal@caam.com |
| frederic.degrange@ethias.be | frederic.peemans@robeco.be |
| frederic.destor@caam.com | frederic.philippe@bred.fr |
| frederic.devalkeneer@dexia-am.com | frederic.poizat@amb-generali.de |
| frederic.djidetchian@hvbeurope.com | frederic.pons@sgam.com |
| frederic.dossantos@canal-plus.com | frederic.r.lexow@jpmorgan.com |
| frederic.doucet@alcatel.fr | frederic.rebry@fortisinvestments.com |
| frederic.dubinski@morganstanley.com | frederic.reubens@mn-services.nl |
| frederic.dutry@ing.be | frederic.rosamond@caam.com |
| frederic.fauveaux@ing.lux | frederic.segur@labanquepostale-am.fr |
| frederic.favre@barclaysglobal.com | frederic.servoin@lodh.com |
| frederic.fayolle@dws.de | frederic.sonney@bcv.ch |
| frederic.ferminne@ingim.com | frederic.staub@bnpparibas.com |
| frederic.flament@bil-dexia.com | frederic.suhit@axa-im.com |
| frederic.fretard@caam.com | frederic.surry@bnpparibas.com |
| frederic.gajdos@ubs.com | frederic.tempel@axa-im.com |
| frederic.gautier@uk.fid-intl.com | frederic.testi@credit-suisse.com |
| frederic.goudonneix@axa-im.com | frederic.van.parijs@ingim.com |
| frederic.goupy@cnce.caisse-epargne.fr | frederic.vanderschueren@dexia.be |
| frederic.guesnerot@banquedorsay.fr | frederic.vercher@mpsa.com |
| frederic.helrebaudt@fortisinvestments.com | frederic.vilhes@ch.michelin.com |
| frederic.isaac@barclays.fr | frederic.wuethrich@cial.ch |
| frederic.j.hatt@jpmorgan.com | frederic.x.thomas@bnpparibas.com |
| frederic.jallet@bred.fr | frederic_bensimon@par.invesco.com |
| frederic.janbon@bnpparibas.com | frederic_jarnet@ssga.com |
| frederic.jourdren@icgplc.com | frederic_mathier@swissre.com |
| frederic.juvy@bnpparibas.com | frederic_tassin@aviva.fr |
| frederic.labia@caam.com | frederick.a.sabetta@jpmorgan.com |
| frederic.lamotte@indosuez.ch | frederick.antwi@gs.com |
| frederic.laurent@caam.com | frederick.boos@mbna.com |
| frederic.lebel@lombardodier.com | frederick.briggs@bcbsfl.com |
| frederic.lebrun@degroof.be | frederick.devries@morleyfm.com |
| frederic.lemeaux@caam.com | frederick.feuerherm@minnesotamutual.com |
| frederic.lenoir@lodh.com | frederick.haack@glenmede.com |
| frederic.lepetit@sgam.com | frederick.hoff@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| frederick.lang@pnc.com | fredrik.attefall@brummer.se |
| frederick.marki@westernasset.com | fredrik.axsater@barclaysglobal.com |
| frederick.pollock@morganstanley.com | fredrik.barnekow@seb.se |
| frederick.poon@westernasset.com | fredrik.bergvall@afa.se |
| frederick.serck@deutsche-hypo.de | fredrik.bernold@hp.com |
| frederick.wongpy@uobgroup.com | fredrik.bodin@nordea.com |
| frederick_m_bercher@key.com | fredrik.forssell@keva.fi |
| frederick_w_schwanke@fanniemae.com | fredrik.fyring@sed.se |
| fredericks@penntrust.com | fredrik.hardling@nordea.com |
| fredericperrin@gic.com.sg | fredrik.hedstrom@dnb.se |
| fredericue.olivier@ethias.be | fredrik.hermansson@nordea.lu |
| frederik.bodin@nordea.com | fredrik.hultgren@seb.se |
| frederik.bourgeois@dexia.com | fredrik.jansson@seb.se |
| frederik.de.jong@eureko.cc | fredrik.kallstrom@alfredberg.se |
| frederik.deblock@credit-suisse.com | fredrik.lagerbielke@inter-ikea.com |
| frederik.ducrozet@caam.com | fredrik.lindstedt@amfpension.se |
| frederik.jessen@lbbw.de | fredrik.lockne@seb.se |
| frederik.kalff@lodh.com | fredrik.malmen@brummer.se |
| frederik.mehlitz@allfonds-bkg.de | fredrik.martenson@dnbnor.com |
| frederik.plank@lbbw.de | fredrik.mattsson@swedbankrobur.se |
| frederik.rubens@mn-services.nl | fredrik.myren@swedbankrobur.se |
| frederik.stoop@fortisinvestments.com | fredrik.nilert2@afa.se |
| frederik.vonameln@swisscanto.ch | fredrik.nordtrom@amfpension.se |
| frederik.wemhoener@cominvest-am.com | fredrik.oberg@dnbnor.com |
| frederik.wemhoener@commerzbank.com | fredrik.sundvall@seb.se |
| frederike.broekhuizen@rabobank.com | fredrik.thor@amfpension.se |
| frederike.lyncker@uk.fid-intl.com | fredrik.thulin@swedbank.com |
| frederique.bette@dexia-am.com | fredrik.walfridsson@westernasset.com |
| frederique.dubrion@sgam.com | fredrik.wallman@brummer.se |
| frederique.dufresnoy@gazdefrance.com | fredrik_gjerstad@putnam.com |
| frederique.lavolte@caam.com | fredy.flury@vontobel.ch |
| frederique.morieux@fortisinvestments.com | freedmac@jwseligman.com |
| frederique_carrier@ldn.invesco.com | freek.bravenboer@bng.nl |
| fredf@tmgny.com | freemanc@rabo-bank.com |
| fredkutten@bloomberg.net | freese.chris@principal.com |
| fredric.azar@harrisbank.com | freeway@keb.co.kr |
| fredric.lingenfelter@nationalcity.com | freichel@tswinvest.com |
| fredric_levine@putnam.com | freida.tayhk@uobgroup.com |
| fredrik.aberg@carlsberg.com | fremond@ca-suisse.com |
| fredrik.aglo@ap1.se | frenk.van.der.vliet@nibc.com |
| fredrik.akesson.2@credit-suisse.com | frenklah@smbc-cm.com |
| fredrik.altman@dmw.de | frenzj@mail.nrucfc.org |
| fredrik.andersson@swedbank.com | frepoe@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

frestoy@bde.es
freyvogel.bg@mellon.com
fribeiro@servibanca.pt
fridoline.mapakou@sgam.com
fridrich.galavics@ba-ca.group-treasury.co.at
fridrik.magnusson@isb.is
frieda.seynaeve@ing.be
frieder.helbrecht@ubs.com
friedl.john@edgeassetmgt.com
friedman.jf@dreyfus.com
friedman.m@tbcam.com
friedrich.bacmeister@oppenheim.de
friedrich.frickenhaus@ikb.de
friedrich.henne@hypovereinsbank.de
friedrich.maier@pioneerinvestments.at
friedrich.meierjohann@adidas.de
friedrich.munsberg@duesshyp.de
friedrich.munsberg@muenchenerhyp.de
friedrich.piaskowski@dghyp.de
friedrich.prasser@devif.de
friedrich-a.driftmann@db.com
friedrich-wilhelm.kersting@oppenheim.de
friess@vankampen.com
frisbew@nationwide.com
friso.rengers@nl.abnamro.com
fritchiet@ggc.com
frithp@bernstein.com
frits.jetten@abpinvestments.nl
frits.moolhuizen@ingim.com
frits.vogel@lombardodier.com
frits.wielaard@akzonobel.com
frits@epsilonfunds.com
fritz.feldmann@mbczh.ch
fritz.frank@kfw.de
fritz.kandora@helaba.de
fritz.meyer@aiminvestments.com
fritz.otti@aua.com
fritz.schmidt@nuernberger.de
fritz_jeffries@freddiemac.com
fritzb@strsoh.org
fritzd1@nationwide.com
frivera@frk.com
frjcastabar@banamex.com

frla01@handelsbanken.se
frma05@handelsbanken.se
frmdpt@bloomberg.net
frmhorgen@bloomberg.net
frmo01@handelsbanken.se
frmoreno@wellsfargo.com
frocca3@bloomberg.net
frodrigv@bancomext.gob.mx
froebjn@wellsfargo.com
froidevaux.jean-pierre@bpk.ch
fromero@bancopastor.es
frontbdlr@banrep.gov.co
frontoffice@shizuoka.be
frost@aigfpc.com
frosth@bankofbermuda.com
frostt@coned.com
frovida@fideuramsgr.it
frsj03@handelsbanken.se
frsu04@handelsbanken.se
frt@capgroup.com
fru@ubp.ch
frubli@banxico.org.mx
fruehn@bloomberg.net
fryan@bankofny.com
frybinski@aegonusa.com
frydrych@cnb.cz
frysinger.tm@mellon.com
fsainz@ahorro.com
fsalas@strome.com
fsaldan@tudor.com
fsalido@bankinter.es
fsalina@pictet.com
fsanchezs@invercaixa.es
fsands@sarofim.com
fsaraniti@bancorio.com.ar
fsawaf@pictet.com
fschea@stonebridgebank.com
fschulman@fftw.com
fschwart@princeton.edu
fscott@viningsparks.com
fsdchy@gic.com.sg
fsengsiry@groupama-am.fr
fshahrabani@litchfieldcapital.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| fsheikh@atlanticasset.com | fu@bpi.pt |
| fsheikh@forwardua.com | fuad.elmani@citicorp.com |
| fshepard@ford.com | fubingtao@abchina.com |
| fsiddiqi@mfs.com | fu-enokiya@ja-kyosai.or.jp |
| fsilvala@cajamadrid.es | fufei@bloomberg.net |
| fsimo@us.nomura.com | fufidio_eve@jpmorgan.com |
| fsimon@groupe-ccr.com | fuga.sm@mellon.com |
| fsimpson@notes.banesto.es | fujicap02@bloomberg.net |
| fsledjeski@loomissayles.com | fujii.h@daiwa-am.co.jp |
| fsmall@lmfunds.com | fujii@dl.dai-ichi-life.co.jp |
| fsoares@banco-privado.pt | fujii_makoto@dn.smbc.co.jp |
| fsocoloff@bloomberg.net | fujii-0ftw@jp.nomura.com |
| fsoriano@bloomberg.net | fujikawa.shingo@kokusai-am.co.jp |
| fsoule@nb.com | fujiko_matsumoto@ssga.com |
| fspindler@payden-rygel.com | fujimaru@dlusa.com |
| fsporer@metlife.com | fujimaru@tmam.co.jp |
| fstaerk@meag.com | fujimi@nochubank.or.jp |
| fsteindler@halcyonllc.com | fujimori_seiya@dd.smbc.co.jp |
| fstrei@union-investments.de | fujimori02827@nissay.co.jp |
| fstrenger@delinvest.com | fujimoto.t@daiwa-am.co.jp |
| fsung@mdsass.com | fujimoto01773@nissay.co.jp |
| fsustersic@turnerinvestments.com | fujimoto20681@nissay.co.jp |
| fswong@metlife.com | fujinaga_masashi@dn.smbc.co.jp |
| fsyed@fftw.com | fujioka.k@daiwa-am.co.jp |
| ft53@cornell.edu | fujisan@dl.dai-ichi-life.co.jp |
| ftaj@mfs.com | fujishima_akira@takeda.co.jp |
| ftaveras@ag-am.com | fujita@daiwasbi.co.jp |
| ftaylor@lordabbett.com | fujiwara@bojny.com |
| ftaylor@ponderco.com | fujiwara@daiwa-am.co.jp |
| ftbmw@coralwave.com | fujiwara@nam.co.jp |
| fteitscheid@bear.com | fujiwara_nobutomo@dn.smbc.co.jp |
| fteixeira@wellington.com | fujiwara22503@nissay.co.jp |
| ftenbrink@anthos.nl | fujiwara-hi@daiwasbi.co.jp |
| fth@nbim.no | fujiwara-iso@sumitomometals.co.jp |
| fth@volksbank.it | fukada.hajime@sumitomo-rd.co.jp |
| fthach@bloomberg.net | fukasawa5936@intra.cosmo-sec.co.jp |
| ftimons@lordabbett.com | fu-komuro@ja-kyosai.or.jp |
| fting3@bloomberg.net | fukuda-t@daiwasbi.co.jp |
| ftinsect@ss.iij4u.or.jp | fukui@daiwasbi.co.jp |
| ftl@bloomberg.net | fukumaru873562@sumitomobank.co.jp |
| ftolentino@loomissayles.com | fukuta@nam.co.jp |
| ftriolaire@sinopia.fr | fukutani-toshiyuki@sc.mufg.jp |
| fturcotte@onebeacon.com | fulgenzio.jorio@bsibank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

fulgenzio.jorio@vpbank.com
fullera@uk.ibm.com
fullerj@hmc.harvard.edu
fulvio.colonna@fincantieri.it
fulvio.innella@carifirenze.it
fumei@daiwa-am.co.jp
fumiaki.iwase@sumitomocorp.co.jp
fumiaki.nakao@shinseibank.com
fumie.fujikura@schroders.com
fumihiko.ito@highbridge.com
fumihiko.takahashi@daiwa.co.jp
fumihiko.tsuchida@shinseibank.com
fumihiko_otsuka@putnam.com
fumihiro.anzai@mizuho-bk.co.jp
fumihiro.kawasaki@mizuho-bk.co.jp
fumihito-iwabuchi@am.mufg.jp
fumiko_hagiwara@victoryconnect.com
fumiko_shimazaki@mitsubishi-trust.co.jp
fuminori.asaki@bernstein.com
fumio-motokawa@am.mufg.jp
fumiyasu.yokoo@tokyostarbank.co.jp
fumiyoshi_mano@suntory.co.jp
funatsu.daisuke@kokusai-am.co.jp
fund.selection@bcv.ch
fund@pkb.ch
funda.savci@bcv.ch
fundingdesk@bmonb.com
fundresearch@exane.com
fund-risk@nochubank.or.jp
funds@investcorp.com
fundsop@bloomberg.net
funglail@abchina.com.hk
funso.doherty@pncbank.com
fuochi@psai.com
fupengyu@abchina.com
furbinati@bloomberg.net
furbyo@strsoh.org
furio.francini@mediobanca.it
furuhashi-kazuyoshi@mitsubishi-sec.co.jp
furuichi@daiwasbi.co.jp
furuichi01257@nissay.co.jp
furukawa@daiwa-am.co.jp
furukawa@nochubank.or.jp

furuta.kenji@kokusai-am.co.jp
furuya833@dl.dai-ichi-life.co.jp
fusafumi.saito@westernasset.com
futoshi_iwamoto@mitsui-seimei.co.jp
futures_settlements@westlb.co.uk
fvanderminne@heinekenusa.com
fvarsaki@emporiki-asset.gr
fvasta@bankofny.com
fve@petercam.be
fvegadia@cajamdrid.es
fvgk9532@mb.infoweb.ne.jp
fvicolop@cajamadrid.es
fvrahnos@lordabbett.com
fvwisneski@wellington.com
fvyn@loomissayles.com
fwang@ofiinstitutional.com
fweber@pictet.com
fwettlaufer@lmfunds.com
fwhite@statestreet.com
fwmarketables@oakhillinvestments.com
fwong@fhlbsea.com
fwong@metlife.com
fwouters@spasset.lu
fwreynolds@pera.state.nm.us
fx@cbc.gov.tw
fxa@bpi.pt
fxdept@soppdedd.com
fx-derivatives@bhf-bank.com
fxdevulder@transat.tm.fr
fxg@bis.org
fxmm@discountbank.co.il
fxmm@discountbank.net
fxmorris@delinvest.com
fx-options@hsh-nordbank.com
fxresrch@microsoft.com
fxstaff.markets@ny.frb.org
fxue@standishmellon.com
fyicgopc@aol.com
fylim@mas.gov.sg
f-yokoo@nochubank.or.jp
fz5@dcx.com
fzanini@fhlbc.com
fzappaterra@apollocapital.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| fzheng@federatedinv.com | g.mattioli@romagest.it |
| fzheng@us.nomura.com | g.mcmanus@leggmason.co.uk |
| g.allen@hermes.co.uk | g.meserole@westernworld.com |
| g.berera@itcgr.net | g.michaelides@hellenicbank.com.cy |
| g.bezzina@sanpaolo.fr | g.mimms@bancodinapoli.it |
| g.bodo@italcementi.it | g.neville@nyc.rabobank.com |
| g.bolan@fnysllc.com | g.noordermeer@macintosh.nl |
| g.boni@bpl.gruppobipielle.it | g.ong@indoverbank.com |
| g.brearley@qic.com | g.orgera@hk.bdroma.com |
| g.brera@kairosinv.com | g.quercioli@bancodinapoli.it |
| g.c.m.van.breukelen@robeco.nl | g.regoli@sace.it |
| g.caprotti@finpromotion.ch | g.robert.jorgenson@fhlb-pgh.com |
| g.caramia@centrosim.it | g.ruzicka@hsbc.guyerzeller.com |
| g.casoni@fineco.it | g.sandovala@argentaria.es |
| g.christiansen@qic.com | g.savoini@volkswagen.de |
| g.colacicco@cassalombarda.it | g.sirks@vanlanschot.com |
| g.conti@cofiri.it | g.strang@hermes.co.uk |
| g.debattista@bipielle.it | g.supino@astonbank.com |
| g.denti@fineco.it | g.tellini@sace.it |
| g.desantis@net.mediolanum.it | g.texier@cogefi.fr |
| g.dhalluin@cholet-dupont.fr | g.torchio@it.agusta.com |
| g.favero@bipielle.it | g.van.de.paal@robeco.nl |
| g.ferrari@fineco.it | g.van.der.geer@robeco.nl |
| g.fortunoff@fnysllc.com | g.weber@staedtische.co.at |
| g.fournier@olayangroup.com | g.zwart@vanlanschot.com |
| g.fratti@bipielle.it | g.zydel@easternbk.com |
| g.garrone@bipielle.it | g_amano@nam.co.jp |
| g.ghiglieno@westlb.it | g_iguchi@nam.co.jp |
| g.gloster@fnysllc.com | g157001@daishi-bank.jp |
| g.grospierre@bbbsa.ch | g157002@daishi-bank.jp |
| g.hawney@hermes.co.uk | g157004@daishi-bank.jp |
| g.henricksen@afdb.org | g3n@americancentury.com |
| g.herouard@sanpaolo.fr | g811004@daishi-bank.jp |
| g.hery@cholet-dupont.fr | g811006@daishi-bank.jp |
| g.isak@wieneritalia.com | g8852014@cathaylife.com.tw |
| g.isolani@capitalia-am.com | ga13@ntrs.com |
| g.joncheres@cogefi.fr | ga3@americancentury.com |
| g.kevin@noemail.com | gaash_soffer@ml.com |
| g.lakios@efgbank.lu | gabby.movshovich@mailpoalim.co.il |
| g.leporati@nrcl.com | gabe.anuar@avmltd.com |
| g.liddell@qic.com | gabe.bodhi@janus.com |
| g.lucchelli@cassalombarda.it | gabe.thornhill@chase.com |
| g.malerbi@bipielle.it | gabegoh@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gabej.feder@jpmorgan.com
gabi.eckard@amg-invest.de
gabjoongkim@hanmail.net
gabjurman@bjurman.com
gabor.poberschin@dzbank.de
gabor.vogel@dzbank.de
gabrams@delinvest.com
gabriel.andraos@dexia-am.com
gabriel.bartholdi@zkb.ch
gabriel.cochmer@citadelgroup.com
gabriel.csendes@ubs.com
gabriel.degen@bkb.ch
gabriel.degen@credit-suisse.com
gabriel.garber@electrolux.se
gabriel.heskin@threadneedle.co.uk
gabriel.kochmer@citadelgroup.com
gabriel.maeder@bonusplus.ch
gabriel.ng@daiwausa.com
gabriel.nolan@sachsenlb.ie
gabriel.panzenboeck@rcm.at
gabriel.presler@nb.com
gabriel.riedel@hcmny.com
gabriel.rivera@blackrock.com
gabriel.roberts@exane.com
gabriel.tissot@bnpparibas.com
gabriel.togneri@pge-corp.com
gabriel.torres@bgf.gobierno.pr
gabriel.wallach@fortisinvestments.com
gabriel.wetter@alfredberg.se
gabriel@bessemer.com
gabriel_solomon@troweprice.com
gabriela.kohler@juliusbaer.com
gabriela.miron@ms.com
gabriela.popescu@ibtco.com
gabriela.schneider@morleyfm.com
gabriela.soppelsa@morganstanley.com
gabriela.stadler@roche.com
gabriela.stefanic@ie.dexia.be
gabriela.ursea@deshaw.com
gabriela.zimmermann@lloydsbank.ch
gabriela@princeton.edu
gabriela_mitchell@putnam.com
gabriela_stadler@swissre.com

gabriele.bedolla@bsibank.com
gabriele.breuer@wmam.com
gabriele.collatz@oppenheim.de
gabriele.galati@bis.org
gabriele.grewe@sarasin.ch
gabriele.horst.gh@bayer-ag.de
gabriele.kapfer-gill@fandc.com
gabriele.lauerer@aam.de
gabriele.manferdini@hyposwiss.ch
gabriele.odone@bbls.ch
gabriele.roolfs@stinnes.de
gabriele.simonetti@unicredit.it
gabriele.ugolini@bper.it
gabriele.wirth@dzbank.de
gabriella.a.barschdorff@jpmorgan.com
gabriella.abderhalden@ubs.com
gabriella.nawi@lazam.co.uk
gabriella_sartor@generali.com
gabrielle.a.o'sullivan@bankofny.com
gabrielle.adam@cnp.fr
gabrielle.boyle@lazard.com
gabrielle.g.croke@aib.ie
gabrielle.perregaux@ubs.com
gabrielneo@dbs.com
gabywilliams@carlton.com
gac@baupost.com
gad.berdugo@lazard.com
gadams@alger.com
gadashek@allstate.com
gadreau@dial.oleane.com
gadvani@metlife.com
gael.dalpan@bpb.barclays.com
gael.desprezdelamorlais@bgpi.com
gael.gauthier@bnpparibas.com
gaele.buffard@deka.de
gaelle.mansard@caam.com
gaelle.philippe@axa-im.com
gaelle.saintdrenant@banque-bpsd.fr
gaelle.trezza@ubs.com
gaetan.couvreur@bbl.be
gaetan.delvaux@fortisag.be
gaetan.herinckx@dexia-am.com
gaetan.laroche@dexia-bil.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| gaetan.obert@bnpparibas.com | galiam@bll.co.il |
| gaetane.cej@gov.ab.ca | galizia@eib.org |
| gaetano.dimicelli@alliancebernstein.com | gallagm@bloomberg.net |
| gafranci@hibernia.com | gallahue@db.com |
| gagan.singh@pnc.com | gallain@oddo.fr |
| gaglynn@uss.com | gallant_bruce@jpmorgan.com |
| gagnesl@aetna.com | gallen@bradfordmarzec.com |
| gagnon.h@bimcor.ca | gallen@davenportllc.com |
| gaguirre@dcf.pemex.com | galley.ramsaroop@mizuhocbus.com |
| gah.na@adia.ae | gallina@capitalgest.it |
| gaia.resnati@mpsalternative.it | gallus@devk.de |
| gaiane.oganessian@jpmorgan.com | galmaller@bloomberg.net |
| gail.brazell@huntington.com | galvin.stacy@gene.com |
| gail.g.bownes@jpmorgan.com | galway@highbridge.ky |
| gail.grimmett@corp.delta.com | gamackay1@bloomberg.net |
| gail.hartley.a4zk@statefarm.com | gamaliel.blanco@morganstanley.com |
| gail.hosselbarth@sunlife.com | gamaurcl@cial.cic.fr |
| gail.lecoz@bnpparibas.com | gamblej@strsoh.org |
| gail.russell@syb.com | gan@lrcasia.ch |
| gail.schaumann@avmltd.com | ganas@seas.upenn.edu |
| gail.zilka@pncbank.com | ganderko@bloomberg.net |
| gail@cicinvestments.com | ganderson@deerfieldcapital.com |
| gail_clay@ustrust.com | ganderson@ftadvisors.com |
| gail_foresyth@putnam.com | gandrews@mcdinvest.com |
| gail_manning@troweprce.com | ganesh.h.kaulaskar@unb.co.ae |
| gail_nastasi@ml.com | ganesh.nayak@fgb.ae |
| gaile.gong@lionhart.net | ganesh.ramachand@lazard.com |
| gainii@halykbank.kz | ganesh.x.lakshminarayana@jpmchase.com |
| gaite.ali@morganstanley.com | ganesh@princeton.edu |
| gaiti_ali@acml.com | ganeshs@bankmuscat.com |
| gaizka.arrazola@cajalaboral.es | gang.chang@citadelgroup.com |
| gajdos.vladimir@slsp.sk | gang.hu@pimco.com |
| gajerawala.jaideep@principal.com | gang.ma@inginvestment.com |
| gakim@wellington.com | ganghu@bloomberg.net |
| gakin@deshaw.com | gannong@aol.com |
| gakins@alliedcapital.com | gantly@bloomberg.net |
| gaku.furuta@mizuhocbus.com | gantonelli@lordabbett.com |
| gala.rp@mellonequity.com | ganttw@bellsouth.net |
| gale.gerrier@bnpparibas.com | gao.bo@icbcleasing.com |
| galen.lockwood@bbh.com | gaofeng@citicbank.com |
| galfaro@bym.es | gaofeng@citicib.com.cn |
| galferez@bloomberg.net | gaojinyue@bocgroup.com |
| galia.velimukhametova@glgpartners.com | gaojun@hhmi.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gap@ubp.ch
gara@princeton.edu
garani@calstrs.com
garard.brossard@hp.com
garber.gil@nomura-asset.com
garberm@aetna.com
garbuz@vtbam.ru
garcialegaz_m@telefonicamoviles.com
garcije@tiaa-cref.org
gardella_george@jpmorgan.com
gardner@bwater.com
gardner@gkbaum.com
gareth.colesmith@insightinvestment.com
gareth.coombs@bankofamerica.com
gareth.davies@threadneedle.co.uk
gareth.debrunner@mailpoalim.co.uk
gareth.griffith@uk.fid-intl.com
gareth.healey@jpmorgan.com
gareth.henry@resolutionasset.com
gareth.hewie@aegon.co.uk
gareth.isaac@sgam.com
gareth.j.edwards@baesystems.com
gareth.jenkins@alliancebernstein.com
gareth.kiernan@pioneeraltinvest.com
gareth.nicholson@aberdeen-asset.com
gareth.quantrill@swip.com
gareth.ringrose@glgpartners.com
gareth.roberts@bailliegifford.com
gareth.thomas@hsbcib.com
gareth.thomas3@lloydstsb.co.uk
gareth.tilley@gs.com
gareth.turtle@aegon.co.uk
gareth.walker@gs.com
gareth.williams@blackrock.com
gareth.williams@threadneedle.co.uk
gareth.young@bellsouth.com
gareth_gettinby@standardlife.com
garett_plona@conning.com
garfield.johnson.jr@jpmorgan.com
garfield.johnson@bankofamerica.com
garfield.lee@cba.com.au
garg.shalabh@nomura-asset.com
garianna@tiaa-cref.org

garland.hansmann@csam.com
garnerd@swcorp.org
garnet.kanouse@redwoodtrust.com
garnold@metlife.com
garo.norian@blackrock.com
garoffe@bloomberg.net
gaross@wellington.com
garret.m.mcginley@aibbny.ie
garret.overlock@do.treas.gov
garret.tynan@depfa.com
garretmj@oge.com
garrett.berkery@ibtco.com
garrett.falzone@blackrock.com
garrett.fish@jpmorgan.com
garrett.see@tmgchicago.com
garrett.smith@truscocapital.com
garrett.strum@janus.com
garrett.wilson@ge.com
garrett_cooper@freddiemac.com
garrettw@siriusadvisorsllc.com
garriaga@repsol-ypf.com
garrick.smith@bnpparibas.com
garritt.conover@himco.com
garry.a.cipponeri@chase.com
garry.clay@alexanderkey.com
garry.cutright@lowes.com
garry.dreher@daiwasmbc.co.uk
garry.khasidy@uk.ca-indosuez.com
garry.madis@nationalcity.com
garry.mccubbin@nationwide.co.uk
garry.williams@swip.com
garry@ebondtrade.com
garry_fredrickson@scotiacapital.com
garry_shamis@ml.com
garth.flannery@barclaysglobal.com
garth.friesen@avmltd.com
garth.jonson@tudor.com
garth.nisbet@columbiamanagement.com
garth.wahlberg@wellsfargo.com
garth.yettick@janus.com
garth_fealey@vanguard.com
gary.a.dugan@jpmorganfleming.com
gary.alsford@icap.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| gary.anderson@umb.com | gary.hulbert@bmonb.com |
| gary.aylett@mondrian.com | gary.hunter@wamu.net |
| gary.black@janus.com | gary.hutchings@uk.mufg.jp |
| gary.blackwell@rabobank.com | gary.hyman@shinseibank.com |
| gary.botterill@im.bt.com | gary.jarrett@black-river.com |
| gary.bramfitt@bmonb.com | gary.johnson@alliancebernstein.com |
| gary.brandom@sgam.co.uk | gary.jones@vankampen.com |
| gary.buesser@lazard.com | gary.kearns@us.bacai.com |
| gary.burkhead@fmr.com | gary.kelly@barclays.co.uk |
| gary.canon@harrisbank.com | gary.kendall@rabobank.com |
| gary.cheung@morganstanley.com | gary.knapp@prudential.com |
| gary.cheung@tudor.com | gary.kobernick@prudential.com |
| gary.clark@barclaysglobal.com | gary.lambert@lodh.com |
| gary.clarke@gartmore.com | gary.langton@europe.hypovereinsbank.com |
| gary.clarke@icap.com | gary.lee@wachovia.com |
| gary.clarke@ppm-uk.com | gary.lequesne@aberdeen-asset.com |
| gary.clunie@ubs.com | gary.li@sgcib.com |
| gary.collins@prudential.com | gary.liberman@jpmorgan.com |
| gary.cook@raymondjames.com | gary.lin@chinatrust.com.tw |
| gary.cooper@osterweis.com | gary.linn@daiwausa.com |
| gary.cui@nationalcity.com | gary.lipinski@bmo.com |
| gary.cunningham@ubs.com | gary.lloyd@lloydtsb.co.uk |
| gary.d.lee2@boeing.com | gary.low@blackrock.com |
| gary.d.russell@conocophillips.com | gary.madia@citigroup.com |
| gary.dalton@nbak.com | gary.madich@jpmorgan.com |
| gary.dhein@chicagoasset.com | gary.mairs@insightinvestment.com |
| gary.diaz@stifel.com | gary.martin@nwa.com |
| gary.downie@barclaysglobal.com | gary.mcaleese@resolutionasset.com |
| gary.dudman@framlington.co.uk | gary.mcanly@opcap.com |
| gary.egloff@nyc.nxbp.com | gary.mcguire@threadneedle.co.uk |
| gary.franklin@chase.com | gary.mckenzie-smith@uk.nomura.com |
| gary.friend@cazenove.com | gary.mcnamara@ppm-uk.com |
| gary.german@hcmny.com | gary.merrick@omam.co.uk |
| gary.goodenough@mackayshields.com | gary.merrill@umb.com |
| gary.greenberg@gs.com | gary.neale@morleyfm.com |
| gary.hatfield@securian.com | gary.neubeck@prudential.com |
| gary.herrmann@ubs.com | gary.ng@ppmamerica.com |
| gary.hickerson@huntington.com | gary.nussbaum@peregrinecapital.com |
| gary.ho@icprc.com | gary.offner@morganstanley.com |
| gary.holland@nationwide.co.uk | gary.olsen@fhlb.com |
| gary.hopkins@lionhartasia.net | gary.p.phelan@aib.ie |
| gary.horbacz@prudential.com | gary.plummer@ubs.com |
| gary.house@icap.com | gary.r.pollack@db.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| gary.robinson@bailliegifford.com | garybcm@iserve.net |
| gary.rolle@transamerica.com | garyc@scm-lp.com |
| gary.roos@chase.com | garyd@azasrs.gov |
| gary.rugendorf@clinton.com | garygreenberg@payden-rygel.com |
| gary.russell@aiminvestment.com | garykao@mail.bot.com.tw |
| gary.saidler@morleyfm.com | garyobu@hncb.com.tw |
| gary.savoie1@firstunion.com | garyobu@ms1.hncb.com.tw |
| gary.schaal@thrivent.com | garypeters@lasallebonds.com |
| gary.schnierow@jpmorganfleming.com | garyth.stone@rabobank.com |
| gary.sheils@depfa.ie | garywang@dahsing.com |
| gary.simonelli@bbh.com | gashton1@bloomberg.net |
| gary.skilton@ahss.org | gaspara@otpbank.hu |
| gary.smith@uk.abnamro.com | gasparri@trefinance.lu |
| gary.southgate@uk.abnamro.com | gastaldi@gestielle.it |
| gary.sparago@aig.com | gaston.kent@ngc.com |
| gary.sullivan@db.com | gastonasa@bloomberg.net |
| gary.summers@bailliegifford.com | gasull.moros@caixacatalunya.es |
| gary.thomson@isisam.com | gatayama.minoru@daido-life.co.jp |
| gary.thornton@wachovia.com | gately.ka@mellon.com |
| gary.tichota@bankofthewest.com | gates@bloomberg.net |
| gary.tie@stpaul.com | gatesa@rabo-bank.com |
| gary.twell@dnbnor.no | gatkins@garnerasset.com |
| gary.wang@wamu.net | gaubeccr@bloomberg.net |
| gary.westphal@wellsfargo.com | gaubry@bft.fr |
| gary.wetterau@mutualofamerica.com | gaudenz.schneider@ubs.com |
| gary.winschel@pnc.com | gaudio@deshaw.com |
| gary.wu@prudential.com | gaudio@pacbell.net |
| gary_beauchamp@aimfunds.com | gauhar.wadhera@citadelgroup.com |
| gary_bischoping@dell.com | gaurav.agarwal@ubs.com |
| gary_boston@fanniemae.com | gaurav.ahuja@inginvestment.com |
| gary_bundsho@scotiatreasury.com | gaurav.bana@alliancebernstein.com |
| gary_chappenden@blackrock.com | gaurav.malhotra@fmr.com |
| gary_clunie@ntrs.com | gaurav.rastogi@morganstanley.com |
| gary_coy@gb.smbcgroup.com | gaurav.shah@citadelgroup.com |
| gary_ge@ml.com | gaurav_kishore@fanniemae.com |
| gary_h_miller@victoryconnect.com | gautam.kapoor@morganstanley.com |
| gary_kain@freddiemac.com | gautamkakar@hsbc.com |
| gary_malacane@freddiemac.com | gaute.eie@dnb.no |
| gary_o'connor@westlb.co.uk | gauthier.ferret@drkw.com |
| gary_ratliff@dpsk12.org | gauthier.serruys@fortisbank.com |
| gary_s_gage@bankone.com | gauthier.vasseur@remy-cointreau.com |
| gary_tang@fanniemae.com | gautier.bonnecuelle@axa-im.com |
| gary_zhang@ssga.com | gautier.vanhonacker@fortisbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| gavan.m.barlow@aib.ie | gbalasingam@dkpartners.com |
| gavin.andrew@ing.com.au | gballocchi@pictet.com |
| gavin.baker@fmr.com | gbanbury@bloomberg.net |
| gavin.boyd@fidelity.com | gbarquin@notes.banesto.es |
| gavin.boyle@fil.com | gbarreto@ftci.com |
| gavin.brown@omam.co.uk | gbarry@bankofny.com |
| gavin.cartledge@gartmore.com | gbarth@ups.com |
| gavin.feakes@morleyfm.com | gbaumgar@sairgroup.com |
| gavin.goodhand@aberdeen-asset.com | gbello@mony.com |
| gavin.grant@uk.dmg.deuba.com | gbender@copera.org |
| gavin.green@insightinvestment.com | gbennett@loomissayles.com |
| gavin.humphreys@ibtco.com | gbennett@mfs.com |
| gavin.kaparis@black-river.com | gbenoit@westernasset.com |
| gavin.m.barlow@aib.ie | gbensimon@mfs.com |
| gavin.moulton@gibuk.com | gberg@wscapital.com |
| gavin.nangle@gs.com | gbergantino@insinger.it |
| gavin.o'donahue@pfizer.com | gbernstein@vestarcapital.com |
| gavin.platman@morganstanley.com | gbetts@bear.com |
| gavin.quinn@blackrock.com | gbf@us.ibm.com |
| gavin.ramsden@bescl.co.uk | gbhardwaj@wellington.com |
| gavin.rapp@fhlb-pgh.com | gbianchi@bancasempione.ch |
| gavin.redmond@statestreet.com | gbinkiewicz@lordabbett.com |
| gavin.reilly@gecapital.com | gbiro@bloomberg.net |
| gavin.roseman@deshaw.com | gblackman@sarofim.com |
| gavin.scott@omam.co.uk | gblatz@ljr.com |
| gavin.sewell@morganstanley.com | gbo@deshaw.com |
| gavin.stacey@cba.com.au | gboehme@metzler.com |
| gavin.wilson1@lloydstsb.co.uk | gbohlen@wasatchadvisors.com |
| gavin.x.bailey@jpmchase.com | gbonetti@massmutual.com |
| gavin_burke@hvbamericas.com | gbortone@bancasempione.ch |
| gavin_doyle@westlb.co.uk | gbound@westernasset.co.uk |
| gavin_fleischman@americancentury.com | gbowers@frk.com |
| gavin_odonoghue@hp.com | gboyadjieff@varco.com |
| gavin_wellington@fanniemae.com | gboyan@metlife.com |
| gavincenzo@wellington.com | gbp@ubp.ch |
| gavinwang@dbs.com | gbrambilla@fondianima.it |
| gavolio@iccrea.bcc.it | gbraun@jhancock.com |
| gawad@bloomberg.net | gbraylovskiy@svpglobal.com |
| gay.cash@suntrust.com | gbrokaw@perrycap.com |
| gaye.derman@tcmb.gov.tr | gbrombe@cisco.com |
| gb63@ntrs.com | gbroshy@omega-advisors.com |
| gbacchiocchi@massmutual.com | gbrown@azoa.com |
| gbaiera@angelogordon.com | gbrown@barbnet.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gbruebaker@sib.wa.gov
gbruhn@websterbank.com
gbrumen@princeton.edu
gbruzzi1@bloomberg.net
gbryson@lordabbett.com
gbsimson@hartfordfinancial.com
gbt@ntrs.com
gbucaille@pictet.com
gbuchanan@babsoncapital.com
gbucher@bankleumiusa.com
gbuechler@bloomberg.net
gbui@pimco.com
gbumbra@pictet.com
gburr@jennison.com
gbvl@ntrs.com
gbyrnes@seic.com
gc@capgroup.com
gc@gccapitalmarkets.com
gc001@bloomberg.net
gcaan@oppenheimerfunds.com
gcaballerocas@bga.gbancaja.com
gcamas@nabny.com
gcambieri@mcc.it
gcamburn@aegonusa.com
gcamp@groupama-am.fr
gcapasso@atlanticasset.com
gcaplan@mtahq.org
gcaprini@bci.it
gcapron@groupama-am.fr
gcard@reamsasset.com
gcarey@brownadvisory.com
gcarteron@groupama-am.fr
gcasado@schny.com
gcasgrain@casgrain.ca
gcasillas@banxico.org.mx
gcassoni@pioneeraltinvest.com
gcastagneto@class.it
gcastellano@iccrea.bcc.it
gcastelli@fideuramireland.ie
gcastellucci@autostrade.it
gcc@bancoinversion.es
gcc@summitpartnersllc.com
gcd@capgroup.com

gcecchini@cirgroup.it
gcercet@ecofi.fr
gcevallos@fdic.gov
gcg@bloomberg.net
gch@nbim.no
gcha@putnam.com
gchamorro@pictet.com
gchan@cumberassoc.com
gchan@fftw.com
gchan@wescorp.org
gcharles@templeton.com
gchen@frk.com
gchetan@perrycap.com
gchin@westernasset.com
gchinery@tiaa-cref.org
gcianci3@bloomberg.net
gcleare@templeton.com
gclemente@fideuramsgr.it
gcloud@fciadvisors.com
gclunie@bankofny.com
gcoladangelo@bci.it
gcolaluca@bankofny.com
gcoleman@ci.com
gcolino.bce@cajarural.com
gcollett1@bloomberg.net
gcollins@exchangebk.com
gcolonias@bankofny.com
gcolonna@bloomberg.net
gconner@kio.uk.com
gcooper@westernasset.com
gcopeland@aicm.com
gcordon@bayern-invest.de
gcorona@bear.com
gcorr@thamesriver.co.uk
gcorrias@bancaintesa.us
gcosgrove@cobank.com
gcostantini@piaggioaero.it
gcouceiro@grupobbva.com
gcowie@bloomberg.net
gcoxon@ci-collins-stewart.com
gcracco@pictet.com
gcreed@aegonusa.com
gcristini@bloomberg.net

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

gcrofton1@bloomberg.net
gcromwell@turnerinvestments.com
gcronin@soam.com
gcrosby@ustrust.com
gcrossland@newstaram.com
gcrowley@fhlbdm.com
gcruz@fhlbc.com
gcuneo@ustrust.com
gcurran@standishmellon.com
gcuyler@seminole-electric.com
gcweirick@westcapinv.com
gczamara@andrew.cmu.edu
gczamara@standishmellon.com
gczoi@iccrea.bcc.it
gd@capgroup.com
gd45@ntrs.com
gda@petercam.lu
gdailey@eatonvance.com
gdainotto@bci.it
gdamond@scsalliance.com
gdanaher@jhancock.com
gdaros@fideuramireland.ie
gdaros@fideuramsgr.it
gdassier@pictet.com
gdavidson@brownadvisory.com
gdavidson@eu.nabgroup.com
gdeascanis@delinvest.com
gdeblonay@newstaram.com
gdefrutos@bloomberg.net
gdellerba@bloomberg.net
gdelong@crawfordinvestment.com
gdesapio@jennison.com
gdeschamps@oddo.fr
gdessing@wolterskluwer.com
gdetanquedec.westam@banquedorsay.fr
gdette@mmwarburg.com
gdevine@metlife.com
gdevoeght1@bloomberg.net
gdgd@hrh.com
gdillman@lmcm.com
gdimagiba@senecacapital.com
gdimitriou@emporiki-asset.gr
gding@bankofcanada.ca

gdisalvo@bci.it
gdj@capgroup.com
gdlevitz@tbpadvisors.com
gdm@americancentury.com
gdodson@fi.rjf.com
gdolianitis@jhancock.com
gdoran@farmcredit-ffcb.com
gdoty@pbucc.org
gdoultremont@delhaize-le-lion.be
gdowell@fhhlc.com
gdpool@wellington.com
gdrahuschak@jmsonline.com
gdreksler@cfm.mc
gdrenn@clinton.com
gdryden@aegonusa.com
gds.morgan.stanley@jpmchase.com
gdubus@scor.com
gducker@mail.state.ne.us
gducouedic@espiritosanto.com
gdunican@halcyonllc.com
gdwedell@uss.com
gdyer@presidiomanagment.com
ge.zhang@alliancebernstein.com
ge33@cornell.edu
geam.research@geam.ge.com
gearoid.neligan@barclaysglobal.com
geb1@ntrs.com
gebert@delinvest.com
ged3@ntrs.com
gedelstein@westcapinv.com
gedwards@rwbaird.com
geeng@hncb.com.tw
geert.debruyne@degroof.lu
geert.deroover@fortisbank.com
geert.gielens@dexia.be
geert.gv.vandenbroeck@dexia.be
geert.junius@dexia.be
geert.kesteleyn@fortisbank.com
geert.nijssen@dsm.com
geert.ruysschaert@fortisbank.com
geert.vanderhaeghe@fortisbank.com
geert.vanderheyden@fortisbank.com
geert.vanthuyne@fortisbank.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| geethan.rayan@bmo.com | gene.kim@scfirstbank.com |
| geff.gioia@ftnmidwest.com | gene.ko@ubs.com |
| geguilior@guzman.com | gene.mccabe@citizensbank.com |
| geh@clinton.com | gene.pisasale@pnc.com |
| gehan.wanduragala@alliancebernstein.com | gene.tsui@uboc.com |
| gei@capgroup.com | gene@sangamon.com |
| geilr@nationwide.com | gene@smbc-si.com |
| geir.almas@klp.no | genech@samsung.co.kr |
| geir.bergvoll@dnbnor.no | genejets@bloomberg.net |
| geir.espeskog@barcap.com | genep@bloomberg.net |
| geir.vestrum@nbim.no | genet.solomon@wamu.net |
| geir-rune.johnskareng@standardlife.ca | genevieve.cooper@citadelgroup.com |
| geissmann@bloomberg.net | genevieve.gelin@caam.com |
| ge-kawanabe@meijiyasuda.co.jp | genevieve.hamende@dexia-am.com |
| geller.a@buckconsultants.com | genevieve.ramsay@wellsfargo.com |
| gellis@wilmingtontrust.com | genevieve.taytt@uobgroup.com |
| gem.de.matas@db.com | gengland@us.mufg.jp |
| gem.livingstone@jpmorgan.com | genglander@jennison.com |
| gem@martincurrie.com | genichiro_chiba@mitsubishi-trust.co.jp |
| gemanuel@dlbabson.com | genji.tsukatani@schroders.com |
| gemma.burke@credit-suisse.com | gennaco.j@tbcam.com |
| gemma.cowie@morleyfm.com | gennaro.miccoli@banca.mps.it |
| gemma.game@axaframlington.com | gennaro.pucci@mpsfinance.it |
| gemma.jones@britannia.co.uk | gennaro.vicidomini@antonveneta.it |
| gemma.stevens@janus.com | gennaro.viscusi@bnlmail.it |
| gemma_hewitt@bat.com | gennellj@aol.com |
| gemma_kingsley@newton.co.uk | gennellj@loopcap.com |
| gemma_schirrmacher@blackrock.com | genny.lynkiewicz@micorp.com |
| gemmawright-casparius@gic.com.sg | geof_marshall@mfcinvestments.com |
| gen_metsugi@scotiacapital.com | geof_pelger@swissre.com |
| gene.bailey@fmr.com | geoff.arens@americas.ing.com |
| gene.barron@cgii.com | geoff.arseneau@nbimc.com |
| gene.c.collins@citigroup.com | geoff.ayscough@gartmore.com |
| gene.caponi@db.com | geoff.burton@aberdeen-asset.com |
| gene.chin@db.com | geoff.cardner@sunlife.com |
| gene.chun@lazard.com | geoff.hazard@prudential.com |
| gene.davolio@citadelgroup.com | geoff.jay@janus.com |
| gene.edwards@gmacrfc.com | geoff.keith@barclaysglobal.com |
| gene.edwards@valero.com | geoff.limroth@ubs.com |
| gene.frieda@moorecap.co.uk | geoff.mowery@huntington.com |
| gene.fudge@csam.com | geoff.rea@prudential.com |
| gene.greiman@mutualofomaha.com | geoff.williams@bbandt.com |
| gene.jong@bmo.com | geoff@inveobwc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

geoff_burger@americancentury.com
geoff_campbell@blackrock.com
geoff_cooper@alliance-unichem.com
geoff_kelley@putnam.com
geoff_trawick@putnam.com
geoff_wise@americancentury.com
geoffrey.bowers@pimco.com
geoffrey.cornell@aig.com
geoffrey.dailey@pioneerinvestments.com
geoffrey.fila@ge.com
geoffrey.galbraith@glgpartners.com
geoffrey.geis@lionhart.net
geoffrey.gibbs@db.com
geoffrey.graham@sscims.com
geoffrey.gribling@gs.com
geoffrey.keeling@aiminvestments.com
geoffrey.lasry@pimco.com
geoffrey.liu@citadelgroup.com
geoffrey.lunt@hsbcam.com
geoffrey.may@fiamm.com
geoffrey.mcconnell@bmo.com
geoffrey.prent@drkw.com
geoffrey.rodrigue@fortisbank.com
geoffrey.strong@morganstanley.com
geoffrey.sullivan@fmr.com
geoffrey.therville@dexia-am.com
geoffrey.timmermans@puilaetco.com
geoffrey.trzepacz@aberdeen-asset.com
geoffrey.wigington@uk.nomura.com
geoffrey.zeller@53.com
geoffrey_dybas@dpimc.com
geoffrey_hardin@troweprice.com
geoffrey_hauck@acml.com
geoffrey_kenneck@vanguard.com
geoffrey_s_kenneck@vanguard.com
geoffrey_somes@ssga.com
geoffrey_stetler@troweprice.com
geoffreybarker@hsbc.com.hk
geoffreylai@temasek.com.sg
geoffroy.buffetrille@ubs.com
geoffroy.goenen@dexia-am.com
geoffroy.m.houlot@morganstanley.com
geoffroy.moreau@deshaw.com

geogc@strsoh.org
geok-heng.leow@lazard.com
geordie.kidston@jmfinn.com
georg.benes@lazard.com
georg.briele@postbank.de
georg.denoke@mm.mannesmann.de
georg.feldscher@ri.co.at
georg.furger@csam.com
georg.geenen@vbl.de
georg.grodzki@rbccm.com
georg.haas@bayernlb.de
georg.huber1@bayernlb.com
georg.kainhuber@devif.de
georg.kopecek@unicreditgroup.at
georg.lambertz@rwe.com
georg.linzer@rkag.at
georg.marti@zkb.ch
georg.mehring@gehe.de
georg.mueller@stinnes.de
georg.nikolaidis@ubs.com
georg.nitzlader@rcm.at
georg.peters@nordlb.com
georg.plueckhahn@generali.at
georg.reichelmeier@ubs.com
georg.renner@geninvest.de
georg.schachner@national-bank.de
georg.schlueter@essenhyp.com
georg.scholz@oppenheim.de
georg.schuh@db.com
georg.traunfellner@rzb.at
georg.vonwattenwyl@vontobel.ch
georg.wachberger@erstebank.at
georg.winkel@commerzbank.com
george.alevrofas@nab.ch
george.bicher@ge.com
george.bishay@btim.com.au
george.bodine@gm.com
george.bory@jpmorganfleming.com
george.boubouras@hsbcam.com
george.brown@bancaintesa.it
george.c.lai@jpmchase.com
george.calvert@truscocapital.com
george.chalamandaris@investment-bank.gr

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

george.challenor@credit-suisse.com
george.chris@gs.com
george.chrissikos@allianz.gr
george.cicma@fmglobal.com
george.clapham@fipartners.com.au
george.coheleach@aig.com
george.collins@fhlbboston.com
george.colwell@aig.com
george.cooksey@wamu.net
george.coontz.qhfn@statefarm.com
george.ct.hsu@tw.standardchartered.com
george.deecken@peoples.com
george.domolky@fmr.com
george.dowd@spectrumassetmgmt.com
george.eckerd@blackrock.com
george.edwards@prudential.com
george.englund@sek.se
george.ferguson@blackrock.com
george.fischer@fmr.com
george.friesen@nordea.com
george.gosden@insightinvestment.com
george.gray@bailliegifford.com
george.grimbilas@lazard.com
george.guerrero@sscims.com
george.h.stinnes@british-airways.com
george.halaby@ubs.com
george.hartman@citadelgroup.com
george.henderson@rlam.co.uk
george.hersh@umb.com
george.heyward@sl-am.com
george.holiat@ftnfinancial.com
george.humphreys@lazard.com
george.ibarra@trs.state.tx.us
george.iwanicki@jpmorganfleming.com
george.j.luo@chase.com
george.j.schupp@firstar.com
george.juscsak@wamu.net
george.kappas@tcw.com
george.karidis@fmr.com
george.karvounis@barcap.com
george.kimball@columbiamanagement.com
george.kirkwood@advest.com
george.klein@zurich.com

george.kokkinos@mizuhocbus.com
george.kounelakis@morganstanley.com
george.lacosto@ubs-oconnor.com
george.lamb@rocklandtrust.com
george.lambertson@ubs.com
george.lee@gecapital.com
george.lee@westernasset.com
george.lo@lloydsbank.ch
george.locasto@ubs-oconnor.com
george.luo@columbiamanagement.com
george.lyons@rabobank.com
george.m.robertson@morganstanley.com
george.madrigal@barclaysglobal.com
george.malikov@citadelgroup.com
george.maris@columbiamanagement.com
george.matthews@wellscap.com
george.mccall@wachovia.com
george.mclanahan@capmark.funb.com
george.michalopoulos@citadelgroup.com
george.minett@morganstanley.com
george.mishkin@blackrock.com
george.mix@columbiamanagement.com
george.mokrzan@huntington.com
george.myers@columbiamanagement.com
george.oconnor@barclaysglobal.com
george.pal@hspcpb.com
george.pickvance@bt.com
george.poyiadjis@barclaysglobal.com
george.psyhogeos@fmr.com
george.redfern@db.com
george.rodzki@lgim.co.uk
george.rooney@dsiim.com
george.rose@baesystems.com
george.ross@asbai.com
george.rudawski@fortisinvestments.com
george.schlagmueller@juliusbaer.com
george.schultz@fmr.com
george.scott@wachovia.com
george.selby@harrisbank.com
george.shen@glgpartners.com
george.shilowitz@shinseibank.com
george.sidgwick@pioneerinvest.com
george.speight@bankofengland.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

george.stairs@fmr.com
george.terizakis@db.com
george.tsiamis@norcap.com
george.turner@alexanderkey.com
george.turner@uk.abnamro.com
george.vanderheiden@fmr.com
george.vassiliadis@csam.com
george.verghese@commerzbankib.com
george.waidelich@safeway.com
george.williams@jpmorgan.com
george.wong@pncbank.com
george.wu@db.com
george.x.funganjera@jpmorgan.com
george.xanthakys@hcmny.com
george.yanakiev@uk.mizuho-sc.com
george.zhang@ubs-oconnor.com
george@adic.co.ae
george@ardsley.com
george@capitaltrustltd.com
george@kic.com.kw
george@mail.bot.com.tw
george@primco.com
george@saadgroup.com
george_b_watt@fleet.com
george_cherpelis@nylim.com
george_churchilljr@ustrust.com
george_dernulc@ntrs.com
george_e_silos@newyorklife.com
george_godfrey@putnam.com
george_hoguet@ssga.com
george_isaac@canadalife.com
george_issa@putnam.com
george_king@acml.com
george_lang@ustrust.com
george_lynch@invesco.com
george_marzano@troweprice.com
george_mussalli@putnam.com
george_neofitidis@scotiacapital.com
george_nowack@fanniemae.com
george_sauter@vanguard.com
george_stairs@putnam.com
george_steelman@cbcm.com
george_stephanides@nylim.com

george_suspanic@westlb.com
george_vatore@acml.com
george_walker@standardlife.com
george_whiteley@ustrust.com
george_xiang@ssga.com
georgeg2@anz.com
georgegr@london.cic.fr
georgeh@rentec.com
georgek@bloomberg.net
georgene.huang@clinton.com
georger@nbk.com
georges.choisi@banque-france.fr
georges.culino@banquedorsay.fr
georges.engel@bdl.lu
georges.farre@dexia-am.com
georges.ganuchaud@dexia-bil.com
georges.gedeon@glgpartners.com
georges.karam@bnpparibas.com
georges.khneysser@bsibank.com
georges.lambert@cgii.com
georges.luggen@wkb.ch
georges.marival@ubs.com
georges.nguyen@banque-france.fr
georges.pauget@credit-agricole-sa.fr
georges.pineau@ecb.int
georges.sanches@bnpparibas.com
georges.skouvaklis@bnpparibas.com
georges.spirig@ca-suisse.com
georges.wolff@ing.lu
georgez@microsoft.com
georgi.krustev@ecb.int
georgia.lygerakis@blackrock.com
georgia.pitts@alexanderkey.com
georgia.raphael@bankofamerica.com
georgia@incomeresearch.com
georgianne_latosh@ustrust.com
georgie.rabelle@bnpparibas.com
georgie.skillett@db.com
georgina.hellyer@morleyfm.com
georgina.p.maxwell@jpmorgan.com
georgina.zervudachi@caam.com
georgina_marshall@standardlife.com
georgios.allamanis@pimco.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

georgios.mouskoundi@credit-suisse.com
georgios.sakoulis@ubs.com
geppley@bloomberg.net
ger.leijs@nl.abnamro.com
gerald .gabriel@at.bacai.com
gerald.beeson@citadelgroup.com
gerald.bren@fafadvisors.com
gerald.chaney@alpinvest.com
gerald.charlette@sunlife.com
gerald.chopard@che.dupont.com
gerald.cimador@moorecap.com
gerald.classey@fidelity.com
gerald.claudel@federal-finance.fr
gerald.fiala@oenb.co.at
gerald.filippone@altria.com
gerald.fuchs@amg.co.at
gerald.garvey@barclaysglobal.com
gerald.gromann@unicreditgroup.at
gerald.hansen@wamu.net
gerald.herman@aig.com
gerald.j.jefferson@conocophillips.com
gerald.jordan@credit-suisse.com
gerald.kirshner@morganstanley.com
gerald.klein@ib.bankgesellschaft.de
gerald.koh@pimco.com
gerald.larr@db.com
gerald.link@lbbw.de
gerald.lins@inginvestment.com
gerald.mcinerney@fmr.com
gerald.moore@bmo.com
gerald.morgan@db.com
gerald.noltsch@bnpparibas.com
gerald.pittner@oppenheim.de
gerald.podhorsky@ba-ca.com
gerald.podobnik@hypovereinsbank.de
gerald.roessel@dgpanagora.de
gerald.seigmund@mail.psk.co.at
gerald.servais@axa-pm.be
gerald.siegmund@bankwinter.com
gerald.slater@twdb.state.tx.us
gerald.weinhold@deka.de
gerald_calder@ustrust.com
gerald_chapski@fleet.com

gerald_hwang@vanguard.com
gerald_moore@putnam.com
gerald_moran@scudder.com
geraldchristoph.dorsch@postbank.de
geraldengel@gic.com.sg
geraldien.leegwater@nl.abnamro.com
geraldine.bouvet@creditlyonnais.ch
geraldine.boyle@morganstanley.com
geraldine.derescavage@morganstanley.com
geraldine.gunn@blackrock.com
geraldine.hannon@boimail.com
geraldine.lim@aa.com
geraldine.m.green@aibbny.ie
geraldine.m.kidney@bankofny.com
geraldine.savastano@tudor.com
geraldine.stewart@uk.fid-intl.com
geraldine.walsh@wgzbank.ie
geraldine_jimenez@calpers.ca.gov
gerard.b.paulides@si.shell.com
gerard.bailly@caam.com
gerard.bonekamp@achmea.nl
gerard.boulier@ccr.fr
gerard.callahan@bailliegifford.com
gerard.cancelier@car.caissedesdepots.fr
gerard.cella@aigpb.com
gerard.cudzil@nordea.com
gerard.de-maupeou@wanadoo.com
gerard.deplinval@caam.com
gerard.de-senarclens@ubs.com
gerard.doerr@bcv.ch
gerard.fogarty@vankampen.com
gerard.hammond@whartonco.com
gerard.herr@icapfutures.com
gerard.hofmann@infidar.ch
gerard.holinski@ubs.com
gerard.lane@morleyfm.com
gerard.langerhorst@nl.abnamro.com
gerard.lian@morganstanley.com
gerard.mannes@lgt.com
gerard.martin@caam.com
gerard.meier@ubs.com
gerard.nolan@bnymellon.com
gerard.olivier@cail.lu

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gerard.oreilly@dfafunds.com
gerard.paul@principal.com
gerard.peters@nl.abnamro.com
gerard.sagnier@caam.com
gerard.sheehan@credit-suisse.com
gerard.sistek@ubs.com
gerard.t.o'brien@aib.ie
gerard.teoky@uobgroup.com
gerard.vanderpol@shell.com
gerard.vankesteren@kuehne-nagel.com
gerard.vanleusden@barclaysglobal.com
gerard.westcott@gs.com
gerard.yeo@ubs.com
gerard_boggio@putnam.com
gerard_lewis@bankone.com
gerardlee@temasek.com.sg
gerardo.arcos@biharko.es
gerardo.garcia@banxico.org.mx
gerardo.palazzo@bancaditalia.it
geraud.desaint-vincent@bnpparibas.com
gerbaldi@princeton.edu
gerben.cuiper@fandc.com
gerben.de.zwart@ingim.com
gerben.jorritsma@nl.abnambro.com
gerben.karkdijk@lasalle.com
gerben_cuiper@deltalloyd.nl
gerberjm@bernstein.com
gerchiko@strsoh.org
gerco.goote@nl.abnamro.com
gerd.dunker@essenhyp.com
gerd.frimmel@rzb.at
gerd.goette@siemens.com
gerd.haeusler@dresdner-bank.com
gerd.lockert@provinzial.com
gerd.mueller@bhf-bank.com
gerd.neitzel@skag.siemens.de
gerd.philippaerts@ingim.com
gerd.ramsperger@sarasin.ch
gerd.rendenbach@allfonds-bkg.de
gerd.sperfeldt@commerzbankib.com
gerd.weller@kfw.de
gerd.woort-menker@jpmorganfleming.com
gerdalois.schaedler@aigprivatebank.com

gerd-henning.beck@westlb.lu
gerejoh.lndb@bloomberg.net
gerhard.aigner@rkag.at
gerhard.andert@bawagpskfonds.at
gerhard.bauer@rcm.at
gerhard.berner@lbbw.de
gerhard.beulig@sparinvest.com
gerhard.boesch@rzb.at
gerhard.grebe@juliusbaer.com
gerhard.gribkowsky@bayernlb.de
gerhard.herda@rzb.at
gerhard.hinterhauser@hvbasia.com
gerhard.hochstrasser@landes.hypobank.at
gerhard.hofer@claridenleu.com
gerhard.koller@rzb.at
gerhard.krueger@sparkasse-krefeld.de
gerhard.langpape@bhf.ing.com
gerhard.meitinger@hyporealestate.de
gerhard.merten@oppenheim.de
gerhard.mischke@telekom.de
gerhard.narbeshuber@unicreditgroup.at
gerhard.neufer@volkswagen.de
gerhard.neustaedter@apk.at
gerhard.ramberger@erstebank.at
gerhard.ruehle@bwinvest.de
gerhard.scharinger@raiffeisenbank.at
gerhard.schmidt@dzbank.de
gerhard.seebacher@bankofamerica.com
gerhard.seifried@dws.de
gerhard.thiele@realestate.de
gerhard.thoms@postbank.de
gerhard.trippner@nordlb.de
gerhard.wagner@swisscanto.ch
gerhard.walther@kfw.de
gerhard.werginz@csam.com
gerhard.wuenstel@ruv.de
gerhard_k_kulzinger@fanniemae.com
gerhard_metzen@fanniemae.com
gerhard_roggemann@westlb.de
gerhardt.herbert@morganstanley.com
geriann.swenarton@rwjuh.edu
gerilyn.tort@prudential.com
gerit.heinz@ubs.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

gerladine.sundstrom@moorecap.co.uk
gerlinde.jetzschke@sparkassenversicherung.de
gerlinde.schwab@de.pimco.com
germain.maillard@credit-suisse.com
germain1@bloomberg.net
germar.knoechlein@lrp.de
germino@tigerglobal.com
gernest@exchange.ml.com
gernot.bremhorst@lampebanl.de
gernot.griebling@lbbw.de
gernot.kleckner@commerzbank.com
gernot.mayr@rcm.at
gernot.nagl@raiffeisenbank.at
gernot.rumpf@pioneeraltinvest.com
gernot.schrotter@sparinvest.com
gernot.specht@trinkaus.de
gernot.weixler@erstebank.at
gernot.zang@dzbank.de
gero.freund@ubs.com
gero.olbertz@db.com
gerold.brandt@blb.de
gerold.koch@db.com
gerold.koeb@rzb.at
gerold.kuehne@llb-ip.li
gerold.pum@unicreditgroup.at
gerold.wirth@aigpb.com
gerrard.bailly@caam.com
gerrard.j.buckley@aib.ie
gerrard.terlouw@novartis.com
gerred_howe@americancentrury.com
gerri@bloomberg.net
gerrian_neeley@aimfunds.com
gerrit.fokke@pggm.nl
gerrit.hop@fortisinvestments.com
gerrit.horstmann@hsh-nordbank.com
gerrit.jan.ten.doesschate@nl.abnamro.com
gerrit.meder@dit.de
gerrit.ooms@ingim.com
gerrit.raupach@helaba.de
gerrit.rohleder@db.com
gerrit.schuurman@nl.abnamro.com
gerrit.weber@commerzbank.com
gerry.chan@opcap.com

gerry.g.gleeson@aib.ie
gerry.gavey@fmr.com
gerry.gillespie@boimail.com
gerry.inow@morleyfm.com
gerry.koolen@fortis.com
gerry.lauro@ftnmidwest.com
gerry.lee@benfinancial.com
gerry.luff@wachovia.com
gerry_dugal@hancockbank.com
gershon_distenfeld@acml.com
gerson.levin@prudential.com
gert.biesmans@nagelmackers.be
gert.demaeyer@dexia-am.com
gert.magis@interbrew.com
gert.vanderjeugt@fortisinvestments.com
gert_fricke@amwestka.de
gertjan.koomen@jpmorgan.com
gertjan.nijhuis@nl.abnamro.com
gertjan.verhoef@nl.fortis.com
gertraudhelena.grupp-bolzen@hvb.de
gertrud.furrer@aigpb.com
gertrude.fitzpatrick@pioneerinvest.ie
gervais.williams@gartmore.com
gerwin.holland@pggm.nl
gesen@ifc.org
geser.lh@dreyfus.com
gesmadrid1@bloomberg.net
gespinosa@nafin.gob.mx
gesposito@erg.it
gestioni.patrimoniali@popso.it
gesualdo.pianciamore@generali.com
getrueb@msg.indianapolislife.com
geurt.szabang@snssecurities.nl
gev.nentin@53.com
gevans@oppenheimerfunds.com
gevbugge@cordius.be
gevert@atlanticinvestment.net
gewaunknown@creditorrelations.com1@handelsbanken.s
gexton@bloomberg.net
gezard@compuserve.com
gezichella@bloomberg.net
gf6@ntrs.com
gfa.dublin-boston@bbh.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

gfabrizio@bankofny.com
gfaedi@tullib.com
gfarmaki@alpha.gr
gfasolino@iccrea.bcc.it
gfeaster@metlife.com
gfeldpau@invest.treas.state.mi.us
gfeltus@stephens.com
gferrari@lehmantest.com
gfet@lehman.com
gfh@columbus.com
gfh3@cornell.edu
gfinegan@firststate.co.uk
gfink@angelogordon.com
gfischer@swissca.ch
gfleming@fhlbc.com
gfluyt.bbl@bloomberg.net
gflynn@europeancredit.com
gfm@bloomberg.net
gfogel@ms.com
gfolgori@fideuramsgr.it
gfortin@beutelgoodman.com
gfox@denveria.com
gfrancfort@nb.com
gfufh@jk.com
gfung@caxton.com
gfw.tr@adia.ae
gg@gruss.com
gg@ubp.ch
gg6@co.miami-dade.fl.us
ggahl@frk.com
ggal@ambac.com
ggallison@wellington.com
ggallo@notes.ambro.it
ggantt@aflac.com
ggarcia@dhja.com
ggattiker@arabbank.ch
ggeloen@bft.fr
ggenere@oddo.fr
ggenoves@nystrs.state.ny.us
ggeorgalas@angelogordon.com
ggeorgiou@alpha.gr
ggianarikas@wellington.com
ggillesp@summitbank.com

ggizzi@delinvest.com
ggjm@capgroup.com
gglass@fhlbatl.com
gglass@lehman.com
gglasser@caxton.com
ggonzalez@fmausa.com
ggonzalez@grupobbva.com
ggonzalez@ohionayional.cl
ggoodykoontz@tswinvest.com
ggoranov@sisucapital.com
ggordon@loews.com
ggore@bbandt.com
ggorman@westernasset.com
ggourgey@mfs.com
ggrassi@bloomberg.net
ggregoire@pershing.com
ggreig@williamblair.com
ggriffith@newstaram.com
ggrim1@bloomberg.net
ggrinstead@perrycap.com
ggrogan1@bloomberg.net
ggroothuis@svb.nl
ggrzegorski@delinvest.com
gguard@dg-g.com
gguemez@banxico.org.mx
gguerisoli@bloomberg.net
gguess@bbandt.com
gguevara@loomissayles.com
gguida@inasim.gruppoina.it
ggulyan@nb.com
ggurfinkiel@ofi-am.fr
ggurl@allstate.com
gguyon@bper.ch
ggwinn@mindspring.com
gh@rg.de
gh98@cornell.edu
ghaight@standishmellon.com
ghalah@strsoh.org
ghall@payden-rygel.com
ghandler@westernasset.com
ghandtmann@provnet.com
ghanem@kuwait-fund.org
ghanot@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ghara@bloomberg.net
gharakis@europeancredit.com
ghardwick@federatedinv.com
gharriso@invest.treas.state.mi.us
ghartigan@libertyview.com
ghartman@spfbeheer.nl
ghassan.elsaleh@claridenleu.com
ghaviv@bloomberg.net
ghay@firststate.co.uk
ghayrape@cityntl.com
ghb@americancentury.com
ghc@edfd.com
gheffernan@lordabbett.com
gheher3@bloomberg.net
gheilerman_carla@jpmorgan.com
gheineke@blackrock.com
gheller@mfs.com
ghellini.sargenti.barbara@alitalia.it
ghena_zhang@blackrock.com
ghenkel@lehman.com
gherardo.divaira@banca.mps.it
gherardo.divaira@eurosgr.it
gherardo.spinola@azimut.it
ghermida@invercaixa.es
ghernandez@santandersecurities.com
ghernandezg@bancopastor.es
ghetla_vandana@ml.com
ghhan@hanabank.co.kr
ghhan@hanabank.com
ghirai@nb.com
ghislain.schubert@nyc.nxbp.com
ghislaine.orsinet@caam.com
ghita.biaz@axa-im.com
gho@capgroup.com
ghobart@tcw.com
ghodlewsky@whitneybank.com
ghoellerl.security@rbb-bank.co.at
ghofer@meag.com
ghollingsworth@smithbreeden.com
ghong@icbc.com
ghong@nbksg.com.sg
ghorenstein@oddo.fr
ghorner@statestreet.com

ghosokawa@calstrs.com
ghsu@bloomberg.net
ghubbard@us.ibm.com
ghuber@pictet.com
ghublikian.ma@tbcam.com
ghunt@evergreeninvestments.com
ghuske@lmcm.com
ghyim@bok.or.kr
ghz@ellington.com
giacomo.burro@carige.it
giacomo.foglia@ceresiobank.com
giacomo.fumu@guest.bpm.it
giacomo.marzotto@credit-suisse.com
giacomo.picchetto@arnerbank.ch
giacomo.rallo@ubs.com
giacomo_balzarini@swissre.com
giada.cereghetti@vontobel.ch
giada.dazzini@grifogest.it
giada.sonego@bnlmail.com
giada.vello@arcafondi.it
giambattista.pesce@carige.it
giambi@fhlb-of.com
giampaolo.bon@meliorbanca.com
giampaolo.novelli@arcafondi.it
gian.heim@rolex.ch
gian.kull@alliancebernstein.com
gian.oddonemerli@merloni.com
gian_fabbri@putnam.com
gianbattista.pesce@carige.it
giancarlo.agurto@barclaysglobal.com
giancarlo.costi@enifin.eni.it
giancarlo.grasso@finmeccanica.it
giancarlo.lanzotti@sella.it
giancarlo.pompei@banca.mps.it
giancarlo.prada@bsibank.com
giancarlo.preda@bsibank.com
giancarlo.raggi@foyerpatrimonium.com
giancarlo_ciccarone@vanguard.com
gianelle@mpsgr.it
gianfranco.bartellino@citigroup.com
gianfranco.bassi@banca.mps.it
gianfranco.capano@ubm.it
gianfranco.digennaro@pioneerinvest.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

gianfranco.marin@intesasanpaolo.com
gianfranco.niccolai@caript.it
giangrossi.annamaria@enel.it
gianluca.almi@bnlmail.com
gianluca.ambrosio@moorecap.co.uk
gianluca.baldassarri@banca.mps.it
gianluca.baldoni@saisim.it
gianluca.banfi@fondiaria-sai.it
gianluca.baruffaldi@mpsgr.it
gianluca.bergamaschi@am.generali.com
gianluca.calvi@capitalia-am.com
gianluca.caniato@antonveneta.it
gianluca.comin@enel.it
gianluca.demarchi@antonveneta.it
gianluca.follador@bpmsgr.it
gianluca.gianfaldoni@geva.fiatgroup.com
gian-luca.giuntini@credit-suisse.com
gianluca.grugni@gestielle.it
gianluca.guidi@capitalia-am.com
gianluca.magnocavallo@bnlmail.com
gianluca.moltoni@bnlmail.com
gianluca.moneta@mpsgr.it
gianluca.pea@bsibank.com
gianluca.pecoraro.2@credit-suisse.com
gianluca.procino@gestielle.it
gianluca.sanmartino@alleanza.it
gianluca.sanna@banca.mps.it
gianluca.savoldi@hvbeurope.com
gianluca.serafini@alleanza.it
gianluca.tarolli@lodh.com
gianluca.tomei@profilosgr.it
gianluca.tonon@bancaprofilo.it
gianluca.v@remar.it
gianluca.vallosio@sai.it
gianluigi.costanzo@bgsgr.it
gianluigi.damone@bancamarche.it
gianluigi.ferrucci@ecb.europa.eu
gianmarco.cappellari@barclayscapital.com
gianmarco.mondani@arnerbank.ch
gianmario.gasco@gruppobim.it
giannacopoulos.kp@tbcam.com
giannello.lupidi@fiamm.com
gianni.bazzi@juliusbaer.com

gianni.contenta@banca.mps.it
gianni.franciscono@sella.it
gianni.lavigna@claridenleu.com
gianni.movia@bancaintesa.it
gianni.oriani@snamprogetti.eni.it
gianni.romano@mpsgr.it
gianni.rossi@meliorbanca.com
gianni1@bloomberg.net
giannilli@iccrea.bcc.it
giannino.basso@juliusbaer.com
giannisa@intertrust.gr
giannuzzo@bridport.ch
gianoy@citicb.com.cn
gianpaolo.isolani@capitalia-am.com
gianpaolo.marchetti@ge.com
gianpiero.dibattista@rieter.com
gianpiero.zannier@realemutua.it
gianreto.camboni@ubs.com
gianreto.gamboni@ubs.com
giansanti@mpsgr.it
gibson.aj@mellon.com
gibson.dawn.m@principal.com
gibson.smith@janus.com
gicvaluation@gic.com.sg
gideon_pell@newyorklife.com
gier@jyskebank.dk
giesecke@stanford.edu
gifforb@nationwide.com
giffordp@1stsource.com
gig@nbim.no
gigi.chan@threadneedle.co.uk
giglia@offitbank.com
giglig@bloomberg.net
gijs.van.oostrom@ingim.com
gijsbert.plug@ingim.com
gikamran@aol.com
gikosi@fdic.gov
gil.dor-hai@mailpoalim.co.il
gil.mathis@inginvestment.com
gil.yoon@kdb.co.kr
gil@ubp.ch
gilad-b@pia.co.il
gilbefio@exchange.uk.ml.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| gilberk@vankampen.com | gilles.begue@francetelecom.fr |
| gilbert.buzzi@cfm.mc | gilles.benhamou@bnpparibas.com |
| gilbert.dupuis@nestle.com | gilles.benoist@cnp.fr |
| gilbert.keskin@caam.com | gilles.carlier@bbl.be |
| gilbert.li@scotiabank.com | gilles.corbel@bcv.ch |
| gilbert.luethy@helvetiapatria.ch | gilles.d.david@bnpparibas.com |
| gilbert.ojeda@citi.com | gilles.dauphine@axa-im.com |
| gilbert.ongtc@uobgroup.com | gilles.demargerie@credit-agricole-sa.fr |
| gilbert.rod@bcv.ch | gilles.devaugrigneuse@bnpparibas.com |
| gilbert.ruiz@ubs.com | gilles.dubois@ingim.com |
| gilbert.soubie@caam.com | gilles.everling@hshn-securities.com |
| gilbert.tan@ap.ing.com | gilles.fabri@dexia.com |
| gilbert.tim@principal.com | gilles.frisch@dexiamfr-dexia.com |
| gilbert.van.hassel@ingim.com | gilles.glicenstein@bnpparibas.com |
| gilbert.wuelser@rbscoutts.com | gilles.guesdon@cfm.mc |
| gilbert_richard@jpmorgan.com | gilles.guibout@axa-im.com |
| gilbert_tsang@putnam.com | gilles.hannoun@clf-dexia.com |
| gilberto.borghi@bper.it | gilles.lecorsu@caam.com |
| gilbu@bll.co.il | gilles.lenoir@exane.com |
| gildayr@delaware.co.uk | gilles.leroy@bnpparibas.com |
| gilelliot@litchcap.com | gilles.noblet@ecb.int |
| giles.adams@lloydstsb.co.uk | gilles.pradere@uk.calyon.com |
| giles.crosthwaite@bankofamerica.com | gilles.raynaud@bgpi.com |
| giles.fitpatrick@uk.abnamro.com | gilles.schnepp@legrand.fr |
| giles.heseltine@juliusbaer.com | gilles.touboul@fibimail.co.il |
| giles.keating@credit-suisse.com | gilles.wormser@swissinv.com |
| giles.money@fandc.com | gilles-andre.bey@ubs.com |
| giles.newell@dixons.co.uk | gilles-emmanuel_trutat@ml.com |
| giles_parkinson@newton.co.uk | gillespie.ka@dreyfus.com |
| gilf@bloomberg.net | gillespie@bloomberg.net |
| gill.andrerson@bof.blabal.com | gilliaj2@nationwide.com |
| gill.davison@fidelity.com | gillian.bailey@anfis.co.uk |
| gill.graham@btfinancialgroup.com | gillian.burns@gs.com |
| gill.nacksten-marcusson@swedbank.se | gillian.butler@jpmorgan.com |
| gill.rodman@uk.fid-intl.com | gillian.chee@morleyfm.com |
| gill.tate@hsbc.com | gillian.elcock@insightinvestment.com |
| gillarma@london.cic.fr | gillian.fuller@hsbc.com |
| gillcham@gene.com | gillian.henderson@aberdeen-asset.com |
| gillen.bryan@corporate.ge.com | gillian.mccall@anfis.co.uk |
| gilles.a.garnier@sgam.com | gillian.mccall@swip.com |
| gilles.adam@socgen.com | gillian.willard@rothschild.co.uk |
| gilles.alfonse@bnpparibas.com | gillian_wu@deltalloyd.nl |
| gilles.barret@barep.com | gilliland.ta@mellon.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gillsmith1@hotmail.com

gilmorec@delaware.co.uk

gilpin@nytimes.com

gilsec@winstarmail.com

gimbert@bertrandfaure.com

gimbruce@barbnet.com

gimd@capgroup.com

gimiroo@kbstar.co.kr

gina.castro@osterweis.com

gina.derosa@moorecap.com

gina.fenton@morganstanley.com

gina.innarella@prudential.com

gina.leach@citadelgroup.com

gina.parizek@disney.com

gina.saleem@ubs.com

gina.salerno@mackayshields.com

gina.simpson@ameritas.com

gina@ruanecunniff.com

gina_griffin@acml.com

gina_kane@providentcompanies.com

gina_sanchez@americancentury.com

gina_szymanski@putnam.com

gina_toth@acml.com

ginafranco.cuscie@sella.it

ginalim@dbs.com

ginaluca.piacenti@capitalia-am.com

ginfante@dcf.pemex.com

ginger@nytimes.com

ginny_kidd@troweprice.com

gino.boscutti@alliancebernstein.com

gino.delaere@petercam.be

gino.rubbi@bnlmail.com

gintemann@levi.com

gioia.guarini@bancaditalia.it

gion.cavegn@snb.ch

gion.themistokli@nbg.gr

gioner@bloomberg.net

giordano.battaini@bsibank.com

giordano.giuxe@bsibank.com

giordano.lombardo@pioneerinvestments.com

giordano@glic.com

giordano@mpsgr.it

giorgia.fox@gestielle.it

giorgia.ghiglia@sella.it

giorgia.simeone@mediobanca.it

giorgianni.l@mellon.com

giorgio.arfaras@cspb.com

giorgio.cattacin@ubs.com

giorgio.cavicchioli@mpsgr.it

giorgio.cortiana@ubs.com

giorgio.costa@citicorp.com

giorgio.erasmi@bpubanca.it

giorgio.flego@bamcaimi.it

giorgio.frattini@azimut.it

giorgio.gandola@gs.com

giorgio.girelli@bancagenerali.it

giorgio.grossi@antonveneta.it

giorgio.guerra@intesasanpaolo.com

giorgio.incognito@st.com

giorgio.loi@juliusbaer.com

giorgio.masoero@bpubanca.it

giorgio.merlo@hsbcib.com

giorgio.nicola@ersel.it

giorgio.pellagatti@bpm.it

giorgio.radaelli@bsibank.com

giorgio.sala@bsibank.com

giorgio.scognamillo@bpv.it

giorgiov@bloomberg.net

giovanna.angari@meliorbanca.com

giovanna_coen@generali.com

giovanni.baestra@juliusbaer.com

giovanni.bagiotti@mediolanum.it

giovanni.becchere@erm.ie

giovanni.berti@cattolicaassicurazioni.it

giovanni.camerota@bancaroma.it

giovanni.chiovini@bnlmail.com

giovanni.elia@clarima.unicredit.it

giovanni.facchinimartini@pioneerinvest.it

giovanni.fedrigoli@credit-suisse.com

giovanni.fulci@banca.mps.it

giovanni.gornotempini@mittel.it

giovanni.grimaldi@am.generali.com

giovanni.leonardo@juliusbaer.com

giovanni.lombardo@ecb.int

giovanni.mazzariello@pioneerinvestments.com

giovanni.miccoli@claridenleu.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

giovanni.moccajatta@intesasanpaolo.com

giovanni.monticone@realemutua.it

giovanni.multari@ersel.it

giovanni.polastri@swedbankrobur.se

giovanni.prati.de.pellati@bpm.it

giovanni.radicella@arcafondi.it

giovanni.saletta@sanpaoloimi.com

giovanni.sanfelici@sai.it

giovanni.soccodato@finmeccanica.it

giovanni.somajni@geva.fiatgroup.com

giovanni.staunovo@ubs.com

giovanni.totaro@lbbw.de

giovanni.trombello@cominvest-am.com

giovanni.trombetta@am.generali.com

giovanni.vitale@ecb.int

giovanni.zuccarini@enifin.eni.it

giovanni@mrml.ch

giovanni_gentili@generali.com

giovanni_lugato@america.hypovereinsbank.com

giovanni_perissinotto@generali.com

giovanni_villanueva@swissre.com

giri.bogavelli@opcap.com

giri.k.devulapally@jpmorgan.com

giri@bloomberg.net

giridhar.naidana@invesco.com

girish.jain@alliancebernstein.com

girish_murthy@dell.com

girish_narula@westlb.co.uk

girod@bordier.com

girodfe@cial.cic.fr

girodt@bernstein.com

gisber.schulz@ikb.de

gisbert.lang@oppenheim.de

gisele.perreault@caam.com

giselle.l.leon@jpmorgan.com

gishm@wellsfargo.com

gisli.reynisson@isb.is

gita.bal@pimco.com

gita.lad@gs.com

gita.suneja@cidatelgroup.com

gita.suneja@citadelgroup.com

gita_ramakrishnan@putnam.com

gitesh.parmar@glgpartners.com

giucarna@notes.banesto.es

giulia.billard@bnlmail.com

giulia.perenzin@depfa.com

giulia.sanna@zkb.ch

giuliana.giorgio@bnlmail.com

giuliana.luzi@bnlmail.com

giuliano.balducci@bancamarche.it

giuliano.gasparet@am.generali.com

giuliano.mazzoni@lodh.com

giuliano.palumbo@arcafondi.it

giuliano.raso@meliorbanca.com

giulio.benvenuti@am.generali.com

giulio.beretti@drkw.com

giulio.bozzini@saipem.eni.it

giulio.campello@ubae.it

giulio.casuccio@compagnia.torino.it

giulio.delsante@bpmvita.it

giulio.favaretto@am.generali.com

giulio.saitta@realemutua.it

giulio.zaccagnini@capitalia-am.com

giuram@mcdmgmt.com

giuseppe.agogliati@bancaprofilo.it

giuseppe.amodio@st.com

giuseppe.avignone@pioneerinvest.it

giuseppe.balducci@mpsgr.it

giuseppe.bellini@gestielle.it

giuseppe.benigno@gestielle.it

giuseppe.botto@bancaintessa.it

giuseppe.buoncompagni@carisp.sm

giuseppe.cais@gruppobim.it

giuseppe.caltabiano@claridenleu.com

giuseppe.canzoneri@bnlmail.com

giuseppe.cerliani@am.generali.com

giuseppe.ciliberto@pioneerinvest.it

giuseppe.civaschi@italease.it

giuseppe.dado@fincantieri.it

giuseppe.distefano@bancaprofilo.it

giuseppe.dominici@interbanca.it

giuseppe.floreno@bancaintesa.it

giuseppe.giase@credit-suisse.com

giuseppe.giusto@bpmvita.it

giuseppe.ini@bapr.it

giuseppe.lasorda@sanpaoloimi.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| giuseppe.marcato@bpm.it | gjkochanski@wellington.com |
| giuseppe.migliorati@banca.mps.it | gjm@ubp.ch |
| giuseppe.miretta@poplodi.it | gjohanson@nb.com |
| giuseppe.nava@pioneerinvest.it | gjohnson@collegesavings.com |
| giuseppe.notarnicola@st.com | gjohnson@frk.com |
| giuseppe.novelli@arcafondi.it | gjohnson@investmentcounselors.com |
| giuseppe.orlando@ing.it | gjohnson@lib.com |
| giuseppe.ottaviani@am.generali.com | gjohnston@britannicasset.com |
| giuseppe.palmieri@bancalombarda.it | gjones@bear.com |
| giuseppe.paone@cic.ch | gjones@scottstringfellow.com |
| giuseppe.pastorelli@azimut.it | gjudge@loews.com |
| giuseppe.perrucci@capitalia-am.com | gjunesch@bloomberg.net |
| giuseppe.pollifrone@rbccm.com | gjupp1@bloomberg.net |
| giuseppe.quadri@db.com | gjwilson@wellington.com |
| giuseppe.quartodipalo@csam.com | gk@adia.ae |
| giuseppe.rapisarda@unicreditgroup.eu | gk18@ntrs.com |
| giuseppe.recchi@corporate.ge.com | gkalchev@allstate.com |
| giuseppe.sarti@bpmsgr.it | gkalmano@allstate.com |
| giuseppe.scarabosio@sanpaoloimi.com | gkaminsky@nb.com |
| giuseppe.semerano@antonveneta.it | gkarkambasis@bear.com |
| giuseppe.toscani@banca.mps.it | gkass@westernasset.com |
| giuseppe_magnano@swissre.com | gkavanaugh@hbk.com |
| giuseppe_mignogna@cariverona.it | gkb@publicbank.com.my |
| giuseppe_sunseri@generali.com | gkdimit@aol.com |
| giuseppina.torno@bancaakros.it | gkeith@seabridge.com |
| giustiniani@mpsgr.it | gkelly@europeancredit.com |
| givingstone@hotmail.com | gkerr@newstaram.com |
| givory@beutelgoodman.com | gkhusler@hotmail.com |
| gj24@ntrs.com | gkim@loomissayles.com |
| gja@mn-services.nl | gkimmes@bloomberg.net |
| gjacobe@oppenheimerfunds.com | gking@xlserv.com |
| gjacobsen@tsbjinc.com | gkk@veb.ru |
| gjallott@bloomberg.net | gklauer@cumberassoc.com |
| gjames4@bloomberg.net | gklavdianos@apollolp.com |
| gjanvier@eutelsat.fr | gklein@aegonusa.com |
| gjerzyk@bloomberg.net | gkleiner@essexinvest.com |
| gjfogarty@washtrust.com | gklement@bloomberg.net |
| gjg@ntrs.com | gklingler@divinv.net |
| gjgarabedian@wellington.com | gkneeland@aegonusa.com |
| gjgola@delinvest.com | gko@frk.com |
| gjgray@princeton.edu | gkoltek@aol.com |
| gjikovski@canyonpartners.com | gkonieczny@templeton.com |
| gjimenel@cajamadrid.es | gkopacz@allstate.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gkopsiaftis@westpac.com.au

gkorte@russell.com

gkostakis@halcyonllc.com

gkravchik@nylim.com

gkrejmas@bostonprivatebank.com

gkryskiewicz@wisi.com

gkschaefer@bellsouth.net

gkuchinski@bloomberg.net

gkulaligil@bear.com

gkunz@pictet.com

gkurdziel@seic.com

gkurinsky@mfs.com

gkwnchoi@bok.or.kr

gl@capgroup.com

gl78@cornell.edu

glacalce@fideuramsgr.it

glacek@wellington.com

gladeni@rabo-bank.com

gladieux_jay@jpmorgan.com

gladys.fung@bms.com

gladys.lau@pioneerinvestments.com

gladysl@bloomberg.net

glam@princeton.edu

glambert@loomissayles.com

glambrin1@bloomberg.net

glann.eichen@fleet.com

glasgowc@edfd.com

glasman@mfs.com

glasova.anna@slsp.sk

glassandro@bloomberg.net

glatremoille@beutelgoodman.com

glaumond@lgfrance.com

glaunay@ofivalmo.fr

glavish@lordabbett.com

glb@capgroup.com

gle@petercam.be

gleasot@nationwide.com

gleb.koutepov@morganstanley.com

gleb.sandmann@barcap.com

gleblanc@wellington.com

glee@sarofim.com

gleichman.allison@principal.com

gleizer@bcb.gov.br

glemens@stanford.edu

glen.anderson@nuveen.com

glen.baptist@prudential.com

glen.fukushima@airbus.com

glen.hayashi@aiminvestments.com

glen.hilton@aiminvestments.com

glen.hoffman@rothschild.com.au

glen.manna@eagleasset.com

glen.matz@national-city.com

glen.mceachern@bbh.com

glen.ostrander@funb.com

glen.pratt@uk.fid.intl.com

glen.schneiderman@uboc.com

glen.wisher@juliusbaer.com

glen_c_corbitt@fleet.com

glen_johnson@ssga.com

glen_monnelly@putnam.com

glen_murphy@invesco.com

glen_vanic@aal.org

glencora.senior@bapfim.co.uk

glenda.gonzalez@bspr.com

glenda.horn@gartmore.com

glenda.kao@barcap.com

glenda.l.barina@exxonmobil.com

glenda.levin@pioneeraltinvest.co.uk

glenda_allred@colonialbank.com

glenn.baker@bbh.com

glenn.barry@sunlife.com

glenn.beatham@rothschild.com

glenn.bedwin@uk.fid-intl.com

glenn.christal@tudor.com

glenn.clarke@csfb.com

glenn.degenaars@db.com

glenn.dulieu@us.mizuho-sc.com

glenn.e.johnson@wellsfargo.com

glenn.elsey@inginvestment.com

glenn.gawronski@jpmorgan.com

glenn.gazdik@thehartford.com

glenn.goldstein@gweiss.com

glenn.haberbush@ny.frb.org

glenn.handley@hsbcib.com

glenn.hoggarth@bankofengland.co.uk

glenn.jaffe@wachoviasec.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

glenn.kinen@bwater.com
glenn.koenig@db.com
glenn.livingstone@soros.com
glenn.mackersy@anz.com
glenn.mcafee@morganstanley.com
glenn.medwar@moorecap.com
glenn.metzger@pncbank.com
glenn.mitchell@rbc.com
glenn.n.clarke@aib.ie
glenn.phillips@gibuk.com
glenn.schorr@ubs.com
glenn.shor@deshaw.com
glenn.smith@barclaysglobal.com
glenn.treacy@ilim.com
glenn.wellman@csam.com
glenn.yeaker@morganstanley.com
glenn.zahn@fandc.com
glenn@henrykaufman.com
glenn@ibp.se
glenn@nebomanagement.com
glenn_bowling@invesco.com
glenn_davies@westlb.co.uk
glenn_e_sheay@vanguard.com
glenn_errigo@freddiemac.com
glenn_fogle@americancentury.com
glenn_johnson@ssga.com
glenn_koenig@reservefunds.com
glenn_switzer@ustrust.com
glenn_tetu@mfcinvestments.com
glenn_tso@fsa.com
glenna.anderson@harrisbank.com
glennd@hcmny.com
glennw@scm-lp.com
gleong@arielcapital.com
glevante@bloomberg.net
glevine@statestreet.com
glg.partners.aibbny@aibbny.ie
glgservicegroup@lehman.com
gli@evergreeninvestments.com
gli@oppenheimerfunds.com
gligtenberg@aegon.nl
glilienf@lehman.com
glk1@ntrs.com

gln@ubp.ch
globalfuturesdesk@lehman.com
globalfuturesservice@lehman.com
globalresearch@eatonvance.com
globalteam@oppenheimerfunds.com
globerman_polina@jpmorgan.com
glocraft@mfs.com
glodine.jourdan@chase.com
gloeser@meag.com
glogan@newstaram.com
glonero@fideuramsgr.it
glopezgr@cajamadrid.es
gloria.carlson@inginvestment.com
gloria.h.fu@jpmorgan.com
gloria.hall@icap.com
gloria.li@redwoodtrust.com
gloria.talamantes@fmr.com
gloria.warren@halliburton.com
gloria.wong@bbh.com
gloria_j_waters@notes.ntrs.com
gloria_vogel@swissre.com
gloria-93471.appleby@morganstanley.com
glowe@loomissayles.com
glowe@whitneybank.com
glozano@banxico.org.mx
glp@capgroup.com
glr@bloomberg.net
glubiner@hapoalimusa.com
gluca@bloomberg.net
gluskie@swst.com
gluterman@keyspanenergy.com
glweirick@westcapinv.com
glyn.harrington@icap.com
glyn.thomas@insightinvestment.com
glynch@genre.com
glynis.s.webb@aib.ie
glynn.meth@rothschild.com.au
glynnj1@aetna.com
gm@capgroup.com
gm@edfd.com
gm@tbb.com.hk
gm10@ntrs.com
gma@nbim.no

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gmaccord@tiaa-cref.org
gmaccordy@tiaa-cref.org
gmacosko@lordabbett.com
gmadrazo@notes.banesto.es
gmadrigal@nafin.gob.mx
gmaggio@lordabbett.com
gmahmud@hcml.com
gmaiatsky@bloomberg.net
gmakoso@mmlassurance.com
gmalanga@bankofny.com
gmallal@evcap.com.sg
gmallejac@groupama-am.fr
gmannes@bankofny.com
gmanon@dcf.pemex.com
gmanseau@bft.fr
gmansell@ofiinstitutional.com
gmarini@iccrea.bcc.it
gmarquardt@bloomberg.net
gmarquardt@nicholasfunds.com
gmarshall@ci.com
gmartin@mfs.com
gmartin@ssrm.com
gmartin@tradersbanking.com
gmartinelli@fondianima.it
gmartino@bony.com
gmartone@bankatlantic.com
gmartore@gcil.gannett.com
gmarzano@credem.it
gmaselli@bci.it
gmass@falconmgt.com
gmata@wasatchadvisors.com
gmaxwell@montag.com
gmay@meijer.com
gmazzilis@sistonet.org
gmbagnoli@delinvest.com
gmcconnell2@bloomberg.net
gmccrickard@troweprice.com
gmccullough@loomissayles.com
gmcdon@bloomberg.net
gmcferrin@fhlbc.com
gmcintosh@britannicasset.com
gmckenzie@bbandt.com
gmelas@lordabbett.com

gmerino@dcf.pemex.com
gmgoldman@wellington.com
gmh@ntrs.com
gmichaels@merctrust.com
gmichalik@ryanlabs.com
gmichalopoulos@alpha.gr
gmicheli@pictet.com
gmikula@seawardmgmt.com
gmillar@bloomberg.net
gmiller@bear.com
gmiller@mdsass.com
gmiller@statestreet.com
gmills@swissca.co.uk
gmilone@bloomberg.net
gminotti@credem.it
gmirante@ifp.ch
gmitchell@fbopcorp.com
gmitkoe@allstate.com
gmitkove@allstate.com
gmivelaz@sjs-group.com
gmk@atalantasosnoff.com
gml2@ntrs.com
gmoerman@aegon.nl
gmolina@bloomberg.net
gmonserrat@lib.com
gmoore@uscentral.org
gmorgan@templeton.com
gmorrison@payden-rygel.com
gmoser@caxton.com
gmotyl@templeton.com
gmoy@ambac.com
gmozzetti@ticino.com
gmr@clinton.com
gmr@edfd.com
gmr1@ntrs.com
gmrieunier@statestreet.com
gms@uk.danskebank.com
gmuffatti@icbpi.it
gmule@us.mufg.jp
gmurphy@fountaincapital.com
gmussalli@panagora.com
gn55@bloomberg.net
gnadalin@bancasempione.ch

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

gnahory@troweprice.com
gnantie@travelers.com
gnawi@lazard.com
gnbrauni@hibernia.com
gne006@maersk.com
gneavin@federatedinv.com
gnelson@eatonvance.com
gneville@standishmellon.com
gng@dow.com
gni@delinvest.com
gnichols@standish.com
gnicolle@schny.com
gnicolosi@iccrea.bcc.it
gniemczyk@bloomberg.net
gnnietode@bloomberg.net
gno@petercam.be
gnolan@statestreet.com
gnolles@generali.nl
gnorthrop@montag.com
gnrao@kia.gov.kw
go.odette@gene.com
go_ishida@mitsubishi-trust.co.jp
goc.a@mellon.com
goda.keiichiro@kokusai-am.co.jp
goddena@rba.gov.au
goddessk@hmc.harvard.edu
godefroy.tessier@bmonb.com
godlinw@vankampen.com
goebel@rentenbank.de
goerg.kirchner@hvbeurope.com
goetz.alles@wwasset.de
goetz.haue@db.com
goetz.michl@hypovereinsbank.de
goetz.richter@duesshyp.de
goetzke@ui-gmbh.de
gogara@rtiaa-cref.org
goguen.fj@tbcam.com
goh.sansan@uobgroup.com
goh.soomay@uobgroup.com
goh.yumin@uobgroup.com
gohar.bilal@ubk-plc.com
gohkwangmeng@gic.com.sg
gohmienzo@gic.com.sg

gohounknown@creditorrelations.com4@handelsbanken.s
gohpwlinda@ocbc.com.sg
gohwahkiat@gic.com.sg
gokce.ataman@hcmny.com
gokeefe@congressasset.com
goker.orhan@disbank.com.tr
gokhan.ates@bernstein.com
gokhan.erguneyt@fortis.com.tr
gokhan.erkiralp@teb.com.tr
gokhan.i.atilgan@jpmchase.com
golablue@bloomberg.net
golbie.kamarei@blackrock.com
goldiesh@wharton.upenn.edu
goldlust@princeton.edu
goldman@pimco.com
goldman_steve@jpmorgan.com
golodr@vankampen.com
golszowy@itasset.com
gomezj@fsgrhino.com
goncalo.jose.santos@bancobpi.pt
goncalo.reis@estradasdeportugal.pt
gondesen@dit.de
gonenb@cii.co.il
gonisiforou@smithgraham.com
gonsalves.js@mellon.com
gonzalez_raphael@jpmorgan.com
gonzalo.borja@claridenleu.com
gonzalo.hernandodiazambrona@telefonica.es
gonzalo.mahou@bertelsmann.de
gonzalo.ortiz@lodh.com
gonzalo.santillan@bankamerica.com
gonzalo_pangaro@troweprice.com
gonzalpj@vankampen.com
gonzas@bloomberg.net
gonzfit@bloomberg.net
good_luanne@fsba.state.fl.us
goodfellow@bankofny.com
goodmma@exchange.ml.com
goodwin@aigfpc.com
gopal.reddy@fmr.com
gopal_sharathchandra@freddiemac.com
gopalakm@bloomberg.net
gopinath@adic.co.ae

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

goran.espelund@robur.se
goran.farkas@electrolux.se
goran.farkas@seb.se
goran.fors@seb.se
goran.fransson@enskilda.se
goran.jauk@claridenleu.com
goran.karlsen@nordea.com
goran.maelfeyt@dexia-bil.com
goran.ridic@thehartford.com
goran.vedin@lansforsakringar.se
goran.villner@swedbankrobur.se
goran.wall@dnbnor.com
goran_kaiblinger@swissre.com
gordacha@yahoo.com
gordon.bennett@anfis.co.uk
gordon.brown@bailliegifford.com
gordon.calver@axa-im.com
gordon.chiu@westernasset.com
gordon.delianedis@pacificlife.com
gordon.drysdale@bailliegifford.com
gordon.erb@uboc.com
gordon.f.stransky@jpmorgan.com
gordon.fraser@blackrock.com
gordon.gunnlaugsson@micorp.com
gordon.happell@aegon.co.uk
gordon.harpin@aviva.com
gordon.ibrahim@fandc.com
gordon.loery@morganstanley.com
gordon.readey@barclaysglobal.com
gordon.schonfeld@csam.com
gordon.scott@fmr.com
gordon.shannon@resolutionasset.com
gordon.wallace@insightinvetments.com
gordon.wan@bbh.com
gordon.wright@pncadvisors.com
gordon.wright@ubs-oconnor.com
gordon_boozer@swissre.com
gordon_bryant@westlb.com
gordon_fowler@glenmede.com
gordon_lawrence@putnam.com
gordon_lowson@standardlife.com
gordon_massie@agfg.com
gordon_sk_tsui@hkma.gov.hk

gordonr1@bloomberg.net
gorham@bloomberg.net
gorky.urquieta@ingim.com
gormic@bloomberg.net
gornostaeva@veb.ru
gosavi_haridas@ml.com
gosborne@bankofny.com
gosia.donaldson@lloydstsb.co.uk
goslin.pd@mellonequity.com
gosnell.maggie@principal.com
gospel@bloomberg.net
gossj@swcorp.org
gossman_michele@jpmorgan.com
gosule@deshaw.com
goto-shigeki@mitsubishi-sec.co.jp
gotou_gen@dn.smbc.co.jp
gotou_kenichirou@dn.smbc.co.jp
gottfried.finken@dzbank.de
gottfried.ransmayr@ba-ca.group-treasury.co.at
gottfried.scheer@blb.de
gottfried.x.hoerich@jpmorgan.com
goubeaux@fhlb-of.com
gould@new-york.sl.slb.com
goulden@bloomberg.net
gouldm@jhancock.com
goulven.drevillon@fftw.com
goutmezguine@bloomberg.net
govert.eijsvoogel@nl.abnamro.com
goviatt@munder.com
govie@bloomberg.net
govmann@msn.com
gp.carifirenze@carifirenze.it
gp@seaboardco.com
gpac@compuserve.com
gpagan@ustrust.com
gpaillat@firstate.co.uk
gpalmer@fhlbatl.com
gpalmer@smithbreeden.com
gpalmieri9@aol.com
gpaloni@wilmingtontrust.com
gpang@kio.uk.com
gpaoletti@ifsam.com
gpapin@bpbtc.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

gpardo@safei.es
gpark@blenheiminv.com
gpark@martincurrie.com
gparker@invest.treas.state.mi.us
gparker@lordabbett.com
gparker@westernasset.co.uk
gparodi@refco.com
gpaul@bernstein.com
gpaulette@globalt.com
gpazzanese@federatedinv.com
gpedrie@denveria.com
gpeeke@westernasset.com
gpeelen@irisresearch.nl
gpeig@msdw.es
gpelletier@jhancock.com
gpendleton@mfs.com
gperezri@notes.banesto.es
gperillo@blackrock.com
gperry@worldbank.org
gpestana@banco-privado.pt
gpetre@worldbank.org
gpetruzelli@bloomberg.net
gpfrasca@wellington.com
gph.ie@adia.ae
gphelps@jhancock.com
gpicco@ksmanagement.com
gpickett@fhlbc.com
gpierce@steinroe.com
gpietsch@fbfs.com
gpilc@oppenheimerfunds.com
gpini@europeancredit.com
gpisano@bloomberg.net
gplacek@rwbaird.com
gplume@jhancock.com
gpodhajs@aegonusa.com
gpoesger@bloomberg.net
gpoirier@mfs.com
gpolicar@generali.fr
gportesi@lucchini.it
gpostel@dkpostel.com
gpostic2@bloomberg.net
gpowell@collinsstewartllc.com
gproctor@tiaa-cref.org

gptucker@wellington.com
gpucci@blackrock.com
gpuricelli@bloomberg.net
gpurinton@federatedinv.com
gpusinelli@williamblair.com
gpzegeo@evergreeninvestments.com
gqh@nbim.no
gquint@fdic.gov
gr@capgroup.com
gra@nbim.no
grabate@princeton.edu
grace.ansani@db.com
grace.giselle@dws.de
grace.gu@blackrock.com
grace.ho@sgam.com
grace.jk.lee@scfirstbank.com
grace.kanzaki@abnamro.com
grace.lee@mutualofamerica.com
grace.lee@nb.com
grace.lee@schroders.com
grace.ng@dzbank.com.sg
grace.rutigliano@db.com
grace.su@morganstanley.com
grace.wu@pimco.com
grace.xu@pharma.novartis.com
grace.yao@moorecap.com
grace.yeoph@uobgroup.com
grace.zhang@barclaysglobal.com
grace_huang@americancentury.com
grace_huebscher@fanniemae.com
grace_lim@scotiacapital.com
grace_pineda@ml.com
grace_sone@freddiemac.com
grace_zheng@troweprice.com
grace-anne.wood@fmr.com
gracegao@aegon-cnooc.com
gracelim@gic.com.sg
graceliu65@mail.cbc.gov.tw
gracemychan@hsbc.com.hk
gracewu@gic.com.sg
gracie.c.matsuda@bankamerica.com
graciela.m.bernard@jpmorgan.com
grady.smith@dfafunds.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gradym@bloomberg.net
graeme.arnold@aberdeen-asset.com
graeme.bencke@aig.com
graeme.carnochan@barclaysglobal.com
graeme.caughey@swip.com
graeme.coll@mondrian.com
graeme.dewar@barclaysglobal.com
graeme.hughes@nationwide.co.uk
graeme.kite@fidelity.com
graeme.lindsay@resolutionasset.com
graeme.lyness@insightinvestment.com
graeme.pollok@montpelier.com
graeme.rockett@fmr.com
graeme.sharp@aberdeen-asset.com
graeme.sinclair@aberdeen-asst.com
graeme.smith@icgplc.com
graeme.troy@swip.com
graeme@sgsfunds.com
graeme_bell@merck.com
graeme_orr@standardlife.com
graghuraman3@bloomberg.net
gragusa@allstate.com
graham.ashby@db.com
graham.barnett@pfam.com
graham.benson@ing.com.au
graham.bentz@harrisbank.com
graham.birch@blackrock.com
graham.black@bailliegifford.com
graham.brazier@bms.com
graham.c.nicol@jpmorgan.com
graham.clapp@uk.fid-intl.com
graham.cohen@ubs.com
graham.cook@rlam.co.uk
graham.crawford@boigm.com
graham.curds@rothschild.co.uk
graham.dewar@barclaysglobal.com
graham.duce@credit-suisse.com
graham.dudden@bpm.it
graham.elliottshircore@morleyfm.com
graham.forster@db.com
graham.forster@lloydstsb.co.uk
graham.glass@ubs.com
graham.halliday@uk.mizuho-sc.com

graham.harrington@mblackrock.com
graham.hepher@barclaysglobal.com
graham.jefferson@db.com
graham.joblin@isisam.com
graham.johnston@norwich-union-life.co.uk
graham.jones@britannia.co.uk
graham.kirk@bapensions.com
graham.lesnick@mhcb.co.uk
graham.m.fagan@aib.ie
graham.m.fagan@aibbny.ie
graham.martin@gartmore.com
graham.martin@metlife.com
graham.moles@lgim.co.uk
graham.nankivell@zurich.com
graham.o'meara@pioneeraltinvest.com
graham.pattle@ubs.com
graham.pearse@ashmoregroup.com
graham.r.lamb@db.com
graham.radford@blackrock.com
graham.rainbow@barcap.com
graham.raward@cba.com.au
graham.rennison@barclayscapital.com
graham.shute@sscims.com
graham.stafford@deshaw.com
graham.taylor@canadalife.co.uk
graham.taylor@lgim.co.uk
graham.taylor@lloydstsb.co.uk
graham.thorn@nationwide.co.uk
graham.vance@ubs.com
graham.villiers@icgplc.com
graham.walker@fandc.co.uk
graham.whittaker@fandc.com
graham.williams3@lloydstsb.co.uk
graham.wood@swip.com
graham_downie@standardlife.com
grahame.beales@fandc.com
grahame_pilcher@westlb.co.uk
grahamf@fhfb.gov
grahams@brinson.com
grahamwarren@gic.com.sg
grahamyoung@hsbc.com
grahem.meharg@moorecap.co.uk
graig.stettner@national-city.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

graig_nickel@ml.com

graimundo@bloomberg.net

grainne.bolland@ubs.com

grainne.carey@barclaysglobal.com

grainne.m.o'brien@aib.ie

grainne_gilligan@putnaminv.com

gramadi@bear.com

gramlira@cmcic.fr

grandblue@kbstar.co.kr

grandl@meinlbank.com

grangerh@aeltus.com

grangerh@ing-afs.com

grant.carroll@glgpartners.com

grant.chamberlain@ubs.com

grant.davies@hsbcib.com

grant.gibson@rbccm.com

grant.gillan@tdsecurities.com

grant.harrison@lloydstsb.co.uk

grant.mackenzie@hsbc.com

grant.mcdonald@arabbanking.com

grant.nicholson@vw.com

grant.playford@glgpartners.com

grant.rubin@pw.utc.com

grant.saunders@drkw.com

grant.schick@westernasset.com

grant.td@tbcam.com

grant_couch@countrywide.com

grant_davis@nylim.com

grant_joel@gsb.stanford.edu

grantferguson@temasek.com.sg

grantwilson@gic.com.sg

grantyun.cheng@union-investment.de

graphael@wachoviasec.com

graptman@erstebank.com

graskin@bbinvestments.com

gratti@mcc.it

gravem@nuveen.com

gravenes@us.ibm.com

gravest@strsoh.org

gray@ms1.hncb.com.tw

grayma@agf.fr

grayson.witcher@morganstanley.com

grazia.cozzi@bsibank.com

grazia.gulluni@dexia-crediop.it

grazia_mariani@deltalloyd.nl

graziano.deli@bancagesfid.com

graziella.di.trani@de.pimco.com

graziosa@atlanticinvestment.net

grecar@safeco.com

green@ellington.com

green_pat@fsba.state.fl.us

greenertj@vystarcu.org

greenes@vankampen.com

greenje@ebrd.com

greenwaj@jwseligman.com

greer.fry@gsk.com

greg.adair@rbc.com

greg.addicks@inginvestment.com

greg.anderson@reliastar.com

greg.andrews@pioneerinvest.com

greg.asher@barclaysglobal.com

greg.babij@avmltd.com

greg.baker@pioneeraltinvest.com

greg.ball@americas.ing.com

greg.bayvel@nb.com

greg.bell@aamcompany.com

greg.bennet@fid-intl.com

greg.bottjer@pncadvisors.com

greg.bouleris@ge.com

greg.braun@aig.com

greg.brida@schwab.com

greg.camas@wamu.net

greg.capps@morganstanley.com

greg.chmielewski@statestreet.com

greg.coffey@glgpartners.com

greg.cotterrell@bnz.co.nz

greg.cox@credit-suisse.com

greg.croll@db.com

greg.dahlman@associatedbank.com

greg.dawson@wachovia.com

greg.dirkse@micorp.com

greg.eckersley@alliancebernstein.com

greg.ehlinger@irwinfinancial.com

greg.fischer@pncbank.com

greg.flowers@rentech.com

greg.fraser@btfinancialgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

greg.fuss@db.com
greg.gable@gmacrfc.com
greg.gendreau@fmr.com
greg.genung@wellsfargo.com
greg.gorbatenko@firstmidwest.com
greg.gore@pimco.com
greg.gryllakis@fmr.com
greg.guthrie@uk.abnamro.com
greg.hackworth@bankofamerica.com
greg.hadingham@eu.nabgroup.com
greg.haendel@transamerica.com
greg.hallman@truscocapital.com
greg.hamilton@americo.com
greg.hamwi@morganstanley.com
greg.harrington@chase.com
greg.harris@citigroup.com
greg.hartch@corporate.ge.com
greg.hebard@cnh.com
greg.hermanski@osterweis.com
greg.hicks@protective.com
greg.hoelscher@moorecap.com
greg.holborow@glgpartners.com
greg.huning@jamisonfirst.com
greg.ise@nacm.com
greg.jacobs@inginvestment.com
greg.kahofer@pncbank.com
greg.kaplan@cnb.com
greg.kares@wachovia.com
greg.kelly@janus.com
greg.kin@valero.com
greg.kirsh@invescoperpetual.com
greg.kish@highbridge.com
greg.kisiel@chase.com
greg.kitchen@nationalcity.com
greg.konstantinidis@uk.fid-intl.com
greg.kovac@raymondjames.com
greg.kuhnert@investecmail.com
greg.l.tuorto@jpmorgan.com
greg.lai@morganstanley.com
greg.lavallee@wellsfargo.com
greg.lee@fmr.com
greg.lightfoot@lgim.co.uk
greg.matthews@aig.com

greg.mclaren@fhlbtopeka.com
greg.meisenger@thrivent.com
greg.mellone@bankofamerica.com
greg.michel@ingim.com.au
greg.moldovanyi@ppmamerica.com
greg.naso@shenkmancapital.com
greg.neal@nationstarmail.com
greg.olafson@gs.com
greg.pappas@fidelity.com
greg.pappas@fmr.com
greg.peters@truscocapital.com
greg.petryszyn@thrivent.com
greg.raskin@alliancebernstein.com
greg.richmond@isisam.com
greg.rickards@bankofamerica.com
greg.rodetis@corporate.ge.com
greg.rosen@tdsecurities.com
greg.rosenberg@alliancebernstein.com
greg.rye@credit-suisse.com
greg.sharenow@gs.com
greg.shell@columbiamanagement.com
greg.shenkman@shenkmancapital.com
greg.shub@moorecap.com
greg.shull.crlo@statefarm.com
greg.smith@micorp.com
greg.sonderman@commercebank.com
greg.spilberg@aig.com
greg.spyropoulos@sunlife.com
greg.sutton@bis.org
greg.swisher@jpmorgan.com
greg.t.maddox@wellsfargo.com
greg.tanner@bwater.com
greg.thompson@db.com
greg.trinks@ubs.com
greg.vaughn@lloydstsb.co.uk
greg.vogele@53.com
greg.wachsman@ubs.com
greg.walker@bmo.com
greg.weirich@pncbank.com
greg.weirick@transamerica.com
greg.white@opco.com
greg.wilks@axa-im.com
greg.wilson@gecapital.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

greg.zaludek@bmonb.com
greg@hgk.com
greg@providencefunds.com
greg_aptman@sumitomobank.com
greg_birdsong@troweprice.com
greg_bomash@glic.com
greg_choe@nacm.com
greg_conners@victoryconnect.com
greg_cookson@standardlife.com
greg_depew@cinfin.com
greg_donaldson@troweprice.com
greg_eppley@troweprice.com
greg_fisher@troweprice.com
greg_gorman@invesco.com
greg_gotschall@ml.com
greg_hansen@ml.com
greg_j_deeks@key.com
greg_kersch@ldn.invesco.com
greg_milani@hp.com
greg_r_briskey@aon.com
greg_sivin@scudder.com
greg_trebil@cargill.com
greg_walsh@americancentury.com
greg_wessel@invesco.com
greg_woodhams@americancentury.com
greg_woynarski@scotiacapital.com
greg_ziejewski@ufjbank.co.jp
grega@bgi-group.com
gregan@delinvest.com
gregard.mikkelborg@kbank.no
gregd@bloomberg.net
greger.flodin@rabobank.com
gregfort@aol.com
gregg.bonardi@americas.bnpparibas.com
gregg.bridger@credit-suisse.com
gregg.colburn@citadelgroup.com
gregg.gola@morganstanley.com
gregg.hammer@aig.com
gregg.hrivnak@jpmorgan.com
gregg.m.diliberto@csam.com
gregg.m.rubin@dartmouth.edu
gregg.murrell@barclaysglobal.com
gregg.murrell@barlcaysglobal.com

gregg.o'neel@lazard.com
gregg.smalley@columbiamanagement.com
gregg@amherstsecurities.com
gregg@deerfieldcapital.com
gregg@mcm.com
greggy@deshaw.com
gregk@bgi-group.com
gregoire.anzevui@lodh.com
gregoire.biollaz@credit-suisse.com
gregoire.constantin@gerifonds.ch
gregoire.debaeke@ing.be
gregoire.delouche@dexia-am.com
gregoire.ledoux@sgam.com
gregoire.pesques@sgam.com
gregor.bruckner@bhf-bank.com
gregor.cantieni@credit-suisse.com
gregor.d-adam@ubs.com
gregor.diem@de.pimco.com
gregor.hirt@csam.com
gregor.hirt@schroders.com
gregor.holek@rcm.at
gregor.jourdin@cardif.fr
gregor.kott@bhf-bank.com
gregor.kuhl@kzvk.de
gregor.macdonald@swip.com
gregor.mueller@bsibank.com
gregor.oboth@oppenheim.de
gregor.rudolph-dengel@de.rcm.com
gregor.smart@pioneerinvest.com
gregor.smith@damel.co.uk
gregor.trachsel@credit-suisse.com
gregor.zemp@lukb.ch
gregor@tk.thyssenkrupp.com
gregor_mast@swissre.com
gregori.tchouboukoff@bnpparibas.com
gregorio.defelice@bancaintesa.it
gregorio.milanesi@bancagenerali.it
gregorio_t_druehl@fanniemae.com
gregory.a.mattiko@jpmorgan.com
gregory.aj@mellon.com
gregory.anderson@thrivent.com
gregory.b.luttrell@jpmchase.com
gregory.basil@blackrock.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

gregory.belzer@disney.com

gregory.benac@fmr.com

gregory.berman@xlgroup.com

gregory.bilse@db.com

gregory.blasucci@harrisbank.com

gregory.borenstein@gs.com

gregory.buckley@pioneerinvestments.com

gregory.carlson@fafadvisors.com

gregory.chauviaux@dexia.com

gregory.chemama@axa-im.com

gregory.cipolaro@robecoinvest.com

gregory.claeys@caam.com

gregory.clinton@sg.standardchartered.com

gregory.combes@ing.be

gregory.daniel@inginvestment.com

gregory.diche@credit-suisse.com

gregory.donohue@citadelgroup.com

gregory.drakes@prudential.com

gregory.eisenhart@hcmny.com

gregory.evansky@usbank.com

gregory.feinberg@citadelgroup.com

gregory.feldman@gs.com

gregory.fraser@truscocapital.com

gregory.g.chu@citigroup.com

gregory.g.fowlkes@jpmorgan.com

gregory.habeeb@calvert.com

gregory.hanson@usbank.com

gregory.harris@pncbank.com

gregory.harris@wamu.net

gregory.hart@pnc.com

gregory.hartje@harrisbank.com

gregory.hill@nationalcity.com

gregory.hull@wamu.net

gregory.hung@ubs.com

gregory.hunt@infarmbureau.com

gregory.kettelhack@bsibank.com

gregory.klyne@nlcal.mail.abb.com

gregory.ko@ap.ing.com

gregory.kolb@janus.com

gregory.kuczynski@janus.com

gregory.labuda@deshaw.com

gregory.lewis@db.com

gregory.m.miller@columbiamanagement.com

gregory.m.towner@bankofamerica.com

gregory.marque@ing.be

gregory.martory@uk.bnpparibas.com

gregory.mcclain@cna.com

gregory.mcgreevey@inginvestment.com

gregory.mcneill@eu.nabgroup.com

gregory.molinaro@cpr-am.fr

gregory.murphy@morganstanley.com

gregory.narmont@rbscoutts.com

gregory.nataf@glgpartners.com

gregory.norton@friendsprovident.co.uk

gregory.nutt@barclaysglobal.com

gregory.p.whitby@db.com

gregory.park@usbank.com

gregory.perrin@dcmc.creditlyonnais.fr

gregory.polizotto@prudential.com

gregory.priolo@bcv.ch

gregory.pugliani@jpmchase.com

gregory.raab@ge.com

gregory.richardson@wachovia.com

gregory.rodeheaver@citicorp.com

gregory.rousseau@creditfoncier.fr

gregory.ryanii@fafadvisors.com

gregory.s.liechty@columbiamanagement.com

gregory.savage@barclaysglobal.com

gregory.scott@phs.com

gregory.siegel@credit-suisse.com

gregory.smith@fmr.com

gregory.smith@thehartford.com

gregory.spencer@mackayshields.com

gregory.staples@db.com

gregory.steier@bbh.com

gregory.stoekle@ny.invesco.com

gregory.turnbullschwartz@aegon.co.uk

gregory.weiss@robecousa.com

gregory.whiteley@tcw.com

gregory.wowkun@honeywell.com

gregory.wyss@bankcoop.ch

gregory@bernstein.com

gregory_agrdner@ml.com

gregory_belonogoff@cargill.com

gregory_cavallo@ml.com

gregory_davis@vanguard.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

gregory_e_reed@bankone.com

gregory_ehrhardt@fanniemae.com

gregory_faranello@westlb.com

gregory_gaare@acml.com

gregory_gallagher@putnam.com

gregory_gottschall@ml.com

gregory_j_murdock@fanniemae.com

gregory_j_wipf@fleet.com

gregory_lord@newton.co.uk

gregory_m_mcconahey@fleet.com

gregory_maunz@ml.com

gregory_morillo@putnam.com

gregory_pasieka@notes.ntrs.com

gregory_s_nassour@vanguard.com

gregory_spencer@ml.com

gregory_stoeckle@invesco.com

gregory_taieb@ssga.com

gregory_white@putnam.com

gregorymassaro@chevrontexaco.com

gregoryp@alger.com

gregory-s.adams@db.com

gregoryvanbeek@temasek.com.sg

gregpolk@synovus.com

gregroy.jordan@uboc.com

gregsirotek@northwesternmutual.com

gregt@fhlbsea.com

gregv@tmgchicago.com

gregwhite@hsbc.com.hk

greiche@frk.com

greig.bryson@swip.com

greig.morrish@morganstanley.com

greinerc@lotsoff.com

greiter@worldbank.org

grenetst@cial.cic.fr

grepace@angelogordon.com

greta.clapp@columbiamanagement.com

greta_friel@putnam.com

gretap@waterfield.com

gretchen.bishop@inginvestment.com

gretchen.deignan@nb.com

gretchen.tremblay@pnc.com

gretchen@nytimes.com

gretchen_cupples@putnam.com

gretchen_rodkey@cbcm.com

gretibpel@intranet.etr.it

grevenu@bryangarnier.fr

grey.duddleston@bankofamerica.com

grey.harris@credit-suisse.com

greyes@btmna.com

grhaggarty@uss.com

grice@sterlingpartners.us

griegerj@deutschehypo.de

griff.noble@blackrock.com

griffin.ca@tbcam.com

griffin.john@nomura-asset.com

griffin.m@tbcam.com

griffin@eslinvest.com

griffin21@bloomberg.net

griffind@strsoh.org

griffinj@bwbank.ie

griffinj@rba.gov.au

griffink@swcorp.org

grigg_j@bloomberg.net

grigore.ciorchina@db.com

griina@qgcapital.com

grimleyj@kochind.com

grimm@tk.thyssenkrupp.com

gripka@tiberasset.com

gripo_gina@jpmorgan.com

gritchie@petro-canada.ca

grlawrence@wellington.com

groche@troweprice.com

grolain@northcentraltrust.com

gronau.jarad@principal.com

gros@dcmc.creditlyonnais.fr

grosello1@bloomberg.net

grosenbauer@bloomberg.net

grosetti@bloomberg.net

grosman@bll.co.il

gross.sabine@siemens.com

gross@fhlb-of.com

gross@pimco.com

grossad@wharton.upenn.edu

grosse.ha@mellon.com

grossi5@bloomberg.net

grossman.kelly@principal.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

grosso.francesco@bsibank.com
groth@jyskebank.dk
growj@rba.gov.av
grozenberg@axia-advisors.com
grpeqdqedpm@gic.com.sg
grr@summitpartnersllc.com
grs@dodgeandcox.com
gruber.mark@pennmutual.com
gruborst@cial.cic.fr
grudolph@pimco.com
gruessnerjc@aetna.com
grupsha@gmail.com
grusnak@evergreeninvestments.com
grussell@metlife.com
grussell@us.ca-indosuez.com
grzegorz.bialobrzeski@bph.pl
grzegorz.gut@shell.com
gs@delen.be
gs58@ntrs.com
gsacco@fideuramsgr.it
gsalone@credem.it
gsaltzberg@deerfieldcapital.com
gsantos@banamex.com
gsapio@refco.com
gsaterson@tiaa-cref.org
gsatlas@diethniki.nbg.gr
gsavage@lmfunds.com
gsavoini@juliusbaer.com
gsaya@mps.it
gsbyers@statestreet.com
gscacco@ag-am.com
gsccir@bloomberg.net
gschaal@invesco.com
gschechter@mfs.com
gschneiderman@fmaadvisors.com
gschorderet@sairgroup.com
gschultz@angelogordon.com
gschupak@concordiafunds.com
gschuster@banxico.org.mx
gschwartz@bostonprivatebank.com
gschwartz@bpbtc.com
gscott@waddell.com
gscully@gofen.com

gscurrency@ibtco.com
gseals@smithbreeden.com
g-seino@yasuda-life.co.jp
gseneca@scmadv.com
gsequity@ibtco.com
gserafini@bancafideuram.it
gserrano@canyonpartners.com
gsessions.londres@sinvest.es
gsgloba@ibtco.com
gshaner@allstate.com
gsharma@oppenheimerfunds.com
gshaver@congressasset.com
gshea@denveria.com
gsherry@caxton.com
gshi@eatonvance.com
gshipp@scottstringfellow.com
gsiegfried@barbnet.com
gsierra@invercaixa.es
gsim@statoilhydro.com
gsimcik@pbucc.org
gsimicek@fhlbsea.com
gsimone@bancodisicilia.it
gsimpson@stpaultravelers.com
gsinha@smithbreeden.com
gsint@ibtco.com
gskapin@fftw.com
gskelley@ups.com
gslavin@westernasset.com
gslonaker@metlife.com
gslotosch@bankofny.com
gsmedberg@libertyview.com
gsmith@bailliegifford.co.uk
gsmith@midatlantic.com
gsmithb@wescorp.org
gsnyder@lehman.com
gsodhoffs@farcap.com
gsoeder@seic.com
gsonies@umwafunds.org
gspivak@nb.com
gsrinivas@rbi.org.in
gstabbert@metlife.com
gstamnos@bloomberg.net
gstampfel@bayernlbny.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

gstandridge@stephens.com

gstein@ocwen.com

gstewart@btmna.com

gstewart@us.mufg.jp

gstiel1@bloomberg.net

gstratte@indiana.edu

gstuecheli@hcmlp.com

gsuardiaz@grupobbva.com

gsummers@jefco.com

gsumner@boh.com

gsuttie@martincurrie.com

gsvoboda@allstate.com

gswank@plainscapital.com

gswart@farcap.com

gswenson@blaylocklp.com

gt7@dcx.com

gtagi@cmb.mc

gtaillard@sinopia.fr

gtakacs@babsoncapital.com

gtall@azoa.com

gtauber@cprus.com

gtbauer@wellington.com

gtedds@kio.uk.com

gtelfer@voyageur.net

gtell@metlife.com

gtewari@hcmlp.com

gth@ubp.ch

gthibod@grneam.com

gthomas@frostbank.com

gthomas@hbk.com

gthomas@troweprice.com

gtmcgraw@bloomberg.net

gtolaini@mcc.it

gtollinchi@bankofny.com

gtom@bloomberg.net

gtomlinson@alliancebernstein.com

gtomolillo@bloomberg.net

gtornga@payden-rygel.com

gtornquist@cenlar.com

gtournant@pimcoequity.com

gtowner@bbandt.com

gtranchik@bloomberg.net

gts@statoil.com

guaitihowe@gic.com.sg

gualtiero.castiglioni@bancaakros.it

guan@sigchina.com

guancioj@jwseligman.com

guang.x.huang@jpmchase.com

guanghi_peng@conseco.com

guang-liang.he@tudor.com

guanyi@fullerton.com.sg

guanyi@temasek.com.sg

guatcheng@fullerton.com.sg

gubaghs@pictet.com

gubonnie@wooribank.com

guccione@pt.lu

guchi@dl.dai-ichi-life.co.jp

guclug@garanti.com.tr

gudeal@hanvitbank.co.kr

gudika@bpsd.fr

guding@bloomberg.net

gudjon@rentec.com

gudrun.hollender@oppenheim.de

gudrun.schartner@deka.de

gueniade@boi.gov.il

guenter.bitschnau@hypovbg.at

guenter.dieterich@db.com

guenter.diezel@hsh-nordbank.de

guenter.dunkel@nordlb.com

guenter.ferstl@ffandp.com

guenter.fritz@hvbasia.com

guenter.graw@dws.com

guenter.hertle@trinkaus.de

guenter.hoellerl@rzb.at

guenter.koehne@hsh-nordbank.com

guenter.kosnopfl@erstebank.at

guenter.nieden@apobank.de

guenter.oberzaucher@rlb-tirol.at

guenter.philipp@pioneerinvestments.com

guenter.pless@essenhyp.com

guenter.schubert@hvb.de

guenter.senftleben@ib.bankgesellschaft.de

guenther.arnberger@omv.com

guenther.barth@icn.siemens.de

guenther.bergauer@schelhammer.at

guenther.diewald@bw-bank.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

guenther.dratlehner@oberbank.at
guenther.hain@raiffeisenbank.at
guenther.herndlhofer@fin4cast.com
guenther.hotz@vpbank.com
guenther.poettler@rzb.at
guenther.schaefer@helaba.de
guenther.schiendl@apk.at
guenther.schmitt@rcm.at
guenther.smisch@erstebank.at
guenther.winklhofer@wuestenrot.at
guenther.wurm@reuschel.com
guenther_welter@westam.de
guerrero@miami.edu
guerritore.piero@enel.it
guertler@tk.thyssenkrupp.com
guest@adelphi-capital.com
guetl@meinlbank.com
gugali@mfs.com
guglielmo.mazzarino@bancaroma.it
guglielmo.paolo.morini@bancalombarda.it
guido.allehoff@helaba.de
guido.behrendt@postbank.de
guido.bellmann@saarlb.de
guido.biasia@gruppobim.it
guido.bigger@ubs.com
guido.billstein@fandc.com
guido.bolliger@juliusbaer.com
guido.braem@fortisbank.com
guido.bugiel@oppenheim.de
guido.bunte@fortisinvestments.com
guido.cameron@trinkaus.de
guido.casella@azimut.it
guido.damian@ahbr.de
guido.deascanis@morganstanley.com
guido.dette@gerling.de
guido.e.vanderven@slma.com
guido.fabbri@bper.it
guido.goretti@cominvest-am.com
guido.graninger@pioneerinvestments.at
guido.graupner@activest.de
guido.grossi@bnlmail.com
guido.guzzetti@capitalia-am.com
guido.kruedenscheidt@aigpb.com

guido.lavia@intesasanpaolo.com
guido.marveggio@juliusbaer.com
guido.miglietta@mediobanca.it
guido.ostermeier@oppenheim.de
guido.pardini@bancaprofilo.it
guido.pella@sella.it
guido.petruzzelli@siemens.com
guido.ruoss@rmf.ch
guido.schaffarik@ba-ca.com
guido.schickentanz@juliusbaer.com
guido.schlichting@bremerlandesbank.de
guido.schmidt@hauck-aufhaeuser.de
guido.schulte@depfa.com
guido.sibilia@capitalia-am.com
guido.vandemaele@fortis.com
guido.vandemaele@fortisbank.com
guido.willems@oppenheim.de
guido.wolswijk@ecb.int
guido_mundt@westlb.de
guido_rust@swissre.com
guido_stubenrauch@troweprice.com
guidonep@jwseligman.com
guila.israel@bgpi.com
guilherme.pini@ubs.com
guilherme_schmidt@cargill.com
guillame.taylor@lodh.com
guillaume.bellin@bnpparibas.com
guillaume.boccara@sgcib.com
guillaume.boulanger@axa-im.com
guillaume.cendrier@americas.bnpparibas.com
guillaume.chieusse@banquedorsay.fr
guillaume.courtines@calyon.com
guillaume.dambrine@axa-im.com
guillaume.de-carpentier@sgcib.com
guillaume.defrance@axa-im.com
guillaume.de-lafarge@bred.fr
guillaume.deparscau@nyc.nxbp.com
guillaume.dhamelincourt@jpmchase.com
guillaume.di-paolantonio@calyon.com
guillaume.dupin@calyon.com
guillaume.dupin@sgcib.com
guillaume.duthu@dexia.com
guillaume.engles@bbh.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

guillaume.friedel@sgcib.com
guillaume.hollier-larousse@bnpparibas.com
guillaume.jamain@bred.fr
guillaume.janssen@ingim.com
guillaume.jeanroy@caam.com
guillaume.kovarcik@bnpparibas.com
guillaume.lattaignant@uk.calyon.com
guillaume.legal@axa-im.com
guillaume.perret@bred.fr
guillaume.pothier@axa-im.com
guillaume.quibel@clf-dexia.com
guillaume.rambourg@gartmore.com
guillaume.rigeade@sgam.com
guillaume.robiolle@axa-im.com
guillaume.simonneau@labanquepostale-am.fr
guillaume.thiolon@caam.com
guillaume.trentin@caam.com
guillaume_chezaud@lazard.fr
guillaume_detournemire@ustrust.com
guillaume_giacomino@smabtp.fr
guillermo.besaccia@ar.schroders.com
guillermo.bublik@ubs.com
guillermo.carrascosa@andbanc.com
guillermo.delascasas@fmr.com
guillermo.donadini@aig.com
guillermo.felices@bankofengland.co.uk
guillermo.mondino@yale.edu
guillermo.osses@pimco.com
guillermo.serrano@tcw.com
guillermo.viveros@hp.com
guillermo_saenger@cargill.com
guillermo_tello@fleet.com
guimbell@fhlbsf.com
guineym@ms.com
guiseppe.condello@credi-suisse.com
guiseppe.mellerio@interbanca.it
guiseppe.scarabosio@sanpoaloimi.com
guiseppe.scifo@eu.fastnetgroup.com
guiseppe_franceschetti@cariverona.it
guizzardi@simgest.it
gujost@union-investment.de
gul@ubp.ch
gulasky.sm@mellonequity.com

gulcan.elmas@fandc.com
guldal.secener@disbank.com.tr
gulen.indomenico@phxinv.com
gulen.indomenico@thehartford.com
gunar.lietz@ikb.de
gunawan.wijaya@uobgroup.com
gundula.oehlke@westam.com
gunes_kulaligil@fanniemae.com
guneyi@ebrd.com
gunkel.jackie@principal.com
gunnar.batelsson@sandvik.com
gunnar.birkeland@klp.no
gunnar.blix@dnb.se
gunnar.dahlfors@dnb.se
gunnar.friede@db.com
gunnar.gustafsson@seb.se
gunnar.lindberg@lansforsakringar.se
gunnar.miller@allianzgi.de
gunnel.lindkvist@ap1.se
gunner@hestercapital.com
gunnie.mathis@inginvestment.com
guns.elizabeth@principal.com
gunsbourg@bloomberg.net
gunter.coenen@ecb.int
gunter.eckner@lbbw-am.de
gunter.klaffke@bbl.be
gunter.schnaitt@ba-ca.com
gunter.vanrossem@degroof.be
gunterman@gemcapitalmgmt.com
gunther.adam@unicreditgroup.at
gunther.faber@gsk.com
gunther.hahn@ids.allianz.com
gunther.hahn@wwk.de
gunther.kramert@union-investment.de
gunther.kruse@drkw.com
gunther.plohr@hsh-nordbank.com
gunther.schmigalle@db.com
gunther.treffer@ing.ch
gunther.westen@wmam.com
guobin@watermarkgroup.com
guojin@icbc.com.cn
guojun_chu@symantec.com
guoqing_yan@fanniemae.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

guotao.lu@mackayshields.com

guoxing.wang@spinnakerasia.com

gupta.siddharth@credit-suisse.com

gurdeep@hansra.co.uk

guren@ftci.com

guro.knapstad@moa.norges-bank.no

gurry.rn@dreyfus.com

gus.flores@sce.com

gus.guinther@silvantcapital.com

gus.moriana@jpmorgan.com

gus.robertson@aig.com

gus.robertson@ingim.com

gus.stathos@moorecap.com

gus_fleites@ssga.statestreet.com

gust@fundadministration.com

gustaf.frithz@brummer.se

gustaf.gronhagen@nordea.com

gustaf.hagerud@ap1.se

gustaf.sjogren@catella.se

gustav.bengtsson@nordea.com

gustav.biner@ubs.com

gustav.dekment@kfw.de

gustav.fyring@seb.se

gustav.hail@claridenleu.com

gustav.humbert@airbus.com

gustav.inglin@credit-suisse.com

gustav.krantz@commercebank.com

gustav.schuler@mbczh.ch

gustave.seasongood@huntington.com

gustavo.bursztyn@shell.com

gustavo.bussinger@bcb.gov.br

gustavo.magno@umb.com

gustavo.ottoni@bcb.gov.br

gustavo.quesada@tibom.com

gustavo.salomao@credit-suisse.com

gustavus.bahr@nationalcity.com

gutblas@bloomberg.net

gutierrf@eib.org

gutley@hbk.com

guus.vermont@nibcapital.com

guy.antonelli@aig.com

guy.barba@chase.com

guy.beeston@hvbeurope.com

guy.benton@fandc.com

guy.berger@bankofamerica.com

guy.busain@dexia.be

guy.cameron@bailliegifford.com

guy.combot@cnp.fr

guy.delbarre@ingferri.fr

guy.dunham@jpmorgan.com

guy.gd.delandsheer@dexia-bil.com

guy.harris@bescl.co.uk

guy.holbrook@columbiamanagement.com

guy.johnston@sgcib.com

guy.lakonishok@blackrock.com

guy.levy-rueff@banque-france.fr

guy.lodewyckx@sgam.com

guy.longueville@bnpparibas.com

guy.lutz@ch.abnamro.com

guy.mclean@mhcb.co.uk

guy.parent@db.com

guy.pope@columbiamanagement.com

guy.raeves@dexia.be

guy.rutherfurd@morganstanley.com

guy.scheiwiller@claridenleu.com

guy.scott@janus.com

guy.sidiki@sgam.com

guy.skinner@swip.com

guy.steinegger@lodh.com

guy.stern@csam.com

guy.thomas@sgam.com

guy.thornewill@alliancebernstein.com

guy.trust@isisam.com

guy.uding@ap.ing.com

guy.vandendorpe@ucb-group.com

guy.vandeneynde@dexia.be

guy.vandereecken@dexia.be

guy.wagner@bdl.lu

guy.williams@fortisinvestments.com

guy.wynter@blackrock.com

guy_davidson@acml.com

guy_pennisi@tigersharklp.com

guy_yeakley@conning.com

guybeeston@commerzbank.com

guybridge@hsbc.com

guyh@capraasset.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| guyhayes@bapfin.co.uk | gwee@mas.gov.sg |
| guylay@barbnet.com | gweitzel@sovereignbank.com |
| guym@migdal-group.co.il | gwen.evans@boimail.com |
| guyot.van.meer@ingim.com | gwen_o_ronald@national-city.com |
| guyu@citicib.com.cn | gwen_woodson@ci.richmond.ca.us |
| guyvcraene@bloomberg.net | gwenael.allouche@ubs.com |
| guzmane@wpginvest.com | gwenael.lecarvennec@banquedorsay.fr |
| guzzo@bpintra.it | gwenaelle.balcon@caam.com |
| gvadasdi@bennettmgmt.com | gwenaelle.vanhoutte@bbl.be |
| gvalencv@cajamadrid.es | gwenda.jenkins@worldinvest.com |
| gvalentine@bankofny.com | gwendeltung@temasek.com.sg |
| gvalentine@croftleo.com | gwen-maud.de-souter@ing.be |
| gvandrunen@dow.com | gwenny.tse@citicorp.com |
| gvaneeten1@bloomberg.net | gwerner@ikbcc.com |
| gvaquell@notes.banesto.es | gwest.saltonstall@db.com |
| gvellahn@bankofny.com | gwestervelt@mfs.com |
| gvera@assegurances.sanostra.es | gwestpha@us.oracle.com |
| gverveniotis@fftw.com | gwheeler@worldbank.org |
| gvg@bancoinversion.es | gwilliams@bear.com |
| gvismara@poplodi.it | gwilliams@llic.com |
| gvitagli@jefco.com | gwilliams@uk.tr.mufg.jp |
| gvogelman@highbridge.com | gwilson@hbk.com |
| gvolpe@lehman.com | gwilson@munder.com |
| gvondrashek@wellington.com | gwilym.jennett@rabobank.com |
| gvouters1@bloomberg.net | gwinr1@nationwide.com |
| gvoyles@frk.com | gwion.m.moore@jpmorgan.com |
| gvsanjay@us.ca-indosuez.com | gwisbey1@bloomberg.net |
| gw39@ntrs.com | gwl1@cornell.edu |
| gwafford@bloomberg.net | gwolf@angelogordon.com |
| gwagmbh@aol.com | gwolf@lordabbett.com |
| gwagner@royalbankamerica.com | gwr@gwrwealth.com |
| gwahlen@bpscapital.com | gwri@kempen.nl |
| gwallent@loomissayles.com | gwright@federatedinv.com |
| gwalsh@lkcm.com | gwu@lmcm.com |
| gwaltz@temgweb.com | gwuelser@bloomberg.net |
| gwanningen@bloomberg.net | gww@capgroup.com |
| gward@state.tn.us | gxantho@gmail.com |
| gwark@frk.com | gxiang@loomissayles.com |
| gwarnke@bankofny.com | gxn@capgroup.com |
| gwarren@gofen.com | gxqian@hkma.gov.hk |
| gwatts@ryanbeck.com | gy25@cornell.edu |
| gwebb@fhlbdm.com | gyang@bloomberg.net |
| gwebber@valance.us | gyavner@firstnyllc.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| gyca01@handelsbanken.se | h.galavazi@hq.vnu.com |
| gyeong_kim@amrcorp.com | h.goetz@commerzbank.com |
| gyimesisj@bernstein.com | h.grootveld@robeco.nl |
| gyliane.morgan@prudential.com | h.h.j.van.der.hoorn@dnb.nl |
| gylow@bloomberg.net | h.haruta@noemail.com |
| gyo_kawata@tr.mufg.jp | h.heimburger@guh-vermoegen.de |
| gyoder@metlife.com | h.hendriks@zwitserleven.nl |
| gyonker@litchfieldcapital.com | h.hollenweger@hsbc.guyerzeller.com |
| gyorgy.kovacs@dzbank-cee.com | h.hsuan@hsbc.guyerzeller.com |
| gyovan@comerica.com | h.ibaraki@jabank kyoto.or.jp |
| gyu@frk.com | h.ishikawa@noemail.com |
| gyu@westernasset.com | h.iwai@noemail.com |
| gyulvesa@ebrd.com | h.j.baumann@bluewin.ch |
| gyunny@kdb.co.kr | h.jager@dnb.nl |
| gzappa@alenia.finmeccanica.it | h.jaindl@staedtische.co.at |
| gzefi@fideuramsgr.it | h.kajitani@aozorabank.co.jp |
| gzhang@delinvest.com | h.kempen@oyens.nl |
| gzhilyaev@templeton.com | h.khan@mwam.com |
| gzime.hidiasani@claridenleu.com | h.kroon@bouwfonds.nl |
| gzinn@waddell.com | h.kubota@mitsubishi-trust.co.uk |
| gzucchini@bpvifondi.it | h.kuroda@aozorabank.co.jp |
| gzuffi@fideuramcapital.it | h.leifeld@donner.de |
| gzzs@capgroup.com | h.m.smits@vanlanschot.com |
| h.altoubaji@ncbc.com | h.mahaud@telefonica.es |
| h.attar@alahli.com | h.miyazaki@skam.co.jp |
| h.aurousseau@cogefi.fr | h.mizukami@aozorabank.co.jp |
| h.bafaqeeh@alahli.com | h.molenaar@zwitserleven.nl |
| h.beltman@vanlanschot.com | h.nagashima@ny.tr.mufg.jp |
| h.beyhum@olayan.com | h.nakaya@aozorabank.co.jp |
| h.bodenez@cholet-dupont.fr | h.nishikawa@jahs.or.jp |
| h.brackmann@deutschepost.de | h.noeding@aozora-invmgmt.com |
| h.brakmann@deutschepost.de | h.nomura@skam.co.jp |
| h.brian.diener@blackrock.com | h.olayan@olayangroup.com |
| h.clark@fordfound.org | h.ototake@noemail.com |
| h.de.visser@hq.vnu.com | h.p.johnson.alcv@statefarm.com |
| h.dieperink@schretlen.com | h.platschorre@hq.vnu.com |
| h.dijkstra@dr.utc.rabobank.com | h.redha@ncbc.com |
| h.elmers@robeco.nl | h.sakamoto@noemail.com |
| h.evans@sumitomotrust.co.jp | h.saylor@ny.frb.org |
| h.fairag@alahli.com | h.scott.cunningham@pncbank.com |
| h.folkers@gbf.nl | h.sevdican@robeco.nl |
| h.funatsu@aozorabank.co.jp | h.shah@sumitomotrust.co.jp |
| h.g.schokker@dnb.nl | h.smart@bspf.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| h.sufian@fnysllc.com | hach@kempen.nl |
| h.szafranski@dowcorning.com | hachidai.ueda@aig.com |
| h.takaichi@noemail.com | hachigian@cooperindustries.com |
| h.thome@bcee.lu | hackett@bloomberg.net |
| h.trueb@ny.tr.mufg.jp | h-adachi@nliinter.com |
| h.vanginneken@dpfs.nl | hades.liang@chinatrust.com.tw |
| h.vanneerbos@dpfs.nl | hadi.kabalan@gs.com |
| h.veugelers@vanlanschot.com | hadiza.lair@axa-im.com |
| h.vorstenbosch@robeco.nl | hadley.clark@bbh.com |
| h.westra@robeco.nl | hae.man.chu@us.hsbc.com |
| h.winch@hermes.co.uk | haedo@pictet.com |
| h.yagi@noemail.com | haekyun@wooribank.com |
| h.yamazaki@plaza-am.co.jp | hafez.ayeva@fortisinvestments.com |
| h.yorifuji@jahs.or.jp | hafida.akanour@ing-im.fr |
| h.yoshida@noemail.com | hafidzyakob@brunet.bn |
| h.zeibak@olayangroup.com | hafizul@bnm.gov.my |
| h_ellenbogen@troweprice.com | hag@sitinvest.com |
| h_kitagawa@nam.co.jp | hagen.ernst@oppenheim.de |
| h_kubotani@nam.co.jp | hagen.sinodoru@ib.bankgesellschaft.de |
| h_nishikawa@nam.com | hagen-jens_braun@westlb.de |
| h_sato@nam.co.jp | hagenp@bloomberg.net |
| h_saxena@ml.com | hagestad@stanford.edu |
| h_yamaoka@nam.co.jp | hagey@bessemer.com |
| h_yokoyama@nam.co.jp | haggi@citicorp.com |
| h1.watanabe@bloomberg.net | hagino@netntt.fr |
| h1-endo@nissay.co.jp | hagit.feldman@discountbank.co.il |
| h1-takeuchi@nissay.co.jp | hagit@bll.co.il |
| h2.kinoshita@aozorabank.co.jp | hagr04@handelsbanken.se |
| h2c@americancentury.com | hagstromr@aol.com |
| h3986052@kdb.co.kr | hague@pimco.com |
| h77haya@dl.dai-ichi-life.co.jp | hah@carnegieam.dk |
| h8315262@hcb.co.kr | hah@kpc.com.kw |
| h8515@chol.net | haha3730@wooribank.com |
| ha.sakai@uedayagi.co.jp | hahn@deshaw.com |
| haakon.kjaernes@glitnir.lu | hai.chen@moorecap.com |
| haasm@michigan.gov | hai.cui@icbc.com.cn |
| habdalla@aaib.com | hai.do@frankfurt-trust.de |
| habib.elam@hpfb.com | hai.zhang@novartis.com |
| habib.ferchichi@ch.abnamro.com | haibo.chen@alliancebernstein.com |
| habib_annous@capgroup.com | haicheng.li@tcw.com |
| habib_subjally@ldn.invesco.com | haider_raja@standardlife.com |
| habtamu.bekele@blackrock.com | haigh.jason@principal.com |
| hacavedo@oppenheimerfunds.com | haigka.lndb@bloomberg.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

haileyferg@bloomberg.net
haim.fisher@mailpoalim.co.il
haim.sion@leumiusa.com
haim_israel@ml.com
haimabraham@bankleumi.co.il
haimiao.bao@storebrand.com
haiwei.li@barclaysglobal.com
haiwen.hsu@csam.com
haj@swcorp.org
haj@ubp.ch
hajeong@kbstar.co.kr
haji_young@acml.com
hajime.kawada@uk.mufg.jp
hajime.motomiya@mizuho-bk.co.jp
hajime.ozawa@mizuhocbus.com
hajime.saito@mizuho-bk.co.jp
hajime.sato@daiwa.co.jp
hajime_ishigami@tr.mufg.jp
hajime-nozaki@am.mufg.jp
hajnalka.gaal@dit.de
hakama@worldbank.org
hakan.beygo@wellsfargo.com
hakan.borgedahl@swedbank.com
hakan.ewerklou@nordea.com
hakan.falk@foreningsbanken.se
hakan.kartal@isbank.com.tr
hakan.sesle@rbscoutts.com
hakan.yildiz@hypovbg.at
hakan@adelphi-capital.com
hakan@sfc-uk.com
hakankuy@garanti.com.tr
hakem.saidi@union-investment.de
hakimoto@lf.mufg.jp
hakki.arslan@btconnect.com
hakyoung.lee@samsung.com
hal.candland@usaa.com
hal.clark@aiminvestments.com
hal.clark@jpmorganfleming.com
hal.goldstein@fafadvisors.com
hal.kotowsky@wellsfargo.com
hal.lambert@fairfaxcounty.gov
hal_barr@aimfunds.com
halamsyah@bi.go.id

halea@wellsfargo.com
haleenj@lotsoff.com
halek@bloomberg.net
halfouzan@kio.uk.com
halina.bernard@pmintl.com
haliza@bnm.gov.my
hall@bessemer.com
hall_randy@fsba.state.fl.us
hallberg@jyskebank.dk
hallerph@bloomberg.net
hallg@brinson.com
hallison@tiaa-cref.org
hallowh@nationwide.com
hallpm@bp.com
hallw@domres.com
halsey.morris@blackrock.com
halsey@fhlb-of.com
halsne.crystal@principal.com
halter.pat@principal.com
haltong@mondrian.com
haluk.burumcekci@disbank.com.tr
haluk.burumcekci@fortis.com.tr
hama.toru@sojitz.com
hamada.yoshio@tepco.co.jp
hamada@daiwa-am.co.jp
hamao@usc.edu
hamazaki_koji@yk.smbc.co.jp
hamberger@tk.thyssenkrupp.com
hamblinb@firsthorizon.com
hambrose@newstaram.com
hamdan@taicobu.com
hamdi.karray@sgam.com
hamecs@clinton.com
hameczi@mnb.hu
hamed_kone@vanguard.com
hamemiya@ambac.com
hamerlev@gmail.com
hamet@wharton.upenn.edu
hamhedging.mt@dlh.de
hamid.elkhlifi@socgen.com
hamid@bnm.gov.my
hamidah.thanawala@nyc.rabobank.com
hamilton.davis@funb.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| hamiltonm@washpost.com | hanh.huynh@alliancebernstein.com |
| hamish.chamberlayne@gartmore.com | hanh.luu@pacificlife.com |
| hamish.dingwall@bailliegifford.com | hanhu@wharton.upenn.edu |
| hamish.findlater@juliusbaer.com | hanhweechin@gic.com.sg |
| hamish.fitzsimons@bernstein.com | hani.mansour@statestreet.com |
| hamish.johnstone@gmacrfc.co.uk | hani.zahdeh@lloydstsb.co.uk |
| hamish.mcloughlin@rabobank.com | hani@wharton.upenn.edu |
| hamish.parker@mondrian.com | hanilbk@aol.com |
| hamish.robertson@resolutionasset.com | hank.boot@allianz.de |
| hamm_eric@jpmorgan.com | hank.j.delvecchio@bankofamerica.com |
| hammer@bankofengland.co.uk | hank_greenleaf@ustrust.com |
| hammonds@strsoh.org | hanke@jhu.edu |
| hampus.lundh@blackrock.com | hanlee2@hanmail.net |
| han.altink@fandc.com | hanley@smbc-si.com |
| han.de.jong@nl.abnamro.com | hanline@hhmi.org |
| han.li@credit-suisse.com | hanna.ahrens@oppenheim.de |
| han.mesters@nl.abnamro.com | hanna.assayag@sgam.com |
| han.rijken@ingim.com | hanna.berglund@ikb-cam.de |
| han.s@tbcam.com | hanna.bobyk@dartmouth.edu |
| han.song@icbcleasing.com | hanna.hiidenpalo@tapiola.fi |
| han.van.manen@pggm.ml | hanna.sievinen@nokia.com |
| han.van.manen@pggm.nl | hanna106@groupwise.umn.edu |
| han.vanderdong@juliusbaer.com | hannah.beacon@commerzbankib.com |
| han.vanderhoorn@ecb.int | hannah.charlick@fandc.com |
| han.wang@bankofamerica.com | hannah.cheng@ge.com |
| han@pimco.com | hannah.chung@sscims.com |
| hanachang@tcenterprise.com.tw | hannah.cunliffe@union-investment.de |
| hanako_yoshimi@putnam.com | hannah.reeves@citadelgroup.com |
| hanan.levin@umb.com | hannah.shaw@chase.com |
| hanao@daiwasbi.co.jp | hannah.skeates@barclaysglobal.com |
| hanauerjbh@bloomberg.net | hannah.thomson@bbc.co.uk |
| hanboon@temasek.com.sg | hannah.winterhalder@aberdeen-asset.com |
| hance.thurston@suntrust.com | hannah@sandlercap.com |
| hancia@tskb.com.tr | hannah_chiang@americancentury.com |
| handan.fahmy@citizensbank.com | hannah-may.hawkins@jpmorgan.com |
| handel@mmwarburg.ch | hanne.moesenbacher@ba-ca.com |
| handel@sparkasse-pforzheim.de | hanne.rongsted@nordea.com |
| handel@tkb.ch | hanneke.velthuis.oude@pggm.nl |
| handerson@templeton.com | hannelore.kazek@cominvest-am.com |
| hane18756@nissay.co.jp | hannes.david@claridenleu.com |
| hanf@jwseligman.com | hannes.honnegger@ubs.com |
| hanford@atlanticinvestment.net | hannes.leitgeb@hypovbg.at |
| hangtuah@bnm.gov.my | hannes.loacker@rcm.at |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

hannes.marschalek@sparkasse-ooe.at
hannes.roubik@amg.co.at
hanno.hirvinen@okobank.com
hanns.grad@lbsh-int.com
hanns-christian.vonschuler@hshn-securities.com
hanochf@bll.co.il
hanosej@nationwide.com
hanqing.tian@barclaysglobal.com
hans.aasnaes@storebrand.com
hans.abate@dbla.com
hans.allmandinger@sparkassenversicherung.de
hans.berger@hsh-nordbank.com
hans.bernhard.trinius@sachsenlb.de
hans.bill@sandvik.com
hans.boije@credit-suisse.com
hans.christensen@mjxam.com
hans.dahringer@dzbank.de
hans.danielsson@aig.com
hans.dramm@ubs.com
hans.engelhard@unilever.com
hans.ericsson@ap3.se
hans.fischer@zkb.ch
hans.forssman@skandia.se
hans.frey@swisscanto.ch
hans.gannestad@dnb.no
hans.grootjen@soros.com
hans.gustafson@ap1.se
hans.hansen@hsh-nordbank.com
hans.hoelzl@union-investment.de
hans.huff@ib.bankgesellschaft.de
hans.hurschler@rmf.ch
hans.itburrun@ing.ch
hans.jakob@bankhaus-loebbecke.de
hans.jansen@volkswagen.de
hans.jansson@swedbank.com
hans.johnsson@dnb.se
hans.kamminga@blackrock.com
hans.koeck@pioneerinvestments.at
hans.krajewski@db.com
hans.leitner@sparinvest.com
hans.lindberg@ap3.se
hans.lindh@swedbankrobur.se
hans.liska@at.bacai.com

hans.lofgreen@banco.se
hans.mendrala@hsh-nordbank.com
hans.moerman@bng.nl
hans.molenaar@sns.nl
hans.nowusch@deka.de
hans.obel@danskebank.dk
hans.ochsner@efv.admin.ch
hans.ola.meyer@atlascopco.se
hans.olav.husum@storebrand.com
hans.oostindien@nl.abnamro.com
hans.optveld@pggm.nl
hans.peters@fortisinvestments.com
hans.plukas@fmr.com
hans.postmus@ingim.com
hans.rademaker@mn-services.nl
hans.reckers@bundesbank.de
hans.reich@kfw.com
hans.rettl@rzb.at
hans.ruebel2@de.bosch.com
hans.sanders@ubs.com
hans.sattler@hvb.de
hans.schoonderwoerd@fandc.nl
hans.simaeys@fortisbank.com
hans.slomp@sns.nl
hans.speich@vontobel.ch
hans.spikker@pggm.nl
hans.starrenburg@nibc.com
hans.staveren@ingbank.com
hans.steyaert@fortisinvestments.com
hans.stoter@ingim.com
hans.stoter@inginvestments.com
hans.strueder@lbbw.de
hans.stuebi@lukb.ch
hans.thurnheer@uebgroup.com
hans.troger@gx.novartis.com
hans.ulinder@brummer.se
hans.utech@helaba.de
hans.valer@zkb.ch
hans.van.de.weg@ingim.com
hans.van.ee@pggm.nl
hans.van.iim.zwol@ingim.com
hans.van.leeuwen@nibc.com
hans.van.rijn@meespierson.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| hans.vandenberg@morganstanley.com | hans-juergen.schmidtke@siemens.com |
| hans.vanderknaap@fortisinvestments.com | hans-jurg.lips@hsh-nordbank.co.uk |
| hans.vanerp@csm.nl | hanskaspar.denzler@roche.com |
| hans.vermeulen@ingim.com | hanskim@bok.or.kr |
| hans-albert.eberhard@dgzbank.de | hans-martin.presterud@dnbnor.no |
| hans-andre.koenigs@cominvest-am.com | hans-martin.thorsen@storebrand.com |
| hans-andrea.disch@csfb.com | hanson@fhlb-of.com |
| hans-bernhard.schreiber@helaba.de | hans-peter.arweiler@saarlb.de |
| hans-christian.juergensen@dit.de | hans-peter.bandur@oppenheim.de |
| hans-christian.kuehl@hsh-nordbank.com | hanspeter.barth@ska.com |
| hans-christoph.groscurth@bayernlb.de | hanspeter.dolf@gkb.ch |
| hanse.ringstrom@seb.se | hans-peter.fliegel@oppenheim.de |
| hansense@wellscap.com | hans-peter.goth@blb.de |
| hansethb@columbiamanagement.com | hans-peter.hausheer@ubs.com |
| hansford.warner@pimco.com | hanspeter.huber@juliusbaer.com |
| hans-fredo.list@aam.de | hanspeter.karstens@haspa.de |
| hans-georg.otten@commerzbank.com | hans-peter.kellenberger@bkb.ch |
| hans-georg.vetterlin@credit-suisse.com | hans-peter.kolb@dresdner-bank.com |
| hans-guenter.schmidt@cominvest.de | hans-peter.leisten@dzbank.de |
| hans-heinrich.pahl@volkswagen.de | hans-peter.mathe@hypovereinsbank.de |
| hans-helmut.kotz@bbk-zentrale.de | hans-peter.mewes@hsh-nordbank.com |
| hans-herbert.wascholl.ikb.de@ikb.de | hans-peter.murmann@helaba.de |
| hans-joachim.gille@lrp.de | hans-peter.rathjens@adig.de |
| hans-joachim.klockers@ecb.int | hans-peter.rub@vomagfinanz.ch |
| hansjoachim.koenig@union-investment.de | hans-peter.rupprecht@siemens.com |
| hans-joachim.otto@hsh-nordbak.com | hanspeter_haessig@swissre.com |
| hans-joachim.otto@hsh-nordbank.com | hans-ronald.schieb@ids.allianz.com |
| hans-joachim.rohde@nordlb.de | hanssprenger@helaba-invest.de |
| hans-joachim.staats@wuestenrot.de | hansstuke@helaba-invest.de |
| hansjoachim.thoenes@gerling.de | hansueli.gasser@swisscanto.ch |
| hansjoerg.b.germann@credit-suisse.com | hans-ulrich.furger@winterthur.ch |
| hansjoerg.bitta@geninvest.de | hans-ulrich.jost@ubs.com |
| hansjoerg.borutta@ubs.com | hans-ulrich.mayer@oppenheim.de |
| hansjoerg.ertl@rbgt.raiffeisen.at | hans-ulrich.nigg@vpbank.com |
| hansjoerg.kaser@mhs.swissbank.com | hansungkim@bok.or.kr |
| hansjoerg.luethi@claridenleu.com | hans-werner.seidel@nordlb.de |
| hansjoerg.pack@dws.de | hanvit03@netvigator.com |
| hansjoerg.schmidt@zkb.ch | hanvit04@netvigator.com |
| hans-joerg.stamm@oppenheim.de | hany.gobreial@pacificlife.com |
| hansjoerg.walther@union-investment.de | hany.saleeb@ge.com |
| hans-josef_peusquens@westlb.de | hanying.ye@bankofamerica.com |
| hans-juergen.kremer@trinkaus.de | hanzawah@bloomberg.net |
| hans-juergen.reuvers@postbank.de | hao.kang@icbccs.com.cn |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

hao.li@novartis.com

hao.wu@aig.com

hao.wu@storebrand.com

haov@nykredit.dk

haoxiang.zhu@stanford.edu

happyday@mail.tbb.com.tw

happyhome@wooribank.com

har@nbim.no

hara.masahide@daido-life.co.jp

hara@boj.co.uk

hara26729@nissay.co.jp

harada.k@daiwa-am.co.jp

harada.michiko.hn@daiichisankyo.co.jp

harada_yasushi@ay.smbc.co.jp

harada-h@daiwasbi.co.jp

haraguchi@nam.co.jp

harald.bachmaier@siemens.com

harald.besser@kathrein.at

harald.brandl@csam.com

harald.buchholz@dghyp.de

harald.edele@trinkaus.de

harald.elgaaen@gjensidige.no

harald.fischer@vkb.de

harald.floeter@sparkasse-koelnbonn.de

harald.fuerst@db.com

harald.greiner@rewe-group.com

harald.hagenauer@vatech.at

harald.helbing@deka.de

harald.henke@union-panagora.de

harald.hild@hvb.de

harald.kaiser@bayernlb.de

harald.kjessler@ohman.se

harald.kober@sparinvest.com

harald.kreuzmair@ba-ca.group-treasury.co.at

harald.kuznik@hsh-nordbank.com

harald.kvaale@us.hsbc.com

harald.larsson@electrolux.se

harald.limberger@oberbank.at

harald.lohr@commerzbankib.com

harald.lohre@union-investment.de

harald.moog@devif.de

harald.mueller@lbbw.de

harald.nutz@erstebank.at

harald.pointecker@schoellerbank.at

harald.raffay@bawagpsk.com

harald.riedler@rzb.at

harald.ruppelt@hauck-aufhaeuser.de

harald.schenk@hannover-re.com

harald.schlick@unicreditgroup.at

harald.schmidlin@commerzbank.com

harald.schoenauer@rzb.at

harald.sporleder@allianzgi.de

harald.staudinger@pioneerinvestments.com

harald.tanzer@bayernlb.de

harald.undis@bmw.de

harald.wenzel@oppenheim.de

harald.wilhelm@airbus.com

harald.witte@lrp.de

harald.woelfle@lbbw-am.de

hardee.mills@jpfinancial.com

hardeep.rai@gartmore.com

hardeep_parmar@ssga.com

hardeepbhutani@gic.com.sg

hardendl@ensignpeak.org

hardwick@atlanticinvestment.net

hardy.butt@lbb.de

hareesh.jayanthi@db.com

harel.sender@alliancebernstein.com

haresh.sheth@sgcib.com

harg@us.danske.com

hargrovm@us.ibm.com

harhe@statoilhydro.com

hari.sandhu@sgam.co.uk

hari.srinivasan@nb.com

hari.thrivikramji@pharma.novartis.com

hari_sven.krishnan@novartis.com

harie@daiwasbi.co.jp

h-ariga@nochubank.or.jp

harijs@bloomberg.net

harinder.dhillon@axa-im.com

haris.skaliotis@jpmorganfleming.com

harish.kaushal@novartis.com

harish.vaghjiani@uk.nomura.com

harish_kumar@nylim.com

harisha@scm-lp.com

harith.abussaud@samba.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

hariyadi@bi.go.id
harjan.kuiper@ikb-cam.de
harjan.kuiper@rabobank.com
harjeet.drubra@uk.tesco.com
harjeet.heer@csam.com
harjinder.bihal@lgim.co.uk
harkend@wellsfargo.com
harkes@tcwgroup.com
harknessm@ufji.com
harlakshmi.chandrashekar@gs.com
harlan.bennett@delta.com
harlan.carere@fmr.com
harlan.sonderling@columbiamanagement.com
harle.mossman@citigroup.com
harley.esposito@ubs.com
harley.lank@fmr.com
harm.carstens@dws.com
harmbrus@tiaa-cref.org
harmon.research@fmr.com
harmsen.tami@principal.com
harmut.schuz@dzbank.de
harnet.gaim@ibtco.com
harnett@templeton.com
harold.birk@natixis.us
harold.birk@nyc.nxbp.com
harold.hawkins@thehartford.com
harold.holding@db.com
harold.johnson@po.state.ct.us
harold.kooch-hagen@im.storebrand.no
harold.la@capitalglobal.com
harold.lorenzo@wachovia.com
harold.nachtrieb@commercebank.com
harold.siegel@hcminvest.com
harold.singleton@aig.com
harold.singleton@ubs.com
harold.snow@canadalife.co.uk
harold.troxel@conocophillips.com
harold.weilbold@aua.com
harold.yoon@inginvestment.com
harold_weiss@swissre.com
harold-clifford.meye@ubs.com
haroon.chaudhry@fgb.ae
haroon.iqbal@db.com

haroon.shaikh@augustus.co.uk
haroonor.rashid@bwater.com
harpal.maini@americas.bnpparibas.com
harpal.maini@gmacrfc.com
harpeet@temasek.com.sg
harpel@halpel.com
harpole_john@jpmorgan.com
harpreet_singh@mfcinvestments.com
harri.kuosmanen@okobank.fi
harri.piipponen@sampo.fi
harri.siira@sampo.fi
harrie.dielen@pggm.nl
harriet.little@glgpartners.com
harriet.parker@morleyfm.com
harriet.phillips@barclays.co.uk
harriet.waley-cohen@fandc.com
harriet.wintzer@kfw.de
harriet_uhlir@victoryconnect.com
harriett.gordon@soros.com
harriett.m.richmond@jpmorganfleming.com
harris.bernstein@hawthorn-pnc.net
harris.leviton@fmr.com
harris.r.arch@usa.dupont.com
harrisb@kochind.com
harriscd@bloomberg.net
harrish.bajaj@ibtco.com
harrish@bnm.gov.my
harrison.alexander@nomura-asset.com
harrison.j.davies@dartmouth.edu
harrison.luvai@wamu.net
harrison.quitman@fmr.com
harrison.r@tbcam.com
harrison@deshaw.com
harrisonmichaeluser@company.com
harrisot@kochind.com
harropt@nationwide.com
harry.barman@citadelgroup.com
harry.blanchard@wachovia.com
harry.carrel@aig.com
harry.epstein@db.com
harry.eyre@uk.mufg.jp
harry.hummel@bernstein.com
harry.illouz@grupobbva.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

harry.jaeaeskelaeinen@rothschildbank.com

harry.kohli@adlerbank.ch

harry.lange@fmr.com

harry.mackinnon@swip.com

harry.martin@bbh.com

harry.melandri@aberdeen-asset.com

harry.mueller@cibasc.com

harry.murray@thehartford.com

harry.norman@thehartford.com

harry.nullet@sgcib.com

harry.paschalidis@gcm.com

harry.radovich@blackrock.com

harry.schoett@lbbw-am.de

harry.sim@honeywell.com

harry.sun@alliancebernstein.com

harry.tan@icprc.com

harry.thurairatnam@swift.com

harry.trip@ingim.com

harry.tscharner@hapoalim.ch

harry.vandriel@sns.nl

harry.vermeij@hollandbeleggingsgroep.nl

harry.verschoren@ingim.com

harry.vlandis@ge.com

harry.williams@nationalcity.com

harry@tcb-bank.com.tw

harry_breda@aimfunds.com

harry_gakidis@putnam.com

harry_nimmo@standardlife.com

harry65@hanmail.net

harryholt@mercuryin.es

harrys@emigrant.com

harrytan@dbs.com

harsh.bansal@honeywell.com

harsh.chugh@us.ibm.com

harsha.patel@investecmail.com

hartadi@bi.go.id

hartj@emigrant.com

hartk@bloomberg.net

hartley@fhlb-of.com

hartma@vankampen.com

hartman5@stanford.edu

hartmant@blb.de

hartmut.deglmann@bayernlb.de

hartmut.gogol@devif.de

hartmut.issel@ubs.com

hartmut.leibrock@union-investment.de

hartmut.rock@lri.lu

hartmut.strauss@hsh-nordbank.com

hartmut.wagener@amgam.de

hartvig.rygaard@alfredberg.se

hartwic@nationwide.com

hartwig.oberfeld@postbank.de

hartwig.ruell@icn.siemens.de

hartwig.schneidereit@bahn.de

haruna.endo@mizuhocbus.com

haruyuki.toyama@boj.or.jp

harvey.hammonds@bailliegifford.com

harvey.hirschhorn@bankofamerica.com

harvey.sidhu@sinopia-group.com

harvey.young@shinseibank.com

harvey_fram@nylim.com

harvey_g@jpmorgan.com

has.eu@adia.ae

hasamura@us.mufg.jp

hasan.uzun@pmintl.com

hasan@fhlbny.com

hasan_latif@freddiemac.com

hasd@pggm.nl

hase22733@nissay.co.jp

hasegawa@daiwa-am.co.jp

hasegawa@noemail.com

haselhoff@bloomberg.net

hasem@deshaw.com

hasenaka.n@daiwa-am.co.jp

hashbeer.ali@fgb.ae

hashida@nam.co.jp

hashiguchi@daiwa-am.co.jp

hashimoto.a@daiwa-am.co.jp

hashimoto-takao@marubeni.com

hashimoto-takeshi@mitsubishi-sec.co.jp

hashimura02458@nissay.co.jp

hashino@daiwasbi.co.jp

hashnann.rahman@bia.com.bn

hasmet.akgun@daiwausa.com

hasmik.vardanyan@columbiamanagement.com

hasnal@bloomberg.net

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| hass.rachel@principal.com | hayatullah.sadiq@daiwausa.com |
| hassan.elmasry@morganstanley.com | haydar.colakoglu@teb.com.tr |
| hassan.esper@picardie.caisse-epargne.fr | hayden.briscoe@schroders.com |
| hassan.hamadi@nbad.ae | hayden.lutz@pnc.com |
| hassan.johaadien@morleyfm.com | hayden.richmond@aberdeen-asset.com |
| hassan.lahlou@sgam.com | haydenm@hhmi.org |
| hassan.mian@fortisinvestments.com | haydn.davies@barclaysglobal.com |
| hassan.zein@bcv.ch | haydn.davies@morleyfm.com |
| hassan_thalji@freddiemac.com | haydn.moth@citicorp.com |
| hasse.nilsson@nordea.com | haydn.moth@jpmchase.com |
| hassim.dhoda@moorecap.com | hayes.cp@tbcam.com |
| hasso.rahmsdorf@commerzbank.com | hayesh@bessemer.com |
| hastingsc@emigrant.com | hayesj@vankampen.com |
| haszeri@bnm.gov.my | hayley.bewg@insightinvestment.com |
| hata_kazuhiro@mail.nikko.co.jp | hayley.boesky@moorecap.com |
| hatanaka@nochubank.or.jp | hayley.featherstone@sgam.co.uk |
| hatano.h@daiwa-am.co.jp | hayley.kluman@sixcontinents.com |
| hatano.m@daiwa-am.co.jp | hayley.ormrod@bt.com |
| hatem.jerad@ae.abnamro.com | hayley.sage@nationwide.co.uk |
| hatjoulg@ebrd.com | hayley.williams@db.com |
| hattori.t@daiwa-am.co.jp | hayley.x.shaw@jpmchase.com |
| hattowse@fhlbcin.com | hayley.xuereb@bbh.com |
| hau.pham@aiminvestments.com | hays@ymcaret.org |
| haugaard@jyskebank.dk | haytham.abualreesh@riyadbank.com |
| hauke.finger@ikb.de | hazel.jones@morrisons.plc.uk |
| haukur.baldvinsson@isb.is | hazel.sim@lbbwsg.com |
| hauptmann@optimix.nl | hazel_murray@standardlife.com |
| hautat@dbs.com | hazelton@dukecap.co.uk |
| hautd@robecousa.com | hazen@fhlb-of.com |
| havard.tveit@fortisinvestments.com | hazime_isii@am.sumitomolife.co.jp |
| havard.tveit@hsbcinvestments.com | hazimi@bnm.gov.my |
| haverims@mizrahi.co.il | hazlina.abdullah@bia.com.bn |
| hawk@norcap.com | hb.king@fmr.com |
| hayakawa-1np1@jp.nomura.com | hb@carnegieam.dk |
| hayakawa-shunsuke@mitsubishi-sec.co.jp | hb2@smith.williamson.co.uk |
| ha-yamana@ja-kyosai.or.jp | hbaby@hollandcap.com |
| hayami01735@nissay.co.jp | hbachman2@bloomberg.net |
| hayashi.k@daiwa-am.co.jp | hbadawy@bloomberg.net |
| hayashi.kazumasa@kokusai-am.co.jp | hbaensch@bloomberg.net |
| hayashi_toshitake@hh.smbc.co.jp | hbagai@tiaa-cref.org |
| hayashi-a@marubeni.com | hbain@globalt.com |
| hayashida@tr.mufg.jp | hbartel@europeancredit.com |
| hayata@bloomberg.net | hbateman@sirachcap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hbaumbach@maplepartners.com | hck1964@kbstar.co.kr |
| hbe@nbim.no | hclay@tre.state.ma.us |
| hberlin@nb.com | hclifford@bradfordmarzec.com |
| hbg@carnegieam.dk | hclight@comerica.com |
| hbhodes@templeton.com | hcminc@gte.net |
| hbishai@deerfieldcapital.com | hco@mn-services.nl |
| hblake@prudential.com | hcohen@bear.com |
| hboscheinen@bayern-invest.de | hcondez@troweprice.com |
| hboss@richmondcap.com | hcovington@newstaram.com |
| hbouali@saib.com.sa | hctang@bancaintesa.com.hk |
| hbouhia@worldbank.org | hcuthbert@kempen.nl |
| hboutros@rockco.com | hcuthbert@svmonline.com |
| hbowersox@kishbank.com | hcwan@mas.gov.sg |
| hboyd@europeancredit.com | hcyang@cnb.co.kr |
| hbrackett@ncmcapital.com | hd35@cornell.edu |
| hbrans@bloomberg.net | hdaigre@ofivalmo.fr |
| hbright@gruposantander.com | hdambach@oaktreecap.com |
| hbrison@frostbank.com | hdana@bloomberg.net |
| hbrooks@stephens.com | hdavda@sisucapital.com |
| hbrown@londonstockexchange.com | hdavis@tiaa-cref.org |
| hbrueren@bloomberg.net | hdecharsonville@global-equities.com |
| hbryerman@evergreeninvestments.com | h-deguchi@nissay.co.jp |
| hbstucky@state.nm.us | hdekergrohen@hotmail.com |
| hbueno@youngstovall.com | hdepree@bloomberg.net |
| hbundy@williamblair.com | hdhruv@isifunds.com |
| hbuppert@brownadvisory.com | hdixon@newstaram.com |
| hbush@lordabbett.com | hdl@centrumbank.li |
| hcabanac@spgestion.fr | hdoak@utimco.org |
| hcacanando@qgcapital.com | hdoek@westernasset.co.uk |
| hcalder@scor.com | hdohni@groupe-ccr.com |
| hcallahan@merctrust.com | hdoley@aol.com |
| hcameron@travelers.com | hdonahue@montag.com |
| hcarey@fcem.co.uk | hdoumenc@bft.fr |
| hcaughy@merctrust.com | headley@wharton.upenn.edu |
| hcburnett@aegonusa.com | heah01@handelsbanken.se |
| hce@petercam.be | healy_margaret@jpmorgan.com |
| hchang@fhlbc.com | healym@ubk.net |
| hchi@chinarockcapital.com | healyt@bessemer.com |
| hchiu@merctrust.com | hean04@handelsbanken.se |
| hchm@capgroup.com | heath.bogin@alliancebernstein.com |
| hchu@massport.com | heath@whartonco.com |
| hchyung@canyonpartners.com | heathcliffe.burrough@db.com |
| hck@nbim.no | heathe.clark@wachovia.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

heather.anderson@gmacrfc.com
heather.arnold@gs.com
heather.auguste@morganstanley.com
heather.beam@ibtco.com
heather.bentley@inginvestment.com
heather.bergman@tcw.com
heather.caldwell.lx95@statefarm.com
heather.carlson@himco.com
heather.clayton@swip.com
heather.crain@rabobank.com
heather.degarmo@barclaysglobal.com
heather.dunham@phxinv.com
heather.h.mootz@norwest.com
heather.hagerty@fmr.com
heather.hoyack@fmr.com
heather.hurley@alliancebernstein.com
heather.ibrahim@csfb.com
heather.lawrence@fmr.com
heather.mckay@swip.com
heather.mendenhall@avmltd.com
heather.olah@fmr.com
heather.rooke@barclaysglobal.com
heather.sexton@huntington.com
heather.tomkinson@tilney.com
heather.toto@mackayshields.com
heather.trunick@pnc.com
heather.watts@statestreet.com
heather.woody@pncadvisors.com
heather@gothamcapital.com
heather_brun@putnam.com
heather_cheney@ustrust.com
heather_fraser@scotiacapital.com
heather_g_ragazino@keybank.com
heather_margolies@cargill.com
heather_mcpherson@troweprice.com
heather_roberts@putnam.com
heatherr@sigmacap.com
heberle.dj@mellon.com
hebr@unibank.dk
hecken@tdusa.com
hecker@tk.thyssenkrupp.com
hecole@delinvest.com
hector.negroni@us.sgcib.com

hector.teran@gmacfs.com
hector_kilpatrick@standardlife.com
hectorxu@aegon-cnooc.com
hedan.wang@icbc.com.cn
heddy_elbedewe@scudder.com
hedging@koreaexim.go.kr
hedi.kallal@citadelgroup.com
hedi.katz@barclaysglobal.com
hedi.reynolds@morgankeegan.com
heduffy@wellington.com
hedy.tan@gs.com
heedonkang@bok.or.kr
heejin.baek@cba.com.au
heejoonyoon@yahoo.co.kr
heena.lakhani@uk.fid-intl.com
heena_patel@blackrock.com
heenal.patel@ubs.com
heeralal.choudhary@ubs.com
hees02@handelsbanken.se
hee-seok.oh@citicorp.com
hef@nbim.no
heffernanm@bloomberg.net
heflim@tcwgroup.com
hefty@wharton.upenn.edu
hege.marthinussen@im.storebrand.no
heggens@aegon.nl
heguangbei@bank-of-china.com
hehj@nykredit.dk
hehn@pimco.com
heid_chan@swissre.com
heide.albrecht@hypointernational.com
heide.jimenezdavila@lodh.com
heidelinde.gross@rzb.at
heidi.becker@fmr.com
heidi.dallamore@barclaysglobal.com
heidi.haili@leonia.com
heidi.hoeppner@cominvest-am.com
heidi.hu@transamerica.com
heidi.laukkanen@blackrock.com
heidi.rauber@uk.fid-intl.com
heidi.riedel@essenhyp.com
heidi.stephens@columbiamanagement.com
heidi.stevens@usbank.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

heidi.sulin@uk.fid-intl.com

heidi.westland@harrisbank.com

heidi.wynants@dexia.be

heidi@epsilonfunds.com

heidi_adelman@victoryconnect.com

heidi_l_cornish@key.com

heidi_subjack@ml.com

heidi_turner@swissre.com

heidih@mcm.com

heidrun.gerecke@hvb.de

heidrun.heutzenroeder@cominvest-am.com

heike.fornefett@dws.de

heike.gregorzewski@dit.de

heike.mueller@cominvest-am.com

heike.otten@dit.de

heike.schuerings@gs.com

heike.staudacher@ikb-cam.de

heike.unger@allianzgi.de

heike.vogeler@db.com

heike.wannich@fraspa1822.de

heike_halsinger@swissre.com

heike_hollands@hp.com

heike_juergens@westam.com

heikei@metzlerpayden.com

heikki.halkilahti@valio.fi

heikki.nordman@sampo.fi

heikki.ruoppa@danskebank.com

heikki.valli@ba-ca.com

heiko.bartsch@hypointernational.com

heiko.dech@westimmobank.com

heiko.falke@nordlb.de

heiko.feber@lampebank.de

heiko.fleer@wgz-bank.de

heiko.jagemann@protection-re.com

heiko.klebing@dzbank.de

heiko.lang@bw-bank.de

heiko.leschhorn@lbbw.de

heiko.mayer@db.com

heiko.reinhardt@fundmaster.de

heiko.schnitgerhans@dit.de

heiko.siede@essenhyp.com

heiko.starossom@sparkasse-bremen.de

heiko.wagner@oppenheim.de

heiko.woessner@haam.de

heiko_goetz@dgbank.de

heiland_gunter@jpmorgan.com

heilert@bloomberg.net

heimo.rottensteiner@erstebank.at

heimo.scherer@blb.de

heimo.stauchner@omv.com

hein.bulter@nibc.com

hein.hanekom@ceredexvalue.com

hein.stam@mn-services.nl

hein.wielen@nbad.ae

heinen@colognere.com

heiner.luz@uk.fid-intl.com

heiner.speich@aigpb.com

heiner.speich@ubs.com

heinerich.hardy@fortisinvestments.com

heinfred.fehling@hsh-im.com

heini.sutter@csam.com

heinie.hakker@fandc.com

heino.hoch@centrumbank.com

heinrich.ey@allianzgi.de

heinrich.flueckiger@swisscanto.ch

heinrich.siegmann@lbbw-am.de

heinrich.strack@essenhyp.com

heins1@bloomberg.net

heinz.bauer@dzbank.de

heinz.gawlak@amg-invest.de

heinz.giger@ch.abnamro.com

heinz.haemmerli@ubs.com

heinz.henggeler@juliusbaer.com

heinz.hilgert@dzbank.de

heinz.hofer@rlb-tirol.at

heinz.jaeger@dghyp.de

heinz.jeranko@philips.com

heinz.kaiser@ubs.com

heinz.kurzmann@rzb.at

heinz.leibbrand@claridenleu.com

heinz.meidlinger@ba-ca.com

heinz.merkens@oppenheim.de

heinz.merz@lbbw.de

heinz.muehlebach@lloydsbank.ch

heinz.mueller@mbczh.ch

heinz.nesshold@rothschildbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

heinz.roetheli@ing.ch
heinz.rother@sk-koeln.de
heinz.ruettimann@ubs.com
heinz.tschabold@credit-suisse.com
heinz.wassmann@fm.nrw.de
heinz_pfister@swissre.com
heinz-bernd.schmitz@nordlb.de
heinz-guenter.wickenhaeuser@cominvest-am.com
heinz-joachim.hengesbach@lampebank.de
heinz-josef.stenten@amgam.de
heinz-juergen.scheid@ecb.int
heinz-juergen.wohlgemuth@dzbank.de
heinzk@fhlbsf.com
heinz-peter.roehle@interbrew.com
heinz-peter_welter@gothaerre.de
heinz-rudolf.sabel@ahbr.de
heinz-werner.firmenich@lrp.de
heinz-wilhelm.fesser@dws.de
heinz-za.schumacher@ubs.com
heischmann@bloomberg.net
heja@nykredit.dk
heje02@handelsbanken.se
hejg@dpbank.dk
hejz@bernstein.com
hek.cdu@adia.ae
helen.aitchison@db.com
helen.archer@db.com
helen.brodison@swip.com
helen.chan@blackrock.com
helen.chan@jwseligman.com
helen.chen@tcw.com
helen.chiang@morganstanley.com
helen.corbett@bmonb.com
helen.cord@jpmorganfleming.com
helen.cottrell@baesystems.com
helen.davies@alliancebernstein.com
helen.distefano@morganstanley.com
helen.donald@lgim.co.uk
helen.e.wild@jpmorgan.com
helen.eun@barclaysglobal.com
helen.eydens@barclays.com
helen.froyan@prudential.com
helen.guillemot@bnpparibas.com

helen.ho@ap.nxbp.com
helen.hotis@csam.com
helen.illingworth@northernrock.co.uk
helen.kim@citigroup.com
helen.krause@morganstanley.com
helen.lam@hk.rcm.com
helen.lee@aig.com
helen.lee@fmr.com
helen.lintern@glgpartners.com
helen.long@lgim.co.uk
helen.m.shaughnessy@aib.ie
helen.mackay@glgpartners.com
helen.macleod@resolutionasset.com
helen.millmore@uk.fid-intl.com
helen.odomirok@bankofamerica.com
helen.phillips@threadneedle.co.uk
helen.ree2@hansa.ee
helen.reed@lombardodier.com
helen.roberts@fandc.com
helen.s.hui@tw.standardchartered.com
helen.scott@gibuk.com
helen.short@nationwide.co.uk
helen.smith@morganstanley.com
helen.smith@muncybank.com
helen.stuart@lgim.co.uk
helen.taylor@chase.com
helen.vaughan@slcam.co.uk
helen.webster@aegon.co.uk
helen.windischbauer@union-investment.de
helen.xing@csfb.com
helen.xing@pimco.com
helen.y.weng@jpmorgan.com
helen.zha@barclaysglobal.com
helen@bj.icbc.com.cn
helen_chan@ssga.com
helen_christie@newton.co.uk
helen_dell@folksamerica.com
helen_di.bartolomeo@state.co.us
helen_driver@standardlife.com
helen_groves@newton.co.uk
helen_hope@blackrock.com
helen_jones@dgbank.de
helen_longhurst@notes.ntrs.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| helen_macdonell@ntrs.com | helge.m.skibeli@jpmorgan.com |
| helen_mcnally@fanniemae.com | helge.schulze@hsh-nordbank.com |
| helen_parsons@freddiemac.com | helge.ullmann@ruv.de |
| helen_pulm@commerzbank.com | heli_erickson@symantec.com |
| helen_roesch@ustrust.com | heli04@handelsbanken.se |
| helen_romeo@ssga.com | hellen_madden@troweprice.com |
| helen_rowan@csx.com | hellmuth.bauer@rzb.at |
| helen_vlassis@newyorklife.com | helmut.allgaeuer@lgt.com |
| helen_wong@ustrust.com | helmut.bartsch@lbbw-am.de |
| helena.clijsters@dexia-am.com | helmut.buechel@lgt.com |
| helena.kardell@ap1.se | helmut.fause@blb.de |
| helena.kent@barclaysglobal.com | helmut.flieh@bawag.com |
| helena.nordell@amfpension.se | helmut.gruber@oenb.co.at |
| helena.song@gecapital.com | helmut.h.cardon@si.shell.com |
| helena@work.com | helmut.hipper@union-investment.de |
| helena_mercer@gb.smbcgroup.com | helmut.kaiser@db.com |
| helena_morrissey@newton.co.uk | helmut.kiener@dws.com |
| helene.barzoukas@saint-gobain.com | helmut.krebber@dzbank.de |
| helene.baudchon@caam.com | helmut.kroboth@erstebank.at |
| helene.carregenoud@calyon.com | helmut.nuhn@henkel.com |
| helene.chua@hvbasia.com | helmut.osswald@lbbw.de |
| helene.dina@disney.com | helmut.osterauer@aam.de |
| helene.duchatellier@bdl.lu | helmut.paulus@union-panagora.de |
| helene.e.pettersson@seb.se | helmut.possienke@deka.de |
| helene.ecalle@caam.com | helmut.risel@commerzbank.com |
| helene.falchier@ecuvie.caisse-epargne.fr | helmut.schmitt@bayerninvest.de |
| helene.gunnarson@sandvik.com | helmut.stermann@l-bank.de |
| helene.harasty@lodh.com | helmut.wenninger@aam.de |
| helene.j.nottin@bnpparibas.com | helmut.wimmer@aam.de |
| helene.moehlman@mony.com | helmuthmueller@metzler.com |
| helene.ouimet@morganstanley.com | helmut-schmitt@lrp.de |
| helene.williamson@fandc.com | help@nb.com |
| helene@martincurrie.com | helpdesk.be@dexia-am.com |
| helenitsa.mentavlos@usbank.com | helpdesk@tudor.com |
| helen-x.wang@db.com | helsing@pimco.com |
| helen-yw.lau@pharma.novartis.com | hemanshu.mandalia@pimco.com |
| helga.indridadottir@glitnir.is | hemmo.hemmes@fortismeespierson.nl |
| helga.oskarsdottir@glitnir.is | hence.orme@citadelgroup.com |
| helge.arnesen@klp.no | henderling@adelphi-capital.com |
| helge.forfang@dnbnor.no | hendersonk@deshaw.com |
| helge.gjertsen@inter-ikea.com | hendersontd@aetna.com |
| helge.heyd@sp-sa.de | hendri.wijaya@bni.co.id |
| helge.lange@dresdner-bank.com | hendric.junker@adidas-group.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hendricksontl@fhlbcin.com | henning@blomberg.net |
| hendrik.breitenstein@vpbank.com | henning-mortensen@jyskebank.dk |
| hendrik.pfaff@uk.fid-intl.com | henny_ruritan@fleet.com |
| hendrik.pfiester@dzbank.de | henri.bernard@bis.org |
| hendrik-jan.boer@ingim.com | henri.fromont@edf.fr |
| hendro.moestadja@ingim.com | henri.jongschaap@fandc.com |
| hendrt@tdsec.co.uk | henri.kuppers@calyon.com |
| hendy_s@bi.go.id | henri.lalanne@sgcib.com |
| heng.zhu@icbc.com.cn | henri.riey@barclays.co.uk |
| heng_lay@fanniemae.com | henri.tran@credit-agricole-sa.fr |
| hengemstephanie@ocbc.com | henri_fouda@putnam.com |
| hengsweekeat@mas.gov.sg | henri_fouda@ssga.com |
| henhaf@safeco.com | henri_proutt@conning.com |
| henhas@safeco.com | henrietta.pacquement@barclaysglobal.com |
| henik.horsolov.larsen@nordea.com | henrietta_fraser@putnam.com |
| henk.aardema@utc.rabobank.com | henrik.aas@wamu.net |
| henk.becker@de.bosch.com | henrik.adam@drkw.com |
| henk.rozendaal@rabobank.com | henrik.arle@finnair.fi |
| henk.stenneberg@snssecurities.nl | henrik.asland@dnbnor.no |
| henk_de_glint@meespierson.com.sg | henrik.b.thomsen@nordea.com |
| henk-jan.rikkerink@uk.fid-intl.com | henrik.baum@nordea.com |
| henneisa@exhange.ie.ml.com | henrik.baun@nordea.com |
| hennessm@fhlbsf.com | henrik.buescher@dit.de |
| hennie.brink@fortisinvestments.com | henrik.de-koning@sgam.com |
| hennie@danskebank.dk | henrik.eriksson@ersab.se |
| henning.eckhof@dghyp.de | henrik.forsberg@robur.se |
| henning.flender@westam.com | henrik.grunditzs@swedbank.com |
| henning.fock@de.pimco.com | henrik.hackenberg@inter-ikea.com |
| henning.gebhardt@dws.de | henrik.hoffmann@uk.danskebank.com |
| henning.haugerudbraten@norges-bank.no | henrik.holmin@swedbank.se |
| henning.heinrich@t-systems.com | henrik.hviid@inter-ikea.com |
| henning.kelch@cominvest-am.com | henrik.jensen@ikano.nl |
| henning.kosmack@siemens.com | henrik.jernstrom@electrolux.se |
| henning.lenz@westam.com | henrik.johansson@brummer.se |
| henning.mettler@concordia.com | henrik.johansson@dnbnor.com |
| henning.padberg@nordea.com | henrik.munk-nielsen@bapensions.com |
| henning.potstada@db.com | henrik.muthel@carnegie.dk |
| henning.rosendahl@helaba.de | henrik.norby@nordea.com |
| henning.stein@juliusbear.com | henrik.normann@danskebank.dk |
| henning.thiel@oppenheim.de | henrik.oh@amfpension.se |
| henning.vollbehr@hsh-nordbank.com | henrik.ostergaard@nordea.com |
| henning.vonderforst@nuernberger.de | henrik.pedersen@nordea.com |
| henning.zirkel@essenhyp.com | henrik.sandell@nordea.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| henrik.sandell@swedbankrobur.se | henry.reynders@azl-group.com |
| henrik.schmidt-lund@nordea.com | henry.sanchez@bmo.com |
| henrik.schwetje@hsh-nordbank.com | henry.schmeltzer@ubs.com |
| henrik.segerberg@alfredberg.se | henry.soetanto@gmacrfc.com |
| henrik.skogsfors@electrolux.se | henry.stalder@lodh.com |
| henrik.sode@nordea.lu | henry.stalder@ubs.com |
| henrik.theil@nordea.com | henry.stipp@threadneedle.co.uk |
| henrik.therkildsen@seb.se | henry.tang@ubs.com |
| henrik.trulsson@sebprivatebanking.com | henry.tran@statestreet.com |
| henrikhenriksen@jyskebank.dk | henry.walker@fmb.com |
| henri-pierre.barone@morganstanley.com | henry.wiersing@novartis.com |
| henripierre.goux@francetelecom.fr | henry.withinshaw@gb.abb.com |
| henry.asare@hvb.de | henry.wong@prudential.com |
| henry.b.berg@jpmorgan.com | henry.wu@aiminvestments.com |
| henry.balbirer@prudential.com | henry_cassidy@freddiemac.com |
| henry.bedford@moorecap.co.uk | henry_f_cheng@hkma.gov.hk |
| henry.blagden@bbh.com | henry_j_hajdas@comerica.com |
| henry.choi@morganstanley.com | henry_jim@ssga.com |
| henry.choon@schroders.com | henry_lanza@ssga.com |
| henry.coolidge@bg-group.com | henry_lee@acml.com |
| henry.d.kirkland@bankofamerica.com | henry_mitchell@ml.com |
| henry.d'alessandro@morganstanley.com | henry_roman@ml.com |
| henry.darakhovskiy@wamu.net | henryc@fmaadvisors.com |
| henry.defreitas@an.rbtt.com | henryga@sce.com |
| henry.digby@jpmorganfleming.com | henrynguyen@dbs.com |
| henry.dk@tbcam.com | henrys@hcmny.com |
| henry.gray@dfafunds.com | henryu@wharton.upenn.edu |
| henry.ho@lazard.com | henza.tukel@teb.com.tr |
| henry.hoffman@pnc.com | heo@bankinvest.dk |
| henry.hom@prudential.com | heol03@handelsbanken.se |
| henry.hooi@nabasia.com | heongchye@dbs.com |
| henry.hummel@pncbank.com | hepe@unibank.dk |
| henry.hund@morganstanley.com | heras.mendaza@axa-im.com |
| henry.keller@ge.com | herb.kim@impaccompanies.com |
| henry.kenner@db.com | herb.small@bankleumi.co.il |
| henry.lee@ubs.com | herb_achey@ustrust.com |
| henry.manifold@gm.com | herbert.berger@dresdner-bank.de |
| henry.mitchell-innes@resbank.co.za | herbert.fuchs@rwe.com |
| henry.munster@bil-dexia.com | herbert.fuchs@winterthur.ch |
| henry.naah@wellsfargo.com | herbert.geist@lrp.de |
| henry.nurminen@mandatum.fi | herbert.hainer@adidas.de |
| henry.park@soros.com | herbert.hrdlicka@rzb.at |
| henry.parker@glgpartners.com | herbert.huesman@53.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| herbert.koller@hvb.de | hermann.collmann@hsh-nordbank.com |
| herbert.kumbartzki@cial.ch | hermann.kallwey@wl-bank.de |
| herbert.kupferschmied@suva.ch | hermann.neusuess@centrumbank.li |
| herbert.marxen@bayernlb.com | hermann.rangamana@bnpparibas.com |
| herbert.matzinger@sparinvest.com | hermann.rittmeyer@ubs.com |
| herbert.messinger@hypocapital.at | hermann-josef.abelen@sparkassenversicherung.de |
| herbert.meyer@de.heidelberg.com | hermiek@bloomberg.net |
| herbert.naef@credit-suisse.com | hernandez.javier@principal.com |
| herbert.neuhauser@raiffeisenbank.at | hernani.defaria@akb.ch |
| herbert.pauritsch@ba-ca.com | herold.rohweder@dit.de |
| herbert.perus@rcm.at | herr.meisner@berliner-volksbank.de |
| herbert.ruf@activest.de | herrera-f1@telefonicamoviles.com |
| herbert.saller@ashmoregroup.com | herrigo@asbcm.com |
| herbert.scheidt@vontobel.ch | herry@ptbni.com.sg |
| herbert.steiner@credit-suisse.com | hersh.parikh@gmacrfc.com |
| herbert.stepic@rzb.at | hersheyd@lotsoff.com |
| herbert.suess@sachsenlb.de | herskovitz.m@tbcam.com |
| herbert.virag@pioneerinvestments.at | hertam@calyon.com |
| herbert.weimer@duesshyp.de | hertzel@ibi.co.il |
| herbert.weinmann@saarlb.de | hertzel@ili.co.il |
| herbert.wertz@amgam.de | herve.aubree@axa-im.com |
| herbert@epsilonfunds.com | herve.becker@marly-gestion.fr |
| herbert_jackel@westlb.de | herve.besnard@bnpparibas.com |
| herendp@wclabs.com | herve.boiral@caam.com |
| hergen.dieckmann@essenhyp.com | herve.bourquin@ebc.int |
| hergo.bhangal@credit-suisse.com | herve.croset@hsbcpb.com |
| heribert.fromm@devif.de | herve.de-bonduwe@ceidfp.caisse-epargne.fr |
| herickson@tiaa-cref.org | herve.decampigneulles@calyon.com |
| herky.dialdas@bbvauk.com | herve.dejonghe@dexia-am.com |
| herleif.haavik@barcap.com | herve.dumesny@remy-cointreau.com |
| herma.boom-conradi@meespierson.com | herve.duteil@americas.bnpparibas.com |
| herman.barber@trs.state.tx.us | herve.freylinger@etoile-gestion.com |
| herman.barten@nl.abnamro.com | herve.garnier@cnce.caisse-epargne.fr |
| herman.daley@db.com | herve.gonsard@banque-france.fr |
| herman.guelovani@nibcapital.com | herve.gugler@ing.ch |
| herman.kleeven@ingim.com | herve.jaskulke@totalfinaelf.com |
| herman.klein@ingim.com | herve.kias@socgen.com |
| herman.loys@inter-ikea.com | herve.knafo@fibimail.co.il |
| herman.martina@trs.state.tx.us | herve.lamy@givaudan.com |
| herman.riva@fblfinancial.com | herve.lievore@axa-im.com |
| herman.santiago@db.com | herve.loup@bnpparibas.com |
| herman.vanderloos@degroof.be | herve.mangin@axa-im.com |
| herman@ctnbank.com.tw | herve.prettre@credit-suisse.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| herve.sumi@vontobel.ch | hfriedrich@union-investment.de |
| herve.thoumiand@banque-france.fr | hfrisch@jennison.com |
| herve1.labbe@francetelecom.com | hfujii@nochubank.or.jp |
| herwig.haidn@raiffeisenbank.at | hfujikake@nissay.co.uk |
| herwig.krist@oberbank.at | hfujiwara@daiwasbi.co.jp |
| herwig.maertel@allfonds-bkg.de | hfukuda10@sompo-japan.co.jp |
| herwig_couvreur@be.ibm.com | h-fukuro@ufjtrustbank.co.jp |
| hesa06@handelsbanken.se | hg26@ntrs.com |
| heschs@nationwide.com | hganek@nb.com |
| hesham.khonji@gibbah.com | hgarciaarmero@servexternos.gruposantander.com |
| hester.bae@morganstanley.com | hgaudart@pictet.com |
| hester.blaauw@kasbank.com | hgbender@wellington.com |
| hester.s.muis@jpmorganfleming.com | hgeron@bloomberg.net |
| hetafm@nbk.com | h-ggrossmann@ahb-ag.de |
| hetal_raithatha@hvbamericas.com | hghudson@us.fortis.com |
| heuychullee@hanabank.com | hgibboney@lmfunds.com |
| hevans@troweprice.com | hgiuliano@nyc.rr.com |
| heweisheng@gic.com.sg | hgl@samsung.co.kr |
| hewinsrr@bp.com | hgloor@bloomberg.net |
| hewsonri@london.cic.fr | hgm@coastalsecurities.com |
| hexiaoliang@icbc.com.cn | hgoigouxbecker@ofivalmo.fr |
| hey@colognere.com | hgplu1@ticino.com |
| hf@nationalbanken.dk | hgr@bankinvest.dk |
| hfallegger@bloomberg.net | hgraham@ofina.on.ca |
| hfallow@britannicasset.com | hgreenleaf@ustrust.com |
| hfarid@apicorp-arabia.com | hgreiner@meag.com |
| hfbourse@iprolink.ch | hgroat@loomissayles.com |
| hfeil@meag.com | hgru@kempen.nl |
| hfeng@fhlbc.com | hgu@nbim.no |
| hferrier@europeancredit.com | hgu@pimco.com |
| hfh@nbim.no | hguelovani@ing-capadv.com |
| hfields@allstate.com | hgulati@perrycap.com |
| hfigee@aegon.nl | hh@carnegieam.dk |
| hfnotes@gmail.com | hh@dl.dai-ichi-life.co.jp |
| hfops@juliusbaer.com | hhaas@homeside.com |
| hford@kio.uk.com | hhaidar@mfs.com |
| hfoster@asbcm.com | hh-aikawa@kddi.com |
| hfoster@fhlbatl.com | hhansen@lordabbett.com |
| hfourn@mutavie.fr | hharo@russell.com |
| hfreeman@smithnyc.com | hharris@federatedinv.com |
| hfrench@lib.com | h-hasegawa@nochubank.or.jp |
| hfresearch@lotsoff.com | hhawkins@essexinvest.com |
| hfreye@mwam.com | h-hayashide@nissay.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hhayssen@lib.com | hideaki.nagai@tokyostarbank.co.jp |
| hhedder@provinzial-online.de | hideaki.suntani@mizuho-cb.co.jp |
| hheerink@spfbeheer.nl | hideaki.tomiyama@mizuho-cb.co.jp |
| hheikenfeld@oppenheimerfunds.com | hideaki_inoue@tr.mufg.jp |
| hhemphill@hourglasscapital.com | hideaki_kondo@mitsubishi-trust.co.jp |
| hhermann@wellsfargo.com | hideaki_sasaki@tr.mufg.jp |
| hhermsen@spfbeheer.nl | hideaki_sugita@am.sumitomolife.co.jp |
| hherrmann@waddell.com | hideaki_takaki@tr.mufg.jp |
| hhhwang@koreaexim.go.kr | hidefumi.kobayashi@mizuho-cb.co.jp |
| hhill@babsoncapital.com | hideharu_nozawa@mitsubishi-trust.co.jp |
| hhirani@litchfieldcapital.com | hidehiko.tanabe@mizuho-bk.co.jp |
| hhjensen@jyskebank.dk | hidekazu_kimura@am.sumitomolife.co.jp |
| hhknudsen@bloomberg.net | hidekazu_maejima@mitsubishi-trust.co.jp |
| hhong@eatonvance.com | hideki.kubo@mizuho-bk.co.jp |
| hhong@princeton.edu | hideki.kubota@ge.com |
| hhoning@spfbeheer.nl | hideki_nukanobu@tr.mufg.jp |
| hhorz@union-investment.de | hideki_ota@tr.mufg.jp |
| hhs@bankinvest.dk | hideki_teranishi@am.sumitomolife.co.jp |
| hhsiung@us.nomura.com | hidemasa.funada@axa.co.jp |
| hhuang@panagora.com | hide-nakano@nochubank.or.jp |
| hhuang@teleos.com | hidenobu.itou@mizuho-cb.co.jp |
| hhuang@wellington.com | hidenobu_takiguti@am.sumitomolife.co.jp |
| hhunt@fandc.co.uk | hidenori.ikezawa@mhcb.co.uk |
| hhwong@mas.gov.sg | hidenori-ito@gm.shokochukin.go.jp |
| hhyslop@sfbcic.com | hideo.kawashima@mizuho-cb.co.jp |
| hi.okamoto@mitsui.com | hideo.kazusa@uk.mufg.jp |
| hi.takeuchi@mitsui.com | hideo.samura@mizuho-cb.co.jp |
| hi1-ishii@meijiyasuda.co.jp | hideo.ueki@morganstanley.com |
| hi1-watanabe@meijiyasuda.co.jp | hideo.watanabe@mizuhocbus.com |
| hi2-nishimura@ja-kyosai.or.jp | hideo_fukui@tr.mufg.jp |
| hi2-okamoto@ja-kyosai.or.jp | hideo_hasegawa@daiwa-am.co.jp |
| hi2-yoshida@ja-kyosai.or.jp | hideo_ito@mitsui-seimei.co.jp |
| hiao.sakai@ibjbank.co.jp | hideo_machida@mitsubishi-trust.co.jp |
| hibino.takayo@kokusai-am.co.jp | hideo_mine@scotiacapital.com |
| hicham.lahbabi@caam.com | hideo_miyagawa@mitsubishi-trust.co.jp |
| hicham.saliba@qnb.com.qa | hideo_shimomura@tr.mufg.jp |
| hicham.zemmouri@shell.com | hideo-namiki@am.mufg.jp |
| hicham_hajhamou@countrywide.com | hideo-shimomura@am.mufg.jp |
| hidai.barmor@fortis.com | hideo-wakabayashi@gm.shokochukin.go.jp |
| hide.yamakawa@ppmamerica.com | hidetaka.tomita@sumitomocorp.co.jp |
| hide_suzuki@nochubank.or.jp | hidetaka_shinohara@mtwm.co.jp |
| hideaki.maehara@uk.mufg.jp | hidetom@dl.dai-ichi-life.co.jp |
| hideaki.mizushima@sumitomocorp.co.jp | hidetomo_yoshizawa@tr.mufg.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hidetoshi.arakawa@shinseibank.com | hilary.speller@gartmore.com |
| hidetoshi.honda@mhcb.co.uk | hilary@mginvestors.com |
| hidetoshi.kawamoto@amashin.co.jp | hilary_m_branson@fanniemae.com |
| hidetoshi.minamisawa@pimco.com | hilary_oconnor@standardlife.com |
| hidetoshi.soda@mizuho-cb.co.jp | hilaryc@mcm.com |
| hidetoshi_fuwa@mitsubishi-trust.co.jp | hilaryleung@hsbc.com.hk |
| hidetsugu_minami@tr.mufg.jp | hildamelendez@uamc.com |
| hide-watanabe@meijiyasuda.co.jp | hilde.hanssens@fortisag.be |
| hideyuki.koshiyama@mizuho-bk.co.jp | hilde.veelaert@sns.nl |
| hien.delestrange@caam.com | hildyard@aigfpc.com |
| hien.nguyen@fmr.com | hilger@tk.thyssenkrupp.com |
| hienhao.hoang@lloydstsb.co.uk | hilgert.aj@mellon.com |
| higashi@zenkyoren-usa.com | hill@bwater.com |
| higashi_shuntaro@ck.smbc.co.jp | hill_ken@fsba.state.fl.us |
| higashirayujiuser@company.com | hilla@cooperindustries.com |
| higgins.cm@tbcam.com | hilla@rabo-bank.com |
| higgins@pfdincome.com | hillary.shane@isisam.com |
| highbury@bloomberg.net | hillary.smith@corporate.ge.com |
| highsmj@wellsfargo.com | hillel.d@bimcor.ca |
| highyield@dexiamfr-dexia.com | hillg@fhlbsf.com |
| highyield@fifl.com | hillocks@bloomberg.net |
| higuchi.tatsuya@kokusai-am.co.jp | hill-wah.chan@moorecap.co.uk |
| hihikss@bok.or.kr | hilmar.baumann@deka.de |
| hi-hirano@ja-kyosai.or.jp | hilmar.jeschke@telekom.de |
| hi-iida@ja-kyosai.or.jp | hilmar.langensand@suva.ch |
| hi-ishii@nochubank.or.jp | hilmar.schlenzka@morganstanley.com |
| hijung@hanastock.co.kr | himali.upadhya@rzb.at |
| hikaru.kozuki@citigroup.com | himanshu.lukha@citicorp.com |
| hil.davis@citadelgroup.com | himanshu.lukha@credit-suisse.com |
| hilandera@mizrahi.co.il | himanshu.parmar@fidelity.co.in |
| hilario-ramos@deshaw.com | himanshu.patel@csam.com |
| hilary.aldridge@fandc.com | himcresearch@heritageinvestors.com |
| hilary.c.patterson@aibny.com | himesin1@mb.infoweb.ne.jp |
| hilary.devendorf@bwater.com | himin.patel@gs.com |
| hilary.keeney@morganstanley.com | hi-minami@ja-kyosai.or.jp |
| hilary.kermode@swipartnership.co.uk | himre@bankofny.com |
| hilary.lopez@insightinvestment.com | hi-naito@ja-kyosai.or.jp |
| hilary.moffett@citadelgroup.com | hindria.listyadi@bni.co.id |
| hilary.natoff@uk.fid-intl.com | hinerleamons@dartmouth.edu |
| hilary.oneill@morganstanley.com | hing.cheng@dartmouth.edu |
| hilary.p.donegan@db.com | hinker@metro.de |
| hilary.park@credit-suisse.com | h-inoue@kokusai.co.jp |
| hilary.paul@claridenleu.com | hinrich.holm@nordlb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

hinzmanna@deutschehypo.de

hi-oota@ufjtrustbank.co.jp

hippolyte.de-weck@ubs.com

hirai@daiwa-am.co.jp

hirai@shizuokabkny.com

hirai@sumitomotrust.co.jp

hiramatsu-daisuke@mitsubishi-sec.co.jp

hiramine@diam.co.jp

hiranaka@daiwasbi.co.jp

hirano@bloomberg.net

hirano_kenzo@ub.smbc.co.jp

hiranotz@bernstein.com

hiraoka-2nhp@jp.nomura.com

hiraokar@di.dai-ichi-life.co.jp

hiratsuka@nochubank.or.jp

hiren.g.patel@gsk.com

hiren.r.patel@wellsfargo.com

hiroaki.hayashi@fi.fukoku-life.co.jp

hiroaki.hoshino@meijiyasuda.co.jp

hiroaki.mohri@db.com

hiroaki.momose@surugabank.co.jp

hiroaki.sato@sumitomotrust.co.jp

hiroaki.toba@mizuho-cb.co.jp

hiroaki_baba@tr.mufg.jp

hiroaki_kurokawa@mitsubishi-trust.co.jp

hiroaki_saito@tr.mufg.jp

hirofumi.kouda@boj.or.jp

hirofumi_aso@mitsubishi-trust.co.jp

hirofumi_horikoshi@tr.mufg.jp

hiroharu_ryoke@tr.mufg.jp

hirohiko_sato@mitsubishi-trust.co.jp

hirohiko-sato@am.mufg.jp

hirohumi_miyahara@am.sumitomolife.co.jp

hirohumi-yagi@am.mufg.jp

hiroi-a@nochubank.or.jp

hirokatsu_yoshida@tr.mufg.co.jp

hirokazu.kawachi@schroders.com

hirokazu_kubo@tr.mufg.jp

hirokazu-masuoka@nochubank.or.jp

hiroki.gomi@bankofamerica.com

hiroki.inaba@boj.or.jp

hiroki.takatori@lehman.com

hiroki_norimura@tr.mufg.jp

hiroki-masuoka@tr.mufg.jp

hiroko.niwa@mitsubishicorp.com

hiroko_muramatu@am.sumitomolife.co.jp

hiroko_tanaka@putnam.com

hiromasa.saiki@ntt-finance.co.jp

hiromasu@bloomberg.net

hiromi.fukuda@schroders.com

hiromi.mori@schroders.com

hiromi.okase@mail.mol.com

hiromi.oohashi.hs@kyocera.jp

hiromi_nisino@am.sumitomolife.co.jp

hiromichi.shimada@mizuho-cb.co.jp

hiromichi-tsuyukubo@am.mufg.jp

hiromi-kitamura@am.mufg.jp

hiromitsu_watanabe@tr.mufg.jp

hironobu_takeda@tr.mufg.jp

hironobu_ueda@yamaguchibank.co.jp

hironori.a.shiragaki@mizuho-bk.co.jp

hironori_katou@mitsui-seimei.co.jp

hiroo.mizuno@boj.or.jp

hiroo_huzita@am.sumitomolife.co.jp

hirose24469@nissay.co.jp

hirose-2ncv@jp.nomura.com

hiroshi.a.hasegawa@mizuho-cb.co.jp

hiroshi.a.shimada@mizuho-bk.co.jp

hiroshi.ishii02@shinseibank.com

hiroshi.kuno@jp.pimco.com

hiroshi.kuno@pimco.com

hiroshi.matsumoto@db.com

hiroshi.morioka@uk.mufg.jp

hiroshi.nakaso@boj.or.jp

hiroshi.shima@mizuho-cb.co.jp

hiroshi.sogou@mizuho-bk.co.jp

hiroshi.sonoda@shinseibank.com

hiroshi.takagi@sumitomocorp.co.jp

hiroshi.tamura@schroders.com

hiroshi.tanizawa@morganstanley.com

hiroshi.utsumi@avmltd.com

hiroshi.yokouchi@axa.co.jp

hiroshi.yokoyama@ufj-partners.co.jp

hiroshi.yumura@westernasset.com

hiroshi_hashimoto@tr.mufg.jp

hiroshi_ishiga@ho.rokinrenbank.or.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

hiroshi_kanae@mitsubishi-trust.co.jp
hiroshi_kato@putnam.com
hiroshi_kurihara@tr.mufg.jp
hiroshi_minagawa@tr.mufg.jp
hiroshi_mori@mlgam.co.jp
hiroshi_nagai@mitsui-trust.co.jp
hiroshi_nagoya@mitsubishi-trust.co.jp
hiroshi_nakamura@mitsui-seimei.co.jp
hiroshi_nakamura@tr.mufg.jp
hiroshi_nishida@mtam.co.jp
hiroshi_nishida@tr.mufg.jp
hiroshi_okawa@gb.smbcgroup.com
hiroshi_otsuki@tr.mufg.jp
hiroshi_saito@mitsubishi-trust.co.jp
hiroshi_umayahara@tr.mufg.jp
hiroshi-hayashi@am.mufg.jp
hiroshima@nam.co.jp
hiroshi-miyamoto@am.mufg.jp
hiroshi-morohoshi@am.mufg.jp
hiroshinakamoto@nochubank.or.jp
hirosi_nagai@am.sumitomolife.co.jp
hirosi-kojima@ioi-sonpo.co.jp
hirotaka.inoue@boj.or.jp
hirotaka.yamashita@amashin.co.jp
hiroto.uehara@boj.or.jp
hirouye.teshome@pnc.com
hiroya.uchimura@mizuhocbus.com
hiroyasu.andou@boj.or.jp
hiroyasu_nakano@am.sumitomolife.co.jp
hiroyasu_omura@tr.mufg.jp
hiroyo_hozaki@tokaitokyo.co.jp
hiroyo_tanuki@acml.com
hiroyuki.kimura@westernasset.com
hiroyuki.masuda@mizuhocbus.com
hiroyuki.okuyama@tokyostarbank.co.jp
hiroyuki.tani@tokyostarbank.co.jp
hiroyuki.terashita@mizuho-cb.co.jp
hiroyuki.uchiyama@shinseibank.com
hiroyuki.uekusa@mdam.co.jp
hiroyuki.watanabe@shinseibank.com
hiroyuki_bando@tr.mufg.jp
hiroyuki_hayashi@mitsui-seimei.co.jp
hiroyuki_inoue@mitsubishi-trust.co.jp

hiroyuki_kajiyama@mitsui-seimei.co.jp
hiroyuki_kobayashi@tr.mufg.jp
hiroyuki_koide@sakura.co.jp
hiroyuki_kurokawa@mitsubishi-trust.co.jp
hiroyuki_machiyama@tokaitokyo.co.jp
hiroyuki_shimizu@tr.mufg.jp
hiroyuki_suetugu@am.sumitomolife.co.jp
hiroyuki_tomiyama@am.sumitomolife.co.jp
hiroyuki_yoshimura@yamaguchibank.co.jp
hiroyuki_yoshino@tr.mufg.jp
hiroyuki_yuasa@mitsubishi-trust.co.jp
hiroyuki-kajii@am.mufg.jp
hi-sagara@ja-kyosai.or.jp
hisakata_isomura@mitsubishi-trust.co.jp
hisako_koyabu@mail.toyota.co.jp
hisanori_sugahara@am.sumitomolife.co.jp
hisao.chida@db.com
hisao_nishimura@mitsui-seimei.co.jp
hisashi.ichikawa@mizuho-cb.co.jp
hisashi_hosokawa@po.fujisawa.co.jp
hisato_doi@am.sumitomolife.co.jp
hisato_yasuda@tr.mufg.jp
hisatomo.harada@mizuho-cb.com
hisato-ono@nochubank.or.jp
hisham_arahim@petronas.com.my
hishikawa@aigfpc.com
hi-suzuki@nochubank.or.jp
hit@capgroup.com
hi-tamura@ja-kyosai.or.jp
hitan.patel@uk.standardchartered.com
hi-tanaka@ja-kyosai.or.jp
hitesh.bharkhda@zurichscudder.co.uk
hitesh.dharamshi@bmo.com
hitesh.k.mistry@bankofamerica.com
hitesh.mehta@uboc.com
hitesh.patel@allegiantgroup.com
hitomi.a.suzuki@mizuho-cb.co.jp
hitomi.yutaka@nisshoiwai.com
hitomis@dl.dai-ichi-life.co.jp
hitoshi.ishikawa@mitsubishicorp.com
hitoshi.itou@shinseibank.com
hitoshi.mio@boj.or.jp
hitoshi.nishiyama@db.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

hitoshi_shinto@tr.mufg.jp
hitoshi-kawamura@am.mufg.jp
h-iwasaki@taiyo-seimei.co.jp
hiwatasi@dl.dai-ichi-life.co.jp
hizuka@daiwa-am.co.jp
hj.ullrich@frankfurt-trust.de
hj@jyskebank.dk
hj_yin@cmbchina.com
hj5288@cmbchina.com
hjai@metlife.com
hjames@invest.treas.state.mi.us
hjcho@kdb.co.kr
hjdelacruz@adb.org
hjekim@kfb.co.kr
hjg@danskecapital.com
hjjeon@keb.co.kr
hjmm@bi.go.id
hjo@ubp.ch
hjoerdis.bessen@lbbw.de
hjonsson@delphifinanz.com
hjoy@standishmellon.com
hjp5@pge.com
hjpark@hanabank.com.hk
hjpark@soeulbank.net
hjung@websterbank.com
hk.treasury@aexp.com
hk@cgii.com
hk@nationalbanken.dk
hkambara@us.mufg.jp
h-kamikawa@nochubank.or.jp
hkanai@dl.dai-ichi-life.co.jp
hkanda@bloomberg.net
hkaya@princeton.edu
hkazazian@fhlbatl.com
hkcho@kookminbank.com
hkcorp@natexis.com.hk
hkdavidl@nomura.com.hk
hkearney@loomissayles.com
hkeller@yorktraditionsbank.com
hkerrich@tiaa-cref.org
hkerzel@meag.com
hkfundho@bloomberg.net
hkg_apac_derivatives_processing_westlbhongkong@westlb.com.hk

hkgcorreaa@mail.nomura.com.hk
hkiekens@anthos.nl
hkiguchi@dl.dai-ichi-life.co.jp
hkillen@westpac.com.au
hkilpatrick@svmonline.com
hkim@canyonpartners.com
hkim@fsa.com
hkims@bok.or.kr
hkofman@halcyonpartnerships.com
hkorenvaes@hbk.com
hkpuar@mas.gov.sg
hkreider@pobox.upenn.edu
hkrhu@bok.or.kr
h-kumagai@nochubank.or.jp
hkumar@babsoncapital.com
hkurachi@sompo-japan.co.jp
hkusumoto1@bloomberg.net
hl366@cornell.edu
hl377@cornell.edu
hladickj@fhlbsf.com
hladik.lubomir@slsp.sk
hlair@bloomberg.net
hlalva@wellington.com
hlbdesa@bloomberg.net
hlbjbart@bloomberg.net
hlbjwend@bloomberg.net
hlbjwhit@bloomberg.net
hlbmschw@bloomberg.net
hlbrown@sfbli.com
hlbscho@bloomberg.net
hld39@cornell.edu
hlearner@meag-ny.com
hlee@lordabbett.com
hlee@ofii.com
hlee@tiaa-cref.org
hleguen@oddo.fr
hlehr@caxton.com
hleong@fftw.com
hleung3@bloomberg.net
hlh@bankinvest.dk
hliebes@alger.com
hlim2@templeton.com
hllmg@mbk.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| hllewellyn@thamesriver.co.uk | hmkwon@kdb.co.kr |
| hln@americancentury.com | hmm.em@adia.ae |
| hlouaheb@groupama-am.fr | hmm@hapoalimusa.com |
| hlynch@scudder.com | hmm1@ntrs.com |
| hm.tranchimand@dexia-am.com | hmo@capgroup.com |
| hma.eu@adia.ae | hmo@petercam.be |
| hma.na@adia.ae | hmoehlman@metlife.com |
| hma@jwbristol.com | hmoehlmann@meag.com |
| hma@loomissayles.com | hmolog@statestreet.com |
| hma@nbim.no | hmontgomery@adbl.org |
| hmachado@summafs.com | hmorris@ssrm.com |
| hmaeda@ctcbjp.com | hmoss@jennison.com |
| hmaeta@sompo-japan.co.jp | hmost@glic.com |
| hmair@martincurrie.com | hmoudachirou@sinopia.fr |
| hmaltese@soam.com | hmt@ubp.ch |
| hmanabe1@sompo-japan.co.jp | hmw@dodgeandcox.com |
| hmann@tiaa-cref.org | hmyers1@bloomberg.net |
| hmasaki@dl.dai-ichi-life.co.jp | hn_kim@hanabank.com |
| hmatch@bloomberg.net | hn07000@hncb.com.tw |
| hmathieson@mfs.com | hn07000@ms.hncb.com.tw |
| hmatsu@daiwasbi.co.jp | hn07000@msl.hncb.com.tw |
| h-matsu@nochubank.or.jp | hn6@ntrs.com |
| hmatsubara@bloomberg.net | h-nagai@ufjtrustbank.co.jp |
| hmatsumoto@dlusa.com | h-nakahara@meiji-life.co.jp |
| hmatsumoto@metzler.com | hnakao@dl.dai-ichi-life.co.jp |
| hmavis@bloomberg.net | hnancy@bloomberg.net |
| hmb@capgroup.com | hnarrillos@bcj.gbancaja.com |
| hmccaffrey@aamcompany.com | hnathan@senecacapital.com |
| hmccrystal@babsoncapital.com | hnbui@sterling-capital.com |
| hmcguirk@troweprice.com | hnewman@nb.com |
| hmchan@federatedinv.com | hnewman@warburgpincus.com |
| hmchatt@templeton.com | hng@tiaa-cref.org |
| hmck3@allstate.com | hni@tudor.com |
| hmcmeekin@turnerinvestments.com | hnishi@nissay.co.uk |
| hmcneill@cabotsquare.com | hnobuyuki@bloomberg.net |
| hmd.pe@adia.ae | h-nogawa@yasuda-life.co.jp |
| hmehlman@mfcglobalus.com | hnorris@pimco.com |
| hmellin@frk.com | hnorton@loomissayles.com |
| hmerida@grupobbva.com | hnudelman@tudor.com |
| hmessiter1@bloomberg.net | ho.yewweng@uobgroup.com |
| hmiao@hkma.gov.hk | ho_ho@calpers.ca.gov |
| hmiller@mdsass.com | hoaglane@jwseligman.com |
| hmizukaki@bloomberg.net | hoangan@sdm.cic.fr |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| hoang-my.n'guyen@sgam.com | holger.brauer@feri.de |
| hobbertm@us.ibm.com | holger.cassens@seb.de |
| hobie.hodge@wellsfargo.com | holger.claessen@hsh-nordbank.com |
| hobor.n@grainger.com | holger.dahlke@postbank.lu |
| hocheehau@gic.com.sg | holger.feegel@dekabank.de |
| hochen@bankofny.com | holger.fertig@bayernlb.de |
| hock.soon.lee@hsbcpb.com | holger.fitzke@db.com |
| hockchan.h.sen@aexp.com | holger.geissler@db.com |
| hockleong@temasek.com.sg | holger.genuneit@drkw.com |
| hockmeng.foong@pimco.com | holger.haedrich@hypovereinsbank.de |
| h-odajima@kokusai.co.jp | holger.huber@sl-am.com |
| hodgee@vankampen.com | holger.janssen@hypovereinsbank.de |
| hodgett@babsoncapital.com | holger.jensen@devif.de |
| hoerner@blackrock.com | holger.kahlert@dzbank.de |
| hoesoon@temasek.com.sg | holger.kammel@bayerninvest.de |
| hoey.rb@dreyfus.com | holger.kindsgrab@dws.com |
| hof@vpv.nl | holger.kleinbrahm@helaba.de |
| hofbak@nordea.com | holger.kollmer@novartis.com |
| hoffmann.bernhard@siemens.com | holger.lang@karlsruher.de |
| hoffmaw@tillinghast.com | holger.lunden@nordea.com |
| hofmann.patrick@rahnbodmer.ch | holger.mahncke@hypovereinsbank.de |
| hofmanne@eurofima.com | holger.mueller@lbbw.de |
| hogi7973@intra.cosmo-sec.co.jp | holger.pfieffer@oppenheim.de |
| hogstrom@adelphi-capital.com | holger.poetschke@siemens.com |
| hohashi@dl.dai-ichi-life.co.jp | holger.pudimat@vuw.de |
| hohenstt@strsoh.org | holger.rabelt@ikb.de |
| hohinwah@gic.com.sg | holger.rambach@telekom.de |
| h-ohyanagi@nochubank.or.jp | holger.reske@sparkasse-koelnbonn.de |
| h-ohzaki@nissay.co.jp | holger.riedel@wgz-bank.de |
| hoi.shuntang@lodh.com | holger.risse@union-investment.de |
| hojaechoi@hanabank.com | holger.sahner@gz-bank.de |
| hojung.kang@de.pimco.com | holger.sauerbier@hauck-aufhaeuser.de |
| hojung82@naver.com | holger.schad@dzbank.de |
| hokabayashi@sonpo-japan.co.jp | holger.scharpenack@helaba.de |
| hokao@daiwa-am.co.jp | holger.schick@activest.de |
| hokugo@sbcm.com | holger.schmidt@bhf-bank.com |
| holak_tim@jpmorgan.com | holger.schmitt@oppenheim.de |
| holaph@tdsec.co.uk | holger.schulz@credit-suisse.de |
| holding.financement-bourse@total.com | holger.seib@bhf-bank.com |
| holger.basler@dresdner-bank.com | holger.seib@credit-suisse.com |
| holger.beck@hsh-nordbank.com | holger.sepp@deka.de |
| holger.boerner@fmr.com | holger.steppack@ubs.com |
| holger.bosse@frankfurt-trust.de | holger.tober@deka.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| holger.wasem@deka.de | homscheid@aigfpc.com |
| holger.weeda@fortisinvestments.com | hon.to@uboc.com |
| holger.wiesenberg@lbbw.de | hona04@handelsbanken.se |
| holger.ziemer@hsh-nordbank.com | honcheongwu@whbhk.com |
| holger_b.mueller@novartis.com | hon-cheung.man@shell.com |
| holim@bok.or.kr | honda460@dl.dai-ichi-life.co.jp |
| holiwen@gic.com.sg | hondas@fhlbsf.com |
| holley.huang@wamu.net | honeycutt@roxcap.com |
| hollway_richard@jpmorgan.com | hong.chen@prudential.com |
| holly.a.lissner@usa.dupont.com | hong.xu@morganstanley.com |
| holly.a.maffei@maine.gov | hong.zhang@icbc.com.cn |
| holly.abitz@blackrock.com | hong.zhao@ge.com |
| holly.barton@fandc.com | hong.zhu@halliburton.com |
| holly.blackstock@firstunion.com | hong_zeng@ssga.com |
| holly.cook@drkw.com | hongbing.hsu@ubs.com |
| holly.fullam@us.schroders.com | hongleng.chuah@barclaysglobal.com |
| holly.gotnic@fmr.com | hongwai.ma@dzbank.de |
| holly.grainger@morleyfm.com | hongyan.x.zhang@jpmorgan.com |
| holly.grotnik@fmr.com | hongyuzhao@icbc.com.cn |
| holly.hollub@ubs.com | hon-hoong.chong@ubs.com |
| holly.johnson@pimco.com | honig_paul@jpmorgan.com |
| holly.koch@janus.com | honluong_ly@swissre.com |
| holly.s.thompson@columbiamanagement.com | honma@nam.co.jp |
| holly.shen@chevron.com | honore.kouam@dexia.com |
| holly.smith@barclaysglobal.com | hon-wai.wong@bloomberg.net |
| holly.tillman@wellsfargo.com | honyee.wu@db.com |
| holly.wang@tdsecurities.com | hoo@bessemer.com |
| holly_barber@troweprice.com | hook@mcm.com |
| holly_clifford@ssga.com | hooman.yaghoobi@morganstanley.com |
| holly_sabourin@ssga.com | hoomori@nochubank.or.jp |
| holly_sze@acml.com | hoon@bok.or.kr |
| holmess@ebrd.com | hoon@fxstructuring.com |
| holonoff@mlcinternational.com | hoonhoontan@dbs.com |
| holt@dpbank.dk | hoonlee@kfb.co.kr |
| holtk@vankampen.com | hooper@adamsexpress.com |
| holton.m@tbcam.com | hoorn@bloomberg.net |
| holtta@aetna.com | hooverl@strsoh.org |
| holttg@aetna.com | hooverm@saccounty.net |
| hom.tu@adia.ae | hope.lundt@ubs.com |
| home@aol.com | hope.woodhouse@bwater.com |
| homefr@cial.cic.fr | hopkindl@wellsfargo.com |
| homerhou@hotmail.com | hopkins.ta@dreyfus.com |
| homero_radway@troweprice.com | horace.cheng@schroders.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

horacio_valeiras@nacm.com
horakb@swcorp.org
horgasze@mnb.hu
hori@daiwa-am.co.jp
horie@daiwasbi.co.jp
horiguchi.akira@kokusai-am.co.jp
horii.masataka@kokusai-am.co.jp
horikawa@dl.dai-ichi-life.co.jp
horiuchi.t@daiwa-am.co.jp
horiuchi_shigeto@zn.smbc.co.jp
horloff@wellington.com
horn@meinlbank.com
horne@dukestreetcapital.com
hornickel.maggie@principal.com
horst.buschmann@bankhaus-loebbecke.de
horst.dick@spaengler.at
horst.kuepker@postbank.de
horst.lechner@bawag.com
horst.luszczyk@apobank.de
horst.reichert@db.com
horst.seissinger@kfw.de
horst.willemse@postbank.de
horst.wittig@lbbw.de
horst-kaspar.greven@westlb.com
hortense@mail.cbc.gov.tw
horton.jp@mellon.com
horvathj@allampapir.hu
hosaka-y@daiwasbi.co.jp
hosangli@samsung.co.kr
hosfield@princeton.edu
hoshea@turnerinvestments.com
hoshi@daiwa-am.co.jp
hoshi_nishikawa@tr.mufg.jp
hoshrav.patel@tcw.com
hoshuiwei@yahoo.com
hosoe@nam.co.jp
hosoi_koutarou@mail.asahi-life.co.jp
hosoi_mihoko@gsb.stanford.edu
hosseinzadeh@apolloic.com
hostettler.sascha@rahnbodmer.ch
hostettler.ueli@rahnbodmer.ch
hotchi@daiwa-am.co.jp
hotchi@daiwa-am.cp.jp

hotchkiss.terry@principal.com
hotntot@bloomberg.net
hotsuchi689@dl.dai-ichi-life.co.jp
hotta@nam.co.jp
hotta_koji@mail.asahi-life.co.jp
houchin.jeff@principal.com
houghton@bancsabadell.com
houmann@jyskebank.dk
hourfali@bloomberg.net
houseyb@vankampen.com
houston.bb@mellon.com
houstonmalden@northwesternmutual.com
hovik.mazedjian@sgam.com
hovik.tumasyan@nationalcity.com
howard goldstein@invesco.com
howard.atkinson@bbg.co.uk
howard.berkowitz@blackrock.com
howard.booth@hsbcam.com
howard.booth@robecoinvest.com
howard.breyerman@db.com
howard.brooks@nomura-asset.co.jp
howard.burdett@uk.abnamro.com
howard.chak@wellsfargo.com
howard.davis@novartis.com
howard.dodd@boots-plc.com
howard.downs@blackrock.com
howard.f.searing@usa.dupont.com
howard.feitelberg@highbridge.ky
howard.ford@bt.com
howard.g.cohen@ms.com
howard.goodwin@citadelgroup.com
howard.gorman@us.hsbc.com
howard.gunton@massmutual.com
howard.hassen@morganstanley.com
howard.house@raymondjames.com
howard.jones@bankofengland.co.uk
howard.jones@morganstanley.com
howard.kaplan@columbiamanagement.com
howard.koh@fmr.com
howard.liang@chinatrust.com.tw
howard.lodge@inginvestment.com
howard.lothrop@ftcm.com
howard.mattsson@wpginvest.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| howard.mccalip@national-city.com | hpeterson@bloomberg.net |
| howard.mooth@robecousa.com | hphu@danskebank.dk |
| howard.soley@ppm-uk.com | hpieterse@optiver.com |
| howard.spector@tudor.com | hpike@thamesriver.co.uk |
| howard.surfleet@juliusbaer.com | hportner@pictet.com |
| howard.udis@truscocapital.com | hprielipp1@bloomberg.net |
| howard.weiss@pioneerinvestments.com | hprose2@bloomberg.net |
| howard.williams@jpmorganfleming.com | hpw@titan.gr |
| howard.wimpory@barclays.co.uk | hq.chen@wamu.net |
| howard.wu@barclaysglobal.com | hqiang@bochk.com |
| howard.wu@creditsuisse.com | hradecky@ellington.com |
| howard@watermarkgroup.com | hramallo@nb.com |
| howard_c_hunt@bankone.com | hrams@bpop.com |
| howard_chin@glic.com | hrao@tudor.com |
| howard_cunningham@newton.co.uk | hrauser@bankofny.com |
| howard_damian@cat.com | hraymond@amfam.com |
| howard_lacy@scotiacapital.com | hrbreck@the-ark.com |
| howard_mason@freddiemac.com | hre@lrc.ch |
| howard_schloss@msdw.com | hreenpaa@pictet.com |
| howard_woodward@troweprice.com | hreichelt@worldbank.org |
| howardbennett@isisam.com | hreid@uss.co.uk |
| howardj22@bloomberg.net | hren@ellington.com |
| howardstern@northwesternmutual.com | hrg@gruss.com |
| howardtsai@cathaylife.com.tw | hrh@dodgeandcox.com |
| howe.ng@barclaysglobal.com | hrh@nbim.no |
| howeld19@nationwide.com | hriter@metlife.com |
| howie.kennedy@schwab.com | hrkim@bok.or.kr |
| howie.rubin@soros.com | hrocha.lisboa@sinvest.es |
| howingwong@bochk.com | hrocha@icecanyon.com |
| howphuang.goh@schroders.com | hroekel@spfbeheer.nl |
| hoyeun.han@scfirstbank.com | hroper@sentinelinvestments.com |
| h-ozawa@nochubank.or.jp | hrubin@nb.com |
| hozef.arif@pimco.com | hrubinstein@vcallc.com |
| hp.van.asselt@abnamro.com | hrutt@frk.com |
| hp@pallmallpartners.com | hs267@cornell.edu |
| hp14@ntrs.com | hs79040@glaxowellcome.co.uk |
| hpacquement@europeancredit.com | hsachs@canyonpartners.com |
| hpagazani@cpr-am.fr | hsafonoff@westernasset.com |
| hpark@wmcdirect.com | hsakal@mellon-investor.com |
| hparker@frostbank.com | hsakuma@dl.dai-ichi-life.co.jp |
| hpatel@babsoncapital.com | hsamuel@bankofny.com |
| hpatel@concordiafunds.com | hsanchis@bcj.gbancaja.com |
| hperrin@tiaa-cref.org | hsao@qualcomm.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

hsardanis@blenheiminv.com

hsauer@metlife.com

hsauve1@bloomberg.net

h-sawashima@tmam.co.jp

hsb.tr@adia.ae

hsbcmyp@bloomberg.net; yuen.peng.mok@hsbcpb.com

hsbyun@kookmin.co.kr

hsc3@ntrs.com

hscha@danskebank.dk

hschaefer@aegonusa.com

hschang@cathaylife.com.tw

hschoo@bok.or.kr

hschreider1@bloomberg.net

hschun@kdb.co.kr

hscott@westernasset.co.uk

hsd.eu@adia.ae

hsenyehwu@cathaylife.com.tw

hseun@bloomberg.net

hsharon@lordabbett.com

hsheppard@chevrontexaco.com

hshigenobu@tiaa-cref.org

h-shijmizu@yasuda-life.co.jp

h-shimozato@ufjtrustbank.co.jp

hshin@frk.com

h-shintani@nochubank.or.jp

hsiam@mail.cbc.gov.tw

hsierra@worldbank.org

hsilien_aw@tokaitokyo.co.jp

hsingh@bankofny.com

hsinyiw@bloomberg.net

hsiuping.tu@email.chinatrust.com.tw

hsiu-wen_wu@fanniemae.com

hsiu-yun@tcb-bank.com.tw

hsjunghs@dreamwiz.com

hsk@wooribank.com

hsl3@cornell.edu

hslee@bok.or.kr

hslminam@knbank.co.kr

hsmgenii@goodbank.com

hsoh@hanabank.com

hsorel@quilweb.com

hsoykan@wellington.com

hsp@baupost.com

hspencer@bloomberg.net

hspencer@ihc-geneve.com

hsshin@bok.or.kr

hsshin@princeton.edu

hst@nbim.no

hstarrett@aamcompany.com

hstcyr@allmerica.com

hsteindorfer@bloomberg.net

hstern@mailbox.lacity.org

hstevens@jmsonline.com

hstewart@russell.com

hstirrat@kio.uk.com

hstruthoff@mmwarburg.com

hsuan@hncb.com.tw

hsucc@scsb.com.tw

h-suginaka@ja-kyosai.or.jp

h-sugita@ikedabank.co.jp

hsuj@jwseligman.com

hsumarj@wellsfargo.com

hsuter@vaudoise.ch

hsyoon@koreaexim.go.kr

ht.chen@tw.standardchartered.com

ht@americancentury.com

ht18@ntrs.com

htajima@btmna.com

h-takahashi@nochubank.or.jp

h-takano@nissay.co.jp

htakano6@sompo-japan.co.jp

htakehisa@mmsa.com

h-takigawa@tmam.co.jp

h-takimoto@nissay.co.jp

htam@temasek.com.sg

htan@allstate.com

htang@steinroe.com

htat@bloomberg.net

hteslow@moneygram.com

hthakrar@newstaram.com

hthirumalai@bloomberg.net

hthreadgill@fandc.co.uk

hthunt@cambinv.com

htimmins@tea.state.tx.us

htk@bok.or.kr

htomita@perrycap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

htomita1@bloomberg.net
htsubota@worldbank.org
htyser@newstaram.com
hu.david@pennmutual.com
hua.1.yang@gmam.com
hua.chen@citadelgroup.com
huaiyu.xiong1@wachovia.com
huananbkny@aol.com
huang.rui@icbcleasing.com
huang.y@tbcam.com
huang_winston@jpmorgan.com
huangj5@nationwide.com
huanglin@ftsfund.com
huaruor@bloomberg.net
huay-imm.poh@citicorp.com
huaying_qiu@freddiemac.com
hubbard.e@mellon.com
hubbard1@bloomberg.net
huber2u@bloomberg.net
huberr2@nationwide.com
hubert.allemani@db.com
hubert.dejesus@barclaysglobal.com
hubert.dekock@ingim.com
hubert.duplessix@rolex.com
hubert.figl@rzb.at
hubert.goye@bnpparibas.com
hubert.konrad@juliusbaer.com
hubert.langer@ikb.de
hubert.lee@barclaysglobal.com
hubert.le-liepvre@socgen.co.uk
hubert.lienhard@ubs.com
hubert.niggli@suva.ch
hubert.parzecki@lazard.com
hubert.pilgerstorfer@omv.com
hubert.rotivel@bnpparibas.com
hubert.shen@wamu.net
hubert.suehr@lrp.de
hubert.turrettini@lodh.com
hubert.vannier@caam.com
hubert_rodarie@smabtp.fr
hubert_stiles@troweprice.com
hubertus.roll@lbb.de
hubertus.underberg@oppenheim.de

hubertus.vonblomberg@cgi.de
huckje@bp.com
hudak@somersettrust.com
hudsonmj@bernstein.com
hue.moser@ers.state.tx.us
hueifung@bloomberg.net
hueseyin.ordu@credit-suisse.com
hueston.middleton@occ.trs.gov
huey.juien.tan@asia.ing.com
huey.peuttman@dws.de
huey@atlanticinvestment.net
huff.mike@principal.com
huffman.cherie@principal.com
huffmbc@huffcompanies.com
hufner@bloomberg.net
hug.kurt@rahnbodmer.ch
hug@suva.ch
hugh.burnaby@bankofbermuda.com
hugh.cutler@barclaysglobal.com
hugh.denning@rothschild.com.au
hugh.graham@barclays.co.uk
hugh.greves@gartmore.com
hugh.grieves@sgam.co.uk
hugh.maclean@rbc.com
hugh.male@db.com
hugh.nickola@jpmorgan.com
hugh.oneill@sunlife.com
hugh.rainey@chase.com
hugh.scott-barrett@abnamro.com
hugh.sergeant@sgam.co.uk
hugh.serjeant@mondrian.com
hugh.whelan@himco.com
hugh.whelan@inginvestment.com
hugh.young@aberdeen-asset.com
hugh@cathaylife.com.tw
hugh@stw.com
hugh_p_watters@vanguard.com
hughes.geslin@barcap.com
hughes@bloomberg.net
hughesc@wellsfargo.com
hugo.alexander@jpmorgan.com
hugo.baartman@ingim.com
hugo.banziger@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

hugo.barth@prudential.com

hugo.graafland@meespierson.com

hugo.houtman@kbc.be

hugo.komatsu@sscims.com

hugo.lavallee@fmr.com

hugo.lewne@swedbankrobur.se

hugo.neuhold@ba-ca.com

hugo.pedro@mcfundos.pt

hugo.sauerland@ingbank.com

hugo.schneider@lodh.com

hugo.tudor@blackrock.com

hugo.van.kattendijke@nibcapital.com

hugo.vanvredenburch@gs.com

hugo.westerink@nl.abnamro.com

hugo-0284@email.esunbank.com.tw

hugolini@sinopia.fr

hugop@bloomberg.net

hugo-pedro@mcfundos.pt

hugues.bernamonti@sgam.com

hugues.rialan@robeco.com

hugues@bloomberg.net

huhjinho@bok.or.kr

hui.wu@schroders.com

hui_jin@ssga.com

huib.morelisse@rwe.com

huib.wurfbain@corp.ahold.nl

huiberg.boumeester@ukabnamro.com

huichien@google.com

huichun@tcbank.com.tw

huifang.liu@cspb.com

huihoon@fullerton.com.sg

huihoon@temasek.com.sg

huijun.che@sun.com

huilaine_yang@putnam.com

huilee@princeton.edu

huimin.ng@uobgroup.com

huimin_wu@ssga.com

hulandd@strsoh.org

hull.ra@tbcam.com

hulya.erbas@wachovia.com

hum.eu@adia.ae

humaidan@bloomberg.net

humaira.sanders@aberdeen-asset.com

humaira.sheikh@aberdeen-asset.com

humbert.demaillynesle@fandc.com

humberto.pinto@bsnp.pt

humphriesm@brinson.com

hung.ngo@wamu.net

hungja@swib.state.wi.us

hunter.jamieson@chq.alstom.com

hunter.payne@fmr.com

hunter.schwartz@citigroup.com

hunter_hackney@invesco.com

hunterp@wharton.upenn.edu

huntg@bloomberg.net

huntjr@bloomberg.net

huntm@jwseligman.com

hunzikst@bloomberg.net

huohlynn@mail.bot.com.tw

huong.belpedio@csresearch.us

huqjrsc@icbc.com.cn

hurleyj@lottsoff.com

hurleym@lotsoff.com

hurlowm@jwseligman.com

husam.nazer@tcw.com

hussain_albanna@bbkonline.com

hussaind@delaware.co.uk

hussam.syed@sunlife.com

hussein.safa@barclaysglobal.com

hussmann@bloomberg.net

hutch.bryan@aig.com

hutch@blackrock.com

hutchij@lloydstsb-offshore.com

hutchip@vbloomberg.net

hutchison.la@mellon.com

hutta@bloomberg.net

huttonpw@bernstein.com

huub.van.der.riet@ingim.com

huw.davies@nationwide.co.uk

huw.pill@ecb.int

huwb@jsfund.cn

huylao.derungs@ubs.com

h-uzukawa@kobelco.jp

huzun@oyakbank.com.tr

hvaldes@banxico.org.mx

hvallejo@metlife.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hvan@danskebank.dk | hy@mackayshields.com |
| hvandenberg@1838.com | hy223@cornell.edu |
| hvbeek@aegon.nl | h-yamagata@taiyo-seimei.co.jp |
| hveit@metzler.com | hyarbrough@alger.com |
| hvernon@brownadvisory.com | hyashiro@daiwasbi.co.jp |
| hvliu@bloomberg.net | hyates@babsoncapital.com |
| hvmamelak@uss.com | hyde_chow@swissre.com |
| hvoelker@bloomberg.net | hyejin0610.kim@samsung.com |
| hvs-flow@deshaw.com | hyemin.ryu@himco.com |
| hvu@jhancock.com | hyen@mail.cbc.gov.tw |
| hvu@westernasset.com | hyeongon.yun@scfirstbank.com |
| hwaddell@templeton.com | hyla.holmes@ppm.com |
| hwang@ellington.com | hylee@hanvitbank.co.kr |
| hwang@fhlbdm.com | hylee@kdb.co.kr |
| hwang@glic.com | hym@jwbristol.com |
| hwang@tiaa-cref.org | hym@jwvbristol.com |
| hwang@wellilngton.com | hyokota@westernasset.com |
| hwangcs@bloomberg.net | hyomin.ahn@scfirstbank.com |
| hwangmt@kbstar.co.kr | hyon@kdb.co.kr |
| hwangnh@gic.com.sg | hyowook.kim@samsung.com |
| hwanjoolee@hanabank.com | hypa01@handelsbanken.se |
| hwatson@mfs.com | hyu@perrycap.com |
| hwb@citicib.com.cn | hyuk@bok.or.kr |
| hwchew@mas.gov.sg | hyunbae.kim@hanabank.com |
| hwchow@mas.gov.sg | hyunchang78@bok.or.kr |
| hweber@capgroup.com | hyunchoi@princeton.edu |
| hweejoo@dbs.com | hyunduks@chb.co.kr |
| hweeli.ho@schroders.com | hyung-ja.dezeeuw@snsam.nl |
| hweierbach@hncbank.com | hyungjunan@hanabank.com |
| hweifern@temasek.com.sg | hyungonnoh@hanabank.com |
| hweissler@hapoalimusa.com | hyunjong.jung@samsung.com |
| hwessel@obb.com | hywel.franklin@ubs.com |
| hwhiles@wellington.com | hywel.george@morganstanley.com |
| hwhitworth@tswinvest.com | hz54@cornell.edu |
| hwiegmann@bloomberg.net | hzaman@princeton.edu |
| hwild@metzler.com | hzeng@loomissalyes.com |
| hwilliams1@worldbank.org | hzhang@fsa.com |
| hwinokur@statestreet.com | hzhang@millertabak.com |
| hwolfe@ofii.com | hzhao@waddell.com |
| hwong@jhancock.com | hzhou@bear.com |
| hwoodson@gabelli.com | hzhu@delinvest.com |
| hwp@berbens.nl | hzhuo@bocusa.com |
| hxchabadel@groupama-am.fr | hzimmerman@fcem.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| hzimmermann@btmna.com | i88124@firstbank.com.tw |
| hzimmermann@us.mufg.jp | i88156@firstbank.com.tw |
| hzwu@princeton.edu | i90023@mail.firstbank.com.tw |
| i.alqubaisi@adic.ae | i90026@mail.firstbank.com.tw |
| i.cetiner@dhbbank.com | i90050@mail.firstbank.com.tw |
| i.colomo@fonditel.es | i90117@firstbank.com.tw |
| i.darcy@fnysllc.com | i90150@firstbank.com.tw |
| i.f.graat@robeco.nl | i91095@firstbank.com.tw |
| i.gambelli@sace.it | i91111@firstbank.com.tw |
| i.j.s.laudy@robeco.nl | i91209@firstbank.com.tw |
| i.j.w.p.vanoudenhoven@vanlanschot.com | i91259@firstbank.com.tw |
| i.kappas@efgbank.lu | i92045@firstbank.com.tw |
| i.kirby@hermes.co.uk | i92080@firstbank.com.tw |
| i.kubo@plaza-am.co.jp | i93047@mail.firstbank.com.tw |
| i.maartense@robeco.nl | i93065@firstbank.com.tw |
| i.mouallim@probtp.com | i93086@mail.firstbank.com.tw |
| i.nagashima@ldn.tr.mufg.jp | i93087@firstbank.com.tw |
| i.ogura@noemail.com | i93096@firstbank.com.tw |
| i.r.y.van.herpt@dnb.nl | i93117@firstbank.com.tw |
| i.rigo@bloomberg.net | i93135@firstbank.com.tw |
| i.ryabov@ufgam.com | i93145@firstbank.com.tw |
| i.uno@noemail.com | i94003@firstbank.com.tw |
| i.valke@dpfs.nl | i94033@mail.firstbank.com.tw |
| i.w.geluk@robeco.nl | i94080@firstbank.com.tw |
| i.wace@mwam.com | i94095@firstbank.com.tw |
| i.watanabe@mitsui.com | i94111@firstbank.com.tw |
| i_romero@bancourquijo.es | i94138@firstbank.com.tw |
| i_sasaki@nam.co.jp | i94192@firstbank.com.tw |
| i_yoshioka@nochubank.or.jp | i94194@firstbank.com.tw |
| i59135@firstbank.com.tw | i94672@firstbank.com.tw |
| i62118@mail.firstbank.com.tw | i94734@firstbank.com.tw |
| i63200@mail.firstbank.com.tw | i94740@firstbank.com.tw |
| i64145@mail.firstbank.com.tw | i94741@firstbank.com.tw |
| i69012@firstbank.com.tw | i94743@mail.firstbank.com.tw |
| i70025@firstbank.com.tw | i94756@firstbank.com.tw |
| i75054@firstbank.com.tw | i94772@firstbank.com.tw |
| i79083@firstbank.com.tw | i95064@firstbank.com.tw |
| i79213@firstbank.com.tw | i96022@mail.firstbank.com.tw |
| i80116@firstbank.com.tw | i97015@firstbank.com.tw |
| i83231@firstbank.com.tw | ia37@cornell.edu |
| i86182@firstbank.com.tw | iabellan@cam.es |
| i87174@firstbank.com.tw | iabukhlal@westernasset.co.uk |
| i87200@firstbank.com.tw | iabyzov@hbk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| iac.tr@adia.ae | ian.burns@citigroup.com |
| iacopini@fideuramgestions.lu | ian.c.mcdonald@aibbny.ie |
| iacosta@reamsasset.com | ian.calame@swib.state.wi.us |
| iacovacc@bellatlantic.net | ian.campbell-laing@db.com |
| iain.anderson@glgpartners.com | ian.carey@robeco.com |
| iain.armstrong@elas.co.uk | ian.cash@uk.mizuho-sc.com |
| iain.bremner@labanquepostale-am.fr | ian.chapman@zurich.com |
| iain.brown@insight.investment.com | ian.clare@bmo.com |
| iain.buckle@aegon.co.uk | ian.clarke@lgim.co.uk |
| iain.campbell@bailliegifford.com | ian.cowan@blackrock.com |
| iain.davies@nationwide.co.uk | ian.craston@gcc.royalsun.com |
| iain.de.weymarn@bankofengland.co.uk | ian.cross@ubs.com |
| iain.donovan@boimail.com | ian.d.cassese@bankofamerica.com |
| iain.fulton@aegon.co.uk | ian.davies@uk.mufg.jp |
| iain.hannah@resolutionasset.com | ian.duckworth@uk.abnamro.com |
| iain.havard@swipartnership.co.uk | ian.ellis@hsh-nordbank.co.uk |
| iain.lanaghan@firstgroup.com | ian.f.cooke@aib.ie |
| iain.macdonald@mandg.co.uk | ian.farley@threadneedle.co.uk |
| iain.mcmillan@resolution.com | ian.firth@morleyfm.com |
| iain.mcneill@insightinvestment.com | ian.fishwick@fidelity.com |
| iain.t.stealey@jpmorgan.com | ian.fitzgerald@lloydstsb.co.uk |
| iain.wallace@statestreetnl.com | ian.g.cully@jpmorgan.com |
| iain.wells@aegon.co.uk | ian.garrison@greenwichnatwest.com |
| iain_burnett@westlb.co.uk | ian.goodhand@omam.co.uk |
| iain_galloway@standardlife.com | ian.gordon@alliancebernstein.com |
| iain_maccormick@standardlife.com | ian.gordon@ny.frb.org |
| iain_mason@standardlife.com | ian.grant@morleyfm.com |
| iain_stewart@newton.co.uk | ian.greenwood@arabbank.co.uk |
| i-akiyama@nochubank.or.jp | ian.griffiths@uk.mizuho-sc.com |
| iali@mfs.com | ian.hally@morleyfm.com |
| ialonso@bankinter.es | ian.hally@swip.com |
| ialperstein@berkeleydelta.com | ian.harnett@ubsw.com |
| ian.adelson@sgcib.com | ian.hart@fmr.com |
| ian.am.clarke@db.com | ian.heslop@omam.co.uk |
| ian.ashment@ubs.com | ian.hodges@barclays.co.uk |
| ian.aylward@insightinvestment.com | ian.hogg@sarasin.co.uk |
| ian.b.fagan@aibbny.ie | ian.hooker@bnpparibas.com |
| ian.banwell@bankofamerica.com | ian.howick@ba.com |
| ian.beattie@newstaram.co.uk | ian.hunter@barcap.com |
| ian.berry@scotiabank.com | ian.hutchinson@lgim.co.uk |
| ian.black@ubs.com | ian.j.brown@jpmorgan.com |
| ian.boyland@uk.fid-intl.com | ian.jamieson@blackrock.com |
| ian.brissette@innocap.com | ian.jarvie@icap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ian.jefferies@friendsprovident.co.uk | ian.winship@aberdeen-asset.com |
| ian.johnson@icap.com | ian.wood@credit-suisse.com |
| ian.johnston@7bridgescap.com | ian.wright@arabbanking.com |
| ian.jones@bmo.com | ian.wylie@glgpartners.com |
| ian.keller@ch.abb.com | ian@adia.co.uk |
| ian.kelly@jm.rbtt.com | ian_anderson@fanniemae.com |
| ian.kernohan@rlam.co.uk | ian_brady@hen.invesco.com |
| ian.kirwan@alliancebernstein.com | ian_carew@calpers.ca.gov |
| ian.lubelsky@caam.com | ian_chitterer@acml.com |
| ian.lyngen@ny.frb.org | ian_crowther@bankofscotland.co.uk |
| ian.macdonald@insightinvestment.com | ian_frost@blackrock.com |
| ian.martin@bernstein.com | ian_griffin@westlb.co.uk |
| ian.mcfarlane@isisam.com | ian_kelson@troweprice.com |
| ian.mcgonigle@asbai.com | ian_larkin@putnam.com |
| ian.mcintosh@ubs.com | ian_lokkerbol@cargill.com |
| ian.murdoch@opcap.com | ian_macdonald@bankofscotland.co.uk |
| ian.owen@mailpoalim.co.uk | ian_mcdonald@troweprice.com |
| ian.paczek@ubs.com | ian_robertson@standardlife.com |
| ian.panton@swip.com | ianarnof@aol.com |
| ian.patterson@london.entoil.com | ianctaylor@bloomberg.net |
| ian.peddle@threadneedle.co.uk | iand@scm-lp.com |
| ian.pitfield@ubs.com | ianharviewatt@btopenworld.com |
| ian.quek@ubs.com | ianpatrick.englert@hvb.de |
| ian.r.barnes@citigroup.com | ianseow@gic.com.sg |
| ian.r.butler@jpmorgan.com | iansilva@bloomberg.net |
| ian.r.henderson@jpmorgan.com | iapicella@the-ark.com |
| ian.raftell@robur.se | iayala@westernasset.com |
| ian.richardson@ikb.de | ib@cathaylife.com.tw |
| ian.robinson@fandc.com | ib301048@public.ibercaja.es |
| ian.rosenthal@uk.danskebank.com | ib302031@public.ibercaja.es |
| ian.samson@nordlb.com | ib7@ntrs.com |
| ian.sharman@rlam.co.uk | ibader@tiaa-cref.org |
| ian.smart@lazard.com | ibahena@tiaa-cref.org |
| ian.spreadbury@fidelity.com | ibakrac@ftci.com |
| ian.stephenson@axa-im.com | ibanez_m@telefonicamoviles.com |
| ian.t.l.tay@hsbcpb.com | ibattye@russell.com |
| ian.tabberer@swip.com | ibazzoli@ifam.it |
| ian.trundle@db.com | ibcr@berliner-volksbank.de |
| ian.tyree@moorecap.com | ibeeseo@dreamwiz.com |
| ian.vose@swip.com | ibej@danskebank.dk |
| ian.wagstaff@aegon.co.uk | ibertomeuyca@bhw.de |
| ian.williams@barclaysglobal.com | ibetz@bloomberg.net |
| ian.williamson@uk.nomura.com | ibeyer@bft.fr |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

ibg.obu@mail.chinatrust.com.tw
ibg@saikyobank.co.jp
ibigney@mcleanbudden.com
ibing.moor@email.chinatrust.com.tw
ibitner@bear.com
ibjhattori@bloomberg.net
ibkny@bloomberg.net
iblanco@bankinter.es
iblanco@bloomberg.net
ib-madsen@jyskebank.dk
ibmc@bloomberg.net
ibo.sanz@t-interactiva.com
ibobryshev@vtb.ru
iboroditsky@hbk.com
ibosnjak@russell.com
ibra.wane@ca-assetmanagement.fr
ibrahim.bitar@wachovia.com
ibrahim.toprak@akbank.com
ibrito@finibanco.pt
ibruce@ambac.com
ibtcalreconnightteam@statestreet.com
ic14@ntrs.com
icanabate@crediinvest.ad
icapriello@dkpartners.com
icarnathan@jennison.com
icb@bpi.pt
icbctky@bloomberg.net
ichanana@wellington.com
ichen@us.nomura.com
icheng@princeton.edu
ichi@dl.dai-ichi-life.co.jp
ichiba673@dl.dai-ichi-life.co.jp
ichiei.kuki@uk.mufg.jp
ichikawa17950@nissay.co.jp
ichiki@nam.co.jp
ichikura@feo.fuji-ric.co.jp
ichimura-m@marubeni.com
ichino@nam.co.jp
ichiro.kusaka@gpn.mizuho.cb.com
ichirou.iy.yamada@fi.fukoku-life.co.jp
ichirou.mutou@boj.or.jp
ichirou-oaku@kyocera.co.jp
ichitaro-akita@am.mufg.jp

ichun@mail.cbc.gov.tw
ichung@eatonvance.com
iclanford@bankofny.com
icolquhoun2@bloomberg.net
icorwin@ellington.com
id@capgroup.com
id@caxton.com
ida.farina@uk.bnpparibas.com
ida.karymy@lgim.co.uk
ida.lindgren@swedbank.com
ida.thorbek@columbiamanagement.com
ida_fiori@generali.com
idalis.negron@investment.com
idalton@babsoncapital.com
idary@iccrea.bcc.it
idb@bankinvest.dk
ideharo@westernasset.com
idelevska@dkpartners.com
idellamorte@fideuramcapital.it
idelorme@generali.fr
idham.runizam@bni.co.id
idham@bnm.gov.my
idir.louadj@axa-im.com
idjung@bok.or.kr
idl@capgroup.com
ido.degeus@pggm.nl
ido.eisenberg@jpmorgan.com
idonthaveanemail@noaddress.com
idotan@bloomberg.net
idriss.tchapdadjamen@bnpparibas.com
ids@capgroup.com
iduggento@icbpi.it
idyott@nb.com
iedelblum@bear.com
iedmonds@westernasset.co.uk
ieki806573@sumitomobank.co.jp
iepstein@caxton.com
iequities@bsibank.com
iergovic@jhancock.com
ievola@fideuramcapital.it
ievola@ifam.it
if011020@kentaku.co.jp
ifaasee@russell.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ifaryar@metzler.com | igor.nicolay@ubs.com |
| ifascia@uaf-fr.com | igor.nikolay@ubs.com |
| ifernandez@halcyonllc.com | igor.ojereliev@threadneedle.co.uk |
| ifill@sgcowen.com | igor.pozdniakov@lloydsbank.ch |
| ifinnegan@bankofny.com | igor.ribaric@seb.de |
| iflores@bbandt.com | igor.socchi@credit-suisse.com |
| iftikar.ahmed@fmr.com | igor.souvorov@mosnar.com |
| iftikhar.ali@bankofamerica.com | igor.zizic@dzbank.de |
| ifundo@metlife.com | igor@rentec.com |
| ig@bawag.com | igor_tesinsky@conning.com |
| ig12@ntrs.com | igoyeneche@bancogui.com |
| ig16@ntrs.com | igrassin@axa-im.co.uk |
| igarashi@daiwa-am.co.jp | igribbin1@bloomberg.net |
| igarcia@wellington.com | iguchi.seiichi@tepco.co.jp |
| igarciag@notes.banesto.es | iguchi_fumio@dn.smbc.co.jp |
| igarrido@bancozaragozano.es | iguenard@cpr-am.fr |
| igerland@bhw.de | iguillaume@groupe_ccr.com |
| igino.beverini@lazard.com | igunes@jhancock.com |
| iglesiasc@bancsabadell.com | igutim@jsf.co.jp |
| iglesiasjordi@bancsabadell.com | iguzman@generali.es |
| ignacio.blanch@barclaysglobal.com | igyoengyoesi@metzler.com |
| ignacio.carnicero@ampegagerling.de | ihab.saidi@bnpparibas.com |
| ignacio.cuenca@iberdrola.es | ihaley@adb.org |
| ignacio.diaz@bancoval.es | ihaley@mail.asiandevbank.org |
| ignacio.galaz@pimco.com | iharker@westernasset.com |
| ignacio.garciallacerbort@bnpparibas.com | iharris@metlife.com |
| ignacio.onrubia.soler@ingim.com | ihawkins@mmlassurance.com |
| ignacio.portillo@antar.es | ihideko@dl.dai-ichi-life.co.jp |
| ignacio.villanue@grupobbva.com | ihirschbach@loews.com |
| ignacio.zarza@interdin.com | ihle@lbbw.de |
| ignacio_benlloch_bce@cajarural.com | ihmin@kdb.co.kr |
| ignacio_rojas_bce@cajarural.com | iholden@europeancredit.com |
| igneso@nbg.gr | iholm@lordabbett.com |
| ignino.napoli@bancaprofilo.it | iholmes@europeancredit.com |
| igoh@russell.com | ihs.na@adia.ae |
| igoicochea@caxton.com | ihsan.goerec@rzb.at |
| igor.axenov@genworth.com | ihu@babsoncapital.com |
| igor.axenov@wachovia.com | ihussain@blackrock.com |
| igor.beretta@juliusbaer.com | ihwang@gscpartners.com |
| igor.bury@ing.fr | iiandiorio@bloomberg.net |
| igor.calcio@bancareale.it | iida522@dl.dai-ichi-life.co.jp |
| igor.drozdov@mn-services.nl | iida569649@sumitomobank.co.jp |
| igor.lasun@ubs.com | iijima@sumitomotrust.co.jp |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| iimaz@kutxa.es | ilan.wurmser@hapoalim.ch |
| iino@nam.co.jp | ilance@newstaram.com |
| iishii1@sompo-japan.co.jp | ilanv@bll.co.il |
| iitaliano@spasset.lu | ilario.dibon@uk.fid-intl.com |
| iizuka.makoto@kokusai-am.co.jp | ilazarov@bft.fr |
| ij007@kbstar.co.kr | ileiser@federatedinv.com |
| ijc@ntga.ntrs.com | ileon@oppenheimer.com |
| ijeter@montag.com | ileria.chan@btfinancialgroup.com.au |
| ijimenez@bloomberg.net | ilga.haubelt@union-investment.de |
| ijustice@westernasset.co.uk | ilgen.ertug@finansbank.com.tr |
| ik@jwbristol.com | ilhoahn@wooribank.com |
| ika.na@adia.ae | iliana.nikolova@morganstanley.com |
| ikapadwala@tiaa-cref.org | ilija.murisic@ubs.com |
| ikaplan@metlife.com | ilin.ng@us.hsbc.com |
| ikast@privat.dk | iljung@kdb.co.kr |
| ikawa.akira@daido-life.co.jp | ilka.heckenmueller@aam.de |
| ikawa@nam.co.jp | ilka.quiring@saarlb.de |
| ikbtrading3@bloomberg.net | ilkka.aitero@sampo.com |
| ike_michaels@calpers.ca.gov | ilknur.dumanli@tcmb.gov.tr |
| ikebk@bloomberg.net | illan.shellef@mailpoalim.co.uk |
| ikeda@nam.co.jp | illya.lebedynets@credit-suisse.com |
| ikeda_karen@jpmorgan.com | ilmars@bank.lv |
| ikeda-0fb2@jp.nomura.com | ilnicki@statestreet.com |
| iki26838@nissay.co.jp | ilocher@bayern-invest.de |
| ikiefer@fftw.com | ilona.korsch@hauck-aufhaeuser.de |
| ikikoich@dl.dai-ichi-life.co.jp | ilona.monz@vontobel.ch |
| ikim12@bloomberg.net | ilona.nichols@bmo.com |
| ikizawa@nochubank.or.jp | ilona_k_daw-krizman@progressive.com |
| ik-jun.choi@lacrosseglobal.com | iloui@lmfunds.com |
| ikka.poyhonen@nordea.com | ilourie@jennison.com |
| iklinger@canyonpartners.com | ilowitt@lehman.com |
| iklingler@canyonpartners.com | ils@nbim.no |
| ikohlbacher@hbk.com | ilse.deenik.scholtens@ingim.com |
| ikook@bloomberg.net | ilubelza@bloomberg.net |
| ikram.yaya@commerzbank.com | ilw@capgroup.com |
| ikushima.dli@dial.pipex.com | ilya.de-lannoy@bbl.be |
| ila.eckhoff@blackrock.com | ilya.karmilov@juliusbaer.com |
| ilan.botbol@sgcib.com | ilya_figelman@acml.com |
| ilan.friedman@credit-suisse.com | ilya_siegelman@acml.com |
| ilan.heimann@gs.com | ilzes@hbl.lv |
| ilan.solot@ny.frb.org | im47909@deere.com |
| ilan.stern@soros.com | im7544@kornet.net |
| ilan.weiss@wellscap.com | ima@meag-ny.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| imachi.m@daiwa-am.co.jp | imsingh@cisco.com |
| imada@tmam.co.jp | imunoz@bloomberg.net |
| imade_alhaji@troweprice.com | imurphy@loomissayles.com |
| imai@daiwa-ny.com | in.soonok@principal.com |
| imalis@lmcm.com | in_cheon.park@samsung.com |
| imamura@ja-bank-fukui.or.jp | ina.decker@ppm-uk.com |
| iman.brivanlou@tcw.com | ina.meyer@dit.de |
| iman@adia.co.uk | ina.riskin@activest.de |
| imanari_akira@dn.smbc.co.jp | ina_goedhart@deltalloyd.nl |
| imanishi@sumitomotrust.co.jp | inaba@daiwasbi.co.jp |
| imarquine@bft.fr | inada-y@marubeni.com |
| imarsee@bradfordmarzec.com | inagaki@dl.dai-ichi-life.co.jp |
| imartin@public.ibercaja.es | inagakimz@bernstein.com |
| imartinm@bbk.es | inaki.sanjuan@cajalaboral.es |
| imas@ing.ch | inalkc@bernstein.com |
| imatthew@tiaa-cref.org | inamura@tmam.co.jp |
| imazawa-y@itochu.co.jp | inaoka@nam.co.jp |
| imazzella@apolloic.com | inata-kzh@sumitomometals.co.jp |
| imbo@nordea.com | inatomi@daiwa-am.co.jp |
| imbodenj@strsoh.org | inauen.michael@rahnbodmer.ch |
| imcc@sanpaolo.fr | inbalb@bll.co.il |
| imccann3@bloomberg.net | income@fandc.com |
| imccarty@calstrs.com | incorrect@jp.com |
| imccombie@bailliegifford.co.uk | indecs@bigpond.com |
| imelda.orange@boiss.boi.ie | index_feedback@lehman.com |
| imelda.s.sexton@aib.ie | indexpet@db.com |
| imendelson@worldbank.org | indexresearch@fidelity.com |
| imene.rahmouni@banque-france.fr | indhira.urrutia@bankofamerica.com |
| imhoff@agf.fr | india7ok@n05.itscom.net |
| imichalzik@metzler.com | indira.korte@morganstanley.com |
| i-minegishi@nochubank.or.jp | indra.tan@aegon.com |
| imiranda@symantec.com | indraneel.karlekar@aig.com |
| imittet@blackrock.com | indraneel_das@americancentury.com |
| immerzeel@bloomberg.net | indrani_chakraborty@ml.com |
| immo.querner@gerling.de | indranil.barari@barclaysglobal.com |
| imo.homfeld@helaba.de | indranilchakraborty@rbi.org.in |
| imoen@optimix.nl | industry@cathayconsult.com.tw |
| imontepietra@credem.it | indy.bhattacharya@moorecap.co.uk |
| imoraino@tiaa-cref.org | indy_weerasinghe@freddiemac.com |
| imran.khan@uobgroup.com | ines.chaves@caixabi.pt |
| imran.mirza@fgb.ae | ines.degiorgio@piaggio.com |
| imran.rizvi@tdsecurities.com | ines.depascale@meliorbanca.com |
| imran.sattar@blackrock.com | ines.krol@lamondiale.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ines.moeller@dit.de | ingmar_schaefer@deltalloyd.nl |
| ines.moser@stinnes.de | ingo.altenrath@ksk-koeln.de |
| ines.prevot-leygonie@axa-im.com | ingo.curdt@helaba.de |
| ines.prevot-leygonie@ca-assetmanagement.fr | ingo.fender@bis.org |
| ines.raessler@dit.de | ingo.gefeke@db.com |
| ines.rueberg@apobank.de | ingo.hansen@hyporealestate.de |
| ines.rueberg@sachsenlb.ie | ingo.holzwarth@dzbank.de |
| ines.schmid@blb.de | ingo.klamroth@feri.de |
| ines.x.risques@jpmorgan.com | ingo.klamroth@weberbank.de |
| inessa.grinn@daiwausa.com | ingo.koch@oppenheim.de |
| info@bansel.it | ingo.koczwara@hsh-nordbank.com |
| info@bcihongkong.com.hk | ingo.kuerpick@db.com |
| info@brederode.be | ingo.kugel@sparkassenversicherung.de |
| info@carisp.sm | ingo.loehrl@postbank.de |
| info@catfinance.ch | ingo.mainert@cominvest.de |
| info@dqwest.com | ingo.molitor@db.com |
| info@eurofima.org | ingo.schneider@bhf-bank.com |
| info@info.com | ingo.speich@union-investment.de |
| info@salamercati.it | ingo.stechmann@hsh-nordbank.com |
| info@skibofin.com | ingo.steffenhag@sachsenlb.de |
| info@synchrony.ch | ingo_wichelhaus@westlb.de |
| information.manager@bankofengland.co.uk | ingold.geist@lbbw.de |
| infos@iam.ch | ingolf.schalko@rzb.at |
| inga.rohwer@hsh-nordbank.co.uk | ingolf.starke@dit.de |
| inga.smolyar@fgic.com | ingolfur.bender@glitnir.is |
| ingaalam@bloomberg.net | ingolfur.ingolfsson@glitnir.is |
| inga-lill.carlberg@nordea.com | ingolfur.kristjansson@glitnir.is |
| ingbakker@bloomberg.net | ingram.amanda@principal.com |
| inge.andersson@ap3.se | ingrid.albinsson@swedbankrobur.se |
| inge.anno@dexia-am.com | ingrid.allemand@caam.com |
| inge.bohne@hsbctrinkaus.de | ingrid.binet-tarbe@bnpparibas.com |
| inge.hirschauer@de.pimco.com | ingrid.blase@juliusbaer.com |
| inge.hofman@dexia.be | ingrid.burkardt@cominvest-am.com |
| inge.van.elk@ingim.com | ingrid.gerner@spaengler.at |
| inge_cosby@den.invesco.com | ingrid.haar-stoehr@oenb.co.at |
| ingeborg.schumacher@ubs.com | ingrid.holm@prudential.com |
| ingeborg.warschke@helaba.de | ingrid.iversen@insightinvestment.com |
| inge-lise.mackaay@db.com | ingrid.lacey@aib.ie |
| ingemar.syrehn@robur.se | ingrid.lehmann@nordlb.de |
| inger.standanger@swedbank.se | ingrid.pino@swip.com |
| inger.trooien@thrivent.com | ingrid.strasser@spaengler.at |
| ingim.emd@ingim.com | ingrid.turley@shell.com |
| ingmar.kaptein@nl.abnamro.com | ingrid.yang@ucop.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ingrid_nowak@cguusa.com
ingrid_thomas@bankone.com
ingrida.bluma@hansabanka.lv
ingsveldt@bloomberg.net
ingunn.gurvin@storebrand.no
ingvild.van.lysebetten@belgacom.be
inicolay@aigpb.com
inigo.chivite@grupobbva.com
inigo_mijangos@troweprice.com
initials@capgroup.com
initials@edfd.com
initialsurname@britannicasset.com
inka.michallek@trinkaus.de
inma.ansoleaga@grupobbva.com
inma.pena@barclaysglobal.com
inna.etinberg@dartmouth.edu
inna.okounkova@db.com
inna.semenchuk@jpmorgan.com
inna.y.berrue@chase.com
inna_okounkova@db.com
inon.dafni@discountbank.co.il
inoue.teruhiko@kokusai-am.co.jp
inoue@nam.co.jp
inoue_kazuo@dn.smbc.co.jp
inoue_tsutomu@dn.smbc.co.jp
inoue_yoshihisa@mail.asahi-life.co.jp
inoue-n@daiwasbi.co.jp
ins.park@samsung.com
insulj@tcwgroup.com
int.casv@memo.volvo.se
int.deals@bll.co.il
intermediazione@popso.it
intern@lkcm.com
international.finance@hsh-nordbank.com
intidb@discountbank.co.il
intidb@discountbank.net
intl@kyongnambank.co.kr
intlresearch@wmblair.com
intmobiliare@bper.it
intoppa.d@tbcam.com
inv@bankersbankusa.com
invercaixagestion@mad.servicom.es
invest@bawag.com

invest@bbbsa.ch
invest@ix.netcom
invest@mofne.gov.bh
invest@nationalwesternlife.com
invest@pobox.upenn.edu
investcash@bloomberg.net
investimenti@crsm.it
investment.fim@bcee.lu
investment.it@bancodisicilia.it
investment@ecb.int
investment_team@aberdeen-asset.com
investmentgroup@penntrust.com
investments@ipers.org
investor.relations@akzonobel.com
investor.relations@bankaustria.com
investor.relations@bnsf.com
investor.relations@carlsberg.com
investor.relations@enel.it
investor.relations@eni.it
investor.relations@merck.de
investor.relations@nokia.com
investor.relations@omv.com
investor@stinnes.de
invfacil@ers.state.tx.us
invops_reconciliation@troweprice.com
inv-stgy_post@mitsubishi-trust.co.jp
invtfrep@manulife.com
inwoojung@hanabank.com
ioana.lefebvre-vornic@sgam.com
ioana.mihut@bnpparibas.com
ioannis.capras@allianz.de
ioannis.drikos@ubs.com
ioannis.papassavvas@allianzgi.de
iobrien@mfs.com
iodonovan@kio.uk.com
iondan@allegiancecapital.com
io'neill@bankofny.com
iordanis_chatziprodromou@swissre.com
iota@generali.fr
ioulia.vorona@alliancebernstein.com
ipedersen@bloomberg.net
ipek.ersak@finansbank.com.tr
iperalta@banxico.org.mx

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ipeters@ustrust.com | irene.lai@email.chinatrust.com.tw |
| ipindado@notes.banesto.es | irene.lisyansky@db.com |
| ipo.desk@credit-suisse.com | irene.luu@barep.com |
| ipooe@seic.com | irene.moshouris@avon.com |
| ipras@gfh.generali.fr | irene.raposo@hydro.com |
| iprior@ustrust.com | irene.sy@nyc.nxbp.com |
| iproshutinskaya@manubank.com | irene.yc.chen@citicorp.com |
| iprzewlocka@meag.com | irene.yip@blackrock.com |
| iqbal.lambat@reemtsma.de | irene_hennelly@glenmede.com |
| iqbal@bnm.gov.my | irene_luelingduffy@swissre.com |
| ir.coop@ofina.on.ca | irenen@wellscap.com |
| ir.nyc@total.com | irenesim@temasek.com.sg |
| ir@aegonusa.com | ireneus.wenzel@deka.de |
| ir@bankgesellschaft.de | irf@capgroup.com |
| ir@bezeq.com | irfan.janmohamed@ashmoregroup.com |
| ir@hypovereinsbank.de | irg.buehrer@ubs.com |
| ira.artman@jpmchase.com | irina.bogatcheva@aig.com |
| ira.braunstein@inginvestment.com | irina.budnikova@ubs.com |
| ira.gorsky@asbai.com | irina.chistyakova@agf.com |
| ira.selig@ny.frb.org | irina.pacheco@harrisbank.com |
| ira_carnahan@troweprice.com | irina.sidorovitch@oppenheim.de |
| ira_nicholson@acml.com | irina.slutsker@soros.com |
| irace.ja@dreyfus.com | irina.topa-serry@axa-im.com |
| iradmilo@fhlbc.com | irina.valcheva@db.com |
| iraida.l.figueroa@bgf.gobierno.pr | irina_goedemans@capgroup.com |
| irakli.menabde@shell.com | irina_koval@fanniemae.com |
| irang_im@freddiemac.com | irina_torelli@americancentury.com |
| irankin@westpac.com.au | irinam@mcm.com |
| irbabush@nb.com | irindlisbacher@juliusbaer.com |
| ircoop@ofina.on.ca | iris.awerbuch@us.hsbc.com |
| ird2@cornell.edu | iris.chau@bankofbermuda.com |
| irehm@tullib.com | iris.clay@aig.com |
| irem.sukan@aig.com | iris.hanking@jpmorganfleming.com |
| irenam@bgi-group.com | iris.heher-milkowits@sparinvest.com |
| irenartg@cajamadrid.es | iris.kaltenhaeuser@bayernlb.de |
| irene.amarena@morganstanley.com | iris.kern@sfs.siemens.de |
| irene.b.puettner@claridenleu.com | iris.ngo@sscims.com |
| irene.backx@snsreeal.nl | iris.secker@wmam.com |
| irene.cheng@lazard.com | iris.speth@hsh-nordbank.com |
| irene.costello@citadelgroup.com | iris.tuil@creditfoncier.fr |
| irene.eddy@ge.com | iris.watts@ibtco.com |
| irene.eppers@postbank.lu | iris_foster-denieuwe@bankone.com |
| irene.koh@bloomberg.net | iris_yu@ml.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| irisawa@nam.co.jp | isabell.albus@allianzgi.de |
| irischang@mail.pscnet.com.tw | isabell.caldway@inginvestment.com |
| irishs@bloomberg.net | isabella.bertolas@raiffeisenbank.at |
| irlink@wellington.com | isabella.l.corso@fhlb-pgh.com |
| irma.tome@alliancebernstein.com | isabella.marani@dexia-crediop.it |
| irma_jacinto@ml.com | isabella.merrina@gruppobim.it |
| irmgard.soeder@dws.de | isabella.petalas@juliusbaer.com |
| irmin.haucke@bayernlb.de | isabella.soon@soros.com |
| irmin.hauke@bayernlb.com | isabella.zinck@hypovereinsbank.de |
| irobot@bok.or.kr | isabelle.ardon@sgam.com |
| irohe@fnni.com | isabelle.bonnault@snecma.fr |
| irojas@ohionational.cl | isabelle.boussiquet@caam.com |
| irosenweig@mdsass.com | isabelle.brancart@db.com |
| iruis@spfbeheer.nl | isabelle.chalon@bgl.lu |
| irvin.lee@westernasset.com | isabelle.colombo@cpr-am.fr |
| irvine@wgz-bank.ie | isabelle.crutzen@ethias.be |
| irvingt@anz.com | isabelle.danet@calyon.com |
| irvingz@aeltus.com | isabelle.degavoty@sgam.com |
| irye@smud.org | isabelle.drinkuth@nordlb.com |
| is@capgroup.com | isabelle.dubos@erstebank.at |
| isa.scheunpflug@ubs.com | isabelle.erimo@caam.com |
| isaac.demming@csam.com | isabelle.gaudrat@ceidfp.caisse-epargne.fr |
| isaac.gamble@avmltd.com | isabelle.guilhot@socgen.com |
| isaac.lowenbraun@morganstanley.com | isabelle.hohenlohe@glgpartners.com |
| isaac.tak@citadelgroup.com | isabelle.horen-lestang@caam.com |
| isaac_lowenbraun@glic.com | isabelle.jacobs@puilaetco.com |
| isaac_lowenbraun@ml.com | isabelle.jarry@caam.com |
| isaac-ww.lo@aig.com | isabelle.job@caam.com |
| isaak.inoyatov@us.hsbc.com | isabelle.kerreveur@edf.fr |
| isabel.beltranespana@telefonica.es | isabelle.lafargue@caam.com |
| isabel.buccatelli@alliancebernstein.com | isabelle.lefevre@interbrew.com |
| isabel.castelo.branco@bancobpi.com | isabelle.leguay@caam.com |
| isabel.cmartinez@grupobbva.com | isabelle.lemee-martin@total.com |
| isabel.coelho@mackayshields.com | isabelle.letalnet@ibtco.com |
| isabel.dubra-paramos@jpmorgan.com | isabelle.m.monahan@aibbyn.ie |
| isabel.goiri@grupobbva.com | isabelle.mast@uk.fid-intl.com |
| isabel.hackenbroch@kfw.de | isabelle.mayor@ch.abnamro.com |
| isabel.knight@csam.com | isabelle.pajot@axa-im.com |
| isabel.luo@carval.com | isabelle.philippon@axa-im.com |
| isabel.macalintal@mutualofamerica.com | isabelle.rome@dexia.com |
| isabel.t.curatolo@dartmouth.edu | isabelle.schirmer@uk.bp.com |
| isabel.vilela@cookson.co.uk | isabelle.sutter@bhf-bank.com |
| isabela.maia@bcb.gov.br | isabelle.tufenkjian@axa-im.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| isabelle.vic-philippe@caam.com | ishizaka7385@intra.cosmo-sec.co.jp |
| isabelle_armanville@swissre.com | ishizaki20751@nissay.co.jp |
| isabelle-caroline.weber@bcv.ch | ishizaki-k@marubeni.com |
| isaezgar@cajamadrid.es | ishizuka@nam.co.jp |
| isainzar@cajamadrid.es | ishmael.mcghee@citadelgroup.com |
| isak.ahlbom@ubs.com | ishuans@mail.cbc.gov.tw |
| isalem@frk.com | isiah.zhang@credit-suisse.com |
| isalib@federatedinv.com | isida@dl.dai-ichi-life.co.p |
| isam@kapital.folksam.se | isidet@jsf.co.jp |
| isao.hishikawa@boj.or.jp | isidro.jovelar@grupobbva.com |
| isao.isoe@ufj-partners.co.jp | isira.perera@sinopia.fr |
| isao_ikegami@tr.mufg.jp | isirovich@inasim.gruppoina.it |
| isarap@bot.or.th | isisogar@notes.banesto.es |
| i-sasaki@nissay.co.jp | isley.erika@principal.com |
| isastriques@bcj.gbancaja.com | ismadii@petronas.com.my |
| isaura.costa@bcf.pt | ismael.lourabi@cnp.fr |
| isb@investmentsb.com | ismael.miled@caam.com |
| isbella.dinstl@erstebank.at | ismail.alan@ingim.com |
| isbir.sl@mellon.com | ismail.kazanc@isbank.com.tr |
| isemerdjiev@bank-banque-canada.ca | ismas@bloomberg.net |
| isenberg.i@fibi.co.il | ismith@thamesriver.co.uk |
| isender@aposcapital.com | isn2@cornell.edu |
| ishan.kapur@calyon.com | isobel.lee@insightinvestment.com |
| ishani.dezoysa@cibc.ca | isolde.kreissig@caam.com |
| ishay.emkies@barep.com | isolde.lindorfer-kubu@pioneerinvestments.at |
| ishibashid@lazard.com | isomura@mtbcny.com |
| ishida_shigeru@yd.smbc.co.jp | isono@daiwasbi.co.jp |
| ishide@daiwasbi.co.jp | ispinelli@fideuramsgr.it |
| ishigatz@bernstein.com | israel.l@tbcam.com |
| ishii.hiroshi@kokusai-am.co.jp | israel_s@bll.co.il |
| ishii.yoshihito@kokusai-am.co.jp | isreal.sendrovic@ny.frb.org |
| ishii@dlusa.com | isreal.solares-moya@uk.fid-intl.com |
| ishii@nam.co.jp | isringh@colognere.com |
| ishii008@dl.dai-ichi-life.co.jp | issa.dabbo@socgen.com |
| ishii02867@nissay.co.jp | issei.kitamura@ufj-partners.co.jp |
| ishii-0d55@jp.nomura.com | issei.shinohara@mizuho-bk.co.jp |
| ishii772@dl.dai-ichi-life.co.jp | isshiki-07ns@jp.nomura.com |
| ishijima_takashi@mail.nikko.co.jp | issra.battash@fgb.ae |
| ishikawa_hirofumi@dn.smbc.co.jp | istewart@westpac.au.com |
| ishikita0139@intra.cosmo-sec.co.jp | istp@sarasin.ch |
| ishikure@bloomberg.net | istubbe@bloomberg.net |
| ishimaru@daiwa-am.co.jp | isust@bankpyme.es |
| ishimura02856@nissay.co.jp | isuzuki@wharton.upenn.edu |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| itai.ben-zeev@bankleumi.co.il | ivan.caiola@ubs.com |
| itai.yosha@mailpoalim.co.il | ivan.capriello@db.com |
| itai_benosh@freddiemac.com | ivan.cheng@vontobel.ch |
| itaif@bll.co.il | ivan.comerma@caixacatalunya.es |
| itakahashi@kyowa.co.jp | ivan.delloye@cnp.fr |
| itanenbaum@metlife.com | ivan.dong@citadelgroup.com |
| itang@stanford.edu | ivan.fadel@ing-barings.com |
| itaran@ufgam.com | ivan.franceschi@capitalia-am.com |
| itaru_takahashi@yamaguchibank.co.jp | ivan.francis@standardlife.ca |
| itatani6148@intra.cosmo-sec.co.jp | ivan.frechard@ebc.int |
| itay.moshenberg@bernstein.com | ivan.k.h.ng@hsbcrepublic.com |
| itay.stolovy@dbs.co.il | ivan.larin@blackrock.com |
| ithanthrilage@groupama-am.fr | ivan.lin@cathaylife.com.tw |
| itkim@bok.or.kr | ivan.m.gjaja@bofasecurities.com |
| ito.h@daiwa-am.co.jp | ivan.marabotto@alpitour.it |
| ito.m@daiwa-am.co.jp | ivan.marinkovic@credit-suisse.com |
| ito@dl.dai-ichi-life.co.jp | ivan.migliozzi@azfund.com |
| ito_yoshikazu@vr.smbc.co.jp | ivan.rynders@ing.be |
| itoigawatetsushiuser@company.com | ivan_jiang@nylim.com |
| itom@nochubank.or.jp | ivan_varga@kb.cz |
| ito-s@daiwasbi.co.jp | ivanderveen@aegon.nl |
| ito-ta@daiwasbi.co.jp | ivandijk@bloomberg.net |
| itou159@dl.dai-ichi-life.co.jp | ivania.dobles@barclaysglobal.com |
| itousignant@caxton.com | ivanlin@tcbank.com.tw |
| itri.u@adr.it | ivano.colanero@ubs.com |
| itsakiris@eurobank.gr | ivano.masiero@bpf.com |
| itsope@nbg.gr | ivanova@atlanticinvestment.net |
| it-support@brummer.se | ivantan@gic.com.sg |
| ittiphan.jearkjirm@barclaysglobal.com | ivanwang@cathaylife.com.tw |
| ittnerd@hhmi.org | ivanyeo@gic.com.sg |
| ituo_wakao@am.sumitomolife.co.jp | ivar.qvist@storebrand.no |
| iturkedjiev@gscpartners.com | ivar.stromberg@tele1europe.se |
| iturkington@bloomberg.net | ivascyn@pimco.com |
| iturmcgl@notes.banesto.es | ivaylo.dimitrov@glgpartners.com |
| itwinn@ifc.org | ivazquez@notes.banesto.es |
| itzik.shalev@mailpoalim.co.il | ivelin.millet@sgcib.com |
| iulca.giussani@ubm.it | ivelina.nilsson@lloydstsb.co.uk |
| iurquiza@notes.banesto.es | iven.gernetzke@apobank.de |
| iva.alexandrova@axa-im.com | iverson.troy@principal.com |
| ivailo.petkov@gs.com | iversonin@ensignpeak.org |
| ivan.alves@ecb.int | ives.kupferschmid@blkb.inet.ch |
| ivan.bouillot@blfram.lu | ivette.iacueo@sanpaoloimi.com |
| ivan.bouillotmontero@bdl.lu | ivette.soto@firstbankpr.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ivey_wade@protective.com | iweinrub@templeton.com |
| ivinci@genre.com | iwickramasinghe@invictafinancial.com |
| iviza.orsolic@commerzbankib.com | iwilk@bgcfx.com |
| ivka_kalus@ssga.com | iwilkins@bankofny.com |
| ivo.baelli@juliusbaer.com | iwona.cholewa@dimensional.com |
| ivo.butler@raiffeisen.ch | iwona.murphy@umb.com |
| ivo.de.bondt@dexia-am.com | iwright@fhlbatl.com |
| ivo.dierick@dexia-am.com | iws1@ntrs.com |
| ivo.iliev@westernasset.com | ixenitides@metlife.com |
| ivo.kaufmann@csprivateadvisors.com | iyad.farah@morleyfm.com |
| ivo.klein@nl.abnamro.com | i-yajima@nochubank.or.jp |
| ivo.prokop@rb.cz | iykang@wooribank.com |
| ivo.westera@db.com | iylleraa@notes.banesto.es |
| ivogtle@scsalliance.com | iyoda.toshiro@kokusai-am.co.jp |
| ivonne.gessinger@postbank.lu | iyu@wescorp.org |
| ivor.pether@rlam.co.uk | izabela.klejnowska@bph.pl |
| ivs.tr@adia.ae | izak.swanepoel@alliancebernstein.com |
| ivy.nguyen@pimco.com | izana.wanahmad@jpmorgan.com |
| ivy.s.y.lam@hsbc.com.hk | izelenko@worldbank.org |
| ivy@bloomberg.net | izinn@hcmny.com |
| ivyloh@gic.com.sg | iz-ishiwata@ja-kyosai.or.jp |
| ivylun@temasek.com.sg | izumi.todoroki@mizuhocbus.com |
| ivyong@dbs.com | izumi.uematsu@axa.co.jp |
| iw12@ntrs.com | izumi.yamashtia@boj.or.jp |
| iwabuchi.r@daiwa-am.co.jp | izumi.yonezawa@ufj-partners.co.jp |
| iwai_kazushi@ub.smbc.co.jp | j.a.c.horsten@vanlanschot.com |
| iwaki@nam.com | j.a.h.van.dijk@robeco.nl |
| iwakiri_masaru@mail.nikko.co.jp | j.a.m.m.geurts@robeco.nl |
| iwales@uk-dexia.com | j.a.p.molenaar@vanlanschot.com |
| iwama@daiwasbi.co.jp | j.abbott@mwam.com |
| iwan.kurniawan@bni.co.id | j.alvarez@prsint.com |
| iwan.peters@pggm.nl | j.arnold@prsint.com |
| iwao.ito@mizuhocbus.com | j.balodimas@fnysllc.com |
| iwao_matsumoto@am.sumitomolife.co.jp | j.bergmans@robeco.nl |
| iwasa02885@nissay.co.jp | j.bianchi@ssmb.com |
| iwasaki.h@daiwa-am.co.jp | j.bitner@easternbk.com |
| iwasaki.hidehiro@kokusai-am.co.jp | j.brian.hunter@jpmorgan.com |
| iwasaki.o@daiwa-am.co.jp | j.briceno@wafra.com |
| iwasaki@sumitomotrust.co.jp | j.c.kobes@rn.rabobank.nl |
| iwashina037@dl.dai-ichi-life.co.jp | j.c.skiera@noemail.com |
| iwata@daiwa-am.co.jp | j.carter@mwam.com |
| iwatters@templeton.com | j.chan@aig.com |
| iweil@canyonpartners.com | j.chan@indoverbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| j.chidekel@provalue.ch | j.idema@sl-am.nl |
| j.cortazar@grupobbva.com | j.j.angow@indoverbank.com |
| j.d.rieber@inginvestment.com | j.j.p.m.dood@schretlen.com |
| j.date@meijiyasudany.com | j.j.van.duijn@robeco.nl |
| j.david.germany@morganstanley.com | j.jewett@wafra.com |
| j.davila3@gfbemail.bbva.bancomer.com | j.kakebeeke@gbf.nl |
| j.delaire@abc-arbitrage.com | j.kattar@easternbk.com |
| j.demberio@ppmamerica.com | j.knight@leggmasoninvestors.com |
| j.deoliveira@firsteuro.com | j.koestle@bloomberg.net |
| j.dezagon@eib.org | j.krandel@fnysllc.com |
| j.dicoum@afdb.org | j.kwon@lcfr.co.uk |
| j.divito@wafra.com | j.litschke@bloomberg.net |
| j.duguid@olayangroup.com | j.loison@finance-concept.mc |
| j.duyvesteyn@robeco.nl | j.lorese@grupobbva.com |
| j.e.berndsen@dnb.nl | j.m.moutin@lvmh.fr |
| j.e@hythesecs.com | j.m.thoolen@dnb.nl |
| j.f.vanboxmeer@heineken.com | j.m.tieman@robeco.nl |
| j.f.zhao@icbc.com.cn | j.m.van.der.hart@robeco.nl |
| j.fauvel@e-multifonds.com | j.m.vanderheijden@pensioenstork.nl |
| j.fiorello@aozorabank.co.jp | j.martin@fordfound.org |
| j.fox@easternbk.com | j.mayor@hermes.co.uk |
| j.garri@grupobbva.com | j.mccloskey@aozorabank.co.jp |
| j.giangrasso@olayangroup.com | j.mccourt@easternbk.com |
| j.gifford@mwam.com | j.mcelroy@hermes.co.uk |
| j.gillies@wafra.com | j.mckinlay@easternbk.com |
| j.green@glgpartners.com | j.meesters@dnb.nl |
| j.guinea@grupobbva.com | j.milke@frankfurt-trust.de |
| j.h.g.m.dollevoet@vanlanschot.com | j.montella@robeco.nl |
| j.hahn@proequity.com | j.morito@mitsui.com |
| j.haines@ingim.com | j.mudie@aozorabank.co.jp |
| j.hart@mwam.com | j.murphy@hermes.co.uk |
| j.hata@aozorabank.co.jp | j.muyrers@azl-group.com |
| j.hesano@mnco.com | j.nakazeki@ny.tr.mufg.jp |
| j.hiller@staedtische.co.at | j.neele@robeco.nl |
| j.hisham@maybank.com.my | j.netherthorpe@mwam.com |
| j.hodgkins@bloomberg.net | j.nguessan@afdb.org |
| j.hoek@robeco.nl | j.norberg@mfs.com |
| j.hoffmann@inka-kag.de | j.p.f.vanrhee@vanlanschot.com |
| j.holland@mwam.com | j.p.vanwijngaarden@vanlanschot.com |
| j.hoogeveen@dbv.nl | j.pang@robeco.nl |
| j.hottinga@robeco.nl | j.peperkamp@robeco.nl |
| j.hussain@ncbc.com | j.pollard@lcfr.co.uk |
| j.ibarra@grupobbva.com | j.potocki@eib.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| j.r.robinson@mail.utexas.edu | j_guiroga@bancourquijo.es |
| j.rasmussen@nordea.com | j_kutin@putnam.com |
| j.roca_ll@generali.es | j_kuzan@ml.com |
| j.ruizenveld@robeco.com | j_maruyama@nam.co.jp |
| j.ruizeveld@robeco.nl | j_whelan@ml.com |
| j.s.mosselaar@robeco.nl | j2z@americancentury.com |
| j.sage@fordfound.org | j4crawford@crawfordinvestment.com |
| j.sainz@iberdrola.es | j5p@americancentury.com |
| j.scarfone@frankfurt-trust.de | ja256@cornell.edu |
| j.schuurman@robeco.nl | jaa7@ntrs.com |
| j.sender@efxcap.com | jaana.myllynen@nokia.com |
| j.sengera@westlb.de | jaap.bastiaansen@philips.com |
| j.sfiroudis@olayangroup.com | jaap.spruyt@mn-services.nl |
| j.smit@robeco.nl | jaap.van.dam@pggm.nl |
| j.stam@vanlanschot.com | jaap.veerman@nl.abnamro.com |
| j.steven.evans@csam.com | jab@bankinvest.dk |
| j.storm@vanlanschot.com | jab15@ntrs.com |
| j.sun@ny.tr.mufg.jp | jabaldwin@bloomberg.net |
| j.t.underwood@ledyardbank.com | jabari.magnus@blackrock.com |
| j.tate@noemail.com | jabaz.mathai@barclaysglobal.com |
| j.teo@shell.com | jabers@kia.gov.kw |
| j.thompson@bouwfonds.nl | jabitbol@invercaixa.es |
| j.tillotson@hermes.co.uk | jaboselli@wellington.com |
| j.tobin@dowcorning.com | jac.kragt@pggm.nl |
| j.v.hinchey@sepiv.shell.com | jac@artemisinvest.com |
| j.v.hinchley@sepiv.shell.com | jac@columbus.com |
| j.van.ijserloo@robeco.nl | jac@jwbristol.com |
| j.van.t.veer@fmo.nl | jacadrwell@mmm.com |
| j.vanbavel@vanlanschot.com | jacastillero@gruposantander.com |
| j.vanbuchanan@pncbank.com | jacco.koopmans@pggm.nl |
| j.vandectaats@pensioenstork.nl | jacco.maters@lodh.com |
| j.vonsceiver@bbh.com | jacek.jurczynski@bph.pl |
| j.w.de.moor@robeco.nl | jacek.ostas@bph.pl |
| j.w.vollack@nyc.rabobank.com | jacek.treter@bsibank.com |
| j.ward@easternbk.com | jach04@handelsbanken.se |
| j.weinhold@sskhan.de | jacinta.wagner@hyporealestate.com |
| j.whitehorn@wafra.com | jacinta_saldanah@acml.com |
| j.wood@nrcl.com | jack.ablin@harrisbank.com |
| j.wright@bspf.co.uk | jack.ahlert@wellsfargo.com |
| j?rg.sittner@db.com | jack.ambrosio@prudential.com |
| j_bruce_martin@vanguard.com | jack.bernard@dresdnerrcm.com |
| j_carter@freddiemac.com | jack.bolick@honeywell.com |
| j_fedderly@putnam.com | jack.broeren@pncbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

jack.crawford@jpmorgan.com
jack.cunha@chase.com
jack.d.obrien@lazard.com
jack.f.ogrady@fhlb-pgh.com
jack.falconi@guarantygroup.com
jack.fan@aberdeen-asset.com
jack.fatica@pncadvisors.com
jack.fischer@huntington.com
jack.g.barlage@columbiamanagement.com
jack.gaston@prudential.com
jack.geltosky@bms.com
jack.georgeson@morleyfm.com
jack.gillette@pncbank.com
jack.graham@uk.fid-intl.com
jack.haley@fmr.com
jack.hattem@blackrock.com
jack.jazmadarian@uboc.com
jack.kane@bmo.com
jack.kelley@alliancebernstein.com
jack.kelly@uk.abnamro.com
jack.kerivan@fmr.com
jack.koch@nationalcity.com
jack.lee@aig-huatai.com
jack.lee@credit-suisse.com
jack.lequertier@cpr-am.fr
jack.lin@avmltd.com
jack.m.mcneily@dartmouth.edu
jack.mcgrath@harrisbank.com
jack.mcnally@csfb.com
jack.o'grady@fhlb-pgh.com
jack.pai@email.chinatrust.com.tw
jack.pease@fnbmd.com
jack.peene@sebny.com
jack.powell@libertysavingsbank.com
jack.purcell@suntrust.com
jack.rainer@morgankeegan.com
jack.rasmusson@clark.wa.gov
jack.s.crawford@jpmorgan.com
jack.spross@ftnfinancial.com
jack.sullivan@wachovia.com
jack.tsai@email.chinatrust.com.tw
jack.tse@fmr.com
jack.waters@bnpparibas.com

jack.weiner@daiwausa.com
jack.werne@morgankeegan.com
jack.zehner@db.com
jack@adelphi-capital.com
jack@email.esunbank.com.tw
jack@incomeresearch.com
jack@ksmanagement.com
jack_alvo@canadalife.com
jack_b_lake@victoryconnect.com
jack_bannister@troweprice.com
jack_bohn@cargill.com
jack_donnelly@sunlife.com
jack_erbeck@ml.com
jack_jonk@deltalloyd.nl
jack_keil@fanniemae.com
jack_koltes@acml.com
jack_lanphar@bankone.com
jack_loudoun@ldn.invesco.com
jack_macdonald@ml.com
jack_mcgowan@putnam.com
jack_plym@acml.com
jack_rosa@reservefunds.com
jack_tate@prusec.com
jack95@ctnbank.com.tw
jackaman@bloomberg.net
jackb@chgroup.com
jackbrown@oppenheimerfunds.com
jackchen@mail.cbc.gov.tw
jackchen67@bloomberg.net
jackerly@davenportllc.com
jackerman@mail.pnm.com
jackharrison@hsbc.com
jackie.a.francis@gsk.com
jackie.bernstein@inginvestment.com
jackie.carr@morganstanley.com
jackie.doeler@swib.state.wi.us
jackie.glenn@huntington.com
jackie.gross@hp.com
jackie.jessen@midstates.org
jackie.kogler@capmark.funb.com
jackie.lee@asia.ing.com
jackie.m.senat@morganstanley.com
jackie.messerschmidt@thrivent.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jackie.morris@bmo.com | jacob.saumure@pnc.com |
| jackie.reid@barcap.com | jacob.silady@blackrock.com |
| jackie.vazquez@us.standardchartered.com | jacob.topp@nordea.com |
| jackie_ayoub@ml.com | jacob.truelsen@nordea.com |
| jackie_cheung@ml.com | jacob.w.gibson@jpmorgan.com |
| jackie_lucas@protective.com | jacob.weinstein@fmr.com |
| jacklin@mail.cbc.gov.tw | jacob_gilman@ssga.com |
| jackman_jeffrey@jpmorgan.com | jacob_habibi@invesco.com |
| jackson.kwan@citadelgroup.com | jacob_kleehamer@invesco.com |
| jackson.yu@citicorp.com | jacob_manczyk@westlb.com |
| jackson@dbs.com | jacob_williams@countrywide.com |
| jackson-j@1stsource.com | jacobb@fhlbsea.com |
| jacksonjz@bernstein.com | jacober.toni@rahnbodmer.ch |
| jacksonyuen@whkbk.com | jacobgelfand@northwesternmutual.com |
| jacky.cheung@credit-suisse.com | jacobo.penaranda@barclays.co.uk |
| jacky.chow@allegiantgroup.com | jacobo.sanroman@telefonica-msolutions.com |
| jacky.prudhomme@bnpparibas.com | jacobs@aigfpc.com |
| jacky.rezzonico@lodh.com | jacobsen@bear.com |
| jacky.stockman@gallaherltd.com | jacobus.louw@wellsfargo.com |
| jacky_ah_fong@bankofscotland.co.uk | jacooper@bloomberg.net |
| jacla@danskebank.dk | jacopo.g.saccheri@jpmorgan.com |
| jaclyn.donaldson@morganstanley.com | jacopo.moresco@pioneerinvestments.com |
| jaclyn.roster@aig.com | jacopo.turolla@gestielle.it |
| jaclyn.simard@fmr.com | jacquafondata@fhlb-pgh.com |
| jaclyn_simpson@putnam.com | jacquelien.coes@pggm.nl |
| jaco.a.venter@jpmorgan.com | jacqueline.a.mihalik@jpmorgan.com |
| jaco.jordaan@pncadvisors.com | jacqueline.connor@morganstanley.com |
| jaco.rouw@ingim.com | jacqueline.evers@ingim.com |
| jacob.albo@caixacatalunya.es | jacqueline.flake@jpmorgan.com |
| jacob.bjorheim@ubs.com | jacqueline.flippin@fin.sccgov.org |
| jacob.bolin@riksbank.se | jacqueline.hay-primus@inginvestment.com |
| jacob.dewit@fandc.com | jacqueline.jacques@blackrock.com |
| jacob.dowden@bankofamerica.com | jacqueline.johnson@ers.state.tx.us |
| jacob.gemmel@swedbankrobur.se | jacqueline.kelly@pnc.com |
| jacob.greer@morankeegan.com | jacqueline.kuek@schroders.com |
| jacob.gyntelberg@bis.org | jacqueline.lambert@caam.com |
| jacob.lester@nordea.com | jacqueline.lawarre@pncadvisors.com |
| jacob.lundbeck.serup@nordea.com | jacqueline.ledergerber@credit-suisse.com |
| jacob.mase@aig.com | jacqueline.mclelland@ercgroup.com |
| jacob.miller@ubs.com | jacqueline.mok@uobgroup.com |
| jacob.nelson@bis.org | jacqueline.pasquarello@morganstanley.com |
| jacob.procuniar@pimco.com | jacqueline.peinaud@sgam.com |
| jacob.rojdmark@industrivarden.se | jacqueline.ponti@bsibank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jacqueline.redmond@scottishpower.plc.uk | jacques.hautefeuille@creditlyonnais.fr |
| jacqueline.sabella@mutualofamerica.com | jacques.hirsch@glgpartners.com |
| jacqueline.schimenti@credit-suisse.com | jacques.lucciani@drkw.com |
| jacqueline.simpson@rlam.co.uk | jacques.marmier@nestle.com |
| jacqueline.smith@ubs.com | jacques.massin@fortisbank.com |
| jacqueline.sprenger@vontobel.ch | jacques.molgo@alcatel.fr |
| jacqueline.swaine@us.standardchartered.com | jacques.protin@groupe-mma.fr |
| jacqueline.vide@bnpparibas.com | jacques.rachi@caam.com |
| jacqueline.walsh@fandc.com | jacques.reich@dexia-bil.com |
| jacqueline.wilhelmy@alliancebernstein.com | jacques.skovgaard@danskebank.dk |
| jacqueline.x.white@jpmorgan.com | jacques.souquieres@creditfoncier.fr |
| jacqueline.zimmermann@sarasin.ch | jacques.sterck@dexia-am.com |
| jacqueline_bell@ml.com | jacques.vallon@credit-suisse.com |
| jacqueline_peterson@troweprice.com | jacques.vandenbossche@dexia.be |
| jacqueline_rogers@ml.com | jacques.vandenherrwewegen@fortisbank.com |
| jacqueline_tenuta@freddiemac.com | jacques.van-leeuwen@ch.michelin.com |
| jacqueline_wan@merck.com | jacques.werenn@caam.com |
| jacquelinequek@dbs.com | jacques_aigrain@swissre.com |
| jacquelinewang@gic.com.sg | jacques_longerstaey@putnam.com |
| jacquelyn.baker@uk.fid-intl.com | jacqui.m.gleeson@aib.ie |
| jacquelyn.benson@kemper.com | jacqui.megran@uk.fid-intl.com |
| jacquelyn.kirkland@ssmb.com | jacqui_peachey@ml.com |
| jacquelyn.laux@ubs.com | jacquie.loh@schroders.com |
| jacquelyn.rush@morganstanley.com | jacueline.dentner@morganstanley.com |
| jacquelyne.cavanaugh@janus.com | jad@nytimes.com |
| jacquerioz@bloomberg.net | jadam@meag.com |
| jacques.beuchat@ubs.com | jadamo@fhlbdm.com |
| jacques.bofferding@bgl.lu | jadams@cantor.com |
| jacques.busquet@clamericas.com | jadams@genre.com |
| jacques.cacheux@bnpparibas.com | jadams@munder.com |
| jacques.chazelle@caam.com | jadams@vartanbank.com |
| jacques.crabbe@fortisag.be | jaday@lehman.com |
| jacques.de.marnix@fr.abnamro.com | jaddeo@mfs.com |
| jacques.dejong@snssecurities.nl | jade.mondschein@alliancebernstein.com |
| jacques.demaurex@tetral.com | jade@keb.co.kr |
| jacques.deraeymaeker@kbc.be | jadelavega@nafin.gob.mx |
| jacques.desaussure@pictet.com | jadem@princeton.edu |
| jacques.d'hondt@bnpparibas.com | jadidjaja@sunamerica.com |
| jacques.dursel@fortisinvestments.com | jadran.trevisan@eni.it |
| jacques.favre@lodh.com | jadwiga.bialkowska@bbg.co.uk |
| jacques.fedorowsky@banquecramer.ch | jadygan@lmus.leggmason.com |
| jacques.gabillon@gs.com | jae.ahn@barcap.com |
| jacques.gerbi@magdebourg.asso.fr | jae.choi@lehman.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jae.kim@ubs.com
jae@jwbristol.com
jae@sandlercap.com
jae_yoon@nylim.com
jae83@cornell.edu
jaechoonl@seoulbank.net
jaeger.g@mail.hk.g-bank.nl
jaehwanlee@hanabank.com
jaehyun.jo@samsung.com
jaeiklee@hanabank.com
jaejinyang@hanabank.com
jaejpark@kfb.co.kr
jaekimny@gmail.com
jaesuk.yang@samsung.com
jaewonpark@hanabank.com
jaf@baupost.com
jafarrar@russell.com
jaferrari@tiaa-cref.org
jaffar.rizvi@unb.ae
jafiorilla@delinvest.com
jafriedman@chevychasebank.net
jag.em@adia.ae
jag.ie@adia.ae
jag@baupost.com
jag@dodgeandcox.com
jaga.bukowska@db.com
jagadish_kakumanu@putnam.com
jaganmohan@rbi.org.in
jagatnarine.churaman@lazard.com
jagdeep.ghuman@fafadvisors.com
jagdeep_bachher@manulifeusa.com
jagdip.gill@db.com
jage@pggm.nl
jageller@russell.com
jaggiha@exchange.ml.com
jagoglia@refco.com
jagramonte@nb.com
jagruber@amfin.com
jagudo@bloomberg.net
jaguilar@invercaixa.es
jah@danskecapital.com
jah@nbim.no
jahangir.aka@sg.standardchartered.com

jaharkav@exchange.ml.com
jahern@angelogordon.com
jahh@capgroup.com
jahorowitz@wellington.com
jahsler@msfi.com
jai.jacob@lazard.com
jai.tanwar@inginvestment.com
jai.wall@solvay.com
jaidip.singh@morganstanley.com
jaiello@certusmgt.com
jaijit_kumar@newyorklife.com
jaime.amselem@barclays.com
jaime.before@ibtco.com
jaime.frade@sbafla.com
jaime.halligan@statestreet.com
jaime.lee@barclaysglobal.com
jaime.llano@trs.state.tx.us
jaime.lykes@prudential.com
jaime.moreno@allianz.es
jaime.nicolasmoure@telefonica.es
jaime.vieser@db.com
jaime.villa@pimco.com
jaime@mwvinvest.com
jaime_hanson@mgic.com
jaime_kiehn@putnam.com
jaime-anne.fabio@pimco.com
jaimi.goodfriend@citadelgroup.com
jaimie.lowe@unilever.com
jaimin_patel@ml.com
jain.kim@statestreet.com
jain@deshaw.com
jainsworth@babsoncapital.com
jaiwish.nolan@db.com
jaj@montier.co.uk
jakbe@danskebank.dk
jake.a.gehret@bbh.com
jake.abry@ccastrategies.com
jake.borbridge@aiminvestments.com
jake.gaul@lodh.com
jake.hindelong@credit-suisse.com
jake.lee@uboc.com
jake.lowery@inginvestment.com
jake.moloznik@pnc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jake.nartey@csam.com | jalil_patel@conseco.com |
| jake.newman@insightinvestment.com | jalissan@tiaa-cref.org |
| jake.pham@alliancebernstein.com | jallan@cantor.com |
| jake.robbins@insightinvestment.com | jalletto@arielinvestments.com |
| jake.sudbery@db.com | jallsopp@newstaram.com |
| jake.thomson@morganstanley.com | jalord@wellington.com |
| jake.zelnick@wachovia.com | jalston@russell.com |
| jake@incomeresearch.com | jaltitis@notes.banesto.es |
| jake@moorecap.com | jalusick@millertabak.com |
| jake_rehor@putnam.com | jalvarado@bloomberg.ne |
| jakewill75@bloomberg.net | jalvarezranz@grupobbva.com |
| jakewilliams@keybanccm.com | jam@sitinvest.com |
| jakhtar@hbk.com | jama@nykredit.dk |
| jakob.bak@paretopartners.com | jamaang@riyadbank.com |
| jakob.baumgartner@juliusbaer.com | jamagsila@bci.it |
| jakob.bothmann@llbw.de | jamal.barnes@citadelgroup.com |
| jakob.frauenschuh@pioneerinvestments.at | jamal.benerroua@axa-im.com |
| jakob.grinbaum@nb.se | jamand@congressasset.com |
| jakob.holm@janus.com | jamaoma@exchange.ml.com |
| jakob.krummenacher@ubs.com | jamarke@bloomberg.net |
| jakob.larsen@jyskebank.dk | jamato@lehman.com |
| jakob.norgaard@danskebank.dk | jambrose@hcmlp.com |
| jakob.poggensee@telekom.de | jame_e_fargis@fleet.com |
| jakob.schoechli@claridenleu.com | jame_j_balazsy@victoryconnect.com |
| jakob.skjold.vejlo@storebrand.com | jameagher@ibtco.com |
| jakob.vonkalckreuth@credit-suisse.com | jamee.smith@fmr.com |
| jakob.zgraggen@credit-suisse.com | jameilia@kuwait-fund.org |
| jakobson_patrick@jpmorgan.com | jamenta@sscinc.com |
| jakoh@bok.or.kr | james.a.brown@jpmorganfleming.com |
| jaku@chevron.com | james.a.combias@us.hsbc.com |
| jakub.crhonek@citadelgroup.com | james.a.murphy@aibbny.ie |
| jakub.janicki@de.pimco.com | james.a.pitkin@jpmorgan.com |
| jakub.koscielski@bph.pl | james.a.robinson@state.tn.us |
| jalal.akhavein@barclaysglobal.com | james.a.stouse@ncmi.com |
| jalal@bbkonline.com | james.a.tomlin@jpmchase.com |
| jalbeck@bayernlbny.com | james.a.waters@gs.com |
| jalbright@waddell.com | james.abbey@mackayshields.com |
| jaldave@troweprice.com | james.accurso@capitalmanagmentcorp.com |
| jale.ataman@tcmb.gov.tr | james.ahn@jpmorgan.com |
| jale@danicapension.dk | james.anglin@db.com |
| jalel.kallel@axa-im.com | james.armstrong@raymondjames.com |
| jaleman@banamex.com | james.arnold@db.com |
| jalexander@bear.com | james.athey@aberdeen-asset.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| james.attwell@barclaysglobal.com | james.clark@midfirst.com |
| james.b.freeze@bankofamerica.com | james.clark@ny.frb.org |
| james.bailey-house@chase.com | james.clifford@black-river.com |
| james.barber@gs.com | james.clunie@swip.com |
| james.barratt@nomura.co.uk | james.connell@cba.com.au |
| james.barrett@nationalcity.com | james.conrad@allianz.de |
| james.barrett@omam.co.uk | james.conroy@citigroup.com |
| james.barrineau@alliancebernstein.com | james.cooke@colonialfs.co.uk |
| james.batterman@lazard.com | james.cooke@tudor.com |
| james.beam@pncadvisors.com | james.cooper@sgcib.com |
| james.berger@glgpartners.com | james.cortez@schwab.com |
| james.bergin@ny.frb.org | james.coughlin@us.mizuho-sc.com |
| james.bernier@pncbank.com | james.coutts@morganstanley.com |
| james.bis@inginvestment.com | james.cowan@morganstanley.com |
| james.blake@threadneedle.co.uk | james.coyne@pncadvisors.com |
| james.bondelid@pncbank.com | james.craft@ubs.com |
| james.bristow@blackrock.com | james.creighton@db.com |
| james.broderick@citigroup.com | james.cure@barclays.co.uk |
| james.brotherston@intesasanpaolo.co.uk | james.d.mcnerny@jpmorgan.com |
| james.burchett@national_city.com | james.d.pierce@schwab.com |
| james.burke1@wachovia.com | james.d.richard@db.com |
| james.burns@tcw.com | james.damron@ppmamerica.com |
| james.burzotta@pnc.com | james.danza@moorecap.com |
| james.c.chen@hsbcrepublic.com | james.darch@db.com |
| james.c.chen@morganstanley.com | james.d'arcy@columbiamanagement.com |
| james.c.chu@aexp.com | james.davidson@db.com |
| james.c.dunne@aibbny.ie | james.debunsen@insightinvestment.com |
| james.c.ho@jpmorgan.com | james.delmedico@ubs-oconnor.com |
| james.cairns@gm.com | james.denton@daiwausa.com |
| james.camp@eagleasset.com | james.depierre@columbiamanagement.com |
| james.canney@fhlbboston.com | james.devins@alliancebernstein.com |
| james.cannon@morleyfm.com | james.dezellar@chicagoequity.com |
| james.cantrell@mercantile.com | james.diedrich@fafadvisors.com |
| james.carey@bankofamerica.com | james.dier@thrivent.com |
| james.cassidy@ubs.com | james.dolby@bnlmail.com |
| james.catling@gs.com | james.donald@lazard.com |
| james.catudal@fmr.com | james.dorment@inginvestment.com |
| james.cavanagh@fandc.com | james.douthitt@wamu.net |
| james.chandler@credit-suisse.com | james.dow@bailliegifford.com |
| james.chao@ubs.com | james.dowding@hsbcam.com |
| james.chiu@chinatrust.com.tw | james.dowling@aig.com |
| james.choi@yale.edu | james.downey@cazenove.com |
| james.cielinski@gs.com | james.doyle@capmark.funb.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| james.dunigan@pncbank.com | james.griffin@uk.fid-intl.com |
| james.dunn@harrisbank.com | james.grigg@alliancebernstein.com |
| james.dunne@harrisbank.com | james.grigg-euro@db.com |
| james.dykstal@commercebank.com | james.guptill@wachovia.com |
| james.e.bauman@jpmorgan.com | james.h.scott@morganstanley.com |
| james.e.bayne@exxon.com | james.h.stothard@jpmorgan.com |
| james.e.cook@bankofamerica.com | james.hadfield@mondrian.com |
| james.e.gibson@jpmorgan.com | james.hagedorn@harrisbank.com |
| james.e.rossman@us.hsbc.com | james.hallisey@bnymellon.com |
| james.edwards@socgen.com | james.halloran@nationalcity.com |
| james.evans@bbh.com | james.hamby@everbank.com |
| james.f.drake@jpmorgan.com | james.han@rabobank.com |
| james.f.jackson@himco.com | james.hanson@jpmorganfleming.com |
| james.farrell@citadelgroup.com | james.harrigan@ny.frb.org |
| james.fell@lgim.co.uk | james.hassett@tcw.com |
| james.fellows@columbiamanagement.com | james.hasso@inginvestment.com |
| james.fernandes@lazard.com | james.healy@pioneerinvest.com |
| james.ferrarelli@morganstanley.com | james.hedley@ubs.com |
| james.fitzgerald@citizensbank.com | james.herbst@prudential.com |
| james.flood@fandc.com | james.hill@himco.com |
| james.foley@bms.com | james.hille@trs.state.tx.us |
| james.forster@ahliunited.com | james.hnilo@ubs.com |
| james.foster@silvantcapital.com | james.hogan@rothschild.com.au |
| james.furman@ubs.com | james.hordern@gs.com |
| james.g.faunce@db.com | james.hotchkiss@firstmidwest.com |
| james.gala@fremontbank.com | james.hughes@uk.abnamro.com |
| james.gale@hsbcib.com | james.hummel@mortgagefamily.com |
| james.gallagher@drkw.com | james.hurley@icap.com |
| james.gallant@fmr.com | james.hutchinson@pncbank.com |
| james.galliland@barclaysglobal.com | james.illsley@jpmorgan.com |
| james.gannon@swib.state.wi.us | james.j.croyle@norwest.com |
| james.garvey@lazard.com | james.j.hayes@fmr.com |
| james.gaul@bostonadvisors.com | james.j.hollis@bankofamerica.com |
| james.gegg@aberdeen-asset.com | james.j.hollis@citizensbank.com |
| james.geiger@minnesotamutual.com | james.j.howie@jpmorgan.com |
| james.gerard@fmr.com | james.j.kovach@morganstanley.com |
| james.gertie@yesbank.com | james.jacoby@aiminvestments.com |
| james.gildersleeve@citadelgroup.com | james.jakobek@libertymutual.com |
| james.goldberg@tcw.com | james.johnson@wachovia.com |
| james.gonzalez@hp.com | james.joicey-cecil@credit-suisse.com |
| james.grady@db.com | james.jones@harrisbank.com |
| james.gregory@jpmorgan.com | james.jopio@nationstarmail.com |
| james.griffin@inginvestment.com | james.jordan@db.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

james.joyce@mondrian.com
james.kanos@moorecap.com
james.kauffmann@inginvestment.com
james.keen@commerzbankib.com
james.keenan@blackrock.com
james.kenney@morleyfm.com
james.kent@bmonb.com
james.kim@fmr.com
james.kim@mizuhocbus.com
james.king@thrivent.com
james.klusmeier@4086.com
james.kolovos@pncbank.com
james.kubaney@pncbank.com
james.kumpf@blackrock.com
james.kwok@sgam.com
james.laing@aberdeen-asset.com
james.lark@rbc.com
james.lavan@fandc.com
james.law@ubs.com
james.lazzara@inginvestment.com
james.leasure@pacificlife.com
james.lee@janus.com
james.lee@sunamerica.com
james.leighton@citicorp.com
james.liewcs@uobgroup.com
james.liljedahl@ibtco.com
james.lim@barclaysglobal.com
james.lin@cba.com.au
james.livingstone-wallace@sgam.com
james.lowery@gwl.com
james.lyons@uk.mufg.jp
james.m.ireland@jpmorgan.com
james.m.mcloughlin@jpmorgan.com
james.m.nguyen@intel.com
james.m.yang@jpmorganfleming.com
james.maciver@pnc.com
james.mahon@jpmorgan.com
james.maino@wachovia.com
james.malgier@bnymellon.com
james.malles@ubs.com
james.manders@hk.nomura.com
james.martinos@lazard.com
james.mason@glgpartners.com

james.maul@mhcb.co.uk
james.maun@uk.fid-intl.com
james.mcalevey@augustus.co.uk
james.mcalevey@juliusbaer.com
james.mccabe@us.standardchartered.com
james.mccrane@prudential.com
james.mccunn@whartonco.com
james.mcelligott@fmr.com
james.mcevoy@sachsenlb.ie
james.mcgovern@bnymellon.com
james.mcintosh@gartmore.com
james.mcintyre@moorecap.com
james.mckean@insightinvestment.com
james.mclaren@blackrock.com
james.mclellan@ubs.com
james.mcmahon@rbc.com
james.menzies@lasmo.com
james.michie@lgim.co.uk
james.middleton@barclaysglobal.com
james.millward@sgcib.com
james.mitchell.jr@corporate.ge.com
james.moffett@umb.com
james.moi@dkib.com
james.monroe@carolinafirst.com
james.moody@utc.com
james.moore@hcmny.com
james.morrow@fmr.com
james.morton@pncbank.com
james.moynihan@pioneerinvestments.com
james.mr.saunders.watson@fleming.com
james.mudie@shinseibank.com
james.munoz@ibtco.com
james.naklicki@bbh.com
james.neill@westlb.co.uk
james.nicholas@ubs-oconnor.com
james.nielson@fmr.com
james.nisbet@hsbcib.com
james.nisbet@uk.btmeurope.com
james.nolan@philips.com
james.oakley@lehman.com
james.oatham@lgim.co.uk
james.o'connor@bankofengland.co.uk
james.ogilvy@axa-im.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

james.o'grady@lazard.com
james.oliver@glgpartners.com
james.ong@himco.com
james.p.rutzen@wellsfargo.com
james.p.shanahan@jpmorgan.com
james.palmer@usbank.com
james.palmieri@ge.com
james.parry@fidelity.com
james.passavant@prudential.com
james.paviolitis@capmark.funb.com
james.pearson@norwich-union-life.co.uk
james.pennell@bloomberg.com
james.persico@ge.com
james.peterson@ncmcapital.com
james.peyton@gm.com
james.pienta@tmgchicago.com
james.pieri@rabobank.com
james.pitt@axa-im.com
james.pollock@moorecap.com
james.pomery@barclaysglobal.com
james.potesky@credit-suisse.com
james.proudman@bankofengland.co.uk
james.pulsford@db.com
james.purisky@pncadvisors.com
james.r.andrew@jpmorgan.com
james.r.elliot@jpmorgan.com
james.r.fries@dartmouth.edu
james.r.kerr@jpmorgan.com
james.r.knudsen@conocophillips.com
james.r.mckeever@aib.ie
james.r.ryan@lmco.com
james.r.stevens@gartmore.com
james.r.walker@jpmorgan.com
james.r.wetschka@wellsfargo.com
james.radke@ubs-oconnor.com
james.ramsay@mackayshields.com
james.reed@umb.com
james.reidy@jpmorganfleming.com
james.repard@jpmorgan.com
james.revere@lgim.co.uk
james.rich@beverlynational.com
james.rigney@fmr.com
james.ritchie@nationalcity.com

james.rochat@ceridian.com
james.roche@rbccm.com
james.rolfs@thrivent.com
james.rudd@lloydstsb.co.uk
james.ruskin@us.bnpparibas.com
james.russo@alliancebernstein.com
james.ryan@pnc.com
james.saunders@glgpartners.com
james.savage@ironoakadvisors.com
james.schmank@6thaveinvest.com
james.schuler@bmo.com
james.scott@cba.com.au
james.scott@prudential.com
james.semler@fandc.co.uk
james.sena@inginvestment.com
james.serhant@thehartford.com
james.sharer@bpd.treas.gov
james.shelton@hsbcib.com
james.sherman@ubs.com
james.shervington@halbis.com
james.shevlet@tcw.com
james.shore@lazard.com
james.sias@usbank.com
james.smith@resolutionasset.com
james.snelgrove@moorecap.co.uk
james.sperans@morganstanley.com
james.squires@bailliegifford.com
james.strecker@bbh.com
james.stubbs@ncfcorp.com
james.sullivan@pnc.com
james.sullivan@prudential.com
james.sweet@national-city.com
james.swindler@umb.com
james.t.green@gsk.com
james.tadion@lodh.com
james.talbot@bankofengland.co.uk
james.tatera@lazard.com
james.taylor@gibuk.com
james.telders@rabobank.com
james.templeman@barclaysglobal.com
james.thalacker@hcmny.com
james.thompson@aberdeen-asset.com
james.thorneley@aberdeen-asset.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

james.thorpe@moorecap.co.uk
james.todd@fmr.com
james.tresler@us.socgen.com
james.tsang@aig.com
james.tsang@bbh.com
james.turner@morleyfm.com
james.upton@morganstanley.com
james.vail@inginvestment.com
james.vellanti@kochglobalcapital.com
james.vokins@morleyfm.com
james.w.king@citi.com
james.w.leong@gmail.com
james.w.paulsen@wellscap.com
james.wagenhofer@abnamro.com
james.walker@gibuk.com
james.wallin@alliancebernstein.com
james.walsh@cornell.edu
james.walter@national-city.com
james.waring@rbsgc.com
james.white@ny.frb.org
james.wigley@ffandp.com
james.willison@msdw.com
james.wilson@aberdeen-asset.com
james.wipf@credit-suisse.com
james.wipf@csam.com
james.witterschein@pncadvisors.com
james.wohler@bancaintesa.it
james.wolf@mackayshields.com
james.wong@bmonb.com
james.wong@sumitomotrust.co.jp
james.wt.fisher@jpmorgan.com
james.wulforst@fmr.com
james.wykes@tdsecurities.com
james.x.madison@jpmorgan.com
james.y.wu@chase.com
james.y.yao@us.hsbc.com
james.young@pncadvisors.com
james.z.ford@jpmorgan.com
james.zbach@pnc.com
james.ziegler@advantuscapital.com
james@adia.co.uk
james@ardsley.com
james@caxtonrvh.com

james@citadelgroup.com
james@findlaypark.com
james@fortisinvestments.com
james_agostisi@nylim.com
james_bailey@keybank.com
james_bean@freddiemac.com
james_beechler@fanniemae.com
james_callahan@freddiemac.com
james_callahan@ssga.com
james_canney@ssga.com
james_carney@dom.com
james_cataldo@fhlbboston.com
james_chang@calpers.ca.gov
james_conklin@putnam.com
james_conner@acml.com
james_contis@ssga.com
james_cooney@ml.com
james_d_troyer@vanguard.com
james_damian@troweprice.com
james_donahue@ssga.com
james_doolittle@notes.ntrs.com
james_eckler@putnam.com
james_erven@msdw.com
james_faulker@vanguard.com
james_faulkner@ssga.com
james_fetch@putnam.com
james_g_brown@fleet.com
james_g_dempsey@ustrust.com
james_gallant@scotiacapital.com
james_glascock@providentcompanies.com
james_gregory@notes.ntrs.com
james_groins@ci.richmond.ca.us
james_harries@newton.co.uk
james_havrilla@freddiemac.com
james_herbst@prudential.com
james_johnson@fanniemae.com
james_k_kaesberg@keybank.com
james_k_pollock@comerica.com
james_karpowicz@mgic.com
james_klocek@ssga.com
james_kramer@ssga.com
james_kramer@ssga.statestreet.com
james_lamb@putnam.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| james_landers@ustrust.com | james_zucco@fanniemae.com |
| james_lee@agc.com | james1.pearson@hsbcgroup.com |
| james_lenton@blockrock.com | james3.nolan@citigroup.com |
| james_li@cpf-aa.com | james3.russell@prudential.com |
| james_li@nacm.com | jamesa@jwseligman.com |
| james_lowen@newton.co.uk | jamesb.bis@inginvesstments.com |
| james_m_albers@victoryconnect.com | jamescap@bloomberg.net |
| james_macmillan@blackrock.com | jameschia@mas.gov.sg |
| james_macmiller@troweprice.com | james-db.henderson@db.com |
| james_macpherson@blackrock.com | jamesh@fhlbsea.com |
| james_macri@acml.com | jameshsueh@cathaylife.com.tw |
| james_mason@hilton.com | jamesj@hcmny.com |
| james_mauro@ssga.com | jamesk08@bloomberg.net |
| james_mchugh@vanguard.com | jameskhoo@ocbc.com |
| james_menapace@acml.com | jamesklee@gar-ltd.com |
| james_mitro@putnam.com | jamesl.farrell@harrisbank.com |
| james_molloy@swissre.com | jamesliew@temasek.com.sg |
| james_nielson@putnam.com | jamesmanning@statestreet.com |
| james_osborne@keybank.com | james-mg.patterson@db.com |
| james_pagano@ml.com | jameson.hick@rbccm.com |
| james_pitman@americancentury.com | jameson.r.miller@bankofamerica.com |
| james_polk@putnam.com | jamesr.meyers@himco.com |
| james_prusko@putnam.com | jamesra@iadb.org |
| james_r_moser@putnam.com | jamess@mcm.com |
| james_reichert@ssga.com | jamesshih@fpg.com.tw |
| james_revere@mfcinvestments.com | jamessin@mas.gov.sg |
| james_rosenstock@sonyusa.com | jamestankh@dbs.com |
| james_roth@agfg.com | jameswhite@bloomberg.net |
| james_rowan@hsb.com | jamesxu@tudor.com |
| james_russell@ml.com | james-y.lee@db.com |
| james_shannon@sunlife.com | jamesyang@megabank.com.tw |
| james_slater@cibcmellon.com | jamey.thompson@citadelgroup.com |
| james_smith@nylim.com | jamie.a.baum@db.com |
| james_t_anderson@fleet.com | jamie.adams@morganstanley.com |
| james_tayler@swissre.com | jamie.augustine@morgankeegan.com |
| james_taylor@nochubank.or.jp | jamie.bebb@cis.co.uk |
| james_thomas@putnam.com | jamie.behar@gmam.com |
| james_tolento@ml.com | jamie.bianchi@fmr.com |
| james_tomlins@blackrock.com | jamie.c.stephens@jpmorgan.com |
| james_turner@westlb.co.uk | jamie.carter@alliancebernstein.com |
| james_wilhelm@riggsbank.com | jamie.choi@lloydstsb.co.uk |
| james_willis@invesco.com | jamie.cornell@fmr.com |
| james_zhan@ml.com | jamie.coutts@ubs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jamie.cox@commerzbankib.com | jamie@primco.com |
| jamie.cumming@aberdeen-asset.com | jamie_colvin@cargill.com |
| jamie.day@aberdeen-asset.com | jamie_kiggen@acml.com |
| jamie.dixon@pramericafi.com | jamie_korner@newton.co.uk |
| jamie.ferbrache@credit-suisse.com | jamie_kudrako@swissre.com |
| jamie.frederick@pnc.com | jamiec@bgi-group.com |
| jamie.grant@axa-im.com | jamieg@wharton.upenn.edu |
| jamie.gregory@wachovia.com | jamieh@tcbank.com.tw |
| jamie.guenther@db.com | jamiep.wood@biam.boi.ie |
| jamie.guild@t-mi.com | jamiesc@vankampen.com |
| jamie.gurton@barclaysglobal.com | jamiesont@aetna.com |
| jamie.habegger@huntington.com | jamil.bahous@juliusbaer.com |
| jamie.hooper@fandc.com | jamil.hallak@barep.com |
| jamie.horvat@agf.com | jamil.hamdan@db.com |
| jamie.j.streeter@jpmorganfleming.com | jamil.marques@ubs.com |
| jamie.jenkins@fandc.com | jamil@bnm.gov.my |
| jamie.k.johnson@wellsfargo.com | jamison.vanniel@tcw.com |
| jamie.kanterman@soros.com | jamoore@russell.com |
| jamie.kelner@prudential.com | jamsallem@etoilegestion.fr |
| jamie.klatsky@citi.com | jamzidi@petronas.com.my |
| jamie.lewin@gartmore.com | jan.ahlander@sandvik.com |
| jamie.matlack@dillonread.com | jan.andersen@al-bank.dk |
| jamie.mcconnachie@chase.com | jan.anderson@nordstrom.com |
| jamie.michaels@gecapital.com | jan.andreassen@moa.norges-bank.no |
| jamie.milne@moorecap.co.uk | jan.avonts@ingim.com |
| jamie.mitchell@thehartford.com | jan.b.bronselaer@fortisbank.com |
| jamie.morris@seb.se | jan.baars@morganstanley.com |
| jamie.murdoch@aegon.co.uk | jan.bassewitz@warburg-ai.com |
| jamie.oneill@wachovia.com | jan.berg@credit-suisse.com |
| jamie.pagliocco@fmr.com | jan.bockelmann@bankgesellschaft.de |
| jamie.pasterick@bankofamerica.com | jan.bottermann@national-bank.de |
| jamie.plantenberg@gmacrfc.com | jan.boudewijns@dexia-am.com |
| jamie.pratt@db.com | jan.breivik@sparebank1.no |
| jamie.reilly@prudential.com | jan.brickey@ercgroup.com |
| jamie.silk@jpmorgan.com | jan.brunn@swedbankrobur.se |
| jamie.smiles@gcm.com | jan.bryding@seb.dk |
| jamie.swain@inginvestment.com | jan.daems@dexia.be |
| jamie.swisher@wachovia.com | jan.dash@moorecap.com |
| jamie.tucker@aig.com | jan.debruijn@threadneedle.co.uk |
| jamie.weiss@bmonb.com | jan.dehn@ashmoregroup.com |
| jamie.wise@bmonb.com | jan.dejonge@nordlb.com |
| jamie.zendel@mutualofamerica.com | jan.deroost@fortisinvestments.com |
| jamie@cambinv.com | jan.dewit@nbb.be |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jan.dhondt@nbb.be | jan.maurits.de.vries@achmea.nl |
| jan.eibich@hsh-nordbank.com | jan.meyer@usbank.com |
| jan.elischberger@sfs.siemens.de | jan.muench@drkw.com |
| jan.erik.saugestad@im.storebrand.no | jan.nellemann@jyskeinvest.dk |
| jan.faller@hcmny.com | jan.o.andersson@swedbank.com |
| jan.faltin@allianzgi.de | jan.oertzen@condor-versicherungsgruppe.de |
| jan.fischer@bw-bank.de | jan.olsson@db.com |
| jan.focken@sparkasse-bremen.de | jan.ooms@fortisinvestments.com |
| jan.friedli@aiminvestments.com | jan.parsons@seb.se |
| jan.friske@westlbtrust.com | jan.pedersen@nordea.lu |
| jan.gregor@sarasin.ch | jan.peterhans@ubs.com |
| jan.grindrod@himco.com | jan.peters@carval.com |
| jan.groen@bankofengland.co.uk | jan.pieterse@westam.com |
| jan.grootendorst@achmea.nl | jan.plesar@juliusbaer.com |
| jan.grunow@sl-am.com | jan.poser@sarasin.ch |
| jan.harmsen@uk.abnamro.com | jan.qvigstad@norges-bank.no |
| jan.hedges@tudor.com | jan.ritter@nordea.com |
| jan.heesters@eu.effem.com | jan.rosenzweig@hsh-nordbank.co.uk |
| jan.ho@jpmorganfleming.com | jan.ruecker@volkswagen.de |
| jan.hofmeister@lbbw.de | jan.salih@uk.fid-intl.com |
| jan.ivar.klausen@dnbnor.no | jan.sarlvik@nb.se |
| jan.jansens@unilever.com | jan.sauter@nordea.se |
| jan.juretzka@oppenheim.de | jan.scherer@ubs.com |
| jan.kennedy@deka.de | jan.schneider@graffenried-bank.ch |
| jan.kilbak@hsh-nordbank.com | jan.schommartz@nlcal.mail.abb.com |
| jan.klype@orkfin.no | jan.schopen@de.pimco.com |
| jan.koczwara@helaba.de | jan.schubert@hsh-nordbank.com |
| jan.kolstad@dnb.no | jan.sijssens@fortisinvestments.com |
| jan.kotatko@sl-am.com | jan.skovsby@nordea.com |
| jan.kraemer@commerzbank.com | jan.smedts@dexia.com |
| jan.krueger@lbbw.de | jan.sommerhalder@aigpb.com |
| jan.kvalsvik@klp.no | jan.stevens@lombardodier.com |
| jan.lamme@nl.abnamro.com | jan.straatman@ingim.com |
| jan.lebbe@ing.be | jan.striepke@hsh-nordbank.com |
| jan.liden@foreningssparbanken.se | jan.theo.varkevisser@pggm.nl |
| jan.lilja@foreningssparbanken.se | jan.tradgardh@fsb.se |
| jan.lissaker@sandvik.com | jan.treuren@db.com |
| jan.loeys@jpmorganfleming.com | jan.trompell@hsh-nordbank.com |
| jan.longeval@degroof.be | jan.vanermen@fortis.com |
| jan.lundquist@swedbank.com | jan.vantomme@puilaetco.com |
| jan.luschen@ingim.com | jan.vedersoe@danskebank.dk |
| jan.maass@westimmobank.de | jan.vennemo@dnbnor.no |
| jan.mathiasen@nordeasecurities.com | jan.verbrugge@fortisinvestments.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jan.verhaeghen@vanlanschot.be

jan.viebig@dws.de

jan.wassenaar@barclayscapital.com

jan.westring@se.abb.com

jan.wicke@dbv-winterthur.de

jan.wiessner@dit.de

jan.willem.cartens@mn-services.nl

jan.willem.meulenkamp@nl.fortis.com

jan.willem.van.oostveen@pggm.nl

jan.willem.vis@fortisinvestments.com

jan.willemsen@fandc.nl

jan.wim.derks@ingim.com

jan.winnefeld@db.com

jan.wurslin@modern-woodmen.org

jan.zimmermann@union-investment.de

jan@ardsley.com

jan_drahota@kb.cz

jan_elberse@chiron.com

jan_jaeger@swissre.com

jan_kupfer@hvbamericas.com

jan_luytjes@freddiemac.com

jan_nejedly@kb.cz

jan_vejmelek@kb.cz

jana.benesova@moorecap.co.uk

jana.petrovcic@credit-suisse.com

jana.ritter@ahbr.de

jana_wolfova@putnam.com

janahan.rajaratnam@advantuscapital.com

janak.patel@blackrock.com

janakinath.rao@fhlbny.com

janakraj@rbi.org.in

jan-alexander.posth@lbbw.de

janan_boehme@americancentury.com

jan-christoph.breiter@db.com

janchristoph.gebhardt@unicreditgroup.at

janders2@bloomberg.net

janderson@arco.com

janderson@bailliegifford.co.uk

janderson@standishmellon.com

jandreou@bankofcanada.ca

jandrews@newstar.com

jandrews2@bloomberg.net

jandrucko_b@jpmorgan.com

jane.attwell@citicorp.com

jane.barr@glgpartners.com

jane.brown@db.com

jane.buyers-russo@jpmorgan.com

jane.coffey@rlam.co.uk

jane.collins@csam.com

jane.cosmas@uk.fid-intl.com

jane.graham@axacs.com

jane.grulke@pacificlife.com

jane.hackney@ge.com

jane.hamblin@glgpartners.com

jane.heenan@uk.fid-intl.com

jane.henderson@cgii.com

jane.hsu@pacificlife.com

jane.kenny@fmr.com

jane.kizhner@moorecap.com

jane.knight@insightinvestment.com

jane.leung@barclaysglobal.com

jane.liou@fidelity.com

jane.loo@sg.standardchartered.com

jane.low@hvbasia.com

jane.lundquist@rocklandtrust.com

jane.mcdevitt@pncbank.com

jane.michael@pncbank.com

jane.montana@barclaysglobal.com

jane.moulding@group.novartis.com

jane.neill@biam.boi.ie

jane.o'brien@uk.fid-intl.com

jane.repensek@wamu.net

jane.rowell@northernrock.co.uk

jane.s.bennett@jpmorgan.com

jane.s.scott@chase.com

jane.schneirov@alliancebernstein.com

jane.shakespeare@aberdeen-asset.com

jane.snorek@fafadvisors.com

jane.stedman@fmr.com

jane.watters@newstaram.com

jane.xia@opcap.com

jane.zhang@mackayshields.com

jane@alfacapital.co.uk

jane_edmondson@nacm.com

jane_harps@westlb.com

jane_mcmanus@troweprice.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jane_sibley@cgnu.net | janetlawlor@bankofny.com |
| jane_somerville@standardlife.com | janetta.chung@swip.com |
| jane_winchester@newton.co.uk | janette.buehler@vpbank.com |
| jane_wride@ldn.invesco.com | janette.parry@bankofengland.co.uk |
| jane_xu@ml.com | janette_c_young@fanniemae.com |
| janeen.donati@tudor.com | janey.clarckson@uk.fid-intl.com |
| jan-eike.ehlers@neelmeyer.de | janey.clarkson@hsbcam.com |
| janek.wichtowski@tdsecurities.com | janeyin@dbs.com |
| janeleung@wwinv.com.hk | jangelo@angelogordon.com |
| janell.mcdowell@tcw.com | jan-hendrik.bornemann@hsh-nordbank.com |
| janelle_joaquim@ustrust.com | jan-hendrik.walloch@ikb-cam.de |
| janellecheng@dbs.com | jan-henrik.rufer@ikb.de |
| janelow@mas.gov.sg | jani.laitinen@aktia.fi |
| janenielsen@nordea.com | jani.lindholm@bof.fi |
| janepia.andersen@danskesecurities.com | jani.partanen@op.fi |
| jan-eric.fillieule@sinopia.fr | janice.a.wallis@wellsfargo.com |
| jan-erik.schulien@dws.de | janice.daly@ubs.com |
| janerik.warneryd@tudor.com | janice.diamond@schwab.com |
| janet.a.bushick@usa.dupont.com | janice.koshida@rbc.com |
| janet.campbell@au.pimco.com | janice.r.piggee@bankofamerica.com |
| janet.campbell@oracle.com | janice.s.ho@americas.bnpparibas.com |
| janet.chow@barclaysglobal.com | janice.stratton@pnc.com |
| janet.clay@lmginv.com | janice.tsai@chinatrust.com.tw |
| janet.crowe@prudential.com | janice.turek@clamericas.com |
| janet.derossett@nationalcity.com | janice_fugler@freddiemac.com |
| janet.grangaard@thrivent.com | janice_jones@ldn.invesco.com |
| janet.hurkett@gwl.com | janice_kary@nacm.com |
| janet.ige@pioneeraltinvest.com | janina.groschupp@dexia.de |
| janet.kay@schroders.com | janina.macswayed@csam.com |
| janet.kube@marshallfunds.com | janine.afflitto@thrivent.com |
| janet.mangano@pncbank.com | janine.airey@lazard.com |
| janet.mccormick@fmr.com | janine.belahbib@banquecramer.ch |
| janet.mullen@bankofamerica.com | janine.guillot@barclaysglobal.com |
| janet.murphy@paretopartners.com | janine.hofer@bankofamerica.com |
| janet.oram@barclaysglobal.com | janine.leola@morganstanley.com |
| janet_acheatel@nacm.com | janine.miller@aig.com |
| janet_as@bankisrael.gov.il | janine.rosa@hcmny.com |
| janet_cockey@troweprice.com | janinebrezovar@northwesternmutual.com |
| janet_mason-1@sbphrd.com | janis.chan@hsbcrepublic.com |
| janet_walsh@acml.com | janis.hydak@trs.state.tx.us |
| janet_white@hancockbank.com | janis.voldins@fmr.com |
| janetcorbin@hsbc.com | jan-jaap.meindersma@nibc.com |
| janetko@gic.com.sg | janjoost.maas@stroeve.nl |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jan-marc.fergg@ubs.com | jaramos@wellington.com |
| janmichiel.hessels@fortisbank.com | jarard.blake@ubs.com |
| jann.molnes@dnb.no | jarbeeny@opcap.com |
| janna.honing@morganstanley.com | jarcosar@cajamadrid.es |
| janna.miller@fafadvisors.com | jarechederra@bloomberg.net |
| janne.uski@mandatum.fi | jared.barton@sscims.com |
| janneskou@jyskebank.dk | jared.bean@microsoft.com |
| jannet_aminov@ustrust.com | jared.epstein@morganstanley.com |
| jannicelli@millburncorp.com | jared.frandle@tcw.com |
| janniel@microsoft.com | jared.guay@fmr.com |
| janniequek@gic.com.sg | jared.harsha@charteronebank.com |
| jannika.nilsson@lansforsakringar.se | jared.heine@ubs.com |
| jannis.asdres@ap3.se | jared.hudson@himco.com |
| jano01@handelsbanken.se | jared.knote@opcap.com |
| janoliver.bell@lampebank.de | jared.kutner@bwater.com |
| janos.csirik@deshaw.com | jared.mann@nb.com |
| janos.soos@ecb.int | jared.wingard@protective.com |
| jan-otto.nilsson@foreningssparbanken.se | jared_wallace@putnam.com |
| janpaul.vanderent@snssecurities.nl | jarek.karpinski@westernasset.com |
| janpeter.jp.duijvestijn@si.shell.com | jarguello@pictet.com |
| jan-peter.otto@helaba.de | jari.eklund@tapiola.fi |
| jan-reinert.kallum@norges-bank.no | jari.jarvinen@tapiola.fi |
| janrune.skorpen@seb.se | jari.puhakka@oko.fi |
| jansenar@interbrew.nl | jarich@aegonusa.com |
| janssenb@ebrd.com | jarid.king@edwardjones.com |
| jant@bloomberg.net | jarka.saidi@ca-suisse.com |
| jantheo.varkevisser@pggm.nl | jarl.ginsberg@columbiamanagement.com |
| janus.yeo@cibc.com.sg | jarl_kristensen@westlb.de |
| janusz.mosakowski@inginvestment.com | jarmanp@gruppocredit.it |
| janusz.zielinski@mail.nbp.pl | jarmita@bloomberg.net |
| jan-willelm.verhulst@dit.de | jarno.ilves@bof.fi |
| janwillem.acket@juliusbaer.com | jarnoff@rencap.com |
| jan-willem.van.tongeren@nibc.com | jarnold@europeancredit.com |
| janzalone@primco.com | jarnoldy@faralloncapital.com |
| jap@nykredit.dk | jarocki@bloomberg.net |
| jap234@cornell.edu | jarome@wellington.com |
| japarton@leggmason.com | jaromir.malak@erstebank.at |
| japp.slotema@utc.rabobank.com | jaroslaw.grabczynski@mail.nbp.pl |
| japruzzese@ustrust.com | jaroslaw.morawiec@alliancebernstein.com |
| jar.ef@adia.ae | jarred.mayrosh@orix.com |
| jar@gruss.com | jarred.sherman@jpmorgan.com |
| jarad.vasquez@wellscap.com | jarrod.deakin@hsbcam.com |
| jaramirez@bankinter.es | jarrod_pelletier@putnam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jarroyo@banxico.org.mx

jartiedg@cajamadrid.es

jarullo@wellington.com

jarumanr@bot.or.th

jarumant@bot.or.th

jarvelak@swcorp.org

jarvis.seaman@philips.com

jarvisj@anz.com

jaryl.frazer@thehartford.com

jas.jalaf@xlgroup.com

jas.mahil@bloomberg.net

jas.singh@morleyfm.com

jas@columbus.com

jas192bv@bloomberg.net

jas2@smith.williamson.co.uk

jas384@cornell.edu

jasa@unibank.dk

jasa09@handelsbanken.se

jasante2@firststate.co.uk

jasb@capgroup.com

jascampbell@tiaa-cref.org

jascinthatang@gic.com.sg

jasemah@kia.gov.kw

jasenjoh@notes.banesto.es

jasher@barbnet.com

jashurst@pictet.com

jasimon@bear.com

jaslyntan@gic.com.sg

jasmeet-s.chadha@ubs.com

jasmin.patel@pharma.novartis.com

jasmin.weg@dit.de

jasmina.koleva@uk.fid-intl.com

jasmina.milicevic@ubs.com

jasmina_lepetic@ml.com

jasmine.huang@columbiamanagement.com

jasmine.n.beharry@db.com

jasmine.pong@morganstanley.com

jasmine.uecker@juliusbaer.com

jasmine_ng@acml.com

jasmith@fandc.co.uk

jasmith@garlandisd.net

jasmith@westernasset.com

jason.a.king@jpmorgan.com

jason.adams@us.cibc.com

jason.appleson@alliancebernstein.com

jason.audette@bnymellon.com

jason.austin@pimco.com

jason.b.chrein@jpmorgan.com

jason.baichtal@citadelgroup.com

jason.baichtal@wfg.com

jason.baits-tomlin@gallahergroup.com

jason.ballsrud@peregrinecapital.com

jason.bastedo@ubs.com

jason.batch@ge.com

jason.beckett@gcm.com

jason.bennett@genworth.com

jason.benowitz@morganstanley.com

jason.block@alpinvest.com

jason.bohrer@suntrust.com

jason.breckenridge@royalbank.com

jason.bristow@corporate.ge.com

jason.bryan@usaa.com

jason.c.omalley@jpmchase.com

jason.carnibella@glgpartners.com

jason.channell@uk.fid-intl.com

jason.chen@tcbank.com.tw

jason.cheng@banca.mps.it

jason.clague@jpmorganfleming.com

jason.clark@edwardjones.com

jason.clark@hsbcpb.com

jason.collins@db.com

jason.conlin@bwater.com

jason.cordeiro@inginvestment.com

jason.cornish@resolutionplc.com

jason.crawford@bbh.com

jason.dahl@asbai.com

jason.danen@usbank.com

jason.dangelo@aig.com

jason.d'angelo@aig.com

jason.doctor@citicorp.com

jason.doiron@citigroup.com

jason.draut@barclaysglobal.com

jason.drennan@iibbank.ie

jason.e.chen@jpmchase.com

jason.e.wright@gwl.com

jason.edwards@glgpartners.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jason.ekaireb@gs.com | jason.lewis@blackrock.com |
| jason.esplin@inginvestment.com | jason.lilly@rocklandtrust.com |
| jason.feinstein@blackrock.com | jason.lina@jpfinancial.com |
| jason.feller@ubs.com | jason.lindeman@rbccm.com |
| jason.fields@commercebank.com | jason.lovelace@ny.frb.org |
| jason.forster@lgim.co.uk | jason.lye@ing.com.au |
| jason.fredman@insightinvestment.com | jason.m.george@conocophillips.com |
| jason.gedraitis@gmacrfc.com | jason.mackay@glgpartners.com |
| jason.gerstein@highviewcap.com | jason.markowitz@bbh.com |
| jason.gilbert@gs.com | jason.marshall@pncbank.com |
| jason.gordon@barclaysglobal.com | jason.matz@state.mn.us |
| jason.green@moorecap.com | jason.maxwell@tcw.com |
| jason.groom@janus.com | jason.mcdonald@commerzbankib.com |
| jason.gruhot@citi.com | jason.mcrae@aamcompany.com |
| jason.hach@nationalcity.com | jason.melo@rbc.com |
| jason.hamilton@citizensbank.com | jason.merritt@frostbank.com |
| jason.hans@harrisbank.com | jason.miller@benfinancial.com |
| jason.herried@associatedbank.com | jason.mitchell@glgpartners.com |
| jason.holzer@aimfunds.com | jason.miu@ny.frb.org |
| jason.hsiao@us.calyon.com | jason.modine@ubs.com |
| jason.hsueh@mortgagefamily.com | jason.moggeridge@uk.bnpparibas.com |
| jason.huang@ff.com | jason.montecucco@columbiamanagement.com |
| jason.hughes@fmr.com | jason.morris@citadelgroup.com |
| jason.hutt@bbh.com | jason.moutray@redwoodtrust.com |
| jason.iannuzzi@prudential.com | jason.muenzen@gs.com |
| jason.j.thelen@wellsfargo.com | jason.mullins@pioneeraltinvest.com |
| jason.jackal@ubs.com | jason.ng@abnamro.com |
| jason.jennaro@tudor.com | jason.norris@msdw.com |
| jason.k.hempel@jpmorgan.com | jason.obrien@usbank.com |
| jason.kastner@barcap.com | jason.osier@roundtableimc.com |
| jason.kennard@lionhart.net | jason.park@bmo.com |
| jason.kennedy@ppmamerica.com | jason.pearl@morganstanley.com |
| jason.ko@jpmorgan.com | jason.perlioni@ubs.com |
| jason.krcmery@infarmbureau.com | jason.pinto@fmr.com |
| jason.kritzer@blackrock.com | jason.prest@avmltd.com |
| jason.l.babb@db.com | jason.r.fletcher@jpmorgan.com |
| jason.l.minkler@jpmorgan.com | jason.randolph@ubs-oconnor.com |
| jason.lacy@hsh-nordbank.co.uk | jason.rausch@inginvestment.com |
| jason.lai@ubs.com | jason.regalado@db.com |
| jason.lamacchia@barclaysglobal.com | jason.revland@morganstanley.com |
| jason.lapkins@glgpartners.com | jason.rhodes@fmr.com |
| jason.lawrence@sgcib.com | jason.rich@tdsecurities.com |
| jason.lehman@citadelgroup.com | jason.riehle@4086.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jason.rogers@barclayscapital.com | jason.wu@citadelgroup.com |
| jason.rosendhal@uobgroup.com | jason.x.hall@jpmorgan.com |
| jason.rotenberg@bwater.com | jason.yan@schroders.com |
| jason.s.kass@jpmorganfleming.com | jason.yee@janus.com |
| jason.sammet@nisanet.com | jason.yeung@morganstanley.com |
| jason.schenker@wachovia.com | jason.young@tdsecurities.com |
| jason.schmidt@midstates.org | jason.yu@tcbank.com.tw |
| jason.schultz@swib.state.wi.us | jason.zambanini@pimco.com |
| jason.schumacher@pnc.com | jason.zeman@sunlife.com |
| jason.schwartz@53.com | jason.zollinger@bnymellon.com |
| jason.sensat@citadelgroup.com | jason@heliosgrp.com |
| jason.sessions@juliusbaer.com | jason@shenkmancapital.com |
| jason.singer@gs.com | jason_a_pinnix@fanniemae.com |
| jason.sissel@morganstanley.com | jason_a_white@troweprice.com |
| jason.smith@blackrock.com | jason_byrom@blackrock.com |
| jason.spieler@ubs.com | jason_c_boyd@fleet.com |
| jason.storsley@rbc.com | jason_carter@fanniemae.com |
| jason.straker@jpmorganfleming.com | jason_clark@rsausa.com |
| jason.strofs@barclaysglobal.com | jason_collins@troweprice.com |
| jason.stuart@blackrock.com | jason_crowley@rhco.com |
| jason.tang@barclaysasia.com | jason_dwen@bnz.co.nz |
| jason.tauber@nb.com | jason_e_putman@victoryconnect.com |
| jason.thorell@us.mizuho-sc.com | jason_fromer@putnam.com |
| jason.toussaint@ntrs.com | jason_goldstein@acml.com |
| jason.troller@email.publix.com | jason_hannon@vanguard.com |
| jason.tsadilas@citadelgroup.com | jason_hickey@firstar.com |
| jason.tseng@email.chinatrust.com.tw | jason_jarema@conning.com |
| jason.ulrich@rbscoutts.com | jason_jeffers@ssga.com |
| jason.vaitukaitis@jpmorgan.com | jason_krasilovsky@fanniemae.com |
| jason.vassil@db.com | jason_kritzer@putnam.com |
| jason.vickery@morganstanley.com | jason_ley@acml.com |
| jason.votruba@umb.com | jason_m_mirr@victoryconnect.com |
| jason.wallis@truscocapital.com | jason_mandel@ml.com |
| jason.walsh@abnamro.com | jason_maud@axa-slim.co.uk |
| jason.wang@cpic-ing.com.cn | jason_mcaleer@newton.co.uk |
| jason.wang@glgpartners.com | jason_mclean@aimfunds.com |
| jason.weber@mercantile.com | jason_middough@freddiemac.com |
| jason.weinberg@allstate.com | jason_moshos@acml.com |
| jason.weiner@fmr.com | jason_murray@conning.com |
| jason.weiner@micorp.com | jason_nogueira@troweprice.com |
| jason.williams@lazard.com | jason_pappalardi@acml.com |
| jason.woerz@bms.com | jason_pidcock@newton.co.uk |
| jason.woerz@bwater.com | jason_polun@troweprice.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jason_randlett@ssga.com

jason_rosenthal@westlb.co.jp

jason_rottinger@victoryconnect.com

jason_russell@nacm.com

jason_tedor@keybank.com

jason_thayer@fanniemae.com

jason_toussaint@conseco.com

jason_tw_lo@hkma.gov.hk

jason_vaillancourt@putnam.com

jason_w_bear@aul.com

jason_weaver@keybank.com

jason-03972@email.esunbank.com.tw

jason-04424@email.esunbank.com.tw

jasona.weiss@aig.com

jasonb@bgi-group.com

jasoncd@wharton.upenn.edu

jasonchiu@bankofny.com

jasond@sfc-uk.com

jasondrennan@angloirishbank.ie

jasone@highbridge.com

jasonho@mail.bot.com.tw

jasonlow@gic.com.sg

jasonproctor@commercialfed.com

jasons@wvimb.org

jasonschultz@northwesternmutual.com

jasonsmith@northwesternmutual.com

jasonsteigman@northwesternmutual.com

jasonting@tcbank.com.tw

jasontkrueger@northwesternmutual.com

jasontriplitt@gic.com.sg

jasontsai@cathaylife.com.tw

jaspal.bindra@sg.standardchartered.com

jaspal.tuli@ubs.com

jasper.boersma@barclayscapital.com

jasper.hennessey@axa-im.com

jasper.hoek@do.treas.gov

jasper.huitsing@mn-services.nl

jasper.jan.meijerink@citigroup.com

jasper.kemme@philips.com

jasper.thomas@skandia.co.uk

jasper.van.den.eshof@mn-services.nl

jassem.khan@fgb.ae

jassem@adic.co.ae

jast@capgroup.com

jastarloa@gruposantander.com

jasterrc@ensignpeak.org

jaston@nb.com

jasullivan@stifel.com

jasvinder.mahil@bnpparibas.com

jaswinder.sandher@bbg.co.uk

jatd@sek.se

jati.banerjee@hsbcpb.com

jatin.doktor@ubs.com

jatin.vara@barclaysglobal.com

jatin@heliosgrp.com

jatin_misra@putnam.com

jatomas@uef.es

jatyre@neuberger.com

jau@fleetsecurities.com

jaugustine@vmfcapital.com

jauyeung@metlife.com

javas@bankinter.es

javery@fhlbatl.com

javholsb@cordius.be

javier.carrallo@axa-im.co.uk

javier.delgadomartinez@telefonica.es

javier.dominguez@interdin.com

javier.garcia@juliusbaer.com

javier.gil-burgui@fonditel.es

javier.gonzalezhelly@bnpparibas.com

javier.gorronogoitia@cajalaboral.es

javier.gozalo@csam.com

javier.lamelas@credit-suisse.com

javier.latorre@allianzgi.de

javier.lopezmanzano@telefonica.es

javier.medina@grupobbva.com

javier.requena@grupobbva.com

javier.revelo@blackrock.com

javier.rillo@ibercaja.net

javier.rodriguez@barclaysglobal.com

javier.rodriguez@firstbankpr.com

javier.uriguen@andbanc.com

javier.urquidi@iberdrola.es

javier.x.martin-artajo@jpmorgan.com

javier_garay@ml.com

javier_otoya@cathaybank.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| javier_portella@freddiemac.com | jay.sashti@jpmorgan.com |
| javiero@iadb.org | jay.schreyer@drkw.com |
| jaw@ubp.ch | jay.schwartzberg.@fmr.com |
| jax@bloomberg.net | jay.simons@checmail.com |
| jay.a.weinberg@pnc.com | jay.small@4086.com |
| jay.baek@samsung.com | jay.strohmaier@peregrinecapital.com |
| jay.braden@funb.com | jay.suskind@ryanbeck.com |
| jay.bray@checmail.com | jay.vansciver@bbh.com |
| jay.briganti@sachsenlb.ie | jay.villanueva@jpmorgan.com |
| jay.bryson@wachovia.com | jay.vyas@barclaysglobal.com |
| jay.buckley@blackrock.com | jay.weed@fmr.com |
| jay.burden@honeywell.com | jay.young@moorecap.com |
| jay.cristello@inginvestment.com | jay@columbus.com |
| jay.cunningham@aiminvestments.com | jay_baumgardner@ustrust.com |
| jay.cushing@putnam.com | jay_boyd@invesco.com |
| jay.daniel@eagleasset.com | jay_buckley@ml.com |
| jay.dietrich@ppmamerica.com | jay_jeong@calpers.ca.gov |
| jay.fisher@wellsfargo.com | jay_ladieu@ssga.com |
| jay.gerard@tcw.com | jay_markowitz@troweprice.com |
| jay.gould@huntington.com | jay_mortenson@capgroup.com |
| jay.hedstrom@fmr.com | jay_platt@freddiemac.com |
| jay.ireland@ge.com | jay_post@ml.com |
| jay.k.morrison@jpmchase.com | jay_taparia@am.fcnbd.com |
| jay.kanani@creditlyonnais.co.uk | jayant.rikhye@hsbc.com |
| jay.ladieu@fmr.com | jaybrian_springer@ustrust.com |
| jay.levy@mackayshields.com | jaybun@safeco.com |
| jay.luong@schroders.com | jaychoi@templeton.com |
| jay.morley@harrismycfo.com | jaydawgz@bloomberg.net |
| jay.nakahara@db.com | jaydm@mmcgrand.com |
| jay.nix@inginvestment.com | jayesh.mukundan@deshaw.com |
| jay.novatney@citadelgroup.com | jayesh.odedra@bis.org |
| jay.owen@fmr.com | jayesh.patel@barclaysglobal.com |
| jay.p.cilione@jpmchase.com | jayesh.patel@uk.bnpparibas.com |
| jay.petit@ubsw.com | jayesh.shah@disney.com |
| jay.plaskett@edwardjones.com | jayme.burdiek@fhlbtopeka.com |
| jay.plum@charteronebank.com | jayme.dirienzo@pimco.com |
| jay.preston@fmr.com | jaymeen.patel@morganstanley.com |
| jay.r.goldenstein@credit-suisse.com | jaymie.sullivan@moorecap.com |
| jay.ritter@harrisbank.com | jayn@bloomberg.net |
| jay.rosenberg@usbank.com | jayne.clayson@threadneedle.co.uk |
| jay.rw@mellon.com | jayne.forbes@axa-im.com |
| jay.sands@us.socgen.com | jayne.kemble@uk.fid-intl.com |
| jay.sangha@eu.nabgroup.com | jayne.welling-wolf@hsh-nordbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jayne.winthrop@aig.com | jbanas@babsoncapital.com |
| jayne_shontell@fanniemae.com | jbarak@bloomberg.net |
| jayolson@cargill.com | jbaraona@perrycap.com |
| jayres@fdic.gov | jbarbe@pictet.com |
| jayson.vowles@morganstanley.com | jbarbera@bankofny.com |
| jayson@chandlerasset.com | jbarbollag@bloomberg.net |
| jazelten@delinvest.com | jbard@vestarden.com |
| jb.heuvel@quicknet.nl | jbarfels@fhlbdm.com |
| jb.long@everbank.com | jbarker@nb.com |
| jb@bearbull.ch | jbarker1@metlife.com |
| jb@mfs.com | jbarlow@parknatl.com |
| jb@stw.com | jbarlow@wellington.com |
| jb@wasatchadvisors.com | jbarne@ftci.com |
| jb_holding@juliusbaer.com | jbarnea@bloomberg.net |
| jb127@ntrs.com | jbarnett@tiaa-cref.org |
| jb136@notes.ntrs.com | jbarone@resurgencellc.com |
| jb204@ntrs.com | jbarone@standishmellon.com |
| jb254@ntrs.com | jbarr@loomissayles.com |
| jb84@ntrs.com | jbarraza@exchange.ml.com |
| jba@bpi.pt | jbarreiros@grupobbva.com |
| jba1@bloomberg.net | jbarrenechea@invercaixa.es |
| jba53@bloomberg.net | jbarrett@fhlb-of.com |
| jbachman@genre.com | jbarrett@turnerinvestments.com |
| jbacon@mfs.com | jbarrow@barrowhanley.com |
| jbader@halcyonpartnerships.com | jbarton@russell.com |
| jbadwan@bloomberg.net | jbarzideh@canyonpartners.com |
| jbagaglio@bear.com | jbaskin@aegonusa.com |
| jbaicich@nb.com | jbasterra@worldbank.org |
| jbaik3@bloomberg.net | jbatra@metlife.com |
| jbailey@aegonusa.com | jbattag@frk.com |
| jbailey@davenportllc.com | jbatten@turnerinvestments.com |
| jbaity@fhlbboston.com | jbaumgar@blackrock.com |
| jbak@standishmellon.com | jbaumgardner@mcglinncap.com |
| jbaker@nb.com | jbaumhoegger@bloomberg.net |
| jbalas@eatonvance.com | jbaumsta@allstate.com |
| jbalchandani@metlife.com | jbaur@eatonvance.com |
| jbalder@ssrm.com | jbaxter@sunamerica.com |
| jbalestrino@federatedinv.com | jbaylor@aegonusa.com |
| jbalfour@loomissayles.com | jbb@capgroup.com |
| jbalkind@soam.com | jbbf@capgroup.com |
| jball@rockco.com | jbblanthorne@hsbc.com |
| jbaltora@groupama-am.fr | jbc3@ntrs.com |
| jbamford@newstaram.com | jbcollado@bankinter.es |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jbcraig@wellscap.com | jbertolo@notes.banesto.es |
| jbeaman@apollorealestate.com | jbesse@atlasventure.fr |
| jbeard@evergreeninvestments.com | jbevilacqua@wellington.com |
| jbeaudou@dresdner.com | jbezon@cobank.com |
| jbeaulieu@massmutual.com | jbfields@delinvest.com |
| jbeauparlant@loomissayles.com | jbgauzere@wbfinance.com |
| jbeaver@congressasset.com | jbhansal@tiaa-cref.org |
| jbecker@gsc.com | jbhawkes@eatonvance.com |
| jbeckett@sirachcap.com | jbiechy@groupama-am.fr |
| jbeguelin@pictet.com | jbiernat@europeancredit.com |
| jbehar@gm.com | jbies@meag.com |
| jbehar@invest.treas.state.mi.us | jbiggs@caxton.com |
| jbehnke@ford.com | jbiggs@ftci.com |
| jbehrend@phillyinvest.com | jbilodeau@standishmellon.com |
| jbeil@blackrock.com | jbimmidoffice@juliusbaer.com |
| jbelardi@sunamerica.com | jbiondich@northcentraltrust.com |
| jbelbeck1@bloomberg.net | jbirchall@dlbabson.com |
| jbelk@frk.com | jbishop@colonialfiststate.co.uk |
| jbelk@qualcomm.com | jbishop@scmadv.com |
| jbell@fhlbatl.com | jbitter@wilmingtontrust.com |
| jbell@guildinvestment.com | jbj@bloomberg.net |
| jbell@guzman.com | jbj@dodgeandcox.com |
| jbell@loomissayles.com | jbk@juliusbaer.com |
| jbell@pictet.com | jbl@notes.ntrs.com |
| jbeloin@caxton.com | jblack@beutelgoodman.com |
| jbendt@copera.org | jblack@mfs.com |
| jbenetti@pictet.com | jblackin@bloomberg.net |
| jbenhamida@pictet.com | jblackman@hestercapital.com |
| jbennett@bechtel.com | jblackwell@stephens.com |
| jbennett@bennettmgmt.com | jblair@tiaa-cref.org |
| jbennick@delinvest.com | jblanchette@mfs.com |
| jbenson@fhlbc.com | jblanco@bbvany.com |
| jberding@amfin.com | jblanco@invercaixa.es |
| jberg@bear.com | jblancod@notes.banesto.es |
| jberges@gardnerrich.com | jblasini@bppr.com |
| jbergolios@troweprice.com | jblecher@yorktraditionsbank.com |
| jberk@divinv.net | jblevins@fhlbdm.com |
| jberlinger@adelphia.net | jbloomfield@pictet.com |
| jbernardo111@aol.com | jblopez@iberdrola.es |
| jbernaus@sanostra.es | jblue@opers.org |
| jbernstein@meag-ny.com | jblumberger@nb.com |
| jbernstein@us.nomura.com | jbmccourtney@bremer.com |
| jberrie@nisi.net | jbn@fm.dk |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jbnicholson@bbandt.com | jbrandser@fiduciarymgt.com |
| jbo@petercam.be | jbratschi@seawardmgmt.com |
| jboers@aegon.nl | jbraverman@aegonusa.com |
| jboffa@bankofny.com | jbray@hbk.com |
| jbogen@bear.com | jbreaks@mcglinncap.com |
| jbohmsil@banrep.gov.co | jbreaux@aegonusa.com |
| jbohnsack@swst.com | jbreen@steinroe.com |
| jbolton@nb.com | jbreslin@federatedinv.com |
| jbonatucci@bloomberg.net | jbresnahan@bbandt.com |
| jbond@evergreeninvestments.com | jbreuil@groupe-ufg.com |
| jbond@websterbank.com | jbrinati@allstate.com |
| jboneno@incomeresearch.com | jbrinckerhoff@deerfieldcapital.com |
| jbonet@ceca.es | jbriones@apolloic.com |
| jbongard@pictet.com | jbristow@europeancredit.com |
| jbonmato@cajamadrid.es | jbroadfoot@ivyfunds.com |
| jbonnell@oppenheimerfunds.com | jbrogna@mfs.com |
| jbonomo@aamcompany.com | jbronchetti@delinvest.com |
| jborder@carnival.com | jbrook@crtllc.com |
| jborovsky@gofen.com | jbrooks@laidlaw.com |
| jborrasto@bga.gbancaja.com | jbrooks@tiaa-cref.org |
| jbosworth@babsoncapital.com | jbroome@eatonvance.com |
| jbotterb@homeside.com | jbrorson@nb.com |
| jbouffier@oddo.fr | jbroscius@allegiancecapital.com |
| jboulliat@sinopia.fr | jbrothers@bradfordmarzec.com |
| jbourgeois@jhancock.com | jbrowlette@ibtco.com |
| jboushelle@opers.org | jbrown@aegonusa.com |
| jbousma@frk.com | jbrown@loomissayles.com |
| jbouterse@aegon.nl | jbrown@recordcm.com |
| jbova@jhancock.com | jbrown@stephens.com |
| jbowen@ftportfolios.com | jbrown@us.mufg.jp |
| jbower@bankcnb.com | jbrown35@bloomberg.net |
| jbower@standishmellon.com | jbrownfield@lkcm.com |
| jboydell@oppenheimerfunds.com | jbruce@ameritech.net |
| jboyer@princeton.edu | jbrueckmann@meag.com |
| jboylan@whitepinecapital.com | jbruno@thehartford.com |
| jbr.na@adia.ae | jbryan@collins-stewart.com |
| jbraasch@suburbanonline.org | jbryan@novelluscapital.com |
| jbradshaw@evcap.bm | jbs.tr@adia.ae |
| jbradshaw3@bloomberg.net | jbt2@ntrs.com |
| jbraeuti@invest.treas.state.mi.us | jbt23501@glaxowellcome.co.uk |
| jbrand@washfed.com | jbueno@gruposantander.com |
| jbrandenburg@spfbeheer.nl | j-buick@fairfax.ca |
| jbrando@frk.com | jbuick@vegapartners.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jbulpitt@payden-rygel.com
jbunch@montag.com
jbundy@fhlbi.com
jbunyak@oppenheimerfunds.com
jburdass@uk.tr.mufg.jp
jburellseb@bloomberg.net
jburger@alaskapermfund.com
jburian@tiaa-cref.org
jburke@amica.com
jburke@bloomberg.net
jburke@morrisons.co.uk
jburke@oppenheimerfunds.com
jburke83@bloomberg.net
jburkett@mfs.com
jburns4@franklintempleton.co.uk
jburque@loomissayles.com
jburrow@crewsfs.com
jburrow@sterneagee.com
jbutler@browncapital.com
jbutler@ustrust.com
jbuxbaum@meag-ny.com
jbwagnon@unumprovident.com
jbwhite@wachoviasec.com
jbyerly@ttcpa.sbcounty.gov
jbyron@sric.net
jbyron2@bloomberg.net
jc.arnoux@groupe-mma.fr
jc@abacuscapitalfund.com
jc_sanchez@bancourquijo.es
jc108@ntrs.com
jc143@ntrs.com
jc2@wmblair.com
jc495@cornell.edu
jc68@ntrs.com
jcabanas@atlantico.com
jcacho@princeton.edu
jcadley@blx.com
jcadogan@bloomberg.net
jcadunzi@bankofny.com
jcaggiano@babsoncapital.com
jcahill@kbw.com
jcain@cainbrothers.com
jcain@firsthorizon.com

jcain@ingdelta.com
jcaldas@nb.com
jcaldeira@espiritosanto.ch
jcaldwell@mcdinvest.com
jcallaghan@ftci.com
jcallaghan@troweprice.com
jcallahan@bbandt.com
jcallen@dlj.com
jcallet@lincap.com
jcallies@meag.com
jcallow@thamesriver.co.uk
jcalmas@mfs.com
jcalvin@arvest.com
jcalvo@pressprich.com
jcampagna@bayernlbny.com
jcampagna@tiaa-cref.org
jcampbell@firststate.co.uk
jcampbell@parknatl.com
jcampilb@notes.banesto.es
jcanals@creditandorra.ad
jcanavatec@gestimed.cam.es
jcanman@bloomberg.net
jcannon@allstate.com
jcannon@metlife.com
jcantera@notes.banesto.es
jcantey@tiaa-cref.org
jcanto@arcocapital.com
jcantrell@provbank.com
jcantrell2@bloomberg.net
jcantwell2@bloomberg.net
jcanty@fhlbc.com
jcanziani@membertrade.com
jcao11@bloomberg.net
jcapons@sanostra.es
jcapps@bokf.com
jcardillo@mcdinvest.com
jcardillo@oppenheimerfunds.com
jcardon@wasatchadvisors.com
jcarey@fftw.com
jcarieri@westernasset.com
jcarl@metlife.com
jcarlisle@vigilantcap.com
jcarlos@us.mufg.jp

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jcarlson@deerfieldcapital.com | jcha@bloomberg.net |
| jcarlson@westernasset.com | jchacon@jennison.com |
| jcarmel@angelogordon.com | jchadwick@metlife.com |
| jcarpenter@bankhnb.com | jchaikin@nb.com |
| jcarrera@banxico.org.mx | jchalker@lmcapital.com |
| jcarrion@notes.banesto.es | jchambers@cisco.com |
| jcarroll@hertz.com | jchan@alpshk.com |
| jcarroll@loomissayles.com | jchan2@metlife.com |
| jcarroll@pressprich.com | jchan21@bloomberg.net |
| jcarroll@stephens.com | jchandy@lehman.com |
| jcarter@rgbk.com | jchang@rockco.com |
| jcarter@westpac.com.au | jchang@tiaa-cref.org |
| jcarty@hcmlp.com | jchang@westernasset.com |
| jcaruso@standishmellon.com | jchang@wga.com |
| jcasey@compassbank.com | jchang3@bloomberg.net |
| jcasey@eatonvance.com | jchanis@caxton.com |
| jcashe@wellington.com | jchap@bloomberg.net |
| jcashmore@stephens.com | jchapin@metlife.com |
| jcaskin@transamerica.com | jcharles@deerfieldcapital.com |
| jcasper@orleanscapital.com | jcharles@thamesriver.co.uk |
| jcasson@fandc.co.uk | jchatman@bpmny.com |
| jcastellon@suburbanonline.org | jcheatham@summitbank.com |
| jcastro@fncb.com | jchelmu@federatedinv.com |
| jcate@prospectsecurities.com | jchen@cumberassoc.com |
| jcattier@samgmt.com | jchen@dsaco.com |
| jcave@fandc.co.uk | jchen@manubank.com |
| jcave@fhlbc.com | jchen@wellington.com |
| jcaylo@angelogordon.com | jchen154@bloomberg.net |
| jcb@bpi.pt | jcheney@ponderco.com |
| jcbeard@adelphia.net | jcheng@bradfordmarzec.com |
| jcbouchard@wellington.com | jcheng@perrycap.com |
| jcc@baupost.com | jcheng@wellington.com |
| jcc1@ntrs.com | jcheung@mdsass.com |
| jccaballero@bde.es | jchigounis@rnt.com |
| jcconrad@statestreet.com | jchinnici@mcdinvest.com |
| jccrawford@calstrs.com | jchisholm@bancaintesa.us |
| jceastman@wellington.com | jcho@mfs.com |
| jcecil@caxton.com | jchon@oppenheimerfunds.com |
| jceleste@groupama-am.fr | jchong@martincurrie.com |
| jcelestine@osc.state.ny.us | jchr@nykredit.dk |
| jcerra@tiaa-cref.org | jchristensen@kayne.com |
| jcfm@capgroup.com | jchristin@pictet.com |
| jcgalt@midamerican.com | jchu@frk.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jchua@muis.com.hk | jcolville@calstrs.com |
| jchuff@jmsonline.com | jcompt@coair.com |
| jchung@dsaco.com | jcomunia@cajamadrid.es |
| jchung@wellington.com | jconcepcion@cifunds.com |
| jchyde@bloomberg.net | jconklin@hbk.com |
| jci@artemisinvest.com | jconn@frk.com |
| jciacciarelli@bankofny.com | jconners@beneficialsavingsbank.com |
| jcicirel@allstate.com | jconnolly@ivyfunds.com |
| jcifuentes@hcmlp.com | jconnolly@mfcglobalus.com |
| jcinque@leggmason.com | jconnor@pjc.com |
| jcipriani@bankofny.com | jconstantino@mfs.com |
| jcjensen@wellington.com | jconte@perrycap.com |
| jckeller@us.nomura.com | jcontreg@cajamadrid.es |
| jckeogh@wellington.com | jcontrerasa@bcj.gbancaja.com |
| jclancy@bbandt.com | jcook@seawardmgmt.com |
| jclark@cabotsquare.com | jcook@tiaa-creff.org |
| jclark@mfs.com | jcoppola@halcyonllc.com |
| jclark@turnerinvestments.com | jcopsidas@cimfra.com |
| jclark3@worldbank.org | jcorchard@wisi.com |
| jclaude.grynberg@francetelecom.fr | jcorcoran@ustrust.com |
| jclaude@ecofi.fr | jcorkran@ucm.utendahl.com |
| jclausen@msfi.com | jcornett@arvest.com |
| jclaveria@ahorro.com | jcornwell@pacholder.com |
| jclayton@fhlbatl.com | jcorrato@prudentialsavingsbank.com |
| jcleary@westpac.com.au | jcorrenti@whummer.com |
| jclerc@pictet.com | jcosta@icbny.com |
| jclifford@omega-advisors.com | jcostel2@ford.com |
| jcltwo@princeton.edu | jcostello@siebertnet.com |
| jcmekil@fr.ebsworld.com | jcotoole@wellington.com |
| jcmello@montepiogeral.pt | jcoull@martincurrie.com |
| jcoates@mtildn.co.uk | jcountryman@leggmason.com |
| jcoates@templeton.com | jcoury@jamisonfirst.com |
| jcoburn@fdic.gov | jcousins@bankleumi.co.uk |
| jcoccaro@apollodif.com | jcox@uscentral.org |
| jcodina@andornet.ad | jcoxon@nystrs.state.ny.us |
| jcoene@aegon.nl | jcoyle007@bloomberg.net |
| jcoffman@bokf.com | jcp@usabancshares.com |
| jcoirollo@caxton.com | jcp68@cornell.edu |
| jcolbert@bloomberg.net | jcparsons@bloomberg.net |
| jcolbert@sandleroneill.com | jcpca356@yahoo.com |
| jcoleman@perrycap.com | jcpernas@ahorrocorporacion.com |
| jcollins@nb.com | jcr@bpi.pt |
| jcolucci@sarofim.com | jcrangle@bostonis.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jcrea@federatedinv.com | jdaniels1@bloomberg.net |
| jcroft@eatonvance.com | jdaniszewski@lib.com |
| jcroghan@lincap.com | jdann@uss.co.uk |
| jcrone@fcem.co.uk | jdanton@frk.com |
| jcrone3@bloomberg.net | jdapietro@citadelgroup.com |
| jcronin@wellington.com | jdarling@btmna.com |
| jcrooks@troweprice.com | jdavid.moore@aig.com |
| jcross2@frk.com | jdavid@allstate.com |
| jcrowley@eatonvance.com | jdavies@templeton.com |
| jcrowley@ffbonline.com | jdavis@canyonpartners.com |
| jcruickshank@jhancock.com | jdavis@odec.com |
| jcrystal@rockco.com | jdavis@rockco.com |
| jcsaboliauskas@wellington.com | jdavis@tjim.com |
| jcsanderson@hancock.com | jdavolio@mdsass.com |
| jcsanderson@jhancock.com | jdawson@scmadv.com |
| jcschmidt@dow.com | jdb@petercam.be |
| jcscott@the-ark.com | jdbateman@leggmason.com |
| jcsemple@us.ibm.com | jdboer@optimix.nl |
| jctorres@tritonglobalcapital.com | jdcurtiss@statestreet.com |
| jcuccia@meag-ny.com | jdd3@ntrs.com |
| jcucunato@bfm.com | jdean@cazenove.com |
| jcunniff@tiaa-cref.org | jdean@loomissayles.com |
| jcurd@smithbreeden.com | jdeans@aegonusa.com |
| jcurry@alger.com | jdearce@bloomberg.net |
| jcurry@ibjwhitehall.com | jdeardorff@buffalofunds.com |
| jcurti1@frk.com | jdebono@alcatel-lucent.com |
| jcushin@ftci.com | jdecarlo@ceca.es |
| jcushman@mcleanbudden.com | jdecker@royalbankamerica.com |
| jcusser@waddell.com | jdecouto@nefm.com |
| jcutrone@exchange.ml.com | jdediego@gruppobbva.com |
| jcw2@ntrs.com | jdeeringer@frk.com |
| jcwillis@bbandt.com | jdefrino@barbnet.com |
| jd.d.dwane@aibbny.ie | jdefty@russell.com |
| jd@falconmgt.com | jdelano@oppenheimerfunds.com |
| jd9@ntrs.com | jdeleon@bank-banque-canada.ca |
| jdacosta@wellington.com | jdelgado@troweprice.com |
| jdagena@templeton.com | jdelibes@notes.banesto.es |
| jdahl@victoryconnect.com | jdellavalle@metlife.com |
| jdaire@cpr-am.fr | jdelpalacio@bancamarch.es |
| jdalton@websterbank.com | jdeluca@calstrs.com |
| jdamian@oppenheimerfunds.com | jdemarco@blackrock.com |
| jdamon@oechsle.com | jdemasi@loomissayles.com |
| jdaniels@ifsam.com | jdemetrick@metlife.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

jdemichele@allegiancecapital.com
jdemontety@groupama-am.fr
jdenci@caxton.com
jdeneher@tiaa-cref.org
jdennehy@btmna.com
jdepalma@babsoncapital.com
jderufino@grupobbva.com
jdesiderio@leggmason.com
jdesrosiers@sisucapital.com
jdestefano@ipohome.com
jdetmer@dsaco.com
jdetzi@penncapital.com
jdevaney@tiaa-cref.org
jdeverell@aegonusa.com
jdevito@federatedinv.com
jdevry@ofivalmo.fr
jdeweese@lkcm.com
jdeysher@roycenet.com
jdezagor@notes.banesto.es
jdf@baupost.com
jdf222@cornell.edu
jdfitch@ssb.com
jdg@nbim.no
jdhartney@fedex.com
jdhawan@wellington.com
jdiamond@lordabbett.com
jdicapua@acml.com
jdichiaro@lordabbett.com
jdickerhof@bci.it
jdickinson@penncapital.com
jdickson@frontierbank.com
jdicus@capfed.com
jdiedesch@calstrs.com
jdiehl@metzler.com
jdiezfer@cajastur.es
jdifucci@bear.com
jdigney@metlife.com
jdimario@loomissayles.com
jdingler@metlife.com
jdiogostine@wisi.com
jdipaolo@fujisec.com
jdisanto@ceca.es
jdistasio@eatonvance.com

jdjones@oppenheimerfunds.com
jdkoch@charteronebank.com
jdl2@ntrs.com
jdmiller@petro-canada.ca
jdmoitra@blaylocklp.com
jdomingofo@bcj.gbancaja.com
jdomings@cajamadrid.es
jdomingu@notes.banesto.es
jdominick@babsoncapital.com
jdondero@hcmlp.com
jdoney@oppenheimerfunds.com
jdonfeld@canyonpartners.com
jdonnelly@loomissayles.com
jdonohue@deerfieldcapital.com
jdooley@fhlbdm.com
jdorfman@bear.com
jdorfman@hcmny.com
jdorgan@blackrock.com
jdorosk@pacificincome.com
jdorsey@smithmgtllc.com
jdoucas@fhlbc.com
jdoucette@ssrm.com
jdougherty@hcmlp.com
jdougherty@ingalls.net
jdowd@bear.com
jdowden@bartlett1898.com
jdownes@faralloncapital.com
jdoyas@frk.com
jdoyle@1838.com
jdoyle@luminentcapital.com
jdoyle@ofii.com
jdp@turner-invest.com
jdp228@cornell.edu
jdpark21@yahoo.co.kr
jdr@petercam.be
jdr3@ntrs.com
jdraaisma1@worldbank.org
jdramsta@ullico.com
jdraves@scm-lp.com
jdresser@snwsc.com
jdrexel@tiaa-cref.org
jdreyes@bear.com
jdriscoll@bear.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jdriscoll@delinvest.com | jean.darsses@americas.bnpparibas.com |
| jdriscoll@dsaco.com | jean.de-lavalette@sgcib.com |
| jdroubay@russell.com | jean.dessain@fortisinvestments.com |
| jdrury@hardingllc.com | jean.dewinter@degroof.lu |
| jdsimon@bloomberg.net | jean.dominjon@bnpparibas.com |
| jdsteele@norrybank.com | jean.drouffe@axa-uk.co.uk |
| jdtrujillo@metlife.com | jean.dulude@rbccm.com |
| jdubarbier@groupama-am.fr | jean.dumas@caam.com |
| jduberly@russell.com | jean.ebbott@morganstanley.com |
| jdubeshter@sierraglobal.com | jean.eyraud@edfgdf.fr |
| jducey@bankofny.com | jean.francois.cardinet@lazard.fr |
| jduclaud@banxico.org.mex | jean.francois_boulier@aviva.fr |
| jduensing@smithbreeden.com | jean.gagnon@bmo.com |
| jduffield@newstaram.com | jean.hertenstein@helvetiapatria.ch |
| jduhon@denveria.com | jean.j.lu@jpmorgan.com |
| jduko@lordabbett.com | jean.jameson@thehartford.com |
| jdulude@azoa.com | jean.lehmann@nordlb.com |
| jdunlap@mfs.com | jean.louis.de.hasque@delen.be |
| jdunn@princeton.edu | jean.m.walshe@jpmorgan.com |
| jdupond@statestreet.com | jean.maddaloni@inginvestment.com |
| jdurante@pictet.com | jean.marie.bertin@nordea.com |
| jdutkiewicz@ci.com | jean.mink@rbccm.com |
| jduverge@lvmh.fr | jean.mouroukian@caam.com |
| jduvignaux@cogema.fr | jean.nicolet@dexiamfr-dexia.com |
| jdwek@wellington.com | jean.nussbaumer@hsbcpb.com |
| jdworak@bankofthewest.com | jean.onken@aiminvestments.com |
| jdyer@lehman.com | jean.park@fmr.com |
| jdziwura@tiaa-cref.org | jean.paul.van.straalen@nl.abnamro.com |
| je1@americancentury.com | jean.picon@caam.com |
| jean.baram@tres.bnc.ca | jean.plas@dexia.be |
| jean.barden@essenhyp.com | jean.price@huntington.com |
| jean.barnard@janusfunds.com | jean.rappe@tractebel.com |
| jean.barnum@morganstanley.com | jean.reynolds@morganstanley.com |
| jean.beaubois@morganstanley.com | jean.richards@fmglobal.com |
| jean.bergeret@bnpparibas.com | jean.rosenbaum@blackrock.com |
| jean.bertrand@lexmark.ch | jean.rousselot@caam.com |
| jean.brady@uk.bnpparibas.com | jean.sennett@thehartford.com |
| jean.carberry@ilim.com | jean.sorasio@axa.co.jp |
| jean.chan@barcap.com | jean.spanjersberg@nibcapital.com |
| jean.charbonneau@agf.com | jean.steinacher@edf.fr |
| jean.cheval@banqueaudi.com | jean.stephenne@gskbio.com |
| jean.chevalley@bcv.ch | jean.stgermain@mortgagefamily.com |
| jean.clark@pattersoncapital.com | jean.touyet@dassault-aviation.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jean.wall@ibtco.com | jean-claude.kaltenbach@caam.com |
| jean_c_palmariello@fleet.com | jean-claude.langer@bnpparibas.com |
| jean_callaway@thrivent.com | jean-claude.wilfrid@bnpparibas.com |
| jean_horenstein@victoryconnect.com | jean-claude.wolferstatter@aam.de |
| jean_hsu@calpers.ca.gov | jean-claude_amiet@ml.com |
| jean_liao@toyota.com | jean-claude-1.stadelmann@cibasc.com |
| jean_liu@keybank.com | jean-daniel.muon@cnp.fr |
| jean_liu@newyorklife.com | jean-dominique.seta@labanquepostale-am.fr |
| jean_lu@vanguard.com | jeanette.chuene@resbank.co.za |
| jean_marc.cornet@agf.be | jeanette.hauff@dnb.se |
| jean_marie.vichot@sudameris.fr | jeanette.hollenberg@lodh.com |
| jean_medecin@troweprice.com | jeanette.m.l.choo@hsbcpb.com |
| jean_michel_garrigue@carrefour.com | jeanette.simmons@towersperrin.com |
| jean_pierre_albin@westlb.co.uk | jeanette_duras@ustrust.com |
| jean_sievert@putnam.com | jean-eudes.gautrot@bunge.com |
| jean_vandewalle@acml.com | jean-eudes.leleu@ecuvie.caisse-epargne.fr |
| jean_whittaker@ml.com | jean-francois.blottiere@federal-finance.fr |
| jean-baptiste.baezner@ubs.com | jean-francois.bouglon@blb.de |
| jean-baptiste.degorostarzu@caam.com | jean-francois.bousson@labanquepostale-am.fr |
| jean-baptiste.teissier@bnpparibas.com | jeanfrancois.broquet@lodh.com |
| jean-bernard.gruenberger@pharma.novartis.com | jean-francois.bunlon@ubs.com |
| jean-calude.brunet@saint-gobain.com | jean-francois.cirelli@gazdefrance.com |
| jeanchang@cpy.com.hk | jeanfrancois.cotting@lodh.com |
| jeanchang@mail.bok.com.tw | jean-francois.dion@rbc.com |
| jeancharles.delaire@bgpi.com | jean-francois.dreyfus@lloydsbank.ch |
| jean-charles.delcroix@sgam.com | jean-francois.gagneux@bnpparibas.com |
| jean-charles.gand@sgam.com | jean-francois.guillaume@edf.fr |
| jean-charles.grezault@dexia-bil.com | jean-francois.ipwan@tres.bnc.ca |
| jean-charles.naudin@etoile-gestion.com | jean-francois.laudet@dassault.fr |
| jean-charles.sambor@tcw.com | jean-francois.legoux@ubs.com |
| jean-christophe.bonassies@creditlyonnais.fr | jean-francois.masure@dexia.be |
| jeanchristophe.desainthilaire@schroders.com | jean-francois.pigeon@alcatel.com.cn |
| jean-christophe.gerard@hsbcpb.com | jean-francois.rigaudy@bis.org |
| jean-christophe.guillou@bnpparibas.com | jean-francois.ruggieri@cardif.fr |
| jeanchristophe.reocreux@bnpparibas.com | jean-francois.saudrais@cnce.caisse-epargne.fr |
| jeanchristophe.rochat@lodh.com | jean-francois.schmitt@sinopia-group.com |
| jean-christophe.rubinstein@edfgdf.fr | jean-francoise.descaves@ingferri.fr |
| jean-christophe_beaulieu@ssga.com | jeanie.auyeung@blb.de |
| jean-claude.amstutz@cial.ch | jeanie.maldonado@tcw.com |
| jean-claude.attar@caam.com | jeanie@tcb-bank.com.tw |
| jean-claude.climeau@thalesgroup.com | jeanine.morroni@janus.com |
| jean-claude.coulima-sammouill@credit-suisse.com | jeaninne.ballabio@credit-suisse.com |
| jean-claude.fracheboud@lloydsbank.ch | jean-jacques.scheidegger@rbc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jeanjoseph.memeteau@sgam.com | jean-marc.pasquet@bnpparibas.com |
| jean-louis.angelini@calyon.com | jean-marc.pinaud@calyon.com |
| jean-louis.cart@hsbcpb.com | jeanmarc.piques@axa-im.com |
| jean-louis.delhay@interepargne.fr | jeanmarc.sanchez@lodh.com |
| jean-louis.kandala@cnp.fr | jean-marc.schneider@ubs.com |
| jean-louis.lacoux@caam.com | jean-marc.smal@degroof.lu |
| jeanlouis.laforge@axa-im.com | jean-marc.tanguy@labanquepostale-am.fr |
| jean-louis.lanaute@sgam.com | jean-marc.vichard@caylon.com |
| jean-louis.leclinche@lamondiale.com | jean-marc.vichard@uk.calyon.com |
| jean-louis.lumia@ubs.com | jean-marie.bernollin@socgen.com |
| jean-louis.marchand@usinor.com | jean-marie.boudet@clf-dexia.com |
| jeanlouis.piers@ifp.ch | jean-marie.boutroue@edfgdf.fr |
| jeanlouis.schirmann@ecb.int | jean-marie.capelle@morganstanley.com |
| jean-louis.stoefs@ing.be | jean-marie.coquoz@bcv.ch |
| jean-louis.tissot@caam.com | jean-marie.garreau@creditfoncier.fr |
| jean-loup.texier@fortisinvestments.com | jean-marie.lamay@hsh-nordbank.com |
| jeanloup.texier@groupe-mma.fr | jean-marie.laurent@socgen.com |
| jean-luc.alexandre@bnpparibas.com | jeanmarie.louis@bbl.be |
| jean-luc.beauchu@saint-gobain.com | jeanmarie.martin@lodh.com |
| jean-luc.drugeon@sncf.fr | jean-marie.riva@lodh.com |
| jean-luc.enguehard@labanquepostale-am.fr | jean-marie.schmit@lu.abnamro.com |
| jean-luc.guillermou@cnp.fr | jeanmarie_reahl@symantec.com |
| jeanluc.lamarque@calyon.com | jean-mark.lueder@bnpparibas.com |
| jean-luc.maillard@bcv.ch | jean-matthieu.vermosen@banque-france.fr |
| jean-luc.paraire@caam.com | jean-maurice_ladure@paribas.co |
| jean-luc.petitpont@clf-dexia.com | jean-max.rouchon@caam.com |
| jean-luc.thomas@caam.com | jean-michel.bourdoux@ethias.be |
| jean-marc.anciaux@ing.be | jean-michel.bourgoin@caam.com |
| jean-marc.bernon@ubs.com | jean-michel.combaret@euro-vl.com |
| jean-marc.bianchi@lodh.com | jean-michel.gagnier@alcatel.fr |
| jean-marc.bohl@caam.com | jean-michel.galster@lodh.com |
| jean-marc.bottazzi@jpmorgan.com | jean-michel.maingain@federalgestion.com |
| jeanmarc.buis@axa-im.com | jean-michel.oneyser@rbscoutts.com |
| jeanmarc.castan@lodh.com | jean-michel.paul@caam.com |
| jean-marc.devolder@bnpparibas.com | jean-michel.sanchez@labanquepostale-am.fr |
| jean-marc.divoux@barclays.co.uk | jeanmichel.serre@orange-ftgroup.com |
| jeanmarc.guillot@lodh.com | jean-michel.starck@db.com |
| jean-marc.harfoucne@moorecap.com | jean-michel.tricot@axa-im.com |
| jeanmarc.magner@bnpparibas.com | jean-michel.vallas@sgam.com |
| jeanmarc.maillard@juliusbaer.com | jean-michel_fatovic@ufjbank.co.jp |
| jeanmarc.maringe@axa-im.com | jeanna.adcock@pnc.com |
| jean-marc.martin@credit-suisse.com | jeanna.m.howard@jpmorgan.com |
| jean-marc.montlahuc@ca-suisse.com | jeanne.asseraf@rothschild-cie.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jeanne.follet@axa-im.com | jeanphilippe.levilain@axa-im.com |
| jeanne.gribbin@db.com | jean-philippe.marchand@banquedorsay.fr |
| jeanne.mancheff@bmo.com | jean-philippe.pfulg@credit-suisse.com |
| jeanne.redelius@usbank.com | jean-philippe.scholler@barclays.fr |
| jeanne.short@mbna.com | jean-philippe.stijns@ing.lu |
| jeanne.simmons@micorp.com | jean-philippe.vernier@caam.com |
| jeanne.symonds@inginvestment.com | jeanpierre.abdalian-sireki@bsibank.com |
| jeanne_cruz@nylim.com | jean-pierre.diels@kbc.be |
| jeanne_l_ranaivoson@fanniemae.com | jean-pierre.gaillard@bnpparibas.com |
| jeanne_russo@freddiemac.com | jeanpierre.hellebuyck@axa-im.com |
| jeanne-marie.maffa@fmr.com | jeanpierre.hunziker@szkb.ch |
| jeannette.drucker@thehartford.com | jeanpierre.leoni@axa-im.com |
| jeannette.gloge@morganstanley.com | jean-pierre.mounho@caam.com |
| jeannette.moehlenbrock@oppenheim.de | jeanpierre.pfenninger@juliusbaer.com |
| jeannette.muller@lodh.com | jeanpierre.ryser@lodh.com |
| jeannette.witte@hyporealestate.de | jean-pierre.steiner@nestle.com |
| jeannie.moy@prudential.com | jean-pierre.vincent@sgam.com |
| jeannie_collins-ardern@elliottandpage.com | jean-pierre_banzet@lazard.fr |
| jeannine.moreland@trs.state.tx.us | jean-pierre_salles@aviva.fr |
| jeannire@sdm.cic.fr | jean-renaud.viala@caam.com |
| jean-noel.odier@lombardodier.ch | jean-rene.laurette@edf.fr |
| jean-patrick.marquet@creditlyonnais.co.uk | jean-rene.varone@lodh.com |
| jeanpatrick.poulin@tres.bnc.ca | jean-roger@saadgroup.com |
| jean-paul.anoh@cnb.com | jean-sebastien.minetti@socgen.com |
| jeanpaul.bonvin@lodh.com | jean-yves.de-longevialle@ota.fr.socgen.com |
| jean-paul.cheve@cardif.fr | jean-yves.dumont@dexia-am.com |
| jean-paul.paradis@db.com | jean-yves.dumontier@bnpparibas.com |
| jean-paul.parmentier@ethias.be | jean-yves.fillion@americas.bnpparibas.com |
| jean-paul.poggi@labanquepostale-am.fr | jean-yves.korenian@mhcb.co.uk |
| jean-paul.trotet@barclays.co.uk | jeasler@tiaa-cref.org |
| jeanpaul_desrochers@ustrust.com | jeaton@mfs.com |
| jean-philippe.bailly@fortisinvestments.com | jebbentley@northwesternmutual.com |
| jean-philippe.barbey@nestle.com | jeberlin@hcmlp.com |
| jean-philippe.barras@bcv.ch | jeberlin@metlife.com |
| jean-philippe.bertschy@swissfirst.ch | jeberly@pop.net |
| jean-philippe.blua@jpmorgan.com | jebo@nykredit.dk |
| jeanphilippe.chabanel@bnpparibas.com | jebr@nykredit.dk |
| jean-philippe.f.odunlami@jpmorgan.com | jec6@ntrs.com |
| jean-philippe.foucher@bred.fr | jeca@danskebank.dk |
| jean-philippe.guigon@ing.be | jechaide@notes.banesto.es |
| jeanphilippe.guillerault@calyon.com | jechols@copera.org |
| jean-philippe.hechel@vontobel.ch | jechung@lehman.com |
| jean-philippe.hervieu@caam.com | jeckert@barclayi.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jecybulski@statestreet.com | jeff.currier@kochfinancial.com |
| jed.barron@fmr.com | jeff.currington@csam.com |
| jed.fogdall@dfafunds.com | jeff.dawson@ny.frb.org |
| jed.latkin@inginvestment.com | jeff.delcaire@bnpparibas.com |
| jed.weiss@fmr.com | jeff.dober@ubk-plc.com |
| jed@capgroup.com | jeff.dutra@inginvestment.com |
| jeddob@rabo-bank.com | jeff.ellis@fblfinancial.com |
| jedwards@asbcm.com | jeff.feingold@fmr.com |
| jeeg@capgroup.com | jeff.fitts@ge.com |
| jeegar.jagani@rlam.co.uk | jeff.gallo@shenkmancapital.com |
| jeetendra.solanki@uk.btmeurope.com | jeff.gary@blackrock.com |
| jeetendra_naidu@ssga.com | jeff.geib@barclaysglobal.com |
| jeetu_panjabi@capgroup.com | jeff.grant@sscims.com |
| jeewon.ha@samsung.com | jeff.grow@fandc.com |
| jeeyoung.jyk.kim@scfirstbank.com | jeff.hairston@fhlbtopeka.com |
| jef@mn-services.nl | jeff.hanna@citizensbank.com |
| jef_kinney@fanniemae.com | jeff.he@wamu.net |
| jef989@ms1.chb.com.tw | jeff.hertel@allegiantgroup.com |
| jeff.a.myers@wellsfargo.com | jeff.hilton@barclaysglobal.com |
| jeff.acquafondata@fhlb-pgh.com | jeff.hochman@uk.fid-intl.com |
| jeff.agne@aig.com | jeff.hoernemann@ubs.com |
| jeff.alexander@csam.com | jeff.hord@barclaysglobal.com |
| jeff.barry@bbh.com | jeff.huang@sscims.com |
| jeff.bellisario.q06w@statefarm.com | jeff.hulett@rocklandtrust.com |
| jeff.berry@ibtco.com | jeff.huther@do.treas.gov |
| jeff.bigden@jpmorgan.com | jeff.idler@bbh.com |
| jeff.black@rbsgc.com | jeff.jackson@ftnfinancial.com |
| jeff.boswell@icgplc.com | jeff.kerrigan@gartmore.com |
| jeff.brimhall@nationalcity.com | jeff.king@swipartnership.co.uk |
| jeff.brooks@moorecap.co.uk | jeff.l.mcdonald@fmr.com |
| jeff.brown@bankofamerica.com | jeff.lambert@statestreet.com |
| jeff.brown@fmr.com | jeff.lenamon@barclaysglobal.com |
| jeff.brown@uk.abnamro.com | jeff.lenamon@dzbank.de |
| jeff.c.kay@aib.ie | jeff.lifschin@hp.com |
| jeff.canavan@janus.com | jeff.lorenzen@amcore.com |
| jeff.carlson@highbridge.com | jeff.lucas@swib.state.wi.us |
| jeff.carson@firstunion.com | jeff.luttrell@libertysavingsbank.com |
| jeff.casson@swipartnership.co.uk | jeff.machaj@citadelgroup.com |
| jeff.chowdhry@fandc.com | jeff.markunas@ironoakadvisors.com |
| jeff.clapp@barclaysglobal.com | jeff.mcmahonj@pilkington.com |
| jeff.coil@lgim.co.uk | jeff.mcpeek@53.com |
| jeff.cook@wachovia.com | jeff.melvin@morgankeegan.com |
| jeff.corbett@agf.com | jeff.meys@ingim.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jeff.micallef@lu.abnamro.com | jeff.t.willoughby@bankofamerica.com |
| jeff.miller@cdrfp.com | jeff.toner@mizuhocbus.com |
| jeff.mitchell@fmr.com | jeff.trocin@raymondjames.com |
| jeff.moore@fmr.com | jeff.vancavage@eagleasset.com |
| jeff.moran@ppmamerica.com | jeff.vanschaick@westernasset.com |
| jeff.morrison@gm.com | jeff.welday@morganstanley.com |
| jeff.morsman@wellsfargo.com | jeff.williams@chase.com |
| jeff.muehlethaler@pimco.com | jeff.witmer@ubs.com |
| jeff.nevins@nb.com | jeff.wong@roundtableimc.com |
| jeff.newman@soros.com | jeff.woodard@ubs.com |
| jeff.nicholson@inginvestment.com | jeff.woolsey@gibuk.com |
| jeff.nordstrom@peregrinecapital.com | jeff@capitalgateway.com |
| jeff.ogle@fhlbtopeka.com | jeff@chotingroup.com |
| jeff.oneill@bbh.com | jeff@dicksteinlp.com |
| jeff.parker@opcap.com | jeff@eslinvest.com |
| jeff.pearson@ahss.org | jeff@esunbank.com.hk |
| jeff.pinals@bwater.com | jeff@gries.com |
| jeff.polakow@db.com | jeff@pacificassets.com |
| jeff.popock@moorecap.com | jeff@provnet.com |
| jeff.randolph@morganstanley.com | jeff@watermarkgroup.com |
| jeff.reback@db.com | jeff_arricale@troweprice.com |
| jeff.reda@raymondjames.com | jeff_bonaldi@ml.com |
| jeff.reed@aiminvestments.com | jeff_bourke@americancentury.com |
| jeff.resnik@fmr.com | jeff_boyce@nylim.com |
| jeff.richardson@wachovia.com | jeff_brewer@americancentury.com |
| jeff.richmond@ubs.com | jeff_campbell@rhco.com |
| jeff.roderick@exar.com | jeff_cheng@sunlife.com |
| jeff.roop.l31z@statefarm.com | jeff_deetsch@invesco.com |
| jeff.rosen@morganstanley.com | jeff_dewolfe@putnam.com |
| jeff.rosenbaum@deshaw.com | jeff_graff@victoryconnect.com |
| jeff.sakamoto@uboc.com | jeff_john@americancentury.com |
| jeff.santos@ubs.com | jeff_klepacki@nacm.com |
| jeff.sarrett@deshaw.com | jeff_knight@putnam.com |
| jeff.scharf@nuveen.com | jeff_lorenz@oldnational.com |
| jeff.shen@barclaysglobal.com | jeff_mcclory@putnam.com |
| jeff.silverman@tudor.com | jeff_mcphail@putnam.com |
| jeff.slack@firstcitizens.com | jeff_munroe@newton.co.uk |
| jeff.smiley@everbank.com | jeff_nie@ml.com |
| jeff.smisek@coair.com | jeff_otto@americancentury.com |
| jeff.smith@treasurer.state.nc.us | jeff_riechman@cinfin.com |
| jeff.song@ubs.com | jeff_rottinghaus@troweprice.com |
| jeff.sowden@mbna.com | jeff_sacknowitz@putnam.com |
| jeff.swiatek@aig.com | jeff_slater@cguusa.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jeff_st_peters@ssga.com

jeff_starrick@bankone.com

jeff_straebler@hvbamericas.com

jeff_tyler@americancentury.com

jeff_upperman@ctxmort.com

jeff_weishaar@putnam.com

jeff_zoller@troweprice.com

jeff21@keb.co.kr

jeff21@shinbiro.com

jeffasher2@yahoo.com

jeffb@scm-lp.om

jeffc@scm-lp.com

jeffconrad@tmgchicago.com

jeffdeangelis@northwesternmutual.com

jeffery.amato@bis.org

jeffery.atherton@tcw.com

jeffery.chen@hncb.com.tw

jeffery.elswick@frostbank.com

jeffery.ghergo@pncadvisors.com

jeffery.keys@usbank.com

jeffery.rahm@swib.state.wi.us

jeffery.volrath@uboc.com

jeffery.weaver@tdsecurities.com

jeffery.zieba@alliancebernstein.com

jeffery@fnb-corp.com

jeffery_j_weaver@keybank.com

jefferynelson@northwesternmutual.com

jefferyyi@gic.com.sg

jefffcm.johnson@fmr.com

jeffk@ardsley.com

jeffkrumenauer@northwesternmutual.com

jeffkrygiel@northwesternmutual.com

jeffn@constitutioncorp.org

jeffn@csccu.com

jeffn@foothillcapital.com

jeffp@denveria.com

jeffperry45@aol.com

jeffrey.a.binette@jpmorgan.com

jeffrey.a.byer@jpmchase.com

jeffrey.adams@bbh.com

jeffrey.alvino@bankofamerica.com

jeffrey.angtuaco@prudential.com

jeffrey.baird@moorecap.com

jeffrey.bakalar@ingfunds.com

jeffrey.banker@fmr.com

jeffrey.baun@dzbank.de

jeffrey.bencik@alliancebernstein.com

jeffrey.berman@blackrock.com

jeffrey.bianchi@inginvestment.com

jeffrey.blazek@trs.state.tx.us

jeffrey.boundy@inginvestment.com

jeffrey.brasse@pncadvisors.com

jeffrey.brewster@midstates.org

jeffrey.bryant@pnc.com

jeffrey.buell@columbiamanagement.com

jeffrey.bulacan@morganstanley.com

jeffrey.burger@columbiamanagement.com

jeffrey.capone@himco.com

jeffrey.chu@bbva.com.hk

jeffrey.chubb@rabobank.com

jeffrey.cicirelli@4086.com

jeffrey.clarke@lazard.com

jeffrey.collins@morganstanley.com

jeffrey.constantino@ubs.com

jeffrey.crossley@mortgagefamily.com

jeffrey.cutshall@ubs.com

jeffrey.danforth@fafadvisors.com

jeffrey.dobro@towersperrin.com

jeffrey.ebert@usbank.com

jeffrey.essam@db.com

jeffrey.farabaugh@pnc.com

jeffrey.faunce@nationalcity.com

jeffrey.feldgoise@fmr.com

jeffrey.feliciano@genworth.com

jeffrey.fina@abnamro.com

jeffrey.fountain@jpmorgan.com

jeffrey.galloway@aiminvestments.com

jeffrey.garnett@thehartford.com

jeffrey.gundlach@tcw.com

jeffrey.healy@prudential.com

jeffrey.heil@ucop.edu

jeffrey.hibbeler@columbiamanagement.com

jeffrey.hill@ubs.com

jeffrey.hiraishi@uboc.com

jeffrey.hobbs@4086.com

jeffrey.holman@citadelgroup.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jeffrey.hoo@transamerica.com | jeffrey.nepote@harrisbank.com |
| jeffrey.huffman@columbiamanagement.com | jeffrey.pascarella@prudential.com |
| jeffrey.hugo@jnli.com | jeffrey.peek@csfb.com |
| jeffrey.hutz@jpmorgan.com | jeffrey.phlegar@alliancebernstein.com |
| jeffrey.ignall@jpmorgan.com | jeffrey.plotnik@usbank.com |
| jeffrey.ives@bms.com | jeffrey.pond@db.com |
| jeffrey.j.grills@jpmorganfleming.com | jeffrey.putman@ubs.com |
| jeffrey.jones@westernasset.com | jeffrey.r.lovell@jpmorgan.com |
| jeffrey.jw.ha@kr.standardchartered.com | jeffrey.r.lovell@jpmorganfleming.com |
| jeffrey.kan@schroders.com | jeffrey.roach@bankofamerica.com |
| jeffrey.kanter@ubs.com | jeffrey.roberts@lehman.com |
| jeffrey.katz@uboc.com | jeffrey.ross@dillonread.com |
| jeffrey.kelly@nationalcity.com | jeffrey.russo@blackrock.com |
| jeffrey.kigner@lazard.com | jeffrey.saeger@db.com |
| jeffrey.klein@weyerhaeuser.com | jeffrey.sanders@morganstanley.com |
| jeffrey.kleintop@pncbank.com | jeffrey.sapp@fhlb-pgh.com |
| jeffrey.knopping@gecapital.com | jeffrey.saxon@mackayshields.com |
| jeffrey.kong@ny.frb.org | jeffrey.schippers@kasbank.com |
| jeffrey.krumpelman@53.com | jeffrey.schleppy@fmr.com |
| jeffrey.l.moering@bankofamerica.com | jeffrey.schmitz1@fafadvisors.com |
| jeffrey.larsen@fmr.com | jeffrey.seifert@csam.com |
| jeffrey.laughman@ubs.com | jeffrey.shen@jpmorganfleming.com |
| jeffrey.leader@ubs.com | jeffrey.shepard@columbiamanagement.com |
| jeffrey.lee@tcw.com | jeffrey.sherman@tcw.com |
| jeffrey.lin@tcw.com | jeffrey.skinner@ge.com |
| jeffrey.lindsey@blackrock.com | jeffrey.smart@aig.com |
| jeffrey.looby@ge.com | jeffrey.smith@fedex.com |
| jeffrey.lucia@transamerica.com | jeffrey.soar@rothschilds.co.uk |
| jeffrey.lupoff@gecapital.com | jeffrey.sooy@sunlife.com |
| jeffrey.m.abbott@bob.hsbc.com | jeffrey.sperling@ubsw.com |
| jeffrey.m.braun@jpmorgan.com | jeffrey.stakel@alliancebernstein.com |
| jeffrey.m.engelhardt@csam.com | jeffrey.steck@nationalcity.com |
| jeffrey.macdonald@thehartford.com | jeffrey.stemmermann@inginvestment.com |
| jeffrey.manton@tdsecurities.com | jeffrey.stevens@fmr.com |
| jeffrey.marcus@barclayscapital.com | jeffrey.stevens@opcap.com |
| jeffrey.martin@wachovia.com | jeffrey.thiemann@schwab.com |
| jeffrey.mayberry@tcw.com | jeffrey.thomas@eagleasset.com |
| jeffrey.mcmanuis@fmr.com | jeffrey.tornick@pnc.com |
| jeffrey.megar@fortisinvestments.com | jeffrey.van.impe@artesiabc.be |
| jeffrey.menapace@us.schroders.com | jeffrey.van.wettum@fortisinvestments.com |
| jeffrey.meyer@gartmore.com | jeffrey.wantman@columbiamanagement.com |
| jeffrey.meyerhofer@gmacrfc.com | jeffrey.wolfanger@pncbank.com |
| jeffrey.myres@citadelgroup.com | jeffrey.wong@cibc.com.sg |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jeffrey.wu@hk.fortis.com | jeffreyj@gic.com.sg |
| jeffrey.x.zhu@jpmorgan.com | jeffreylueken@northwesternmutual.com |
| jeffrey.zhang@ubs.com | jeffreysiegel@northwesternmutual.com |
| jeffrey.ziglar@ubs.com | jeffreystein@nb.com |
| jeffrey_a_jacobs@ml.com | jeffreytan@gic.com.sg |
| jeffrey_beach@ssga.com | jeffreyz@mcm.com |
| jeffrey_bergren@invesco.com | jeffriesc@dfs.state.fl.us |
| jeffrey_boland@scotiacapital.com | jeffsamuel@ftportfolios.com |
| jeffrey_bradacs@mfcinvestments.com | jeffw@shbank.com |
| jeffrey_buyak@ustrust.com | jeffyu@cathaylife.com.tw |
| jeffrey_carter@ssga.com | jeffz@mcm.com |
| jeffrey_chamberlain@freddiemac.com | jefoley@bankofny.com |
| jeffrey_dibuono@putnam.com | jefr03@handelsbanken.se |
| jeffrey_f_bauer@fleet.com | jefrem.hutzezon@kasbank.com |
| jeffrey_ferris@hvbamericas.com | jefsch@safeco.com |
| jeffrey_forney@vanguard.com | jefwyll@nb.com |
| jeffrey_gallo@invesco.com | jeg@capgroup.com |
| jeffrey_hewson@ml.com | jegana@kutxa.es |
| jeffrey_jaro@calpers.ca.gov | jeggli@i-cv.ch |
| jeffrey_johnson@vanguard.com | jegodtka@de.ibm.com |
| jeffrey_kaufman@putnam.com | jeh27@cornell.edu |
| jeffrey_kuzbel@freddiemac.com | jehadtashkandi@sabb.com |
| jeffrey_ladestro@ssga.com | jehanne.dewalque@dexia-am.com |
| jeffrey_law@freddiemac.com | jehling.jr@mellon.com |
| jeffrey_martin@glic.com | jehyeongyu@hanabank.com |
| jeffrey_megar@ssga.com | jeisenberger@loews.com |
| jeffrey_morrissey@ssga.com | jeisenstadt@dreyfus.com |
| jeffrey_morse@nylim.com | jeisenstodt@perrycap.com |
| jeffrey_mulder@deltalloyd.nl | jek1@ntrs.com |
| jeffrey_nelson@putnam.com | jekim@wellington.com |
| jeffrey_nichols@putnam.com | jekstrom@alfacapital.ru |
| jeffrey_p_hatton@bankone.com | jelena.melesenko@ers.state.tx.us |
| jeffrey_plante@putnam.com | jelena.schmidt@deka.de |
| jeffrey_r_buyak@fleet.com | jelena_petrovic@invesco.com |
| jeffrey_santerre@putnam.com | jelkayam@evergreeninvestments.com |
| jeffrey_saunders@putnam.com | jelle.beenen@pggm.nl |
| jeffrey_shue@freddiemac.com | jellegard@pjc.com |
| jeffrey_stought@putnam.com | jellermeyer@metlife.com |
| jeffrey_taylor@hen.invesco.com | jelles.vanas@pfhoogovens.nl |
| jeffrey_turkanis@putnam.com | jellington@bbandt.com |
| jeffrey_wheeler@fanniemae.com | jelliott@halliburtonir.com |
| jeffrey_yellin@vanguard.com | jellis@westernasset.com |
| jeffreyc@mcm.com | jelmar.everwijn@meespierson.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jelrod@vestarcap.com | jennie.nilsson@alliancebernstein.com |
| jeluck@ibtco.com | jennie.phelon@alliancebernstein.com |
| jem.f.tien@jpmorgan.com | jennie_nilsson@blackrock.com |
| jem@kommunekredit.dk | jenniewang@dbs.com |
| jem@paradigmasset.com | jennieyang@aegon-cnooc.com |
| jemandujar@gruposantander.com | jennifer.a.kiefaber@us.hsbc.com |
| jemery@tiaa-cref.org | jennifer.ahearn@tudor.com |
| jemma.cho@dartmouth.edu | jennifer.ahn@fhlbboston.com |
| jemma.malster@commerzbankib.com | jennifer.anderson@gmacrfc.com |
| jemoore@aegonusa.com | jennifer.anderson@westernasset.com |
| jemullane@the-ark.com | jennifer.avara@columbiamanagement.com |
| jen.oconnor@advantuscapital.com | jennifer.avery@inginvestment.com |
| jen.piettsch@db.com | jennifer.b.press@jpmorgan.com |
| jen.robertson@transamerica.com | jennifer.band@ubs.com |
| jenair@lehman.com | jennifer.barker@barclaysglobal.com |
| jencinger@berkeleyvc.com | jennifer.bialobrzeski@sunlife.com |
| jenckes@atlanticinvestment.net | jennifer.blachford@roundtableimc.com |
| jendrockthomas@hotmail.com | jennifer.breese@wellfargo.com |
| jenell.witkowski@morganstanley.com | jennifer.bridwell@pimco.com |
| jenelle.dito@barclaysglobal.com | jennifer.brown3@aig.com |
| jeng_chou@ssga.com | jennifer.burque@sunlife.com |
| jengel@westpac.com.au | jennifer.bustard@fmr.com |
| jenglund@bostonprivatebank.com | jennifer.byron@fandc.com |
| jenh@moorecap.com | jennifer.cavalieri@fmr.com |
| jeni.beet@db.com | jennifer.cawley@lgim.co.uk |
| jenifer.k.garvey@jpmorgan.com | jennifer.chaney@janus.com |
| jeniffer.k.lee@jpmorgan.com | jennifer.chao@email.chinatrust.com.tw |
| jenine.langrish@hsbc.com | jennifer.chin@csfb.com |
| jenkinsonje@aetna.com | jennifer.chirrey@resolutionasset.com |
| jenla@danskecapital.com | jennifer.comparato@ubs.com |
| jen-lun.yuan@fmr.com | jennifer.connolly@truscocapital.com |
| jenna.lee@alliancebernstein.com | jennifer.constine@truscocapital.com |
| jenna.mylne@glgpartners.com | jennifer.craig@harrisbank.com |
| jenna.simon@ubs.com | jennifer.crane@westernasset.com |
| jenna_beazley@commerzbank.com | jennifer.crimmins@pncbank.com |
| jenna_giannelli@ssga.com | jennifer.defiebre@advantuscapital.com |
| jennap@scm-lp.com | jennifer.dinapoli@pimco.com |
| jennelyn.tanchua@ubs.com | jennifer.donnellan@ibtco.com |
| jennette.ducloo@pncadvisors.com | jennifer.douglas@swipartnership.co.uk |
| jenney.zhang@gartmore.com | jennifer.driscoll@blackrock.com |
| jenni.bines@uk.fid-intl.com | jennifer.failla@highbridge.com |
| jenni.hunter@db.com | jennifer.farrelly@fmr.com |
| jennie.edlin@alexanderkey.com | jennifer.fierstein@corporate.ge.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jennifer.fiorella@rocklandtrust.com | jennifer.mcauliffe@fidelity.com |
| jennifer.flavin@raymondjames.com | jennifer.milacci@morganstanley.com |
| jennifer.fleming@uk.bnpparibas.com | jennifer.miller@ubs.com |
| jennifer.gafvels@nordea.com | jennifer.moore@lgim.co.uk |
| jennifer.gao@fhlb.com | jennifer.morris@ibtco.com |
| jennifer.gaulrapp@db.com | jennifer.murphy@hartfordlife.com |
| jennifer.giammarino@morganstanley.com | jennifer.ni@blackrock.com |
| jennifer.gillespie@swipartnership.co.uk | jennifer.nixon@associatedbank.com |
| jennifer.grabowski@citadelgroup.com | jennifer.oldham@cidatelgroup.com |
| jennifer.graff@ceredexvalue.com | jennifer.oliva@pimco.com |
| jennifer.greenslade@bankofengland.co.uk | jennifer.o'shea@ge.com |
| jennifer.gubbins@uk.fid-intl.com | jennifer.paulson@citadelgroup.com |
| jennifer.gurr@barclaysglobal.com | jennifer.peda@prudential.com |
| jennifer.haidu@ppmamerica.com | jennifer.perez@bgf.gobierno.pr |
| jennifer.haidu@ubs.com | jennifer.peters@db.com |
| jennifer.hamel@fmr.com | jennifer.phillippe@db.com |
| jennifer.hammarlund@nationalcity.com | jennifer.pomerantz@hcmny.com |
| jennifer.hardeman@sscims.com | jennifer.prentiss@morganstanley.com |
| jennifer.haskins@fhlb-pgh.com | jennifer.prince@pimco.com |
| jennifer.helle@bankofamerica.com | jennifer.pryor@morganstanley.com |
| jennifer.hole@barclaysglobal.com | jennifer.quisenberry@grneam.com |
| jennifer.hong@citadelgroup.com | jennifer.r.beighley@fhlb-pgh.com |
| jennifer.hsieh@pimco.com | jennifer.ray@citi.com |
| jennifer.hsui@barclaysglobal.com | jennifer.richards@bmo.com |
| jennifer.huang@credit-suisse.com | jennifer.rogers@schwab.com |
| jennifer.hynes@moorecap.com | jennifer.rossi@prudential.com |
| jennifer.ibrahim@blackrock.com | jennifer.rowe@erstebank.at |
| jennifer.jacob@tcw.com | jennifer.saper@americas.bnpparibas.com |
| jennifer.jolly@gcm.com | jennifer.smith@uk.fid-intl.com |
| jennifer.jue@disney.com | jennifer.solin@morganstanley.com |
| jennifer.katona@genworth.com | jennifer.sposato@pncadvisors.com |
| jennifer.kozak@insightinvestment.com | jennifer.stewart@silvantcapital.com |
| jennifer.kwai@barclaysglobal.com | jennifer.stock@wamu.net |
| jennifer.l.ferguson@csam.com | jennifer.stone@cubist.com |
| jennifer.labrecque@fmr.com | jennifer.sung@novartis.com |
| jennifer.lawn@axacs.com | jennifer.swanson@alliancebernstein.com |
| jennifer.liang@morganstanley.com | jennifer.tabak@jpmorgan.com |
| jennifer.lippincott@mortgagefamily.com | jennifer.trowbridge@53.com |
| jennifer.liu@janus.com | jennifer.turner@osterweis.com |
| jennifer.lukas@columbiamanagement.com | jennifer.uhrig@fmr.com |
| jennifer.m.o'loughlin@aibbny.ie | jennifer.voitle@lazard.com |
| jennifer.martin@fmr.com | jennifer.vraney@wellsfargo.com |
| jennifer.matheny@ge.com | jennifer.wacker@columbiamanagement.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jennifer.wells@gartmore.com | jenniferk@mcm.com |
| jennifer.wisinski@funb.com | jennifermclennan@richemont.com |
| jennifer.wolfert@national-city.com | jenniferr@woodstockcorp.com |
| jennifer.worthington@sscims.com | jennifr.pape@ubs-oconnor.com |
| jennifer.wright@rbccm.com | jennine.sogluizzo@bnlmail.com |
| jennifer.yang@pimco.com | jenny.bright@barclaysglobal.com |
| jennifer.youde@gs.com | jenny.brindell@ftnfinancial.com |
| jennifer.yung@mizuho-cb.com | jenny.campuzano@aamcompany.com |
| jennifer.zlimen@thrivent.com | jenny.chang@fmr.com |
| jennifer.zlotorzynski@pnc.com | jenny.chang@sumitomotrust.co.jp |
| jennifer@bll.co.il | jenny.chung@barcap.com |
| jennifer_anastasia@americancentury.com | jenny.j.pace@si.shell.com |
| jennifer_bloomfield@scudder.com | jenny.jiang@huntington.com |
| jennifer_bryne@ustrust.com | jenny.keeling@axa-im.com |
| jennifer_c_chung@fleet.com | jenny.ljunghammar@threadneedle.co.uk |
| jennifer_charlebois@ustrust.com | jenny.malmstrom@swedbank.se |
| jennifer_clayton@ml.com | jenny.murkes@barclaysglobal.com |
| jennifer_dowty@mfcinvestments.com | jenny.norris@alliancebernstein.com |
| jennifer_gouslin@nacm.com | jenny.r.waychoff@db.com |
| jennifer_harsey@putnam.com | jenny.ramstedt@seb.se |
| jennifer_hebert@putnam.com | jenny.rudd@finsbury.com |
| jennifer_hinman@capgroup.com | jenny.scott@bbc.co.uk |
| jennifer_kossuth@putnam.com | jenny.solis@alliancebernstein.com |
| jennifer_kwon@vanguard.com | jenny.thompson@inginvestment.com |
| jennifer_louison@troweprice.com | jenny.tung@aig.com |
| jennifer_m_anderson@bankone.com | jenny.vasconez@citigroup.com |
| jennifer_m_seay@notes.ntrs.com | jenny.zachrisson@foreningssparbanken.se |
| jennifer_martin@troweprice.com | jenny@ipgsd.com |
| jennifer_mevans@fleet.com | jenny@keb.co.kr |
| jennifer_morrissey@invesco.com | jenny_allan@swissre.com |
| jennifer_mui@acml.com | jenny_gullen@ldn.invesco.com |
| jennifer_plaza@ssga.com | jenny_slater@swissre.com |
| jennifer_sheppard@invesco.com | jenny_tham@scotiacapital.com |
| jennifer_sjostedt@ssga.com | jenny_wilson@ml.com |
| jennifer_sloan@aimfunds.com | jenny_wong@acml.com |
| jennifer_tabak@bankone.com | jenny_wong@putnam.com |
| jennifer_tarozzi@westlb.com | jennylee@hanabank.com |
| jennifer_tricot@ml.com | jennyliu@hncb.com.tw |
| jennifer_vanetten@invesco.com | jennyphoon@gic.com.sg |
| jennifer_waden@putnam.com | jennyszeto@daiwa-am.com.hk |
| jennifera.johnson@53.com | jens.a.werner@zurich.ch |
| jenniferb@constitutioncorp.org | jens.annerczok@ubs.com |
| jenniferc@woodstockcorp.com | jens.barnevik@amfpension.se |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

jens.berkenhagen@union-investment.de

jens.bernhardt@dit.de

jens.birkmann@caam.com

jens.deidersen@dit.de

jens.dierksen@nordlb.de

jens.doering@helaba.de

jens.ebert@commerzbankib.com

jens.ebinger@dekabank.de

jens.erler@credit-suisse.com

jens.finkbeiner@ubs.com

jens.gerbers@hsh-nordbank.com

jens.glomb@hsh-nordbank.com

jens.gottsman@devif.de

jens.gronemann@helaba.de

jens.haberkost@hsh-nordbank.com

jens.hammann@siemens.com

jens.hansen@union-investment.de

jens.hellerup@nib.int

jens.hennesser@bayernlb.de

jens.hoffmann@bankgesellschaft.de

jens.hogh@nordea.lu

jens.isaksson@swedbank.com

jens.jirvell@electrolux.se

jens.kaessner@postbank.de

jens.kersting@ikb.de

jens.kirchof@commerzbank.com

jens.kirsten@nordlb.de

jens.klein@ruv.de

jens.kramarczik@seb.de

jens.kummer@cominvest-am.com

jens.leerssen@columbiamanagement.com

jens.lieser@hsh-nordbank.com

jens.lindhout@dws.de

jens.lund@nordea.com

jens.meyer@dghyp.de

jens.moos@danskecapital.com

jens.mumme@hamburglb.co.uk

jens.nystedt@glgpartners.com

jens.punstein@ksk-koeln.de

jens.raiser@trinkaus.de

jens.rasmussen@nordea.com

jens.remmers@essenhyp.com

jens.rowohlt@oppenheim.de

jens.rygaard@nordea.com

jens.schott@hauck-aufhaeuser.de

jens.schulte@siemens.com

jens.sefland@abgsc.no

jens.stuehmeier@commerzbank.com

jens.ulbrich@bundesbank.de

jens.weissmann@lbb.de

jens.wetter@feri.de

jens.wildermuth@wwasset.de

jens.wissel@hauck-aufhaeuser.de

jens.wittrin@sfs.siemens.com

jens_langewand@fra.invesco.com

jens_linder@dgbank.de

jensen@bwater.com

jensena@aeltus.com

jens-friedrich.schneider@deka.de

jens-georg.nawrath@commerzbank.com

jenshen@microsoft.com

jens-holger.schott@frankfurt-trust.de

jens-kristian.hoenen@westlb.com

jenslin@caxton.com

jens-peter.stein@moorecap.co.uk

jens-peter.vosseler@nordlb.de

jens-petter.olsen@kap.norges-bank.no

jens-uwe.lutzhoeft@hsh-nordbank.de

jens-uwe.wachter@dekabank.de

jeongeun@hanabank.com

jeong-ho.hwang@samsung.com

jeonghochoi@wooribank.com

jeongweon.han@nasf-ca.com

jeongwonchoi@hanabank.com

jepete@danskebank.dk

jeplett@metlife.com

jepp@bloomberg.net

jeppe.jensen@maersk-contractors.com

jer@capgroup.com

jerb@aegonusa.com

jere.mcguffee@morgankeegan.com

jerel@apothcap.com

jeremi.dehainaut@pncbank.com

jeremiah.buckley@janus.com

jeremie.honvault@uk.bnpparibas.com

jeremie.pessayre@sinopia.fr

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jeremy.anderson@thrivent.com | jeremy.mercer@aberdeen-asset.com |
| jeremy.aston@trs.state.tx.us | jeremy.moss@bnymellon.com |
| jeremy.baker.2@credit-suisse.com | jeremy.podger@threadneedle.co.uk |
| jeremy.baldwin@aig.com | jeremy.pozen@fmr.com |
| jeremy.blair@firstmidwest.com | jeremy.r.goebel@wellsfargo.com |
| jeremy.bliss@illinois.gov | jeremy.raccio@ubs.com |
| jeremy.brown@dnb.no | jeremy.richards@ppm-uk.com |
| jeremy.browne@au.pimco.com | jeremy.roman@pncadvisors.com |
| jeremy.burns@ubs.com | jeremy.rosen@americas.bnpparibas.com |
| jeremy.burton@aig.com | jeremy.s.kelton@jpmorgan.com |
| jeremy.church@uk.fid-intl.com | jeremy.scacco@53.com |
| jeremy.conlin@state.tn.us | jeremy.schweppe@inginvestment.com |
| jeremy.cote@fmglobal.com | jeremy.sitruk@citadelgroup.com |
| jeremy.cox@ing.com.au | jeremy.soutter@morleyfm.com |
| jeremy.d.preddy@bankofamerica.com | jeremy.spain@bpm.it |
| jeremy.darroch@dixons.co.uk | jeremy.spillers@everbank.com |
| jeremy.dent@ge.com | jeremy.sterngold@alliancebernstein.com |
| jeremy.dunford@raymondjames.com | jeremy.stokes@wellsfargo.com |
| jeremy.fand@tudor.com | jeremy.stuby@lodh.com |
| jeremy.gagnon@uk.fid-intl.com | jeremy.sussman@mercantile.com |
| jeremy.ghose@mhcb.co.uk | jeremy.taylor@lazard.com |
| jeremy.gibbs@socgen.co.uk | jeremy.tisdall@uk.abnamro.com |
| jeremy.gleeson@axaframlington.com | jeremy.turner@lloydsbank.ch |
| jeremy.gutbrod@ambgf.de | jeremy.vessels@capassurance.com |
| jeremy.hamblin@morganstanley.com | jeremy.wells@gartmore.com |
| jeremy.heer@ubs.com | jeremy.wells@jpmorgan.com |
| jeremy.helme@britannia.co.uk | jeremy.whitley@aberdeen-asset.com |
| jeremy.henrich@nationalcity.com | jeremy.willaume@fortis.lu |
| jeremy.hill@fmr.com | jeremy.wilson@barclays.co.uk |
| jeremy.hughes@db.com | jeremy.wong@scotiabank.com |
| jeremy.humphreys-davies@bnpparibas.com | jeremy.wood@nationwide.co.uk |
| jeremy.humphries@pioneerinvestments.com | jeremy.zirin@ubs.com |
| jeremy.hyatt@alliancebernstein.com | jeremy_alford@acml.com |
| jeremy.ip@jpmorganfleming.com | jeremy_cunningham@blackrock.com |
| jeremy.j.field@credit-suisse.com | jeremy_ellis@troweprice.com |
| jeremy.javidi@columbiamanagement.com | jeremy_hodges@gb.smbcgroup.com |
| jeremy.klein@jpmorganfleming.com | jeremy_keller@conseco.com |
| jeremy.klein@winterthur.ch | jeremy_llewelyn@cargill.com |
| jeremy.lew@janus.com | jeremy_mathias@vanguard.com |
| jeremy.loewendahl@rbccm.com | jeremy_stjean@ustrust.com |
| jeremy.may@tcw.com | jeremy_stuber@newton.co.uk |
| jeremy.mayes@ubs-oconnor.com | jeremychan@gic.com.sg |
| jeremy.medland@blackrock.com | jeremyhartman@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jeremyknezek@synovus.com | jerome.broustra@axa-im.com |
| jeremykoh@dbs.com | jerome.buret@axa-im.com |
| jeremykok@dbs.com | jerome.cavard@oppenheim.ch |
| jeremym@scm-lp.com | jerome.cazaux@sgam.com |
| jeremyuk.payne@jpmorgan.com | jerome.chanton@lodh.com |
| jeremywong@dbs.com | jerome.cohen-scali@hsbcgroup.com |
| jerf@uk.danskebank.com | jerome.daviron@francetelecom.fr |
| jerickson@ftportfolios.com | jerome.dg@tbcam.com |
| jerimy_horner@conseco.com | jerome.egan@tcw.com |
| jerk.matero@ap3.se | jerome.fourtanier@bgpi.com |
| jermaine.pierre@barclaysglobal.com | jerome.gaidet@axa-im.com |
| jermey.baldwin@aig.com | jerome.galiotto@hsbcpb.com |
| jeroen.a.heemskerk@ingim.com | jerome.garnache@creditfoncier.fr |
| jeroen.bos@ingim.com | jerome.grenie@labanquepostale-am.fr |
| jeroen.brand@ingim.com | jerome.guiot-dorel@bred.fr |
| jeroen.gailly@fortisinvestments.com | jerome.gunther@caam.com |
| jeroen.gierveld@fortisinvestments.com | jerome.hemard@lodh.com |
| jeroen.harderwijk@nl.abnamro.com | jerome.henry@ecb.int |
| jeroen.hendrickx@ing.be | jerome.karkulowski@credit-agricole-sa.fr |
| jeroen.hoogveld@ingim.com | jerome.lejamtel@us.calyon.com |
| jeroen.k.huysinga@jpmorgan.com | jerome.lemue@bnpparibas.com |
| jeroen.knol@fortisinvestments.com | jerome.muldowney@aig.com |
| jeroen.mostert@klm.nl | jerome.olivier@bred.fr |
| jeroen.rodigas@ingim.com | jerome.philpott@wellsfargo.com |
| jeroen.rutte@pggm.nl | jerome.raffaldini@ubs.com |
| jeroen.van.rooij@ingim.com | jerome.reed@gs.com |
| jeroen.van.zoelen@ingim.com | jerome.roulin@ingim.com |
| jeroen.verstraete@fortisinvestments.com | jerome.schneider@pimco.com |
| jeroen.visser@us.fortis.com | jerome.spichiger@synchrony.ch |
| jeroen.wiercx@ingim.com | jerome.strecker@lodh.com |
| jeroen.wilbrink@fandc.com | jerome.taravella@bnpparibas.com |
| jeroen.zevering@ingbank.com | jerome.tavernier@banque-bpsd.fr |
| jeroen_van.hessen@nibcapital.c | jerome.vierling@axa-im.com |
| jerold_anderson@nacm.com | jerome.w.aboucaya@jpmorgan.com |
| jerome.allouche@sinopia.fr | jerome_clark@troweprice.com |
| jerome.antonini@ca-assetmanagement.fr | jerome_haegeli@swissre.com |
| jerome.attali@uk.ca-indosuez.com | jerome_lienhard@freddiemac.com |
| jerome.baillaud@lodh.com | jeromebaier@northwesternmutual.com |
| jerome.barkate@caam.com | jerometeo@bloomberg.net |
| jerome.benathan@swisscanto.ch | jeronimo.bremer@gs.com |
| jerome.berton@lodh.com | jerri.kallam@funb.com |
| jerome.bire@ge.com | jerry.albright@trs.state.tx.us |
| jerome.booth@ashmoregroup.com | jerry.alston@wachovia.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jerry.altilio@conagrafoods.com | jerven@oppenheimerfunds.com |
| jerry.anderson@brummer.se | jervis.smith@citi.com |
| jerry.bayer@thrivent.com | jeryne_a_peterson@mail.bankone.com |
| jerry.brewin@morleyfm.com | jeryun.lee@samsung.com |
| jerry.burton@wachovia.com | jes.staley@jpmorgan.com |
| jerry.burzynski@kodak.com | jesbezanilla@gruposantander.com |
| jerry.campbell@gartmore.com | jescribano@grupobbva.com |
| jerry.chafkin@schwab.com | jesimkin@wellington.com |
| jerry.chao@aiminvestments.com | jeslynlee@gic.com.sg |
| jerry.connor@bmo.com | jeslynng@mas.gov.sg |
| jerry.cubbin@bbh.com | jesp@danskebank.dk |
| jerry.dupont@avmltd.com | jesper.akerlind@fip.se |
| jerry.f.kircher@lmco.com | jesper.bo@catella.dk |
| jerry.fowden@interbrew.com | jesper.christiansen@nordea.com |
| jerry.gowling@gamgb.com | jesper.gulstad@nordea.com |
| jerry.guo@dartmouth.edu | jesper.hansen@danskebank.dk |
| jerry.hartzog@comcast.net | jesper.hofde@nordea.com |
| jerry.hsieh@bankofbermuda.com | jesper.karlsen@nordea.com |
| jerry.igou@ge.com | jesper.klitgaard.frederiksen@jyskebank.dk |
| jerry.jin@gecapital.com | jesper.madsen@barclaysglobal.com |
| jerry.keefe@wachovia.com | jesper.norgaard@nordea.com |
| jerry.keen@email.publix.com | jesper.sandin@ap1.se |
| jerry.lee@rbccm.com | jesper.termansen@nordea.com |
| jerry.liu@lazard.com | jesper.wormstrup@bis.org |
| jerry.lyphout@modern-woodmen.org | jesperaway@yahoo.com |
| jerry.mccarron@aig.com | jesperchristensen@nordea.com |
| jerry.millendorf@barclaysglobal.com | jespinosa@tiaa-cref.org |
| jerry.pawloski@stephens.com | jespinoza@wellington.com |
| jerry.son@hanabank.com | jesposito@loomissayles.com |
| jerry.steiinger@dws.de | jesquibel@barbnet.com |
| jerry.stock@barclays.co.uk | jess.nuttridge@barclaysglobal.com |
| jerry.toner@investecmail.com | jess@bloomberg.net |
| jerry.williams@barcap.com | jess@capgroup.com |
| jerry_funk@merck.com | jessamyn.larrabee@fmr.com |
| jerry_gleason@america.hypovereinsbank.com | jesschen@nb.com |
| jerry_graber@calpers.ca.gov | jesse.abraham@wellsfargo.com |
| jerry_hsin@cathaylife.com.tw | jesse.chang@sscims.com |
| jerry_knowles@providentcompanies.com | jesse.collmann@inginvestment.com |
| jerry_koljenovic@tigerfund.com | jesse.cox@barclaysglobal.com |
| jerry_long@westlb.co.uk | jesse.garza@ctxmort.com |
| jerry_scheel@aal.org | jesse.greene@kodak.com |
| jerrykoh@mas.gov.sg | jesse.haifley@swib.state.wi.us |
| jers@gwl.com | jesse.horsfall@4086.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jesse.laflamme@ibtco.com | jessica_fedderly@vanguard.com |
| jesse.liu@bernstein.com | jessica_feldman@putnam.com |
| jesse.mcdougall@barcap.com | jessica_m_mendez@vanguard.com |
| jesse.mcdougall@barclayscapital.com | jessica_mcmullin@ustrust.com |
| jesse.nolan@ibtco.com | jessica_scoon@putnam.com |
| jesse.phillips@ucop.edu | jessica_snow@freddiemac.com |
| jesse.picunko@state.tn.us | jessica_wirth@putnam.com |
| jesse.pricer@pimco.com | jessica_wk_szeto@hkma.gov.hk |
| jesse.sable@natixis.us | jessicalin@ftsfund.com |
| jesse.torres@bnlmail.com | jessicalin@tcbank.com.tw |
| jesse_fisher@nylim.com | jessie.pang@sgp.dupont.com |
| jesse_singh@americancentury.com | jessie.puchon@genworth.com |
| jessica.alberti@moorecap.com | jessie.pui@hk.fortis.com |
| jessica.andrews@insightinvestment.com | jessie.robinson@westernasset.com |
| jessica.badillo@jpmorganfleming.com | jessie.su@corporate.ge.com |
| jessica.burriss@morganstanley.com | jessie.wedel@lacrosseglobal.com |
| jessica.chien@ap.nxbp.com | jessie@ctnbank.com.tw |
| jessica.curran@morganstanley.com | jessiechia@gic.com.sg |
| jessica.david@tudor.com | jessiem@bloomberg.net |
| jessica.davis@fmr.com | jessiewong@gic.com.sg |
| jessica.frattura@pioneerinvest.com | jessyyang@hsbc.com.hk |
| jessica.fu@pacificlife.com | jestella@mfs.com |
| jessica.gillmor@tcw.com | jestes@hbk.com |
| jessica.guignard@bcv.ch | jestrada@morganstanley.es |
| jessica.ho@soros.com | jesus.aparicio@interdin.com |
| jessica.jasko@williamblair.com | jesus.apariciojerez@juliusbaer.com |
| jessica.khamsyvoravong@gs.com | jesus.asenjo@batlantico.es |
| jessica.klein@lazard.com | jesus.madrigal@ibtco.com |
| jessica.lawrence@baring-asset.com | jesus.reyes@grupobbva.com |
| jessica.lee@alliancebernstein.com | jesus_arguelles@calpers.ca.gov |
| jessica.madura@ge.com | jesy.boales.nonemployee@pnc.com |
| jessica.matheron@axa-im.com | jet@mn-services.nl |
| jessica.mitchell@pioneerinvest.com | jeti@nykredit.dk |
| jessica.moore@glgpartners.com | jetkang@bok.or.kr |
| jessica.morillon@andbanc.com | jetrust@leggmason.com |
| jessica.robinson@bbg.co.uk | jett@capgroup.com |
| jessica.rutledge@lazard.com | jette.holm.jensen@dexia-bil.com |
| jessica.schultz@morganstanley.com | jeung.hyun@morganstanley.com |
| jessica.upchurch@wellington.com | jevans@mdsass.com |
| jessica.younes@dexia-am.com | jeverhart@rwbaird.com |
| jessica.yuan@schwab.com | jevers@munder.com |
| jessica_cheung@standardlife.com | jeverson@fhlbatl.com |
| jessica_edwards@nylim.com | jevin.fan@tw.standardchartered.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jew2@ntrs.com | jfelderman@aegonusa.com |
| jew24@cornell.edu | jfeldstein@lordabbot.com |
| jewald@westernasset.com | jfenn@dummy.com |
| jewhitehead@aegonusa.com | jfergus@aegonusa.com |
| jewing@loomissayles.com | jferguson@chicagoequity.com |
| jewong@bloomberg.net | jferguson@firststate.co.uk |
| jexposit@notes.banesto.es | jferguson@ucm.utendahl.com |
| jey@capgroup.com | jferna07@cajamadrid.es |
| jeyb@capgroup.com | jfernandez@tiaa-cref.org |
| jez.bezant@morleyfm.com | jfernanj@cajamadrid.es |
| jezell@bbandtcm.com | jferrario@thamesriver.co.uk |
| jf.thevoz@iam.ch | jferrell@hcmlp.com |
| jf@continuumgrp.com | jferrier@metlife.com |
| jfadams@newalliancebank.com | jferriero@bloomberg.net |
| jfahey@wilmingtontrust.com | jferro@pilgrimfunds.com |
| jfahrenbruch@barrowhanley.com | jfetterman@canyonpartners.com |
| jfairchild@denveria.com | jfevola@dlj.com |
| jfairweather@martincurrie.com | jfgreen@travelers.com |
| jfakhry@farcap.com | jfh@turnerinvestments.com |
| jfallon@mfs.com | jfhealy@leggmason.com |
| jfallon@tiaa-cref.org | jfhedgefund@aol.com |
| jfarago@lehman.com | jfhowell@bloomberg.net |
| jfarley@smithbreeden.com | jfidacaro@lordabbett.com |
| jfarr@bankofny.com | jfiducia@fnbl.com |
| jfarrace@harchcapital.com | jfield@bankofthewest.com |
| jfarrar@ncmcapital.com | jfields@azoa.com |
| jfarrell@cumb.com | jfields@babsoncapital.com |
| jfarrell@eur.ko.com | jfields@wisi.com |
| jfauconnier@groupama-am.fr | jfigurel@bfm.com |
| jfausto@congressasset.com | jfina@bloomberg.net |
| jfaverill@wellington.com | jfinkler1@bloomberg.net |
| jfay@erstebank.com | jfinnegan@chubb.com |
| jfbergeron@lacaisse.com | jfisher@halcyonllc.com |
| jfcahill@wellington.com | jfitzgerald@mfs.com |
| jfcarter@rgbk.com | jfitzpat@allstate.com |
| jfclement@unigestion.com | jfitzpatri11@bloomberg.net |
| jfcleren@ccrgestion.fr | jfitzsimmons@sisucapital.com |
| jfeaster@bloomberg.net | jfj@capitalworld.com |
| jfeccko@waterfield.com | jfj@danskebank.dk |
| jfeeley2@bloomberg.net | jfjammes@caixabank.ad |
| jfeeney@us.mufg.jp | jfjohnson@russell.com |
| jfei@franklintempleton.ca | jfkelkel@wellington.com |
| jfeinberg@panagora.com | jfkw@thamesriver.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

jflaherty@essexinvest.com
jflaherty@mfs.com
jflaherty@statestreet.com
jfletche@uss.co.uk
jflick@westernasset.com
jflomenhaft@ag-am.com
jflopez@bankinter.es
jflowy@ahorrocorporacion.es
jflynn@art-allianz.com
jflynn@firstbrands.com
jfm@baupost.com
jfmackin@gkst.com
jfmarvan@wellington.com
j-f-mcdonald@statestreet.com
jfn@bankinvest.dk
jfollosco@bankofny.com
jfoltz@bbandt.com
jfong@income.com.sg
jfoote@bankofny.com
jforbes@caxton.com
jforbes1@bloomberg.net
jford@barbnet.com
jforde@bloomberg.net
jforeman@bbandt.com
jforrest@fhlbi.com
jfortner@farcap.com
jfoste@ftci.com
jfoster@ftci.com
jfoster@ofiinstitutional.com
jfox@gwkinc.com
jfox@trmshedge.com
jfox@wellington.com
jfpaschoud@vonwiller.ch
jfpowell@unumprovident.com
jfr@capgroup.com
jfra@kempen.nl
jfraile@invercaixa.es
jfrancis@montag.com
jfrancis@worldbank.org
jfrank@apollocapital.com
jfrankel@bloomberg.net
jfranklin@investcorp.com
jfranz@citysecurities.com

jfraser@angelogordon.com
jfreeman@perrycap.com
jfrewald@statestreet.com
jfrey@aegonusa.com
jfrice@wellington.com
jfriedman@canyonpartners.com
jfrisch@dow.com
jfritchman@ofii.com
jfrost@chittenden.com
jfruin@denveria.com
jfuerstenberger@meag.com
j-fujimori@nochubank.or.jp
jfukuji@hei.com
jfuller@htlf.com
jfung@delinvest.com
jfurmato@nb.com
j-furukawa@nochubank.or.jp
jg.bae@samsung.com
jg@gruss.com
jg@jyskebank.dk
jg@pallmallpartners.com
jg18@ntrs.com
jgagen@fhlbatl.com
jgala@calsavings.com
jgalante@hcmlp.com
jgalindoh@bankinter.es
jgallag9@ford.com
jgallagher@delinvest.com
jgallastegui@bankoa.es
jgallic@babsoncapital.com
jgallop@bloomberg.net
jgallow@thamesriver.co.uk
jgalloway@smithbreeden.com
jgalowski@cedarbarn.com
jgana@nyc.nxbp.com
jgandolfo@worldbank.org
jganung@russell.com
jgapay@rzbfinance.com
jgarci40@cajamadrid.es
jgarcia@bcn.ahorro.com
jgarcia@invercaixa.es
jgarcia@lordabbett.com
jgarcia@mfs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jgarciaa@grupobbva.com | jgilmore6@bloomberg.net |
| jgarciac@ahorro.com | jgilsanu@cajamadrid.es |
| jgarciamu@bga.gbancaja.com | jgilsenan@websterbank.com |
| jgarciap@cajamadrid.es | jginsberg@loomissayles.com |
| jgarfield@fsa.com | jgiraldo@lordabbett.com |
| jgarita@notes.banesto.es | jgiro@bloomberg.net |
| jgarrett@bear.com | jgiroux@ssrm.com |
| jgarrido@invercaixa.es | jgivens@divinv.net |
| jgarrison@jhancock.com | jgj@nbim.no |
| jgartland@nb.com | jgj@wmblair.com |
| jgassman@rwbaird.com | jglacy@allstate.com |
| jgately@standishmellon.com | jgladieux@smithbreeden.com |
| jgaul@standishmellon.com | jgleason@wilmingtontrust.com |
| jgaunt@mfs.com | jgledhill@newstaram.com |
| jgay@whitneybank.com | jglee@opers.org |
| jgazzini@blenheiminv.com | jglen@ifc.org |
| jgb1@ntrs.com | jglionna@wellington.com |
| jgbong@hncbworld.com | jglossberg@gofen.com |
| jgbullion@wellington.com | jglover@ofii.com |
| jgcarter@wellington.com | jglover@ofiinstitutional.com |
| jgebhard@babsoncapital.com | jgmelch@metlife.com |
| jgeffen@valueline.com | jgo@ubp.ch |
| jgeissinger@bear.com | jgodley@halcyonllc.com |
| jgelb@lehman.com | jgoebeler@na.cokecce.com |
| jgent@bloomberg.net | jgoglia@bloomberg.net |
| jgentry@federatedinv.com | jgohara@leggmason.com |
| jgfitzgibbon@statestreet.com | jgolan@williamblair.com |
| jgh@nykredit.dk | jgoldber@lehman.com |
| jghammashi@corpone.org | jgoldner@hcmny.com |
| jgi@mn-services.nl | jgolter@fdic.gov |
| jgianetta@morval.ch | jgomberg@williamblair.com |
| jgiasi@metlife.com | jgomezd@assegurances.sanostra.es |
| jgibbons@bradfordmarzec.com | jgomezg@ceca.es |
| jgibson@erg.it | jgonzall@cajamadrid.es |
| jgibson@farcap.com | jgonzare@notes.banesto.es |
| jgibson@payden-rygel.com | jgood@rwbaird.com |
| jgibson@westernasset.com | jgood@wellington.com |
| jgilchrist@loomissayles.com | jgordin@tiaa-cref.org |
| jgilday@barrowhanley.com | jgordon@federatedinv.com |
| jgiles@foresters.biz | jgordon@rnt.com |
| jgillioz@leumi.ch | jgorsky@us.nomura.com |
| jgillis@nytimes.com | jgos1@allstate.com |
| jgilmartin@sanostra.es | jgotell@frk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jgould@ag-am.com | jh@ark.demon.co.uk |
| jgould@bloomberg.net | jh1120.kim@samsung.com |
| jgovender@bloomberg.net | jh149@ntrs.com |
| jgowens@ibtco.com | jh31@ntrs.com |
| jgpjr@bloomberg.net | jh432@cornell.edu |
| jgraf@rentec.com | jh5@ntrs.com |
| jgraf@springhousecapital.com | jh64@ntrs.com |
| jgramm@loews.com | jhaan@dow.com |
| jgrant@chotingroup.com | jhaboucha@rockco.com |
| jgrant@federatedinv.com | jhackstein@bloomberg.net |
| jgrant@groupama-am.fr | jhagan@fnni.com |
| jgraves@bear.com | jhagan@grneam.com |
| jgraves@rockco.com | jhaggerty@scottstringfellow.com |
| jgray@msfi.com | jhagood@montag.com |
| jgreco@jennison.com | jhahn@homeside.com |
| jgreen@hcmlp.com | jhakansson1@bloomberg.net |
| jgreenan@westernasset.co.uk | jhaleen@deerfieldcapital.com |
| jgreene@halcyonllc.com | jhall@soam.com |
| jgreenwald@alger-ny.com | jhalliday@tiberasset.com |
| jgreenwald@moneygram.com | jhamann@up.com |
| jgreer@fhlbc.com | jhamey@calstrs.com |
| jgreffin@allstate.com | jhamilto@aegonusa.com |
| jgregory@westernasset.co.uk | jhamilton@federatedinv.com |
| jgriffin@fhlbc.com | jhamilton@wescorp.org |
| jgriffin@fhlbi.com | jhan@bocusa.com |
| jgriffin@panagora.com | jhan@jhancock.com |
| jgroesbeek@ifc.org | jhan@tiaa-cref.org |
| jgrosse@bankofny.com | jhandley@evergreeninvestments.com |
| jgrott@bloomberg.net | jhanf@macm.com |
| jgrubben@insinger.com | jhanglee@kfb.co.kr |
| jgruet@eatonvance.com | jhanley@kbw.com |
| jgruvel@bloomberg.net | jhanna@nb.com |
| jgsong@hanabank.com | jhanrahan@jhancock.com |
| jgualy@eagleglobal.com | jhanuscin@royalbankpa.com |
| jguasch@invercaixa.es | jhardin@noonday.com |
| jguillory@soros.com | jhardt@utilicorp.com |
| jgulli@lordabbett.com | jharloe@barrowhanley.com |
| jgurski@babsoncapital.com | jharper2@templeton.com |
| jgutierrez@dsaco.com | jharr@smithbreeden.com |
| jgutierrez@tiaa-cref.org | jharrington@crtllc.com |
| jguyton@mfs.com | jharrington@tiaa-cref.org |
| jgwang@princeton.edu | jharris@aflac.com |
| jh.cheong@hanabank.com | jharris@federatedinv.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jharris@oppenheimerfunds.com | jheldman@nb.com |
| jharris@sterne-agee.com | jhelmers@tudor.com |
| jharrison@frk.com | jhempel@hcmny.com |
| jharrison@standishmellon.com | jhendrickson@fsa.com |
| jhart@troweprice.com | jhennegan@hcmlp.com |
| jharte@sandleroneill.com | jhennessy@abbey.com |
| jhartigan@fandc.co.uk | jhenry@russell.com |
| jhartman@firstmanhattan.com | jhenry@us.ca-indosuez.com |
| jhartviksen@westernasset.com | jherliby@worldbank.org |
| jhartwell@standishmellon.com | jherlihy@presidentiallife.com |
| jharubin@oppenheimerfunds.com | jhermance@hbk.com |
| jharvey@roycenet.com | jhernandezr@uef.es |
| jhatch@ftci.com | jhernanm@cajamadrid.es |
| jhattesrley.sypa@syorks-ja.gov.uk | jherndon@denveria.com |
| jhauser@troweprice.com | jhersch@canyonpartners.com |
| jhautant@groupama-am.fr | jhervy@ofivalmo.fr |
| jhaveri.sanjiv@nomura-asset.com | jhesselbein@eatonvance.com |
| jhavriluk@nb.com | jheun@hanabank.com |
| jhawillemsen@aegon.nl | jheyns@aegon.nl |
| jhawkins@essexinvest.com | jhgrossman@bloomberg.net |
| jhayes@fandc.co.uk | jhhill@delinvest.com |
| jhayes@senecacapital.com | jhhong11@hncbworld.com |
| jhayes@ustrust.com | jhhoogendoorn@gkst.com |
| jhayward@uss.co.uk | jhhuh@bok.or.kr |
| jhazarika@bloomberg.net | jhibbard@hbk.com |
| jhazen@sscinc.com | jhiggins@ofii.com |
| jhbahng@kfb.co.kr | jhiggins@tiaa-cref.org |
| jhc237@cornell.edu | jhiguera@ceca.es |
| jhchung@bok.or.kr | jhill@jennison.com |
| jhd@baupost.com | jhill@vcallc.com |
| jhd@dodgeandcox.com | jhill1@metlife.com |
| jhd@jdj.com | jhill4@aflac.com |
| jhe@metlife.com | jhilu@frk.com |
| jhealy@ifsam.com | jhinojot@cajamadrid.es |
| jhealy@leggmason.com | jhirsch@troweprice.com |
| jhealy@nb.com | jhirschmann@westernasset.com |
| jhealy@wmgf.net | jhirschtritt@dkpartners.com |
| jheary@metlife.com | jhirt@perrycap.com |
| jheath@watrust.com | jhjoo@bok.or.kr |
| jhecht@img-dsm.com | jhjung@kfb.co.kr |
| jheffernan2@bloomberg.net | jhkim@bok.or.kr |
| jhegarty@essexinvest.com | jhl46@cornell.edu |
| jheitkemper@bradfordmarzec.com | jhlee62@knbank.co.kr |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jhlynch@statestreet.com | jhplunkett@tbpadvisors.com |
| jhmatson@gkst.com | jhromco@lincap.com |
| jhmoehling@yahoo.com | jhs11@cornll.edu |
| jhmoore@ftb.com | jhschwartz@wellington.com |
| jhn@nykredit.dk | jhshakin@wellington.com |
| jhn24@cornell.edu | jhshin@delinvest.com |
| jhn6184@red.cam.es | jhsin@tiaa-cref.org |
| jho@bankofthewest.com | jht@bankinvest.dk |
| jhobbs@jennison.com | jht@jyskebank.dk |
| jhochhauser@metlife.com | jhu@gr.dk |
| jhodgman@metlife.com | jhubbard@loews.com |
| jhoerle@rnt.com | jhubbard@tea.state.tx.us |
| jhoff@federatedinv.com | jhuber@voyageur.net |
| jhoffman@blackrock.com | jhughes@allstate.com |
| jhoffman@cwhenderson.com | jhull@fdic.gov |
| jhoffman@russell.com | jhull@osc.state.ny.us |
| jhogan@panynj.gov | jhullar@wellsbrokerage.com |
| jholbrook@frk.com | jhunt@integrabank.com |
| jholihan@ustrust.com | jhunt@loomissayles.com |
| jholland@ers.state.tx.us | jhuntington@hcmlp.com |
| jholley@halcyonllc.com | jhuntzinger@bokf.com |
| jholley@us.nomura.com | jhusain@leggmason.com |
| jhollins@munder.com | jhussey@russell.com |
| jholloman@bokf.com | jhutchinson@fhlbc.com |
| jholmes@fftw.com | jhuther@bloomberg.net |
| jhom@opers.org | jhuvesh.sobrun@bis.org |
| jhon@unibank.lu | jhuynh@westernasset.com |
| jhonore@gr.dk | jhyang29@stanford.edu |
| jhony.oropeza@grupobbva.com | jhyde@europeancredit.com |
| jhopp@frk.com | jhyll@loomissayles.com |
| jhoppe@meag.com | jhynes@nylim.com |
| jhoran@lincap.com | ji.chung@db.com |
| jhorowitz@perrycap.com | ji.fei@icbcleasing.com |
| jhosa@standishmellon.com | ji.hua@deshaw.com |
| jhosler@ofii.com | ji@nbim.no |
| jhouse@smithgraham.com | jia.fu@db.com |
| jhow@fandc.co.uk | jian.m.yao@jpmorgan.com |
| jhowell@londonstockexchange.com | jian.yang@wamu.net |
| jhoyer@fmausa.com | jian.zhang@ubs.com |
| jhoyos@bankoa.es | jian_chen@fanniemae.com |
| jhoyosoc@notes.banesto.es | jian_lin@ml.com |
| jhpaek@kookminbank.com | jian_zhou@fanniemae.com |
| jhpark@hanabank.com | jiang@caxtonrvh.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jiangxu@research.ge.com
jianhua_yuan@fanniemae.com
jianlin.zhai@gmacrfc.com
jianlin_zhai@fanniemae.com
jianming.kou@barclaysglobal.com
jianting_hu@fanniemae.com
jianzhuang@adb.org
jianzhuang_cai@ssga.com
jia-yia.heng@gartmore.com
jiaying.huang@pimco.com
jiayu.li@ubs.com
jiazhi.chenseiler@vontobel.ch
jiazhimin@citicib.com.cn
jibell@tiaa-cref.org
jibraev@westernasset.com
jichun_wu@freddiemac.com
jidema@spfbeheer.nl
jie.gong@morganstanley.com
jie.wan@citigroup.com
jie.yang@wamu.net
jie.yao@gmam.com
jie_bai@freddiemac.com
jie_huang@putnam.com
jif@bloomberg.net
jigami@sumitomotrust.co.jp
jigar.x.jain@jpmorgan.com
jige@boh.com
jigisha.patel@db.com
jigruksh.trivedi@deshaw.com
jiha01@handelsbanken.se
jihoon2.park@hanabank.com
jihoonkim@wooribank.com
jihui.zhang@aig.com
jihwan.choi@barclaysglobal.com
jilee@hanabank.com
jiles@jhancock.com
jill.cassells@northernrock.co.uk
jill.cetina@do.treas.gov
jill.dodds@ubs.com
jill.enzmann@wachovia.com
jill.fine@ubs.com
jill.frankle@tdcapital.com
jill.giovanello@blackrock.com

jill.groshek@micorp.com
jill.hamilton@wachovia.com
jill.holton@morganstanley.com
jill.huggett@fmr.com
jill.jacobson@us.socgen.com
jill.kavanagh@ie.dexia.be
jill.ling@usbank.com
jill.maxwell@fmr.com
jill.mcgarvey@pimco.com
jill.monaghan@prudential.com
jill.ocleary@daiwasectab.ie
jill.pemberton@delta.com
jill.petersen@conocophillips.com
jill.reisner@db.com
jill.sanderson@citadelgroup.com
jill.suh@pimco.com
jill.thomas@ppmamerica.com
jill.walsh@morleyfm.com
jill.witkin@pnc.com
jill_hirsch@troweprice.com
jill_iannetta@acml.com
jill_k_leach@am.fcnbd.com
jill_mcknight@americancentury.com
jilla.thompson@53.com
jillgrueninger@northwesternmutual.com
jillian.amaral@pharma.novartis.com
jillian.sowole@morganstanley.com
jillmahon@bloomberg.net
jillosborne@quilter.co.uk
jilvento@bloomberg.net
jim.adkin@barclayscapital.com
jim.amorella@barclaysglobal.com
jim.angelo@thehartford.com
jim.arnold@usbank.com
jim.beck@wachovia.com
jim.berges@ers.state.tx.us.com
jim.bertles@bbh.com
jim.brownfieldjr@commercebank.com
jim.bryant@ibtco.com
jim.buckham@fmr.com
jim.burr@wachovia.com
jim.byrd@rbccm.com
jim.cadman@friendsprovident.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jim.campbell@flemings.com | jim.hamby@everbank.com |
| jim.chan@barclaysglobal.com | jim.hamil@lloyds.co.uk |
| jim.chartrand@53.com | jim.hayes@fhlbboston.com |
| jim.chassen@chase.com | jim.heizer@bbh.com |
| jim.chen@prudential.com | jim.hentges@aig.com |
| jim.chin@barclaysglobal.com | jim.hoeg@citadelgroup.com |
| jim.claire@columbiamanagement.com | jim.hwang@barclaysglobal.com |
| jim.coder@kochglobalcapital.com | jim.keagy@barclaysglobal.com |
| jim.coffman@inginvestment.com | jim.kean@barclays.co.uk |
| jim.coleman@nbs.co.uk | jim.keller@pimco.com |
| jim.colquitt@aiminvestments.com | jim.kellerk@ge.com |
| jim.connolly@thehartford.com | jim.kellerman@westam.com |
| jim.cox@ppmamerica.com | jim.kelsoe@morganasset.com |
| jim.coyne@mhcb.co.uk | jim.kieffer@artisanpartners.com |
| jim.craig@janus.com | jim.kinsman@pncbank.com |
| jim.davis@tigerfund.com | jim.kofron@truscocapital.com |
| jim.diskin@prudential.com | jim.kragenbring@advantuscapital.com |
| jim.dolan@wachovia.com | jim.krekeler@edwardjones.com |
| jim.dolce@prudential.com | jim.kurtz@aig.com |
| jim.dunlea@fmr.com | jim.lewis@barclaysglobal.com |
| jim.e.dabroi@wellsfargo.com | jim.liljedahl@ibtco.com |
| jim.e.furr@ncmi.com | jim.linford@swedbank.com |
| jim.e.michaels@bankofamerica.com | jim.lombardi@huntington.com |
| jim.elliott@ppmamerica.com | jim.longley@threadneedle.co.uk |
| jim.essert@inginvestment.com | jim.luke@truscocapital.com |
| jim.ferguson@aig.com | jim.m.murphy@prudential.com |
| jim.fox@ulsterbank.com | jim.mackey@deshaw.com |
| jim.francis@db.com | jim.mahnke@reliastar.com |
| jim.gannon@ge.com | jim.makhlouf@wachovia.com |
| jim.garrison@schwab.com | jim.mallory@ironoakadvisors.com |
| jim.gibboney@huntington.com | jim.malloy@impaccompanies.com |
| jim.gibbons@nationwide.co.uk | jim.malott@valero.com |
| jim.gibbons@ubs-oconnor.com | jim.maze@pncbank.com |
| jim.gilligan@vankampen.com | jim.mccaughan@csam.com |
| jim.gilliland@barclaysglobal.com | jim.mcdaniel@raymondjames.com |
| jim.glen@hcmny.com | jim.mcdonald@jpfinancial.com |
| jim.goff@janus.com | jim.mcdougall@wamu.net |
| jim.goudie@axa-im.com | jim.mcgrath@firstunion.com |
| jim.griffin@uboc.com | jim.mckeever@ubs.com |
| jim.grossman@thrivent.com | jim.mcnaught@hp.com |
| jim.h.chiang@hp.com | jim.mcsweeney@mortgagefamily.com |
| jim.haas@aigfpc.com | jim.millard@barclaysglobal.com |
| jim.halliday@bmonb.com | jim.miller@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jim.morris@trs.state.tx.us
jim.mullins.jywg@statefarm.com
jim.murphy@barcap.com
jim.myers@national-city.com
jim.nield@midfirst.com
jim.odell@morleyfm.com
jim.odoherty@scotiabank.ie
jim.o'grady@lazard.com
jim.osullivan@glgpartners.com
jim.ouzts@wachovia.com
jim.p.arigho@aib.ie
jim.p.o'neill@aibbny.ie
jim.pallotta@tudor.com
jim.pearson@standardlife.com
jim.phelan@tudor.com
jim.phillips@bbh.com
jim.pulaski@tudor.com
jim.r.schrader@smithbarney.com
jim.r.snow@jpmorganfleming.com
jim.ragusa@soros.com
jim.ramsay@robecoinvest.com
jim.rice@ubs.com
jim.rogers@inginvestment.com
jim.rolfs@ci.shreveport.la.us
jim.ross@peregrinecapital.com
jim.ryan@depfa.ie
jim.shanahan@fcbw.com
jim.sherman@avmltd.com
jim.sherwin@ers.state.tx.us
jim.sickling@raymondjames.com
jim.skufca@capmark.funb.com
jim.strickler@hanovercapital.com
jim.stride@axa-im.com
jim.toth@ftnmidwest.com
jim.tyler@bankofthewest.com
jim.valencia@bipiemmesgr.com
jim.vanek@ubs-oconnor.com
jim.vos@csam.com
jim.wang@barclaysglobal.com
jim.williams@tradestreetinv.com
jim.wolf@mackayshields.com
jim.wood-smith@barclays.co.uk
jim.young@ppmamerica.com

jim.zhao@opcap.com
jim@bartlettinvestors.com
jim@bpviinc.com
jim@dearden.com
jim@gries.com
jim@incomeresearch.com
jim@inveobwc.com
jim@ruanecunniff.com
jim@turner-invest.com
jim_anderson@sunlife.com
jim_brefeld@notes.ntrs.com
jim_conway@standardlife.com
jim_crandall@scotiacapital.com
jim_cull@standardlife.com
jim_d_mitchell@dlc.dqe.com
jim_doran@americancentury.com
jim_fayen@fujibank.co.jp
jim_feenick@freddiemac.com
jim_heisler@vanguard.com
jim_heyer@ml.com
jim_hopkins@ssga.com
jim_hudgins@ucbi.com
jim_keegan@ubs.com
jim_kennedy@acml.com
jim_kourkoulakos@calpers.ca.gov
jim_miller@gb.smbcgroup.com
jim_murphy@troweprice.com
jim_odonnell@nacm.com
jim_pendergast@acml.com
jim_reilly@acml.com
jim_schetakis@mfcinvestments.com
jim_schmidt@oldnational.com
jim_schwartz@ml.com
jim_siccardi@oxy.com
jim_snave@rhco.com
jim_st._john@putnam.com
jim_stowers@americancentury.com
jim_tzitzouris@troweprice.com
jim_wiess@putnam.com
jimbarry@angloirishbank.ie
jimbcm@iserve.net
jimbrown@chittenden.com
jimd@apollotrust.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jimdorwaldt@synovus.com | jimz@fhlbsea.com |
| jimgilmartin@bloomberg.net | jin.binliang@hotmail.com |
| jimgreek@bloomberg.net | jin.chen@db.com |
| jimh@capgroup.com | jin.kim@westernasset.com |
| jimhof@russell.com | jin.wong@resolutionasset.com |
| jimieram@wellscap.com | jin.wu@wamu.net |
| jiminpark@bok.or.kr | jin.yan@dartmouth.edu |
| jimkoulos@aol.com | jin_toppi@fleet.com |
| jiml@wasatchadvisors.com | jinal.sheth@ubs.com |
| jimlin@bloomberg.net | jinbo_shuhei@dn.smbc.co.jp |
| jimliu@ms1.hncb.com.tw | jindaln@nationwide.com |
| jimm@capelcuresharp.co.uk | jineshchandarana@gic.com.sg |
| jimm@fhlbsea.com | jing.ning@aig.com |
| jimm@ibbfla.com | jing.sun@inginvestment.com |
| jimmcr@tmgchicago.com | jing.yang@pimco.com |
| jimmeil@eaton.com | jing.zhou@blackrock.com |
| jimmie.wilson@wachovia.com | jing.zhou@westernasset.com |
| jimmie_irby@bankone.com | jing.zhujrsc@icbc.com.cn |
| jimmy.ch.wang@email.chinatrust.com.tw | jing_liu@ml.com |
| jimmy.chew@icbc.com.sg | jing_min.li@westlb.com |
| jimmy.furlong@biam.boi.ie | jing2.liu@ge.com |
| jimmy.huang@barclaysglobal.com | jingbo.zhang@bbh.com |
| jimmy.k.adams@protective.com | jingjing.hu@gs.com |
| jimmy.karalis@citadelgroup.com | jingjinz@princeton.edu |
| jimmy.lau@schroders.com | jingminl@bloomberg.net |
| jimmy.mcgillicuddy@glgpartners.com | jingqi.xu@morganstanley.com |
| jimmy.ng@aig.com | jingram@hbk.com |
| jimmy.poh@drkw.com | jingshan.fu@trs.state.tx.us |
| jimmy.ren@dartmouth.edu | jinguji@afz.crane.jal.co.jp |
| jimmy.rizos@citadelgroup.com | jingy@us.ibm.com |
| jimmy.stenstrom@sormlandssparbank.se | jinheecho@hanabank.com |
| jimmy@caxtonrvh.com | jinhei.park@citigroup.com |
| jimmy@lionhartusa.net | jinjoo.ok@hanabank.com |
| jimmy_huang@rsausa.com | jinjoong.nam@samsung.com |
| jimmyaueong@dbs.com | jinjung@gmail.com |
| jimmyg@firstindiana.com | jinki.hong@barcap.com |
| jimmyk@oppenheimerfunds.com | jinl@capgroup.com |
| jimmykuo@ms1.chb.com.tw | jinleixu@icbc.com.cn |
| jimmykwpun@hsbc.com.hk | jinnes@hcmlp.com |
| jimmyphoon@temasek.com.sg | jinny.choi@corporate.ge.com |
| jimp@mizuhocap.com | jinny.kim@morganstanley.com |
| jimr@loopcap.com | jinping.yao@hotmail.com |
| jimyang@cathaylife.com.tw | jinsip@kdb.co.kr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jinsong.liu@icbc.com.cn
jintkim@wooribank.com
jinuk_kim@lebldn.co.uk
jinwook.suh@scfirstbank.com
jinyan@princeton.edu
jinyuenyee@gic.com.sg
jinzhushi@citicbank.com
jiong.yu@alliancebernstein.com
jiqiong.dai@ubs-oconnor.com
jir@mn-services.nl
jiri.baert@agf.be
jiro_morita@mitsui-seimei.co.jp
jiro_omori@tr.mufg.jp
jiro_saito@mail.toyota.co.jp
jirons@hbk.com
jiroutek.bob@principal.com
jisa01@handelsbanken.se
jisherwood@bankofny.com
jit@artemisinvest.com
jitania.kandhari@morganstanley.com
jiten.manglani@morganstanley.com
jiten.samani@barclaysglobal.com
jitendertokas@gic.com.sg
jitendra.d.bhanap@nabasia.com
jitu@bloomberg.net
jiunn@bloomberg.net
jivey@napanet.net
jixin.dai@soros.com
jiyanmin@abchina.com
jiyeon.eppler-kim@dekabank.de
jiyoung.kim@credit-suisse.com
jiyunchoi@wooribank.com
jj.berney@citadelgroup.com
jj.kirby@state.mn.us
jj.walsh@aib.ie
jj@calpers.ca.gov
jj@danskebank.dk
jj@gruss.com
jj@optiver.com
jj_mckoan@acml.com
jj_shan@mail.cbc.gov.tw
jj8@ntrs.com
jja1@ntrs.com

jjacaruso@refco.com
jjacks@bloomberg.net
jjacobe@sarofim.com
jjacobi@scmadv.com
jjacobs@blackrock.com
jjacod@princeton.edu
jjahn@bloomberg.net
jjalade@partnerstatestreet.com
jjamal@burgan.com
jjang11@tkit.co.kr
jjangro@wscapital.com
jjangrow@wscapital.com
jjansen7@bloomberg.net
jjara@bloomberg.net
jjaramillo@hcmlp.com
jjash@wellington.com
jjasko@msfi.com
jjbalboni@wellington.com
jjbc@bloomberg.net
jjcardello@bloomberg.net
jjcronin@statestreet.com
jjeffcoate@statestreet.com
jjeffers@btmna.com
jjeffers@us.mufg.jp
jjeffery@aflac.com
jjenkins@metlife.com
jjenkins@tswinvest.com
jjennings1@metlife.com
jjerkovich@rnt.com
jjew@standish.com
jjewell@millertabak.com
jjg2@ntrs.com
jjguilherme@milleniumbcp.pt
jjimeneu@cajamadrid.es
jjimenez@hcmlp.com
jjingraham@us.fortis.com
jjinpark@bok.or.kr
jjjacob@groupama-am.fr
jjkrementowski@aeltus.com
jjlandry@statestreet.com
jjlee@westernasset.com
jjlegg@ppmamerica.com
jjofre@fibanc.es

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jjohanse@aegonusa.com | jk947@cornell.edu |
| jjohanss@notes.banesto.es | jka@lrc.ch |
| jjohara@wellmanage.com | jkabel2@bloomberg.net |
| jjohn@buffalofunds.com | jkahn@loews.com |
| jjohns@protective.com | jkahn@orix.com |
| jjohns13@amfam.com | jkaliberda@tiaa-cref.org |
| jjohnson@bpscapital.com | jkameno@jefco.com |
| jjohnson@invest.treas.state.mi.us | jkamil@bear.com |
| jjohnson@lnc.com | jkamil@ucm.utendahl.com |
| jjohnsoncalari@worldbank.org | jkammerlohr@munichre.com |
| jjohnst@frk.com | jkaniclides@standishmellon.com |
| jjones@fhlbc.com | jkapadia@bloomberg.net |
| jjones@fountaincapital.com | jkaplan@hapoalimusa.com |
| jjones@jennison.com | jkaplan@roycenet.com |
| jjones@oppenheimerfunds.com | jkaplan@valueline.com |
| jjones2@federatedinv.com | jkaplan@williamblair.com |
| jjones3@federatedinv.com | jkappe@spfbeheer.nl |
| jjordan@hellmanjordan.com | jkapsar@perrycounty.com |
| jjoseph@mfs.com | jkaram@faralloncapital.com |
| jjoseph@tiaa-cref.org | jkarger@mcmorgan.com |
| jjoseph@wachoviasec.com | jkarlis@williamblair.com |
| jjostrand@williamblair.com | jkarr1@bloomberg.net |
| jjoyner@us.tr.mufg.jp | jkaspar@hcmlp.com |
| jjplum@provident-bank.com | jkatakur@boh.com |
| jjprietoa@bankinter.es | jkatz@westernasset.com |
| jjristau@statestreet.com | jkatz1@metlife.com |
| jjs@dodgeandcox.com | jkauffmann@nb.com |
| jjs@summitpartnersllc.com | jkaufmann@nb.com |
| jjsuarez@dcf.pemex.com | jkaufthal@rnt.com |
| jjsullivan@bloomberg.net | jkautz@pwmco.com |
| jjt@domcap.com | jkavanaugh@allmerica.com |
| jjtrentacoste@comerica.com | jkblair@bankofny.com |
| jjuara1@bloomberg.net | jkcameron@aegonusa.com |
| jjui@downeysavings.com | jkd@capgroup.com |
| jjunge@pictet.com | jkearney@bcbsm.com |
| jjunior@josephthal.com | jkeating@mcleanbudden.com |
| jjurich@mail.state.ne.us | jkeenan@bankofny.com |
| jjustitz@pasche.ch | jkeenan@blackrock.com |
| jjvaucher@pictet.com | jkeers@babsoncapital.com |
| jjwalshboi@bloomberg.net | jkeller@dlbabson.com |
| jjyoung@bok.or.kr | jkeller@fhlbsea.com |
| jk.kang@aig.com | jkellersmann@union-invest.de |
| jk739@cornell.edu | jkelley@apollorealestate.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jkelly@farcap.com | jkleban@evcap.bm |
| jkelly@ihc-geneve.com | jklein@ebkgroup.com |
| jkelly@loomissayles.com | jklein@standishmellon.com |
| jkelly@olympiacapital.com | jklima@ford.com |
| jkelly@walterind.com | jklimas@invest.treas.state.mi.us |
| jkenary@metlife.com | jklinger@penncapital.com |
| jkennedy@heritageinvestors.com | jklingsporn@evcap.com |
| jkennedy@metzler.com | jkmcdonough@jhancock.com |
| jkennedy@troweprice.com | jkn@americancentury.com |
| jkepel@fortisbank.com | jknight@cajamadrid.es |
| jkern@co.sarasota.fl.us | jknox@ustrust.com |
| jkerner@tiaa-cref.org | jknuth@genre.com |
| jkerrigan@lkcm.com | jkocab@mcdinvest.com |
| jkerrigan@moorecap.com | jkoch@mwamllc.com |
| jkeuppens@bloomberg.net | jkoegel@crownbank.com |
| jkhan@opcap.com | jkoenigsberg@evergreeninvestments.com |
| jkhng@wellington.com | jkoerner@farcap.com |
| jkhodarahmi@eatonvance.com | jkohler@aegon.nl |
| jkhuang@bloomberg.net | jkohli@frk.com |
| jki.na@adia.ae | jkojima4@sompo-japan.co.jp |
| jkiang@alger.com | jkok@bloomberg.net |
| jkiani@payden-rygel.com | jkokemor@tswinvest.com |
| jkieburtz@sirachcap.com | jkolter@payden-rygel.com |
| jkiff@bank-banque-canada.ca | jkomives@wi.rr.com |
| jkim@babsoncapital.com | jkopensky1@bloomberg.net |
| jkim@fftw.com | jkorhonen@brownadvisory.com |
| jkim@kfb.co.kr | jkorn@esperio.co.uk |
| jkim@mailbox.lacity.org | jkorngold@schny.com |
| jkim@ofiinstitutional.com | jkorval@apollodif.com |
| jkim@westernasset.com | jkosaka@bloomberg.net |
| jkim6@ifc.org | jkostohryz@wellington.com |
| jking@banxico.org.mx | jkosty@mfs.com |
| jkinglavinder@na.cokecce.com | jkovanda@steinroe.com |
| jkinnel@nicholasfunds.com | jkox@bloomberg.net |
| jkirshbaum2@bloomberg.net | jkozak@parknationalbank.com |
| jkiss@bartlett1898.com | jkozlowski@refco.com |
| j-kitami@taiyo-seimei.co.jp | jkramer@nb.com |
| jkitovitz@creditandorra.ad | jkrantz@williamblair.com |
| jkjt0007@wooribank.com | jkranz@hcsbnj.com |
| jkk.na@adia.ae | jkrasner@exchange.ml.com |
| jkk@sitinvest.com | jkrause@moneygram.com |
| jkkang@bloomberg.net | jkreiter@munder.com |
| jklaperman@perrycap.com | jkrist@lordabbett.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jkrocheski@turnerinvestments.com | jlandau@bankofny.com |
| jkruger@faralloncapital.com | jlandau@berkeleyvc.com |
| jkruger@fhlbi.com | jlandau@nb.com |
| jkrumplys@waddell.com | jlandreth@provnet.com |
| jkruni@bloomberg.net | jlandy@hvbank.com |
| jkuhn@aegonusa.com | jlane@lordabbett.com |
| jkunkle@allstate.com | jlane@nb.com |
| jkupfer@cybertrader.com | jlane@torchmarkcorp.com |
| jkurdek@summitbank.com | jlang@troweprice.com |
| jkuriger@luminentcapital.com | jlangebrekke@russell.com |
| jkurniawan@apple.com | jlanigan@bloomberg.net |
| jkutasov@kayne.com | jlanktree@dkpartners.com |
| jkvantas@bbandt.com | jlantz7@bloomberg.net |
| jkw@merganser.com | jlanzotti@lordabbett.com |
| jkwan@mtr.com.hk | jlapalm@williamblair.com |
| jkwang@bok.or.kr | jlaplace@metlife.com |
| jkwock@ftci.com | jlaporte@troweprice.com |
| jl.chenut@cogefi.fr | jlarge@farmcreditbank.com |
| jl.chicha@americas.bnpparibas.com | jlarizza@bloomberg.net |
| jl.jacquinod@dbtc.ch | jlarkin@incomeresearch.com |
| jl.richard@iam.ch | jlarregola@bloomberg.net |
| jl.sanpedro@iberdrola.es | jlarroche@bloomberg.net |
| jl@efgfp.com | jlarsen@wasatchadvisors.com |
| jl@pallmallpartners.com | jlarsson@pictet.com |
| jl101@ntrs.com | jlasser@nb.com |
| jl18@ntrs.com | jlatino@oppenheimerfunds.com |
| jl70@ntrs.com | jlau@metlife.com |
| jl888@cornell.edu | jlau@mtr.com.hk |
| jlabusch@bloomberg.net | jlautant@groupama-am.fr |
| jlacombe@ifc.org | jlavender@wellington.com |
| jladge@appletonpartners.com | jlawson@lmfunds.com |
| jlafferty@ustrust.com | jlawson@tiaa-cref.org |
| jlafronz@bayernlbny.com | jlay@agfirst.com |
| jlaing@tiaa-cref.org | jlb17@ntra.com |
| jlake@opers.org | jlb17@ntrs.com |
| jlalex@bloomberg.net | jlblazquet@rental4.es |
| jlam@ambac.com | jlc@baupost.com |
| jlam@payden-rygel.com | jlcoleman@aegonusa.com |
| jlamarre@ofivalmo.fr | jlcraney-reppert@delinvest.com |
| jlamb@loomissayles.com | jld@capgroup.com |
| jlamensdorf@hcmlp.com | jldominguez@grupobbva.com |
| jlammers@voyageur.net | jle@petercam.be |
| jlan@mfs.com | jle4@ntrs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jleach@mfs.com | jlewerenz@maplepartners.com |
| jleale@caxton.com | jlewis@ellington.com |
| jleberon@bloomberg.net | jlewis@stonehillcap.com |
| jleblanc@ubs.com | jlf@capgroup.com |
| jlecubarri@uef.es | jlg6@ntrs.com |
| jlecube@invercaixa.es | jlgarcia@notes.banesto.es |
| jlederman@ohiosavings.com | jlgarcia@safei.es |
| jlee@allstate.com | jlh@bankinvest.dk |
| jlee@btmna.com | jli@macm.com |
| jlee@hcmlp.com | jli@metlife.com |
| jlee@perrycap.com | jli@websterbank.com |
| jlee@pictet.com | jli5@bear.com |
| jlee@voyageur.net | jlieberman@angelogordon.com |
| jlee@wellington.com | jliebow@jhancock.com |
| jlee126@bloomberg.net | jlieu@metlife.com |
| jlee22@unitel.co.kr | jlim@evcap.com.sg |
| jlee254@bloomberg.net | jlima@metlife.com |
| jlee4@metlife.com | jlimandibrata@mail.asiandevbank.org |
| jleffler@us.mufg.jp | jlin@farcap.com |
| jleinberger@bankofny.com | jlin@tiaa-cref.org |
| jleinwand@metlife.com | jlin16@ford.com |
| jleitao@servibanca.pt | jlindenthal@opcap.com |
| jleitch@bloomberg.net | jlindholm@delinvest.com |
| jleite@banco-privado.pt | jlinehan@troweprice.com |
| jleitner@falconmgt.com | jlinehan@ullico.com |
| jlemaitre@gwkinc.com | jlingbe@frk.com |
| jleman@templeton.com | jlipchin@eatonvance.com |
| jlemchak@bloomberg.net | jliptak@copera.org |
| jlemke@aegonusa.com | jlirving@delinvest.com |
| jlemle@eatonvance.com | jlisiewski@alger-ny.com |
| jlendi@mapfre.com | jlisle@1838.com |
| jlengal@sis.cz | jliso@panynj.gov |
| jlenzo@russell.com | jlitchfi@tiaa-cref.org |
| jleonard@deerfieldcapital.com | jliu@blenheiminv.com |
| jleone@presidentiallife.com | jliu@hcmlp.com |
| jleopold@lmfunds.com | jliu@tiaa-cref.org |
| jlernercig@bloomberg.net | jlivengood@oppenheimerfunds.com |
| jleslie@deweysq.com | jlivewell@penncapital.com |
| jletourneau@jhancock.com | jlizana@bcentral.cl |
| jlevan@divinv.net | jlj9@ntrs.com |
| jleverenz@oppenheimerfunds.com | jlkripke@wellington.com |
| jleverett@russell.com | jllavin@leggmason.com |
| jlevy@bft.fr | jlmera@bankofny.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jlmontesin@fibanc.es | jlu@ftci.com |
| jlmunozv@repsolypf.com | jlu@lrc.ch |
| jlnc@capgroup.com | jlu@petercam.be |
| jlnettesheim@wellington.com | jlubin@hymanbeck.com |
| jloccisano@canyonpartners.com | jludbrook@munichre.com |
| jlocker@tigerglobal.com | jluetkenhaus@fnni.com |
| jloeb@lordabbett.com | jluiz.fernandes@bcb.gov.br |
| jloehr@denveria.com | jluke@bbandt.com |
| jloh@mas.gov.sg | jlukens@russell.com |
| jlohman@babsoncapital.com | jlundgr@rfc.com |
| jlohman@dhja.com | jlusk@frk.com |
| jlokey@midstatebank.com | jlusk@gemcapitalmgmt.com |
| jlombardero@bloomberg.net | jluster@bankofny.com |
| jlombardo@loomissayles.com | jlutz@frostbank.com |
| jlong@ibtco.com | jlvovich@hcmlp.com |
| jlongley@jennison.com | jlwolf@bankofny.com |
| jlonski@babsoncapital.com | jlydotes@wellington.com |
| jlooney@panagora.com | jlyle@qualcomm.com |
| jlopes@loomissayles.com | jlyman@fftw.com |
| jlopez@bayernlbny.com | jlynagh@troweprice.com |
| jlopez@bear.com | jlynch@ssrm.com |
| jlopez@cajamadrid.es | jm.chapus@tcw.com |
| jlopez@payden-rygel.com | jm.cunniff@wachovia.com |
| jlopez3@templeton.com | jm@evcap.com |
| jlopezdi@cajamadrid.es | jm113@ntrs.com |
| jlopezru@cajamadrid.es | jm36@ntrs.com |
| jlora@lordabbett.com | jm744@cornell.edu |
| jlorenzen@img-dsm.com | jma@alaskapermfund.com |
| jlormiston@statestreet.com | jma3@ntrs.com |
| jlott@blackrock.com | jma87@cornell.edu |
| jlotto@ifc.org | jmaalouf@gulfbank.com.kw |
| jlovito@nb.com | jmac@princeton.edu |
| jlowden@bbandt.com | jmacdonald@tre.state.ma.us |
| jlowe@roycenet.com | jmacdougall@mfs.com |
| jlowry@bbandt.com | jmachado@invercaixa.es |
| jlowry@hbk.com | jmadden@nb.com |
| jlpare@ecofi.fr | jmadden@rwbaird.com |
| jlpo@capgroup.com | jmadonna@teleos.com |
| jlrogers@bankofny.com | jmaguire@penncapital.com |
| jls24@dcx.com | jmah@capgroup.com |
| jlsabatern@cam.es | jmahoney9@bloomberg.net |
| jltartack@bloomberg.net | jmain@microsoft.com |
| jltissot@bloomberg.net | jmair@thamesriver.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jmak@us.mufg.jp
jmakin@caxton.com
jmalcolm@metlife.com
jmalesardi@hvbank.com
jmalet@paladininvestments.com
jmalley@angelogordon.com
jmallolnieto@telefonica.es
jmallory@allstate.com
jmalloy@wilmingtontrust.com
jmalmquist@martincurrie.com
jmaloney@fandc.co.uk
jmalooly@wasatchadvisors.com
jmalves@bportugal.pt
jmancino@roslyn.com
jmandeville@utimco.org
jmandrews@bloomberg.net
jmandy@bloomberg.net
jmandzij@oppenheimerfunds.com
jmaney@amfin.com
jmangan@lehman.com
jmangion@bloomberg.net
jmangione@opcap.com
jmann@adb.org
jmann@apolloic.com
jmann1@bloomberg.net
jmano@hcmlp.com
jmanoo@ftci.com
jmanres@templeton.com
jmanry@pictet.com
jmanske@metlife.com
jmanz@denveria.com
jmarabar@ceca.es
jmaraluce.madrid@sinvest.es
jmarcus@metlife.com
jmardon@bloomberg.net
jmargenz@ibtco.com
jmarguy@jhancock.com
jmariani@martincurrie.com
jmariconti@nb.com
jmarino@msfi.com
jmarion@barbnet.com
jmark@russell.com
jmarkows@blackrock.com

jmaroney@statestreet.com
jmarovich@tigerglobal.com
jmarquez@deerfieldcapital.com
jmarquez@westernasset.com
jmarren@fhlbdm.com
jmarrojo@uef.es
jmarrone@bloomberg.net
jmarsh@mfs.com
jmarston@mfs.com
jmartielli@seic.com
jmartin@blaylockabacus.com
jmartin@caxton.com
jmartin@cminvest.com
jmartin@ohionatl.com
jmartin@steinroe.com
jmartinez@finatlas.com
jmartinezal@kutxa.es
jmarting@mtahq.org
jmartinriva@bloomberg.net
jmartins@notes.banesto.es
jmas@bloomberg.net
jmason@cvcap.com
jmassey@bear.com
jmasuda@btmna.com
jmatsui@westernasset.com
jmatz@microsoft.com
jmau@chevron.com
jmauceli@standish.com
jmauceli@standishmellon.com
jmauer@lordabbett.com
jmaurer@dlbabson.com
jmaurer@levi.com
jmaurer@lordabbett.com
jmaurer@mfs.com
jmaxwell@rnt.com
jmaxwell@waddell.com
jmay@nicholasfunds.com
jmay@opers.org
jmayer@munichre.com
jmayesh@lbfc.com
jmaynard@lkcm.com
jmazanec@wasatchadvisors.com
jmazejy@tiaa-cref.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jmazigi@metlife.com | jmcdonnell5@bloomberg.net |
| jmazon@metlife.com | jmcelroy@whitneybank.com |
| jmazzullo@metlife.com | jmcfadden@caxton.com |
| jmb@sitinvest.com | jmcgan@martincurrie.com |
| jmb21@ntrs.com | jmcginle@blackrock.com |
| jmb23@ntrs.com | jmcginley@bear.com |
| jmb329@cornell.edu | jmcglaun@aegonusa.com |
| jmbbt@bloomberg.net | jmcgovern@oppenheimerfunds.com |
| jmberger@wellington.com | jmcgrath@wrberkley.com |
| jmberteaux@wellington.com | jmcgraw@loomissayles.com |
| jmbrammer@midamerican.com | jmcguire@vcallc.com |
| jmcadams@pacificincome.com | jmcinerney@standishmellon.com |
| jmcallister@loomissayles.com | jmcintosh@loomissayles.com |
| jmcarr@statestreet.com | jmckay@hopewellcapital.com |
| jmcarthy@bloomberg.net | jmckenna@britannicasset.com |
| jmcastanom@repsolypf.com | jmckenna@perrycap.com |
| jmcauliffe@bankofny.com | jmclane@delinvest.com |
| jmcauliffe@hcmlp.com | jmclaughlin@russell.com |
| jmccaffrey@williamblair.com | jmcmahan@ups.com |
| jmccain@voyageur.com | jmcmanus@mwam.com |
| jmccaleb@ftci.com | jmcmillin@lordabbett.com |
| jmccann@statestreet.com | jmcnay@essexinvest.com |
| jmccarthy@caxton.com | jmcneer@ellington.com |
| jmccarthy@jpchase.co.uk | jmcneilis@sterling-capital.com |
| jmccartney@britannicasset.com | jmcnichols@standishmellon.com |
| jmccary@gsc.com | jmcpeake@alger.com |
| jmccauley@beneficialsavingsbank.com | jmcswiggan@royalbankpa.com |
| jmccay@martincurrie.com | jmctague@bancaintesa.us |
| jmccloskey@kbw.com | jmd347@cornell.edu |
| jmccloud@aegonusa.com | jmdelave@banamex.com |
| jmcclung@bbandt.com | jmdugan@cavcap.com |
| jmccluskey@bear.com | jmdunker@midamerican.com |
| jmccolley@babsoncapital.com | jmead@aegonusa.com |
| jmccorkle@aegonusa.com | jmeehan@babsoncapital.com |
| jmccormack@loomissayles.com | jmehta@wisi.com |
| jmccourt@westernasset.com | jmendez@mfs.com |
| jmccoy@netbank.com | jmendez@oppenheimerfunds.com |
| jmccoy@tsocorp.com | jmenozzi@utendahl.com |
| jmccullough@oppenheimerfunds.com | jmentzer@fultonfinancialadvisors.com |
| jmccullough@tiaa-cref.org | jmenzin@nb.com |
| jmcdonald@bloomberg.net | jmerbel@heineken.nl |
| jmcdonald@rockco.com | jmercadante@amphenol.com |
| jmcdonnell@oppenheimerfunds.com | jmercer@voyageur.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jmerchant@sunamerica.com | jminuesa@cajamadrid.es |
| jmerkelson@tiaa-cref.org | jmitchell@loomissayles.com |
| jmermelstein@the-ark.com | jmitchell@mapension.com |
| jmerry@volcorp.org | jmitchell@mfs.com |
| jmessina@deerfieldcapital.com | jmitchell@putnamlovell.com |
| jmestek@copera.org | jmitro@loomissayles.com |
| jmeusen@citco.com | jmitsubori@uk.tr.mufg.jp |
| jmeyer@bcentral.cl | jmjefski@ibtco.com |
| jmeyer@cuprum.cl | jmkb@capgroup.com |
| jmeyer@libertyview.com | jmkelliher@wellington.com |
| jmeyer@pvf.nl | jmlaidlaw@aegon.co.uk |
| jmeyer@state.wy.us | jmlangton@wellington.com |
| jmeyers@hbk.com | jmm6@ntrs.com |
| jmeyers@orixcm.com | jmmajadass@bancopastor.es |
| jmf@clinton.com | jmmartin@caixatarragona.es |
| jmf@jwbristol.com | jmmassare@groupama-am.fr |
| jmfleming@midamerican.com | jmmena@generali.es |
| jmg@clinton.com | jmnjm@aol.com |
| jmgoins@wellington.com | jmo@danskebank.dk |
| jmherman@fhhlc.com | jmo@ms.com |
| jmhynes@wellington.com | jmoehling@inv.uchicago.edu |
| jmigdal@ubs.com | jmoeller@capis.com |
| jmihaltian@sterling-capital.com | jmoffet@hourglasscapital.com |
| jmikus@ameritas.com | jmogg@umwafunds.org |
| jmilan@oppehheimerfunds.com | jmol@kempen.nl |
| jmilano@troweprice.com | jmolack@loomissayles.com |
| jmiles@certusmgt.com | jmoleti@omega-advisors.com |
| jmilin@washfed.com | jmoment@faralloncapital.com |
| jmillar@btmna.com | jmonacelli@presidentiallife.com |
| jmillar@martincurrie.com | jmonaghan@sunamerica.com |
| jmillar@us.mufg.jp | jmonahan@bloomberg.net |
| jmiller@arco.com | jmondini@pictet.com |
| jmiller@arielinvestments.com | jmontemayor@payden-rygel.com |
| jmiller@chicagoequity.com | jmontgom@fhhlc.com |
| jmiller@eatonvance.com | jmoody@firstusbank.com |
| jmiller@firstindiana.com | jmoore@1838.com |
| jmiller@mdsass.com | jmoore@bradfordmarzec.com |
| jmiller@millertabak.com | jmoore@standishmellon.com |
| jmiller49@bloomberg.net | jmoore@ustrust.com |
| jmilligan@duqlight.com | jmoore@waddell.com |
| jmilton@bloomberg.net | jmoorhead@jhancock.com |
| jminaya@tiaa-cref.org | jmoraitis@imsi.com |
| jminpark@bok.or.kr | jmoranier@finama-am.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jmorbeck@first-wash.com | jmtop.lee@samsung.com |
| jmorel@essexinvest.com | jmueller6@bloomberg.net |
| jmoreno@blackrock.com | jmuench1@bloomberg.net |
| jmorgan@crawfordinvestment.com | jmulchy@bankofny.com |
| jmorgan@hcmlp.com | jmulligan@ssrm.com |
| jmorgan@josephthal.com | jmullings@bgcpartners.com |
| jmorishita@nochubank.or.jp | jmullins@mdsass.com |
| jmorita@nochubank.or.jp | jmullman@jennison.com |
| jmoroney5@bloomberg.net | jmunnoz@generali.es |
| jmorris@dkpartners.com | jmurcio@standishmellon.com |
| jmorris@essexinvest.com | jmurillo@banxico.org.mx |
| jmorris@europeancredit.com | jmurphy@bankofny.com |
| jmorris@mercantilcb.com | jmurphy@lmfunds.com |
| jmorris2@harleysvillegroup.com | jmurphy@mtahq.org |
| jmorriss@tiaa-cref.org | jmurray@aicm.com |
| jmorrow@aj.co.nz | jmurray@fhlbdm.com |
| jmorton@fftw.com | jmurray1@frk.com |
| jmorton@wellington.com | jmuys@europeancredit.com |
| jmoschitz@wellington.com | jmycka@federatedinv.com |
| jmosier@sunamerica.com | jmyers@jennison.com |
| jmoss@eudaimonia-invest.com | jn.pagnoux@interdin.com |
| jmoss@trees-invest.com | jn@capgroup.com |
| jmosseri@ubspainewebber.com | jnabi@ambac.com |
| jmoten@roxcap.com | jnadal@kayne.com |
| jmotulsky@stonehillcap.com | jnadell@nb.com |
| jmoule@co-operativebank.co.uk | jnadler1@bloomberg.net |
| jmounce@lehman.com | jnagle@pennlibertybank.com |
| jmowbray@voyageur.net | jnahas@penncapital.com |
| jmoy@apollorealestate.com | jnajar@bankofny.com |
| jmp@capgroup.com | jnash2@bloomberg.net |
| jmpernas@bancopastor.es | jnathanson@loews.com |
| jmpohl@lmus.leggmason.com | jnavarra@ahorrocorporacion.com |
| jmr@premierassetmanagement.com | jnavarrette@ohionational.cl |
| jms@columbus.com | jnaya@gruposantander.com |
| jms31@ntrs.com | jnberg@wellington.com |
| jmsanchez@grupobbva.com | jne@ubp.ch |
| jmschaller@household.com | jnedoss@williamblair.com |
| jmseo@bok.or.kr | jneil@deshaw.com |
| jmst@bpi.pt | jneil@jhancock.com |
| jmstraus@carac.fr | jneisler@lendleaserei.com |
| jmstrele@ibtco.com | jnelson@loomissayles.com |
| jmthomas@transat.tm.fr | jnelson@williamblair.com |
| jmtishman@leggmason.com | jnemchenok@loomissayles.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jnew@hbk.com | jny@capgroup.com |
| jnewberry@mfs.com | jnycz@metlife.com |
| jnewbery@westernasset.co.uk | jo.alma@gs.com |
| jnewdigate@thamesriver.co.uk | jo.boorman@uk.tesco.com |
| jnewman14@bloomberg.net | jo.carral@bmo.com |
| jng@frk.com | jo.demil@nagelmackers.be |
| jngambi@ers.state.tx.us | jo.edwards@uk.fid-intl.com |
| jnguyen@tsocorp.com | jo.guano@sixcontinents.com |
| jn'guyenton@statestreet.com | jo.hargreaves@uk.fid-intl.com |
| jni@dodgeandcox.com | jo.kitahara@mizuho-bk.co.jp |
| jniblo@patmedia.net | jo.machtelinckx@fortisbank.com |
| jnichol@federatedinv.com | jo.paley@compassbank.com |
| jnicholas.smith@columbiamanagement.com | jo.parker@bankofamerica.com |
| jnicholas_smith@ustrust.com | jo.pink@ppm-uk.com |
| jnicholson@lincap.com | jo_anne.maarten@bankofamerica.com |
| jnicholson@mfs.com | jo_anne_ferullo@ssga.com |
| jnicolosi@jhancock.com | jo_bowen@newton.co.uk |
| jnield@ford.com | jo_howley@blackrock.com |
| jnin@bankpyme.es | jo_jermyn@ml.com |
| jnin@creditandorra.ad | joab.tjiungwanara@ge.com |
| jninni@fhlbc.com | joachim.brand@ubs.com |
| jninobla@standishmellon.com | joachim.buddendick@union-investment.de |
| jnjuni@bloomberg.net | joachim.coche@bis.org |
| jnlh@capgroup.com | joachim.flasnoecker@westimmobank.de |
| jnmbs@bloomberg.net | joachim.friese@hyporealestate.de |
| jnmordy@wellington.com | joachim.froehlich@wuestenrot.de |
| jnmurray@standishmellon.com | joachim.fuelber@dgzbank.de |
| jnolan@babsoncapital.com | joachim.gauglitz@basf.com |
| jnolan@dlbabson.com | joachim.gielens@dghyp.de |
| jnoonan@appletonpartners.com | joachim.henssler@sfs.siemens.de |
| jnordeman@merrill.com | joachim.huefken@lrp.de |
| jnorquay@metlife.com | joachim.inkmann@sfs.siemens.de |
| jnorton@us.nomura.com | joachim.jaeckle@henkel.com |
| jnorungolo@voyageur.net | joachim.klaehn@db.com |
| jnosek@aegonusa.com | joachim.klement@ubs.com |
| jnoss@bankofny.com | joachim.koehne@haspa.de |
| jnoto@caxton.com | joachim.krueger@bhf.ing.com |
| jnunley@allmerica.com | joachim.loebb@ubs.com |
| jnuruki@westernasset.com | joachim.lorenz@hsh-nordbank.com |
| jnutt@standishmellon.com | joachim.maedler@bhf-bank.com |
| jnuzzo@anchorcapital.com | joachim.pflaumer@db.com |
| jnward@bloomberg.net | joachim.preusker@dit.de |
| | joachim.rahbek@amagerbanken.dk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

joachim.schaefer@saarlb.de
joachim.schneegans-extern@hsh-nordbank.com
joachim.schneider@telekom.de
joachim.schuetz@lukb.ch
joachim.schumak@fraspa1822.de
joachim.skorge@dnbnor.no
joachim.spehr@dws.de
joachim.spranger@lbbw.de
joachim.vonwirth@oppenheim.de
joachim_wettermark@gap.com
joah01@handelsbanken.se
joakim.blomqvist@if.se
joakim.bunzli@banque-diamantaire.ch
joakim.gaverstrom@danskebank.se
joakim.gustafson@nordea.com
joakim.oskarsson@dnb.se
joakim.slettvoll@ubsw.com
joakim.strom@seb.se
joakim.westerdal@lansforsakringar.se
joal06@handelsbanken.se
joan.anglione@db.com
joan.bloom@fmr.com
joan.bonet@db.com
joan.calott@usbank.com
joan.cianciarulo@mortgagefamily.com
joan.dillon@inginvestment.com
joan.e.blume@bankofny.com
joan.farrell@uboc.com
joan.frith@rbcdexia-is.com
joan.ilagan@ladwp.com
joan.jackson@ubs.com
joan.l.huggins@jpmorganfleming.com
joan.malcolm@db.com
joan.okogun@ge.com
joan.wichterich@oppenheim.de
joan_ellis@ustrust.com
joan_lanius-nichol@ustrust.com
joan_mcmullen@den.invesco.com
joan_nimon@blackrock.com
joan_r._gregory@scudder.com
joana.gouveia@finantia.com
joana.guerreiro@santander.pt
joanders@pimco.com

joann.barry@db.com
joann.fisher@bankerstrust.com
jo-ann.sadleir@fidelity.com
joann@ruanecunniff.com
joann_ingalls@co.harris.tx.us
joann_morano@prusec.com
joanna.anderson@vankampen.com
joanna.awad@aig.com
joanna.bewick@fmr.com
joanna.dziubak@gs.com
joanna.e.girardin@db.com
joanna.gloeggler@union-investment.de
joanna.gridley@uk.fid-intl.com
joanna.kalmer@ashmoregroup.com
joanna.kolis@fmr.com
joanna.l.bewick@jpmorgan.com
joanna.moon@aig.com
joanna.morris@corporate.ge.com
joanna.munro@axa-im.com
joanna.ong@ppm-sing.com
joanna.pamphilis@ubs.com
joanna.poon@westernasset.com
joanna.roberts@schwab.com
joanna.samolej@prudential.com
joanna.turner@axa-im.com
joanna.vanogle@schwab.com
joanna.waldron@hsbcib.com
joanna.wotlinski@morganstanley.com
joanna.young@ge.com
joanna@scsb.com.tw
joanna_dormer@standardlife.com
joanna_forakis@troweprice.com
joanna_ng@ml.com
joanne.barrington@juliusbaer.com
joanne.baxter@ashmoregroup.com
joanne.bianco@ppmamerica.com
joanne.buresh@schwab.com
joanne.cutler@bankofengland.co.uk
joanne.edwards@barclaysglobal.com
joanne.elkins@investecmail.com
joanne.fisher@piog.com
joanne.froud@jpmorgan.com
joanne.gilbert@csam.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| joanne.grech@bov.com | joaol@swisscapital.net |
| joanne.heintz@prudential.com | joaquim.agut@corp.terra.com |
| joanne.irvine@aberdeen-asset.com | joaquim.pires@millenniumbcp.pt |
| joanne.larkin@schwab.com | joaquin.lujan@state.nm.us |
| joanne.lauch@uobgroup.com | joaquin.segura@ibercaja.net |
| joanne.lee@rothschild.co.uk | joaquin-a.gonzalez@db.com |
| joanne.melville@bapensions.com | joaquinmario.oloriz@cajanavarra.es |
| joanne.moody@hsbchalbis.com | job.hekhuis@shell.com |
| joanne.newman@bmonb.com | job.van.boxtel@ingim.com |
| joanne.norvell@harrisbank.com | joba01@handelsbanken.se |
| joanne.parfrey@lgim.co.uk | joba01@shb.se |
| joanne.perez@bankofengland.co.uk | jobelius@dpg.de |
| joanne.perkins@icap.com | jobevington@hsbc.com |
| joanne.ricca@wpginvest.com | jobos@kempen.nl |
| joanne.smetham@uk.fid-intl.com | jo'brien@emarquettebank.com |
| joanne.tan@asia.ing.com | jobrown@waddell.com |
| joanne.tobin@statestreet.com | jobru@us.danskebank.com |
| joanne.wright@bmo.com | jobst.vonsteinsdorff@hvb.de |
| joanne_driscoll@putnam.com | jobst-christian.kasten@hsh-nordbank.co.uk |
| joanne_jung@nylim.com | jobu02@handelsbanken.se |
| joanne_ma@asia.hypovereinsbank.com | joby03@handelsbanken.se |
| joanne_macphail-walsh@putnam.com | jocdonohue@allmerica.com |
| joanne_sanders@nylim.com | jocelyn.d.wright@chase.com |
| joanne_sisson@troweprice.com | jocelyn.friel@prudential.com |
| joanne_slack@ufjbank.co.jp | jocelyn.ngassa@fandc.com |
| joanne_stewart@capgroup.com | jocelyn.thayer@evergreeninvestments.com |
| joanne_whittier@ulyss.com | jocelyne.ngassa@fandc.com |
| joanne_wilson@troweprice.com | joceyln.debourmont@bnpparibas.com |
| joanne-a.smith@db.com | jochem.bassin@dekabank.de |
| joannelee@gic.com.sg | jochem.in.t.velt@nl.abnamro.com |
| joanny.dalloz@ubs.com | jochen.bonk@raiffeisenbank.at |
| joant@msfi.com | jochen.breiltgens@dzbank.de |
| joantit@mas.gov.sg | jochen.cerny@commerzbank.com |
| joao.aleixo.silveira@bpi.pt | jochen.dannemann@dzbank.de |
| joao.amaral@bnpparibas.com | jochen.dittel@lbbw.de |
| joao.antas.martins@bancobpi.pt | jochen.friedrich@hsh-nordbank.com |
| joao.cunhamartins@bcp.pt | jochen.geus@bayernlb.de |
| joao.eufrasio@fandc.com | jochen.guessow@commerzbank.com |
| joao.freire@pimco.com | jochen.guessow@union-investment.de |
| joao.marques.caixagest@cgd.pt | jochen.hannemann@cominvest-am.com |
| joao.n.moutaliz@jpmorgan.com | jochen.hausmann@allianz.de |
| joao.oliveira@gb.smbcgroup.com | jochen.kirst@westlb.com |
| joaobatista.crispinianogarcia@dexia.com | jochen.klaproth@hsh-nordbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

jochen.koepf@siemens.com
jochen.kottmann@oppenheim.de
jochen.krawietz@gz-bank.de
jochen.leubner@kfw.de
jochen.lucht@ingim.com
jochen.lueck@blb.de
jochen.lueck@hvb.de
jochen.menssen@eon-energie.com
jochen.moeller@dresdner-bank.lu
jochen.petersen@rwe.com
jochen.veith@wwasset.de
jochen_meyers@paribas.com
jochenhuengerle@helaba-invest.de
jochi9@bloomberg.net
joconnell@bostonprivatebank.com
jocwilliams@russell.com
joda04@handelsbanken.se
jodi.baabdaty@morganstanley.com
jodi.chase@citadelgroup.com
jodi.furman@bofasecurities.com
jodi.smith@prudential.com
jodi.vanvoorhis@calvert.com
jodi_tan@merck.com
jodon@nysif.com
jody.cook@nifa.org
jody.hrazanek@inginvestment.com
jody.leung@credit.suisse.com
jody.longhurst@morganstanley.com
jody.melhuish@glgpartners.com
jody.rose@fafadvisors.com
jody.schaffman@pnc.com
jody.simes@fmr.com
jody@blackrock.com
jody_toombs@invescofunds.com
jodylowery@synovus.com
joe.a.naughton@aib.ie
joe.basset@inginvestment.com
joe.bender@nb.com
joe.benevento@db.com
joe.bond@compassbank.com
joe.bowman@hsam.co.uk
joe.bracken@btfinancialgroup.com
joe.brady@kpsp.com

joe.brambil@jpmorgan.com
joe.bresnahan@mortgagefamily.com
joe.buechler@wachovia.com
joe.caiola@gcm.com
joe.campanie@wachovia.com
joe.capone@credit-suisse.com
joe.carson@alliancebernstein.com
joe.celentalo@pacificlife.com
joe.chien@email.chinatrust.com.tw
joe.cole@gartmore.com
joe.cox@lazard.com
joe.cue@coair.com
joe.day@fmr.com
joe.dedominicis@ff.cm
joe.dedominicis@ff.com
joe.devlin@fmr.com
joe.dolan@pimco.com
joe.eppers@anthem.com
joe.estes@raymondjames.com
joe.famoso@allegiantgroup.com
joe.faraday@bailliegifford.com
joe.fernando@gibuk.com
joe.freihammer@osterweis.com
joe.galligan@tcw.com
joe.ganley@bankofengland.co.uk
joe.garcia@tcw.com
joe.geli@rbccm.com
joe.gogola@advantuscapital.com
joe.guenther@phxinv.com
joe.hall@db.com
joe.harpster@us.hsbc.com
joe.huang@alliancebernstein.com
joe.huesman@depfa.com
joe.indelicato@morganstanley.com
joe.jackson@eagleasset.com
joe.kaemper@damel.co.uk
joe.kelderman@tmgchicago.com
joe.kennedy@phxinv.com
joe.kolerich@dfafunds.com
joe.kowal@db.com
joe.kuschke@usbank.com
joe.lawlor@biam.boi.ie
joe.lee@hp.com

## Lehman Brothers Holdings Inc.
### Derivatives Counterparties Email Service List

| | |
|---|---|
| joe.lemanowicz@prudential.com | joe.ward@ridgeworth.com |
| joe.lombardi@prudential.com | joe.waterfill@wachovia.com |
| joe.mcconnell@jpmorganfleming.com | joe.white@wellsfargo.com |
| joe.mcdonnell@shell.com | joe.williamsiii@commercebank.com |
| joe.mcgoldrick@philips.com | joe.woerner@swib.state.wi.us |
| joe.mckendry@kbcbank.ie | joe.wong@db.com |
| joe.morgan@cnb.com | joe.zaid@aig.com |
| joe.mosca@us.hsbc.com | joe@ardsley.com |
| joe.muskatel@rbccm.com | joe@danainvestment.com |
| joe.nastasi@bernstein.com | joe@nbim.no |
| joe.neuberger@usbank.com | joe_arnold@jwhmail.com |
| joe.norena@bwater.com | joe_bilko@gmacm.com |
| joe.nowinski@ubs.com | joe_carroll@nylim.com |
| joe.oneill@cw.com | joe_hagler@aimfunds.com |
| joe.overdevest@fmr.com | joe_higgins@swissre.com |
| joe.p.simpson@aib.ie | joe_hurley@scotiacapital.com |
| joe.panessa@upbna.com | joe_icabelli@keybank.com |
| joe.platt@nab.co.uk | joe_joseph@putnam.com |
| joe.plonski@blackrock.com | joe_jusay@ml.com |
| joe.portera@mackayshields.com | joe_kaseta@gmacm.com |
| joe.prior@deshaw.com | joe_kavey@ssga.com |
| joe.r.york@wellsfargo.com | joe_kong@americancentury.com |
| joe.ransom@silvantcapital.com | joe_lutkevitch@ssga.com |
| joe.reiff@ubs-oconnor.com | joe_mantineo@acml.com |
| joe.ren@email.chinatrust.com.tw | joe_pilla@ml.com |
| joe.roseman@moorecap.com | joe_reiland@americancentury.com |
| joe.rosenfelt@sscims.com | joe_rice@acml.com |
| joe.rossa@guarantygroup.com | joe_sterling@americancentury.com |
| joe.russell@citadelgroup.com | joeboorman@btopenworld.com |
| joe.salcido@sscims.com | joec@csccu.com |
| joe.scavone@ftnfinancial.com | joec@hbss.com |
| joe.schohn@ppmamerica.com | joedoherty@bloomberg.net |
| joe.selner@associatedbank.com | joeg@trdlnk.com |
| joe.sondheimer@bwater.com | joegolf@bloomberg.net |
| joe.suter@mortgagefamily.com | joehong320@bloomberg.net |
| joe.tan@fortis.com | joei@danskecapital.com |
| joe.tannehill@columbiamanagement.com | joekohmann@westfieldgrp.com |
| joe.thomas@moorecap.co.uk | joel.ashman@53.com |
| joe.thompson@lloydstsb.co.uk | joel.broillet@ing.ch |
| joe.toh@bns.com.sg | joel.brown@ppmamerica.com |
| joe.tomczak@lgim.co.uk | joel.cann@aberdeenpropertyinvestors.com |
| joe.vari@himcap.com | joel.carlson@wellscap.com |
| joe.viola@tcw.com | joel.cramer@aamcompany.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| joel.crevecoeur@degroof.be | joelle.bisschop@ingim.com |
| joel.damiani@tcw.com | joelle.crugnola@credit-suisse.com |
| joel.dignadice@westernasset.com | joelle.harb@dexia-am.com |
| joel.f.parrish@jpmorgan.com | joelle.mekers@cba.com.au |
| joel.heymsfeld@blackrock.com | joelle.pennanech@sncf.fr |
| joel.kallman@prudential.com | joelle.selmer@axa-im.com |
| joel.karsch@aberdeen-asset.com | joelle.viatte@bnpparibas.com |
| joel.karsch@db.com | joelle_antmann@bankofscotland.co.uk |
| joel.kohli@credit-suisse.com | joelle_boucher@acml.com |
| joel.le-carpentier@socgen.com | joelle_mcphail@ssga.com |
| joel.lepard@lmginv.com | joem@capgroup.com |
| joel.ludwig@ibtco.com | joemueller@bloomberg.net |
| joel.mahler@prudential.com | joeong@dbs.com |
| joel.marks@swipartnership.co.uk | joep.huntjens@ingim.com |
| joel.meshel@hsbcpb.com | joep@transtrend.com |
| joel.ng@pioneerinvestments.com | joerg.angele@bayernlb.de |
| joel.prussky@bmo.com | joerg.arndt@hsh-nordbank.com |
| joel.r.denney@pjc.com | joerg.babelotzky@bayernlb.de |
| joel.reuland@bdl.lu | joerg.bachtler@boiuk.com |
| joel.salloum@bmo.com | joerg.backes@saarlb.de |
| joel.schprechman@sterlingbancorp.com | joerg.baldauf@allianz.com |
| joel.silva@barclaysglobal.com | joerg.biebel@allianz.de |
| joel.sklar@prudential.com | joerg.boche@ruv.de |
| joel.smalley@chase.com | joerg.boysen@union-investment.de |
| joel.soroos@aiminvestments.com | joerg.breedveld@db.com |
| joel.stainton@drkw.com | joerg.ceh@lbbw.de |
| joel.strauch@pimco.com | joerg.daiker@lbbw.de |
| joel.taitt@fafadvisors.com | joerg.dehning@activest.de |
| joel.tillinghast@fmr.com | joerg.devries-hippen@allianzgi.de |
| joel@msfi.com | joerg.diedrich@ubs.com |
| joel_b_steinberg@vanguard.com | joerg.drischel@lloydstsb.co.uk |
| joel_c_seiboldt@bankone.com | joerg.einfeldt@hsh-nordbank.com |
| joel_case@ssga.com | joerg.fangmeier@hsh-nordbank.com |
| joel_faircloth@ml.com | joerg.fiebiger@cominvest-am.com |
| joel_goodwin@ssga.com | joerg.fischer@ksk-koeln.de |
| joel_johnson@aal.org | joerg.ganter@claridenleu.com |
| joel_lebowitz@merck.com | joerg.geissler@commerzbank.com |
| joel_m_dickson@vanguard.com | joerg.gubler@lukb.ch |
| joel_serebransky@acml.com | joerg.hanpeter@hsh-nordbank.com |
| joela@fhlbsea.com | joerg.heierli@credit-suisse.com |
| joelco@microsoft.com | joerg.henrich.kranz@helaba.de |
| joelin@cathaylife.com.tw | joerg.herlan@allianzgi.de |
| joelkim@bloomberg.net | joerg.hoeller@oppenheim.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| joerg.hotz@ch.abb.com | joerg-andreas.duerr@kfw.de |
| joerg.huber@lbbw.de | joergen.hartmann@db.com |
| joerg.hundhausen@oppenheim.de | joergen.soerensen@inter-ikea.com |
| joerg.jansen@nordlb.de | joergen.staf@sebprivatebanking.com |
| joerg.keller@sachsenlb.de | joerg-peter.cauko@apobank.de |
| joerg.kerler@detecon.com | joerg-peter.mueller@db.com |
| joerg.kesting@postbank.de | joergstumpf@bloomberg.net |
| joerg.krollmann@dresdner-bank.com | joern.carsten.schmid@seb.de |
| joerg.ladwein@allianz.de | joern.felgendreher@db.com |
| joerg.lappoehn@blb.de | joern.heidrich@dresdner-bank.com |
| joerg.lausberg@oppenheim.de | joern.kleinhans@pimco.com |
| joerg.lehmann@cbve.com | joern.lange@dresdner-bank.com |
| joerg.lentes@oppenheim.de | joern.lange@rcm.at |
| joerg.linda@duesshyp.de | joern.spillman@union-investment.de |
| joerg.lindenberg@sparkasse-bremen.de | joern.steuernagel@csam.com |
| joerg.lorenz@vpbank.com | joern.steuernagel@db.com |
| joerg.ludewig@trinkaus.de | joern.svedelius@fskag.de |
| joerg.marienhagen@bayerninvest.de | joern.wasmund@dws.de |
| joerg.moshuber@amg.co.at | joes@oechsle.com |
| joerg.mueller@oppenheim.de | joesepha.s.chong@bankofamerica.com |
| joerg.oehmig@ubs.com | joey.boaen@avmltd.com |
| joerg.oswald@union-panagora.de | joey.javier@aig.com |
| joerg.pergande@t-mobile.net | joey.sams@lionhart.net |
| joerg.philipsen@ubs.com | joey.speyrer@raymondjames.com |
| joerg.puetz@oppenheim.de | joey@dartmouth.edu |
| joerg.raichle@henkel.de | jofranco@erstebank.com |
| joerg.ruehmann@commerzbank.com | jofuer@nytimes.com |
| joerg.schaefer@union-investment.de | joger@ofi-am.fr |
| joerg.schlinghoff@cominvest-am.com | jogo@daiwa-am.co.jp |
| joerg.schneider@union-investment.de | jogrdon@perrycap.com |
| joerg.sittmann@citigroup.com | jogu01@handelsbanken.se |
| joerg.spelz@lri.lu | johan.akesson@thrivent.com |
| joerg.triesch@db.com | johan.alenius@rpm.se |
| joerg.walti@oppenheim.ch | johan.alm@robur.se |
| joerg.weirich@commerzbank.com | johan.b.sandberg@swedbankrobur.se |
| joerg.wenz@ib.bankgesellschaft.de | johan.beckers@fortisbank.com |
| joerg.willig@dekabank.de | johan.blyweert@dexia.be |
| joerg.zimmer@lrp.de | johan.bygge@notes.electrolux.se |
| joerg.zimmermann@helaba.de | johan.bynelius@ohman.se |
| joerg_brinkmann@westlb.co.uk | johan.cederin@folksam.se |
| joerg_hicking@goam.de | johan.cok@degroof.lu |
| joerg_huber@dgbank.de | johan.ekwall@nordea.com |
| joerg2@bloomberg.net | johan.elmquist@swedbankrobur.se |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| johan.erikson@dnbnor.se | johan@ibp.se |
| johan.eriksson@swedbankrobur.se | johan@ksc7.th.com |
| johan.evenepoel@dexia.com | johancla@wellsfargo.com |
| johan.forskund@robur.se | johann.achard@lbb.de |
| johan.garmann@dnbnor.no | johann.ferrando@bov.com |
| johan.govers@ingim.com | johann.gaber@dresdner-bank.com |
| johan.grabe@brummer.se | johann.geiginger@bayernlb.de |
| johan.grip@brummer.se | johann.glaw@sarasin.ch |
| johan.grunditz@spavm.se | johann.hainzinger@hypovereinsbank.de |
| johan.gunnarson@se.abb.com | johann.kernbauer@pioneerinvestments.at |
| johan.hamstrom@aktia.fi | johann.oberlechner@rzb.at |
| johan.heden@robur.se | johann.p.hartmann@db.com |
| johan.jonson@setre.mail.abb.com | johann.pruckner@sparinvest.com |
| johan.kastengren@nordea.com | johann.ropers@banque-worms.fr |
| johan.kinannder@brummer.se | johanna.brodbeck@aig.com |
| johan.larsson@seb.se | johanna.denboer@advantuscapital.com |
| johan.levavasseur@socgen.com | johanna.e.anderson@advantuscapital.com |
| johan.lindqvist@barclayscapital.com | johanna.gustafsson@outokumpu.com |
| johan.mendels@dsm.com | johanna.keller@lodh.com |
| johan.moeschlin@riksbank.se | johanna.nahkuri.hogfeldt@riksbank.se |
| johan.mortensen@nordea.com | johannah_mcgowan@troweprice.com |
| johan.munnik@mn-services.nl | johanne.s.fagan@aib.ie |
| johan.pea@bcv.ch | johanne.sognnaes@pw.utc.com |
| johan.reybroeck@dexia-am.com | johannes.braun@amgam.de |
| johan.robbens@puilaetco.com | johannes.ciesla@bankhaus-loebbecke.de |
| johan.rosen@sedbank.se | johannes.geiginger@blb.de |
| johan.rydelius@seb.se | johannes.grausgruber@ubs.com |
| johan.rydqvist@credit-suisse.com | johannes.haidl@heleba.de |
| johan.setterblad@ap1.se | johannes.hoff@gs.com |
| johan.sidenmark@brummer.com | johannes.huth@juliusbaer.com |
| johan.sornas@fip.se | johannes.jehmiller@fm.nrw.de |
| johan.staff@alecta.com | johannes.klumpp@saarlb.de |
| johan.stein@nordea.com | johannes.koch@kfw.de |
| johan.strand@swedbankrobur.se | johannes.kraemer@inter.de |
| johan.torngren@sas.se | johannes.maier@postbank.de |
| johan.van.der.ende@ing.nl | johannes.mueller@dws.de |
| johan.vandenheever@resbank.co.za | johannes.nagy@bawag.com |
| johan.vanderbiest@dexia-am.com | johannes.neethling@fandc.com |
| johan.vankelecom@dexia.com | johannes.pretorius@barclaysglobal.com |
| johan.vervaeke@fortisbank.com | johannes.raneburger@sandoz.com |
| johan.wallenborg@seb.se | johannes.reinhard@allianzgi.de |
| johan.wennerholm@seb.se | johannes.rhomberg@rzb.at |
| johan.wistrom@nordea.com | johannes.ries@cominvest-am.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

johannes.scheel@westlb.lu
johannes.schwab@ubs.com
johannes.stadler@erstebank.at
johannes.stattmann@bawag.com
johannes.voelkl@ba-ca.com
johannes.wagner@augustus.co.uk
johannes.winkler@drkw.com
johannes.wolvius@mail.ing.nl
johannes_jooste@ml.com
johannesjorg.riegler@nordlb.de
johar@bloomberg.net
johayon@tiaa-cref.org
johb@uk.danskebank.com
johesrohan.shanmugarajah@ubs.com
john.1.scott@hsbc.com
john.a.allen@chase.com
john.a.murphy@aberdeen-asset.com
john.a.o'brien@jpmorgan.com
john.abendroth@lehman.com
john.abunassar@allegiantgroup.com
john.achenbach@moorecap.com
john.ackler@bbh.com
john.agyeman@statestreet.com
john.ahern@gecapital.com
john.albright@ms.com
john.allen@trs.state.tx.us
john.aratruda.b@bayer.com
john.aronsohn@gecapital.com
john.avery@fmr.com
john.axtell@db.com
john.b.hynes@aib.ie
john.b.young@tdsecurities.com
john.babson@fmr.com
john.baker@jpmorgan.com
john.balassi@ubs.com
john.bale@swipartnership.co.uk
john.baley@ubs.com
john.ball@ibtco.com
john.banitt@pncadvisors.com
john.barber@citadelgroup.com
john.barden@aig.com
john.barker@icgplc.com
john.barlow@funb.com

john.barnas@prudential.com
john.barrett@columbiamanagement.com
john.barry@boigm.com
john.basler@blackrock.com
john.bates@bailliegifford.com
john.baylis@citadelgroup.com
john.bearman@insightinvestment.com
john.beaven@fmr.com
john.beecham@bms.com
john.beekman@fmr.com
john.begley@gs.com
john.behar@claf.com
john.belbol@daiwausa.com
john.bender@lgim.co.uk
john.benevides@ccoinvest.com
john.bethell@db.com
john.biasuzzi@citizensbank.com
john.bierwaczonek@notes.ntrs.com
john.birch@nordea.com
john.birnstengel@bankofamerica.com
john.blackmoresquires@barclaysglobal.com
john.blase@himco.com
john.bobek@jci.com
john.bocchino@aberdeen-asset.com
john.bodker@seb.se
john.boffelly@pnc.com
john.bolton@csam.com
john.bonino@gecapital.com
john.boritzke@micorp.com
john.botham@morleyfm.com
john.boudreau@fhlbboston.com
john.boyle@aberdeen-asset.com
john.bradley@chase.com
john.brady1@wachovia.com
john.brandon@aig.com
john.brennan@boigm.com
john.brennan@db.com
john.bright@fmr.com
john.brock@interbrew.com
john.brock@ubs.com
john.brougham@bt.com
john.brownlie@bbh.com
john.brynjolfsson@pimco.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

john.buck@barclaysglobal.com
john.buckley@morleyfm.com
john.burger@blackrock.com
john.burgum@abbeylife.co.uk
john.burke@bailliegifford.com
john.butler@mackayshields.com
john.bye@glenmede.com
john.c.bradley@jpmorgan.com
john.c.broderick@morganstanley.com
john.c.hamilton@blackrock.com
john.c.nelson@jpmchase.com
john.c.warren@jpmorgan.com
john.cahill@barclayscapital.com
john.cahill@fandc.com
john.callaghan@db.com
john.callen@micorp.com
john.calzolaio@sgcib.com
john.camacho@usaa.com
john.campos@corporate.ge.com
john.canally@pncbank.com
john.cannon@pncadvisors.com
john.carey@pioneerinvest.com
john.carmen@rlam.co.uk
john.carolan@himco.com
john.carson@morgankeegan.com
john.cassedy@db.com
john.cassidy@fmr.com
john.cavalieri@pimco.com
john.cenedella@glgpartners.com
john.chamberlain@sunlife.com
john.cheng@barclaysglobal.com
john.cholakis@nyc.nxbp.com
john.chozen@abnamro.com
john.chun@ge.com
john.church@glenmede.com
john.cieslowski@avmltd.com
john.cinelli@drkw.com
john.clark@ny.frb.org
john.clements@schwab.com
john.clouthier@gwl.com
john.colan@alliancebernstein.com
john.colleemallay@remy-cointreau.com
john.collins@gmacrfc.com

john.conlon@aberdeen-asset.com
john.connor@thehartford.com
john.corron@pioneerinvest.com
john.cortese@genworth.com
john.coscia@cnb.com
john.cossey@uk.nomura.com
john.costas@dillonread.com
john.cotton@inginvestment.com
john.cotton@ubs.com
john.coultrap@axa-im.com
john.coyle@blackrock.com
john.crawford@upbna.com
john.critchfield@wellsfargo.com
john.cryan@ubsw.com
john.culbertson@pncbank.com
john.cummings@pimco.com
john.cupelo@pncbank.com
john.curry@lloydstsb.co.uk
john.curtin@fmr.com
john.cusack@kbcbank.ie
john.cusack@leumiusa.com
john.d.foy@aib.ie
john.d.hines@bancone.com
john.d.hodges@jpmorgan.com
john.d.lutkehaus@bankofamerica.com
john.d.mulligan@aibbny.ie
john.d.naud@chase.com
john.d.noble@fmr.com
john.d.stafford@jpmorgan.com
john.d.vincent@sunlife.com
john.dacles@hcmny.com
john.dale@peregrinecapital.com
john.daly@pioneerinvestments.com
john.davies@mizuhocbus.com
john.davis.2@csam.com
john.davis@blackrock.com
john.davy@uk.fid-intl.com
john.dawe@lloydstsb.co.uk
john.deacon@dillonread.com
john.deane@northernrock.co.uk
john.defrancesco@nationalcity.com
john.degaris@csam.com
john.demaine@moorecap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

john.demastri@db.com
john.demeo@prudential.com
john.demichele@trs.state.tx.us
john.desroches@bankofamerica.com
john.detweiler@alliancebernstein.com
john.devlin@axa-im.com
john.dewey@barclaysglobal.com
john.dewey@pncbank.com
john.dibenedetto@db.com
john.dikeman@usbank.com
john.dillie@janus.com
john.dinoto@peoples.com
john.dipaolo@prudential.com
john.dirocco@citadelgroup.com
john.dischiavi@soros.com
john.dittemer@prudential.com
john.dobson@swib.state.wi.us
john.doherty@hsbcinvestments.com
john.doherty@prudential.com
john.dolan@tudor.com
john.dolder@aberdeen-asset.com
john.domingues@db.com
john.domingues@prudential.com
john.donovan@sunlife.com
john.dowd@fmr.com
john.downey@alliancebernstein.com
john.doyle@uobgroup.com
john.drastal@wamu.net
john.driscoll@bbh.com
john.duarte@db.com
john.dunlevy@aig.com
john.e.beckwith@rbccm.com
john.edwards@inginvestment.com
john.einwalter@anheuser-busch.com
john.eisinger@janus.com
john.elliott@ingim.com
john.elster@wachovia.com
john.emanuel@ubsw.com
john.endres@gecapital.com
john.esk@alecta.com
john.estrada@db.com
john.f.brophy@us.hsbc.com
john.f.burke@citigroup.com

john.faigle@fmr.com
john.falb@firstar.com
john.farrace@aibla.com
john.farrall@nationalcity.com
john.fedele@fac.com
john.feigl@credit-suisse.com
john.fekete@tcw.com
john.fell@ecb.int
john.ferencz@ge.com
john.fields@janus.com
john.fisher@suntrust.com
john.fitch@hsh-nordbank.co.uk
john.fitzgerald@mackayshields.com
john.fitzgibbon@fac.com
john.flynn2@ge.com
john.foff@fhlb-pgh.com
john.fogarty@alliancebernstein.com
john.fogerty@moorecap.com
john.ford@schroders.com
john.fournier@finansbank.ch
john.foy@mandg.co.uk
john.franks@pioneerinvest.com
john.fraser@ubs.com
john.freda@clinton.com
john.friedman@tcw.com
john.fruit@fafadvisors.com
john.g.leibach@ncmi.com
john.g.lowry@aib.ie
john.g.popp@credit-suisse.com
john.galakis@nl.abnamro.com
john.gallagher@blackrock.com
john.gambla@nuveen.com
john.garner@fmr.com
john.gernon@morganstanley.com
john.gibbons@tcw.com
john.gillbe@ltsb-finance.co.uk
john.gisborne@tdsecurities.com
john.gleeson@davy.ie
john.glover@hvbeurope.com
john.godley@sarasin.co.uk
john.golden@putnam.com
john.gomez@pimco.com
john.goodacre@morganstanley.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| john.goodreds@tiaa-cref.org | john.holmes@conocophillips.com |
| john.goossens@belgacom.be | john.hope@halifax.co.uk |
| john.graves@commercebank.com | john.hopper@barcap.com |
| john.graves@usagbank.com | john.hopper@barclays.com |
| john.gregory@uk.fid-intl.com | john.houston@fmr.com |
| john.griffiths@aon.co.uk | john.howard@credit-suisse.com |
| john.groton@thrivent.com | john.huber@transamerica.com |
| john.groves@rbc.com | john.humphries@gartmore.com |
| john.grucza@prudential.com | john.hunter@rothschild.co.uk |
| john.gu@citadelgroup.com | john.hwang@tcw.com |
| john.h.carlson@fmr.com | john.hwang@westernasset.com |
| john.h.tobin@jpmorganfleming.com | john.hynes@fmr.com |
| john.hagan@pncbank.com | john.imbriale@morganstanley.com |
| john.hall@firstcitizens.com | john.indellicate@umb.com |
| john.halter@cunamutual.com | john.ingram@jpfinancial.com |
| john.hammond@rreef.com | john.ip@morleyfm.com |
| john.hancock@53.com | john.isbrandtsen@redwoodtrust.com |
| john.hancock@morgankeegan.com | john.j.crawford@gm.com |
| john.hanecak@thehartford.com | john.j.griffiths@aibbny.ie |
| john.hansen@zkb.zh | john.j.kennedy@pjc.com |
| john.harkins@rbccm.com | john.j.mckenna@fmr.com |
| john.harrison@ubs.com | john.j.regan@bankofamerica.com |
| john.hart@alliancebernstein.com | john.jankowski@hjheinz.com |
| john.hatch@db.com | john.janney@chelanpud.org |
| john.hayes@morleyfm.com | john.jemielewski@cbve.com |
| john.heffernan@moorecap.com | john.johnson@avmltd.com |
| john.hegarty@ubs.com | john.johnson@inginvestment.com |
| john.heldman@db.com | john.jordan@eagleasset.com |
| john.henderson@bankofengland.co.uk | john.jordan@janus.com |
| john.hendricks@thehartford.com | john.jurek@wachovia.com |
| john.herdje@bbh.com | john.jurkovic@moorecap.com |
| john.hernander@amfpension.se | john.juslin@aktia.fi |
| john.heshelman@ppmamerica.com | john.k.bigley@jpmorgan.com |
| john.hevner@morganstanley.com | john.k.griffith@aibbny.ie |
| john.higgins.qcaq@statefarm.com | john.kapustiak@bankofamerica.com |
| john.hildebrand@investecmail.com | john.kaslyn@bmo.com |
| john.hindman@nationalcity.com | john.kearney@gs.com |
| john.hinrichs@fmb.com | john.keegan@mnco.com |
| john.hintz@thrivent.com | john.kelly-jones@morganstanley.com |
| john.ho@barclaysglobal.com | john.kenyon@db.com |
| john.ho@citadelgroup.com | john.kerslake@barcap.com |
| john.hodges@pncbank.com | john.kim@aiminvestments.com |
| john.hoeting@53.com | john.king@aig.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| john.king@biomail.com | john.lingbeck@citadelgroup.com |
| john.kingsbury@gartmore.com | john.lippincott@lmginv.com |
| john.kirchin@aegon.co.uk | john.lister@norwich-union-life.co.uk |
| john.kirkowski@pimco.com | john.lloyd@janus.com |
| john.knox@inginvestment.com | john.lockhardt@pncadvisors.com |
| john.kogel@citadelgroup.com | john.logie@rbc.com |
| john.kolling@nordea.com | john.longo@hsbc.com |
| john.korbis@mutualofamerica.com | john.lupton@fortisinvestments.com |
| john.kowalski@chase.com | john.lyons@swipartnership.co.uk |
| john.krause@thrivent.com | john.lyons@ubs.com |
| john.krementowski@himco.com | john.m.donahue@fmr.com |
| john.krum@ch.abb.com | john.m.guarino@morganstanley.com |
| john.kwan@bmo.com | john.m.harris@fmr.com |
| john.l.nielsen@lu.danskebank.com | john.m.murphy@fmr.com |
| john.labadia@lazard.com | john.m.scukas@usa.dupont.com |
| john.ladd@thehartford.com | john.maack@columbiamanagement.com |
| john.lagratta@nyc.nxbp.com | john.macdougall@bailliegifford.com |
| john.lahman@swib.state.wi.us | john.macfarlane@tudor.com |
| john.lake@bankofamerica.com | john.mack@shinseibank.com |
| john.lam@bayernlb.de | john.macmahon@citadelgroup.com |
| john.lambert@gartmore.com | john.madziyire@axa-im.com |
| john.lammers@moorecap.com | john.mahedy@bernstein.com |
| john.langrish@rothschild.co.uk | john.mahon@barcap.com |
| john.langston@smiths-group.com | john.maierhofer@schwab.com |
| john.larish@thrivent.com | john.maley@prudential.com |
| john.larun@ubs.com | john.malito.h3gt@statefarm.com |
| john.lau@citigroup.com | john.mangold@fenb-us.com |
| john.lauber@wamu.net | john.manning@morleyfm.com |
| john.laudier@slma.com | john.mannion@morganstanley.com |
| john.lawrence@transamerica.com | john.marian@53.com |
| john.leahy@airbus.com | john.mariano@db.com |
| john.lee@americas.ing.com | john.marino@alliancebernstein.com |
| john.lee@blackrock.com | john.marlow@rabobank.com |
| john.lee@lazard.com | john.marshall@cbimd.co.uk |
| john.leitch@blr.natixis.com | john.marshall@ubs.com |
| john.leiviska@minnesotamutual.com | john.martin@tres.bnc.ca |
| john.leonard@scotiabank.ie | john.maskell@barclaysglobal.com |
| john.leonard@ubs.com | john.mason@lospadresbank.com |
| john.li@framlington.co.uk | john.mason@oneamerica.com |
| john.lie@cibc.com.sg | john.massey@sunamerica.com |
| john.likos@cigna.com | john.mathai@jpmorgan.com |
| john.lin@bernstein.com | john.matsikas@inginvestment.com |
| john.lindars@csam.com | john.matthews@bapensions.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| john.matthews@swedbank.com | john.morrison@pimco.com |
| john.mattimore@omam.co.uk | john.morton@sgam.com |
| john.maurer@commercebank.com | john.moten@mackayshields.com |
| john.mazanec@morganstanley.com | john.mousseau@cumber.com |
| john.mcanulty@richemont.com | john.mowat@lgim.co.uk |
| john.mcauliffe@bmo.com | john.mowatt@lgim.co.uk |
| john.mcconnell@socgen.com | john.muller@bankofamerica.com |
| john.mccormack@morganstanley.com | john.murdzek@genworth.com |
| john.mccoy@treasurer.state.nc.us | john.murphy@fhlb-pgh.com |
| john.mcdevitt@bbh.com | john.murphy@highbridge.com |
| john.mcdowell@fmr.com | john.myers@ge.com |
| john.mcellin@boiss.boi.ie | john.n.hale@morganstanley.com |
| john.mcelravey@aamcompany.com | john.n.lux@jpmchase.com |
| john.mcgovern@nb.com | john.n.lux@jpmorgan.com |
| john.mcguire@fhhl.com | john.nagel@citadelgroup.com |
| john.mcintyre@prudential.com | john.napolitano@asbai.com |
| john.mcloughlin@wachovia.com | john.nasser@4086.com |
| john.mcmanus@union-investment.de | john.neff@bbh.com |
| john.mcneill@aegon.co.uk | john.nelson@bbh.com |
| john.mecca@morganstanley.com | john.nelson@swib.state.wi.us |
| john.melvin@db.com | john.nelson@tcw.com |
| john.mercante@wachovia.com | john.nena@ubs.com |
| john.metzinger@firstcitizens.com | john.ng@blackrock.com |
| john.meyer@53.com | john.niblo@dillonread.com |
| john.meyers@soros.com | john.nicholl@lloydstsb.co.uk |
| john.mikros@honeywell.com | john.nichols@calvert.com |
| john.milani@wachovia.com | john.noorlander@helvetiapatria.ch |
| john.milberg@pacificlife.com | john.norris@pimco.com |
| john.miller@frostbant.com | john.novak@schwab.com |
| john.miller@nuveen.com | john.oakes@abnamro.com |
| john.miller@pimco.com | john.obrien@ilim.com |
| john.milner@lgim.co.uk | john.o'connell@lloydstsb.co.uk |
| john.minsker@pncbank.com | john.o'connor@thehartford.com |
| john.mirshekari@fmr.com | john.odonnell@dzbank.ie |
| john.mohr@bcbsma.com | john.odonnell@tetral.com |
| john.molino@huntington.com | john.o'mahony@boigm.com |
| john.molloy@nuveen.com | john.orfanos@simmonsfirst.com |
| john.monaghan@bankofbermuda.com | john.orr@cibc.com |
| john.moon@morganstanley.com | john.ortega@nationstarmail.com |
| john.mooney@westernasset.com | john.osborne@truscocapital.com |
| john.moore@ubs-oconnor.com | john.osman@norwich-union-life.co.uk |
| john.morgan@ing.com.au | john.osterweis@osterweis.com |
| john.moroney@rabobank.com | john.outland@gecapital.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| john.ovens@cibc.ca | john.r.gray@jpmorgan.com |
| john.p.borchert@fhlb-pgh.com | john.randolph@gmacrfc.com |
| john.p.deluca@us.hsbc.com | john.ravalli@moorecap.com |
| john.p.gibbons@wellsfargo.com | john.rebuth@db.com |
| john.p.read@jpmchase.com | john.redmond@uk.fid-intl.com |
| john.p.sargent@bankofamerica.com | john.reen@boigm.com |
| john.pairaktaridas@inginvestment.com | john.regan@flemingsus.com |
| john.pairaktaridis@inginvestment.com | john.reichardt@bng.nl |
| john.paladino@degroof.be | john.reid@suntrust.com |
| john.papas@gmacbank.com | john.reilly@funb.com |
| john.pappas@fmr.com | john.reinsberg@lazard.com |
| john.paterson@cibc.com | john.reynolds@abbeynational.co.uk |
| john.patin@moorecap.com | john.rhee@crlykor.co.kr |
| john.patterson@harrisbank.com | john.rhinelander@royalusa.com |
| john.paulsen@jpmorganfleming.com | john.rhodes@ers.state.tx.us.com |
| john.paulsen@prudential.com | john.riccardi@lazard.com |
| john.pavela1@evergreeninvestments.com | john.ricci@barclaysglobal.com |
| john.pearce@morganstanley.com | john.rice@uboc.com |
| john.peckham@pioneerinvest.com | john.rich@nctrust.com |
| john.peetz@wellscap.com | john.richards@sgam.co.uk |
| john.penhale@cibc.ca | john.richardson@janus.com |
| john.perlmutter@daiwausa.com | john.rif@nordea.com |
| john.peterson@rocklandtrust.com | john.ritter@trs.state.tx.us |
| john.philbin@bankofamerica.com | john.robertson@pncbank.com |
| john.phillips@insightinvestment.com | john.robinson@vallourec.fr |
| john.philpott@omam.co.uk | john.rocchio@tcw.com |
| john.piccard@ubs.com | john.rochford@chase.com |
| john.pickard@ubs.com | john.roddan@moorecap.com |
| john.pickering@thrivent.com | john.rodrigues@prudential.com |
| john.pirone@barclaysglobal.com | john.roesle@protective.com |
| john.plumpton@aberdeen-asset.com | john.roth@fmr.com |
| john.polcari@mutualofamerica.com | john.rountree@citadelgroup.com |
| john.pollock@aig.com | john.rowell@ge.com |
| john.poole@ubs.com | john.royle@glgpartners.com |
| john.porro@januscapital.com | john.rustum@deshaw.com |
| john.porter@barcap.com | john.s.mccarthy@aib.ie |
| john.porter@fmr.com | john.s.pau@columbiamanagement.com |
| john.potter@moorecap.com | john.s.quinn@morganstanley.com |
| john.praveen@prudential.com | john.sack@tudor.com |
| john.psoklas@cna.com | john.sadlon@thehartford.com |
| john.putz@tahomacapital.com | john.sagan@ubs.com |
| john.q.wang@wellsfargo.com | john.schaetzl@ge.com |
| john.quackenbush@ubs.com | john.schardin@barclaysglobal.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| john.schiavetta@alliancebernstein.com | john.stewart@japan.gartmore.com |
| john.schmucker@jpmorganfleming.com | john.stewart@us.standardchartered.com |
| john.schnitzius@everbank.com | john.stipanovich@db.com |
| john.schoel@aiminvestments.com | john.stoj@ocwen.com |
| john.scruggs@barclaysglobal.com | john.straniero@nationalcity.com |
| john.scuello@mackayshields.com | john.street@ceridian.com |
| john.sealy@rothschild.co.uk | john.sue@csam.com |
| john.segner@aiminvestment.com | john.sullivan@columbiamanagement.com |
| john.senesac@lazard.com | john.sulski@barclaysglobal.com |
| john.shain@prudential.com | john.sun@morganstanley.com |
| john.shannon@ophedgeny.com | john.sung@ubs.com |
| john.sheehy@fmr.com | john.sunu@ppmamerica.com |
| john.sheehy@pimco.com | john.surridge@dimensional.com.au |
| john.shellard@chase.com | john.sutorius@micorp.com |
| john.shelton@schwab.com | john.swaim@columbiamanagement.com |
| john.shope@wachovia.com | john.szwed@morganstanley.com |
| john.simpson@barclaysglobal.com | john.t.donohue@jpmorgan.com |
| john.sinclair@fmr.com | john.t.mcdevitt@morganstanley.com |
| john.sinden@juliusbaer.com | john.t.williams@fmr.com |
| john.skelly@bnpparibas.com | john.talbert@alliancebernstein.com |
| john.slatter@lloydstsb.co.uk | john.tan@arabbank.com.sg |
| john.slocum@sunlife.com | john.taphorn@db.com |
| john.small@gartmore.com | john.taylor@alliancebernstein.com |
| john.smigelsky@prudential.com | john.taylor@ers.state.tx.us |
| john.smith@schwab.com | john.teague@columbiamanagement.com |
| john.snider@tcw.com | john.tessar@us.icap.com |
| john.snowden@ubs.com | john.thayer@associatedbank.com |
| john.sofis@pncbank.com | john.thierfelder@db.com |
| john.soper@daiwausa.com | john.thomas@glenmede.com |
| john.sorbo@bwater.com | john.thomason@valeo.com |
| john.sorrell@btfinancialgroup.com | john.thornton@aiminvestments.com |
| john.sousa@redwoodtrust.com | john.thornton@gartmore.com |
| john.spear@usaa.com | john.tickle@lgim.co.uk |
| john.spellman@rabobank.com | john.tirone@chase.com |
| john.stack@us.socgen.com | john.tompkins@citadelgroup.com |
| john.stafford@sgam.co.uk | john.toohey@aig.com |
| john.stainsby@jpmorganfleming.com | john.torell@tudor.com |
| john.stark@ppmamerica.com | john.tornatore@ge.com |
| john.stavis@uk.fid-intl.com | john.townley@uk.abnamro.com |
| john.stefanelli@blackrock.com | john.trapnell@gmacrfc.com |
| john.stern@usbank.com | john.traynor@pncadvisors.com |
| john.stevens@gm.com | john.turbitt@fmr.com |
| john.stewart@finmeccanica.it | john.updegraff@chase.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| john.updegraff@jpmorgan.com | john.wong@insightinvestment.com |
| john.urdman@mortgagefamily.com | john.wong@wellsfargo.com |
| john.utz@uboc.com | john.woods@bnpparibas.com |
| john.v.reilly@db.com | john.wooten@wachovia.com |
| john.van.den.berg@azl-group.com | john.x.williams@uk.bnpparibas.com |
| john.van.grootel@nibcapital.com | john.young@barclays.co.uk |
| john.vanbelle@prudential.com | john.young@rbnz.govt.nz |
| john.vantassel@ubs.com | john.yovanovic@aig.com |
| john.vaught@morganstanley.com | john.zembsch@aberdeen-asset.com |
| john.venusti@selective.com | john@befreeinvestments.com |
| john.verheul@lodh.com | john@buffalofunds.com |
| john.vetter@fmr.com | john@email.com |
| john.vibert@blackrock.com | john@incomeresearch.com |
| john.vinci@ubs.com | john@jyskebank.dk |
| john.voneschenbach@huntington.com | john@mginvestors.com |
| john.vonheim@dnbnor.no | john@moorecap.com |
| john.w.ingraham@citigroup.com | john@nijobs.com |
| john.w.simmons@morganstanley.com | john@sandlercap.com |
| john.w.wong@jpmorgan.com | john@silchester.demon.co.uk |
| john.wake@barclayscapital.com | john@watermarkgroup.com |
| john.walding@ppmamerica.com | john_a_keil@fanniemae.com |
| john.walsh@raymondjames.com | john_b_mortensen@fleet.com |
| john.wambold@sgcib.com | john_bacso@nylim.com |
| john.wang@seb.se | john_balder@ssga.com |
| john.ward@pncbank.com | john_barrasso@swissre.com |
| john.watkins@trs.state.tx.us | john_bell@newton.co.uk |
| john.watras@smhgroup.com | john_bennett@fanniemae.com |
| john.weber@granitegrp.com | john_bergia@acml.com |
| john.wenker@usbank.com | john_blaney@glic.com |
| john.whelihan@sunlife.com | john_brice@cargill.com |
| john.wherton@lgim.co.uk | john_burger@ml.com |
| john.white@glgpartners.com | john_c_malley@vanguard.com |
| john.white@hsbcam.com | john_c_wilson@standardlife.com |
| john.white@ubs.com | john_canady@merck.com |
| john.whorwood@group.landg.com | john_carey@ustrust.com |
| john.wilbourn@morgankeegan.com | john_carlson@bankofscotland.co |
| john.wilhelm@nuveen.com | john_caron@putnam.com |
| john.wilmot@chase.com | john_chiodi@acml.com |
| john.wilson@columbiamanagement.com | john_choe@ssga.com |
| john.wilson@morleyfm.com | john_cibbarelli@nylim.com |
| john.wolack@morganstanley.com | john_claybon@oldnational.com |
| john.wollen@ubs.com | john_cleary@ldn.invesco.com |
| john.wong@daiwausa.com | john_clymer@ustrust.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| john_coe@troweprice.com | john_hart@dell.com |
| john_conley@ntrs.com | john_hendricks@nylim.com |
| john_corcoran@ustrust.com | john_hollyer@vanguard.com |
| john_craddock@invesco.com | john_huang@acml.com |
| john_crees@fleet.com | john_hughes@standardlife.com |
| john_criezis@troweprice.com | john_hynes@scotiacapital.com |
| john_cronin@ssga.com | john_i_blakely@mail.bankone.co |
| john_csarietti@nacm.com | john_irwin@notes.ntrs.com |
| john_cullen@scotiacapital.com | john_isquith@fanniemae.com |
| john_cummins@standardlife.com | john_j_cullinane_jr@fleet.com |
| john_d_diefenbach@notes.ntrs.com | john_jackson@fanniemae.com |
| john_d_fitzpatrick@fleet.com | john_jackucyk@am.fcnbd.com |
| john_d_nicely@mail.bankone.com | john_jennings@ml.com |
| john_dalton@freddiemac.com | john_jukoski@gmacm.com |
| john_davidson@swissre.com | john_julian@msdw.com |
| john_dimitri@freddiemac.com | john_kane@nacm.com |
| john_doppman@ustrust.com | john_keisler@bankone.com |
| john_doyle@kyfbins.com | john_kennedy@merck.com |
| john_e_barris@fleet.com | john_kennington@freddiemac.com |
| john_e_case@keybank.com | john_kern@keybank.com |
| john_easter@cgnu.net | john_kichula@glenmede.com |
| john_ewen@newton.co.uk | john_kim@ulyss.com |
| john_ferry@putnam.com | john_kirby@ssga.com |
| john_fleming@agfg.com | john_kowalik@calpers.ca.gov |
| john_ford@troweprice.com | john_krieg@ntrs.com |
| john_freeman_randall_iii@fleet.com | john_l_kim@freddiemac.com |
| john_fruit@aal.org | john_lafferty@ustrust.com |
| john_furtado@ssga.com | john_lagedrost@aon.com |
| john_galante@vanguard.com | john_lanius@vanguard.com |
| john_gargana@glic.com | john_laposta@ssga.com |
| john_gauthier@conning.com | john_lau@ssga.com |
| john_ge@fanniemae.com | john_lent@ustrust.com |
| john_geremia@westlb.com | john_leonard@blackrock.com |
| john_giangiorgi@nacm.com | john_longhurst@ssga.com |
| john_giaquinta@acml.com | john_lyons@hsbcsecuritiesinc.c |
| john_gilbert@grneam.com | john_m_carbone@vanguard.com |
| john_granholm@acml.com | john_m_ryan@key.com |
| john_graves@nacm.com | john_marshall@invesco.com |
| john_greenwood@ldn.invesco.com | john_mason@keybank.com |
| john_grelsch@aal.org | john_mccraw@nacm.com |
| john_grimes@vanguard.com | john_mcdermott@ustrust.com |
| john_hair@newton.co.uk | john_mclanahan@putnam.com |
| john_harris@ustrust.com | john_metcalfe@standardlife.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| john_minogue@ustrust.com | john_thomas@glenmede.com |
| john_morale@scotiacapital.com | john_thorburn@ml.com |
| john_morcombe@blackrock.com | john_tilney@putnam.com |
| john_morgan@putnam.com | john_timms@gb.smbcgroup.com |
| john_morton@ssga.com | john_tucker@ssga.com |
| john_murphy@conning.com | john_tylor@acml.com |
| john_murphy@glic.com | john_van_tassel@putnam.com |
| john_murray@putnam.com | john_w_sandrock@comerica.com |
| john_nunziato@ml.com | john_ward@bankone.com |
| john_ogrodnick@glic.com | john_waskiewicz@ssga.com |
| john_o'rourke@putnam.com | john_weber@onebeacon.com |
| john_page@standardlife.com | john_wertz@vanguard.com |
| john_pagliuca@bernstein.com | john_westby@aviva.com |
| john_penny@westlb.co.uk | john_whelan@standardlife.com |
| john_peterson@conning.com | john_white@ssga.com |
| john_phillips@glenmede.com | john_wilson@fanniemae.com |
| john_poelker@oldnational.com | john_wright@ustrust.com |
| john_powell@blackrock.com | john_yen@putnam.com |
| john_r_hall@keybank.com | john_zhang@ustrust.com |
| john_r_rodehorst@fleet.com | johnalexander@northfieldsb.com |
| john_rabroker@americancentury.com | johnark.lee@uboc.com |
| john_rendinaro@ustrust.com | johnatan.prest@daiwasectab.ie |
| john_rich@ustrust.com | johnathan.tang@pacificlife.com |
| john_richard@ssga.com | johnathan_cheung@westlb.com |
| john_robertson@tigerfund.com | johnb@fhlbsea.com |
| john_ryan@scotiacapital.com | johnbi@fhlbsea.com |
| john_s_jenkins@bankone.com | john-bosco.walsh@db.com |
| john_sajdak@bankone.com | johnbowe@angloirishbank.ie |
| john_scanlon@conning.com | johnc@nacm.com |
| john_schiavo@freddiemac.com | johnchen@us.nomura.com |
| john_sherman@troweprice.com | johncoast.sullenger@lodh.com |
| john_small@americancentury.com | johncobb@hotmail.com |
| john_smet@capgroup.com | johncroberts@northwesternmutual.com |
| john_somers@ldn.invesco.com | john-d.willis@db.com |
| john_soto@putnam.com | johnd@sandlercap.com |
| john_spellman@ml.com | johnd@scm-lp.com |
| john_staudenraus@symantec.com | john-daniel.laurence@fidelity.com |
| john_surplice@hen.invesco.com | johndd@mcm.com |
| john_sykora@americancentury.com | john-douglas.shires@bayernlb.de |
| john_t_brown@ml.com | john-e.ford@db.com |
| john_t_fucigna@ml.com | johnett.ryans@ngc.com |
| john_t_mcdevitt@vanguard.com | john-f.moody@db.com |
| john_thelosen@fanniemae.com | johng@goldengateway.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

johngre@smart.net
johnh@clinton.com
johnhall@uamc.com
johnhaney@westfieldgrp.com
john-j.kelly@ubs.com
johnj_howard@msdw.com
johnjames.bayer@cic.ch
johnjjkramer@yahoo.com
johnk@mcm.com
johnkendall@northwesternmutual.com
johnkennedy1@bloomberg.net
john-kenneth.gillbanks@nestle.com
johnkoh@daiwa-am.com.hk
johnl.graves@verizon.net
johnl@scm-lp.com
johnlagman@dbs.com
johnld@asrs.state.az.us
johnloh@mas.gov.sg
johnlynch@evergreeninvestments.com
johnm@ikos.com.cy
johnm@oechsle.com
john-morton@idexx.com
johnna.m.godwin@jpmorgan.com
johnna.perko@citadelgroup.com
johnnam@chol.com
johnniep@bloomberg.net
johnny.chan@capitalglobal.com
johnny.debuysscher@petercam.be
johnny.heng@cornucopia-capital.com
johnny.ht.lee@email.chinatrust.com.tw
johnny.mak@prudential.com
johnny.russell@swip.com
johnny.summers@gamgb.com
johnny.tam@hk.fortis.com
johnnyluga@bloomberg.net
johno@bgi-group.com
johnpascal.vanhouden@pimco.com
john-patrik.gilgen@stg.ch
john-paul.bruneau@fmr.com
john-paul.burke@barings.com
johnpaul.drew@bbh.com
john-paul.omeara@adidas-group.com
johnphillips@ftportfolios.com

johnpoh@gic.com.sg
johnpt@martincurrie.com
johnr@loopcap.com
johnr@mcm.com
johnryan@hotmail.com
johns@oechsle.com
johnschlifske@northwesternmutual.com
john-schmidt@jyskebank.dk
johnshin@kfb.co.kr
johnson.fred@luthbro.com
johnson.guo@credit-suisse.com
johnson.ia@tbcam.com
johnson.mike@principal.com
johnson.stace@principal.com
johnson.tim@luthbro.com
johnson.wang@icbcasia.com
johnson@braeburncapital.com
johnson@wmich.edu
johnson_ang@ml.com
johnson_john@gsb.stanford.edu
johnsonjen@ensignpeak.org
johnsonra@bernstein.com
johnsonsl@bernstein.com
johnsonwong@dbs.com
johnston@offitbank.com
johnstone.j@mellon.com
johnw@imsi.com
johnwoo@kdb.co.kr
johnyu@mail.cbc.gov.tw
joi.simpson@sunlife.com
joice.shih@email.chinatrust.com.tw
joji.maki@barings.com
jojo07@handelsbanken.se
jojs@capgroup.com
joka01@handelsbanken.se
jokada@ftci.com
j-okamoto@nochubank.or.jp
jokarma@wi.rr.com
jokray@oppenheimerfunds.com
jokrings@bloomberg.net
j-okuno@nochubank.or.jp
jolack@lineq.com
jolanta.skevington@chase.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jolcay@fftw.com | jon.hook@trs.state.tx.us |
| jole.tabacchi@bsibank.com | jon.hopkins@gmacrfc.com |
| jolene.madurzak@harrisbank.com | jon.horne@pimco.com |
| jolene.seetohsa@uobgroup.com | jon.j.ingram@jpmorgan.com |
| jolesky@barbnet.com | jon.jamen@fmr.com |
| joline.ortiz@pimco.com | jon.jiang@pimco.com |
| jolintang@bloomberg.net | jon.karcsh@delta.com |
| joliver@capfed.com | jon.katovsky@britannia.co.uk |
| jolszowy@mcdinvest.com | jon.lippin@honeywell.com |
| jolway.li@bmo.com | jon.lloyd@bnpparibas.com |
| jom@bloomberg.net | jon.loth@usbank.com |
| jom@capgroup.com | jon.lowes@barclays.co.uk |
| jom6@georgetown.edu | jon.lucia@gecapital.com |
| joma21@handelsbanken.se | jon.m.herbert@lloydstsb.co.uk |
| jomah@bloomberg.net | jon.m.morgan@columbiamanagement.com |
| jomalley@hbk.com | jon.marsden@omam.co.uk |
| jomatha@bloomberg.net | jon.mawby@europeancredit.com |
| jombura@ifc.org | jon.metcalf@columbiamanagement.com |
| jomdyer@allmerica.com | jon.mills@insightinvestment.com |
| jon.adams@ubs.com | jon.mitchell@uk.fid-intl.com |
| jon.b.jonsson@jpmorgan.com | jon.moehl@sscims.com |
| jon.b.jonsson@jpmorganfleming.com | jon.m.molesworth@ledyardbank.com |
| jon.barnes@bankofamerica.com | jon.novak@nationalcity.com |
| jon.behar@bwater.com | jon.omarsson@glitnir.is |
| jon.bentsson@glitnir.is | jon.p.debow@jpmorgan.com |
| jon.bernstein@nomura.co.uk | jon.perregaux@columbiamanagement.com |
| jon.boorman@scudder.co.uk | jon.peter@vontobel.ch |
| jon.burgess@eu.nabgroup.com | jon.savas@shenkmancapital.com |
| jon.centurino@bankofamerica.com | jon.sigurgeirsson@sedlabanki.is |
| jon.centurino@gmacfs.com | jon.stevens@fafadvisors.com |
| jon.cunliffe@uk.abnamro.com | jon.super@phoenix.gov |
| jon.currier@wachovia.com | jon.t.ender@abnamro.com |
| jon.denfeld@alliancebernstein.com | jon.taylor@ubs.com |
| jon.dwiar@db.com | jon.thompson@advantuscapital.com |
| jon.farrin@wachovia.com | jon.thorsteinsson@nib.int |
| jon.fisher@53.com | jon.w.salmon@wellsfargo.com |
| jon.gilman@blackrock.com | jon.wilcox@us.socgen.com |
| jon.goldberg@chase.com | jon.workman@wedbush.com |
| jon.gresham@barcap.com | jon.yip@pimco.com |
| jon.guinness@uk.fid-intl.com | jon@eksportfinans.no |
| jon.hallson@glitnir.is | jon_bell@newton.co.uk |
| jon.hantler@bwater.com | jon_brickman@americancentury.com |
| jon.holsteen@chicagoasset.com | jon_christiansen@troweprice.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jon_houttekier@fanniemae.com | jonathan.a.day@morganstanley.com |
| jon_jankus@glic.com | jonathan.a.seabrook@sb.com |
| jon_klein@ml.com | jonathan.abrahams@morleyfm.com |
| jon_lewis@americancentury.com | jonathan.abshire@ingim.com |
| jon_monnery@newton.co.uk | jonathan.adams@bbh.com |
| jon_simonian@hsb.com | jonathan.adams@citicorp.com |
| jon_thiel@acml.com | jonathan.adams@investecmail.com |
| jon_underwood@ml.com | jonathan.adams@opcap.com |
| jon_updike@fanniemae.com | jonathan.allison@aberdeen-asset.com |
| jonah.jiang@citadelgroup.com | jonathan.anderson@citadelgroup.com |
| jonah_andrew_white@vanguard.com | jonathan.arthurs@aareal-bank.com |
| jonallen@bloomberg.net | jonathan.asante@framlington.co.uk |
| jonas.birk@snb.ch | jonathan.baker@barclaysglobal.com |
| jonas.diedrich@citadelgroup.com | jonathan.barber@threadneedle.co.uk |
| jonas.enstrom@bcv.ch | jonathan.beaulieu@fhlbboston.com |
| jonas.erikson@brummer.se | jonathan.beck@ubs.com |
| jonas.g.larsson@seb.se | jonathan.berger@citadelgroup.com |
| jonas.gardmark@electrolux.se | jonathan.bilby@ubs.com |
| jonas.granholm@skanska.se | jonathan.bilzin@soros.com |
| jonas.jansson@ap1.se | jonathan.blob@rbsgc.com |
| jonas.kolk@morganstanley.com | jonathan.bloom@us.bdroma.com |
| jonas.lindholm@electrolux.se | jonathan.blum@ubs.com |
| jonas.lindstrom@banco.se | jonathan.burne@vanguard.com.au |
| jonas.lycksell@hiab.com | jonathan.burrows@barclaysglobal.com |
| jonas.malm@ericsson.com | jonathan.butler@nibcapital.com |
| jonas.martin-lof@electrolux.co.uk | jonathan.byrne@statestree.com |
| jonas.nilsson@afa.se | jonathan.caldwell@lmginv.com |
| jonas.nilsson@morganstanley.com | jonathan.carroll@statestreet.com |
| jonas.palmqvist@swedbankrobur.se | jonathan.ching@deshaw.com |
| jonas.patrikson@columbiamanagement.com | jonathan.chung@jpmorgan.com |
| jonas.pripp@robur.se | jonathan.cloke@lgim.co.uk |
| jonas.romlin@amfpension.se | jonathan.cocks@aberdeen-asset.com |
| jonas.sandefeldt@ohman.se | jonathan.cohen@barclaysglobal.com |
| jonas.shum@nordea.com | jonathan.coleman@janus.com |
| jonas.sohlman@electrolux.se | jonathan.crown@threadneedle.co.uk |
| jonas.strom@portcapital.com | jonathan.cummins@fandc.com |
| jonas.ulvsback@swedbankrobur.se | jonathan.curry@barclaysglobal.com |
| jonas.victorsson@swedbankrobur.se | jonathan.dalle@dexia-am.com |
| jonas.x.lundberg@seb.se | jonathan.davies@llodstsb.co.uk |
| jonas_misteli@swissre.com | jonathan.davies@ubs.com |
| jonas_vonoldenskioeld@swissre.com | jonathan.davis@fmr.com |
| jonasf@compuserve.com | jonathan.dent@sachsenlb.ie |
| jonatan-a@pia.co.il | jonathan.domineck@inginvestment.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jonathan.duggan@fmr.com
jonathan.eckersley@bankofamerica.com
jonathan.edwards@aiminvestments.com
jonathan.faulkner@uk.bnpparibas.com
jonathan.fieldsend@insightinvestment.com
jonathan.fischer@lehman.com
jonathan.fisher-hindle@morleyfm.com
jonathan.g.warwick@jpmorgan.com
jonathan.gale@tetrapak.com
jonathan.garrett@kofc.org
jonathan.gauntt@citadelgroup.com
jonathan.glaser@himco.com
jonathan.graves@barclaysglobal.com
jonathan.gray@wellsfargo.com
jonathan.groom@insightinvestment.com
jonathan.halioua@sgam.com
jonathan.hargrove@fmr.com
jonathan.harrington@aiminvestments.com
jonathan.harrison@firststate.co.uk
jonathan.hart2@citadelgroup.com
jonathan.hoffman@btinternet.com
jonathan.horner@gs.com
jonathan.howe@barclaysglobal.com
jonathan.hunt@prudential.com
jonathan.j.obrien@jpmorgan.com
jonathan.jackson@insightinvestment.com
jonathan.jacob@bmo.com
jonathan.jacoby@fmr.com
jonathan.jennings@pnc.com
jonathan.julian@inginvestment.com
jonathan.k.simon@jpmorgan.com
jonathan.kasen@fmr.com
jonathan.kilbey@gem360.com
jonathan.kilbey@hapoalim.ch
jonathan.lamb@barclaysglobal.com
jonathan.lansing@barclaysglobal.com
jonathan.ledden@citadelgroup.com
jonathan.lee@scudder.com
jonathan.lewis@eagleasset.com
jonathan.lewis@ers.state.tx.us
jonathan.lewis@pncbank.com
jonathan.ligon@barclaysglobal.com
jonathan.linden@jpmorgan.com

jonathan.luff@nationwide.co.uk
jonathan.m.cummings@jpmorgan.com
jonathan.m.kelly@fmr.com
jonathan.m.schwarz@jpmchase.com
jonathan.macdonald@aviva.com
jonathan.mann@fandc.com
jonathan.marcus@tcw.com
jonathan.marocco@ubs.com
jonathan.martin@isisam.com
jonathan.masse@barclaysglobal.com
jonathan.mcadams@aiminvestments.com
jonathan.mckenzie@columbiamanagement.com
jonathan.mclaughlin@nordlb.com
jonathan.mclure@rlam.co.uk
jonathan.mcwilliams@ge.com
jonathan.mir@lazard.com
jonathan.moorhouse@lloydstsb.co.uk
jonathan.morford@db.com
jonathan.morgan@barclaysglobal.com
jonathan.morin@fmr.com
jonathan.morris@lazard.com
jonathan.moulds@bankofamerica.com
jonathan.mueller@aiminvestments.com
jonathan.mundy@barclaysglobal.com
jonathan.murray@morganstanley.com
jonathan.murrell@fmr.com
jonathan.nace@suntrust.com
jonathan.napora@ubs.com
jonathan.newman@axa-im.com
jonathan.noonan@bankofamerica.com
jonathan.ogier@uk.fid-intl.com
jonathan.overland@lazard.com
jonathan.p.carlson@columbiamanagement.com
jonathan.parry-jones@lloydstsb.co.uk
jonathan.passmore@ge.com
jonathan.platt@rlam.co.uk
jonathan.pye@barclaysglobal.com
jonathan.r.terry@wellscap.com
jonathan.rainford@mercantile.com
jonathan.rand@bankofengland.co.uk
jonathan.reed@wachovia.com
jonathan.relph@uk.fid-intl.com
jonathan.rotenstreich@citigroup.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jonathan.s.beshel@jpmorgan.com | jonathan_bridges@putnam.com |
| jonathan.scriven@uk.fid-intl.com | jonathan_brock@ldn.invesco.com |
| jonathan.sebag@lloydstsb.co.uk | jonathan_brook@ml.com |
| jonathan.segal@hcmny.com | jonathan_chirunga@troweprice.com |
| jonathan.seligson@blr.natixis.com | jonathan_chou@troweprice.com |
| jonathan.sellers@aiminvestments.com | jonathan_cobb@uk.fid-intl.com |
| jonathan.sharkey@pioneerinvestments.com | jonathan_dye@newton.co.uk |
| jonathan.sharpe@gartmore.com | jonathan_e_gross@fanniemae.com |
| jonathan.siegmann@fmr.com | jonathan_eng@blackrock.com |
| jonathan.sissen@barclaysglobal.com | jonathan_forman@ssga.com |
| jonathan.soto@firstunion.com | jonathan_francis@putnam.com |
| jonathan.spitzer@asbai.com | jonathan_g_harris@fanniemae.com |
| jonathan.spread@mondrian.com | jonathan_gabriel@putnam.com |
| jonathan.stanley@phxinv.com | jonathan_gibbs@standardlife.com |
| jonathan.staples@threadneedle.co.uk | jonathan_glen@westlb.co.uk |
| jonathan.sweeney@db.com | jonathan_harris@blackrock.com |
| jonathan.taylor@carolinafirst.com | jonathan_i_shulman@keybank.com |
| jonathan.terlizzi@morganstanley.com | jonathan_jacoby@vanguard.com |
| jonathan.tierney@omam.co.uk | jonathan_jenkins@gb.smbcgroup.com |
| jonathan.totaram@nyc.nxbp.com | jonathan_lemco@vanguard.com |
| jonathan.treat@db.com | jonathan_mackay@blackrock.com |
| jonathan.tricker@lgim.co.uk | jonathan_maietta@putnam.com |
| jonathan.trinidad@inginvestment.com | jonathan_nye@acml.com |
| jonathan.turnbull1@wachovia.com | jonathan_popper@mfcinvestments.com |
| jonathan.twine@uk.fid-intl.com | jonathan_rowe@standardlife.com |
| jonathan.w.saunders@nordstrom.com | jonathan_scher@rhco.com |
| jonathan.webb1@wachovia.com | jonathan_sharkey@putnam.com |
| jonathan.williams@pncadvisors.com | jonathan_stanley@ustrust.com |
| jonathan.willis@barclaysglobal.com | jonathan_topper@putnam.com |
| jonathan.wilson@citigroup.com | jonathan_veum@freddiemac.com |
| jonathan.windust@gartmore.com | jonathan_wilkenfeld@vanguard.com |
| jonathan.winton@uk.fid-intl.com | jonathan_yan@nylim.com |
| jonathan.woloshin@ubs.com | jonathan_yudt@riggsbank.com |
| jonathan.x.weinberg@jpmchase.com | jonathanang@temasek.com.sg |
| jonathan.zang@fmr.com | jonathangaiser@commercialfed.com |
| jonathan@apam.com | jonathanjones@bankofny.com |
| jonathan@migdal-group.co.il | jonathanlau@dbs.com |
| jonathan@ms1.hncb.com.tw | jonathanprod@northwesternmutual.com |
| jonathan_b_berkeley@fanniemae.com | jonathanweber@fnni.com |
| jonathan_bauer@progressive.com | jonathon.a.brachle@jpmorgan.com |
| jonathan_bell@newton.co.uk | jonathon.daniels@mandg.co.uk |
| jonathan_bergner@ustrust.com | jonathon.hansson@alliancebernstein.com |
| jonathan_brandt@putnam.com | jonathon.josey@rothschild.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jonathon.maslen@fandc.com
jonathon.rabinowitz@morganstanley.com
jonathon.rogoff@ubs.com
jonathon_green@blackrock.com
jonathon_o'donnell@calpers.ca.gov
jonc@moorecap.com
joncarlo_mark@calpers.ca.gov
jones.c1@mellon.com
jones.clint@principal.com
jones.michael@columbiamanagement.com
jones@bridportjersey.net
jones@willcap.com
jonesd@bloomberg.net
joneshenrylee@aol.com
joneshr@bernstein.com
jonesl@ufji.com
joneslj@vankampen.com
jong.frochaux@axa-im.com
jong_c_bahk@vanguard.com
jongen@adelphi-capital.com
jonghwa.park@scfirstbank.com
jongsoo6537@hanmail.net
joni.jones@daiwausa.com
jonine.mostert@bis.org
jonker.j@mail.hk.g-bank.nl
jonna.pursiainen@tapiola.fi
jonnathan_wong@acml.com
jonne.sandstrom@aktia.fi
jonny.browne@bnymellon.com
jonny.gordon@abbey.com
jonny.sylven@swedbank.com
jono.tunney@hp.com
jonp@mcm.com
jon-paul.viviani@db.com
jonsattler@northwesternmutual.com
jonthan.l.tse@jpmorgan.com
jonty.bloom@bbc.co.uk
jonty_starbuck@troweprice.com
j-onuki@nochubank.or.jp
joo6@cornell.edu
joohee.lee@oppenheim.de
jooheon_yoon@ml.com
joohong.min@samsung.com

joon.chang@citadelgroup.com
joon.park@citadelgroup.com
joong.kang@columbiamanagement.com
joongsiklee@bok.or.kr
joonsong.kim@lehman.com
joop_bresser@deltalloyd.nl
joos.grapperhaus@sns.nl
joost.bergsma@uk.abnamro.com
joost.bilkes@credit-suisse.com
joost.lobbes@ingim.com
joost.sprokel@ecb.int
joost.strickx@lu.abnamro.com
joost.van.der.does.de.willebois@mail.ing.nl
joost.wijstma@ingim.com
joostdegraaf@bloomberg.net
jootjers@statestreet.com
jor@perrycap.com
joram.friedman@us.hsbc.com
joran_laird@acml.com
jordan.alexander@mackay.com
jordan.barrow@shenkmancapital.com
jordan.d.culp@usa.dupont.com
jordan.floriani@morganstanley.com
jordan.gershuny@morganstanley.com
jordan.low@credit-suisse.com
jordan.lupu@tdsecurities.com
jordan.miller@credit-suisse.com
jordan.miller@hcmny.com
jordan.schreiber@blackrock.com
jordan@pimco.com
jordan_a_segue@fanniemae.com
jordan_barnett@jwhmail.com
jordan_m_stitzer@travelers.com
jordan_winder@freddiemac.com
jordana.marston@uk.fid-intl.com
jordana_nester@ml.com
jordanb8@nationwide.com
jordans@nationwide.com
jordi.martret@andbanc.com
jordi.orriols-gil@rbccm.com
jordi.riera@andbanc.com
jordon.lupu@bmo.com
joreilly@congressasset.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jorg.hampel@uk.fid-intl.com | jorleans2@bloomberg.net |
| jorg.jacobs@ruv.de | jorma.alanne@okobank.com |
| jorg.motel@commerzbank.com | jorma.komulainen@oko.fi |
| jorg.wenzel@db.com | jorma.korhonen@uk.fid-intl.com |
| jorg@continuum.bm | jorma.ollila@nokia.com |
| jorge.araujo@jpmorgan.com | jormsby@smithbreeden.com |
| jorge.c.alvarez@aexp.com | jorn.deboeck@fortisinvestments.com |
| jorge.cunha@bpvn.lu | jorn.jensen@klp.no |
| jorge.diaz-silva@nisanet.com | jorn.p.jensen@carlsberg.com |
| jorge.dorta-monzo@lbbw.de | jorringer@halcyonllc.com |
| jorge.eduardo.marcal@bportugal.pt | jorrit.arissen@fandc.com |
| jorge.espinoza@inginvestment.com | jorrit.vanspaendonck@sns.nl |
| jorge.filipe.nunes@bancobpi.pt | jorser@lkcm.com |
| jorge.gallardo@jpmorgan.com | jortega@accival.com.mx |
| jorge.ibarra-rivera@bbh.com | jortiz@rgonline.com |
| jorge.julio@principal.com | jorussell@frk.com |
| jorge.larangeira@drkw.com | jorvananos@banamex.com |
| jorge.macias@kbcfp.com | jorvre@bloomberg.net |
| jorge.martin@batlantico.es | jos.gisbergen@mn-services.nl |
| jorge.nieves@moorecap.com | jos.kroon@kasbank.com |
| jorge.otero@db.com | jos.limmen@snssecurities.nl |
| jorge.perez@aig.com | josa12@handelsbanken.se |
| jorge.portugal@gcm.com | josalaza@banamex.com |
| jorge.puente@alliancebernstein.com | josapia@tiaa-cref.org |
| jorge.ramirez@ubs.com | josc03@handelsbanken.se |
| jorge.rios@hsbcrepublic.com | josc04@handelsbanken.se |
| jorge.rosas@spinnakercapital.com | joschr@safeco.com |
| jorge.sancho@grupobbva.com | jose.a.ellenberger@credit-suisse.ch |
| jorge.sepulveda@eurobankpr.com | jose.antonio.galeano@bcv.ch |
| jorge.torea@csadvisorypartners.com | jose.antonio.ortiz@jpmorgan.com |
| jorge@epsilonfunds.com | jose.aragon@aig.com |
| jorge_reis@freddiemac.com | jose.arcilla@credit-suisse.com |
| jorgejair_botina@generali.com | jose.arellano@towerbrook.com |
| jorgen.hoholt@nordea.com | jose.barros@bcb.gov.br |
| jorgen.kjaersgaard@alliancebernstein.com | jose.blanco@ubs.com |
| jorgen.olofsson@swedbankrobur.se | jose.cabiedes@grupobbva.com |
| jorie.widener@us.schroders.com | jose.calvo@rnb.it |
| joris.debeul@fortisinvestments.com | jose.canepa@gibuk.com |
| joris.janssen@eu.effem.com | jose.castellon@barclays.co.uk |
| joris.tolenaar@nl.abnamro.com | jose.cea@telefonica-data.com |
| joris.verhoeven@ingim.com | jose.ceajimenez@telefonica.es |
| joris.workel@mn-services.nl | jose.concha@inginvestment.com |
| jorja.iwaszko@advantuscapital.com | jose.cuervo@halbis.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jose.drago@sella.it

jose.garcia@bde.ed

jose.gomez@ubs.com

jose.gonzales@publica.ch

jose.gonzalez@ca-suisse.com

jose.gonzalez@hcmny.com

jose.gonzalez-heres@morganstanley.com

jose.gonzalo@francetelecom.fr

jose.j.sifontes@conoco.com

jose.jimenez@bde.es

jose.luis.borges@bancobpi.pt

jose.luis.escudero@groupama.es

jose.mazas@gcm.com

jose.michan@credit-suisse.com

jose.pereirasilva@bcp.pt

jose.persoz@banquecramer.ch

jose.rodrigo@panglobalfunds.com

jose.rodrigues@cgd.pt

jose.rodriguez@csam.com

jose.rodriguez1@usbank.com

jose.rovalino@ubsw.com

jose.ruiz@boigm.com

jose_carlos_h_doherty@fleet.com

jose_de_leon@dgbank.de

jose_fernandez@ustrust.com

jose_garzon_bce@cajarural.com

jose_louis_duran@carrefour.com

jose_perez@westlb.com

josearc@public.ibercaja.es

josec.duran@t-interactiva.com

josee.kui@alliancebernstein.com

joseeduardo.homemdemontes@juliusbaer.com

joseemilio.gumiel@ecb.int

josef.bernhard@rcm.at

josef.falzberger@schoellerbank.at

josef.gollwitzer@mail.psk.co.at

josef.graber@ubs.com

josef.gruber@bayernlb.de

josef.helmes@aam.de

josef.holzer@bhf-bank.com

josef.hutter@kzvk.de

josef.kerschbaumer@amg.co.at

josef.kobler@lbbw.de

josef.pfleger@erstebank.at

josef.rest@ubs.com

josef.ruettimann@lgt.com

josef.stadler@kathrein.at

josefa.llinares@db.com

josefine.tuppeck@dresdner-bank.com

josefpitera@bankofny.com

josefrancisco.diaz@cajaduero.es

joseignacio.uriarte@cajalaboral.es

joseja.diez@grupobbva.com

joselle.duncan@barclaysglobal.com

jose-luis.bilbao@bnpparibas.com

jose-luis.vega@ubs.com

josemanuel.jimenezm@santalucia.es

jose-manuel.uribarren@barclays.co.uk

josemarin.arcas@ecb.int

josemario.dominguezoutomuro@antar.es

josenrique.sola@telefonica.es

joseoh.petco@merck.com

josep.garcia@caixacatalunya.es

josepantoni.cerdan@andbanc.com

joseph.a.vicich@credit-suisse.com

joseph.alvarez@siemens.com

joseph.andrews@fidelity.com

joseph.axtell@db.com

joseph.b.tully@usa.dupont.com

joseph.bacchi@morganstanley.com

joseph.ballaera@morganstanley.com

joseph.bargdill@4086.com

joseph.baumeler@csam.com

joseph.bechara@barclayscapital.com

joseph.belew@usbank.com

joseph.betlej@advantuscapital.com

joseph.blair@advest.com

joseph.bossong@wachovia.com

joseph.bow@reuters.com

joseph.braccia@morganstanley.com

joseph.brehl@pnc.com

joseph.brennan@alliancebernstein.com

joseph.brophy@prudential.com

joseph.caminiti@barclaysglobal.com

joseph.carchidi@rbsgc.com

joseph.cardello@moorecap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| joseph.carvin@db.com | joseph.h.chia@jpmorgan.com |
| joseph.castanza@citi.com | joseph.h.huston@dartmouth.edu |
| joseph.chapey@ubs.com | joseph.hamilton@insightinvestment.com |
| joseph.chi@dfafunds.com | joseph.hartswell@aig.com |
| joseph.chi@dimensional.com | joseph.hayek@alliancebernstein.com |
| joseph.ciufo@pncbank.com | joseph.hazelwood@fandc.com |
| joseph.connors@pncadvisors.com | joseph.hensen@dexia-bil.com |
| joseph.crowell@corporate.ge.com | joseph.hissong@swissre.com |
| joseph.crutchley@jpmchase.com | joseph.holinka@usbank.com |
| joseph.curley@fmr.com | joseph.hondros@msdw.com |
| joseph.d.cauthen@bankofamerica.com | joseph.hong@deshaw.com |
| joseph.d'abruzzo@credit-suisse.com | joseph.hughes@boimail.com |
| joseph.dangelo@prudential.com | joseph.hughes@depfa.com |
| joseph.davidson@sscims.com | joseph.igoe@bankofamerica.com |
| joseph.deane@ssmb.com | joseph.janocko@bcbsfl.com |
| joseph.deluca@hcmny.com | joseph.jiang@clinton.com |
| joseph.denski@nationalcity.com | joseph.jordan@pnc.com |
| joseph.deperio@clinton.com | joseph.khalil@soros.com |
| joseph.dona@alliancebernstein.com | joseph.kim@db.com |
| joseph.donner@citadelgroup.com | joseph.kippels@barclaysglobal.com |
| joseph.dutkiewicz@associatedbank.com | joseph.knecht@harrismycfo.com |
| joseph.dutton@statestreet.com | joseph.knisely@pnc.com |
| joseph.eichler@ge.com | joseph.kulczuckj@lazard.com |
| joseph.elegante@alliancebernstein.com | joseph.kung@db.com |
| joseph.emgelhart@allianz.de | joseph.lantz@pncbank.com |
| joseph.f.nevins@db.com | joseph.lavorgna@db.com |
| joseph.fabre@jpmorgan.com | joseph.lemanowicz@prudential.com |
| joseph.ferretti@alliancebernstein.com | joseph.linhares@barclaysglobal.com |
| joseph.fersedi@alliancebernstein.com | joseph.logiudice@alliancebernstein.com |
| joseph.fioretta@hcmny.com | joseph.m.harrigan@aib.ie |
| joseph.fortier@schwab.com | joseph.macku@ubs.com |
| joseph.g.mcmahon@wellsfargo.com | joseph.madrid@nationalcity.com |
| joseph.gaffoglio@mutualofamerica.com | joseph.mancini@ubs.com |
| joseph.gallivan@alexanderkey.com | joseph.mares@glgpartners.com |
| joseph.genco@westernasset.com | joseph.marini@columbiamanagement.com |
| joseph.geronimo@db.com | joseph.markovich@columbiamanagement.com |
| joseph.giammerella@rbccm.com | joseph.mauro@gs.com |
| joseph.gieker@wachovia.com | joseph.mcalinden@morganstanley.com |
| joseph.giunta@moorecap.com | joseph.mccabe@gm.com |
| joseph.gorder@valero.com | joseph.mcfadden@aberdeen-asset.com |
| joseph.greenwald@pimco.com | joseph.mcquade@corporate.ge.com |
| joseph.grisejr@alliancebernstein.com | joseph.mehlman@morganstanley.com |
| joseph.guirguis@pimco.com | joseph.mirsky@bbh.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| joseph.mollica@prudential.com | joseph.travaglione@us.hsbc.com |
| joseph.montalto@jpmorgan.com | joseph.treadway@fmr.com |
| joseph.mullally@ubs.com | joseph.trmarchi@morganstanley.com |
| joseph.myers@aig.com | joseph.tully@prudential.com |
| joseph.narens@pimco.com | joseph.ulrey@fafadvisors.com |
| joseph.naughton@aib.ie | joseph.ulrey@usbank.com |
| joseph.nestor@citigroup.com | joseph.valade@fmr.com |
| joseph.newell@ubs-oconnor.com | joseph.van.den.heuvel@nl.abnamro.com |
| joseph.nocera@genworth.com | joseph.vessecchia@siemens.com |
| joseph.ofei@bankofamerica.com | joseph.vultaggio@inginvestment.com |
| joseph.palowich@fmr.com | joseph.w.dvirgilio@jpmorganfleming.com |
| joseph.panchamsingh@bbh.com | joseph.w.walden@jpmorgan.com |
| joseph.peddrick@harrisbank.com | joseph.wassong@fmr.com |
| joseph.philips@aig.com | joseph.wong@chase.com |
| joseph.pittman@ubs.com | joseph.yacone@pnc.com |
| joseph.portera@mackayshields.com | joseph.yallop@blackrock.com |
| joseph.posillico@ny.frb.org | joseph.yeon@pimco.com |
| joseph.prial@corporate.ge.com | joseph.zalewski@ubs.com |
| joseph.quirk@lehman.com | joseph.zhang@sg.pimco.com |
| joseph.r.butler@csam.com | joseph.zimbalist@db.com |
| joseph.r.dewhirst@citizensbank.com | joseph.zymroz@pnc.com |
| joseph.ritter@soros.com | joseph@cfam.com |
| joseph.robison@nationalcity.com | joseph@ruanecunniff.com |
| joseph.rodgers@blackrock.com | joseph_arcieri@morganstanley.com |
| joseph.rotter@citadelgroup.com | joseph_brennan@vanguard.com |
| joseph.russo@lbbwus.com | joseph_byrne@putnam.com |
| joseph.rys@erieinsurance.com | joseph_carroll@westlb.com |
| joseph.s.jang@jpmorgan.com | joseph_casal@putnam.com |
| joseph.saberito@daiwausa.com | joseph_castelluccio@prusec.com |
| joseph.savino@prudential.com | joseph_conklin@ml.com |
| joseph.scanlan@advantuscapital.com | joseph_croteau@troweprice.com |
| joseph.schatz@prudential.com | joseph_d_polsinelli@key.com |
| joseph.schwaba@fhlb-pgh.com | joseph_davis@freddiemac.com |
| joseph.scoby@ubs-oconnor.com | joseph_davis@vanguard.com |
| joseph.seo@americas.bnpparibas.com | joseph_e_camp@fmgc.com |
| joseph.shaposhnik@fmr.com | joseph_fath@troweprice.com |
| joseph.siano@jpmchase.com | joseph_ferrari@vanguard.com |
| joseph.soukp@fmr.com | joseph_fischer@ohionational.com |
| joseph.sueke@morganstanley.com | joseph_forgie@nacm.com |
| joseph.swanson@cbcf.com | joseph_gallagher@ustrust.com |
| joseph.tamboli@bmo.com | joseph_gardino@ustrust.com |
| joseph.tascone@rocklandtrust.com | joseph_geraghty@hvbamericas.com |
| joseph.tessmer1@usbank.com | joseph_jelincic@calpers.ca.gov |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| joseph_laspina@acml.com | josep-ramon.aixela@caixacat.es |
| joseph_lee@scudder.com | joserac@public.ibercaja.es |
| joseph_m_szabo@bankone.com | joses@mcm.com |
| joseph_marus@ssga.com | joses@princeton.edu |
| joseph_matteo@ml.com | josesanchezuser@company.com |
| joseph_mayo@conning.com | josette.nowicki@citadelgroup.com |
| joseph_mchale@freddiemac.com | josette.tapponier@bbls.ch |
| joseph_meawad@newton.co.uk | josh.blacher@db.com |
| joseph_modica@ml.com | josh.bodin@pnc.com |
| joseph_molloy@ntrs.com | josh.bouchard@bwater.com |
| joseph_morano@canadalife.com | josh.buffolino@kochfinancial.com |
| joseph_mouridy@nylim.com | josh.burwick@moorecap.com |
| joseph_muscarella@putnam.com | josh.d.bales@wellsfargo.com |
| joseph_r_dewhirst@fleet.com | josh.dapice@faralloncapital.com |
| joseph_rohm@troweprice.com | josh.davis@pimco.com |
| joseph_rosenblum@acml.com | josh.denzinger@rbccm.com |
| joseph_rotondo@invesco.com | josh.evans@calvert.com |
| joseph_stagi@fanniemae.com | josh.h.brunner@jpmorgan.com |
| joseph_stephan@keybank.com | josh.hall@pnc.com |
| joseph_torres@freddiemac.com | josh.kao@chinatrust.com.tw |
| joseph_towell@putnam.com | josh.kapp@columbiamanagement.com |
| joseph_v_keltz@vanguard.com | josh.lane@ssmb.com |
| joseph_vayda@keybank.com | josh.lavik@wamu.net |
| joseph_zhu-carnevale@progressive.com | josh.mahon@inginvestment.com |
| joseph-0080@email.esunbank.com.tw | josh.mastin@lgim.co.uk |
| joseph-anthony.sawe@ubs.com | josh.passman@citadelgroup.com |
| josephd@jwseligman.com | josh.shannon@honeywell.com |
| joseph-emmanuel.a.trojman@socgen.com | josh.silverstein@hcmny.com |
| josephina.maguigad@pnc.com | josh.smith@mortgagefamily.com |
| josephine.chu@barclaysglobal.com | josh.spencer@fmr.com |
| josephine.jimenez@wellsfargo.com | josh.taft@barclaysglobal.com |
| josephine.learmond-criqui@morganstanley.com | josh@caxtonrvh.com |
| josephine.lenehan@uk.fid-intl.com | josh@sandlercap.com |
| josephine.martinez@db.com | josh_byrne@putnam.com |
| josephine.mui@mandg.co.uk | josh_c_barrickman@vanguard.com |
| josephine.newman@prudential.com | josh_fiennes@ntrs.com |
| josephine.shea@himco.com | josh_lisser@acml.com |
| josephine_sullivan@bankofscotland.co.uk | josh_mcauliffe@invesco.com |
| josephine_th_wong@hkma.gov.hk | josh_nash@ulyss.com |
| josephm@qualcomm.com | josh_spencer@troweprice.com |
| josephs@tmgny.com | josh_taylor@cargill.com |
| josephsheer@clinton.com | josh_tyson@troweprice.com |
| josephyeh@dbs.com | joshea@fnni.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

josheffendi@dbs.com
joshi.dhavel@jpmorganfleming.com
joshi.dhiren@barcap.com
joshi.r@sicapital.com
joshi.venugopal@novartis.com
joshua.alpert@moorecap.com
joshua.denham@delta.com
joshua.duhl@bernstein.com
joshua.farber@barcap.com
joshua.fox@tudor.com
joshua.friedberg@blackrock.com
joshua.friedman@st.com
joshua.frost@ny.frb.org
joshua.galaun@db.com
joshua.gatmaitan@aig.com
joshua.givelber@morganstanley.com
joshua.goldstein@aiminvestments.com
joshua.gravel@ibtco.com
joshua.grumer@tcw.com
joshua.hawkins@pimco.com
joshua.hodgson@mortgagefamily.com
joshua.hunt@micorp.com
joshua.kakel@pnc.com
joshua.katz@pimco.com
joshua.kazdin@lazard.com
joshua.klaetsch@advantuscapital.com
joshua.kramer@hcmny.com
joshua.krasner@ubs.com
joshua.lavender@gm.com
joshua.lavender@gmam.com
joshua.linder@deshaw.com
joshua.margulies@barclaysglobal.com
joshua.mccallum@ubs.com
joshua.mcinerney@tudor.com
joshua.overholt@usbank.com
joshua.p.golden@jpmorgan.com
joshua.phillips@mac.com
joshua.shaskan@transamerica.com
joshua.smith@ehy-us.com
joshua.stone@ubs.com
joshua.tan@mail.ing.nl
joshua.thimons@rbsgc.com
joshua.turkington@hk.nomura.com

joshua.vollertsen@credit-suisse.com
joshua.white@citadelgroup.com
joshua.wilkes@db.com
joshua.winchester@inginvestment.com
joshua.wright@ny.frb.org
joshua.yelsey@pimco.com
joshua.zwass@yahoo.com
joshua.zwick@blackrock.com
joshua_a_peterson@keybank.com
joshua_adler@glic.com
joshua_botnick@nylim.com
joshua_brenner@countrywide.com
joshua_brooks@putnam.com
joshua_cooney@invesco.com
joshua_cummings@putnam.com
joshua_holden@countrywide.com
joshua_m_seiff@fanniemae.com
joshua_nelson@troweprice.com
joshuafan@yahoo.com
josiane.pensier@saint-gobain.com
josianne.bonnet@caam.com
josianne.nanchen@bcv.ch
josie_cy_wong@hkma.gov.hk
josiely.hermida@pioneerinvest.com
josien.piek@ingim.com
josier@wbcap.net
joslyn.suriel@pioneerinvest.com
josney@bcee.lu
josp01@handelsbanken.se
jossef.assis@uk.fid-intl.com
josselin.lecuyer@bnpparibas.com
joswan@safeco.com
joudijk@generali.nl
jouh.sun@ibtco.com
jouji.ishikawa@boj.or.jp
jouke.douma@zugerkb.ch
jouni.jarviluoma@okobank.com
jouni.parviainen@sampo.fi
jouni.salmenkivi@nordea.com
jouni.timonen@ecb.int
jovan.avramovic@caam.com
jovany_larroche@acml.com
jovillan@notes.banesto.es

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jow_doris@jpmorgan.com | joytay@gic.com.sg |
| jowalker@microsoft.com | joywong@bankofny.com |
| jowe03@handelsbanken.se | joyyxu@wharton.upenn.edu |
| jowens@gwkinc.com | jozef_bala@generali.com |
| joy.belle@7bridgescap.com | jozef_hoschek@koba.sk |
| joy.das@sgcib.com | j-p.bry@caam.com |
| joy.gruber@firstmidwest.com | jp.burki@bbbsa.ch |
| joy.holmes-anckle@morleyfm.com | jp.darque@uk.danskebank.com |
| joy.kiely@bnpparibas.com | jp.eyok@probtp.com |
| joy.kousoulas@rbsgc.com | jp.yarusinski@truscocapital.com |
| joy.mahato@fmr.com | jp@jyskebank.dk |
| joy.mukherjee@swib.state.wi.us | jp@mcm.com |
| joy.sumner@sscims.com | jp135@ntrs.com |
| joy.yang@insightinvestment.com | jpackard@jhancock.com |
| joy_furmick@ml.com | jpadilla@abasesores.es |
| joyce.cacal@hp.com | jpage@steinroe.com |
| joyce.chiang@wcmadvisors.com | jpaladino@ustrust.com |
| joyce.choi@tudor.com | jpalazola@loomissayles.com |
| joyce.condon@prudential.com | jpalermo@chicagoequity.com |
| joyce.johnson@rochester.edu | jpalmela@servibanca.pt |
| joyce.libby@waypointbank.com | jpalmer@websterbank.com |
| joyce.manalo@drkw.com | jpalmieri@refco.com |
| joyce.ollunga@bankofamerica.com | jpalomar@public.ibercaja.es |
| joyce.r.starks@bankofamerica.com | jpalomero@grupobbva.com |
| joyce.tanml@uobgroup.com | jpalumbo@concordiafunds.com |
| joyce.zacks@phs.com | jpan@fhlbc.com |
| joyce_diaz@ml.com | jpanastasia@delinvest.com |
| joyce_dragone@putnam.com | jpangallozzi@amre.com |
| joyce_gallie@capgroup.com | jpankratz@bloomberg.net |
| joyce_kuo@cathaybank.com | jpannel@ssm.com |
| joyce_newman@prusec.com | jpaquette@copera.org |
| joyce_rowan@calpers.ca.gov | jparascandola@bci.it |
| joyce_sin@commerzbank.com.sg | jparchidec@yahoo.fr |
| joyce_taylor@westlb.co.uk | jpardos@iberdrola.es |
| joyceho@gic.com.sg | jparise@alaskapermfund.com |
| joycelee@cathaylife.com.tw | jpark@bok.or.kr |
| joycelyn_byers@bankone.com | jpark@fhlbsea.com |
| joycelynlee@mfs.com | jpark@leggmason.com |
| joyceng@mas.gov.sg | jpark@loomissayles.com |
| joyli@bloomberg.net | jpark@manubank.com |
| joyner.joanne@nomura-asset.com | jpark@us.nomura.com |
| joyolin_brown@dpimc.com | jpark@westernasset.com |
| joyp@capgroup.com | jparker@bpbtc.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jparker@unumprovident.com
jparker@wellington.com
jparker2@bloomberg.net
jparrot@perrycap.com
jparsons@bloomberg.net
jparsons@eatonvance.com
jparsons@the-ark.com
jpasko@federatedinv.com
jpatafio@tudor.com
jpatel@bear.com
jpattalino@allegiancecapital.com
jpattit@jennison.com
jpavao@standishmellon.com
jpbansal@rbi.org.in
jpbowman@stifel.com
jpbrillaud@eutelsat.fr
jpbruhin@bper.ch
jpbry@mcleanbudden.com
jpc@ahorro.com
jpccfa@aol.com
jpcollin@groupe-ufg.com
jpd@ntrs.com
jpd1@ntrs.com
jpe@bancoinversion.es
jpeaslee@chotin.com
jpeck@bankofny.com
jped@nykredit.dk
jpedrero@ceca.es
jpedro@babsoncapital.com
jpellegrino@hellerfin.com
jpeng@ryanlabs.com
jpenner@refco.com
jperalgu@bankinter.es
jperalta@banco-privado.pt
jperez@calstrs.com
jperez@dsaco.com
jperez1@bspr.com
jpergolin@royalbankamerica.com
jperina@csob.cz
jperkin@siebertnet.com
jperkins@mfs.com
jperri@apollocapital.com
jperry@dominickanddominick.com

jperuyero@metlife.com
jpeter@maninvestments.com
jpeterson5@bloomberg.net
jpetramale1@metlife.com
jpetrides@bear.com
jpetsoul@princeton.edu
jpetty@loomissayles.com
jpetzold@calstrs.com
jpfeketie@leggmason.com
jpfertner@hcmlp.com
jpgalichon@terex.com
jph@summitpartnersllc.com
jph4@ntrs.com
jphcpa@aol.com
jpheinrich@mcm.com
jphelan@deerfieldcapital.com
jphilbin@standishmellon.com
jphillips@fultonfinancialadvisors.com
jphipps@university-lending.com
jphoffman@wellington.com
jphoffmann@wellington.com
jpiampiano@hbk.com
jpiccard@lordabbett.com
jpickart@state.st.com
jpickens@bloomberg.net
jpickler@tswinvest.com
jpiedrah@ford.com
jpienta@tmgchicago.com
jpierce@farcap.com
jpinto@essexinvest.com
jpiotrowski@mfs.com
jpipia@tiaa-cref.org
jpjette@lacaisse.com
jpk@ntrs.com
jpkalia@comerica.com
jplaga@canyonpartners.com
jplamour@ofina.on.ca
jplasco@collins-stewart.com
jplock@fdic.gov
jplush@websterbank.com
jpluta@jhancock.com
jpm@atalantasosnoff.com
jpm@dodgeandcox.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jpmahaney@nb.com
jpmarion@berkeleycm.com
jpmarson@bnpparibas.com
jpmccarthy@delinvest.com
jpmim.us.equity.traders@jpmorgan.com
jpn@wmblair.com
jpobletm@cajamadrid.es
jpobrien@bankofny.com
jpoglitsch@hcmlp.com
jpolk@lasers.state.la.us
jpolseno@statestreet.com
jpolsky@metlife.com
jpomeroy@frk.com
jpontone@the-ark.com
jpoot@aegon.nl
jporti@ftci.com
jposner@matrixassetadvisors.com
jpost@hbk.com
jpotee@troweprice.com
jpotenta@metlife.com
jpotgieter2@bloomberg.net
jpotter@fhlbc.com
jpoulsen@worldbank.org
jpowell@babsoncapital.com
jpowers@denveria.com
jpowers@ups.com
jpoxon@llic.com
jpozharny@tiaa-cref.org
jprado@troweprice.com
jpratt@atlanticasset.com
jprendergast@smithbreeden.com
jprestine@roxcap.com
jprestine@senecacapital.com
jprey@troweprice.com
jprice@kishbank.com
jprice@nittanybank.com
jprin@bear.com
jprince@babsoncapital.com
jpruskowski@blackrock.com
jpsanchez@uef.es
jpsbraga@bportugal.pt
jpscandalios@frk.com
jpsmith@pictet.com

jpt1@bloomberg.net
jpuchon@metlife.com
jpugh@ustrust.com
jputnam@mt.gov
jputnam@oppenheimerfunds.com
jpv.ef@adia.ae
jpv.tu@adia.ae
jpweaver@mcglinncap.com
jpx@americancentury.com
jpxhonneux@bloomberg.net
jpxw@capgroup.com
jqc@wharton.upenn.edu
jqfan@princeton.edu
jqh3@cornell.edu
jqiao@bear.com
jql@capgroup.com
jqm@bpi.pt
jquadrado@banco-privado.pt
jquartarolo@mdsass.com
jquingert@abimltd.com
jquinn@bankofny.com
jquinn@wellingtonmgt.com
jquinn1@bear.com
jquirosm@cajamadrid.es
jqx@capgroup.com
jr114@ntrs.com
jr69@ntrs.com
jrabineau@aegonusa.com
jrada@invercaixa.es
jradick@fult.com
jradick@thecolumbiabank.com
jradtke@templeton.com
jragan@kbw.com
jrailey@sirachcap.com
jraine@coair.com
jrallo@manubank.com
jralward@uss.com
jramachandran@westernasset.com
jramey@us.ca-indosuez.com
jramirez@accival.com.mx
jramirez7@bloomberg.net
jramos@ambac.com
jramsay@sunamerica.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jrandolph@cantor.com | jrfc@pge.com |
| jrangi@mfs.com | jrg1@ntrs.com |
| jrank@aegonusa.com | jrg9@ntrs.com |
| jrao@caxtonhealth.com | jrgannon@bankofny.com |
| jraphael@nylb.org | jrgarcia@banxico.org.mx |
| jrath@voyageur.net | jrgonzalez@bankofny.com |
| jrav@capgroup.com | jrguerra@ahorro.com |
| jraval@ftci.com | jrh@bankinvest.com |
| jravida@bpbtc.com | jrha@danskebank.dk |
| jraxter@rbmg.com | jrhee@canyonpartners.com |
| jraymon@frk.com | jrhee@mfs.com |
| jraymundo@fftw.com | jrhodes@ag-am.com |
| jrazzano@babsoncapital.com | jrhodes@bankofny.com |
| jrb@dodgeandcox.com | jriccardo@bear.com |
| jrbaxter@delinvest.com | jrice@dadco.com |
| jrbigger@papl.com | jrichard@invest.treas.state.mi.us |
| jrcoco@statestreet.com | jrichardson@firststate.co.uk |
| jrd9@ntrs.com | jrichardson@munder.com |
| jrdemoss@aegonusa.com | jrichardson@sunbankpa.com |
| jread@hanson.co.uk | jrichter@fhlbc.com |
| jreddick@babsoncapital.com | jrickels@aegonusa.com |
| jredding@eatonvance.com | jricome@bloomberg.net |
| jreddy@aicm.com | jridgewell@newstaram.com |
| jreed@barbnet.com | jrieger@caxton.com |
| jreed@ofii.com | jriepe@troweprice.com |
| jregan@cantor.com | jriley@mtildn.co.uk |
| jregueiro@bbvnet.com | jrisner@sunamerica.com |
| jrehor@thirdave.com | jritchie@loomissayles.com |
| jreid@btmna.com | jrivkin@nb.com |
| jreid@everestcapital.com.au | jrj@jyskebank.dk |
| jreilly@millburncorp.com | jrlee@mas.gov.sg |
| jreiter@oppenheimerfunds.com | jrlh@bloomberg.net |
| jreitler@bloomberg.net | jrm@capgroup.com |
| jreitz@fnbalaska.com | jrm@dodgeandcox.com |
| jrejas@bankofny.com | jrmac@bloomberg.net |
| jremillard@bradfordmarzec.com | jrmahoney@bloomberg.net |
| jremmert@ftci.com | jrmcampbell@scotiabank.ie |
| jren@concordiafunds.com | jrmyers@bloomberg.net |
| jrengar@templeton.com | jrn@bankinvest.dk |
| jrevitz@bayharbour.com | jrnogues@caixatarragona.es |
| jreyes@sdcera.org | jroberts@fdic.gov |
| jreyes@sterlingpartners.us | jroberts@hestercapital.com |
| jreynolds@sarofim.com | jroberts@mcdinvest.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jroberts@williamblair.com | jrr@columbus.com |
| jrobins@kbw.com | jrroberts@wellington.com |
| jrobinson@charles-stanley.co.uk | jrryan@wellington.com |
| jrobinson@hcmlp.com | jrryan@wellmanage.com |
| jrobredo@bbk.es | jrsantos@metlife.com |
| jrocafort@mdsass.com | jrsiraki@nochubank.or.jp |
| jrocca@williamblair.com | jrt@turnerinvestments.com |
| jrochwerg@apollocapital.com | jrtutino@lazard.com |
| jrodrig@dcf.pemex.com | jru@nbim.no |
| jrodriguez@orientalfg.com | jru@soam.com |
| jrodriguezmelager@grupobbv.com | jrubenstein@caxton.com |
| jroele@europeancredit.com | jrubin@nyl.com |
| jrogan@jefco.com | jrubin@resurgencellc.com |
| jrogowsky@meag-ny.com | jrudy@frk.com |
| jrojas@princeton.edu | jruez@pictet.com |
| jrol@aegon.nl | jrugen@bloomberg.net |
| jrolander@bloomberg.net | jruiz@pictet.com |
| jrolston@tiaa-cref.org | jrunnion@erstebank.com |
| jroman@jhancock.com | jrupp@inv.uchicago.edu |
| jromano@tiaa-cref.org | jrushin@sunamerica.com |
| jromao@generali.pt | jrussel@mfs.com |
| jromero@grupobbva.com | jrusso@bankofny.com |
| jronda@cajadeburgos.es | jrutig@bloomberg.net |
| jrorke@angelogordon.com | jruz@ahorro.com |
| jrosenberg@citadel.com | jruzicka@federatedinv.com |
| jrosenberg@ihc-geneve.com | jrw9343@gsk.com |
| jrosenberg@loews.com | jryu@tudor.com |
| jrosenberg@sterlingpartners.us | jryvicker@metlife.com |
| jrosenthal@metlife.com | js.paley@whartonco.com |
| jrosner@deerfieldcapital.com | js131@ntrs.com |
| jrossi@bofa.com | js142@ntrs.com |
| jrossi@smithmgtllc.com | js201@ntrs.com |
| jroth@bloomberg.net | js243@georgetown.edu |
| jrothenberg@metlife.com | js5@americancentury.com |
| jrothman@nabny.com | js97@ntrs.com |
| jrouse@jennison.com | jsa@ubp.ch |
| jrowen@rentec.com | jsaavedra@schny.com |
| jrowlett@oppenheimerfunds.com | jsabat@hbk.com |
| jrowley@opcap.com | jsacks@russell.com |
| jrowlinson@westernasset.co.uk | jsacks@stonehillcap.com |
| jrozali-wathooth@hcmlp.com | jsadeghi@oppenheimerfunds.com |
| jrp@danskebank.dk | jsafran@bradfordmarzec.com |
| jrpercival@bloomberg.net | jsage@mfs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

j-sakasaki@nissay.co.jp
jsala@fibanc.es
jsalavert@bcj.gbancaja.com
jsalmeri@firstmanhattan.com
jsalsbery@troweprice.com
jsalsgiv@genre.com
jsalzwed@amfam.com
jsamet@ellington.com
jsampson@foxasset.com
jsamuel@babsoncapital.com
jsanberg@tigerglobal.com
jsanchez@creditandorra.ad
jsanchez@rgcrownbank.com
jsanchez@ubs.com
jsanchor@repsolpf.com
jsander@waddell.com
jsanders@bokf.com
jsanders@husic.com
jsanderson2@bloomberg.net
jsandoval@rgonline.com
jsandt@essabank.com
jsanford@babsoncapital.com
jsankovic@bloomberg.net
jsansone@wellington.com
jsantero@ti.telefonica.es
jsantiago@merctrust.com
jsantmar@notes.banesto.es
jsanzc@repsolypf.com
jsarff@davisham.com
jsaryan@eatonvance.com
jsasanfar@moneygram.com
jsassoon@rockfound.org
jsatkins@ftb.com
jsaunders@jennison.com
jsaunders@martincurrie.com
jsaurina@bde.es
jsauvez@bloomberg.net
jsavarese@westernasset.com
jsayegh@nysif.com
jsaz@bloomberg.net
jsb.eu@adia.ae
jsb@capgroup.com
jsb92@cornell.edu

jsbecker@ibtco.com
jsblout@wellington.com
jsboyd-secu@att.net
jsbyrd@us.fortis.com
jsc5@ntrs.com
jscalise@mcglinncap.com
jscanlon@kbw.com
jsch@danskebank.dk
jscha@bok.or.kr
jschaefer@aamcompany.com
jschaefer@nb.com
jschaeffer@aegonusa.com
jschappe@bbandt.com
jscharf@caxton.com
jscheibel@rnt.com
jscheir@apollocapital.com
jschets@saralee-de.com
jschier@mmwarburg.com
jschillaci@jhancock.com
jschilling@farcap.com
jschimmer@dkpartners.com
jschleif@allstate.com
jschlein@metlife.com
jschlicher@loomissayles.com
jschloss@aegonusa.com
jschmic@frk.com
jschmidt@union-investment.de
jschmidt-radtfeldt@meag.com
jschmitt@hbk.com
jschnabel@tiaa-cref.org
jschnitzius@everbank.com
jschnorr@bankofny.com
jschock@trmshedge.com
jschoenmaker@bloomberg.net
jscholnick@westernasset.com
jschori@bear.com
jschouwey@bloomberg.net
jschristensen@wellscap.com
jschrotberger@turnerinvestments.com
jschuber@amfin.com
jschultz@loomissayles.com
jschultz14@bloomberg.net
jschuster@mfs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jschwartz@payden-rygel.com

jschwartz@willowbridge.com

jscordia@bankofny.com

jscott@microsoft.com

jscott@sagitta.co.uk

jscotty@us.ibm.com

jscowcroft@wasatchadvisors.com

jscullion@federatedinv.com

jscurran@wellington.com

jsd.eu@adia.ae

jsdofshjef@lahjgoh.com

jseguino@ford.com

jseigel@princeton.edu

jseitz@meag.com

jself@tiaa-cref.org

jsellers@atlanticasset.com

jselman@oppenheimerfunds.com

jsempere@cam.es

jseppala@sisucapital.com

jsergeant@hbk.com

jserocca@mandtbank.com

jserrato@fhlbatl.com

jsetzenfand@federatedinv.com

jseveral@ag-am.com

jseward@europeancredit.com

jsf2@ntrs.com

jshafer@wellington.com

jshalala@essexinvest.com

jshames@mfs.com

jshanaha@roxcap.com

jshanahan@pacholder.com

jshane@tiaa-cref.org

jshannon@babsoncapital.com

jshannon@metlife.com

jshapiro@jennison.com

jsharp@loomissayles.com

jsharpe@westernasset.com

jshaskon@westcapinv.com

jshaughnessy@hellmanjordan.com

jsheeha@templeton.com

jshelbourne@westpac.co.au

jsheridan@templeton.com

jsherren@ftportfolios.com

jsherwin@ers.state.tx.us

jshi@bear.com

jshiel@wrberkley.com

jshields@oppenheimerfunds.com

jshilkett@hcmlp.com

jshimizu@jp.statestreet.com

jshimmachi@ibjus.com

jshock@efib.state.id.us

jshort@farcap.com

jshort@ustrust.com

jsidawi@federatedinv.com

jsiegel@troweprice.com

jsieren@smithbreeden.com

jsiew@perrycap.com

jsifert@fsa.com

jsigmon@hcmlp.com

jsimpson@canyonpartners.com

jsinaikin@evcap.com

jsinclair@houston.rr.com

jsindelar@nylim.com

jsindelar@xroadcapital.com

jsinger@dsaco.com

jsingh@metlife.com

jsinghal@farmermac.com

jsingson@canyonpartners.com

jsinks@sib.wa.gov

jsitek@wilmingtontrust.com

jsitzmann@buffalofunds.com

jsivigny2@bloomberg.net

jsjuan@kdb.co.kr

jsjun2@hotmail.com

jsk@capgroup.com

jsk@knbank.co.kr

jskinner@barrowhanley.com

jskinner@roycenet.com

jskornicka@munder.com

jslankas@bloomberg.net

jslater@municrest.com

jslater@troweprice.com

jslavik@loomissayles.com

jsleigh@recordcm.com

jslijkerman@aegon.nl

jslipher@fhlbi.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

jsloane@century-bank.com
jslocum@ingalls.net
jsm.tr@adia.ae
jsmalen@wolterskluwer.com
jsmarino@metlife.com
jsmeltzer@lordabbett.com
jsmigiel@seic.com
jsmith@acml.com
jsmith@canyonpartners.com
jsmith@caxton.com
jsmith@lincap.com
jsmith@oppenheimerfunds.com
jsmith@stephens.com
jsmith@ustrust.com
jsmith@wga.com
jsmith4@tiaa-cref.org
jsmith58@bloomberg.net
jsn@mfs.com
jsnaidu@wellington.com
jsnyder@deerfieldcapital.com
jsnyder@frk.com
jsnyder@jhancock.com
jso@westernasset.com
jsobremazas@grupobbva.com
jsokol@sarofim.com
jsolis@ahorrocorporacion.com
jsomers@tiaa-cref.org
jsommariva@standishmellon.com
jsong@aegonusa.com
jsong@fftw.com
jsordoni@troweprice.com
jsorensen@lbfc.com
jsoroeta@bppr.com
jsorrentino@perrycap.com
jsoto@ofii.com
jsoukas@wellington.com
jsoutter@bloomberg.net
jspagoletti@atgsystems.com
jspark@hanabank.co.kr
jspencer@tiaa-cref.org
jspeterson@wellington.com
jspi@uk.danskebank.com
jspice@ci.com

jspicer@glic.com
jspidle@loomissayles.com
jspirgel@bankofny.com
jsprow@smithbreeden.com
jsr@danskecapital.com
jsrosen@aegonusa.com
jsrosen@oppenheimerfunds.com
jss_shin@yahoo.co.kr
jsstevens@metlife.com
jstabile@lordabbett.com
jstack@csas.cz
jstack@opers.org
jstaggs@hcmlp.com
jstallings@hbk.com
jstamler@millertabak.com
jstapleton@ifc.org
jstarbird@loomissayles.com
jstarks@metlife.com
jstarrick@mfs.com
jstaskel@yesbank.com
jstathos@midstatebank.com
jste@us.danskebank.com
jstebner@bloomberg.net
jstecher@gm.com
jsteeds@bloomberg.net
jsteel@federatedinv.com
jsteinberg@sprintmail.com
jsteiner@sternagee.com
jsteinkirchner@bankofthewest.com
jstella@bofa.com
jstelwagon@dlbabson.com
jstemmle@globeop.com
jstep@nysif.com
jstephan@wellington.com
jstephens@fhlbdm.com
jstewart@farmcredit-ffcb.com
jstewart@soam.com
jstewart@wasatchadvisors.com
jstiles@birchhilladvisors.com
jstill@btmna.com
jstit@voyageur.net
jstocks@mfs.com
jstofkoper@lordabbett.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jstolze@woodman.com | jtarpey@frk.com |
| jstout@bayharbour.com | jtattwood@bloomberg.net |
| jstreun@ers.state.tx.us | jtaussik@icbny.com |
| jstuart@hcmlp.com | jtavolieri@bloomberg.net |
| jsu@nbim.no | jtay@aamcompany.com |
| jsuber@unumprovident.com | jtaylor@loomissayles.com |
| jsulecki@nb.com | jtaylor@roycenet.com |
| jsullivan@doil.com | jtaylor-firth@sfim.co.uk |
| jsullivan@lincap.com | jtaymuree@tiaa-cref.org |
| jsullivan@standishmellon.com | jtazawa@us.mufg.jp |
| jsummers@tiaa-cref.org | jtb@dodgeandcox.com |
| jsun@citadelgroup.com | jtchong@aegonusa.com |
| jsundeen@waddell.com | jtebeka@oddo.fr |
| jsung@loomissayles.com | jtempleton@bankofny.com |
| jsurles@waddell.com | jtereshenko@bnp.com |
| jsv6173@red.cam.es | jterlau@the-ark.com |
| jswain@caltrust.com | jterry@ftci.com |
| jswalker@mfs.com | jterry@hcmlp.com |
| jswanson@mfs.com | jterzis@nb.com |
| jswatkins@bankofny.com | jtesar@fnni.com |
| jsweeney@blackrock.com | jtessin@princeton.edu |
| jsweet@iidpower.com | jtessler@bankofny.com |
| jswiatek@jennison.com | jtesta@dsaco.com |
| jswon@bok.or.kr | jtg@americancentury.com |
| jswong@delinvest.com | jth.na@adia.ae |
| jswu@blackrock.com | jthalleron@lmus.leggmason.com |
| jsykes@halcyonpartnerships.com | jtheunissen@brgco.com |
| jsykes@us.nomura.com | jthibault@gwkinc.com |
| jsylvia@jhancock.com | jthieme@dresdner.com |
| jt.ir@ims.jti.co.jp | jthiron@oppenheimerfunds.com |
| jt@gruss.co.uk | jthom@deerfieldcapital.com |
| jt16@ntrs.com | jthomas@wescorp.org |
| jtaber@babsoncapital.com | jthompson@ameritas.com |
| jtaillie@dlbabson.com | jthompson@bankofny.com |
| jtaliaferro@samgmt.com | jthompson@orecm.com |
| jtaliaferro@tprice.com | jthomson@thamesriver.co.uk |
| jtang@icbc.com.tw | jthomson@wellington.com |
| jtanguis@bloomberg.net | jthorne@mandtbank.com |
| jtantorres@delinvest.com | jthornton@fhlbc.com |
| jtanyeri@metlife.com | jthornton@stephens.com |
| jtao@metlife.com | jthorpe@loews.com |
| jtapper@metlife.com | jthorton@fhlbc.com |
| jtarnoff@opcap.com | jthrash@firstmerchants.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| jthurm@aegonusa.com | jturner@oaktreecap.com |
| jtibbitts@granada.co.uk | jturner@uss.co.uk |
| jtico@creditandorra.ad | jtuzzo@ftci.com |
| jtierney@mtbcusa.com | jty@dodgeandcox.com |
| jtigerman@deerfieldcapital.com | jtycon@nylb.org |
| jtighe@bloomberg.net | jtyler@arielinvestments.com |
| jtillman@blackrock.com | jtyler1@bloomberg.net |
| jtilquin@scor.com | jtyolken@leggmason.com |
| jtina@tiaa-cref.org | jtzmitrovich@leggmason.com |
| jtinker@sandlercap.com | juaa@capgroup.com |
| jtj3@daimlerchrysler.com | juan.acevedo@morganstanley.com |
| jtk@kfondene.no | juan.barriobero@dws.com |
| jtk28@cornell.edu | juan.bautista.ferrer@hsbcpb.com |
| jtnb@ptd.net | juan.blasco@grupobbva.com |
| jtobin@hourglasscapital.com | juan.cortes@bnlmail.com |
| jtocio@standishmellon.com | juan.dasilva@bnpparibas.com |
| jtoda@bloomberg.net | juan.devinck@lloydsbank.ch |
| jtom@hbk.com | juan.doural@kredietbank.ch |
| jtom@matrixassetadvisors.com | juan.eraso@hp.com |
| jtomasulo@panynj.gov | juan.espinoza@prudential.com |
| jtomkinson@impaccompanies.com | juan.hartsfield@aiminvestments.com |
| jtomlin@hcmlp.com | juan.hernandez@americas.bnpparibas.com |
| jtor@danskebank.dk | juan.landazabal@uk.fid-intl.com |
| jtormey@tudor.com | juan.lorencio@grupobbva.com |
| jtout@bancaintesa.us | juan.martini@sarasin.ch |
| jtr@edfd.com | juan.medina-mora@barclaysglobal.com |
| jtrain@ftci.com | juan.mendoza@claridenleu.com |
| jtravia@northwesternmutual.com | juan.parra@citadelgroup.com |
| jtremayne@trilon.com | juan.poswick@fortisinvestments.com |
| jtribolet@tiaa-cref.org | juan.suarez@ap1.se |
| jtrogina@delinvest.com | juan.sueiro@fortisbank.com |
| jtroiano@bloomberg.net | juan.valenzuela@swip.com |
| jtroy@walterind.com | juan.vasquez@blackrock.com |
| jtrujillano@invercaixa.es | juan.vidaurrazaga@telefonicamoviles.cl |
| jtrutter@deerfieldcapital.com | juan.wu@publica.ch |
| jtruzman@ahorro.com | juan_carlos_sosa@putnam.com |
| jts@premierassetmanagement.com | juan_garces@putnam.com |
| jtsang@tiaa-cref.org | juan_luis.vega@bde.es |
| jtse@tiaa-cref.org | juan_martinez@hvbamericas.com |
| jttan@wellington.com | juan_puigdevall@countrywide.com |
| jtuck@bear.com | juan_trujillo@vanguard.com |
| jtufts@mcm.com | juanantonio.mielgocarrizo@telefonica.es |
| jtugman@pwmco.com | juan-antoniosebastianuser@company.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| juanc.sanchezh@grupobbva.com | judith_gullota@agc.com |
| juanfco.garcia@cajalaboral.es | judith_keefe@nylim.com |
| juanita_collins@notes.ntrs.com | judith_tomo@ustrust.com |
| juanita_morales@usbank.com | judithaso@gic.com.sg |
| juanluis.mallo@bsibank.com | judson.baskfield@citadelgroup.com |
| juanm.guerrero@grupobbva.com | judy.blaha@prudential.com |
| jubao.zhang@fmr.com | judy.chamberlin@janus.com |
| judah.rifkin@alliancebernstein.com | judy.chan@pimco.com |
| juday@bankofny.com | judy.gau@corporate.ge.com |
| juddb@towers.com | judy.gau@credit-suisse.com |
| jude.delosreyes@moorecap.com | judy.helsel@huntington.com |
| jude.swampilli@bmo.com | judy.jones@pnc.com |
| jude.volcy@db.com | judy.krasomil@nifa.org |
| judelhofen@wscapital.com | judy.lenhardt@ge.com |
| judi.fuoti@us.fortis.com | judy.leung@morganstanley.com |
| judi.gledhill@pharma.novartis.com | judy.liu@sumitomotrust.co.jp |
| judi.kosub@usaa.com | judy.mathieson@aberdeen-asset.com |
| judi.vining@jpmorgan.com | judy.rice@blackrock.com |
| judi_devivo@acml.com | judy.varnado@usbank.com |
| judi_swirbalus@putnam.com | judy.wong@barclaysglobal.com |
| judicwk@bloomberg.net | judy.yu@alliancebernstein.com |
| judie@mail.cbc.gov.tw | judy.yu@swib.state.wi.us |
| judit.nemenyi@axelero.hu | judy@judycalder.com |
| judit.van.der.geest@ingim.com | judy_a_jones@keybank.com |
| judith.anderson@citadelgroup.com | judy_bustamante_beard@americancentury.com |
| judith.childerstone@anfis.co.uk | judy_cao@agfg.com |
| judith.dekker@shell.com | judy_eng@acml.com |
| judith.hamilton@rabobank.com | judy_lk_cheung@hkma.gov.hk |
| judith.houlihan@ubs.com | judy_reed@invescofunds.com |
| judith.irish@db.com | judy_sun@freddiemac.com |
| judith.irish@thehartford.com | judyanna_chau@tr.mufg.jp |
| judith.keefe@inginvestment.com | judyauld@earthlink.net |
| judith.mercer@anfis.co.uk | judyruff@commercialfed.com |
| judith.murphy@usbank.com | judysun8@bloomberg.net |
| judith.oliver@uobgroup.com | jue.wang@ge.com |
| judith.pressat@bbh.com | juenishi@kayne.com |
| judith.robertson@bglobal.com | juerg.althaus@hyposwiss.ch |
| judith.schiller@erstebank.at | juerg.blattner@juliusbaer.com |
| judith.studer@ge.com | juerg.bollinger@aigpb.com |
| judith.vanderven@fandc.com | juerg.buetzer@sarasin.ch |
| judith.wider@zkb.ch | juerg.egli@juliusbaer.com |
| judith.x.bromfield@jpmchase.com | juerg.gutzwiler@rmf.ch |
| judith_cranna@ustrust.com | juerg.heiz@ch.schindler.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| juerg.huegli@vontobel.ch | juergen.griesbach@lbbw.de |
| juerg.kramis@claridenleu.com | juergen.groth@lbbw.de |
| juerg.kramis@ubs.com | juergen.hackenberg@union-investment.de |
| juerg.mannhart@lgt.com | juergen.hagedorn@devif.de |
| juerg.maurer@rieter.com | juergen.hawlitzky@allianzgi.de |
| juerg.mettler@juliusbaer.com | juergen.heinz@westam.com |
| juerg.mueller@sarasin.ch | juergen.hildebrand@allianzgi.de |
| juerg.nager@ubs.com | juergen.hoeffle@oberbank.at |
| juerg.peng@sarasin.ch | juergen.hofer@helaba.de |
| juerg.reichen@zkb.ch | juergen.homola@cominvest.de |
| juerg.rimle@juliusbaer.com | juergen.jann@dit.de |
| juerg.ruf@szkb.ch | juergen.jh.huber@dresdner-bank.com |
| juerg.stadelmann@credit-suisse.com | juergen.kapp@nordea.com |
| juerg.sterchi@ubs.com | juergen.karcher@depfa.com |
| juerg.stoessel@nab.ch | juergen.klaus@postbank.de |
| juerg.sudry@nestle.com | juergen.mahler@commerzbankib.com |
| juerg.syz@credit-suisse.com | juergen.maier@allianz.de |
| juerg.syz@zkb.ch | juergen.maier@rcm.at |
| juerg.wiederkehr@claridenleu.com | juergen.mann@westimmobank.com |
| juerg.wilden@cic.ch | juergen.meyer@sebam.de |
| juerg.zimmermann@ubs.com | juergen.muser@db.com |
| juerg_hess@swissre.com | juergen.negele@vpbank.com |
| juerg_steiger@swissre.com | juergen.neumuth@hvb.de |
| juergalexander_gutzwiller@swissre.com | juergen.neuner@lbbw.de |
| juergen.adamitza@bayernlb.de | juergen.nitsch@rzb.at |
| juergen.anders@sarasin.ch | juergen.nott@dws.de |
| juergen.baer@dekabank.de | juergen.petri@hsh-nordbank.com |
| juergen.becker@dzbank.de | juergen.pohle@novartis.com |
| juergen.berg@lbbw.de | juergen.rauhaus@activest.de |
| juergen.birnbaum@hvbeurope.com | juergen.rauschmeier@rzb.at |
| juergen.blesius@debeka.de | juergen.rautenberg@db.de |
| juergen.borcherdt@dresdner-bank.com | juergen.rothhammer@blb.de |
| juergen.bruhn@hsh-nordbank.com | juergen.sattler@ba-ca.com |
| juergen.buchsteiner@stinnes.de | juergen.scharnowske@dzbank.de |
| juergen.dahlhoff@de.pimco.com | juergen.schillinger@union-investment.de |
| juergen.dolle@nordlb.de | juergen.schmidt@bhf-bank.com |
| juergen.dreier@db.com | juergen.seifert@dzbank.de |
| juergen.euba@activest.de | juergen.seitz@cominvest-am.com |
| juergen.fenk@hypointernational.com | juergen.staerk@ubs.com |
| juergen.fischer@lbbw.de | juergen.stettner@telekom.de |
| juergen.fitschen@db.com | juergen.suess@trinkaus.de |
| juergen.foerster@db.com | juergen.tetzlaff@credit-suisse.com |
| juergen.geib@bayerninvest.de | juergen.thode@dresdner-bank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| juergen.voss@allianz.de | julia.domoradzka@bwater.com |
| juergen.wetzel@bb-invest.de | julia.dorn@aig.com |
| juergen.wollitzer@bayernlb.de | julia.forde@morganstanley.com |
| juergen.wunner@deka.de | julia.gallagher@morganstanley.com |
| juergen_mueller@swissre.com | julia.gurke@deshaw.com |
| juergen_paul.frank@bhf-bank.com | julia.hale@suntrust.com |
| juergencorbet@helaba-invest.de | julia.hubertus@ikb-cam.de |
| juergen-h.lange@hsh-nordbank.com | julia.juwono@tcw.com |
| juerg-za.mueller@ubs.com | julia.kehoe@london.entoil.com |
| juerg-zb.schmid@ubs.com | julia.kelting@de.pimco.com |
| juha.hakala@outokumpu.com | julia.klein@dws.com |
| juha.korpela@citadelgroup.com | julia.laskaris@alliancebernstein.com |
| juha.kotajoki@nib.int | julia.m.godino@hsbc.com |
| juha.niemela@ilmarinen.fi | julia.martin@pge-corp.com |
| juha.raitanen@sampo.fi | julia.mclean@prudential.com |
| juha.rouhiainen@nesteoil.com | julia.ollig@db.com |
| juha.viitanen@keva.fi | julia.pollard@morganstanley.com |
| juhan.sartor@aguil.se | julia.roulet@axa-im.com |
| juheda@wharton.upenn.edu | julia.scardova@ubm.unicredit.it |
| juhee.khetrapal@barclaysglobal.com | julia.short@truscocapital.com |
| juho.tiri@danskebank.com | julia.smith@uk.fid-intl.com |
| juhrig@standishmellon.com | julia.truong@alliancebernstein.com |
| juiying@bloomberg.net | julia.uebeleis@erstebank.at |
| j-ujiie@taiyo-seimei.co.jp | julia.wane@kasl.co.uk |
| jukka.hakola@wartsila.com | julia.woolf@paretopartners.com |
| jukka.taskinen@keva.fi | julia.wu@barclaysglobal.com |
| jukoh@bloomberg.net | julia_igoshin@acml.com |
| jukuntz@bloomberg.net | julia_nolen@aimfunds.com |
| julee@apcm.net | julia_smith@vanguard.com |
| julee@us.mufg.jp | julia_tucker@agfg.com |
| jules.copson@chase.com | julia_yoo@putnam.com |
| jules.green@ashmoregroup.com | julia_yung@scotiacapital.com |
| jules.luethy@sarasin.ch | julia26@bloomberg.net |
| jules.mort@threadneedle.co.uk | julialo@ms1.hncb.com.tw |
| jules.naters@pimco.com | julian.abel@gs.com |
| juli_kao@standardlife.com | julian.baca@state.nm.us |
| julia.a.roberts@jpmorgan.com | julian.barrell@db.com |
| julia.balandina@aigpb.com | julian.beard@credit-suisse.com |
| julia.barreca@hyposwiss.ch | julian.bishop@insightinvestment.com |
| julia.belford@barclaysglobal.com | julian.cane@fandc.com |
| julia.chernyak@gm.com | julian.chorley@closewealth.co.uk |
| julia.choi@tigerasiafund.com | julian.cooke@aibgovett.co.uk |
| julia.clark@friendsis.com | julian.daley@swedbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| julian.denicolas@bancoval.es | julianne.bass@usaa.com |
| julian.donlad@bae.co.uk | julianne_kortz@troweprice.com |
| julian.evans@db.com | juliaye@microsoft.com |
| julian.fischer@barclaysglobal.com | julie.a.hansen@bankofamerica.com |
| julian.goldberg@bailliegifford.com | julie.abbett@db.com |
| julian.green@uk.nestle.com | julie.anderson@bbh.com |
| julian.hance@wgo.royalsun.com | julie.anderson@pimco.com |
| julian.hantrais@gecapital.com | julie.bech@nordea.com |
| julian.harding@lgim.co.uk | julie.benedict@fmr.com |
| julian.harris@axa-im.com | julie.bialek@nuveen.com |
| julian.kox@commerzbank.com | julie.bouhuys@capmark.funb.com |
| julian.le.beron@jpmorgan.com | julie.boyd@jpmorgan.com |
| julian.leslie@jpmorgan.com | julie.callahan@westernasset.com |
| julian.maizels@aig.com | julie.casey@uk.rid-intl.com |
| julian.marks@barclaysglobal.com | julie.cataldo@db.com |
| julian.marks@drkw.com | julie.chen@email.chinatrust.com.tw |
| julian.mcmanus@janusfunds.com | julie.choi@westernasset.com |
| julian.mittag@sebam.de | julie.claydon@morganstanley.com |
| julian.moore@dkib.com | julie.clement@jpmorganfleming.com |
| julian.morgan@ecb.int | julie.condron@fmr.com |
| julian.murray@db.com | julie.dechaume@morganstanley.com |
| julian.murray@morleyfm.com | julie.diiorio@janus.com |
| julian.pick@janus.com | julie.donovan@fmr.com |
| julian.potenza@fmr.com | julie.ellneby@seb.se |
| julian.rifat@moorecap.co.uk | julie.evans@rbccm.com |
| julian.roberts@janus.com | julie.fagart@unibail.fr |
| julian.s.heslop@qsk.com | julie.ford@pncbank.com |
| julian.smith@sgcib.com | julie.golhen@ie.dexia.be |
| julian.stewart@moorecap.co.uk | julie.graham@thehartford.com |
| julian.taylor@hsbcib.com | julie.haim@morganstanley.com |
| julian.temes@aig.com | julie.hale@icomd.com |
| julian.thompson@threadneedle.co.uk | julie.hale@lehman.com |
| julian.webber@axa-im.com | julie.harnett@jpmorgan.com |
| julian@bnm.gov.my | julie.hillier@barclaysglobal.com |
| julian_allen@ml.com | julie.infanti@pnc.com |
| julian_buchynski@hvbamericas.com | julie.lamirel@axa-im.com |
| julian_wellesley@putnam.com | julie.leahy@bnymellon.com |
| juliana.ferrell@deshaw.com | julie.lentini@rainierfunds.com |
| juliana.garbalinska@blackrock.com | julie.liu@allegiantgroup.com |
| juliana.hastings@barclaysglobal.com | julie.m.coleman@bankofny.com |
| juliana_heitz@fanniemae.com | julie.marc@ubs.com |
| julianbaker@bbinvestments.com | julie.mardelle@bcv.ch |
| juliane.silberhorn@hvb.de | julie.martin@morganstanley.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| julie.mcchesney@lloydsbautolease.co.uk | julieaw@seas.upenn.edu |
| julie.mcdaniel@pimco.com | julieb@rsa.state.al.us |
| julie.mcgrath@harrisbank.com | juliec@qualcomm.com |
| julie.mcnamara@bnpparibas.com | julien.bonjour@lodh.com |
| julie.mooney@sgcib.com | julien.bonnin@caam.com |
| julie.morrone@morganstanley.com | julien.bordeaux@bnpparibas.com |
| julie.ng@db.com | julien.boy@fr.rothschild.com |
| julie.nguyen@sscims.com | julien.carmona@bnpparibas.com |
| julie.noel@dexia.be | julien.creismeas@axa-im.com |
| julie.owen@commerzbankib.com | julien.cuisinier@insightinvestment.com |
| julie.pandolfi@jpmorgan.com | julien.dumas-pilhou@putnam.com |
| julie.perks@sunlife.com | julien.fourtou@axa-im.com |
| julie.porter@fmr.com | julien.green@icap.com |
| julie.quinn@morleyfm.com | julien.gueissaz@credit-suisse.com |
| julie.r.bean@bankofamerica.com | julien.gueissaz@hsbcpb.com |
| julie.remache@ny.frb.org | julien.haddad@caam.com |
| julie.s.ho@jpmorgan.com | julien.houdain@lgim.co.uk |
| julie.saussier@jpmorgan.com | julien.jacob@glgpartners.com |
| julie.sheehan@db.com | julien.jarmoszko@sgam.co.uk |
| julie.skedd@gartmore.com | julien.joachim@sncf.fr |
| julie.southern@fly.virgin.com | julien.kleiner@hsh-nordbank.com |
| julie.steinhagen@gmacrfc.com | julien.krieger@ubs.com |
| julie.sylvestre@ny.frb.org | julien.leegenhoek@morganstanley.com |
| julie.teng@hk.fortis.com | julien.levykern@cpr-am.fr |
| julie.thomas@threadneedle.co.uk | julien.lippmann@credit-suisse.ch |
| julie.vancleave@db.com | julien.marie@db.com |
| julie.vinar@truscocapital.com | julien.mutin@gibbah.com |
| julie.winterburn@barclaysglobal.com | julien.petit@uk.calyon.com |
| julie.young@pncadvisors.com | julien.petitpas@axa-im.com |
| julie@marquettesavings.com | julien.pincet@bnpparibas.com |
| julie_carey@newton.co.uk | julien.puvilland@morganstanley.com |
| julie_cowart@agfg.com | julien.renoncourt@sinopia.fr |
| julie_jackson@ustrust.com | julien.sallmard@jpmorgan.com |
| julie_kroll@em.fcnbd.com | julien.sebban@lazard.fr |
| julie_ledford@rsausa.com | julien.stouff@bsibank.com |
| julie_lee@putnam.com | julien.tourchon@sinopia.fr |
| julie_liang@symantec.com | julien.vannier@sgam.com |
| julie_mason@standardlife.com | julien_reynolds@blackrock.com |
| julie_peng@nylim.com | julienne.daglish@lloydstsb.co.uk |
| julie_richard@conning.com | julien-pierre.nouen@lazard.com |
| julie_waples@troweprice.com | juliet.davis@insightinvestment.com |
| julie_yoo@vanguard.com | juliet.ellis@aiminvestments.com |
| julieann.remache@robecoinvest.com | juliet.murphy@thehartford.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| julieta.sinisgalli@ge.com | jun_li@tigerasiafund.com |
| juliett@temasek.com.sg | jun_miyajima@mitsui-seimei.co.jp |
| juliette.auboin@commerzbank.com | jun_shimamoto@orix.co.jp |
| juliette.declercq@jpmorgan.com | junahn@samung.co.kr |
| juliette.lim-fat@credit-suisse.com | juncai.yang@usa.dupont.com |
| juliette_laquerriere@ds-fr.com | june.blackman@inginvestment.com |
| julieziepe@hsbc.com | june.campbell@gecapital.com |
| julinda@bnm.gov.my | june.giroux@columbiamanagement.com |
| juline@bloomberg.net | june.hayes@fmr.com |
| julio.arriaza@whartonco.com | june.kim@db.com |
| julio.fuentes@columbiamanagement.com | june.liao@ge.com |
| julio.kumai@bcb.gov.br | june.soo@email.chinatrust.com.tw |
| julio.lorenzo@soros.com | june.walker@aegon.co.uk |
| julio.o.gil@dartmouth.edu | june_martin@putnam.com |
| julio.obeso@mackayshields.com | juneau@bok.or.kr |
| julio.rojas@us.standardchartered.com | junefoo@gic.com.sg |
| julio_fuentes@statestreet.com | junelim@mas.gov.sg |
| julirch@bloomberg.net | junelong@gic.com.sg |
| julissa.vasquez@intel.com | jung.cho@barclaysglobal.com |
| julius.charoensook@westernasset.com | jung_lieu@troweprice.com |
| julius.duncan@finsbury.com | jung-chiang.chang@prudential.com |
| julius.hechtl@pioneerinvestments.at | jung-eun.kim@caam.com |
| julius.williams@morganstanley.com | jungkyunghan@bankofny.com |
| jullrich1@bloomberg.net | jungmincha@hanabank.com |
| jumbravo@gruposantander.com | jungsooha@wooribank.com |
| jumehara@nochubank.or.jp | jungsun@seas.upenn.edu |
| jumezu@dl.dai-ichi-life.co.jp | jungyun@verizon.net |
| jumpei_tsushima@sbcm.com | junia.oliveira@bcb.gov.br |
| jun.gao@suncapadv.com | junichi.minami@schroders.com |
| jun.han@himco.com | junichi.nakamura@uk.mizuho-sc.com |
| jun.huan@hsh-nordbank.com.hk | junichi.saito@axa.co.jp |
| jun.iwasaki@boj.or.jp | junichi.sayato@sumitomotrust.co.jp |
| jun.ma@inginvestment.com | junichi_amemiya@mitsubishi-trust.co.jp |
| jun.ma@wamu.net | junichi_ito@mitsubishi-trust.co.jp |
| jun.morita@fi.fukoku-life.co.jp | junichi_nakano@tr.mufg.jp |
| jun.morita@mizuho-bk.co.jp | junichi_narikawa@mitsubishi-trust.co.jp |
| jun.onuma@axa.co.jp | junichi_ono@tr.mufg.jp |
| jun.oonaka@mizuho-bk.co.jp | junichi-ito@am.mufg.jp |
| jun.xia@fandc.com | junichirou.miki@mizuho-bk.co.jp |
| jun.zang@jpmorgan.com | junichirou.yoshiyama@mhcb.co.uk |
| jun.zheng@icbc.com.cn | junius_davenport@ustrust.com |
| jun.zhou@fmr.com | junji_takei@mitsubishi-trust.co.jp |
| jun_kang@yahoo.com | junjkim@hotmail.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

junko.ishikawa@boj.or.jp
junko.tanigawa@boj.or.jp
junko.torikai@shinseibank.com
junko.tsuruoka@lehman.com
junko_ichikawa@putnam.com
junko_odakura@tr.mufg.co.jp
junmin.hu@barclaysglobal.com
junseo@bok.or.kr
juntate@dl.dai-ichi-life.co.jp
juny_sridhara@ml.com
junya-ota@am.mufg.jp
juraj.podracky@erstebank.at
jurbina@williamblair.com
jurciuoli@samipfd.com
jurepa@cmcic.fr
jureta@bcentral.cl
jurgen.detroy@fortisinvestments.com
jurgen.druckner@db.com
jurgen.thomas@airbus.fr
jurgen.vandenhove@ingim.com
jurgen.veenbergen@nibc.com
jurgen.vernimmen@mn-services.nl
jurgen_grieb@kb.cz
juri.sarbach@claridenleu.com
juri.yamamoto@shinseibank.co.jp
juribees@banrep.gov.co
jurij.ovsepyan@ids.allianz.com
jurik.w@tbcam.com
jurraca@gruosantander.com
jurriaan-de.jonge@klm.com
jurrien.timmer@fmr.com
jurrien_de_boer@deltalloyd.nl
jusceline.diaz@tcw.com
ju-shiraishi@ja-kyosai.or.jp
jussi.karppinen@sampo.fi
justen_carter@fanniemae.com
justin.amand@fafadvisors.com
justin.barnum@pimco.com
justin.bennett@fmr.com
justin.bertram@pncbank.com
justin.besterman@juliusbaer.com
justin.bowles@japan.gartmore.com
justin.boyer@deshaw.com

justin.braiker@tcw.com
justin.brauer@mutualofomaha.com
justin.carley@fblfinancial.com
justin.cleator@bbh.com
justin.dailey@nationalcity.com
justin.denham@ubs.com
justin.dillashaw@funb.com
justin.eeles@ngm.co.uk
justin.fox@nationwide.co.uk
justin.griggs@tuck.dartmouth.edu
justin.h.garrison@columbiamanagement.com
justin.harwood@rabobank.com
justin.hatch@bapensions.com
justin.herlihy@barclaysglobal.com
justin.j.eagan@db.com
justin.jones@credit-suisse.com
justin.jordan@credit-suisse.com
justin.kane@rainierfunds.com
justin.kane@ranierfunds.com
justin.kavan@mutualofomaha.com
justin.kim@aig.com
justin.kim@hk.caam.com
justin.kobe@mizuhocbus.com
justin.kurkiewicz@pnc.com
justin.lessard@suncapadv.com
justin.lessard@sunlife.com
justin.lines@omam.co.uk
justin.lo@hsbcib.com
justin.london@bmo.com
justin.lone@edwardjones.com
justin.louis@barclaysglobal.com
justin.lung@ubs.com
justin.matviya@fmr.com
justin.mckie@db.com
justin.mcwhorter@inginvestment.com
justin.partington@ubs.com
justin.r.reed@ge.com
justin.roberts@moorecap.com
justin.rozek@barclaysglobal.com
justin.rozke@ibtco.com
justin.s.goldstein@jpmorgan.com
justin.segalini@fmr.com
justin.sham@morganstanley.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| justin.shead@fhlb.com | justus.hedeen@stpaul.com |
| justin.shelman2@commercebank.com | jutendahl@utendahl.com |
| justin.simler@barclays.co.uk | jutta.friedrich@aareal-bank.com |
| justin.simpson@morganstanley.com | jutta.gieseler@nordlb.com |
| justin.sliney@nyc.rabobank.com | jutta.grimberger@lbbw.de |
| justin.speer@vankampen.com | jutta.kruft@oppenheim.de |
| justin.stach@inginvestment.com | jutta.merzdorf@bayerhealthcare.com |
| justin.sullivan@pnc.com | jutta.miedenberger@helaba.de |
| justin.t.howell@jpmorgan.com | jutta.schaetzle-schmidt@baloise.ch |
| justin.tabellione@ubs.com | jutta.schneider@cominvest-am.com |
| justin.tan@aberdeen-asset.com | juuso.atrila@okobank.fi |
| justin.wolcott@moorecap.com | juuso.rantala@aktia.fi |
| justin.wu@inginvestment.com | juvet@bordier.com |
| justin.wu@stableriver.com | juyen_tan@troweprice.com |
| justin.young@bwater.com | juylee@bok.or.kr |
| justin@incomeresearch.com | juyoung.lee@lodh.com |
| justin_a_judd@vanguard.com | juzar.gadiwala@sscims.com |
| justin_brown@americancentury.com | jv228@cornell.edu |
| justin_cass@nacm.com | jvaitukaitis@bankofny.com |
| justin_egan@acml.com | jvale@nb.com |
| justin_gates@putnam.com | jvalentino@wellington.com |
| justin_gerbereux@troweprice.com | jvalentino1@metlife.com |
| justin_guo@freddiemac.com | jvallade@bper.ch |
| justin_hwang@fanniemae.com | jvanalen@jmsonline.com |
| justin_kass@nacm.com | jvancleave@loomissayles.com |
| justin_mandeville@vanguard.com | jvanderbom1@bloomberg.net |
| justin_melendez@putnam.com | jvanderoord@victoryconnect.com |
| justin_pearson@freddiemac.com | jvandeven@espiritosanto.com |
| justin_schneider@putnam.com | jvandewalle@acml.com |
| justin_schwartz@vanguard.com | jvandiver@waddell.com |
| justin_scripps@calpers.ca.gov | jvanek@apollocapital.com |
| justin_thomson@troweprice.com | jvankooten@kempen.nl |
| justina.iuga@pimco.com | jvanleeuwen@nb.com |
| justina_chung@putnam.com | jvanroden@delinvest.com |
| justine.anderson@blackrock.com | jvanryswyk@fhlbdm.com |
| justine.battle@insightinvestment.com | jvaron@firstmanhattan.com |
| justine.obrien-holmes@pncbank.com | jvarrati@federatedinv.com |
| justinh@bgi-group.com | jvasconceldos@caixa-geral.pt |
| justinhill@bloomberg.net | jvb@petercam.be |
| justinsng@gic.com.sg | jvc@bsiifabanque.com |
| justin-y.tan@db.com | jve@nbim.no |
| justogomez@notes.banesto.es | jveen@tiaa-cref.org |
| justti@bok.or.kr | jvega1@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jvelamaz@ceca.es
jvelasco@servibanca.pt
jvelazq@templeton.com
jvelazquez@bloomberg.net
jvelis@russell.com
jvenusti@kynikos.com
jverdis@wdwitter.com
jverdugo@ceca.es
jvertz@oppenheimerfunds.com
jvg@petercam.be
jvhbxl@bloomberg.net
jvhuni@bloomberg.net
jvi@kommunekredit.dk
jvieira@rnt.com
jvijverberg@aegon.nl
jviladrosa@invercaixa.es
jvildoso@notes.banesto.es
jvillal@msdw.es
jvillanueva@invercaixa.es
jvillaro@notes.banesto.es
jvillela@ssrm.com
jvillela@standishmellon.com
jvinas@metlife.com
jvinchur4@bloomberg.net
jvirtane@nystrs.state.ny.us
jvisokom@princeton.edu
jvlosich@brownadvisory.com
jvnelson@westernasset.com
jvogler@union-investment.de
jvogt@pictet.com
jvoss@dsaco.com
jvossen@fnni.com
jvpalowich@wellington.com
jvricella@bankofny.com
jvs@atalantasosnoff.com
jvthol@statetreet.com
jvulliez@perrycap.com
jvy24058@gsk.com
jw.baan@dpfs.nl
jw1@americancentury.com
jwachter@dkpartners.com
jwagenseller@metlife.com
jwagenseller@wellington.com

jwager@federatedinv.com
jwaghorn1@bloomberg.net
jwagner@bloomberg.net
jwahn@kbstar.co.kr
jwailes@bpbtc.com
jwakelin@mfs.com
jwakeman@troweprice.com
jwakim@blaylocklp.com
jwalburg@bartlett1898.com
jwaldman@rockco.com
jwaldrep@hourglasscapital.com
jwaldron@tre.state.ma.us
jwalker@allstate.com
jwalker@martincurrie.com
jwalker@pressprich.com
jwallace@smithbreeden.com
jwallace@ssrm.com
jwallis@babsoncapital.com
jwalter@metis-am.com
jwaltl.security@rbb-bank.co.at
jwand@metlife.com
jwang@delinvest.com
jwang@hbk.com
jwang@loews.com
jwang@perrycap.com
jwang@teleos.com
jwang1@worldbank.org
jward@libfungrp.com
jward@viningsparks.com
jware@omega-advisors.com
jwarmath@sra.state.md.us
jwarncke@union-investment.de
jwarren@faralloncapital.com
jwarszawski@federatedinv.com
jwashing3@mbna.com
jwasserman@loomissayles.com
jwatson@santandersecurities.com
jway@mulvihill.com
jwbalsley@divinv.net
jwchua@statestreet.com
jwcoffey@wellington.com
jwcraig@bondinvestor.com
jwdiben@tmgny.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jweaver@fhlbc.com

jweber@azoa.com

jwebster@snwsc.com

jweemhoff@aegon.nl

jweidman@bloomberg.net

jweinberger@fdic.gov

jweintraub@ofii.com

jweiser@barbnet.com

jweisstub@perrycap.com

jwekselblatt@angelogordon.com

jwells@blackrock.com

jwells@troweprice.com

jwells10@bloomberg.net

jwelsh@gwkinc.com

jwelsh@oppenheimerfunds.com

jwen@ambac.com

jwerner@farcap.com

jwexler@staceybraun.com

jwf.mingels@abp.nl

jwhalen@dol-fin.com

jwhatcott@wasatchadvisors.com

jwheeler@babsoncapital.com

jwheeler@smithbreeden.com

jwheuer@wellington.com

jwhincup@westernasset.co.uk

jwhite@standishmellon.com

jwhite@toddinvestment.com

jwhite@wisi.com

jwhitney@gwkinc.com

jwhitney@montag.com

jwhitti@templeton.com

jwi.pr@adia.ae

jwidhalm@copera.org

jwiesner@seacapinvests.com

jwilcox@nystrs.state.ny.us

jwiley@frk.com

jwilhelm@union-investment.de

jwilkinson@aegon.nl

jwilkinson@bankofny.com

jwilkinson@smithbreeden.com

jwillard@babsoncapital.com

jwilli92@ford.com

jwilliams@ofii.com

jwilliams@pimco.com

jwilling@munichre.com

jwillis@tiaa-cref.org

jwilloughby@deloitte.co.uk

jwills@metlife.com

jwilson@capitaladv.com

jwilson@ivymackenzie.com

jwilson@montag.com

jwilson9@metlife.com

jwilton@farcap.com

jwimbish@ifsam.com

jwinderl@bloomberg.net

jwindham@standishmellon.com

jwing@blackrock.com

jwinter1@allstate.com

jwinterberg@metlife.com

jwintrob@sunamerica.com

jwiviott@bloomberg.net

jwiviott@metlife.com

jwj@chgroup.com

jwjeong@hanabank.com

jwjeong@wellington.com

jwk@bankinvest.dk

jwk@bok.or.kr

jwkenefic@delinvest.com

jwlodek@bradfordmarzec.com

jwm@wmblair.com

jwm6@ntrs.com

jwogram@coatesvillesavings.com

jwoh@chbny.com

jwohlmacher@blenheiminv.com

jwolf@capstonefinancial.com

jwolf@fsa.com

jwolfe@caxton.com

jwolfson@mailbox.lacity.org

jwolk@summitbank.com

jwolnick@halcyonllc.com

jwong@aareal-capital.com

jwong@ftci.com

jwong@hkhses.hkb.com

jwong@payden-rygel.com

jwong@us.nomura.com

jwong102@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

jwong3@templeton.com
jwoo@lehman.com
jwood@wewill4u.com
jwood1@statestreet.com
jwoodley@munder.com
jwooley@bloomberg.net
jwootton@hcmlp.com
jwotton@loomissayles.com
jwpatel@tiaa-cref.org
jwreisert@bloomberg.net
jwrexford@delinvest.com
jwright@opers.org
jwright@rjobrien.com
jwrigley@europeancredit.com
jwturn@greatsouthernbank.com
jwu@oppenheimerfunds.com
jwuest@union-investment.de
jwvalone@wellington.com
jwyant@rwbaird.com
jwyles@europeancredit.com
jx@sitinvest.com
jxd@columbus.com
jxiao@loews.com
jxk@americancentury.com
jxm8@ntrs.com
jxseto@bechtel.com
jxu@delinvest.com
jxue@ttc.ocgov.com
jxue@wescorp.org
jxw@capgroup.com
jxw2@ntrs.com
jxwaechter@lgfrance.com
jy3@ntrs.com
jyang@allegiancecapital.com
jyang@caxton.com
jyang@hcmlp.com
jyang@perrycap.com
jyap@evcap.com.sg
jyatsko@caxton.com
jychen@mail.cbc.gov.tw
jychoi@bok.or.kr
jyeager@us.mufg.jp
jyearwood@tiaa-cref.org

jyee@jhancock.com
jyew@ejdelarosa.com
jyin@wellington.com
jyiu@fftw.com
jyjeon@hanabank.com
jykim@wellington.com
jynnong@dbs.com
jyoh@wellington.com
jyokiel@fhlbdm.com
jyoon@mcm.com
jyoon@provnet.com
jyoshii@dl.dai-ichi-life.co.jp
j-yoshioka@ikedabank.co.jp
jyoti.diwan@deshaw.com
jyoti.gupta@trs.state.tx.us
jyoti.lalit@fmr.com
jyoung@allegiancecapital.com
jyoung@mmsa.com
jyoung@wooribank.com
jyoung777@bloomberg.net
jyoungers@wbcap.net
jyounglee@bloomberg.net
jyoungman@griffinasset.com
jypark@blackrock.com
jyrki.makela@tapiola.fi
jys22@cornell.edu
jyu@lmcm.com
jyuen@nb.com
jyung@lordabbett.com
jyunger@hbk.com
jyunk@templeton.com
jyw26@cornell.edu
jywang@wellington.com
jz@bankinvest.dk
jz242@cornell.edu
jzaehringer@loomissayles.com
jzambrano@commercebankfl.com
jzarzycki@tiaa-cref.org
jzelko@evergreeninvestments.com
jzeman@ofii.com
jzeman@opcap.com
jzeng@bocusa.com
jzhang@evergreeninvestments.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| jzhang@templeton.com | k.j.van.paddenburg@dnb.nl |
| jzhang@tigerglobal.com | k.johnson@wamu.net |
| jzhao@fftw.com | k.katase@noemail.com |
| jzhao@panagora.com | k.kawadoko@noemail.com |
| jzhayes@ybs.co.uk | k.kawara@jabankkyoto.or.jp |
| jzhou@wellington.com | k.king@pfpc.com |
| jzhukovs@hcmny.com | k.king@qic.com |
| jziegler@hcmlp.com | k.kobayashi@skam.co.jp |
| jziegler@westernasset.com | k.kricks-brunnlieb@apoasset.de |
| jziemba@jennison.com | k.kume@noemail.com |
| jzimmermann@hcmlp.com | k.lally@easternbk.com |
| jzinkula@allstate.com | k.lew@fordfound.org |
| jzinner@jhancock.com | k.mckale@hermes.co.uk |
| jzollo@wmcdirect.com | k.miller@hermes.co.uk |
| jzorgdrager@oppenheimerfunds.com | k.morita@ja-asset.co.jp |
| jzubretsky@massmutual.com | k.nakamae@jahs.or.jp |
| jzupan@us.ca-indosuez.com | k.nakase@jabankkyoto.or.jp |
| jzurovchak@fhlbc.com | k.napolitano@fnysllc.com |
| jzzg@capgroup.com | k.noguchi@noemail.com |
| k.a.van.dijkhuizen@dnb.nl | k.noumi@noemail.com |
| k.abe@noemail.com | k.ochi@ny.tr.mufg.jp |
| k.adachi@bloomberg.net | k.ono@ny.tr.mufg.jp |
| k.altena@sl-am.nl | k.otake@aozorabank.co.jp |
| k.aziz@kairospartners.com | k.ozaki@aozorabank.co.jp |
| k.baldauf@wafra.com | k.pettam@hermes.co.uk |
| k.bussy@iam.ch | k.rao@olayangroup.com |
| k.engelaender@deutschepost.de | k.richards@barcap.com |
| k.faulkner@mwam.com | k.rogers@bloomberg.net |
| k.flatt@edwardjones.com | k.royer@bipielle.co.uk |
| k.funaki@noemail.com | k.sangha@robeco.nl |
| k.furuta@aozorabank.co.jp | k.sato@jp.statestreet.com |
| k.ganesh@philips.com | k.shan@rebeco.nl |
| k.girmann@naspadub.ie | k.shiotsuki@meijiyasudany.com |
| k.hamahashi@uboc.com | k.smits@robeco.nl |
| k.harigai@mitsui.com | k.steffens@robeco.nl |
| k.hasukawa@bloomberg.net | k.sueyasu@noemail.com |
| k.hayashi@noemail.com | k.tanaka@jahs.or.jp |
| k.hirn@bloomberg.net | k.toriumi@noemail.com |
| k.hoffmann@commerzbank.com | k.uno@noemail.com |
| k.horikawa@aozorabank.co.jp | k.van.de.luijtgaarden@robeco.nl |
| k.hosono@aozorabank.co.jp | k.van.trigt@robeco.nl |
| k.hughes@martincurrie.com | k.wilkes@qic.com |
| k.ihara@ldn.tr.mufg.jp | k.yamahara@meiji-life.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| k.yamakoshi@aozorabank.co.jp | kagiwada@daiwasbi.co.jp |
| k.yarwood@bspf.co.uk | kagobank2@bloomberg.net |
| k_brent_somers@keybank.com | kagobank3@bloomberg.net |
| k_hiromitsu@putnam.com | kagobank4@bloomberg.net |
| k_nakatani@nam.co.jp | kahchuen@temasek.com.sg |
| k_suzuki@nam.co.jp | kahmed5@worldbank.org |
| k_yamashita@daiwasbi.com.hk | kahn@gothamcapital.com |
| k_yoshioka@nam.co.jp | kahn@roxcap.com |
| k1-shimizu@nissay.co.jp | kahung.cheung@lgim.co.uk |
| k2.ono@aozorabank.co.jp | kai.chan@lgt.com |
| k2-nakajima@ioi-sonpo.co.jp | kai.drewe@credit-suisse.de |
| k3.nomura@aozorabank.co.jp | kai.fang@citadelgroup.com |
| k4.tanaka@aozorabank.co.jp | kai.fisher@boigm.com |
| k723349@kepco.co.jp | kai.grube@ksk-koeln.de |
| k9304@netvigator.com | kai.huang@deshaw.com |
| ka@aigfpc.com | kai.leifert@csam.com |
| ka@cgii.com | kai.mlodzik@lbb.de |
| kaan.candar@hvb.de | kai.pflughaupt@hvb.de |
| kaare.andersen@nib.int | kai.poerschke@dzbank.de |
| kaas@capgroup.com | kai.rudolph@credit-suisse.com |
| kabdulaziz@bloomberg.net | kai.sotamaa@bof.fi |
| kabel@leggmason.com | kai.stengle@ikb.de |
| kabiancanelli@leggmason.com | kai.strand@fhlbboston.com |
| kablondi@bostonprivatebank.com | kai.strothmann@db.com |
| kabrams@wellington.com | kai.su@wachovia.com |
| kaburakimcb@bloomberg.net | kai.teschner@amgam.de |
| kachintsev_dmitrii@jpmorgan.com | kai.trinkies@dbi.de |
| kachtar@pictet.com | kai.wildfoerster@de.pimco.com |
| kacosta@faralloncapital.com | kai.wong@bnymellon.com |
| kacy.gambles@pncadvisors.com | kai.zhang@gmacrfc.com |
| kaczmarek_bryce_e@cat.com | kai@cathaylife.com.tw |
| kadams@aamcompany.com | kai@nochubank.or.jp |
| kadams@freedom-capital.com | ka-ichinoma@nochubank.or.jp |
| kadar@cooperindustries.com | kaichuen@dbs.com |
| kado@daiwa-am.co.jp | kaida@nam.co.jp |
| kadokura@daiwa-am.co.jp | kaihei.ishiwata@mizuho-bk.co.jp |
| kadota@mitsubishicorp.com | kailash.chhaya@westernasset.com |
| kae.yamamoto@ntt-finance.co.jp | kailun.zhou@alliancebernstein.com |
| kaelyn.abrell@janus.com | kain.scott@principal.com |
| kaga_ichio@mail.asahi-life.co.jp | kainala@bloomberg.net |
| kagami@nam.co.jp | kai-oliver.brand@dzbank.de |
| kagaoanc@jwseligman.com | kaiping.su@pimco.com |
| kagawa_youichi@mail.nikko.co.jp | kais.marrakchi@axa-im.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kais.mbarek@sgam.com
kaiser@jyskeinvest.dk
kaiserb@kochind.com
kaitlin.godfrey@citadelgroup.com
kaitlin.mulryan@ibtco.com
kaitlin.yount@aig.com
kaitlyn.j.sheehan@dartmouth.edu
kaitlyn.mcsweeney@ibtco.com
kai-ulrich.doerries@nordlb.de
kai-uwe.pohl@dit.de
kaivan_gill@acml.com
kaiyee.wong@ntrs.com
kaj.bergenhill@folksam.se
kaj.forsstrom@nordea.com
kaj.kvaavik@se.abb.com
kaj.martensen@nl.abnamro.com
kaj@carnegieam.dk
kaje@lmcm.com
kaji-0ghx@jp.nomura.com
kajung@hanabank.com
kak.pr@adia.ae
kakichi@bloomberg.net
k-akimot@nochubank.or.jp
kakinuma@daiwasbi.co.jp
kakuta.tominbank@nifty.com
kakyz@bernstein.com
kalapi.darmeci@dnbnor.no
kalbb@nationwide.com
kalee@bloomberg.net
kalfusova@zinobanka.cz
kali_ramachandran@ssga.com
kalidoss.sivasamy@citadelgroup.com
kalioto@loomissayles.com
kalisa_hines@troweprice.com
kalkhattaf@sama.org.sa
kalle.kuokka@sampopankki.fi
kallen@troweprice.com
kalliope@omega-advisors.com
kalmany@mizrahi.co.il
kalmgren2@bloomberg.net
kalmogahwi@kio.uk.com
kaloring@wellington.com
kalpana.bhat@barclaysglobal.com

kalpana_rumburg@freddiemac.com
kalpesh.patel@lazard.com
kalpesh.shah@morleyfm.com
kaltrina.baraliu@truscocapital.com
kaltschaffl@federatedinv.com
kalyan.kuchimanchi@dartmouth.edu
kalyan_gullapalli@ml.com
kalyanaraman.venkataraman@fmr.com
kalyanaraman.venkataramani@fmr.com
kam.chang@gm.com
kam.poon@credit-suisse.com
kam@nbim.no
kamada.jiyuun@daido-life.co.jp
kamal.fayad@db.com
kamal_hosein@colonialbank.com
kamaljit.bansil@uk.fid-intl.com
kamano@daiwasbi.co.jp
kamarasit@otpbank.hu
kambiz.pouya-majd@csam.com
kamccarragher@jennison.com
kamcluskey@wellington.com
kameda@boj.co.uk
kameel.mohammed@morleyfm.com
kamei@daiwasbi.co.jp
kameke.sweeney@ny.frb.org
kamel.askar@jpmorgan.com
kameyama_tomoyuki@rn.smbc.co.jp
kameyamadz@bernstein.com
kami@daiwasbi.co.jp
kamignault@wellington.com
kamil.falkowski@rbsgc.com
kamil@bnm.gov.my
kamil_cziczey@koba.sk
kamimura.y@daiwa-am.co.jp
kamino@daiwa-am.co.jp
kaminski.mp@mellonequity.com
kamisah@mas.gov.sg
kamita@nam.co.jp
kamiya@nam.co.jp
kamkhaijie@gic.com.sg
kamlun.shek@morganstanley.com
kammal.patel@wachovia.com
kamolino@wellington.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kamper.sasha@principal.com | kanghui@mas.gov.sg |
| kamradtm@mcdmgmt.com | kangmin.lin@pimco.com |
| kamran.butt@credit-suisse.com | kangsewon@naver.com |
| kamran.ghassempour@belgacom.be | kannari@ioi-sonpo.co.jp |
| kamran.kashef@hcmny.com | kanockck@bot.or.th |
| kamran.moghadam@jpmorgan.com | kanri@ho.rokinbank.or.jp |
| kamran.sadr@db.com | kantar@halykbank.kz |
| kamran.shafqat@citigroup.com | kantaria@ebrd.com |
| kamran@sfc-uk.com | kany04@handelsbanken.se |
| kamran_baig@troweprice.com | kaori.ishii@swip.com |
| kamrang@tmgny.com | kaori.ono@barclaysglobal.com |
| kan.eu@adia.ae | kaori_ambo@tr.mufg.jp |
| kan.mam@pimco.com | kaori_iwasaki@tr.mufg.jp |
| kan.zheng@aig.com | kaoru.mochizuki@mizuho-cb.co.jp |
| kan.zheng@fortisinvestments.com | kaoru.nishiura@citadelgroup.com |
| kan@americancentury.com | kaoru.ueno@japan.gartmore.com |
| kan@bankinvest.dk | kaoru_kinouti@am.sumitomolife.co.jp |
| kan_zheng@ssga.com | kaoshea@wellington.com |
| kanaan@aigfpc.com | kaotw@icbc.com.tw |
| kanah.heckman@huntington.com | kaotw@megabank.com.tw |
| kanai.kazuto@kokusai-am.co.jp | kap@kebcard.co.kr |
| kanai@daiwa-am.co.jp | kap49@domcap.com |
| kanai_keiji@vr.smbc.co.jp | kapbhogaita@bloomberg.net |
| kanako_sai@tr.mufg.jp | kapil.jain@lehman.com |
| kanamori@daiwasbi.co.jp | kapil.singh@corporate.ge.com |
| kanbara@nam.co.jp | kapil_rastogi@ml.com |
| kanderson1@metlife.com | kapoom@tcwgroup.com |
| kandes@adb.org | kapoorak@bernstein.com |
| kandhars@strsoh.org | kaporter@ftb.com |
| kandice.stephens@orix.com | kaprice.calhoun@janus.com |
| kandrachick@federatedinv.com | kaprice.karch@janus.com |
| kandrade2@bloomberg.net | kapui.cheung@uk.abnamro.com |
| kandrew@silchester.com | kaq.pr@adia.ae |
| kane.pj@mellon.com | kaquinto@statestreet.com |
| kane.waller@fmr.com | kar.eu@adia.ae |
| kaneda@nam.co.jp | kar@capgroup.com |
| kaneko@nam.co.jp | kara.arnaudy@citadelgroup.com |
| kaneko-m@daiwasbi.co.jp | kara.loe@deshaw.com |
| kaneoka@daiwasbi.co.jp | kara.miller@ca-aipg.com |
| kanezaki.asako@kokusai-am.co.jp | kara.netro@pimco.com |
| kang@apollodif.com | kara_cheseby@troweprice.com |
| kang_pan@fanniemae.com | kara_tuinstra@vanguard.com |
| kanghui@dbs.com | karam.deol@barcap.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| karanika.an@emporiki.gr | karen.firestone@fmr.com |
| karaoglanian_christian@accor-hotels.com | karen.flores@schwab.com |
| karapp@tiaa-cref.org | karen.gillham@uk.abnamro.com |
| karasawa@daiwa-am.co.jp | karen.good@jpmchase.com |
| kare.bostrom@husqvarna.se | karen.greenberg@morganstanley.com |
| kareem.lee@ge.com | karen.grimsley@sscims.com |
| kareem.serageldin@csfb.com | karen.guinand@lodh.com |
| kareena.sweat@bankofamerica.com | karen.h.arsola@conocophillips.com |
| karel.bauer@cnb.cz | karen.h.toh@si.shell.com |
| karel.noordzij@pggm.nl | karen.hales@alliancebernstein.com |
| karel.pravec@mizuhocbus.com | karen.halliday@db.com |
| karel_volesky@kb.cz | karen.hammold@frm.com |
| karen.a.cheng@wellsfargo.com | karen.hannaway@pioneerinvest.com |
| karen.a.johnson@firstunion.com | karen.harford@ge.com |
| karen.allschwang@fhlbboston.com | karen.harrell-long@fldfs.com |
| karen.andersen@trs.state.tx.us | karen.heaney@nationwide.co.uk |
| karen.arneil@columbiamanagement.com | karen.hogan@fgic.com |
| karen.aubouy@bpb.barclays.com | karen.horrie@firstmidwest.com |
| karen.bale@citigroup.com | karen.howard@ppm-uk.com |
| karen.bergman@inginvestment.com | karen.huebscher@group.novartis.com |
| karen.boka@blackrock.com | karen.hunter@aiminvestments.com |
| karen.boldizar@morganstanley.com | karen.i.taylor@chase.com |
| karen.bottar@bbh.com | karen.irons@insightinvestment.com |
| karen.bowie@usbank.com | karen.irving@glgpartners.com |
| karen.boyer@nyc.rabobank.com | karen.j.birt@aib.ie |
| karen.burston@ge.com | karen.j.ekegren@wellsfargo.com |
| karen.c.parrin@wellsfargo.com | karen.jones@colonialfs.co.uk |
| karen.carnemolla@pacificlife.com | karen.karniol-tambour@bwater.com |
| karen.chaltikian@barclaysglobal.com | karen.kelley@aiminvestments.com |
| karen.clapp@dowcorning.com | karen.l.beyer@ge.com |
| karen.cleary@ppm-uk.com | karen.l.sluzenski@dartmouth.edu |
| karen.collins@mortgagefamily.com | karen.leung@scotiabank.com |
| karen.cooper@osterweis.com | karen.liebsch@edwardjones.com |
| karen.covey@columbiamanagement.com | karen.lim@ap.natixis.com |
| karen.cronk@inginvestment.com | karen.lin@shroders.com |
| karen.de-smedt@ingim.com | karen.lu@mizuhocbus.com |
| karen.devlin@ubs.com | karen.maw@advantuscapital.com |
| karen.doane@pimco.com | karen.mccoll@columbiamanagement.com |
| karen.drummond@ubs.com | karen.mills@huntington.com |
| karen.e.driscoll@csam.com | karen.morehouse@morganstanley.com |
| karen.e.hogan@blackrock.com | karen.morely@blackrock.com |
| karen.eversole@pncadvisors.com | karen.mullins@ers.state.tx.us |
| karen.fife@inginvestment.com | karen.murphy@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| karen.nelson@novartis.com | karen_grozinski@vanguard.com |
| karen.omalley@threadneedle.co.uk | karen_kelleher@conning.com |
| karen.pallister@jpmorgan.com | karen_klapper@invesco.com |
| karen.peters@trs.state.tx.us | karen_lm_cheng@hkma.gov.hk |
| karen.prooth@jpmorganfleming.com | karen_lynch@providentcompanies.com |
| karen.quinand@lodh.com | karen_miller@freddiemac.com |
| karen.r.walker@chase.com | karen_morrison@freddiemac.com |
| karen.read.fmr@fmr.com | karen_ng@nylim.com |
| karen.roberts@csam.com | karen_sesin@acml.com |
| karen.romero@morganstanley.com | karen_siafakas@putnam.com |
| karen.rustman@csam.com | karen_t_montgomery@bankone.com |
| karen.sabatowski@gm.com | karen_tsang@ssga.com |
| karen.sabti@bsibank.com | karen1.warner@harrisbank.com |
| karen.schoenig@ba.com | karena.fung@ubs.com |
| karen.shao@wamu.net | karenabrahall@hsbc.com |
| karen.shapiro@jpmorgan.com | karenanderson@northwesternmutual.com |
| karen.siercke-franco@standardchartered.com | karenchia@fullerton.com.sg |
| karen.silvester@threadneedle.co.uk | karencoll@templeton.com |
| karen.singson@tbcam.com | karendl@mcm.com |
| karen.stewart@db.com | karene@bloomberg.net |
| karen.temple@barclaysglobal.com | karenfranklin@bntb.bm |
| karen.toll@morganstanley.com | karenhsu@cathaylife.com.tw |
| karen.tsang@tcw.com | karenk@mcm.com |
| karen.uzzolino@blackrock.com | karenw@bgi-group.com |
| karen.vandecastle@ge.com | karey@wasatchadvisors.com |
| karen.veraa@wamu.net | kari.haataja@keva.fi |
| karen.vignisdottir@sedlabanki.is | kari.hallgrimsson@isfba.is |
| karen.walters@uk.fid-intl.com | kari.koivula@sampo.fi |
| karen.westwood@wamu.net | kari.kukka@nib.fi |
| karen.whinney@richemont.com | kari.nestaval@usbank.com |
| karen.wiggan@schwab.com | kari.nisula@oko.fi |
| karen.wright@pacificlife.com | kari.pihkala@tapiola.fi |
| karen@paragonassociates.net | kari.sigurdsson@barclaysglobal.com |
| karen_bilancini@indymacbank.com | kari@apothcap.com |
| karen_boyne@scudder.com | kari_a_pietrafitta@vanguard.com |
| karen_buckley@invesco.com | karianne.tomlinson@glgpartners.com |
| karen_chong@ssga.com | karil.gaut@harrisbank.com |
| karen_e_robertson@standardlife.com | karim.abdel-motaal@glgpartners.com |
| karen_ellis@troweprice.com | karim.ayad@db.com |
| karen_everhart@ssmhc.com | karim.basta@avmltd.com |
| karen_farrell@troweprice.com | karim.dashti@arabbank.com |
| karen_gentile@freddiemac.com | karim.dashti@arabbanking.com |
| karen_green@agfg.com | karim.derleth@ca-suisse.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

karim.derrough@americas.bnpparibas.com
karim.flitti@axa-im.com
karim.gowani@ngc.com
karim.h@gordian.co.uk
karim.hirani@tea.state.tx.us
karim.khiar@barclaysglobal.com
karim.ladha@morganstanley.com
karim.mzoughi@cpr-am.fr
karim.nsouli@moorecap.com
karim.p.jabri@credit-suisse.com
karim.tabet@provequity.co.uk
karim_zein@keybank.com
karim_zetchi@par.invesco.com
karima.ghoul@caam.com
karin.andreen@usbank.com
karin.baumgartner@rzb.at
karin.bendler@zkb.ch
karin.bleuel@gz-bank.de
karin.brodbeck@us.nestle.com
karin.cross-powers@fmr.com
karin.deiser@allianz.com
karin.ellmauer@rzb.at
karin.gaudy@lodh.com
karin.good@lgt.com
karin.hennecke@credit-suisse.com
karin.hillmer@db.com
karin.hilmer@db.com
karin.kimbrough@ny.frb.org
karin.kuelling@ubs.com
karin.kunrath@rvg.at
karin.lambotte@dexia-bil.com
karin.lindlad@seb.se
karin.lopatin@tcw.com
karin.moberg@inv.spp.se
karin.nagler@erstebank.at
karin.peters@cominvest-am.com
karin.s.thorburn@tuck.dartmouth.edu
karin.schoeman@fortisinvestments.com
karin.spletzer@westam.com
karin.trautwein@dlh.de
karin.van.der.sluijs@mn-services.nl
karin.vivier@sgam.com
karin.vrang@csam.com

karin.walchshofer@bmo.com
karin.zweifel@efv.admin.ch
karina.gundermann@frankfurt-trust.de
karina.lueck@hsh-nordbank.com
karina.saade@blackrock.com
karina_rubel@putnam.com
karine.bernard@cfm.mc
karine.dombre@ceifo.caisse-epargne.fr
karine.ferrer@bred.fr
karine.jesiolowski@insightinvestment.com
karine.juvin@bnpparibas.com
karine.mercado@pimco.com
karine.nicolov@caam.com
karkruger@aol.com
karl.altrichter@sparinvest.com
karl.austin@nationwide.co.uk
karl.aziz@credit-suisse.com
karl.barrow@credit-suisse.com
karl.beinkampen@morganstanley.com
karl.bergqwist@gartmore.com
karl.chang@columbiamanagement.com
karl.cheng@barclaysglobal.com
karl.ellensohn@citadelgroup.com
karl.ertl@bmw.de
karl.fenlon@hansonplc.com
karl.freidl@krentschker.at
karl.funke-kaiser@oppenheim.de
karl.gorbach@ba-ca.com
karl.graeff@ubs.com
karl.grutschnig@dresdner-bank.com
karl.guha@nl.abnamro.com
karl.hamilton@dkib.com
karl.henning@columbiamanagement.com
karl.huber@pioneerinvest.de
karl.j.cooke@aib.ie
karl.kampfmann@himco.com
karl.keller@hyposwiss.ch
karl.kieffer@ge.com
karl.kroeker@citadelgroup.com
karl.kronnagel@postbank.de
karl.kyriss@db.com
karl.lindqvist@nordea.com
karl.massey@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| karl.matheis@telekom.de | karol.mrva@nbs.sk |
| karl.mayr@commerzbank.com | karolina.nowicka@credit-suisse.com |
| karl.nolson@barcap.com | karolina.x.berkowska@jpmorgan.com |
| karl.nordlander@seb.se | karoline.carlson@aiminvestments.com |
| karl.robijns@citadelgroup.com | karoline.eichelberg@uk.fid-intl.com |
| karl.schleinzer@oenb.co.at | karoline.freeman@trs.state.tx.us |
| karl.schoenenberger@generali.ch | karolya@bloomberg.net |
| karl.staecker@frankfurt-trust.de | karolyis@strsoh.com |
| karl.steinhart@bw-bank.de | karonsen@bloomberg.net |
| karl.sternberg@db.com | karpus@frontiernet.net |
| karl.stettler@swisscanto.ch | karri.makitalo@keva.fi |
| karl.thiele@activest.de | karri.s.barry@seagate.com |
| karl.thirion@dexia.be | karry.tsai@email.chinatrust.com.tw |
| karl.trummer@krentschker.at | karseten.heppner@t-mobil.de |
| karl.von.burne@hsbcib.com | karstein.bjastad@chase.com |
| karl.x.lohninger@jpmorgan.com | karsten.asch@dekabank.de |
| karl.zahner@rbscoutts.com | karsten.bielig@db.com |
| karl_bejasa@westlb.com | karsten.bierre@nordea.com |
| karl_eschelbach@westlb.com | karsten.blumenthal@dit.de |
| karl_l._capion@ntrs.com | karsten.eberle@dresdner-bank.com |
| karla.duss@ubs.com | karsten.hansen@seb.se |
| karla.harwich@opcap.com | karsten.hesse@lbb.de |
| karla.kovac@hsbcpb.com | karsten.hippler@hsh-nordbank.co.uk |
| karla_encarnacion@ustrust.com | karsten.kaas@bnpparibas.com |
| karlaadams@northwesternmutual.com | karsten.knudsen@danskebank.dk |
| karl-detlev.gerke@db.com | karsten.koch@vescore.com |
| karletty_medina@putnam.com | karsten.kraushaar@hvb.de |
| karl-gerhard.eick@telekom.de | karsten.linowsky@credit-suisse.com |
| karl-heinrich.mengel@bhf-bank.com | karsten.marzoll@sebprivatebanking.com |
| karl-heinz.adermann@rwe.com | karsten.naumann@deka.de |
| karl-heinz.burmester@sparkasse.bremen.de | karsten.niemann@dit.de |
| karlheinz.gfall@lgt.com | karsten.rosenkilde@db.com |
| karlheinz.gfall@llb-ip.li | karsten.seier@wmam.com |
| karlheinz.mistlbachner@ba-ca.com | karsten.solberg@storebrand.no |
| karl-heinz.raschtuttis@commerzbank.ce | karsten.steinberg@credit-suisse.com |
| karl-hermann.hammel@dit.de | karsten.tripp@trinkaus.de |
| karlis.r.ulmanis@usa.dupont.com | karsten.wettig@sachsenlb.de |
| karlis@bank.lv | karsten.witte@dws.com |
| karl-johan.lundin@swedbank.com | karsten@leehowes.net |
| karlo_ortiz@cargill.com | karsten_legner@sachsenlb.ie |
| karl-wilhelm.neeb@helaba.de | karstenj@mcm.com |
| karmstrong4@bloomberg.net | karstrom.mark@principal.com |
| karol.chrystowski@blackrock.com | karthik.murali@daiwausa.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

karthik.radhakrishnan@inginvestment.com
karthik.x.rajan@jpmorgan.com
karukomi_kazutaka@mail.asahi-life.co.jp
karydas.d@tbcam.com
karyn.baumeister@aig.com
karyn.corridan@columbiamanagement.com
karyn.ishler@wdr.com
karyn.ovelmen@premcor.com
karyo.oh@fmr.com
kasadsyed@worldbank.org
kasai@daiwasbi.co.jp
kasamatsu02294@nissay.co.jp
kasarin.chakkaphak@aberdeen-asset.com.sg
kasase.i.kabwe@jpmorgan.com
kascott@waddell.com
kasey.tu@barclaysglobal.com
kash.patel@jpmorganfleming.com
kash6970@yahoo.com
kashao@dbs.com
kashif.malik@pacificlife.com
kashif.riaz@blackrock.com
kashif@incomeresearch.com
kashiwazaki@daiwasbi.co.jp
kashmira.karnik@ny.frb.org
kashmira@stanford.edu
kasi_-_shanmugam@fanniemae.com
kaska.dratewska@deshaw.com
kaspar.bischofberger@ubs.com
kaspar.boehni@claridenleu.com
kaspar.hense@db.com
kasper.lund@nordea.com
kasper.ullegaard@nordea.com
kassandra.wipf@alinpa.com
kassem.matt@huntington.com
kasten.walther@pimco.com
kata@seic.com
katagiri.y@daiwa-am.co.jp
katai-1q27@jp.nomura.com
katakai.taketo@sojitz.com
kataoka@nochubank.or.jp
kataoka8046@intra.cosmo-sec.co.jp
katariina.kanninen@glgpartners.com
katarzyna.kiladis@uk.fid-intl.com

katarzyna.kozak@prudential.com
katarzyna.sydor@fandc.com
katarzyna.traczynska@bankofny.com
katarzyna_woja@ldn.invesco.com
katayama@daiwasbi.co.jp
katayama_kei@vb.smbc.co.jp
katayori@dl.dai-ichi-life.co.jp
kate.aylott@uk.fid-intl.com
kate.barker@bankofengland.co.uk
kate.bible@bnpparibas.com
kate.birchall@lloydstsb.co.uk
kate.brady@blackrock.com
kate.cornax@morganstanley.com
kate.cornish-bowden@morganstanley.com
kate.ervin@fmr.com
kate.faraday@aig.com
kate.fuller@bbh.com
kate.grant@lloydstsb.co.uk
kate.hua@tcw.com
kate.jones@barclaysglobal.com
kate.jordan@lloydstsb.co.uk
kate.leggate@bailliegifford.com
kate.leness@fmr.com
kate.middleton@gartmore.com
kate.moore@moorecap.com
kate.oconnor@blackrock.com
kate.pettem@insightinvestment.com
kate.pingitore@bms.com
kate.prince@ubs.com
kate.saunders@ubs.com
kate.soiguine@pimco.com
kate.speakman@bailliegifford.com
kate.staley@fmr.com
kate.vain@uk.tesco.com
kate.wilkie@csam.com
kate.williams@morganstanley.com
kate.xiong@gs.com
kate@chandlerasset.com
kate_england@invescoperpetual.co.uk
kate_lander@ntrs.com
kate_roscoe@manulife.com
kate_stewart@troweprice.com
kategreen@northwesternmutual.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

katelyn.fallon@gcm.com
katerina.alexandraki@alliancebernstein.com
katerina.alexandraki@bernstein.com
katerina.iatsounova@inginvestment.com
katerina.v.simons@dartmouth.edu
katerina.valka@csam.com
katerina@blabla.com
katha.kerr@inginvestment.com
katharina.bruhn@hsh-nordbank.com
katharina.hock@dresdner-bank.lu
katharina.leeb@apk.at
katharina.neidert@sfs.siemens.de
katharina.schiffer@oppenheim.de
katharina.schmid@unicreditgroup.de
katharina.schroeter@hsh-nordbank.com
katharina.seiler@dws.com
katharina.taufer@siemens.com
katharina_hoyland@hen.invesco.com
katharine.bullock@db.com
katharine.dudley@pnc.com
katharine.jurevic@fmr.com
katharine.king@cw.com
katharine.odonovan@csam.com
katharine.partridge@morganstanley.com
katharine_dryer@blackrock.com
katharine_feehan@freddiemac.com
katherin.kim@tcw.com
katharina.bennett@boimail.com
katherine.a.shepperd@jpmorgan.com
katherine.a.stallkamp@jpmorgan.com
katherine.barker@lgim.co.uk
katherine.barna@prudential.com
katherine.boening@alliancebernstein.com
katherine.brown@pnc.com
katherine.chang@prudential.com
katherine.chasmar@morganstanley.com
katherine.collins@uk.fid-intl.com
katherine.cox@us.schroders.com
katherine.darris@fmr.com
katherine.diedrichsen@putnam.com
katherine.e.joyce@jpmorgan.com
katherine.edenbach@fairchildsemi.com
katherine.eichelberg@fmr.com

katherine.garcia@ubs.com
katherine.garrett-cox@morleyfm.com
katherine.gibson@pncbank.com
katherine.gray@fmr.com
katherine.j.stanley@db.com
katherine.johnson@ubs.com
katherine.k.miller@usbank.com
katherine.knowles@thrivent.com
katherine.kym@deshaw.com
katherine.lewis@ny.frb.org
katherine.maciag@ustrust.com
katherine.manuel@pnc.com
katherine.ohagan@ubs.com
katherine.p.orrell@bankofameirca.com
katherine.richardson@ubs.com
katherine.stromberg@morganstanley.com
katherine.talaga@ge.com
katherine.vigeveno@raymondjames.com
katherine.wee@capitalglobal.com
katherine.woodrow@db.com
katherine.young@redwoodtrust.com
katherine_a_martelon@fleet.com
katherine_gavin@troweprice.com
katherine_langridge@hen.invesco.com
katherine_manahan@victoryconnect.com
katherine_pierce@ssga.com
katherine_swanston@newton.co.uk
kathi.rogers@marquette.com
kathie.cox@bg-group.com
kathleen.a.o'hara-maddox@bankofamerica.com
kathleen.amshoff@pncbank.com
kathleen.anderson@blackrock.com
kathleen.baum@blackrock.com
kathleen.beck@pnc.com
kathleen.bell@morganstanley.com
kathleen.boatman@lazard.com
kathleen.bowers@db.com
kathleen.bradford@db.com
kathleen.brenneck@citadelgroup.com
kathleen.brooks@ge.com
kathleen.byrne@do.treas.gov
kathleen.calungcagin@tmgchicago.com
kathleen.camilli@csam.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kathleen.coussement@agf.be | kathleenwebster@tagfolio.com |
| kathleen.crow@pncbank.com | kathrin.dassel@dekabank.de |
| kathleen.de.boever@artesiabc.be | kathrin.eichmann@bankgesellschaft.de |
| kathleen.de-clercq@ubs.com | kathrin.mueller@lbbw.de |
| kathleen.dewandeleer@swip.com | kathrin.sick@activest.de |
| kathleen.dwyer@pimco.com | kathrin.spanek@bb-invest.de |
| kathleen.eaton@fmr.com | kathrin.stoess@dit.de |
| kathleen.gaertner@de.pimco.com | kathrin_schriber@swissre.com |
| kathleen.greenlaw@ibtco.com | kathryn.acquafredda@lazard.com |
| kathleen.heltemes@usbank.com | kathryn.battles@schwab.com |
| kathleen.hughes@jpmorganfleming.com | kathryn.bingham@commercebank.com |
| kathleen.m.gallagher@morganstanley.com | kathryn.carlson@fmr.com |
| kathleen.mckenzie@blackrock.com | kathryn.chen@ny.frb.org |
| kathleen.mcnamara@ubs.com | kathryn.e.gross@jpmorgan.com |
| kathleen.meyer@cnb.com | kathryn.fric@sunlife.com |
| kathleen.obinger@pnc.com | kathryn.gernert@ers.state.tx.us |
| kathleen.olesinski@allegiantgroup.com | kathryn.johnson@umb.com |
| kathleen.park@samsung.com | kathryn.mak@ubs.com |
| kathleen.parker@advantuscapital.com | kathryn.mansfield@gs.com |
| kathleen.posus@advantuscapital.com | kathryn.mohr@micorp.com |
| kathleen.roberts@aiminvestments.com | kathryn.neff@csam.com |
| kathleen.semet@bms.com | kathryn_allen@vanguard.com |
| kathleen.stack@jpmorgan.com | kathryn_barry@ssga.com |
| kathleen.tappero@pge-corp.com | kathryn_floyd@troweprice.com |
| kathleen.thygesen@4086.com | kathryn_henry@putnam.com |
| kathleen.vogelsang@53.com | kathryn_langridge@hen.invesco.com |
| kathleen.wells@huntington.com | kathryn_mcadams@ml.com |
| kathleen.williams@avmltd.com | kathryn_mosser@freddiemac.com |
| kathleen_corbet@acml.com | kathryn_sharpe@csx.com |
| kathleen_croft@putnam.com | kathryn_spicker@agc.com |
| kathleen_d_hyland@vanguard.com | kathryn_westcott@freddiemac.com |
| kathleen_foody-malus@freddiemac.com | kathy.augustyn@inginvestment.com |
| kathleen_h._parker@scudder.com | kathy.clemens@morganstanley.com |
| kathleen_haas@nylim.com | kathy.dixon@huntington.com |
| kathleen_haberkern@newyorklife.com | kathy.dolan@firstunion.com |
| kathleen_laird@bankone.com | kathy.dornellas@mackayshields.com |
| kathleen_lasch@scudder.com | kathy.e.strawn@exxonmobil.com |
| kathleen_m_ahern@fleet.com | kathy.el.ong@citi.com |
| kathleen_mckechnie@standardlife.com | kathy.el.ong@citigroup.com |
| kathleen_morford@freddiemac.com | kathy.faulkner@wellsfargo.com |
| kathleenbrooks@northwesternmutual.com | kathy.giove@db.com |
| kathleenh@oechsle.com | kathy.gray@nmb.norwest.com |
| kathleenmurphy@northwesternmutual.com | kathy.hagany@jpmorgan.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kathy.hegseth@thrivent.com | katie.barton@threadneedle.co.uk |
| kathy.hoffman@pimcoadvisors.com | katie.bourget@stpaul.com |
| kathy.kelly@kroger.com | katie.connor@moorecap.com |
| kathy.king-griswold@rochester.edu | katie.della.maria@pimco.com |
| kathy.martin@sscims.com | katie.dellamarie@pimco.com |
| kathy.mcwade@morganstanley.com | katie.edmunds@jpmorgan.com |
| kathy.nelson@axa-im.com | katie.exbank@gs.com |
| kathy.o'connor@morganstanley.com | katie.farrant@bankofengland.co.uk |
| kathy.park@pimco.com | katie.harbison@us.schroders.com |
| kathy.rideout@fmr.com | katie.horne@alliancebernstein.com |
| kathy.sanford@swib.state.wi.us | katie.hostalier@commerzbank.com |
| kathy.selinka@chase.com | katie.hubbard.hsis@statefarm.com |
| kathy.sheng@wellsfargo.com | katie.jensen@ci.denver.co.us |
| kathy.sias@firstar.com | katie.modugno@fffc.com |
| kathy.starrs@clinton.com | katie.ng@blackrock.com |
| kathy.stylarek@huntington.com | katie.reichle@ge.com |
| kathy.taylor@barclaysglobal.com | katie.riccardella@soros.com |
| kathy.thomas@hjheinz.com | katie.rollins@citadelgroup.com |
| kathy.wang@bloomberg.net | katie.savage@db.com |
| kathy.weaver@usa.dupont.com | katie.thompson@gartmore.com |
| kathy.wicker@brownia.com | katie.uk.roberts@uk.fid-intl.com |
| kathy.wilson@opco.com | katie_george@putnam.com |
| kathy.xu@aberdeen-asset.com | katiek@bgi.com |
| kathy.young@harrisbank.com | katja.buenger@ubs.com |
| kathy.zonna@erieinsurance.com | katja.hofmann@bundesbank.de |
| kathy_a_heigle@victoryconnect.com | katja.neubecker@dzbank.de |
| kathy_donadio@freddiemac.com | katja.rossburg@geninvest.de |
| kathy_d'ornellas@acml.com | katja.segbers@amb-generali.de |
| kathy_gentry@agfg.com | katja.taipalus@bof.fi |
| kathy_hassey@putnam.com | katja.werner@barcap.com |
| kathy_hutka@key.com | katja_fitzgerald@hvbamericas.com |
| kathy_mchenry@vanguard.com | kato.akio@kokusai-am.co.jp |
| kathy_petty@providentcompanies.com | kato@daiwasbi.co.jp |
| kathy_ryan@hancockbank.com | kato_koichi@takeda.co.jp |
| kathy_taylor@thruway.state.ny.us | kato_takahiko@ra.smbc.co.jp |
| kathy_valenti@mgic.com | kato-takashi@mitsubishi-sec.co.jp |
| kathycarey@northwesternmutual.com | katou580@dl.dai-ichi-life.co.jp |
| kathyevans@nicholas.com | katouk@po.jsf.co.jp |
| kathysprague@northwesternmutual.com | katrien.adam@fortisinvestments.com |
| kati.reese@thrivent.com | katrin.fischer@wuerttembergische.de |
| katia.giraud@axa-im.com | katrin.loehken@oppenheim.de |
| katia.levy-thevenon@morganstanley.com | katrin.pranckl@ba-ca.com |
| katia.strappa@bancamarche.it | katrin.stark@commerzbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

katrin.tonning@towerbrook.com
katrin_schneider@westam.de
katrina.batchelor@db.com
katrina.e.mooney@jpmorgan.com
katrina.gil@barclaysglobal.com
katrina.horner@pimco.com
katrina.kaufman@chevron.com
katrina.laudeman@ci.orlando.fl.us
katrina.lee@bbh.com
katrina.mitchell@db.com
katrina.nguyen@sscims.com
katrina.rempel@bmonb.com
katrina.strecher@boi.ie
katrina.winiecki@ubs-oconnor.com
katrina_howard@nylim.com
katrine.lindbekk@morganstanley.com
katsnelsons@umtb.co.il
katsu.sakai@mizuhocbus.com
katsuaki.morooka@mitsubishicorp.com
katsuaki.oshima@axa.co.jp
katsuei_tani@tr.mufg.jp
katsuhiko.aiba@boj.or.jp
katsuhiko.oka@axa.co.jp
katsuhiro.egi@axa.co.jp
katsuhiro.tamura@ufj-partners.co.jp
katsuhisa.umemoto@mizuho-cb.co.jp
katsuhisa_ota@mitsubishi-trust.co.jp
katsuji.yoshida@ufj-partners.co.jp
katsukura@dl.dai-ichi-life.co.jp
katsumasa.mori@shinseibank.com
katsumi.arai@schroders.com
katsumi.iwase@daiwausa.com
katsumi_arita@mitsubishi-trust.co.jp
katsurada_hiroshige@ay.smbc.co.jp
katsushi-ishikawa@am.mufg.jp
katsuya_ishida@mitsubishi-trust.co.jp
katsuyuki.takagi@mizuho-cb.co.jp
katsuyuki_ogura@mail.toyota.co.jp
katsuzo_nakata@mitsui-seimei.co.jp
katy.cutshall@fmr.com
katy.e.thorneycroft@jpmorgan.com
katy.hoffman@trs.state.tx.us
katy.mccandless@threadneedle.co.uk

katy.phoun@citadelsolutions.com
katy.rossow@ge.com
katy.wojciechowski@inginvestment.com
katy.woodhouse@flemings.com
katy_ross@standardlife.com
katy_young@putnam.com
katya.dimova@ids.allianz.com
katya.novikova@citigroup.com
katylin@mail.cbc.gov.tw
katyln.may@fmr.com
katz@apollodif.com
katz@co.apollolp.com
katzcs@bernstein.com
kaudley@cwhenderson.com
kaushal.shah@barclaysglobal.com
kaushik.saha@barclaysglobal.com
kaushik_saha@freddiemac.com
ka-ushikubo@nochubank.or.jp
kauyikang@gic.com.sg
kav@ubp.ch
kaval.x.jowhal@jpmorgan.com
kavanagh@wgz-bank.ie
kave.sigaroudinia@bailliegifford.com
kaveh.heravi@pimco.com
kavel.gudka@uk.fid-intl.com
kavi03@handelsbanken.se
kavindi@bloomberg.net
kavita.gupta@rothschild.co.uk
kavita.nayar@gs.com
kavita.sheth@morganstanley.com
kavita.suratsingh@tt.rbtt.com
kavita_dawar@freddiemac.com
kaw242@cornell.edu
kawabe@nam.co.jp
kawaberi@daiwasbi.co.jp
kawada@us.nomura.com
kawaguchi02439@nissay.co.jp
kawahara_eiji@vb.smbc.co.jp
kawai_toshiaki@ck.smbc.co.jp
kawakami@boj.co.uk
kawakami_kazuhiro@mail.asahi-life.co.jp
kawamori02808@nissay.co.jp
kawamoto.t@daiwa-am.co.jp

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

kawamura@nam.co.jp
kawamura_yoshinori@zn.smbc.co.jp
kawanago26743@nissay.co.jp
kawanobe@daiwasbi.co.jp
kawara_akihiro@ub.smbc.co.jp
kawasaki.k@daiwa-am.co.jp
kawasaki@daiwasbi.co.jp
kawasaki@dlusa.com
kawase@daiwa-am.co.jp
kawashima.kazuhito@bridgestone.co.jp
kawata.s@daiwa-am.co.jp
kawazu@daiwa-am.co.jp
kay.chippeaux@state.nm.us
kay.cuclis@trs.state.tx.us
kay.hayre@bnpparibas.com
kay.herr@jpmorgan.com
kay.lang@columbiamanagement.com
kay.strozewski@bbh.com
kay.turner@gibuk.com
kay.willcox@prudential.com
kay@chandlerasset.com
kay_ayre@standardlife.com
kay_eyre@standardlife.com
kaycee.brookshaw@advantuscapital.com
kaye.handley@aig.com
kaye@rentec.com
kayla_gjata@freddiemac.com
kaylee.garden@pimco.com
kayma.croker-liburd@barclaysglobal.com
kayoko.makimoto@shinseibank.com
kayoko.yamanishi@shinseibank.com
kayoko_fukuda@tr.mufg.jp
kayoko_watanabe@tokaitokyo.co.jp
kayo-yoshinaga@am.mufg.jp
kayses@tcwgroup.com
kayte@dartmouth.edu
kaythie_reid@standardlife.com
kayvan.vahid@ubs.com
kayvan_fateh-tehrani@westlb.com
kazanchv@wellscap.com
kazeem.kashimawo@wachovia.com
kazfujita5@bloomberg.net
kazim.x.koseoglu@jpmchase.com

kazuaki.oosumi@mizuho-bk.co.jp
kazuaki_nakao@mail.toyota.co.jp
kazufumi_ohashi@po.fujisawa.co.jp
kazuharu-konishi@am.mufg.jp
kazuhide_aisa@tr.mufg.jp
kazuhide_ara@mitsubishi-trust.co.jp
kazuhide_shibuya@mitsubishi-trust.co.jp
kazuhiko.yano@mizuhocbus.com
kazuhiko_hirohasi@am.sumitomolife.co.jp
kazuhiko_sudo@tr.mufg.jp
kazuhiro.ninomiya@mhcb.co.uk
kazuhiro.okamura@baring-asset.com
kazuhiro.toyoda@schroders.com
kazuhiro_kikuchi@tr.mufg.jp
kazuhiro_numano@mitsui-seimei.co.jp
kazuhiro_ohashi@tr.mufg.jp
kazuhiro_sawada@tr.mufg.jp
kazuhiro_wada@am.sumitomolife.co.jp
kazuhisa_miyagawa@sakura.co.jp
kazuhisa-yanagawa@am.mufg.jp
kazuhoi@mizuhocap.com
kazuichi.mihara@db.com
kazuki.fujihara@mizuho-bk.co.jp
kazuki_fukunaga@uk.mufg.jp
kazuki_takahashi@tr.mufg.jp
kazuko.yabutani@schroders.com
kazuko_iwai@am.sumitomolife.co.jp
kazuma.kawasaki@fi.fukoku-life.co.jp
kazuma.sakai@shinseibank.com
kazumi.ohira@nsc.com
kazumi.watanabe@mizuho-cb.co.jp
kazumichi.fuziwara@shinseibank.com
kazunari.higuchi@mizuho-cb.co.jp
kazunori_terawaki@tr.mufg.jp
kazunori-ogihara@ioi-sonpo.co.jp
kazuo.nakagawa@mitsubishi-motors.com
kazuo.seki@mitsubishicorp.com
kazuo.yuyama@surugabank.co.jp
kazuo_watanabe@tr.mufg.jp
kazushi.awa@sumitomocorp.co.jp
kazushige.ishii@mizuho-cb.co.jp
kazushige.yoshinaga@mizuho-cb.co.jp
kazuto.doi@westernasset.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kazuto-n@nochubank.or.jp | kbeck@denveria.com |
| kazutoshi.fujita@mackayshields.com | kbell@unumprovident.com |
| kazutoshi.narita@mizuho-bk.co.jp | kbenson@jssb.com |
| kazutoshi.tubakihara@uk.mufg.jp | kbermudez@bloomberg.net |
| kazutoshi@mtbcny.com | kbetty@loomissayles.com |
| kazuya.ohmura@nl.abnamro.com | kbetz@orixcm.com |
| kazuya.sato@axa.co.jp | kbeyer@bankerstrust.com |
| kazuya_katayama@orix.co.jp | kbhargav@microsoft.com |
| kazuya_oomura@am.sumitomolife.co.jp | kbillington@mfs.com |
| kazuya-murakami@nochubank.or.jp | kbingham@citynpl.com |
| kazuyoshi.mashio@lehman.com | kbinner@hymanbeck.com |
| kazuyoshi-fukushima@am.mufg.jp | kbiobaku@dkpartners.com |
| kazuyuki_araki@tokaitokyo.co.jp | kbirkeland@standishmellon.com |
| kazuyuki_mitsuhashi@tr.mufg.jp | kbivens@allstate.com |
| kazuyuki_tai@tr.mufg.jp | kbjerke@teleos.com |
| kazuyuki_yamasina@am.sumitomolife.co.jp | kbjohnson@stanford.edu |
| kazuyuki-terao@am.mufg.jp | kbkim@bok.or.kr |
| kb.lee@geahk.ge.com | kblaser@shay.com |
| kb1516@bok.or.kr | kbm@jwbristol.com |
| kb88@ntrs.com | kbmiller@leggmason.com |
| kba@mppension.dk | kbochman@loomissayles.com |
| kbabar@fhlbatl.com | kboksiner@templeton.com |
| kbabuji@bloomberg.net | k-bond@po.minc.ne.jp |
| kbaccei@eatonvance.com | kbonin@gwkinc.com |
| kbadams@tiaa-cref.org | kbonin@loomissayles.com |
| kbaker@fhlbc.com | kborell@frk.com |
| kbakker@aegonusa.com | kbormann@aegonusa.com |
| kbalt@bloomberg.net | kboston@unumprovident.com |
| kban@fmaadvisors.com | kbouchard@blackrock.com |
| kbania@tsbjinc.com | kboulmetis@bankofny.com |
| kbannon@bankofny.com | kbowers@mcmorgan.com |
| kbannon@blackrock.com | kbowes@standishmellon.com |
| kbarket@angelogordon.com | kbr@nbim.no |
| kbarry@caxton.com | kbradely@the-ark.com |
| kbarua@fftw.com | kbralich@metlife.com |
| kbater@standishmellon.com | kbramlage@valueline.com |
| kbatsolakis@mfs.com | kbreitzman@northwesternmutual.com |
| kbaum@oppenheimerfunds.com | kbrewer@williamblair.com |
| kbc@ms.com | kbrick@uscentral.org |
| kbchoe@bok.or.kr | kbridgers@caxton.com |
| kbeaman@aegonusa.com | kbrinkman@btmna.com |
| kbeaton@tiaa-cref.org | kbrinkman@us.mufg.jp |
| kbeatty@mfs.com | kbrothers@loomissayles.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kbrowndorf@bwfund.org | kchen@kayne.com |
| kbrunson@russell.com | kcheng@us.mufg.jp |
| kbrust@sdcwa.org | kcheng@us.nomura.com |
| kbryan@oppenheimerfunds.com | kcheng@wescorp.org |
| kbubeck@tiaa-cref.org | kchisholm@loomissayles.com |
| kbuckland@alaskapermfund.com | kchoy@oppenheimerfunds.com |
| kbuder@metzler.com | kchrisman@divinv.net |
| kbuese@aegonusa.com | kchristensen@eatonvance.com |
| kbuntrock@loomissayles.com | kchung@kdb.co.kr |
| kburden@britannicasset.com | kchung@sunamerica.com |
| kburke@grneam.com | kchung1@allstate.com |
| kburke@jennison.com | kcicchini@troweprice.com |
| kburke@sarofim.com | kckpk@kdb.co.kr |
| kburkett@troweprice.com | kckuo@mail.bok.com.tw |
| kburns@frk.com | kclarke@fcem.co.uk |
| kc27@ntrs.com | kclarsson@mail.dk |
| kc346@cornell.edu | kclayton@njm.com |
| kc38@ntrs.com | kclee@mas.gov.sg |
| kc83@ntrs.com | kclement@amerisure.com |
| kcahn@bok.or.kr | kcmin@kfb.co.kr |
| kcalder@jhu.edu | kcoe@barbnet.com |
| kcaldwell@worldbank.org | kcoffin@westernasset.com |
| kcampbell@metlife.com | kcolangelo@alliancebernstein.com |
| kcandel@rwjf.org | kcollier@dlbabson.com |
| kcangemi1@bloomberg.net | kcollins@alger.com |
| kcarpenter@frostbank.com | kcollins@dnb4you.com |
| kcasey@aegonusa.com | kcollins@hbk.com |
| kcavazzi@bear.com | kcolotla@berkeleyvc.com |
| kcellar@bayharbour.com | kcolville@fhlbi.com |
| kcha@jhancock.com | kconcannon@angelogordon.com |
| kchancay@lordabbett.com | kcongliari@jhancock.com |
| kchandler5@bloomberg.net | kconn@mfs.com |
| kchandra@tmmna.com | kconroy@opcap.com |
| kchandrasekhar@worldbank.org | kcook@tudor.com |
| kchang@ustrust.com | kcorba-brown@peacapital.com |
| kchang@westernasset.com | kcorrado@bankofny.com |
| kcharles@dsaco.com | kcotner@sterlingcap.com |
| kchavanne@meag-ny.com | kcovington@evcap.com |
| kchay@compuserve.com | kcox@franklintempleton.co.uk |
| kchellapa@canyonpartners.com | kcparker@beutelgoodman.com |
| kchellappa@canyonpartners.com | kcr@baupost.com |
| kchen@alger.com | kcramer@snwsc.com |
| kchen@fftw.com | kcreedon@eatonvance.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kcroft@croftleo.com | kdj@dodgeandcox.com |
| kcroft@wbcap.net | kdm2@ntrs.com |
| kcronin1@bloomberg.net | kdobaczewska@bankofny.com |
| kcross@caxton.com | kdolan@bloomberg.net |
| kcrowe@apollolp.com | kdonaldson@martincurrie.com |
| kcrummie@federatedinv.com | kdonia@payden-rygel.com |
| kcrump@chartertrust.com | kdooley@natexisny.com |
| kcsung@goodbank.com | kdottl@standard.com |
| kct@americancentury.com | kdoucette@liberty-bank.com |
| kcunningham3@bloomberg.net | kdowning@bartlett1898.com |
| kcurtis@alger.com | kdragan@amfin.com |
| kcushman@perrycap.com | kdrankie@highbridge.com |
| kd@capgroup.com | kdrza@allstate.com |
| kdachille@ofiinstitutional.com | kdudley@msfi.com |
| kdahlgren@bloomberg.net | kdunlap@acml.com |
| kdaly@nb.com | kdyer@mfs.com |
| kdannell@bellsouth.net | ke.ota@mitsui.com |
| kdarci@loomissayles.com | ke.yu@morganstanley.com |
| kdarwish@vcallc.com | ke@ntrs.com |
| kdavis@freedom-capital.com | ke1-aoki@meijiyasuda.co.jp |
| kdavis@loomissayles.com | ke2-hasegawa@ja-kyosai.or.jp |
| kdavis@pjc.com | keag@cgii.com |
| kdavison@umb.com | keating.hagmann@blackrock.com |
| kdb@petercam.be | keb@wmblair.com |
| kdbasia@bloomberg.net | kebandtel@wellington.com |
| kdbbridge@kdb.co.kr | kebartholdson@delinvest.com |
| kdbbridge@ksb.co.kr | kebbond@keb.co.kr |
| kdbetc@yahoo.co.kr | kebderv@koexbank.co.kr |
| kdbman@kdb.co.kr | kebl01@handelsbanken.se |
| kdbyj@kdb.co.kr | kebldn@bloomberg.net |
| kddi-ir@kddi.com | kebrooks@thamesriver.co.uk |
| kdealissia@nychdc.com | keccles@hbk.com |
| kdean@bankofny.com | kechen@tiaa-cref.org |
| kdean@mcleanbudden.com | ked.hogan@barclaysglobal.com |
| kdelfino@nb.com | kedar.timblo@ge.com |
| kdeluca@tigerglobal.com | kedersha.cm@tbcam.com |
| kdence@wellington.com | kedgarton@aegonusa.com |
| kderoche@mfs.com | kedwards@sfbank.co.uk |
| kdevlin@capis.com | kedwards1@metlife.com |
| kdh@bok.or.kr | keeboonhwee@gic.com.sg |
| kdh42@cornell.edu | keeheng@temasek.com.sg |
| kdimitrov@voyageur.net | keehwankim@hanabank.com |
| kdirussa2@bloomberg.net | keeley.hurst@lgim.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

keeley.johnson@threadneedle.co.uk
keeleyt@ufji.com
keeling_harris@invesco.com
keely.lowman@erieinsurance.com
keenan.jackson@schwab.com
keenis.ho@lehman.com
kees.schlimmer@snssecurities.nl
kees.van.den.berg@nl.abnamro.nl
kees.van.der.pot@allianz.nl
kees.vanardenne@corusgroup.com
kees.warnaer@ingim.com
keesvandena@bloomberg.net
kefalonia@bloomberg.net
keg@bankinvest.dk
kegan@fdic.gov
kei.f.chong@jpmorgan.com
kei.sasaki@aig.com
kei.yamamoto@inginvestment.com
kei_ito@tr.mufg.jp
kei_shibuya@tr.mufg.jp
kei_tsuruoka@putnam.com
kei-fuji@nochubank.or.jp
keiichi.fujiwara@mizuho-cb.com
keiichi.mitsuno@intel.com
keiichi_hayashi@mitsui-seimei.co.jp
keiichi_okuda@mail.toyota.co.jp
keiichiro_takeda@tr.mufg.co.jp
keiji.funo@ufj-partners.co.jp
keiji_koyama@mitsubishi-trust.co.jp
keiji_sasaki@yamaguchibank.co.jp
keiko.brooking@ibj.co.uk
keiko.greenberg@mizuhocbus.com
keiko.kimura@barclaysglobal.com
keiko.nakatsuka@shinsei-sec.co.jp
keima.takubo@ntt-finance.co.jp
keir_joyce@troweprice.com
keisha.graham@aig.com
keisuke.tsumoto@schroders.com
keisuke_koriyama@tr.mufg.jp
keisuke_miyoshi@mitsui-seimei.co.jp
keisuke_nishikawa@tr.mufg.jp
keisuke_saeki@mitsubishi-trust.co.jp
keisuke_seko@tr.mufg.jp

keisuke_utiyama@am.sumitomolife.co.jp
keisuke-fujii@am.mufg.jp
keisuke-shirasuka@am.mufg.jp
keita.miyamoto@black-river.com
keita.toda@jpmorgan.com
keita_ando@nochubank.or.jp
keita_itou@am.sumitomolife.co.jp
keitaro.furukawa@uk.mufg.jp
keitaro.kanai@ufj-partners.co.jp
keitaro-irie@am.mufg.jp
keith.a.condie@chase.com
keith.aleardi@pncbank.com
keith.anderson@soros.com
keith.bachman@db.com
keith.banks@columbiamanagement.com
keith.barnes@morleyfm.com
keith.becconsall@bbh.com
keith.behymer@53.com
keith.berry@barclaysglobal.com
keith.bewsey@lgim.co.uk
keith.bigwood@rabobank.com
keith.brinsmade@inginvestment.com
keith.buchanan@rsa-al.gov
keith.chan@alliancebernstein.com
keith.chen@aig.com
keith.cooper@mosnar.com
keith.cornelius@bellsouth.com
keith.cowan@bellsouth.com
keith.cressman@sunlife.com
keith.d.bell@jpmorgan.com
keith.davan@hcmny.com
keith.davies@barcap.com
keith.daviston@mbna.com
keith.de-vaz@sg.standardchartered.com
keith.devito@credit-suisse.com
keith.dionis@aig.com
keith.dondl@ge.com
keith.dull@alexanderkey.com
keith.e.hamilton@aibny.com
keith.eby@pncbank.com
keith.edwards@bmonb.com
keith.ellan@lgim.co.uk
keith.erwin@allegiantgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| keith.feldman@uk.royalsun.com | keith.tillman@nb.com |
| keith.fortune@citi.com | keith.w.grehan@aib.ie |
| keith.fujii@shinseibank.com | keith.westhead@bp.com |
| keith.gangl@thrivent.com | keith.wright@bankofamerica.com |
| keith.garrison@trs.state.tx.us | keith@blackrock.com |
| keith.goodman@archipel.se | keith_baird@prusec.com |
| keith.hallberg@ibtco.com | keith_c_lemmer@aon.com |
| keith.hartman@pncadvisors.com | keith_clement@westlb.co.uk |
| keith.hembre@usbank.com | keith_creveling@americancentury.com |
| keith.hogan@pioneerinvestments.com | keith_dubauskas@ml.com |
| keith.hopkins@eu.nabgroup.com | keith_gertsen@alliancebernstein.com |
| keith.howard@4086.com | keith_hoffman@freddiemac.com |
| keith.hurley@thederbyshire.co.uk | keith_jaret@ustrust.com |
| keith.j.hopkins@wellsfargo.com | keith_lee@americancentury.com |
| keith.jochims@med.ge.com | keith_linde@scotiacapital.com |
| keith.kelsall@barclaysglobal.com | keith_luh@putnam.com |
| keith.kennedy@gecapital.com | keith_marshall@freddiemac.com |
| keith.kuenzli@wamu.net | keith_mccann@ml.com |
| keith.lee@huntington.com | keith_savard@scudder.com |
| keith.leonard@treasurer.state.nc.us | keith_simon@glic.com |
| keith.lovett@insightinvestment.com | keith_skeoch@standardlife.com |
| keith.lyons@ers.state.tx.us | keith_sullivan@ustrust.com |
| keith.mason@santandergbm.com | keithbu@us.ibm.com |
| keith.mccutcheon@mbna.com | keithcox@angloirishbank.ie |
| keith.mcdermott@longview-partners.com | keithd.duffy@aig.com |
| keith.meixell@blackrock.com | keithespinosa@hotmail.com |
| keith.muir@scottishwidows.co.uk | keithgraham@quilter.co.uk |
| keith.obyrne@iibbank.ie | keithh@strsoh.org |
| keith.o'byrne@iibbank.ie | keithpeck@mas.gov.sg |
| keith.patton@aberdeen-asset.com | keitht@bgi-group.com |
| keith.quinton@fmr.com | keiththompson@northwesternmutual.com |
| keith.r.grindlay@jpmorgan.com | kejackson@wellington.com |
| keith.richardson@uk.tesco.com | keke.lee@ubs.com |
| keith.robinson@axa-im.com | kekoa.cash@ibtco.com |
| keith.s.yuen@hkjc.org.hk | kel@bankinvest.dk |
| keith.schult@us.hsbc.com | kelba@cdcna.com |
| keith.shapley@baesystems.com | kell.ow@schroders.com |
| keith.stafford@pilkington.com | keller.jw@mellonequity.com |
| keith.statfeld@ubsw.com | kelley.brunssen@pnc.com |
| keith.stollery@ubs.com | kelley.hewell@ers.state.tx.us |
| keith.strong@ubs.com | kelley.walker@cfgcustomers.com |
| keith.sutton@uk.fid-intl.com | kelley_welch@aimfunds.com |
| keith.telesca@prudential.com | kelli.coster@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kelli.elmer@uk.fid-intl.com | kelly.l.bowman@lowes.com |
| kelli.harris@swib.state.wi.us | kelly.l.visser@jpmorgan.com |
| kelli.joyce@blackrock.com | kelly.l.williams@ms.com |
| kelli.leffingwell@usaa.com | kelly.li@fmr.com |
| kelli_harris@freddiemac.com | kelly.lord@fmr.com |
| kelli_king@am.fcnbd.com | kelly.malone@fhlbtopeka.com |
| kelli_klutts@ntrs.com | kelly.morgan@fmr.com |
| kellie.chappell@prudential.com | kelly.newhall@trs.state.tx.us |
| kellie.craine@seattle.gov | kelly.ng@sg.fortis.com |
| kellie.lacey@uk.abnamro.com | kelly.p.davis@db.com |
| kellie.manning@morganstanley.com | kelly.phillips@db.com |
| kellie.neuman@commerzbankib.com | kelly.rinker@huntington.com |
| kellie.veazey@aiminvestments.com | kelly.roberts@bwater.com |
| kellis@hbk.com | kelly.robin@jpmorgan.com |
| kelly.adair@ubs.com | kelly.shea@augustus.co.uk |
| kelly.bateman@rbccm.com | kelly.shephard@bankofamerica.com |
| kelly.bramel@huntington.com | kelly.socci@morganstanley.com |
| kelly.brennand@uk.fid-intl.com | kelly.spiteri@lgim.co.uk |
| kelly.byrne@inginvestment.com | kelly.staines@drkw.com |
| kelly.calnan@fmr.com | kelly.theemling@impaccompanies.com |
| kelly.campbell@blackrock.com | kelly.tomkinson@cpa.state.tx.us |
| kelly.carlson1@usbank.com | kelly.torok@barclaysglobal.com |
| kelly.chang@ubs.com | kelly.valli@prudential.com |
| kelly.chen@email.chinatrust.com.tw | kelly.ward@lazard.com |
| kelly.chin@db.com | kelly.x.weston@jpmchase.com |
| kelly.chung@ap.ing.com | kelly.yan@ap.nxbp.com |
| kelly.derrig@pimco.com | kelly@fhlb-of.com |
| kelly.doggett@trs.state.tx.us | kelly_a_peterson@vanguard.com |
| kelly.douglas@db.com | kelly_bruner@dpimc.com |
| kelly.eckenrode@morganstanley.com | kelly_burns@cargill.com |
| kelly.ehler@eddassoc.com | kelly_fogarty@prusec.com |
| kelly.evans@bankofamerica.com | kelly_forrest@calpers.ca.gov |
| kelly.fitzgerald@lazard.com | kelly_j_butauski@victoryconnect.com |
| kelly.fong@boh.com | kelly_ko@nacm.com |
| kelly.hardeman@morganstanley.com | kelly_lenahan@ml.com |
| kelly.haslem@uk.fid-intl.com | kelly_m_mercy@bankone.com |
| kelly.hendricks@ftnfinancial.com | kelly_morgan@putnam.com |
| kelly.hennigan@inginvestment.com | kelly_rooney@ssga.statestreet. |
| kelly.hubert@aig.com | kellycardwellresearch@fmr.com |
| kelly.kelly@pncadvisors.com | kellygoh@gic.com.sg |
| kelly.knouzi@pncadvisors.com | kellygolds@bloomberg.net |
| kelly.kong@dexia-bil.com | kellyjack@bfusa.com |
| kelly.l.beam@db.com | kellyjdaikoku@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kellym@moorecap.com
kellym1536@aol.com
kelorincz@wellington.com
kelsey.a.byrne@dartmouth.edu
kelsey.johnson@mackayshields.com
kelsey.peterson@fmr.com
kelsey_carrington@vanguard.com
kelsey_chen@putnam.com
kelvin.lee@blb.de
kelvin.ng@icprc.com
kelvin.sze@blackrock.com
kelvin.tam@samsung.com
kelvin.wong@lehman.com
kelvin.yarker@nationwide.co.uk
kelvinlim@bankofny.com
kelvinlim@gic.com.sg
kely@danskebank.dk
kemal.keskin@disbank.com.tr
kemberton@alaskapermfund.com
kempton@browncapital.com
kemu01@handelsbanken.se
ken.adams@swipartnership.co.uk
ken.anderson@fmr.com
ken.austin@tcw.com
ken.black@firstcitizens.com
ken.bolich@wachovia.com
ken.bowling@db.com
ken.brown@aberdeen-asset.com
ken.campbell@longview-partners.com
ken.chikada@boj.or.jp
ken.day@thehartford.com
ken.fan@dkib.com
ken.fischl@fmr.com
ken.fried@glgpartners.com
ken.fu@moorecap.com
ken.fuller@pioneerinvest.com
ken.gerzina@fldfs.com
ken.haim@inginvestment.com
ken.heard@prudential.com
ken.hessel@inginvestment.com
ken.hockstein@inginvestment.com
ken.j.rouse@aib.ie
ken.johnson@coastalcorp.com

ken.johnson@criterion.com
ken.kaplan@wpginvest.com
ken.karl@ubs.com
ken.kashiwabara@fi.fukoku-life.co.jp
ken.kauffman@usbank.com
ken.keating@threadneedle.co.uk
ken.kishimoto@citadelgroup.com
ken.kishimoto@gs.com
ken.kodaira@mizuho-cb.com
ken.kojima@capitalglobal.com
ken.kroner@barclaysglobal.com
ken.lambden@schroders.com
ken.lester@nisanet.com
ken.lynch@bbh.com
ken.m.wallace@csam.com
ken.maeda@schroders.com
ken.mangiantini@harrisbank.com
ken.march@sunlife.com
ken.miller@pimco.com
ken.millman@barclaysglobal.com
ken.nguyen@ibtco.com
ken.nishimura@gecapital.com
ken.oberg@aiminvestments.com
ken.parch@ppmamerica.com
ken.parks@utc.com
ken.revell@kbcfp.com
ken.richard@brhlp.com
ken.rosenberg@ge.com
ken.salmon@micorp.com
ken.sauders@f-mtrust.com
ken.senecal@pioneerinvest.com
ken.shinoda@tcw.com
ken.spillane@statestreet.com
ken.spruell@janus.com
ken.spry@royal-london.co.uk
ken.stumphauzer@ftnmidwest.com
ken.stuzin@brownadvisory.com
ken.taubes@pioneerinvestments.com
ken.towers@rabobank.com
ken.tuchman@bofasecurities.com
ken.v.murnaghan@aib.ie
ken.visser@deshaw.com
ken.weddle@53.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ken.weiss@lazard.com | kenichi.yoshida@uk.kokusai-am.co.jp |
| ken.winston@pioneerinvestments.com | kenichi@dl.dai-ichi-life.co.jp |
| ken.winston@thehartford.com | kenichi_fukui@tr.mufg.jp |
| ken.wren@sgam.co.uk | kenichi_ito@tr.mufg.jp |
| ken.x.thompson@jpmorgan.com | kenichi_kuga@tr.mufg.jp |
| ken.yamaguchi@mitsui.com | kenichi_takamura@suntory.co.jp |
| ken.zabko@moorecap.com | kenichi_takano@tr.mufg.jp |
| ken.zhu@barclaysglobal.com | kenichi_yoshida@blackrock.com |
| ken@bpviinc.com | kenichi-katsumata@am.mufg.jp |
| ken@capitalgateway.com | kenichiro.kasahara@mizuho-bk.co.jp |
| ken@citadelgroup.com | kenichiro.watanabe@axa.co.jp |
| ken@matchettcap.com | kenji.a.nakamura@mizuho-cb.co.jp |
| ken@primco.com | kenji.arakawa@glgpartners.com |
| ken_barnes@fanniemae.com | kenji.hashimoto@aa.com |
| ken_boertzel@nylim.com | kenji.hayashi@mizuhocbus.com |
| ken_chilvers@ntrs.com | kenji.hirai@fi.fukoku-life.co.jp |
| ken_christie@national.com.au | kenji.hoki@baring-asset.com |
| ken_dobbins@putnam.com | kenji.iwamoto@mizuhocbus.com |
| ken_forman@btconnect.com | kenji.kobayashi@mitsubishicorp.com |
| ken_foy@invesco.com | ken-ji.kok@sebam.de |
| ken_frier@hp.com | kenji.watanabe@tokyostarbank.co.jp |
| ken_griffin@conning.com | kenji.yoshikawa@mizuho-cb.co.jp |
| ken_ichi.yoshida@uk.btmeurope.com | kenji_aikawa@tr.mufg.jp |
| ken_miller@cinfin.com | kenji_terada_ab@mail.toyota.co.jp |
| ken_mitsuta@mitsui-seimei.co.jp | kenji_yoda@nochubank.or.jp |
| ken_mitsutani@tr.mufg.jp | kenji-hama@am.mufg.jp |
| ken_ouchi@mitsui-seimei.co.jp | kenji-nishikawa@am.mufg.jp |
| ken_perrone@nacm.com | kenjiro.ichiju@db.com |
| ken_py_cheng@hkma.gov.hk | kenji-sekiguchi@am.mufg.jp |
| ken_selle@bankone.com | kenlau@daiwasbi.com.hk |
| ken_sharma@putnam.com | kenley@bloomberg.net |
| ken_snyder@key.com | kenli@bloomberg.net |
| ken_yamaguti@am.sumitomolife.co.jp | kenlim@gic.com.sg |
| ken_yanagihara@mitsubishi-trust.co.jp | ken-matsu@nochubank.or.jp |
| kendal_greene@freddiemac.com | kenmotih@po.jsf.co.jp |
| kendrick.wakeman@lazard.com | kenneallys@bernstein.com |
| kengl@coastasset.com | kennedy.richardson@fmr.com |
| kenglis6@ford.com | kennedy@pimco.com |
| kengo.nakashima@sumitomocorp.co.jp | kenneth.akintewe@aberdeen-asset.com |
| keng-swee.yeo@ubs-oconnor.com | kenneth.barker@bailliegifford.com |
| kengsweekoh@dbs.com | kenneth.baynes@barcap.com |
| kenheebner@capgrowthmgt.com | kenneth.blackwell@nationalcity.com |
| kenichi.ueda@daiwausa.com | kenneth.chan@schroders.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

kenneth.chang@citadelgroup.com
kenneth.cheong@tudor.com
kenneth.conrad@micorp.com
kenneth.dicke@advantuscapital.com
kenneth.doiron@thehartford.com
kenneth.donohue@inginvestment.com
kenneth.dunn@msdw.com
kenneth.eirkson@pncbank.com
kenneth.fischbach@mbna.com
kenneth.flaherty@db.com
kenneth.gimbel@harrisbank.com
kenneth.grogan@corporate.ge.com
kenneth.hage@dnbnor.no
kenneth.harris@ubs-oconnor.com
kenneth.hau@lgt.com
kenneth.heavey@robecousa.com
kenneth.houghton@sunlife.com
kenneth.j.carey@usa.dupont.com
kenneth.j.libert@usa.dupont.com
kenneth.j.young@jpmorgan.com
kenneth.kadleck@firstmidwest.com
kenneth.karowski@nationalcity.com
kenneth.koo@sscims.com
kenneth.korngiebel@columbiamanagement.com
kenneth.kosman@citadelgroup.com
kenneth.lampinen@nokia.com
kenneth.lee@pge-corp.com
kenneth.leighton@abnamro.com
kenneth.lo@aig.com
kenneth.macpherson@anfis.co.uk
kenneth.martin@fmr.com
kenneth.mayer@micorp.com
kenneth.mcatee@mizuho.com
kenneth.montgomery@pioneeraltinvest.com
kenneth.morge@delta.com
kenneth.nelson@usbank.com
kenneth.pittman@pnc.com
kenneth.r.talanian@jpmchase.com
kenneth.ricciardi@clamericas.com
kenneth.ruggiero@prudential.com
kenneth.satre@thrivent.com
kenneth.schmidt@nordlb.com
kenneth.spence@moorecap.com

kenneth.tovich@rbc.com
kenneth.trippe@glenmede.com
kenneth.weliczka@aig.com
kenneth.wood@anfis.co.uk
kenneth.worthington@us.cibc.com
kenneth.yuan@hk.fortis.com
kenneth.zinner@aiminvestments.com
kenneth@epsilonfunds.com
kenneth_baird@storagetek.com
kenneth_bogden@putnam.com
kenneth_brock@gmaccm.com
kenneth_chu@nylim.com
kenneth_diaz@acml.com
kenneth_frantzen@vangaurd.com
kenneth_gosier@putnam.com
kenneth_jacob@ml.com
kenneth_kubec@ssga.com
kenneth_liu@countrywide.com
kenneth_moreland@troweprice.com
kenneth_sk_ko@hkma.gov.hk
kenneth_sommer@nylim.com
kenneth_thomas@ustrust.com
kenneth_volpert@vanguard.com
kenneth_wong@putnam.com
kennethbazan@northwesternmutual.com
kennethgay@mas.gov.sg
kennethgoh@gic.com.sg
kennethlow@gic.com.sg
kennethp@fhlbsea.com
kennethw@premierfunds.co.uk
kenneyp@deshaw.com
kenny.chow@blackrock.com
kenny.earl@wellsfargo.com
kenny.graham@gartmore.com
kenny.klein@drkw.com
kenny.mcclain@morgankeegan.com
kenny.watson@resolutionasset.com
kenny_king@exchange.ml.com
kenoch@hcmlp.com
kenright@mfs.com
kenro.arimoto@jp.calyon.com
kenshi-kuraya@am.mufg.jp
kent.bailey@hcmny.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kent.born@ppmamerica.com | kenzo_umetani@tr.mufg.co.jp |
| kent.crosland@ubs.com | kenzy.haslam@blackrock.com |
| kent.deeter@infarmbureau.com | keo@dodgeandcox.com |
| kent.dockum@midfirst.com | keping.liu@arrowpointcap.com |
| kent.figy@huntington.com | kepresearch@list.lbb.de |
| kent.gladding@citizensbank.com | kepshteyn@ssrm.com |
| kent.hogshire@blackrock.com | kepstein@ssrm.com |
| kent.knudsen@mutualofomaha.com | ker@dodgeandcox.com |
| kent.l.womack@tuck.dartmouth.edu | ker_moua@vanguard.com |
| kent.lillick@ftnmidwest.com | kerckhoc@deshaw.com |
| kent.mitchell@commercebank.com | kerekesm@otpbank.hu |
| kent.mortensen@thrivent.com | kerekgyartoi@otpbank.hu |
| kent.nelson@raymondjames.com | kerensa.beech@uk.fid-intl.com |
| kent.shibata@daiwausa.com | kerg@bloomberg.net |
| kent.usell@wamu.net | keri.gallant@ibtco.com |
| kent.walls@gmacrfc.com | keri.spanbauer@thrivent.com |
| kent.white@thrivent.com | kericsson@statestreet.com |
| kent.yang@sgcib.com | kerim.kaskal@ap3.se |
| kent@buffalofunds.com | kerim.kaskal@brummer.se |
| kent_adams@aul.com | kerin@ymcaret.org |
| kent_booth@fanniemae.com | keriotis.cf@dreyfus.com |
| kent_cy_chen@hkma.gov.hk | keros.bragagnolo@sarasin.ch |
| kent_finkle@ssga.com | kerrar.kulak@bcp-bank.com |
| kent_hargis@bernstein.com | kerri.donovan@harrisbank.com |
| kent_iversen@jyskebank.dk | kerri.pacello@ubs.com |
| kent_wentworth@bankone.com | kerri.russell@uk.bnpparibas.com |
| kenta.fukudome@shinseibank.com | kerrie_la_fleur@freddiemac.com |
| kentan@daiwa-am.com.sg | kerrigan.procter@lgim.co.uk |
| kentaro.ujiie@tokyostarbank.co.jp | kerrine.kohps@uobgroup.com |
| kentaro_kikuchi@tr.mufg.jp | kerry.anwander@robecousa.com |
| kentaro_shimizu@tr.mufg.jp | kerry.briscoe@gs.com |
| kentarou.akashi@mizuhocbus.com | kerry.byrne@asbai.com |
| kentarou.noguchi@shinseibank.com | kerry.davison@bankofbermuda.com |
| kentarou.sakai@nisshinfire.co.jp | kerry.guthrie@selective.com |
| kenth.petersson@inv.spp.se | kerry.ireland@aberdeen-asset.com |
| kenton.bottoms@kyret.com | kerry.leow@sg.fortis.com |
| kenwang@cathaylife.com.tw | kerry.logan@aegon.co.uk |
| kenwong@bloomberg.net | kerry.m.maccarthy@aib.ie |
| kenya.fujita@fi.fukoku-life.co.jp | kerry.meanwell@sgcib.com |
| kenya.koshimizu@mizuho-cb.co.jp | kerry.o'brien@valero.com |
| kenya_shitara@nochubank.or.jp | kerry.p.gilmore@jpmorgan.com |
| ken-yamauchi@am.mufg.jp | kerry.reilly@bwater.com |
| kenza-takeuchi@nochubank.or.jp | kerry.tenkate@insightinvestment.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kerry.thomas@mnco.com | keval.gudka@fidelity.com |
| kerry.van.orden@morganstanley.com | kevan.comstock@ubs.com |
| kerry.wann@db.com | kevans@copera.org |
| kerry_bissell@ldn.invesco.com | kevbrennan@bankofny.com |
| kerry_dannenberg@ctxmort.com | kevin.abreu@fidelity.com |
| kerry_fogarty@prusec.com | kevin.aepli@barcap.com |
| kerry_obrien@swissre.com | kevin.arnold@db.com |
| kersch@bloomberg.net | kevin.b.choi@bankofamerica.com |
| kersten.kaden@db.com | kevin.barger@pncadvisors.com |
| kersten.magdanz@lbb.de | kevin.barker@ubs.com |
| kerstin.claesson@nordea.com | kevin.barry@credit-suisse.com |
| kerstin.cremer@sk-koeln.de | kevin.barry@lgim.co.uk |
| kerstin.gottsleben@teamstatestreet.com | kevin.bass@ubs-oconnor.com |
| kerstin.junker@ib.bankgesellschaft.de | kevin.bauer@exar.com |
| kerstin.koehler@westlb.de | kevin.begley@ibtco.com |
| kerstin.kruse@haspa.de | kevin.berger@nordlb.com |
| kerstin.landau@dit.de | kevin.birmingham@pncbank.com |
| kerstin.laser@oppenheim.de | kevin.bliss@db.com |
| kerstin.lilla@solvay.com | kevin.borisenko@pnc.com |
| kerstin.milberg@hsbctrinkaus.de | kevin.brennan@bwater.com |
| kerstin.ohle@dghyp.de | kevin.bridger@drkw.com |
| kerstin.raczuhn@sparkasse-koelnbonn.de | kevin.brimmer@thrivent.com |
| kerstin.reinsbach@lbbw.de | kevin.brodbeck@db.com |
| kerstin.scholtis@kfw.de | kevin.buhse@bnymellon.com |
| kerstin.suwald@db.com | kevin.burley@bbg.co.uk |
| kerstin.terhardt@hsbctrinkaus.de | kevin.burns@bnpparibas.com |
| kerstin_ramstrom@ssga.com | kevin.buschhold@hsbcib.com |
| keryne.flaherty@ibtco.com | kevin.c.walsh@bankofamerica.com |
| keshava.shastry@barclaysglobal.com | kevin.carlson@thrivent.com |
| kesi.gibson@db.com | kevin.casey@robecousa.com |
| kespelman@wellington.com | kevin.cavanaugh@rbsgc.com |
| kessig@bloomberg.net | kevin.cavolo@intesasanpaolo.com |
| kessouli@cmcic.fr | kevin.chan@pimco.com |
| ket@baupost.com | kevin.cheah@fortisinvestments.com |
| ketan.gada@barclaysglobal.com | kevin.chen@alliancebernstein.com |
| ketan.raja@igfgam.com | kevin.chessum@lgim.co.uk |
| ketanmistry@gic.com.sg | kevin.chin@db.com |
| ketish.pothalingam@threadneedle.co.uk | kevin.christensen@vankampen.com |
| k-etoh@jabankfukuoka.or.jp | kevin.clark@mizuhocbus.com |
| ketover@ellington.com | kevin.clements@53.com |
| kettyc@bankisrael.gov.il | kevin.coleman@unisys.com |
| keumdeok.shin@samsung.com | kevin.collins@pacificlife.com |
| keumjm@bok.or.kr | kevin.comprelli@citadelgroup.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kevin.coney@insightinvestment.com
kevin.copp@telekom.de
kevin.corrigan@gs.com
kevin.cronin@aiminvestments.com
kevin.cronk@columbiamanagement.com
kevin.crotty@allegiantgroup.com
kevin.curtiss@allianzinvestors.com
kevin.d.burns@bankofamerica.com
kevin.d.parnell@fmr.com
kevin.dalton@inginvestment.com
kevin.daly@aberdeen-asset.com
kevin.daney@mizuhocbus.com
kevin.delaney@pncadvisors.com
kevin.d'elia@ge.com
kevin.dinkel@lazard.com
kevin.doerr@scottishwidows.co.uk
kevin.dorey@abbey.com
kevin.drew@arbella.com
kevin.dubbink@huntington.com
kevin.duffy@bwater.com
kevin.duggan@fidelity.com
kevin.earley@fafadvisors.com
kevin.egan@morganstanley.com
kevin.elliott@fmr.com
kevin.etzel@csam.com
kevin.farr@nationwide.co.uk
kevin.faulcon@westernasset.com
kevin.fearnow@pnc.com
kevin.fernandez@aig.com
kevin.flood@db.com
kevin.floyd@morgankeegan.com
kevin.fong@bmonb.com
kevin.forhane@pimco.com
kevin.frain@mutualofamerica.com
kevin.franklin@barclaysglobal.com
kevin.g.goodwin@usa.dupont.com
kevin.gaffney@fmr.com
kevin.gamble@rsa-al.gov
kevin.gapp@morganstanley.com
kevin.giddis@morgankeegan.com
kevin.goode@pfpc.com
kevin.gore@westernasset.com
kevin.grady@conagrafoods.com

kevin.gray@pimco.com
kevin.hallagan@iibbank.ie
kevin.hardage@bbh.com
kevin.harper@hsbcgroup.com
kevin.healey@schwab.com
kevin.healy@schwab.com
kevin.henderson@shell.com
kevin.hight@dfafunds.com
kevin.hill@uk.fid-intl.com
kevin.hoffmansmith@tokyostarbank.co.jp
kevin.holden@boimail.com
kevin.holt@blackrock.com
kevin.hughes@greenpoint.com
kevin.hunter@tcw.com
kevin.huttner@alliancebernstein.com
kevin.i.burger@jpmchase.com
kevin.j.kao@gs.com
kevin.j.murray@citi.com
kevin.j.tuite@aibbny.ie
kevin.jeram@thehartford.com
kevin.jung@morganstanley.com
kevin.kaase@usaa.com
kevin.kehres@fortisinvestments.com
kevin.kelly@ftnfinancial.com
kevin.kelly@selective.com
kevin.kennedy@westernasset.com
kevin.klare@alliancebernstein.com
kevin.kleitz@morganstanley.com
kevin.klingert@morganstanley.com
kevin.kneafsey@barclaysglobal.com
kevin.koch@barclaysglobal.com
kevin.kwan@moorecap.com
kevin.laake@pnc.com
kevin.larkin@fhlb-pgh.com
kevin.lazenby@hp.com
kevin.lee@mackayshields.com
kevin.lema@columbiamanagement.com
kevin.lesage@wachovia.com
kevin.li2@jpmorgan.com
kevin.liang@pacificlife.com
kevin.lilley@rlam.co.uk
kevin.lincoln@trs.state.tx.us
kevin.lindholm@schwab.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kevin.lohan@biam.boi.ie
kevin.loucks@wcmadvisors.com
kevin.lynesmith@juliusbaer.com
kevin.lyster@aegon.co.uk
kevin.m.aylward@jpmorgan.com
kevin.m.ellis@jpmchase.com
kevin.m.evans@db.com
kevin.m.fogarty@usa.dupont.com
kevin.m.martinez@jpmorgan.com
kevin.m.pleasant@db.com
kevin.m.white@morganstanley.com
kevin.m.young@bankofamerica.com
kevin.magda@aberdeen-asset.com
kevin.markgraf@swib.state.wi.us
kevin.martin@fhlbboston.com
kevin.martin@lacrosseglobal.com
kevin.mathews@fandc.com
kevin.matthews@lazard.com
kevin.max@axacs.com
kevin.mcateer@mackayshields.com
kevin.mccaleb@fmr.com
kevin.mccarey@fmr.com
kevin.mccloskey@ppmamerica.com
kevin.mccormack@bellsouth.com
kevin.mccormack@glgpartners.com
kevin.mccoy@db.com
kevin.mccreadie@pnc.com
kevin.mcentee@brfinancialgroup.com
kevin.mcgivern@xlgroup.com
kevin.mcgovern@asbai.com
kevin.mcgovern@natexisbleichroeder.com
kevin.mcgrath@daiwausa.com
kevin.mcintyre@ubs.com
kevin.mclaughlin@drkw.com
kevin.mclaughlin@rabobank.com
kevin.mcnulty@barclaysglobal.com
kevin.merritt@citadelgroup.com
kevin.michael@nbad.ae
kevin.moore@usaa.com
kevin.moose@inginvestment.com
kevin.morris@fandc.com
kevin.mullin@rabobank.com
kevin.myers@prudential.com

kevin.n.baker@jpmorganfleming.com
kevin.n.smith@uk.abnamro.com
kevin.neman@ukabnamro.com
kevin.nielsen@fmr.com
kevin.niu@email.chinatrust.com.tw
kevin.norris@drkw.com
kevin.o'connell@bbl.be
kevin.oconnell@dghyp.de
kevin.o'hare@lazard.com
kevin.oles@tudor.com
kevin.o'meara@prudential.com
kevin.overton@moorecap.co.uk
kevin.parker@db.com
kevin.patrick@us.hsbc.com
kevin.patula@citadelgroup.com
kevin.penner@wellsfargo.com
kevin.phelan@sunlife.com
kevin.pitt@wamu.net
kevin.r.abbott@us.hsbc.com
kevin.r.alger@jpmorgan.com
kevin.r.carey@db.com
kevin.r.ng@jpmorgan.com
kevin.rainbird@jpmorgan.com
kevin.reed@lpl.com
kevin.rendino@blackrock.com
kevin.richmond@wamu.net
kevin.riley@disney.com
kevin.rock.h46t@statefarm.com
kevin.rogers@citadelgroup.com
kevin.rowe@threadneedle.co.uk
kevin.rust@agribank.com
kevin.ryan@funb.com
kevin.schiatta@blackrock.com
kevin.schmitting@thrivent.com
kevin.scutt@insightinvestment.com
kevin.sembach@huntington.com
kevin.shannon@moorecap.com
kevin.shaughnessy@schwab.com
kevin.slebioda@pimco.com
kevin.slemp@fmr.com
kevin.smith.fiis@fmr.com
kevin.spires@westam.com
kevin.sprouse@edwardjones.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

kevin.starrett@citigroup.com

kevin.stitt@bankofamerica.com

kevin.storm@usbank.com

kevin.strauss@citicorp.com

kevin.sullivan@claridenleu.com

kevin.sweeney@mbna.com

kevin.sweeney@wachovia.com

kevin.taylor@aig.com

kevin.taylor@rabobank.com

kevin.telfer@aegon.co.uk

kevin.terhaar@ubs.com

kevin.thompson@barcap.com

kevin.to@impaccompanies.com

kevin.turner@nisanet.com

kevin.twomey@boigm.com

kevin.wagner@fmr.com

kevin.walker@nuveen.com

kevin.ward@providentnj.com

kevin.westerheide@commercebank.com

kevin.wilson@pncbank.com

kevin.wilson@rbccm.com

kevin.winters@pimco.com

kevin.wong@gs.com

kevin.x.corby@jpmchase.com

kevin.yates@insightinvestment.com

kevin.zhang@mizuhocbus.com

kevin.zhao@gs.com

kevin.zhu@thehartford.com

kevin@barclaysglobal.com

kevin@clinton.com

kevin@firsttryon.com

kevin@incomeresearch.com

kevin@moorecap.com

kevin@primco.com

kevin@ruanecunniff.com

kevin@sandlercap.com

kevin_alexander@keybank.com

kevin_antaya@conning.com

kevin_ayers@fanniemae.com

kevin_barger@vanguard.com

kevin_boler@ml.com

kevin_booth@ml.com

kevin_bormida@ml.com

kevin_carsley@vanguard.com

kevin_chapman@nacm.com

kevin_collins@invesco.com

kevin_connellan@notes.ntrs.com

kevin_cronin@putnaminv.com

kevin_divney@putnam.com

kevin_f_fitzgerald@scotiacapital.com

kevin_f_murphy@putnam.com

kevin_flynn@countrywide.com

kevin_hardy@ntrs.com

kevin_hennessey@conning.com

kevin_higgins@swissre.com

kevin_hogg@standardlife.com

kevin_hsu@putnam.com

kevin_ironmonger@blackrock.com

kevin_j_concannon@vanguard.com

kevin_j_mccullagh@fleet.com

kevin_j_sollitt@keybank.com

kevin_john@countrywide.com

kevin_kowalski@putnaminv.com

kevin_laughlin@vanguard.com

kevin_m_farrell@notes.ntrs.com

kevin_m_murphy@putnam.com

kevin_m_smith@nylim.com

kevin_mahon@countrywide.com

kevin_manacek@putnam.com

kevin_mastalerz@troweprice.com

kevin_mccabe@sumitomo.com

kevin_mckenna@ml.com

kevin_mish@troweprice.com

kevin_moore@invesco.com

kevin_mortimer@bankone.com

kevin_oconnell@nacm.com

kevin_odonnell@ntrs.com

kevin_o'shaughnessy@notes.ntrs.com

kevin_p_mccormack@notes.ntrs.com

kevin_palmer@freddiemac.com

kevin_petrovcik@invesco.com

kevin_ray@scotiacapital.com

kevin_schmidt@invesco.com

kevin_shapman@nacm.com

kevin_shinners@sachsenlb.ie

kevin_sid@americancentury.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kevin_smith@standardlife.com | keyes.m@mellon.com |
| kevin_sowers@tigerconsumer.com | keysha_page@troweprice.com |
| kevin_stowell@putnam.com | keyvan_alekasir@troweprice.com |
| kevin_thaman@notes.ntrs.com | keyyoung.lee@samsung.com |
| kevin_thompson@standardlife.com | kezelman@pimco.com |
| kevin_tuttle@ssga.com | kezhang@tiaa-cref.org |
| kevin_waden@putnam.com | kezia.j.bauckham@jpmorgan.com |
| kevin_went@progressive.com | kf@capgroup.com |
| kevin_winter@calpers.ca.gov | kf@dodgeandcox.com |
| kevin_yang@troweprice.com | kf@jyskebank.dk |
| kevin_zhu@scudder.com | kf@nationalbanken.dk |
| kevin-02452@email.esunbank.com.tw | kfairbairn@firststate.co.uk |
| kevin-04055@email.esunbank.com.tw | kfallon@blenheiminv.com |
| kevin1.kelly@usaa.com | kfang@ftci.com |
| kevina@caxton.com | kfarina@angelogordon.com |
| kevinbilyard@d-m-r.co.uk | kfarrell@yesbank.com |
| kevinbong@gic.com.sg | kfb@nykredit.dk |
| kevin-c.condon@ubs.com | kfedoff@tiaa-cref.org |
| kevinc.mcgovern@nationwide.co.uk | kfedosienko@tiaa-cref.org |
| kevinc@mcm.com | kfeinberg@dsaco.com |
| kevinccb@bloomberg.net | kfeinberg@oppenheimerfunds.com |
| kevin-douglas.stringer@ubs.com | kfelsenheimer@meag.com |
| kevinfellman@westfieldgrp.com | kfenelon@britannicasset.com |
| kevingaffney@bloomberg.net | kfeuerman@caxton.com |
| kevingirts@tagfolio.com | kfh@capgroup.com |
| kevini@loopcap.com | kfife@dlbabson.com |
| kevink@chelanpud.org | kfisher@smithbreeden.com |
| kevink@scm-lp.com | kfitz2@bloomberg.net |
| kevinkct@dbs.com | kfitzpatrick@federatedinv.com |
| kevinkilduff@yahoo.com | kfitzsimmons@sandleroneill.com |
| kevinlam@dahsing.com | kfleck@statestreet.com |
| kevinm.walsh@biam.boi.ie | kfleming@smithbreeden.com |
| kevinmaher@bloomberg.net | kfloody@tiaa-cref.org |
| kevinng@mas.gov.sg | kflynn@wfgweb.com |
| kevinpang@mas.gov.sg | kforbes@soam.com |
| kevinq@firstindiana.com | kford@troweprice.com |
| kevinronayne@morganstanleyquilter.ie | kforte@sunamerica.com |
| kevintaybl@phillip.com.sg | kfoss@aegonusa.com |
| kevwells@bankofny.com | kfougere@seawardmgmt.com |
| kewe02@handelsbanken.se | kfowler@federatedinv.com |
| kewh@norwich-union.co.uk | kfox@templeton.com |
| kewhite@wellington.com | kfrancis@utendahl.com |
| kewjin.yuoh@alliancebernstein.com | kfranke@mfs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kfranklin@horizon-asset.co.uk
kfrazeur@canyonpartners.com
kfredericks@stephens.com
kfreytag@wellington.com
kfriedricks@kayne.com
kfritscher@bloomberg.net
kfujii@bloomberg.net
k-fujiwara@meijiyasuda.co.jp
kfukuma@nochubank.or.jp
kfuller@lordabbett.com
kfurgiule@turnerinvestments.com
kfurutani@canyonpartners.com
kfwong@bochk.com
kfyfe@jhancock.com
kgaffney@loomissayles.com
kgaffud@williamblair.com
kgagnon@williamblair.com
kgale@keybanccm.com
kganapuram@alaskapermfund.com
kgandre@nb.com
kgard@morganstanley.com
kgardner@hhhinfo.org
kgardner@westernasset.com
kgates@turner.com
kgau@waddell.com
kgaub@ther.com
kgeismore@tiaa-cref.org
kgensler@wescorp.org
kgentile@bostonprivatebank.com
kgesling@aegonusa.com
kgibbons@metlife.com
kgiboney@sirachcap.com
kgibson@clarkest.com
kgiles@aegonusa.com
kgill@lehman.com
kgj2@cornell.edu
kgk36@cornell.edu
kglass@federatedinv.com
kgleason@fdic.gov
kgluckman@alger.com
kgm@dodgeandcox.com
kgmccann@clearbridgeadvisors.com
kgoddard@capitaladv.com

kgoel@nb.com
kgoostree@sterne-agee.com
kgorny@westcapinv.com
kgouda@us.mufg.jp
kgough@massmutual.com
kgouka@bloomberg.net
kgrabmore@pacifictrust.net
kgrant@dubuquebank.com
kgray@cardcap.com
kgreeley@lordabbett.com
kgreenburg@opcap.com
kgreenwalt@gofen.com
kgreving@fbfs.com
kgriesshammer@meag.com
kgriffin@smithbreeden.com
kgrimes@fftw.com
kgrimmer@ayco.com
kgrossutti@viningsparks.com
kgrube@meag.com
kgso@statoil.com
kguest@drkw.com
kguggis@templeton.com
kgustafson@chicagoequity.com
kh.alamoudi@alahli.com
kh@dodgeandcox.com
kh@wmblair.com
kh1hall@bloomberg.net
kh96@ntrs.com
kha.eu@adia.ae
khaberman@voyageur.net
khacker@fhlbc.com
khackett@jhancock.com
khadija_zackria@freddiemac.com
khadine.clifford@ubs.com
khai@bnm.gov.my
khaines@holbridge.com
khairuddin.abdulhami@bia.com.bn
khairul.omar@bia.com.bn
khairuzin@bloomberg.net
khaledmh@kia.gov.kw
khalid.chaneb@caam.com
khalid.ghallali@caam.com
khalid.ghayur@hsbcam.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| khalid.khan@jpmorgan.com | khemauer@rwbaird.com |
| khalifa@adia.co.uk | khenderson@smithbreeden.com |
| khall@fscnet.com | khendrickson@delinvest.com |
| khall@halcyonllc.com | khendrickson@wfgweb.com |
| khall@petro-canada.ca | khenghock.tan@schroders.com |
| khall@refco.com | khenghoe.ng@barclayscapital.com |
| khalligan@cicny.com | khengsiang_ng@ssga.com |
| khalvorson@aegonusa.com | khenniga@bpop.com |
| khamadah@kio.uk.com | kherold@oppenheimerfunds.com |
| khambay.vankham@wellsfargo.com | kherrick@denveria.com |
| khanda@nochubank.or.jp | khg22@cornell.edu |
| khanek@csas.cz | khgrimes@wellington.com |
| khanh.nguyen@barclaysglobal.com | khhwang@wooribank.com |
| khanhngoc.tran@csam.com | khickey@stephens.com |
| khannell@metlife.com | khickman@bankofny.com |
| khany@hanabank.com | khiem.le@axa-im.com |
| kharemza@voyageur.net | khiem.le@caam.com |
| kharford@sisucapital.com | k-higawa@yasuda-life.co.jp |
| kharris@denveria.com | khightower@federatedinv.com |
| khart@nationallife.com | k-higuchi@zenkyoren-usa.com |
| k-hasegawa@ioi-sonpo.co.jp | khill@blackrock.com |
| khass@ftportfolios.com | khinds@snwsc.com |
| khassou@frk.com | khines@federatedinv.com |
| khatfield@uscentral.org | khines@jhancock.com |
| khathirat@westernasset.com | khing-an.liem@nl.abnamro.com |
| khatria@fhlbsf.com | k-hirai@nissay.co.jp |
| khauben@jennison.com | khiramoto@ifc.org |
| khaugen@fhlbdm.com | khirano@skckny.com |
| khaw_poh_chai@meespierson.com.sg | khirashima@btmna.com |
| khawchunlin@gic.com.sg | k-hirose@nochubank.or.jp |
| khayashi55@bloomberg.net | khirsh@hbk.com |
| khazell@bloomberg.net | khm.na@adia.ae |
| khcheong@bloomberg.net | khoa.a.tran@suntrust.com |
| khd@capgroup.com | khoa.dang@eurizoncapital.lu |
| khd@dodgeandcox.com | khoa.phan@sscims.com |
| kheard@allstate.com | khoabane.phoofolo@barclaysglobal.com |
| khector@gr.dk | khochwald@bloomberg.net |
| kheffner@loomissayles.com | khoey@rwbaird.com |
| kheflin@soam.com | khogan@eatonvance.com |
| kheil_mcintyre@westlb.com | khoi.lebinh@lodh.com |
| kheiry.amr@arabbank.co.uk | khoi.n.tran@jpmorgan.com |
| khelkenberg@mfs.com | kholm@danskecapital.com |
| khemanin@deshaw.com | kholmes@loomissayles.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kholmes@standishmellon.com

kholness@jennison.com

khom@mfs.com

khonig@sunamerica.com

khooshih@temasek.com.sg

khopkins@bloomberg.net

khorsley1@bloomberg.net

khourican@fftw.com

khowe@nb.com

khoyle@treasury.state.al.us

khr@cgii.com

khr@ntrs.com

khr@ubp.ch

khrogers@bankofny.com

khrstich@canyonparters.com

khsu@microsoft.com

khtikian.d@tbcam.com

khu.eu@adia.ae

khua@tiaa-cref.org

khuddle@odec.com

khull@nb.com

khurram.chaudhry@csam.com

khursheed.b.shroff@jpmorgan.com

khushru.medhora@morganstanley.com

khwankaj@bot.or.th

khy@citicib.com.cn

khyap@wellington.com

khyati.x.sundaram@jpmorgan.com

khyl@nykredit.dk

khyra_killgo@freddiemac.com

ki.s.jung@dartmouth.edu

kiaheong@dbs.com

kian.esteghamat@jpmchase.com

kiantie.njauw@wamu.net

kibrickj@fhlbsf.com

kibum.kim@citicorp.com

kic@bloomberg.net

kiennguyen@temasek.com.sg

kieran.bristow@ilim.com

kieran.corr@ubs.com

kieran.curtis@morleyfm.com

kieran.dempsey@ercgroup.com

kieran.einersen@highbridge.com

kieran.fitzgerald@fandc.com

kieran.gifford@impaccompanies.com

kieran.hughes@westernasset.com

kieran.knaggs@gmam.com

kieran.roane@investecmail.com

kieran.rockett@boimail.com

kieran.x.oshea@us.ibm.com

kieran@gordian.co.uk

kieran_kearins@scudder.com

kierkegaard@jyskebank.dk

kieron.kelly@ge.com

kierstead.tm@tbcam.com

kig@bok.or.kr

kigawa@tominbank.co.jp

kiichiro_tamura@tr.mufg.jp

kijeun@bok.or.kr

ki-kawashima@ja-kyosai.or.jp

kikezawa@daiwasbi.co.jp

kiki.katsikas@ubs.com

kiki_macdonald@standardlife.com

kikogol@bloomberg.net

kikuchi.k@daiwa-am.co.jp

kikuchi_hirofumi@mail.asahi-life.co.jp

kikuchi_seiji@rk.smbc.co.jp

kikuchi-0g5s@jp.nomura.com

kikuchi19513@nissay.co.jp

kikuta@dl.dai-ichi-life.co.jp

ki-kuwabara@ja-kyosai.or.jp

kilbride.sh@tbcam.com

kilian.riviera@lodh.com

killeenw@biam.boi.ie

killer@bok.or.kr

kim.aupers@pggm.nl

kim.bechtel@ky.gov

kim.bennett@mbna.com

kim.berman@danskebank.dk

kim.blaser@rbscoutts.com

kim.catechis@swip.com

kim.chr@nordea.com

kim.cross@morganstanley.com

kim.dalby@oppenheim.de

kim.day@fmr.com

kim.dowdes@sunlife.co.uk

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kim.duncan@uk.mizuho-sc.com | kim.white@moorecap.com |
| kim.evans@ucop.edu | kim.williams@alliancebernstein.com |
| kim.fahey@blackrock.com | kim.wolborsky@nordstrom.com |
| kim.fox-moertl@credit-suisse.com | kim.zapata@blackrock.com |
| kim.galle@pioneerinvestments.com | kim@primco.com |
| kim.gillaspy@pimco.com | kim_jones@freddiemac.com |
| kim.goodwin@csam.com | kim_kt_chong@hkma.gov.hk |
| kim.grubert@maersk.com | kim_mclanahan@putnam.com |
| kim.haasbroek@pggm.nl | kim_simmonds@blackrock.com |
| kim.hansson@nb.se | kim_sommers@ustrust.com |
| kim.hilgers@associatedbank.com | kima@capgroup.com |
| kim.howell@bg-group.com | kimball.galbraith@capmark.funb.com |
| kim.i.michalski@columbiamanagement.com | kimberlee.dieckhaus@morganstanley.com |
| kim.jensen@nordea.com | kimberlee.h.kelly@bankamerica.com |
| kim.johannessen@glgpartners.com | kimberlee.h.kelly@bankofamerica.com |
| kim.jones@mortgagefamily.com | kimberley.cook@truscocapital.com |
| kim.jupp@threadneedle.co.uk | kimberley.fogg@moorecap.com |
| kim.lau@lgt.com | kimberley.frazier@prudential.com |
| kim.m.insoo@jpmchase.com | kimberley.frazier@ubs.com |
| kim.magruder@citizensbank.com | kimberley.stafford@pimco.com |
| kim.maichle@truscocapital.com | kimberly.a.bingle@jpmorgan.com |
| kim.mawdsley@morganstanley.com | kimberly.bernhardt@morganstanley.com |
| kim.miller@fmr.com | kimberly.c.harris@dartmouth.edu |
| kim.monstvil@ppmamerica.com | kimberly.campbell@columbiamanagement.com |
| kim.moore@blackrock.com | kimberly.cullen@pimco.com |
| kim.nguyen@mondrian.com | kimberly.digregorio@fmr.com |
| kim.nyvold@hsh-nordbank.com | kimberly.e.ryan@wellsfargo.com |
| kim.ohara@uboc.com | kimberly.gillis@ge.com |
| kim.pessala@evli.com | kimberly.greene@asbai.com |
| kim.pilgaard@nordea.com | kimberly.k.kwak@usa.dupont.com |
| kim.pintelon@nibcapital.com | kimberly.kehle@rbsgc.com |
| kim.r.martin@aib.ie | kimberly.keywell@harrisbank.com |
| kim.rellahan@oko.fi | kimberly.langell@wachovia.com |
| kim.renners@ocas.com | kimberly.m.murphy@jpmchase.com |
| kim.sarmotta@bbh.com | kimberly.malik@4086.com |
| kim.shaffer@wachovia.com | kimberly.mcmahon@harrisbank.com |
| kim.silberman@asbai.com | kimberly.scott@phxinv.com |
| kim.steven.chaffart@citi.com | kimberly.skinner@huntington.com |
| kim.suchy@abnamro.com | kimberly.wetmore@nationalcity.com |
| kim.thielemans@sgcib.com | kimberly@saadgroup.com |
| kim.tilley@lazard.com | kimberly_a_bingle@bankone.com |
| kim.tran@sscims.com | kimberly_a_d'angelo@vanguard.com |
| kim.vanderhoute@fortisbank.com | kimberly_gluck@ssga.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kimberly_h_johnson@fanniemae.com | kimura_koji@rk.smbc.co.jp |
| kimberly_sousa@hvbamericas.com | kimura02837@nissay.co.jp |
| kimberly_stockton@vanguard.com | kimyin@temasek.com.sg |
| kimberly_stokes@troweprice.com | kin.hong.yeong@nordlb.com |
| kimberly_trani@scudder.com | kin.lee@mn-services.nl |
| kimberlyf@mcm.com | kin.liu@ge.com |
| kimberlytan@gic.com.sg | kin@bankinvest.dk |
| kimble.skov@pimco.com | kin_y_chung@fanniemae.com |
| kimds@bok.or.kr | kin833@dl.dai-ichi-life.co.jp |
| kimerly.guerrero@citigroup.com | k-inadomi@nochubank.or.jp |
| kimgregori@sogeko.com | king.lee@schroders.com |
| kimhhyuung@hanmail.net | kingcheung@dahsing.com |
| kimhoon@bok.or.kr | kingdm@bloomberg.net |
| kimhs@kfb.co.kr | kingjk@nationwide.com |
| kim-hung_li@hkma.gov.hk | kingnj@bernstein.com |
| kimia.zabetian@barclaysglobal.com | kingravallo@meag-ny.com |
| kimiaki.yamaguchi@tokyostarbank.co.jp | kingsley.wood@jpmchase.com |
| kimie.abe@schroders.com | kinh-duong.pham@lombardodier.ch |
| kimie.sekine@citigroup.com | kinn@bankofcanada.ca |
| kimie.tsuchiya@schroders.com | kinoshita@daiwasbi.co.jp |
| kimiko.yamamoto@capitalglobal.com | kinoshita@nam.co.jp |
| kimiko-kurosu@am.mufg.jp | kinya_okauchi@mitsubishi-trust.co.jp |
| kimishima@daiwasbi.co.jp | kip.constantinou@bankofamerica.com |
| kimj@calbt.com | kip.knelman@lazard.com |
| kimjae@hhmi.org | kip_noser@bmc.com |
| kim-jee@bloomberg.net | kipp.schrage@ubs.com |
| kimjong63@hanmail.net | kippinb@cba.com.au |
| kimjunsung@gic.com.sg | kira.tsai@chinatrust.com.tw |
| kimjust@exchange.ml.com | kira@daiwa-am.co.jp |
| kimmie@nbksg.com.sg | kiran.dave@ch.abb.com |
| kimmo.lehto@keva.fi | kiran.gandhi@sebny.com |
| kimmo.lempinen@oko.fi | kiran.patel@glgpartners.com |
| kimmo.lilja@sampo.fi | kiran.saund@morganstanley.com |
| kimmo.vuorinen@okobank.com | kiran.sujanani@highbridge.com |
| kimon.daifotis@schwab.com | kiran_p_kini@fanniemae.com |
| kimshort@halifax.co.uk | kirby.brown@inginvestment.com |
| kimsong@dbs.com | kirchoff_bill@fsba.state.fl.us |
| kimsw@bok.or.kr | kirill.aleksandrov@tdsecurities.com |
| kimth@danskecapital.com | kirincic@blackrock.com |
| kimura.tomonari@credit-suisse.com | kirk.a.porter@firstar.com |
| kimura@daiwasbi.co.jp | kirk.belinfanti@bbh.com |
| kimura@nam.co.jp | kirk.feldhus@transamerica.com |
| kimura@nomail.com | kirk.fox@swib.state.wi.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kirk.harrison@barcap.com
kirk.hartman@wellscap.com
kirk.jackson@capitalonebank.com
kirk.kim@transamerica.com
kirk.leung@barclaysglobal.com
kirk.lobb@usaa.com
kirk.mentzer@huntington.com
kirk@ardsley.com
kirk_a_schmitt@victoryconnect.com
kirk_d._freeman@hud.gov
kirk_ogren@cargill.com
kirkalexander@spinnakerasia.com
kirkhamaj@ensignpeak.org
kirkj@delaware.co.uk
kirkpark@uamc.com
kirna.smit@pggm.nl
kirsi.hirvonen@nl.abnamro.com
kirsteen.lothian@bailliegifford.com
kirsteen.melandri@threadneedle.co.uk
kirsteen.x.morrison@jpmchase.com
kirsten.beach@wolterskluwer.com
kirsten.brown@uk.bnpparibas.com
kirsten.connolly@pncbank.com
kirsten.discher@bremerlandesbank.de
kirsten.gut@swisslife.ch
kirsten.hansen@ibtco.com
kirsten.hansson@telenor.com
kirsten.meissner@hauck-aufhaeuser.lu
kirsten.schulz-lobeck@ubs.com
kirsten.stirling@aegon.co.uk
kirsten.stoll@vescore.com
kirsten@tk.thyssenkrupp.com
kirsten@watermarkgroup.com
kirstie.mcdonald@alliancebernstein.com
kirstie.turner@rabobank.com
kirstie_mcandrew@capgroup.com
kirstien@wharton.upenn.edu
kirstin.a.pumper@wellscap.com
kirstin.gardiner@ubs.com
kirstin.mobyed@travelrs.com
kirstine.lauritz@jpmorganfleming.com
kirstine.mcmillan@aig.com
kirsty.a.attridge@bob.hsbc.com

kirsty.allen@nordlb.com
kirsty.gage@nordlb.com
kirsty.jenkinson@fandc.com
kirtna.pai@morganstanley.com
kirwan@indigo.ie
kis@capgroup.com
kishan.pandey@ge.com
kishaq@delinvest.com
kishi@tudor.com
kishii@nochubank.or.jp
kishikawa@daiwa-am.co.jp
kishor.agrawal@swib.state.wi.us
kishore.yalamanchili@blackrock.com
kishy@bloomberg.net
kisoo.park@samsung.com
kisselev@vtb.ru
kissina@aigfpc.com
kisukok@hanabank.com
kit.boyatt@lazard.com
kit.x.lam@bankofamerica.com
kit.yee.martin@db.com
kitabayashi_mikio@mail.nikko.co.jp
kitagawa@ja-bank-fukui.or.jp
kitahara@daiwa-am.co.jp
kitamura@muis.com.hk
kitamura26732@nissay.co.jp
kitbro@safeco.com
kitched@nationwide.com
kitlee@tiaa-cref.org
kitm@scm-lp.com
kito@daiwasbi.co.jp
kitou02355@nissay.co.jp
kitou1@bloomberg.net
kitsouli@hhmi.org
kittipaj@bot.or.th
kittipom@bot.or.th
kitty.schoenstedt@union-investment.de
kitty_hy_lai@hkma.gov.hk
kitty-m.lee@ubs.com
kivancf@garanti.com.tr
kiverson@bass-net.com
kiwai@wellington.com
kiwama@ifc.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kiwong@ftci.com | kjohnson@fciadvisors.com |
| kiyofumi.tamei@shinseibank.co.jp | kjohnson@img-dsm.com |
| kiyofumi_yanagida@yamaguchibank.co.jp | kjohnston2@bloomberg.net |
| kiyomori19521@nissay.co.jp | kjonas@blackrock.com |
| kiyonaga02426@nissay.co.jp | kjor02@handelsbanken.se |
| kiyoshi.miyake@mizuhocbus.com | kjordan@fhlbc.com |
| kiyoshi.watanabe@boj.or.jp | kjoseph@caxton.com |
| kiyoshi_habiro@orix.co.jp | kjpignataro@na2.us.ml.com |
| kiyoshi_kurakata@mitsui-seimei.co.jp | kjs6010@bok.or.kr |
| kiyoshi_yamada@tokaitokyo.co.jp | kjsmith@aegonusa.com |
| kiyoshi-ishigane@am.mufg.jp | kju@capgroup.com |
| kiyosi_matumoto@am.sumitomolife.co.jp | kjulius@samsung.com |
| kiyoto.ido@boj.or.jp | kjunious@fhlbc.com |
| kj.kim@hanabank.com | kjwhite@bloomberg.net |
| kj.vanackeren@trs.state.tx.us | kjz@capgroup.com |
| kjackson@delinvest.com | kk48@ntrs.com |
| kjaco@bloomberg.net | kkabani@fhlbc.com |
| kjames@babsoncapital.com | kkahn@nb.com |
| kjames@lordabbett.com | kkalebich@nb.com |
| kjamro@frk.com | kkalser@fdic.gov |
| kjanetzko@caxton.com | kkane@swbank-stl.com |
| kjanke@aflac.com | kkapadia@hcmlp.com |
| kjaskol@amph.com | kkaplony@bloomberg.net |
| kjasmin@gwu.edu | kkapoor@bbandt.com |
| kjb.ex@adia.ae | kkara@bloomberg.net |
| kjeffery@hfw1.com | kkaretnick@bloomberg.net |
| kjeld.engberg@ubs.com | kkarlawish@bbandt.com |
| kjeld10@bloomberg.net | kkashimoto@bloomberg.net |
| kjell-m.hjornevik@gjensidigenor.no | kkata@fftw.com |
| kjenner@troweprice.com | kkatsube@boh.com |
| kjetil.bakken@fondsfinans.no | kkava@metlife.com |
| kjetil.melkevik@nordea.com | kkavajecz@wisc.edu |
| kjgraslewicz@leggmason.com | k-kawashima@nochubank.or.jp |
| kjh@bankinvest.dk | k-kawate@ioi-sonpo.co.jp |
| kjh27@georgetown.edu | kkayser@fultonfinancialadvisors.com |
| kjhang@bok.or.kr | kkc@capgroup.com |
| kjhe03@handelsbanken.se | kkearns@loomissayles.com |
| kjj59@hncbworld.com | kkellerhouse@jhancock.com |
| kjlewis@aegonusa.com | kkellison@ustrust.com |
| kjmayer@wellington.com | kkelly@midatlanticcorp.org |
| kjno02@handelsbanken.se | kkelly1@metlife.com |
| kjoe@frk.com | kkemper@fnbaonline.com |
| kjohnso2@generaldynamics.com | kkenichi@nochubank.or.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kkent@bankofny.com

kkerr@evergreeninvestments.com

kkessler@maplebank.com

kketner@barbnet.com

kkhemraj@tiaa-cref.org

kkideckel@lnc.com

k-kikuhara@nochubank.or.jp

kkillmaster@dcmiglobal.com

kkillmaster@mail.state.il.us

kkim@eatonvance.com

kkim@frk.com

kkim@nb.com

kkirkpa@templeton.com

kkishi@sbcm.com

kkishiyama@trustbancorp.com

k-kitsugi@meijiyasuda.co.jp

kkkkk@freddiemac.com

kklee@keb.co.kr

kklegar@libertyview.com

kklegseth@payden-rygel.com

kklein@meag.com

kkliu@wharton.upenn.edu

kkluender@cwhenderson.com

kkn@carnegieam.dk

kknieriem@fnni.com

kko@mfs.com

kkoeferl@msfi.com

kkolev@teleos.com

kkolodzi@hcmny.com

kkonner@halcyonpartnerships.com

kkostoulas@alpha.gr

kkoumoulis@btmna.com

kkoyanagi2@sompo-japan.co.jp

kkozhin@vtb.ru

kkq@thamesriver.co.uk

kkraez@dlbabson.com

kkratz@browncapital.com

kkrousie@aegonusa.com

kkrouskas@worldbank.org

kkuag@allstate.com

kkubo@us.mufg.jp

kkuehn@ups.com

kkuhrt@arielinvestments.com

kkulanghat@cbk.com

kkunam@oppenheimerfunds.com

kkwan@lincap.com

kla@nbim.no

klaas.reedijk@abp.nl

klaas.van-imschoot@ingim.com

klabrams@wellington.com

klackey@evergreeninvestments.com

klackner@delinvest.com

klally@angelogordon.com

klam@allegiancecapital.com

klamark@federatedinv.com

klamo@statoil.com

klandis@mbna.com

klangholm@ssrm.com

klaplena@rhbco.com

klara.iskoz@fmr.com

klarrabee@providentmutual.com

klarson@tiaa-cref.org

klas.akerback@ap3.se

klas.axelman@sek.se

klas.eklund@seb.se

klas.lavemark@sca.com

klass.reedijk@abp.nl

klastermicheluser@company.com

klau@bankofny.com

klaud@wellington.com

klaus.albeck@de.bosch.com

klaus.bockstaller@ffandp.com

klaus.bohl@helaba.de

klaus.brachmann@wgv-online.de

klaus.breil@cominvest-am.com

klaus.brugger@zkb.ch

klaus.burger@vpbank.com

klaus.deppermann@bhf.ing.com

klaus.eberle@deka.de

klaus.gehrmann@wgz-bank.de

klaus.glaser@rkag.at

klaus.goeggelmann@swisscanto.ch

klaus.hahn@dws.com

klaus.jantti@brummer.se

klaus.jessen@basf-ag.de

klaus.junker@dekabank.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| klaus.kaldemorgen@dws.de | klaus-p.schmitz@dws.de |
| klaus.koehler@adidas.de | klaus-peter.eitel@kfw.de |
| klaus.konrad@aam.de | klaus-peter.mueller@commerzbank.com |
| klaus.krombass@rzb.at | klaus-timm.voss@hsh-nordbank.com |
| klaus.kruse@haspa.de | klaus-ullrich.spiller@sparkasse-koelnbonn.de |
| klaus.lederer@lbbw.de | klay@worldbank.org |
| klaus.luepertz@trinkaus.de | klbshin@kbstar.co.kr |
| klaus.mai@hvb.de | kleahy@pershing.com |
| klaus.mehling@dit.de | kledbet@inc.com |
| klaus.michaelsen@dexia-bil.com | kledel@jyskebank.dk |
| klaus.michaelsen@ikb.de | klee@browncapital.com |
| klaus.mutzl@activest.de | kleech@westernasset.com |
| klaus.oster@dws.com | klegg@lmfunds.com |
| klaus.patig@commerzbank.com | klehman@metlife.com |
| klaus.peternell@bawag.com | kleiman@tfdincome.com |
| klaus.pieper@sparkasse-bochum.de | klemens_breuer@westlb.de |
| klaus.reimer@cominvest-am.com | klemenz.huser@zkb.ch |
| klaus.ripper@postbank.de | klemesb@nationwide.com |
| klaus.roettger@cominvest-am.com | klemley@centrabank.com |
| klaus.sandner@dzbank.de | klemmer@loews.com |
| klaus.schlegel@telekom.de | kleong@maybank.com.sg |
| klaus.schollenberger@dzbank.de | kleung@bci.it |
| klaus.schreiner@westimmobank.com | kleung2@templeton.com |
| klaus.spoeri@ubs.com | klevesque@smithmgtllc.com |
| klaus.stamm@bundesbank.de | klf@bloomberg.net |
| klaus.tappolet@dresdner-bank.ch | klgr01@handelsbanken.se |
| klaus.timpel@db.com | klikoff@stanford.edu |
| klaus.weiland@dekabank.de | klind@fftw.com |
| klaus.wellershof@ubs.com | klind@nb.com |
| klaus.werner-link@cominvest-am.lu | klindholm@husic.com |
| klaus.wiener@amgam.de | klindley@jennison.com |
| klaus.winde@ahbr.de | klingelp@strsoh.org |
| klaus.wodsak@db.com | klingert@blackrock.com |
| klaus.wrobel@bayernlb.de | kliton.duri@ppmamerica.com |
| klaus.zander@hypoverenisbank.de | klittlebear@lordabbett.com |
| klausdieter.bauknecht@ikb-cam.de | kliu@chicagoequity.com |
| klaus-dieter.hoss@helaba.de | klivancm@bankofbermuda.com |
| klausdieter.lesch@erstebank.at | klj@sitinvest.com |
| klaus-dieter.nebendahl@hsh-nordbank.com | kljubina@bloomberg.net |
| klaus-dieter.stassen@bhf-bank.com | kll@capgroup.com |
| klaus-j.boehm@basf-ag.de | klloyd@worldbank.org |
| klaus-michael.menz@trinkaus.de | klmcgrath@bloomberg.net |
| klausnaefken@bloomberg.net | klo1@ntrs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kloewke@stanford.edu | kmarcus@martincurrie.com |
| kloome@troweprice.com | kmarcus2@bloomberg.net |
| klopian@bankofny.com | kmarkar@seic.com |
| klorenz@marcard.de | kmarmara@bloomberg.net |
| klorenz@tiaa-cref.org | kmarsha@frk.com |
| klosken@bloomberg.net | kmartens@alger.com |
| klowe@evergreeninvestments.com | kmartin@century-bank.com |
| klowe@martincurrie.com | kmartin@loomissayles.com |
| klpatric@bloomberg.net | kmartin@opers.org |
| klshaw@bankofny.com | kmasri@riyadhbank.com.sa |
| klueken@crewsassoc.com | kmasse@panagora.com |
| klught@strsoh.org | kmatras@massmutual.com |
| kluh@msfi.com | kmatsuda@tiaa-cref.org |
| kluna@westernasset.com | kmatsumoto@btmna.com |
| klutito@qwest.com | k-matsuyama@yasuda-life.co.jp |
| kluyombya@bear.com | kmauer@babsoncapital.com |
| kly@westernasset.com | kmaynard@bloomberg.net |
| klynch@williamblair.com | kmbarry@wellington.com |
| km@dodgeandcox.com | kmcalley@ustrust.com |
| km@sov.com | kmcatamney@williamblair.com |
| km000kim@hanmail.net | kmccarthy@nb.com |
| km24@ntrs.com | kmccarty@barbnet.com |
| km85@ntrs.com | kmccloskey@federatedinv.com |
| km97@ntrs.com | kmccutcheon@websterbank.com |
| kma@statestreet.com | kmcdaniel@fhlbsea.com |
| kma4@ntrs.com | kmcdermott@bankofny.com |
| kmaag@fmausa.com | kmcdonough@jhancock.com |
| kmacleod@martincurrie.com | kmcdonough@loomissayles.com |
| kmadhavan@fhlbc.com | kmcdonough@sentinelfunds.com |
| k-maeda@nochubank.or.jp | kmcdowell@opers.org |
| kmag@blenheiminv.com | kmcdowell@wellington.com |
| kmagner@cordillera.com | kmcging@usg.com |
| kmahajan@wordbank.org | kmcgovern@hcmlp.com |
| kmahon@metlife.com | kmcgovern3@bloomberg.net |
| kmainelli@russell.com | kmcgroary@btmna.com |
| kmaki@dl.dai-ichi-life.co.jp | kmcgroary@us.mufg.jp |
| kmalmberg@fhlbatl.com | kmcguire@loomissayles.com |
| kmaloney@blackrock.com | kmcintosh@millertabak.com |
| kmalvey@fountaincapital.com | kmckay@dominickanddominick.com |
| kmanfredi@jhancock.com | kmckee@delinvest.com |
| kmania@nbg.gr | kmclardy@britannicasset.com |
| kmanna@federatedinv.com | kmclean@roxcap.com |
| kmarca@hbk.com | kmcnabb@farcap.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kmcnair@bbandt.com | kmurphy@snwsc.com |
| kmcquade@waddell.com | kmurphy@sunamerica.com |
| kmct@capgroup.com | kmurray@bloomberg.net |
| kmcyntire@metlife.com | kmurray@ellington.com |
| kmd@us.danskebank.com | kmurray@ingfnc.com |
| kmead@mfs.com | kmurray@lincap.com |
| kmeany@eatonvance.com | kmw@dodgeandcox.com |
| kmehrzad@wgtrading.com | kmyler@bloomberg.net |
| kmeidl@westernasset.com | kmyook@bok.or.kr |
| kmeyer@evergreeninvestments.com | knadler@oppenheimerfunds.com |
| kmeyer@lincap.com | knafo.h@fibi.co.il |
| kmh18@samsung.co.kr | k-nagata@nochubank.or.jp |
| k-miki@nochubank.or.jp | knaka@dl.dai-ichi-life.co.jp |
| kmilsom@tudor.com | k-nakagawa@bloomberg.net |
| kminahan@us.ibm.com | knakai@uk.tr.mufg.jp |
| k-miyabe@ioi-sonpo.co.jp | knaoshi@bloomberg.net |
| kmiyazaki@wellington.com | knatale@microsoft.com |
| kmk@summitpartnersllc.com | knauer@ui-gmbh.de |
| kmkelly@delinvest.com | knb242@cornell.edu |
| kmo.eu@adia.ae | knealon@evcap.bm |
| kmo@nbim.no | knebel@fergwell.com |
| kmoffatt@invest.treas.state.mi.us | knecht.bernhard@rahnbodmer.ch |
| kmomand@montag.com | knechtelj@ms.com |
| kmonds@smithbreeden.com | knelson@ag-am.com |
| kmonroe@waddell.com | knelson@firstrust.com |
| kmonshaw@mdsass.com | knelson@skystonecapital.com |
| kmooney@blackrock.com | knewman@nylim.com |
| kmoore@loomissayles.com | knewmark@loomissayles.com |
| kmoore@nychdc.com | knguyentaylor@bear.com |
| kmoore@pictet.com | kni@vtb.ru |
| k-morimoto@nochubank.or.jp | knishii@btmna.com |
| kmorris@unumprovident.com | kniz.peter@slsp.sk |
| kmosako@bloomberg.net | knm@danskebank.dk |
| kmotohashi@sompo-japan.co.jp | knmo01@handelsbanken.no |
| kmousu@benchmark.at | knoe@presidiomanagement.com |
| kmowat@martincurrie.com | knoguchi@daiwasbi.co.jp |
| kmp@capgroup.com | knohdomi@tiaa-cref.org |
| kms1@ntrs.com | knorwood@evergreeninvestments.com |
| kms2@ntrs.com | knorzerandreasuser@company.com |
| kmsbok@bok.or.kr | knsivasu@templeton.com |
| kmstults@uss.com | knudsok@nationwide.com |
| kmudge@loomissayles.com | k-numa@nochubank.or.jp |
| kmullark@allstate.com | knut.griese@oppenheim.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

knut.herse@sachsenlb.de
knut.ivar.saatvedt@im.storebrand.no
knut.kobberstad@kap.norges-ba
knut.kuehnhausen@dzbank.de
knut.mager@schering.de
knut.moreth@feri.de
knut.mueller@credit-suisse.com
knut.steen@abgsc.no
knut.syrtveit@moa.norges-bank.no
knut-arne.alsaker@dnb.se
knute.ohman@citadelgroup.com
knut-n.kjaer@norges-bank.no
knutzen.el@mellon.com
ko.akiyama@db.com
ko.tseng@email.chinatrust.com.tw
ko.wk@dreyfus.com
ko@princeton.edu
koala-04400@email.esunbank.com.tw
koalast@vip.sina.com
kobake@bloomberg.net
kobata_keishi@kk.smbc.co.jp
kobayashi.a@daiwa-am.co.jp
kobayashi.k@daiwa-am.co.jp
kobayashi.takuma@kokusai-am.co.jp
kobayashi@nam.co.jp
kobayashi_katsuhiko@nn-holdings.com
kobayashi02905@nissay.co.jp
kobayashi18294@nissay.co.jp
kobayashi26289@nissay.co.jp
kobe.vanderstraeten@ie.dexia.be
koberwest@metzler.com
kobuse@atlanticinvestment.net
kocfa@yahoo.com
kochansk@blackrock.com
kochenn@aeltus.com
kochs@bloomberg.net
kochs@wellscap.com
koconnor@mws.com
kod@ubp.ch
koda_takashi@rk.smbc.co.jp
kodaira_masaaki@yk.smbc.co.jp
kodama@nam.co.jp
kodom@allstate.com

kodonnell@fftw.com
kodonnell@first-american.com
koe1@bloomberg.net
koei@halcyonllc.com
koeke@agf.fr
koelbel@dehaw.com
koele.jeff@principal.com
koen.brouckaert@dexia.be
koen.ceulemans@dexia.be
koen.d.hauwe@belgacom.be
koen.debelder@dexia.be
koen.desmecht@fortis.com
koen.drieskens@fortisbank.com
koen.ghijs@dexia.be
koen.molineaux@cazenove.com
koen.popleu@dexia-am.com
koen.tackx@proximus.net
koen.vandemaele@dexia-am.com
koen.vanderbracht@bbls.ch
koen.vandesteene@fortisbank.com
koen.verbraeken@commerzbank.com
koen.weemaes@fortis.com
koen.wulles@ingim.com
koen_godfried@artesia.be
koenigsaecker.brooke@principal.com
koenraad.goethals@agf.be
koeppel@zuam.ch
koevesb@otpalap.hu
kof@dodgeandcox.com
kofie@fhlbsea.com
kofteci=oglug@tskb.com.tr
koh.hweefong@uobgroup.com
koh.keith@principal.com
koh.sweenguan@uobgroup.com
koh@bessemer.com
ko'hara@bbandt.com
kohashi@dl.dai-ichi-life.co.jp
kohashi-y@daiwasbi.co.jp
k-ohba@nochubank.or.jp
kohboonwee@gic.com.sg
kohei_tsuda@mitsui-seimei.co.jp
koh-hatazawa@am.mufg.jp
kohle@ebrd.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kohler@adamsexpress.com | kolber@koor.com |
| kohlt3@income.coop | koldham@lkcm.com |
| koh-noda@kubota.co.jp | kolin.mccarter@bmo.com |
| kohyeokthiam@gic.com.sg | kolivier@tiaa-cref.org |
| koichi.obu@gb.smbcgroup.com | kolja.sahm@hsh-nordbank.com |
| koichi.yamaguchi@ims.jti.co.jp | koloughlin@commonwealth.com |
| koichi_honda@gb.smbcgroup.com | kolsen@blackrock.com |
| koichi_ogawa@tr.mufg.jp | kolwja.alexander.zimmer@dghyp.de |
| koichi-akiyama@nochubank.or.jp | kolyerr@hhmi.org |
| koichi-kumaki@nochubank.or.jp | komal.misra@alliancebernstein.com |
| koichiro_ono@tr.mufg.jp | komal.sri-kumar@tcw.com |
| koike_masamichi@ra.smbc.co.jp | komatsu_shin@ay.smbc.co.jp |
| koizumi.takeshi@daido-life.co.jp | komatsui@bloomberg.net |
| koizumi@daiwasbi.co.jp | komatusi@sin.nn-ja.or.jp |
| koizumi-b4940031@jp.nomura.com | komiya@daiwa-am.co.jp |
| koji.aiyoshi@mizuhocbus.com | komori@us.mufg.jp |
| koji.ito@ufj-partners.co.jp | komori_seiji@yk.smbc.co.jp |
| koji.kikuchi@nochubank.or.jp | komson.silapachai@trs.state.tx.us |
| koji.nishiwaki@mizuhocbus.com | komura@daiwa-am.co.jp |
| koji.sakurai@mizuho-cb.co.jp | kon_kizunov@mfcinvestments.com |
| koji.takagi@shinseibank.com | kon24375@nissay.co.jp |
| koji_harada@mitsui-seimei.co.jp | ko-nagasaki@ja-kyosai.or.jp |
| koji_hashimoto@tr.mufg.jp | kondo.shigemichi.a2@daiichisankyo.co.jp |
| koji_hattori@tr.mufg.jp | kondo@meiji-life.com |
| koji_kaihatsu@mitsubishi-trust.co.jp | kondscha@de.ibm.com |
| koji_kaihotsu@mitsubishi-trust.co.jp | koneal@hbk.com |
| kojima.keiji@kokusai-am.co.jp | koneil@cprus.com |
| kojima@nam.co.jp | kongdan@citic.com |
| kojima_isao@rk.smbc.jp | kong-dong.zheng@ubs-oconnor.com |
| kojima_masaaki@mail.nikko.co.jp | kongfk@st.com.sg |
| kojima-0g23@jp.nomura.com | koni.tamratzi@lazard.com |
| kojima-y@tominbank.co.jp | konishia@mtbcny.com |
| kojiro.maeo@mitsubishicorp.com | konm@ebrd.com |
| koji-uchida@am.mufg.jp | kono_shigeyoshi@dd.smbc.co.jp |
| kokf@danskebank.dk | konrad.aigner@db.com |
| kokoszka@wellscap.com | konrad.boszko@morleyfm.com |
| kokou.topeglo@caam.com | konrad.kleinfeld@nordlb.de |
| kokou-agbo-bloua@gs.com | konrad.ledochowski@blackrock.com |
| kokovova.dana@slsp.sk | konrad.vornhusen@kfw.de |
| koksal.coban@finansbank.com.tr | konstantin.giantiroglou@ruedblass.ch |
| kokusai@amashin.co.jp | konstantin.kaloudis@idsffm.com |
| kolano.s@tbcam.com | konstantin.katsalis@bkb.ch |
| kolbe.irving@glgpartners.com | konstantin.leidman@ubs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

konstantin.nemnov@barclaysglobal.com

konstantin.principe@winterthur.ch

konstantin.tcherepachenets@bankofamerica.com

konstantin_stoev@putnam.com

konstantin_stoev@swissre.com

konstantinos_dafoulas@ssga.com

konstantinova@ef.gin.ru

kontani@dl.dai-ichi-life.co.jp

kooienga.mark@principal.com

kookmin@ma.kcom.ne.jp

koonnang.tse@pimco.com

koontzl@wpgonvest.com

koopse@bloomberg.net

koos.timmermans@mail.ing.nl

koosh@samsung.co.kr

kopanyisz@otpbank.hu

koral.anderson@gs.com

koray.hassan@threadneedle.co.uk

kordasstef@bloomberg.net

koreilly@terex.com

koren.richards@gcm.com

koreto@fideuramsgr.it

kori.sykiba@yahoo.com

kornel.schweers@cominvest-am.com

kornelius.klobucar@moorecap.co.uk

koroberts@vestarden.com

korpitsch@meinlbank.com

korteweg_arthur@gsb.stanford.edu

kosaka.jun@kokusai-am.co.jp

kosaka17932@nissay.co.jp

kosako@bloomberg.net

kosc0016@bloomberg.net

koshimizuibj@bloomberg.net

koslowski.christopher@snb.ch

kossolinski@btmna.com

kostas.halatsis@gmacrfc.co.uk

kostas.iordanidis@juliusbaer.com

kostas.nicolaou@axa-im.com

kosuke@nochubank.or.jp

kosuke_tsuchida@tr.mufg.jp

kosuke-kitamura@am.mufg.jp

kosuke-tsuchida@am.mufg.jp

kota_yamada@mitsubishi-trust.co.jp

kotani@btmna.com

kotaro.tanaka@shinseibank.com

kotaro_miyata@ldn.invesco.com

kotaro_shimamura@meijiyasuda.co.jp

kotera@daiwa-am.co.jp

kotichaa@hmc.harvard.edu

kotoyori_setsuya@yd.smbc.co.jp

kouhei.asai@mizuho-bk.co.jp

kouhei.nishikawa@shinseibank.com

kouhei_hasimoto@am.sumitomolife.co.jp

kouhei_satou@am.sumitomolife.co.jp

kouichi_okamoto@ajinomoto.com

kouichi_wachi@mitsui-seimei.co.jp

kouiti_hukuzumi@am.sumitomolife.co.jp

kouji.sugita@tokyostarbank.co.jp

kouji_kawaguchi@tokaitokyo.co.jp

kouji_sasaki@yamaguchibank.co.jp

kouji_takahashi@mitsui-seimei.co.jp

kounishi@daiwa-am.co.jp

kousa@bloomberg.net

kousaku.nakanishi@uk.mufg.jp

koushasai@daiwa-am.co.jp

kousinioris.g@bimcor.ca

kousuke_kanazashi@mitsui-seimei.co.jp

kouta_kanno@am.sumitomolife.co.jp

koutari02866@nissay.co.jp

koutarou_satou@tokaitokyo.co.jp

kov@nbim.no

kovachs@dresdner.com

kowalishin@aigfpc.com

koyakumaru18801@nissay.co.jp

koyanagi_yoshifumi@dn.smbc.co.jp

ko-yoshida@ufjtrustbank.co.jp

kozaki22685@nissay.co.jp

kozo.goto@ntt-finance.co.jp

k-ozono@meijiyasuda.co.jp

kozovich@pimco.com

kozsolak@leggmason.com

kp44@ntrs.com

kpa.tr@adia.ae

kpa@summitpartnersllc.com

kpaich@fult.com

kpaige@jennison.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kpancholi@broadwaybankchicago.com | kra.tr@adia.ae |
| kpapson@bostonprivatebank.com | krader@caxton.com |
| kparke@mfs.com | kradigan@bankofny.com |
| kparker@bradfordmarzec.com | kraecke@investcorp.com |
| kparker@payden-rygel.com | kraemer@dexia.de |
| kparsipour@pictet.com | krage@jyskebank.ch |
| kpartesano@websterbank.com | krahn@mfs.com |
| kpatel2@allstate.com | kraig.s.struglia@usa.dupont.com |
| kpatrick@aegonusa.com | kraines.ben@nomura-asset.com |
| kpatriquin@loomissayles.com | krakociova@lincap.com |
| kpeetz@bankofny.com | kral03@handelsbanken.se |
| kpeitlschmidt@meag.com | krantz@bloomberg.net |
| kpenginco@metrobank.com.ph | kranucci@stephens.com |
| kperry@loomissayles.com | kranzs@bernstein.com |
| kperry1@yahoo.com | krashad@anb.com.sa |
| kperschetz@bloomberg.net | krasne@atlanticinvestment.net |
| kpfisher@mcs-bank.com | krasnikov@vtb.ru |
| kpfleeger@oppenheimerfunds.com | krassimir.katev@aig.com |
| kphillips@fhlbatl.com | krast@fbw.com |
| kpicache@apollocapital.com | kratochvilova.renata@slsp.sk |
| kpinho@jefco.com | kraymond@loomissayles.com |
| kpiskorowski@fftw.com | krb@penntrust.com |
| kpiznak@caxton.com | krbj02@handelsbanken.se |
| kpj1@ntrs.com | krd@mofnet.gov.pl |
| kplanta@ftci.com | kre@kbw.com |
| kplinska@wellington.com | kredgate@metlife.com |
| kploome@delinvest.com | kreece@davenportllc.com |
| kplumer@hcmlp.com | kreed@hiberniabank.com |
| kpmadden@delinvest.com | kregan@troweprice.com |
| kpo@sitinvest.com | kreim@rotafinansbank.com.tr |
| kpoehls@fiduciarymgt.com | kreissman@ers.state.tx.us |
| kpoetz@ftportfolios.com | krenfrew@tiaa-cref.org |
| kpope@concordiafunds.com | kresch@pershing.com |
| kpoutre@westernasset.com | kress.lynn@mellonequity.com |
| kpozitsky@mandtbank.com | kressner_david@jpmorgan.com |
| kpreloger@pwmco.com | kreynold@us.ibm.com |
| kprowell@wellington.com | krhad@federatedinv.com |
| kpsuh@goodbank.com | krice@worldbank.org |
| kpuccio@mandtbank.com | krichardson@deerfieldcapital.com |
| kpugliani@swst.com | krigter@aegon.nl |
| kpuglisi@soam.com | krinstine.raimundi@inginvestment.com |
| kpurnell@aegonusa.com | kriordan@tiaa-cref.org |
| kquinn@mbna.com | kris.demoerloose@fortisinvestments.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

kris.desmedt@drkw.com

kris.devos@ing.be

kris.dorr@ubs.com

kris.gozra@thederbyshire.co.uk

kris.grant.nne6@statefarm.com

kris.keltner@kochfinancial.com

kris.kowal@usa.dupont.com

kris.motmans@puilaetco.com

kris.temmerman@dexia-am.com

kris.wulteputte@snsreeal.nl

kris.yip@vtbeurope.com.sg

kris@gries.com

kris_krauel@ustrust.com

kris_rao@rsausa.com

kris_rouff@glenmede.com

kris_zimmer@ssmhc.com

krisanas@bot.or.th

krish.maheswaran@kbcfp.com

krisha_rangarajan@acml.com

krishan.gopaul@barclaysglobal.com

krishan.grover@bankofamerica.com

krishan_nagpal@hvbamericas.com

krishna.m.mangallampalli@bankofamierca.com

krishna.memani@db.com

krishna.prasad@fmr.com

krishna.varikooty@pnc.com

krishna_gudavalli@fanniemae.com

krishna_memani@putnam.com

krishna_soma@dpimc.com

krishnano@delaware.co.uk

krishnans@bankmuscat.com

krisiti.conway@ssmb.com

krissy.rands@seb.co.uk

krista.elliott@pimco.com

krista.kennedy@inginvestment.com

krista.mallary@transamerica.com

krista.valentino@morganstanley.com

krista.wilshusen@fmr.com

krista.young@deshaw.com

krista@720capital.com

kristel.adler@citigroup.com

kristel.devos@axa.be

kristel.talvar@hansa.ee

kristell.agaesse@barep.com

kristen.garton@pncbank.com

kristen.hayes@bbh.com

kristen.laughlin@ftnmidwest.com

kristen.luke@pimco.com

kristen.monson@pimco.com

kristen.oxenford@associatedbank.com

kristen.silva@citizensbank.com

kristen.singer@fmr.com

kristen.vonseggern@bms.com

kristen.walker@4086.com

kristen.weber@chase.com

kristen_saunders@den.invesco.com

kristen_walsh@troweprice.com

krister.jorneskog@afa.se

kristi.abbey@huntington.com

kristi.colburn@gecapital.com

kristi.elliot-heitman@pimco.com

kristi.feinzig@suncapadv.com

kristi.fisher@cpa.state.tx.us

kristi.guay@wcmadvisors.com

kristi.oquin@ftnmidwest.com

kristi.sontag@columbiamanagement.com

kristi.subramanian@pnc.com

kristi.vorce@trs.state.tx.us

kristi.whitewolf@pimco.com

kristi_richard@cargill.com

kristian.atkinson@fidelity.com

kristian.baney@pimco.com

kristian.erickson@corporate.ge.com

kristian.gerkman@evli.com

kristian.gevert@lazard.com

kristian.greisen@carnegie.dk

kristian.heugh@morganstanley.com

kristiina.karhos@okobank.fi

kristin.bradbury@barclaysglobal.com

kristin.engelberger@wachovia.com

kristin.foster@moorecap.com

kristin.hayden@morganstanley.com

kristin.manning@inginvestment.com

kristin.moschos@csam.com

kristin.peloso@ge.com

kristin.reece@inginvestment.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kristin.reikvam@klp.no | kristof.gleich@gs.com |
| kristin.ribic@silvantcapital.com | kristof.kaldau@barclayscapital.com |
| kristin.stathis@pgn.com | kristofer.barrett@swedbankrobur.se |
| kristin.t.corwin@jpmorganfleming.com | kristofer.lind@dnbnor.com |
| kristin.yarema@novartis.com | kristofer.ostberg@bankofamerica.com |
| kristin.young@bankofamerica.com | kristofer.segerberg@soros.com |
| kristin@shenkmancapital.com | kristoffer.sundnes@klp.no |
| kristin_donahue@putnam.com | kristopher.carney@db.com |
| kristin_n_bevington@aul.com | kristopher.heck@barclaysglobal.com |
| kristin_nixon-donahue@putnam.com | kristopher.r@grainger.com |
| kristin_stokan@3com.com | kristopher_a_giardino@ssga.com |
| kristin_yeatman@bankofscotland.co.uk | kristy.finnegan@inginvestment.com |
| kristina.aubin@nacm.com | kristy.fong@aberdeen-asset.com |
| kristina.burkey@baring-asset.com | kristy.hudson@ge.com |
| kristina.callaghan@fmr.com | kristy.jones@us.hsbc.com |
| kristina.derosa@mizuhocbus.com | kristy.lynch@ubs.com |
| kristina.ganea@nordea.com | kristy.vrabel@farmcreditbank.com |
| kristina.jobson@clamericas.com | kristy.wieggman@pnc.com |
| kristina.junco@aiminvestments.com | kristy.wierczorek@db.com |
| kristina.kazarian@fmr.com | kristy_endo@putnam.com |
| kristina.koutrakos@blackrock.com | kristy_sramek@hancockbank.com |
| kristina.krestva@jpmorgan.com | krisztina.negret@fortisinvestments.com |
| kristina.krsteva@jpmorgan.com | kritter@westernasset.com |
| kristina.melin@swedbank.com | krizan.peter@slsp.sk |
| kristina.mimietz-paul@activest.de | krkline@seic.com |
| kristina.riisberg@nordea.com | krl23@cornell.edu |
| kristina.salen@fmr.com | krlee@chb.co.kr |
| kristina.schlett@lbbw.de | krm@capgroup.com |
| kristina.stookey@fmr.com | krm2@ntrs.com |
| kristina.zucchi@corporate.ge.com | krmb@capitalglobal.com |
| kristina_alley@ustrust.com | krobert@gapac.com |
| kristina_schnyder@swissre.com | krobinson@roxcap.com |
| kristine.jensen@telenor.com | kroche@penncapital.com |
| kristine.kitts@columbiamanagement.com | krockey@ubs.com |
| kristine.lino-genin@morganstanley.com | kroemer@hellerfin.com |
| kristine.ly@ibtco.com | krogers@loews.com |
| kristine.mantey@wamu.net | krogers@mandtbank.com |
| kristine.smith@tcw.com | krolson@nb.com |
| kristinh@bgi-group.com | kroney@bloomberg.net |
| kristinn.arnason@glitnir.is | krongkarns@hsbc.co.th |
| kristjana.sigurdardottir@glitnir.is | kronstadt@dsaco.com |
| kristjansson@glitnir.co.uk | krooney1@metlife.com |
| kristof.abbeloos@shell.com | krosenbloom@fftw.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| krosenzweig@peoplesbanknet.com | ksabet@frk.com |
| krossi@rentec.com | ksabir@deloitte.co.uk |
| krostkowski@nb.com | ksabol@dsaco.com |
| krote@payden-rygel.com | ksabol@federatedinv.com |
| kroth@allstate.com | ksaha@scmadv.com |
| krourke@hcmlp.com | ksahlin@russell.com |
| krowbotham@templeton.com | ksakai10@sompo-japan.co.jp |
| krowland@jhancock.com | k-sakurai@ikedabank.co.jp |
| krr@capgroup.com | ksalsbery@reamsasset.com |
| krs@eksportfinans.no | ksano@calstrs.com |
| krsmith@statestreetkc.com | ksato@uk.tr.mufg.jp |
| krueger.doug@principal.com | ksawa@bloomberg.net |
| krueger@bloomberg.net | ksbb@bloomberg.net |
| krueger_erik@fsba.state.fl.us | kscanlon@stephens.com |
| kruffing@meag.com | kscheidemantle@thebank.com |
| krunge@sterling-capital.com | kschlachter@bartlett1898.com |
| krupa.desai@pnc.com | kschmidt@hapoalimusa.com |
| krupaco@bloomberg.net | kschmitz@mfs.com |
| krupal.raval@fmr.com | kschoeb@vaudoise.ch |
| kruskal.hewitt@shinseibank.com | kschroder@tiaa-cref.org |
| krussell@sterneagee.com | kschultz@seacapinvests.com |
| krussell@sterne-agee.com | ksebastian@mfs.com |
| kruszewr@stifel.com | kseder@essexinvest.com |
| krwright@aegonusa.com | ksees@dasny.org |
| kryan@dsaco.com | kseiler@allstate.com |
| kryan@montag.com | k-sekigu@yasuda-life.com.jp |
| kryan@nb.com | k-sekiyama@taiyo-seimei.co.jp |
| krys-rusoff@fergwell.com | kselle@deerfieldcapital.com |
| krystal_wolf@ml.com | ksenia.tareva@rzb.at |
| krystian.laszewski@bcv.ch | kseniya_ryabchenko@nylim.com |
| krystie.lei@sumitomotrust.co.jp | kseses@kbstar.co.kr |
| krystina.ters@infidar.ch | kshahbaz@hcmlp.com |
| krzysztof.szczawinski@jpmorgan.com | kshama_shetty@ssga.com |
| ks.lee@statestreet.com | kshamta_kaushik@scotiacapital.com |
| ks@cgii.com | kshannon@lmfunds.com |
| ks@turnerinvestments.com | ksharkey@bear.com |
| ks@us.ibm.com | ksharma@penncapital.com |
| ks0421@keb.co.kr | kshatch@statestreet.com |
| ks4@americancentury.com | kshea@loomissayles.com |
| ks657@cornell.edu | ksheffield1@bloomberg.net |
| ks74@ntrs.com | kshen@bankofny.com |
| ksaathoff@trmshedge.com | kshepherd@europeancredit.com |
| ksaba@jiadvisors.com | kshepherd@frk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| k-shibata@nochubank.or.jp | ksteward@img-dsm.com |
| k-shinbu@nochubank.or.jp | kstokes@oppenheimerfunds.com |
| kshinsaka@bloomberg.net | kstoll@sterling-capital.com |
| k-shirayama@nochubank.or.jp | kstorer@jennison.com |
| kshishimi@wellington.com | kstrand@frk.com |
| kshitij.gill@lehman.com | kstrobel@aegonusa.com |
| kshitij.mittal@bnymellon.com | kstrobl@bloomberg.net |
| kshope@kbd.co.kr | kstrohmeier@wilmingtontrust.com |
| ksiegel@ftci.com | ksubramanian@worldbank.org |
| ksimons@nb.com | ksuda241813@po.yasuda.co.jp |
| ksin@bocusa.com | k-sugita@nochubank.or.jp |
| ksingh@halcyonllc.com | ksuzuki13@sompo-japan.co.jp |
| ksinha@caxton.com | ksw@bok.or.kr |
| ksiqueiros@tiaa-cref.org | ksw1@ntrs.com |
| ksk2@ntrs.com | kszersze@allstate.com |
| ksk-gp.handel@t-online.de | kszydlo@loomissayles.com |
| ksking@wellington.com | ktada@us.mufg.jp |
| kslade@bloomberg.net | k-takano@nochubank.or.jp |
| ksleung@ctcbny.com | ktakao@daiwasbi.co.jp |
| ksm.1023@wooribank.com | ktakashi@cba.att.ne.jp |
| ksm.eu@adia.ae | ktan@frk.com |
| ksmith@munder.com | ktanaka@nochubank.or.jp |
| ksmith@pimco.com | ktaylor@bgcfx.com |
| ksmith214@bloomberg.net | ktayman@adb.org |
| ksmith3@metlife.com | ktayman@copera.org |
| ksmolanoff@bloomberg.net | ktb23@cornell.edu |
| ksoderberg@millertabak.com | ktb4@cornell.edu |
| ksosnick@perrycap.com | ktburns@wellington.com |
| ksowen@templeton.com | kteng@bankofny.com |
| kspark@kdb.co.kr | kth@bok.or.kr |
| kspellman@russellmellon.com | kthan@chb.co.kr |
| kspencer@oppenheimerfunds.com | kthan@hanabank.com |
| kspero@ubspainewebber.com | kthankavelu@worldbank.org |
| ksprauer@bankofny.com | kthiebaud@bluebonnetsavings.com |
| kss.ex@adia.ae | kthoma1@frk.com |
| kssuh@wooribank.com | kthurman@becu.org |
| kstaneck@smithbreeden.com | ktimony@bear.com |
| kstangberg@bloomberg.net | ktjon@bloomberg.net |
| kstarrs@ellington.com | ktmatthews@duke-energy.com |
| kstefanski@sandleroneill.com | ktn@nbim.no |
| kstenger@mcleanbudden.com | kto@bankofthewest.com |
| kstephon@fsbperkasie.com | k-toda@nissay.co.jp |
| kstern@loomissayles.com | ktoudouze@hcmlp.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ktourevski@loews.com | k-uemura@nochubank.or.jp |
| ktownsend@capfed.com | kuga@tmam.co.jp |
| ktracey@aamcompany.com | kuge02811@nissay.co.jp |
| ktran@westernasset.com | kugjae.lee@samsung.com |
| ktroedsson@voyageur.net | kuhfahl@rentenbank.de |
| ktrotman@thezenith.com | kuhnsam@fhlbcin.com |
| ktroup@martincurrie.com | kuhnwaldt@nordinvest.de |
| ktroy@jhancock.com | kuihara-k@itochu.co.jp |
| ktse@angelogordon.com | kuihyunyou@hanabank.com |
| k-tsuchizuka@nissay.co.jp | kujira@dl.dai-ichi-life.co.jp |
| k-tsujita@taiyo-seimei.co.jp | kulasgf@aetna.com |
| ktsukada@nochubank.or.jp | kuldeep.koul@uk.fid-intl.com |
| ktts@capgroup.com | kuldip.shergill@gartmore.com |
| ktucker@uncb.com | kulhoff.birgit@rahnbodmer.ch |
| ktucker@waddell.com | kulvinder.haire@glgpartners.com |
| kturek@nb.com | kulvinder.mall@uk.fid-intl.com |
| kturner@cisco.com | kulvinder.sindhu@bmo.com |
| kturnquist@aegonusa.com | kumagai.y@daiwa-am.co.jp |
| ktwilliams@wellington.com | kumagai@nam.co.jp |
| ktwist1@yahoo.com | kumahara@daiwa-am.co.jp |
| ktyszko@voyageur.net | kumar.ghosh@morleyfm.com |
| ktz@bkb.ch | kumar.kirpalani@alliancebernstein.com |
| ktzavras@eurobank.gr | kumar.ramamoorthy@pharma.novartis.com |
| ku_shin@bankone.com | kumar.vemuri@db.com |
| kuahkwokbeng@gic.com.sg | kumaran.damodaran@pimco.com |
| kuan.oh@ubs.com | kumari.perumal@resbank.co.za |
| kuballth@cial.cic.fr | kumhawoh@bok.or.kr |
| kubo@daiwa-am.co.jp | kumi.matsuoka@ubs.com |
| kubo@nam.co.jp | kumi.shinomiya@westernasset.com |
| kubo_tetsuya@dn.smbc.co.jp | kumiko.koyama@nokia.com |
| kubo4616@dl.dai-ichi-life.co.jp | kumiko_kojima@tokaitokyo.co.jp |
| kuboki19538@nissay.co.jp | kumkong@dbs.com |
| kubota@daiwasbi.co.jp | kummy_wan@swissre.com |
| kubotaj@fhlbsf.com | kun.deng@lazard.com |
| kubotani@nam.co.jp | kunal.bhatia@citadelgroup.com |
| kubotani02857@nissay.co.jp | kunal.ghosh@barclaysglobal.com |
| kucheryavyav@evrofinance.com | kunal_ghosh@nacm.com |
| kuchiyama2@bloomberg.net | kungs@nybea.com |
| kuchtyaa@jwseligman.com | kunihiko.ookubo@mizuho-bk.co.jp |
| kuc-krueger@bloomberg.net | kunihiko_nakaji@tr.mufg.jp |
| kuehndorf.f@tbcam.com | kunihiro.manabe@lehman.com |
| kuejo1979@nochubank.or.jp | kunihiro.tani@fi.fukoku-life.co.jp |
| kuematsu@troweprice.com | kunihiro@dl.dai-ichi-life.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kunileem@shinhan.com | kurt.hardt@ksk-bc.de |
| kunimasa.antoku@boj.or.jp | kurt.havnaer@columbiamanagement.com |
| kunio.ishimori@shinseibank.com | kurt.hocker@uboc.com |
| kunitoki.shoji@sojitz.com | kurt.janssens@fortis.com |
| kunj.shah@abnamromellon.com | kurt.jarnagin@drkw.com |
| kunle.akintoye@insightinvestment.com | kurt.klimenko@barclaysglobal.com |
| kuno@hby.dai-ichi-life.co.jp | kurt.koehler@vbl.de |
| kuntzdm@fhlbcin.com | kurt.kotzegger@rkag.at |
| kuoeric@mail.cbc.gov.tw | kurt.kreienbrink@thrivent.com |
| kuoj@hkbea.com | kurt.kringelis@inginvestment.com |
| kuon@colognere.com | kurt.lauber@thrivent.com |
| kuoyuling@chinalife.com.tw | kurt.lichtman@moorecap.com |
| kura@sin.is-ja.jp | kurt.lin@cunamutual.com |
| kurahashi.kenichi@kokusai-am.co.jp | kurt.luttenauer@lgt.com |
| kuramoto@daiwasbi.co.jp | kurt.marquetant@lbbw.de |
| kurek_gregory@jpmorgan.com | kurt.moser.apvj@statefarm.com |
| kurihara.h@daiwa-am.co.jp | kurt.muntwiler@siemens.com |
| kurisaki@daiwasbi.co.jp | kurt.niemietz@frostbank.com |
| kurita@daiwa-am.co.jp | kurt.nyman@thehartford.com |
| kuriu8587@intra.cosmo-sec.co.jp | kurt.oberhaensli@credit-suisse.com |
| kuriyama@daiwasbi.co.jp | kurt.oppermann@inginvestment.com |
| kuroda@muis.com.hk | kurt.oswald@tkb.ch |
| kuroda@nam.co.jp | kurt.pongratz@dgzbank.de |
| kuroki.a@daiwa-am.co.jp | kurt.rohr@sarasin.ch |
| kuroki@daiwa-am.co.jp | kurt.rust@allstate.com |
| kuroki@nam.co.jp | kurt.schansinger@blackrock.com |
| kurosawa@mtbcny.com | kurt.schappelwein@rcm.at |
| kurot@dl.dai-ichi-life.co.jp | kurt.schoergendorfer@novartis.com |
| kurt.b.harrison@bofasecurities.com | kurt.schoergendorfer@sandoz.com |
| kurt.baer.3@credit-suisse.com | kurt.spiess@csam.com |
| kurt.baer@akb.ch | kurt.traxler@hypo-ooe.at |
| kurt.baur@uk.abnamro.com | kurt.williams@4086.com |
| kurt.becker@hyporealestate.de | kurt.won@barclaysglobal.com |
| kurt.billick@ubs.com | kurt@pauligroup.com |
| kurt.carlson@prudential.com | kurt_borgwardt@americancentury.com |
| kurt.carlson@thrivent.com | kurt_hahn@fujibank.co.jp |
| kurt.cubbage@himco.com | kurt_haueter@swissre.com |
| kurt.daum@aig.com | kurt_j_ayling@vanguard.com |
| kurt.dodds@blackrock.com | kurt_karl@swissre.com |
| kurt.edmark@xlgroup.com | kurt_stalzer@americancentury.com |
| kurt.franklin@jpmorganfleming.com | kurt_umbarger@troweprice.com |
| kurt.fredland@aig.com | kurt_vilio@westlb.co.uk |
| kurt.gheysen@fortisbank.com | kurt_zihlmann@swissre.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

kurtis.holle@xlgroup.com
kurtis.kimmerling@bankofamerica.com
kurtis.stein@blackrock.com
kurtwilliamson@bankofny.com
kushagra_jain@ml.com
kushida-takehiro@mitsubishi-sec.co.jp
k-ushikubo@nochubank.or.jp
kushiro03178@nissay.co.jp
kusunoki-minako@mitsubishi-sec.co.jp
kusunose@nam.co.jp
k-utsumi@nissay.co.jp
kutxagest@sarenet.es
kuvaeva_e_e@veb.ru
kuwako@nochubank.or.jp
kuyehara@westernasset.com
kuyperm@cmcic.fr
kvang@loomissayles.com
kvangundy@opers.org
kvanheel@dow.com
kvanourny@aegonusa.com
kvh@oeresundsbron.com
kvonseel@generaldynamics.com
kvorisek@fmausa.com
kvsamueldbq@hotmail.com
kw@capgroup.com
kw@nbim.no
kwadwo.a.kwakwa@chase.com
kwagner@loomissayles.com
kwagner@nb.com
kwagner@schny.com
kwakkenbos@vpv.nl
kwaldmann@bloomberg.net
kwalker@loomissayles.com
kwall@coventrybuildingsociety.co.uk
kwallace@btmna.com
kwalters@chittenden.com
kwalters1@metlife.com
kwambach@allmerica.com
kwame.anochie@pimco.com
kwame.gadsby@credit-suisse.com
kwame_webb@troweprice.com
kwami.webson@us.hsbc.com
kwang@metlife.com

kwang_lee@bankone.com
kwarlick@jhancock.com
kwasi.dadzie-yeboah@fmr.com
kwatt@martincurrie.com
kwatters@standishmellon.com
kwbuese@aegonusa.com
kwc26@cornell.edu
kwe@gr.dk
kwedding@oppenheimerfunds.com
kweeger@sunamerica.com
kwee-peng.ong@aig.com
kweigel@aegonusa.com
kwek.miang.cher@icprc.com
kweldon@tiaa-cref.org
kwenberg@bloomberg.net
kwerle@genre.com
kwerle@grneam.com
kwest@cdcixis-amau.com
kwest2@bloomberg.net
kwestphal@meag.com
kwhalen@vestarcapital.com
kwheeler@canyonpartners.com
kwhitehouse@metlife.com
kwhitney1@bloomberg.net
kwhitt@hestercapital.com
kwiatkow@pimco.com
kwiese@williamblair.com
kwiggins@fiduciary-trust.com
kwilcox@fhlbatl.com
kwilliam@banamex.com
kwilliams@wellington.com
kwilson@jbush.com
kwinkler@mbna.com
kwinston@oppenheimerfunds.com
kwli@bochk.com
kwn@atalantasosnoff.com
kwok.chern-yeh@aberdeen-asset.com
kwok.liu@ngtgroup.com
kwok.ng@shenkmancapital.com
kwokantc@abchina.com
kwokantc@abchina.com.hk
kwokhingliu@whbhk.com
kwokmun.cheong@schroders.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| kwok-on.fung@hk.ca-assetmanagement.com | kyle.bergstrom@tmgchicago.com |
| kwoks@deshaw.com | kyle.carlin@nisanet.com |
| kwolfgruber@oppenheimerfunds.com | kyle.colburn@westernasset.com |
| kwon@ymcaret.org | kyle.corigliano@hcmny.com |
| kwong@fhlbc.com | kyle.crandall@gm.com |
| kwonghong@dbs.com | kyle.daniel@moorecap.com |
| kwonghonghuat@gic.com.sg | kyle.fan@tcw.com |
| kwonkch@naver.com | kyle.fox@db.com |
| kwonkyun.chung@verzon.net | kyle.hollargregory@prudential.com |
| kwoods@utendahl.com | kyle.jennings@phxinv.com |
| kwoodson@ofiinstitutional.com | kyle.johnson@wamu.net |
| kwoody@globalt.com | kyle.johnston@blackrock.com |
| kwosepka@bloomberg.net | kyle.kloc@dws.de |
| kwosepka@standishmellon.com | kyle.koelbel@redwoodtrust.com |
| kwoytowicz@babsoncapital.com | kyle.macgregor@bmonb.com |
| kwtse@bochk.com | kyle.macmillens@blackrock.com |
| kwu@mwamllc.com | kyle.mcclements@blackrock.com |
| kww8@cornell.edu | kyle.waldhauer@lazard.com |
| kwyckoff@fhlbatl.com | kyle.weaver@fmr.com |
| kxburke@bloomberg.net | kyle.welch@stanford.edu |
| kxk@capgroup.com | kyle_a_wyatt@fanniemae.com |
| kxlj@pge.com | kyle_dawkins@invesco.com |
| kxt@capgroup.com | kyle_kelly@ssga.com |
| kxw@columbus.com | kyle_lynch@fanniemae.com |
| kxyee@tiaa-cref.org | kyle_mallen@blackrock.com |
| ky.nguyen@lodh.com | kyle_mcdermott@putnam.com |
| ky@dodgeandcox.com | kyle_mclean@scotiacapital.com |
| kyabe@worldbank.org | kyle_senk@hartfordlife.com |
| kyagihasi@lf.mufg.jp | kylemorin@babsoncapital.com |
| kyaguchi@bloomberg.net | kylew@wharton.upenn.edu |
| kyamada@kayne.com | kylie.blackwood@chq.alstom.com |
| kyamada190904@po.yasuda.co.jp | kylie.luszczynski@ubs.com |
| k-yamaguchi@nissay.co.jp | kyllikki.pankakoski@okobank.fi |
| kyamaguchi@nochubank.or.jp | kym.wilson@chase.com |
| k-yamazaki@nochubank.or.jp | kyndra.chaffin@alexanderkey.com |
| k-yanagi@nochubank.or.jp | kyo.koyama@barclaysglobal.com |
| kyang@panagora.com | kyo@bok.or.kr |
| kyano@bloomberg.net | kyoko.tominaga@axa.co.jp |
| kyeung@meag-ny.com | kyoko.yokooji@ntt-finance.co.jp |
| kyghope@kbstar.co.kr | kyongkoo@kfb.co.kr |
| ky-ishii@ja-kyosai.or.jp | kyongsoo.noh@jpmorgan.com |
| kyla_rivera@vanguard.com | kyoshikawa@dkb.com |
| kyle.barden@blackrock.com | kyoshin@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| kyosuke_takei@mitsubishi-trust.co.jp | l.malatesta@crt.com |
| kyousuke.shiotani@boj.or.jp | l.massimo@fineco.it |
| kyoya.nitta@mail.mol.co.jp | l.mastrodomenico@amsjv.it |
| kyri.costi@uk.fid-intl.com | l.meijaard@robeco.nl |
| kyril@glgpartners.com | l.millstein@aozorabank.co.jp |
| kyu.chay@alliancebernstein.com | l.muller@bouwfonds.nl |
| kyu@princeton.edu | l.musicco@italcementi.it |
| kyuen@mtr.com.hk | l.neuberg@lia-assetmanagement.lu |
| kyuho.han@prudential.com | l.oorthuizen@gbf.nl |
| kyuhyukpark@yahoo.co.kr | l.orlando@it.agusta.com |
| kyunghoonchang@hanabank.com | l.perrotta@olayangroup.com |
| kyungmin877.kim@samsung.com | l.ravensbergen@dpfs.nl |
| kyungsik1.lee@samsung.com | l.rd@dhbbank.com |
| kyvan.tang@aberdeen-asset.com | l.rensch@robeco.nl |
| kyy@capgroup.com | l.rossi@finter.ch |
| kzaiki@ibjus.com | l.russo@barilla.it |
| kzaverdinos@amtrust.com | l.schettino@aston-bond.com |
| kzenner@kanaly.com | l.segala@bipielle.it |
| kzubari@gic.com.kw | l.serra@astonbank.com |
| kzyla@bankofny.com | l.siegel@fordfound.org |
| l.aasheim@rorerasset.com | l.snoei@robeco.nl |
| l.aquino@finter.ch | l.strumpf@fordfound.org |
| l.borji@afdb.org | l.swinkels@robeco.nl |
| l.brichetto@sace.it | l.tajana@capitalia-am.com |
| l.bruni@aston-bond.com | l.terreni@crsm.it |
| l.chen@morganstanley.com | l.tonelli@olivetti.com |
| l.cigognini@caboto.it | l.tyson@qic.com |
| l.currie@ncbc.com | l.valeri@apioil.com |
| l.debiasi@effegestioni.it | l.willing@heineken.com |
| l.dellatorrepuliga@bipielle.it | l.yee@fnysllc.com |
| l.deschamps@macsf.fr | l_rquejido@bancourquijo.es |
| l.devivo@promos.it | l_sabatino@putnam.com |
| l.frijns@robeco.nl | l_ussia@bancourquijo.es |
| l.gadreau@isica.fr | l5b@americancentury.com |
| l.gasparini@sace.it | la_fatas@lloydadriatico.it |
| l.h.chooi@noemail.com | la27@ntrs.com |
| l.higgins@fnysllc.com | laam@capgroup.com |
| l.jacobs@fnysllc.com | laan06@handelsbanken.se |
| l.kamhi@hermes.co.uk | lab@dodgeandcox.com |
| l.kendrick.li@dartmouth.edu | labaumann@wellington.com |
| l.lamberti@romagest.com | labdelli@bloomberg.net |
| l.luzi@it.agusta.com | labe@nykredit.dk |
| l.magnaghi@fineco.it | laberman@nb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| labinet@bloomberg.net | laiwei.boguet@rmf.ch |
| laborde@bordier.com | laiyan.wong@clamericas.com |
| labow@bloomberg.net | laiyewfai@gic.com.sg |
| lacers1@mindspring.com | lajeunesse@bloomberg.net |
| lachenmayerb@bwbank.ie | lajimene@banxico.org.mx |
| lachlan.cooper@hk.abnamro.com | lajk@capgroup.com |
| lachlan.french@barclaysglobal.com | lak@ntrs.com |
| lachlan.macquarie@sscims.com | lakeady@wellington.com |
| lachlan_callander@au.invesco.com | lakef@mondrian.com |
| lachlan_griffiths@bnz.co.nz | lakshman.harendran@morganstanley.com |
| laci.smith@pimco.com | lakshmikanthan.ravisankar@sg.standardchartered.com |
| lackey.s@mellon.com | lal@bnm.gov.my |
| lacy.letenoff@pncbank.com | lal@bspr.com |
| lacyp@biam.boi.ie | lal@dendanskebank.dk |
| laderick.daniels@statestreet.com | lalantika.padmanabhan@pimco.com |
| ladislas.paszkiewicz@totalfinaelf.com | laldea@rgonline.com |
| ladner.sd@tbcam.com | lalderman@divinv.net |
| ladonna.cooper@pncadvisors.com | lale.gursu@tcmb.gov.tr |
| lae@ubp.ch | lalee@btmna.com |
| laeggleston@statestreet.com | lalexander@calnationalbank.com |
| laetitia.dourin@glgpartners.com | lalit.bansal@fmr.com |
| laetitia.jamme@bnpparibas.com | lalit.narayan@tudor.com |
| laetitia.perron@caam.com | lalitha.shivaswamy@citigroup.com |
| laetitia@rentec.com | lallen@bokf.com |
| lag.cdu@adia.ae | lallen@essexinvest.com |
| lag@baupost.com | lallg@deshaw.com |
| lagabriel@wellington.com | lally.ross@morganstanley.com |
| lahamed@fftw.com | lam@danskecapital.com |
| lahariap@biam.boi.ie | lamar.kinney@gecapital.com |
| lahaut@swissfp.com | lamberbr@cial.cic.fr |
| laho@sek.se | lambertk@lotsoff.com |
| lahrens@allstate.com | lamberto.giusti@unicredit.it |
| lai.ly@clf-dexia.com | lambertt@strsoh.org |
| lai.ly@sgam.com | lambm@brinson.com |
| lai@dodgeandcox.com | lambski@bloomberg.net |
| laida620@cathaylife.com.tw | lamere.df@mellon.com |
| laidesheng@citicib.com.cn | lames@bostonprivatebank.com |
| laila.gheith@db.com | lamkook@abchina.com.hk |
| laila.grimley@lazam.co.uk | lamlam.ng@jpmorgan.com |
| laila.kollmorgen@bnpparibas.com | lamont_chichester@ml.com |
| laila.madso@lansforsakringar.se | lamont_g_morgan@fanniemae.com |
| lai-ming.suen@morganstanley.com | lamoretf@bp.com |
| laina_jenkins@ml.com | lampohmin@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

lamsyelaine@ocbc.com
lamyewling@gic.com.sg
lan.cai@aig.com
lana.moy@pimco.com
lana_taylor@putnam.com
lance.black@protective.com
lance.deluca@blackrock.com
lance.franke@slma.com
lance.heppleston@ubs.com
lance.hill@uk.abnamro.com
lance.marx@wellsfargo.com
lance.o'brien@us.hsbc.com
lance.r.graham@aib.ie
lance.whitewolf@pimco.com
lance.wolkow@black-river.com
lance@aplusmgmt.com
lance@rsa.state.al.us
lance_miller@invesco.com
landao@temasek.com.sg
landers.carnal@commercebank.com
landerson@westernasset.com
landon.parsons@gs.com
lane.herrington@bankofamerica.com
lanette.donovan@mackayshields.com
langhans.wolfgang@muenchener-verein.de
langley.e@mellon.com
langloip@jwseligman.com
languyen@stanford.edu
lanny.moelijanto@pimco.com
lanse@daviscapitalpartners.com
lans-goran.orrevall@inv.spp.se
lansty@standishmellon.com
lanthony@mfs.com
lantonelli@oppenheimerfunds.com
lanyee.chan@uboc.com
lanz.chan@ubs.com
lanzhang@jhancock.com
lao2@ntrs.com
l-aoyama@bloomberg.net
lap@dodgeandcox.com
lapa@gimpulsora.com.mx
laparrington@wellington.com
laptev@msk.vtb.ru

lar@capgroup.com
lara.gilman@fmr.com
lara.goodall@jpmorganflemings.com
lara.green-spector@ny.frb.org
lara.hall@suntrust.com
lara.meier@ubs.com
lara.morrisroe@fmr.com
lara.pizzimiglia@mediobanca.it
lara.schlegelmilch@credit-suisse.com
laragh.murphy@commerzbank.com
laraine.a.barabas@fhlb-pgh.com
laraine@rentec.com
larchiba@tiaa-cref.org
lard@danskecapital.com
larias@banxico.org.mx
larisa.dora@gwl.com
larisadakhis@tagfolio.com
larissa.knepper@ubs.com
laroht@nytimes.com
larpaia@caxton.com
larpino@bellevue.ch
larry.anderson@oppenheim.de
larry.b.mori@conocophillips.com
larry.banda@nationwide.co.uk
larry.bertan@alliancebernstein.com
larry.billimek@aiminvestments.com
larry.card@pacificlife.com
larry.desmond@fmr.com
larry.dunne@aberdeen-asset.com
larry.e.playford@jpmorgan.com
larry.eakin@allegiantgroup.com
larry.gibson@ubs.com
larry.h.lee@jpmorgan.com
larry.han@mizuhocbus.com
larry.harmon@membersunited.org
larry.heath@huntington.com
larry.holden@wamu.net
larry.hsu@email.chinatrust.com.tw
larry.ioffredo@asbai.com
larry.israel@columbiamanagement.com
larry.l.scholl@mortgage.wellsfargo.com
larry.lubitz@alliancebernstein.com
larry.mano@schwab.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| larry.mcadoo@db.com | lars.bender@deka.de |
| larry.meding@morgankeegan.com | lars.bokenberger@amfpension.se |
| larry.mulligan@ffbc-oh.com | lars.bro@nordea.com |
| larry.powell@trs.state.tx.us | lars.brorson@uk.fid-intl.com |
| larry.rakers@fmr.com | lars.carlsen@dgbank-dip.de |
| larry.reitman@citigroup.com | lars.dahl@storebrand.com |
| larry.ring@fmr.com | lars.dahlhoff@de.rcm.com |
| larry.schaad@raymondjames.com | lars.dalitz@ecb.int |
| larry.seipelt@uboc.com | lars.dybwad@nordea.com |
| larry.shipman@morgankeegan.com | lars.edler@oppenheim.de |
| larry.stein@bbh.com | lars.ersson@hiab.com |
| larry.thomas@edwardjones.com | lars.gedlich@commerzbank.com |
| larry.topper@wachovia.com | lars.grandell@aktia.fi |
| larry.tung@morganstanley.com | lars.hemmingsen@nordea.com |
| larry.v.adam@db.com | lars.hermann@commerzbank.com |
| larry.valencia@umb.com | lars.hermann@nordea.com |
| larry.vitale@moorecap.com | lars.hille@dzbank.de |
| larry.williamson@chase.com | lars.holskjaer@uk.mizuho-sc.com |
| larry.wu@gmacrfc.com | lars.jaeger@partnersgroup.net |
| larry.zhang@barclaysglobal.com | lars.johnsson@vattenfall.com |
| larry@oa.cmbchina.com | lars.juelskjaer@seb.se |
| larry_a_lonis@bankone.com | lars.kalbreier@credit-suisse.com |
| larry_charbonneau@putnam.com | lars.kristian.feste@dnbnor.no |
| larry_cook@conning.com | lars.kristiansson@fip.se |
| larry_dale@fanniemae.com | lars.krohn@nordea.com |
| larry_kirwan@bnz.co.nz | lars.lemonius@morganstanley.com |
| larry_luxenberg@glic.com | lars.lonnquist@if.se |
| larry_puglia@troweprice.com | lars.lovgren@dnb.se |
| larry_ring@vanguard.com | lars.lundquist@swedbank.com |
| larry_speidell@nacm.com | lars.meisinger@axa-im.com |
| larry_ward@swissre.com | lars.mulfinger@helaba.de |
| larrybernstein@earthlink.net | lars.niggeling@trinkaus.de |
| larryfeig@bloomberg.net | lars.norup@danskebank.dk |
| larryg@scm-lp.com | lars.olaf.odlund@foreningsspar-banken.se |
| larrykeh@mas.gov.sg | lars.orest@ap3.se |
| larryr@aetna.com | lars.orrevall@skandia.se |
| larryr@csccu.com | lars.quandel@hsh-nordbank.com |
| larryrhodes@northwesternmutual.com | lars.remer@nordea.com |
| larrys@msfi.com | lars.rickert@bhf-bank.com |
| lars.a.persson@swedbank.com | lars.riis-kofoed@nordea.com |
| lars.abat@nordea.com | lars.rodert@inter-ikea.com |
| lars.aberg@amfpension.se | lars.romer@nordea.com |
| lars.antman@foreningssparbanken.se | lars.schickentanz@mpsgr.it |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lars.stoy@postbank.de | lauge.sletting@northseacapital.com |
| lars.stridde@lrp.de | laupuayhui@gic.com.sg |
| lars.sundberg@dnb.se | laura.a.blandford@jpmorgan.com |
| lars.thuesen@nordea.com | laura.a.jordan@jpmorgan.com |
| lars.vambheim@nordea.com | laura.adelman@ppmamerica.com |
| lars.warg@nordea.com | laura.alcabes@db.com |
| lars.wieczorek@hsh-nordbank.com | laura.algera@barclaysglobal.com |
| lars.ziehn@dws.com | laura.altamura@bancaakros.it |
| lars-almind@jyskebank.dk | laura.alter@harrisbank.com |
| lars-andreas.nilsen@nordea.com | laura.ambroseno@morganstanley.com |
| larsen-ledet@jyskeinvest.dk | laura.angioni@bancaprofilo.it |
| larserik.aarstad@dnbnor.no | laura.argentini@rbscoutts.com |
| larserik.hogh@nordea.lu | laura.astegiano@ersel.it |
| larsondc@bernstein.com | laura.barragan@impaccompanies.com |
| laschmidt@chubb.com | laura.bertolini@am.generali.com |
| laschultz@wellington.com | laura.bisconcin@bancaakros.it |
| lasdenj@wellsfargo.com | laura.bottega@morganstanley.com |
| lasmond@bloomberg.net | laura.brookins@ny.frb.org |
| lasse.aarto@okobank.com | laura.cagnina@ersel.it |
| lasse.andersen@zkb.ch | laura.carrere@sgcib.com |
| lasse.jensen@nordea.com | laura.cavallaro@gestielle.it |
| lasse.theimann@storebrand.com | laura.cereda@arcafondi.it |
| lasusulu-teresa.peters@bbl.be | laura.chiappetta@harrisbank.com |
| laszlo.heredy@farmersinsurance.com | laura.citarella@gcm.com |
| laszlo.temesi@zkb.ch | laura.coen.liq7@statefarm.com |
| lat@ubp.ch | laura.coen@weyerhaeuser.com |
| latanya.savage@usa.dupont.com | laura.coffey@53.com |
| latha.visvendran@baesystems.com | laura.compagnoni@bnlmail.com |
| latha_ravinder@ci.richmond.ca.us | laura.cronin@sunlife.com |
| lathrus@barclaysglobal.com | laura.dell'aquila@eni.it |
| lati.wells@pnc.com | laura.devlin@ubs-oconnor.com |
| lati_lelelit@ssga.com | laura.faller@nsc.ocm |
| latorrej@aetna.com | laura.fantoni@italtel.it |
| latr@danskebank.dk | laura.ferreri@sgss.socgen.it |
| latre@bancsabadell.com | laura.fiabane@mpsgr.it |
| latricia.dickson@aiminvestments.com | laura.friedman@credit-suisse.com |
| latronica@bwater.com | laura.gabaglio@arcafondi.it |
| lattime@sbcm.com | laura.gallacher@aegon.co.uk |
| lau@indover.nl | laura.gavin@jpmorgan.com |
| laube@danskebank.dk | laura.gearhart@thrivent.com |
| lauber@bessemer.com | laura.giannotti@bpubanca.it |
| laubsch@us.ibm.com | laura.gibbons@morganstanley.com |
| lauer@bloomberg.net | laura.gill@barclaysglobal.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

laura.gill@commerzbank.com
laura.gill@csam.com
laura.gotchova@uk.fid-intl.com
laura.granger@credit-suisse.com
laura.greiner@deshaw.com
laura.henderson-leather@barclaysglobal.com
laura.howard@morganstanley.com
laura.howenstine@fmr.com
laura.huxtable@lazard.com
laura.jevons@isisam.com
laura.l.boring@columbiamanagement.com
laura.lake@bankofbermuda.com
laura.louden@pnc.com
laura.luo@schroders.com
laura.marmorale@ubs.com
laura.miller@kyret.com
laura.mittnacht@gm.com
laura.morrison@soros.com
laura.moxon@uk.fid-intl.com
laura.nemeth@barclaysglobal.com
laura.norman@morganstanley.com
laura.odell@eagleasset.com
laura.ortiz@aig.com
laura.ostrander@columbiamanagement.com
laura.peres@barclaysglobal.com
laura.piscitelli@bankofengland.co.uk
laura.pittman@columbiamanagement.com
laura.reepmeyer@ppmamerica.com
laura.reimer@novartis.com
laura.salafranca@grupobbva.com
laura.sarlo@ny.frb.org
laura.schneider@db.com
laura.schultz@firstmidwest.com
laura.shaw@britannia.co.uk
laura.sirgiovanni@gs.com
laura.slater@credit-suisse.com
laura.spinosa@4086.com
laura.starr@fafadvisors.com
laura.terenzi@saras.it
laura.tiburzi@pnc.com
laura.tortosa@capitalia-am.com
laura.vandijk@lloydstsb.co.uk
laura.watts@capitalonebank.com

laura.weir@ny.frb.org
laura.wheeler@longview-partners.com
laura.white@gecas.com
laura.wicklander@ibtco.com
laura.woo@barclaysglobal.com
laura.wuertenberger@ubs.com
laura.x.huang@jpmorgan.com
laura.x.phengthong@jpmorgan.com
laura.zimmer@ppmamerica.com
laura@stw.com
laura@wasatchadvisors.com
laura_braun@ml.com
laura_kim@fanniemae.com
laura_larosa@glenmede.com
laura_m_simmons@fanniemae.com
laura_mcwilliams@troweprice.com
laura_ng@fujibank.co.jp
laura_paine@invesco.com
laura_peres@scudder.com
laura_powers@ml.com
laura_w_hunt@vanguard.com
laurak@mcm.com
laurant.attali@bnpgroup.com
laurel.hesch@deshaw.com
laurel.schirr@harrisbank.com
laurel_warren@nacm.com
lauren.asmundson@ibtco.com
lauren.battle@moorecap.com
lauren.bradbury@hcmny.com
lauren.dezutti@mortgagefamily.com
lauren.duboff@morganstanley.com
lauren.e.carter@jpmorgan.com
lauren.flett@aberdeen-asset.com
lauren.gallagher@blackrock.com
lauren.garner@tudor.com
lauren.jacobson@morganstanley.com
lauren.knight@alliancebernstein.com
lauren.peter@si.shell.com
lauren.walsh@pimco.com
lauren.woolley@jpmorgan.com
lauren@clinton.com
lauren_demore@putnam.com
lauren_guaimano@ustrust.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lauren_kelly@acml.com | laurence.vitrant@hsbc.fr |
| lauren_kossow@ssga.com | laurence_aubin@aviva.fr |
| lauren_smart@putnam.com | laurence-elisabeth.hovine@bnpparibas.com |
| lauren_topham@fanniemae.com | laurene.daux@nyc.nxbp.com |
| laurence.benichouaboudaram@caam.com | laurenhsieh@chinalife.co.tw |
| laurence.bensafi@morleyfm.com | laurenn@hsfcu.com |
| laurence.bidault@socgen.com | laurens.deprez@shell.com |
| laurence.bucks@ratp.fr | laurens.leerink@tudor.com |
| laurence.c.endersen@aib.ie | laurent.arets@americas.ing.com |
| laurence.chan@citadelsolutions.com | laurent.barocas@barclayscapital.com |
| laurence.chang@janus.com | laurent.besancon@francetelecom.fr |
| laurence.coley@bankofamerica.co.uk | laurent.billecoq@credit-agricole-sa.fr |
| laurence.corbel@federal-finance.fr | laurent.brandon@francetelecom.fr |
| laurence.dare@t-mi.com | laurent.cajgfinger@ca-paris.fr |
| laurence.devivier@axa-im.com | laurent.cezard@axa.com |
| laurence.diebolt@seb.lu | laurent.chardon@drkw.com |
| laurence.dudon-barbery@calyon.com | laurent.chebanier@dexia-am.com |
| laurence.fisher@db.com | laurent.colmat@hp.com |
| laurence.g.jones@jpmorgan.com | laurent.coppieters@degroof.be |
| laurence.gallo@gs.com | laurent.crosnier@caam.com |
| laurence.guerin@sgam.com | laurent.delante@degroof.be |
| laurence.henaff@sgam.com | laurent.deponteves@caam.com |
| laurence.hennico@lu.abnamro.com | laurent.dorleac@bbh.com |
| laurence.irlicht@rothschild.com.au | laurent.douillet@alliancebernstein.com |
| laurence.jobert@labanquepostale-am.fr | laurent.dulout@bnpgroup.com |
| laurence.kubli@juliusbaer.com | laurent.dutoit@blvk.ch |
| laurence.lee@ubsw.com | laurent.faure@strenuuscapital.com |
| laurence.lefebure@fr.abnamro.com | laurent.fobe@dexia-am.com |
| laurence.lemonnier@bnpparibas.com | laurent.fradin@cfm.mc |
| laurence.mcgrath@pioneerinvestments.com | laurent.franquet@bis.org |
| laurence.metayer@cpr-am.fr | laurent.fransolet@barcap.com |
| laurence.mutkin@threadneedle.co.uk | laurent.frings@swip.com |
| laurence.omara@lodh.com | laurent.frisque@ingim.com |
| laurence.oneill@db.com | laurent.froget@fortisbank.com |
| laurence.pauly@dexia-us.com | laurent.fumeron@caam.com |
| laurence.picand@clf-dexia.com | laurent.gaetani@axa-im.com |
| laurence.porteu@db.com | laurent.gilson@dexia.com |
| laurence.taillandier-mathieu@sgam.com | laurent.giraud@creditfoncier.fr |
| laurence.taliercio@caam.com | laurent.goffinet@diam.be |
| laurence.triest@puilaetco.com | laurent.gonon@caam.com |
| laurence.valente@st.com | laurent.gorgemans@fortisinvestments.com |
| laurence.verghese@cibc.co.uk | laurent.gueunier@axa-im.com |
| laurence.vignes@caam.com | laurent.guignard@juliusbaer.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

laurent.guyard@commerzbank.com

laurent.hirsch@hsbcpb.com

laurent.jacquemin@axa-im.com

laurent.jeannel@cfm.mc

laurent.kenigswald@barep.com

laurent.krein@ubs.com

laurent.kremer@bgl.lu

laurent.leclercq@uk.bnpparibas.com

laurent.louvrier@bnpparibas.com

laurent.maurin@ecb.int

laurent.mauron@bcv.ch

laurent.mudry@bcv.ch

laurent.muttelet@siege.thomson-csf.com

laurent.nysen@ingim.com

laurent.paris@caam.com

laurent.perriat@barclayscapital.com

laurent.puijalon@jpmorgan.com

laurent.pujade@glgpartners.com

laurent.quidaciolu@fortis.lu

laurent.quignon@bnpparibas.com

laurent.ramounet@pernod-ricard.com

laurent.raymond@hsbcpb.com

laurent.revil@bnpparibas.com

laurent.riera@axa-im.com

laurent.rieu@caam.com

laurent.rivet@ing.be

laurent.rouaud@airbus.com

laurent.sacksteder@cepacr.caisse-epargne.fr

laurent.saltiel@janus.com

laurent.samama@bnpparibas.com

laurent.schwartz@exane.com

laurent.solbes@sgcib.com

laurent.soubirou-pouey@bnpparibas.com

laurent.studer@credit-suisse.com

laurent.talon@axa-im.com

laurent.terrens@bgl.lu

laurent.tresch@crediteurop.lu

laurent.trottier@caam.com

laurent.vandrebeck@socgen.com

laurent.van-tuyckom@ingim.com

laurent.viegnes@banquedorsay.fr

laurent.viguier@lodh.com

laurent.wunderli@ubs.com

laurent.zeimes@dexia-am.com

laurent@saadgroup.com

laurent_bellity@aviva.fr

laurent_ducoin@blackrock.com

laurent_dupouy@ssga.com

laurenti@ebrd.com

laurentius_harrer@capgroup.com

laurent-za.favre@ubs.com

lauretta.buser@statestreet.com

lauri.brunner@thrivent.com

lauri_lindgren@troweprice.com

laurie.bertner@fmr.com

laurie.brignac@aiminvestments.com

laurie.cang@bankofamerica.com

laurie.fournier@sgam.com

laurie.jones@lazard.com

laurie.kozlan@agf.com

laurie.latourette@citadelgroup.com

laurie.lefcowitz@morganstanley.com

laurie.r.white@wellsfargo.com

laurie.walters@mackayshields.com

laurie_b_doyle@fleet.com

laurie_bowden@navyfederal.org

laurie_coleman@fanniemae.com

laurie_e_heron@fleet.com

laurie_zeller@fanniemae.com

lauris.fischer-erlach@deka.de

laurissa.palmberg@6thaveinvest.com

lauritz.ringdal@barclaysglobal.com

lauritz_ringdal@putnam.com

lauwingtat@gic.com.sg

lav@bankinvest.dk

lava285@aol.com

lavia@bernstein.com

lavico@spasset.lu

lavinia.delvecchio@bancaakros.it

law53@cornell.edu

lawagner@delinvest.com

lawalice@wellsfargo.com

laweir@wellington.com

lawlee@bok.or.kr

lawlerb@ebrd.com

lawrence.a.swingle@fhlb-pgh.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lawrence.backes@usbank.com | lazurl@otpbank.hu |
| lawrence.barber@uk.fid-intl.com | lb_global_daily@adam-us.com |
| lawrence.choi@mizuho-cb.com | lb_global_weekly@adam-us.com |
| lawrence.daly@westernasset.com | lbabar@integrabank.com |
| lawrence.haas@pncadvisors.com | lbabus@hertz.com |
| lawrence.inman@morleyfm.com | lbacci@bper.ch |
| lawrence.kemp-g@ubs.com | lbakhshian@federatedinv.com |
| lawrence.kissko@blackrock.com | lbalagot@nylim.com |
| lawrence.latner@ubs.com | lball@jhu.edu |
| lawrence.lou@tcbank.com.tw | lballard@asbcm.com |
| lawrence.manochio@kbc.be | lbalseiro@nb.com |
| lawrence.minicone@bwater.com | lbaltman@leggmason.com |
| lawrence.morgenthal@bankofamerica.com | lbangs@ssrm.com |
| lawrence.olivier@wamu.net | lbaran@tiaa-cref.org |
| lawrence.post@pncadvisors.com | lbarbosa@btmna.com |
| lawrence.r.martin@fmr.com | lbarry@rccl.com |
| lawrence.raffone@fmr.com | lbaudot@panamericanlife.com |
| lawrence.raiman@credit-suisse.com | lbbw-options@bloomberg.net |
| lawrence.reis@bbh.com | lbeach@jennison.com |
| lawrence.sautter@aigpb.com | lbeale@law.uiuc.edu |
| lawrence.swift@ubs.com | lbeebe@fbfs.com |
| lawrence.tabuso@statestreet.com | lbell@soros.com |
| lawrence.w.lin@columbiamanagement.com | lbelletti@miffbank.com |
| lawrence@bloomberg.net | lbelloni@pictet.com |
| lawrence@shenkmancapital.com | lbenedetto@allegiancecapital.com |
| lawrence_a_sharley@comerica.com | lbennett@copera.org |
| lawrence_decosmo@thruway.state.ny.us | lberetin@westpac.com |
| lawrence_g_babin@victoryconnect.com | lberg@bloomberg.net |
| lawrence_hall@key.com | lberman@firstmanhattan.com |
| lawrence_kreicher@acml.com | lbernays@newstaram.com |
| lawrence_r_bishop@fanniemae.com | lbernst@edc-see.ca |
| lawrence_shaw@acml.com | lberrebi@groupama-am.fr |
| lawrenceadolf@amalgamatedbank.com | lberry@voyageur.net |
| lawrenceg@vystarcu.org | lbert@oddo.fr |
| lawrencemannauser@company.com | lbetts@munder.com |
| lawrencewong@ocbc.com.sg | lbeuzit1@bloomberg.net |
| lawrh@ensignpeak.org | lbirnholz@matrixassetadvisors.com |
| lawrie.k@mellon.com | lbissonnette@mfs.com |
| lawson.frazier@sunlife.com | lbkelly@jhancock.com |
| lawtonth@aetna.com | lblack@tiaa-cref.org |
| lax@ubp.ch | lblanco@westernasset.com |
| lay.roger@principal.com | lblessinger@roxcap.com |
| lazard123@bloomberg.net | lbobrowsky@greatamericanfederal.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

lbobu@mail.landbank.com.tw
lbolson@sgc.com
lbonhomme2@bloomberg.net
lbonofiel4@bloomberg.net
lborder@ford.com
lborsack@oppenheimerfunds.com
lbotla@aol.com
lbouwhuis@westernasset.co.uk
lbowie@delinvest.com
lboydston@lmfunds.com
lbp@nykredit.dk
lbradbury@pictet.com
lbraddick@firststate.co.uk
lbraford@choiceone.com
lbranton@helixlp.com
lbretter@nb.com
lbrigevich@templeton.com
lbriggs@europeancredit.com
lbritain@hcmlp.com
lbrm@chevrontexaco.com
lbrooke@cahners.com
lbrown@hcmlp.com
lbrown@unumprovident.com
lbruna@cyrte.com
lbryant@boh.com
lbs.eu@adia.ae
lbt@capgroup.com
lbu@danskebank.dk
lbuchanan@sterling-capital.com
lbuchanon@bony.com
lbuckland@blaylocklp.com
lbuhain1@bloomberg.net
lbuik@otfs.state.ga.us
lburakr@frk.com
lburakreis@worldbank.org
lburleigh@asbcm.com
lbusbaum@gsb.columbia.edu
lbutke@corpone.org
lbutterworth@soam.com
lbx@bpi.pt
lcaddeo@intesasanpaolo.us
lcai@perrycap.com
lcalfee@farcap.com

lcalfy@tjim.com
lcalvelli@metlife.com
lcampbell@babsoncapital.com
lcanet@deerfieldcapital.com
lcanino@lordabbett.com
lcano@bcj.gbancaja.com
lcao@munder.com
lcao@wellington.com
lcardonick@caxton.com
lcarpin@pictet.com
lcarpio@metlife.com
lcarroll@standishmellon.com
lcarter@cisco.com
lcarter@eatonvance.com
lcastagna@bear.com
lcavallari@russell.com
lcaviere@bcentral.cl
lcd2@ntrs.com
lcf1@ntrs.com
lcf-rotschild-funds@bper.ch
lch@sitinvest.com
lch1028@bok.or.kr
lchabrier@wellington.com
lchai@ag-am.com
lchaitman@motorola.com
lchapple@fhlbatl.com
lchauncey@bpbtc.com
lchen@bochk.com
lchen@delinvest.com
lcheng@fdic.gov
lcheng@metlife.com
lchetkow@mbna.com
lchin@delinvest.com
lchin@hcmny.com
lching@wellington.com
lchinsky@lordabbett.com
lcho@mail.cbc.gov.tw
lcipolla@waddell.com
lclark@firstambank.com
lclark@wellington.com
lclark@wharton.upenn.edu
lclement@cpr-am.fr
lcoffey@wfgweb.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

lcolin.madrid@sinvest.es
lcompanyr@sanostra.es
lcong@fhlbc.com
lconlin@lordabbett.com
lconner@opusinvestment.com
lcornell@roslyn.com
lcortez@essexinvest.com
lcotillp@cajamadrid.es
lcpeck@statestreet.com
lcrawford@silchester.com
lcrispoltoni@fideuramsgr.it
lcriswell@standishmellon.com
lcrockett@jhancock.com
lcrowe@bloomberg.net
lcruz@bcp.pt
lcs@americancentury.com
lcsiemen@dow.com
lcunningham@federatedinv.com
lcupido@bancaintesa.us
ld1@ntrs.com
ld4@americancentury.com
ldafoe@bass-net.com
ldagan1@netvision.net
ldagostino@previdenza.com
ldarling@oppenheimerfunds.com
ldary@iccrea.bcc.it
ldato@bankofny.com
ldavis@alfains.com
ldavis@lordabbett.com
ldavis14@bloomberg.net
ldcox@kfbs.com
ldeclerck@bloomberg.net
ldegrada@fideuramsgr.it
ldeleotard@bft.fr
ldelima@mfs.com
ldemaio@grneam.com
ldemic@lordabbett.com
ldemolin@creditlyonnaisyn.comb
ldesbiens@pictet.com
ldespierre@ofivalmo.fr
ldetrick@sarofim.com
ldeutsch@delinvest.com
ldevey@websterbank.com

ldevito@bloomberg.net
ldevito@mfs.com
ldevlin@nysif.com
ldewine@allstate.com
ldeydier@hrgestion.fr
ldeyoe@caxton.com
ldibernardo@bloomberg.net
ldicioccio@fhlbi.com
ldickey@metlife.com
ldickson@advanta.com
ldiehl@dsaco.com
ldiez-canedo@banxico.org.mx
ldiluca@fondianima.it
ldimanche@bloomberg.net
ldisantis@delinvest.com
ldix@nb.com
ldk93099@keb.co.kr
ldljkstra@kempen.nl
ldnhz-trade@sumitomocorpeurope.com
ldo@petercam.be
ldobyns@waddell.com
ldomjanich@statestreet.com
ldonzelli@iccrea.bcc.it
ldouglass@fhlbatl.com
ldowd@fhlbatl.com
ldr2@ntrs.com
ldrigo@statestreet.com
ldsell@mmm.com
ldt@petercam.be
lduessel@federatedinv.com
lduffy@fdic.gov
ldumler@copera.org
ldunn@bankofny.com
ldurkin@us.nomura.com
le.keough@frostbank.com
le3@ntrs.com
lea.hodge@morganstanley.com
lea_downsbrough@freddiemac.com
leaa@capgroup.com
leago.papo@dkib.com
leah.hope@morleyfm.com
leah.modigliani@morganstanley.com
leah.moehlig@ge.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| leah@woodfern.com | lee.karen@ge.com |
| leah_graham@putnam.com | lee.kelly@eu.nabgroup.com |
| leahwestfall@northwesternmutual.com | lee.lipton@wnco.com |
| leaia.keith@prudential.com | lee.livermore@infarmbureau.com |
| leandra.knes@ppmamerica.com | lee.m.bray@jpmorgan.com |
| leanna.m.larkin@aib.ie | lee.maude@citadelgroup.com |
| leanne.antrim@nycomptroller.com | lee.mcentire@bankofamerica.com |
| leanne.hall@uk.fid-intl.com | lee.miles@fmr.com |
| leanne.kurtzweil@ge.com | lee.miranda@juliusbaer.com |
| leanne.marilley@nscorp.com | lee.montag@morganstanley.com |
| leanne.rouse@barcap.com | lee.olearly@juliusbaer.com |
| leanne_kampeter@centralbank.net | lee.p.o'halloran@aib.ie |
| learle@bass-net.com | lee.partridge@trs.state.tx.us |
| leary.dixon@wachovia.com | lee.peek@hsbc.com |
| lech.panowicz@barclaysglobal.com | lee.phillips2@barclayscapital.com |
| leckl@metlife.com | lee.poage@truscocapital.com |
| leclerc@bordier.com | lee.reddin@columbiamanagement.com |
| leder2@bloomberg.net | lee.robertson@db.com |
| lederj@vankampen.com | lee.rodon@db.com |
| ledgerbond@bloomberg.net | lee.rogers@glgpartners.com |
| ledlie.jolene@principal.com | lee.ropelato@dkib.com |
| lee.acerbis@rbccm.com | lee.rosenquist@glgpartners.com |
| lee.alderson@hsh-nordbank.co.uk | lee.sanders@axa-im.com |
| lee.alexander@threadneedle.co.uk | lee.sandwen@fmr.com |
| lee.bambridge@baesystems.com | lee.sau.ping@icprc.com |
| lee.barry@fandc.com | lee.shaiman@rbccm.com |
| lee.battle@shenlife.com | lee.shepherd@axa-im.com |
| lee.bensusan@mhcb.co.uk | lee.sotos@ubs.com |
| lee.bernstein@pioneerinvest.com | lee.spelman@jpmorganfleming.com |
| lee.brennan@morleyfm.com | lee.stafford@bankofamerica.com |
| lee.chan.c@mellon.om | lee.sterne@barclaysglobal.com |
| lee.curtis@bailliegifford.com | lee.steven@jpmorgan.com |
| lee.d.turner@bankofamerica.com | lee.thorpe@nationwide.co.uk |
| lee.davison-poltock@rabobank.com | lee.tristram@csam.com |
| lee.demarco@bailliegifford.com | lee_alexander@blackrock.com |
| lee.dobinson@aberdeen-asset.com | lee_arnold@troweprice.com |
| lee.drane@uk.fid-intl.com | lee_baker@nylim.com |
| lee.ferridge@rabobank.com | lee_brewda@sunlife.com |
| lee.gilbert@jpmorgan.com | lee_clark@ntrs.com |
| lee.guan-liu@standardchartered.com | lee_gardella@ustrust.com |
| lee.hunt@lazard.com | lee_jacobson@freddiemac.com |
| lee.j.isley@jpmorganfleming.com | lee_montag@putnam.com |
| lee.j.thomas@hsbcinvestments.com | lee_overton@troweprice.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

lee_s@jpmorgan.com
lee0039@wooribank.com
leeanicholas@ocbc.com
leeann.auer@barclaysglobal.com
leeann.palladino@po.state.ct.us
leeb@capgroup.com
leecc@income.com.sg
leecheechung@gic.com.sg
leeching@gic.com.sg
leechris@wellsfargo.com
leedavid@abchina.com.hk
leeedith@ocbc.com.sg
leefin.lai@db.com
leegeronime@northwesternmutual.com
leej@indover.nl
leej@strsoh.org
leejw30@naver.com
leeki@hncbworld.com
leekyalex@ocbc.com.sg
leem@ocbc.com.sg
leen.verriest@dexia.be
leenadesai@hsbc.com
leendert.schoenmaker@fandc.com
leep@indover.nl
leeroy.bentley@huntington.com
leesa.kravitz@ibtco.com
leesan@keb.co.kr
leesangyong@gic.com.sg
leesg@ocbc.com.sg
leesh@maybank.com.my
leeshng@bok.or.kr
leesj@swib.state.wi.us
leesmsimon@ocbc.com
leestak@bloomberg.net
leestep@bloomberg.net
leewave@keb.co.kr
leeweesim@bloomberg.net
leeys@bok.or.kr
leeza.berschansky@jpmorgan.com
lef.sigalos@fandc.com
leffelee@colognere.com
lefr01@handelsbanken.se
left@right.com

leftie@bloomberg.net
leggett1@nationwide.com
leh1@ntrs.com
lehman@agf.fr
lehman@lehman.com
lehman@outgun.com
lehman2@exchange.principal.com
lehmanns@bloomberg.net
lei.fu@barclaysglobal.com
lei.jing@aig.com
lei.keng@aberdeen-asset.com
lei.liu@icbc.com.cn
lei.qi@dartmouth.edu
lei.qin@rocklandtrust.com
lei@nykredit.dk
leiblea@umtb.co.il
leiding.gerd@preussag.com
leif.almhorn@seb.se
leif.andersson@seb.se
leif.bjurstroem@dws.de
leif.cussen@omam.co.uk
leif.haglund@nordea.com
leif.hassel@ap4.se
leif.ludwig@vontobel.ch
leif.tornvall@alecta.com
leifholger.dietze@oppenheim.de
leif-inge.christensen@moa.norges-bank.no
leigh.a.dunhoff@fhlb-pgh.com
leigh.baxandall@moorecap.co.uk
leigh.drake@columbiamanagement.com
leigh.enevoldson@rothschild.co.uk
leigh.gordon@abnamro.com
leigh.harrison@threadneedle.co.uk
leigh.hesler@fmr.com
leigh.himsworth@rlam.co.uk
leigh.olejer@frostbank.com
leigh.peffer@tcw.com
leigh.talbot@morleyfm.com
leigh.wang@deshaw.com
leigh_coates@fanniemae.com
leigh_robertson@troweprice.com
leigh_woodworth@troweprice.com
leighann.kittell@deka.de

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

leightma@cooperindustries.com
leighton.shantz@lmco.com
leighton.shantz@state.tn.us
leighton.waters@bbh.com
leila.bouraoui@axa-im.com
leila.dalbokov@erstebank.at
leila.gastil@jpmorgan.com
leila.khessairi@tres.bnc.ca
leila.ung@tcw.com
leilani.rutherford@bmo.com
leininger.jl@mellon.com
leinoff.andrew@principal.com
leisman@nb.com
lejohn.pai@sscims.com
lejohnso@princeton.edu
leka@dendanskebank.dk
lekkerkerkerd@lazard.com
leland.abrams@drkw.com
leland.clemons@barclaysglobal.com
leland.crabbe@csam.com
lelkins@us.mufg.jp
lelli@mpsgr.it
lem.chee.yong@icprc.com
lem.seabrook@bmo.com
lemgimcheng@gic.com.sg
leminoda@cmcic-sdm.fr
lemonet@pasche.ch
lemuel.kong@pimco.com
len.capristo@firstcitizens.com
len.marmitt@bwater.com
len.mccabe@ilim.com
len.robinson@pioneerinvest.com
len_carlson@conning.com
len_peltzman@glic.com
lena.djurberg@ap3.se
lena.gurba@ubs.com
lena.gwerder@ubs.com
lena.harhaj@advantuscapital.com
lena.ober@dnb.se
lena.oberg@dnb.se
lena.ryrberg@ohman.se
lena.stromberg@riksbank.se
lenaig.pichavant@axa-im.com

lenamurid@helaba-invest.de
lencastre@prever.com.br
lene.cooper@wamu.net
lene.jensen@tfeurope.com
lenero@westernasset.com
lengelhardt@caxton.com
lenger@copera.org
lengkhiang@dbs.com
lenk@ui-gmbh.de
lenka.juchelkova@sk-koeln.de
lenka.khou@sscims.com
lenka.klcova@cnb.cz
lenloe@tiaa-cref.org
lennart.b.johansson@robur.se
lenny.charlton@glgpartners.com
lenny.mcloughlin@ilim.com
lenny.shaw@resolutionasset.com
lenny.zephirin@db.com
lennychen@temasek.com.sg
lenore.aufdenkampe@nationalcity.com
lensexton@synovus.com
lentzc@rjrt.com
leo.bernstein@csresearch.us
leo.cremer@ahbr.de
leo.de.jong@meespierson.com
leo.grohowski@db.com
leo.livolsi@bofasecurities.com
leo.lueb@pggm.nl
leo.m.donegan@aibbny.ie
leo.mizuhara@bankofamerica.com
leo.murphy@pioneerinvest.com
leo.raymann@credit-suisse.com
leo.saraceno@sunlife.com
leo.subler@slma.com
leo.wong@fmr.com
leo.yde@dendanske.dk
leo_corrigan@vanguard.com
leo_goes@deltalloyd.nl
leo_grohowski@ustrust.com
leo_kropywiansky@putnaminv.com
leo_yerukhimovich@ssga.com
leoa@bpn.it
leochen@tcbank.com.tw

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| leoguzman@guzman.com | leonardo.sanchez@pimco.com |
| leoh@mcm.com | leonardo_moreno@westlb.com |
| leoj@jwseligman.com | leonardo_senra@bat.com |
| leon.barzman@barclaysglobal.com | leonardo-za.brenna@ubs.com |
| leon.dodge@micorp.com | leonardr@fhlbsea.com |
| leon.farhi@genworth.com | leonel.escota@prudential.com |
| leon.grenyer@morganstanley.com | leonel.guarneros@db.com |
| leon.h.tatevossian@bofasecurities.com | leong.km@dreyfus.com |
| leon.kirch@bdl.lu | leong.mae-e@uobgroup.com |
| leon.koh@samba.com | leongcheanwai@gic.com.sg |
| leon.pedersen@nordea.com | leongmunyee@gic.com.sg |
| leon.roisenberg@blackrock.com | leongwingkwan@gic.com.sg |
| leon.rosen@tdsecurities.com | leonhard.roth@sarasin.ch |
| leon.svejgaard@nordea.com | leonhard.uphues@lampebank.de |
| leon.xin@ubs.com | leonidas_mata@bankone.com |
| leon.zhu@alliancebernstein.com | leonie.a.padioleau@gs.com |
| leon_lowenstine@scudder.com | leonie.e.wiggins@jpmorgan.com |
| leon_olver@agfg.com | leonie.gehler@llb-ip.li |
| leon_shahinian@calpers.ca.gov | leonie.hirst@db.com |
| leon_vaysburd@westlb.com | leonora.xhekaj@ingfunds.com |
| leon_webb@standardlife.com | leonori@mpsgr.it |
| leona.bridges@bglobal.com | leopold.arminjon@gartmore.com |
| leona.tansh@uobgroup.com | leopold.graf@erstebank.at |
| leonard.aplet@columbiamanagement.com | leopold.salcher@rcm.at |
| leonard.austin@wellsfargo.com | leopoldo.avesani@alettibank.it |
| leonard.charlton@glgpartners.com | leopoldo.reanocostales@credit-suisse.com |
| leonard.cullo@us.hjheinze.com | leopoldo.ybarra@grupobbva.com |
| leonard.dolan@db.com | leowge@bloomberg.net |
| leonard.fabiano@blackrock.com | leowu@cathaylife.com.tw |
| leonard.fehr@hvb.de | lepaged@emigrant.com |
| leonard.keyser@columbiamanagement.com | lepolito@oppenheimerfunds.com |
| leonard.lovito@honeywell.com | lermam@fmaadvisors.com |
| leonard.m.rubin@exxonmobil.com | leroberts@bloomberg.net |
| leonard.santoro@prudential.com | lerone.vincent@jpmorgan.com |
| leonard_chris@jpmorgan.com | les.bright@vanguard.com.au |
| leonard_davenport@rsausa.com | les.collett@hsh-nordbank.co.uk |
| leonard_o_mills@fanniemae.com | les.vowell@rbccm.com |
| leonardl@hmc.harvard.edu | les.young@rothschild.co.uk |
| leonardm@ie.ibm.com | les_dixon@bankone.com |
| leonardo.cervelli@sella.it | lesa.mclean@chase.com |
| leonardo.dacosta@aberdeen-asset.com | lesaba@wellington.com |
| leonardo.limiti@capitalia-am.com | lesfox@safeco.com |
| leonardo.maugeri@eni.it | lesia.cechosh@ggof.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| leskarpru@att.net | lester.cheng@sgcib.com |
| lesley.anderson@tudor.com | lester.coyle@avmltd.com |
| lesley.borley@lloydstsb.co.uk | lester.duke@columbiamanagement.com |
| lesley.cook@lloydstsb.co.uk | lester.joseph@myfloridacfo.com |
| lesley.couzens@axaframlington.com | lester@bessemer.com |
| lesley.eydenberg@fmr.com | leswerkstell@firstmanhattan.com |
| lesley.kinnaird@morganstanley.com | lesya.paisley@aberdeen-asset.com |
| lesley.martinez@gs.com | leszczynska.margaret@nomura-asset.com |
| lesley.o'neill@swipartnership.co.uk | leteka.bojanowski@ubs.com |
| lesley.smith@dixons.co.uk | leticia.davila@ers.state.tx.us |
| lesley_doehr@cargill.com | leticia.gentilhomme@sgcib.com |
| lesley_duncan@standardlife.com | leticia.rodriguezartolazabal@telefonica.es |
| lesley_phillips@cargill.com | leticia.zemaitis@pnc.com |
| lesleyelves@compuserve.com | leticia@saadgroup.com |
| lesleylu@temasek.com.sg | letitia.c.lai@bankofamerica.com |
| leslie.a.book@verizon.com | letourneau.sp@tbcam.com |
| leslie.allfree@national-city.com | letouzcy@sdm.cic.fr |
| leslie.boland@db.com | lettice.hagan@fcil.co.uk |
| leslie.carr@wnco.com | leumi.fibi@mailpoalim.co.il |
| leslie.claassen@pnc.com | leung.franco@uk.standardchartered.com |
| leslie.cosgrave@iibbank.ie | lev.mikheev@moorecap.co.uk |
| leslie.e.paulson@wellsfargo.com | levan.db@tbcam.com |
| leslie.gambon@barclaysglobal.com | levangel@metlife.com |
| leslie.gibin@greenpoint.com | levans@mcleanbudden.com |
| leslie.haarup@morganstanley.com | levence.s.eutsay@columbiamanagement.com |
| leslie.mccabe@prudential.com | levensb@kochind.com |
| leslie.mclain@aiminvestments.com | levent.guven@teb.tr |
| leslie.paine@gibuk.com | levin@willcap.com |
| leslie.reyes@aiminvestments.com | levinemd@bernstein.com |
| leslie.rich@columbiamanagement.com | levoyd.robinson@citadelgroup.com |
| leslie.roulias@oracle.com | levy.jay@nomura-asset.com |
| leslie.teicholz@asbinc.com | levy.julien@rothschild-cie.fr |
| leslie.vanderveen@mutualofomaha.com | levyd@jwseligman.com |
| leslie.well@uboc.com | levyol@cmcic.fr |
| leslie.zhang@fmr.com | lewbund@bloomberg.net |
| leslie_a_mccabe@vanguard.com | lewis.applefeld@ubs.com |
| leslie_alter@gap.com | lewis.gibofsky@aig.com |
| leslie_barbi@glic.com | lewis.sanders@alliancebernstein.com |
| leslie_ferris@cundill.com | lewis.tatananni@corporate.ge.com |
| leslie_z_globits@victoryconnect.com | lewis.wilson@truscocapital.com |
| lespinoz@grneam.com | lewis_aubrey-johnson@invescoperpetual.co.uk |
| lesteban@bancopastor.es | lewise@towers.com |
| lester.bourne@bwater.com | lewislau@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lewsusank@wellsfargo.com | lfucha@blenheiminv.com |
| lex.vandam@glgpartners.com | lfunes@rjarg.rjf.com |
| lexcell@bankleumi.co.uk | lfung7@bloomberg.net |
| ley@pimco.com | lgallagher@loomissayles.com |
| leyan.rowe@uk.fid-intl.com | lgallifuoco@bcp.it |
| leyla.pakzad@bankofamerica.com | lgarcia@investra.com.mx |
| leylan.neep@glgpartners.com | lgarcia7@bloomberg.net |
| lfalchetta@bbandt.com | lgarland@bbandt.com |
| lfasan@matincurrie.com | lgarshofsky@canyonpartners.com |
| lfaurie@adi-gestion.com | lgaskins@bloomberg.net |
| lfayanju@tiaa-cref.org | lgassen@cencorpcu.com |
| lferone@fundaministration.com | lgc@omega-advisors.com |
| lferrao@congressasset.com | lgclark@uss.com |
| lferreira@bear.com | lgellis@leggmason.com |
| lffigueiredo@bcb.gov.br | lgeritz@wasatchadvisors.com |
| lfherk@clinton.com | lgerski@tweedy.com |
| lfields@bear.com | lgiacomini@bloomberg.net |
| lfilidi@bloomberg.net | lgianferrari@fftw.com |
| lfinch@first-american.com | lgiannone@delinvest.com |
| lfindlay-mittan@aegonusa.com | lgianola@bloomberg.net |
| lfink@blackrock.com | lgibson@tswinvest.com |
| lfinlay@unumprovident.com | lgilgome@cajamadrid.es |
| lfisher@nb.com | lgiovannone@bloomberg.net |
| lfitzpatrick@nb.com | lgirard@inc.com |
| lfitzwilliams@brownadvisory.com | lglauser@howeandrusling.com |
| lfixel@tigerglobal.com | lglogau@waddell.com |
| lflores@alaskapermfund.com | lgockley@bbnb.com |
| lflynn@eatonvance.com | lgodin@pictet.com |
| lfmyers@templeton.com | lgonzalez@grupobbva.com |
| lfo@capgroup.com | lgonzalm@cajamadrid.es |
| lfoale@us.mufg.jp | lgq@bloomberg.net |
| lformicola@essexinvest.com | lgrande@aceandcompany.com |
| lfos@danskebank.dk | lgranger@metlife.com |
| lfoster@hbk.com | lgrant@dlbabson.com |
| lfoster@woodstockcorp.com | lgrassol@bloomberg.net |
| lfouts@wscapital.com | lgreengard@meag-ny.com |
| lfpohlman@wellington.com | lgreenwood@ldn.invesco.com |
| lfragk@nbg.gr | lgriffedemalval@itasset.com |
| lfranko@delinvest.com | lgrim@bokf.com |
| lfranzo@frk.com | lgris@creditandorra.ad |
| lfraser@martincurrie.com | lgu@danskebank.dk |
| lfrazier@smithbreeden.com | lguary@bankatlantic.com |
| lfreedman@carnival.com | lgugliara@bancodisicilia.it |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

lguittarr@standishmellon.com
lguzman@guzman.com
lh16@bloomberg.net
lhammouche@bloomberg.net
lhansen@steinroe.com
lharmon@fmausa.com
lharper@astoriafederal.com
lharrison@sib.wa.gov
lhart@evergreeninvestments.com
lhas@bgbank.dk
lhasson@hbk.com
lhawk@bloomberg.net
lhealy@ssm.com
lheaney@bloomberg.net
lhelligrath@bankersbank.com
lhenao@wellington.com
lhenjes@wrberkley.com
lherdle@unumprovident.com
lhernandez@msfi.com
lhess@loews.com
lheurtin@ofi-am.fr
lheylinbb@bloomberg.net
lhh@capgroup.com
lhicks@farcap.com
lhill@paladininvestments.com
lhillman@ups.com
lhoang@jhancock.com
lhoffman@wasatchadvisors.com
lholland@lordabbett.com
lhooker@stephens.com
lhoughton@bear.com
lhouser@sterling-capital.com
lhshortsleeve@wellington.com
lhuang@metlife.com
lhuse@unumprovident.com
li.brayton@principal.com
li.feng@icbc.com.cn
li.hou@jyskebank.dk
li.huang@barclaysglobal.com
li.lei@bbh.com
li.li@pimco.com
li.nana@icbcleasing.com
li.tao@bnpparibas.com

li.tao@morganstanley.com
li.zhang@bankofamerica.com
li.zhang@pharma.novartis.com
li@rallc.com
li_ying_lu@acml.com
li_zhu@vanguard.com
lia.levenson@db.com
liam.allchorne@gibuk.com
liam.carroll@morganstanley.com
liam.coleman@nationwide.co.uk
liam.harding@ibtco.com
liam.kelly@nationwide.co.uk
liam.lynch@westernasset.com
liam.murphy@sscims.com
liam.whelan@boitib.com
liam_egan@notes.ntrs.com
lian_pi@fanniemae.com
liana.franceschini@firstunion.com
liana.s.ho@aexp.com
liana.steinmann@akb.ch
liana.virker@greenpoint.com
liana.zhitomirsky@db.com
liana_cardillo@putnam.com
liane_wesson@cargill.com
liang.ding@oppenheim.de
liang.meng@deshaw.com
liang.qiao@barclaysglobal.com
liangchoon@dbs.com
liangjiajie@gic.com.sg
liang-khoon.koh@hp.com
lianglee@boh.com
liangpingxin@cmhk.com
liangxin@citicbank.com
liani.y@fibi.co.il
lian-lie.liem@lbbw.de
lianne_nelson@nacm.com
liannehackie@newton.co.uk
liao.hua.feng@icprc.com
libby.cantrill@pimco.com
libby.vangelos@sscims.com
libby_williams@newton.co.uk
liberat@tiaa-cref.org
liberatore@gestielle.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| liberman_alla@jpmorgan.com | lili@oa.cmbchina.com |
| libor_vojkovsky@putnam.com | lilia@bloomberg.net |
| library@ssrm.com | lilian.haag@dws.de |
| libsavbk@f-tech.net | lilian.l.ting@aexp.com |
| liccardo@finmeccanica.it | lilian.montero@ubs.com |
| licence@adelphi-capital.com | lilian.quah@bernstein.com |
| licia.bodanzal@capitalia-am.com | lilian.wan@barclaysglobal.com |
| licia.casamassima@gnf.it | liliana.g.slavova@jpmorgan.com |
| liciwu@bloomberg.net | liliana.s.rejchelt@jpmorgan.com |
| lida.eslami@alliancebernstein.com | liliana_colla@blackrock.com |
| lidia.godoy@caixacatalunya.es | liliana_dearth@acml.com |
| lidy.knigge@nl.abnamro.com | liliane.gauffre@bnpparibas.com |
| liebmann@princeton.edu | liliane.poitiers@fortis.lu |
| liegelb@lotsoff.com | lilianna.kielbik@union-investment.de |
| lieh.oung@nsc.com | lilie.hesse@ib.bankgesellschaft.de |
| liem@epsilonfunds.com | lilinn@abchina.com |
| lien.von@db.com | lillian.mills@mccombs.utexas.edu |
| liendk@swib.state.wi.us | lillian.teran@osterweis.com |
| liene.kule@hansabanka.lv | lillian_nakhla@fanniemae.com |
| lienert.alex@snb.ch | lilliankiang@temasek.com.sg |
| lienke.van.balderen@ingim.com | lillis_gerry@jpmorgan.com |
| liesbeth_rubinstein@invescoperpetual.co.uk | lilly.acosta@morganstanley.com |
| liesbeth_venendaal@deltalloyd.nl | lilly.se@csam.com |
| lieven.debruyne@schroders.com | lilo.sachs@opcap.com |
| lieven.goosens@axa.be | lily.chang@ap.ing.com |
| lieven.hermans@ecb.int | lily.chang@corporate.ge.com |
| liewtzumi@gic.com.sg | lily.he@dartmouth.edu |
| liewweylin@gic.com.sg | lily.lai@bankofamerica.com |
| lifoxwo@indianapolislife.com | lily.yau@wfg.com |
| lightninglou@worldnet.att.net | lily_maclean@putnam.com |
| liglesias@panagora.com | lilybell.gonzalez@schwab.com |
| lihb.uk@mail.notes.bank-of-china.com | lily-wang@freddiemac.com |
| lij@strsoh.org | lim.leengoh@uobgroup.com |
| lijia.li@icbc.com.cn | lim.suetling@uobgroup.com |
| li-jun.cao@bnpparibas.com | lim.su-wen@uobgroup.com |
| lijun.shi@allegiantgroup.com | lim.yeechoon@uobgroup.com |
| lik@towers.com | limap@jwseligman.com |
| lika.vaivao@jpmorgan.com | limchiewyang@gic.com.sg |
| lik-man_yam@fanniemae.com | limchinsin@gic.com.sg |
| lila.jordan@aig.com | limchowkiat@gic.com.sg |
| lila.seirafi@ubs.com | limcs1@bloomberg.net |
| lila04@handelsbanken.se | limingg@abchina.com |
| lilei@bloomberg.net | limjieying@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

limkeechong@gic.com.sg

limkwokpin@gic.com.sg

limorb@migdal-group.co.il

limpohgek@gic.com.sg

limsiewling@gic.com.sg

limsweguan@gic.com.sg

limtb@gic.com.sg

limteemeng@maybank.com.my

limteowbeng@gic.com.sg

limweekian@dbs.com

limyers@na.ko.com

lin.chen@cail.lu

lin.cui@barclaysglobal.com

lin.shi@aig.com

lin.yang.lt7n@statefarm.com

lin_cao@fanniemae.com

lin_susan@jpmorgan.com

lin_yuan@ssga.com

lina.bandyopadhyay@swib.state.wi.us

lina.chou@moorecap.com

lina.orenstein@mailpoalim.co.il

lina.spensatellu@bancacrasti.it

lina.taher@barcap.com

linachan@wharton.upenn.edu

linachua@mas.gov.sg

linaldo@bcb.gov.br

lincoln.lutz@kroger.com

lincoln.power@avmltd.com

lincoln.valentine@rmf.ch

lincoln@epsilonfunds.com

linda.ahlholm@nordea.com

linda.alicea@prudential.com

linda.angevine@pnc.com

linda.bakhshian@btfinancialgroup.com

linda.beck@dresdnerrcm.com

linda.blankenship@columbiamanagement.com

linda.bochenski@truscocapital.com

linda.bounds@columbiamanagement.com

linda.brandt@seb.se

linda.carter@greenpoint.com

linda.cavell@pnc.com

linda.cesare@membersunited.org

linda.derkach@pnc.com

linda.domini@am.generali.com

linda.fellmann@ubs.com

linda.flower-mccann@mnco.com

linda.fried@ucop.edu

linda.gardner@blackrock.com

linda.girvan@juliusbaer.com

linda.giuliano@alliancebernstein.com

linda.goggans@sumitomotrust.co.jp

linda.hastings@blackrock.com

linda.heuman@national-city.com

linda.j.glover@hsbcgroup.com

linda.james@db.com

linda.klingman@schwab.com

linda.l.murray@prudential.com

linda.lacey.jones@fhlb-pgh.com

linda.lazarus@citadelgroup.com

linda.m.barbeau@wellsfargo.com

linda.m.buckley@aib.ie

linda.moses@citi.com

linda.nolan@prudential.com

linda.o'brian@wellscap.com

linda.ohme@thrivent.com

linda.park@bmo.com

linda.pratt@fhlb-pgh.com

linda.r.karn@csfb.com

linda.sauber@fafadvisors.com

linda.selegue@wcmadvisors.com

linda.smith@cba.com.au

linda.sobanski@hsbcinvestments.com

linda.solarek@columbiamanagement.com

linda.spiewak@gcm.com

linda.switzer@corporate.ge.com

linda.tagen@aiminvestments.com

linda.tran@aiminvestments.com

linda.trout@pncbank.com

linda.trovato@arcafondi.it

linda.vanderson@morganstanley.com

linda.ward@bailliegifford.com

linda.watts@bmo.com

linda.wright@trs.state.tx.us

linda.x.raggi@jpmorgan.com

linda.zhang@blackrock.com

linda@clara.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| linda@icp.com | lindsey.b.wilde@wellscap.com |
| linda@wasatchadvisors.com | lindsey.harrison@lazam.co.uk |
| linda_a_petrucci@fleet.com | lindsey.puchyr@fmr.com |
| linda_costanzo@ml.com | lindsey.read@gs.com |
| linda_dubrow@ustrust.com | lindsey.shaffner@nb.com |
| linda_h_simmons@fleet.com | lindsey_curley@putnam.com |
| linda_jensen@ml.com | lindsey_richardon@ssga.com |
| linda_knight@fanniemae.com | line.hvidbaek@nordea.com |
| linda_leisengang@swissre.com | line.kyndal@jyskebank.dk |
| linda_ludwig@ustrust.com | linehan_lisa@jpmorgan.com |
| linda_lundberg@freddiemac.com | linfeng_you@ml.com |
| linda_merry@rsausa.com | ling.li@deshaw.com |
| linda_murphy@troweprice.com | ling@primco.com |
| linda_pisicchio@ml.com | ling_feng@ml.com |
| linda_powell-williams@fanniemae.com | ling_luo@ssga.com |
| linda_rodriguez@aimfunds.com | linge@bloomberg.net |
| linda_smith@troweprice.com | lingling@temasek.com.sg |
| lindachan@mas.gov.sg | lingxiao.zhang@blackrock.com |
| lindadiehl.wilson@harrisbank.com | lingyan.zeng@csam.com |
| lindae@amherstsecurities.com | lingzhu.yu-steiner@db.com |
| lindafoo@temasek.com.sg | linh.tran@morganstanley.com |
| lindakoh@mas.gov.sg | link_leatherman@conseco.com |
| linda-liu@daiwa-am.com.hk | linl@deshaw.com |
| lindav@mwvinvest.com | linn.nilsson@nordea.com |
| lindberg.mike@aoins.com | linn.wright@aiminvestments.com |
| lindeng@jwseligman.com | linnemeyer@bloomberg.net |
| lindenhovius@schootsepoort.nl | lino.morra@bmonb.com |
| lindquist.k@mellon.com | linsamuel@ocbc.com.sg |
| lindsay.bernbaum@mackayshields.com | linso.pals@fandc.com |
| lindsay.campbell@blackrock.com | linso.pals@morganstanley.com |
| lindsay.carlo@fmr.com | linus.ng@morganstanley.com |
| lindsay.connor@fmr.com | linus.nilsson@rmf.ch |
| lindsay.felldin@jpmchase.com | linus.raeber@ubs.com |
| lindsay.havig@ppmamerica.com | linus.svensson@barclaysglobal.com |
| lindsay.jett@ikb.de | linus.wright@bankofamerica.com |
| lindsay.mcmillan@biam.boi.ie | linwood_thiessen@am.fcnbd.com |
| lindsay.middleton@fandc.com | linx@emigrant.com |
| lindsay.olson@janus.com | liny@brinson.com |
| lindsay.pratt@ubs.com | lioba.heintzen@eon.com |
| lindsay.strickland@fafadvisors.com | lionel.benzekri@clf-dexia.com |
| lindsay.watson@blackrock.com | lionel.bernard@caam.com |
| lindsay_missen@ldn.invesco.com | lionel.bignone@unicreditgroup.co.uk |
| lindsay_weinschenk@alliancebernstein.com | lionel.cohen@axa-im.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lionel.daguzan@bgpi.com | lisa.berger@nationalcity.com |
| lionel.derome@axa.be | lisa.best@mackayshields.com |
| lionel.gitzinger@sgam.com | lisa.boncaldo@jpmorgan.com |
| lionel.goepfert@bnpparibas.com | lisa.bryant@chase.com |
| lionel.harris@fmr.com | lisa.c.alexander@jpmorganfleming.com |
| lionel.knezaurek@sgam.com | lisa.c.walkin@aibbny.ie |
| lionel.lefebvre@ca-assetmanagement.fr | lisa.capuano@citicorp.com |
| lionel.lepinois@caam.com | lisa.carrott@glgpartners.com |
| lionel.louiset@exane.com | lisa.carson@db.com |
| lionel.oeuvray@cial.ch | lisa.casey@pioneeraltinvest.ie |
| lionel.oster@ubs.com | lisa.chung@ny.frb.org |
| lionel.parisot@sgam.com | lisa.clover@schwab.com |
| lionel.pawlak@banque-france.fr | lisa.cole@nypa.gov |
| lionel.pernias@axa-im.com | lisa.cordova@micorp.com |
| lionel.rebibo@uk.fid-intl.com | lisa.costabile@ubs.com |
| lionel.sequier@bnpparibas.com | lisa.cutts@uk.fid-intl.com |
| lionel.therond@jpmorganfleming.com | lisa.dabreau@prudential.com |
| lionel.trigalou@insightinvestment.com | lisa.dao@citicorp.com |
| liongtk@income.com.sg | lisa.dao@sscims.com |
| lior_jassur@wasserella.com | lisa.dematte@morganstanley.com |
| liora.caplan@bankleumi.co.il | lisa.docs@pncbank.com |
| liora.kleinman@credit-suisse.com | lisa.e.mattingly@fmr.com |
| liping.yeo@schroders.com | lisa.elm@alliancebernstein.com |
| lipkee.lu@alliancebernstein.com | lisa.elzer@pnc.com |
| lippinco@wharton.upenn.edu | lisa.ermin@bcbsfl.com |
| lippo.suominen@tapiola.fi | lisa.farrall@swipartnership.co.uk |
| liqian@temasek.com.sg | lisa.firlus@citadelgroup.com |
| liran.carmel@mailpoalim.co.il | lisa.gamble@alexanderkey.com |
| liraz.refaely@fibimail.co.il | lisa.gamboa@mackayshields.com |
| lironr@bll.co.il | lisa.garnett@gartmore.com |
| liruc@hncb.com.tw | lisa.gibb@resolutionasset.com |
| lis.christiansen@hsh-nordbank.com | lisa.gill@blackrock.com |
| lis.tr@adia.ae | lisa.givert@shell.com |
| lis_kielmann@ntrs.com | lisa.goh@ubs.com |
| lisa.a.byrne@aibbny.ie | lisa.goldhamer@pncbank.com |
| lisa.a.kwiatkowski@morganstanley.com | lisa.goulemas@fmr.com |
| lisa.a.thomas@citi.com | lisa.greene@prudential.com |
| lisa.alderson@jpmorgan.com | lisa.harris@jpfinancial.com |
| lisa.alexander@usaa.com | lisa.hill@trs.state.tx.us |
| lisa.audet@thehartford.com | lisa.hoffman@sscims.com |
| lisa.austin@beverlynational.com | lisa.ilaria@prudential.com |
| lisa.backes@lri.lu | lisa.j.shin@jpmorgan.com |
| lisa.batterby@morleyfm.com | lisa.kasparian@fmr.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lisa.khatri@fmr.com | lisa.suen@asia.bnpparibas.com |
| lisa.khoo@socgen.com | lisa.swatkoski@towersperrin.com |
| lisa.kim@pimco.com | lisa.taylor@commerzbank.com |
| lisa.kopff@jpmorgan.com | lisa.teuteberg@nml.com |
| lisa.kotschi@allianz.de | lisa.thibodeau@anheuser-busch.com |
| lisa.kovac@pnc.com | lisa.walker@blackrock.com |
| lisa.kreiling@pnc.com | lisa.white@robecousa.com |
| lisa.l.schmidt@jpmorgan.com | lisa.wichman@rabobank.com |
| lisa.lambert@fmr.com | lisa.winer@swib.state.wi.us |
| lisa.lau@alliancebernstein.com | lisa.wu@avmltd.com |
| lisa.leikin@wamu.net | lisa.xiao@rlam.co.uk |
| lisa.leonard@phxinv.com | lisa.z.price@us.hsbc.com |
| lisa.lim@threadneedle.co.uk | lisa.zeller@tcw.com |
| lisa.liu@prudential.com | lisa@aol.com |
| lisa.m.kasiorek@fhlb-pgh.com | lisa@epsiloninvest.com |
| lisa.m.keating@db.com | lisa@primco.com |
| lisa.m.wren@aibbny.ie | lisa@stw.com |
| lisa.maclachlan@aberdeen-asset.com | lisa_b_rosenthal@key.com |
| lisa.margosian@bankofamerica.com | lisa_banhart@americancentury.com |
| lisa.mcgowan@fmr.com | lisa_christensen@putnam.com |
| lisa.miller@paragonassociates.net | lisa_dalessandro@putnam.com |
| lisa.mowbray@db.com | lisa_dickinson@ml.com |
| lisa.murnin@biam.boi.ie | lisa_emerick@putnam.com |
| lisa.neri@citadelgroup.com | lisa_free@colonialbank.com |
| lisa.newman@gartmore.com | lisa_gargiulo@notes.ntrs.com |
| lisa.odonnell@blackrock.com | lisa_hamilton@newton.co.uk |
| lisa.perrin@advantuscapital.com | lisa_hanrahan@ntrs.com |
| lisa.pickup@citadelgroup.com | lisa_horkan@putnam.com |
| lisa.piker@thehartford.com | lisa_lin@cathaylife.com.tw |
| lisa.r.ferrara@jpmchase.com | lisa_lyons@ustrust.com |
| lisa.roche@fmr.com | lisa_m._stelmack@progressive.com |
| lisa.rogers.g7ix@statefarm.com | lisa_m_martin@keybank.com |
| lisa.rose@alexanderkey.com | lisa_mcgowan@ustrust.com |
| lisa.rose@swip.com | lisa_monaco@swissre.com |
| lisa.rozario@westmerchant.co.uk | lisa_pendergast@mgic.com |
| lisa.rymut@fmr.com | lisa_premo@ustrust.com |
| lisa.s.sadioglu@jpmorgan.com | lisa_quan@americancentury.com |
| lisa.schultz@ryanbeck.com | lisa_raiti@nylim.com |
| lisa.sebesta@bostonadvisors.com | lisa_rasmussen@putnam.com |
| lisa.shalett@alliancebernstein.com | lisa_rodriguez@ml.com |
| lisa.shirvinski@chase.com | lisa_sacerdote@agfg.com |
| lisa.snider@bbh.com | lisa_sacerdote@putnam.com |
| lisa.stojak@ppmamerica.com | lisa_scuderi@nylim.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lisa_stuber@putnam.com | liudmila.gavrilova@uk.fid-intl.com |
| lisa_terrazas@dell.com | liudmila.sorgassi@boiss.boi.ie |
| lisa_tesarik@bankone.com | liudongliang@cmbchina.com |
| lisa_wagemann@acml.com | liuj@wellsfargo.com |
| lisa_williams@cookson.co.uk | liujia@bloomberg.net |
| lisacadotte@northwesternmutual.com | liuming@gtjas.com |
| lisaknudsen@ups.com | liuming@icbc.co.jp |
| lisalin@bloomberg.net | liun6@bloomberg.net |
| lisao@bloomberg.net | liushuiyun@ftsfund.com |
| lisao@mcm.com | liuwl@citicib.com.cn |
| lisap@aol.com | liverani.alfredo@bpr.it |
| lisa-r.liu@db.com | livesay.m@dreyfus.com |
| lisashum@dbs.com | livia.foo@pioneerinvest.com |
| lisateng0327@mail.tbb.com.tw | livia.meszaros@citicorp.com |
| lisatsai@hncb.com.tw | livio.sianesi@mpsgr.it |
| lisavasquez@northwesternmutual.com | liwee@dbs.com |
| lisbeth.helgostam@electrolux.se | liwen_manzi@freddiemac.com |
| lisbeth.moller-larsen@seb.dk | lixiaohong@icbc.com.cn |
| lisbeth.peeters@dexia-am.com | lixiaohung@icbc.com.cn |
| lise.fauconnier@axa-im.com | lixin_wang@ml.com |
| lise.kessler@uk.calyon.com | lixinli@bloomberg.net |
| liselott.ledin@alecta.com | liyen.quek@dexia-bil.com |
| lise-lotte.smith@barclaysglobal.com | liyi@seas.upenn.edu |
| lisheng.su@cna.com | liying.lim@nbim.no |
| liso@mpsgr.it | liyu.li@alliancebernstein.com |
| liss@bessemer.com | liz.chong@db.com |
| lissa.szymonowicz@drkw.com | liz.christie@thameswater.co.uk |
| lissa_rurik@ustrust.com | liz.fordham@fandc.co.uk |
| lissette.stanski@corporate.ge.com | liz.hamilton@bankofamerica.com |
| list.tl@pg.com | liz.howard@fmr.com |
| listermartinuser@company.com | liz.irwin@deshaw.com |
| list-investmentaccounting@gibuk.com | liz.kennedy@glgpartners.com |
| list-securitiessettlements@gibuk.com | liz.krahel@exchange.quick-reilly.com |
| litang@aegonusa.com | liz.latch@pimco.com |
| lite02@handelsbanken.se | liz.mcmaster@ftnmidwest.com |
| littlee@vankampen.com | liz.nolan@jpmorgan.com |
| littlefield@bloomberg.net | liz.rees@sl-am.com |
| littletc@bernstein.com | liz.tech@pimco.com |
| littrell@gene.com | liz.valenzuela@frostbank.com |
| liu.antian@icbccs.com.cn | liz.vazquez@firstmidwest.com |
| liu.jian.hua@icprc.com | liz.vitai@moorecap.com |
| liu.qing@icprc.com | liz.williams@jpmorgan.com |
| liu.yang@credit-suisse.com | liz@mcm.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| liz_lemesevski@nacm.com | ljuul@jyskebank.dk |
| liza.morley@cgii.com | lkagan@ag-am.com |
| lizann.sonders@schwab.com | lkalamaras@refco.com |
| lizdavis@synovus.com | lkamman@oppenheimerfunds.com |
| lizdhillon@quilter.co.uk | lkamp@tiaa-cref.org |
| lizeth_alvarado@freddiemac.com | lkang@citadelgroup.com |
| lizzie.broadbent@jpmorganfleming.com | lkarcsh@halcyonpartnerships.com |
| lizzie@rainierfunds.com | lkassler@idbny.com |
| ljackson@mcleanbudden.com | lkatz@sirachcap.com |
| ljacquot@scor.com | lkawahara@btmna.com |
| ljames@tibsite.com | lkc@dodgeandcox.com |
| ljan@nbf.co.ae | lkchong@wellington.com |
| ljanard@frk.com | lkeary@fahnestock.com |
| ljanus@hollandcap.com | lkelln@coair.com |
| ljardin@global-equities.com | lkellrac@co.san-diego.ca.us |
| ljb99@cornell.edu | lkelser@metlife.com |
| ljbeyer@provbank.com | lkendzer@allstate.com |
| ljefferson@perrycap.com | lkennedy@mfs.com |
| ljennette@bbandt.com | lkenyon@eatonvance.com |
| ljereski@tweedy.com | lkerr2@bloomberg.net |
| ljeronimo@bportugal.pt | lkiernan@eatonvance.com |
| ljf@sitinvest.com | lkillian@ipohome.com |
| ljg@ntrs.com | lkim@btmna.com |
| ljh@citicbank.com | lkim@kkb.kz |
| ljh@nationalbanken.dk | lkim@us.mufg.jp |
| ljhangia@allstate.com | lkinczel@farcap.com |
| ljiangang@pbc.gov.cn | lking@lkcm.com |
| ljk@bankinvest.dk | lkirwan@massport.com |
| ljkeene@wellington.com | lkloppenburg@loomissayles.com |
| ljm.eu@adia.ae | lknecht@deerfieldcapital.com |
| ljoe@nb.com | lknight@bgcfx.com |
| ljohanse@nystrs.state.ny.us | lkohn@oppenheimerfunds.com |
| ljohns@fib.com | lkomanduri@babsoncapital.com |
| ljohnson@caxton.com | lkoppl@us.ibm.com |
| ljones@fhlbc.com | lkorn@lehman.com |
| ljones@fhlbsea.com | lkostove@princeton.edu |
| ljones@sterling-capital.com | lkowalski@fdic.gov |
| ljong@kynikos.com | lkr@us.ibm.com |
| ljordan@montag.com | lkravitz@perrycap.com |
| ljousma@aegon.nl | lkreis@hbk.com |
| ljpai@sscims.com | lkrone@crawfordinvestment.com |
| ljsardone@wellington.com | lkrouner@ftci.com |
| ljtyler@azoa.com | lkshah@wellington.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lksmith@aegonusa.com | lli@ofii.com |
| lktan@wellington.com | lli@tiaa-cref.org |
| lkwok@statestreet.com | lli@wellington.com |
| ll@jwbristol.com | llibbey@opusinvestment.com |
| llabelle@tiaa-cref.org | llibby@allmerica.com |
| llaboy@evcap.com | llin@mba2003.hbs.edu |
| llacroix@espiritosanto.com | llin@tiaa-cref.org |
| lladewski@aamcompany.com | llinda@mcm.com |
| llaforce@fmg-statestreet.com | llindquist@mfs.com |
| llaing@tiaa-cref.org | llingane@mtildn.co.uk |
| llajaye@lsu.edu | llisker-blount@eatonvance.com |
| llam@income.com.sg | lliu@mmlassurance.com |
| llam@standish.com | lljillard@delinvest.com |
| llamagnere@oddo.fr | llm@artemisinvest.com |
| llamberti@sistonet.org | llmcgowan@jhancock.com |
| llamonica@bbandt.com | llo@fdic.gov |
| llamoureux@babsoncapital.com | llocher@asbcm.com |
| llange@rwbaird.com | llocke@bankofny.com |
| llanglois@massmutual.com | llogi@ccf.com |
| llants@stephens.com | llonergan@sarofim.com |
| llapilus@gvie.generali.fr | llongino@metlife.com |
| llastra@bppr.com | lloren@tiaa-cref.org |
| llauner@metlife.com | llowe@lmfunds.com |
| llaux@dsaco.com | lloyd.baron@americas.bnpparibas.com |
| llavalle@bankofny.com | lloyd.branford@lgim.co.uk |
| llayman@aegonusa.com | lloyd.doaman@jpmorgan.com |
| lld43@cornell.edu | lloyd.flood@inginvestment.com |
| lle@nationalbanken.dk | lloyd.francis@associatedbank.com |
| llebard@halcyonllc.com | lloyd.goldstein@agf.com |
| llebatique@mfs.com | lloyd.gregory@bwater.com |
| llebowitz@hbk.com | lloyd.h.hotchkiss@jpmorgan.com |
| llee@tiaa-cref.org | lloyd.plenty@bnpp.com |
| lleiberman@pop.net | lloyd.whitworth@citigroup.com |
| llemke@bper.ch | lloyd.wynter@statestreet.com |
| llent@comptroller.nyc.gov | lloyd_sebastian@cibcmellon.com |
| lleon@tudor.com | lloydj@aetna.com |
| lleong@mas.gov.sg | llsmith@wellington.com |
| llepori@bancasempione.ch | llu@deerfieldcapital.com |
| lleskosk@blackrock.com | llu@standishmellon.com |
| lletjosr@bancsabadell.com | llu888@bloomberg.net |
| lleveille@massmutual.com | lluckmann@nb.com |
| llevesque@mfs.com | lluisgasull@caixacatalunya.es |
| llewellyn_connolly@swissre.com | llunab@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

llx@netvigator.com
llytle@waddell.com
lm107@ntrs.com
lm57@ntrs.com
lma@danskebank.dk
lma@panagora.com
lmaddox@steinroe.com
lmanista@wilmingtontrust.com
lmanjunath@rbi.org.in
lmannix@bankofny.com
lmanuel.garcia@grupobbva.com
lmarcus@templeton.com
lmardis@wbcap.net
lmaro@babsoncapital.com
lmarti@grupobbva.com
lmartin@bbwest.com
lmartin@fhlbatl.com
lmartin@sirachcap.com
lmartinm@repsolypf.com
lmartinma@bankinter.es
lmartinsson1@bloomberg.net
lmarzo@invercaixa.es
lmascheroni@bpvifondi.it
lmasi@dominickanddominick.com
lmason@trigon.com
lmastandrea@sterling-capital.com
lmateri@us.ca-indosuez.com
lmattar@spinnaker.com.br
lmatthias@payden-rygel.com
lmb@notes.ntrs.com
lmc57@cornell.edu
lmcadams@pacificincome.com
lmcandrews@nevrodie.com
lmccourt@williamblair.com
lmcdonald@aegonusa.com
lmcdougal@whitneybank.com
lmcduffee@canyonpartners.com
lmcgowan@jhancock.com
lmcgregor@britannicasset.com
lmcguigan@westcapinv.com
lmchan@mas.gov.sg
lmckissock@metlife.com
lmcmahon@petro-canada.ca

lmeier@pksbb.ch
lmercado@us.ca-indosuez.com
lmerino@invercaixa.es
lmerritt@jhancock.com
lmerritt@wilmingtontrust.com
lmerta@deerfieldcapital.com
lmetzendorf@ftci.com
lmikkel@bloomberg.net
lmiller@essabank.com
lmiller@mfs.com
lmiller@tsbjinc.com
lmilner@scmadv.com
lmilstein@pressprich.com
lminott@princeton.edu
lmitchell@ebkgroup.com
lml4@ntrs.com
lmlynch@wellington.com
lmoelche@richmond.edu
lmoews@allstate.com
lmoncur@bgcfx.com
lmontgomery@fdic.gov
lmontgomery@tiaa-cref.org
lmoon@bok.or.kr
lmorales@perrycap.com
lmorandi@troweprice.com
lmore@wilmingtontrust.com
lmoro@halcyonll.com
lmorrissey@shelterinsurance.com
lmorse@lordabbett.com
lmoynihan@babsoncapital.com
lmr@dodgeandcox.com
lms@capgroup.com
lmsousa@bportugal.pt
lmu@storebrand.com
lmuchow@inv.uchicago.edu
lmulpagano@mwamllc.com
lmurphy@delinvest.com
lmurphy@russell.com
lmx@americancentury.com
ln1@tbb.com.hk
lnacari@frk.com
lnadel@ustrust.com
lnakamin@csc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

lnakamin@cse.com
lnapoli@qgcapital.com
lnassikas@stephens.com
lnayak@statestreet.com
lneedle@sdcera.org
lnelson@sarofim.com
lnguyen@generali.fr
lnicaretta@babsoncapital.com
lnicholson@bloomberg.net
lnitsch@bloomberg.net
lnk@capgroup.com
lnoto2@bloomberg.net
lnunez@ifm.net.au
loans@chb.com.hk
lob2@cornell.edu
lobrien@bellsouthtips.com
loc.mcnew@aig.com
lochj@vankampen.com
locksley_liz@jpmorgan.com
loconnell@federatedinv.com
locsins@fhlbsf.com
lode.devlaminck@fortisinvestments.com
lodh-industrials@lodh.com
lodonnell@loews.com
lodovico.pignatti@bancaintesa.co.uk
loes.pals@nl.abnamro.com
loesch_matthew@acml.com
logan.a@mellonequity.com
logan.burt@morganstanley.com
lohmeyer_jeffrey@jpmorgan.com
loi.huynh@pnc.com
loi@capitalgest.it
loic.becue@caam.com
loic.henry@barep.com
loic.rougier@bloomberg.net
loic.venturini@hsbcpb.com
lois.pine@morganstanley.com
lois.psuik@usbank.com
lois_bellandi@freddiemac.com
lois_ireland@freddiemac.com
loisc@oechsle.com
lojimenezre@repsolypf.com
lok.yim@citigroup.com

lokesh.bidhan@tuck.dartmouth.edu
lokesh.murthy@fmr.com
lokesh_bidarakatti@ssga.com
lokewy@schroders.com
loki.zanini@dzbank.de
lokmak@dahsing.com
lokman@bnm.gov.my
lolds@aegonusa.com
lollol@bok.or.kr
lolszewski@leggmason.com
lom@capgroup.com
lomaxb@bernstein.com
lombardi_michael@fsba.state.fl.us
lomtev_igor@jpmorgan.com
lon.erickson.hevu@statefarm.com
lon.magness@ncfcorp.com
lon_west@americancentury.com
lonapolitano@lordabbett.com
london-ims-slambe@statestreet.com
lonergw@nationwide.com
loney_fred@jpmorgan.com
long.sha@dartmouth.edu
long2b@kochind.com
longfeb@nationwide.com
longhurg@ebrd.com
longueville@bloomberg.net
lonnie.fox@db.com
lonnie.schaffer@fac.com
lonniru@singapore.cic.fr
lonny.hurwitz@wnco.com
loo.tze-hsin@ubs.com
lopezcorcueracristina@bancsabadell.com
lopezdeprado@gmx.net
lopezg@gruppocredit.it
lopezvallefranciscojavier@bancsabadell.com
lora.gotcheva@uk.fid-intl.com
lora.simon@genworth.com
lore.a.hayes@aib.ie
loredana.exbrayat@lloydsbank.ch
loredana.lapace@pimco.com
loredana.lombardini@ubm.it
loredana.paganelli@lloydsbank.ch
loredana.pecchiai@banca.mps.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| loredana.tarsia@bnlmail.com | loretta.white@gs.com |
| lorella.dicosmo@snamretegas.it | loretta_roland@acml.com |
| lorely.martinez.machin@prudential.com | lori.andrews@pncadvisors.com |
| loren.fleckenstein@tcw.com | lori.armocida@suntrust.com |
| loren.h.hawkyard@jpmorgan.com | lori.bassett@ibtco.com |
| loren.ollenburger@pimco.com | lori.basso@firstmidwest.com |
| loren.remetta@drkw.com | lori.bilker@ubs.com |
| loren_letteau@progressive.com | lori.boomgaardt@ubs.com |
| lorena.cedillo@bsibank.com | lori.brown@trs.state.tx.us |
| lorena.fregosi@corner.ch | lori.c.beard@exxonmobil.com |
| lorena.horncastle@inginvestment.com | lori.christie@fcc-sca.ca |
| lorena.vinueza@union-investment.de | lori.cinciva@aig.com |
| lorenz.kiener@claridenleu.com | lori.ensinger@columbiamanagement.com |
| lorenz.pfiffner@lgt.com | lori.galayda@ppmamerica.com |
| lorenz.trautmann@rothschildbank.com | lori.guenther@bbh.com |
| lorenzo.batacchi@bper.it | lori.hsu@pimco.com |
| lorenzo.borgogni@finmeccanica.it | lori.johnstone@pacificlife.com |
| lorenzo.bottazzi@mediolanum.it | lori.kollmeyer@thehartford.com |
| lorenzo.busnelli@mpsgr.it | lori.marchildon@bmo.com |
| lorenzo.campori@gestielle.it | lori.mchugh@morganstanley.com |
| lorenzo.cella@capitalia-am.com | lori.nagy@erieinsurance.com |
| lorenzo.dellovo@credit-suisse.com | lori.peachey@kishbank.com |
| lorenzo.denovellis@antonveneta.it | lori.snow@usbank.com |
| lorenzo.donna@sella.it | lori.stone@raymondjames.com |
| lorenzo.fioretta@sanpaoloimi.com | lori.waite@aamcompany.com |
| lorenzo.fomasi@popso.it | lori.wise@prudential.com |
| lorenzo.foroni@arcafondi.it | lori.woodland@us.schroders.com |
| lorenzo.gallenga@sgam.com | lori.zarutsky@pimco.com |
| lorenzo.ippoliti@ubm.it | lori.zuhoski@lehman.com |
| lorenzo.isla@grupobbva.com | lori_geftic@freddiemac.com |
| lorenzo.moruzzi@uk.abnamro.com | lori_radford@invesco.com |
| lorenzo.osimani@lbbw.de | lori_swain@victoryconnect.com |
| lorenzo.portelli@pioneerinvest.it | lori_trawinski@freddiemac.com |
| lorenzo.romano@bancaprofilo.it | loriann_curnyn@hvbamericas.com |
| lorenzo.ronchi@carifirenze.it | lorie.logan@ny.frb.org |
| lorenzo.savi@electrolux.se | lorikiraly@northwesternmutual.com |
| lorenzo.tajana@capitalia-am.com | lorin.gresser@threadneedle.co.uk |
| lorenzo.tenni@popso.it | lorinda_laub@ustrust.com |
| lorenzo@eaclp.com | lorio@ruanecunniff.com |
| lorenzo_demedici@bancalombarda.it | loris.centola@ubs.com |
| lorenzocarcano@metzler.com | loris.cipresso@lodh.com |
| loretta.allen@axa-slim.co.uk | loris.nold@publicis.com |
| loretta.rasmussen@towersperrin.com | lorna.harnby@flemings.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lorna.levy@morganstanley.com | lothar.hessler@hsbctrinkaus.de |
| lorna.matheson@nl.abnamro.com | lothar.schroeder@apobank.de |
| lorna.potts@barclaysglobal.com | lothar.steinebach@henkel.com |
| lorna_macdonald@generali.com | lothar.wilisch@siemens.com |
| lorna_schmidt@acml.com | lotsoffs@lotsoff.com |
| lorna_wace@blackrock.com | lotta.aleblad@sebprivatebanking.com |
| lorndavis@jhancock.com | lotta.smith@barclaysglobal.com |
| lorne.gavsie@bmo.com | lotte.eriksen@nordea.com |
| lorraine.calupas@firstunion.com | lou.dietrich@tcw.com |
| lorraine.chong@fmr.com | lou.galassini@bmonb.com |
| lorraine.dyer@aberdeen-asset.com | lou.gitlin@blackrock.com |
| lorraine.e.dixon@jpmorganfleming.com | lou.kirschbaum@eagleasset.com |
| lorraine.elliot@bankofamerica.com | lou.lucido@tcw.com |
| lorraine.esposito@swift.com | lou.mccrimlisk@ssmb.com |
| lorraine.guensch@prudential.com | lou@kerner.tv |
| lorraine.henderson@pnc.com | lou_corsetti@rhco.com |
| lorraine.hopkins@blackrock.com | louanges@pimco.com |
| lorraine.kitson@insightinvestment.com | loughlin.cleary@fhlbboston.com |
| lorraine.mcallister@pioneerinvestments.com | loughlinfa@bernstein.com |
| lorraine.mcneely@rabobank.com | louis.albert@fr.rothschild.com |
| lorraine.muir@thehartford.com | louis.birro@ubs.com |
| lorraine.murphy@aib.ie | louis.carousa@wachovia.com |
| lorraine.neabor@bms.com | louis.chollet@bnpparibas.com |
| lorraine.schneider@ch.abb.com | louis.cohen@mackayshields.com |
| lorraine.specketer@insightinvestment.com | louis.conrad@citadelgroup.com |
| lorraine.votta@phxinv.com | louis.dupouy@axa-im.com |
| lorraine.yow@gs.com | louis.florentin-lee@lazard.com |
| lorraine.zafrani@axa-im.com | louis.gallo@us.socgen.com |
| lorraine.zysk@pncbank.com | louis.goldstein@opcap.com |
| lorri.white@aig.com | louis.green@db.com |
| lorri_white@agfg.com | louis.jimeno@slma.com |
| lorrie.lynn@gwl.com | louis.kerry@prudential.com |
| lorton@viningsparks.com | louis.lavin@nyc.nxbp.com |
| los@nbim.no | louis.lavoie@sgam.com |
| losch_helen@gsb.stanford.edu | louis.lemos@pncadvisors.com |
| loschiavo@bloomberg.net | louis.macalli@dexia-bil.com |
| losteinerd@otpbank.hu | louis.meagher@ilim.com |
| lostolaz@notes.banesto.es | louis.messina@aig.com |
| lothar.ayasse@lrp.de | louis.parks@raymondjames.com |
| lothar.bick@vuw.de | louis.puglisi@db.com |
| lothar.brakelmann@hsh-nordbank.com | louis.rodriguez@db.com |
| lothar.cerjak@credit-suisse.com | louis.romagnoli@nationalcity.com |
| lothar.falk@bankgesellschaft.de | louis.serra@wachovia.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| louis.solimine@fhlbny.com | louise_a_taylor@blackrock.com |
| louis.stutterheim@telekom.de | louise_carley@scudder.com |
| louis.yang@cathaybk.com.tw | louise_down@conning.com |
| louis_abel@ustrust.com | louise_herrle@freddiemac.com |
| louis_lemos@invesco.com | louise_mackenzie@standardlife.com |
| louis_mendes@ml.com | louise_murray@blackrock.com |
| louis_pestel@lazard.fr | louise_rafferty@ml.com |
| louis_raffis@keybank.com | louise_schaible@merck.com |
| louis_zahorak@calpers.ca.gov | louis-philippe.muller@boccard.ch |
| louisa.a.kinirons@aib.ie | louisu@nytimes.com |
| louisa.cox@glgpartners.com | louiza.ferrara@alliancebernstein.com |
| louisa.harper@fidelity.com | loukas.rizos@postbank.de |
| louisa.lo@schroders.com | loukoj@nuveen.com |
| louisa.sans@bankofamerica.com | loum@mcm.com |
| louise.a.frazer@aib.ie | lourdes.leon@morganstanley.com |
| louise.b.milner@aibbny.ie | lourdessampelayouser@company.com |
| louise.bohemier@ge.com | lourenco.bastostigre@tudor.com |
| louise.bulley@lazard.com | lousarno@bloomberg.net |
| louise.bulley@uk.abnamro.com | louw.mattheus@aberdeen-asset.com |
| louise.burgess@ubs.com | loveg@firstcharter.com |
| louise.chase@jpmorgan.com | loverby@bankofny.com |
| louise.davidson@uk.fid-intl.com | lovetereg@bpn.it |
| louise.desouza@baesystems.com | loviena.gonsalves@sandoz.com |
| louise.diethhlem@harrisbank.com | lovisa.mccallum@bmo.com |
| louise.gough@lbbwie.com | low.hanseng@uobgroup.com |
| louise.hill@lazard.com | lowa@nykredit.dk |
| louise.holmes@barclaysglobal.com | lowell.bolken@advantuscapital.com |
| louise.kernohan@db.com | lowell.singer@disney.com |
| louise.lothian@uk.fid-intl.com | lowell.yura@ubs.com |
| louise.m.mcguigan@aib.ie | lowellkw@ldschurch.org |
| louise.mackenzie@ubs.com | lowen@brownadvisory.com |
| louise.malmstrom@glgpartners.com | lowkum@stanford.edu |
| louise.matthews@inginvestment.com | lozadac@washpost.com |
| louise.morris@uk.fid-intl.com | lp@ennismorefunds.com |
| louise.p.sclafani@jpmorgan.com | lpacis@worldbank.org |
| louise.randall@db.com | lpackham@templeton.com |
| louise.scott@juliusbaer.com | lpalma@finibanco.pt |
| louise.sepulveda@uboc.com | lpalmer2@tiaa-cref.org |
| louise.smith@aegon.co.uk | lpaolone2@bloomberg.net |
| louise.smith@cgii.com | lpaone@leggmason.com |
| louise.somers@gcc.royalsun.com | lpapkin@aegonusa.com |
| louise.teeple@morganstanley.com | lpapso@bloomberg.net |
| louise@tudor.com | lpardini@bpvifondi.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lparker@loomissayles.com | lr10@cornell.edu |
| lparren@spfbeheer.nl | lradomski@hellmanjordan.com |
| lpartridge@uscentral.org | lraffa@hapolimusa.com |
| lpasquale@chicago-trust.com | lrallen@bbandt.com |
| lpatterson@elcabop.org | lramirez@denveria.com |
| lpauly@bloomberg.net | lramsay@essexinvest.com |
| lpavelec@nicholasfunds.com | lrana@dsaco.com |
| lpbrundage@hartfordfinancial.com | lranalli@stonebridgebank.com |
| lpcgsi@aol.com | lrasin@jhancock.com |
| lpe@ubp.ch | lrasin@mfs.com |
| lpemberton@comdata.com | lrasmussen@jyskebank.dk |
| lpendic@bloomberg.net | lrd1@ntrs.com |
| lpeoples@chubb.com | lregalado@bancomadrid.com |
| lpere@nysif.com | lregina@cprus.com |
| lperenick@massmutual.com | lreinhard@pictet.com |
| lperiti@concordiafunds.com | lrejonp@repsolypf.com |
| lperrin@pictet.com | lrequejo@notes.banesto.es |
| lpgomes@statestreet.com | lrh@citicib.com.cn |
| lpham@ofii.com | lrharrison@statestreet.com |
| lpiantedosi@eatonvance.com | lrhi@bankofny.com |
| lpita@fhlbatl.com | lrich@brownadvisory.com |
| lpitalis@loomissayles.com | lrichards@babsoncapital.com |
| lpizzamiglio@icbpi.it | lriddell@martincurrie.com |
| lpj@nbim.no | lridley@bear.com |
| lpkatsafanas@leggmason.com | lrieke@waddell.com |
| lplavigne@bloomberg.net | lripamonti@fondianima.it |
| lplo@kempen.nl | lroberi@bloomberg.net |
| lplummer@crewsfs.com | lroberts@rockco.com |
| lpodobinski@pjc.com | lrobertsen@deshaw.com |
| lpollack@nb.com | lrobinson@evcap.bm |
| lpollack@ubs.com | lrodrigs@cajamadrid.es |
| lporrata@bankpyme.es | lrodriguezrizzolo@leggmason.com |
| lporter@westpac.com.au | lrogers@provnet.com |
| lprieto@banxico.org.mx | lromeo@roycenet.com |
| lprinacerai@fin-echiquier.fr | lromero@ustrust.com |
| lproper@ofiinstitutional.com | lrong@bloomberg.net |
| lprotto@bancaintesa.us | lropp@barrowhanley.com |
| lpujol@fibanc.es | lrosen@perrycap.com |
| lpwachs@delinvest.com | lrosenbaum@loomissayles.com |
| lpyiong@mas.gov.sg | lross@halcyonpartnerships.com |
| lpzhong@wellington.com | lroventi@tiaa-cref.org |
| lquijano1@bloomberg.net | lrr@bankinvest.dk |
| lr@bochk.com | lrs@capgroup.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lrustea@fideuramcapital.it | lshea@wellington.com |
| lruther@brownadvisory.com | lsheehey@metlife.com |
| ls31@ntrs.com | lshen@reflectioncap.com |
| ls37@ntrs.com | lsheryl.hudson@westam.com |
| lsachs@lordabbett.com | lshields@nb.com |
| lsalerno@chubb.com | lshirle@frk.com |
| lsalvatico@bloomberg.net | lshlafman@ruanecunniff.com |
| lsamaha@entergy.com | lshriver@provnet.com |
| lsamowitz@fdic.gov | lsilva@canyonpartners.com |
| lsamuels@meag-ny.com | lsilverm@gapac.com |
| lsan@canyonpartners.com | lsilverman@perrycap.com |
| lsanh@groupama-am.fr | lsimkins@oaktreecap.com |
| lsarlo@loomissayles.com | lsimoncini2@bloomberg.net |
| lsarlo@ssrm.com | lsitcawi@stpaultravelers.com |
| lsarrica@bankatlantic.com | lsithivong@convexitycapital.com |
| lsavage@litchfieldcapital.com | lsj@bankinvest.dk |
| lsavard@babsoncapital.com | lskardoon@spectruminvest.com.au |
| lsazpena@cajamadrid.es | lskiera@allstate.com |
| lsb@dodgeandcox.com | lslagel@fult.com |
| lsberg@statestreet.com | lslechta@bloomberg.net |
| lschausten@tiaa-cref.org | lsloate@nb.com |
| lscheinson@tiaa-cref.org | lsmartins@cgd.pt |
| lscher@eatonvance.com | lsmith8@entergy.com |
| lschippl@steinroe.com | lsng@mas.gov.sg |
| lschirf@fftw.com | lsnyder@denveria.com |
| lschmerhold@tiaa-cref.org | lsolmonson@nb.com |
| lschmidt@jennison.com | lsolmor@fwg.com |
| lschneider@gwkinc.com | lsong@icbc.com.cn |
| lschrimp@lkcm.com | lsottile@bloomberg.net |
| lschroeder@bloomberg.net | lsoucy@androscogginbank.com |
| lschroeter@bloomberg.net | lsouza@mcmorgan.com |
| lschulz@princeton.edu | lsp@ubp.ch |
| lschumac@aegonusa.com | lspadaro@hymanbeck.com |
| lschwa@bloomberg.net | lsparra@bcv.org.ve |
| lschwartz@cpr-am.fr | lsperling@caxton.com |
| lschwartz@tiaa-cref.org | lspicer@fmausa.com |
| lschweitzer@loomissayles.com | lspicer@ofiinstitutional.com |
| lscott@caxtonhealth.com | lss2@ntrs.com |
| lseibert@avatar-associates.com | lstaff@firstmanhattan.com |
| lsergi@ftci.com | lstallinga@watrust.com |
| lshaffer@fhlbatl.com | lstarr@aegonusa.com |
| lshainsky@metlife.com | lsteinberger@nb.com |
| lshaw@loomissayles.com | lsteve@bci.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| lstevens@denveria.com | ltruflandier@bci.it |
| lsthrift@wellington.com | ltruglio@metlife.com |
| lstomp@aegonusa.com | ltsang@lehman.com |
| lstruble@mandtbank.com | lturkisher@fftw.com |
| lstyles@frk.com | lturnbull@franklintempleton.co.uk |
| lsullivan@smithbreeden.com | ltuyau@bankofamerica.com |
| lsundari@permatabank.co.id | lu.chen@rbsgc.com |
| lsvetlana@baupost.com | lu.dalessandro@barclaysglobal.com |
| lswantz@aegonusa.com | lu.wang@db.com |
| lsweeney@websterbank.com | luan.huynh@barclays.com |
| lt.lawler@ubs.com | luan.wen@email.chinatrust.com.tw |
| lt@wmblair.com | luana.codignoni@eni.it |
| lt38@ntrs.com | luana.guerriero@zkb.ch |
| lt5@americancentury.com | luann.gilhooly@mackayshields.com |
| ltagliapietra@fandc.co.uk | luann_katz@aimfunds.com |
| ltalukdar@lordabbett.com | luanne_zurlo@scudder.com |
| ltalukdar@mfs.com | lub@jwseligman.com |
| ltam@btmna.com | luba.kagan@jpmorgan.com |
| ltam@us.mufg.jp | luba.schoenig@credit-suisse.com |
| ltan@aegonusa.com | lubelia.machado@mcfundos.pt |
| ltankel@tiaa-cref.org | lubos_kolarik@kb.cz |
| ltashie@noonday.com | lubranth@cial.cic.fr |
| ltavolari@fideuramsgr.it | luc.bauler@blfram.lu |
| ltawil@nb.com | luc.borremans@fortis.com |
| ltemsic@bankofny.com | luc.byrde@bcv.ch |
| lteran@farcap.com | luc.coene@nbb.be |
| lterrones@westernasset.com | luc.dhooge@dexia-am.com |
| ltesta@templeton.com | luc.dondelinger@dexia-bil.com |
| lteter@investmentcounselors.com | luc.dumontier@sinopia.fr |
| lthaxton@bbandt.com | luc.hernoux@bil-dexia.com |
| lthill@wellington.com | luc.join-lambert@gazdefrance.com |
| lthomas@nb.com | luc.lefer@bnpparibas.com |
| lthompson@templeton.com | luc.martin@caam.com |
| lthornton@firststate.co.uk | luc.martin-siegfried@commerzbank.fr |
| ltiemens@ifm.net.au | luc.mathys@claridenleu.com |
| ltien@dkb.com | luc.mouzon@caam.com |
| ltill@federatedinv.com | luc.obbers@dexia.be |
| ltiongco@boh.com | luc.olinger@hypovereinsbank.de |
| ltom@princeton.edu | luc.paillard@barcap.com |
| ltornetta@bloomberg.net | luc.riedweg@banque-france.fr |
| ltr@ubp.ch | luc.rooms@belgacom.be |
| ltracy@opers.org | luc.steens@fortisbank.co |
| ltribuch@tiaa-cref.org | luc.van.malder@puilaetco.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

luc.viennet@calyon.com
luc.walravens@ing.be
luc@epsilonfunds.com
luca.albanesi@bnlmail.com
luca.arcangeli@bnlmail.com
luca.armandola@morganstanley.com
luca.bernardini@eni.it
luca.bonaccorsi@gmail.com
luca.bonanomi@juliusbaer.com
luca.bortolami@ubm.unicredit.it
luca.bosisio@mpsgr.it
luca.bottinelli@ubs.com
luca.cioffi@it.zurich.com
luca.corletto@zkb.ch
luca.corti@symphonia.it
luca.daldosso@rothschildbank.com
luca.dipalma@pirelli.com
luca.donna@italtel.it
luca.facchiniprovera@bancaintesa.it
luca.faggian@carisp.sm
luca.fiamenghi@pioneerinvestments.com
luca.franceschi@lanewan.it
luca.giammetti@glgpartners.com
luca.giangualano@geva.fiatgroup.com
luca.grassadonia@mpsgr.it
luca.lanzara@pioneerinvest.it
luca.libralato@caamsgr.it
luca.lionetti@eurosgr.it
luca.lucente@mediobanca.it
luca.luisoni@bsibank.com
luca.maddalon@bsibank.com
luca.magnani@bancaintesa.it
luca.manzoni@bancaroma.it
luca.marabottini@fiatgroup.com
luca.martina@credit-suisse.com
luca.massironi@capitalia-am.com
luca.mengoni@pioneeraltinvest.com
luca.napolitano@am.generali.com
luca.orelli@bsibank.com
luca.ottolini@azimut.it
luca.paolini@union-investment.de
luca.passoni@am.generali.com
luca.pavesi@bpubanca.it

luca.pepe@capitalia-am.com
luca.pertoldi@cic.ch
luca.pesaro@banca.mps.it
luca.piano@arcafondi.it
luca.pizzaia@pioneerinvestments.com
luca.quivelli@antonveneta.it
luca.raso@mediobanca.it
luca.ratti@bancaprofilo.it
luca.sabetta@banca.mps.it
luca.santamaria@winterthur.it
luca.simoncelli@blackrock.com
luca.simoni@carisp.sm
luca.soria@arcafondi.it
luca.taranta@intesasanpaolo.com
luca.torrigiani@gestielle.it
luca.triani@antonveneta.it
luca@oneinvest.ch
luca_giovanni_fort@bancosardegna.it
luca_polenghi@ldn.invesco.com
lucadivenosa@mail.alleanzaassicurazioni.it
lucas.brunner@csfb.com
lucas.g.jackson@pjc.com
lucas.jackson@gmacrfc.com
lucas.papademos@ecb.int
lucas.ruland@nibcapital.com
lucas.smith@himco.com
lucas.stieger@lloydsbank.ch
lucas.velleley@citigroup.com
lucas_yeoh@camasia.com.sg
lucasfoch@gic.com.sg
lucette.shirai@caam.com
luci.pellegrino@ge.com
lucia.bergamini@heineken.com
lucia.bonilla@ubs.com
lucia.buelloni@bancaintesa.it
lucia.c.albarran@jpmchase.com
lucia.casoli@bpm.it
lucia.cutrofello@pioneerinvest.it
lucia.frazzon@bpmsgr.it
lucia.grimaldi@ubs.com
lucia.leitao@igcp.pt
lucia.ocon@grupobbva.com
lucia.pettini@grifogest.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

lucia.pinheiro@bcb.gov.br
lucia.weiss@db.com
lucia.wuermli@claridenleu.com
lucia_derosa@generali.com
lucian.caflisch@zkb.ch
luciano.almeida@ingim.com
luciano.brega@merloni.com
luciano.cadamuro@notes.electrolux.it
luciano.danninger@bankcoop.ch
luciano.diez-canedo@ubs.com
luciano.fusi@bancaintesa.it
luciano.jannelli@juliusbaer.com
luciano.lanza@credit-suisse.com
luciano.morelli@ppmamerica.com
luciano.tortoli@carifirenze.it
luciano.vailati@bancaakros.it
luciano_orengo@elliottandpage.com
lucie_fay@freddiemac.com
lucien.carton@nl.abnamro.com
lucien.norbrun@bbh.com
lucien.philippe@morganstanley.com
lucile.brossier@caam.com
lucile.combe@cogefi.fr
lucille.barengo@fmr.com
lucille.douglas@db.com
lucille.liu@corporate.ge.com
lucille.protas@mackayshields.com
lucille.volanti@ubs-oconnor.com
lucinda.corby@isisam.com
lucio.conti@bnlmail.com
lucio.galati@capitalia-am.com
lucio.marino@fmr.com
lucio.nocerino@bancamps.it
lucio.pensatori@banca.mps.it
lucio.picca@unicredit.it
lucio.sarno@axa-im.com
lucio.venanzi@mediobanca.it
lucio.vignati@pioneeraltinvest.com
luciocuppini@nettuno.it
luco@agf.fr
lucrecia.tam@nacm.com
lucrezia.reichlin@ecb.int
lucvan.reeth@dexia.be

luc-winters@philips.com
lucy.a.dumelow@jpmorgan.com
lucy.a.pollitt@jpmorgan.com
lucy.bonmartel@axa-im.com
lucy.charmeton@barclaysglobal.com
lucy.chen@fmr.com
lucy.cruz@citadelsolutions.com
lucy.ford@glgpartners.com
lucy.fuller@smith-nephew.com
lucy.gray@commerzbankib.com
lucy.hardy@osterweis.com
lucy.hill@blackrock.com
lucy.horncastle@flemings.com
lucy.l.georgiades@jpmchase.com
lucy.legget@gartmore.com
lucy.mann@uk.fid-intl.com
lucy.neale@uk.fid-intl.com
lucy.oflaherty@ubs.com
lucy.parkin@jpmorganfleming.com
lucy.payne@glgpartners.com
lucy.saunders@insightinvestment.com
lucy.speake@insightinvestment.com
lucy.t.boyle@bnymellon.com
lucy.thompson@barclaysglobal.com
lucy.warden@troweprice.com
lucy.watts@barclaysglobal.com
lucy.west@bbh.com
lucy.zheng@morganstanley.com
lucy@silchester.com
lucy_davies@stpaul.com
lucy_dwyer@troweprice.com
ludan.liu@morganstanley.com
luderosa@bloomberg.net
ludger.buesken@amb.de
ludger.feldmann@sachsenlb.de
ludger.kill@commerzleasing.de
ludger.overbeck@hvb.de
ludger.schuknecht@ecb.int
ludger.vossenberg@bfg-invest.de
ludger_hentschel@nylim.com
ludivine.politano@bnpparibas.com
ludo.schockaert@dexia-pf.ch
ludovic.bodart@eurizoncapital.lu

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ludovic.delbalzo@interbrew.com | luis.camara.pestana@bancobpi.pt |
| ludovic.lanthier@dexia.be | luis.carvalho@cgd.pt |
| ludovico.beretta@alleanza.it | luis.castro@credit-suisse.com |
| ludvig.uddeholt@swedbank.com | luis.correia@claridenleu.com |
| ludwig.fischer@ba-ca.com | luis.cota@avmltd.com |
| luffe@jyskebank.dk | luis.dejesus@hcmny.com |
| lugraziani@bloomberg.net | luis.dejuan@sgam.com |
| luhl@caxton.com | luis.gonzalez@ny.frb.org |
| luhler@calfed.com | luis.kendall@credit-suisse.com |
| lui_chiuming@bochk.com | luis.lobo@mizuhocbus.com |
| luigi.antonaci@eurizoncapital.lu | luis.lopez@aberdeen-asset.com |
| luigi.apollonio@bnpparibas.com | luis.m.ribaya@bancogalicia.com |
| luigi.binda@gestielle.it | luis.maroto@grupobbva.com |
| luigi.cammilli@banca.mps.it | luis.martins@bsnp.pt |
| luigi.capone@bancaakros.it | luis.martins@fmr.com |
| luigi.cesari@pioneerinvestments.com | luis.marti-sanchez@hsh-nordbank.co.uk |
| luigi.coretti@iccrea.bcc.it | luis.muscatt@daiwasmbc.co.uk |
| luigi.delgreco@sgsbpvn.it | luis.navia@batlantico.es |
| luigi.delmastro@enel.it | luis.nieves@daiwausa.com |
| luigi.devito@hvb.de | luis.pena@fonditel.es |
| luigi.dimartino@bpubanca.it | luis.perez@americas.ing.com |
| luigi.dompe@mpsgr.it | luis.piteira@bcp.pt |
| luigi.fallanca@sanpaoloam.lu | luis.pontes@bcb.gov.br |
| luigi.fanciano@rzb.at | luis.roco@tudor.com |
| luigi.fulgosi@bpm.it | luis.roldan@gm.com |
| luigi.gubitosi@fiatgroup.com | luis.seta@grupobbva.com |
| luigi.leo@nl.abnamro.com | luis.silva@bsnp.pt |
| luigi.parrilla@unicredit.it | luis.varela@helaba-invest.de |
| luigi.pescia@dresdner-bank.ch | luis.vasconcelos@finantia.com |
| luigi.pignatelli@dexia-am.com | luis.yance@blackrock.com |
| luigi.roccu@rothschildbank.com | luis_reyna@swissre.com |
| luigi.romanol@mpsgr.it | luis_roman@putnam.com |
| luigi.sartini@bpv.lu | luisa.b.gallardo@csam.com |
| luigi.scola@grifogest.it | luisa.b.gallardo@morganstanley.com |
| luigi.vignola@zkb.ch | luisa.ogliario@gnf.it |
| luigi1.premoli@telecomitalia.it | luisa.starns@royalbank.com |
| luigia.campagna@capitalia.it | luisellacalcante@intesasgr.it |
| luim@jwseligman.com | luisg@bbmbank.com.br |
| luimunoz@gruposantander.com | luisito.fernandez@prudential.com |
| luis.a.rivera-hopkins@usa.dupont.com | luiz.f.felix@nl.abnamro.com |
| luis.alvarenga@cgd.pt | luiz.s.schlitter@hsbcgroup.com |
| luis.azofra@bbvauk.com | lujian@icbc.com.cn |
| luis.bengoechea@bis.org | luk.janssens@morleyfm.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

luk@bessemer.com

lukas.feh@ubs.com

lukas.grenacher@juliusbaer.com

lukas.ladner@blkb.inet.ch

lukas.magada@socgen.com

luke.b.wahwerit@jpmorgan.com

luke.borda@glenmede.com

luke.carpenter@uk.mufg.jp

luke.d.thomas@aibbny.ie

luke.dresser@ibtco.com

luke.duggan@db.com

luke.dyer-smith@claridenleu.com

luke.edwards@kbcaim.com

luke.gleeson@ubs.com

luke.hagopian@columbiamanagement.com

luke.hayden@gmacrfc.com

luke.heatley@dzbank.de

luke.hickmore@swip.com

luke.kennedy@glgpartners.com

luke.kennedy@juliusbaer.com

luke.lau@ppmamerica.com

luke.lewis@glgpartners.com

luke.lyons@alliancebernstein.com

luke.macredmond@kbcam.com

luke.mccabe@bbh.com

luke.mcfarlane@hsbc.com

luke.morosanu@bbh.com

luke.morrison@rabobank.com

luke.newman@fandc.com

luke.richdale@jpmorgan.com

luke.sanfilippo@moorecap.com

luke.smith@aetna.com

luke.smith@gartmore.com

luke.squires@barclaysglobal.com

luke.stifflear@ppmamerica.com

luke.swanson@pearson.com

luke.t.szymczak@jpmorgan.com

luke.tieman@barclaysglobal.com

luke_chappell@blackrock.com

luke_evans@scotiacapital.com

luke_farrell@capgroup.com

luke_hodges@blackrock.com

luke_smith@nylim.com

luke_thomas@jpmorgan.com

lukegoh@mas.gov.sg

lukehan@temasek.com.ga

lukelee@dbs.com

lukelevine@gic.com.sg

lukinm@towers.com

lulu.chen@sscims.com

lundgren@ymcaret.org

lundk@ensignpeak.org

lundytsai@mail.tbb.com.tw

luo.qing@icprc.com

luohao@icbc.com.cn

luoxiaojinghan@abchina.com

luoxuanron@gmail.com

lupe@tcbank.com.tw

lupin.rahman@pimco.com

lupitab@azasrs.gov

luricc@carife.it

lusong@temasek.com.sg

luster_brian@jpmorgan.com

lutgarde.maesfranckx@dexia.be

luther_carter@troweprice.com

lutova_natalia@jpmorgan.com

lutrerai@notes.banesto.es

lutz.honstetter@winterthur.com

lutz.kalthoff@allianzgi.de

lutz.klaus@oppenheim.de

lutz.krabbe@vuw.de

lutz.krannich@geninvest.de

lutz.kuhlmann@nordlb.de

lutz.neumann@db.com

lutz.orban@hsh-nordbank.de

lutz.schleidt@deka.de

lutz.ulbrich@nordlb.de

lutzg@nationwide.com

lutz-peter.wilke@blackrock.com

luu@pimco.com

luuk.strijers@snssecurities.nl

luuk.veenstra@nibcapital.com

luying.wei@jpmorgan.com

luyizhou@abchina.com

luz.padilla@tcw.com

luzfoo@mas.gov.sg

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| luzia.raffainer@aigpb.com | lwhite@standishmellon.com |
| luzie.wenzel@db.com | lwieczorek@voyageur.net |
| lv.hang@lehman.com | lwilliams@coventrybuildingsociety.co.uk |
| lvaidya@angelogordon.com | lwilliams@fhlbatl.com |
| lvalli@nbg.gr | lwilliams11@bloomberg.net |
| lvangeijlswijk@worldbank.org | lwilson@tiaa-cref.org |
| lvanuffe@anhyp.be | lwilson1@metlife.com |
| lvassor@troweprice.com | lwimer@hgk.com |
| lvazquez@lordabbett.com | lwinkenwerder@lmfunds.com |
| lveilleux@pictet.com | lwinslow@bondinvestor.com |
| lvelasco@notes.banesto.es | lwminton@mintoninvestment.com |
| lveldkam@stern.nyu.edu | lwmintoniii@mintoninvestment.com |
| lvenezia@oppenheimerfunds.com | lwn@capgroup.com |
| lveraart@princeton.edu | lwolf@hellerfin.com |
| lverdu@gruposantander.com | lwoo@jhancock.com |
| lvigus@alger.com | lwoo@seic.com |
| lvila@federatedinv.com | lwright@fdic.gov |
| lvinci@bancodisicilia.it | lwt@nbim.no |
| lviolante@nylim.com | lwyatt@arielinvestments.com |
| lvitores.bce@cajarural.com | lxu@bper.ch |
| lvitti@leggmason.com | lyanovaz@ebrd.com |
| lvjing@citicbank.com | lychiu@mas.gov.sg |
| lvk@nbim.no | lydia.c.vitalis@jpmorgan.com |
| lvm@wmblair.com | lydia.j.turnbull@jpmorgan.com |
| lvoiles@hcmlp.com | lydia.jung@ftnfinancial.com |
| lvonreissig@us.ca-indosuez.com | lydia.kew@lbbwsg.com |
| lvosicky@csas.cz | lydia.miller@ubs.com |
| lvozza@caxton.com | lydia.norton@selective.com |
| lw@carnegieam.dk | lydia.reich@rcm.at |
| lwagen@securities.co.uk | lydia_sangree@newyorklife.com |
| lwalsh@oppenheimerfunds.com | lydia_vitalis@blackrock.com |
| lwang@wellington.com | lydie.coarer@creditfoncier.fr |
| lward@congressasset.com | lydotes.ja@tbcam.com |
| lward@fhlbatl.com | lyeclvivian@ocbc.com.sg |
| lward@troweprice.com | lyglesia@lehman.com |
| lwargo@bloomberg.net | lyingyingli@tiaa-cref.org |
| lwasserman@bear.com | lyle.triebwasser.awk8@statefarm.com |
| lwatkins@fultonfinancialadvisors.com | lylekau@gic.com.sg |
| lwebb@communitybankpkbg.com | lyman.missimer@aiminvestments.com |
| lweiss@ustrust.com | lyn.swallen@ironoakadvisors.com |
| lwelch@mfcglobalus.com | lynch_sean@jpmorgan.com |
| lwells4@bloomberg.net | lynchb@strsoh.org |
| lwgreig@gmail.com | lyncoya_simpson@freddiemac.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| lynda.ashton@sainsburys.co.uk | lynne.mill@advantuscapital.com |
| lynda.fiuza@credit-suisse.com | lynne.pfeffer@ers.state.tx.us |
| lynda.holmes@bankofamerica.com | lynne.provan@anfis.co.uk |
| lynda.m.finn@bankofny.com | lynne.roberts@cspb.com |
| lynda.yam@morganstanley.com | lynne.royer@wellsfargo.com |
| lynda_hayden@ml.com | lynne_brady@vanguard.com |
| lyndaa@rowancompanies.com | lynne_dombroski@ustrust.com |
| lyndon.westerberg@chase.com | lynne_gorski@ustrust.com |
| lynette.boey@arabbank.com.sg | lynne_hojnacki@hvbamericas.com |
| lynette.goldstein@citadelgroup.com | lynnkoh@mas.gov.sg |
| lynette.ong@morganstanley.com | lynntoh@mas.gov.sg |
| lynette_pang@americancentury.com | lynsag@safeco.com |
| lyng@statestreet.com | lynsey.mcdonald@uk.bnpparibas.com |
| lyngsoe@jyskebank.dk | lynsey.selkirk@aegon.co.uk |
| lynn.arntzen@harrisbank.com | lyochiu@bocusa.com |
| lynn.azar@shell.com | lyoerg@metlife.com |
| lynn.baldwin@bankofamerica.com | lyon75@bloomberg.net |
| lynn.ballinger@morgankeegan.com | lyongc@bloomberg.net |
| lynn.chan@citadelgroup.com | lyonsb@bloomberg.net |
| lynn.dayton@himco.com | lyp@publicbank.com.my |
| lynn.eagleson@firstunion.com | lyra_jakabhazy@putnam.com |
| lynn.franke@icomd.com | lysa.nickels@barclaysglobal.com |
| lynn.gosselin@ge.com | lysa.nicklas@barclaysglobal.com |
| lynn.hein@ljbank.com | lysdahl@jyskebank.dk |
| lynn.lewis@bms.com | lysiane.azizian@axa-im.com |
| lynn.lounsbery@fac.com | lyt3811@mail.tbb.com.tw |
| Lynn.M.Lauderdale@Bankofamerica.com | lyubchenko@vtb.ru |
| lynn.macecevic@fhlb-pgh.com | lyuben.petrunoff@thehartford.com |
| lynn.mackenzie@lombardodier.ch | lz56@cornell.edu |
| lynn.mccuaig@fmr.com | lz89@cornell.edu |
| lynn.reaser@bankofamerica.com | lzaslavskiy@mfs.com |
| lynn.ryan@phxinv.com | lzecri@groupe-casino.fr |
| lynn.wang@pacificlife.com | lzeno@vcallc.com |
| lynn_bernard@aimfunds.com | lzepke@dlbabson.com |
| lynn_jones@freddiemac.com | lzepke@internal.massmutual.com |
| lynn_yturri@bankone.com | lzerbinotto@inasim.gruppoina.it |
| lynnc@mcm.com | lzetterberg@seic.com |
| lynnchu@mas.gov.sg | lzha@metlife.com |
| lynne.croucher@bms.com | lzhang@bankofny.com |
| lynne.duequemin@credit-suisse.com | lzhang@perrycap.com |
| lynne.fowler@ers.state.tx.us | lzhou@fhlbdm.com |
| lynne.jesko@fhlb-pgh.com | lzuriff@granitegrp.com |
| lynne.jimenez@db.com | m.a.de.beauvesier.watson@robeco.nl |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

m.a.ribera@generali.es

m.a.schrijvers@dnb.nl

m.abate@bimbank.it

m.adnet@lvmh.fr

m.aijazi@alahli.com

m.alhaddad@ncbc.com

m.ange@probtp.com

m.arnoldy@bouwfonds.nl

m.asada@noemail.com

m.b.winges@pjc.com

m.bac@robeco.nl

m.bachoe@robeco.nl

m.baily@bcee.lu

m.banks@hermes.co.uk

m.battistella@danieli.it

m.beeler@hsbc.guyerzeller.com

m.bell@bankofengland.co.uk

m.benque@groupe-mma.fr

m.bianchi@nrcl.com

m.bissig@hsbc.guyerzeller.com

m.borkink@hq.vnu.com

m.bottoni@bipielle.it

m.boulton@pictet.com

m.brodesser@woelbern-invest.de

m.buntrock@bspf.co.uk

m.burnes@edwardjones.com

m.c.bellotto@robeco.nl

m.c.l.bellotto@robeco.nl

m.c.vriezen@robeco.com

m.cali@rai.it

m.calzolari@centrosim.it

m.carter@hermes.co.uk

m.catalano@fininvest.it

m.causi@comune.roma.it

m.cicala@finter.ch

m.cipollina@fnysllc.com

m.colombo.71@bloomberg.net

m.corba@fineco.it

m.covelli@bimbank.it

m.craig@morganstanley.com

m.delavenere@e-multifonds.com

m.depasca@bancodinapoli.it

m.dominguez@provequity.com

m.dubois@bouwfonds.nl

m.dubois@eib.org

m.duncan@nrcl.com

m.egelie@fmo.nl

m.el.idrioui@robeco.nl

m.engelbertink@vanlanschot.com

m.engelen@zwitserleven.nl

m.fagan@hermes.co.uk

m.faroni@creberg.it

m.ferrari@romagest.it

m.fetrossi@cogefi.fr

m.fiumara@kairospartners.com

m.flaschka@frankfurt-trust.de

m.florio@promos.it

m.fullowan@fnysllc.com

m.furber@hermes.co.uk

m.g.benders@vanlanschot.com

m.gesualdi@kairospartners.com

m.ghayalod@fnysllc.com

m.giavardi@bipielle.it

m.glazener@robeco.nl

m.gualdani@aston-bond.com

m.h.de.kok@robeco.nl

m.h.de.pater@robeco.nl

m.hagens@finter.ch

m.hawtin@mwam.com

m.heiniger@robeco.ch

m.hellemons@robeco.nl

m.hersee@hermes.co.uk

m.hockley@ibj.co.uk

m.hoffman@fnysllc.com

m.holte@jyskebank.dk

m.hoppe@apoasset.de

m.horiba@aozorabank.co.jp

m.horiuchi@noemail.com

m.howley@mwam.com

m.hughes@nrcl.com

m.hungerbuehler@sgkb.ch

m.iida@ny.tr.mufg.jp

m.ikeda@noemail.com

m.ishikawa@skam.co.jp

m.isobe@meijiyasuda.co.jp

m.j.pronk@robeco.nl

## LEHMAN BROTHERS HOLDINGS INC.
### DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| m.jetzer@hsbc.guyerzeller.com | m.odagiri@ny.tr.mufg.jp |
| m.joerger@hsbc.guyerzeller.com | m.ohara@aozorabank.co.jp |
| m.johnson@mwam.com | m.okamoto@noemail.com |
| m.kakuchi@aozorabank.co.jp | m.onishi@skam.co.jp |
| m.kerssens@indoverbank.com | m.overgaard@jyskebank.dk |
| m.kiknadze@donau-bank.at | m.p.a.j.lemans@schretlen.com |
| m.kitazawa@noemail.com | m.pardo@olayangroup.com |
| m.komura@noemail.com | m.pawlukowska@sumitomotrust.co.jp |
| m.krauss@vanlanschot.com | m.pecchi@aston-bond.com |
| m.kurosumi@noemail.com | m.pedersen@nordea.com |
| m.l.hezemans@dnb.nl | m.pereboom@abp.nl |
| m.lam@morganstanley.com | m.plakman@robeco.nl |
| m.longo@iam.ch | m.polfer@bcee.lu |
| m.lopomo@comune.roma.it | m.prinsze@robeco.nl |
| m.lucas@abp.nl | m.pugnaloni@bimbank.it |
| m.luplau@jyskebank.dk | m.putschert@ubs.com |
| m.macor@bipielle.it | m.ragni@cassalombarda.it |
| m.marcello@kairospartners.com | m.reiner@fnysllc.com |
| m.martinez@fordfound.org | m.rellini@roma.bcc.it |
| m.matsuo@ny.tr.mufg.jp | m.ringger@finter.ch |
| m.matsuura@aozorabank.co.jp | m.roberts@interpolis.nl |
| m.matsuzawa@noemail.com | m.romualdi@kairospartners.com |
| m.mcdonald@easternbk.com | m.rooney@mwam.com |
| m.menko@pensioenfondsvervoer.nl | m.rossi@promos.it |
| m.miah@hermes.co.uk | m.sachsenmaier@frankfurt-trust.de |
| m.mian@danieli.it | m.salden@bloomberg.net |
| m.michel@palatine.fr | m.samuels@fnysllc.com |
| m.miyazono@noemail.com | m.sanchez@bfondos.banesto.es |
| m.mohammed@ncbc.com | m.sanders@hermes.co.uk |
| m.momberg@apoasset.de | m.sano@jahs.or.jp |
| m.morth@bcee.lu | m.santonocito@bipielle.it |
| m.motta@centrobanca.it | m.saurgnani@cassalombarda.it |
| m.mueller@ubs.com | m.schaffer@wafra.com |
| m.mueller2@vwfsag.de | m.schmit@lia-assetmanagement.lu |
| m.nagatomi@aozorabank.co.jp | m.segawa@aozorabank.co.jp |
| m.naka@bloomberg.net | m.seifelnasr@ncbc.com |
| m.nakata@mitsui.com | m.senoner@pioneerinvestments.com |
| m.nathanson@lcfr.co.uk | m.shirai@meiji-life.co.jp |
| m.nicoli@creberg.it | m.sigismondi@apioil.com |
| m.nirei@aozorabank.co.jp | m.sorani@efispa.it |
| m.nishida@noemail.com | m.steer@hermes.co.uk |
| m.noguchi@aozorabank.co.jp | m.strating@robeco.nl |
| m.oberdorfer@staedtische.co.at | m.suharnanto@bi.go.id |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| m.takada@aozorabank.co.jp | m_hale@ml.com |
| m.takami@jahs.or.jp | m_hayashi@nam.co.jp |
| m.takano@noemail.com | m_higgins@putnam.com |
| m.takatani@noemail.com | m_j_abata@putnam.com |
| m.tanaka@noemail.com | m_leighton@putnam.com |
| m.tetzlaff@apoasset.de | m_maccarran@putnam.com |
| m.thetaz@iam.ch | m_matsumoto@scl.co.jp |
| m.thivant@macsf.fr | m_nakatani@nam.co.jp |
| m.tojo@noemail.com | m_novoa@bancourquijo.es |
| m.trabaldo@cassalombarda.it | m_oshima@nam.co.jp |
| m.uboldi@centrobanca.it | m_rastaldi@bankaudi.ch |
| m.uno@noemail.com | m_sainz@bancourquijo.es |
| m.van.der.kroft@robeco.nl | m_scafati@putnam.com |
| m.van.lent@robeco.nl | m_yamada@nam.co.jp |
| m.van.voorst@robeco.nl | m_yamaguchi@nam.co.jp |
| m.vandiesen@vanlanschot.nl | m1.harada@aozorabank.co.jp |
| m.vaniglia@bipielle.it | m1b@americancentury.com |
| m.vanoosten@raborobecobank.lu | m2p@americancentury.com |
| m.vantol@bloomberg.net | m2-suzuki@ioi-sonpo.co.jp |
| m.vantol@kairospartners.com | m6byrne@bloomberg.net |
| m.vasilache@aozora-invmgmt.com | m8m@americancentury.com |
| m.veling@zwitserleven.nl | ma4-tanabe@ja-kyosai.or.jp |
| m.vijver@shell.com | maachon@gruposantander.com |
| m.villa@bpci.it | maaliw@kia.gov.kw |
| m.villani@bimsgr.it | maalma@mapfre.com |
| m.voller@dial.pipex.com | maanie.hamzaee@nisanet.com |
| m.ward@qic.com | maaria.kettunen@keva.fi |
| m.wassmer@finter.ch | maarten.cleppe@dexia.be |
| m.weston@hermes.co.uk | maarten.roest@nl.abnamro.com |
| m.whittaker@hermes.co.uk | maarvig@absig.com |
| m.wiggins@adic.ae | maayan.sabo@be.gm.com |
| m.wu@dpfs.nl | mab.eu@adia.ae |
| m.yamda@noemail.com | mab.ie@adia.ae |
| m.yanagi@aozorabank.co.jp | mab.na@adia.ae |
| m.yasuoka@noemail.com | mab@nbim.no |
| m.yoshiike@noemail.com | mabel_c_yu@vanguard.com |
| m.zandbergen@robeco.nl | mabr08@handelsbanken.se |
| m.zingoni@easternbk.com | mabrams@presidentiallife.com |
| m.zwanenburg@robeco.nl | mabrenna@ibtco.com |
| m_beato@bancourquijo.es | mabrut_jean-francois@accor.fr |
| m_bouriss@bloomberg.net | mabutler@wellington.com |
| m_castellano@ml.com | mac.livingston@evergreeninvestments.com |
| m_haggerty@dsbiusa.net | mac92@sscinc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

maccone_richard@jpmorgan.com

maccroryp@gruntal.com

mace01@handelsbanken.se

macey.jd@tbcam.com

macfukimo@yahoo.com.tw

macgregorjw@bernstein.com

macharva.t.lucas@columbiamanagement.com

machetti.claudio@enel.it

machiko.ichikawa@lehman.com

machino@nam.co.jp

machonddjm@usabancshares.com

maciej.cierpka@inginvestment.com

maciej.ombach@bankofamerica.com

maciej.rygiel@janus.com

maciej.woznica@carval.com

mackand@ms.com

mackenzie.alpert@funb.com

mackereth.ruckman@aoltw.com

mackerman@babsoncapital.com

macl01@handelsbanken.se

maclean@aigfpc.com

maclennan.alyson@ntrs.com

macnultya@bloomberg.ne

maco@danskecapital.com

macollins@cazenove.com

macook@bankofny.com

macrawford@statestreet.com

macrina.otieno@ubs.com

macs@bernstein.com

macvicar_ramont@freddiemac.com

mad@huffcompanies.com

mad1@bloomberg.net

madams@countryclubbank.com

madams@frk.com

madams@westernasset.com

maddalena.citterio@capitalia.it

maddalena.liccione@interdin.com

maddie.bhonsle@glgpartners.com

maddy@agfirst.com

madelan.p.m@hsbc.com.hk

madeleine.hofmann@juliusbaer.com

madelene.pegrari@db.com

madeline.forrester@threadneedle.co.uk

madeline.matias@wedbush.com

madeline.vargas@pacificlife.com

madeline.wong@fmr.com

madeline.y.wu@wellscap.com

madeline_dobson@blackrock.com

madelmann@denveria.com

madelon.moorlag@ingim.com

madeluca@household.com

madelynliew@gic.com.sg

madelynn.matlock@huntington.com

maderb@atag.com

maderk@nationwide.com

madhavir@csccu.com

madhu_arumugham@ssga.com

madhusudan.bagree@alliancebernstein.com

madhusudan.mohanty@bis.org

madina.dandoy@electrolux.se

madison.tse@bbh.com

madl@capgroup.com

madlen.thonhauser@hapsa.de

madmony.m@fibi.co.il

madoka.tamura@schroders.com

madrien@ifc.org

mads.fredsgaard@nordea.com

mads.ibsen@nordea.com

mads.jacobsen@danskebank.dk

mads.palsvig@hvbasia.com

mads.simonsen@amagerbanken.dk

mae.hill@huntington.com

mae.tr@adia.ae

maejima@daiwasbi.co.jp

maekawa@daiwasbi.co.jp

maekawa_masahiko@zn.smbc.co.jp

mael.nagat@externe.bnpparibas.com

mael10@handelsbanken.se

maelim@temasek.com.sg

maer22@handelsbanken.se

maes.van.lanschot@ingim.com

maeve.carty@fid-intl.com

maeve.obrien@chase.com

maevemoran@angloirishbank.ie

maf.na@adia.ae

maf7@notes.ntrs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mafalda.oliveira@bcp.pt
maflaherty@wellington.com
maga02@handelsbanken.se
magali.azemabarac@aig.com
magali.berla@lombardodier.ch
magali.matagne@dexia-am.com
magand@nationwide.com
magaro@rentec.com
magarwala@ftci.com
magazzotti@bloomberg.net
magda.branet@axa-im.com
magda.kmiecik@usbank.com
magdalena.jantea@ingim.com
magdalena.machura@bph.pl
magdalena.wasowicz@rcm.at
magdalene.chuahl@uobgroup.com
magdalene.yee@pimco.com
magdalene_miller@standardlife.com
magdsick@mecklenburgische.de
magestd@nationwide.com
maggi@zuam.ch
maggie.bekele@pimco.com
maggie.haskell@fmr.com
maggie.li@inginvestment.com
maggie.nguyen@ceridian.com
maggie.yeo@credit-suisse.com
maggie.yuen@highbridge.com
maggietu@cmcnet.com.tw
maggieyc@cathaylife.com.tw
maggigio@gestielle.it
maggiolie@bpn.it
magician@kdb.co.kr
magjimenez@gruposantander.com
magne.myrmo@nordea.com
magne.slordahl@fokus.no
magne.solberg@gjensidige.no
magne.valen-sendstad@klp.no
magne@tmgchicago.com
magnus.angenfelt@brummer.se
magnus.bakke@swedbankrobur.se
magnus.carlsson@seb.se
magnus.eriksson@ap3.se
magnus.froblom@dnb.se

magnus.harju@dnbnor.com
magnus.hedin@seb.se
magnus.henjeby@swedbankrobur.se
magnus.hildingsson@icgplc.co.uk
magnus.hillerstrom@brummer.se
magnus.jacobsson@robur.se
magnus.karlsson@dnb.se
magnus.larsson@nordea.com
magnus.leijon@swedbank.se
magnus.lilja@seb.se
magnus.lilje@seb.se
magnus.lindholm@seb.se
magnus.ljungblad@swedbank.se
magnus.mertin@hsh-nordbank.com
magnus.ohlen@scania.com
magnus.paterson@rlam.co.uk
magnus.rostlund@amfpension.se
magnus.sjoberg@amfpension.se
magnus.soderblom@brummer.se
magnus.stenberg@nordea.com
magnus.ward@seb.se
magnus@rpm.se
magnuskjellin@compuserve.com
mags.arrow@commerzbankib.com
magtan@bloomberg.net
mah.tr@adia.ae
mah.tr@adia.tr
mahaa@kia.gov.kw
mahalu.r@fibi.co.il
mahara@dl.dai-ichi-life.co.jp
maharris@bokf.com
ma-hatori@ja-kyosai.or.jp
mahavira.chang@email.chinatrust.com.tw
mahdi.khouadja@erstebank.at
mahen@bnm.gov.my
maher.mansour@db.com
maher.yaghi@standardlife.ca
maher.z@dreyfus.com
mahesh.bp@fmr.com
mahesh.murarka@tuck.dartmouth.edu
mahesh.sankaran@53.com
mahesh_cholakar@manulifeusa.com
mahesh_konda@ssga.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mahesh_vel@ssga.com | mairi.main@swip.com |
| maheshj@mcm.com | maisa.badawy@fmr.com |
| maheshwr@wpginvest.com | maisienicholls@wessexam.co.uk |
| mahmed@massmutual.com | maisy.ang@hsbcpb.com |
| mahmood.alaradi@nbad.com | maj.cdu@adia.ae |
| mahmood.fekri@gibbah.com | maj.ef@adia.ae |
| mahmood.jumabhoy@dzbank.de | maj@bpi.pt |
| mahmood.zewam@arabbanking.com | maja.sieber@credit-suisse.com |
| mahmoud.sharaf@fmr.com | maja.x.sala@jpmorgan.com |
| mahmoud_elshaer@swissre.com | majan@sgrf.gov.om |
| mahnaz.rashidi@allianzgi.com | majda.rainer@marks-and-spencer.com |
| mahnaz.sharif@aegon.co.uk | majeed.al-abduljabbar@samba.com |
| maho_tsukahara@tr.mufg.jp | majid.a.al-suwaigh@riyadbank.com |
| maholles@chevychasebank.net | majid.khan@threadneedle.co.uk |
| mahran.najeeb@bmb.com.bh | majorie.yamvrias@threadneedle.co.uk |
| mahtani@bloomberg.net | majw@capgroup.com |
| mahua.banerjee@inginvestment.com | mak@nationwide.com |
| mahy01@handelsbanken.se | mak333@cornell.edu |
| mai.heffernan@pnc.com | mak3rd@bloomberg.net |
| mai.her@fmr.com | maka13@handelsbanken.se |
| mai.kitakaze@daiwausa.com | makado_akira@intec.co.jp |
| mai.vo@caam.com | makaffou@groupama-am.fr |
| maia.babbs@janus.com | ma-kanamori@ja-kyosai.or.jp |
| maida.lagmay-polanco@db.com | makasaka@bloomberg.net |
| maierm@fhlbsf.com | ma-kawai@yasuda-life.co.jp |
| maik.ohm@wmam.com | makber@europeancredit.com |
| maik.schulze@lbbw.de | makenasdteam@bnymellon.com |
| maike.metzner@activest.de | makhlos@polaroid.com |
| mail@ceresiobank.com | makhover@guta.ru |
| mail@epsilonfunds.com | maki.kamiya@db.com |
| mail@roche-olten.ch | maki.ohnuma@baring-asset.com |
| maile_robichaud@ssga.com | maki-iijima@am.mufg.jp |
| maillj@nuveen.com | maki-ishikoso@mitsubishi-trust.co.jp |
| mailto: albert.ip@citicorp. com | makiko.dodo@pimco.com |
| mailto:cfai@bankofny.com | makiko.zuercher@claridenleu.com |
| mailto:henry@bancaintesa.com.hk | makiko_sawamura@mitsubishi-trust.co.jp |
| maimouna.nda-amoikon@caam.com | makino@dl.dai-ichi-lilfe.co.jp |
| main@mcsbank.com | makis.kaketsis@fandc.com |
| mainge@tiaa-cref.org | makis.ktetsis@db.com |
| maiqbal@bloomberg.net | makis.maketsis@db.com |
| mairead.hall@pfizer.com | mako02@handelsbanken.se |
| maire-laure.chandumont@sgcib.com | makong@bankofny.com |
| mairi.hall@juliusbaer.com | makoto.miyazaki@uk.mufg.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| makoto.nishino@mizuho-bk.co.jp | malcolm_smith@vanguard.com |
| makoto.saitou-3@boj.or.jp | malcolmwong@gic.com.sg |
| makoto.sakaguchi@janus.com | malde@adelphi-capital.com |
| makoto.sugiki@ibjbank.co.jp | maleho.mothibatsela@jpmorganfleming.com |
| makoto_aratake@mitsubishi-trust.co.jp | malek.boudiab@juliusbaer.com |
| makoto_emoto@yamaguchibank.co.jp | malek_letaief@ml.com |
| makoto_inoue@orix.co.jp | malekh@nbk.com |
| makoto_takemiya@mitsui-seimei.co.jp | malemao@servibanca.pt |
| makoto_uemura@mtam.co.jp | malemi@fhlbdm.com |
| makoto_uemura@tr.mufg.jp | malene@bloomberg.net |
| makoto-ito@am.mufg.jp | maleneforup@gic.com.sg |
| mal@sitinvest.com | maleyc1@nationwide.com |
| mal9@ntrs.com | malgorzata.b.wegrzynowska@jpmorganfleming.com |
| mala.mistry@jpmorgan.com | malgorzata.cisek@uk.bnpparibas.com |
| mala61@handelsbanken.se | malgorzata.kaminski@credit-suisse.com |
| malali@gic.com.kw | malgorzata.piekarska@dit.de |
| malanbay@dow.com | malguzzi@gestielle.it |
| malasousi@kio.uk.com | mali@gic.com.sg |
| malave_vivian@jpmorgan.com | mali81@handelsbanken.se |
| malb@capgroup.com | malick.niang@axa-im.com |
| malbert@voyageur.net | malika.gulabani@fandc.com |
| malbrecht@mfs.com | malika.kourdi@axa-im.com |
| malcaide@notes.banesto.es | malika.muhammad@barcap.com |
| malcazar@invercaixa.es | malikowski.j@tbcam.com |
| malcolm.dalrymple@prudential.com | malin.schlebusch@ubs.com |
| malcolm.david.smith@uk.abnamro.com | malin_nairn@standardlife.com |
| malcolm.hawkes@ubs.com | malin002@mail.genmills.com |
| malcolm.jones@standardlife.com | malinda_h_distefano@bankone.com |
| malcolm.kemp@threadneedle.co.uk | malini_belani@ssga.com |
| malcolm.lochhead@alliancebernstein.com | maljadaani@saib.com.sa |
| malcolm.macdonald@aib.ie | maljasser@sama.gov.sa |
| malcolm.mcdonald@blackrock.com | malkeet.dhaliwal@rabobank.com |
| malcolm.morris@bescl.co.uk | malkharafi@kio.uk.com |
| malcolm.mortimer@ubs.com | malkhoori@adia.co.uk |
| malcolm.murray@sgam.co.uk | mallater@sdm.cic.fr |
| malcolm.oates@morleyfm.com | mallemann@pictet.com |
| malcolm.pratt@db.com | mallen@lordabbett.com |
| malcolm.reid@swip.com | mallikarjunh@ambaresearch.com |
| malcolm.smith@barclaysglobal.com | mallison@eatonvance.com |
| malcolm.taylor@gibuk.com | mallison@fciadvisors.com |
| malcolm.todd@insightinvestment.com | mallman@husic.com |
| malcolm.white@lgim.co.uk | mallory.middaugh@citadelgroup.com |
| malcolm_park@scotiacapital.com | mally@bloomberg.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| malmers@ford.com | manda.messing@citadelgroup.com |
| malnak@willcapmanagement.com | manda.narvekar@morganstanley.com |
| maloneye@vankampen.com | m-anda@nochubank.or.jp |
| malonsog@camamadrid.es | mandeep.manku@db.com |
| malte.kleindiek@provinzial.com | mandeep.sachdeva@citicorp.com |
| malte.stoeckhert@nordlb.com | mandelljr@bernstein.com |
| malte.wurm@dexia.de | mandersen@hapoalimusa.com |
| maltenau@sarofim.com | manderson@deerfieldcapital.com |
| maltman@cicny.com | mandreas@bloomberg.net |
| malykhin@vtb.ru | mandrekar@bessemer.com |
| malym@vankampen.com | mandrews@aflac.com |
| mam.na@adia.ae | mandrews@cwhenderson.com |
| mam@bankinvest.dk | mandringa@spfbeheer.nl |
| mama20@handelsbanken.se | mandy.anger@lionhart.com |
| mamat@cajamadrid.es | mandy.coatsworth@threadneedle.co.uk |
| mamato@oppnheimerfunds.com | mandy.lam@alliancebernstein.com |
| mamato1@bloomberg.net | mandy.lehto@drkw.com |
| mamberson@russell.com | mandy.norton@bankofamerica.com |
| mambrose@federatedinv.com | mandy.pike@aberdeen-asset.com |
| mamert.risch@lgt.com | mandy.tam@sumitomobank.com.hk |
| mami.tazaki@jp.abnamro.com | mandy_lai@dell.com |
| mamoon.hussain@aberdeen-asset.com | mandychen@tcb-bank.com.tw |
| mamooney@bloomberg.net | maneely@wellington.com |
| mamorales@ahorro.com | maneesh.jain@usa.dupont.com |
| mamoru.ashimoto@shinseibank.com | manfred.bauer@db.com |
| mamoru-oizumi@am.mufg.jp | manfred.bier@commerzbank.com |
| mamrina@kkb.kz | manfred.bohn@credit-suisse.de |
| man.y.fong@jpmorgan.com | manfred.buechler@credit-suisse.com |
| man@gr.dk | manfred.burdis@erstebank.at |
| manabe@nomail.com | manfred.caesar@oppenheim.de |
| manabu.nagano@tokyostarbank.co.jp | manfred.dinges@naspa.de |
| manabu.tamaru@barings.com | manfred.eisenhuth@sffs.siemens.de |
| manabu_matsumoto@suntory.co.jp | manfred.eisenhuth@siemens.com |
| manabu_takano@tr.mufg.jp | manfred.erne@db.com |
| manadil@frk.com | manfred.gridl@sarasin.ch |
| ma-nakamura@taiyo-seimei.co.jp | manfred.guth@deka.de |
| manami_kondo@capgroup.com | manfred.hartl@sfs.siemens.de |
| manas.satapathy@ubs.com | manfred.heller@bawag.com |
| manasa.rao@alliancebernstein.com | manfred.koch@ecb.int |
| manav.vijay@fmr.com | manfred.kremer@ecb.int |
| manavy@blackrock.com | manfred.lam@fortisinvestments.com |
| mancio@bloomberg.net | manfred.lehmann@us.nestle.com |
| manda.damjanic@lazard.com | manfred.malaschewski@lampebank.de |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| manfred.neuwirth@erstebank.at | manlio.liprino@antonveneta.it |
| manfred.oedingen@amb.de | manmohan.patil@morganstanley.com |
| manfred.rack@bawag.com | mann@skba.com |
| manfred.reichholf@rvs.at | mannucci@mpsgr.it |
| manfred.rupps@sparkassenversicherung.de | mannus.stolk@eu.effem.com |
| manfred.skibowski@amgam.de | manny_hochadel@hvbamericas.com |
| manfred.steyer@lrp.de | manny_weiss@putnam.com |
| manfred.stiller@postbank.de | mannypatel_2000@yahoo.com |
| manfred.teige@concordia.de | manoj.gupte@morganstanley.com |
| manfred.zourek@sparinvest.com | manoj.karia@tres.bnc.ca |
| manfred@bloomberg.net | manoj.mistry@rbc.com |
| manfred_puffer@westlb.de | manoj.rengarajan@prudential.com |
| manfred_wolf@hvbamericas.com | manoj.shinde@ge.com |
| manfredi.rosso@it.zurich.com | manoj_k_singh_svp@freddiemac.com |
| manfredi.senni@capitalia-am.com | manoj_kapai@putnam.com |
| manfredo.sanbonifacio@moorecap.co.uk | manolita.brasil@prudential.com |
| manfredo.volterra@capitalia-am.com | manolo.pedrini@rabobank.com |
| mangala.prakash@db.com | manon.bastian@lri.lu |
| mangasj@nationwide.com | manon.georga@threadneedle.co.uk |
| manglani@apollodif.com | manon.hazelhof@unilever.com |
| manh.pham@sunlife.com | mans.carlson@brummer.se |
| mani.sabapathi@prudential.com | manso.alfonso@aegon.es |
| manila.sisamouth@wellsfargo.com | mansour.benkreira@wachovia.com |
| maniseng.m.sisamouth@jpmorgan.com | mantellassi.laura@enel.it |
| manish.gautam@everbank.com | mantonini@rwbaird.com |
| manish.goyal@tiaacref.com | mantrey@wooribank.com |
| manish.k.agarwal@morganstanley.com | manu.kumar@deshaw.com |
| manish.kejriwal@temasek.com | manu_arora@ml.com |
| manish.peshawaria@uk.calyon.com | manuel.blanco@bnpparibas.com |
| manish.rachhoya@credit-suisse.com | manuel.borrajo@effcu.org |
| manish.shah@nationwide.co.uk | manuel.canas@ingim.com |
| manish.sinha@uk.nomura.com | manuel.courau@cnp.fr |
| manish_garg@freddiemac.com | manuel.delossantos@bmo.com |
| manish_patel@putnam.com | manuel.filipe.silva@cgd.pt |
| manisha.patel@juliusbaer.com | manuel.g_osorno@grupobbva.com |
| manisha.sharma@lasallegts.com | manuel.gadient@vontobel.ch |
| manishjayswal@gic.com.sg | manuel.gcid@grupobbva.com |
| manja.sammler@dzbank.de | manuel.hayes@pimco.com |
| manjerovicg@publicfm.com | manuel.kaus@fraspa1822.de |
| manjunath.boraiah@barclaysglobal.com | manuel.matt@vpbank.com |
| mankafai@gic.com.sg | manuel.metral@lodh.com |
| mankatsu@dl.dai-ichi-life.co.jp | manuel.pareja@barclays.co.uk |
| manleywong@hsbc.com.hk | manuel.pellanda@bsibank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| manuel.pozzi@passbanca.it | maprahamian@bankofny.com |
| manuel.prenant@dexiamfr-dexia.com | mar.bande@fonditel.es |
| manuel.preto@bsnp.pt | mar.matilla@grupobbva.com |
| manuel.riobo@ubs.com | mar15@ntrs.com |
| manuel.ritter@claridenleu.com | mara.bolis@ny.frb.org |
| manuel.russon@wpginvest.com | mara.morandi@bsibank.com |
| manuel.schemann@helaba.de | mara.nardi@banca.mps.it |
| manuel.seifert@db.com | mara_c_fowler@notes.ntrs.com |
| manuel.streiff@lodh.com | mara_crulci@generali.com |
| manuel.tenekedshijew@db.com | maradi@investcorp.com |
| manuel.terreault@hsbcpb.com | marc.abraham@bankofamerica.com |
| manuel.vaid@rzb.at | marc.abrahams@investecmail.com |
| manuel.villa@grupobbv.com | marc.aebli@ubs.com |
| manuel.wegmann@citigroupo.com | marc.aellen@bcv.ch |
| manuela.aschauer@rzb.at | marc.ahrens@db.com |
| manuela.banfi@intesasanpaolo.com | marc.ampaw@morganstanley.com |
| manuela.jordan-sima@rzb.at | marc.andral@caam.com |
| manuela.maccia@bnpparibas.com | marc.archambault@ris.com |
| manuela.mette@lrp.de | marc.arnold@credit-suisse.com |
| manuela.molnar@rzb.at | marc.aubert@bnpparibas.com |
| manuela.novati@bpmsgr.it | marc.aylett@barcap.com |
| manuela.sassoli@capitalia-am.com | marc.b.sprung@db.com |
| manuela.stiefel@wuestenrot.de | marc.barbe@lloydsbank.ch |
| manuela.strauch@kfw.de | marc.basselier@axa-im.com |
| manuela.sulmoni@bsibank.com | marc.bauer@wuerttembergische.de |
| manuela.thies@cominvest-am.com | marc.beale@blackrock.com |
| manuela.woletz@dekabank.de | marc.bentin@bis.org |
| manuela@oneinvest.ch | marc.beulke@thrivent.com |
| manuele.moi@pioneeraltinvest.com | marc.bicheler@ubs.com |
| manus.curran@ibtco.com | marc.boetschi@rbscoutts.com |
| manus.stapleton@barclaysglobal.com | marc.boettinger@dws.com |
| manvendra.gupta@barclaysglobal.com | marc.bolle@dexia-am.com |
| manwinsidhu@gic.com.sg | marc.bollet@lodh.com |
| manyems@nationwide.com | marc.borghans@abnamro.com |
| manzini@mpsgr.it | marc.both@ubs.com |
| mao@fideuramgestions.lu | marc.bounini@cnce.caisse-epargne.fr |
| ma-omori@ja-kyosai.or.jp | marc.breij@nl.abnamro.com |
| ma-onodera@ja-kyosai.or.jp | marc.bruetsch@sl-am.com |
| map.tr@adia.ae | marc.buchli@ubs.com |
| map@sitinvest.com | marc.burge@lodh.com |
| mapictet@pictet.com | marc.burkhard@postbank.de |
| mapletoftbj@hagemeyer.com | marc.campi@bnpgroup.com |
| mappleton@rnt.com | marc.caretti@rcm.at |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| marc.celestino@ibtco.com | marc.henrard@bis.org |
| marc.cheatham@firstunion.com | marc.herres@wmam.com |
| marc.clemens@lbsh-int.lu | marc.herrmann@ubs.com |
| marc.comasky@lloydstsb.co.uk | marc.hocks@oppenheim.de |
| marc.coumeri@alliancebernstein.com | marc.hollistein@bcge.ch |
| marc.cox@fandc.com | marc.hurley@sunlife.com |
| marc.creatore@highbridge.com | marc.jungi@hyposwiss.ch |
| marc.crespi@morganstanley.com | marc.kaenzig@claridenleu.com |
| marc.daniel.heinz@seb.de | marc.kasher@aig.com |
| marc.de_font-reaulx@alcatel.fr | marc.keller@juliusbaer.com |
| marc.defilippi@lloydsbank.ch | marc.kersten@dws.de |
| marc.denjean@ubs.com | marc.knowles@barclaysglobal.com |
| marc.descamps@bnpparibas.com | marc.kraemer@dzbank.de |
| marc.desligneris@bnpparibas.com | marc.krusko@us.standardchartered.com |
| marc.dobson@compassbnk.com | marc.leaver@standardchartered.com |
| marc.e.dolfman@jpmchase.com | marc.leonio@socgen.com |
| marc.e.goldberg@disney.com | marc.lessenich@oppenheim.de |
| marc.eggler@claridenleu.com | marc.libourel@ca-suisse.com |
| marc.eichinger@bbl.fr | marc.litzler@calyon.com |
| marc.engels@puilaetco.be | marc.loomis@schwab.com |
| marc.ernaelsteen@hsbcdewaay.be | marc.lowenthal@fmr.com |
| marc.escott@lloydstsb.co.uk | marc.luongo@soros.com |
| marc.field@lehman.com | marc.maenner@activest.de |
| marc.fohr@eurizoncapital.lu | marc.mander@barclaysglobal.com |
| marc.foss@dubaiic.com | marc.masini@fmr.com |
| marc.freudenberg@hvb.de | marc.mattes@zkb.ch |
| marc.gallet@interbrew.com | marc.mcdonald@db.com |
| marc.gemoets@bdg.ch | marc.meier@sl-am.com |
| marc.genovese@rabobank.com | marc.moonens@fortis.com |
| marc.geredes@fffc.com | marc.munfa@morganstanley.com |
| marc.goldwyn@rbccm.com | marc.munz@lloydsbank.ch |
| marc.gorr@db.com | marc.norden@credit-suisse.com |
| marc.granjean@claridenleu.com | marc.nuijten@pggm.nl |
| marc.green@rsa-al.gov | marc.oehen@corner.ch |
| marc.griesche@db.com | marc.ohayon@barclayscapital.com |
| marc.grouvel@bnpparibas.com | marc.p.miller@db.com |
| marc.guiot@bdl.lu | marc.paasch@sgam.com |
| marc.h.glaser@jpmorganfleming.com | marc.paquot@is.belgacom.be |
| marc.haenni@vontobel.ch | marc.pavese@genworth.com |
| marc.haestier@gazdefrance.com | marc.peelen@fortis.com |
| marc.halbroth@lrp.de | marc.petrocochino@uk.mizuho-sc.com |
| marc.harrington@fandc.com | marc.pinto@janus.com |
| marc.heimeroth@postbank.de | marc.polydor@hsbc.guyerzeller.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marc.reboule@calyon.com
marc.regenbaum@nb.com
marc.roehder@rewe.de
marc.rollmann@bgl.lu
marc.romano@caam.com
marc.rose@csam.com
marc.rovers@blackrock.com
marc.rubin@graffenried-bank.ch
marc.rudajev@morganstanley.com
marc.ryszfeld@bred.fr
marc.salant@db.com
marc.salaun@federal-finance.fr
marc.sattler@kfw.de
marc.sauter@csprivateadvisors.com
marc.scanlon@citadelgroup.com
marc.schack@hsh-nordbank.co.uk
marc.schartz@fortis.lu
marc.schneidau@silvantcapital.com
marc.schuerer@claridenleu.com
marc.schulthess@zkb.ch
marc.serafin@citadelgroup.com
marc.serafini@barep.com
marc.shivers@tudor.com
marc.siebel@westam.com
marc.slakmon@barcap.com
marc.sormanie@lombardodier.ch
marc.speeckaert@is.belgacom.be
marc.sullivan@ppmamerica.com
marc.tassenoe@ing.be
marc.thamm@juliusbaer.com
marc.truyts@dexia-am.com
marc.van.gaalen@fortisinvestments.com
marc.van.loo@ingim.com
marc.vanderbergh@morleyfm.com
marc.vandeweijenberg@sns.nl
marc.vangeit@ing.be
marc.vappiani@ikano.lu
marc.velan@credit-suisse.com
marc.vereecke@hk.fortis.com
marc.verstrate@tractebel.be
marc.vesecky@citadelgroup.com
marc.viswanatha@lbbw.de
marc.wait@fidelity.com

marc.wasserfallen@credit-suisse.com
marc.weibel@db.com
marc.weibel@zas.admin.ch
marc.weingart@hvb.de
marc.weiss@lrp.de
marc.wemple@nwa.com
marc.wettmer@juliusbaer.com
marc.wiers@ucb-group.com
marc.winter@ubs.com
marc.wullschleger@mail.snecma.fr
marc.wydler@helvetiapatria.ch
marc.wyss@ruedblass.ch
marc.zieger@credit-suisse.de
marc.zimman@highbridge.com
marc@americanfundadvisors.com
marc_baker@fanniemae.com
marc_bourzutschky@fanniemae.com
marc_buchanan@mfcinvestments.com
marc_doss@ustrust.com
marc_dupuy@coface.com
marc_fussbahn@hvbamericas.com
marc_fussteig@swissre.com
marc_j_cohen@westlb.com
marc_laflamme@ssga.com
marc_lecointe@aviva.fr
marc_lindquist@putnam.com
marc_moehr@westlb.co.uk
marc_radice@swissre.com
marc_scott@americancentury.com
marc_toucette@ssga.com
marc_touchette@ssga.com
marc_van_der_maale@deltalloyd.nl
marc_weiden@sfmny.com
marc_zupicich@scudder.com
marcabraham@babsoncapital.com
marc-albert.michaud@morganstanley.com
marc-alexander.kniess@dws.de
marc-ali.benabdallah@caam.com
marc-antoine.cottet@hsbcpb.com
marc-antoine.haudenschild@credit-suisse.com
marcb@microsoft.com
marcc@moorecap.com
marc-christian.c.heitzer@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| marcel.bahoshy@barclaysglobal.com | marcel.zimmermann@snb.ch |
| marcel.bartholdi@bve.ch | marcel_butzke@generali.com |
| marcel.bessent@citadelgroup.com | marcel_morisse@westlb.co.uk |
| marcel.bleser@lbbw.de | marcela.meirelles@tcw.com |
| marcel.blom@blueskygroup.nl | marcela_zeman@baa.co.uk |
| marcel.blom@meespierson.com | marcella.bellucci@meliorbanca.it |
| marcel.briggen@ubs.com | marcelle.j.yunesletayf@jpmorganchase.com |
| marcel.burtscher@rzb.at | marcellina.bazzo@notes.electrolux.it |
| marcel.cassard@db.com | marcello.bartucci@citadelgroup.com |
| marcel.de.koning@ingim.com | marcello.bertoldi1@bancaintesa.it |
| marcel.derushe@compassbank.com | marcello.bertolini@enifin.eni.it |
| marcel.dousse@boccard.ch | marcello.betto@popso.it |
| marcel.dubbeld@nl.abnamro.com | marcello.cerati@bancaakros.it |
| marcel.eggimann@graffenried-bank.ch | marcello.civitella@bgsgr.it |
| marcel.egli@ubs.com | marcello.deluca@banca.mps.it |
| marcel.fleisch@vpbank.com | marcello.esposito@pioneerinvest.it |
| marcel.heini@lodh.com | marcello.musio@zkb.ch |
| marcel.huber@ubs.com | marcello.solida@bve.ch |
| marcel.husmann@nl.abnamro.com | marcello.terraneo@sanpaoloimi.it |
| marcel.keller@claridenleu.com | marcello.vitale@banca.mps.it |
| marcel.kellerhals@panalpina.com | marcello@bpintra.it |
| marcel.krebs@juliusbaer.com | marcello_morini@yahoo.com |
| marcel.kunzler@cs.com | marcellus.fisher@pimco.com |
| marcel.luechinger@bsibank.com | marcelo.assalin@inginvestment.com |
| marcel.lutz@credit-suisse.com | marcelo.castro@br.bnpparibas.com |
| marcel.nellen@ubs.com | marcelo.garcia@novartis.com |
| marcel.onclin@philips.com | marcelo.guifrida@br.bnpparibas.com |
| marcel.pattiradjawane@ingim.com | marcelo.lopez@gartmore.com |
| marcel.preisach@allianzgi.de | marcelo.martinelli@bcb.gov.br |
| marcel.progin@ubs.com | marcelo.sanchez@ecb.europa.eu |
| marcel.riedener@zkb.ch | marcelo_teixeira@freddiemac.com |
| marcel.rohner@ubs.com | marcfreeman@argyle-investment.com |
| marcel.romer@lodh.com | marchanille.folley@prudential.com |
| marcel.schibli@csam.com | marchant@bloomberg.net |
| marcel.schnyder@lgt.com | marches@vankampen.com |
| marcel.schroder@schroders.com | marchesiello@mpsgr.it |
| marcel.sieger@winterthur.ch | marchlon@bloomberg.net |
| marcel.thieliant@credit-suisse.com | marci.kerr@pnc.com |
| marcel.vanschelvergem@dexia-am.com | marci.steinberg@columbiamanagement.com |
| marcel.watzdorf@muenchenerhyp.de | marci_goasdone@putnam.com |
| marcel.wespi@ubs.com | marcia.banks@citadelgroup.com |
| marcel.wittwer@credit-suisse.com | marcia.clark@pimco.com |
| marcel.wyss@claridenleu.com | marcia.harlow@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

marcia.hoover@pncadvisors.com
marcia.meeker@aibny.com
marcia.michitsch@csam.com
marcia.rothschild@americas.bnpparibas.com
marcia.ryder@usbank.com
marcia_i_miller@fanniemae.com
marcia_j_byrne@fleet.com
marcia_s_bean@fleet.com
marcie.knittel@nationalcity.com
marcil.andre-richard@hydro.qc.ca
marcin.adamczyk@ie.dexia.be
marcin.drohomirecki@citigroup.com
marcin.fieika@activest.de
marcin.kopaczynski@erstebank.at
marcin.maj@rzb.at
marcin.mrowiec@bph.pl
marcin_zdunek@acml.com
marcio.ayrosa@bcb.gov.br
marcio.barbosa@philips.com
marcio.mattos@bcb.gov.br
marckai.freitag@apobank.de
marcl@jyskebank.dk
marclevine@babsoncapital.com
marco.accorroni@arnerbank.ch
marco.accorsi@bancaakros.it
marco.aliprandi@bpbassicurazioni.it
marco.arcelli@enel.it
marco.aschieri@ubm.it
marco.avanzobarbieri@westernasset.com
marco.baglione@steinonline.it
marco.bargel@depfa.com
marco.barreca@claridenleu.com
marco.barresi@lodh.com
marco.bartolomei@symphonia.it
marco.bartolucci@claridenleu.com
marco.bellini@azimut.it
marco.bense@db.com
marco.bider@cial.ch
marco.biglia@ing.be
marco.birch@moorecap.com
marco.birg@oppenheim.de
marco.boldrin@bsibank.com
marco.botta@claridenleu.com

marco.bottinelli@bsibank.com
marco.bramati@mediolanum.it
marco.caban@fhlbny.com
marco.cabrini@capitalia-am.com
marco.caderas@ch.abb.com
marco.campana@bsibank.com
marco.campana@corner.ch
marco.cappelleri@bgsgr.it
marco.carraro@blackrock.com
marco.casalino@geva.fiatgroup.com
marco.casartelli@bsibank.com
marco.cassani@arcafondi.it
marco.cecchi@pioneerinvest.it
marco.colautto@bpm.it
marco.cortes-borgmeyer@dws.com
marco.covelli@ersel.it
marco.curti@zkb.ch
marco.decaprio@mpsgr.it
marco.demicheli@sai.it
marco.di.santo@mps.co.it
marco.di_liberto@baloise.ch
marco.dolci@bsibank.com
marco.dorazio@sarasin.ch
marco.doria@gruppobim.it
marco.duenkeloh@sebam.de
marco.eng@ubs.com
marco.engesser@cs.com
marco.estermann@ubs.com
marco.fattore@bancaditalia.it
marco.ferrari@bsibank.com
marco.ferrario@bpm.it
marco.fischer@hlaba.de
marco.fischer@hshn-securities.com
marco.flisi@juliusbaer.com
marco.foglia@bsibank.com
marco.freihofer@credit-suisse.com
marco.freitag@kfw.de
marco.funto@ubm.it
marco.gabriel@claridenleu.com
marco.gadola@hero.ch
marco.galli@ubs.com
marco.gastaldi@sanpaoloimi.com
marco.gastoni@bancaintesa.it

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| marco.ghiringhelli@rmf.ch | marco.nicoletti@passbanca.it |
| marco.giovanelli@framlington.co.uk | marco.nori@mediobanca.it |
| marco.giovanelli@uk.fid-intl.com | marco.p@remar.it |
| marco.giovannini@am.generali.com | marco.palermo@enel.it |
| marco.gluehmann@dghyp.de | marco.panzeri@bsibank.com |
| marco.granskog@aktia.fi | marco.paolucci@seb.lu |
| marco.grassi@janus.com | marco.parini@meliorbanca.com |
| marco.grzesik@de.pimco.com | marco.parravicini@bper.it |
| marco.impagnatiello@pioneerinvestments.com | marco.pasquali@bcv.ch |
| marco.jansen@snssecurities.nl | marco.passafiume@bancaintesa.it |
| marco.jenny@credit-suisse.com | marco.pastorini@mpsgr.it |
| marco.kemper@achmea.nl | marco.pavoni@unicreditgroup.eu |
| marco.kipfer@vontobel.li | marco.pellini@arcafondi.it |
| marco.knoerr@vontobel.ch | marco.peron@mpsfinance.it |
| marco.koepfli@credit-suisse.com | marco.perucca@alpitour.it |
| marco.korn@hvb.de | marco.peter@ubs.com |
| marco.lagana@ecb.int | marco.peyron@bnpparibas.com |
| marco.loreti@am.generali.com | marco.piersimoni@caam.com |
| marco.mangiagalli@eni.it | marco.pirondini@pioneerinvestments.com |
| marco.maretta@eurosgr.it | marco.poerschke@dgzbank.de |
| marco.martinelli@pioneerinvestments.com | marco.predieri@pioneerinvestments.com |
| marco.marzejewski@dzbank.de | marco.prioni@ubs.com |
| marco.mascetti@ubs.com | marco.raffaelli@blb.de |
| marco.massarotti@swissfirst.ch | marco.rasch@de.bosch.com |
| marco.mauri@arcafondi.it | marco.rautenberg@helaba.de |
| marco.mazotti@zkb.ch | marco.ravagli@db.com |
| marco.meier@credit-suisse.com | marco.re@bancaakros.it |
| marco.melis@bsibank.com | marco.resinelli@bsibank.com |
| marco.merz@barclaysglobal.com | marco.righinicli@bper.it |
| marco.migliorin@arcafondi.it | marco.rinaldi@bsibank.com |
| marco.minonne@citadelgroup.com | marco.ritfeld@ingim.com |
| marco.morcello@capitalia-am.com | marco.riva@bancasara.it |
| marco.morello@capitalia-am.com | marco.roemer@ba-ca.com |
| marco.mueller@sl-am.com | marco.romanelli@popso.ch |
| marco.murgida@bnpparibas.com | marco.ruefenacht@claridenleu.com |
| marco.mussini@ubm.it | marco.ruijer@mn-services.nl |
| marco.nascimbene@ersel.it | marco.salaorno@activest.de |
| marco.nascimento@aig.com | marco.salcoacci@union-investment.de |
| marco.naylon@fafadvisors.com | marco.salvini@eurosgr.it |
| marco.nebiker@bsibank.com | marco.scardovi@bginvestment.lu |
| marco.nebiker@juliusbaer.com | marco.schaller@ubs.com |
| marco.neto@db.com | marco.scherer@db.com |
| marco.neuhaus@ampegagerling.de | marco.schiavetti@saras.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| marco.schriber@hyposwiss.ch | marcu.walz@hvb.de |
| marco.schwinger@ubs.com | marcus.asante@us.calyon.com |
| marco.seeger@vpbank.com | marcus.b.robinson@jpmorganfleming.com |
| marco.seveso@bpmsgr.it | marcus.barnes@mhcb.co.uk |
| marco.solis@us.schroders.com | marcus.burns@glgpartners.com |
| marco.sperling@geninvest.de | marcus.christiansson@seb.se |
| marco.stalder@givaudan.com | marcus.coverdale@lloydstsb.co.uk |
| marco.strittmatter@zkb.ch | marcus.desimoni@siemens.com |
| marco.stucky@ubs.com | marcus.desimoni@zf.siemens.de |
| marco.tinessa@credit-suisse.com | marcus.dr.chromik@postbank.de |
| marco.torta@ersel.it | marcus.ehrhardt@spaengler.at |
| marco.tritschler@ubs.com | marcus.engel@hsh-nordbank.com |
| marco.turrina@bancaakros.it | marcus.farr@threadneedle.co.uk |
| marco.valerio@bsibank.com | marcus.goffin@nationwide.co.uk |
| marco.van.rijn@ingim.com | marcus.grimm@cba.com.au |
| marco.vanakkeren@pimco.com | marcus.hagel@vuw.de |
| marco.vanson@sns.nl | marcus.hagnesten@gs.com |
| marco.verstegen@eu.effem.com | marcus.herbig@db.com |
| marco.vicinanza@arcafondi.it | marcus.herkle@helaba.de |
| marco.wong@sgam.com | marcus.hettinger@credit-suisse.com |
| marco.zanoni@uk.bnpparibas.com | marcus.hof@hsh-nordbank.com |
| marco.zingsheim@oppenheim.de | marcus.holschuh@depfa.com |
| marco@chandlerasset.com | marcus.hopkins@mosnar.com |
| marco@ksmanagement.com | marcus.jetzer@ubs.com |
| marco_baradello@generali.com | marcus.kinch@seb.se |
| marco_canciani@generali.com | marcus.kraft@feri.de |
| marco_ho@fleet.com | marcus.linfoot@ubs.com |
| marco_paracciani@colpal.com | marcus.lun@firststate.co.uk |
| marco_verheijen@deltalloyd.nl | marcus.luttgen@alecta.com |
| marcodelfrate@bancaintesa.it | marcus.martayan@robur.se |
| marc-oliver.juenemann@hsh-im.co.uk | marcus.mehlinger@bku.db.de |
| marc-oliver.klemm@bayer-ag.de | marcus.merz@commerzbank.com |
| marc-olivier.lebeau@bnpparibas.com | marcus.mund@nordlb.de |
| marcos.bueno@ubs.com | marcus.niethammer@db.com |
| marcos.collina@westernasset.com | marcus.norwood@augustus.co.uk |
| marcos.d.bueno@jpmchase.com | marcus.ostman@swedbank.com |
| marcos.douer@moorecap.com | marcus.perl@prudential.com |
| marcos.lopez-de-prado@ubs.com | marcus.perry@jpmchase.com |
| marcos.nogues@abnamro.com | marcus.porembski@hsh-nordbank.com |
| marcos.raisanen@fortisinvestments.com | marcus.prella@nuernberger.de |
| marcos_baer@swissre.com | marcus.pullicino@coair.com |
| marc-philip.grujoski@ubs.com | marcus.reinhardt@helaba.de |
| marcs1955@yahoo.com | marcus.rost@hsh-nordbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| marcus.rudler@barclaysglobal.com | marek.sestak@cnb.cz |
| marcus.sasse@ubs.com | maren.keul@dzbank.de |
| marcus.schreiber@ubs.com | maren.pesarini@dws.de |
| marcus.schulmerich@de.pimco.com | maren.steinberg@nbim.no |
| marcus.soares@us.hsbc.com | maren_klap@deltalloyd.nl |
| marcus.stahlhacke@dit.de | marena_patricia@jpmorgan.com |
| marcus.tom@barclaysglobal.com | marenalb@cajamadrid.es |
| marcus.truman@ubs.com | maren-tina.roefke@hsh-nordbank-hypo.com |
| marcus.vaughan@rmf.ch | marevalo@gruposantander.com |
| marcus.wallenberg@seb.se | marey_herrfeldt@troweprice.com |
| marcus.watson@morganstanley.com | marga.del-pilar@db.com |
| marcus.watzlaff@aberdeen-asset.com | margaret.aupke@alcoa.com |
| marcus.weiss@hcmny.com | margaret.brewster@mortgagefamily.com |
| marcus.whitehead@pnc.com | margaret.charno@ubs.com |
| marcus.wiberg@dnb.se | margaret.colman@gibuk.com |
| marcus.winkler@helaba.de | margaret.d'ambrosio@wachovia.com |
| marcus.wong@schroders.com | margaret.dannunzio@blackrock.com |
| marcus.worsley@dowcorning.com | margaret.delay@us.bdroma.com |
| marcus@efgfp.com | margaret.dempster@suntrust.com |
| marcus_chandler@blackrock.com | margaret.e.moore@usa.dupont.com |
| marcus_kramer@westlb.de | margaret.fowler@truscocapital.com |
| marcus_mcgregor@conning.com | margaret.g.donnellon@aib.ie |
| marcus_yu@freddiemac.com | margaret.johnson@msdw.com |
| marcus-michael.hofmann@db.com | margaret.karasinski@inginvestment.com |
| marcus-philipp.buergi@ubs.com | margaret.kim@gecapital.com |
| marcuspoon@dds.com | margaret.krebs@allegiantgroup.com |
| marcussenp@bloomberg.net | margaret.kurzeja@fhlb-pgh.com |
| marcw@fmaadvisors.com | margaret.layne@trs.state.va.us |
| marcy.brand@wnco.com | margaret.lee@hk.standardchartered.com |
| marcy.emerton@bg-group.com | margaret.lee@moorecap.com |
| marcy.rappaport@pimco.com | margaret.m.mulhall@aibbny.ie |
| marcy_lash@troweprice.com | margaret.macomsen@pboc.com |
| mardini@bloomberg.net | margaret.mann@thehartford.com |
| mardoche.assor@westlb.co.uk | margaret.obermeyer@pnc.com |
| mardy.shapland@fmr.com | margaret.p.naylor@morganstanley.com |
| maregnip@mellon.com | margaret.pauli@fhlb-pgh.com |
| marek.biedrzycki@mail.nbp.pl | margaret.platt@db.com |
| marek.ciszewski@harrisbank.com | margaret.poigny@caam.com |
| marek.kiezun@jpmorganfleming.com | margaret.reilly@resolutionasset.com |
| marek.koch@union-investment.de | margaret.stumpp@prudential.com |
| marek.kuzdra@rmf.ch | margaret.tan@nl.abnamro.com |
| marek.marciniak@mail.nbp.pl | margaret.vitale@prudential.com |
| marek.raczko@mail.nbp.pl | margaret.wasnak@aig.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| margaret@chuomitsui-spr.com.sg | mari.goldenberg@columbiamanagement.com |
| margaret_bong@singaporeair.com.sg | mari.honda-wulf@gb.smbcgroup.com |
| margaret_casey@putnam.com | mari.kawawa@redwoodtrust.com |
| margaret_heymsfeld@ml.com | mari.ohnuki@westernasset.com |
| margaret_hou@ustrust.com | mari_kawawa@invesco.com |
| margaret_leontopoulou@blackrock.com | mari_l_robertson@fanniemae.com |
| margaret_mccarthy@ustrust.com | maria.adelman@us.sgcib.com |
| margaret_nelson@ssga.com | maria.agustsdottir@glitnir.is |
| margareta.balser@ids.allianz.com | maria.alcon@alcatel-lucent.com |
| margareta.leijonhufvud@nordea.com | maria.antonietta.solinas@eni.it |
| margarete.strasser@pioneerinvestments.at | maria.arcos@citadelgroup.com |
| margaretleong@gic.com.sg | maria.bagley@bankofthewest.com |
| margaretlusiba@northwesternmutual.com | maria.berenguer@aig.com |
| margarida.fonseca@fandc.com | maria.blitz@eu.altria.com |
| margarita.blandon@westernasset.com | maria.bowling@morganstanley.com |
| margarita.fischer@rkag.at | maria.calimeri@mediobanca.it |
| margarita.ivana@enel.it | maria.canha@cgd.pt |
| margarita.peralta@effcu.org | maria.carbone@tudor.com |
| margarita.salcedo@swedbank.com | maria.caspar@bis.org |
| margarita.savitskaya@citadelgroup.com | maria.coello.de.llobet@nl.abnamro.com |
| margarita_guillermo@cominvest-am.com | maria.coellodellobet@shell.com |
| margarita_roman-ramirez@westlb.com | maria.cormaggi@inginvestment.com |
| margek@crt.com | maria.coronado@fhlb.com |
| margery.flicker@wpginvest.com | maria.daniels@fandc.com |
| margherita.martelli@bancaintesa.it | maria.depaola@crg.it |
| margherita.piliero@ubs.com | maria.di.vito@bbh.com |
| marghita.sandstrom@skandia.se | maria.dorman@soros.com |
| margiotta.bppb@libero.it | maria.dossantos@safra.lu |
| margit.dennerlein@cominvest-am.com | maria.e.alvarez@chase.com |
| margit.hasslinger@rzb.at | maria.e.carrion@prudential.com |
| margo@copera.org | maria.escamilla@aiminvestments.com |
| margo_miller@fanniemae.com | maria.ferlin@lansforsakringar.se |
| margolism@publicfm.com | maria.fregosi@abnamro.com |
| margot.lyons@ge.com | maria.garripoli@dekabank.de |
| margrethe.rokkum-testi@bsibank.com | maria.gatt@db.com |
| margrit.koch@juliusbaer.com | maria.gattozzi@fmr.com |
| margrit.luethi@ubs.com | maria.gentilucci@blackrock.com |
| margrit.teuscher@blvk.ch | maria.giannitelli@aig.com |
| margritbayer@metzler.com | maria.glew@rbccm.com |
| marguerite.decanecaude@unibail-rodamco.com | maria.goldberg@mortgagefamily.com |
| marguerite.gaffney@ulsterbank.com | maria.gordon@gs.com |
| marguerite.solis@morganstanley.com | maria.grazia.filippi@azimut.it |
| margus.ehatam@rbccm.com | maria.hedin@ap1.se |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| maria.hultkvist@nordea.com | maria.vasiliades@prudential.com |
| maria.kavaliova@rzb.at | maria.vassalou@soros.com |
| maria.klesper@crediteurop.lu | maria.waite@ubs.com |
| maria.lam@citadelgroup.com | maria.x.smola@jpmorgan.com |
| maria.lee@utc.com | maria.z.desousa@rbc.com |
| maria.ljungqvist.marti@swedbankrobur.se | maria@hawkinsmcentee.com |
| maria.louis@caam.com | maria_carolina_amaral@cargill.com |
| maria.lundell@swedbank.com | maria_cona@acml.com |
| maria.madats@credit-suisse.com | maria_custer@swissre.com |
| maria.manjarin@lodh.com | maria_eaton@americancentury.com |
| maria.marth@fmr.com | maria_garcia-lomas@putnam.com |
| maria.martinez@ibercaja.net | maria_l_gonzalez@fleet.com |
| maria.mastrogiacomo@db.com | maria_pino@ssga.com |
| maria.mateo@jpmorgan.com | maria_quintana@ntrs.com |
| maria.menendez@lodh.com | maria_yaffe@troweprice.com |
| maria.monaco@fmr.com | mariaantonietta.giannelli@enel.it |
| maria.monteiroalmeida@bcp.pt | mariaantoniettato@friuladria.it |
| maria.munoz@grupobbva.com | mariabelen.cruzgomez@telefonica.es |
| maria.munoz@pimco.com | mariacarla.roth@interbanca.it |
| maria.napoli@bear.com | mariachiara.zanotta@bsibank.com |
| maria.ng@prudential.com | mariacolangelo@gic.com.sg |
| maria.nguyen@pimco.com | mariadl@iadb.org |
| maria.nieto@bde.es | mariadunphy@angloirishbank.ie |
| maria.norstrom@sndo.se | mariaelena.drew@gs.com |
| maria.panganiban@nylim.com | mariaelenazappa@intesabci.it |
| maria.papathanasiou@aberdeen-asset.com.au | mariagabriella.coscarella@intesasanpaolo.com |
| maria.park@ospraie.com | mariajo.perez@grupobbva.com |
| maria.pavlenko@gs.com | mariajose.mori@grupobbva.com |
| maria.pellegrino@morganstanley.com | mariajose.parraga@fonditel.es |
| maria.perrone@baring-asset.com | maria-jose.sainz@db.com |
| maria.peterson@fafadvisors.com | marialena.sargentelli@prudential.com |
| maria.petracca@prudential.com | marialuisa.delfavero@banca.mps.it |
| maria.polycarpou@fortisinvestments.com | maria-luisa.deli@bremerlandesbank.de |
| maria.rabinovich@ubs.com | marialuisa.fascendini@bancaintesa.it |
| maria.rose@pimco.com | marialuisa.parodi@bsibank.com |
| maria.s.massetti@bankofamerica.com | marialuisa.siccardi@bsibank.com |
| maria.shclover@ge.com | marialuz.diazblanco@bnpparibas.com |
| maria.shepherd@raymondjames.com | mariamelsamny@fullertonfinancial.com |
| maria.siwek-fernald@fmr.com | marian.i.adekoya@jpmchase.com |
| maria.sokolova@commerzbank.com | marian.klemm@dghyp.de |
| maria.t.fox@wellsfargo.com | marian.lane@bbandt.com |
| maria.tullo@prudential.com | marian.povey@wgo.royalsun.com |
| maria.tuomolin@aktia.fi | marian.w.dennigan@aibbny.ie |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marian.walsh@pnc.com

marian.x.mcbride@jpmorgan.com

marian@sanpaolony.com

mariana.bernunzo@jpmorgan.com

mariana.egan@barclaysglobal.com

mariana.olsson@gs.com

mariangela.tonelli@pioneerinvestments.com

mariani@mefop.it

mariann.montagne@thrivent.com

mariann.stoltenberg.lind@storebrand.com

marianna.enaye@ge.com

marianna.gurmann@amgam.de

marianne.beckwith@seagate.com

marianne.e.stratton@usa.dupont.com

marianne.erikson@robur.se

marianne.gerber@usaa.com

marianne.heidt@dit.de

marianne.herren@vontobel.ch

marianne.kahn@caam.com

marianne.kearney@fhlb-pgh.com

marianne.kuster@dresdner-bank.ch

marianne.moe@telenor.com

marianne.nilsson@robur.se

marianne.o@dresdnerrcm.com

marianne.rydin@electrolux.se

marianne.s.kah@conocophillips.com

marianne.spelte@total.com

marianne.weller@lgim.co.uk

marianne_rafferty@hvbamericas.com

marianne_weinzinger@hvbamericas.com

marianne_witte@glenmede.com

marianne_witte@ml.com

mariano.gambaro@pioneerinvestments.com

mariano.gambero@capitali-am.com

mariano.garciadelaoliva@telefonica.net

mariano.riestra@commerzbank.com

mariano@whartonco.com

mariano_camdessus@fleet.com

mariaosa.gorini@italtel.it

mariapacini@gic.com.sg

maria-pilar.colino@db.com

mariappa@pimco.com

mariarosa.sciarratta@dexia.be

mariasoledad.carrasco@bnpparibas.com

maribel.flores@citadelgroup.com

marie.berggren@ucop.edu

marie.bouveresse@us.schroders.com

marie.briere@caam.com

marie.chandoha@wellscap.com

marie.chaperon@axa-im.com

marie.christine@fortisinvestments.com

marie.coppola@prudential.com

marie.durston@plc.cwplc.com

marie.eriksson@sebgroup.lu

marie.fields@delta-air.com

marie.gaffney@ie.dexia.be

marie.gagliardi@thehartford.com

marie.harker@state.co.us

marie.louise.boyle@anfis.co.uk

marie.mason@group.landg.com

marie.newcome@fafadvisors.com

marie.pollerana@westernasset.com

marie.power@ibtco.com

marie.prouille@banque-france.fr

marie.rebiere@cfm.mc

marie.rossi@insightinvestment.com

marie.rupp@allianzgi.de

marie.sheehan@blackrock.com

marie.siemens@redwoodtrust.com

marie.sorlin@cardif.fr

marie.thomasson@tcw.com

marie.zedda@axa-im.com

marie_flynn@glenmede.com

marie_gaines@ssga.com

marie_jordon@aimfunds.com

marie_loftus@ml.com

marie_m_schofield@fleet.com

marie_winters@notes.ntrs.com

marie-anne.allier@sgam.com

marie-anne.khan@caam.com

marieanne.vandenberg@lri.lu

marieaude.montegon@bgpi.com

marie-aurelie.misme@edf.fr

marie-cfoire.reneux@edf.fr

marie-christine.lambin@safra.lu

marieclaire.lampaert@francetelecom.fr

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marie-edith.dugeny@natixis.us
marie-edmee.demontsdesavasse@bnpparibas.com
marie-elise.curty@credit-suisse.com
marieeve.poulain@bgpi.com
marie-eve.savard@standardlife.ca
mariefrance.boucher@axa-im.com
marie-frederique.dumont@ingferri.fr
marie-helene.heguy@thalesgroup.com
marie-helene.jenny@sgam.com
marie-helene.leopold@caam.com
mariejeanne.kerschkamp@bmw.de
marieke.van.kamp@achmea.nl
marieke.vorspel@ingim.com
mariel.vondrathen@siemens.com
mariela.jobson@barclaysglobal.com
marie-laure.rene@bnpparibas.com
marielena.glassman@db.com
marieline.carter@aig.com
marie-lou.funk@db.com
marieluce.telley@lodh.com
marieme.ba@labanquepostale-am.fr
marienoelle.jabain@calyon.com
marie-pascale.bonhomme@caam.com
marie-pascale.peltre@groupe-mma.fr
marie-pierre.dalisson@bnpparibas.com
marie-sibylle.de-la-faire@db.com
marie-suzanne.mazelier@sgam.com
marie-sylvie.seillan@ratp.fr
marie-therese.barrera@caam.com
marietheresegibson@angloirishbank.ie
marietta.k.stieger@claridenleu.com
mariette.maassen@sns.nl
marie-valerie.texier@bnpparibas.com
marie-virginie.vuong@socgen.com
marije.brinkman@fortisinvestments.com
marijkedaamen@svb.nl
marijo.goldstein@usbank.com
marika.d.economos@bankofamerica.com
mariko.bamer@bawag.com
mariko.isonuma@barings.com
mariko.iwabe@alliancebernstein.com
mariko.sakai-church@lowes.com
marilee@deloitte.co.uk

marileen.b.koppenberg@jpmorgan.com
marilou.hitt@nationalcity.com
marilou.mcgirr@cna.com
marilyn.boorman@credit-suisse.com
marilyn.r.kemme@norwest.com
marilyn.radovich@state.co.us
marilyn.reich@fnbchestercounty.com
marilyn.rinaldi@nuveen.com
marilyn_a_kysela@key.com
marilyn_castro@americancentury.com
marilyn_kapila@freddiemac.com
marilyn_wales@ustrust.com
marilynaponte-cotto@ustrust.com
marilyne.tolle@bankofengland.co.uk
marilynspearing@hsbc.com
marin.amrhein@aareal-bank.com
marin.bob@principal.com
marin.i.bolanca@jpmorgan.com
marin.lolic@morganstanley.com
marina.boutry-cuypers@sgam.com
marina.cartondetournai@dexia.be
marina.chernyak@moorecap.com
marina.cohen@sgam.com
marina.desyak@tdsecurities.com
marina.evans@ubs.com
marina.gabriel@lbbw.de
marina.horwood@norwich.co.uk
marina.leacock@lazard.com
marina.leone@arcafondi.it
marina.liotta@lloydsbank.ch
marina.longhino@crediteurop.lu
marina.lund@db.com
marina.maras@kfw.de
marina.martina@pionnerinvest.it
marina.pelizzon@lodh.com
marina.piccioni@meliorbanca.com
marina.siniscalchi@jpmorgan.com
marina.yu@bbh.com
marina.zarbin@pioneerinvest.it
marina_kong@calpers.ca.gov
marina_marchand@ntrs.com
marina_sun@calpers.ca.gov
marinacacchi@unibanca.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marine.pinson@paribas.com

marinella.bottoni@unicredit.it

marinella_bogaziotis@scudder.com

marinelli@mpsgr.it

marino.cucca@bnl.com

marino.dolfini@bgsgr.it

marino.mazzeo@us.socgen.com

marinuccim@bloomberg.net

mario.adolphs@sparkasse-koelnbonn.de

mario.afonso@bcp.pt

mario.arlati@st.com

mario.basciani@mail.alleanzaassicurazioni.it

mario.berti@rothschild.co.uk

mario.boari@sgkb.ch

mario.bove@sgcib.com

mario.bozzano@bancaprofilo.it

mario.campello@am.generali.com

mario.canepa@bsibank.com

mario.castellitz@ba-ca.com

mario.cavaggioni@cattolicaassicurazioni.it

mario.cribari@bsibank.com

mario.derose@edwardjones.com

mario.dumont@bnpparibas.com

mario.erba@popso.it

mario.fabiani@banca.mps.it

mario.fioruzzi@italtel.it

mario.fraefel@juliusbaer.com

mario.frontini@uk.fid-intl.com

mario.gabella@juliusbaer.com

mario.ge@sgsbpvn.it

mario.geniale@cic.ch

mario.grittner@hsh-nordbank.com

mario.hooghiemstra@fandc.com

mario.kogler@pioneerinvestments.at

mario.loidl@oberbank.at

mario.matkovic@aegon.com

mario.messina@hsbcpb.com

mario.miracco@nationwide.co.uk

mario.oosterkamp@mn-services.nl

mario.paolini@ubs.com

mario.proverbio@bancaintesa.it

mario.racicot@innocap.com

mario.recchia@bancaintesa.it

mario.schlosser@bwater.com

mario.seesko@bayermaterialscience.com

mario.seghelini@capitalia-am.com

mario.seminerio@mpsgr.it

mario.speciale@fondiaria-sai.it

mario.spreafico@citigroup.com

mario.squillacioti@ibtco.com

mario.stefania@ch.abb.com

mario.tomasi@gestielle.it

mario.vaccarino@bancaintesa.it

mario.vanhemelryck@fortisbank.com

mario.zaccardelli@lodh.com

mario_koethe@america.hypovereinsbank.com

mario_milan@koba.sk

mario_santagostino_bietti@bancosardegna.it

marion.buchel@bcv.ch

marion.c.hogan@db.com

marion.feisthammel@claridenleu.com

marion.khueny@unicreditgroup.de

marion.krimmel@db.com

marion.lemorhedec@axa-im.com

marion.marinov@kfw.de

marion.nazareth@innocap.com

marion.neumann@lbbw.de

marion.redel@bnpparibas.com

marion.scherzinger@de.pimco.com

marion.soper@clinton.com

marion.stommel@wmam.com

marion.struber@claridenleu.com

marion_gillespie@merck.com

marion_nankin@acml.com

marion-e.schwarz@db.com

marisa.esteves@bsnp.pt

marisa.flood@americas.bnpparibas.com

marisa.grant@alliancebernstein.com

marisa.hernandez@nb.com

marisa.mackey@tudor.com

marisa.ohara@nokia.com

marisa.pastore@arcafondi.it

marisa.snell@ubs.com

marisa_alexander@troweprice.com

marisga@bernstein.com

mariska.schadenberg@mail.ing.nl

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marisol.cartagena@chase.com
marisol.israel@jpmorgan.com
marissa.ansell@gs.com
marissa.ponti@ubs.com
maristella.savino@arcafondi.it
marisue.menke@thrivent.com
marita.barth@dws.com
marita.bjork@skf.com
marita.schaaf@postbank.lu
maritsa_blavakis@vanguard.com
maritta.kanerva@dws.com
maritza.magana@ca-aipg.com
maritza.ribeiro@credit-suisse.com
marius.bergander@bayernlb.com
marius.botha@threadneedle.co.uk
marius.dorfmeister@kag.raiffeisen.at
marius.post@dexia.be
marius.rispeter@telekom.de
mariuskuchen@richemont.com
mariusz.banasiak@prudential.com
mariusz.blachut@csam.com
mariusz.platek@sl-am.com
mariusz.zydzik@mail.nbp.pl
mariusz_zielinski@ssga.com
marivi.mellina.bares@antonveneta.it
marizmen@bbvapr.com
marja.kooistra@lu.abnamro.com
marja.vandergiessen@fortisinvestments.com
marja.westerlaken@mn-services.nl
marjatta.nissinen@nokia.com
marjo.heinonen@finnair.fi
marjolein.sol@pggm.nl
marjolein.van.den.berg@nl.fortis.com
marjon.jansen@philips.com
marjorie.champlin@prudential.com
marjorie.g.widener@jpmchase.com
marjorie.h.grace@wellsfargo.com
marjorie.motch@citigroup.com
mark.a.baker@bob.hsbc.com
mark.a.lynch@gs.com
mark.a.muehlnickel@jpmorgan.com
mark.a.smith@truscocapital.com
mark.aarvig@impaccompanies.com

mark.abrahm@wachovia.com
mark.afrasiabi@pimco.com
mark.afrisiabi@peacapital.com
mark.agranovski@uk.nomura.com
mark.aho@genworth.com
mark.albert@trs.state.tx.us
mark.amery@sl-am.co.uk
mark.andersen@ubs.com
mark.andryeyev@dkib.com
mark.artherton@morleyfm.com
mark.askew@commerzbankib.com
mark.atherton@morleyfm.com
mark.atkinson@nationalcity.com
mark.attalienti@alliancebernstein.com
mark.attanasio@nbf.ca
mark.attanasio@tcw.com
mark.banford-lawrence@augustus.co.uk
mark.bannister@rlam.co.uk
mark.barnes@iibbank.ie
mark.barres@credit-suisse.com
mark.batty@pncbank.com
mark.bauhof@nationalcity.com
mark.bavoso@morganstanley.com
mark.bayliss@fmr.com
mark.beasley@hapoalim.ch
mark.becker@uk.fid-intl.com
mark.belcak@ml.com
mark.benaharon@gecapital.com
mark.bennett@redwoodtrust.com
mark.benstead@axa-im.com
mark.berti@us.mizuho-sc.com
mark.beveridge@gs.com
mark.bickler@bunge.com
mark.bishop@gartmore.com
mark.blankstein@ge.com
mark.blasinsky@fhlb-pgh.com
mark.bloomfield@nomura-asset.co.uk
mark.boland@ing-im.com
mark.bolton@db.com
mark.bon@canadalife.co.uk
mark.borland@morleyfm.com
mark.borowy@erieinsurance.com
mark.bouchea@fmr.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mark.bowater@commerzbankib.com | mark.crathern@hsbc.com |
| mark.bowles@hvbeurope.com | mark.crawford@db.com |
| mark.boylan@ubs.com | mark.creedy@lgim.co.uk |
| mark.brandreth@barclaysglobal.com | mark.crutchley@ppm-uk.com |
| mark.bredell@morganstanley.com | mark.curnin@bbh.com |
| mark.breedon@investecmail.com | mark.curtis@nyc.rabobank.com |
| mark.britten-jones@barclaysglobal.com | mark.cutis@shinseibank.com |
| mark.brommer@suntrust.com | mark.d.levy@morganstanley.com |
| mark.broughton@rainierfunds.com | mark.d.miller@chase.com |
| mark.buccigross@ge.com | mark.d.schierman@pjc.com |
| mark.buizen@ubs.com | mark.d.smith@bt.com |
| mark.burgess@lgim.co.uk | mark.daisley@jpmorganfleming.com |
| mark.busher@pncbank.com | mark.dammers@helaba.de |
| mark.bussmann@hshn-securities.com | mark.dams@rabobank.com |
| mark.butler@aberdeen-asset.com | mark.davidson@ngc.com |
| mark.butterworth@barclaysglobal.com | mark.davis@isisam.com |
| mark.byron@uk.fid-intl.com | mark.deans@ubs.com |
| mark.c.kemmerer@chase.com | mark.dearlove@barclayscapital.com |
| mark.cabana@ny.frb.org | mark.decruccio@gecapital.com |
| mark.caeyers@nagelmackers.be | mark.degaetano@db.com |
| mark.canavan@state.nm.us | mark.demos@53.com |
| mark.cannan@ubs.com | mark.denham@morleyfm.com |
| mark.cartier@us.mizuho-sc.com | mark.dibble@fmr.com |
| mark.carton@uk.abnamro.com | mark.diethelm@zkb.ch |
| mark.cassens@trs.state.tx.us | mark.dimont@morganstanley.com |
| mark.cauthen@bankofamerica.com | mark.dinora@wachoviasec.com |
| mark.chandros@alliancebernstein.com | mark.dodds@pfizer.com |
| mark.chengcs@oubgroup.com | mark.donahee@mortgagefamily.com |
| mark.chin@fmr.com | mark.dorman@uk.mizuho-sc.com |
| mark.choi@ny.frb.org | mark.dotinga@heineken.com |
| mark.christensen@tcw.com | mark.dowell@butterfieldprivatebank.co.uk |
| mark.christman@suntrust.com | mark.doyle@inginvestment.com |
| mark.clay@morganstanley.com | mark.dragten@augustus.co.uk |
| mark.clegg@wellsfargo.com | mark.drouse@raymondjames.com |
| mark.collier@rothschild.co.uk | mark.dubois@pncadvisors.com |
| mark.connolly@insightinvestment.com | mark.dupuis@gm.com |
| mark.connolly@pncadvisors.com | mark.e.fischer@usa.dupont.com |
| mark.coppejans@barclaysglobal.com | mark.e.mcculloch@conocophillips.com |
| mark.corbett@gwl.com | mark.easterbrook@barclaysglobal.com |
| mark.cornelius@bankofengland.co.uk | mark.eckert@jpmchase.com |
| mark.coulam@iibbank.ie | mark.elflain@eu.nabgroup.com |
| mark.coy@tcm-ltd.com | mark.emrich@bbh.com |
| mark.cranfield@lbbwsg.com | mark.erler@depfa.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mark.escott@uk.mufg.jp | mark.green@usbank.com |
| mark.evanco@pncbank.com | mark.greenberg@invescoaim.com |
| mark.evans@sentry.com | mark.greenhoff@glgpartners.com |
| mark.everett@hsbcgroup.com | mark.grier@prudential.com |
| mark.fallon@americo.com | mark.griffin@db.com |
| mark.fenstermann@telekom.de | mark.griffin@genworth.com |
| mark.ferguson@jpmorgan.com | mark.groep@insightinvestment.com |
| mark.ferrari@barclaysglobal.com | mark.gronich@mizuhocbus.com |
| mark.fiedler@ers.state.tx.us | mark.gross@aig.com |
| mark.field-marsham@morganstanley.com | mark.guglielmo@fmr.com |
| mark.fields@ilptreasury.com | mark.h.johnson@corporate.ge.com |
| mark.finley@barclaysglobal.com | mark.h.prenger@jpmorgan.com |
| mark.fitzgerald@barclaysglobal.com | mark.haak@inginvestment.com |
| mark.flanagan@shenkmancapital.com | mark.haberecht@barclaysglobal.com |
| mark.fleming@53.com | mark.hannon@fmr.com |
| mark.fleming@pncbank.com | mark.hanson@lazard.com |
| mark.flynn@morganstanley.com | mark.hanson@pncbank.com |
| mark.forziati@tudor.com | mark.harden@wachovia.com |
| mark.foust@morganstanley.com | mark.hargraves@framlington.co.uk |
| mark.freudenthal@ge.com | mark.harris@threadneedle.co.uk |
| mark.friebel@barclaysglobal.com | mark.harvey@axa-slim.co.uk |
| mark.friis@vontobel.ch | mark.heaselden@associatedbank.com |
| mark.fulwood@db.com | mark.hedges@nationwide.co.uk |
| mark.g.williamson@jpmorgan.com | mark.hemby@compassbnk.com |
| mark.gabhart@citadelgroup.com | mark.hensey@iibbank.ie |
| mark.gargano@53.com | mark.hessw@fafadvisors.com |
| mark.garofalo@dexia.be | mark.heuer@harrisbank.com |
| mark.gazia@rlam.co.uk | mark.heuer@ual.com |
| mark.geene@blueskygroup.nl | mark.higgins@pharma.novartis.com |
| mark.geller@bmonb.com | mark.higgins@threadneedle.co.uk |
| mark.germond@wedbush.com | mark.hilgendorf@associatedbank.com |
| mark.gierach@usbank.com | mark.hillery@tudor.com |
| mark.gilley@aiminvestments.com | mark.hind@bnpparibas.com |
| mark.girolamo2@aig.com | mark.hirchon@db.com |
| mark.gjertsen@abnamromellon.com | mark.hirst@rbc.com |
| mark.goodey@morleyfm.com | mark.hodges@uk.fid-intl.com |
| mark.goodman@sgcib.com | mark.hogg@cis.co.uk |
| mark.goodwin@blackrock.com | mark.hogg@fid-intl.com |
| mark.goodwin@janus.com | mark.holder@ubs.com |
| mark.gordon-james@aberdeen-asset.com | mark.hollar@f-mtrust.com |
| mark.gorodinsky@ge.com | mark.holloway@syb.com |
| mark.graft@53.com | mark.holmlund@pacificlife.com |
| mark.gray@gmacrfc.co.uk | mark.hopkins@thehartford.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mark.houghton@tudor.com
mark.hunt@thehartford.com
mark.hunter@bailliegifford.com
mark.hurley@wamu.net
mark.husson@cedarrockcapital.com
mark.hutchings@aig.com
mark.hutchinson@db.com
mark.hutchinson@ge.com
mark.iles@rbccm.com
mark.imbriano@ubs-oconnor.com
mark.ingram@columbiamanagement.com
mark.ipri@deshaw.com
mark.j.tuite@aib.be
mark.jackson@db.com
mark.jantzen@fmr.com
mark.jason@aiminvestments.com
mark.jelic@pimco.com
mark.jennings@hcmny.com
mark.johnson@fac.com
mark.jones@glgpartners.com
mark.jordahl@usbank.com
mark.k.kelley@conocophillips.com
mark.k.silverstein@csam.com
mark.kandborg@nordea.com
mark.keane@db.com
mark.kedar@aegon.co.uk
mark.kehe@bankofamerica.com
mark.khalil@barclaysglobal.com
mark.kharitou@micorp.com
mark.khomin@schwab.com
mark.khoo@aberdeen-asset.com
mark.kiesel@pimco.com
mark.kim@ppmamerica.com
mark.kimbrough@westernasset.com
mark.kinsella@bnpparibas.com
mark.kinsky@db.com
mark.kirkland@philips.com
mark.klipsch@ppmamerica.com
mark.kochvar@stbank.net
mark.koczan@morgankeegan.com
mark.kontkowski@glgpartners.com
mark.kreymer@uboc.com
mark.kurcon@thehartford.com

mark.l.heleen@slma.com
mark.l.nugent@bankofny.com
mark.lacroix@inginvestment.com
mark.lamb@6thaveinvest.com
mark.lampano@pimco.com
mark.lane@db.com
mark.laskin@morganstanley.com
mark.laskin@vankampen.com
mark.lauber@rabobank.com
mark.laurent@53.com
mark.lawrence@alliancebernstein.com
mark.lawrence@citi.com
mark.lebbell@fandc.com
mark.lehmann@ubs.com
mark.lesaffre@mutualofamerica.com
mark.lewis@corporate.ge.com
mark.lewis@hvb.de
mark.lieberman@wamu.net
mark.lien@lazard.com
mark.little@lazard.com
mark.little@wcmadvisors.com
mark.lohmann@ubs.com
mark.long@53.com
mark.lovatt@db.com
mark.love@aegon.co.uk
mark.lozina@nationalcity.com
mark.lyttleton@blackrock.com
mark.m.jackson@jpmorgan.com
mark.m.niles@wellsfargo.com
mark.macdougall@fmr.com
mark.mackenzie@alliancebernstein.com
mark.madden@pioneerinvest.com
mark.mahone@wachovia.com
mark.mallia@shinseibank.com
mark.manduca@insightinvestment.com
mark.manigault@citigroup.com
mark.margiotta@citigroup.com
mark.marinella@blackrock.com
mark.massara@glgpartners.com
mark.masselink@moorecap.com
mark.matthisson@pharma.novartis.com
mark.mcbride@cis.co.uk
mark.mcdonnell@aiminvestments.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mark.mcdonnell@statestreet.com | mark.oneill@gs.com |
| mark.mcfalls@wachovia.com | mark.oshaughnessy@americas.ing.com |
| mark.mcgowan@db.com | mark.p.levins@aibbny.ie |
| mark.mcgowen@rothschild.com.au | mark.p.sheppard@au.abnamro.com |
| mark.mckevitt@ubs.com | mark.padgett@natexiblr.com |
| mark.mclelland@fhlbtopeka.com | mark.pantling@sgcib.com |
| mark.mcnamara@morganstanley.com | mark.pare@lmginv.com |
| mark.melchiorre@ubs.com | mark.paris@morganstanley.com |
| mark.melendez@morganstanley.com | mark.patterson@ppm-uk.com |
| mark.menapace@citadelgroup.com | mark.payson@bbh.com |
| mark.merricks@stephens.com | mark.pearce@pimco.com |
| mark.merzon@barclayscapital.com | mark.pearce@threadneedle.co.uk |
| mark.mesinger@schwab.com | mark.peden@aegon.co.uk |
| mark.midura@himco.com | mark.pederson@morganstanley.com |
| mark.militello@shinseibank.com | mark.penson@uboc.com |
| mark.miller@citadelgroup.com | mark.perrin@fandc.com |
| mark.milton@glgpartners.com | mark.perry@commerce.com |
| mark.misenheimer@wachovia.com | mark.persichetti@yesinvest.com |
| mark.mitchell@black-river.com | mark.peterson@fmr.com |
| mark.mitchell@corporate.ge.com | mark.peterson@jpmorgan.com |
| mark.modjeski@tektronix.com | mark.pettit@dkrw.com |
| mark.monson@rcm.at | mark.phillips@pioneerinvest.com |
| mark.morgan@thrivent.com | mark.phillips@swipartnership.co.uk |
| mark.morris@nationwide.co.uk | mark.pibl@clinton.com |
| mark.mounts@dartmouth.edu | mark.pickard@tudor.com |
| mark.mueller@bw-bank.de | mark.pinckney@capitalia-am.com |
| mark.munger@wellsfargo.com | mark.plumtree@fidelity.com |
| mark.munro@swipartnership.co.uk | mark.polidore@alliancebernstein.com |
| mark.murray@aberdeen-asset.com | mark.portz@ubt.com |
| mark.napp@ubs.com | mark.post@vanderhoop.nl |
| mark.nathan@fipartners.com.au | mark.potter@edwardjones.com |
| mark.newby@sgcib.com | mark.powell@jmfinn.com |
| mark.niethard@oppenheim.de | mark.powers@ubs.com |
| mark.nigro@westernasset.com | mark.poynter@hsbcam.com |
| mark.niland@thehartford.com | mark.prentice@gs.com |
| mark.noonan@wachovia.com | mark.preston@lloydstsb.co.uk |
| mark.nordio@barclaysglobal.com | mark.pries@dghyp.de |
| mark.norman@db.com | mark.priestley@hvbeurope.com |
| mark.notkin@fmr.com | mark.probst@db.com |
| mark.oefeli@juliusbaer.com | mark.prothero@us.hsbc.com |
| mark.oetinger@usaa.com | mark.prouty@sunlife.com |
| mark.olson@uk.abnamro.com | mark.purdy@gartmore.com |
| mark.oman@wellsfargo.com | mark.r.anderson@thrivent.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mark.r.andrews@hsbc.com
mark.r.fitzgerald@barclaysglobal.com
mark.r.robson@eu.nabgroup.com
mark.r.seavers@aib.ie
mark.raskopf@bankofamerica.com
mark.reardon@ubs.com
mark.reaves@raymondjames.com
mark.redfearn@ppmamerica.com
mark.reeves@credit-suisse.com
mark.reinisch@threadneedle.co.uk
mark.reshke@barclaysglobal.com
mark.rigazio@db.com
mark.rigazio@fmr.com
mark.rigolle@belgacom.be
mark.ringel@nationalcity.com
mark.roethlin@morganstanley.com
mark.rogers@nomura-asset.co.uk
mark.roggensinger@ubs.com
mark.romano@winterthur.com
mark.rooney@americo.com
mark.rose@hvbeurope.com
mark.rothwell@bms.com
mark.rowat@ibtco.com
mark.roy@fmr.com
mark.roylance@kaupthing.com
mark.rudin@credit-suisse.com
mark.rule@alliancebernstein.com
mark.rule@europe.hypovereinsbank.com
mark.s.robinson@flemings.com
mark.saddleton@nationwide.co.uk
mark.salzman@bwater.com
mark.sander@insightinvestment.com
mark.sansoterra@harrisbank.com
mark.santall@barclays.co.uk
mark.sawicki@fmr.com
mark.schaefer@gmacm.com
mark.schindler@claridenleu.com
mark.schmahl@oneamerica.com
mark.schmehl@fmr.com
mark.schnell@blackrock.com
mark.schumann@db.com
mark.schwartz@soros.com
mark.scicluna@bov.com

mark.scrowston@pioneerinvestments.com
mark.searle@t-mi.com
mark.sedgwick@uk.fid-intl.com
mark.senkpiel@tcw.com
mark.serdan@ubs.com
mark.sibley@db.com
mark.silvester@loydstsb.co.uk
mark.simenstad@thrivent.com
mark.sloan@investecmail.com
mark.small@db.com
mark.snyderman@fmr.com
mark.sodergren@barclaysglobal.com
mark.spaulding@wachovia.com
mark.spellman@mackayshields.com
mark.spizer@inginvestment.com
mark.spring@csam.com
mark.squire@hsh-nordbank.co.uk
mark.stancher@jpmorgan.com
mark.stanley@wellsfargo.com
mark.steiger@zurich.com
mark.stephens@nomura-asset.co.uk
mark.stephenson@barclaysglobal.com
mark.stevens@omam.co.uk
mark.stober@mobi.ch
mark.stockwell@pncadvisors.com
mark.strachan@morganstanley.com
mark.stubbelfield@blackrock.com
mark.stuckelman@lazard.com
mark.stys@fmr.com
mark.sullivan@kbcfp.com
mark.supert@bankofamerica.com
mark.swain@smith.williamson.co.uk
mark.swales@uk.fid-intl.com
mark.t.gannon@jpmchase.com
mark.t.nickell@hsbcib.com
mark.t.rasimas@columbiamanagement.com
mark.talbot@barclaysglobal.com
mark.tanky@uobgroup.com
mark.taylor@barclaysglobal.com
mark.taylor@wedbushbank.com
mark.taylor2@barclaysglobal.com
mark.tesoriero@chase.com
mark.thatcher@lloydstsb.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mark.thompson@pimco.com
mark.thompson@shinseibank.com
mark.thompson@westlb.de
mark.tinker@axaframlington.com
mark.tobin@lpcorp.com
mark.todtfeld@morganstanley.com
mark.traster@usbank.com
mark.truchan@fmr.com
mark.tuite@bmo.com
mark.tumpach@associatedbank.com
mark.underhill@gibuk.com
mark.ungewitter@ibtco.com
mark.v.appadoo@db.com
mark.vale@ups.com
mark.van.vliet@pggm.nl
mark.vandenherik@ppmamerica.com
mark.venerus@swipartnership.co.uk
mark.venner@baesystems.com
mark.vitner@capmark.funb.com
mark.vlasseman@mn-services.nl
mark.w.daly@slma.com
mark.w.goyne@wellsfargo.com
mark.w.perry@morganstanley.com
mark.w.thomas@jpmorgan.com
mark.wade@ubs.com
mark.waehner@sebam.de
mark.waldmann@dresdner-bank.com
mark.walker@uk.mufg.jp
mark.walkling@ubs.com
mark.wallace@ubs.com
mark.wang@ing.com.my
mark.waters@bnpparibas.com
mark.watts@morleyfm.com
mark.weber@inginvestment.com
mark.weber@umb.com
mark.weeks@ubs.com
mark.wendland@citadelgroup.com
mark.werner@altria.com
mark.wert@fhlb.com
mark.westwood@morleyfm.com
mark.westwood@threadneedle.co.uk
mark.whirdy@pioneerinvest.ie
mark.whitsitt@himco.com

mark.widdowson@gartmore.com
mark.wilhelm@huntington.com
mark.wilkie@swip.com
mark.williams@blackrock.com
mark.williams@fandc.com
mark.williams@insightinvestment.com
mark.williams@pnc.com
mark.williamson@aiminvestments.com
mark.wilson@aberdeen-asset.com
mark.wilson@juliusbaer.com
mark.wilson@resolutionasset.com
mark.wimer@harrisbank.com
mark.winter@barclays.co.uk
mark.winter@bbg.co.uk
mark.winter@insightinvestment.com
mark.wisnesky@thehartford.com
mark.woita@fhlbtopeka.com
mark.wold@gmacrfc.com
mark.wood@rbccm.com
mark.woodburn@exxon.com
mark.wooden@tcw.com
mark.wright@asbai.com
mark.wynne-jones@investecmail.com
mark.x.page@jpmchase.com
mark.yang@email.chinatrust.com.tw
mark.yardley@fhlbtopeka.com
mark.yoon@lehman.com
mark.zengo@ftnmidwest.com
mark.ziady@fmr.com
mark@danainvestment.com
mark@eslinvest.com
mark@patteninc.com
mark@sandlercap.com
mark@shenkmancapital.com
mark@swip.com
mark@uk.oechsle.com
mark_abbott@glic.com
mark_abel@ml.com
mark_alley@putnam.com
mark_alvarez@nacm.com
mark_barnett@hen.invesco.com
mark_beeson@bankone.com
mark_bowling@invesco.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mark_breault@scotiacapital.com | mark_knight@swissre.com |
| mark_bredesen@putnam.com | mark_kopinski@americancentury.com |
| mark_brown@whirlpool.com | mark_l_wright@fanniemae.com |
| mark_bussard@troweprice.com | mark_lahoda@vanguard.com |
| mark_campellone@nylim.com | mark_lanspa@westlb.com |
| mark_chui@acml.com | mark_liang@fanniemae.com |
| mark_cogan@putnam.com | mark_livesay@ustrust.com |
| mark_coville@ml.com | mark_louka@vanguard.com |
| mark_d_miller@freddiemac.com | mark_macdonald@capgroup.com |
| mark_d_wheeler@bankone.com | mark_mallon@americancentury.com |
| mark_d'alfonso@ssga.com | mark_maly@ml.com |
| mark_davidson@manulife.com | mark_marinella@ssga.com |
| mark_dearsley@cgnu.net | mark_matthews@invesco.com |
| mark_devonshire@ml.com | mark_mccarthy@swissre.com |
| mark_dorfler@vanguard.com | mark_mcdonough@merck.com |
| mark_dowding@ldn.invesco.com | mark_mckenzie@ml.com |
| mark_dunetz@glic.com | mark_mcmeans@aimfunds.com |
| mark_e_davis@bankone.com | mark_meenan@swissre.com |
| mark_eckman@key.com | mark_mershon@ucbi.com |
| mark_edwards@troweprice.com | mark_morgan@scudder.com |
| mark_flanagan@ssga.com | mark_nash@ldn.invesco.com |
| mark_friedrich@amat.com | mark_niznik@standardlife.com |
| mark_gordon@acml.com | mark_o'reilly@bnz.co.nz |
| mark_gordon@gb.smbcgroup.com | mark_paulson@hotmail.com |
| mark_guidinger@cargill.com | mark_pauly@agfg.com |
| mark_h_summers@victoryconnect.com | mark_pease@acml.com |
| mark_hamilton@acml.com | mark_persiani@ml.com |
| mark_harding@invescoperpetual.co.uk | mark_pollard@putnam.com |
| mark_harris@ldn.invesco.com | mark_porrell@dpimc.com |
| mark_heaney@ldn.invesco.com | mark_rayward@newton.co.uk |
| mark_hill@countrywide.com | mark_reilly@ssga.com |
| mark_hodson@troweprice.com | mark_rimmer@blackrock.com |
| mark_holmes@ntrs.com | mark_roemer@nacm.com |
| mark_hooker@ssga.com | mark_rosen1@ml.com |
| mark_howard@acml.com | mark_ryan@ustrust.com |
| mark_hurrelbrink@bankone.com | mark_rzepczynski@jwhmail.com |
| mark_ivory@newton.co.uk | mark_s._skowron@ntrs.com |
| mark_j_degrazia@bankone.com | mark_s_pelletier@fleet.com |
| mark_j_martinez@ntrs.com | mark_saxonov@nylim.com |
| mark_j_mcgreenery@fleet.com | mark_schmeer@mfcinvestments.com |
| mark_jackson@bankone.com | mark_shannon@mfcinventments.com |
| mark_katarsky@vanguard.com | mark_strickland@scotiacapital.com |
| mark_khan@fleet.com | mark_talgo@nylim.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mark_torti@keybank.com | marko379@aol.com |
| mark_vincent@standardlife.com | markong@gic.com.sg |
| mark_wehring@aimfunds.com | markraffles@northwesternmutual.com |
| mark_whitmore@ml.com | markreed@bankofny.com |
| mark_wieland@ustrust.com | marks.bailey@csfb.com |
| mark_wolkstein@ustrust.com | mark-sw.chan@ubs.com |
| mark_yelavich@calpers.ca.gov | markt@ellington.com |
| mark_zebrowski@msdw.com | marktay@dbs.com.sg |
| mark_zussman@hvbamericas.com | marktk@mcm.com |
| markacox@bloomberg.net | markus.a.beck@lbbw.de |
| markazi@omantel.net.om | markus.allemann@juliusbaer.com |
| markboyle@northwesternmutual.com | markus.allenspach@juliusbaer.com |
| markc@scm-lp.com | markus.arn@swisslife.ch |
| markd@rainierfunds.com | markus.arpa@oenb.co.at |
| markdoehla@azoa.com | markus.baechtold@claridenleu.com |
| markdoll@northwesternmutual.com | markus.baechtold@ubs.com |
| marke@fhlbsea.com | markus.baer@cominvest.de |
| market.data@bailliegifford.com | markus.baertschi@ubs.com |
| marketanalysis@alpha.gr | markus.becker@berliner-volksbank.de |
| marketnews@unibail.fr | markus.bill@aam.ch |
| marketroom@do.treas.gov | markus.boelsing@helaba.de |
| markets@thestreet.com | markus.bolder@dghyp.de |
| markh@tmgny.com | markus.brechbuehl@helvetiapatria.ch |
| markhsu@cathaylife.com.tw | markus.brechtmann@union-investment.de |
| markj@jwseligman.com | markus.brun@vontobel.ch |
| markjr@bloomberg.net | markus.bucher@akb.ch |
| markjw74@bloomberg.net | markus.carlsen@hsh-nordbank.com |
| markkhoo@gic.com.sg | markus.cekan@lbbw.de |
| markkishler@northwesternmutual.com | markus.christiansson@seb.se |
| markku.pehkonen@sampo.fi | markus.clemens@dzi.lu |
| markku.vartiainen@nordea.com | markus.diebel@postbank.de |
| marklee@gic.com.sg | markus.dieter@helaba.de |
| marklim@gic.com.sg | markus.dietrich@hsh-nordbank.com |
| markmahony@angloirishbank.ie | markus.digion@ruedblass.ch |
| markmueller@bloomberg.net | markus.dziemba@ikb-cam.de |
| marko.deuticke@ubs.com | markus.egger@raiffeisen.ch |
| marko.heimken@hsh-nordbank.co.uk | markus.eichacker@ubs.com |
| marko.kosonen@oko.fi | markus.engels@cominvest-am.com |
| marko.ojala@tapiola.fi | markus.ewert@novartis.com |
| marko.ouvnjak@rothschildbank.com | markus.falk@llb-ip.li |
| marko.utriainen@pohjola.com | markus.falk@vpbank.com |
| marko_duvnjak@swissre.com | markus.feldgitscher@landes.hypobank.at |
| marko_zrno@aimfunds.com | markus.flade@lampebank.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| markus.fogelholm@bof.fi | markus.lang@claridenleu.com |
| markus.frosterus@keva.fi | markus.lang@juliusbaer.com |
| markus.fuchs@ubs.com | markus.liechti@credit-suisse.com |
| markus.furrer@claridenleu.com | markus.loeschmann@mannheimer.de |
| markus.gaugenrieder@bayernlb.de | markus.maechler@credit-suisse.com |
| markus.gerber@wuestenrot.de | markus.maier@westlb.com |
| markus.golinski@allianzgi.de | markus.manns@union-investment.de |
| markus.gremminger@csam.com | markus.merkel@bbbank.de |
| markus.grien@rzb.at | markus.metzger@ch.abb.com |
| markus.grimm@juliusbaer.com | markus.mez@glgpartners.com |
| markus.hammes@dws.de | markus.mohrenweiser@dzbank.de |
| markus.helfenstein@credit-suisse.com | markus.mueller@de.pimco.com |
| markus.henz@rothschildbank.com | markus.naef@sg.ch |
| markus.herten@trinkaus.de | markus.natter@vpbank.com |
| markus.heuer@vuw.de | markus.niinikoski@tapiola.fi |
| markus.heyde@juliusbaer.com | markus.obrist@rzb.at |
| markus.heyde@ubs.com | markus.orschulik@rmf.ch |
| markus.hofmann@zkb.ch | markus.ostrowski@suva.ch |
| markus.holzer@at.bacai.com | markus.ott@dlh.de |
| markus.huber@ruedblass.ch | markus.papenroth@ib.bankgesellschaft.de |
| markus.huber@vpbank.com | markus.parzer@hvbeurope.com |
| markus.huebscher@csam.com | markus.pauli@keva.fi |
| markus.husy@coutts.com | markus.peil@dws.com |
| markus.ilg@westam.com | markus.pfaff@ui-gmbh.de |
| markus.irngartinger@ambgf.de | markus.pfeffer@oppenheim.de |
| markus.irngartinger@ubs.com | markus.pfister@credit-suisse.com |
| markus.janus@lbbw.de | markus.puck@juliusbaer.com |
| markus.jungbluth@lri.lu | markus.rings@lampebank.de |
| markus.kaisig@hypointernational.com | markus.ritzauer.mr@bayer-ag.de |
| markus.kaisig@lbbw.de | markus.roennau@ubs.com |
| markus.kalousek@novartis.com | markus.rogger@csam.com |
| markus.karstaedt@postbank.de | markus.rose@duesshyp.de |
| markus.kiefer@hvbeurope.com | markus.roser@lbb.lu |
| markus.klar@state.tn.us | markus.schaefer@rewe-group.com |
| markus.klingler@db.com | markus.schladt@kfw.de |
| markus.klug@uniqa.at | markus.schloemann@postbank.de |
| markus.knebel@westam.com | markus.schmidtchen@kfw.de |
| markus.koch@claridenleu.com | markus.schoemer@aig.com |
| markus.kohlenbach@dws.de | markus.schomer@aig.com |
| markus.kramer@zkb.ch | markus.schulz@drkw.com |
| markus.kreuter@generali.at | markus.sickmann@hsh-nordbank.com |
| markus.kuether@oppenheim.de | markus.sola@tkb.ch |
| markus.kugele@db.com | markus.solenthaler@credit-suisse.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| markus.steger@cial.ch | marlin_goldstein@acml.com |
| markus.steilen@bayernlb.com | marlin_hesslefors@standardlife.com |
| markus.steinbeis@pioneerinvest.de | marlo.oaks@farmersinsurance.com |
| markus.thadaney@morganstanley.com | marlon.balroop@gs.com |
| markus.theobald@helaba.de | marlon.mcglashan@fandc.co.uk |
| markus.thiele@ubs.com | marlon.rockensuess@ssmb.com |
| markus.thony@zkb.ch | marlys.appleton@aig.com |
| markus.tischelmayer@rzb.at | marmbru3@ford.com |
| markus.unterhofer@credit-suisse.com | marmet@safeco.com |
| markus.vogt@lbbw.de | marna_whinington@nacm.com |
| markus.von.crailsheim@de.pimco.com | marnaboldi@bci.it |
| markus.waeber@zkb.ch | marney_merrett@hen.invesco.com |
| markus.walchshofer@union-investment.de | marni_joy@westlb.com |
| markus.wiedemann@dws.de | marnie_kelly@glenmede.com |
| markus.wiedemann@llb-ip.li | marnik.hinnekens@fortisbank.com |
| markus.winkler@ubs.com | marnix.van.der.ploeg@ingim.com |
| markus.wolf@lbbw.de | marnone@crewsassoc.com |
| markus.zipperer@credit-suisse.com | marogers@petro-canada.ca |
| markus@princeton.edu | marora@meag-ny.com |
| markus_bolder@westlbpanmure.com | maroulla.sullivan@uk.bnpparibas.com |
| markus_eugster@swissre.com | maroun.hayek@us.fortis.com |
| markus_feurstein@swissre.com | maroun@bloomberg.net |
| markus-f.korner@ubs.com | marquardtw@nybea.com |
| markus-m.studer@ubs.com | marques.mercier@aiminvestments.com |
| markv@hcmny.com | marques_glaze@vanguard.com |
| markvoermans@saemor.com | marranz@ceca.es |
| markyang@bloomberg.net | marras.antonio@insedia.interbusiness.it |
| marla.lincolnfelter@pacificlife.com | marrj4@nationwide.com |
| marla.sims@bbh.com | marsch.a@dreyfus.com |
| marlambr@centralbank.gov.cy | marselen.spencer@tdsecurities.com |
| marlane.pereiro@tudor.com | marsha.jong@barclaysglobal.com |
| marleen.deloof@belgacom.be | marsha.morgan@bnsf.com |
| marleen.vanholsbeeck@fortisinvestments.com | marsha.van.beusekom@fandc.nl |
| marlena.stevens@pncbank.com | marsha.yuan@wamu.net |
| marlene.archer@sgam.com | marshal.s.auron@fhlb-pgh.com |
| marlene.barrett@ibtco.com | marshald@ebrd.com |
| marlene.bennett@db.com | marshall.a.croom@lowes.com |
| marlene.blot@caam.com | marshall.as@tbcam.com |
| marlene.bonasera@morganstanley.com | marshall.clark@morgankeegan.com |
| marlene.g.deluca@jpmorgan.com | marshall.dornfeld@opco.com |
| marlene.mora@aig.com | marshall.filart@ing.be |
| marlenew@mcm.com | marshall.reid@trs.state.tx.us |
| marlin_brown@vanguard.com | marshall.stuckey@bankofamerica.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| marshall_glassner@putnam.com | marti@zuam.ch |
| marshally@mcm.com | martial.balbinot@claridenleu.com |
| marta.calisse@bpmvita.it | martial.godet@bnpparibas.com |
| marta.campriani@unicredit.it | martial.lasfargues@cnp.fr |
| marta.canesi@bancaakros.it | martien.meijer@sns.nl |
| marta.de.juan@barclays.com | martigas@bankofny.com |
| marta.didoni@db.com | martijai@bancsabadell.com |
| marta.edmonds@blackrock.com | martijn.hes@mail.ing.nl |
| marta.figuerola@caixacatalunya.es | martijn.oosterwoud@ingim.com |
| marta.lombardia@grupobbva.com | martijn.schrijvers@ny.frb.org |
| marta.waszkiewicz@morganstanley.com | martijn.schriyers@ny.frb.org |
| marta.wenker@fafadvisors.com | martijn.soesbeek@ingim.com |
| marta_yago@troweprice.com | martijn.verwoest@pggm.nl |
| martein.osch@nl.abnamro.com | martijnvanveen@saemor.com |
| marten.hagstrom@leonia.fi | martin.a.kane@goodbody.ie |
| marten.larsson@swedbankrobur.se | martin.achter@hypovereinsbank.de |
| marten.lindeborg@dnbnor.com | martin.aebi@vpbank.com |
| marten-pieter.van.harten@ingim.com | martin.aichner@erstebank.at |
| marterburn@ameritas.com | martin.allenbach@cbve.com |
| martha.beard@chase.com | martin.annigoefer@helaba.de |
| martha.brantley@deshaw.com | martin.arthur@hsbcinvestments.com |
| martha.childs@columbiamanagement.com | martin.axell@seb.se |
| martha.gonzalez@blackrock.com | martin.ayres@insightinvestment.com |
| martha.hamel@drkw.com | martin.baumgartner@sarasin.ch |
| martha.hertanu@xilinx.com | martin.beck@lgt.com |
| martha.johnsen@wamu.net | martin.bendixen@electrolux.se |
| martha.johnson@nbcbank.com | martin.berberich@db.com |
| martha.masling@lbbw.de | martin.bidermann@rahnbodmer.ch |
| martha.metcalf@csam.com | martin.blasi@bayernlb.com |
| martha.moutafis@fmr.com | martin.blessing@commerzbank.com |
| martha.scheiber@ubs.com | martin.bolander@robur.se |
| martha.sherman@tradestreetinv.com | martin.braun01@hyporealestate.de |
| martha.travers@vontobel.ch | martin.braunschlaeger@hvb.de |
| martha.travers-veress@caam.com | martin.bray@gs.com |
| martha.truog@swib.state.wi.us | martin.britz@ubs.com |
| martha.tuttle@prudential.com | martin.bronner@sebprivatebanking.com |
| martha_b_childs@fleet.com | martin.brooke@bankofengland.co.uk |
| martha_e_raber@keybank.com | martin.brueckner@first-private.de |
| martha_metcalf@jpmorgan.com | martin.bruni@juliusbaer.com |
| martha_spreen@nylim.com | martin.buerki@ubs.com |
| marthe.dupin@ubs.com | martin.callaghan@jpmorganfleming.com |
| marti.dishowitz@swib.state.wi.us | martin.caramians@au.abnamro.com |
| marti@danskecapital.com | martin.chapados@lodh.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| martin.chapman@amg-invest.de | martin.goldenbaum@pncbank.com |
| martin.cholwill@rlam.co.uk | martin.graham@nationwide.co.uk |
| martin.christ@unicreditgroup.at | martin.grolimund@bnpparibas.com |
| martin.clarke@ubs.com | martin.gros.pedersen@nordea.com |
| martin.collins@threadneedle.co.uk | martin.grunst@cbcf-net.com |
| martin.connaghan@aberdeen-asset.com | martin.grzonka@dzbank.de |
| martin.cornell@db.com | martin.habel@kfw.de |
| martin.crisp@hsh-nordbank.co.uk | martin.hall.uk@uk.fid-intl.com |
| martin.d.king@jpmorgan.com | martin.hammer@bankofengland.co.uk |
| martin.dahlgren@nordea.com | martin.hanley@westernasset.com |
| martin.davies@bmond.com | martin.hartmann@dresdner-bank.com |
| martin.day@cazenove.com | martin.harvey@threadneedle.co.uk |
| martin.degen@ubs.com | martin.held@lrp.de |
| martin.demmel@activest.de | martin.hellmich@lbbw.de |
| martin.dequervain@vontobel.ch | martin.hicks@unicredit.it |
| martin.deschenes@bmo.com | martin.hindelang@blb.de |
| martin.deux@axa-im.com | martin.hingst@lbbw.de |
| martin.doyle@nuveen.com | martin.hinkofer@allfonds-bkg.de |
| martin.duerr@feri.de | martin.hinterhofer@rcm.at |
| martin.duncan@fipartners.com.au | martin.hochstein@bfg-invest.de |
| martin.efferz@helaba-invest.de | martin.hofbauer@essenhyp.com |
| martin.eisele@bhf-bank.com | martin.hofer@nokia.com |
| martin.engel@essenhyp.com | martin.houston@bg-group.com |
| martin.fechtner@db.com | martin.hrdina@union-investment.de |
| martin.feeny@pimco.com | martin.hubbes@agf.com |
| martin.figge@sebam.de | martin.huber@juliusbaer.com |
| martin.finger@dzbank.de | martin.huber@nestle.com |
| martin.fleischman@pacificlife.com | martin.hueppi@claridenleu.com |
| martin.flueckiger@claridenleu.com | martin.hueppi@juliusbaer.com |
| martin.flynn@fmr.com | martin.huesler@zkb.ch |
| martin.foden@rlam.co.uk | martin.humphries@barclaysglobal.com |
| martin.fong@deshaw.com | martin.hurtado@trs.state.tx.us |
| martin.frank@sarasin.ch | martin.ineichen@hsbcpb.com |
| martin.fransson@blackrock.com | martin.isler@credit-suisse.com |
| martin.friederichs@us.socgen.com | martin.j.edmonds@aib.ie |
| martin.froeschl@credit-suisse.com | martin.j.thompson@aibbny.ie |
| martin.gagnon@tres.bnc.ca | martin.jahn@kfw.de |
| martin.gelzenleuchter@dekabank.de | martin.jank@nordlb.lu |
| martin.gibson@aegon.co.uk | martin.jansen@inginvestment.com |
| martin.gilbert@aberdeen-asset.com | martin.janser@credit-suisse.com |
| martin.glavin@mandg.co.uk | martin.jochum@lodh.com |
| martin.goernig@hsh-nordbank.com | martin.johansson@seb.se |
| martin.goetz@ubs.com | martin.jonsson@brummer.se |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

martin.joos@de.bosch.com
martin.jufer@juliusbaer.com
martin.juillard@barcap.com
martin.junker.nielsen@nordea.com
martin.kamleitner@sparkasse-ooe.at
martin.kelly@agamwestfcb.com
martin.kember@db.com
martin.kensett@barclays.co.uk
martin.kesper@db.com
martin.kirchner@dlh.de
martin.kirisch-von-saldern-ahlimb@rzb.at
martin.kleinhenz@nuernberger.de
martin.klement@bluewin.ch
martin.kober@dzbank.de
martin.kobler@credit-suisse.com
martin.koelker@sparkasse-koelnbonn.de
martin.koepke@lbb.de
martin.koetter@wgz-bank.de
martin.kruse@haspa.de
martin.kuebler@dzbank.de
martin.kuehrer@siemens.com
martin.kuesters@kzvk.de
martin.kurhajec@lbbw.de
martin.laborde@telefonicachile.cl
martin.lally@sachsenlb.ie
martin.larger@socgen.com
martin.larsen@brummer.se
martin.lawlor@prudential.com
martin.lawrence@commerzbank.com
martin.leber@vontobel.ch
martin.lebouitz@jpmorgan.com
martin.lee@email.com
martin.lemmerer@erstebank.at
martin.leonard@baesystems.com
martin.lewis@barclayscapital.com
martin.ligezinski@ba-ca.com
martin.lilianthal@inginvestments.com
martin.lilienthal@inginvestment.com
martin.lindner@bundesbank.de
martin.locke@berliner-volksbank.de
martin.loesser@db.com
martin.lohaus@oppenheim.de
martin.lonsdorfer@dit.de

martin.luehrs@hvbeurope.com
martin.mahoney@ge.com
martin.marinov@dws.com
martin.mayer@amg.co.at
martin.mcconnell@evergreeninvestments.com
martin.mcgovern@clf-dexia.com
martin.mcmahon@credit-suisse.com
martin.meili@juliusbaer.com
martin.meloun@gecapital.com
martin.menton@pnc.com
martin.mickus@opcap.com
martin.mihalyi@sparinvest.com
martin.moeller@nordlb.de
martin.moorman@morganstanley.com
martin.moyes@lazard.com
martin.mueller@bankgesellschaft.de
martin.muenchbach@swissfirst.ch
martin.nellen@bmw.de
martin.neuhold@ba-ca.com
martin.newport@flemings.com
martin.nilsson@alecta.com
martin.nybye@nordea.com
martin.o'brien@bailliegifford.com
martin.opfermann@allianz.de
martin.ouellet@tres.bnc.ca
martin.palasek@rb.cz
martin.penn@eu.nabgroup.com
martin.petracchi@pharma.novartis.com
martin.phipps@gartmore.com
martin.piechottka@hsh-nordbank.com
martin.polach@seb.de
martin.porter@icap.com
martin.porter@jpmorgan.com
martin.pracht@dekabank.de
martin.prins@ingim.com
martin.ragnartz@hp.com
martin.rainsford@ricoh-usa.com
martin.rast@hvb.de
martin.rea@glgpartners.com
martin.reichel@nordlb.de
martin.reisch@deutscherring.de
martin.robins@bnpgroup.com
martin.roesch@vontobel.ch

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

martin.rosacker@inginvestment.com
martin.rosenberger@zkb.ch
martin.rost@blb.de
martin.rother@db.com
martin.rottmann@berliner.volksbank.de
martin.rottmann@berliner-volksbank.de
martin.rydin@swedbank.se
martin.s.c.lee@citicorp.com
martin.s.coward@jpmorgan.com
martin.sachs@apobank.de
martin.sanders@unilever.com
martin.sanderson@db.com
martin.sann@geninvest.de
martin.schau@sebam.de
martin.scheel.2@claridenleu.com
martin.scheele@helaba.de
martin.schimek@cnb.cz
martin.schlatter@claridenleu.com
martin.schmid@ubsw.com
martin.schmidt@lbbw.de
martin.schmucker@blb.de
martin.schnauss@juliusbaer.com
martin.schoebel@frankfurt-trust.de
martin.schorr@hsh-nordbank.com
martin.schreiber@zkb.ch
martin.schuepbach@sg.ch
martin.schulz@allegiantgroup.com
martin.schwarb@csam.com
martin.schweitzer@erstebank.at
martin.seitz@wwasset.de
martin.senn@swisslife.ch
martin.serse@seb.se
martin.shea@ftnfinancial.com
martin.shields@hvbeurope.com
martin.sieg@zkb.ch
martin.sirch@trinkaus.de
martin.smith@dzbank.de
martin.smith@fandc.com
martin.soeldner@rcm.at
martin.spillmann@ubs.com
martin.squires@lodh.com
martin.stein@shinseibank.com
martin.tallroth@nordea.com

martin.thiesen@db.com
martin.tobler@ubs.com
martin.todd@swip.com
martin.tschirky@db.com
martin.tschunko@db.com
martin.tuch@unicreditgroup.de
martin.tunstall@rabobank.com
martin.turnbull@aberdeen-asset.com
martin.unger@rzb.at
martin.vahlbrock@rwe.com
martin.van.der.voet@ingim.com
martin.van.meerendonk@rabobank.com
martin.voelkle@bankcoop.ch
martin.ward@rbccm.com
martin.wehling@dzbank.com.sg
martin.weikamp@mn-services.nl
martin.white@barclaysglobal.com
martin.widmer@mbczh.ch
martin.wieland@bundesbank.de
martin.wilhelm@hsh-nordbank.com
martin.willi@blvk.ch
martin.wintermantel@lloydsbank.com
martin.worel@erstebank.at
martin.wuermli@aam.ch
martin.ziese@dzbank.de
martin.zimmer@credit-suisse.de
martin.zimmermann@ids.allianz.com
martin.zoll@jpmorganfleming.com
martin@aigfpc.com
martin@chandlerasset.com
martin@ikospartners.com
martin_ayow@elliottandpage.com
martin_batty@newton.co.uk
martin_chanzit@ustrust.com
martin_davidson-gay@bankofscotland.co.uk
martin_doerr@mail.mayco.com
martin_geislinger@fanniemae.com
martin_helm@ml.com
martin_kelly@fanniemae.com
martin_king@nylim.com
martin_l_shagrin@victoryconnect.com
martin_lee@troweprice.com
martin_loketek@freddiemac.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| martin_oetiker@ssga.com | martine.demets@dexia.be |
| martin_ohare@blackrock.com | martine.francoual@db.com |
| martin_ramseyer@swissre.com | martine.gadby@accor.com |
| martin_reeves@acml.com | martine.legal@axa-im.com |
| martin_scott@acml.com | martine.magnee@axa.be |
| martin_sibileau@scotiacapital.com | martine.rognon@bcv.ch |
| martin_smith@cargill.com | martine.vermersch@degroof.lu |
| martin_stief@westlb.de | martine.wehlen@ubs.com |
| martin_vernon@glic.com | martine@aeltus.com |
| martin_walker@hen.invesco.com | martineaulk@deserettrust.com |
| martin_weeks@scotiacapital.com | martinelli@mpsgr.it |
| martin_weiss@hen.invesco.com | martinez.capdev@grupobbva.com |
| martin_young@freddiemac.com | martinez@bde.es |
| martina.backes@lri.lu | martinezsylvia@bancourquijo.com |
| martina.benke@de.pimco.com | martinfk@banquetransatlantique.com |
| martina.biancardi@carifirenze.it | marting@bloomberg.net |
| martina.boesen@lri.lu | martin-h.schneider@db.com |
| martina.brueck@sparkasse-koelnbonn.de | martinholcombe@hsbc.com |
| martina.burysek@bdg.ch | martini@bernstein.com |
| martina.cheung@huntington.com | martinious.hartmann@sfs.siemens.de |
| martina.davis@fskag.de | martinka@bloomberg.net |
| martina.dellemonache@bancaetruria.it | martinmoser@northwesternmutual.com |
| martina.fischer@oppenheim.de | martino.brioni@rabobank.com |
| martina.fricke@airbus.com | martino.deprato@mediobanca.it |
| martina.honegger@vontobel.ch | martino.perkmann@credit-suisse.com |
| martina.jurczyk@dekabank.de | martino.rigo@jpmorganfleming.com |
| martina.keens-betts@uk.fid-intl.com | martinsj@strsoh.org |
| martina.knorrek@hvb.de | martinsmith@bankofny.com |
| martina.kocksch@cominvest.de | martola@bankinter.es |
| martina.lukaschek@erstebank.at | marton.bloemer@azl-group.com |
| martina.mertens@postbank.de | martona@otpbank.hu |
| martina.mueller@vpbank.com | martrats@mail.bancsabadell.com |
| martina.nebelung@ids.allianz.com | martti.forsberg@nordea.com |
| martina.philippsen@hsh-im.com | martti.siivola@sampo.fi |
| martina.schroeder@bhf-bank.com | marty.balch@rbc.com |
| martina.sossenheimer@deka.de | marty.flanagan@aiminvestments.com |
| martina.spaeth@hvb.de | marty.hargrave@53.com |
| martina.steinberg@bayernlb.de | marty.stenhouse@nctrust.com |
| martina.weiler@ksk-bc.de | marty.yates@truscocapital.com |
| martina@ufji.com | marty_hollenbeck@cinfin.com |
| martinao@oechsle.com | martybutorac@northwesternmutual.com |
| martinbeuck@bayerhealthcare.com | martymartin@tagfolio.com |
| martinbrowning@hsbc.com.hk | martyn.dyson@nationwide.co.uk |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

martyn.horn@threadneedle.co.uk
martyn.king@uk.rcm.com
martyn.simmons@gartmore.com
martyn.surguy@db.com
martyn@bgi-group.com
martyn_drake@bankofscotland.co.uk
maruf.siddiquee@db.com
maruthy.ragothaman@citadelgroup.com
marutyunyan@eatonvance.com
maruyama@tokyotrust.co.jp
maruyama-0dth@jp.nomura.com
marvin.fong@mackayshields.com
marvin.hartsfield@53.com
marvin.lazar@mizuhocbus.com
marvin.liniger@ubs.com
marvin.loh@fmr.com
marvin.tong@sce.com
marvin@ruanecunniff.com
marvin_flewellen@invesco.com
marwoto@bi.go.id
marx@gcm.com
marxcw@bernstein.com
marxe@fhlb-pgh.com
mary.a.downing@bankone.com
mary.a.jones@pnc.com
mary.a.white.cvjq@statefarm.com
mary.acosta@prudential.com
mary.ann.fusco@bnymellon.com
mary.anne.healy@morganstanley.com
mary.battaglia@ppmamerica.com
mary.beth.styslinger@fhlb-pgh.com
mary.birger@morganstanley.com
mary.blust@columbiamanagement.com
mary.boyle@ge.com
mary.c.keaveney@db.com
mary.canning@mutualofamerica.com
mary.carmean@thrivent.com
mary.chase@alliancebernstein.com
mary.chiappetta@rbc.com
mary.colby@schwab.com
mary.cunningham@aiminvestments.com
mary.curtis@umb.com
mary.davis@dillonread.com

mary.drummond@ubs.com
mary.dunbrack@baring-asset.com
mary.durkosh@pncbank.com
mary.ella.crane@corporate.ge.com
mary.f.daly@aib.ie
mary.f.green@ge.com
mary.farrell@ubs.com
mary.fleisch@ny.frb.org
mary.fleming@citicorp.com
mary.floberg@inginvestment.com
mary.gaffney@boimail.com
mary.goodman@moorecap.com
mary.gottshall@juliusbaer.com
mary.harris@bankofengland.co.uk
mary.hass@eddassoc.com
mary.herfurth@gmacrfc.com
mary.hyland@himco.com
mary.ioven@fmr.com
mary.j.moloney@aib.ie
mary.jackets@omg.co.uk
mary.kay.girimonti@fhlb-pgh.com
mary.kazaryan@morganstanley.com
mary.kiernan@lloydstsb.co.uk
mary.kleckner@lloydsbank.ch
mary.koenig@huntington.com
mary.lamb@cnb.com
mary.lucas@pnc.com
mary.makowske@pnc.com
mary.may@ubs.com
mary.mccave@lgim.co.uk
mary.messner@bbh.com
mary.micheels@swib.state.wi.us
mary.nnachi@swipartnership.co.uk
mary.otero@morganstanley.com
mary.p.kendziekski@jpmorgan.com
mary.ras@abnamro.com
mary.schafer@morganstanley.com
mary.sherrill@wachovia.com
mary.simmons@morganstanley.com
mary.stavrou@postbank.de
mary.stepnowski@blackrock.com
mary.sue.dickinson@morganstanley.com
mary.testa@us.hsbc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mary.thomson@bpmsgr.it | mary-ann.chang@halbis.com |
| mary.towle@thrivent.com | maryann.claravall@ge.com |
| mary.tuccillo@ubs.com | maryann.florez@gm.com |
| mary.turner@bbandt.com | maryann.fullam@mutualofamerica.com |
| mary.vanmameren@ibtco.com | maryann.hernon@ilim.com |
| mary.veale@jpmorganfleming.com | maryann.labella@csam.com |
| mary.vollert@rainierfunds.com | maryann.magdich@pncbank.com |
| mary.warner@blackrock.com | maryann.maiwald@morganstanley.com |
| mary.werler@columbiamanagement.com | maryann.mcginn@schwab.com |
| mary.wong@hk.fortis.com | maryann.moriarty@ubs.com |
| mary.x.vesey@jpmorgan.com | maryann.sonnenfeld@blackrock.com |
| mary.yucedal@db.com | maryann.vando@ge.com |
| mary@bpviinc.com | maryann.veneziano@mackayshields.com |
| mary@incomeresearch.com | mary-ann.ward@columbiamanagement.com |
| mary@jbush.com | maryann_kriener@aul.com |
| mary_c_ainger@ntrs.com | maryanne.pape@pncadvisors.com |
| mary_cologero@key.com | maryanne_rupy@sonyusa.com |
| mary_cottrill@calpers.ca.gov | maryb.mcnulty@biam.boi.ie |
| mary_davey@ustrust.com | marybeth.cadle@ocas.com |
| mary_f_willcox@bankone.com | marybeth.lynch@juliusbaer.com |
| mary_fellows@conning.com | marybeth_b_simon@keybank.com |
| mary_fitzgerald@putnam.com | maryc@woodstockcorp.com |
| mary_grant@bankone.com | marye.anderson@harrisbank.com |
| mary_hapij@putnam.com | maryellen.donahue@morganstanley.com |
| mary_hishke@acml.com | maryellen.fazzino@morganstanley.com |
| mary_kay_wright@ntrs.com | maryellen.higgins@db.com |
| mary_low@calpers.ca.gov | maryellen.mccormack@lazard.com |
| mary_mccarthy@newton.co.uk | maryellen@nylife.com |
| mary_mcdermott@ssga.com | mary-etta_schneider@fleet.com |
| mary_miller@troweprice.com | marygillespie@eatonvance.com |
| mary_muething@freddiemac.com | marygrace.finn@firstunion.com |
| mary_necochea@nacm.com | maryhelen.myles@pncbank.com |
| mary_nobbe@calpers.ca.gov | maryho@bloomberg.net |
| mary_odonnell@freddiemac.com | maryho@stanford.edu |
| mary_pace@fsba.state.fl.us | maryjane.bobyock@morganstanley.com |
| mary_pucciarelli@ml.com | mary-jane.fallon@siemens.com |
| mary_redmond@merck.com | maryjo.jacobi@shell.com |
| mary_shanks@scudder.com | maryk@mcm.com |
| mary_shillinger@freddiemac.com | marykate_o'donnell@putnam.com |
| mary_singh@nacm.com | mary-line.haussy@caam.com |
| mary_spence@fanniemae.com | maryline.jarnoux-sorin@dws.com |
| maryam.bhatti@pnc.com | marylinehan@northwesternmutual.com |
| maryam.ettehadieh@ubs.com | marylou_bathen@colonialbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

marylu.lopriore@fmr.com

marymargaret.hayden@inginvestment.com

marymccarthy@massmutual.com

maryphillips@northwesternmutual.com

marysa_mason@notes.ntrs.com

mary-sol.michel@caam.com

maryvel.gonzalez@chase.com

marywang@mail.bot.com.tw

marzdiah.abubakar@bia.com.bn

marzena.lange@allianzgi.de

marzia.magnani@ersel.it

marzianotc@bernstein.com

marzio.lanzoni@arcafondi.it

marzio.martinelli@bsibank.com

mas@dodgeandcox.com

mas@veb.ru

masaaki.kadota@db.com

masaaki.miyake@uk.mufg.jp

masaaki.nishikori@schroders.com

masaaki.wakai@db.com

masaaki_katou@am.sumitomolife.co.jp

masaaki_kobayashi@tr.mufg.jp

masaaki_miyoshi@tr.mufg.jp

masaaki_yoshimura@am.sumitomolife.co.jp

masafumi.miya@boj.co.jp

masago02823@nissay.co.jp

masaharu.yano@mizuho-cb.com

masaharu_katsumori@tr.mufg.jp

masaharu_suehira@tr.mufg.jp

masahide.hata@ubs.com

masahide.ito@damel.co.uk

masahiko.maruyama@ufj-partners.co.jp

masahiko.saito@axa.co.jp

masahiko.yamamoto@sumitomotrust.co.jp

masahiko_iwata@btm.co.jp

masahiko_nomura@mitsubishi-trust.co.jp

masahiko_okada@am.sumitomolife.co.jp

masahiko_tazima@am.sumitomolife.co.jp

masahiko-murata@gm.shokochukin.go.jp

masahiro.sekiyama@mizuhocbus.com

masahiro.toyota@mizuho-cb.co.jp

masahiro.yamamoto@ntt-finance.co.jp

masahiro_hagiwara@am.sumitomolife.co.jp

masahiro_imajo@gb.smbcgroup.com

masahiro_kamoya@mitsui-seimei.co.jp

masahiro_kato@mtam.co.jp

masahiro_koseki@am.sumitomolife.co.jp

masahiro_nakai@tr.mufg.jp

masahiro_nishi@mail.toyota.co.jp

masahisa_fukushima@mitsubishi-trust.co.jp

masahisa_ogawa@tr.mufg.jp

masa-horiike@kddi.com

masai.dli@dial.pipex.com

masaji.kurihara@amashin.co.jp

masakatsu.hashiguchi@mizuho-bk.co.jp

masakazu_simoyama@am.sumitomolife.co.jp

masaki.hasegawa@fandc.com

masaki.kobayashi@meijiyasuda.co.jp

masaki.shibuya@surugabank.co.jp

masaki.shimazu@sfmtok.co.jp

masaki.taketsume@schroders.com

masaki_hata@mitsui-seimei.co.jp

masaki_saito@tr.mufg.jp

masako.aoki@westernasset.com

masako.azuma@lehman.com

masako.walsh@pimco.com

masako_w@mtbcny.com

masakuni_mori@mail.toyota.co.jp

masami_funahashi@mitsubishi-trust.co.jp

masami_mukawa@mitsubishi-trust.co.jp

masamichi-takigawa@am.mufg.jp

masamura@dl.dai-ichi-life.co.jp

masanori.hariyama@mizuho-tb.co.jp

masanori.iijima@ufj-partners.co.jp

masanori.nakatsuka@mizuho-cb.co.jp

masanori_tanahashi@tr.mufg.jp

masanori-iijima@am.mufg.jp

masao.oota@mizuho-bk.co.jp

masao.yamada-1@boj.or.jp

masao_kuroda@ml.com

masaoaratani@meijiyasuda.co.jp

masao-tsuji@am.mufg.jp

masaru.irie@tokyostarbank.co.jp

masaru.nishikawa@ntt-finance.co.jp

masaru.ogawa@aberdeen-asset.com

masaru.shiomi@sumitomocorp.co.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

masaru.wada@ufj-partners.co.jp

masaru.yamazaki@barclaysglobal.com

masaru_hitotuya@am.sumitomolife.co.jp

masaru_ichikawa@mitsubishi-trust.co.jp

masaru_onodera@am.sumitomolife.co.jp

masaru_yamamoto@tr.mufg.jp

masaru-myojin@am.mufg.jp

masaru-shibuta@am.mufg.jp

masashi_kageyama@ho.rokinbank.or.jp

masashi_teshigawara@mitsui-seimei.co.jp

masashi_yamamoto@capgroup.com

masataka.akimoto@sgam.com

masataka_yamaguchi@mitsui-seimei.co.jp

masato_ishibe@tr.mufg.jp

masato_nakamura@mitsubishi-trust.co.jp

masato_sakaguchi@tr.mufg.jp

masaton@bloomberg.net

masatoshi.muto@mizuho-cb.co.jp

masatoshi.sakashita@mail.mol.co.jp

masatsugu.nagato@mizuhocbus.com

masatsugu_tsuchiya@tr.mufg.jp

masaya.yagishita@nttl.co.jp

masaya_honziyou@am.sumitomolife.co.jp

masayoshi.amamiya@boj.or.jp

masayuki.tomizawa@shinseibank.com

masayuki.tsukahara@ufj-partners.co.jp

masayuki.watanabe@noemail.com

masayuki.yasuoka@ibjbank.co.jp

masayuki.yonezawa@ufj-partners.co.jp

masayuki_hori@am.sumitomolife.co.jp

masayuki_murata@am.sumitomolife.co.jp

masayuki_otaki@tr.mufj.jp

masayuki_suzuki@mitsubishi-trust.co.jp

masayuki_suzuki@sakura.co.jp

masayuki_takeda@mitsubishi-trust.co.jp

masayuki_tanaka@mitsubishi-trust.co.jp

masayuki_yoshihara@am.sumitomolife.co.jp

masayuki-umetani@am.mufg.jp

mascenzi@iccrea.bcc.it

mascha.canio@pggm.nl

masey.lock@gecapital.com

masha.delgoshaei@allianz.com

mashraf@bnm.gov.my

maskawad@lehman.com

maslind@aetna.com

masm@capgroup.com

masmith@freedom-capital.com

masmoredjo@aegon.nl

mason.haupt@soros.com

mason.woodworth@blackrock.com

mason_winfield@aimfunds.com

mason057@umn.edu

mason-a.tilden@db.com

masonross@northwesternmutual.com

masontoa@wellsfargo.com

maspinelli@ambac.com

masquilli@ibtco.com

massey@roxcap.com

massimi@eif.org

massimiliano.benedetto@bancamarche.it

massimiliano.bevignani@enel.it

massimiliano.casini@popso.ch

massimiliano.frank@fininvest.it

massimiliano.fumagalli@arcafondi.it

massimiliano.guttadauro@capitalia-am.com

massimiliano.liberatore@arcafondi.it

massimiliano.micheli@capitalia-am.com

massimiliano.rasori@pioneerinvestments.com

massimiliano.schiavoni@ubae.it

massimiliano.sessanta@am.generali.com

massimiliano.vlacci@bancagenerali.it

massimino@mediolanum.it

massimo.aglietti@db.com

massimo.aloi@eurosgr.it

massimo.bianchi@deshaw.com

massimo.bianchi@ubm.it

massimo.bigoni@arcafondi.it

massimo.bolzoni@meieaurora.it

massimo.bonisoli@bper.it

massimo.borghesi@juliusbaer.com

massimo.calvagno@sellagestioni.it

massimo.carducci@antonveneta.it

massimo.cavaletto@juliusbaer.com

massimo.celi@bnlmail.com

massimo.cenci@mpsgr.it

massimo.ciampolini@bancaintesa.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| massimo.colombi@gruppo.mediolanum.it | masullivan@jhancock.com |
| massimo.cotella@unicredit.it | masumura@tokyotrust.co.jp |
| massimo.d'alessandro@fincantieri.it | masuyama-jun@mitsubishi-sec.co.jp |
| massimo.donatoni@mpsgr.it | masuzawa@daiwa-am.co.jp |
| massimo.faenza@italease.it | mat@premierassetmanagement.com |
| massimo.felletti@mpsgr.it | matassi@cbd.ae |
| massimo.fillia@geva.fiatgroup.com | matc@capgroup.com |
| massimo.fini@bsibank.com | matcohen@bloomberg.net |
| massimo.giocondi@bnlmail.com | mateen.ahmed@ubs.com |
| massimo.gois@bancagenerali.it | matej.godal@erstebank.at |
| massimo.guiati@azfund.com | matejka@meinlbank.com |
| massimo.iacono@meliorbanca.com | mateos@bloomberg.net |
| massimo.lomonte@bancaakros.it | mateusz.swierczewski@bph.pl |
| massimo.lucco@gnf.it | matheiu.berger@lodh.com |
| massimo.marolo@hcmny.com | mather@pimco.com |
| massimo.massaro@bnlmail.com | matherd@nationwide.com |
| massimo.micarelli@ubs.com | matheus.tarzia@br.schroders.com |
| massimo.molinari@banca.mps.it | mathew.anderson@4086.com |
| massimo.nelci@fincantieri.it | mathew.bate@alliancebernstein.com |
| massimo.pedrazzini@credit-suisse.com | mathew.kraut@pnc.com |
| massimo.petricci@banca.mps.it | mathew.mccrum@vanguard.com.au |
| massimo.sgabussi@meliorbanca.com | mathew.silva@gibuk.com |
| massimo.talia@bnpparibas.com | mathewb@strsoh.org |
| massimo.todaro@barclayscapital.com | mathewwelch@temasek.com.sh |
| massimo.vacca@saras.it | mathias.alrixion@seb.se |
| massimo.verduci@passbanca.it | mathias.freistetter@ba-ca.com |
| massimo_franco_andreoli@cariverona.it | mathias.haffner@feri.de |
| massimo_romano@generali.com | mathias.hultgren@uk.abnamro.com |
| mast39@handelsbanken.se | mathias.loll@haspa.de |
| mastahr@midcogen.com | mathias.lundberg@nordea.com |
| mastain@jennison.com | mathias.metzger@dzbank.de |
| mastone@dlbabson.com | mathias.nimlin@nordea.lu |
| mastone@massmutual.com | mathias.reichelsdorfer@citi.com |
| mastrogianis@mutualofamerica.com | mathias.rieben@claridenleu.com |
| mastromarchi@bloomberg.net | mathias.saint-leger@lodh.com |
| mastropasqua.cristina@insedia.interbusiness.it | mathias.weil@oppenheim.de |
| masuda@daiwasbi.co.jp | mathias.werner@hsh-nordbank.com |
| masuda_kaoru@mail.asahi-life.co.jp | mathias.wikberg@nordea.com |
| masuda_susumu@vb.smbc.co.jp | mathieson@dukestreetcapital.com |
| masuda02318@nissay.co.jp | mathieu.aussermeier@bms.com |
| masuda03242@nissay.co.jp | mathieu.azzouz@sgam.com |
| masuhiro_yamamoto@tr.mufg.jp | mathieu.bertrand@ing.be |
| masui.toshihiko@kokusai-am.co.jp | mathieu.cheysson@nestle.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mathieu.cranz@axa-im.com | matsumoto.noriaki@sharp.co.jp |
| mathieu.fortier@novartis.com | matsumoto@daiwa-ny.com |
| mathieu.germain@tres.bnc.ca | matsumoto_naohiro@ay.smbc.co.jp |
| mathieu.giroux@innocap.com | matsumoto03356@nissay.co.jp |
| mathieu.hafner@ing.be | matsumoto886@dl.dai-ichi-life.co.jp |
| mathieu.labille@ubs.com | matsumura-y@daiwasbi.co.jp |
| mathieu.negre@fortisinvestments.com | matsunaga@daiwa-am.co.jp |
| mathieu.schmitz@dexia.com | matsunaga@nam.co.jp |
| mathieu_grodner@putnam.com | matsuo_ryoji@rk.smbc.co.jp |
| mathieu_rabiller@westlb.co.uk | matsuo_yasunari@yk.smbc.co.jp |
| mathilde.frapsauce@socgen.com | matsuoka.n@daiwa-am.co.jp |
| mathur@ellington.com | matsuoka@nam.co.jp |
| mathurs@hmc.harvard.edu | matsuot@nochubank.or.jp |
| matias.silvani@jpmorganfleming.com | matsushita@daiwasbi.co.jp |
| matias.torrellas@caixacatalunya.es | matsuzaki@daiwa-am.co.jp |
| matilde.acerra@ubs.com | matsuzaki-1dzn@jp.nomura.com |
| matine.raza@mhcb.co.uk | matt.allen@iac.com |
| matneyr@hhmi.com | matt.antunes@bankofamerica.com |
| mato01@handelsbanken.se | matt.barasch@rbc.com |
| mats.carlsson@nordea.com | matt.berler@osterweis.com |
| mats.guldbrand@amfpension.se | matt.blank@citizensbank.com |
| mats.hellstrom@nordea.com | matt.boatwright@fhlbtopeka.com |
| mats.hesselstedt@folksam.se | matt.boden@truscocapital.com |
| mats.hyden@brummer.se | matt.brill@inginvestment.com |
| mats.lagerquist@robur.se | matt.byron@nisanet.com |
| mats.larsson@ap1.se | matt.camacho@fmr.com |
| mats.onner@sevenco.se | matt.cambria@sgcib.com |
| mats.waldemarsson@swedbankrobur.se | matt.carvalho@bankofthewest.com |
| mats.wallander@apfund1-3.se | matt.casey@fmr.com |
| mats.wandrell@nordea.com | matt.chan@ubs.com |
| mats.wirdefeldt@seb.se | matt.charleston@socgen.co.uk |
| matsou@bloomberg.net | matt.clark@pimco.com |
| matsuba@daiwa-am.co.jp | matt.collins@ubs.com |
| matsubara@daiwa-am.co.jp | matt.conti@fmr.com |
| matsuda.c@daiwa-am.co.jp | matt.day@mondrian.com |
| matsuda@daiwa-am.co.jp | matt.dean@ppmamerica.com |
| matsue.williams@bailliegifford.com | matt.dellabitta@bankofamerica.com |
| matsugasaki_honami@rk.smbc.co.jp | matt.devaney@bnpparibas.com |
| matsui.s@daiwa-am.co.jp | matt.diamond@inginvestment.com |
| matsui@hkma.gov.hk | matt.dorsten@pimco.com |
| matsui552358@sumitomobank.co.jp | matt.elliott@himco.com |
| matsumoto.j@daiwa-am.co.jp | matt.elliott@shenkmancapital.com |
| matsumoto.ju@daiwa-am.co.jp | matt.eva@aberdeen-asset.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| matt.evans@conocophillips.com | matt.robbins@ppmamerica.com |
| matt.fitzpatrick@davy.ie | matt.robertson@trs.state.tx.us |
| matt.fletcher@anfis.co.uk | matt.robinson@fmr.com |
| matt.fletcher@lgim.co.uk | matt.roche@morgankeegan.com |
| matt.gale@amgcapitalpartners.com | matt.rockstroh@pnc.com |
| matt.garlinghouse@everbank.com | matt.rubino@bwater.com |
| matt.ginsburg@wellsfargo.com | matt.scoble@ucop.edu |
| matt.hall@4086.com | matt.sellecchia@ftnmidwest.com |
| matt.healey@fmr.com | matt.shaw@pimco.com |
| matt.hochstetler@janus.com | matt.shimao@nokia.com |
| matt.hollier@omam.co.uk | matt.smith@fmr.com |
| matt.houtsma@ubs-oconnor.com | matt.steadman@wellscap.com |
| matt.ihrke@morgankeegan.com | matt.stone@inv.uchicago.edu |
| matt.j.head@exxonmobil.com | matt.susser@ge.com |
| matt.jones@uk.fid-intl.com | matt.timm@barclaysglobal.com |
| matt.kennedy@gmacrfc.com | matt.torrey@fmr.com |
| matt.kennedy@rainierfunds.com | matt.tuck@db.com |
| matt.klocke@raymondjames.com | matt.tucker@barclaysglobal.com |
| matt.laing@ironoakadvisors.com | matt.underhill@wolverhampton.gov.uk |
| matt.lamphier@asbai.com | matt.weir@citadelgroup.com |
| matt.lephardt@micorp.com | matt.willes@benlife.com |
| matt.litwin@blackrock.com | matt.williams@pnc.com |
| matt.loesch@alliancebernstein.com | matt.woodruff@ppmamerica.com |
| matt.m.waldner@columbiamanagement.com | matt.woods@pimco.com |
| matt.malgari@fmr.com | matt.wooster@ca-aipg.com |
| matt.mcallister@53.com | matt.zehner@pimco.com |
| matt.mccain@gwl.com | matt.zibell@sunlife.com |
| matt.meyer@aig.com | matt.zibell@sunlife.com |
| matt.miller@sun.com | matt@incomeresearch.com |
| matt.mueller@nationalcity.com | matt@sandlercap.com |
| matt.mulcahy@pimco.com | matt@scm-lp.com |
| matt.nottingham@calvert.com | matt@thamesriver.co.uk |
| matt.ocallaghan@rbccm.com | matt@tudor.com |
| matt.orr@kochind.com | matt@wells.com |
| matt.peasey@lgim.co.uk | matt_axelne@nacm.com |
| matt.pedicino@morganstanley.com | matt_balas@troweprice.com |
| matt.pfister@winterthur.ch | matt_brown@glenmede.com |
| matt.potter@morganstanley.com | matt_calvi@nylim.com |
| matt.premier@comcast.net | matt_cameron@invesco.com |
| matt.rabuse@bwater.com | matt_cross@glenmede.com |
| matt.rader@jpmorgan.com | matt_daly@conning.com |
| matt.reinbold@citadelgroup.com | matt_dennis@aimfunds.com |
| matt.rhodes@avmltd.com | matt_dennis@americancentury.com |
| | matt_driscoll@jwhmail.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| matt_dunn@hvbamericas.com | matt-g.johnson@ubs.com |
| matt_ferretti@americancentury.com | mattgruber@northwesternmutual.com |
| matt_giffen@scotiacapital.com | matthew.a.grimes@wellscap.com |
| matt_hergott@scudder.com | matthew.a.king@morganstanley.com |
| matt_hill@putnam.com | matthew.a.kinkel@jpmorgan.com |
| matt_ison@americancentury.com | matthew.a.wilson@bankofamerica.com |
| matt_johnson@fanniemae.com | matthew.abbott@csfb.com |
| matt_kelbick@bankone.com | matthew.alder@bankofamerica.com |
| matt_miller@freddiemac.com | matthew.amsberry@gwl.com |
| matt_ngai@tigerfund.com | matthew.andresen@citadelgroup.com |
| matt_pappas@ssga.com | matthew.angelucci@prudential.com |
| matt_quagliara@bankone.com | matthew.annable@barclaysglobal.com |
| matt_spain@americancentury.com | matthew.anthony@janus.com |
| matt_straub@invesco.com | matthew.appelstein@fmr.com |
| matt_titus@americancentury.com | matthew.auxier@abnamro.com |
| matt_weight@americancentury.com | matthew.bacon-hall@cba.com.au |
| mattb@bgi-group.com | matthew.barnes@bnpparibas.com |
| mattbuckley@eatonvance.com | matthew.bartlett@fmr.com |
| mattc@scm-lp.com | matthew.beale@biam.boi.ie |
| mattcarroll@northwesternmutual.com | matthew.bellucci@bankofamerica.com |
| mattd@azasrs.gov | matthew.bender@harrisbank.com |
| matteo.bassoricci@italease.it | matthew.bermel@uk.bnpparibas.com |
| matteo.bertotti@mpsfinance.it | matthew.bishop@glgpartners.com |
| matteo.bossi@bsibank.com | matthew.bloch@dnbnor.no |
| matteo.brancolini@meliorbanca.com | matthew.bloom@alliancebernstein.com |
| matteo.canali@bsi.it | matthew.blum@fmr.com |
| matteo.cassina@bnpparibas.com | matthew.boice@ubs.com |
| matteo.cavedoni@bper.it | matthew.bray@alliancebernstein.com |
| matteo.codari@pioneerinvestments.com | matthew.brennan@bankofamerica.com |
| matteo.colombo@bancaakros.it | matthew.brenner@pimco.com |
| matteo.lodrini@nestle.com | matthew.brett@bailliegifford.com |
| matteo.lombardo@lazard.com | matthew.bron@fmr.com |
| matteo.mallardo@pioneerinvestments.com | matthew.bryant@co-operativebank.co.uk |
| matteo.malmusi@bper.it | matthew.buhse@aig.com |
| matteo.maralla@jpmorgan.com | matthew.c.baker@aib.ie |
| matteo.mazzocchi@bnpparibas.com | matthew.c.beesley@jpmorgan.com |
| matteo.michelazzi@bancoprofilo.it | matthew.c.evans@conocophillips.com |
| matteo.monzeglio@bsibank.com | matthew.caggiano@db.com |
| matteo.porro@popso.ch | matthew.calner@citadelgroup.com |
| matteo.queirolo@geva.fiatgroup.com | matthew.cannan@53.com |
| matteo.riccardi@it.zurich.com | matthew.chan@nb.com |
| matteo.solbiati@capitalia-am.com | matthew.chua@ubs.com |
| matteo.solfanelli@azfund.com | matthew.cino@morganstanley.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

matthew.clark@shinseibank.com
matthew.cobon@aberdeen-asset.com
matthew.cohen@hcmny.com
matthew.coleman@citadelgroup.com
matthew.coleman@wfg.com
matthew.connolly@gecapital.com
matthew.considine@usa.dupont.com
matthew.cooke@insightinvestment.com
matthew.corbett@usbank.com
matthew.cox@ubs.com
matthew.cramer@barclaysglobal.com
matthew.crawford@barclaysglobal.com
matthew.crossland@citadelgroup.com
matthew.cutts@gibuk.com
matthew.dahlman@aig.com
matthew.danielle@ge.com
matthew.davlin@suntrust.com
matthew.dean@micorp.com
matthew.dembski@credit-suisse.com
matthew.denbleyker@trs.state.tx.us
matthew.donner@pnc.com
matthew.downing@nationalcity.com
matthew.drukker@fmr.com
matthew.duch@calvert.com
matthew.dunn@columbiamanagement.com
matthew.dunning@morganstanley.com
matthew.e.mclean@us.hsbc.com
matthew.erlich@bbh.com
matthew.evans@lgim.co.uk
matthew.eversman@janus.com
matthew.fahey@micorp.com
matthew.farrar@barclaysglobal.com
matthew.finn@thrivent.com
matthew.fiordaliso@wachovia.com
matthew.fleming@pnc.com
matthew.fletcher@lgim.co.uk
matthew.fosterjohn@axa-im.com
matthew.freund@usaa.com
matthew.friedman@fmr.com
matthew.friend@himco.com
matthew.fruhan@fmr.com
matthew.fuentes@dfafunds.com
matthew.furr@tcm-ltd.com

matthew.g.cohen@jpmchase.com
matthew.g.pallai@jpmchase.com
matthew.galligan@boigm.com
matthew.geason@sg.standardchartered.com
matthew.gillis@gmam.com
matthew.gormley@db.com
matthew.grange@uk.abnamro.com
matthew.griswold@harrisbank.com
matthew.guleserian@citizensbank.com
matthew.haldane@morleyfm.com
matthew.hand@us.mizuho-sc.com
matthew.hart@lazard.com
matthew.hastings@schwab.com
matthew.hayek@citigroup.com
matthew.haynes@lazard.com
matthew.hedges@state.tn.us
matthew.hedley@genworth.com
matthew.hegarty@barcap.com
matthew.hendricksen@aig.com
matthew.herron@wellsfargo.com
matthew.hildebrandt@ny.frb.org
matthew.hills@morleyfm.com
matthew.hooker@citadelgroup.com
matthew.house@icap.com
matthew.huddart@axa-im.com
matthew.hurd@barclaysglobal.com
matthew.hurn@dixons.co.uk
matthew.hyman@bbh.com
matthew.iannucci@ubs.com
matthew.j.mcinerny@citi.com
matthew.j.robinson@citigroup.com
matthew.jackson@moorecap.co.uk
matthew.jackson@valero.com
matthew.jacobson@gs.com
matthew.jaeggli@carolinafirst.com
matthew.jaso@genworth.com
matthew.jessel@blackrock.com
matthew.johnston@highbridge.com
matthew.kates@threadneedle.co.uk
matthew.kay@hcmny.com
matthew.kennedy@columbiamanagement.com
matthew.kennedy@wamu.net
matthew.klein@hcmny.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| matthew.konosky@ubs.com | matthew.p.myers@jpmorgan.com |
| matthew.koop@csfb.com | matthew.pace@ssga.com |
| matthew.l.lemere@bankofamerica.com | matthew.pacifico@ge.com |
| matthew.lam@schroders.com | matthew.parker@ubs-oconnor.com |
| matthew.landy@lazard.com | matthew.parkerson@pioneerinvestments.com |
| matthew.lau@barclaysglobal.com | matthew.pelletier@fmr.com |
| matthew.lee@barclaysglobal.com | matthew.penfold@insightinvestment.com |
| matthew.leeman@morganstanley.com | matthew.peterman@morgankeegan.com |
| matthew.lentz@fmr.com | matthew.peters@aberdeen-asset.com |
| matthew.levene@pacificlife.com | matthew.peters@allstate.com |
| matthew.lieber@ny.frb.org | matthew.popper@kbcfp.com |
| matthew.liebman@ubs.com | matthew.potts@barclaysglobal.com |
| matthew.lifson@pncbank.com | matthew.quirk@mizuhocbus.com |
| matthew.limbk@uobgroup.com | matthew.r.harriss@jpmorgan.com |
| matthew.lo@aig.com | matthew.rajpolt@csam.com |
| matthew.loftus@aig.com | matthew.rajpolt@db.com |
| matthew.lota@ridgeworth.com | matthew.raskin@ny.frb.org |
| matthew.lovatt@axaframlington.com | matthew.rex@rbccm.com |
| matthew.lynes@aberdeen-asset.com | matthew.reynolds@rothschild.co.uk |
| matthew.macdonald@db.com | matthew.richardson@uk.fid-intl.com |
| matthew.martelli@hartzcapital.com | matthew.richter@ny.frb.org |
| matthew.massimi@blackrock.com | matthew.riordan@rothschild.com.au |
| matthew.mcguirk@pncbank.com | matthew.robertson@abbeylife.com |
| matthew.mckelvey@insightinvestment.com | matthew.robertson@sgam.co.uk |
| matthew.mckenzie@pnc.com | matthew.rodriguez@blackrock.com |
| matthew.mclenaghan@pimco.com | matthew.rogers@db.com |
| matthew.mcloughlin@aig.com | matthew.rothschild@alliancebernstein.com |
| matthew.mcneely@blackrock.com | matthew.roux@citadelgroup.com |
| matthew.mcwilliams@ubs.com | matthew.rutherford@ny.frb.org |
| matthew.merritt@insightinvestment.com | matthew.ryan@mfs.com |
| matthew.moore@bankofamerica.com | matthew.s.smith@fmr.com |
| matthew.morris@eu.nabgroup.com | matthew.sabel@fmr.com |
| matthew.moulis@fmr.com | matthew.santiago@db.com |
| matthew.munzar@rbccm.com | matthew.sargent@uboc.com |
| matthew.murphy@citizensbank.com | matthew.scanlan@barclaysglobal.com |
| matthew.murphy@mizuhocbus.com | matthew.schroeder@statestreet.com |
| matthew.myers1@wachovia.com | matthew.schuldt@fmr.com |
| matthew.nagele@omam.co.uk | matthew.scott@alliancebernstein.com |
| matthew.nastasi@prudential.com | matthew.seinsheimer@aiminvestments.com |
| matthew.nelson@jpmorgan.com | matthew.sherman@nationalcity.com |
| matthew.o'hara@barclaysglobal.com | matthew.siddle@uk.fid-intl.com |
| matthew.olivo@bbh.com | matthew.sigel@alliancebernstein.com |
| matthew.olmsted@micorp.com | matthew.simon@citadelgroup.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| matthew.singer@bwater.com | matthew_hurni@americancentury.com |
| matthew.starick@citadelgroup.com | matthew_kelly@ssga.com |
| matthew.steele@chevrontexaco.com | matthew_kennedy@acml.com |
| matthew.stemp@ubs.com | matthew_laplant@putnam.com |
| matthew.stock@morganstanley.com | matthew_lascek@freddiemac.com |
| matthew.t.kline@jpmorgan.com | matthew_lau@ssga.com |
| matthew.tatnell@morleyfm.com | matthew_leone@westlb.com |
| matthew.thomas@thehartford.com | matthew_lombardo@victoryconnect.com |
| matthew.tong@bankofengland.co.uk | matthew_martinek@troweprice.com |
| matthew.trapasso@alliancebernstein.com | matthew_martines@msdw.com |
| matthew.vandyne@bofasecurities.com | matthew_mcgovern@freddiemac.com |
| matthew.vigneau@soros.com | matthew_mcphee@ssga.com |
| matthew.walsh@aig.com | matthew_milcetich@keybank.com |
| matthew.walsh@glgpartners.com | matthew_minnetian@acml.com |
| matthew.walton@aig.com | matthew_murray@acml.com |
| matthew.weinstein@blackrock.com | matthew_natale@ssga.com |
| matthew.welch@sg.standardchartered.com | matthew_o'malley@putnam.com |
| matthew.welden@ridgeworth.com | matthew_peron@notes.ntrs.com |
| matthew.welling@pimco.com | matthew_porter@freddiemac.com |
| matthew.werner@prudential.com | matthew_price@vanguard.com |
| matthew.whitehurst@lgim.co.uk | matthew_renirie@blackrock.com |
| matthew.wickens@moorecap.co.uk | matthew_roddy@ustrust.com |
| matthew.wiezalis@thehartford.com | matthew_scales@putnam.com |
| matthew.wolden@wamu.net | matthew_seiler@freddiemac.com |
| matthew.yanni@pncbank.com | matthew_sheridan@acml.com |
| matthew.young@fandc.co.uk | matthew_spiro@freddiemac.com |
| matthew.zames@csfb.com | matthew_steinaway@ssga.com |
| matthew.zewinski@himco.com | matthew_stone@swissre.com |
| matthew.zickler@irwinmortgage.com | matthew_such@ntrs.com |
| matthew_antle@putnam.com | matthew_walczuk@cbcm.com |
| matthew_beagle@putnam.com | matthew_wardell@ml.com |
| matthew_bianco@westlb.com | matthew_welsh@ustrust.com |
| matthew_boice@conseco.com | matthew_williams@standardlife.com |
| matthew_brown@newton.co.uk | matthew_wong@keybank.com |
| matthew_constancio@bankone.com | matthew_wu@putnam.com |
| matthew_doody@putnam.com | matthewa@ikospartners.com |
| matthew_droessler@acml.com | matthewcullen@angloirishbank.com |
| matthew_george@ssga.com | matthew-denis.galligan@sg.standardchartered.com |
| matthew_gordon@putnam.com | matthewg@scm-lp.com |
| matthew_grenfell@nacm.com | matthewgallagher@isisam.com |
| matthew_griswold@ssga.com | matthewjjaniga@gmail.com |
| matthew_harris@standardlife.com | matthewmosetick@hotmail.com |
| matthew_huang@freddiemac.com | matthews_karen@fsba.state.fl.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| matthewwheele@hotmail.com | matthias.korn@dekabank.de |
| matthias.ahrens@claridenleu.com | matthias.kortmoller@bbls.ch |
| matthias.barck@hsh-nordbank.com | matthias.kreibich@mannheimer.de |
| matthias.bayer@frankfurt-trust.de | matthias.kuzinski@schmidtbank.de |
| matthias.bender@credit-suisse.de | matthias.leibner@first-private.de |
| matthias.boesch@ubs.com | matthias.leuenberger@sarasin.ch |
| matthias.boesing@essenhyp.com | matthias.loehle@db.com |
| matthias.born@allianzgi.de | matthias.loos@oppenheim.de |
| matthias.both@deka.de | matthias.luetzen@union-investment.de |
| matthias.bourgart@ksk-koeln.de | matthias.maus@frankfurt-trust.de |
| matthias.bruckmeir@lbbw.de | matthias.mirwald@activest.de |
| matthias.buhr-berg@ap3.se | matthias.mueller.2@nab.ch |
| matthias.detjen@dlh.de | matthias.neugebauer@lbbw.de |
| matthias.dettwiler@ubs.com | matthias.oetken@hsh-nordbank.com |
| matthias.drescher@ib.bankgesellschaft.de | matthias.paetzel@db.com |
| matthias.dueggelin@csam.com | matthias.pestalozzi@winterthur.ch |
| matthias.dux@db.com | matthias.pickert@vuw.de |
| matthias.egger@db.com | matthias.plenio@sfs.siemens.de |
| matthias.eiternick@nordlb.de | matthias.preller@lrp.de |
| matthias.eizenhoefer@deka.de | matthias.priebs@helvetiapatria.ch |
| matthias.fankhauser@claridenleu.com | matthias.priebs@sarasin.ch |
| matthias.fawer@sarasin.ch | matthias.raab@allianz.de |
| matthias.frey@devif.de | matthias.ramser@juliusbaer.com |
| matthias.fuerstenberger@ubs.com | matthias.rapp@bankgesellschaft.lu |
| matthias.gabriel@rzb.at | matthias.reichenbach@bb-invest.de |
| matthias.gehrig@credit-suisse.com | matthias.ries@oppenheim.de |
| matthias.geissbuehler@aam.ch | matthias.ritter@bertelsmann.de |
| matthias.glueckert@hypovereinsbank.de | matthias.rohr@zkb.ch |
| matthias.gorisek@ba-ca.com | matthias.rueffer@dit.de |
| matthias.grabbe@bhf-bank.com | matthias.rutschi@credit-suisse.com |
| matthias.gramb@postbank.de | matthias.schaefer@vontobel.ch |
| matthias.gruber@oppenheim.de | matthias.schiestl@lbbw.de |
| matthias.hanske@dws.com | matthias.seger@claridenleu.com |
| matthias.henny@winterthur.ch | matthias.sydow@ecb.int |
| matthias.hildebrand@telekom.de | matthias.teig@adam-global.com |
| matthias.josek@db.com | matthias.troesch@centrumbank.li |
| matthias.kail@oppenheim.de | matthias.wildhaber@juliusbaer.com |
| matthias.kaltenbacher@risklab.de | matthias.wilpert@cominvest-am.com |
| matthias.kaufling@calyon.com | matthias.wolf@db.com |
| matthias.kerling@dit.de | matthias.wolf@dzbank.de |
| matthias.kinttof@dzbank.de | matthias.wrage@hsh-nordbank.com |
| matthias.klein@hvb.de | matthias.zorn@kfw.de |
| matthias.knerr@db.com | matthias_vonschumacher@swissre.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| matthieu.batard@jpmorgan.com | mattias.olsson@robur.se |
| matthieu.bernet@ikano.lu | mattias.sigurd@nordea.com |
| matthieu.bonamy@edf.fr | mattias.sundbom@moorecap.com |
| matthieu.bonte@axa-im.com | mattias.thollin@dnb.se |
| matthieu.caillou@caam.com | mattila.timo@oko.fi |
| matthieu.chauvel@barcap.com | mattlin@ms1.hncb.com.tw |
| matthieu.coisne@orange-ftgroup.com | mattmoran@angloirishbank.ie |
| matthieu.darracq-paries@ecb.int | matto@m-lp.com |
| matthieu.declermont@axa-im.com | mattp@mackayshields.com |
| matthieu.faury@total.com | matusin.apong@bia.com.bn |
| matthieu.guignard@axa-im.com | matwill@bloomberg.net |
| matthieu.huet@caam.com | matyaschuk@evrofinance.ru |
| matthieu.kerhuel@ge.com | matz.eriksson@electrolux.se |
| matthieu.laval@groupe-mma.fr | matza@bloomberg.net |
| matthieu.martinmevel@axa-im.com | mauch@juliusbaer.com |
| matthieu.p.paquier@bnpparibas.com | maud.chevroton@axa-im.com |
| matthieu.romefort@caam.com | maud.debreuil@axa-im.com |
| matthieu.stanic@axa-im.com | maud.klemberg@axa-im.com |
| matthieu.tonneau@axa-im.com | maud.ljungqvist@dnbnor.com |
| matthieu.ullmann@caam.com | maud.suarez@axacs.com |
| matthieu.vdveldt@fbs.nl | maud.van.der.salm@ingim.com |
| matthieu@bloomberg.net | maudino@babsoncapital.com |
| matthieu_de_bergeyck@carrefour.com | mauersbi@strsoh.org |
| matthieu_groues@lazard.fr | mauldinb@ebrd.com |
| matthieuemmanuel.levilion@axa-im.com | maulik.bhansali@wellscap.com |
| matthijs.de-bruijn@db.com | maulshreesaroliya2@morleyfm.com |
| matthijs.pinxteren@aegon.com | maura.bettosini@arnerbank.ch |
| matti.seppanen@sampo.fi | maura.brady@axaframlington.com |
| matti.sulamaa@handelsbanken.fi | maura.fitzgerald@ge.com |
| matti.wallden@evli.com | maura.grazzani@italease.it |
| mattia.agostinetti@bcl.ch | maura.n.fenton@aibbny.ie |
| mattia.calzolari@cattolicaassicurazioni.it | maura.o'sullivan@bnymellon.com |
| mattia.donadeospada@cassalombarda.it | maura.spielmann@philips.com |
| mattia.gennaro@fondiaria-sai.it | maura.walsh@fmr.com |
| mattia.gottardi@juliusbaer.com | maura@oneinvest.ch |
| mattias.andersson@if.se | maura_binder@troweprice.com |
| mattias.bergstrom@foreningssparbanken.se | maura_k_mcfadden@vanguard.com |
| mattias.bremer@nib.int | mauraoneill@angloirishbank.ie |
| mattias.grahn@treasury.saab.se | maureen.a.hils@fhlb-pgh.com |
| mattias.larsson@alfredberg.se | maureen.callahan@pnc.com |
| mattias.ledunger@net.ptj.se | maureen.dillon@opcap.com |
| mattias.lundgren@brummer.se | maureen.grover@credit-suisse.com |
| mattias.olsson@atlascopco.com | maureen.hays@morganstanley.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

maureen.hemphill@swip.com

maureen.keady@pioneerinvest.com

maureen.kelliher@citizensbank.com

maureen.kelly@bbh.com

maureen.kolodziej@blackrock.com

maureen.lentz@threadneedle.co.uk

maureen.maydick@asbai.com

maureen.mcdonough@corporate.ge.com

maureen.ryan@aexp.com

maureen.svagera@harrisbank.com

maureen.webb@aberdeen-asset.com

maureen.york@morganstanley.com

maureen@ruanecunniff.com

maureen_ganley@ustrust.com

maureen_halasz@acml.com

maureen_j_murphy@fleet.com

maureen_kiefer@ohionational.com

maureen_powell@westlb.com

maureen_spence@baa.co.uk

maureen_sullivan@scudder.com

maureen_t_jones@fanniemae.com

maureen_tieman@scotiacapital.com

maureen_williams@kyfbins.com

maureen_wong@cathaybank.com

maureending@gic.com.sg

maureenng@mas.gov.sg

maureenr@trmshedge.com

maureenshaughnessy@northwesternmutual.com

maurelli@capitalgest.it

maurerm@saccounty.net

maurice.bennett@bnpgroup.com

maurice.boukobza@creditfoncier.fr

maurice.browne@morleyfm.com

maurice.chow@moorecap.co.uk

maurice.fitzgerald@boi.ie

maurice.fitzmaurice@fmr.com

maurice.holmes@morganstanley.com

maurice.jacquet@fortisbank.com

maurice.jarlier@ratp.fr

maurice.kemper@kasbank.com

maurice.maertens@nyu.edu

maurice.nhan@socgen.com

maurice.onyuka@mackayshields.com

maurice.picard@vontobel.ch

maurice.salem@whartonco.com

maurice.schaffner@ubs.com

maurice.tracey@aibbny.ie

maurice_eskenzai@ml.com

mauriceharty@angloirishbank.ie

mauricio.agudelo@calvert.com

mauricio.reyes@drkw.com

maurien.yau@schroders.com

maurilio.pantaloni@bancaditalia.it

maurin.salzmann@ubs.com

maurits.booster@ingim.com

mauriz.lang@credit-suisse.com

maurizia.cozzi@eni.it

maurizio.alfano@barcap.com

maurizio.amaglio@bpb.it

maurizio.ballati@piaggio.com

maurizio.bellini@bpmvita.it

maurizio.bocchini@bancamarche.it

maurizio.bucchi@capitalia-am.com

maurizio.carulli@axa-im.com

maurizio.cassi@bancaditalia.it

maurizio.cavirani@bpmvita.it

maurizio.coseani@crup.it

maurizio.cozzolini@capitalia-am.com

maurizio.cudemo@ikb.de

maurizio.d'accardi@alpitour.it

maurizio.ferconi@erm.ie

maurizio.fuggiti@generaliproperties.com

maurizio.galli@bpv.it

maurizio.garrone@bancamps.it

maurizio.gasparri@bancagenerali.it

maurizio.ghilosso@winterthur.it

maurizio.guala@intesasanpaoloprivate.it

maurizio.lojacono@bancaprofilo.it

maurizio.luisi@bis.org

maurizio.maniglia@ubs.com

maurizio.maoramarco@carige.it

maurizio.mazzetti@meie.it

maurizio.monteverdi@generaliproperties.com

maurizio.moranzoni@bsibank.com

maurizio.morini@bancaakros.it

maurizio.morolli@carisp.sm

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| maurizio.pedrini@csam.com | maurodepin@friuladria.it |
| maurizio.pillon@realemutua.it | mauromi@bloomberg.net |
| maurizio.profeta@capitalia-am.com | maurus.capaul@ubs.com |
| maurizio.ravezzi@banca.mps.it | maurus.huser@vontobel.ch |
| maurizio.razze@dexia-crediop.it | mausam.meghani@ingim.com |
| maurizio.rossi@credit-suisse.com | mav@clinton.com |
| maurizio.spadaccino@antonveneta.it | mavery@waddell.com |
| maurizio.verbich@generali.com | mavis.lougher@morleyfm.com |
| maurizio_fazzari@westlb.de | mawalter@microsoft.com |
| maurizio_ferconi@putnam.com | maweede@aegon.nl |
| maurizio_rivola@crimola.it | mawhitaker@wellington.com |
| mauro.baccaini@db.com | mawi01@handelsbanken.se |
| mauro.barloggio@credit-suisse.com | mawson_ron@jpmorgan.com |
| mauro.bergstein@csam.com | max.baumann@hsbctrinkaus.de |
| mauro.bigotti@caboto.it | max.beinhofer@db.com |
| mauro.calderon@us.calyon.com | max.benedini@rzb.at |
| mauro.carli@lodh.com | max.blom@utc.rabobank.com |
| mauro.casalini@bsibank.com | max.casella@bloomberg.net |
| mauro.casati@pioneerinvest.it | max.ehrengren@stadshuset.stockholm.se |
| mauro.cecchi@axaframlington.com | max.holzer@union-investment.de |
| mauro.conoci@juliusbaer.com | max.irwin@bapensions.co.uk |
| mauro.costantini@mpsgr.it | max.jackson@ubs.com |
| mauro.delcorso@mediobanca.it | max.kaufmann@lazard.com |
| mauro.desiderio@cofimo.it | max.kaufmann@putnam.com |
| mauro.ferone@depfa.com | max.khavin@deshaw.com |
| mauro.fontana@georgfischer.com | max.kircher@westam.com |
| mauro.gavietto@sella.it | max.kozlov@barclaysglobal.com |
| mauro.menzio@sella.it | max.lazard@offitinvestments.com |
| mauro.muraro@ingdirect.it | max.levinson@moorecap.com |
| mauro.parisse@bnlmail.com | max.lisenkov@pimco.com |
| mauro.pedrazzini@llb-ip.li | max.martirani@hvbeurope.com |
| mauro.pedrazzoli@credit-suisse.com | max.meira@bcb.gov.br |
| mauro.pennati@credit-suisse.com | max.mitchell@icgplc.co.uk |
| mauro.pernigo@bancaintesa.it | max.nuti@nyc.rabobank.com |
| mauro.risi@agippetroli.eni.it | max.plapp@ilim.com |
| mauro.russo@dexia-bil.com | max.roth@bcv.ch |
| mauro.silveri@enel.it | max.rueegg@csfides.ch |
| mauro.tonini@credit-suisse.com | max.schneiter@ubs.com |
| mauro.valle@am.generali.com | max.von.renesse@ikb.de |
| mauro.vettorazzo@juliusbaer.com | max.wolman@aberdeen-asset.com |
| mauro.zaniboni@intesasanpaolo.it | max.zaltsman@barclays.com |
| mauro@mig.com | max.zuberbuehler@zkb.ch |
| mauro_ruggeri@crimola.it | max@husic.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| max_brummel@troweprice.com | maya_burkova@vanguard.com |
| max_dalziel@ldn.invesco.com | mayank.tandon@fmr.com |
| max_desantis@ssga.com | mayank_seksaria@ssga.com |
| maxchan@gic.com.sg | mayarger@wellington.com |
| maxdemori@bloomberg.net | maychen@mas.gov.sg |
| maxence-louis.mormede@aam.de | maychen@tcbank.com.tw |
| max-eric.laubscher@bs.ch | mayer.chris@principal.com |
| maxim.tishin@bloomberg.net | mayking@bok.or.kr |
| maxime.bianconi@cail.lu | maylen@anb.com.sa |
| maxime.lemieux@fmr.com | maymin@ms.com |
| maxime.popineau@sgcib.com | maymudhaf@cbk.com |
| maxime.royet@caam.com | maymusa@bancsabadell.com |
| maximilian.anderl@ubs.com | maynat@bloomberg.net |
| maximilian.baer@deka.de | ma-yokoyama@ja-kyosai.or.jp |
| maximilian.haslbauer@sparkasse-ooe.at | mayukhmitter@gic.com.sg |
| maximilian.hogger@hvb.de | mayumi.irie@ufj-partners.co.jp |
| maximilian.muench@ubs.com | mayumi.yamazoe@ubs.com |
| maximilian.zimmerer@aam.de | mayumi_ono@tr.mufg.jp |
| maxine.cuffe@threadneedle.co.uk | mayumi_satou@tokaitokyo.co.jp |
| maxk@framlington.co.uk | mayumi-okutani@am.mufg.jp |
| maxlim@dbs.com | mayur.saigal@janus.com |
| maxp@danskebank.dk | mayur_maniar@freddiemac.com |
| maxroessler@hotmail.ch | maz@dodgeandcox.com |
| maxwell.burns@alliancebernstein.com | mazanec.tim@ibtco.com |
| maxwell.m.zhu@chase.com | mazanoni@bloomberg.net |
| maxwell.mcalister@alliancebernstein.com | mazanova.zuzana@slsp.sk |
| maxwell.smith@prudential.com | mazen.nomura@nomura.co.uk |
| maxwell.zhu@wamu.net | mazen_makarem@ml.com |
| maxwell@bloomberg.net | mazenmatraji@sabb.com |
| maxwell@eller.arizona.edu | m-azuma@mail.nikko.co.jp |
| maxwell@mediolanum.it | mazzili@mpsgr.it |
| may.brooks@morleyfm.com | mazzillim@bloomberg.net |
| may.chen@mail.bot.com.tw | mazzocchi@mpsgr.it |
| may.liu@robecoinvest.com | mazzoni@bloomberg.net |
| may.teo@ubs.com | mb@gruss.com |
| may.tong@inginvestment.com | mb@jyskeinvest.dk |
| may_lawyer@acml.com | mb@smith.williamson.co.uk |
| may53@upamc.com.tw | mb124@ntrs.com |
| maya.chapa@usaa.com | mb192@ntrs.com |
| maya.elias@vontobel.ch | mba@nbim.no |
| maya.sarda@wellsfargo.com | mbabin@ifc.org |
| maya.shah@lloydstsb.co.uk | mbachand@princeton.edu |
| maya.venkatraman@mackayshields.com | mbadia@ceca.es |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mbadros@hcmlp.com | mbell@alaskapermfund.com |
| mbaggiani1@bloomberg.net | mbellardini@lordabbett.com |
| mbajaj@brownadvisory.com | mbellezza@jmsonline.com |
| mbaker4@bloomberg.net | mbellini@caxton.com |
| mballan@mfs.com | mbellucci@fideuramcapital.it |
| mbaltus@insinger.com | mbelo.lisboa@sinvest.es |
| mbandar@standishmellon.com | mbenaviv@caxton.com |
| mbanks@snwsc.com | mbengtzen@wasatchadvisors.com |
| mbaran@lib.com | mbennett@mcdinvest.com |
| mbarbere@banxico.org.mx | mbennett1@worldbank.org |
| mbarcenf@cajamadrid.es | mbennett2@worldbank.org |
| mbaribeau@loomissayles.com | mbenson3@bloomberg.net |
| mbarker@sl-am.co.uk | mbentlage@meag.com |
| mbarnes7@bloomberg.net | mberg@highbridge.com |
| mbarnett2@unum.com | mbergen@ag-am.com |
| mbarr@nb.com | mbergen@dkpartners.com |
| mbarrett@mfs.com | mbergman@penncapital.com |
| mbartek@pictet.com | mberkowitz@ml.com |
| mbartos1@bloomberg.net | mbertrand3@bloomberg.net |
| mbassett@delinvest.com | mberumen@oppenheimerfunds.com |
| mbasurte@ahorro.com | mbesh@pacificincome.com |
| mbator@jennison.com | mbeutler@pembacreditadvisers.com |
| mbatstone@panagora.com | mbf@columbus.com |
| mbauch@tiaa-cref.org | mbfeduska@bpuinvestments.com |
| mbaxter@loomissayles.com | mbfisher@bbandt.com |
| mbaylin@oppenheimerfunds.com | mbhasin@cwhenderson.com |
| mbb4@ntrs.com | mbholloway@bloomberg.net |
| mbe.tr@adia.ae | mbiamon@mandtbank.com |
| mbeale@newstaram.com | mbianchi@thamesriver.co.uk |
| mbeard@hcmlp.com | mbianchi@turnerinvestments.com |
| mbeaulieu@mfs.com | mbice@bankofny.com |
| mbeaulieu@sunamerica.com | mbielik@fftw.com |
| mbeck@jhancock.com | mbiggi@wellington.com |
| mbednar@mfs.com | mbil@uk.danskebank.com |
| mbednarczyk@russell.com | mbilgili@princeton.edu |
| mbeeler@isifunds.com | mbinggeli@pictet.com |
| mbeerens@payden-rygel.com | mbinning@oppenheimerfunds.com |
| mbegun@denveria.com | mbiondo@bancodisicilia.it |
| mbei@libertyview.com | mbiondollilo@hapoalimusa.com |
| mbeil@mmwarburg.com | mbiondollilo@idbny.com |
| mbeischel@waddell.com | mbischoff@delinvest.com |
| mbelani@bear.com | mbisci@metlife.com |
| mbelhouci@ofivalmo.fr | mbishara@kio.uk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mbitar@seic.com | mbraiewa@loomissayles.com |
| mbittle@bloomberg.net | mbranca@collinsstewartllc.com |
| mbkelly@blackrock.com | mbrant@merctrust.com |
| mbl@blackrockkelso.com | mbravo@aamcompany.com |
| mbl@capgroup.com | mbrechtmann@union-investment.de |
| mblack@nylim.com | mbreier@litchfieldcapital.com |
| mblanchier@oddo.fr | mbrell@frostbank.com |
| mblankfi@allstate.com | mbrennan@bloomberg.net |
| mblechner@metlife.com | mbrennan@merctrust.com |
| mbloemen@templeton.com | mbrennan@mttroybank.com |
| mbm6@ntrs.com | mbrennan@tiaa-cref.org |
| mbocchi@bloomberg.net | mbrennan@worldbank.org |
| mbod@nykredit.dk | mbress@jennison.com |
| mboes@munichre.com | mbressers@insinger.com |
| mboisot@princeton.edu | mbrewer@sagitta.co.uk |
| mbok2@bloomberg.net | mbrewis@bailliegifford.co.uk |
| mboland@ustrust.com | mbrewster@federatedinv.com |
| mbonacos@mediolanum.it | mbrimhall@novell.com |
| mbond@bbandt.com | mbrinkley@falconmgt.com |
| mbonelli@bci.it | mbriol@pictet.com |
| mbonitto@cantor.com | mbrisbane@ustrust.com |
| mbonny@groupama-am.fr | mbrisbourne@anblondon.com |
| mboom@aegon.nl | mbrizee@aego.nl |
| mbooty@pictet.com | mbromberg@us.nomura.com |
| mbor@dpbank.dk | mbronner1@bloomberg.net |
| mborelli@benetton.it | mbrooks@perrycap.com |
| mborn@fmr.com | mbrown @fny.com |
| mborre@oppenheimerfunds.com | mbrown@abimltd.com |
| mborroni@mi.unicatt.it | mbrown@europeancredit.com |
| mboss@ssrm.com | mbrown@firstcarolina.org |
| mbottenberg@aegon.nl | mbrown@russell.com |
| mbottenberg@bloomberg.net | mbrown@tudor.com |
| mboughton@cvceurope.com | mbrown@wilmingtrust.com |
| mboulade@bloomberg.net | mbrowning@bbandt.com |
| mbourne@reatech.net | mbruce@federatedinv.com |
| mbowen@dsaco.com | mbruderer@bper.ch |
| mbowyer@nb.com | mbrueck@metzler.com |
| mboyadj@bloomberg.net | mbrugger@ohsers.org |
| mboyce@nylim.com | mbrune@cavcap.com |
| mbq.pr@adia.ae | mbruno@groupama-am.fr |
| mbr@nbim.no | mbryk@munder.com |
| mbr@petercam.be | mbs@troweprice.com |
| mbradley@ftportfolios.com | mbublitz@senecacapital.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mbubnis@allstate.com | mcappellano@eatonvance.com |
| mbuchanan@westernasset.com | mcarbuto@oppenheimerfunds.com |
| mbuchta@williamblair.com | mcardieri@bloomberg.net |
| mbudd@chicagoequity.com | mcardous@spfbeheer.nl |
| mbudenz1@bloomberg.net | mcarlin@essexinvest.com |
| mbuenaventura@refco.com | mcarlock@fhlbi.com |
| mbuku.lumenganeso@lodh.com | mcarlson@voyageur.net |
| mburda@sis.cz | mcarmen.conde@grupobbva.com |
| mburke@gofen.com | mcarmen@wellmanage.com |
| mburke@mfs.com | mcarocci@cajamadrid.es |
| mburlison@bloomberg.net | mcarrara@evcap.com |
| mburns@loomissayles.com | mcarson@integrabank.com |
| mburns@oppenheimerfunds.com | mcarson@post.harvard.edu |
| mburrello@bloomberg.net | mcarty@thfirst.com |
| mburrer@metzler.com | mcaruso@entergy.com |
| mburroug@lehman.com | mcasale@iccrea.bcc.it |
| mbuscone@bondinvestor.com | mcasey@kbw.com |
| mbutler@frk.com | mcashion@nylim.com |
| mbutts@capitaladv.com | mcasino@us.nomura.com |
| mbyrne@fsa.com | mcassel@standishmellon.com |
| mc@martincurrie.com | mcassia1@bloomberg.net |
| mc15@ntrs.com | mcastagna@bancaintesa.us |
| mc2401@aol.com | mcastenr@bloomberg.net |
| mc53@ntrs.com | mcastrosalinas@schny.com |
| mc69@ntrs.com | mcattaneo@fideuramireland.ie |
| mc98@ntrs.com | mcaufield@barbnet.com |
| mcader@ifc.org | mcavallone@meag-ny.com |
| mcaldwe2@ford.com | mcavedoni@credem.it |
| mcallahan@gbophb.org | mcawthon@fdic.gov |
| mcallister@mfs.com | mcb@sitinvest.com |
| mcalzolari@credem.it | mcc@bloomberg.net |
| mcamarella@oppenheimerfunds.com | mcc59@cornell.edu |
| mcambi@credem.it | mccabe@blackrock.com |
| mcambria@mellonhbv.com | mccallon@pimco.com |
| mcampanario@batlantico.es | mccann.en@mellon.com |
| mcampbell@dominickanddominick.com | mccants@fnb.com |
| mcampbell@standishmellon.com | mccarthr@fhlbsf.com |
| mcampbell@svmonline.com | mccarthyb@biam.boi.ie |
| mcampbell@westernasset.com | mccarthysd@aetna.com |
| mcandeias@bportugal.pt | mccaskillm@dfs.state.fl.us |
| mcannon@orixcm.com | mccause@nationwide.com |
| mcantara@mfs.com | mcchee@arabbank.com.sg |
| mcaporale@standishmellon.com | mcclearin@willcap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mccluj@aol.com | mchambers@barbnet.com |
| mcclung.richard@edgeassetmgt.com | mchambers@perrycap.com |
| mccm@cgii.com | mchand@wellington.com |
| mccombst@strsoh.org | mchapman@aflac.com |
| mccormack@aigfpc.com | mchase@frk.com |
| mccormick.tj@mellon.com | mchatzi@alpha.gr |
| mccorry@kbw.com | mchavarriaga@hcmlp.com |
| mccoy_debbie@fsba.state.fl.us | mchellis@dsaco.com |
| mccray@pimco.com | mchen@trustbancorp.com |
| mcculley@pimco.com | mchen2@templeton.com |
| mcculls2@nationwide.com | mcheng@mas.gov.sg |
| mcd@dodgeandcox.com | mchinelly@paychex.com |
| mcdonald@hmc.harvard.edu | mcho@samsung.com |
| mce@mn-services.nl | mchong@hanabank.com |
| mcecil@lehman.com | mchowdhury@cox.net |
| mceffgen@juliusbaer.com | mchrisgray@lmfunds.com |
| mcerrina@bci.it | mchrist@bancaintesa.us |
| mceruti@cmb.mc | mchristodoulou@eurobank.gr |
| mceverett@wellington.com | mchristy@divinv.net |
| mcfaddd@eaglehomemortgage.com | mchugh.jd@tbcam.com |
| mcfadden@capmgcp.com | mchugh@nboc.com |
| mcfanandakis@delinvest.com | mchung@perrycap.com |
| mcfarland@penntrust.com | mchuong@angelogordon.com |
| mcg@danskebank.dk | mciabocchi@bokf.com |
| mcg3@georgetown.edu | mciccone@summitbank.com |
| mcgavin_brian@fsba.state.fl.us | mcicolella@iccrea.bcc.it |
| mcgay@lmfunds.com | mcimperman@bloomberg.net |
| mcgee.deb@principal.com | mcinnesd@rothschild.co.uk |
| mcgehee.porter@wpginvest.com | mcintyre_john@elliottandpage.com |
| mcgorrianc@bloomberg.net | mcipriano@ksmanagement.com |
| mcgovernm@bloomberg.net | mcipriano1@bloomberg.net |
| mcgovest@ie.ibm.com | mcirami@eatonvance.com |
| mcgrade_andrew@jpmorgan.com | mcisaacg@bernstein.com |
| mcgrail.pj@tbcam.com | mcisari@bnymellon.com |
| mcgrath.el@mellon.com | mck@baupost.com |
| mcgraves@westernasset.com | mckee@offitbank.com |
| mcgrew.jd@tbcam.com | mckenzie.burkhardt@morganstanley.com |
| mcguinnd@jwseligman.com | mckinleycs@bernstein.com |
| mcgurkk@bupa.com | mckwak@wooribank.com |
| mch@capgroup.com | mclark@genre.com |
| mcha@barbnet.com | mclark@mfs.com |
| mchachere@fmtinv.com | mclark@panagora.com |
| mchally@wellmanage.com | mclark@uss.co.uk |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mclaughlin.t@tbcam.com | mcorcoran@lionsgatecap.com |
| mcleand@bloomberg.net | mcorigliano@dumac.duke.edu |
| mclellan@apollocapital.com | mcorralm@notes.banesto.es |
| mclements@ers.state.tx.us | mcortes@msdw.es |
| mcloghes@allstate.com | mcorty@waddell.com |
| mclohessy@londonstockexchange.com | mcoseo@us.mufg.jp |
| mclousuz@exchange.ie.ml.com | mcosgrove@apollorealestate.com |
| mcmahonb@strsoh.org | mcostanzo@delinvest.com |
| mcmanusl@bloomberg.net | mcournan@essexinvest.com |
| mcmanussf@bernstein.com | mcourtney@us.mufg.jp |
| mcmeanc@vankampen.com | mcoutre@loomissayles.com |
| mcmillan@eib.org | mcowan@silchester.com |
| mcmillianh@cres-cap.com | mcowell@thamesriver.co.uk |
| mcmitsoff@lmus.leggmason.com | mcox@lordabbett.com |
| mcnaughr@nationwide.com | mcoye@gcre.com |
| mcobb@franklintempleton.co.uk. | mcp1@pop.net |
| mcocanougher@bankofny.com | mcraea@ubk.co.uk |
| mcoch@sagitta.co.uk | mcranwell@bankofny.com |
| mcoco@advanta.com | mcraston@europeancredit.com |
| mcocorinis@wasatchadvisors.com | mcraven@unumprovident.com |
| mcoger@generali.fr | mcreager@tswinvest.com |
| mcoghill.com@ci.com | mcretier@pictet.com |
| mcohen@caxton.com | mcroad@bloomberg.net |
| mcohen@nb.com | mcrombie@mfs.com |
| mcoll@tre.wa.gov | mcross@bass-net.com |
| mcollard@bloomberg.net | mcross@edythbush.org |
| mcollet@wbcap.net | mcrowell@loomissayles.com |
| mcollins@delinvest.com | mcrump@co-operativebank.co.uk |
| mcollins@standishmellon.com | mcstayp@gscm.com |
| mcolon@lordabbett.com | mcstegeman@statestreet.com |
| mcolvin@hcmlp.com | mct@edfd.com |
| mcombe@aegon.nl | mctan@vtbeurope.co.sg |
| mconn@frk.com | mctaylor@wellington.com |
| mconnelly@divinv.net | mcthompson@williamblair.com |
| mconner@bloomberg.net | mcubill@cajamadrid.es |
| mconsta@frk.com | mcuccia@bancafideuram.it |
| mcontini@bloomberg.net | mculkeen@mutualtrust.com |
| mconway@valcourt.ch | mcullen@tswinvest.com |
| mcook@ag-am.com | mcullinane@fi.rjf.com |
| mcooke@caxton.com | mculloty@ups.com |
| mcooper@omega-advisors.com | mcummins@harleysvillegroup.com |
| mcooperman@omega-advisors.com | mcunningham@calstrs.com |
| mcoppens@aegonusa.com | mcunningham@europeancredit.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mcunningham@standishmellon.com | mdelaossa@tsocorp.com |
| mcurty@bper.ch | mdelbalso@jennison.com |
| mcush@ambac.com | mdeleon@jhancock.com |
| mcushman@concordiafunds.com | mdelion@generali.fr |
| mcushman@worldbank.org | mdellelo@eatonvance.com |
| mcuster@ncmcapital.com | mdellovio@bloomberg.net |
| mcwhirtt@bloomberg.net | mdelosreyes@adb.org |
| mcwitherell@wellington.com | mdelucia@caxton.com |
| mcy@capgroup.com | mdemarco@wellington.com |
| mczapliskie@hbk.com | mdeng@fhlbdm.com |
| md@evcap.com | mdenmark@kynikos.com |
| md111@ntrs.com | mdenny@alger.com |
| md292@cornell.edu | mdepp@loomissayles.com |
| md41@ntrs.com | mdesmarais@fhlbc.com |
| md71@ntrs.com | mdesmond@nb.com |
| md72@ntrs.com | mdetgen@metlife.com |
| mda.eu@adia.ae | mdetorre.madrid@sinvest.es |
| mdado@worldbank.org | mdeturck@hbk.com |
| mdahle@meag.com | mdewispelaere@farcap.com |
| mdaleandro@statestreet.com | mdework@eatonvance.com |
| mdaley-smith@alliancebernstein.com | mdflanagan@wellington.com |
| mdalleva@angelogordon.com | mdg7@ntrs.com |
| mdas@bankofny.com | mdhafiz@bnm.gov.my |
| mdavid@ssrm.com | mdhudson@wellington.com |
| mdavidse@aegon.nl | mdiazele@cajamadrid.es |
| mdavis@jhancock.com | mdiazgan@notes.banesto.es |
| mdawson@mfs.com | mdibie@chreveux.com |
| mday@eagleglobal.com | mdichek@blackrock.com |
| mdayalji@sisucapital.com | mdicroce@mdsass.com |
| mdbailey@leggmason.com | mdierkes@whummer.com |
| mddh@capgroup.com | mdigiacomo@acml.com |
| mddl@bloomberg.net | mdigiovanni@beneficialsavingsbank.com |
| mdearden@walterind.com | mdimeglio@alger.com |
| mdebella@ftportfolios.com | mdineen@atlanticasset.com |
| mdebellis@bloomberg.net | mding@delinvest.com |
| mdebiasio@thebank.com | mdipisa@putnamlovellnbf.com |
| mdecarvalho@fhlbatl.com | mdirienzo@victoryconnect.com |
| mdecicco@lordabbett.com | mdisalvio@federatedinv.com |
| mdecker@hbk.com | mdjuric@pembacreditadvisers.com |
| mdecker@meag.com | mdk.pr@adia.ae |
| mdeich@eatonvance.com | mdl313@stern.nyu.edu |
| mdel@chevron.com | mdm@ubp.ch |
| mdelaney@meag-ny.com | mdmandel@wellington.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mdmanterola@ahorrocorporacion.com | mdwek@bloomberg.net |
| mdmccambridge@hcsbnj.com | mdworkin@hcmny.com |
| mdnazri@bnm.gov.my | mdwyckoff@nisource.com |
| mdommermuth@jhancock.com | mdy@americancentury.com |
| mdonelan@ryanlabs.com | mdz@bloomberg.net |
| mdonelson@arielinvestments.com | mdziwak@fmausa.com |
| mdong@frk.com | me.gatti@bpci.it |
| mdoniselli@bancadellarete.it | me.heffernan@fmr.com |
| mdontje@keybank.com | me@soros.com |
| mdoran@orixcm.com | meabularach@wellington.com |
| mdoranth@meag.com | mead.cl@tbcam.com |
| mdougan@umich.edu | meadm@hhmi.org |
| mdoughe@frk.com | meagan@loomissayles.com |
| mdougherty@fhlbdm.com | meaghan.harding@morganstanley.com |
| mdownen@hcmlp.com | meaghan_moran@ustrust.com |
| mdoyle@nomurany.com | mecarroll@wellington.com |
| mdp@capgroup.com | meconnell@leggmason.com |
| mdp@ubp.ch | mecox@denveria.com |
| mdpeters@spt.com | medeya.benidze@bbh.com |
| mdr6@ntrs.com | medgington@blackrock.com |
| mdragoo@dupree-funds.com | medgington@bloomberg.net |
| mdrawding@wellington.com | medward@cic.com |
| mdre@kempen.nl | medward@cicny.com |
| mdrexelius@metzler.com | medwards@ustrust.com |
| mdriscoll@duncanw.com | meehan.c@dreyfus.com |
| mdriscoll@perrycap.com | meeheev@cook-inlet.com |
| mdroschen@us.fortis.com | meek@atlanticinvestment.net |
| mds@columbus.com | meeks_bruce@fsba.state.fl.us |
| mdthompson@williamblair.com | meena.lakshmanan@glgpartners.com |
| mducharme@russell.com | meena.tanna@cibc.ca |
| mduda@westernasset.com | meenahemchandra@rbi.org.in |
| mdudley@whitneybank.com | meenakshi.lakshman@morganstanley.com |
| mdugan@oppenheimerfunds.com | meenakshi.pursnani@db.com |
| mduke@faralloncapital.com | meenu.sahi@ingim.com |
| mdunham@hcmlp.com | meera.judge@fortisinvestments.com |
| mdunham@standishmellon.com | meeta.koregaonkar@wamu.net |
| mdunn@aegonusa.com | meethj@strsoh.org |
| mduque@standishmellon.com | mef4@ntrs.com |
| mdurant@sanostra.es | meg.berte@moorecap.com |
| mdurbiano@federatedinv.com | meg.browne@bbh.com |
| mdurica@portfoliocapital.com | meg.dillon@bnpparibas.com |
| mduthie@tiaa-cref.org | meg.hoffmaster@inginvestment.com |
| mdvorak@ftportfolios.com | meg.littlewood@columbiamanagement.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

meg.mcconnell@ny.frb.org

meg.nollen@us.hjheinz.com

meg.sullivan@aig.com

meg.wilson@cambridgeantibody.com

meg72@cornell.edu

megan.capay@morganstanley.com

megan.e.lunt@jpmorgan.com

megan.ehrle@citadelgroup.com

megan.gaul@blackrock.com

megan.gregory@wnco.com

megan.haran@theharris.com

megan.irizarry@mackayshields.com

megan.joseph@prudential.com

megan.parmelee@wnco.com

megan.salb@wellsfargo.com

megan.sobr@axa-im.com

megan.stuart@libertymutual.com

megan.white@membersunited.org

megan@reamsasset.com

megan_craigen@putnam.com

megan_mosher@acml.com

megan_murray@putnam.com

meganchu@tcbank.com.tw

meganhuang@cathaylife.com.tw

meganmc@bloomberg.net

megenes@barrowhanley.com

meggan.walsh@aiminvestments.com

meggmann@espiritosanto.ch

meghan.a.nagle-peterson@bankofamerica.com

meghan.bonos@fmr.com

meghan.horrigan@asbinc.com

meghan.johnson@cna.com

meghan.paradis@fmr.com

megrenalkulaibi@sabb.com

megumi.noguchi@alliancebernstein.com

megumi_murabayashi@mitsubishi-trust.co.jp

megumi_nakano@tr.mufg.jp

mehale2@bloomberg.net

mehalice@jwseligman.com

mehdi.benjelloun@axa-im.com

mehdi.dalavarian@sscims.com

mehdi_dazi@scudder.com

meher.kakalia@ubs.com

mehill.marku@prudential.com

mehiranobe@lmus.leggmason.com

mehmet.artuk@denizbank.com.tr

mehmet.karakilic@isbank.com.tr

mehmet.turk@isbank.com.tr

mehmet_kinak@troweprice.com

mehmetcamurdan@tagfolio.com

mehmethakan.atilla@halkbank.com.tr

mehmetp@garanti.com.tr

mehmood_nathani@fanniemae.com

mehran.nakhjavani@ubs.com

mehrdad_tahmasebi@freddiemac.com

mehresman@opers.org

mehretab.tesfamicael@creval.it

mehtahv@aetna.com

mehughes@delinvest.com

mehvish.rahman@nb.com

mei.tao@bj.icbc.com.cn

mei@hncb.com.tw

mei_chu@ssga.com

mei_markentell@agfg.com

mei_merkentell@agfg.com

meiching_chou@dell.com

meighlal@cibc.ca

mei-hing.lee@jpmorgan.com

meike.bliebenicht@jpmorgan.com

meike.schmidt@db.com

meiliang.wu@credit-suisse.com

meiliu.nystedt@barclaysglobal.com

mei-luh.lee@schwab.com

meindl@colognere.com

meinrad.ege@allianz.com

meinrad.gyr@zkb.ch

meir@aigfpc.com

meirg1@wellsfargo.com

meirz@umtb.co.il

meiselas_robert@jpmorgan.com

meiwah.yung@insightinvestment.com

meiyeecheung@bochk.com

mej@maerskoil.dk

mekpahamensah@troweprice.com

mel.mistry@bmo.com

mel_carvill@generali.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mel_stimpson@standardlife.com | melik.odabas@teb.com.tr |
| melani.reyes@pimco.com | melina.androutsopoulou@cchbc.com |
| melanie.bennett@ibtco.com | melinda.crosby@bankofamerica.com |
| melanie.berchier@ubs.com | melinda.kautz@ubs.com |
| melanie.birdsall@uk.bnpparibas.com | melinda.mattox@jpmorgan.com |
| melanie.brown@barclays.com | melinda.spies@modern-woodmen.org |
| melanie.davis@aig.com | melinda_raso@ml.com |
| melanie.dugard@uk.fid-intl.com | melissa.allen@ibtco.com |
| melanie.e.hanlon@citi.com | melissa.asfahl@53.com |
| melanie.giles@glgpartners.com | melissa.barnett@prudential.com |
| melanie.jenkins@cazenovecapital.com | melissa.binder@firstmidwest.com |
| melanie.jenner@lgim.co.uk | melissa.brachman@evergreeninvestments.com |
| melanie.kalifat@clf-dexia.com | melissa.cavelti@rbcinvestments.com |
| melanie.l.griffiths@jpmorgan.com | melissa.clark@glgpartners.com |
| melanie.lenherr@credit-suisse.com | melissa.coco@statestreet.com |
| melanie.lund@bankofengland.co.uk | melissa.cook@lazard.com |
| melanie.malone@harrisbank.com | melissa.correia@bbh.com |
| melanie.mcgee@morganstanley.com | melissa.curry@barcap.com |
| melanie.mitchell@aegon.co.uk | melissa.dunn@blackrock.com |
| melanie.mortier@fortis.lu | melissa.fiorelli@bis.org |
| melanie.radu@cominvest-am.com | melissa.fowlkes@thrivent.com |
| melanie.rotunno@blackrock.com | melissa.fransen@pnc.com |
| melanie.russell@inginvestment.com | melissa.hall@db.com |
| melanie.santos@opcap.com | melissa.hieger@db.com |
| melanie.santos@wellscap.com | melissa.johnson@ibtco.com |
| melanie.settina@pncadvisors.com | melissa.kurtz@alliancebernstein.com |
| melanie.splain@abnamro.com | melissa.marano@rbccm.com |
| melanie.wilson@raymondjames.com | melissa.mcdonald@axa-im.com |
| melanie.wirges@dekabank.de | melissa.omalley@citadelgroup.com |
| melanie@mail.bot.com.tw | melissa.reilly@fmr.com |
| melanie_graswinckel@deltalloyd.nl | melissa.reola@fhlb-pgh.com |
| melanie_hayes@ustrust.com | melissa.rose@wamu.net |
| melanie_rizzo@troweprice.com | melissa.sanandres@csam.com |
| melanie_santos@swissre.com | melissa.silverman@sscims.com |
| melanie_struve@westlb.de | melissa.smith-heath@umb.com |
| melany.hearne@morganstanley.com | melissa.stitts@citadelgroup.com |
| melca@microsoft.com | melissa.strausberg@tcw.com |
| melchior.dechelette@caam.com | melissa.tritinger@fhlb-pgh.com |
| melda.mergen@columbiamanagement.com | melissa.tuttle@gs.com |
| melfver1@bloomberg.net | melissa.warneck@fmr.com |
| melgawly@caxton.com | melissa.wayte@chase.com |
| mel-husseini@wellington.com | melissa.weiler@tcw.com |
| melie@congressasset.com | melissa.zhang@inginvestment.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| melissa_bisso@putnam.com | memcgloin@bloomberg.net |
| melissa_chadwick@putnam.com | memegargel@wellington.com |
| melissa_crabtree@freddiemac.com | memmanuel@mfs.com |
| melissa_cunniff@putnam.com | mena.terveen@nordlb.de |
| melissa_downes@putnam.com | menaheme@bll.co.il |
| melissa_duffy@invesco.com | menashe.x.banit@jpmorgan.com |
| melissa_fong@americancentury.com | mendo-research@rentec.com |
| melissa_gallagher@troweprice.com | mengchao@citicib.com.cn |
| melissa_h_fairfield@fleet.com | mengligu@microsoft.com |
| melissa_king@merck.com | menglin.luo@morganstanley.com |
| melissa_kwan@scudder.com | menglish@dlbabson.com |
| melissa_l_o'meara@vanguard.com | mengtze@mai.cbc.gov.tw |
| melissa_leedom@vanguard.com | mengxiangbin@citicbank.com |
| melissa_mayorga@swissre.com | mengyun@abchina.com |
| melissa_mcguire@freddiemac.com | menken.dennis@principal.com |
| melissa_melvin@freddiemac.com | menko.jaekel@ssmb.com |
| melissa_shank@troweprice.com | mennellaf@bloomberg.net |
| melissa_strilecki@troweprice.com | menno.a.van.eijk@ingim.com |
| melissa_webster@ssga.com | menno.sloterdijk@nl.abnamro.com |
| melkas@jhancock.com | menno.van.boven@ingim.com |
| melkizedeck.okudo@gs.com | meno.stavrakellis@bnpparibas.com |
| melkordy@invest.treas.state.mi.us | menonr@strsoh.org |
| mellenby@templeton.com | menoud@bloomberg.net |
| melliott@howeandrusling.com | mensur.pocinci.2@credit-suisse.com |
| mellis@standishmellon.com | mentzinger@aegon.nl |
| melloney.bourn@nationwide.co.uk | menunez@wellington.com |
| mellosales@bloomberg.net | mepps@asbonline.com |
| meln@bloomberg.net | mepstein@bankofny.com |
| melody.ikemura@columbiamanagement.com | mepstein@jhancock.com |
| melody_wilcox@calpers.ca.gov | mequinn@jhancock.com |
| melodyh@bloomberg.net | meras@wharton.upenn.edu |
| melony.heh@americas.bnpparibas.com | meravp@bankisrael.gov.il |
| melvillt@wellscap.com | merber@hcmny.com |
| melvin.fernandes@nationalcity.com | mercedeh_shahbodaghi@ustrust.com |
| melvin.leepc@uobgroup.com | mercedes.michel@gm.com |
| melvin.lopez@gm.com | mercedes.tera@interdin.com |
| melvin.rosa@blackrock.com | mercerj@stanford.edu |
| melvin.sigrist@juliusbaer.com | mercerj2@bloomberg.net |
| melvin.stanton@ucop.edu | mercieni@sdm.cic.fr |
| melvin1@bloomberg.net | mercole@icbpi.it |
| memaclachlan@wellington.com | mercuri@bpintra.it |
| memacvicar@statestreet.com | mercy.lu@wamu.net |
| membler@msfi.com | meredith.birdsall@pioneerinvestments.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| meredith.burns@bankofamerica.com | mes5@ntrs.com |
| meredith.ellis@lazard.com | mesa.operaciones@bde.es |
| meredith.hess@prudential.com | mesagiv@hdq.iai.co.il |
| meredith.olson@kochind.com | mesbah.ahmed@tdsecurities.com |
| meredith.ostrie@morganstanley.com | meshal@kuwait-fund.org |
| meredith.stabile@ubsw.com | meshala@kia.gov.kw |
| meredith_herold@ml.com | meshalf@kia.gov.kw |
| meredith_vass@putnam.com | meshaniakwe.swai@rbc.com |
| meredithlee@gic.com.sg | mesikad@umtb.co.il |
| meredithwatson@synovus.com | mespinosa@bankofny.com |
| meribeth.brand@tcw.com | message@bessemer.com |
| mericson@fhlbc.com | message_rechext@ofivalmo.fr |
| merinocarlos@bancourquijo.com | messerly@fhlb-of.com |
| merion@mas.gov.sg | messl@meag.com |
| meris.n@emporiki.gr | messman@bankofny.com |
| merja.niemi@oko.fi | messner@meinlbank.com |
| merkel@dexia.de | mestabrook@wellington.com |
| merlic@gruppocredit.it | mestack@wellington.com |
| merlin.erickson@advantuscapital.com | mestebaran@notes.banesto.es |
| merlin.tolstyk@truscocapital.com | mesut.ellialtioglu@tr.abnamro.com |
| merlini@swisscap.com | metcap@tdusa.com |
| merlino.wa@mellon.com | metehan.sen@oppenheim.de |
| merlynee@mas.gov.sg | metezade@bloomberg.net |
| meron@kocbank.com.tr | metheridge@perrycap.com |
| merotyo@cmcic-sdm.fr | methompson@amoco.com |
| merriman@penntrust.com | metinucci@delinvest.com |
| merry_dimitri@freddiemac.com | metscher@wgz-bank.lu |
| mershon.mr@mellon.com | mette.ohlenschlager@nordea.com |
| mert.oncu@yapikredi.com.tr | mette.osterbye@seb.se |
| merten.stoepel@dekabank.de | metzgerd@bloomberg.net |
| merten.trautmann@wemam.com | meuryn.iorwerth@lgim.co.uk |
| mertensg@eib.org | mev28@cornell.edu |
| meru@bloomberg.net | mevans@aegonusa.com |
| mervin.coutinho@morleyfm.com | mevans@ag-am.com |
| mervyn.douglas@morleyfm.com | mevans@gpnus.mizuho-cb.com |
| mervyn.king@bankofengland.co.uk | meveans@ebkgroup.com |
| mervyn.putz@bbls.ch | mewbourne@pimco.com |
| mervyn.sambles@fluor.com | mewyatt@gkst.com |
| mervyn.thomas@db.com | meyer_alec@amat.com |
| mervynlim@dbs.com | meyerl@aeltus.com |
| meryem.simsek@finansbank.com.tr | meyer-reinecke.anja@kohtes-klewes.de |
| meryem.tuerkekul@db.com | meyers.a@dreyfus.com |
| meryll.sands@db.com | meyers.bill@pennmutual.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| meyncl@bernstein.com | mferraro@tiaa-cref.org |
| mezae@dartmouth.edu | mferrer@bcj.gbancaja.com |
| mezzaale@bloomberg.net | mferrerr@cajamadrid.es |
| mezzetti.arianna@enel.it | mferser@ceca.es |
| mf@baupost.com | mfetherston@opcap.com |
| mf28@ntrs.com | mfey@frk.com |
| mfabbio@metlife.com | mffriel@washtrust.com |
| mfacco-gans@meag.com | mfgarrett@wellington.com |
| mfaiella@wharton.upenn.edu | mfh2@ntrs.com |
| mfair@seic.com | mfichtner@frostbank.com |
| mfairuz@bnm.gov.my | mfiducioso@tiaa-cref.org |
| mfal@danskebank.dk | mfilippo@jwseligman.com |
| mfalkner@us.mufg.jp | mfinn@troweprice.com |
| mfallon@wellington.com | mfiocchi@allstate.com |
| mfaloon@standishmellon.com | mfirlings@essexinvest.com |
| mfan09@stanford.edu | mfisch@faralloncapital.com |
| mfanari@bloomberg.net | mfitzgerald@loomissayles.com |
| mfanaroff@fdic.gov | mfitzsimmons@millburncorp.com |
| mfancett@bloomberg.net | mfjelstad@russell.com |
| mfang@bayharbour.com | mflachsmann@tullib.com |
| mfania@metlife.com | mflament@wisi.com |
| mfapricing@hartfordlife.com | mflanner@bloomberg.net |
| mfarid6@worldbank.org | mfleck@evcap.com |
| mfarkas@crtllc.com | mfleisch@tiaa-cref.org |
| mfarmer@lincap.com | mfleixac@assegurances.sanostra.es |
| mfarr@martincurrie.com | mfletcher@jhancock.com |
| mfarrell@babsoncapital.com | mflewharty@rnt.com |
| mfaure@itasset.com | mflinn@standishmellon.com |
| mfay@ofi-am.fr | mflint@mfs.com |
| mfb@clinton.com | mfloyd@aegonusa.com |
| mfcorral@notes.banesto.es | mfmurray@statestreet.com |
| mfd@baupost.com | mfoglia@fideuramsgr.it |
| mfe.tr@adia.ae | mfong1@bear.com |
| mfedak@bernstein.com | mforbes@frk.com |
| mfeeley@standishmellon.com | mford@farcap.com |
| mfeeney2@mfs.com | mford@smithbreeden.com |
| mfeitz@aegonusa.com | mforeman@jhancock.com |
| mfelix1@bloomberg.net | mforst@frk.com |
| mfemia@caxton.com | mfoss@brownadvisory.com |
| mfenner@bankofny.com | mfoster@nb.com |
| mferguson@bear.com | mfotiadis@newstaram.com |
| mferko@msfi.com | mfp39@cornell.edu |
| mferradas@us.mufg.jp | mfpopolizio@statestreet.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mfrancis@thamesriver.co.uk | mgarg@halcyonllc.com |
| mfrancis@tiaa-cref.org | mgarner@fdic.gov |
| mfranco@worldbank.org | mgarone@mps.it |
| mfrangos@halcyonllc.com | mgarrett.madrid@sinvest.es |
| mfranz@oppenheimerfunds.com | mgasner@firstmanhattan.com |
| mfranz@snwsc.com | mgatherer@bloomberg.net |
| mfraser4@bloomberg.net | mgatti@fintecna.it |
| mfrazier@angelogordon.com | mgbaker@wellington.com |
| mfredricks03@pjc.com | mgdefranco@jennison.com |
| mfrench@thebank.com | mgdow@sbcglobal.net |
| mfreno@babsoncapital.com | mge@teachersfcu.org |
| mfreudenstein@russell.com | mgedney@ssrm.com |
| mfrichard@groupama-am.fr | mgeevarghese@presidentiallife.com |
| mfriede@ftci.com | mgelb@dartmouth.edu |
| mfriedtr@co.san-diego.ca.us | mgenc@princeton.edu |
| mfrings@gafri.com | mgeraty@citysecurities.com |
| mfroio@bloomberg.net | mgerber@amec1.com |
| mfrost@kio.uk.com | mgerdes@metlife.com |
| mfuchs2@bloomberg.net | mgerding@wasatchadvisors.com |
| mfujiwara@daiwasbi.co.jp | mgerity@ambac.com |
| mfuller@aegonusa.com | mghirga@bloomberg.net |
| m-furuya@nochubank.or.jp | mgiambrone@barrowhanley.com |
| mfusarelli@seic.com | mgiambrone@nwbcorp.com |
| mfw1@ntrs.com | mgibb@martincurrie.com |
| mg.sonzogni@fineco-am.com | mgibson@midstatebank.com |
| mg@danskebank.dk | mgiddings@statestreet.com |
| mg344@cornell.edu | mgidusko@princeton.edu |
| mg57@ntrs.com | mgiese@nicholasfunds.com |
| mgajdic@ahb-ag.de | mgil@gruposantander.com |
| mgalaydh@dlbabson.com | mgiles@loomissayles.com |
| mgalimberti@icbpi.it | mgilfillan@bear.com |
| mgallo.kbw.com@reuters.net | mgiordano@nb.com |
| mgallotto@jhancock.com | mgiordano@rentec.com |
| mgalloway@yorktraditionsbank.com | mgiorgio@standishmellon.com |
| mgalovic@hbk.com | mgiuditta@jhancock.com |
| mgan@willowbridge.com | mgk.tr@adia.ae |
| mgarci10@cajamadrid.es | mgladchun@loomissayles.com |
| mgarcia@fftw.com | mglaser@turnerinvestments.com |
| mgarciac@accival.com.mx | mglick@loomissayles.com |
| mgardner@russell.com | mgm@atalantasosnoff.com |
| mgarey@bbandt.com | mgm@carnegieam.dk |
| mgarfin@blackrock.com | mgnadinger@ustrust.com |
| mgarfinkel@us.mufg.jp | mgnesi@concordiafunds.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mgoater@bgcfx.com | mgrossman@mfs.com |
| mgodsey@bloomberg.net | mgrossnickle@jhancock.com |
| mgoetzinger@fiduciarymgt.com | mgroves@angelogordon.com |
| mgokhman@coefficientglobal.com | mgroves@newstaram.com |
| mgold@tiaa-cref.org | mgrupper@pictet.com |
| mgoldste@lordabbett.com | mgtref@cornell.edu |
| mgoldstein@nb.com | mguarasci@bear.com |
| mgoldverg@oppenheimerfunds.com | mgudaitis@gwkinc.com |
| mgollinello@the-ark.com | mguggemos@bloomberg.net |
| mgomes@statestreet.com | mguild@guildinvestment.com |
| mgomez2@bear.com | mguillenfu@geb.gbancaja.com |
| mgonzalez5@worldbank.org | mguillenpeters@worldbank.org |
| mgonzalezm@grupobbva.com | mguillo@groupe-casino.fr |
| mgonzalo@schny.com | mgulczynski@firststate.co.uk |
| mgonzalv@cajamadrid.es | mgulisano1@bloomberg.net |
| mgoodman@gofen.com | mgulley@templeton.com |
| mgoodman@guzman.com | mgumm@stephens.com |
| mgopal@munder.com | mgunawardana@bloomberg.net |
| mgopu@hbk.com | mgunn4@bloomberg.net |
| mgordon@essexinvest.com | mgunning@wscapital.com |
| mgot@danskebank.dk | mgura@munder.com |
| mgovil@merctrust.com | mgurrutx@bancogui.com |
| mgoyal@tiaa-cref.org | mguterman@gsc.com |
| mgr@danskebank.dk | mguy@rbcds.com |
| mgr@gr.dk | mguzman-quin@bloomberg.net |
| mgraetzball@metlife.com | mgw3@pge.com |
| mgrandi@munichre.com | mgwildstein@delinvest.com |
| mgrant@phineus.net | mgy@capgroup.com |
| mgrant@swst.com | mgy@danskebank.dk |
| mgrassi@fideuramireland.ie | mh@bankinvest.dk |
| mgray@hcmlp.com | mh565@cornell.edu |
| mgrecher@grecher.com | mh599@cornell.edu |
| mgreen@canyonpartners.com | mha@bankinvest.dk |
| mgreen@metlife.com | mhaddad@caxton.com |
| mgreenwald@opcap.com | mhaddad5@bloomberg.net |
| mgregg@gscpartners.com | m-hager@bloomberg.net |
| mgriffin@blackrock.com | mhaggar@angelogordon.com |
| mgriffin@blenheiminv.com | mhaggett@eatonvance.com |
| mgriffin@fhlbc.com | mhairi@ikos.com.cy |
| mgrizzelle@cvceurope.com | mhakes@mcleanbudden.com |
| mgrobien@uecic.cicomore.fr | mhale@hellmanjordan.com |
| mgrohovaz@bloomberg.net | mhaley@bondinvestor.com |
| mgrossma@wmcdirect.com | mhall@canyonpartners.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mhallward@mcleanbudden.com

mhalperin@federatedinv.com

mhalperin@tiaa-cref.org

mhan@meag-ny.com

mhancock@fftw.com

mhaney@elcabop.org

mhannafey@clinton.com

mhannallah@payden-rygel.com

mhanratty@nb.com

mhansbury@wellington.com

mhansen@fnni.com

mhanu@allstate.com

mharding@bloomberg.net

mhardwick@firstmerchants.com

mharkness@pacificincome.com

mharley@first-wash.com

mharper@pacificincome.com

mharris@loomissayles.com

mharrison@newstaram.com

mhase@ipohome.com

mhasenauer@hcmlp.com

mhasens@frk.com

m-hashimoto@ioi-sonpo.co.jp

mhasse@meag.com

mhasty@fdic.gov

mhausner@brownadvisory.com

mhawkins@westpac.com.au

mhawley@allstate.com

mhayat@almal.com.kw

mhayes@montag.com

mhayes11@bloomberg.net

mhays@dlbabson.com

mhays@princeton.edu

mhaywood@browncapital.com

mhb@sitinvest.com

mhbosworth@wellington.com

mhc@bankinvest.dk

mhc67@cornell.edu

mhcarey@statestreet.com

mhcbca@bloomberg.net

mhchang@bloomberg.net

mhd.tr@adia.ae

mhd@capgroup.com

mhdhi@bloomberg.net

mheemelaar@aegon.nl

mheffernan@lmfunds.com

mheintel@meag.com

mheitzmann@sinopia.fr

mhekman@waddell.com

mhellingrath@union-investment.de

mhendarman@hotmail.com

mhendry@sharonbank.com

mheneghan@ifc.org

mhermsen@babsoncapital.com

mherna92@ford.com

mherp@aegonusa.com

mherrera@banxico.org.mx

mherrera@invercaixa.es

mherrerg@cajamadrid.es

mherring@bayharbour.com

mhersom@alger.com

mherson@alger.com

mherzog@dkpartners.com

mhewitt@russell.com

mhicks@halcyonllc.com

mhickson@exchange.ml.com

mhigashiura1@bloomberg.net

mhiggins@bear.com

mhiggins@evergreeninvestments.com

mhigh@hncbank.com

mhills@10e.rjf.com

mhilt@stpaultravelers.com

mhinmon@turnerinvestments.com

m-hinomaru@nochubank.or.jp

m-hirayama@nochubank.or.jp

mhirschberger@meag.com

mhk@americancentury.com

mhlarsen@jyskebank.dk

mhnat@wellington.com

mho@americancentury.com

mhoben@bencap.com

mhobson@arielinvestments.com

mhodges@westernasset.co.uk

mhodgman@bondinvestor.com

mhoefnagel@aegon.nl

mhoeh@cicny.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mhoffbeck@moneygram.com | mia.hosty@aiminvestments.com |
| mhoffm@fhlbsea.com | mia.schiefer@sparkasse-hannover.de |
| mhoffman@caxton.com | mia.thompson@stephens.com |
| mhoffman@highbridge.com | mia_stewart@freddiemac.com |
| mhoffman@troweprice.com | mia0621@cathaylife.com.tw |
| mholbert@tiaa-cref.org | miah02@handelsbanken.se |
| mholliday1@bloomberg.net | miali@pimco.com |
| mhomko@state.nm.us | miannarelli@ifsam.com |
| mhora@oppenheimerfunds.com | miao@mail.cbc.gov.tw |
| mhori1@bloomberg.net | mibr@sek.se |
| mhormozi@msfi.com | mic.tr@adia.ae |
| mhorn@ubs.com | micael.johansson@swedbank.com |
| mhoshina@meijiyasuda.co.jp | micael.niden@foreningssparbanken.se |
| mhoule@standishmellon.com | micael.poole@threadneedle.co.uk |
| mhowe@adb.org | micail.johansson@danskebank.dk |
| mhoyt@bpbtc.com | miccoli@gruppocredit.it |
| mhpascual@bankinter.es | micha.knopf@fibimail.co.il |
| mhsieh@westernasset.com | micha.schipper@rabobank.com |
| mhsu2@bloomberg.net | michael.a.clark@barclaysglobal.com |
| mhsueh@hbk.com | michael.a.connolly@fmr.com |
| mhsullivan@wellington.com | michael.a.donohoe@aibbny.ie |
| mht@americancentury.com | michael.a.hart@sce.com |
| mhuang@lmcm.com | michael.a.lanning@aib.ie |
| mhuang@tiaa-cref.org | michael.a.marquez@jpmorgan.com |
| mhubbs@mcleanbudden.com | michael.a.schaefer@wellsfargo.com |
| mhudson@cazenove.com | michael.a.thilmont@jpmchase.com |
| mhuebsch@blackrock.com | michael.a.whitehouse@fhlb-pgh.com |
| mhughes@btmna.com | michael.aaknes@wamu.net |
| mhughes@pimco.com | michael.abellera@ubs.com |
| mhui@oppenheimerfunds.com | michael.abramo@calvertgroup.com |
| mhui@perrycap.com | michael.aflalo@axa-im.com |
| mhulme@mfs.com | michael.aimino@fhlb-pgh.com |
| mhummer@princeton.edu | michael.akmann@nordlb.de |
| mhunt@westpac.com.au | michael.allen@allianzgi-us.com |
| mhurley@dadco.com | michael.allen@ansbachermm.com |
| mhurley@newstaram.com | michael.allen@augustus.co.uk |
| mhutson@mfs.com | michael.allen@pnc.com |
| mhuynh@payden-rygel.com | michael.allison@morganstanley.com |
| mhw.hutten@interpolis.nl | michael.allison@msdw.com |
| mhy@jwbristol.com | michael.altinzoglou@dws.com |
| mhynes@wasatchadvisors.com | michael.andersonadvantus@advantuscapital.com |
| mi_chen@ssga.com | michael.andrascik@pnc.com |
| mi2-watanabe@meijiyasuda.co.jp | michael.angehrn@helvetiapatria.ch |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michael.anschuetz@ib.bankgesellschaft.de
michael.antolin-perez@morganstanley.com
michael.antoni@smf.sachsen.de
michael.appell@thehartford.com
michael.arnold@bhf.ing.com
michael.aroian@sunlife.com
michael.aschauer@ba-ca.com
michael.ashby@glgpartners.com
michael.ashikhmin@deshaw.com
michael.ashley@aamcompany.com
michael.ashridge@jpmorganfleming.com
michael.atherton@rbccm.com
michael.au@soros.com
michael.auracher@trinkaus.de
michael.b.gallagher@us.hsbc.com
michael.b.li@wamu.net
michael.baagoee@amagerbanken.dk
michael.bach.nielsen@aegon.co.uk
michael.baek@aig.com
michael.ball@pncbank.com
michael.bank@fmglobal.com
michael.barakos@jpmorgan.com
michael.barrett@aegon.co.uk
michael.barrie@glgpartners.com
michael.barry@fmr.com
michael.bauen@lloydsbank.ch
michael.bauer02@hvb.de
michael.bauernfeind@bhf.bank.com
michael.baumann@fmr.com
michael.bazdarich@westernasset.com
michael.beckerman@bbh.com
michael.bei@moorecap.com
michael.belinsky@dartmouth.edu
michael.bennett@lazard.com
michael.bennis@paretopartners.com
michael.berger@helaba.de
michael.bernadiner@db.com
michael.bernegger@sl-am.com
michael.bertelsen@nordea.com
michael.bertram@db.com
michael.bh.yu@philips.com
michael.binger@thrivent.com
michael.bismark@westernasset.com

michael.bitton@unicreditgroup.co.uk
michael.bjelic@sunlife.com
michael.boehm@dws.com
michael.boes@ruv.de
michael.boyle@thehartford.com
michael.brakebill@state.tn.us
michael.brandl@pimco.com
michael.braubach@oppenheim.de
michael.brauchitsch@oppenheim.de
michael.braun@ikb.de
michael.braun@postbank.de
michael.bretscher@swisscanto.ch
michael.breyl@depfa.com
michael.britchkow@mortgagefamily.com
michael.brodbeck@lbbw.de
michael.broe@pncbank.com
michael.broeders@ingbank.com
michael.broome-euro@db.com
michael.brosnan@bankofamerica.com
michael.brown@evergreeninvestments.com
michael.browne@chase.com
michael.brownell@pimco.com
michael.bruun@seb.dk
michael.bueker@siemens.com
michael.bunting@usaa.com
michael.burckhart@helaba.de
michael.burdian@sscims.com
michael.burg@dresdner-bank.lu
michael.burka@ubs.com
michael.burke@micorp.com
michael.burke@usbank.com
michael.burns@ibtco.com
michael.burns@pimco.com
michael.butche@aig.com
michael.buthe@aig.com
michael.c.bird@wellsfargo.com
michael.c.maynard@chase.com
michael.c.smith@wachovia.com
michael.calamia@fhlbny.com
michael.camacho@jpmorgan.com
michael.campion@prudential.com
michael.canter@alliancebernstein.com
michael.capitain@commerzbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michael.carbery@bbh.com
michael.carey@blackrock.com
michael.carmel@vanguard.com.au
michael.carson@ny.frb.org
michael.cash@csfb.com
michael.cetta@alliancebernstein.com
michael.cha@fmr.com
michael.cha@morganstanley.com
michael.chae@hk-ca-indosuez.com
michael.chaisanguanthum@credit-suisse.com
michael.chambers@tcw.com
michael.chan@ubs.com
michael.chandra@pimco.com
michael.chang@pimco.com
michael.chang@schwab.com
michael.chapman@aiminvestments.com
michael.chatman@ubs.com
michael.cheng@fmr.com
michael.cheung@wcmadvisors.com
michael.chiu@ap.ing.com
michael.chiun@bis.org
michael.choi@cibc.ca
michael.chong@barclaysglobal.com
michael.chua@aig.com
michael.chui@bis.org
michael.chun@ing.com.au
michael.cicerone@royalusa.com
michael.cipolla@ge.com
michael.clark@uk.fid-intl.com
michael.clements@ubs.com
michael.cloth@dresdner-bank.com
michael.clurman@fmr.com
michael.cm.wilson@jpmorganfleming.com
michael.coats@dkib.com
michael.cody@commercebank.com
michael.coffee@alliancebernstein.com
michael.coffey@rwe.com
michael.collins@db.com
michael.collins@prudential.com
michael.collis@ubk.net
michael.compliance.hill@fmr.com
michael.conerly@columbiamanagement.com
michael.conle@lbbw.de

michael.connors@gmam.com
michael.constantinou@ubs.com
michael.constantis@blackrock.com
michael.cook@cba.com.au
michael.coonce@moorecap.com
michael.cooper@uk.nomura.com
michael.corelli@opcap.com
michael.corker@mackayshields.com
michael.cormican@inginvestment.com
michael.cosgrave@boi.ie
michael.coulter@ingfunds.com
michael.count@canadalife.co.uk
michael.courtney@ing.com.au
michael.covert@pimco.com
michael.cowin@ubs.com
michael.cox@cgii.com
michael.craft@fmr.com
michael.crewe@hsh-nordbank.co.uk
michael.crilley@apfs.com
michael.crimmings@statestreet.com
michael.crinai@53.com
michael.cross@bankofengland.co.uk
michael.crowell@ibtco.com
michael.crowley@deshaw.com
michael.cummins@depfa.com
michael.curcio@alliancebernstein.com
michael.custer@state.nm.us
michael.cyrus@drkw.com
michael.d.miller@wellsfargo.com
michael.d.murray@jpmchase.com
michael.dalzell@ibtco.com
michael.daniel@dresdner-bank.lu
michael.danso@westernasset.com
michael.davidson@bankofbermuda.com
michael.davies@ubs.com
michael.debernardis@lazard.com
michael.deeny@depfa.ie
michael.degernes@aberdeenasset.com
michael.degernes@aberdeen-asset.com
michael.degernes@db.com
michael.degregorio@ubs.com
michael.deignan@jt-int.com
michael.dejana@rbc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.demaria@pncadvisors.com | michael.elvin@fmr.com |
| michael.demayo@pioneerinvestments.com | michael.emechebo@aig.com |
| michael.denoriscia@chase.com | michael.engelhard@wwasset.de |
| michael.dente@gecapital.com | michael.english@dresdnerkleinwort.com |
| michael.depalma@alliancebernstein.com | michael.english@fhlbny.com |
| michael.desantis@morganstanley.com | michael.esposito@scafg.com |
| michael.deweirdt@milliman.com | michael.etzkorn@citadelsolutions.com |
| michael.dicintio@tcw.com | michael.etzkorn@scudder.com |
| michael.dillon@hsbchalbis.com | michael.evan@barclaysglobal.com |
| michael.dinapoli@citadelgroup.com | michael.f.latargia@jpmorgan.com |
| michael.dinapoli@morganstanley.com | michael.fang@genworth.com |
| michael.dinckels@lrp.de | michael.fara@aig.com |
| michael.dion@ubs.com | michael.farrell@mortgagefamily.com |
| michael.dire@ppmamerica.com | michael.federici@fmr.com |
| michael.dirnegger@hsh-nordbank.co.uk | michael.felty@citadelgroup.com |
| michael.ditillio@ubs.com | michael.fenske@inginvestment.com |
| michael.dixon@fmr.com | michael.ferrara@foreningssparbanken.se |
| michael.dobler@westam.com | michael.ferraro@sloan-group.com |
| michael.dodgson@credit-suisse.com | michael.ferris@nyc.nxbp.com |
| michael.doherty@alliancebernstein.com | michael.fetthauer@kfw.de |
| michael.dombrowski@citigroup.com | michael.fey@postbank.de |
| michael.dominey@aiminvestments.com | michael.fiedler@cominvest-am.com |
| michael.donlevy@bailliegifford.com | michael.finamore@morganstanley.com |
| michael.donnelly@pge-corp.com | michael.fine@westernasset.com |
| michael.dorfman1@wachovia.com | michael.fink@wgz-bank.de |
| michael.dorigan@pnc.com | michael.fioribello@aig.com |
| michael.dorsel@us.ing.com | michael.flad@allianz.de |
| michael.dorsey@wellsfargo.com | michael.flaschka@union-investment.de |
| michael.dow@ubs.com | michael.fleming@hartzcapital.com |
| michael.doyle@nisanet.com | michael.flitton@glgpartners.com |
| michael.doyle@umb.com | michael.flynn@americas.bnpparibas.com |
| michael.drake@fidelity.com | michael.fogarty@umb.com |
| michael.dugan@csam.com | michael.foo@claridenleu.com |
| michael.duncan@4086.com | michael.ford@insightinvestment.com |
| michael.dunlop@4086.com | michael.formas@ibtco.com |
| michael.dyer@morganstanley.com | michael.forsyth@citadelgroup.com |
| michael.e.burns@jpmorgan.com | michael.fosbury@cfglife.com |
| michael.e.curtis@jpmorgan.com | michael.fought@uk.calyon.com |
| michael.eastwood@morganstanley.com | michael.fox@lbbwuk.com |
| michael.eckert@dzbank.de | michael.francz@uk.fid-intl.com |
| michael.edman@morganstanley.com | michael.frankenstein@dws.com |
| michael.ehrensberger@rzb.at | michael.frankland@ubs.com |
| michael.eichelberger@ba-ca.com | michael.franz@apobank.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.franzen@telekom.de | michael.goerg@cominvest-am.com |
| michael.franzese@tdsecurities.com | michael.goldbacher@grenbell.de |
| michael.frattura@pioneerinvestments.com | michael.gomez@pimco.com |
| michael.frawley@sachsenlb.ie | michael.good@bnpparibas.com |
| michael.frenzel@wgz-bank.de | michael.gordon@au.abnamro.com |
| michael.friedland@jpmorgan.com | michael.gordon@shinseibank.com |
| michael.fritz@lbbw.de | michael.gordon@uk.fid-intl.com |
| michael.froehner@essenhyp.com | michael.gougeon@edfgdf.fr |
| michael.fross@edwardjones.com | michael.gower@rabobank.com |
| michael.fry@lazard.com | michael.graham@columbiamanagement.com |
| michael.fulginiti@bankofamerica.com | michael.gramann@rzb.at |
| michael.furlong@hpfb.com | michael.gray@csam.com |
| michael.fuss@db.com | michael.gray@himco.com |
| michael.gaehler@credit-suisse.com | michael.grayer@ge.com |
| michael.gallagher@bailliegifford.com | michael.greeley.jr@effem.com |
| michael.gallagher@barclaysglobal.com | michael.green@barclays.co.uk |
| michael.gangemi@db.com | michael.green@scottishwidows.co.uk |
| michael.garcia@be.gm.com | michael.green@trs.state.tx.us |
| michael.gargano@blackrock.com | michael.greilinger@ba-ca.com |
| michael.gasparac@abnamro.com | michael.greser@allianz.de |
| michael.gates@barclaysglobal.com | michael.gretener@credit-suisse.com |
| michael.gaudio@ceredexvalue.com | michael.grimm@apobank.de |
| michael.gavin@citadelgroup.com | michael.griz@mackayshields.com |
| michael.gedigk@db.com | michael.gruner@reuschel.com |
| michael.geier@nuveen.com | michael.grunow@westam.com |
| michael.generazo@db.com | michael.guichon@morganstanley.com |
| michael.genovese@alliancebernstein.com | michael.guido@moorecap.com |
| michael.gerke@ifp.ch | michael.gumpel@hvb.de |
| michael.gerlach@commerzbank.com | michael.gush@bailliegifford.com |
| michael.gerstner@hvb.de | michael.h.feser@jpmorgan.com |
| michael.gialluca@huntington.com | michael.h.ryan@aib.ie |
| michael.giannantonio@nationalcity.com | michael.haake@prudential.com |
| michael.gibbs@morgankeegan.com | michael.haas@group.novartis.com |
| michael.gierse@union-investment.de | michael.haberger@siemens.com |
| michael.giliberto@jpmorgan.com | michael.haberkorn@gs.com |
| michael.gill-more@wamu.net | michael.hack@wamu.net |
| michael.gilmore@53.com | michael.haene@credit-suisse.com |
| michael.ginestro@schwab.com | michael.haeusler.3@claridenleu.com |
| michael.ginestro@uboc.com | michael.haigh@prudential.com |
| michael.gioffre@inginvestmnet.com | michael.halevi@rabobank.com |
| michael.girard@jpmorgan.com | michael.hall@aberdeen-asset.com |
| michael.glieden@lri.lu | michael.halloran@allegiantgroup.com |
| michael.gnadinger@columbiamanagement.com | michael.hamilton@usbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.hamp@aareal-bank.com | michael.holliger@sl-am.com |
| michael.handl@raiffeisenbank.at | michael.holscher@ny.frb.org |
| michael.harari@prudential.com | michael.hoover@columbiamanagement.com |
| michael.harmelink@swib.state.wi.us | michael.horning@rbc.com |
| michael.harmon@gmacrfc.com | michael.hosken@damel.co.uk |
| michael.harold@umb.com | michael.house@corporate.ge.com |
| michael.harper@barclaysglobal.com | michael.hrycenko@pncbank.com |
| michael.harrington@ppmamerica.com | michael.hsu@tcw.com |
| michael.harris@huntington.com | michael.huenseler@hvb.de |
| michael.haselbeck@hvb.de | michael.huesmann@ubs.com |
| michael.hasler@lgt.com | michael.hurn@uk.fid-intl.com |
| michael.hawighorst@lrp.de | michael.hutchins@dillonread.com |
| michael.hayashida@uboc.com | michael.hyde@lbbwsg.com |
| michael.hayat@sgam.com | michael.hyman@inginvestment.com |
| michael.hecht@bofasecurities.com | michael.i.young@disney.com |
| michael.hehn@allianz.de | michael.j.beebe@gs.com |
| michael.hehn@morganstanley.com | michael.j.coe@alliancebernstein.com |
| michael.heilbronn@blackrock.com | michael.j.dolan@uk.fid-intl.com |
| michael.heimlich@umb.com | michael.j.garrett@jpmorgan.com |
| michael.heldmann@allianzgi.de | michael.j.griffin@jpmchase.com |
| michael.heldmann@dit.de | michael.j.hawkins@exxonmobil.com |
| michael.helf@hsh-nordbank.com | michael.j.hegarty@aib.ie |
| michael.hemph@brummer.se | michael.j.hickey.jr@citigroup.com |
| michael.henkel@oppenheim.de | michael.j.irwin@jpmorgan.com |
| michael.hennessy@aig.com | michael.j.mccabe@us.ibm.com |
| michael.hepburn@augustus.co.uk | michael.j.mccarthy@fmr.com |
| michael.herrera@westernasset.com | michael.j.mchale@aib.ie |
| michael.herskovitz@alliancebernstein.com | michael.j.morrell@db.com |
| michael.herwig@pnc.com | michael.j.o'riordan@credit-suisse.com |
| michael.herzum@union-investment.de | michael.j.sergison@hsbc.com |
| michael.hess@db.com | michael.j.whelan@nab.com.au |
| michael.hidbrader@53.com | michael.jacobs@pimco.com |
| michael.hill@wachovia.com | michael.jacobs@sscims.com |
| michael.hillman@morganstanley.com | michael.jacoby@lbb.de |
| michael.himmelbauer@pggm.nl | michael.janik@harrisbank.com |
| michael.hirschberg@ubs.com | michael.jarzyna@blackrock.com |
| michael.hirschfield@glgpartners.com | michael.jenkins@fmr.com |
| michael.hitzlberger@ubs.com | michael.jennings@morleyfm.com |
| michael.hoesgen@postbank.de | michael.jin@alliancebernstein.com |
| michael.hoffmann@bayernlb.de | michael.johansson@se.abb.com |
| michael.hofmann@dresdner-bank.com | michael.john@ucop.edu |
| michael.hogg@sgcib.com | michael.johnson@bwater.com |
| michael.hollewand@bg-group.com | michael.johnson@fandc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| michael.johnson@lazard.com | michael.knies@dit.de |
| michael.johnston@gecapital.com | michael.kocz@wamu.net |
| michael.jones@insightinvestment.com | michael.koetters@anthem.com |
| michael.jonker@ing.be | michael.kolbeck@allianz.de |
| michael.jorgenson@westernasset.com | michael.kollins@morganstanley.com |
| michael.joseph@lloystsb.co.uk | michael.kolster@aig.com |
| michael.jowitt@scottishwidows.co.uk | michael.kondas@morganstanley.com |
| michael.joyce@scottishwidows.co.uk | michael.konstantinov@allianzgi.de |
| michael.kaletsch@db.com | michael.korn@dresdner-bank.com |
| michael.kalnicki@hcmny.com | michael.korzeniowski@barclaysglobal.com |
| michael.kaltenborn.mk@bayer-ag.de | michael.koschatzki@dws.com |
| michael.kaplanis@citadelgroup.com | michael.kosche@duesshyp.de |
| michael.kaplar@trinkaus.de | michael.krenn@db.com |
| michael.karibian@huntington.com | michael.krenn@lazard.com |
| michael.karstensen@mhcb.co.uk | michael.kristensen@nordea.com |
| michael.kastner@ba-ca.com | michael.krumsiek@lmginv.com |
| michael.kastner@bawagpsk.com | michael.kruse@credit-suisse.com |
| michael.katz@jpmchase.com | michael.kuchler@inginvestment.com |
| michael.kaul@lrp.de | michael.kullmann@db.com |
| michael.kearney@westernasset.com | michael.kushma@morganstanley.com |
| michael.kebbel@ampegagerling.de | michael.labella@db.com |
| michael.keeler@state.tn.us | michael.landini@firstunion.com |
| michael.keller@bbh.com | michael.landreville@thrivent.com |
| michael.kenneally@bbh.com | michael.lang@pioneerinvest.ie |
| michael.kenneally@csam.com | michael.langmack@hsh-nordbank.co.uk |
| michael.kennedy@columbiamanagement.com | michael.lanier@aig.com |
| michael.kennedy@lazard.com | michael.lash@wamu.net |
| michael.keough@janus.com | michael.lawson@moorecap.com |
| michael.kerans@ing.com.au | michael.lee@americas.bnpparibas.com |
| michael.key@morganstnaley.com | michael.lee@tcw.com |
| michael.khankin@blackrock.com | michael.lee@tres.bnc.ca |
| michael.kiesewetter@nordlb.de | michael.lee@wpginvest.com |
| michael.killilea@fmglobal.com | michael.leffler@drkw.com |
| michael.kim@blackrock.com | michael.lefurge@inginvestment.com |
| michael.kim@hcmny.com | michael.leifeste@cpa.state.tx.us |
| michael.kim@nationalcity.com | michael.leineweber@essenhyp.com |
| michael.kimble@mackayshields.com | michael.lemesevski@prudential.com |
| michael.kirk@hsbcib.com | michael.lenarcic@prudential.com |
| michael.kirkbride@columbiamanagement.com | michael.lengweiler@sarasin.ch |
| michael.klene@ubs.com | michael.lenhardt@juliusbaer.com |
| michael.klonsky@credit-suisse.com | michael.leonard.2@credit-suisse.com |
| michael.klose@sl-am.com | michael.lerch@juliusbaer.com |
| michael.kloss@aig.com | michael.lesesne@robecousa.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| michael.levine@shinseicapital.com | michael.marinelli@prudential.com |
| michael.levy@sgam.com | michael.markowitz@ubs.com |
| michael.levy1@alliancebernstein.com | michael.marks@commercebank.com |
| michael.lewis@fmr.com | michael.marshall@gartmore.com |
| michael.liberti@bbh.com | michael.martini@ge.com |
| michael.liller@dws.com | michael.martini@pimco.com |
| michael.limmert@wwk.de | michael.marzouk@pacificlife.com |
| michael.lin@schwab.com | michael.mastrogiannis@mutualofamerica.com |
| michael.linden@westam.com | michael.mata@inginvestment.com |
| michael.linnane@tradition.co.uk | michael.mathay@opcap.com |
| michael.lins@tudor.com | michael.mathiowetz@oppenheim.de |
| michael.lipsch@ingim.com | michael.matt@credit-suisse.com |
| michael.liuwf@uobgroup.com | michael.mattsson@seb.se |
| michael.liwski@pimco.com | michael.maughan@gartmore.com |
| michael.loeffler@jpmorgan.com | michael.mayes@raymondjames.com |
| michael.lohre@oppenheim.de | michael.mcauliffe@lrp.de |
| michael.long@pacificlife.com | michael.mccaffery@shenkmancapital.com |
| michael.lonia@pacificlife.com | michael.mccord@granitegrp.com |
| michael.look@inginvestment.com | michael.mccune@db.com |
| michael.lorditch@prudential.com | michael.mccune@robecousa.com |
| michael.loudermilk@schwab.com | michael.mcgonigle@gecapital.com |
| michael.loura@citigroup.com | michael.mcgrath@nuveen.com |
| michael.lynch@ilim.com | michael.mclaughlin@aamcompany.com |
| michael.lynch@kofc.org | michael.mcmorrow@ny.frb.org |
| michael.m.godfrey@spms.shell.com | michael.mcnair@rsa-al.gov |
| michael.m.harrop@si.shell.com | michael.mcnamara@kemper.com |
| michael.m.peric@nab.com.au | michael.meding@novartis.com |
| michael.macaluso@prudential.com | michael.meebus@bms.com |
| michael.mackinnon@ppmamerica.com | michael.meehan@bbh.com |
| michael.macphee@bailliegifford.com | michael.meier@credit-suisse.com |
| michael.maeltzer@stinnes.de | michael.melisik@cnb.cz |
| michael.maennlin@credit-suisse.com | michael.melnick@moorecap.com |
| michael.magermans@dexia.com | michael.melvin@barclaysglobal.com |
| michael.mahaffy@ubs.com | michael.menken@sgcib.com |
| michael.mahar@boimail.com | michael.menrad@dzbank.de |
| michael.mahler@generali.ch | michael.mesard@blackrock.com |
| michael.mahlik@associatedbank.com | michael.mewes@jpmorganfleming.com |
| michael.maiorana@leumiusa.com | michael.meyer@ba-ca.com |
| michael.maita@morganstanley.com | michael.michalisin@mackayshields.com |
| michael.maka@fmr.com | michael.migliaccio@gcm.com |
| michael.malan@dillonread.com | michael.migus@cnp.fr |
| michael.mand@gmacrfc.com | michael.miller.hswy@statefarm.com |
| michael.marco@us.rbcds.com | michael.mirabito@db.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michael.molline@lbbw.de

michael.montague@rbc.com

michael.montgomery@readrite.com

michael.monzo@morganstanley.com

michael.moose@nationalcity.com

michael.morley@americas.bnpparibas.com

michael.morris1@aiminvestments.com

michael.morton@pnc.com

michael.moser@ubs.com

michael.mosher@midstates.org

michael.motzer@helaba-trust.de

michael.moulder@state.tn.us

michael.muders@union-investment.de

michael.mueller2@union-investment.de

michael.mueller-bishop@bhf-bank.com

michael.muench@ksk-bc.de

michael.mullaney@threadneedle.co.uk

michael.murawczyk@citadelgroup.com

michael.mw.wolf@dresdner-bank.com

michael.n.duignan@bankofamerica.com

michael.n@gordian.co.uk

michael.naper@fmr.com

michael.nawrath@zkb.ch

michael.neary@adam-us.com

michael.negele@vontobel.ch

michael.neitzke@schwab.com

michael.nell@ubs.com

michael.nelson@janus.com

michael.nelson2@barclayscapital.com

michael.neppert@dit.de

michael.neumann@drkw.com

michael.nicastro@ibtco.com

michael.nichols@nctreasurer.com

michael.nickson@gs.com

michael.nicolau@gerrard.com

michael.niedzielski@fmr.com

michael.nimtsch@ifco.de

michael.niosi@prudential.com

michael.nipp@union-investment.de

michael.nolan@morganstanley.com

michael.notari@rmf.ch

michael.novikoff@sscims.com

michael.nowakowski@ge.com

michael.nowicki@gerling.de

michael.o.clark@db.com

michael.oconnor@glgpartners.com

michael.odermatt@mbczh.ch

michael.odonnell@abbey.com

michael.ogan@kochglobalcapital.com

michael.omara@hsbchalbis.com

michael.o'neill@fmr.com

michael.o'sullivan@credit-suisse.com

michael.p.elhadj@jpmorgan.com

michael.p.nichols@bankofamerica.com

michael.p.o'brien@prudential.com

michael.pagano@pncadvisors.com

michael.painter@sscims.com

michael.palagonia@us.standardchartered.com

michael.pannenberg@gerling.de

michael.papciak@harrisbank.com

michael.paradis@prudential.com

michael.parker@tuck.dartmouth.edu

michael.parks@tcw.com

michael.payne@hsh-nordbank.co.uk

michael.payne@scottishwidows.co.uk

michael.pearl@nationalcity.com

michael.per@lazard.com

michael.perkons@bbh.com

michael.peskin@morganstanley.com

michael.petrino@morganstanley.com

michael.pfaue@lloydstsb.co.uk

michael.phelan@rabobank.com

michael.phelps@jpmorgan.com

michael.pietzek@blb.de

michael.pike@aberdeen-asset.com

michael.pineau@thehartford.com

michael.pinggera@credit-suisse.com

michael.pinkus@ikb-cam.de

michael.plate@telekom.de

michael.plosica@prudential.com

michael.pohly@morganstanley.com

michael.pohr@westlb.lu

michael.popkin@dresdnerkleinwort.com

michael.potenski@mortgagefamily.com

michael.powers@lazard.com

michael.preissler@delta.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.prinzivalli@kofc.org | michael.rome@lazard.com |
| michael.pruin@pimco.com | michael.romer@sarasin.ch |
| michael.pruin@sscims.com | michael.romero@citadelgroup.com |
| michael.puglia@shinseibank.com | michael.rose@omam.co.uk |
| michael.puhle@allianzgi.de | michael.rosen@jpmorgan.com |
| michael.puleo@huntington.com | michael.rosner@prudential.com |
| michael.pyatski@americas.bnpparibas.com | michael.rost@pncequity.com |
| michael.pytosh@inginvestment.com | michael.rowe@bmo.com |
| michael.quinn@tcw.com | michael.rucci@ubs.com |
| michael.r.caggia@jpmorgan.com | michael.russell@tsquarecm.com |
| michael.r.hack@jpmchase.com | michael.ruvido@ibtco.com |
| michael.r.keller@bbh.com | michael.ryan@bbh.com |
| michael.r.myers@jpmorgan.com | michael.ryder@morganstanley.com |
| michael.r.plage@citigroup.com | michael.s.atchison@jpmorgan.com |
| michael.rabinowitz@discountbank.co.il | michael.s.barclay@columbiamanagement.com |
| michael.rachor@pioneerinvestments.com | michael.s.koutsoutis@jpmorgan.com |
| michael.ramirez@pnc.com | michael.s.wheeler@us.hsbc.com |
| michael.randolfi@delta.com | michael.sabatino@ubs.com |
| michael.rauch@credit-suisse.com | michael.sabbah@bnpparibas.com |
| michael.ray@morganstanley.com | michael.sack@sfs.siemens.de |
| michael.rega@pioneerinvest.com | michael.saghy@pnc.com |
| michael.regan@janus.com | michael.salice@ge.com |
| michael.reilly@tcw.com | michael.sam@sgcib.com |
| michael.reuhl@depfa.com | michael.sansoterra@silvantcapital.com |
| michael.reyes@ap.ing.com | michael.santelli@allegiantgroup.com |
| michael.reznikas@uk.fid-intl.com | michael.santer@erstebank.at |
| michael.rhorer@db.com | michael.sasser@suntrust.com |
| michael.ridloff@blackrock.com | michael.satyshur@pnc.com |
| michael.riedel@bankgesellschaft.de | michael.scali@credit-suisse.com |
| michael.rieger@aig.com | michael.scaplen@fmglobal.com |
| michael.riesner@ubs.com | michael.scardina@dfafunds.com |
| michael.rijneveen@sparkasse-bochum.de | michael.schafer@aa.com |
| michael.rimell@aig.com | michael.scharfe@pncbank.com |
| michael.rinaldi@moorecap.com | michael.schaufler@wachovia.com |
| michael.rinell@aig.com | michael.schenk@hsbcpb.com |
| michael.ripper@db.com | michael.scherbel@nuernberger.de |
| michael.rist@juliusbaer.com | michael.schetzel@do.treas.gov |
| michael.ritter@llb.li | michael.schetzel@ny.frb.org |
| michael.rocco@pnc.com | michael.schickling@bankgesellschaft.de |
| michael.rogers@corporate.ge.com | michael.schiller@union-investment.de |
| michael.rohan@sfs.siemens.com | michael.schlosser@postbank.de |
| michael.rohner@lgt.com | michael.schlup@sarasin.ch |
| michael.rolnick@db.com | michael.schmid.2@csam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.schmid@activest.de | michael.sims@wedbush.com |
| michael.schmitt@fmr.com | michael.singer@tkb.ch |
| michael.schmitt@ilim.com | michael.siviter@aberdeen-asset.com |
| michael.schmitt@ubs.com | michael.slater@db.com |
| michael.schneider.2@claridenleu.com | michael.sleightholme@citigroup.com |
| michael.schneider@ba-ca.com | michael.sloyd@hk.nomura.com |
| michael.schneider@dzbank.de | michael.smith@swipartnership.co.uk |
| michael.schneider@fmr.com | michael.snape@sainsburys.co.uk |
| michael.schoenbach@hsh-nordbank.com | michael.snyder@mackayshields.com |
| michael.schoenhaut@jpmorgan.com | michael.sobel@barclaysglobal.com |
| michael.schopin@prudential.com | michael.sohler@dghyp.de |
| michael.schramm@hauck-aufhaeuser.de | michael.sohr@alliancebernstein.com |
| michael.schrimpf@aareal-bank.com | michael.somogyi@truscocapital.com |
| michael.schug@telekom.de | michael.sonner@de.pimco.com |
| michael.schuh@lbbw.de | michael.sourp@cpr-am.fr |
| michael.schuller@eurotunnel.com | michael.south@db.com |
| michael.schultheiss@hyporealestate.de | michael.sowak@erstebank.at |
| michael.schuster@bbh.com | michael.spencer@icap.com |
| michael.schwager@advest.com | michael.speni@db.com |
| michael.schwartz@opco.com | michael.spina@greenpoint.com |
| michael.schwerzmann@csam.com | michael.srihari@bwater.com |
| michael.seedorff@aam.de | michael.stack@umb.com |
| michael.seelen@columbiamanagement.com | michael.stahel@claridenleu.com |
| michael.seilund@amagerbanken.dk | michael.stalker@ubs.com |
| michael.seiman@db.com | michael.stamm@winterthur.ch |
| michael.selb@tkb.ch | michael.stamos@allianzgi.de |
| michael.sellers@bg-group.com | michael.stanley@barcap.com |
| michael.sen@siemens.com | michael.stansky@tudor.com |
| michael.seyda@dit.de | michael.starr@mackayshields.com |
| michael.seymour@threadneedle.co.uk | michael.staude@db.com |
| michael.shackelford@credit-suisse.com | michael.steier@sscims.com |
| michael.shattuck@usbank.com | michael.stelzer@usbank.com |
| michael.sheren@uk.calyon.com | michael.stevens@iim-ar.com |
| michael.sherwood@gs.com | michael.stiefel@ubsw.com |
| michael.shields@db.com | michael.stodollik@epost.de |
| michael.short@axa.co.jp | michael.stokes@uk.fid-intl.com |
| michael.shrum@nestle.com | michael.stone@ge.com |
| michael.siebertz@dgbank-dip.de | michael.straka@db.com |
| michael.sieghart@db.com | michael.strebel@csam.com |
| michael.sieghart@dws.de | michael.strong@wellsfargo.com |
| michael.silk@db.com | michael.strubel@lbbw.de |
| michael.simon@aiminvestments.com | michael.stucky@lodh.com |
| michael.sims@fhlb.com | michael.stuenkel@nordlb.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael.suen@inginvestment.com | michael.vanmessel@shorecap.co.uk |
| michael.sullivan@barclaysglobal.com | michael.venezia@robecousa.com |
| michael.sullivan@cspb.com | michael.verano@evergreeninvestments.com |
| michael.summerhayes@dkib.com | michael.verhofen@allianzgi.de |
| michael.surface@fhlbtopeka.com | michael.victoros@axa-im.com |
| michael.swendsen@thrivent.com | michael.victoros@uk.abnamro.com |
| michael.symmons@bfinance.com | michael.viteri@ost.state.or.us |
| michael.syring@csam.com | michael.von.den.driesch@ikb.de |
| michael.t.campbell@usa.dupont.com | michael.von-orelli@ubs.com |
| michael.t.grace@aib.ie | michael.w.shinners@wellsfargo.com |
| michael.t.moughan@usa.dupont.com | michael.w.welton@fhlb-pgh.com |
| michael.t.nugent@citicorp.com | michael.wagg@db.com |
| michael.t.ross@chase.com | michael.waggoner@fhlbtopeka.com |
| michael.tagliaferro@ubs.com | michael.wagner@nationalcity.com |
| michael.taila@cnb.com | michael.wahl@commerzbankib.com |
| michael.temchin@threadneedle.co.uk | michael.waks@us.pm.com |
| michael.temple@pioneerinvest.com | michael.walker@citadelgroup.com |
| michael.terry@kofc.org | michael.wallis@nordlb.de |
| michael.terry@pimco.com | michael.walsh@bbh.com |
| michael.theel@db.com | michael.warren@aberdeen-asset.com |
| michael.thiergen@hvb.de | michael.warzinek@db.com |
| michael.thomson@yesbank.com | michael.wassermann@swip.com |
| michael.thorp@aig.com | michael.watchorn@pimco.com |
| michael.timmins@lloydstsb.co.uk | michael.wayton@53.com |
| michael.tornese@arnerbank.ch | michael.weaver@fmr.com |
| michael.towarek@citadelgroup.com | michael.weaver@janus.com |
| michael.townson@bbh.com | michael.webster@omv.com |
| michael.trogisch@westlbpanmure.com | michael.weidinger@meadwestvaco.com |
| michael.tschida@uboc.com | michael.welker@truscocapital.com |
| michael.tschudin@ruedblass.ch | michael.welle@usbank.com |
| michael.tull@robur.se | michael.wellman@bob.hsbc.com |
| michael.tushan@anthem.com | michael.welter@columbiamanagement.com |
| michael.tyler@westshorefund.com | michael.westerwick@metro.de |
| michael.uhl@dekabank.de | michael.westphal@hsh-nordbank.com |
| michael.ulrich@fandc.com | michael.weygand@ge.com |
| michael.ungari@corporate.ge.com | michael.whalen@national-city.com |
| michael.urzendnik@vers-am.de | michael.whilby@inginvestment.com |
| michael.v.buscemi@jpmorgan.com | michael.white@gartmore.com |
| michael.v.morris@aib.ie | michael.white@lazard.com |
| michael.valentine@fmr.com | michael.white@nuveen.com |
| michael.valentino@alliancebernstein.com | michael.widrig@fmr.com |
| michael.vandenbroeck@axa.be | michael.wilcox@aberdeen-asset.com |
| michael.vanderelst@fortisbank.com | michael.wilkerson@usbank.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| michael.wilson@fhlbboston.com | michael@wrainvest.com |
| michael.wimmer@lampebank.de | michael_a_treidl@fanniemae.com |
| michael.winker@ambgf.de | michael_a_vardas@notes.ntrs.c |
| michael.winkler@postbank.de | michael_abrams@cinfin.com |
| michael.winkler1@zkb.ch | michael_aglialoro@scotiacapital.com |
| michael.winterburn@abfoods.com | michael_albano@vanguard.com |
| michael.wirtz@deka.de | michael_andrich@den.invesco.com |
| michael.witt@hermes.co.uk | michael_aneiro@freddiemac.com |
| michael.witte@ny.invesco.com | michael_angelini@newyorklife.com |
| michael.wolter@hsh-nordbank.com | michael_antonicelli@westlb.com |
| michael.wong@barclaysglobal.com | michael_arends@putnam.com |
| michael.wong@ubs.com | michael_atkin@putnam.com |
| michael.woodward@barclaysglobal.com | michael_b_lee@acml.com |
| michael.wosner@canadalife.co.uk | michael_balzer@westlb.co.uk |
| michael.wu@db.com | michael_bartsch@vanguard.com |
| michael.x.sheldon@jpmchase.com | michael_boedeker@ohionational.com |
| michael.yachimski@bnymellon.com | michael_brendle@swissre.com |
| michael.yampei@lazard.com | michael_brunell@ssga.com |
| michael.yang@aig.com | michael_bubnis@agc.com |
| michael.yellen@aiminvestments.com | michael_burke@ohionational.com |
| michael.yhy@mail.cbc.gov.tw | michael_c_morrill@fleet.com |
| michael.yoon@bnymellon.com | michael_cannella@ustrust.com |
| michael.z.brown@jpmorgan.com | michael_centrone@freddiemac.com |
| michael.z.harary@jpmorgan.com | michael_chan@singaporeair.com.sg |
| michael.zaretsky@lmginv.com | michael_cheng@asia.hypovereinsbank.com |
| michael.zazzarino@columbiamanagement.com | michael_collinsjr@ssga.com |
| michael.zbinden@juliusbaer.com | michael_connelly@troweprice.com |
| michael.zeltser@honeywell.com | michael_crow@glenmede.com |
| michael.zemp.2@credit-suisse.com | michael_cuddy@putnam.com |
| michael.zhang@icprc.com | michael_d_burck@comerica.com |
| michael.zhang@lazard.com | michael_daley@troweprice.com |
| michael.zhang@pimco.com | michael_davis@acml.com |
| michael.zhu@deshaw.com | michael_davis@hvbamericas.com |
| michael.zimmer@csprivateadvisors.com | michael_debiase@ml.com |
| michael.zimmermann@credit-suisse.com | michael_depalma@acml.com |
| michael.zobrist.2@credit-suisse.com | michael_dorsel@phl.com |
| michael@ardsley.com | michael_dovorany@putnam.com |
| michael@barclaysglobal.com | michael_dowd@putnam.com |
| michael@epsilonfunds.com | michael_drayo@vanguard.com |
| michael@ikos.com.cy | michael_ducharme@putnam.com |
| michael@mjmpartners.com | michael_dudek@swissre.com |
| michael@ruanecunniff.com | michael_dutton@calpers.ca.gov |
| michael@sandlercap.com | michael_e_dambach@fleet.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| michael_e_shade@fleet.com | michael_kraus@mail.com |
| michael_edmonds@nacm.com | michael_krautzberger@blackrock.com |
| michael_evangelista@putnam.com | michael_kubik@troweprice.com |
| michael_feehily@ssga.com | michael_lambe@troweprice.com |
| michael_flannery@jwhmail.com | michael_lasota@troweprice.com |
| michael_fredericks@nacm.com | michael_lengowski@scudder.com |
| michael_g_somerville@fanniemae.com | michael_leutwyler@fleet.com |
| michael_gallagher@glenmede.com | michael_li@americancentury.com |
| michael_gallagher@putnam.com | michael_lima@putnam.com |
| michael_garrity@putnam.com | michael_liss@americancentury.com |
| michael_garruto@keybank.com | michael_luong@vanguard.com |
| michael_giggie@nacm.com | michael_madden@ssga.com |
| michael_gitlin@troweprice.com | michael_magboo@troweprice.com |
| michael_glickman@conseco.com | michael_malm@putnam.com |
| michael_gold@ml.com | michael_maloney@fanniemae.com |
| michael_grogan@troweprice.com | michael_marek@aimfunds.com |
| michael_gubser@swissre.com | michael_matthews@hen.invesco.com |
| michael_h_buek@vanguard.com | michael_mccabe@freddiemac.com |
| michael_hart@scudder.com | michael_mccormack@putnam.com |
| michael_hatcher@elliottandpage.com | michael_mccrorey@ssga.com |
| michael_hebert@ssga.com | michael_mcginn@vanguard.com |
| michael_hill@standardlife.com | michael_mcinerney@ml.com |
| michael_hodge@tigerfund.com | michael_mclean@putnam.com |
| michael_huang@keybank.com | michael_mclellan@conning.com |
| michael_hubick@dell.com | michael_mercauto@putnam.com |
| michael_hugton@phl.com | michael_mikolajczak@westlb.com |
| michael_husson@putnam.com | michael_milby@ssga.com |
| michael_hyde@commerzbank.com.sg | michael_mitchell@firstgroup.com |
| michael_innocenti@ustrust.com | michael_mix@conning.com |
| michael_j_barone@keybank.com | michael_mon@acml.com |
| michael_j_jarvis@bankone.com | michael_montanez@vanguard.com |
| michael_j_lohmeier@fanniemae.com | michael_mow@americancentury.com |
| michael_jamed@bnz.co.nz | michael_nally@merck.com |
| michael_jenkins@freddiemac.com | michael_nance@putnam.com |
| michael_joynson@hen.invesco.com | michael_ning@acml.com |
| michael_k_barr@victoryconnect.com | michael_notaro@swissre.com |
| michael_kalinoski@ml.com | michael_novellino@hvbamericas.com |
| michael_keyser@americancentury.com | michael_o'brien@acml.com |
| michael_kirkbride@ustrust.com | michael_oh@troweprice.com |
| michael_kohler@fleet.com | michael_ohara@ssga.com |
| michael_konsen@freddiemac.com | michael_oliver@ustrust.com |
| michael_kraft@westlb.com | michael_orndorff@americancentury.com |
| michael_kramer@ustrust.com | michael_p_fiore@fanniemae.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michael_p_lebowitz@fanniemae.com | michael_sola@troweprice.com |
| michael_p_monahan@fleet.com | michael_soued@ssga.com |
| michael_pagano@nylim.com | michael_spinello@yahoo.com |
| michael_patterson@freddiemac.com | michael_stafford@conning.com |
| michael_pattinson@ldn.invesco.com | michael_stimpfle@swissre.com |
| michael_perre@vanguard.com | michael_stoelting@westlb.de |
| michael_peters@colonialbank.com | michael_stoffregen@bankone.com |
| michael_petro@putnam.com | michael_t_harp@keybank.com |
| michael_piccinino@troweprice.com | michael_taets@freddiemac.com |
| michael_porter@ssga.com | michael_tassinari@putnam.com |
| michael_praplaski@vanguard.com | michael_thompson@ssga.com |
| michael_prideaux@bat.com | michael_traynor@manulife.com |
| michael_przygoda@ssga.com | michael_trippett@freddiemac.com |
| michael_r_kenney@fanniemae.com | michael_tu@ml.com |
| michael_regy@ml.com | michael_varadi@glic.com |
| michael_reifel@nylim.com | michael_vogel@conning.com |
| michael_reilly@acml.com | michael_w_davis@bankone.com |
| michael_reinartz@troweprice.com | michael_w_dvorak@keybank.com |
| michael_renner@westlb.de | michael_waterman@nacm.com |
| michael_richards@putnam.com | michael_whitlock@conseco.com |
| michael_riggs@ssga.com | michael_wildstein@ml.com |
| michael_riley@ssga.com | michael_williams@ssga.com |
| michael_roberts@troweprice.com | michael_wintrode@vanguard.com |
| michael_rogers@conning.com | michael_witte@invesco.com |
| michael_rohde@gothaerre.de | michael_wood@ssga.com |
| michael_rovder@ml.com | michael_yachimski@ml.com |
| michael_russell@ml.com | michael_yee@nacm.com |
| michael_sais@bankone.com | michael_yogg@putnam.com |
| michael_salevsky@vanguard.com | michael_young@ssga.com |
| michael_salm@putnam.com | michael_zalanyi@mfcinvestments.com |
| michael_sanchez@countrywide.com | michael_zazzarino@ustrust.com |
| michael_sanders@victoryconnect.com | michal1.t.smith@columbiamanagement.com |
| michael_schatt@dpimc.com | michael2855@mail.pscnet.com.tw |
| michael_schoeck@ssga.com | michael8@netease.com |
| michael_schwartz@invesco.com | michaela.gerl@ids.allianz.com |
| michael_sealey@prusec.com | michaela.huettig@deka.de |
| michael_seelhof@commerzbank.com | michaela.keusch@db.com |
| michael_shaman@troweprice.com | michaela.langerbein@pbi.lu |
| michael_shanahan@capgroup.com | michaela.loew@bhf-bank.com |
| michael_sikule@thruway.state.ny.us | michaela.lorenz@aareal-bank.com |
| michael_smith@freddiemac.com | michael-a.merz@etb-ag.com |
| michael_smith@scotiacapital.com | michaela.mordoch@mailpoalim.co.uk |
| michael_sofranko@keybank.com | michaela.notz@dzbank.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michael-a.richter@dws.com
michaela.zimmermann@kfw.de
michaelbay@northwesternmutual.com
michaelbourgaize@hsbc.com
michaelc@bgi-group.com
michaelcheung@aozora-apf.com
michaeld.gallagher@morleyfm.com
michael-d.kennedy@ubs.com
michaeldevlin@alumni.haas.org
michaeldowdell@northwesternmutual.com
michaele.brown@aiminvestments.com
michaelelwell@bankofscotlandusa.com
michael-g.barnes@ubsw.com
michaelgordon@angelogordon.com
michaelgros@bloomberg.net
michaelh@israelchemicals.co.il
michaelh@mcm.com
michaelholloway@northwesternmutual.com
michaelj.kelly@aig.com
michaelj.martin@53.com
michael-j.reilly@db.com
michaeljmoster@yahoo.com
michaelliang@gic.com.sg
michael-m.murphy@ubs.com
michaelmak@daiwasbi.com.hk
michaelmcloughlin@angloirishbank.ie
michael-nielsen@jyskebank.dk
michael-o.schmidt@db.com
michaelobrien@eatonvance.com
michaelos@bloomberg.net
michael-p.doherty@db.com
michael-rylant@fanniemae.com
michaels@chgroup.com
michael-sa.sanderson@db.com
michael-t.taylor@ubs.com
michaeltreptow@northwesternmutual.com
michaelv@asrs.state.az.us
michael-vodola@deshaw.com
michaelwan@daiwa-am.com.hk
michaelyang@mail.tbb.com.tw
michah.a.behrend@jpmchase.com
michail.eleftheriou@rabobank.com
michail.kougioulis@ubs.com

michal.baranek@rb.cz
michal.danielewicz@nordea.com
michal.michalov@rb.cz
michal.ondruska@rb.cz
michal.slomkowski@icap.com
michal.wozniak@csam.com
michal.wozniak@fortisinvestments.com
michal.zaleski@citigroup.com
michala.marcussen@sgam.com
michalro@cmcic.fr
micharms@microsoft.com
michec@microsoft.com
michel.agou@sgam.com
michel.anastassiades@calyon.com
michel.aubenas@axa-im.com
michel.aubenas@fortisinvestments.com
michel.aubry@bcv.ch
michel.baijot@gskbio.com
michel.baise@fortis.com
michel.bassi@bsibank.com
michel.bellia@ubs.com
michel.bernard@fandc.com
michel.bilger@calyon.com
michel.bosch@kasbank.com
michel.businger@credit-suisse.com
michel.cachin@bcv.ch
michel.campioni@canal-plus.fr
michel.cassiman@ing.be
michel.coussaert@credit-suisse.com
michel.dacher@zkb.ch
michel.de.groot@fandc.com
michel.degen@credit-suisse.com
michel.delatullaye@dexia-bill.com
michel.doulcet@bnpparibas.com
michel.etienne@inginvestment.com
michel.falvert@bnpparibas.com
michel.fanti@juliusbaer.com
michel.fest@rmf.ch
michel.friesewinkel@solvay.com
michel.fryszman@axa-im.com
michel.gallo@lgt.com
michel.gely@ch.abnamro.com
michel.gerber@ch.abb.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michel.girault@rothschild-cie.fr
michel.gomes@bcb.gov.br
michel.gonnard@fortisinvestments.com
michel.granchi@sgcib.com
michel.grimaldi@bcv.ch
michel.guerard@airbus.com
michel.hourcard@totalfinaelf.com
michel.jacquemai@csam.com
michel.jreige@bnpparibas.com
michel.koster@pggm.nl
michel.lapierre@groupe-mma.fr
michel.laversanne@bnpparibas.com
michel.leblanc@lodh.com
michel.lefort@calyon.com
michel.leroy@agf.be
michel.martin@citigroup.com
michel.matthias@hypovereinsbank.de
michel.menigoz@sgam.com
michel.munz@ing.ch
michel.nancoz@lodh.com
michel.oechslin1@sl-am.com
michel.p.laurent@bnpparibas.com
michel.palitcheff@sgam.com
michel.perrin@bnpparibas.com
michel.perrin@lodh.com
michel.pesci@bnpparibas.com
michel.poirier@francetelecom.fr
michel.poret@caam.com
michel.portal@caam.com
michel.prince@inginvestment.com
michel.robert@calyon.com
michel.rodrigues@vontobel.ch
michel.rosenfeld@telekom.de
michel.speltens@dexia.be
michel.tanner@claridenleu.com
michel.van.mazijk@ingim.com
michel.vandersanden@blackrock.com
michel.vannier@axa-im.com
michel.venanzi@credit-suisse.com
michel.vernier@ubs.com
michel.vitermarkt@morganstanley.com
michel.vukotic@juliusbaer.com
michel.wetser@sns.nl

michel@lindseltrain.com
michel_ghazarian@lazard.fr
michel_lemouillec@lazard.fr
michel_pean@putnam.com
michel_stack@ustrust.com
michela.carabelli@lehman.com
michela.fenzi@sella.it
michele.abrams@moorecap.com
michele.argenta@bsibank.com
michele.aveling@morganstanley.com
michele.basilici@columbiamanagement.com
michele.befacchia@pgalternative.com
michele.beffa@zkb.ch
michele.berti@mpsfinance.it
michele.bourgeois@inginvestment.com
michele.burns@morganstanley.com
michele.caronti@hvb.de
michele.charno@ubs.com
michele.ciarmoli@sarasin.ch
michele.cornaggia@saras.it
michele.cullom@zurich.com
michele.cutruneo@bsibank.com
michele.davis@fidelity.com
michele.debenedetto@mpsgr.it
michele.desouza@uk.nomura.com
michele.dimarco@banca.mps.it
michele.diprizio@rahnbodmer.ch
michele.fargues@calyon.com
michele.fassio@bancaintesa.it
michele.finder@ubs.com
michele.fortunato@gestielle.it
michele.grandclement@lodh.com
michele.gronsky@pnc.com
michele.grossi@ubs.com
michele.hofmann@zkb.ch
michele.jolive@sgam.com
michele.kreisler@morganstanley.com
michele.lanfranchini@ubs.com
michele.larkin@commerzbank.com
michele.loor@morganstanely.com
michele.m.walsh@csam.com
michele.ma@sanpaoloam.lu
michele.magnoni@juliusbaer.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

michele.malingamba@bsibank.com
michele.matzinger@grneam.com
michele.merk@dexia-bil.com
michele.mirabella@ssmb.com
michele.mirabella@westernasset.com
michele.morganti@am.generali.com
michele.patri@alliancebernstein.com
michele.patron@barclaysglobal.com
michele.ponzoni@ubs.com
michele.porro@csam.com
michele.rizzuto@csam.com
michele.ronchi@eni.it
michele.starr-stapell@gecapital.com
michele.thompson@suntrust.com
michele.trova@venetobanca.it
michele.varvaro@aig.com
michele.weinberger@pimco.com
michele.yap@barcap.com
michele.zotta@am.generali.com
michele_didio@glenmede.com
michele_evans@fanniemae.com
michelesicker@gic.com.sg
michelesmith@bankofny.com
michelina.cuccia@morganstanley.com
micheline.huart@nbb.be
michell_morphew@putnam.com
michelle.banack@fmr.com
michelle.beattie@mortgage.wellsfargo.com
michelle.bellizzi@columbiamanagement.com
michelle.boreham@ubs.com
michelle.butler@ge.com
michelle.c.moroney@aibbny.ie
michelle.c.nugent@aibbny.ie
michelle.calcutt@aberdeen-asset.com
michelle.chan@alliancebernstein.com
michelle.chang@email.chinatrust.com.tw
michelle.cherry@bankofamerica.com
michelle.cole@pnc.com
michelle.cook@morleyfm.com
michelle.crawford@ge.com
michelle.d.bacal@bofasecurities.com
michelle.davis@alliancebernstein.com
michelle.delrosario@aig.com

michelle.devine@nationwide.co.uk
michelle.dressel@blackrock.com
michelle.drexler@erieinsurance.com
michelle.fleck@csam.com
michelle.fogerty@wamu.net
michelle.fortier@himco.com
michelle.george@citadelgroup.com
michelle.gonnella@prudential.com
michelle.habyan@avmltd.com
michelle.hall@blackrock.com
michelle.halla@fmr.com
michelle.halvorsen@himco.com
michelle.halvorsen@inginvestment.com
michelle.harlan@daiwausa.com
michelle.hennigar@aig.com
michelle.hill@harrisbank.com
michelle.huang@db.com
michelle.kairuz@morganstanley.com
michelle.kelner@tudor.com
michelle.lawrence@lgim.co.uk
michelle.lee@gecapital.com
michelle.linder@swissca.ch
michelle.lynch@blackrock.com
michelle.m.bohmer@jpmorgan.com
michelle.m.david@jpmorgan.com
michelle.m.mcgreal@aib.ie
michelle.m.moller@columbiamanagement.com
michelle.ma@sanpaoloam.lu
michelle.mayes@citadelgroup.com
michelle.morris@bankofengland.co.uk
michelle.m-smith@bapensions.com
michelle.murrin-johns@aig.com
michelle.mustafa@blackrock.com
michelle.o'donnell@gs.com
michelle.okeefe@davy.ie
michelle.olave@mutualofamerica.com
michelle.penson@mortgagefamily.com
michelle.petasek@micorp.com
michelle.phillips@chase.com
michelle.popola@prudential.com
michelle.poyer@nrucfc.coop
michelle.quinn@morleyfm.com
michelle.radman@db.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| michelle.remy@puilaetco.com | michelmi@bll.co.il |
| michelle.robbat@fmr.com | michels.john@principal.com |
| michelle.ross@soros.com | michem@bloomberg.net |
| michelle.ryan@commerzbank.com | michi.mochizuki@schroders.com |
| michelle.skelly@tcw.com | michiel.bootsma@ingim.com |
| michelle.smith@daiwausa.com | michiel.faber@ingim.com |
| michelle.smith@db.com | michiel.harmers@ingim.com |
| michelle.spellman@citadelgroup.com | michiel.lodewijk@nl.abnamro.com |
| michelle.steinberg@ny.frb.org | michiel.souren@erstebank.at |
| michelle.stevens@transamerica.com | michiel.te.paske@morganstanley.com |
| michelle.strianse@db.com | michiel.tobe@juliusbaer.com |
| michelle.tran@barclaysglobal.com | michiel.vanderwerf@erstebank.at |
| michelle.tse@csam.com | michiel.vanderwerf@sparinvest.com |
| michelle.underwood@morganstanley.com | michiel.vankatwijk@aegon.com |
| michelle.vandinter@thrivent.com | michiel.vonsaher@pramericafi.com |
| michelle.vrba@zurich.com | michihiro.ashiya@partners.co.jp |
| michelle.walker@ibtco.com | michio.takahashi@mitsubishicorp.com |
| michelle.waters@db.com | michio_iida@tr.mufg.jp |
| michelle.yeung@ubs.com | michiro.naito@trs.state.tx.us |
| michelle.zhang@blackrock.com | michishita.tetsuya@kokusai-am.co.jp |
| michelle@mail.cbc.gov.tw | michiyoshi_nishimura@tr.mufg.jp |
| michelle@stw.com | micjam@bloomberg.net |
| michelle_amrine@agc.com | mick.brown@schwab.com |
| michelle_aquino@ssga.com | mick.ford@bnpparibas.com |
| michelle_cheong@ssga.com | mick.hill@icap.com |
| michelle_culosi@putnam.com | mick.o'connor@lloydstsb.co.uk |
| michelle_espelien@invescofunds.com | mick.sweeney@biam.boi.ie |
| michelle_girard@prusec.com | mick_heyman@invesco.com |
| michelle_hilliman@ntrs.com | mick_o'connor@cinfin.com |
| michelle_lewis@ml.com | mickael.juvenelle@caam.com |
| michelle_lim@nylim.com | mickael.tricot@caam.com |
| michelle_murphy@ntrs.com | mickael.vandenhauwe@nagelmackers.be |
| michelle_murphy@putnam.com | mickey.foret@nwa.com |
| michelle_scrimgeour@blackrock.com | mickey.foster@fedex.com |
| michelle_thomas@ustrust.com | mickey.l.nguyen@bankofamerica.com |
| michelle_watson@ustrust.com | mickey.walsh@ipaper.com |
| michelle_werth@americancentury.com | mickeyelliott@tagfolio.com |
| michellefrazier@amalgamatedbank.com | mickie.chow@wpginvest.com |
| michellejohnson@tagfolio.com | micky.jagirdar@mackayshields.com |
| michellemarsh@northwesternmutual.com | micmca@safeco.com |
| michelletcl@dbs.com | micol.baselli@effegestioni.it |
| michellew@bgi-group.com | mics@capgroup.com |
| michellewong@bankofny.com | micy@capgrp.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mid@nbim.no | miguel_castillo@americancentury.com |
| middlc@nuveen.com | miguel_oleaga@putnam.com |
| midge_kubiniec@scudder.com | miguel_viani@westlb.com |
| midhael.weisberg@inginvestment.com | miguel_villanueva@ssga.com |
| midk@capgroup.com | mihaela.manoliu@morganstanley.com |
| midori.murata@westernasset.com | mihara@nam.co.jp |
| midori.omura@westernasset.com | mihee@danskecapital.com |
| mie.jakobsen@seb.se | mihir.shah@citadelgroup.com |
| mie.koshiishi@alliancebernstein.com | mihir.worah@pimco.com |
| mie.peters@seb.se | mihkel.kase@schroders.com |
| miek@danskecapital.com | mihnea.stefan.mihai@trinkaus.de |
| mieke.holkeboer@nuveen.com | miho.eto@sumitomocorp.co.jp |
| mieko.oketa@baring-asset.com | miho_yokoyama@cargill.com |
| mielert@bloomberg.net | mihoko.asaga@schroders.com |
| mielke@ui-gmbh.de | mihoko.yoshii@ssk1.ho.dkb.co.jp |
| mier03@handelsbanken.se | miho-mochizuki@am.mufg.jp |
| miet@capgroup.com | mihosaito@gic.com.sg |
| mife01@handelsbanken.se | mihse@cihc.com.tw |
| mifferrer@bloomberg.net | mii.na@adia.ae |
| miford@wellington.com | miia.salovaara@pohjola.fi |
| migliano@bloomberg.net | mi-inokuma@ja-kyosai.or.jp |
| migliorej@aeltus.com | mijb@capgroup.com |
| migmoran@gmail.com | mijoolee@bok.or.kr |
| migr02@handelsbanken.se | mika.karikoski@nordea.com |
| migra20.2003@cpr-am.fr | mika.makitalo@keva.fi |
| miguel.alcobend@grupobbva.com | mika.manninen@sampo.fi |
| miguel.amaro@millenniumbcp.pt | mika.nishimura@abnamro.com |
| miguel.bacal@barclayscapital.com | mika.rydman@nokia.com |
| miguel.canizares@fmr.com | mika.stirkkinen@finnair.fi |
| miguel.carvalho@mcfundos.pt | mika.teodori@firstmidwest.com |
| miguel.cuenca@grupobbva.com | mika.uusi-pantti@oko.fi |
| miguel.duarte@bcp.pt | mika.vihtonen@keva.fi |
| miguel.duarte@millenniumbcp.pt | mikael.andren@tudor.com |
| miguel.ferreira@citadelgroup.com | mikael.anveden@seb.se |
| miguel.gandolfo@fandc.com | mikael.baeckstroem@pioneerinvestments.at |
| miguel.gsardinero@grupobbva.com | mikael.bjarkedal@shell.com |
| miguel.guiomar@finantia.com | mikael.bjorin@skandia.se |
| miguel.maia@fandc.com | mikael.bolarsen@carlsberg.com |
| miguel.paredones@juliusbaer.com | mikael.charoze@bis.org |
| miguel.perez@zkb.ch | mikael.friberg@electrolux.se |
| miguel.pino@zkb.ch | mikael.haglund@seb.se |
| miguel.silva@cgd.pt | mikael.haneli@catella.se |
| miguel.thames@prudential.com | mikael.karrsten@se.abb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mikael.ludvigsen@amagerbanken.dk
mikael.lundstrom@evli.com
mikael.melto@nordea.lu
mikael.nyqvist@danskebank.se
mikael.pacot@axa-im.com
mikael.persson@dnbnor.com
mikael.persson@lansforsakringar.se
mikael.safrana@lodh.com
mikael.silvennoinen@okobank.com
mikael.spangberg@seb.se
mikael.westerlund@aktia.fi
mikael.wiberg@alecta.com
mikal.patel@cm.natixis.com
mike.aaknes@wamuloans.net
mike.addy@sto.sc.gov
mike.albanese@fmr.com
mike.allen@ftnfinancial.com
mike.allison@bankofamerica.com
mike.anderson@soros.com
mike.andrews@barclaysglobal.com
mike.appleby@morleyfm.com
mike.b.jones@gecas.com
mike.bailey@lionhart.net
mike.bain@silvantcapital.com
mike.baradas@sgcib.com
mike.barry@micorp.com
mike.bell@sscims.com
mike.bellaro@db.com
mike.bellusci@ge.com
mike.berry@db.com
mike.billich@cic.ch
mike.bonnici@hsbcib.com
mike.bowick@rbcds.com
mike.braden@ubs.com
mike.braezeal@chase.com
mike.brell@frostbank.com
mike.brooks@bailliegifford.com
mike.bullock@oneamerica.com
mike.butterworth@cookson.co.uk
mike.buttner@wachovia.com
mike.c.c.hue@hsbcpb.com
mike.calcote@guarantygroup.com
mike.camasta@ppmamerica.com

mike.cameron@tcm-ltd.com
mike.carroll@fmr.com
mike.castle@wellsfargo.com
mike.caufield@corporate.ge.com
mike.chambers@britinsurance.com
mike.chen@alliancebernstein.com
mike.cho@greenpoint.com
mike.ciskowski@valero.com
mike.cole@aiminvestments.com
mike.collins@fmr.com
mike.collins@friendsprovident.co.uk
mike.cook@mortgagefamily.com
mike.corless@hsbchalbis.com
mike.cosgrove@gecapital.com
mike.cousins1@firstunion.com
mike.dang@swisscanto.ch
mike.dau@modern-woodmen.org
mike.davern@nuveen.com
mike.davis2@nationalcity.com
mike.devlin@schwab.com
mike.dillon@bankofamerica.com
mike.doherty@us.hsbc.com
mike.dougherty@firstunion.com
mike.dr.jefferies@jpmorgan.com
mike.dunckley@fiamm.com
mike.e.allen@conocophillips.com
mike.earley@db.com
mike.edwards@citizensbank.com
mike.eisenberg@firstunion.com
mike.emery@rainierfunds.com
mike.eng@credit-suisse.com
mike.ferrara@glgpartners.com
mike.fields@aa.com
mike.finnerty@yale.edu
mike.fisher@bmo.com
mike.flaherty@micorp.com
mike.fowler@thesouthgroup.com
mike.fox@fmr.com
mike.gabaly@lmco.com
mike.gallagher@morleyfm.com
mike.giasi@sgcib.com
mike.gleason@gartmore.com
mike.goeller@mortgagefamily.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mike.green@fmr.com | mike.mcnaught-davis@swip.com |
| mike.gregory@citadelsolutions.com | mike.mcnicholas@harrisbank.com |
| mike.hall@anthem.com | mike.mecca@thehartford.com |
| mike.halovatch@fbfinance.com | mike.menssen@state.mn.us |
| mike.hanbury-williams@fandc.com | mike.merrick@resolutionplc.com |
| mike.heflin@ftnfinancial.com | mike.metsker@prudential.com |
| mike.heid@wellsfargo.com | mike.moran@cba.com.au |
| mike.hochholzer@associatedbank.com | mike.mulquin@fac.com |
| mike.holt@wachovia.com | mike.newton@citadelgroup.com |
| mike.horton@thrivent.com | mike.nold@hp.com |
| mike.huang@ge.com | mike.oberdorf@blackrock.com |
| mike.hugh@osterweis.com | mike.oboyle@ftnmidwest.com |
| mike.hughes@osterweis.com | mike.olson@tcw.com |
| mike.j.burns@intel.com | mike.papworth@transamerica.com |
| mike.j.hendrickson@intel.com | mike.parker@zurich.com |
| mike.j.nelson@wellscap.com | mike.peacock@lodh.com |
| mike.j.smith@usbank.com | mike.powell@ftnmidwest.com |
| mike.jurgensen@pacificlife.com | mike.quinn@rbccm.com |
| mike.kanner@shenkmancapital.com | mike.ramsay@ppm-uk.com |
| mike.kennedy@ppmamerica.com | mike.rawson@allegiantgroup.com |
| mike.kisber@ftnfinancial.com | mike.rawson@barclaysglobal.com |
| mike.klepikow@fhlb.com | mike.rees@sg.standardchartered.com |
| mike.kleyn@barclaysglobal.com | mike.riccardi@tudor.com |
| mike.konrad@4086.com | mike.ricciuti@corporate.ge.com |
| mike.kopfler@fmr.com | mike.rierson@barclaysglobal.com |
| mike.laskowski@ppmamerica.com | mike.robinson@citigroup.com |
| mike.lee@barclaysglobal.com | mike.rosenthal@nuveen.com |
| mike.leonardo@mortgagefamily.com | mike.rosenthal@shenkmancapital.com |
| mike.leong@bmo.com | mike.ryan@ubs.com |
| mike.leskinen@inginvestment.com | mike.sammons@gs.com |
| mike.li@sscims.com | mike.samples@cpa.state.tx.us |
| mike.lillard@prudential.com | mike.savage@sunlife.com |
| mike.lindley@citizensbank.com | mike.scanlon@ftnfinancial.com |
| mike.lu@janus.com | mike.schlarman@wellsfargo.com |
| mike.m.treanor@si.shell.com | mike.schlotman@kroger.com |
| mike.marchese@fmr.com | mike.schmidt@commerzbank.com |
| mike.martin@oldkent.com | mike.scudder@firstmidwest.com |
| mike.matthews@columbiamanagement.com | mike.sebesta@stableriver.com |
| mike.matthews@conocophillips.com | mike.servent@omam.co.uk |
| mike.matusewicz@inginvestment.com | mike.shearer@barclaysglobal.com |
| mike.mcdougall@wellscap.com | mike.sheyker@nuveen.com |
| mike.mcdougall@wellsfargo.com | mike.sibthorpe@britinsurance.com |
| mike.mckieghan@dreyfus.com | mike.smith.hgwm@statefarm.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mike.smith@metrokc.gov | mike_arnold@invesco.com |
| mike.smith@raymondjames.com | mike_brown@ml.com |
| mike.smith2@lloydstsb.co.uk | mike_caffi@ssga.com |
| mike.snyder@mackayshields.com | mike_claybar@calpers.ca.gov |
| mike.soccio@uboc.com | mike_connor@newton.co.uk |
| mike.solecki@ge.com | mike_conway@keybank.com |
| mike.spalding@associatedbank.com | mike_davey@msdw.com |
| mike.srba@bloomberg.net | mike_dawson@freddiemac.com |
| mike.srba@rbccm.com | mike_donatelli@sfmny.com |
| mike.stone@eu.nabgroup.com | mike_east@westlb.co.uk |
| mike.strong@fmr.com | mike_fang@troweprice.com |
| mike.sullivan@harrisbank.com | mike_fortier@scotiacapital.com |
| mike.summerfield@pimco.com | mike_fujii@ml.com |
| mike.takata@soros.com | mike_gibbons@conning.com |
| mike.tattersall@db.com | mike_gray@invesco.com |
| mike.thompson@sixcontinents.com | mike_hall@britamtob.com |
| mike.trovato@pimco.com | mike_hammer@swissre.com |
| mike.vandenberg@bankofamerica.com | mike_johnson@calpers.ca.gov |
| mike.vandermeer@meespierson.com | mike_labrinos@sunlife.com |
| mike.veil@lodh.com | mike_lenz@amrcorp.com |
| mike.vogelzang@bostonadvisors.com | mike_martel@ssga.com |
| mike.volberding@wellscap.com | mike_mcclinchie@bankone.com |
| mike.webb@fidelity.com | mike_mccoy@centralbank.net |
| mike.weinberg@americas.bnppari | mike_mcdonagh@ldn.invesco.com |
| mike.welch@ubs.com | mike_mcevilly@ml.com |
| mike.wellner@gmacrfc.com | mike_mills@putnam.com |
| mike.wienfield@gartmore.com | mike_minnich@swissre.com |
| mike.willans@canadalife.co.jp | mike_obley@agc.com |
| mike.willett@westam.com | mike_o'brien@newton.co.uk |
| mike.williams@bglobal.com | mike_orzechowski@firstar.com |
| mike.wojtowicz@barcap.com | mike_pucci@ustrust.com |
| mike.yetter@sscims.com | mike_reed@conning.com |
| mike.young@columbiamanagement.com | mike_rogers@ustrust.com |
| mike.zabawa@kiewit.com | mike_rowan@gmacm.com |
| mike.zaroogian.nrhg@statefarm.com | mike_sewell@troweprice.com |
| mike.zbinden@juliusbaer.com | mike_shea@ustrust.com |
| mike.zechmeister@genmills.com | mike_sheridan@reservefunds.com |
| mike@apothcap.com | mike_sorensen@countrywide.com |
| mike@bluefintrading.com | mike_valencia@notes.ntrs.com |
| mike@dmtc.com | mike_wang@freddiemac.com |
| mike@incomeresearch.com | mikeandreessen@tagfolio.com |
| mike@lansingcapital.com | mikebuchholz@northwesternmutual.com |
| mike_abata@putnam.com | mikeburns@bloomberg.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mikec@scm-lp.com | mikko@sammallahti.evli.fi |
| mikecallahan@ssrm.com | mikla@danskecapital.com |
| mikedarcy@angloirishbank.ie | miklos.endreffy@bis.org |
| mikeellis@hbosplc.com | miklos.nagy@erstebank.at |
| mikef@scm-lp.com | mikm@capgroup.com |
| mikef@tmgchicago.com | mi-komada@meijiyasuda.co.jp |
| mikefo@mcm.com | mikuni@nam.co.jp |
| mikeh@danainvestment.com | mikyung.kim@blackrock.com |
| mikeh@woodstockcorp.com | milagros.battle@chq.alstom.com |
| mikejohnson@northwesternmutual.com | milaine@bloomberg.net |
| mikekao@canyonpartners.com | milan.fajkus@rb.cz |
| mikekelly@hsbc.com | milan.stupar@axa-im.com |
| mikelsen@gmail.com | milbradt@princeton.edu |
| mike-lupin@bloomberg.net | mildred.lorenti@corporate.ge.com |
| mikemclare@aol.com | mildred.patubo@schwab.com |
| mike-mg.clarke@db.com | mildred_banks@fanniemae.com |
| mikemitch@northwesternmutual.com | mildred_killian@ustrust.com |
| miken@ftadvisors.com | mildred_walker@fanniemae.com |
| mikeo@rentec.com | mildruby@bok.or.kr |
| mikeprendi@bloomberg.net | milen.mateev@abbey.com |
| mikerin@deshaw.com | milena.biasini@bnlmail.com |
| mikes@vegapartners.com | milenko.vujanovic@idsffm.com |
| mikesell.anne@principal.com | milerisoy@aegonusa.com |
| miketcnj@bloomberg.net | miles.alexander@ge.com |
| mikewienckowski@synovus.com | miles.geldard@flemings.com |
| mike-wityak@greenwich.com | miles.price@nb.com |
| mikez@mcm.com | miles.shackley@lazard.com |
| mikhael.farouz@mailpoalim.co.il | miles.tym@morleyfm.com |
| mikhail.samonov@aig.com | miles.wixon@opcap.com |
| mikhail.serebrine@dekabank.de | milheij@cobank.com |
| mikhug@safeco.com | milica.marinkovic@glgpartners.com |
| miki.a.yamaguchi@mizuho-cb.co.jp | milin.rao@nb.com |
| miki.endo@japan.bnpparibas.com | milip@kookminbank.com |
| miki.nagao@westernasset.com | milka.anderson@morganstanley.com |
| miki_sugimoto@newton.co.uk | milla.krasnopolsky@gm.com |
| mikihiko.toyoizumi@mizuho-bk.co.jp | miller.chad@principal.com |
| mikiko.abe@swip.com | miller.eg@tbcam.com |
| mikinao_matsushita@tr.mufg.jp | miller.pr@mellonequity.com |
| mikio.itabashi@mhcb.co.uk | miller.shayne@principal.com |
| mikio_sugisaki@am.mufg.jp | miller@bessemer.com |
| mikio_sugisaki@tr.mufg.jp | millera@mondrian.com |
| mikko.ala-ilomaki@aberdeen-asset.com | millerk@fhlbsf.com |
| mikko.komi@keva.fi | millerm@apple.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| millerm@kayne.com | minami@nam.co.jp |
| millers@vankampen.com | minder.cheng@barclaysglobal.com |
| millicent.lai@schroders.com | mindis@mcm.com |
| milligan_jim@jpmorgan.com | mindy.samitt@ge.com |
| milliganj@rba.gov.au | mindy.z.shea@bnzif.co.uk |
| millimet@pimco.com | mindy_hodges@ustrust.com |
| mills.b@tbcam.com | mindy_iannacone@vanguard.com |
| mills.riddick@ceredexvalue.com | mine.demirdogen@highbridge.com |
| mills.s2@tbcam.com | mineo_banno@mitsubishi-trust.co.jp |
| milo.bajic@swarovski.com | minerva.hernandez@csam.com |
| milos.brajovic@glencore.com | minerva.ml@tbcam.com |
| milos.komnenov@cominvest-am.com | minervastevens@fhlbny.com |
| milos_vujanic@swissre.com | minet.mucka@tcw.com |
| milton.grannatt@novartis.com | minfanger@mizuho.ch |
| milton_pepin@putnam.com | ming.chow@barclaysglobal.com |
| miltonh@bloomberg.net | ming.feng@lbbw-am.de |
| miluccio@simgest.it | ming.kemp@framlington.co.uk |
| milvio@finmeccanica.it | ming.lin@rbsgc.com |
| mima01@handelsbanken.se | ming.wo@anz.com |
| m-imai@nochubank.or.jp | ming.zhong@lazard.com |
| mimaier@bloomberg.net | ming@rentec.com |
| mimasters@bankofny.com | ming@sgsfunds.com |
| mimbriano@metlife.com | ming_hui@putnam.com |
| mimeyer@ftci.com | minghsu@bloomberg.net |
| mimhoff@stifel.com | mingjia.ding@janus.com |
| mimi.ferrini@investecmail.com | minglu@wharton.upenn.edu |
| mimi.thai@db.com | mingmin.zhang@wamu.net |
| mimi_s_eng@nylim.com | mingmin@temasek.com.sg |
| mimil@microsoft.com | mingyew@mas.gov.sg |
| mi-muraoka@ja-kyosai.or.jp | minh.do@morganstanley.com |
| mimurray@aegonusa.com | minht@treasury.state.az.us |
| min.he@sunlife.com | minhton.ha@barclaysglobal.com |
| min.kim@inginvestment.com | minhua.zhang@deshaw.com |
| min.lie@jpmorganfleming.com | minierm@vankampen.com |
| min_zhang@fanniemae.com | minjang@bok.or.kr |
| mina.guiahi@rbsgc.com | minji.chang@us.schroders.com |
| mina.tomovska@statestreet.com | mink_uaamnuichai@acml.com |
| minagah@po2.jsf.co.jp | minka.nyberg@juliusbaer.com |
| minako.nomoto@db.com | minkleid@provinzial.com |
| minako@bloomberg.net | minna.rosenlund@sampo.fi |
| minako_kimura@tr.mufg.jp | minnaimo@litchfieldcapital.com |
| minako-shibata@am.mufg.jp | minneapolis_reception@acml.com |
| minal.patel@juliusbaer.com | mino@daiwa-am.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| minoru.hasegawa@mizuhocbus.com | miriam.laranjeira@gs.com |
| minoru.kimura@db.com | miriam.ortiz@lgim.co.uk |
| minoru.watanabe@axa.co.jp | miriam.paul@hsh-nordbank.com |
| minoru-takata@am.mufg.jp | miriam.pola@bancalombarda.it |
| minoshima@nam.co.jp | miriam.rosa@morganstanley.com |
| minoura279@dl.dai-ichi-life.co.jp | miriam.uebel@cominvest-am.com |
| minsel@bloomberg.net | mirjam.fisel@lbbw.de |
| minsel@dkpartners.com | mirjam.klijnsma@ingim.com |
| mintsung_yu@freddiemac.com | mirjam.scherle@bmw.de |
| minucci_dave@jpmorgan.com | mirjam_trachsel@swissre.com |
| minyang@franklintempleton.co.uk | mirko.ballmer@credit-suisse.com |
| minyou@wooribank.com | mirko.beltrami@sella.it |
| miobrien@lordabbett.com | mirko.blumhoff@kfw.de |
| mi-ono@ja-kyosai.or.jp | mirko.borghi@arnerbank.ch |
| mipa@danskebank.dk | mirko.engels@apobank.de |
| miquel.n.alonso@aexp.com | mirko.falchi@mpsgr.it |
| miquel.noguer@andbanc.com | mirko.frapolli@claridenleu.com |
| mir.a.ali@unb.ae | mirko.mikelic@53.com |
| mira.bhogaita@credit-suisse.com | mirko.milojevic@barcap.com |
| mira.l.park@wellscap.com | mirko.santucci@swisscanto.ch |
| miraji.othman@frankfurt-trust.de | mirko.schulz@helaba-invest.de |
| miranda.agosti@arcafondi.it | mirko_panse@westlb.de |
| miranda.bradford@rainierfunds.com | mirna_zelic@ssga.com |
| miranda.li@klp.no | mirogoya@cathaylife.com.tw |
| miranda.tam@bis.org | mirose@opusinvestment.com |
| miranda.zhao@erstebank.at | miroslav.durana@credit-suisse.com |
| miranda_wy_cheng@hkma.gov.hk | miroslav.mitev@siemens.com |
| mirandss@wellsfargo.com | miroslav.visic@mizuhocbus.com |
| mirat@bloomberg.net | mirowski.adam@ntrs.com |
| mirazal@adb.org | mirtha_morin@scudder.com |
| mirco.brisighelli@unicredit.it | mirza_cavalic@vanguard.com |
| mirco.hoffmann@dzbank.de | mis28@cornell.edu |
| mirco.tieppo@credit-suisse.com | misa.tanaka@bankofengland.co.uk |
| mirei.lee@shinseibank.com | misaki.kelly@damel.co.uk |
| mireille.jansen@lbb.de | misaki.shida@damel.co.uk |
| mireille.khazaka@hvb.de | misako.yamashita@baring-asset.com |
| mireille.loizeau@bnpparibas.com | misbah.r.shah@citigroup.com |
| mireille.moulet@socgen.com | mischneider@bloomberg.net |
| mireille.rydberg@seb.se | mise03@handelsbanken.se |
| mireille.urbani@db.com | misenhee@jwseligman.com |
| miriam.bilekova@barclaysglobal.com | misha.weber@ubs.com |
| miriam.e.mccann@bankofny.com | mishalms@kia.gov.kw |
| miriam.kim@lazard.com | mishapiro@na.ko.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mishii@us.mufg.jp | mitchellelim@gic.com.sg |
| mishima_hiroshi@kk.smbc.co.jp | mitchellwilner@northwesternmutual.com |
| miska.kuhalampi@aktia.fi | mitchels@strsoh.org |
| miskinis_venantas@jpmorgan.com | miten.mehta@morganstanley.com |
| misoon.shin@de.bosch.com | mitesh.modi@morganstanley.com |
| misrahi@bessemer.com | mitesh.patel@blackrock.com |
| mistryd@bernstein.com | mitesh.patel@coutts.com |
| mistura_longe@agfg.com | mitesh.patel@fandc.com |
| misyan@merck.com | mitesh.popat@gs.com |
| mi-takano@ja-kyosai.or.jp | mithc_oringer@gmacsolutions.com |
| mital.bhayani@barclaysglobal.com | mitihisa_tanimoto@am.sumitomolife.co.jp |
| mitch.b.grabel@csam.com | mito@atlanticinvestments.net |
| mitch.cone@citadelgroup.com | mitomeo@erstebank.com |
| mitch.livstone@fmr.com | mitri.bustros@bsibank.com |
| mitch.merrin@morganstanley.com | mitsu.d@gordian.co.uk |
| mitch.nadel@bankofamerica.com | mitsuhiko.otsuki@jal.com |
| mitch.polon@disney.com | mitsuhiro.nagahama@mizuhocbus.com |
| mitch.wasterlain@orix.com | mitsuhiro_yoneda@tr.mufg.jp |
| mitch.wilson@wachovia.com | mitsui@daiwa-am.co.jp |
| mitch_bleske@ucbi.com | mitsui02828@nissay.co.jp |
| mitchell.d.mcintyre@dartmouth.edu | mitsunobu_nishida@mtam.co.jp |
| mitchell.freedman@csam.com | mitsunori_hino@tr.mufg.jp |
| mitchell.garfinkle@mailpoalim.co.il | mitsuo.fukuda@japan.bnpparibas.com |
| mitchell.graye@gwl.com | mitsuo.koizumi@mizuho-cb.co.jp |
| mitchell.humphreys@abbey.com | mitsuo_shigemura@yamaguchibank.co.jp |
| mitchell.krahe@nationalcity.com | mitsuo_yamamoto@mitsui-seimei.co.jp |
| mitchell.mcdermott@blackrock.com | mitsuyoshi.harazoe@mizuho-cb.com |
| mitchell.roberts@pnc.com | mitsuyoshi.minagawa@novartis.com |
| mitchell.rothkopf@fmr.com | mitta.men_sam@alcatel-lucent.com |
| mitchell.smith@jpmorgan.com | mittal@pimco.com |
| mitchell.spiegel@ubs.com | mitter@bloomberg.net |
| mitchell.stapely@53.com | mittermann@meinlbank.com |
| mitchell.tom.f@principal.com | mituo_masuda@am.sumitomolife.co.jp |
| mitchell.tom@principal.com | miv@capgroup.com |
| mitchell.wilner@pimco.com | miwa.ishii@prudential.com |
| mitchell.x.freedman@jpmchase.com | miwa.mittellehner@hvbeurope.com |
| mitchell_denberg@freddimac.com | miwa02@handelsbanken.se |
| mitchell_feingold@ustrust.com | miwa02834@nissay.co.jp |
| mitchell_lawrence@freddiemac.com | miwe01@handelsbanken.se |
| mitchell_post@freddiemac.com | mixh@capgroup.com |
| mitchell_revsine@ml.com | mixh@cgii.com |
| mitchell_ryan@glic.com | mixon.ja@dreyfus.com |
| mitchell_todd@troweprice.com | miyabayashi@nam.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| miyabayashi02872@nissay.co.jp | mjackson6@bloomberg.net |
| miyachi-k@itochu.co.jp | mjacoby@ibuk.bankgesellschaft.de |
| miyagaki@nam.co.jp | mjakelich@bloomberg.net |
| miyagaki_naoya@dn.smbc.co.jp | mjamieson@newstaram.com |
| miyagaki26437@nissay.co.jp | mjanik@allstate.com |
| miyagk88@daiichipharm.co.jp | mjantz@chevron.com |
| miyake18325@nissay.co.jp | mjanuszewski@williamblair.com |
| miyama176@dl.dai-ichi-life.co.jp | mjaski@fhlbatl.com |
| miyama-y@marubeni.com | mjayakum@princeton.edu |
| miyamoto_akiho@dn.smbc.co.jp | mjb6@ntrs.com |
| miyamoto_manabu@yk.smbc.co.jp | mjbeckwith@wellington.com |
| miyamotog@fhlbsf.com | mjbirmingham@wellington.com |
| miyamotok@mtbcny.com | mjcibor@peoples.com |
| miyamura.tooru@daido-life.co.jp | mjdever@statestreet.com |
| miyano_motoko@hh.smbc.co.jp | mjenner@equit.com |
| miyata@nam.co.jp | mjf@bloomberg.net |
| miyatakemcb@bloomberg.net | mjg@columbus.com |
| miyauchi.hideo@sky.sojitz.com | mjgb@bpi.pt |
| miyauchi@orix.com | mjginter1@mmm.com |
| miyauchi837@dl.dai-ichi-life.co.jp | mjgoughn@srpnet.com |
| miyawaza@nissay.co.jp | mjh1234@hanvitbank.co.kr |
| miyazawa03170@nissay.co.jp | mjheenan@aegonusa.com |
| miyoko.ogiwara@schroders.com | mjhosler@uss.com |
| miyoko_kawamura@tr.mufg.jp | mjimenez@banxico.org.mx |
| mi-yoneda@taiyo-seimei.co.jp | mjlanglois@washtrust.com |
| miyoshi@nochubank.or.jp | mjm@huffcompanies.com |
| miyosik@po.jsf.co.jp | mjm14@ntrs.com |
| miyuki_onishi@fanniemae.com | mjmaresco@wellington.com |
| miyuki-0dzs@jp.nomura.com | mjmcgonagle@wellington.com |
| mizobuchi@daiwa-am.co.jp | mjodell@metlife.com |
| mizobuchi@daiwa-ny.com | mjoe@chevron.com |
| mizoe@nam.co.jp | mjohannsen@ssrm.com |
| mizukami@dl.dai-ichi-life.co.jp | mjohn@frk.com |
| mizukas@jsf.co.jp | mjohn@westpac.com.au |
| mizuki.yanagisawa@boj.or.jp | mjohnson@lkcm.com |
| mizunami@dl.dai-ichi-life.co.jp | mjohnson@pictet.com |
| mizuno@daiwasbi.co.jp | mjohnson@wellsfargo.com |
| mizuno02505@nissay.co.jp | mjones@fcminvest.com |
| mj@baupost.com | mjones@oaktreecap.com |
| mj@pallmallpartners.com | mjones@oppenheimerfunds.com |
| mjackson@cu-isi.org | mjones2@metlife.com |
| mjackson@sunamerica.com | mjones9@ups.com |
| mjackson@westernasset.co.uk | mjonson@fhlbc.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mjordan@adb.org | mkaminsky@nb.com |
| mjorge@fftw.com | mkamohara@daiwasbi.co.jp |
| mjorgensen@farcap.com | mkandiah@templeton.com |
| mjose.martinezpardavila@telefonica.es | mkane@gwkinc.com |
| mjose.massanchez@telefonica.es | mkanner@angelogordon.com |
| mjpgreen@bloomberg.net | mkantar@gic.com.kw |
| mjr.it@adia.ae | mkaplan@duqlight.com |
| mjr@sitinvest.com | mkapnick3@bloomberg.net |
| mjr3@ntrs.com | mkarageanes@fhlbatl.com |
| mjrec@statestreet.com | mkaras@ramrealestate.com |
| mjromanowski@us.fortis.com | mkarasiewicz@metlife.com |
| mjs.eu@adia.ae | mkarnes@aboc.com |
| mjs@sitinvest.com | m-kasahara@meijiyasuda.co.jp |
| mjs@summitpartnersllc.com | mkassimir@bloomberg.net |
| mjsager@wellington.com | mkaton@bradfordmarzec.com |
| mjsalazar@frostbank.com | mkaufman@gscpartners.com |
| mjstephens@delinvest.com | mkaufman@mrcm.com |
| mjt1@ntrs.com | mkaul@mfs.com |
| mjulis@canyonpartners.com | mkawai@nochubank.or.jp |
| mjust@bayern-invest.de | mkayahanli@oyakbank.com.tr |
| mjusto@ofina.on.ca | mkbatgos@wellington.com |
| mjv@ntrs.com | mkbittar@wellington.com |
| mjw6@ntrs.com | mkduarte@statestreet.com |
| mjwalters@leggmason.com | mkeenan@jennison.com |
| mjwandimi@wellington.com | mkefer@munichre.com |
| mjweinbe@princeton.edu | mkeim@aflac.com |
| mjwhelan@statestreet.com | mkeleher@mcm.com |
| mjwilliams@mfs.com | mkellen@bogusmail.com |
| mk.kim@kb.co.kr | mkeller@mmwarburg.com |
| mk@capgroup.com | mkelley1@allstate.com |
| mk@carnegieam.dk | mkemer@bloomberg.net |
| mk@dodgeandcox.com | mkempner@ksmanagement.com |
| mk67@ntrs.com | mkence@mfs.com |
| mkaal@bloomberg.net | mkennedy@essabank.com |
| mkachelski@metlife.com | mkenny@smurfitgroup.ie |
| mkaczmarek@sterling-capital.com | mkeogh@eatonvance.com |
| mkaczuwka@massmutual.com | mkeough@loomissayles.com |
| mkagawa@payden-rygel.com | mkessler@bankofny.com |
| mkahn@ohionatl.com | mkessler@eatonvance.com |
| mkahne@clinton.com | mkeyes@tiaa-cref.org |
| mkalifa@us.ca-indosuez.com | mkgim@washtrust.com |
| mkalman@fftw.com | mkgoeller@homeside.com |
| mkamen@nb.com | mkguzman@guzman.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mkh@veb.ru
mkhan@ncmcapital.com
mkhatri@hbk.com
mkiani@bradfordmarzec.com
mkibbe@dlbabson.com
mkidane@pictet.com
mkiely@eatonvance.com
mkieswetter@union-investment.de
mkill@ftci.com
mkim@dlbabson.com
mkim@mfs.com
mkim@rentec.com
mkimmig@ifc.org
mkinahan@eatonvance.com
mking@lkcm.com
mkinosian@delinvest.com
mkirkwood@bloomberg.net
mkiselak@evergreeninvestments.com
m-kita@nochubank.or.jp
mkitchen@cavanalhill.com
mkkelly@gapac.com
mkl.em@adia.ae
mklaus@metzler.com
mklawitter@loomissayles.com
mklee@wooribank.com
mkline@logancapital.com
mkmartino@aol.com
mko.eu@adia.ae
mko@nbim.no
mko@tigerglobal.com
m-kobayashi@nihonjishin.co.jp
mkobayashi@wellington.com
mkobs@allstate.com
mkoch@worldbank.org
mkofo@unibank.dk
mkogler@us.ca-indosuez.com
mkoide@wellington.com
mkok@nabny.com
mkomer@nb.com
mkonheiser@vcallc.com
mkonishi1@bloomberg.net
mkoons@troweprice.com
mkorsch@metzler.com

mkoskuba@victoryconnect.com
mkoster@alliance-mortgage.com
mkotecha@blackrock.com
mkotecha2@blackrock.com
mkotlarz@oppenheimerfunds.com
mkotov@tiaa-cref.org
mkotta@romabank.com
mkotzan@fhlbatl.com
mkp23@cornell.edu
mkpark@kdb.co.kr
mkpiccuiro@wellington.com
mkpiccuirro@wellington.com
mkraeger@blackrock.com
mkraeger@bloomberg.net
mkrahwinkel@union-investment.de
mkravitz@the-ark.com
mkreer@bloomberg.net
mkreft@meag.com
mkreie@meag.com
mkremer@frk.com
mkrishnan@samipfd.com
mkroeger@metlife.com
mkruemmel@bloomberg.net
mkrummel@mfs.com
mkrummell@mfs.com
mkrump@smithbreeden.com
mkrushena@munder.com
mkruyswyk@deerfieldcapital.com
mkrzyzanska@bloomberg.net
mks4@ntrs.com
mksanders@newstaram.com
mkschlicher@delinvest.com
mkuang@metlife.com
mkubota@mail.asiandevbank.org
mkuijpers@meespierson.com
m-kurata@nochubank.or.jp
mkurland@bear.com
m-kusano@ioi-sonpo.co.jp
mkushino@concordiafunds.com
mkushnir@us.nomura.com
mkutzin@angelogordon.com
mkwek2@bloomberg.net
ml35@ntrs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ml82@ntrs.com | mldoyle@aegonusa.com |
| mlaa@kempen.nl | mleahy@congressasset.com |
| mlabisi@caxton.com | mleavitt@androscogginbank.com |
| mlaboy@bankofny.com | mlebovitz@munder.com |
| mlacana@fftw.com | mlech@pacifictrust.net |
| mlacey@mtildn.co.uk | mlee@tiaa-cref.org |
| mlachapelle@loomissayles.com | mlee@voyageur.net |
| mlacroix@lgfrance.com | mlee@whippoorwhillassociates.com |
| mlaflamme@caxton.com | mlee11@bloomberg.net |
| mlagan@congressasset.com | mlee2@tiaa-cref.org |
| mlagier@bper.ch | mleeman@bankofny.com |
| mlago@bcv.org.ve | mleeming@bailliegifford.com |
| mlakhamraju@tigerglobal.com | mleffers@hbk.com |
| mlam@frk.com | mleininger@bloomberg.net |
| mlaman@loews.com | mleiper@provident.com |
| mlancaster@bankofny.com | mleithead@lordabbett.com |
| mlandry@faralloncapital.com | mleja@hymanbeck.com |
| mlangmead@cazenove.com | mlele@perrycap.com |
| mlannigan@opusinvestment.com | mlembo@tiaa-cref.org |
| mlansink@aegon.nl | mlemme@hcmlp.com |
| mlantz@bloomberg.net | mleonberger@aegonusa.com |
| mlapides@jhancock.com | mleong@divinv.net |
| mlappas@wasatchadvisors.com | mleonori@bloomberg.net |
| mlarlee@snwsc.com | mlepori@bancasempione.ch |
| mlarochelle@loomissayles.com | mlerner@ftci.com |
| mlarsson@aragon.se | mlescher@hsbcame.com |
| mlarsson8@bloomberg.net | mlesesne@lordabbett.com |
| mlatona@meag-ny.com | mleslie@bankleumi.co.uk |
| mlaure.coupeau@francetelecom.fr | mleslie@williamblair.com |
| mlaw@dlbabson.com | mlevin@davenportllc.com |
| mlaw@tiaa-cref.org | mlevine@bloomberg.net |
| mlawrence@chicagoequity.com | mlevine@dkpartners.com |
| mlawrence@ncmcapital.com | mlevine@oppenheimerfunds.com |
| mlawrence@wilmingtontrust.com | mlevitzky@wellington.com |
| mlawson@svmonline.co.uk | mlevy32@bloomberg.net |
| mlazaro@nb.com | mlewin@angelogordon.com |
| mlbercume@statestreet.com | mlewis@stephens.com |
| mlc@dodgeandcox.com | mlewis@wga.com |
| mlchanbtc@bochk.com | mley@pacificlife.com |
| mlcillan@wellington.com | mleyland@canyonpartners.com |
| mlclending@bloomberg.net | mlf3@ntrs.com |
| mldad1@bloomberg.net | mlfr@capgroup.com |
| mldamsma@amoco.com | mlgsfa@bbh.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mlhanifan@ibtco.com | mlopez@finamex.com.mx |
| mlhong@wellington.com | mlopez@hcmny.com |
| mlibera@pjc.com | mlopezso@bankinter.es |
| mlieberman@westernasset.com | mloreto@iccrea.bcc.it |
| mliebowitz@tiaa-cref.org | mlorizio@mfcglobalus.com |
| mlima@finibanco.pt | mloura@wisi.com |
| mlin8@bloomberg.net | mlozano@fhlbatl.com |
| mlind@danskebank.dk | mlozano@turnerinvestments.com |
| mlindberg@millburncorp.com | mlozovik@oppenheimerfunds.com |
| mlindberg3@bloomberg.net | mlparis@russell.com |
| mlindbloom@westernasset.com | mlr@turnerinvestments.com |
| mlindenberger@perrycap.com | mlrodriguezt@bancopastor.es |
| mlindsay@ftci.com | mlross@stanford.edu |
| mlindstrom@lordabbett.com | mluan@frk.com |
| mlink@dubuquebank.com | mluchsinger@barrowhanley.com |
| mlinn@faralloncapital.com | mluciano@ther.com |
| mlinsteven@yahoo.com.tw | mlukesch@hbk.com |
| mlinstro@spt.com | mluley@metzler.com |
| mlitchfield@incomeresearch.com | mluongo@blackrock.com |
| mliu@fftw.com | mlupin@bear.com |
| mliu@loomissayles.com | mlupin3@bloomberg.net |
| mlivingston@tagfolio.com | mlupini@iccrea.bcc.it |
| mlk5@ntrs.com | mlupo@ipohome.com |
| mllerena@nb.com | mluque@grupobbva.com |
| mlloyd@nb.com | mlustig@blackrock.com |
| mllucero@statestreet.com | mluth@hbk.com |
| mlneft@wellington.com | mlutz@allstate.com |
| mlobo@public.ibercaja.es | mlutz@tudor.com |
| mlobue@wellington.com | mlynch@njmgroup.com |
| mlocke@eatonvance.com | mlynch@qgcapital.com |
| mlockey@bgcfx.com | mlynch@standishmellon.com |
| mlodh@aegonusa.com | mlyster@wilmingtontrust.com |
| mloeffle@compuserve.com | mm.jardin@caam.com |
| mlohr@gci1.gannett.com | mm@meisenbachcapital.com |
| mloigman@angelogordon.com | mm@mm.com |
| mlomasney@ssrm.com | mm209@ntrs.com |
| mlong@amerisure.com | mm355@cornell.edu |
| mlong@congressasset.com | mmaat@invest.treas.state.mi.us |
| mlongeard@ofi-am.fr | mmabbutt@thamesriver.co.uk |
| mlongo@investcorp.com | mmaccoll@bailliegifford.co.uk |
| mloo@penncapital.com | mmaccoll@essexinvest.com |
| mlooker@westernasset.co.uk | mmacdonald@perrycap.com |
| mlopes@allstate.com | mmacelhi@blackrock.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mmach@eatonvance.com
mmacho@invercaixa.es
mmack@us.mufg.jp
mmacleod@dbzco.com
mmadden@oppenheimerfunds.com
mmadsen@wasatchadvisors.com
mmaetzler@bancasempione.ch
mmaffattone@caxton.com
mmafrica@ffna.com
mmagerman@blackrock.com
mmagnuson@loews.com
mmahdasian@wellington.com
mmahmud@jennsion.com
mmahoney@luminentcapital.com
mmahoney@thehartford.com
mmaikoksoong@hawkglobal-us.com
mmaillet@groupe-casino.fr
mmajure@divinv.net
mmalbari@angelogordon.com
mmaldona@ubs.com
mmaloney@jhancock.com
mmandel@harborviewgrowth.com
mmanem@ifc.org
mmang@rzb.at
mmangano@northernhancockbank.com
mmanhart@ocwen.com
mmanning@loomissayles.com
mmanning@ofina.on.ca
mmanning@seic.com
mmanrique@adb.org
mmansaray@delinvest.com
mmantelli@bancafideuram.it
mmantschev@halcyonllc.com
mmantyla@pjc.com
mmanzo@hcmlp.com
mmanzolillo@angelogordon.com
mmarchand@stephens.com
mmarcoc@franklintempleton.ca
mmarcosa@repsolypf.com
mmarinkovic@glgpartners.com
mmarinov@union-investment.de
mmarkow@ubs.com
mmarlette@sterling-capital.com

mmarley@bbandt.com
mmaroongroge@hbk.com
mmarra@blackrock.com
mmarron@us.mufg.jp
mmarsall@ubs.com
mmart@nysif.com
mmartin@statestreet.com
mmartinezelecea@dow.com
mmartinson@hcmlp.com
mmarzec@mail.pnm.com
mmaselli@tiaa-cref.org
mmasters@metlife.com
mmastrogiovanni@delinvest.com
mmater@ftci.com
mmathers@mcleanbudden.com
mmatike@otfs.state.ga.us
m-matsushita@tmam.co.jp
mmattke@divinv.net
mmauboussin@lmfunds.com
mmaurer@cavanalhill.com
mmaurer@thehbb.com
mmavraki@tiaa-cref.org
mmazzell@jefco.com
mmb3@ntrs.com
mmbal@bloomberg.net
mmcallister@us.tr.mufg.jp
mmcauley@fmr.com
mmcbrierty@lordabbett.com
mmccabe@bankofny.com
mmccall@paladininvestments.com
mmccamley@boh.com
mmccarthy@frk.com
mmccarthy@lordabbett.com
mmccarthy@wm.mortgage.com
mmccusker@mfs.com
mmcdade@loomissayles.com
mmcdermott@agfirst.com
mmcdevitt@jhancock.com
mmcdonnell@metlife.com
mmcdonough@mfs.com
mmcfall@jhancock.com
mmcginnity@bloomberg.net
mmcgirr@loews.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mmcglinn@mcglinncap.com
mmcglone@merctrust.com
mmcgonigle@troweprice.com
mmcgrane@bankofny.com
mmcgrane@williamblair.com
mmcguire@arielcapital.com
mmcguire@mfs.com
mmchiu@bochk.com
mmchugh@nabny.com
mmchwaleba@delinvest.com
mmckenna@caxton.com
mmckenna@the-ark.com
mmckenzie@merctrust.com
mmckenzie@westernasset.com
mmckinnon@lmcm.com
mmckinnon@snwsc.com
mmckissick@denveria.com
mmclaughlin@pictet.com
mmclean@eatonvance.com
mmcleod@citco.com
mmcloughlin@firsteaglesogen.com
mmcmahon@whummer.com
mmcmanus@deerfieldcapital.com
mmcmaster@mcleanbudden.com
mmcmorrow@bankofny.com
mmcnamara@angelogordon.com
mmcneill@gpnus.mizuho-cb.com
mmcnerney@standishmellon.com
mmcosta@wellington.com
mmcvey@fultonfinancialadvisors.com
mmedeiros@amica.com
mmedina@fftw.com
mmeeting@lazard.com
mmegret@bloomberg.net
mmehl@wfgweb.com
mmejia@blx.com
mmekolites@bankofny.com
mmelcona@bancopastor.es
mmellis@bartlett1898.com
mmelliti@groupe-ccr.com
mmelnyk@alger.com
mmelson@bloomberg.net
mmemler@frontier-partners.com

mmendelhan@ofii.com
mmendo@canyonpartners.com
mmenensa@notes.banesto.es
mmenoud@banquepiguet.com
mmerran@oddo.fr
mmerrill@umwafunds.org
mmersch@tmgchicago.com
mmertz@nabny.com
mmessinger@fhlbc.com
mmessinger@nb.com
mmessme@frk.com
mmeswani@rwjf.org
mmetcalfe@statestreet.com
mmetzger@farcap.com
mmeyer@lib.com
mmeyer20@bloomberg.net
mmeyers@ofivalmo.fr
mmgallagher@aegonusa.com
mmgeorge@wellington.com
mmi@metlife.com
mmiah@bloomberg.net
mmichael@tiaa-cref.org
mmicik@frk.com
mmiglierina@erg.it
mmikulik.security@rbb.at
mmiller@caxton.com
mmiller@firstmanhattan.com
mmiller@htlf.com
mmindich@rentec.com
mmink@rmf.ch
mminogue@dlj.com
mminogue4@bloomberg.net
mminovi@bloomberg.net
mminuit@groupama-am.fr
mmioki@troweprice.com
mmiranda6@bloomberg.net
mmischel@schny.com
mmitchell@bloomberg.net
mmitsui@federatedinv.com
mml46@cornell.edu
mmm.em@adia.ae
mmm.pr@adia.ae
mmo@lrc.ch

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mmoberg@frk.com | mmt@dodgeandcox.com |
| mmobius@templeton.com | mmtan@stanford.edu |
| mmodi@wasatchadvisors.com | mmu@danskebank.dk |
| mmoeller@mmwarburg.com | mmueller@munichre.com |
| mmogavero@atlanticasset.com | mmueller@pnc.com |
| mmoinoin@banque-vernes.fr | mmulder@spfbeheer.nl |
| mmolho@capis.com | mmulka@statestreet.com |
| mmolina@metlife.com | mmullaney@standishmellon.com |
| mmonforte@invercaixa.es | mmulleners@spfbeheer.nl |
| mmonile@mandtbank.com | mmuller@loews.com |
| mmonnelly@axia-advisors.com | mmullers@sk.koeln.de |
| mmonson@aegonusa.com | mmulrooney@kbw.com |
| mmontgomery@sterling-capital.com | mmunim@lehman.com |
| mmontoya@meag-ny.com | mmurchison@templeton.com |
| mmooers@sib.wa.gov | mmurdocca@jhancock.com |
| mmoore@fhlbc.com | mmurphy@fandc.co.uk |
| mmoore15@bloomberg.net | mmurphy@loomissayles.com |
| mmoore45@bloomberg.net | mmurphy@templeton.com |
| mmoran@eatonvance.com | mmurphy1014@yahoo.com |
| mmoran@jhancock.com | mmurphy6@metlife.com |
| mmoran1@allstate.com | mmurray@ftportfolios.com |
| mmorandi1@bloomberg.net | mmurray@jhancock.com |
| mmorantz@templeton.com | mmurray@standishmellon.com |
| mmore@copera.org | mmurrayc@ceca.es |
| mmorell@aegonusa.com | mmurrone@bloomberg.net |
| mmorgan@fdic.gov | mmusso@bloomberg.net |
| mmorganstern@tmgchicago.com | mmwalsh@wellington.com |
| m-morishima@nihonjishin.co.jp | mmyers@mlbk.com |
| mmorita@pictet.com | mmyers@pacholder.com |
| mmorris@calstrs.com | mn@citicib.com.cn |
| mmorris@chicagoequity.com | mnaaktgeboren@aegon.nl |
| mmorris@delinvest.com | mnadal@montag.com |
| mmorrison@copera.org | mnagamori@sompo-japan.co.jp |
| mmorriss@us.nomura.com | m-nagano@nochubank.or.jp |
| mmorro@microsoft.com | mnagle@templeton.com |
| mmosher@tiaa-cref.org | mnahari@bloomberg.net |
| mmoshkov@farcap.com | mnakai@mtildn.co.uk |
| mmot@danskebank.dk | mnakano5@sompo-japan.co.jp |
| mmottino@spasset.lu | m-nakayama@nochubank.or.jp |
| mmouliaa@grupobbva.com | mnangan@lionsgatecap.com |
| mmoulin@bloomberg.net | mnapoli@bear.com |
| mmoyer@copera.org | mnapp@bloomberg.net |
| mms286@cornell.edu | mnappi@eatonvance.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mnatcharian@babsoncapital.com

mnavarro@dcf.pemex.com

mnavin@jhancock.com

mnawa@nochubank.or.jp

mndje@franklintempleton.co.uk

mnearon@worldbank.org

mneggers@meag-ny.com

mnelson@angelogordon.com

mnemeth@omega-advisors.com

mnervi@bear.com

mneska@voyageur.net

mneus@perrycap.com

mnewcomb@utimco.org

mneyland@bloomberg.net

mng@idbny.com

mngallagher@jhancock.com

mngn@chevrontexaco.com

mnguyen@uaf-fr.com

mni@dodgeandcox.com

mni@nationalbanken.dk

mnickson@mfs.com

mniemann@lmfunds.com

mnieves@nevrodie.com

mnilsson@ifc.org

mnisimov@caxton.com

mnoguchi@us.mufg.jp

mnoorani@thamesriver.co.uk

mnorman3@bloomberg.net

mnorris@waddell.com

mnovo@bloomberg.net

mns@mn-services.nl

mns22@cornell.edu

mnviviano@wellington.com

mnz@mn-services.nl

mo.krausman@raymondjames.com

moal01@handelsbanken.se

moaoki@bloomberg.net

moatj@bloomberg.net

moav@nykredit.dk

mob.tr@adia.ae

mobin.chowdhury@gibbah.com

moch@danskecapital.com

mochinaga@daiwasbi.co.jp

mochizuki@daiwasbi.co.jp

mockard@bloomberg.net

model@ncmi.com

modisao@bob.bw

modonnell@ag-am.com

moehmke@princeton.edu

moeller@mcsecurities.com

moersso@kdb.co.kr

moetaz.soliman@bsi.it

moez.jamal@credit-suisse.ch

mog.chu-yang-heu@credit-suisse.com

mogens.kok@nordea.com

mohab.mufti@saudibank.com

mohamad_omran@putnam.com

mohamed.alam@tudor.com

mohamed.ali@gibbah.com

mohamed.basma@inginvestment.com

mohamed.chaoui@ucb-group.com

mohamed.chellou@labanquepostale-am.fr

mohamed.darrazi@axa-im.com

mohamed.dohni@caam.com

mohamed.el-morsalani@lbbw.de

mohamed.i.siddeeq@hsbcgroup.com

mohamed.maalej@axa-im.com

mohamed.nasrudin@jpmorgan.com

mohamed.sellami@axa-im.com

mohamed.siddeeq@insightinvestment.com

mohamed.wafik@nbad.ae

mohamed_walji@scotiacapital.com

mohamed-mohram@putnam.com

mohammad.montu@postbank.de

mohammad.shah@aig.com

mohammad@ellington.com

mohammed.ahmed@aamcompany.com

mohammed.alam@fortiscapitalusa.com

mohammed.al-amro@samba.com

mohammed.ali@fmr.com

mohammed.dawani@gibbah.com

mohammed.zaidi@swip.com

mohammed_alhaffar@conseco.com

mohammed_uddin@notes.ntrs.com

mohammedaltuwaijri@sabb.com

mohan.balachandran@trs.state.tx.us

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mohan.chellaswami@wellsfargo.com
mohan.menon@aareal-bank.com
mohan.subbiah@barclaysglobal.com
mohdqabandi@nbk.com
mohdr@bloomberg.net
mohdtariq@bloomberg.net
mohindra.wadhwa@rlam.co.uk
mohit.marria@aig.com
mohit.pandya@db.com
mohit_chandarana@fanniemae.com
mohit_sudhakar@freddiemac.com
mohlman_k@yahoo.com
mohp@danskecapital.com
mohsen.fahmi@moorecap.com
mohsin.qassim@arabbanking.com
m-ohtaka@nissay.co.jp
mohuiqin@gtjas.com
moid.hanif@pimco.com
mo-ikeda@taiyo-seimei.co.jp
moinoor.choudhury@db.com
moira.duncan@ge.com
moira.fitzgerald@gartmore.com
moises.silva@barclaysglobal.com
mojgan.jian@do.treas.gov
mojica.be@dreyfus.com
mokada@hcmlp.com
m-okamoto@meijiyasuda.co.jp
mokhzani.abubakar@bia.com.bn
mokkoh-n@marubeni.com
moksha.maya@gene.com
molby.j.w.lim@hsbcpb.com
molby.lim@bnpparibas.com
molding@ufji.com
moledih@nationwide.com
molesth@jwseligman.com
molinahz@bernstein.com
molinaro@princeton.edu
mollbea@vankampen.com
molly.carl@ubs-oconnor.com
molly.carleton@lehman.com
molly.mclaughlin@pioneerinvest.com
molly.rang@wamu.net
molly.schwartz@westernasset.com

molly_lee@cinfin.com
molly_r_boesel@fanniemae.com
molnarl@otpbank.hu
moloffn@bernstein.com
moloughlin@bankofny.com
molsen@pimco.com
molt_stephan@jpmorgan.com
moltenma@cmcic.fr
mom.chen@hncb.com.tw
mom@cappgroup.com
mom@ubp.ch
momer@bloomberg.net
momose-y@jsf.co.jp
mona.eraiba@tcw.com
mona.h.girotra@jpmorganfleming.com
mona.marquardt@morganstanley.com
mona.yee@sunlife.com
mona_patni@nylim.com
mona_roberts@bancone.com
monachung@daiwa-am.com.hk
mondati@hf-ccfbank.ch
monden-2n6k@jp.nomura.com
mondher.bettaieb-loriot@swisscanto.ch
mong@us.ca-indosuez.com
moni.shergill@gartmore.com
monica.aguilar@allianz.de
monica.balk@europe.hypovereinsbank.com
monica.basso@pioneerinvest.it
monica.berbif@chase.com
monica.bonar@bmo.com
monica.carta@morganstanley.com
monica.defend@pioneerinvest.it
monica.devries@lloydstsb.co.uk
monica.erickson@tcw.com
monica.espenes@nbim.no
monica.ferri@ubs.com
monica.g.maguire@bankofamerica.com
monica.g.maguire@columbiamanagement.com
monica.jaehnig@swib.state.wi.us
monica.kelly@citigroup.com
monica.knauer@mannesmann.de
monica.langa@aberdeen-asset.com
monica.larson@trs.state.tx.us

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| monica.mastroberardino@credit-suisse.com | monika_kollerurben@swissre.com |
| monica.murray@usbank.com | monika-za.isler@ubs.com |
| monica.porcari@banca.mps.it | monique.delhaye@petercam.be |
| monica.roberson@ibtco.com | monique.heukels@ingim.com |
| monica.senior@ris.com | monique.peiron@labanquepostale-am.fr |
| monica.tschannen-hug@aigpb.com | monique.rhue@harrisbank.com |
| monica.ulrich@ubsw.com | monique.rooij-van@dsm.com |
| monica.wimmer@hypovereinsbank.com | monique.srivastava@bmo.com |
| monica.wong@prudential.com | monique.tin@banquedorsay.fr |
| monica@epsilonfunds.com | monique.veillerobe@calyon.com |
| monica@ggfg.com | monique.yu@fortisbank.com.hk |
| monica_j_fulop@fanniemae.com | monir.ahmad@barclaysglobal.com |
| monica_lanier@ml.com | monitoring@bok.or.kr |
| monica_nagami@capgroup.com | monitu_nakaminami@mitsubishi-trust.co.jp |
| monica_satija@freddiemac.com | monk1@bloomberg.net |
| monica_white@mgic.com | monks@bloomberg.net |
| monika.bieri@ubs.com | monroe@epsilonfunds.com |
| monika.cronenberg@vkb.de | monroewu@mail.pscnet.com.tw |
| monika.dahlmeyer@dsl-bank.de | montalto@bloomberg.net |
| monika.degan@aiminvestments.com | montanuk@jwseligman.com |
| monika.frauenschuh@vontobel.at | monte.shapiro@moorecap.com |
| monika.friedl@union-investment.de | monte_h_shapiro@fanniemae.com |
| monika.garcia@barclaysglobal.com | montezin@swisscap.com |
| monika.garg@columbiamanagement.com | monti_mace@conseco.com |
| monika.giese@novartis.com | montione@tiaa-cref.org |
| monika.gmuer@ubs.com | montsdj@nationwide.com |
| monika.graczyk@shell.com | montse.ramon@interdin.com |
| monika.hoffmann@t-mobile.de | montserrat.gomez@credit-suisse.com |
| monika.lindeman@barclaysglobal.com | monty.agarwal@avmltd.com |
| monika.lynch@csresearch.us | monty.kori@fmr.com |
| monika.machon@aig.com | monty.mackenzie@boigm.com |
| monika.nalewajko@alliancebernstein.com | monty_gandhi@cbcm.com |
| monika.panger@db.com | moo@jyskebank.dk |
| monika.patel@anheuser-busch.com | moo@ubp.ch |
| monika.rieks@essenhyp.com | moody.aboutaleb@shell.com |
| monika.roeske@dws.de | moody.karout@saudibank.com |
| monika.schandor-steinberger@omv.com | moonilsoo@kbstar.co.kr |
| monika.schnatterer@dit.de | moonstar@bloomberg.net |
| monika.shrestha@lazard.com | moonsun7.choi@samsung.com |
| monika.sieniawska@nordlb.com | moore.lin@email.chinatrust.com.tw |
| monika.thaler@gs.com | moore@federal.com |
| monika.tschudi@credit-suisse.com | moorec5@mail.auburn.edu |
| monika.wollensak@blb.de | moosookim@wooribank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mora.golding@feri.de

morag.cowan@glgpartners.com

moraissantosfernandouser@company.com

moran02@netvision.net.il

morant@gunet.georgetown.edu

morava@bloomberg.net

morchard@thamesriver.co.uk

moreilly@chubb.com

moreno.bolamperti@am.generali.com

moresi@privata.ch

morgan.collins@wamu.net

morgan.duthon@ubs.com

morgan.grainger@glgpartners.com

morgan.jaffe@nacm.com

morgan.lackenbauer@fmr.com

morgan.lee@barclaysglobal.com

morgan.o-donovan@db.com

morgan.osullivan@sachsenlb.ie

morgan@bpviinc.com

morgane.detollenaere@ap.nxbp.com

morgane.prou@sgam.com

morganh@delaware.co.uk

morganm@gcm.com

morgen.peck@fmr.com

morgenson@nytimes.com

mori.e@daiwa-am.co.jp

mori.hiroshi@kokusai-am.co.jp

mori.k@daiwa-am.co.jp

mori.y@daiwa-am.co.jp

mori_hideaki@emai.asahi-life.co.jp

morian.mooers@genworth.com

moriani@mi.unicatt.it

morihuang@mail.cbc.gov.tw

morii03300@nissay.co.jp

mori-ka@daiwasbi.co.jp

morikami@dl.dai-ichi-life.co.jp

morikawa-2ncw@jp.nomura.com

mori-ko@daiwasbi.co.jp

morio_hoshino@tr.mufg.jp

morioka@daiwa-am.co.jp

morioka@nam.co.jp

morioka_ryo@dn.smbc.co.jp

morita.kazunori@daido-life.co.jp

morita@isd.taisei.co.jp

morita-masahiro@mitsubishi-sec.co.jp

moritz.baumann@juliusbaer.com

moritz.breipohl@hsh-nordbank.com

moritz.klussmann@db.com

moritz.mielke@commerzbank.com

moritz.rieper@db.com

moritz.sell@lbb.de

moritz.soler@ubs.com

moritz.waelti@juliusbaer.com

moritzk@iadb.org

moriya05260@nissay.co.jp

moriya-t@marubeni.com

moriyuki.ito@axa.co.jp

morlando@ssm.com

morong@orncapital.com

moroni_noronha@freddiemac.com

morr@bankofcanada.ca

morrine.thompson@barclaysglobal.com

morris.cg@mellon.com

morris.chen@tcw.com

morris.disston@ae.abnamro.com

morris.li@email.chinatrust.com.tw

morris.may@hsh-nordbank.com

morris.ra@tbcam.com

morris.sachs@rbsgc.com

morris.susan@gene.com

morris_bill@jpmorgan.com

morris_marie@jpmorgan.com

morris_noble@ustrust.com

morrisal@boiss.boi.ie

morrison@leggmason.com

morrisroe@bessemer.com

morrissbrian@bloomberg.net

morrissey.pm@tbcam.com

morrock@bloomberg.net

morrongiello.michael@nomura-asset.com

morrowj@strsoh.org

morschulik@pembacreditadvisers.com

morte@bloomberg.net

morten.baltzersen@im.storebrand.no

morten.christensen@im.storebrand.no

morten.grove@nordea.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| morten.gustafson@catella.dk | mottuss@gruntal.com |
| morten.herholdt@cazenovecapital.com | mouad.boutaour@bnpparibas.com |
| morten.kreutz@dnb.no | moudy.elkhodr@ingim.com |
| morten.lertroe@geninvest.de | mouha.ait-el-ghachi@caam.com |
| morten.madsen@dnbnor.no | mouldst@clinton.com |
| morten.molde@kap.norges-bank.no | mouna.sabiri@etoile-gestion.com |
| morten.schwarz@gjensidige.no | mounir.meslem@calyon.com |
| morten.steinsland@nordea.com | mounir_mikhail@bankone.com |
| morten@storebrand.com | mourad.berrahoui@commerzbank.com |
| morten@work.com | mourad.tahiri@bnpparibas.com |
| morten_andersen@blackrock.com | mourad_a_elayan@newyorklife.com |
| mortenroed@bloomberg.net | mouradian@dcmc.creditlyonnais.fr |
| mortimer.kelly@bbh.com | mouratov@vtb.ru |
| mortin.plawner@pseg.com | mousumi.chinara@inginvestment.com |
| mortiz.rieper@db.com | moy@atlanticinvestments.net |
| mortiz@eatonvance.com | moya-anne.mccaskill@fidelity.com |
| mortonl@fhlbsf.com | moyeen.ahmad@nokia.com |
| morven.beattie@anfis.co.uk | moynihan.r@dreyfus.com |
| moschb@bloomberg.net | moyya@keb.co.kr |
| moschitzki@am-gruppo.de | mozart.brahim@bia.com.bn |
| mosekic@bob.bw | mozur.sa@mellon.com |
| moseltin@bloomberg.net | mp@fideuramgestions.lu |
| moses.ck@dreyfus.com | mp3@princeton.edu |
| moshe.barak@nisanet.com | mp74@ntrs.com |
| most@dpbank.dk | mpa@fmo.nl |
| mostafa.gamal@cibeg.com | mpacifico@bankofny.com |
| mostafa_raddaoui@fanniemae.com | mpadhy1@bloomberg.net |
| mosti@bloomberg.net | mpados@metlife.com |
| mostrowski@metlife.com | mpagetgoy@unigestion.com |
| mot.eu@adia.ae | mpaisner@oppenheimerfunds.com |
| mothc@delaware.co.uk | mpajarillo@adb.org |
| moti.szuszan@mailpoalim.co.il | mpak@westernasset.com |
| motidus@po.jsf.co.jp | mpalermo@allstate.com |
| motohiro.koga@mizuho-cb.co.jp | mpalmer@resurgencellc.com |
| motoki_otsuka@tr.mufg.jp | mpalmeri@us.mufg.jp |
| motonbu.sigumoto@mizuho-cb.co.jp | mpandit@mandtbank.com |
| motoshige_hayashi@tr.mufg.jp | mpandolfi@mfs.com |
| motoyama_taichi@rn.smbc.co.jp | mpandya@belvederetrust.com |
| motresearch@maersk.com | mpanichi@key.com |
| motsumig@bob.bw | mpapa@mfs.com |
| motswagaep@bob.bw | mpappas@nb.com |
| motterson@androscogginbank.com | mparagas@frk.com |
| motterstrom@waddell.com | mpardo@vircap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

mparekh@bankofny.com
mpark@caxton.com
mparker@dsaco.com
mparker@europeancredit.com
mparker@nabny.com
mparker@opers.org
mparrish@aegonusa.com
mpascal@mfs.com
mpasin@benetton.it
mpasquale@smithbreeden.com
mpassmore@hcmlp.com
mpastore@icbpi.it
mpatel@babsoncapital.com
mpatel@luminentcapital.com
mpatton@templeton.com
mpavuk@federatedinv.com
mpbendon@up.com
mpc@bpi.pt
mpdept@bok.or.kr
mpdigregorio@wellington.com
mpe@ntrs.com
mpeacock@newstaram.com
mpearson@fhlbc.com
mpeck@caxton.com
mpede@valance.us
mpeden@absbc.org
mpellemeier@bloomberg.net
mpendergast@hgk.com
mpenn@lmcm.com
mperalta@tiaa-cref.org
mpereira@mfs.com
mperezar@notes.banesto.es
mpernas@invercaixa.es
mpernhorst@provinzial-online.de
mperon@lineq.com
mpeterson@bankcalumet.com
mpettirossi@mfs.com
mpetty@wasatchadvisors.com
mpeyton@tiaa-cref.org
mpg3@ntrs.com
mpgilbert@aegonusa.com
mpiatkowski@sasiny.com
mpicard@omega-advisors.com

mpiccolo@fondianima.it
mpicker@jennison.com
mpicozzi@bloomberg.net
mpierre@groupama-am.fr
mpierre@tiaa-cref.org
mpiersol@standishmellon.com
mpietronico@bloomberg.net
mpifferi@fideuramcapital.it
mpinato@europeancredit.com
mpinto@mandtbank.com
mpiper@ci.collins-stewart.com
mpistner@ullico.com
mpittman@allstate.com
mpitts@barbnet.com
mpl@carnegieam.dk
mpla@danskebank.com
mplage1@bloomberg.net
mpleet@oppenheimerfunds.com
mplluska@eatonvance.com
mpm@thamesriver.co.uk
mpmiller@wellington.com
mpodraza@msfi.com
mpoggi@brownadvisory.com
mpolcari@bloomberg.net
mpolitis@mfs.com
mpolk@sfbli.com
mpompeu@socgen.com
mpons@creditandorra.ad
mporada@federatedinv.com
mporet@pictet.com
mporrell@invest.treas.state.mi.us
mporter@fayezsarofim.com
mporter@fhhlc.com
mporter@nb.com
mporterward@troweprice.com
mpowers@delinvest.com
mpoznar@thehartford.com
mpozoloz@cajamadrid.es
mpozzi@mps.it
mppeillon@groupama-am.fr
mppomar@sanostra.es
mprainito@nb.com
mprasad@ofii.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mpregler@munder.com | mraboso@invercaixa.es |
| mpressley@torchmarkcorp.com | mrackham2@bloomberg.net |
| mpresto@caxton.com | mracz@bloomberg.net |
| mpreston@humana.com | mradar@notes.banesto.es |
| mprice1@bloomberg.net | mradke@aegonusa.com |
| mprince@angelogordon.com | mradville@fmaadvisors.com |
| mprindiv@allstate.com | mraezer@rockco.com |
| mprinn@canyonpartners.com | mraguso@us.ibm.com |
| mprins@ers.state.tx.us | mraines@chubb.com |
| mprizia@inasim.gruppoina.it | mrajan@perrycap.com |
| mprochazka@valance.us | mraleman@scif.com |
| mproche@bloomberg.net | mramirez@canyonpartners.com |
| mproctor@evcap.bm | mramos@bankpyme.es |
| mprofili@us.nomura.com | mrapoport@ellington.com |
| mprokunina@worldbank.org | mravanesi@loomissayles.com |
| mpron@ifsam.com | mray@jhancock.com |
| mpron@lordabbett.com | mray@lmfunds.com |
| mpryce@nabny.com | mrayman@federatedinv.com |
| mpryshlak@wellington.com | mrbengson@unionbankph.com |
| mpschmitt@tiberasset.com | mrcuestar@repsolypf.com |
| mpshumway@wellington.com | mrdebovis@leggmson.com |
| mptrindade@banco-privado.pt | mre@capgroup.com |
| mpucci@metlife.com | mreagan@sunamerica.com |
| mpugh@pughcapital.com | mredlinski@deerfieldcapital.com |
| mpuglia@icbpi.it | mreed@frk.com |
| mpuleo@canyonpartners.com | mreger@avmltd.com |
| mpulsi@ftci.com | mregnault-stoel@aegon.nl |
| mpusateri@hbk.com | mregnier@generali.fr |
| mpz001@maersk.com | mrego@xlserv.com |
| mqb@capgroup.com | mreidlinger@bear.com |
| mqian@tiaa-cref.org | mreilly@aegonusa.com |
| mquackenbush@metlife.com | mreilly@blackrock.com |
| mquagliotti@fideuramsgr.it | mreinganum@oppenheimerfunds.com |
| mquarti@fideuramireland.ie | mreinhardt@bper.ch |
| mquigley@turnerinvestments.com | mreinisch@sisucapital.com |
| mquilico@allstate.com | mremorini@grifogest.it |
| mquinlan@frk.com | mrepaci@halcyonllc.com |
| mquinlivan@mandtbank.com | mresch@meag.com |
| mquinn@aamcompany.com | mreutter@bloomberg.net |
| mquinn@oppenheimerfunds.com | mreyes@bcentral.cl |
| mr@carnegieam.dk | mrf@jyskebank.dk |
| mr19@ntrs.com | mrf8@daimlerchrysler.com |
| mraaberg@fhlbc.com | mrfei@cmbchina.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mrgossel@bloomberg.net | mrogov@fftw.com |
| mrharding@statestreet.com | mrogozinski@exchange.ml.com |
| mrhodes@utendahl.com | mroitmayer.rvs@salzburg.raiffeisen.at |
| mribot@bancamarch.es | mromano@sanpaolo.lu |
| mricco@babsoncapital.com | mromeroc@cajamadrid.es |
| mrich@hcmlp.com | mroneill@gkst.com |
| mrichardson@mmlassurance.com | mrooks@firstcarolina.org |
| mrico@banxico.org.mx | mroper@ups.com |
| mriddiford@europeancredit.com | mrosa@millenniumbcp.pt |
| mridgway@levi.com | mrosauro@chevron.com |
| mridul.mehta@citadelgroup.com | mrose@litchcap.com |
| mrietbrock@caxton.com | mrosen@bear.com |
| mrifflemacher@statestreet.com | mrosen@oppenheimerfunds.com |
| mrini@btmna.com | mrosenberg@tigerglobal.com |
| mrini@us.mufg.jp | mrosenstein@cutterassociates.com |
| mriordan@bloomberg.net | mrosenthal@fndaonline.com |
| mrissanen1@bloomberg.net | mrospetti@fideuramcapital.it |
| mritchie@swst.com | mrossi@fftw.com |
| mrivera@ag-am.com | mroth@angelogordon.com |
| mrivera@sierraglobal.com | mrothway@tiaa-cref.org |
| mrivero@worldbank.org | mrp2@ntrs.com |
| mrk.ad@adia.ae | mrs@columbus.com |
| mrk.sorensen@carval.com | mru@nbim.no |
| mrk@ubp.ch | mrubashkin@bloomberg.net |
| mrl@smbc-si.com | mrudler@bloomberg.net |
| mrl1661@glaxowellcome.com | mrudy@templeton.com |
| mrm@capgroup.com | mruff@russell.com |
| mrm253@cornell.edu | mruflin@mandtbank.com |
| mrmenezes@spinnaker.com.br | mruizgil@banrep.gov.co |
| mrmohler@us.oracle.com | mrupp@isigrp.com |
| mroberge@mfs.com | mrupp@lincap.com |
| mroberts@incomeresearch.com | mrusseljones@bankofny.com |
| mrobertson@bailliegifford.co.uk | mrwedodge@ninegatescapital.com |
| mrobertson@tswinvest.com | mry@lrc.ch |
| mrobinson13@bloomberg.net | mryan@berkeleydelta.com |
| mroch@metlife.com | mrzepecki@fhlbc.com |
| mrochaco@banrep.gov.co | ms@azimut.it |
| mrochelli@perrycap.com | ms@carnegieam.dk |
| mrodier@wellington.com | ms@dodgeandcox.com |
| mrodri01@cajamadrid.es | ms@gruss.com |
| mrodrig23@bloomberg.net | ms777.kim@samsung.com |
| mrodrigs@bancomext.gob.mx | msa@jyskebank.dk |
| mrogers@fhhlc.com | msabino@bankofny.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| msachse@meag.com | mschachter@hbk.com |
| msadow@bloomberg.net | mschafer@seic.com |
| msahn@samsung.com | mschaub@union-investment.de |
| msainz@bde.es | mschepps@tiaa-cref.org |
| msaito@nochubank.or.jp | mschill@us.nomura.com |
| msaito@us.mufg.jp | mschnabel@hcmlp.com |
| msaitoh@manubank.com | mschneider@bear.com |
| msalamone@bloomberg.net | mschoene@lehman.com |
| msalasd@sanostra.es | mschoenfelder@ryanbeck.com |
| msalmon@mfs.com | mscholten@siichi.com |
| msalud@fibanc.es | mschonge@princeton.edu |
| msalvay@payden-rygel.com | mschrage@caxton.com |
| msalvi@standishmellon.com | mschramm4@bloomberg.net |
| msalzillo@ryanlabs.com | mschrieber@nb.com |
| msample@bloomberg.net | mschuepbach@bloomberg.net |
| msanch@wharton.upenn.edu | mschuessler@bloomberg.net |
| msanchez@ahorro.com | mschulhof@denveria.com |
| msanchez@notes.banesto.es | mschulz@allstate.com |
| msanchez@prudential.com | mschuster@bank-banque-canada.ca |
| msandar@notes.banesto.es | mschwab@wellington.com |
| msandbulte@fbfs.com | mschwartz@nb.com |
| msankey@nb.com | msclark@compuserve.com |
| msano4@sompo-japan.co.jp | mscolari@gnf.it |
| msantiaa@notes.banesto.es | mscorpio@bloomberg.net |
| msantini@bci.it | mscott@tullib.com |
| m-sasaki@nochubank.or.jp | mscott@ustrust.com |
| msass72@mdsass.com | msdfsd@mas.gov.sg |
| msato@dow.com | mseah@income.com.sg |
| msato@wellington.com | mseal@mcmorgan.com |
| msatyshur@merctrust.com | mseeman@meag-ny.com |
| msauer@arielinvestments.com | mseeman@wellscap.com |
| msaurino@bloomberg.net | mseferovich@waddell.com |
| msauvageot@oddo.fr | mseidell@metlife.com |
| msawatzky@jhancock.com | mseidner@standishmellon.com |
| msaxe@loews.com | mseitz@munichre.com |
| msbakshi@wellington.com | mseitz@williamblair.com |
| mscaduto@bankofny.com | mselz@farcap.com |
| mscala@delinvest.com | msemenenko@jennison.com |
| mscanlon@mfcglobalus.com | mseng@princeton.edu |
| mscaraba@lordabbett.com | msennett@farcap.com |
| mscarabaggio@lordabbett.com | mseo@rockco.com |
| mscaromella@bsct.ch | msetrouk@pictet.com |
| mscarpa@nb.com | msexton@ffbonline.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| msforza@opers.org | msiegel@babsoncapital.com |
| msg6166@red.cam.es | msierra@ahorro.com |
| msgignac@wellington.com | msilber@rentec.com |
| msh.ef@adia.ae | msiliceo@bancomext.gob.mx |
| msh.tr@adia.ae | msilver@nyct.net |
| mshamia@senecacapital.com | msimdaily@morganstanley.com |
| mshams@princeton.edu | msimeoni@bloomberg.net |
| mshanahan@opers.org | msimons@millertabak.com |
| mshank@loomissayles.com | msimpson@aegonusa.com |
| mshao@usa.dupont.com | msimpson@fhlbatl.com |
| mshapiro@apple.com | msimpson@fideuramireland.ie |
| msharma@mfs.com | msim-swaps@morganstanley.com |
| mshattan@jennison.com | msing@metlife.com |
| mshaughnessy@mfs.com | msing@tcbank.com.tw |
| msheehy@bankofny.com | msinger@fhlbi.com |
| msheehy@chittenden.com | msinishtaj@hfw1.com |
| msheehy@fftw.com | msirch@meag.com |
| msheer@mdsass.com | msirera@hibernia.com |
| msheerin@angelogordon.com | msisson@howeandrusling.com |
| msheldon@incomeresearch.com | msjohnson@fhlbdm.com |
| mshelstad@aamcompany.com | msk4@pge.com |
| mshelton@nicholasfunds.com | mskatrud@oppenheimerfunds.com |
| mshen@unumprovident.com | mskiba@mcleanbudden.com |
| mshepar@frk.com | mskinner1@bloomberg.net |
| msherman@jbhanauer.com | mskorich@bbandt.com |
| msherman@opers.org | mskuratovskaya@worldbank.org |
| msherman@sierraglobal.com | mslacamera@wellington.com |
| mshernandez@repsol-ypf.com | msledge@bloomberg.net |
| mshimony@leumi.ch | mslentz@dresdner.com |
| mshin@bear.com | msloan@ncmcapital.com |
| mshing@tiaa-cref.org | mslootsky@fftw.com |
| mshmaruk@tiaa-cref.org | msmakivic@wellington.com |
| mshmleva@bankofny.com | msmid@sis.cz |
| mshoaf@opers.org | msmiley@nbindpls.com |
| m-shoji@nochubank.or.jp | msmith@aflac.com |
| mshort@jhancock.com | msmith@johim.co.uk |
| mshort@ocwen.com | msmith@kio.uk.com |
| mshort@pershing.com | msmith@lordabbett.com |
| mshostedt@smithbreeden.com | msmith@mfs.com |
| mshtilman@ambac.com | msmith@penncapital.com |
| mshumaker@munder.com | msmolinsky@bankofny.com |
| msi3@bloomberg.net | msnyder@meag-ny.com |
| msiddiqui@canyonpartners.com | msobolewski1@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

msodergren@dkpartners.com
msolis@us.mufg.jp
msolomon@fhlb-pgh.com
msolt@fdic.gov
msomerman@deerfieldcapital.com
msonego@autostrade.it
msong@perrycap.com
msong@princeton.edu
msonnenholzner@munichre.com
msoriana@bcj.gbancaja.com
msosland@bear.com
msouders@guildinvestment.com
msoussan@westernasset.com
msouthgate@swissca.co.uk
msowell@bloomberg.net
mspadott@benetton.it
mspalla@mfs.com
msparks@caxton.com
mspecht@bloomberg.net
mspencer@freedom-capital.com
mspinar@oppenheimerfunds.com
mspitler@allegiancecapital.com
msquitieri@viningsparks.com
msr@mn-services.nl
msrikantaiah@wellington.com
mss.tr@adia.ae
msscherer@leggmason.com
mssp@capgroup.com
mstadlm@gsb.uchicago.edu
mstandish@allegiancecapital.com
mstanley@wasatchadvisors.com
mstapleton@jhancock.com
mstasik@caxton.com
mstatham@westpac.com.au
mstaub@ppmamerica.com
msteele@stephens.com
msteffy@citadelfcu.org
mstein@emmny.com
mstein@nb.com
msteinberg@aigtc.com
msteinik@browncapital.com
mstelmacki@gofen.com
mstemmler@fhlb-pgh.com

mstephens@bloomberg.net
mstephenson@jpmorgan.com
mstevovich@waddell.com
mstewart@provequity.com
mstlaurent@essexinvest.com
mstory@westernasset.com
mstouffer@deerfieldcapital.com
mstought@opers.org
mstpierre@bear.com
mstrasburg@faralloncapital.com
mstrauss@bper.ch
mstrebel@metlife.com
mstrohf@templeton.com
mstrom@loomissayles.com
mstrome@strome.com
mstroyman@canyonpartners.com
mstrzepka@wellington.com
mstung@delinvest.com
msugimoto@nochubank.or.jp
msulliban@pjc.com
msullivan@farcap.com
msullivan@hbk.com
msullivan@nb.com
msullivan@sterneagee.com
msullivan@us.mufg.jp
msun@dow.com
msundberg3@bloomberg.net
msw5@ntrs.com
mswaak@aegon.nl
mswanson@babsoncapital.com
mswezey@bloomberg.net
mswintek@bankofny.com
mswotes@angelogordon.com
msy@ubp.ch
msyal@payden-rygel.com
msylvestri@dlbabson.com
msyp@bloomberg.net
msyudah@mas.com.my
msznajer@wellington.com
mt7@americancentury.com
mt74@ntrs.com
mt98@ntrs.com
mtabbott@wellington.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mtaber@ssrm.com | mtierney@loomissayles.com |
| mtafur@bloomberg.net | mtietz@bankofamerica.com |
| mtaggart@ustrust.com | mtimm@bpviinc.com |
| mtaglia@frk.com | mtimmins@cazenove.com |
| mtagliaferri@fondianima.it | mtincher@ubs.com |
| mtakagi@us.mufg.jp | mtiperma@us.nomura.com |
| mtakahashi@daiwasbi.com.hk | mtirasso@erg.it |
| mtaliercio@bloomberg.net | mtish18@yahoo.com |
| mtam@mas.gov.sg | mtl.tr@adia.ae |
| mtam@tiaa-cref.org | mtl@sitinvest.com |
| mtang@adb.org | mtll@capgroup.com |
| mtang@mail.notes.bank-of-china.com | mtlynch@wellington.com |
| mtanis@fnccorp.com | mtmanteufel@statestreet.com |
| mtassinari@bloomberg.net | mtmasdea@wellington.com |
| mtata@mfs.com | mtmorrissey@bloomberg.net |
| mtau@metlife.com | mto@senecacapital.com |
| mtaylor@oppenheimerfunds.com | mtobin@halcyonpartnerships.com |
| mtaylor@vcallc.com | mtodaro@mandtbank.com |
| mtbaillargeon@ecofi.fr | m-tojima@tmam.co.jp |
| mtcalderonc@bancopastor.es | mtolbert@federatedinv.com |
| mtee@pictet.com | mtolusic@hcmlp.com |
| mteichmann@bloomberg.net | mtong@ftci.com |
| mteichner@relico.com | mtonmi1@sompo-japan.co.jp |
| mteifeld@ftci.com | mtoohey@troweprice.com |
| mtenney@statestreet.com | mtoomey@jhancock.com |
| mtesla@federatedinv.com | mtopley@turnerinvestments.com |
| mteubner@massmutual.com | mtoppi@stpaultravelers.com |
| mtg@ntga.ntrs.com | mtorline@allegiancecapital.com |
| mth.tr@adia.ae | mtorres@bayernlbny.com |
| mthakor@sarofim.com | mtorresfer@bga.gbancaja.com |
| mtheurber@cisco.com | mtoso@juliusbaer.com |
| mthiam@statestreet.com | mtosteson@sib.wa.gov |
| mthomas@fhlbc.xom | mtourigny@gwkinc.com |
| mthompson@bayharbour.com | mtphillips@bloomberg.net |
| mthompson@bpbtc.com | mtquek@mas.gov.sg |
| mthompson@tswinvest.com | mtraber@nevrodie.com |
| mthompstone@mfs.com | mtrahan@hcmlp.com |
| mthomsic@vestarden.com | mtrautman@shay.com |
| mthomson@beutelgoodman.com | mtraver@nevrodie.com |
| mthomson@rbs.co.uk | mtreter@bondwave.com |
| mthoyer@stonehillcap.com | mtrevisan@bci.it |
| mthuang@metlife.com | mtruelsen@denveria.com |
| mtiberii@jhancock.com | mts.tr@adia.ae |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mts@atalantasosnoff.com | mukesh_s_desai@fanniemae.com |
| mtsanders@unumprovident.com | mukund.ballal@arabbanking.com |
| mtstover@wellington.com | mukund.kumar@pimco.com |
| mtsu@alaskapermfund.com | muldall@bloomberg.net |
| mtsuchi@dl.dai-ichi-life.co.jp | muller@fes.ch |
| m-tsuchida@nochubank.or.jp | muller_paul@jpmorgan.com |
| mtsui@bloomberg.net | mullero@ebrd.com |
| mtsuruta@ttbgam.co.uk | mullins.b@mellon.com |
| m-tsuruta@ufjtrustbank.co.jp | mulvey@princeton.edu |
| m-tsuzaka@meijiyasuda.co.jp | mulvihill_robert@jpmorgan.com |
| mtu@apollodif.com | mumbrue@sabadellatlantico.com |
| mtucker@federatedinv.com | mumemoto@bloomberg.net |
| mtully@sandlercap.com | muminova@ebrd.com |
| mtunno@bloomberg.net | mun@ubp.ch |
| mturgel@eatonvance.com | munakata@nam.co.jp |
| mturner@babsoncapital.com | munderwood@hbk.com |
| mturner@hcmlp.com | mundia.dn@tbcam.com |
| mturner@osbornpartners.com | muneki_otoda@mitsubishi-trust.co.jp |
| mturner@smithbreeden.com | munemasa_hiroshi@ra.smbc.co.jp |
| mturner@turnerinvestments.com | muneo_morita@am.sumitomolife.co.jp |
| mturner@wsfsbank.com | munewer.kaya@genworth.com |
| mtyler@tswinvest.com | munger@bankofny.com |
| mtzavelis@angelogordon.com | munib.madni@aberdeen-asset.com.au |
| mu@capgroup.com | munir.dean@citigroup.com |
| mu1@ntrs.com | muniras@kia.gov.kw |
| muammer.cakir@akbank.com | munish.gupta@wamu.net |
| mubushra.beg@morleyfm.com | munish.r.varma@db.com |
| m-uchida1031@iris.eonet.ne.jp | munkiseo@hanabank.com |
| mueller.michael@dgbank-dip.de | munkit@dbs.com |
| mueller@benchmark.at | munlaiyoke@gic.com.sg |
| muellerk@kochind.com | munnsia@london.cic.fr |
| muerto@bloomberg.net | muntazeer_rizvi@ml.com |
| mufen@bankatlantic.com | mupdegraff@unumprovident.com |
| muhaizam@bnm.gov.my | murai@plaza-am.co.jp |
| muhammad.khan@pfpc.com | murakami.naomi@kokusai-am.co.jp |
| muhammad.s.elatab@dartmouth.edu | murakami@nam.co.jp |
| muhl@bloomberg.net | murali.balaraman@blackrock.com |
| muhssin_yacoubi@freddiemac.com | murali.sankar@jpmorgan.com |
| muizz@bnm.gov.my | murali_krishnamurthy@fanniemae.com |
| mujeebu.rahman@arabbanking.com | muralidharan_iyer@ml.com |
| mukai-0ddd@jp.nomura.com | muramatsu@daiwasbi.co.jp |
| mukesh.sethi@shell.com | muramatsu02877@nissay.co.jp |
| mukesh.sharma@bmo.com | muramatsu24247@nissay.co.jp |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| murasat@po2.jsf.co.jp | musejnoski@metlife.com |
| murase@nam.co.jp | muska.chiu@citi.com |
| murase_mitsuhiro@ck.smbc.co.jp | mussadiq.lakhani@rbccm.com |
| murat.gunc@longview-partners.com | musserjj@ah.org |
| murat.korkmaz@usa.dupont.com | mustafa.erdogan@fortis.com.tr |
| murat.ozbaydar@soros.com | mustafa.jama@morganstalney.com |
| murat.ozer@abank.com.tr | mustafa.sari@ahbr.de |
| murat.ural@akbank.com | mustaq.f.rahaman@jpmorgan.com |
| murat.uysal@halkbank.com.tr | mustarof@jwseligman.com |
| murat_karakurt@freddiemac.com | mustufa.khan@barclaysglobal.com |
| murat_sensoy@ssga.com | mut.tr@adia.ae |
| murata.mitsuaki@daido-life.co.jp | muthusankar@northwesternmutual.com |
| murata.yusuke@kokusai-am.co.jp | muto@nam.co.jp |
| murata@pimco.com | mutreja@wharton.upenn.edu |
| murata_toshiaki@mail.asahi-life.co.jp | m-utsumi@nochubank.or.jp |
| murata-k@daiwasbi.co.jp | muzahir.degani@barclaysglobal.com |
| muratorm@strsoh.org | mv6@ntrs.com |
| muratsaa@garanti.com.tr | mva@gr.dk |
| murban@aegonusa.com | mvalenzano@canyonpartners.com |
| murdoch.m.johnson@columbiamanagement.com | mvallad@entergy.com |
| muri_sadler@aimfunds.com | mvalsangiacomo@bancasempione.ch |
| muriel.alphen@lazard.fr | mvandenb@munder.com |
| muriel.baumann@geberit.com | mvandersen@wellington.com |
| muriel.bonnet@dexiafr-dexia.com | mvandyke@bbandt.com |
| muriel.freriksen@ingim.com | mvanhelden@schootsepoort.nl |
| muriel.kale@gartmore.com | mvankints@troweprice.com |
| muriel.l'homme@axa-slim.co.uk | mvanlang@finama-am.fy |
| muriel.michaud@vontobel.ch | mvanmaanen@waddell.com |
| muriel.patin@socgen.com | mvanmeter@victoryconnect.com |
| muriel.pitner@caam.com | mvanmeter@vmfcapital.com |
| muriel_nichols@ustrust.com | mvanraaphorst@westernasset.com |
| murielle.servais@ethias.be | mvargova@rocko.com |
| murielle_pierre-louis@nylim.com | mvarner@allstate.com |
| murisaka@lf.mufg.jp | mvaselkiv@troweprice.com |
| murliravi@temasek.com.sg | mvc1@bloomberg.net |
| murohashi02816@nissay.co.jp | mvdelore@gapac.com |
| murphy.mccann@pimco.com | mvdheide@aegon.nl |
| murphyd@fhlbsf.com | mvella.vfm@bov.com |
| murqyhart@bailliegifford.com | mvenezia@eatonvance.com |
| murray.scott@swipartnership.co.uk | mvenkatesan@unumprovident.com |
| murraya@edfd.com | mvento@hapoalimusa.com |
| musa.haddad@nbad.ae | mventurelli@iccrea.bcc.it |
| musak.michal@slsp.sk | mverdug@frk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| mvertova@cracantu.it | mwalton@fhwn.com |
| mvf@capgroup.com | mwalz1@bloomberg.net |
| mvi@nbim.no | mwan@frk.com |
| mvicik@allstate.com | mwang@panagora.com |
| mvictory@ellington.com | mwarden@waddell.com |
| mvillamin@unfcu.com | mwarminger@isis.co.uk |
| mvillemin@generali.fr | mwarner@blackrock.com |
| mviscio@omega-advisors.com | mwarner@ustrust.com |
| mvitek@allstate.com | mwasson@ftci.com |
| mvl@capgroup.com | mwatanabe@ibjus.com |
| mvmckee@wellington.com | mwaterhouse@comcast.net |
| mvodola@fftw.com | mwaterhouse@tecapital.com |
| mvpike@wellington.com | mwatson@kio.uk.com |
| mvpisarczyk@dcmiglobal.com | mwchen@hotmail.com |
| mvredenburgh@jennison.com | mwcunn@hotmail.com |
| mvreeland@bloomberg.net | mwebler@duqlight.com |
| mvroom@gwkinc.com | mweeks@bloomberg.net |
| mvs@klp.no | mweeks@rockco.com |
| mw@carnegieam.dk | mweidner@ftci.com |
| mw29@ntrs.com | mweigman@troweprice.com |
| mw333@cornell.edu | mweilheimer@bloomberg.net |
| mw6144@sbc.com | mweilheimer@eatonvance.com |
| mwachter@rmbcapital.com | mweinstein@fsa.com |
| mwaghe1@bloomberg.net | mweinstein@nytimes.com |
| mwagner@mutualofamerica.com | mweir@metlife.com |
| mwakida@bloomberg.net | mweir@scoteq.co.uk |
| mwalde@state.wy.us | mweisbrod@frk.com |
| mwalker@calfed.com | mweisbuch@bankofny.com |
| mwalker@dow.com | mweisenberg@rockco.com |
| mwalker@hollandcap.com | mweisenberger@eudaimonia-invest.com |
| mwalker@massmutual.com | mweiss@loomissayles.com |
| mwalker@nabny.com | mweith@deerfieldcapital.com |
| mwalker@richmondcap.com | mwelch@loomissayles.com |
| mwalker@the-ark.com | mwellein@versorgungskammer.de |
| mwallac@frk.com | mwelsh@microsoft.com |
| mwallace@gcoelf.com | mwelty@ubs.com |
| mwallace@whitepinecapital.com | mwendorf@bloomberg.net |
| mwallacerepo@bloomberg.net | mwenzel@bayernhb.de |
| mwallis@axia-advisors.com | mwenzel@meag.com |
| mwalls@waddell.com | mwerner@richmond.edu |
| mwalsh@bradfordmarzec.com | mwerth@munichre.com |
| mwalsh@imf.org | mwestman@newsalemcapital.com |
| mwalterspiel@munichre.com | mwetherington@barrowhanley.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| mwhalen@mwvinvest.com | mwolfe@nystrs.state.ny.us |
| mwharry@lehman.com | mwolfe@vmfcapital.com |
| mwhasib@wellington.com | mwolfersberger@divinv.net |
| mwhigham@bloomberg.net | mwolverton@waddell.com |
| mwhitbread@mfs.com | mwong@canyonpartners.com |
| mwhitbysmith@metlife.com | mwong@statestreet.com |
| mwhite@dsaco.com | mwood@alaskapermfund.com |
| mwhittingham@bank-banque-canada.ca | mwood@nystrs.state.ny.us |
| mwi@lrc.ch | mwoode@aegonusa.com |
| mwi@nbim.no | mworos@bankofny.com |
| mwible@federatedinv.com | mwpowell@bloomberg.net |
| mwickwire@metlife.com | mwren@fandc.co.uk |
| mwil@bloomberg.net | mwright@loomissayles.com |
| mwilbanks@smithgraham.com | mwrigley@bankofny.com |
| mwilber@alfains.com | mwu@fcminvest.com |
| mwilburn@jennison.com | mwu@foresters.biz |
| mwilken@sarofim.com | mwukitsch@turnerinvestments.com |
| mwillems@svb.nl | mwunruh@household.com |
| mwilley@frk.com | mwydler@maninvestments.com |
| mwilley@ppmamerica.com | mwyne@fftw.com |
| mwilliams@crawfordinvestment.com | mwyskiel@merctrust.com |
| mwilliams@hfw1.com | mxb@mn-services.nl |
| mwilliams@oppenheimerfunds.com | mxi@columbus.com |
| mwilliams@waddell.com | mxime.ruyet@caam.com |
| mwilliams3@metlife.com | mxkelly-kearsley@chevychasebank.net |
| mwilson@internal.massmutual.com | mxliu@tiaa-cref.org |
| mwilson@mfs.com | my.caohuy@do.treas.gov |
| mwiniarczyk@bloomberg.net | myabe@us.tr.mufg.jp |
| mwinkelman@bloomberg.net | myager@calstrs.com |
| mwirtz@jennison.com | myama@dl.dai-ichi-life.co.jp |
| mwitherell@mfs.com | myamada62@sompo-japan.co.jp |
| mwitter@wdwitter.com | myamini@tiaa-cref.org |
| mwittnebel@deerfieldcapital.com | myannopoulos@alpha.gr |
| mwjf0414@kbstar.co.kr | myasner@jhancock.com |
| mwjones@otfs.state.ga.us | myasuda@ecmjapan.com |
| mwlee@wachoviasec.com | myeager@lkcm.com |
| mwlim@spinnakerasia.com | myean@pacificincome.com |
| mwm@afcmb.com | myeh@mail.cbc.gov.tw |
| mwmcguirk@bkb.com | myemini@cref.com |
| mwmo@bloomberg.net | myeo6@bloomberg.net |
| mwojtusiak@angelogordon.com | myers.joshua@pennmutual.com |
| mwolburg@am-gruppe.de | myers_jennifer@fsba.state.fl.us |
| mwolf@mmwarburg.com | myersal@mail.northgrum.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| myip@sib.wa.gov | mzakas@walterind.com |
| myla.cruz@lazard.com | mzarur@banxico.org.mx |
| mylene.karch@bnpparibas.com | mzatarain@bft.fr |
| myles.osborn@gs.com | mzavanelli@oppenheimerfunds.com |
| myles_glaser@acml.com | mzdunek@fmaadvisors.com |
| mylim@mas.gov.sg | mzeifert@allstate.com |
| mylinh.tran@ambeacon.com | mzeizel@ftci.com |
| mylnikova@bernstein.com | mzelouf@wamco.co.uk |
| mynameandy1972@yahoo.com | mzercoe@1838.com |
| mynstep@nationwide.com | mzetchi@pictet.com |
| myogo@princeton.edu | mzhang@invescodallas.com |
| myojeong@wooribank.com | mzhao1@worldbank.org |
| myojin@tr.mufg.jp | mzi.njamela@resbank.co.za |
| myoshimoto@bloomberg.net | mzimmerman@nb.com |
| myoung@caxton.com | mzinkula@aegonusa.com |
| myra.bauza@chase.com | mzion@btmna.com |
| myra.wonisch@fmr.com | mzion@us.mufg.jp |
| myra_a_almase@bankone.com | mzonghetti@standishmellon.com |
| myriam.calvera@interbrew.com | mzrk1@bok.or.kr |
| myriam.elhachadi@axa-im.com | mzucker@qgcapital.com |
| myriam.frileux-gaussier@bnpparibas.com | mzussman@jennison.com |
| myriam.guervin@dexia-am.com | n.a@n.a.com |
| myriam.hildbrand@publica.ch | n.adj@robeco.nl |
| myriam.leuenberger@publica.ch | n.ando@noemail.com |
| myriam.moisan@innocap.com | n.apsley@mitsubishi-trust.co.uk |
| myrna@san.rr.com | n.azar@adic.ae |
| myron.dutenhoffer@gecapital.com | n.brunel@lvmh.fr |
| myron.dutenhoffer@wamu.net | n.chetwynd@noemail.com |
| myron.manternach@robecoinvest.com | n.craven@azemos.ch |
| myron.oppenheimer@pnc.com | n.delgado@prsint.com |
| mysh@chevrontexaco.com | n.drouin@lvmh.fr |
| myu@mapension.com | n.duchenne@mwam.com |
| myuan@bear.com | n.fiebig@woelbern.de |
| myuen@ftci.com | n.figurelli@fineco.it |
| myun@metlife.com | n.fujiwara@skam.co.jp |
| mz@manleymgt.com | n.giuliani@kairospartners.com |
| mz2015@columbia.edu | n.gouderjaan@robeco.nl |
| mz224@cornell.edu | n.gupta@morganstanley.com |
| mz5@ntrs.com | n.h.p.h.huls@schretlen.com |
| mz75@cornell.edu | n.habachy@olayan.com |
| mzabala@metlife.com | n.inui@noemail.com |
| mzaccard@jefco.com | n.ivanov@bloomberg.net |
| mzaino@ubs.com | n.janahi@ncbc.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| n.kaneko@noemail.com | na@commerzbank.com |
| n.kita@meijiyasuda.co.jp | na@kfw.com |
| n.konno@noemail.com | na@na.com |
| n.labram@hermes.co.uk | na@na.na |
| n.lowe@alaskausa.org | na@nae.com |
| n.m.polak@robeco.nl | na@notavail.com |
| n.manuti@srfsanpaoloimi.com | na@riyad.com |
| n.marcheselli@barilla.it | naah@danskebank.dk |
| n.massie@leggmasoninvestors.com | nabbott@bloomberg.net |
| n.mercusa@eib.org | nabboud@investcorp.com |
| n.milianitis@eib.org | nabeel.abdulaal@gibbah.com |
| n.molenaar@robeco.nl | nabeel.chohan@alliancebernstein.com |
| n.moreau@gt-finance.fr | nabeta@daiwasbi.co.jp |
| n.nesdale@mwam.com | nabil.hamadeh@baring-asset.com |
| n.nielsen@mwam.com | nabil.irfan@jpmorganfleming.com |
| n.orland@eib.org | nabil.ouajjane@dexia-am.com |
| n.patel@hermes.co.uk | nabil.ouddane@bnpparibas.com |
| n.perez@fineco.it | nabil.z@gordian.co.uk |
| n.pugh@lcfr.co.uk | nabilah.abdullah@bialondon.co.uk |
| n.rezzonico@finpromotion.ch | nablicki@copera.org |
| n.saghir@robeco.nl | nabraham@russell.com |
| n.sarel@lvmh.fr | nabuhoff@wellington.com |
| n.schlapfer@fnysllc.com | nac47@cornell.edu |
| n.sirni@fnysllc.com | nacarpentier@wellington.com |
| n.takahashi@noemail.com | nada.al.hussona@jpmorgan.com |
| n.takano@teijin.co.jp | nada.alhussona@jpmchase.com |
| n.terashima@aozorabank.co.jp | nada.farina@db.com |
| n.tokuda@aozorabank.co.jp | nadeem.h.lalani@unb.ae |
| n.tsuchiya@mitsui.com | nadege.arbez@axa-im.com |
| n.van.de.westelaken@robeco.nl | nadege.dufosse@dexia.com |
| n.vanwonderen@dpfs.nl | nadege.goldfinger@de.pimco.com |
| n.w.vanpopta@heineken.com | nadege.tillier@ingim.com |
| n.west@alaskausa.org | nader.munif@fandc.com |
| n_a@hvb.com | nadermann.brian@principal.com |
| n_liu@putnam.com | nadia.ali@db.com |
| n_shimura@nam.co.jp | nadia.ande@enifin.eni.it |
| n_ward@putnam.com | nadia.blasone@sella.it |
| n1.sugimoto@aozorabank.co.jp | nadia.boulila@jpmorgan.com |
| n173224@asatsu-dk.co.jp | nadia.ceresa@bsibank.com |
| n86025@adk.jp | nadia.davison@discountbank.co.il |
| na.xie@hsh-nordbank.com | nadia.elhammoumi-bensaci@sgam.com |
| na@arabbanking.com | nadia.fedoriw@morganstanley.com |
| na@bankinter.com | nadia.geldof@socgen.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nadia.landmann@depfa.com
nadia.pelassa@mpsgr.it
nadia.seemuth@lehman.com
nadia.verbanck@dexia.be
nadim.drissi@ubs.com
nadine.donze.jobin@bcv.ch
nadine.eil@saarlb.de
nadine.glicenstein@sgam.com
nadine.hengmigh@blb.de
nadine.higgins@uk.bnpparibas.com
nadine.probst@stg.ch
nadine.rathmann@de.pimco.com
nadine.salkeld@aibgovett.co.uk
nadine.soetaert@axa.be
nadine.taylor@treasurer.state.nc.us
nadine.tremollieres@axa-im.com
nadine@gene.com
nadine_armstrong@ustrust.com
nadine_burnett@smbcgroup.com
nadine_j_bates@fanniemae.com
nadir.al-koraya@samba.com
nadja.eltufin@ing-im.fr
nadja.francesco@cs.com
nadja.guillaume@bhf-bank.com
nadja.heiden@ids.allianz.com
nadja.rockel@helaba.de
nadoyamat@jsf.co.jp
naeem.khalid@db.com
naeff.waqar@bmo.com
nael.wahaidi@4086.com
nafis_t_smith@vanguard.com
nagae@nam.co.jp
nagai.k@daiwa-am.co.jp
nagai.takahiro@daido-life.co.jp
nagai@daiwasbi.co.jp
nagaike-r@itochu.co.jp
nagaishi@daiwasbi.co.jp
naganath.sundaresan@csam.com
nagano@daiwa-am.co.jp
nagao@daiwa-am.co.jp
nagaraj.katti@acml.com
nagaraj.katti@alliancebernstein.com
nagasaki_takahide@yd.smbc.co.jp

nagase_yoshinori@takeda.co.jp
nagasri.sabbineni@gs.com
nagata@daiwasbi.co.jp
nagata_arihiro@yk.smbc.co.jp
nagata_koichi@dn.smbc.co.jp
nagata24444@nissay.co.jp
nagayama.dli@dial.pipex.com
nagel.rd@mellon.com
nagesh.ramachandrappa@db.com
nagger.erez@principal.com
nagi.bedawi@barcap.com
nagi.nasr@dexiamfr-dexia.com
nagoyak@po.jsf.co.jp
nagray@delinvest.com
nagsa@wellsfargo.com
nagypalj@mnb.hu
nah.chiewming@uobgroup.com
nahmad@vestarcapital.com
nahrain_yacoub@bankone.com
naibh@ocbc.com.sg
n-aihara@nochubank.or.jp
nail.jacob@gs.com
naim.abou-jaoud@dexiamfr-dexia.com
naitou16836@nissay.co.jp
naizawa@dl.dai-ichi-life.co.jp
najib.nakad@meespierson.com
najib.sassenou@labanquepostale-am.fr
naka@bloomberg.net
naka@dl.dai-ichi-life.co.jp
nakaaze@daiwa-am.co.jp
nakad@vpv.nl
nakada@tokyotrust.co.jp
nakade@nam.co.jp
nakagawa.m@daiwa-am.co.jp
nakagawa.m@kokusai-am.co.jp
nakagawa6245@intra.cosmo-sec.co.jp
nakagawaumd@bloomberg.net
nakahara_kenji@dn.smbc.co.jp
nakaij@sumitomotrust.co.jp
nakai-toshiki@mitsubishi-sec.co.jp
nakajik@po.jsf.co.jp
nakajima.seiji@kokusai-am.co.jp
nakajima.tomoaki@kokusai-am.co.jp

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nakajima@daiwasbi.co.jp | nalnhammed@sama-ksa.org |
| nakajima_masashige@dn.smbc.co.jp | naloe@ambac.com |
| nakajima_yasushi@takeda.co.jp | nal-rifai@bloomberg.net |
| nakami2@dl.dai-ichi-life.co.jp | nalrifai@kio.uk.com |
| nakamura.hajime@kokusai-am.co.jp | naltieri@wellington.com |
| nakamura.yutaka@kokusai-am.co.jp | namai02262@nissay.co.jp |
| nakamura@daiwasbi.co.jp | naman.pugalia@morganstanley.com |
| nakamura@nam.co.jp | name.surname@aegon.co.uk |
| nakamura@shizuokabkny.com | name.surname@biam.boi.ie |
| nakamura_nobuaki@ub.smbc.co.jp | name.surname@btal.com.au |
| nakamura18755@nissay.co.jp | name.surname@cmim.co.uk |
| nakamura-t@daiwasbi.co.jp | name.surname@swipartnership.co.uk |
| nakamura-y@daiwasbi.co.jp | name.surname@uk.fid-intl.com |
| nakane889@dl.dai-ichi-life.co.jp | name_surname@putnaminv.com |
| nakanishi@muis.com.hk | namhyun@bok.or.kr |
| nakanishi@nam.co.jp | nami.makiya@sojitz.com |
| nakanishi02815@nissay.co.jp | nami.numoto@boj.or.jp |
| nakao994@dl.dai-ichi-life.co.jp | nami_watanabe@mitsubishi-trust.co.jp |
| nakashima@daiwasbi.co.jp | namiho.koyama@citadelgroup.com |
| nakasho.i@daiwa-am.co.jp | namiko.hino@fortisinvestments.com |
| nakata@daiwasbi.co.jp | nam-joon.kim@shinseibank.com |
| nakatani@daiwa-am.co.jp | na-murata@ja-kyosai.or.jp |
| nakayama01768@nissay.co.jp | namyi.kang@bok.or.kr |
| nakayasu_osako@mitsui-seimei.co.jp | nan.barry@wnco.com |
| nakayra.profit@rbsgc.com | nan_zhengna@invesco.com |
| nakazak@po.jsf.co.jp | nana.francois@gartmore.com |
| nakazawa_hiroshi@rk.smbc.co.jp | nana.larsson@nordea.com |
| nakazeki@bloomberg.net | nana@wharton.upenn.edu |
| nakhoul@bloomberg.net | nanako.yabe@sgam.com |
| nakia.brown@aiminvestments.com | nanandkar@mfs.com |
| nalali@gic.com.kw | nanbara.regan@intel.com |
| naldridge2@bloomberg.net | nanbu721@dl.dai-ichi-life.co.jp |
| naledi.selobai@resbank.co.za | nanci.anderson@db.com |
| nalfermann@hcmlp.com | nanci.natale@ge.com |
| nalgiero@bloomberg.net | nancy.a.stewart@ceridian.com |
| nalhadeff@bradfordmarzec.com | nancy.a.taylor@fmr.com |
| naliena.sriselvakandarajah@nab.ch | nancy.b.james@fmr.com |
| nalin_yogasundram@troweprice.com | nancy.barber@ubs.com |
| naline.s.singh@jpmorgan.com | nancy.bartsch@gmacrfc.com |
| nalini.bonnier@ap3.se | nancy.bernier@pnc.com |
| nalink@bot.or.th | nancy.bernstein@morganstanley.com |
| nalita.fernandes@glgpartners.com | nancy.braun@bmo.com |
| nallen@fandc.co.uk | nancy.bugg@gm.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nancy.davis@highbridge.com | nancy.talt@alliancebernstein.com |
| nancy.davis@syb.com | nancy.utterback@europeancredit.com |
| nancy.delisi@us.pm.com | nancy.wiser@usbank.com |
| nancy.droppelman@abnamro.com | nancy_c_o'connor@fleet.com |
| nancy.e.byers.cpe7@statefarm.com | nancy_corsiglia@farmermac.com |
| nancy.eckl@amrinvest.com | nancy_e_greiner@fanniemae.com |
| nancy.enslein@wpginvest.com | nancy_killpatrick@cargill.com |
| nancy.f.hoch@jpmorgan.com | nancy_mckendry@conseco.com |
| nancy.goossens@belgacom.be | nancy_miranda@putnam.com |
| nancy.grasse@umb.com | nancy_northrop@acml.com |
| nancy.hamrick@aiminvestments.com | nancy_smith@glenmede.com |
| nancy.hamson@fmr.com | nancy_tolson@ssga.com |
| nancy.herring@dws.de | nancya.ward@ge.com |
| nancy.himelstieb@gwl.com | nancylee@gic.com.sg |
| nancy.infelise@53.com | nancyloferski@northwesternmutual.com |
| nancy.irwin@northernrock.co.uk | nanda.weeber@nl.abnamro.com |
| nancy.jacy@thehartford.com | nandros@cisco.com |
| nancy.janiszewski@thehartford.com | nanette.johnson@aig.com |
| nancy.jones@db.com | nanette.stevens@nationalcity.com |
| nancy.judy@53.com | nangell@gwkinc.com |
| nancy.klind@micorp.com | nangulo@ahorrocorporacion.com |
| nancy.lederer@wellsfargo.com | nanik.ramchandani@lodh.com |
| nancy.leslie@chicagocapital.com | nanisimov@bloomberg.net |
| nancy.login@morganstanley.com | nanlan.ye@tcw.com |
| nancy.lukin@ubs.com | nannette.hechler-fayd'herbe@credit-suisse.com |
| nancy.mariani@aig.com | nantha.suppiah@alliancebernstein.com |
| nancy.mcavey@mutualofamerica.com | nantoim1@triton.ocn.ne.jp |
| nancy.mccartan@swib.state.wi.us | nao_okamoto@am.sumitomolife.co.jp |
| nancy.mcmillan@hp.com | naohiko.baba@bis.org |
| nancy.nierman@credit-suisse.com | naohiko.hirose@uk.mufg.jp |
| nancy.notaro@pnc.com | naohiko.saida@db.com |
| nancy.o'connor@thehartford.com | naohiko_tominaga@fujibank.co.jp |
| nancy.olsen@usbank.com | naohiro-hosoda@nochubank.or.jp |
| nancy.pellegrino@paretopartners.com | naohisa.morita@db.com |
| nancy.pollard@impaccompanies.com | naoki.katsuta@axa.co.jp |
| nancy.poz@mackayshields.com | naoki.yamamoto@fi.fukoku-life.co.jp |
| nancy.prior@fmr.com | naoki@koex.jp |
| nancy.pryor@pncbank.com | naoki_adati@am.sumitomolife.co.jp |
| nancy.roach@fmr.com | naoki_matsuyama@meijiyasuda.co.jp |
| nancy.shaw@granitegrp.com | naoki_nakazawa@tr.mufg.jp |
| nancy.sheng@uobgroup.com | naoki_shimmura@tr.mufg.jp |
| nancy.sheola@prudential.com | naoki_umeda@mec.co.jp |
| nancy.sullivan@bnymellon.com | naoki-nagata@am.mufg.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| naoki-shoji@am.mufg.jp | narciso.grilli@lbswiss.ch |
| naoki-todo@am.mufg.jp | narciso.quijano@bayerninvest.de |
| naoko_matsuba@tr.mufg.jp | narcyel@cmcic-sdm.fr |
| naoko_takada@tr.mufg.jp | narderd@lloydadriatico.it |
| naomi.fann@db.com | naren.dutta@gcc.royalsun.com |
| naomi.haynes@fidelity.com | naren.nayak@slma.com |
| naomi.inoue@ufj-partners.co.jp | narendra@bi.go.id |
| naomi.kinyunyu@uk.fid-intl.com | narendt@meag.com |
| naomi.komori@boj.or.jp | naresh.malhotra@cbcm.com |
| naomi.maki@mizuho-bk.co.jp | narevalo@cprus.com |
| naomi.payne@dsgiplc.com | narevalo@nb.com |
| naomi.pendleton@moorecap.co.uk | narges.rafigh@tcw.com |
| naomi.smith@uk.tesco.com | narikiyo@dl.dai-ichi-life.co.jp |
| naomi.yamamoto@sscims.com | narinder.bhatowa@mhcb.co.uk |
| naomi_inoue@tokaitokyo.co.jp | narissa.schmidt@ny.frb.org |
| naomi_kirwan@westlb.co.uk | narita.y@daiwa-am.co.jp |
| naomid@woodstockcorp.com | narjess.benhadjyahia@uk.bnpparibas.com |
| naomi-siegmund@marubeni.com | naruki_hirai@freddiemac.com |
| naoto.komine@mhcb.co.uk | narumi.ariyoshi@japan.gartmore.com |
| naoto.nakagawa@axa.co.jp | narve.bjordal@dnb.no |
| naoto.shirasaki@mhcb.co.uk | nas.ex@adia.ae |
| naoto_kashiyama@am.sumitomolife.co.jp | nas@capgroup.com |
| naoto_kon@tr.mufg.jp | na-sato@meijiyasuda.co.jp |
| naoto_suzuki@tr.mufg.jp | nascar@bloomberg.net |
| naoto-kojima@am.mufg.jp | naseem.iqbal@edinburgh.gov.uk |
| naoya.okada@boj.or.jp | nash.waterman@morganstanley.com |
| naoya.sakaguchi@mizuho-cb.co.jp | nashrullah.mackwani@be.gm.com |
| naoya.tabuchi@ufj-partners.co.jp | nasri.toutoungi@thehartford.com |
| naoya_oishi@mitsubishi-trust.co.jp | nasser.abanmy@samba.com |
| naoyoshi_kuwata@sumitomolife.co.jp | nassigha@gruppocredit.it |
| naoyoshi-sato@am.mufj.jp | nassim.cheurfi@barclays.fr |
| naoyuki.inoue@meijiyasuda.co.jp | nastaran.samiee@aareal-bank.com |
| naoyuki.suzuki@boj.or.jp | nat.akyeampong@mackayshields.com |
| naoyuki.torii@fi.fukoku-life.co.jp | nat.vallabh@amphenderson.co.nz |
| naozer.dadachanji@barclaysglobal.com | nat@rentec.com |
| naq@capgroup.com | natacha.guerdat@lodh.com |
| nara@daiwasbi.co.jp | natacha.isslame-rocher@banque-france.fr |
| narahari_phatak@putnam.com | natacha.moreau@bankofamerica.com |
| naran@pimco.com | natadika@mfs.com |
| narayan.gopalon@blackrock.com | natalia.correa@credit-suisse.com |
| narayan_ramani@mfcinvestments.com | natalia.crofut@saint-gobain.com |
| narayana_siddappa@ssga.com | natalia.morgunova@citicorp.com |
| narayanan.padmanabhan@labanquepostale-am.fr | natalia.outecheva@claridenleu.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

natalia.rodriguez@cajanavarra.es
natalia.verwega@hsh-nordbank.com
natalia.x.bucci@jpmorgan.com
natalia.yakushev@nationwide.co.uk
natalia_pietrzyk@putnam.com
natalie.conn@gs.com
natalie.depil@vontobel.ch
natalie.drungle@harrisbank.com
natalie.engler@lazard.com
natalie.gray@fandc.com
natalie.karpov@pimco.com
natalie.knight@adidas.de
natalie.lyon@alliancebernstein.com
natalie.marvi-romeo@morganstanley.com
natalie.miller@morganstanley.com
natalie.pickering@barclaysglobal.com
natalie.schmutte@activest.de
natalie.stone@mondrian.com
natalie.szczerbak@abbott.com
natalie.tam@aberdeen-asset.com
natalie.trakas@fmr.com
natalie.trevithick@pimco.com
natalie.trunow@gm.com
natalie.winter@aberdeen-asset.com
natalie.wright@piercap.com
natalie.wright@sumitomotrust.co.jp
natalie_del-villar@freddiemac.com
natalie_hahn@acml.com
nataliewalrand@northwesternmutual.com
natalini@bordier.com
nataliya.zalyesova@morleyfm.com
nataly.yackanich@db.com
natalya_lebedeva@nacm.com
natalyia.shevchenko@allianzgi.de
natanya.osborne@morganstanley.com
natasa.glusac@raymondjames.com
natascha_finger@westam.de
natascha_kluike@westam.de
natasha.chinapen@db.com
natasha.cowie@bnpparibas.com
natasha.eagleton@axa-im.com
natasha.jhunjhunwala@barclayscapital.com
natasha.jones@citadelgroup.com

natasha.knechtel@tcw.com
natasha.mahmutovic@wachovia.com
natasha.olivia@usbank.com
natasha.sideris@bankofbermuda.com
natasha.smirnova@aig.com
natasha.trainor@agf.com
natasha.ward@gs.com
natasha_roselli@vanguard.com
natasja.aardema@utc.rabobank.com
natasja.huysmans@axa-im.com
nate.earle@pimco.com
nate.hudson@mackayshields.com
nate.kemmer@gmacm.com
nate.negrin@bankofamerica.com
nate.oseep@moorecap.com
nate.polachek@bwater.com
nate.rupp@aberdeen-asset.com
nate.servis@dartmouth.edu
nate.vanduzer@fmr.com
nate.webb@citizensbank.com
nate_reischer@riggsbank.com
natea@waterfield.com
natgrant@microsoft.com
nathalia.barazal@lodh.com
nathalie.benatia@bnpparibas.com
nathalie.caillat@sgam.com
nathalie.chalard@par.coflexip.fr
nathalie.chan@francetelecom.com
nathalie.coffre@caam.com
nathalie.degans@morganstanley.com
nathalie.demirdjian@fr.abnamro.com
nathalie.esnault@calyon.com
nathalie.esposito@blackrock.com
nathalie.f.cuadrado@jpmorgan.com
nathalie.flury@juliusbaer.com
nathalie.frizzole@axa-im.com
nathalie.haym@lodh.com
nathalie.hirsbein@axa-im.com
nathalie.houde@harrisnesbitt.com
nathalie.klein@banque-france.fr
nathalie.loeliger@vpbank.com
nathalie.loetscher@ubs.com
nathalie.longuet@lodh.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nathalie.mariel@barep.com

nathalie.masniere@sgam.com

nathalie.mbwaki@axaframlington.com

nathalie.michel@creditfoncier.fr

nathalie.monnoyeur@caam.com

nathalie.prunier@bnpparibas.com

nathalie.quinqueneau@caam.com

nathalie.retif@axa-im.com

nathalie.rouille@banque-france.fr

nathalie.savey@axa-im.com

nathalie.weiss@nab.ch

nathalie.wolleb@jpmorganfleming.com

nathalie_dufour@paribas.com

nathalie_huet@sumitomo.com

nathalie_peleau-coutolleau@smabtp.fr

nathalie_robertson@troweprice.com

nathaly.molle@barcap.com

nathan.agens@pnc.com

nathan.bance@barclayscapital.com

nathan.baruch@tryg.dk

nathan.bullock@53.com

nathan.chiaverini@pimco.com

nathan.cockrell@lazard.com

nathan.dawes@sgcib.com

nathan.dupree@alliancebernstein.com

nathan.eigerman@morganstanley.com

nathan.ellsworth@advantuscapital.com

nathan.engelhard@lehman.com

nathan.estes@ge.com

nathan.evans@bayernlb.de

nathan.gibbs@schroders.com

nathan.griffiths@rbccm.com

nathan.herring@pnc.com

nathan.johnson@gm.com

nathan.jones@thehartford.com

nathan.kirkpatrick@ubs.com

nathan.kohlhoff@ib.bankgesellschaft.de

nathan.lin@gs.com

nathan.margolis@aig.com

nathan.mariner@gwl.com

nathan.oakley@pncbank.com

nathan.paul@lazard.com

nathan.r.palmer@intel.com

nathan.steuber@53.com

nathan.strauss@nisanet.com

nathan.strik@uk.fid-intl.com

nathan.struemph@do.treas.gov

nathan.venugopala@fmr.com

nathan.white@icap.com

nathan_brunner@dell.com

nathan_hicks@ohionational.com

nathan_lee@scudder.com

nathan_maccombs@americancentury.com

nathan_newport@vanguard.com

nathan_partain@dpimc.com

nathan_roberts@jwhmail.com

nathan_t_persons@vanguard.com

nathan_tawes@troweprice.com

nathan_vogt@oldnational.com

nathanael_sutanto@fanniemae.com

nathand@israelchemicals.co.il

nathaniel.lee@bbh.com

nathaniel.lindzen@mizuhocbus.com

nathaniel.macadams@citadelgroup.com

nathaniel_evarts@ssga.com

nathaniel_roberts@putnam.com

nathaniel_salter@putnam.com

nathlie.adams@morganstanley.com

natraj.shankar@nbad.ae

natsukari.nobushige@kokusai-am.co.jp

natsumi.okamoto@ibj.co.uk

nauman@ymcaret.org

nausb@jwseligman.com

nav.swamy@mbna.com

navalon@bancsabadell.com

navann.ty@blackrock.com

naveen.bobba@inginvestment.com

naveen.joshi@paretopartners.com

naveen@bloomberg.net

naversa@federatedinv.com

navin.kumar@gs.com

navin_belani@putnam.com

navity@bloomberg.net

navneet.arora@barclaysglobal.com

navneet.govil@sun.com

navneet.kaur@barclayscapital.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| navot@mizrahi.co.il | nbkse4@kap.norges-bank.no |
| nayoub@worldbank.org | nblair@congressasset.com |
| nazan.kaygana@glgpartners.com | nblas@clinton.com |
| nazar.sushko@ingim.com | nblea1@kap.norges-bank.no |
| nazim@bcb.com.my | nblqs1@kap.norges-bank.no |
| nazir_dossani@freddiemac.com | nboedy@divinv.net |
| nazma.ahsan1@wachovia.com | nboersma@templeton.com |
| nazmi_ressas@acml.com | nboeselager@fmausa.com |
| nazrul@bnm.gov.my | nbonus@bloomberg.net |
| nb@formuepleje.dk | nbooth@wellington.com |
| nb62@ntrs.com | nborland@fmausa.com |
| nb63@ntrs.com | nbotcheos@mfs.com |
| nbabe3@moa.norges-bank.no | nboure@adriatica.com.ve |
| nbailey@allstate.com | nbracco@fideuramsgr.it |
| nbarazal@cyrilfinance.com | nbraswell@fountaincapital.com |
| nbarker@babsoncapital.com | nbrind@newstaram.com |
| nbarrett@fmausa.com | nbrines@provnet.com |
| nbasten@uss.co.uk | nbromley@bloomberg.net |
| nbattista@btmna.com | nbrown@cajamadrid.es |
| nbattista@us.mufg.jp | nbrown@jennison.com |
| nbb@bloomberg.net | nbrown@oppenheimerfunds.com |
| nbboullet@wellington.com | nbrown@waddell.com |
| nbca@bloomberg.net | nbrse1@kap.norges-bank.no |
| nbcbond@bloomberg.net | nbruckn@frk.com |
| nbc-corp@tres.bnc.ca | nbt@bankinvest.dk |
| nbehbehani22@bloomberg.net | nbttr1@kap.norges-bank.no |
| nbejaoui@seic.com | nburke@loomissayles.com |
| nbellefeuille@farcap.com | nbvan1@kap.norges-bank.no |
| nbendig@avatar-associates.com | ncalvert@bankofny.com |
| nbendig@valueline.com | ncampbell@eatonvance.com |
| nbenedict@copera.org | ncampiche@pictet.com |
| nbenjami@us.nomura.com | ncampling@newstaram.com |
| nbenjamin@tiaa-cref.org | ncarlis@templeton.com |
| nberetta@josephthal.com | ncarola@tiaa-cref.org |
| nbgreene@wellmanage.com | ncastro@banxico.org.mx |
| nbhandiwad@siny.com | ncator@metlife.com |
| nbhei1@kap.norges-bank.no | ncavanna@mps.it |
| nbhjo2@moa.norges-bank.no | ncda@gruposantander.com |
| nbhva1@kap.norges-bank.no | ncelantano@the-ark.com |
| nbje@uk.danskebank.com | nchahdoura@gic.com.kw |
| nbjss1@moa.norges-bank.no | nchamberlain@opusinvestment.com |
| nbki_marketing@csi.com | nchandra@tigerglobal.com |
| nbkparis@wanadoo.fr | nchapman5@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ncharran@ag-am.com | ndoyle@metlife.com |
| ncharton@safdie.com | ndrzewiecki@massmutual.com |
| nchen4@ms2.chb.com.tw | nds@petercam.be |
| nchillar@southwest-mutual.com | nducarre@oaktreecap.com |
| nchitkara@mfs.com | ndudley@russell.com |
| nchory@mfs.com | nduggan@europeancredit.com |
| nchung@kdb.co.kr | ndun@kempen.nl |
| nchura@hcmlp.com | ndunstan@evcap.bm |
| nclw@hotmail.com | ndusart@bloomberg.net |
| nco@dodgeandcox.com | ndw@capgroup.com |
| ncogswel@bloomberg.net | ne@danskebank.dk |
| ncojocar@princeton.edu | neal.arnold@53.com |
| nconesa@bcn.ahorro.com | neal.brauweiler@daiwausa.com |
| ncoons@eatonvance.com | neal.doying@lazard.com |
| ncouch@barbnet.com | neal.foundly@cis.co.uk |
| ncoutros@brownadvisory.com | neal.goss@ubs.com |
| ncp.cdu@adia.ae | neal.graves@usaa.com |
| ncracknell@statestreet.com | neal.hatch@bankofengland.co.uk |
| ncs_futures@national.com.au | neal.jordan@bankofamerica.com |
| ncs66@cornell.edu | neal.karnovsky@drkw.com |
| ncubides.miami@sinvest.es | neal.lofthouse@blackrock.com |
| ncw@capgroup.com | neal.meacham@swedbank.com |
| ndang@boh.com | neal.mercer@greenwichnatwest.c |
| ndeal@davenportllc.com | neal.mercer@ubs.com |
| ndean@ellington.com | neal.p.miller@fmr.com |
| ndecker@capis.com | neal.parikh@inginvestment.com |
| ndeguzma@usc.edu | neal.parker@bnpparibas.com |
| ndelabie@bft.fr | neal.shah@fafadvisors.com |
| ndelavouet@statestreet.com | neal.wadhera@tudor.com |
| ndeleon@fnbaonline.com | neal_waggoner@agc.com |
| ndennin@lmfunds.com | neale.kennedy@ecb.int |
| ndenny@blackrock.com | neale.sterio@kasl.co.uk |
| ndevlin@templeton.com | nealquinn@bloomberg.net |
| ndey2@bloomberg.net | neasa.lenehan@statestreet.com |
| ndhanky@batelco.com.bh | nebus@bessemer.com |
| ndhruv@ftci.com | necati.surmeli@db.com |
| ndiarra@finama-am.fy | ned.hole@blackrock.com |
| ndibenedetto@fhlbc.com | ned.roberts@juliusbaer.com |
| ndihora@wasatchadvisors.com | ned_notzon@troweprice.com |
| ndm1@ntrs.com | nedal.alqam@pimco.com |
| ndonelan@buckconsultants.com | nedelka.white@inginvestment.com |
| ndownes@oppenheimerfunds.com | nedeltcho.akov@ubs.com |
| ndoyin@frk.com | nedmorgens@mwvinvest.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nedpascual@bloomberg.net | neil.collins@bnpparibas.com |
| nedwards@lordabbett.com | neil.cooper@insightinvestment.com |
| nedwards@us.ibm.com | neil.corney@mailpoalim.co.il |
| nedwards6@bloomberg.net | neil.cox@rothschild.co.uk |
| nedwardz@bloomberg.net | neil.d@gordian.co.uk |
| need@wells.com | neil.davies@norwich-union.co.uk |
| needed@tcw.com | neil.denman@axaframlington.com |
| neel.kashkari@do.treas.gov | neil.desai@tudor.com |
| neel.panchal@bbh.com | neil.dey@wellsfargo.com |
| neel.parikh@gm.com | neil.donnelly@pioneeraltinvest.com |
| neela.srinath@fmr.com | neil.easterbrook@baesystems.com |
| neelima_reddy@fanniemae.com | neil.easterbrook@insightinvestment.com |
| neeraj.bewtra@jpmorgan.com | neil.eggins@lazard.com |
| neeraj.mahajan@thehartford.com | neil.ellerbeck@jpmorganfleming.com |
| neeraj.mehta@gecapital.com | neil.f.fryer@hsbcinvestments.com |
| neerajsehgal@uae.afh.com.sg | neil.falconer@swip.com |
| neeraj-x.kumar@db.com | neil.farrow@fandc.nl |
| neetesh.kumar@ucop.edu | neil.fawcett@swip.com |
| neff@stifel.com | neil.fenton@gmacrfc.com |
| negel.j.webber@hsbcpb.com | neil.forsyth@db.com |
| negsofidsim@bloomberg.net | neil.george@bankofengland.co.uk |
| neha.champaneria@morganstanley.com | neil.gregson@csam.com |
| neha.markle@morganstanley.com | neil.henze@ers.state.tx.us |
| nehal_patel@swissre.com | neil.higgins@lgim.co.uk |
| neil.a.carroll@goodbody.ie | neil.hiralall@ibtco.com |
| neil.a.gartland@jpmchase.com | neil.hobson@glgpartners.com |
| neil.abraham@bernstein.com | neil.hohmann@bbh.com |
| neil.ambler@barclaysglobal.com | neil.honebon@ffandp.com |
| neil.bardwell@rlam.co.uk | neil.horner@aberdeen-asset.com |
| neil.bizily@thrivent.com | neil.hossack@bankofbermuda.com |
| neil.blower@cis.co.uk | neil.johnston@novartis.com |
| neil.boege@ny.frb.org | neil.kothari@blackrock.com |
| neil.boyd-clark@fipartners.com.au | neil.lambiotte@wachovia.com |
| neil.brown@csam.com | neil.leonard@db.com |
| neil.brown@threadneedle.co.uk | neil.letchford@shorecap.co.uk |
| neil.cable@uk.fid-intl.com | neil.m.browne@aibbny.ie |
| neil.callan@gs.com | neil.macdermott@sachsenlb.ie |
| neil.carnegie@bcge.ch | neil.macguire@aviva.com |
| neil.carthy@uk.mizuho-sc.com | neil.mack@ssmb.com |
| neil.chakraborty@morganstanley.com | neil.mackay@schroders.com |
| neil.choi@citadelgroup.com | neil.mackay@swipartnership.co.uk |
| neil.chudgar@tcw.com | neil.madden@uk.fid-intl.com |
| neil.clifford@ilim.com | neil.mcclements@lehman.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| neil.mcloughlin@co-operativebank.co.uk | neil_boege@ssga.com |
| neil.mears@ubs.com | neil_bull@uk.ibm.com |
| neil.michael@londonandcapital.com | neil_campbell@capgroup.com |
| neil.millar@lazard.com | neil_colverd@westlb.co.uk |
| neil.milton@nationwide.co.uk | neil_hughes@fanniemae.com |
| neil.moge@gcc.royalsun.com | neil_lupton@blackrock.com |
| neil.moyes@dlh.de | neil_mack@acml.com |
| neil.murray@swipartnership.co.uk | neil_matheson@standardlife.com |
| neil.newbery@lgim.co.uk | neil_mcnamara@sachsenlb.ie |
| neil.osullivan@sunlife.com | neil_orvay@asia.hypovereinsbank.com |
| neil.patel@citadelgroup.com | neil_puri@ml.com |
| neil.rai@pncadvisors.com | neil_r_forest@bankofscotland.co.uk |
| neil.roberts@chase.com | neil_smith@newton.co.uk |
| neil.rogan@gartmore.com | neil_smith@troweprice.com |
| neil.roner@suntrust.com | neil_weller@blackrock.com |
| neil.rossiter@bankofengland.co.uk | neil_woodford@hen.invesco.com |
| neil.roylance@threadneedle.co.uk | neil_young@westlb.co.uk |
| neil.russell@delta.com | neilde@nuveen.com |
| neil.ryan@wachovia.com | neilfei@earthlink.net |
| neil.s.joseph@jpmorganfleming.com | neill.carter@barclaysglobal.com |
| neil.s.sankoff@hsbcib.com | neill.d.nuttall@jpmorgan.com |
| neil.shaughnessy@smhgroup.com | neill.ebers@lionhart.net |
| neil.smaldon@tudor.com | neill.groom@nb.com |
| neil.smith@morleyfm.com | neill.jordan@kofc.org |
| neil.squires@gs.com | neillo@wharton.upenn.edu |
| neil.steedman@aberdeen-asset.com | neiloy_ghosh@newton.co.uk |
| neil.stone@msdw.com | neils@integralcapital.com |
| neil.summers@db.com | neisele@payden-rygel.com |
| neil.sutherland@axa-im.com | nektarios.kessidis@dws.com |
| neil.tanguy@hsbcrepublic.com | nelbogen@highbridge.com |
| neil.taylor@rbccm.com | nelfner@wellington.com |
| neil.tranter@db.com | nelkhoury@cpr-am.fr |
| neil.vassar@barclaysglobal.com | nell.haddock@fmr.com |
| neil.walker@insightinvestment.com | nell.opel@bailliegifford.com |
| neil.wechsler@shenkmancapital.com | nellessk@provinzial.com |
| neil.wesley@morleyfm.com | nellestad@babsoncapital.com |
| neil.williamson@aberdeen-asset.com | nelli@capitalgest.it |
| neil.x.picozzi@jpmorgan.com | nellie.wong@aig.com |
| neil.yang@us.hsbc.com | nello.monacelli@dexia-bil.com |
| neil@adia.co.uk | nelly.surriah@alcatel.fr |
| neil_a_kilbane@keybank.com | nel-rayyes@sagitta.co.uk |
| neil_amaral@ssga.com | nels.anderson@bmonb.com |
| neil_birnie@cargill.com | nelson.caroline@luthbro.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nelson.flores@blackrock.com
nelson.lopez.alves@bnpparibas.com
nelson.louie@csam.com
nelson.ma@nordlb.com
nelson.march@pfpc.com
nelson.mesa@csam.com
nelson.ramos@barclaysglobal.com
nelson.zamora@ppmamerica.com
nelson@bernstein.com
nelson_correa@phl.com
nelson_ho@bankone.com
nelson_jantzen@acml.com
nelson_shing@nacm.com
nelson_w_wicas@vanguard.com
nelsonchia@gic.com.sg
nelsone@wellsfargo.com
nelsonpoh@dbs.com
nelsonpwlau@hsbc.com.hk
nem.ef@adia.ae
nemec@jyskeinvest.dk
nemoto_haruo@zn.smbc.co.jp
nen.khieu@hsbcpb.com
n-endo@mail.nikko.co.jp
neo.wee-siang@uk.standardchartered.com
neochin@gic.com.sg
nepstein@avatar-associates.com
nerijus.gaizauskas@ecb.int
nerim.blakaj@prudential.com
nermis.rosario@alliancebernstein.com
nery.alaev@gs.com
nest@pimco.com
nester.clark@soros.com
neu@evofund.com
neuenschwander@irv.ch
neuwirthd@lazard.com
nevalin@cathaylife.com.tw
nevans@lmfunds.com
nevans@mwamllc.com
neville.chan@hk.fortis.com
neville.newman@pioneerinvest.ie
neville@uk.oechsle.com
neville_sprigg@ldn.invesco.com
new@lehman.com

newburyj@anz.com
newcombm@bloomberg.net
newell.pa@tbcam.com
newell@wellsfargo.com
newissues@hypovbg.at
newkirkrd@bernstein.com
newlann@bloomberg.net
newman.p@tbcam.com
newton.lam@prudential.com
newton_yeo@countrywide.com
neyah.smith@ibtco.com
nezha.moatassime@ie.dexia.be
nfa@nykredit.dk
nfallon@leopoldjoseph.com
nfaure@pictet.com
nfaust@gatewaybankpa.com
nfeckl@hbk.com
nfedorow@omega-advisors.com
nfernando@templeton.com
nfink@rockco.com
nfinley@citco.com
nfisher@fmausa.com
nfisken@stephens.com
nfistarol@bloomberg.net
nfitzger@tiaa-cref.org
nfitzgerald@bbandtcm.com
nfitzwilliams@templeton.com
nfjalltoft@westpac.com.au
nfodor@frk.com
nfox@halcyonllc.com
nfreilich@angelogordon.com
nfrelinghuysen@opcap.com
nfrey@impaccompanies.com
nfrichaud@generali.fr
nfriedlich@angelogordon.com
nfruchaud@generali.fr
nfugelsang@millburncorp.com
nfurlanetto@nevrodie.com
ngaffney@aflic.com
nganricl@abchina.com.hk
ngbeesan@gic.com.sg
ngchoi@bok.or.kr
ngci@blb.be

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

ngerstman@chubb.com
ngh@jwseligman.com
nghajar@wellington.com
nghi.pham@alliancebernstein.com
ngiuliani@iccrea.bcc.it
ngjiatong@gic.com.sg
ngjtjason@ocbc.com
ngks@gic.com.sg
ngleys@hellmanjordan.com
ngoc_bao_ha.dippold@wmam.com
ngooley@nabny.com
ngouju@groupama-am.fr
ngp@bankinvest.dk
ngrant@sterling-capital.com
ngray@bloomberg.net
ngudu@lepercq.com
ngugliel@gci1.gannett.com
ngupta@hbk.com
ngupta2@ifc.org
nguyen.k@dreyfus.com
nguyen@tbcam.com
nguyena4@nationwide.com
nh@nbim.no
nha.pr@adia.ae
nhall@hcmlp.com
nhanderson@sinvest.es
nharima@us.mufg.jp
nharris@blaylockabacus.com
nharris1@bloomberg.net
nhayes@newstaram.com
nhazan@groupama-am.fr
nhb@wmblair.com
nhegde@hcmlp.com
nheilmann@hbk.com
nheller@tiaa-cref.org
nhelm@mwamllc.com
nhen@kempen.nl
nhickolle.clayton@morganstanley.com
nhill@farcap.com
nhl1@pge.com
nhloucks@statestreet.com
nho@meag-ny.com
nhoang@alger-ny.com

nhoang@frk.com
nholt@dhja.com
nhonda@hbk.com
nhooper@cisco.com
nhowes@swissca.co.uk
nhu@metlife.com
nhu_bragg@progressive.com
nhukill@hcmlp.com
nhunt@whitneybank.com
nhuo@bot.or.th
nhuynh@congressasset.com
nhwahaidi@delinvest.com
nhyde2@standishmellon.com
nhyman@hymanbeck.com
nhynds@williamblair.com
nial@soros.com
niall.addison@morrisonsplc.co.uk
niall.brophy@ibtco.com
niall.buggy@credit-suisse.com
niall.coffey@ny.frb.org
niall.devitt@fmr.com
niall.g.o'brien@aibbny.ie
niall.hornett@citigroup.com
niall.kirk@fandc.com
niall.m.monks@aib.ie
niall.oleary@biam.boi.ie
niall.osullivan@boigm.com
niall.p.fitzpatrick@aib.be
niall.paul@morleyfm.com
niall.quinn@gs.com
niall.smith@aberdeen-asset.com
niall.tuite@angloirishbank.ie
niall_brown@mfcinvestments.com
niall_gallagher@troweprice.com
niall_whelan@scotiacapital.com
niamh.gaffney@citigroup.com
niamh.m.morrissey@aibbny.ie
niamh.mcgowan@biam.boi.ie
niamh.murphy@ibtco.com
niamh.o'flynn@boimail.com
niamh.o'neill@aib.ie
niamh.whooley@uk.fid-intl.com
niamh.wylie@iibbank.ie

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

niamh.wylie@ulsterbank.com
niaz.haider@sgcib.com
nibin@cmbchina.com
nic.barnes@ubs.com
nic.johnson@pimco.com
niccolai.annarita@enel.it
niccolas.zalonis@finmeccanica.it
niccolo.badoglio@arnerbank.ch
niccolo.pini@ifigest.it
niceyoo@kookmin.co.kr
nichola.griffiths@unilever.com
nichola.j.long@jpmorgan.com
nichola.m.lally@jpmorgan.com
nichola.rossetti@jpmorgan.com
nicholafarrell@angloirishbank.ie
nicholas.allen@fandc.com
nicholas.arthur.2@claridenleu.com
nicholas.atkinson@bayernlb.de
nicholas.besh@pncadvisors.com
nicholas.bradshaw@firstunion.com
nicholas.bratt@lazard.com
nicholas.broughton@morleyfm.com
nicholas.bunclark@icap.com
nicholas.chan@alliancebernstein.com
nicholas.chan@bmo.com
nicholas.craze@barclaysglobal.com
nicholas.daft@db.com
nicholas.del.deo@morganstanley.com
nicholas.denny@blackrock.com
nicholas.diolosa@daiwausa.com
nicholas.dowell@halbis.com
nicholas.du.cros@barclaysglobal.com
nicholas.duncan@swip.com
nicholas.f.stark@columbiamanagement.com
nicholas.foley@wamu.net
nicholas.franco@pharma.novartis.com
nicholas.griffiths@gs.com
nicholas.h.luzecky@usbank.com
nicholas.hendy@chase.com
nicholas.hodges@group.landg.com
nicholas.hodson@lloydstsb.co.uk
nicholas.hornsby@aberdeen-asset.com
nicholas.j.gray@chase.com

nicholas.j.handley@jpmorganfleming.com
nicholas.j.horne@jpmorgan.com
nicholas.j.yaxley@jpmorgan.com
nicholas.johnson@gs.com
nicholas.kennedy@pnc.com
nicholas.koutsoftas@ge.com
nicholas.lacy@raymondjames.com
nicholas.lambros@pioneerinvest.com
nicholas.lambros@pioneerinvestments.com
nicholas.landellmills@lodh.com
nicholas.lankester@lgim.co.uk
nicholas.liolis@axa-financial.com
nicholas.louw@moorecap.com
nicholas.luzecky@suntrust.com
nicholas.lyons@pnc.com
nicholas.malins-smith@insightinvestment.com
nicholas.mandrinos@ubs.com
nicholas.mcconway@pioneerinvestments.com
nicholas.mcdonald@moorecap.co.uk
nicholas.mcleod-clarke@blackrock.com
nicholas.melhuish@ubs.com
nicholas.milovich@csam.com
nicholas.mocciolo@thehartford.com
nicholas.moore@gibuk.com
nicholas.neary@bmo.com
nicholas.negrini@usbank.com
nicholas.nocerino@ubs-oconnor.com
nicholas.noviello@honeywell.com
nicholas.ogden@fortis.lu
nicholas.patrick@citadelgroup.com
nicholas.pavitt@ubs.com
nicholas.peacock@robur.se
nicholas.peterfy@bofasecurities.com
nicholas.pont@juliusbaer.com
nicholas.porchet@zkb.ch
nicholas.price@uk.fid-intl.com
nicholas.rabiecki@jpmfleming.com
nicholas.raho@tudor.com
nicholas.ramm@suntrust.com
nicholas.ramussen@americangeneral.com
nicholas.salbu@dnbnor.no
nicholas.sordoni@lazard.com
nicholas.srmag@nationalcity.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nicholas.stanton@swib.state.wi.us | nick.bishop@aberdeen-asset.com |
| nicholas.stiggers@columbiamanagement.com | nick.bourne@gmacrfc.co.uk |
| nicholas.tarasovic@rbsgc.com | nick.buckles@security.securicor.co.uk |
| nicholas.thomas@bailliegifford.com | nick.bundy@bloomberg.net |
| nicholas.thompson@alliancebernstein.com | nick.burnham@glgpartners.com |
| nicholas.thompson@fhlb-pgh.com | nick.burroughs@commercebank.com |
| nicholas.tingley@cedarrockcapital.com | nick.cannon@uk.abnamro.com |
| nicholas.toovey@ap.ing.com | nick.capuano@tcw.com |
| nicholas.tosi@bnymellon.com | nick.cherney@barclaysglobal.com |
| nicholas.vagra@ubs.com | nick.coin@modern-woodmen.org |
| nicholas.vause@bankofengland.co.uk | nick.combs@evergreeninvestments.com |
| nicholas.vitale@fmr.com | nick.conroy@rbcdexia-is.com |
| nicholas.w.d'eramo@jpmorgan.com | nick.coombes@aberdeen-asset.com |
| nicholas.warmingham@morganstanley.com | nick.corcoran@zurcapm.com |
| nicholas.wright@rbccm.com | nick.cournoyer@montpelier.com |
| nicholas.xanders@ubs.com | nick.cox@barclaysglobal.com |
| nicholas.yeo@aberdeen-asset.com | nick.cox@nationwide.co.uk |
| nicholas.zamarelli@blackrock.com | nick.cox-johnson@anfis.co.uk |
| nicholas.zamparelli@blackrock.com | nick.cremin@trafalgarcapital.com |
| nicholas@adia.co.uk | nick.damico@robecousa.com |
| nicholas@lowings.com | nick.davis@credit-suisse.com |
| nicholas_a_dame@victoryconnect.com | nick.detmer@4086.com |
| nicholas_aberle@nacm.com | nick.duffy@sgcib.com |
| nicholas_mason@invescoperpetual.co.uk | nick.evans@db.com |
| nicholas_pronko@vanguard.com | nick.fanning@mycorporatecu.com |
| nicholas_sacca@ssga.com | nick.fenn@mhcb.co.uk |
| nicholas_skrine@putnam.com | nick.fenton@mhcb.co.uk |
| nicholas_travaglino@freddiemac.com | nick.goldsmith@ubs.com |
| nicholas_weber1@cargill.com | nick.graves@osterweis.com |
| nicholasdyte@bloomberg.com | nick.haley@lehman.com |
| nicholasp@rsa.state.al.us | nick.hamilton@invescoperpetual.co.uk |
| nicholasstepanek@optiver.com | nick.haskins@moorecap.co.uk |
| nicholas-t.king@ubs.com | nick.hawkes@threadneedle.co.uk |
| nicholasthomas@hsbc.com | nick.heasman@gartmore.com |
| nichole.foraker@mbna.com | nick.hogan@greenwichnatwest.co |
| nichole.hammond@wellscap.com | nick.holmes@fandc.co.uk |
| nicholette.macdonald-brown@gs.com | nick.howell@bmo.com |
| nick.agarwal@ubs.com | nick.irish@ubs.com |
| nick.alford@morleyfm.com | nick.j.treble@aib.ie |
| nick.anderson@insightinvestment.com | nick.james@shinseibank.com |
| nick.bartolo@tcw.com | nick.jennings@dmgt.co.uk |
| nick.baturin@barclaysglobal.com | nick.jones@marks-and-spencer.com |
| nick.bennenbraek@bbh.com | nick.jost@sl-am.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nick.karafotias@fmr.com | nick.thompson@swipartnership.co.uk |
| nick.laxton@aberdeen-asset.com | nick.timberlake@halbis.com |
| nick.leyhane@barcap.com | nick.turton@mhcb.co.uk |
| nick.linder@bmonb.com | nick.vamvakas@socgen.com |
| nick.m.wood@hsbcib.com | nick.varket@glgpartners.com |
| nick.mansley@morleyfm.com | nick.ventham@hsbcib.com |
| nick.maurice@rabobank.com | nick.wallum@citi.com |
| nick.mchale@seb.co.uk | nick.wallum@jpmorgan.com |
| nick.mcleod-clark@swipartnership.co.uk | nick.waters@axa-im.com |
| nick.millington@swip.com | nick.watterson@dkib.com |
| nick.momyer@theharris.com | nick.webber@moorecap.co.uk |
| nick.moorehead@morgankeegan.com | nick.williams@omam.co.uk |
| nick.murphy@axa-im.com | nick.williams1@mhcb.co.uk |
| nick.murphy@ingim.com | nick.wood@rbccm.com |
| nick.murphy@nl.abnamro.com | nick.woods@morleyfm.com |
| nick.myers@friendsprovident.co.uk | nick.zagoreos@glgpartners.com |
| nick.n.humphrey@si.shell.com | nick@clinton.com |
| nick.nifterick-van@dsm.com | nick@gb.smbcgroup.com |
| nick.nubino@daiwausa.com | nick@heliosgr.com |
| nick.osborne@blackrock.com | nick@ikosam.com |
| nick.owen@swipartnership.co.uk | nick_anisimov@scudder.com |
| nick.parkhouse@barclayscapital.com | nick_chan@scotiacapital.com |
| nick.pastushan@gecas.com | nick_chen@capgroup.com |
| nick.pierce@barclaysglobal.com | nick_clay@newton.co.uk |
| nick.procter@jpmorgan.com | nick_coats@blackrock.com |
| nick.raich@nationalcity.com | nick_dymond@ntrs.com |
| nick.reber@bwater.com | nick_field@westlb.co.uk |
| nick.reid@japan.gartmore.com | nick_kibblewhite@scotiacapital.com |
| nick.ridgewell@morleyfm.com | nick_kiritz@fanniemae.com |
| nick.rinaldi@phxinv.com | nick_little@blackrock.com |
| nick.ritter@moorecap.co.uk | nick_markus@em.fcnbd.com |
| nick.robinson@nationwide.com | nick_moakes@blackrock.com |
| nick.s.davis@chase.com | nick_moss@newton.co.uk |
| nick.s@gordian.co.uk | nick_turner@ldn.invesco.com |
| nick.saager@vontobel.ch | nick_welsh@troweprice.com |
| nick.sarchese@shenkmancapital.com | nick_white@aimfunds.com |
| nick.smyth@rbnz.govt.nz | nickcollier@hsbc.com |
| nick.sofocleous@threadneedle.co.uk | nickdefino@northwesternmutual.com |
| nick.spiezio@ingfunds.com | nickeel.shah@alliancebernstein.com |
| nick.stobart@rbc.com | nickhay@bloomberg.net |
| nick.stukas@citadelgroup.com | nick-hy.wan@aig.com |
| nick.thomas@royalbank.com | nicki.wolfert@weyerhaeuser.com |
| nick.thomas@uk.fid-intl.com | nickie.guidry@ceredexvalue.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nickie.hsu@email.chinatrust.com.tw

nickiw@bgi-group.com

nicko@microsoft.com

nickrja@bloomberg.net

nicky.mccabe@uk.fid-intl.com

nicky.parsons@cba.com.au

nicky.richards@uk.fid-intl.com

nicky.steele@financialandgeneral.com

nickymorgan@gic.com.sg

nicla@danskebank.dk

niclas.lennartsson@swedbank.com

nico.baader@ubs.com

nico.cacciabue@arnerbank.ch

nico.demuijnck@dexia.be

nico.rieske@dsm.com

nico.scheller@cominvest.de

nico.vanhiel@fortisbank.com

nicola.ardley@morganstanley.com

nicola.ballabio@credit-suisse.com

nicola.bates@siemens.com

nicola.bauzone@jpmorgan.com

nicola.bonelli@morganstanley.com

nicola.bravetti@arnerbank.ch

nicola.brown@aegon.co.uk

nicola.carcano@bsibank.com

nicola.chambers@uk.tesco.com

nicola.ciurlino@interbanca.it

nicola.conroy@pioneeraltinvest.com

nicola.cosola@bapr.it

nicola.cummins@depfa.com

nicola.danese@jpmorgan.com

nicola.donnelly@flemings.com

nicola.dowdall@ilim.com

nicola.egan@framlington.co.uk

nicola.elshaw@bnpparibas.com

nicola.farina@capitali-am.com

nicola.ferrari@ubm.it

nicola.g@gordian.co.uk

nicola.germano@bnpparibas.com

nicola.gildersleve@fandc.com

nicola.hahn@lbbw.de

nicola.hinton@ubs.com

nicola.ingram@uk.fid-intl.com

nicola.kampen@kfw.de

nicola.lafranchi@corner.ch

nicola.maino@eurosgr.it

nicola.maitre@lodh.com

nicola.marelli@bsibank.com

nicola.mckenzie@aberdeen-asset.com

nicola.morgan@fortisinvestments.com

nicola.muirhead@blackrock.com

nicola.nole@credit-suisse.com

nicola.pochettino@ubm.it

nicola.rieger@dghyp.de

nicola.romito@mpsgr.it

nicola.scampoli@swarovski.com

nicola.senni@arnerbank.ch

nicola.stafford@uk.fid-intl.com

nicola.stead@bankofengland.co.uk

nicola.tamburini@bsibank.com

nicola.thomas@glgpartners.com

nicola.toffolatti@autogrill.net

nicola.tommasini@gestielle.it

nicola.vannucchi@mediobanca.it

nicola.versi@bsibank.com

nicola.walker@db.com

nicola.wilds@morganstanley.com

nicola.williams@fortisinvestments.com

nicola.wimpory@aberdeen-asset.com

nicola_spicer@notes.ntrs.com

nicola2.murphy@hsbcib.com

nicolaas.alberts@investecmail.com

nicolaas.marais@barclaysglobal.com

nicolai.schill@bw-bank.de

nicolal@microsoft.com

nicolamorgan@gic.com.sg

nicolan@ecugest.com

nicolao@scm-lp.com

nicolaos.koulioumba@spinnakercapital.com

nicolas.badre@saint-gobain.com

nicolas.besson@lodh.com

nicolas.beyaert@lodh.com

nicolas.blanc@bnpparibas.com

nicolas.blanchard@hvb.de

nicolas.blatti@credit-suisse.com

nicolas.boccabella@ubsw.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nicolas.bonheure@belgacom.be | nicolas.muller@sgam.com |
| nicolas.boudreau@kofc.org | nicolas.natsis@commerzbank.com |
| nicolas.boutar@bnpparibas.com | nicolas.neurdin@bnpparibas.com |
| nicolas.bumann@uk.fid-intl.com | nicolas.pelletier@tcw.com |
| nicolas.burki@bcv.ch | nicolas.pellicer@credit-suisse.com |
| nicolas.caplain@labanquepostale-am.fr | nicolas.pernet@apicil.com |
| nicolas.caron@ge.com | nicolas.perot@sncf.fr |
| nicolas.carroz@rothschildbank.com | nicolas.polliand@hsbcpb.com |
| nicolas.catin@fortis.com | nicolas.porchet@zkb.ch |
| nicolas.chaput@bnpparibas.com | nicolas.prost@lodh.com |
| nicolas.chavanne@towerbrook.com | nicolas.queme@blb.de |
| nicolas.christmann@degroof.lu | nicolas.renvoize@clamericas.com |
| nicolas.cleris@dexia-am.com | nicolas.robertson@db.com |
| nicolas.coffe@petercam.be | nicolas.rutsaert@dexia-am.com |
| nicolas.commerot@socgen.com | nicolas.ruzicic@lodh.com |
| nicolas.cremieux@dexia-am.com | nicolas.samaran@commerzbankib.com |
| nicolas.dechamps@seb.se | nicolas.schlotthauer@db.com |
| nicolas.deskowronski@juliusbaer.com | nicolas.simon@caam-re.com |
| nicolas.di.maggio@bcv.ch | nicolas.simon@dexia.be |
| nicolas.dufourcq@francetelecom.fr | nicolas.tissot@bcv.ch |
| nicolas.dujols@caam.com | nicolas.truong@sgcib.com |
| nicolas.gagnerie@morganstanley.com | nicolas.w.roth@aexp.com |
| nicolas.gaultier@bnpparibas.com | nicolas.walewski@caam.com |
| nicolas.gazin@bnpparibas.com | nicolas.woodcock@uk.fid-intl.com |
| nicolas.gomart@dexiamfr-dexia.com | nicolas.zerbib@nyc.nxbp.com |
| nicolas.gonzalezr@grupobbva.com | nicolas_joonekindt@par.invesco.com |
| nicolas.grondin@caam.com | nicolasbader@gic.com.sg |
| nicolas.guyon-gellin@sgam.com | nicolas-t.robin@barep.com |
| nicolas.hernout@drkw.com | nicolau.arbex@bcb.gov.br |
| nicolas.huber@dws.de | nicolaus.hagleitner@rzb.at |
| nicolas.janvier@columbiamanagement.com | nicole.aeschlimann@csfides.ch |
| nicolas.johnson@cpr-am.fr | nicole.boehringer@helaba.de |
| nicolas.jugniot@cfm.mc | nicole.borovicka@citadelgroup.com |
| nicolas.kanaris@banca.mps.it | nicole.braendle@snb.ch |
| nicolas.kopitsis@mbczh.ch | nicole.campbell@instinet.com |
| nicolas.malka@socgen.com | nicole.cash@wpginvest.com |
| nicolas.mange@mbczh.ch | nicole.d.fazio@jpmorgan.com |
| nicolas.merindol@cnce.caisse-epargne.fr | nicole.deblase@mercantile.com |
| nicolas.merzeau@shell.com | nicole.decker@ubs.com |
| nicolas.monnier@cnp.fr | nicole.dehaan@lampebank.de |
| nicolas.moreau@axa-im.com | nicole.demaeghdt@agf.be |
| nicolas.moulonguet@sgcib.com | nicole.eccleston@prudential.com |
| nicolas.mueller@rmf.ch | nicole.esposito@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| nicole.everett@blackrock.com | nicole.young@db.com |
| nicole.felter@huntington.com | nicole.zorn@dzbank.de |
| nicole.giufurta@moorecap.com | nicole@chandlerasset.com |
| nicole.habegger@credit-suisse.com | nicole@maybank.com.hk |
| nicole.henning@db.com | nicole_auffrey@putnam.com |
| nicole.herold@gehe.de | nicole_ledoux@putnam.com |
| nicole.im@db.com | nicole_m_martin@vanguard.com |
| nicole.john@dghyp.de | nicole_miritello@invesco.com |
| nicole.k.malina@jpmorgan.com | nicole_perret-gentil@freddiemac.com |
| nicole.kalb@dgz-dekabank.de | nicole_r_brady@fanniemae.com |
| nicole.kidder@ppmamerica.com | nicole_van_schie@deltalloyd.nl |
| nicole.lawrence@ppmamerica.com | nicolephua@gic.com.sg |
| nicole.leblang@db.com | nicoles@ruanecunniff.com |
| nicole.lemmo@aig.com | nicoletta.carlomagno@dws.com |
| nicole.m.melwood@jpmorgan.com | nicoletta.commellato@db.com |
| nicole.mardell@morleyfm.com | nicoletta.damia@gnf.it |
| nicole.meister@pncbank.com | nicoletta.garola@bancaprofilo.it |
| nicole.mildenberger-honel@helaba.de | nicoletta.geremia@banca.mps.it |
| nicole.mitchell@americas.bnpparibas.com | nicoletta.zangrandi@mpsgr.it |
| nicole.montoya@axa-im.com | nicoletta_krause@trinkaus.de |
| nicole.niedermeier@telekom.de | nicoll@bernstein.com |
| nicole.o'connell@columbiamanagement.com | nicollsi@cba.com.au |
| nicole.p.bermensolo@jpmorgan.com | nicolo.bocchin@gestielle.it |
| nicole.pahlke@hsh-nordbank.com | nicolo.braendli@bancaakros.it |
| nicole.papassavvas@de.rcm.com | nicolo.foscari@csam.com |
| nicole.payne@advest.com | nicolo'.mattana@sella.it |
| nicole.randle@edwardjones.com | nicolo.nunziata@bancaprofilo.it |
| nicole.rhodes@credit-suisse.com | nicolo.pessina@mediobanca.it |
| nicole.rosenwinkel@edwardjones.com | nicolson@adelphi-capital.com |
| nicole.ruddock@citadelgroup.com | nicomancini@bloomberg.net |
| nicole.s.guest@bankofamerica.com | niculin.camenisch@sarasin.ch |
| nicole.saulet@tcw.com | nicwilliams3@bloomberg.net |
| nicole.scherrer@bis.org | nid.tu@adia.ae |
| nicole.schleuniger@claridenleu.com | nide@nochubank.or.jp |
| nicole.seed@uk.abnamro.com | nidhi.bhatia@allstate.com |
| nicole.seiler@ch.abb.com | nidhi.gupta@citadelgroup.com |
| nicole.suter@cbve.com | nidhi.gupta@fmr.com |
| nicole.thie@db.com | nidia_murhib_bce@cajarural.com |
| nicole.tranmer@barclaysglobal.com | niek.allon@nibc.com |
| nicole.valentini@group.novartis.com | niel.sutherland@scotiishwidows.com |
| nicole.vettise@jpmorganfleming.com | niele.bindoo@fmr.com |
| nicole.wiley@morganstanley.com | niels.andersson@qnb.com.qa |
| nicole.winkler@dzbank.de | niels.christensen@nordea.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

niels.degraaff@sns.nl
niels.johnson@barclaysglobal.com
niels.juhl.christensen@nordea.com
niels.kortleve@pggm.nl
niels.kylstra@ingim.com
niels.lorentz@seb.se
niels.mejer@nordea.com
niels.mogensen@bankgesellschaft.de
niels.oostenbrug@mn-services.nl
niels.pryts@amagerbanken.dk
niels.ulrik.mousten@seb.se
niels_slikker@swissre.com
nielsen@us.ibm.com
nielsend@deshaw.com
nife01@handelsbanken.se
nifei@temasek.com.sg
nigauri@daiwasbi.co.jp
nigel.arthur@jpmorgan.com
nigel.atha@citigroup.com
nigel.barrett@lazard.com
nigel.barter@ubs.com
nigel.bazely@nationwide.co.uk
nigel.brown@hsbchalbis.com
nigel.chapman@citicorp.com
nigel.chapman@db.com
nigel.clarke@uk.abnamro.com
nigel.coleman@credit-suisse.com
nigel.coleman@ubs.com
nigel.croke@amphenderson.co.nz
nigel.davies@tilney.com
nigel.de.jong@europe.hypovereinsbank.com
nigel.dooley@csam.com
nigel.drake@blackrock.com
nigel.foster@blackrock.com
nigel.hankin@investecmail.com
nigel.hayes@norwich-union-life.co.uk
nigel.holland@lgim.co.uk
nigel.holt2@lloydstsb.co.uk
nigel.houghton@ge.com
nigel.j.rayment@jpmorgan.com
nigel.jenkinson@bankofengland.co.uk
nigel.kennett@gartmore.com
nigel.kiernan@uk.fid-intl.com

nigel.lanning@uk.rcm.com
nigel.manning@jpmprganfleming.com
nigel.margetson@hsbcpb.com
nigel.may@mondrian.com
nigel.murtagh@schwab.com
nigel.palmer@mhcb.co.uk
nigel.pullen-warner@insightinvestment.com
nigel.sedgwick@aon.co.uk
nigel.smith@london.entoil.com
nigel.taylor@ubs.com
nigel.tyler@dresdner-bank.com
nigel.tyler@gibuk.com
nigel.walshe@lloydstsb.co.uk
nigel@sgi.com
nigel_denison@westlb.co.uk
nigel_foo@ssga.com
nigel_ridge@blackrock.com
nigel_scott.cook@pharma.novartis.com
nigel_tupper@blackrock.com
nigelr@bloomberg.net
nigro.leonardo@enel.it
nihal.manamperi@unb.ae
nihan@danskecapital.com
nihe03@handelsbanken.se
nihir.shah@tcw.com
niimi02814@nissay.co.jp
niina.bergring@keva.fi
nija02@handelsbanken.se
nije@bloomberg.net
nijun@sh.icbc.com.cn
nik.hart@aberdeen-asset.com
nik.persic@csam.com
nik.wislang@glgpartners.com
nikesh.sawjani@lloydstsb.co.uk
nikeshea_spears@fanniemae.com
nikhil.gupta@citadelgroup.com
nikhil.shah@bankofamerica.com
nikhil.uppal@blackrock.com
niki.d@daiwa-am.co.jp
niki.sutton@rothschild.co.uk
nikiforos.vidalis@ecb.int
nikita.turik@citadelgroup.com
nikki.a.snyder@usa.dupont.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nikki.blues@swippartnership.co.uk
nikki.kerridge@uk.fin-intl.com
nikki.lance@gmacrfc.com
nikki@swedbank.com
nikkybeatty@bankofny.com
niklas.bergstrom@alfredberg.se
niklas.frost@manticore.se
niklas.hallberg@klp.no
niklas.hoglund@dnb.se
niklas.jarl@electrolux.se
niklas.johansson@skandia.se
niklas.larsson@swedbankrobur.se
niklas.lindberg@nordea.com
niklas.lundquist@dnbnor.com
niklas.palm@folksam.se
niklas.seifert@dws.com
niklas.von.daehne@morganstanley.com
niklas_mioen@ml.com
niklaus.germann@mgb.ch
niklaus.wernli@credit-suisse.com
niklaus.zyndel@ubs.com
niko@ellington.com
nikol.c.miller@jpmorgan.com
nikola.ivanov@prudential.com
nikola.legetic@eagleasset.com
nikolai.dimitrov@morganstanley.com
nikolai.nashamkin@dnb.no
nikolai.ulrich@hsh-nordbank.com
nikolaos.argiriou@jpmorgan.com
nikolaos.koukiasas@tdsecurities.com
nikolas.besemer@ba-ca.com
nikolas.kreuz@hsh-nordbank.com
nikolas.tsioullis@dzbank.de
nikolaus.cichy@rzb.at
nikolaus.junk@reuschel.com
nikolaus.poehlmann@dws.de
nikolaus.schaefer@credit-suisse.com
nikolaus.sillem@gz-bank.de
nikolaus.stetter@ksk-bc.de
nikolaus.wolfmeyer@lbb.de
nikolay.sysuev@threadneedle.co.uk
nikolay@ellington.com
nikos.ermorfopoulos@aig.com

nikos.evmorfopoulos@aig.com
nikos.pollakis@juliusbaer.com
nikos.theocharopoulos@gs.com
nikos.vasilakos@columbiamanagement.com
nikos@hbk.com
nik-rizal.kamil@shell.com
nil.barari@barclaysglobal.com
nilakshi.ambekar@alliancebernstein.com
nilesh.paranjape@t-systems.com
nilla.skallstrom@swedbank.com
nilnevik@stanford.edu
nils.anderson@carlsberg.com
nils.bantleon@sparkasse-koelnbonn.de
nils.becker@westlbpanmure.com
nils.ernst@db.com
nils.gunnar.brattlie@dnb.no
nils.jungbacke@sinopia-group.com
nils.lorenzen@abnamro.com
nils.ossenbrink@sarasin.ch
nils.paellmann@usa.telekom.de
nils.rask@ubs.com
nils.stoerling@postbank.de
nils.thewes@db.com
nils.tuchschmid@bcv.ch
nils.weber@ib.bankgesellschaft.de
nils.wittenhagen@db.com
nils_mellquist@acml.com
nilsa.vazquez@stephens.com
nilsn@capraasset.com
nilson@dynexcapital.com
nima.habibollahi@caam.com
nima.habibulahi@caam.com
nima.pirzadeh@bankofamerica.com
nima.tayebi@aberdeen-asset.com
nimish_patel@ntrs.com
nimit_sharma@fanniemae.com
nimmie.eeson@gs.com
nimrit.k.kang@usa.dupont.com
nina.baernthaler@omv.com
nina.borowczak@ubs.com
nina.hodzic@ingim.com
nina.hodzig@ingim.com
nina.khromova@xlgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| nina.kleinbongartz@citigroup.com | nisha.lakhani@gs.com |
| nina.knecht@dws.de | nisha.m.patel@prudential.com |
| nina.kupferschmied@cbve.com | nisha.puthur@fhlb-pgh.com |
| nina.mahdavi@bnpparibas.com | nishant.upadhyay@pimco.com |
| nina.myers@nationalcity.com | nishant_pathela@countrywide.com |
| nina.ross@sgcib.com | nishesh.kumar@jpmorgan.com |
| nina.ruethel@dws.de | nishi.naoto@kokusai-am.co.jp |
| nina.saglimbeni@lazard.com | nishi020727@sanyo.co.jp |
| nina.sokolovski@helaba-invest.de | nishida@sumitomotrust.co.jp |
| nina_bainbridge@bat.com | nishikawa@shizuokabkny.com |
| nina_jones@troweprice.com | nishimiya.koh@sumitomo-rd.co.jp |
| nina_tannebaum@acml.com | nishimoto@daiwa-am.co.jp |
| nina_tao@invesco.com | nishimoto@daiwasbi.co.jp |
| nina_topham@troweprice.com | nishimura@daiwasbi.co.jp |
| ninaas@bok.or.kr | nishimuta8108@intra.cosmo-sec.co.jp |
| ninafeng@cathaylife.com.tw | nishino@daiwasbi.co.jp |
| nina-maria.uhle-fall@deka.de | nishinon@bloomberg.net |
| ning.ren@icbc.com.cm | nishio@dlusa.com |
| ning.sun@columbiamanagement.com | nishio462@dl.dai-ichi-life.co.jp |
| ningsu.chan@jpmorgan.com | nishioka.minoru@daido-life.co.jp |
| nini@megabank.com.tw | nishisako-0b8h@jp.nomura.com |
| nino.mancini@ersel.it | nishish.doshi@uobgroup.com |
| nino.vonfinck@hafm.de | nishit.shah@sgam.co.uk |
| ninocarlo.flueckiger@credit-suisse.com | nishizaki@nam.co.jp |
| ninoska.mack@tt.rbtt.com | nissan@mizrahi.co.il |
| ninou@sin.is-ja.jp | nissani.n@fibi.co.il |
| nio@tokyotrust.co.jp | nissotti_montano@jpmorgan.com |
| niola.a.santana@jpmorgan.com | nita.brown@kodak.com |
| nippi.kochhar@ch.abnamro.com | nita.patel@alliancebernstein.com |
| nirajpshah@bloomberg.net | nita.pattni@gartmore.com |
| niranjan.x.aiyagari@jpmorgan.com | nita@tepco.co.jp |
| nirashiny@bnm.gov.my | nita_studen_kiliaan@deltalloyd.nl |
| nirav.parikh@tcw.com | nitamizu@bloomberg.net |
| nirdo@clal-ins.co.il | nitanai@daiwa-am.co.jp |
| nirgiannakis.k@emporiki.gr | nitesh.agarwal@ubs.com |
| nirka.osio@hsbcpb.com | niti.jain@be.gm.com |
| nirlep.sandhu@euro-vl.com | nitin.bajaj@uk.fid-intl.com |
| nirvana@bok.or.kr | nitin.bhambhani@jpmorgan.com |
| nischal.pai@columbiamanagement.com | nitin.bhat@morganstanley.com |
| nisha.bilkhu@gartmore.com | nitin.phase@abnamro.com |
| nisha.chengappa@nordlb.com | nitin.somani@novartis.com |
| nisha.goriah@innocap.com | nitin.vaidya@aiminvestments.com |
| nisha.khiroya@lgim.co.uk | nitin_doke@calpers.ca.gov |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| nitinj@princeton.edu | nkkawa@dl.dai-ichi-life.co.jp |
| nitish.patel@ubs.com | nkkim@kdb.co.kr |
| nitish.patel@ubs-oconnor.com | nklau@mas.gov.sg |
| nitta.r@daiwa-am.co.jp | nklein@templeton.com |
| nitza.berkowitz@db.com | nkofman@wellington.com |
| nivritt_bonarji@freddiemac.com | nkojima2@sompo-japan.co.jp |
| niwa@nam.co.jp | nkornitzer@buffalofunds.com |
| niwamatsu@bloomberg.net | nkotkovs@cisco.com |
| niwashita@daiwasbi.co.jp | nkotsonis@opers.org |
| nixon.mak@aig.com | nkotwal@glic.com |
| nixon@moorecap.com | nkrantz@pernod-ricard.fr |
| nizam.broachi@bd.com | n-kudou@taiyo-seimei.co.jp |
| n-izumida@nissay.co.jp | nkuhlkin@jennison.com |
| nj0167858215@hotmail.com | nkurita@penncapital.com |
| njawale@tiaa-cref.org | nkwok@hcmlp.com |
| njayanty@tiaa-cref.org | nla@dodgeandcox.com |
| njfox@elas.co.uk | nla@topdanmark.dk |
| njhangiani@juliusbaer.com | nlafhel@bankofcanada.ca |
| njhwang01@hanmail.net | nlai@omega-advisors.com |
| njiang@worldbank.org | nlaidlaw@bankofny.com |
| njiauwclnurdin@ocbc.com | nlalman@jennison.com |
| njjones16@bloomberg.net | nlalvani@delinvest.com |
| njoss@aegonusa.com | nlamotte@halcyonllc.com |
| njwatson@stpaultravelers.com | nlandell-mills@uss.co.uk |
| njz3@cornell.edu | nlang@wrberkley.com |
| nk@bearbull.ch | nlangan@hbk.com |
| nka@danskebank.dk | nlarrabee@nacm.com |
| nkamruddin@wasatchadvisors.com | nlatrenta@metlife.com |
| nkane@bankofny.com | nlaurin@bcbsm.com |
| nkangpan@aegonusa.com | nlayzer@smithbreeden.com |
| nkapoor@lehman.com | nle@eatonvance.com |
| n-katayama@ikedabank.co.jp | nle@ubp.ch |
| nkato@kokusai-am.co.jp | nlecor@fhlbsea.com |
| n-kawamura@meijiyasuda.co.jp | nlee@bechtel.com |
| nkehm@federatedinv.com | nlefort@molex.com |
| nkelly@securities.co.uk | nlenicheck@jhancock.com |
| nkelly@sunamerica.com | nlg4@georgetown.edu |
| nkhoda@wharton.upenn.edu | nliang@aegonusa.com |
| nkhosla@westernasset.com | nlieu@westernasset.com |
| nkim@kkb.kz | nlirette@wellington.com |
| nkimmel@bloomberg.net | nll@capgroup.com |
| nkinas7@bloomberg.net | nllave@adb.org |
| nkissack@uss.co.uk | nln@bankinvest.dk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nlosek@websterbank.com
nlosey@hcmlp.com
nlouie@vegapartners.com
nlovatt@scottishlife.co.uk
nlowe@edc-see.ca
nluccioni@bloomberg.net
nlynch@londonstockexchange.com
nm22@ntrs.com
nm86@cornell.edu
nma@ubp.ch
nmadsen@aegonusa.com
nmagendie@cicparis.com
nmaher@loomissayles.com
nmahurkar@pictet.com
nmak@jhancock.com
nmandery@ci.chula-vista.ca.us
nmanelkar@metlife.com
nmanolakakis@alliancebernstein.com
nmanon@ahorrocorporacion.com
nmarais@worldbank.org
nmarchesii@creberg.it
nmarchetta@perrycap.com
nmarchetti@websterbank.com
nmarzella@caxton.com
nmasding@firststate.co.uk
nmassa@jhancock.com
nmatsuda@dl.dai-ichi-life.co.jp
nmatsui@westernasset.co.uk
n-matsunaga@yasuda-life.co.jp
nmayhew@dahsing.com
nmb@kpc.com.kw
nmccarthy@ofiinstitutional.com
nmccormack@loomissayles.com
nmcdermott@firststate.co.uk
nmcfadden@pughcapital.com
nmcfarland@russell.com
nmchoumenkovitch@wellington.com
nmcintosh@waddell.com
nmckenzie@worldbank.org
nmclouglin@adic.co.ae
nmeek2@bloomberg.net
nmegli@allegiancecapital.com
nmeinertzhagen@newstaram.com

nmelendez@lordabbett.com
nmerritt@tiaa-cref.org
nmeserve@hcmlp.com
nmessing@unigestion.com
nmetz@federatedinv.com
nmiller@nationalwesternlife.com
nminami@ifc.org
n-miyata@yasuda-life.co.jp
nmiyawaki@ftci.com
nmjackman@wellington.com
nml2@ntrs.com
nmlam@wellington.com
nmohandas@sisucapital.com
nmonoyios@oppenheimerfunds.com
nmoran@sfdrill.com
nmorillo@mfs.com
nmr@dodgeandcox.com
nmuellerhand@metlife.com
nmunir@metlife.com
nmurakami3@sompo-japan.co.jp
nmustoe@pictet.com
nmv@bankinvest.dk
nmw@capgroup.com
nn@db.com
n-nakahara@nochubank.or.jp
nnakano@tiaa-cref.org
n-nanchi@ikedabank.co.jp
nnavari@federatedinv.com
nndare@statestreet.com
nneang@sinopia.fr
nnejame@nevrodie.com
nnena.nkongho@uk.fid-intl.com
nnewton@waddell.com
nng@spt.com
nnitisusanta@wellington.com
nnoriega@ftci.com
noah.kauffman@tcw.com
noah.lerner@hartzmountain.com
noah.millman@kbcfp.com
noah.monsen@thrivent.com
noah.petrucci@columbiamanagement.com
noah.solomon@gs.com
noah.wise@wellsfargo.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

noah.yechiely@bwater.com
noal.goldfarb@mackayshields.com
noam_lefkovitz@acml.com
noamb@migdal-group.co.il
nobel.kamberi@prudential.com
noble.jp@dreyfus.com
noboru.ichikura@ims.jti.co.jp
noboru_hayakawa@tr.mufg.jp
nobrien@westpac.com.au
nob-shimizu@ufjtrustbank.co.jp
nobuaki.miyatake@morganstanley.com
nobuaki.murayama@uk.kokusai-am.co.jp
nobuaki.omura@daiwasmbc.co.uk
nobuaki.tanabe@bankofamerica.com
nobufusa.nabeshima@baring-asset.com
nobuhiko.nagumo@nttl.co.jp
nobuhiko_mitake@mitsubishi-trust.co.jp
nobuhiro_morita@ub.smbc.co.jp
nobuhiro-aikawa@gm.shokochukin.go.jp
nobuhisaa@iadb.org
nobuho.nanjo@uk.mufg.jp
nobukazu.ono@boj.or.jp
nobuki.takeya@shinseibank.com
nobuki_yasuda@am.sumitomolife.co.jp
nobuo.inukai@mizuho-cb.co.jp
nobuo_anzai@tr.mufg.jp
nobuo_kawamura@am.sumitomolife.co.jp
nobushige.imai@ibjbank.co.jp
nobusige_tanaka@am.sumitomolife.co.jp
nobutaka.kitajima@nomura-asset.co.uk
nobuya.nemoto@westernasset.com
nobuyuki.ohyama@eig2.ho.dkb.co.jp
nobuyuki.sato@gb.smbcgroup.com
nobuyuki.sekioka@axa.co.jp
nobuyuki.takei@shinseibank.com
nobuyuki_kawabata@smbcgroup.com
nobuyuki1_takeuchi@tr.mufg.jp
nobuyuki-kobayashi@am.mufg.jp
noconnor@westpac.com.au
nod008@bloomberg.net
noeamilsupplied@kas.com
noel.craven@claridenleu.com
noel.forgeard@airbus.fr

noel.heavey@clinton.com
noel.johnson@fmr.com
noel.keegan@pioneerinvest.ie
noel.pawlak@harrisbank.com
noel.purcell@mizuhocbus.com
noel.yi@pimco.com
noel@ardsley.com
noel_heavey@ml.com
noel_montaigue@blackrock.com
noelf@wellington.com
noeline@gruss.co.uk
noelle.lohmeyer@prudential.com
noelle_chara.siompotis@morganstanley.com
noelp@pfm.com
noemail@donotsend.com
noemail@email.com
noemail@lazard.fr
no-email@lehman.com
noemi.osio@intesasanpaolo.co.uk
noemi.oslo@bancaintesa.co.uk
noemie.hadjadj@cpr-am.fr
noga.david@principal.com
nogrady@hcmny.com
noguchi17817@nissay.co.jp
noha.negm@prudential.com
noh-joon.choo@lazard.com
noikokyrakisie@yahoo.com
noki-b4940059@jp.nomura.com
no-kosaka@ja-kyosai.or.jp
nokusawa@us.tr.mufg.jp
nolan.taylor@moorecap.com
nolan.toy@sscims.com
nolan.wapenaar@db.com
nolan_wood@nacm.com
nolapel@paragonassociates.net
nolke.posthuma@mn-services.nl
nolld@stifel.com
nolson@websterbank.com
nolwenn.leroux@caam.com
nolwenn.leroux@ca-assetmanagement.fr
noman_ali@mfcinvestments.com
nomura.kan@hk.nomura.com
nomura@nam.co.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| nomura147@dl.dai-ichi-life.co.jp | norbert.wieneke@ib.bankgesellschaft.de |
| nonado@cyrilfinance.com | norbert_doerr@westlb.de |
| none@none.com | norberto_zaiet@westlb.com |
| nong1@bloomberg.net | nordea@comcast.net |
| noonem@tcwgroup.com | nordine.ouchelli@cpr-am.fr |
| noorb@kia.gov.kw | nordlblux1@bloomberg.net |
| noorsurainah.tengah@bia.com.bn | noreen.annal@huntington.com |
| noorul.julaihi@bia.com.bn | noreen.cahalan@alliancebernstein.com |
| nooza@bloomberg.net | noreen.griffin@morganstanley.com |
| noppuny@bot.or.th | noreen.reilly@prudential.com |
| nora.creedon@fmr.com | nori.funaki@pimco.com |
| nora.heaton@db.com | noriaki.nakashima@mizuho-cb.co.jp |
| nora.thoden@jpmorgan.com | noriaki_matsui@blackrock.com |
| nora.zamit@axa-im.com | norifumi.kikuchi@mizuho-cb.co.jp |
| norah.mccann@dzbank.de | norihiko.ishihara@gs.com |
| norah.walsh@citigroup.com | norihiko_kawachi@mitsubishi-trust.co.jp |
| norai@bloomberg.net | norihiko-nakagawa@mitsubishi-am.co.jp |
| norainiismail@gic.com.sg | norihiro-aonuma@am.mufg.jp |
| norasalleh@bnm.gov.my | norihiro-takada@am.mufg.jp |
| norbert.auer@db.com | noriko.ando@ibjbank.co.jp |
| norbert.bornefeld@lampebank.de | noriko.kuroki@jpmorgan.com |
| norbert.both@saarlb.de | noriko_horie@ho.rokinbank.or.jp |
| norbert.braems@oppenheim.de | noriko_kitamura@mitsubishi-trust.co.jp |
| norbert.braeuer@helaba.de | norio.nakajima@mizuho-cb.co.jp |
| norbert.brestel@schroders.com | norio_kisimoto@am.sumitomolife.co.jp |
| norbert.faget@aam.de | norisato@nochubank.or.jp |
| norbert.faller@union-investment.de | noritomo.nomoto@partners.co.jp |
| norbert.frei@ampegagerling.de | noriyoshi_yamaguchi@mitsubishi-trust.co.jp |
| norbert.fuehrer@dekabank.de | noriyuki.arai@ubs.com |
| norbert.heider@pioneerinvestments.com | noriyuki.kyono@ufj-partners.co.jp |
| norbert.hirschberg@bw-bank.de | noriyuki_okamoto@tr.mufg.jp |
| norbert.janisch@rcm.at | noriyuki-harada@nochubank.or.jp |
| norbert.kaldun@dit.de | norlinda@mas.gov.sg |
| norbert.metz@lehman.com | norm.judd@sterlingsavings.com |
| norbert.noser@vpbank.com | norm.phillips@lyondellbasell.com |
| norbert.ruecker@juliusbaer.com | norm_boucher@putnam.com |
| norbert.schley@sebam.de | norma.harvey@state.or.us |
| norbert.schraad@helaba.de | normakt@ebrd.com |
| norbert.stahl@credit-suisse.com | norman.dalgleish@aegon.co.uk |
| norbert.strozynski@lbbw.de | norman.fidel@alliancebernstein.com |
| norbert.tolksdorf@oppenheim.de | norman.lee@barclaysglobal.com |
| norbert.vandecan@nbb.be | norman.leung@oliverwyman.com |
| norbert.vock@ui-gmbh.de | norman.lind@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| norman.lins@dgpanagora.de | npatel@mdsass.com |
| norman.lovitch@bankofamerica.com | npaul@bloomberg.net |
| norman.nelson@raymondjames.com | npauwels@vcallc.com |
| norman.raschkowan@standardlife.ca | npavlidis@bloomberg.net |
| norman.strobl@omv.com | npearson@standishmellon.com |
| norman.wukm@uobgroup.com | npegoraro@bloomberg.net |
| norman@rentec.com | npenwell@stifel.com |
| norman_combest@invesco.com | npeplins@allstate.com |
| norman_last@scotiacapital.com | npereira@princeton.edu |
| normancheong@dbs.com | nperetz@the-ark.com |
| normand.allaire@bgpi.com | npersoo@mdsass.com |
| normand.desrosiers@columbiamanagement.com | npetrakov@lordabett.com |
| normanm@bloomberg.net | npetrie@allstate.com |
| normen.fritz@union-investment.de | nphare@hourglasscapital.com |
| normkurland@att.net | npharrel@gapac.com |
| norris@fergwell.com | npicard@cpr-am.fr |
| norris@nytimes.com | npilcher@russell.com |
| norrisha@bloomberg.net | npilgrim@bloomberg.net |
| north_charles@jpmorgan.com | npn@bloomberg.net |
| northc@fhlbsf.com | npo@ubp.ch |
| nortonk@wharton.upenn.edu | npolowchena@us.nomura.com |
| nosbigneb@yahoo.com | nporter@pkb.ch |
| not@available.com | npostyn@bear.com |
| notarok@aetna.com | npovedano@creditandorra.ad |
| nothando.ndebele@gs.com | npradhan@mfs.com |
| notis.mitarachi@uk.fid-intl.com | nprazeres@bloomberg.net |
| noufs@kia.gov.kw | nprecel@umtbusa.com |
| nouri@kpc.com.kw | nprial@essexinvest.com |
| noushin.irani@dws.de | nps@epix.net |
| novacom@lloydadriatico.it | npuetz@bloomberg.net |
| novelli@mpsgr.it | npundavia@wellington.com |
| noventa@capitalgest.it | npurschaker@metzler.com |
| nowers@statoilhydro.com | npytlak@panagora.com |
| noyesj@emigrant.com | nr16@ntrs.com |
| nozaki@nam.co.jp | nrabinowitz@europe-israel.com |
| nozomi.kakinuma@boj.or.jp | nradia@bankofny.com |
| np@capgroup.com | nrahman@aegonusa.com |
| np54@ntrs.com | nramosbe@cajamadrid.es |
| np61@ntrs.com | nramsey@bankofny.com |
| npa.vd.berg@interpolis.nl | nray@tiaa-cref.org |
| nparames@banco-privado.pt | nreeves@thamesriver.co.uk |
| nparliaris@alpha.gr | nrenie@templeton.com |
| nparnell@fhlbdm.com | nreynol@mail.arco.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nreynolds@watrust.com

nrgutierrez@iid.com

nrhodes@oppenheimerfunds.com

nribaslequerica@lmus.leggmason.com

nrjwfg@visi.com

nroberson@bloomberg.net

nroberts@loomissayles.com

nroberts@metlife.com

nroccano@farmcredit-ffcb.com

nrodgers@alphacapinc.com

nrodriquez@dhja.com

nrogers@standishmellon.com

nrollins@stephens.com

nrosenzweig@bear.com

nrossano@bci.it

nrubinstein@jennison.com

nrumpf@mfs.com

nrupesh.mastakar@ch.abb.com

nrusso@caxton.com

nrutkiew@tiaa-cref.org

nrutzell@nabny.com

nryb@uk.tr.mufg.jp

nryder@tiaa-cref.org

ns@capgroup.com

ns@nationalbanken.dk

ns439@cornell.edu

ns532@cornell.edu

nsaffra@btmna.com

nsaffra@us.mufg.jp

nsagnanert@payden-rygel.com

nsaito@hbk.com

n-sakemi@nochubank.or.jp

nsaksena@princeton.edu

nsalgado@msfi.com

nsamsonova@farcap.com

nsamuels@thamesriver.co.uk

nsandler@canyonpartners.com

nsantin@grneam.com

nsax@mt.gov

nsbank@ptd.net

nschmidt@russell.com

nschrems@tjim.com

nschuitmaker@aegon.nl

nschwartz@nytimes.com

nscinto@voyageur.net

nscoleman@glic.com

nscott@smithmgtllc.com

nsdl@capgroup.com

nseltzer@williamblair.com

nsequeira@bloomberg.net

nshah@frk.com

nshah@hbk.com

nshah@lordabbett.com

nshah@templeton.com

nshapiro@mfs.com

nsharif@oaktreecap.com

nsharma@oppenheimerfunds.com

nsharma@standishmellon.com

nsheera@pictet.com

nshenton@fandc.com

nsheridan@newstaram.com

nsherron@caxton.com

nsheth@tiaa-cref.org

nsheth@westernasset.com

nshibata@bloomberg.net

n-shito@bloomberg.net

nsiddiqui@wellington.com

nsiegfried@thamesriver.co.uk

nsimar@bloomberg.net

nsingh@the-ark.com

nsinghal@hbk.com

nslee@hanvitbank.co.kr

nslevy@wellington.com

nsmeaton@scoteq.co.uk

nsmithie@mfs.com

nsmueller@the-ark.com

nsnd@danskebank.dk

nsneddon@martincurrie.com

nsng@mas.gov.sg

nsoderstrom1@bloomberg.net

nsohrabi@fmaadvisors.com

nsomich1@bloomberg.net

nspadafo@sovereignbank.com

nspeicher@hcmlp.com

nspiezio4@bloomberg.net

nstanbridge@pictet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| nstanley@fnni.com | nunomura@daiwa-am.co.jp |
| nstapleton@ti.com | nunu.chen@bwater.com |
| nstasse@metlife.com | nunzio.traballi@mediobanca.it |
| nstroscio@mfs.com | nupton@bloomberg.net |
| nstubel@ustrust.com | nupur.bhargava@ubs.com |
| nstudenroth@deerfieldcapital.com | nurain.mussani@aberdeen-asset.com |
| nstuebe@wdwitter.com | nuray.burnazoglu@finansbank.ch |
| nsulikow@bloomberg.net | nureilen_poulina@petronas.com.my |
| nsumardi@worldbank.org | nuren_geodakov@invesco.com |
| n-suzuki@tmam.co.jp | nuri.goncy@nordea.com |
| nswagers@aegon.nl | nuria.casadohernandez@telefonica.es |
| nt@sitinvest.com | nuria.cervello@caixacatalunya.es |
| nt243@cornell.edu | nuria.roda-aguilera@db.com |
| ntejero@iberia.es | nuria.sanchezdueso@lodh.com |
| ntelesford-siriboe@pbucc.org | nurit.heinsdorf@teva.co.il |
| ntesta@bloomberg.net | nuritk@bll.co.il |
| nthibault@bloomberg.net | nuritl@migdal-group.co.il |
| nthornycroft@fcem.co.uk | nurpinar.caglar@finansbank.com.tr |
| ntimmons@europeancredit.com | nurselin.camlibel@unicreditgroup.de |
| ntooke@eatonvance.com | nusiyama@wellington.com |
| ntoudi.mouyelo@dexia-bil.com | nussdorf@soapstonecapital.com |
| ntrinca@fideuramsgr.it | nusshold@meinlbank.com |
| ntriplett@dumac.duke.edu | nuttl@bot.or.th |
| ntripodes@federatedinv.com | nuwan.x.wijesinghe@jpmorgan.com |
| ntritton@atgsystems.com | nv82@cornell.edu |
| ntruderung@williamblair.com | nveitch@svmonline.com |
| ntshua@westernasset.com | nvenkatesh@worldbank.org |
| ntsi@bloomberg.net | nverman@microsoft.com |
| ntuteja@wellington.com | nvigo@metlife.com |
| ntuteja@wharton.upenn.edu | nvl@dodgeandcox.com |
| nuc@payden-rygel.com | nw@farcap.com |
| nugisid@wooribank.com | nw56@ntrs.com |
| nugzari.jakobishvili@blackrock.com | nwadelton@rcn.com |
| nujchanp@bot.or.th | nwagner@seic.com |
| nuk@capgroup.com | nwaite@westpac.com.au |
| nukui05968@nissay.co.jp | nwakabayashi@bloomberg.net |
| numata@dlusa.com | nwalcott@sierraglobal.com |
| nunnj@anz.com | nwalstrom@voyageur.net |
| nuno.almeidaalves@bcp.pt | nwamai@payden-rygel.com |
| nuno.caetano@morganstanley.com | nwd.tr@adia.ae |
| nuno.costa.antunes@bancobpi.pt | nweiner@blackrock.com |
| nuno.godinho@bsnp.pt | nweiss@qualcomm.com |
| nuno.torcato@finantia.com | nwelch@concordiafunds.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

nwenger@bloomberg.net
nwh@cgii.com
nwiejun@hcmlp.com
nwilkes@bloomberg.net
nwillemsen@dow.com
nwilliams@fultonfinancialadvisors.com
nwilson@senecacapital.com
nwinsen@spfbeheer.nl
nwoutas@nabny.com
nwynn@delinvest.com
nxu@perrycap.com
nyalamanchi@dkpartners.com
nyan@bankofny.com
nyang@caxton.com
nyang8@bloomberg.net
nyaroslavskiy@westernasset.com
nyclivewire@moorecap.com
nyf@bloomberg.net
nyfuturesservice@lehman.com
nyma.hosein@rbc.com
nymorningmail@americancentury.com
nyswap-ops@moorecap.com
nyuba@uk.tr.mufg.jp
nyudell@brownadvisory.com
nz44@cornell.edu
nzarcone@rwbaird.com
nzatlyn@mfs.com
nzdeblick@sarofim.com
nzelizer@princeton.edu
nziegelasch@thamesriver.co.uk
nzimmerman@hollandcap.com
nzk@capgroup.com
o.aeschlimann@iam.ch
o.aki@noemail.com
o.alvarez@westernasset.com
o.bastianelli@kairospartners.com
o.benoist@macsffinance.com
o.brunetti@bpl.gruppobipielle.it
o.carrolaggi@afdb.org
o.daniel@mwam.com
o.david@bloomberg.net
o.eweck@afdb.org
o.hoogeveen@bouwfonds.nl

o.muggli@hsbc.guyerzeller.com
o.nohara@noemail.com
o.nothof@frankfurt-trust.de
o.peters@abp.nl
o.rossini@centrobanca.it
o.s.adebanji@heineken.com
o.seux@lvmh.fr
o.van.thull@robeco.nl
o.zee@vanlanschot.com
o_gugi@bankaudi.ch
o_sakuma@nam.co.jp
oaa@nbim.no
oac1@ntrs.com
oadams1@bloomberg.net
oadespr@aetna.com
oaeschlimann@unigestion.com
oafalase@wellington.com
oalharbi@bloomberg.net
oalquraishi@kio.uk.com
oalsallal@kio.uk.com
oam@candw.ky
oam@columbus.com
oambrosetti@bloomberg.net
oanh.nguyen@asbai.com
oata@firstcarolina.org
oaw@nbim.no
oban.breathnach@barcap.com
obara.masayasu@kokusai-am.co.jp
obarsketis@fmausa.com
obata_hideki@nochubank.or.jp
obbe.kok@ingim.com
obech@unibank.dk
obenz@bellevue.ch
oberdorf@dit.de
obetz@bloomberg.net
obibiano@ofivalmo.fr
obirch@bloomberg.net
oboularand@groupe-ccr.com
obrien.c@mellon.com
obrien.s@mellon.com
o'brien.s@mellon.com
obrien_jack@jpmorgan.com
obrienk@pfm.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| obutt@bloomberg.net | odilo.mandel@bw-bank.de |
| obychuk@oppenheimerfunds.com | o'donnell.ma@mellon.com |
| oc@pallmallpartners.com | odonovan.mary@gene.com |
| ocastelino@hcmlp.com | odorgeval@bft.fr |
| ocf@nbim.no | odriscollg@ufji.com |
| ochaixdelavarene@cicparis.com | oe@daiwa-am.co.jp |
| ochamina@lvmh.fr | oecevit@bloomberg.net |
| ochassea@canal-plus.com | oeij.yuansiang@uobgroup.com |
| ochiai@bloomberg.net | oekambi@ssga.com |
| ochiai@nam.co.jp | oeudes@ofivalmo.fr |
| ochiai_koji@dn.smbc.co.jp | oezcan.dalmis@dzbank.de |
| ochiai_takabumi@ck.smbc.co.jp | oezkan.dogan@oppenheim.de |
| ochiai-08bt@jp.nomura.com | ofa.eu@adia.ae |
| ochida@dl.dai-ichi-life.co.jp | ofavell@bloomberg.net |
| ochng@steinroe.com | ofer@ibi.co.il |
| ochsners@bloomberg.net | oferhi@bll.co.il |
| ockerhausen@bloomberg.net | oferial@cdcixis-cm.com |
| oclementin@bloomberg.net | ofern@bll.co.il |
| ocoll@groupama-am.fr | ofinnigan@paychex.com |
| ocon@bloomberg.net | oflynnan@cba.com.au |
| oconnell.km@tbcam.com | ofmiller@us.ibm.com |
| oconnor.j@dreyfus.com | ofouchet1@bloomberg.net |
| oconnor_sandra@jpmorgan.com | ofredon@bloomberg.net |
| oconnorj@adpomr.com | ofrolova@hymanbeck.com |
| octavio.duran@grupobbva.com | ogalbisb@notes.banesto.es |
| octavio_garcia@cargill.com | ogarciap@cajamadrid.es |
| octhan.akbar@bni.co.id | ogashira.namiko@daido-life.co.jp |
| oczkowski.michael@principal.com | ogashira@ioi-sonpo.co.jp |
| oda.m.myklebust@nordea.com | ogasquet@banque-vernes-artesia.fr |
| oda.shinnsuke@daido-life.co.jp | ogatakz@bernstein.com |
| odahan@bloomberg.net | ogavish@leumi.ch |
| odaiuto@bloomberg.net | ogawa@dbcm.co.uk |
| odake-k@itochu.co.jp | ogawa-0g35@jp.nomura.com |
| oda-s@daiwasbi.co.jp | ogawa-k@nochubank.or.jp |
| odayi@kia.gov.kw | ogawa-tak@itochu.co.jp |
| odd.gjerdsjo@abgsc.no | ogaysin@templeton.com |
| odd.gullberg@hydro.com | ogdan.r@fibi.co.il |
| odd-anders.willand@kap.norges-bank.no | ogi@nam.co.jp |
| odd-magne.fosen@kap.norges-bank.no | ogilhooley@lordabbett.com |
| oddvar.frigstad@storebrand.com | oginda.vlijter@mn-services.nl |
| oded.levin@blackrock.com | oginguene@pictet.com |
| odeniyaz.dzhaparov@dws.com | ogishima-0d68@jp.nomura.com |
| odetrogoff@groupama-am.fr | ognian.mihaylov@moorecap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ognjen.sosa@fmr.com
ogonzalez@jhancock.com
ogood@bloomberg.net
ogoupy@groupama-am.fr
ogregori.ramon@grupobbva.com
ogros@pictet.com
ogs@nbim.no
oguchi381@dl.dai-ichi-life.co.jp
ogur_scott@jpmorgan.com
oguro@zenkyoren-usa.com
oh.a@dreyfus.com
oh@mail.com
oh5@ntrs.com
oharakz@bernstein.com
ohe@petercam.be
ohelfrey@hollandcap.com
ohhata@daiwa-am.co.jp
ohhwase@gic.com.sg
ohill@hcmlp.com
ohira.dli@dial.pipex.com
ohira@tmam.co.jp
ohkita@nochubank.or.jp
ohl.d@tbcam.com
ohmura@toyotrustny.com
ohn.choe@db.com
ohuby@cpr-am.fr
ohuet@ofi-am.fr
ohwada@daiwa-am.co.jp
ohyg@bok.or.kr
oigwe@sisucapital.com
oihana.g.gotxi@aib.ie
oisin.p.tracey@aibbny.ie
ojaster@meag.com
ojcheevers@clinton.com
ojezequel@ofi-am.fr
ojgil@statoil.com
ojika@sumitomotrust.co.jp
ojpertuit@denveria.com
oka_ryoichiro@dn.smbc.co.jp
oka_toshifumi@dn.smbc.co.jp
okabe-y@daiwasbi.co.jp
okada.m@daiwa-am.co.jp
okada.shinichiro@nomura-asset.com

okada@daiwasbi.co.jp
okada-mitsuhiro@mitsubishi-sec.co.jp
okamoto@daiwa-am.co.jp
okamoto02865@nissay.co.jp
okamotoi@dl.dai-ichi-life.co.jp
okamura@daiwasbi.co.jp
okan.aksel@sgcib.com
okan.aksu@denizbank.com
okane@maml.ie
okano.y@daiwa-am.co.jp
okay.kiygi@yapikredi.com.tr
okayasu03326@nissay.co.jp
okazaki@daiwa-am.co.jp
okazaki658@dl.dai-ichi-life.co.jp
okeeffe@bessemer.com
okelo.bristol@inginvestment.com
oki.s@daiwa-am.co.jp
oklove25@kbstar.co.kr
oknobloch@pictet.com
okoide@daiwasbi.co.jp
okojvk@bloomberg.net
okoney@jennison.com
oksana.falenchuk@nb.com
oku@bloomberg.net
okubo.takashi@kokusai-am.co.jp
okubo_satoshi@dn.smbc.co.jp
okuhara@daiwasbi.co.jp
okumura_masumi@takeda.co.jp
okuno24340@nissay.co.jp
okunze@meag.com
okuttiamu@adcouncil.ae
okuyama933@dl.dai-ichi-life.co.jp
ola.anderssen@americas.bnpparibas.com
ola.uhre@orkla.no
ola@nbim.no
ola@ubp.ch
ola_folarin@ssga.com
olaf.bueltmann@stinnes.de
olaf.burmeister@hypovereinsbank.de
olaf.conrad@trinkaus.de
olaf.ephraim@planet.nl
olaf.eulitz@db.com
olaf.hummels@hsh-nordbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

olaf.k.toelke@axa-im.com
olaf.krueger@bankgesellschaft.de
olaf.liedtke@ubs.com
olaf.martin@zkb.ch
olaf.meier@bailliegifford.com
olaf.meyer@ch.michelin.com
olaf.stotz@devif.de
olaf.struckmeier@lrp.de
olaf.trenner@gz-bank.de
olaf.weeken@bankofengland.co.uk
olaf-alexander.priess@westlb.lu
olaftecklenburg@helaba-invest.de
olalekan.akinyanmi@alliancebernstein.com
olan.cremin@iibbank.ie
olange@blomberg.net
ol-anq-execution@ubs.com
olar@danskebank.dk
olav.bo@dnbnor.no
olav.gunnes@dnbnor.no
olawale.a.dawodu@jpmorgan.com
old1@ntrs.com
ole.birkeland@db.com
ole.christensen@danskebank.dk
ole.hakon.eek-nielsen@nordea.com
ole.harmsen@seb.dk
ole.hui@morleyfm.com
ole.nielsen@inter-ikea.com
ole.rummel@bankofengland.co.uk
ole.rustad@abgsc.no
ole.skov@lu.danskebank.com
olebleu@mfs.com
oleflon@generali.fr
oleg.burd@kfw.de
oleg.chugayev@gmacrfc.com
oleg.i.biryulyov@jpmorgan.com
oleg.maximov@usaa.com
oleg.nusinzon@fmr.com
oleg.puzyrko@barclaysglobal.com
oleg.sozonoff@litchfield-advisors.eu
oleg.zuravljov@japan.gartmore.com
oleg@bankisrael.gov.il
oleggurin@northwesternmutual.com
olena.datsenko@barclaysglobal.com

olessia.burner@barclaysglobal.com
olesya.zhovtanetska@sunlife.com
olev.trygg@swedbank.com
olevant@groupama-am.fr
olfa.maalej@sgam.com
olga.aburdene@capitaltrustltd.com
olga.bogush@citigroup.com
olga.dolchenko@us.ing.com
olga.dubko@lri.lu
olga.gerweck@hsh-im.com
olga.khodosh@inginvestment.com
olga.krainuchenko@ikb-cam.de
olga.marruffo@hp.com
olga.milosavljevic@schwab.com
olga.saburova@jp.fid-intl.com
olga.simoncelli@americas.bnpparibas.com
olga.v.chernova@jpmchase.com
olga_dadamatova@westlb.com
olga_keyser@putnam.com
olga_kouznetsova@cargill.com
olga_maupin@freddiemac.com
olill@meag.com
oliva.stefania@barcap.com
oliva.vivas@electrolux.se
olive.mccarron@axa-im.com
oliveira@aigfpc.com
oliver.adler@ubs.com
oliver.annen@ikb.de
oliver.basler@juliusbaer.com
oliver.battling@wl-bank.de
oliver.baumann@credit-suisse.com
oliver.baumann@oppenheim.de
oliver.beckmann@apr.unicreditgroup.eu
oliver.bleickert@wuerttembergische.de
oliver.bohnsack@nordlb.de
oliver.bolitho@gs.com
oliver.borgis@bb-invest.de
oliver.brassard@prudential.com
oliver.brunner@bw-bank.de
oliver.buerge@vontobel.ch
oliver.buschmann@ubs.com
oliver.camponovo@ubs.com
oliver.coleman@glgpartners.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| oliver.crame@drkw.com | oliver.kubli@zkb.ch |
| oliver.dettmann@ubs.com | oliver.kurzke@lbb.de |
| oliver.deutscher@dzbank.de | oliver.lesselich@lrp.de |
| oliver.devries@gm.com | oliver.luckenbach@henkel.com |
| oliver.diemke@postbank.de | oliver.mader@credit-suisse.com |
| oliver.dietschi@lrp.de | oliver.maslowski@juliusbaer.com |
| oliver.dillenz@omv.com | oliver.may@apobank.de |
| oliver.dittrich@ba-ca.com | oliver.mcmahon@barclaysglobal.com |
| oliver.dutt@dws.com | oliver.murschall@union-panagora.de |
| oliver.e.knowles@jpmorgan.com | oliver.naas@cbve.com |
| oliver.eichmann@dws.de | oliver.neal@lgim.co.uk |
| oliver.estenfeld@lrp.de | oliver.oberlach@swisslife.ch |
| oliver.falk@dekabank.de | oliver.owen@pioneeraltinvest.com |
| oliver.farrant@morganstanley.com | oliver.pfeil@db.com |
| oliver.federer@csam.com | oliver.plein@db.com |
| oliver.flade@allianzgi.de | oliver.poetsch@siemens.com |
| oliver.fuchs@nuernberger.de | oliver.prinz@amg.co.at |
| oliver.gabbay@hsbcib.com | oliver.ravey@lazard.fr |
| oliver.gasser@credit-suisse.com | oliver.reisinger@hypovereinsbank.de |
| oliver.gerst@lbbw.de | oliver.reissenweber@hvb.de |
| oliver.guenter@ib.bankgesellschaft.de | oliver.reitz@commerzbank.com |
| oliver.guenter@lgt.com | oliver.schebel@db.com |
| oliver.hamann@commerzbank.com | oliver.scheu@cominvest-am.com |
| oliver.heinzelmann@credit-suisse.com | oliver.schleypen@westlb.com |
| oliver.helfrey@commercebank.com | oliver.schlick@allfonds-bkg.de |
| oliver.herrgesell@bertelsmann.de | oliver.schmidt@allianz.de |
| oliver.herzog@aareal-bank.com | oliver.schmidt@bis.org |
| oliver.hildenbrand@dzbank.de | oliver.schreiber@hsh-nordbank.com |
| oliver.hoffmann@asia.hypovereinsbank.com | oliver.schwarzer@essenhyp.com |
| oliver.hoffmann@hvbasia.com | oliver.schweizer@pimco.com |
| oliver.j.seitz@uk.btmeurope.com | oliver.steck@ui-gmbh.de |
| oliver.jackson@morleyfm.com | oliver.steiner@rzb.at |
| oliver.jepsen@ampegagerling.de | oliver.stiekel@dzbank.de |
| oliver.judd@morleyfm.com | oliver.stoenner@cominvest-am.com |
| oliver.kanner@credit-suisse.com | oliver.stonner-venkatarama@cominvest-am.com |
| oliver.kastner@deka.de | oliver.traub@schroders.com |
| oliver.kaufmann@commerzbank.com | oliver.tschan@bkb.ch |
| oliver.kopp@frankfurt-trust.de | oliver.weiler@amb.de |
| oliver.kratz@db.com | oliver.williams@csam.com |
| oliver.krenn@db.com | oliver.wolter@rabobank.com |
| oliver.krieg@oppenheim.de | oliver.wong@inginvestment.com |
| oliver.kroll@ampegagerling.de | oliver.woodley@morganstanley.com |
| oliver.krueger@db.com | oliver.wootton@abnamromellon.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| oliver.zellweger@ubs.com | olivier.caillaux@axa-im.com |
| oliver_boccia@generali.com | olivier.calloud@lodh.com |
| oliver_boulind@invesco.com | olivier.cassaro@gs.com |
| oliver_edmonds@capgroup.com | olivier.casse@ing.be |
| oliver_glenn@bankone.com | olivier.causse@dexia-us.com |
| oliver_ruppert@blackrock.com | olivier.cavaleri@bcv.ch |
| oliver_tinkler@ldn.invesco.com | olivier.chatelot@caam.com |
| oliver_wolfensberger@swissre.com | olivier.chen@ing.be |
| oliver_zeng@ssga.com | olivier.chermette@bnpparibas.com |
| oliver-heinrich.reitz@hvb.de | olivier.ciron@socgen.com |
| oliverhill@bloomberg.net | olivier.cognet@nokia.com |
| olivero.jc@dreyfus.com | olivier.colsoul@puilaetco.be |
| olivia.asseo@caam.com | olivier.combescure@banquedorsay.fr |
| olivia.e.maguire@jpmorgan.com | olivier.cotelli@axa-im.com |
| olivia.erby@moorecap.co.uk | olivier.debandt@banque-france.fr |
| olivia.f.pember@jpmorgan.com | olivier.defay@us.fortis.com |
| olivia.kim@pimco.com | olivier.de-jaeghere@ing.be |
| olivia.ladenburg@shorecap.co.uk | olivier.delamotte@axa-im.com |
| olivia.m.tracey@aibbny.ie | olivier.delfosse@db.com |
| olivia.mulligan@fandc.com | olivier.delval@fortis.com |
| olivia.pember@jpmorgan.com | olivier.deneuville@bred.fr |
| olivia.raadgraccodelay@bnpparibas.com | olivier.de-parcevaux@socgen.com |
| olivia.sampson@sachsenlb.ie | olivier.desnos@caam.com |
| olivia@saadgroup.com | olivier.detimmerman@fortisinvestments.com |
| olivia_barbee@troweprice.com | olivier.deval@fortisinvestments.com |
| olivia-leslie.loubiere@barclaysglobal.com | olivier.dewell@fortisbank.com |
| olivier.abihssira@bnpparibas.com | olivier.dieudonne@axa-im.com |
| olivier.abulker@tetrapak.com | olivier.ducloux@uk.fid-intl.com |
| olivier.ahhot@bnpparibas.com | olivier.dupond@sgam.com |
| olivier.antille@ubs.com | olivier.dupraz@lodh.com |
| olivier.asselin@westernasset.com | olivier.dzik@dcmc.creditlyonnais.fr |
| olivier.avertin@exane.com | olivier.edelman@ing.be |
| olivier.baccam@dexia-am.com | olivier.eluere@caam.com |
| olivier.baduel@caam.com | olivier.ettaqy@labanquepostale-am.fr |
| olivier.baechler@credit-suisse.com | olivier.eudes@clf-dexia.com |
| olivier.baggi@bsibank.com | olivier.eugene@axa-im.com |
| olivier.balsiger@bcv.ch | olivier.fabas@bnpparibas.com |
| olivier.bamert@vontobel.ch | olivier.fevre@bnpparibas.com |
| olivier.belorgey@calyon.com | olivier.froissart@francetelecom.com |
| olivier.bertin@ceifo.caisse-epargne.fr | olivier.gamrasniahlen@credit-suisse.com |
| olivier.bizimana@caam.com | olivier.garnier@sgam.com |
| olivier.boutoille@bnpparibas.com | olivier.gaspar@fortisinvestments.com |
| olivier.bussiere@interepargne.fr | olivier.gaval@sinopia.fr |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

olivier.genest@dexia-am.com
olivier.girault@francetelecom.com
olivier.gisimondo@bcv.ch
olivier.godfriend@creditlyonnais.lu
olivier.groux@bcv.ch
olivier.guichard@cnp.fr
olivier.guillou@ecofi.fr
olivier.guipet@westernasset.com
olivier.habay@dexia-bil.com
olivier.hache@caam.com
olivier.hakim@labanquepostale-am.fr
olivier.hereil@cardif.fr
olivier.jamet@socgen.com
olivier.kerjan@socgen.com
olivier.korber@sgam.com
olivier.laplenie@bnpparibas.com
olivier.lebrun@caam.com
olivier.leconte@caam.com
olivier.leroy@clf-dexia.com
olivier.levrier@axa-im.com
olivier.lionnard@clf-dexia.com
olivier.mace@socgen.com
olivier.maman@sgam.com
olivier.mareuse@cnp.fr
olivier.massillon@fastnet.lu
olivier.mathys@ch.abb.com
olivier.matter@bcv.ch
olivier.meyers@bip.lu
olivier.molle@exane.com
olivier.morandduval@calyon.com
olivier.mougeot@francetelecom.com
olivier.mouton@axa-im.com
olivier.mulin@banquedorsay.fr
olivier.nicolas@credit-agricole-sa.fr
olivier.nobile@calyon.com
olivier.p.mueller@credit-suisse.com
olivier.pacton@hsbcpb.com
olivier.passeri@ca-suisse.com
olivier.poswick@tractebel.com
olivier.quinodoz@stg.ch
olivier.rabaux@ca-paris.fr
olivier.ravillon@hsbcpb.com
olivier.renard@caam.com

olivier.retiere@bnpparibas.com
olivier.robert@clf-dexia.com
olivier.robin@dexia.com
olivier.roussel@crediteurop.lu
olivier.rudez@bnpparibas.com
olivier.rudigoz@bnpparibas.com
olivier.ruff@bnymellon.com
olivier.sauvage@bred.fr
olivier.schohn@ehl.ch
olivier.selis@fortis.lu
olivier.seyll@fortis.lu
olivier.sibrac@lodh.com
olivier.simon-vermot@fidelityinternational.com
olivier.staub@dkib.com
olivier.steimer@credit-suisse.com
olivier.stoband@clf-dexia.com
olivier.streichenberger@dexia-am.com
olivier.struben@ingim.com
olivier.stul@barclays.fr
olivier.suter@bnpparibas.com
olivier.szwarcberg@fidelity.com
olivier.tailleur@caam.com
olivier.tallon@clfbanque-dexia.com
olivier.tempia-caliera@ca-suisse.com
olivier.thommen@juliusbaer.com
olivier.tripard@tres.bnc.ca
olivier.valentin@bdl.lu
olivier.van.hirtum@fortisinvestments.com
olivier.vella@bnpparibas.com
olivier.vigneron@bnpparibas.com
olivier.wolthoorn@shell.com
olivier_brigot@par.invesco.com
olivier_lesca@ml.com
olivier_riottot@aviva.fr
olle.bastmark@ap3.se
olli.backman@ikb.de
olli.ronka@okobank.com
olli02@handelsbanken.se
ollipekka.vahvaselka@okobank.com
ollivier.courcier@barep.com
olma@rentenbank.de smtp olma@r
olof.ahlback@seb.se
olof.bengtsson@gb.smbcgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| olof.gabrils@alfredberg.se | omerk@migdal-group.co.il |
| olof.grenmark@alecta.com | omid.naeimi@jpmorgan.com |
| olof.jonasson@ap1.se | omid_rezania@calpers.ca.gov |
| olson.jeff@luthbro.com | ominder.dhillon@swipartnership.co.uk |
| om.arya@ny.frb.org | omo@ubp.ch |
| omaira.krueger@usbank.com | omoeller@bloomberg.net |
| omalley@wellscap.com | omoi@boj.co.uk |
| omalteste@sinopia.fr | omorgan@ag-am.com |
| omar.abu-rashed@frankfurt-trust.de | omori@nam.co.jp |
| omar.aguilar@inginvestment.com | o-morita@nochubank.or.jp |
| omar.ahmedgas@bbh.com | omowunmi.awomolo@ubs.com |
| omar.alvarez@bgf.gobierno.pr | omry.apelblat@fortisinvestments.com |
| omar.bolli@nordlb.com | omura@daiwasbi.co.jp |
| omar.dessouky@dkib.com | omuro-k@marubeni.com |
| omar.ellul@bov.com | onaka@sumitomotrust.co.jp |
| omar.ettaqy@labanquepostale-am.fr | onakado@daiwasbi.co.jp |
| omar.greco@fortisinvestments.com | ondrej.stradal@cnb.cz |
| omar.ismaelaguirre@credit-agricole-sa.co.uk | one@us.danskebank.com |
| omar.kara@gs.com | onegyal@fcem.co.uk |
| omar.mezalek@bnpparibas.com | o'neill.rj@tbcam.com |
| omar.nahas@skandia.se | o'neill@aeltus.com |
| omar.namoos@ubsw.com | o''neillc@ilp.com |
| omar.obeid@pimco.com | ong.ker.ying@oub.com.sg |
| omar.ranne@kfw.de | ongartp@bot.or.th |
| omar.sanders@ucop.edu | onglm@bnm.gov.my |
| omar@himcap.com | ongseiwei@gic.com.sg |
| omar@mizuhocap.com | ongweikiat@gic.com.sg |
| omar_akhtar@fanniemae.com | ongyuehngoh@gic.com.sg |
| omar_f_selim@vanguard.com | oniel.morgan@db.com |
| omar_gundogdu@fanniemae.com | onishi@daiwa-am.co.jp |
| omar_k_sanders@vanguard.com | onma.takako@kokusai-am.co.jp |
| omart@kaupthing.is | onno.van.de.griend@philips.com |
| omartinr@notes.banesto.es | onnsenn.yuuichi@daido-life.co.jp |
| omarym@deshaw.com | ono@boj.co.uk |
| omasashi@dl.dai-ichi-life.co.jp | onohid@bloomberg.net |
| omata@daiwa-am.co.jp | onose@sompo-japan.co.jp |
| omatsumura@noemail.com | onslow@bloomberg.net |
| ombretta.signori@caam.com | onuma@noimail.com |
| omeir.jilani@unb.ae | onunez@angelogordon.com |
| omelnikov@payden-rygel.com | onunezmo@cajamadrid.es |
| omer.gencal@abank.com.tr | onuoz@kocbank.com.tr |
| omer.unveren@finansbank.com.tr | onurkis@garanti.com.tr |
| omerdugas@bmonb.com | ooi.guattin@uobgroup.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ooilayleng@gic.com.sg
ooka_eiko@vr.smbc.co.jp
ooke@nylim.com
oona.elliott@blackrock.com
oornelas@dcf_pemex.com
oosawa.kayoko@daido-life.co.jp
ooshima02862@nissay.co.jp
oost@pggm.nl
ootake@dl.dai-ichi-life.co.jp
ootsuka-0g5q@jp.nomura.com
ootsuka19626@nissay.co.jp
oowersgibbs@bankofny.com
op@dodgeandcox.com
op@ubp.ch
opa@nbim.no
opender_singh@ml.com
openninga@bloomberg.net
operations@tigerglobal.com
opina@aegonusa.com
opkar.sara@hsbcinvestments.com
opmall@rbi.org.in
opolishchuk@amtrust.com
oposa@sbcm.com
opreap@eatonvance.com
ora@ubp.ch
oran.murphy@kbcbank.ie
oravey@oddo.fr
orazio.tarda@unicredit.it
orb@nbim.no
orelj@akk.hu
oren.cohanoff@teva.co.il
oren.g@fibi.co.il
oren.hashmonay@mailpoalim.co.il
oren.isacoff@alliancebernstein.com
oren.shaked@citadelgroup.com
orenart@bloomberg.net
orequin@ofi-am.fr
oreste.auleta@pioneerinvestments.com
oretheia.lander@pncadvisors.com
orfeo.mazzella@ceresiobank.com
orges.llupa@db.com
ori.elan@allegiantgroup.com
oriane.cheneau@socgen.com

oriane.seydoux@nestle.com
orietta.beccati@sanpaoloimi.com
origerc1@bloomberg.net
origination@bancodisicilia.it
oringstrom@swedbank.se
oriol.dalmau@caixamanresa.es
oriol.marquina@caixacatalunya.es
orit.marcus@mailpoalim.co.il
orita_naoya@mail.nikko.co.jp
orla.flood@morganstanley.com
orla.mchenry@commerzbank.com
orla.mellett@biam.boi.ie
orla.power@fandc.com
orlando.cappello@bancaakros.it
orlando.montalvo@barclaysglobal.com
orlovsky.michal@slsp.sk
orna.gian@mailpoalim.co.il
ornagleeson@angloirishbank.ie
ornge@bok.or.kr
oros@creditandorra.ad
orourke@atlanticinvestment.net
orozco@pimco.com
orsi.scott@spinnaker-capital.com
orsolya.eged@morganstanley.com
ortega@ae-gis.com
orun.palit@aigpb.com
orupprich@metzler.com
osa@nbim.no
osaeed@westernasset.co.uk
osahon.uwaifo@gs.com
osaikevych@boh.com
osak01@handelsbanken.se
osama.mohamed@arabbanking.com
osama@kia.gov.kw
osamu.kato@csam.com
osamu.tomoda@sanofi-aventis.com
osamu.utsunomiya@shinseibank.com
osamu_hattori@notes.ntrs.com
osamu_kosaka@am.sumitomolife.co.jp
osamu_seki@am.sumitomolife.co.jp
osamu_takimura@am.sumitomolife.co.jp
osamu_terashima@mitsubishi-trust.co.jp
osamumori@xm.mitsui.co.jp

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| osanders@metlife.com | osman.yilmaz@teb.com.tr |
| osanna.ho@lloydstsb.co.uk | oso@jyskebank.dk |
| osayande.x.ogunmwonyi@jpmorgan.com | osolanillas@bancopastor.es |
| osb@gic.com.sg | ossian.ekdahl@ap1.se |
| osbert.hood@mackayshields.com | ostashenta@aetna.com |
| oscar.alberte@cic.ch | ostaszewa@ebrd.com |
| oscar.andreu@ubs.com | osuchova.andrea@slsp.sk |
| oscar.chow@citadelgroup.com | osullivanes@biam.boi.ie |
| oscar.cipelli@bpm.it | osuma_itagaki@smbcgroup.com |
| oscar.diego@ibercaja.net | oswanigan@calstrs.com |
| oscar.gaddy@db.com | ota@nam.co.jp |
| oscar.gelabert@andbanc.com | otani@noemail.com |
| oscar.gil@grupobbva.com | otb@eksportfinans.no |
| oscar.gonzalezgonzalez@telefonica.es | otbarry@bjurman.com |
| oscar.kenessey@ingim.com | othioune@bloomberg.net |
| oscar.leung@ap.ing.com | othman.elmaoula@axa-im.com |
| oscar.manuel.gutierrez@morganstanley.com | othmanl@kia.gov.kw |
| oscar.osullivan@jpmorganfleming.com | othmar.keiser@sarasin.ch |
| oscar.robadey@lodh.com | othmar.kueng@credit-suisse.com |
| oscar.tuti@lombardodier.com | otis.heald@cnb.com |
| oscar.volder@jp.abnamro.com | otis.j.greene@jpmorgan.com |
| oscar.wu@barcap.com | otis.spencer@abp.nl |
| oscar_huang@cathaylife.com.tw | o'toole.jr@mellon.com |
| oscar_pulido@ml.com | otrefgarne@firststate.co.uk |
| oscar1967@hotmail.com | otsu_yukio@yd.smbc.co.jp |
| oscare@bloomberg.net | otsubo@nam.co.jp |
| oscarhuettner@barclayscapital.com | otsubo_miki@hh.smbc.co.jp |
| oscarj@san.rr.com | otsubo_shinichiro@rk.smbc.co.jp |
| oscarzheng@gic.com.sg | otsuki@dl.dai-ichi-life.co.jp |
| oschmitt@worldbank.org | otsuki@nam.co.jp |
| oschmuck@munichre.com | otsukit@itochu.co.jp |
| oschwethelm@tsocorp.com | ottar.gudjonsson@glitnir.is |
| osegaud@groupama-am.fr | ottar.haugerud@orkla.no |
| oshima19414@nissay.co.jp | ottar.strompdal@markets.kreditkassen.no |
| oshimo@adk.jp | otto.dichtl@westernasset.com |
| osiniakov@bloomberg.net | otto.francke@seb.se |
| oskar.akerberg@de.pimco.com | otto.lobo@bcb.gov.br |
| oskar.schenker@sarasin.ch | otto.nilssen@bnpparibas.com |
| oskar.stachowiak@damel.co.uk | ottomane@alcatel.fr |
| oskar.tijs@ingim.com | ou7240@intra.cosmo.co.jp |
| oskar.volder@nl.abnamro.com | ouafaa.sadiki@fandc.com |
| osman.bayro@hafm.de | ouchiyama_atsushi@dn.smbc.co.jp |
| osman.memisoglu@ipaper.com | ousmane.diouf@dexia.be |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ousmene.mandeng@ashmoregroup.com
oussama.himani@ubs.com
outi.helenius@bof.fi
outi.kalpio@tapiola.fi
outi.schonbachler@lodh.com
ovdheuvel@bloomberg.net
ove.jensen@seb.dk
ove.lange@abgsc.no
ove.n.andersson@foreningssparbanken.se
ove.norderud@klp.no
overby@jyskebank.dk
overseas@bok.or.kr
ovidiu.sandu@bmo.com
owada@dlusa.com
owen.b.fitzpatrick@db.com
owen.beelders@alliancebernstein.com
owen.burman@pncadvisors.com
owen.campbell-barr@db.com
owen.carter@aig.com
owen.griffiths@norwich-union.co.uk
owen.kam@hk.fortis.com
owen.murphy@hsbcib.com
owen.oneill@bmo.com
owen.stein@us.ing.com
owen.thomas@morganstanley.com
owen.thomas2@morleyfm.com
owen.tunney@mizuhocbus.com
owen.winrow@afa.se
owen_anastasia@ssga.com
owen_burman@riggsbank.com
owen_deane@swissre.com
owen_eldridge@freddiemac.com
owen_murfin@blackrock.com
owen_spaite@victoryconnect.com
owenchang@cathaylife.com.tw
owenkuo@cathaylife.com.tw
owenkwon@samsung.co.kr
owenr@rba.gov.av
owilson@msfi.com
owolff@oppenheimerfunds.com
owright@bankofny.com
owusu@willcapmanagement.com
oyoshi@nam.co.jp

oystein.dorum@dnbnor.no
oystein.stephansen@gjensidigenor.no
oyvin.furustol@ubs.com
ozaki.m@daiwa-am.co.jp
ozaki-hiroyuki@mitsubishi-sec.co.jp
ozan.turkoglu@teb.com.tr
ozawa.mamoru@kokusai-am.co.jp
ozawa@tkg.att.ne.jp
ozawa-a@daiwasbi.co.jp
ozawa-jun@mitsubishi-sec.co.jp
ozhilaev@bankofny.com
ozlem.ustundag@bcp-bank.com
ozozden@oyakbank.com.tr
ozren.bakaric@bcge.ch
ozzie.frankel@lazard.com
p.a.g.van.homelen@robeco.nl
p.achanapornkul@shell.com
p.albanese@finter.ch
p.algoe@robeco.nl
p.bassoul@olayangroup.com
p.benito@grupobbva.com
p.berchielli@fondiaria.it
p.bisbing@hermes.co.uk
p.bisping@hermes.co.uk
p.blechman@fnysllc.com
p.bleeker@dpfs.nl
p.bordi@romagest.it
p.boretto@bimsgr.it
p.bronzi5@bloomber.net
p.buecken@frankfurt-trust.de
p.castro@prsint.com
p.chandon-moet@bbbsa.ch
p.chen@morganstanley.com
p.coe@hermes.co.uk
p.colin@lvmh.fr
p.cottino@lavazza.it
p.csoregh@robeco.nl
p.davidson@hermes.co.uk
p.delamorandiere@cholet-dupont.fr
p.deloffre@sumitomotrust.co.jp
p.delvaux@ing.be
p.desaintmartin@cogefi.fr
p.dignazio@sace.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

p.digrazia@fineco.it

p.downie@shell.com

p.durussel@iam.ch

p.duval@palatine.fr

p.emmenecker@probtp.com

p.flach@hq.vnu.com

p.flynn@sumitomotrust.co.jp

p.foster@sumitomotrust.co.jp

p.gautier@finance-concept.mc

p.geier@t-mobile.net

p.graham@qic.com

p.groenendijk@pensioenfondsvervoer.nl

p.h.l.the@indoverbank.com

p.harling@mwam.com

p.hoff@hsbc.guyerzeller.com

p.honegger@bbbsa.ch

p.houel@lvmh.fr

p.houweling@robeco.nl

p.hughes@olayangroup.com

p.j.buijs@dnb.nl

p.j.j.ferket@robeco.nl

p.j.zweep@vanlanschot.com

p.jestico@hsbc.com

p.jourda@sanpaolo.fr

p.kandhari@wafra.com

p.kaufmann@sgkb.ch

p.konneman@zwitserleven.nl

p.kopitz@bbbsa.ch

p.kwaak@robeco.nl

p.lindgren@skandia.se

p.lucchini@bipielle.it

p.maggi@bloomberg.net

p.mann@bloomberg.net

p.marshall@mwam.com

p.masci@wieneritalia.com

p.mazzitelli@miroglio.com

p.mccubbins@hermes.co.uk

p.mchugh@morganstanley.com

p.michael.jones@firstunion.com

p.monti@bipielle.it

p.newman@nrcl.com

p.neyret@gt-finance.fr

p.oehen@hsbc.guyerzeller.com

p.ott@hsbc.guyerzeller.com

p.perrault@lia-assetmanagement.lu

p.peters@alahli.com

p.piazzolla@bimbank.it

p.ramadier@probtp.com

p.reynolds@statestreet.com

p.rezzonico@iam.ch

p.ricci@cassalombarda.it

p.ronzoni@romagest.it

p.salem@provequity.com

p.santos@cgd.pt

p.scanlon@pennsecurity.com

p.schaad@aigpb.com

p.scobie@qic.com

p.smith@hermes.co.uk

p.smith@mwam.com

p.steward@hermes.co.uk

p.syms@hermes.co.uk

p.t.n.bruin@robeco.nl

p.testi@barilla.it

p.tschusch@investkredit.at

p.van.der.lely@robeco.nl

p.van.der.spek@robeco.nl

p.van.hal@gbf.nl

p.van.overbeek@robeco.nl

p.van.peer@robeco.nl

p.van.vliet@robeco.nl

p.viallanex@isica.fr

p.vieville@cholet-dupont.fr

p.vinciarelli@bcee.lu

p.w.haasbroek@caiway.nl

p.wellens@gbf.nl

p.woodhouse@hsbc.com

p.worrall@vanguardmedica.com

p.zini@itcgr.net

p_carrubba@msn.com

p_dankens@putnam.com

p_hernandez@bancourquijo.es

p_ianni@fairfax.net

p_lambert@pictet.com

p_lee@ml.com

p_nicholas@putnam.com

p_tracy@putnam.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| p_watsa@fairfax.ca | padraic.kiernan@sunlife.com |
| p2h@americancentury.com | padraic.nolan@kbcam.com |
| p5k@storebrand.no | padraic.walsh@biomail.com |
| pa@capgroup.com | padraig.hassett@ubs-oconnor.com |
| pa@danskebank.dk | padraig.j.odalaigh@aib.ie |
| pa_volery@yahoo.com | padraig.langtry@gz-bank.ie |
| pa1@ntrs.com | padraig.m.oconnell@aib.ie |
| pa11@ntrs.com | padraig.oconnell@glgpartners.com |
| paal.renli@storebrand.com | padraig.t.hogan@aibbny.ie |
| paalex@otpbank.hu | padraper@lehman.com |
| pabe04@handelsbanken.se | padsule@templeton.com |
| pabla.vanheck@ukabnamro.com | padula@mpsgr.it |
| pablo.bernengo@dnbnor.com | paegerter@vaudoise.ch |
| pablo.cano@ibercaja.net | pafmiddleoffice@inginvestment.com |
| pablo.caputto@bancogalicia.com.ar | pag@nbim.no |
| pablo.fenoll@grupobbva.com | pagani@bci.ch |
| pablo.ferreri@tcw.com | pagarwal@pictet.com |
| pablo.forero@jpmorganfleming.com | pagem@ufji.com |
| pablo.garcia@fmr.com | pagliarop@pensionboards-ucc.org |
| pablo.gonzalez@creditlyonnais.co.uk | pagreen@leggmason.com |
| pablo.leon@bancogalicia.com.ar | pagylfe@uss.com |
| pablo.magnanini@bancogalicia.com | pahampton@tiaa-cref.org |
| pablo.orgeira@bcv.ch | paheine@the-ark.com |
| pablo_delamata@blackrock.com | pahsha_missaghi@nacm.com |
| pablo_lago_bce@cajarural.com | pai@ustrust.com |
| pablobarrutia@northwesternmutual.com | paiaconis@the-ark.com |
| pablosilveri@dow.com | paige.e.jennings@columbiamanagement.com |
| pabornstein@aol.com | paige.mckinley@bellsouth.com |
| pabplanalp@bankofny.com | paige_dennison@invesco.com |
| pacattea@ebrd.com | paige_h_kurtz@bankone.com |
| pace.d@mellon.com | paigec@fmaadvisors.com |
| pacheco@bloomberg.net | pain02@handelsbanken.se |
| pacholder@elbit.co.il | paj2@northerntrust.com |
| pacitas@fhlbsea.com | pak@atalantasosnoff..com |
| packer_samantha@jpmorgan.com | paksing.cheong@ing.com.my |
| pacoleman@wellington.com | pal.chidambaram@rabobank.com |
| pacosta@blackrock.com | pal.haugerud@im.storebrand.no |
| pacronin@bmonb.com | pal.na@adia.ae |
| pad@ms.com | palak.pathak@tcw.com |
| pad@summitpartnersllc.com | palandi@capitalgest.it |
| padams@oppenheimerfunds.com | palanm@kia.gov.kw |
| paddy_clerkin@bankone.com | palavecinos@bancsabadell.com |
| padley_m@jpmorgan.com | palbelda@invercaixa.es |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

palcorta@bankoa.es
paldaya@ahorrocorporacion.com
palegre1@bloomberg.net
palermo.c@mellon.com
palermo.riccardo@enel.it
palgreen@bloomberg.net
pallavi.golla@prudential.com
pallavi_kudva@ssga.com
pallavsinha@uae.afh.com.sg
palle.andersen@bis.org
palle.hansen@unibank.dk
pallen@jennison.com
pallenbach@pictet.com
pallotti.paolo@enel.it
palmerin@hhmi.org
palmewar@bloomberg.net
palphonse@sterlingpartners.us
paltichieri@bloomberg.net
pam.gilkes@bmonb.com
pam.larocca@commercebank.com
pam.mccready@pncbank.com
pam.mcintyre@lmginv.com
pam@ardsley.com
pam@bankinvest.dk
pam@capgroup.com
pam_gao@putnam.com
pam_godwin@americancentury.com
pam_hegarty@ssga.com
pam_heichelbech@invesco.com
pam_holding@putnam.com
pamacunatam@banamex.com
pambrosia@jhancock.com
pamc03@handelsbanken.se
pamela.a.inghram@wellsfargo.com
pamela.coleman@usbank.com
pamela.dempsey@cna.com
pamela.fabi@lazard.com
pamela.fredericks@lazard.com
pamela.gravlin@huntington.com
pamela.hunter@chase.com
pamela.hunter@columbiamanagement.com
pamela.kerkhoff@aegon.co.uk
pamela.maharaj@acml.com

pamela.maloney@nationalcity.com
pamela.moore@ers.state.tx.us
pamela.pezzoni@gestielle.it
pamela.quintiliano@db.com
pamela.siple@ubs.com
pamela.tong@ubs.com
pamela.tublin@alliancebernstein.com
pamela.turner@lmco.com
pamela.westmoreland@ge.com
pamela.x.domanski@jpmorgan.com
pamela.young@barclaysglobal.com
pamela.zell@ifp.ch
pamela_costa@ssga.com
pamela_diamantis@ustrust.com
pamela_hunter@ustrust.com
pamela_l_tucker@fanniemae.com
pamela_ponticiello@ml.com
pamela_sweet@ustrust.com
pamela_westmoreland@travelers.com
pamela_wisehaupt_tynan@vanguard.com
pamella.kempen@columbiamanagement.com
pamella_maharaj@acml.com
pames@trmshedge.com
pamoore@jsshk.com
pamos@allstate.com
pan@kfb.co.kr
pan67867@pas.mei.co.jp
panabitarte@argentaria.es
panagiota.vergini@collineo-am.com
panagiotis.s.vlachopoulos@jpmorgan.com
panamde@exchange.ml.com
panayiotis.teklos@barcap.com
panderson@ci.com
panderson@congressasset.com
panderson@jennison.com
pandora.omaset@jpmorganfleming.com
pandora.setian@chase.com
pandrews@barrowhanley.com
paneco@delta.gr
panek@tk.thyssenkrupp.com
panfeng@citicib.com.cn
pang.yang@amerus.com
pangaihua@citicib.com.cn

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pangding.zhu@4086.com
pangritz@ui-gmbh.de
pangvl@bankofbermuda.com
pangwaiyin@gic.com.sg
pani.gunawardene@aareal-bank.com
pankaj.kwatra@corporate.ge.com
pankaj.nevatia@alliancebernstein.com
pankaj.pande@morganstanley.com
pankaj.potnis@corporate.ge.com
pankaj.shah@barclaysglobal.com
pankaj.shah@fortisinvestments.com
pankeys@kochind.com
pankovic@pimco.com
pannetbr@sdm.cic.fr
panniballe@acml.com
panok@eatonvance.com
panos.theofilopoulos@uk.fid-intl.com
panos_ferendinos@blackrock.com
panquetil@bloomberg.net
panshunyi@sh.icbc.com.cn
pantalena.p@dreyfus.com
panthea.oconnell@glgpartners.com
pany@deshaw.com
paol01@handelsbanken.se
paola.bernardinello@bsibank.com
paola.bianco@eurosgr.it
paola.bietrosante@eni.it
paola.binns@rlam.co.uk
paola.bins@rlam.co.uk
paola.brunelli@csam.com
paola.casciotti@enifin.eni.it
paola.decegama@sunlife.com
paola.fasoli@geva.fiatgroup.com
paola.giudici@bancaintesa.it
paola.latorre@capitalia-am.com
paola.mejia@blackrock.com
paola.petillo@dekabank.de
paola.pietrasanta@bancaintesa.it
paola.spinella@arcafondi.it
paola.tognala@claridenleu.com
paola.vicari@capitalia-am.com
paola_bonoldi@acml.com
paolo.adoncecchi@capitalia-am.com

paolo.angioletti@bsibank.com
paolo.aquino@nordlb.com
paolo.ascolani@realemutua.it
paolo.baeli@bnlmail.com
paolo.bagnoli@mpsgr.it
paolo.banfi@eurosgr.it
paolo.barbieri@pioneerinvest.it
paolo.beltrami@vontobel.it
paolo.boretti@carige.it
paolo.braghieri@it.abnamro.com
paolo.bucciarelli@carifirenze.it
paolo.buiat@italtel.it
paolo.cancellaro@sanpaoloimi.it
paolo.carmosino@eni.it
paolo.caruso@capitalia-am.com
paolo.cei@pioneerinvest.it
paolo.comboni@bancaintesa.co.uk
paolo.dalfonso@gruppobim.it
paolo.danna@uk.abnamro.com
paolo.despirt@ferragamo.com
paolo.dimontorio@pioneerinvest.ie
paolo.falaguerra@passbanca.it
paolo.frambrosi@fondiaria-sai.it
paolo.frattaroli@nb.com
paolo.fumagalli@popso.ch
paolo.gambassini@carifirenze.it
paolo.ginelli@mediobanca.it
paolo.giordano@wachovia.com
paolo.guggiari@bsibank.com
paolo.guglielmini@arcafondi.it
paolo.labbozzetta@mediobanca.it
paolo.lampugnani@ca-suisse.com
paolo.lodi@antonveneta.it
paolo.magri@bancaintesa.it
paolo.malcotti@sai.it
paolo.manfredini@ubm.it
paolo.maturo2@ge.com
paolo.mazzocca@arcafondi.it
paolo.olivetto@sella.it
paolo.olivieri@ersel.it
paolo.oppizzio@intesasanpaolo.com
paolo.panini@bper.it
paolo.penco@it.zurich.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| paolo.perego@banca.mps.it | paresh.bhatt@morganstanley.com |
| paolo.polloni@intesavita.it | paresh_aatkar@bat.com |
| paolo.rossi@sellagestioni.it | paresh_upadhyaya@putnam.com |
| paolo.salomone@finmeccanica.com | paresyma@cmcic.fr |
| paolo.sella@am.generali.com | pareti@gestielle.it |
| paolo.taranta@bancaintesa.it | parhambehrooz@tagfolio.com |
| paolo.tesoro@bnlmail.com | parihj@treas.gov.ab.ca |
| paolo.torti@us.calyon.com | parikh@pimco.com |
| paolo.torti@us.mizuho-sc.com | parikhc@deshaw.com |
| paolo.tradati@bancaakros.it | pariotti.massimo@insedia.interbusiness.it |
| paolo.tramontana@group.novartis.com | paris.anand@fandc.com |
| paolo.valle@sella.it | paris.de-bollardiere@totalfinaelf.com |
| paolo.vanini@zkb.ch | paritosh.batra@citadelgroup.com |
| paolo.vesconi@pioneerinvest.it | park.jw@kr.standardchartered.com |
| paolo.vico@tudor.com | park.tohhyung@kokusai-am.co.jp |
| paolo.zagaria@zkb.ch | park425@bok.or.kr |
| paolo.zapparoli@aig.com | park78@bok.or.kr |
| paolo_dublo@generali.com | parkej@kochind.com |
| paoloangelogiuseppe.bugini@mpsgr.it | parker@apollolp.com |
| paologribaudi@intesabci.it | parker@bessemer.com |
| paolop@bloomberg.net | parker_king@putnam.com |
| paoreilly@bloomberg.net | parkerg@bessemer.com |
| papagrigoris.gr@nbg.gr | parkerjeffery@yahoo.com |
| papillon707@hanmail.net | parkhs@chb.co.kr |
| papoui@titan.gr | parkinsr@deshaw.com |
| pappasd@aetna.com | parksh@kdb.co.kr |
| pappoj@lotsoff.com | parlavecchia@bloomberg.net |
| papri.bhattacharya@thehartford.com | parmenta@denveria.com |
| paquettehc@aetna.com | parmeshwar_chadha@newton.co.uk |
| para02@handelsbanken.se | parora@guildinvestment.com |
| paraag.amin@gs.com | parowerr@jwseligman.com |
| parag.pandya@prudential.com | parranz@ahorro.com |
| parag.s.parekh@jpmorgan.com | parrish@dynexcapital.com |
| parag.saxena@ny.invesco.com | parrotdad@bloomberg.net |
| parana@tiaa-cref.org | parryw@mcm.com |
| paras.anand@db.com | parthapratim.chakraborty@westernasset.com |
| paras.dodhia@morganstanley.com | parthie.darrell@morganstanley.com |
| paras.fancy@barclaysglobal.com | parthur@eib.org |
| paras.mehta@fandc.com | parul.shah@barclaysglobal.com |
| paras_shah@americancentury.com | parul.shah@morleyfm.com |
| parcdoinvest@axa-im.com | parus.shah@uk.fid-intl.com |
| parchment@bloomberg.net | parv.gill@europe.ups.com |
| parens@bloomberg.net | pas8@ntrs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pasbury@mortgagenetwork.com | pascal.masse@aberdeen-asset.com.sg |
| pascal.bachy@lodh.com | pascal.mathieu@dexia-am.com |
| pascal.badan@lodh.com | pascal.menges@lodh.com |
| pascal.becker@dexint-dexia.com | pascal.michez@agf.be |
| pascal.betrisey@lodh.com | pascal.netz@basler.ch |
| pascal.blanque@ca-assetmanagement.fr | pascal.nicoli@gibuk.com |
| pascal.boiteau@db.com | pascal.nicoloso@ecb.int |
| pascal.brasey@dreyfusbank.ch | pascal.nyffeneger@lodh.com |
| pascal.breant@totalfinaelf.com | pascal.paunovic@caam.com |
| pascal.brechbuehler@lodh.com | pascal.peigneux@ing.be |
| pascal.carbonneau@lodh.com | pascal.pernet@credit-suisse.com |
| pascal.caulier@hvb.de | pascal.perrier@cardif.fr |
| pascal.christory@axa-im.com | pascal.poupelle@caam.com |
| pascal.chrobocinski@jpmorganfleming.com | pascal.ramseier@credit-suisse.com |
| pascal.curtet@vontobel.ch | pascal.rennie@ubs.com |
| pascal.dequenne@dexia-am.com | pascal.rohner.3@credit-suisse.com |
| pascal.dessaux@caam.com | pascal.schuler@swisscanto.ch |
| pascal.devanthery@bcge.ch | pascal.seidner@zkb.ch |
| pascal.dubreuil@sg.caam.com | pascal.traccucci@allianzgi.com |
| pascal.dudle@vontobel.ch | pascal.vernerie@caam.com |
| pascal.dutler@ubs.com | pascal.wernle@nab.ch |
| pascal.dux@bcv.ch | pascal.wojtaszczyk@caixacat.es |
| pascal.engel@ubs.com | pascal.wolljung@cardif.fr |
| pascal.felici@bbh.com | pascal_heurtault@aviva.fr |
| pascal.fischer@claridenleu.com | pascal_zbinden@swissre.com |
| pascal.fournie-taillant@sgam.com | pascale.benguigui@bnpparibas.com |
| pascal.fovini@juliusbaer.com | pascale.fargnier@bnpparibas.com |
| pascal.gandrille@bnpparibas.com | pascale.kerviel@cr29.credit-agricole.fr |
| pascal.grandin@socgen.com | pascale.libouton@degroof.lu |
| pascal.hautcoeur@wanadoo.fr | pascale.oddou@pharma.novartis.com |
| pascal.hildbrand@aam.ch | pascale.sagnier@axa-im.com |
| pascal.hotz@cbve.com | pascale.simon2@francetelecom.fr |
| pascal.hungerbuehler@credit-suisse.com | pascale.wera@dexia.be |
| pascal.imboden@juliusbaer.com | pascal-za.meier@ubs.com |
| pascal.isner@juliusbaer.com | pascualj@bancsabadell.com |
| pascal.koenen@ingim.com | pash01@handelsbanken.se |
| pascal.koeppel@credit-suisse.com | pashah@delinvest.com |
| pascal.koeppel@ubs.com | pasi.hamalainen@pimco.com |
| pascal.koradi@nab.ch | paskiewiczse@aetna.com |
| pascal.latrouite@deka.de | paslos3@bloomberg.net |
| pascal.loeffelmann@ubs.com | paspbury@europeancredit.com |
| pascal.mangang@vbl.de | pasquale.cannatelli@fininvest.it |
| pascal.marionneau@bred.fr | pasquale.cattani@capitalia-am.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pasquale.corvino@gestielle.it

pasquale.galassi@antonveneta.it

pasquale.masiello@mpsgr.it

pasquale.sala@citibank.com

pasquale.tripaldi@capitalia-am.com

pasquale_fungaroli@nylim.com

pasquije@cmcic.fr

passar@bloomberg.net

passarac@bot.or.th

passuncao@bpp.pt

passy.w.y.ng@hsbcrepublic.com

pastel_amy@jpmorgan.com

pastev@safeco.com

pastres@bloomberg.net

pasummerville@wellington.com

pat.antonetti@pncadvisors.com

pat.barker@trs.state.tx.us

pat.biggers@lazard.com

pat.cahill@fmr.com

pat.coleman@depfa.com

pat.dorn@micorp.com

pat.doyle@avmltd.com

pat.fraker@huntington.com

pat.fry@associatedbank.com

pat.fuchs@nisanet.com

pat.hogan@associatedbank.com

pat.itrato@pioneerinvest.com

pat.jack@rbc.com

pat.kenney@fmr.com

pat.luby@ubs.com

pat.mcbride@boimail.com

pat.mcgeever@aamcompany.com

pat.miner@mutualofomaha.com

pat.o'connor@aib.ie

pat.perez@tcw.com

pat.quilty@barcap.com

pat.rawle@mnopf.co.uk

pat.roche@harrisbank.com

pat.russett@rbcds.com

pat.scott@huntington.com

pat.shevlin@wahcovia.com

pat.walton@gibuk.com

pat.wilkes@commercebank.com

pat_lewis@invesco.com

pat_mchugh@elliottandpage.com

pat_mitchell@calstrs.com

pat_omeara@tigerfund.com

pat_srinivas@americancentury.com

pat_stefik@ml.com

pataky.jan@slsp.sk

patel.dm@mellon.com

patel.k1@mellon.com

patelc1@nationwide.com

patelli@swisscap.com

paternok@dime.com

pathanas@diethniki.nbg.gr

pathey@troweprice.com

pathinkson@angloirishbank.ie

pathurley@bloomberg.net

patience.musingarimi@pimco.com

patiencea@delaware.co.uk

patj@mcm.com

patkins@tiaa-cref.org

patmorej@ebrd.com

patonia_wong@capgroup.com

patreynolds@synovus.com

patric.ackermann@vontobel.ch

patric.gysin@rmf.ch

patric.lager@nyc.nxbp.com

patric@deshaw.com

patrice.allart@caam.com

patrice.degris@caam.com

patrice.delarrard@caam.com

patrice.gensse@dexia-am.com

patrice.green@wachovia.com

patrice.harouimi@cepacr.caisse-epargne.fr

patrice.labbe@lazard.fr

patrice.lemonnier@ca-assetmanagement.fr

patrice.mclaughlin@morganstanley.com

patrice.morin@ca-suisse.com

patrice.piade@caam.com

patrice.ribault@cpr-am.fr

patrice.thys@interbrew.com

patrice.truffer@bnpparibas.com

patrice.williams@ophedge.com

patrice_moulin@carrefour.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

patricec@fhlbsea.com
patricia.baker@associatedbank.com
patricia.berger@bsibank.com
patricia.bloom@wellsfargo.com
patricia.bochud@bcv.ch
patricia.bouchard@caam.com
patricia.cantu@trs.state.tx.us
patricia.chao@highbridge.com
patricia.coghlan@bis.org
patricia.davies@morleyfm.com
patricia.dawson2@usbank.com
patricia.d'innocenzo@morganstanley.com
patricia.donnelly@bnpparibas.com
patricia.eitrheim@thrivent.com
patricia.elmer@wcmadvisors.com
patricia.evans@wamulends.net
patricia.fan@ibtco.com
patricia.fan@lazard.com
patricia.fonjad@claridenleu.com
patricia.galuska@citizensbank.com
patricia.garcia@trs.state.tx.us
patricia.jamal@barcap.com
patricia.john@frankfurt-trust.de
patricia.keogh@barclaysglobal.com
patricia.khoo@income.com.sg
patricia.klaslo@prudential.com
patricia.klawitter@nuveen.com
patricia.klems@pnc.com
patricia.knapp@dexia-bil.com
patricia.kongting@tt.rbtt.com
patricia.lamotta@pnc.com
patricia.leib@pncbank.com
patricia.m.kocsis@fhlb-pgh.com
patricia.m.mcredmond@jpmorgan.com
patricia.manente@aigpb.com
patricia.martin@glgpartners.com
patricia.moore@barcap.com
patricia.morrissey@highbridge.com
patricia.o'donnell@pnc.com
patricia.pan@db.com
patricia.peach@morganstanley.com
patricia.perez-coutts@agf.com
patricia.schneider@bnymellon.com

patricia.schrandt@usbank.com
patricia.small@ucop.edu
patricia.taylor@sixcontinents.com
patricia.tiensch@jpmorgan.com
patricia.toh@gs.com
patricia.tracy@chase.com
patricia.voets@pggm.nl
patricia.wilson@swip.com
patricia.winiarczyk@columbiamanagement.com
patricia.wong@morganstanley.com
patricia.zechner@centrumbank.com
patricia.zobel@ny.frb.org
patricia@blabla.com
patricia@cfam.com
patricia_a_lunova@vanguard.com
patricia_alayne_evans@freddiemac.com
patricia_bridson@newton.co.uk
patricia_brosokas@prusec.com
patricia_cook@freddiemac.com
patricia_delgadillo@amrcorp.com
patricia_gaynor@putnam.com
patricia_gildea@ssga.statestre
patricia_grieve@hvbamericas.com
patricia_kelly@prusec.com
patricia_morse@putnam.com
patricia_murphy@ssga.com
patricia_noga@canadalife.com
patricia_pinkos@calpers.ca.gov
patricia_rangel@gmacm.com
patriciagomes@hsbc.com
patriciavankampen@northwesternmutual.com
patrick.a.tucci@usa.dupont.com
patrick.ahearn@compassbnk.com
patrick.aicardi@fmr.com
patrick.azouri@nationalcity.com
patrick.barbe@bnpparibas.com
patrick.barrett@lmginv.com
patrick.baumann@alliancebernstein.com
patrick.belger@cominvest-am.com
patrick.bernard@corporate.ge.com
patrick.berset@dresdner-bank.ch
patrick.berther@credit-suisse.com
patrick.biver@bnpparibas.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

patrick.blattmann@csadvisorypartners.com
patrick.blauth@credit-suisse.com
patrick.bourbon@ubs.com
patrick.bouvier2@cnp.fr
patrick.brandenberger@vontobel.ch
patrick.brankin@ca-aipg.com
patrick.brauer@ubs.com
patrick.brechbuehl@sl-am.com
patrick.brennan@pionneraltinvest.com
patrick.brenner@db.com
patrick.brophy@janus.com
patrick.buchanan@fmr.com
patrick.budden@westernasset.com
patrick.bumann@wachovia.com
patrick.burgermeister@zkb.ch
patrick.butler@rzb.at
patrick.buxton@barclays.co.uk
patrick.byrne@boigm.com
patrick.c.griffin@jpmorgan.com
patrick.carletto@ca-assetmanagement.fr
patrick.carlin@ge.com
patrick.carney@tudor.com
patrick.casters@dexia-bil.com
patrick.cecconi@bsibank.com
patrick.chan@ubs.com
patrick.cheung@banca.mps.it
patrick.ck.wong@hk.standardchartered.com
patrick.coggi@juliusbaer.com
patrick.collins@uk.mizuho-sc.com
patrick.conteh@cominvest-am.com
patrick.corkery@bnlmail.com
patrick.cosgrove@trs.state.tx.us
patrick.couque@calyon.com
patrick.crotty@mackayshields.com
patrick.cutler@wamulends.net
patrick.d.businger@claridenleu.com
patrick.d.drurybyrne@aib.ie
patrick.de.boer@fortisinvestments.com
patrick.deborredon@pernod-ricard.com
patrick.defraguier@caam.com
patrick.delataillade@caam-re.com
patrick.delestra@apicil.com
patrick.den.besten@ingim.com

patrick.denhiere@banquecial.fr
patrick.d'herouville@bnpparibas.com
patrick.dhondt@creditlyonnais.lu
patrick.dolan@blackrock.com
patrick.donnelly@blackrock.com
patrick.donohue@columbiamanagement.com
patrick.dote@clinton.com
patrick.dunn@tudor.com
patrick.dunne@barclaysglobal.com
patrick.durkin@csfb.com
patrick.dutli@ubs.com
patrick.dwyer@ny.frb.org
patrick.dyson@ubs.com
patrick.dzuba@infidar.ch
patrick.edelmann@blackrock.com
patrick.ehrsam@credit-suisse.com
patrick.erb@juliusbaer.com
patrick.ernst@dghyp.de
patrick.estermann@claridenleu.com
patrick.faul@calvertgroup.com
patrick.fehr@credit-suisse.com
patrick.felgenhauer@commerzbankib.com
patrick.fenske@zkb.ch
patrick.feth@siemens.com
patrick.fisch@bnpparibas.com
patrick.fleur@pggm.nl
patrick.foley@lloydstsb.co.uk
patrick.fournier@lodh.com
patrick.franke@eagleasset.com
patrick.frey@zkb.ch
patrick.frost@swisslife.ch
patrick.fu@lazard.com
patrick.fuchs@allianzgi.de
patrick.gallagher@wgzbank.ie
patrick.gauthier@sinopia.fr
patrick.gautier@sinopia.fr
patrick.gerard@bbl.fr
patrick.gibson@pncbank.com
patrick.gillentine@nationalcity.com
patrick.goff@fmr.com
patrick.graham@columbiamanagement.com
patrick.greene@mortgage.wellsfargo.com
patrick.gregory@fmglobal.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

patrick.greiner@blkb.inet.ch
patrick.grenham@cgii.com
patrick.gueguen@caam.com
patrick.guivarch@caam.com
patrick.gundlach@micorp.com
patrick.hasenboehler@sarasin.ch
patrick.hayes2@mortgagefamily.com
patrick.hendrikx@fandc.com
patrick.hennigan@thehartford.com
patrick.henseler@ubs.com
patrick.herfroy@sgam.com
patrick.hoban@barclaysglobal.com
patrick.hoehne@4086.com
patrick.hovest@ikb.de
patrick.huang@email.chinatrust.com.tw
patrick.hughes@morleyfm.com
patrick.humair@sarasin.ch
patrick.humm@dzbank.de
patrick.husistein@credit-suisse.com
patrick.hussy@deka.de
patrick.ingold@credit-suisse.com
patrick.j.ford@columbiamanagement.com
patrick.j.grune@bankofamerica.com
patrick.j.parr@jpmorgan.com
patrick.josse@calyon.com
patrick.k.cunneen@aib.ie
patrick.kearns@bmonb.com
patrick.keating@harrisbank.com
patrick.keller@bsibank.com
patrick.kelly@deshaw.com
patrick.kennedy@london.entoil.com
patrick.kern@pncbank.com
patrick.kezele@fareastnationalbank.com
patrick.king@guarantygroup.com
patrick.king@lazard.com
patrick.koepfli@credit-suisse.com
patrick.kolb@credit-suisse.com
patrick.koplenig@ubs.com
patrick.kruczek@morgankeegan.com
patrick.l.barry@aib.ie
patrick.lambe@pioneerinvest.ie
patrick.lapvetelainen@sampo.fi
patrick.lebourdais@pioneerinvest.com.sg

patrick.leconte@bnpparibas.com
patrick.lefort@sgam.com
patrick.leitienne@leumi.lu
patrick.lemuet@eu.ca-investorservices.com
patrick.lepvrier@alcatel.fr
patrick.leung@barclaysglobal.com
patrick.levy@ing.be
patrick.lewis@aiminvestments.com
patrick.loepfe@vontobel.ch
patrick.lonergan@moorecap.com
patrick.lukundola@socgen.com
patrick.lupini@ubs.com
patrick.lutz@zkb.ch
patrick.lyn@westam.com
patrick.mabille@axa-im.com
patrick.mange@bnpparibas.com
patrick.maniciati@credit-suisse.com
patrick.mason@truscocapital.com
patrick.matagne@caam.com
patrick.mavro@credit-agricole-sa.fr
patrick.mcdonough@alliancebernstein.com
patrick.mcginnis@aig.com
patrick.mcguire@bis.org
patrick.mcsweeney@usbank.com
patrick.meier@claridenleu.com
patrick.merckx@fortisbank.com
patrick.mertenat@lloydsbank.ch
patrick.meyer@claridenleu.com
patrick.moonen@ingim.com
patrick.morris@chicagoequity.com
patrick.muhl@skag.siemens.de
patrick.mullin@lazard.com
patrick.murphy@thehartford.com
patrick.murrayhayden@prudential.com
patrick.nese@dws.de
patrick.newens@fandc.com
patrick.nisot@degroof.be
patrick.nivelles@mailpoalim.co.uk
patrick.oconnor@barclaysglobal.com
patrick.oconnor@raymondjames.com
patrick.o'donnell@aberdeen-asset.com
patrick.ohara@abnamro.com
patrick.oneil@us.bacai.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

patrick.oneill@bhf.ing.com
patrick.o'rourke@db.com
patrick.otto@hvb.de
patrick.oustin@ubs.com
patrick.owens@natixis.us
patrick.p.deboer@shell.com
patrick.pace@aig.com
patrick.pagotto@zkb.ch
patrick.pastollnigg@rcm.at
patrick.peppard@citigroup.com
patrick.persuy@edfgdf.fr
patrick.petit@creditlyonnais.lu
patrick.petz@ubs.com
patrick.pfleger@ba-ca.com
patrick.pies@lrp.de
patrick.pircher@seb.co.uk
patrick.purington@westernasset.com
patrick.r.whalen@usa.dupont.com
patrick.rahal@db.com
patrick.reed@ing.be
patrick.reichenbach@credit-suisse.com
patrick.ruoss@azgrp.ch
patrick.rutz@tkb.ch
patrick.ryan@lazard.com
patrick.ryan@tudor.com
patrick.ryan-dolan@lgim.co.uk
patrick.s.bright@bankofamerica.com
patrick.s.hayes@conocophillips.com
patrick.sarfati@calyon.com
patrick.saunders@deshaw.com
patrick.schenkhuizen@pggm.nl
patrick.schmidt@union-investment.de
patrick.schmidtke@cominvest-am.com
patrick.schmitz@fortis.lu
patrick.schneeberger@blkb.inet.ch
patrick.schneider@cominvest-am.com
patrick.schopfer@credit-suisse.com
patrick.seelen@wellsfargo.com
patrick.sheehan@db.com
patrick.simeon@caam.com
patrick.smith@effcu.org
patrick.solerschubert@oppenheim.de
patrick.soucas@credit-suisse.com

patrick.sporl@aa.com
patrick.springer@morganstanley.com
patrick.steeg@hypointernational.com
patrick.stiefel@oppenheim.de
patrick.stutz@rmf.ch
patrick.sullivan@hcmny.com
patrick.sullivan@himco.com
patrick.suter@ubs.com
patrick.swiderski@clf-dexia.com
patrick.tan@westernasset.com
patrick.tao@db.com
patrick.thoma@leumi.ch
patrick.todd@tcw.com
patrick.trouet@aareal-bank.com
patrick.tsang@citigroup.com
patrick.tschupp@bsibank.com
patrick.uelfeti@claridenleu.com
patrick.vandenhaute@dexia-am.com
patrick.vandenhoutte@dexia.be
patrick.vanderborght@ing.be
patrick.vandersloot@shell.com
patrick.venanzi@fmr.com
patrick.verelst@interbrew.com
patrick.verelst@solvay.com
patrick.verlee@tractebel.be
patrick.vermeulen@jpmorgan.com
patrick.vijgeboom@pggm.nl
patrick.vogel@infidar.ch
patrick.vogel@lgim.co.uk
patrick.volkart@eave.com
patrick.waddell@fmr.com
patrick.wallace@pncbank.com
patrick.wang@bankofamerica.com
patrick.wanner@juliusbaer.com
patrick.wellnitz@helaba.de
patrick.widmayer@dekabank.de
patrick.widmer@bnpparibas.com
patrick.wierckx@mn-services.nl
patrick.william@sgam.com
patrick.wirth@juliusbaer.com
patrick.wuytens@ing.be
patrick.yeghnazar@highbridge.com
patrick.yot@nestle.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

patrick.zeenni@dexia-am.com
patrick.zima@erstebank.at
patrick.zoro@americas.bnpparibas.com
patrick@mail.bot.com.tw
patrick_andersen@putnam.com
patrick_andreatta@swissre.com
patrick_armstrong@ssga.com
patrick_aylmer@britamtob.com
patrick_blais@sunlife.com
patrick_condello@acml.com
patrick_dwyer@ntrs.com
patrick_flynn@putnam.com
patrick_gallaway@invesco.com
patrick_gremban@vanguard.com
patrick_h_beranek@fanniemae.c
patrick_hudson@troweprice.com
patrick_keedy@bankone.com
patrick_loftis@cinfin.com
patrick_loranger@putnam.com
patrick_lyons@keybank.com
patrick_m_conway@fanniemae.com
patrick_macary@conning.com
patrick_maldari@ml.com
patrick_mayo@keybank.com
patrick_mccormack@tigerfund.com
patrick_miller@smbcgroup.com
patrick_milligan@vanguard.com
patrick_morrissey@bankone.com
patrick_mullins@bnz.co.nz
patrick_okeefe@westlb.com
patrick_s_brennan@progressive.com
patrick_scherrer@swissre.com
patrick_watson@bankone.com
patrick_wendt@swissre.com
patrick_wong@scotiacapital.com
patrick_wong@ssga.com
patrick_yee@sfmny.com
patrick_yip@ustrust.com
patrickbyrne@bankofny.com
patrick-c.vogel@db.com
patrickchong@temasek.com.sg
patrickcichy@hsbc.com.hk
patrickgleeson@angloirishbank.ie

patrickj.cunningham@biam.boi.ie
patrickling@gic.com.sg
patrickm@bgi-group.com
patricknolan@hsbc.com
patrickryoo@hanmail.net
patrickryoo@wooribank.com
patrick-za.zimmermann@ubs.com
patridgeianuser@company.com
patrik.brummer@brummer.se
patrik.carisch@csam.com
patrik.eberhart@sgkb.ch
patrik.janovjak@cial.ch
patrik.janovjak@sarasin.ch
patrik.kuster@credit-suisse.com
patrik.lindgren@sek.se
patrik.nevsten@northseacapital.com
patrik.nyman@ap1.se
patrik.onnerdal@ap1.se
patrik.pizzali@bsibank.com
patrik.ragan@swedbank.se
patrik.roos@mini post.nu
patrik.roos@nordea.com
patrik.rundin@dnbnor.com
patrik.safvenblad@dnbnor.com
patrik.sandell@scania.com
patrik.scheuber@swisscanto.ch
patrik.schwendimann@zkb.ch
patrik.wainio@nib.int
patrik.zedendahl@swedbank.com
patrik.zingmark@seb.se
patrikh@bloomberg.net
patrizia.baudino@bis.org
patrizia.bianchi@arcafondi.it
patrizia.dellatorre@bsibank.com
patrizia.diplinio@ersel.it
patrizia.driusso@realemutua.it
patrizia.ferro@ersel.it
patrizia.fiorino@agf.com
patrizia.masutti@bancagenerali.it
patrizio.m.gregori@jpmorgan.com
patrizio.merciai@lodh.com
patryk.jablonowski@union-investment.de
patsy_kreitman@nylim.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| patsy_rick@fsba.state.fl.us | paul.arthur@ecb.int |
| patti.bradshaw@usaa.com | paul.aston@columbiamanagement.com |
| patti.cheung@uboc.com | paul.attwood@huntington.com |
| patti.perras.shugart@cibc.ca | paul.bareman@jpmorgan.com |
| patti.satterthwaite@fmr.com | paul.bates@erieinsurance.com |
| patti_brown@dell.com | paul.battams@barclaysglobal.com |
| pattra_piriyapoksombut@swissre.com | paul.bawab@ca-suisse.com |
| pattsm@texaco.com | paul.beach@barclays.co.uk |
| patty.arrieta@transamerica.com | paul.beadle@gibuk.com |
| patty.giudice@allegiantgroup.com | paul.bearman@uk.calyon.com |
| patty.mullen@allegiantgroup.com | paul.beaudoin@raymondjames.com |
| patty.nogalski@micorp.com | paul.benson@pimco.com |
| patty.rivet@fmr.com | paul.berejnoi@nuveen.com |
| patty.younker@53.com | paul.berg@janus.com |
| patty_hoopes@aimfunds.com | paul.berlinguet@columbiamanagement.com |
| patty_taylor@gmacm.com | paul.bernard@nokia.com |
| patty13@bloomberg.net | paul.berquist@carlsberg.com |
| patxi.bente@lazard.fr | paul.berriman@db.com |
| patxi.ipina@telefonica.es | paul.berry@cater-allen.co.uk |
| patzer.ws@tbcam.com | paul.birish@inginvestment.com |
| paudet@blackrock.com | paul.bottoms@bgi.com |
| paul.a.brophy@aib.ie | paul.bourdon@credit-suisse.com |
| paul.a.gallagher@aib.ie | paul.bracken@fmr.com |
| paul.a.herbst@wamu.net | paul.braverman@janus.com |
| paul.a.lloyd@usa.dupont.com | paul.bremeyer@lgim.co.uk |
| paul.a.mataras@citigroup.com | paul.brennan@nuveen.com |
| paul.a.mclaughlan@aib.ie | paul.brock@glgpartners.com |
| paul.a.mclaughlin@aibbny.ie | paul.bromley@db.com |
| paul.a.quinsee@jpmorgan.com | paul.brown@insightinvestment.com |
| paul.a.sassa@db.com | paul.brown@irwinmortgage.com |
| paul.a.sheehan@aibbny.ie | paul.buckley@db.com |
| paul.abberley@uk.abnamro.com | paul.bukowski@himco.com |
| paul.achleitner@allianz.com | paul.bukowski@inginvestment.com |
| paul.ainsworth@creditlyonnais.co.uk | paul.buren@inginvestment.com |
| paul.allen@fandc.com | paul.butler@rabobank.com |
| paul.allen@uk.pimco.com | paul.caldwell@db.com |
| paul.allison@baesystems.com | paul.caleca@wachovia.com |
| paul.allison@fandc.com | paul.callahan@fmr.com |
| paul.amer@insightinvestment.com | paul.canavan@fmr.com |
| paul.antico@fmr.com | paul.cangro@citigroup.com |
| paul.appleby@prudential.com | paul.carman@mhcb.co.uk |
| paul.ardleigh@wellsfargo.com | paul.carter@fmr.com |
| paul.aronson@inginvestment.com | paul.casino@sumitomotrust.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paul.cavalier@lodh.com | paul.demey@caam.com |
| paul.cavey@lehman.com | paul.denninger@columbiamanagement.com |
| paul.chambers@ubs.com | paul.dentskevich@hsh-nordbank.co.uk |
| paul.chan@alpshk.com | paul.devilleneuve@drkw.com |
| paul.chan@rbc.com | paul.devlin@us.mizuho-sc.com |
| paul.chappell@db.com | paul.dillon@boigm.com |
| paul.chen@inginvestment.com | paul.dimmick@fhlb-pgh.com |
| paul.chen@prudential.com | paul.dockeray@uk.bnpparibas.com |
| paul.cheonghl@uobgroup.com | paul.dolan@irwinmortgage.com |
| paul.chew@daiwa-am.com.sg | paul.donohoe@blackrock.com |
| paul.chin@barclaysglobal.com | paul.donovan@commcercebank.com |
| paul.chu@insightinvestment.com | paul.doran@rlam.co.uk |
| paul.chung@gecapital.com | paul.dowicz@asbai.com |
| paul.clarke@blackrock.com | paul.doyle@threadneedle.co.uk |
| paul.clarke@dresdner-bank.com | paul.drotch@lmginv.com |
| paul.cloonan@pioneerinvest.com | paul.drumm@ubs.com |
| paul.collard@drkw.com | paul.dudouit@creditfoncier.fr |
| paul.collison@jpmorganfleming.com | paul.duffy@hsh-nordbank.co.uk |
| paul.colonna@corporate.ge.com | paul.dungate@morleyfm.com |
| paul.connor@mhcb.co.uk | paul.dunn@mhcb.co.uk |
| paul.coolen@jpmorgan.com | paul.durdin@credit-suisse.com |
| paul.cooper@friendsprovident.co.uk | paul.e.jablansky@citi.com |
| paul.copeman@db.com | paul.ebner@barclaysglobal.com |
| paul.corner@resolutionasset.com | paul.eckley.agei@statefarm.com |
| paul.corps@jpmorgan.com | paul.egan@citigroup.com |
| paul.cottee@lgim.co.uk | paul.elwood@sunlife.com |
| paul.cox@53.com | paul.emata@pncbank.com |
| paul.cramp@threadneedle.co.uk | paul.etheridge@blackrock.com |
| paul.crinion@longview-partners.com | paul.f.cahill@aib.ie |
| paul.crosby@europe.hypovereinsbank.com | paul.fairbrother@ubs.com |
| paul.crovo@pnc.com | paul.faulkner@abnamromellon.com |
| paul.cuddy@ing.com.au | paul.faulkner@bailliegifford.com |
| paul.cummins@barclaysglobal.com | paul.fergusson@britannia.co.uk |
| paul.czerkawski@uk.nomura.com | paul.fiani@ubs.com |
| paul.d.rivers@bankofamerica.com | paul.fisher@bankofengland.co.uk |
| paul.d.thompson@morganstanley.com | paul.fitzpatrick@dzbank.de |
| paul.daggy@morganstanley.com | paul.flynn@boitib.com |
| paul.daley@ubs.com | paul.flynn@inginvestment.com |
| paul.dalton@boi.ie | paul.fogarty@davy.ie |
| paul.dalton@gs.com | paul.forestier@bnpgroup.com |
| paul.davey@lodh.com | paul.fraker@moorecap.com |
| paul.davis@db.com | paul.freeman@dresdnerkb.com |
| paul.deleon@lazard.com | paul.fuchs@columbiamanagement.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paul.g.daggy@db.com | paul.huang@bbh.com |
| paul.g.doorley@aib.ie | paul.hulbert@wachovia.com |
| paul.galtier@sncf.fr | paul.hunter@db.com |
| paul.gamerdinger@hcmny.com | paul.j.baker@jpmorganfleming.com |
| paul.gately@aig.com | paul.j.benziger@db.com |
| paul.gerard@ocas.com | paul.j.digiacomo@columbiamanagement.com |
| paul.gibbs@threadneedle.co.uk | paul.j.federico@jpmorgan.com |
| paul.giblin@davy.ie | paul.j.stegmayer@jpmorganfleming.com |
| paul.glacken@ge.com | paul.j.white@morganstanley.com |
| paul.glands@jpmorgan.com | paul.jackson@fmr.com |
| paul.goeldi@lgt.com | paul.jacobson@delta.com |
| paul.goody@citicorp.com | paul.janssens@fortisbank.com |
| paul.goss@hvbeurope.com | paul.jay@canadalife.co.uk |
| paul.graham@ubs.com | paul.jo@alliancebernstein.com |
| paul.grasso@prudential.com | paul.jouannic@ch.michelin.com |
| paul.greenplate@wsfsbank.com | paul.kaio@ubs.com |
| paul.greer@boigm.com | paul.kamor@pncadvisors.com |
| paul.griesbach@thrivent.com | paul.kanitra@avmltd.com |
| paul.groenewoud@nl.abnamro.com | paul.karrlsson-willis@fidelity.com |
| paul.guilbert@bnpparibas.com | paul.kasian@hsbcam.com |
| paul.guthrie@halliburton.com | paul.keel@kuehne-nagel.com |
| paul.h.sperling@wellsfargo.com | paul.kehoe@citadelgroup.com |
| paul.hadley@glgpartners.com | paul.kelly-euro@db.com |
| paul.hamblet@merchinv.co.uk | paul.kern@thrivent.com |
| paul.hannan@rothschild.com.au | paul.kim@pimco.com |
| paul.harbord@norwich-union-life.co.uk | paul.king@harrisbank.com |
| paul.hare@uk.standardchartered.com | paul.kirk@commercebank.com |
| paul.harris@opco.com | paul.kirste@tcw.com |
| paul.harrison@barclayglobal.com | paul.kirtley@threadneedle.co.uk |
| paul.harvey@glgpartners.com | paul.kleinaitis@allegiantgroup.com |
| paul.harvey@ubs.com | paul.klinkert@alecta.com |
| paul.hayes@allegiantgroup.com | paul.klinkert@dnbnor.com |
| paul.hearn@bnpparibas.com | paul.knight@ers.state.tx.us |
| paul.heller.h7br@statefarm.com | paul.knobl@bmo.com |
| paul.henderson@barclaysglobal.com | paul.kong@tudor.com |
| paul.herbert@jpmorgan.com | paul.koscik@huntington.com |
| paul.heyman@dexia.be | paul.kosiba@pncbank.com |
| paul.hiebert@ecb.europa.eu | paul.kowalow@citadelgroup.com |
| paul.hilsley@lgim.co.uk | paul.kramper@mutualofomaha.com |
| paul.hilsley@ubs.com | paul.kulkarni@boimail.com |
| paul.hirschi@vontobel.ch | paul.kunz@db.com |
| paul.horat@juliusbaer.com | paul.kw.neoh@jpmorgan.com |
| paul.huang@ap.ing.com | paul.lacoursiere@barclaysglobal.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paul.lafleche@fmglobal.com | paul.mondschein@pnc.com |
| paul.langton@royal-london.co.uk | paul.montecalvo@fmr.com |
| paul.lavelle@fidelity.com | paul.morgan@threadneedle.co.uk |
| paul.leonard@barclaysglobal.com | paul.mortenson@fmr.com |
| paul.leonardi@nb.com | paul.mullings@chase.com |
| paul.lesica@ryanbeck.com | paul.murphy@uk.mizuho-sc.com |
| paul.lewitt@lloydstsb.co.uk | paul.murray@lasmo.com |
| paul.li@capitalglobal.com | paul.murray-john@threadneedle.co.uk |
| paul.liu@db.com | paul.narayanan@aig.com |
| paul.lockey@damel.co.uk | paul.nestro@corporate.ge.com |
| paul.lockwood@imc.wellsfargo.com | paul.newman@gartmore.com |
| paul.lopez@us.hsbc.com | paul.newmark@drkw.com |
| paul.lovett@aib.ie | paul.niven@fandc.com |
| paul.m.andrews@hsbc.com | paul.nolle@db.com |
| paul.m.joseph@jpmorgan.com | paul.o.morley@aibbny.ie |
| paul.m.lock@jpmorgan.com | paul.o'brien@morganstanley.com |
| paul.magura@aberdeen-asset.com | paul.ocenasek@thrivent.com |
| paul.marendaz@fandc.com | paul.oelmann@smith.williamson.co.uk |
| paul.marriage@insightinvestment.com | paul.oh@gwl.com |
| paul.marsh@nb.com | paul.okholm@nordea.com |
| paul.marson@gs.com | paul.osborne@lodh.com |
| paul.martins@lazard.com | paul.osman@uk.nomura.com |
| paul.mason.01@bbc.co.uk | paul.pancino@hsh-nordbank.co.uk |
| paul.mason@airbus.fr | paul.parseghian@prudential.com |
| paul.mccarthy@lloydstsb.co.uk | paul.pawelka@rcm.at |
| paul.mccarthy@mortgagefamily.com | paul.peduto@fhlbboston.com |
| paul.mccormack@ibtco.com | paul.perry@norcap.com |
| paul.mcenroe@boitib.com | paul.petery@fmr.com |
| paul.mcginnis@cis.co.uk | paul.placken@gm.com |
| paul.mcintyre@threadneedle.co.uk | paul.pollington@barclayscapital.com |
| paul.mckeaveney@jpmorgan.com | paul.presinzano@americas.bnpparibas.com |
| paul.mcnamara@augustus.co.uk | paul.price@prudential.com |
| paul.meier@disney.com | paul.psaila@morganstanley.com |
| paul.merrey@prudential.co.uk | paul.qiuistberg@columbiamanagement.com |
| paul.meyer@brummer.se | paul.quistberg@columbiamanagement.com |
| paul.middleton@axaframlington.com | paul.r.cannon@aexp.com |
| paul.mikhailoff@bankofengland.co.uk | paul.r.donnelly@jpmorgan.com |
| paul.milsom@lgim.co.uk | paul.r.polichino@jpmorgan.com |
| paul.milton@sgcib.com | paul.rasplicka@aiminvestments.com |
| paul.mingay@morleyfm.com | paul.ravetta@wcmadvisors.com |
| paul.mitchell@jpmchase.com | paul.rayner@rlam.co.uk |
| paul.mitchell@ubs.com | paul.read@alliancebernstein.com |
| paul.moghtader@lazard.com | paul.reagan@moorecap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paul.reagan@soros.com | paul.simpson@omam.co.uk |
| paul.reed@aberdeen-asset.com | paul.sinclair@sunlife.com |
| paul.regan@hq.smurfitgroup.com | paul.singer@barclayswealth.com |
| paul.reinhardt@ge.com | paul.single@cnb.com |
| paul.rhude@bmonb.com | paul.smith2@drkw.com |
| paul.ringsted@wachovia.com | paul.smith3@barcap.com |
| paul.rissman@alliancebernstein.com | paul.snyder@harrisbank.com |
| paul.roberts@aegon.co.uk | paul.speargas@pnc.com |
| paul.rochat@lodh.com | paul.springorum@selectum.be |
| paul.rocheleau@columbiamanagement.com | paul.squires@axa-im.com |
| paul.rochester@insightinvestment.com | paul.stanaitis@cibc.ca |
| paul.roethof@fbs.nl | paul.stanley@ubs.com |
| paul.rose@ldn_invesco.co.uk | paul.stappard@barclayswealth.com |
| paul.ross@bwater.com | paul.steiger@zurich.com |
| paul.rudland@blackrock.com | paul.stilwell@uk.abnamro.com |
| paul.runnalls@gwl.com | paul.stimson@moorecap.com |
| paul.rutherford@pnc.com | paul.sugandi@uobgroup.com |
| paul.s.choi@jpmorgan.com | paul.suitela@kasbank.com |
| paul.s.hyatt@jpmorgan.com | paul.sullivan@alliancebernstein.com |
| paul.sacco@wnco.com | paul.suter@commerzbank.com |
| paul.sakaguchi@usa.dupont.com | paul.swartz@bwater.com |
| paul.saks@barclaysglobal.com | paul.sweeting@uk.fid-intl.com |
| paul.salniker@usaa.com | paul.taylor@lloydstsb.co.uk |
| paul.sampson@axa.co.jp | paul.tellefsen@ibtco.com |
| paul.sandhu@usaa.com | paul.tessens@dexia.be |
| paul.santucci@citadelgroup.com | paul.thompson@suntrust.com |
| paul.schep@pggm.nl | paul.ticu@morganstanley.com |
| paul.schibli@db.com | paul.tucker@bankofengland.co.uk |
| paul.schminke@lrp.de | paul.tydeman@fly.virgin.com |
| paul.schonen@axa.be | paul.udall@morleyfm.com |
| paul.schreder@falconig.com | paul.ukmt.blakeley@jpmorgan.com |
| paul.schwartz@mxminc.com | paul.van.der.worp@nibc.com |
| paul.scofield@usbank.com | paul.van.gent@mn-services.nl |
| paul.secchia@bmo.com | paul.vandenberghe@glgpartners.com |
| paul.seng@income.com.sg | paul.vandevaart@morleyfm.com |
| paul.severin@sparinvest.com | paul.vangeert@dexia.be |
| paul.sharp@insightinvestment.com | paul.verloop@ingim.com |
| paul.sharpe@ubs.com | paul.vickars@axa-im.com |
| paul.shea@mhcb.co.uk | paul.vogel@alliancebernstein.com |
| paul.sheedy@fmr.com | paul.vonkuster@peregrinecapital.com |
| paul.shuttleworth@blackrock.com | paul.vrints@dexia.be |
| paul.sibianu@lbb.lu | paul.vrouwes@ingim.com |
| paul.simmons@morleyfm.com | paul.w.dickson@jpmorganfleming.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paul.w.mcdonough@jpmorgan.com | paul@tcdrs.org |
| paul.wallace@barclaysglobal.com | paul@wasatchadvisors.com |
| paul.walsh@fmr.com | paul@willcapmanagement.com |
| paul.washburn@fmglobal.com | paul_a_toft@victoryconnect.com |
| paul.weiner@morganstanley.com | paul_albonetti@ustrust.com |
| paul.wendler@pimco.com | paul_allende@morganstanley.com |
| paul.wesson@fandc.com | paul_brakke@ssga.com |
| paul.westesson@nordea.com | paul_brittman@putnam.com |
| paul.white2@jpmorgan.com | paul_brooke@tigerfund.com |
| paul.whitehead@barclaysglobal.com | paul_bucuvalas@putnam.com |
| paul.whyman@fortis.co.uk | paul_butler@newton.co.uk |
| paul.wiencek@libertymutual.com | paul_caprez@generaliglobal.com |
| paul.wild@db.com | paul_causer@hen.invesco.com |
| paul.wildermuth@pimco.com | paul_clifton@blackrock.com |
| paul.williamson@jpmchase.com | paul_cooley@swissre.com |
| paul.wise@dfafunds.com | paul_cunningham@nylim.com |
| paul.witchalls@threadneedle.co.uk | paul_d_danes@victoryconnect.com |
| paul.wojtyla@abnamro.com | paul_denoon@acml.com |
| paul.woo@impaccompanies.com | paul_drury@putnam.com |
| paul.wood@uk.fid-intl.com | paul_e_chismark@keybank.com |
| paul.wurm@peregrinecapital.com | paul_edwards@westlb.co.uk |
| paul.wylie@lloydstsb.co.uk | paul_english@invesco.com |
| paul.x.byrne@jpmorgan.com | paul_english@manulife.com |
| paul.x.ward@qsk.com | paul_fehrenbach@fleet.com |
| paul.y.hikichi@wellsfargo.com | paul_gagey@aviva.fr |
| paul.yablon@moorecap.com | paul_gardner@ssga.com |
| paul.zajac@funb.com | paul_gerard@ml.com |
| paul.zekveld@nibcapital.com | paul_godfrey@scotiacapital.com |
| paul.zelisko@ubs.com | paul_graham@gb.smbcgroup.com |
| paul.zelissen@ingdirect.nl | paul_green@invescoperpetual.co.uk |
| paul.zemsky@inginvestment.com | paul_greene@troweprice.com |
| paul.zepf@fmr.com | paul_greff@ssga.com |
| paul.zetterstrom@prudential.com | paul_gulberg@acml.com |
| paul.ziots@sun.com | paul_harrison@bat.com |
| paul.zych@wamu.net | paul_harrison@scotiacapital.com |
| paul@bernstein.com | paul_hauff@blackrock.com |
| paul@buenavistapartners.com | paul_heath@westlb.co.uk |
| paul@ggfg.com | paul_j.edwards@westlb.co.uk |
| paul@gruss.co.uk | paul_j_martinez@bankone.com |
| paul@ikos.com.cy | paul_j_nolte@bankone.com |
| paul@incomeresearch.com | paul_j_thompson@prusec.com |
| paul@moorecap.com | paul_jakubowski@vanguard.com |
| paul@rentec.com | paul_jenkel@acml.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

paul_konigsberg@freddiemac.com
paul_kraftic@nylim.com
paul_kramer@calpers.ca.gov
paul_kronlokken@ustrust.com
paul_kume@freddiemac.com
paul_lacosta@msdw.com
paul_lafleche@arkwright.com
paul_lohrey@vanguard.com
paul_lumbis@cgnu.net
paul_m_malloy@vanguard.com
paul_maguire@putnam.com
paul_markham@newton.co.uk
paul_martin@westlb.co.uk
paul_massaro@troweprice.com
paul_moretti@fanniemae.com
paul_mullaney@cargill.com
paul_napoli@ustrust.com
paul_nash@ldn.invesco.com
paul_norris@fanniemae.com
paul_oldfield@ustrust.com
paul_oliu@ml.com
paul_pasquill@standardlife.com
paul_phillips@scotiacapital.com
paul_queyrouze@hancockbank.com
paul_raman@glenmede.com
paul_read@hen.invesco.com
paul_rhodes@bat.com
paul_richardson@cargill.com
paul_rippe@hvbamericas.com
paul_rogers@scudder.com
paul_rudewick@sumitomobank.com
paul_scanlon@putnam.com
paul_sellier@conning.com
paul_shottes@cbcm.com
paul_spiroff@mgic.com
paul_sprinsky@conning.com
paul_stackhouse@standardlife.com
paul_stephany@newton.co.uk
paul_stern@nylim.com
paul_sullivan@glenmede.com
paul_survilla@capgroup.com
paul_swoboda@bankone.com
paul_touradji@bigfoot.com

paul_unchalipongse@ustrust.com
paul_van_der_meer@deltalloyd.nl
paul_vanmaaren@ml.com
paul_w_harvey@ml.com
paul_walker-duncalf@blackrock.com
paul_walton@blackrock.com
paul_wojcik@troweprice.com
paul_yee@nylim.com
paul_young@ssga.com
paul_zoschke@acml.com
paul123@netsgo.com
paula.allen@morleyfm.com
paul-a.buchwitz@db.com
paula.bujia@ar.schroders.combb
paula.bujia@schroders.com
paula.caruana@grupobbva.com
paula.collins@gs.com
paula.croson@blackrock.com
paula.fleming@janus.com
paula.gonzalez-esc@grupobbva.com
paula.ioannides@g-icap.com
paula.jouandet-dahlen@axa-im.com
paula.kienert@fmr.com
paula.m.dowdall@aib.ie
paula.mateus@cgd.pt
paula.renzi@fmr.com
paula.szturma@moorecap.com
paula.treutiger@swedbankrobur.se
paula.werner@alcoa.com
paula@gries.com
paula@trsl.state.la.us
paula_baker@conseco.com
paula_blacher@ustrust.com
paula_craft@ssga.com
paula_d_healey@fleet.com
paula_hartnett@gb.smbcgroup.com
paula_laliberte@ustrust.com
paula_niall@newton.co.uk
paula_papastathis@putnam.com
paula_pikus@key.com
paula_smith@notes.ntrs.com
paulachen@cathaylife.com.tw
paulandre.meyers@fortisbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| paulandre.pittard@lodh.com | paulliew@gic.com.sg |
| paulandrew_cannon@swissre.com | paullundmark@aol.com |
| paulaprice@bapfim.co.uk | paulm@csccu.com |
| paulb@cater-allen.co.uk | paulo.alexandrecaricati@westernasset.com |
| paulb@loopcap.com | paulo.angeletti@bsibank.com |
| paulbratten@tagfolio.com | paulo.cacella@bcb.gov.br |
| paulc@bloomberg.net | paulo.da.costa@hsbcpb.com |
| paulcallan@bloomberg.net | paulo.pinto@caixabi.pt |
| paulchuan@gic.com.sg | paulo.quintino@fandc.com |
| pauler@ui-gmbh.de | pauls@cater-allen.co.uk |
| paulette@hhmi.org | paulstillabower@hsbc.com |
| paulf@oechsle.com | paultews@northwesternmutual.com |
| paulfssb@ix.netcom.com | paulv@bgi-group.com |
| paulfuji@bloomberg.net | paul-van.hastenberg@unilever.com |
| paul-gerhard.ebel@postbank.de | paulvanner@hypovereinsbank.co.uk |
| paulh@state.nm.us | paulwiggins@mac.com |
| paul-hen.delaportedutheil@caam.com | paulzack@bloomberg.net |
| paulhl@vankampen.com | paum@capgroup.com |
| pauli.mortensen@kap.norges-bank.no | paumeng@dbs.com |
| paulina.czabaj@avmltd.com | pauric.z.mccormack@jpmchase.com |
| pauline.abadie@sgam.com | paus@capgroup.com |
| pauline.c.yurich@firstar.com | pavan.wadhwa@jpmorgan.com |
| pauline.carlotti@uk.calyon.com | pavan_chatlani@fanniemae.com |
| pauline.dennehy@primark.com | pavao.gf@mellon.com |
| pauline.deseauve@bnpparibas.com | pavel.blinchik@fmr.com |
| pauline.hedgecock@wachovia.com | pavel.horcin@nbs.sk |
| pauline.marshall-lee@uk.abnamro.com | pavel.mertlik@rb.cz |
| pauline.nepgen@threadneedle.co.uk | pavel.sool@citigroup.com |
| pauline.stewart@aegon.co.uk | pavel.vaynshtok@inginvestment.com |
| pauline.toffier@sgam.com | pavellone@angelogordon.com |
| pauline_macpherson@standardlife.com | pavitabile@bloomberg.net |
| pauline_sheedy@ustrust.com | pavlina.novakova@cnb.cz |
| paulinechen@ptbni.com.sg | pavlos.alexandrakis@pioneerinvest.com |
| paulinel@carson.com.hk | pavlos.karadeloglou@ecb.int |
| paulinelow@mas.gov.sg | pavol_horny@koba.sk |
| paulinemccabe@angloirishbank.ie | pawan.dhir@ubs.com |
| paul-j.flynn@db.com | pawan.jhangiani@fgb.ae |
| pauljg@bernstein.com | pawel.golebiewski@pbk.pl |
| paul-johannes.altmann@db.com | pawel.mosakowski@db.com |
| paul-k.harris@ubs.com | pawel.skala@ch.abb.com |
| paulk@fmaadvisors.com | pawel.skrzypczynski@mail.nbp.pl |
| paulkim@wooribank.com | pawel.tomczyk@oppenheim.de |
| paullau@dbs.com | pawel.wyczanski@mail.nbp.pl |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| payal.agarwal.fi@fmr.com | pbest@presidiomanagement.com |
| payel.ghosh@schwab.com | pbewerun@princeton.edu |
| payer.bernhard@rahnbodmer.ch | pbg@mn-services.nl |
| paynsley@oppenheimerfunds.com | pbhudia@fftw.com |
| paz.na@adia.ae | pbianco@bankofny.com |
| pazzaglia@nusasim.it | pbinfo@citadelgroup.com |
| pb@dodgeandcox.com | pbisbey@ofii.com |
| pbabb@princeton.edu | pblain@wellington.com |
| pbabyak002@aol.com | pblancha@kemper.com |
| pbacchetta@pictet.com | pblange@aegon.nl |
| pbadeski@putnamlovellnbf.com | pbleier@bryanarnier.ch |
| pbae@canyonpartners.com | pbm@dodgeandcox.com |
| pbaenziger@swissca.ch | pbock@nb.com |
| pbagchi@us.ibm.com | pboehm@babsoncapital.com |
| pbaillie@martincurrie.com | pbogart@njm.com |
| pbajema@aegon.nl | pbogle@babsoncapital.com |
| pbalakrishna@bloomberg.net | pbolovis@bloomberg.net |
| pbaldessari@fideuramcapital.it | pbonart@unigestion.com |
| pban@jyskebank.dk | pbonner@aceguarantyre.com |
| pbanerjee@investcorp.com | pbourgeois@groupama-am.fr |
| pbansal@inv.uchicago.edu | pbowen@trmshedge.com |
| pbard@ipohome.com | pboyce@hcmlp.com |
| pbarker@fhlbc.com | pbrain1@bloomberg.net |
| pbarnaby@art-allianz.com | pbrandow@westernasset.com |
| pbarno@caxton.com | pbratton@fisbons.com |
| pbarrabb@cajamadrid.es | pbreault@wellington.com |
| pbarrett@evergreeninvestments.com | pbresnehan@panagora.com |
| pbartlet@princeton.edu | pbreton@cimfra.com |
| pbass@pictet.com | pbrian@litchfieldcapital.com |
| pbattistella@bci.it | pbrill@allstate.com |
| pbbgl@bloomberg.net | pbroda@rentec.com |
| pbe@jyskebank.dk | pbrown@sterling-capital.com |
| pbecht@crawfordinvestment.com | pbrugere@msfi.com |
| pbechtold@mfs.com | pbruneau@besv.fr |
| pbednarek@seic.com | pbrunell@bloomberg.net |
| pbenacci@federatedinv.com | pbsabo@bloomberg.net |
| pbenjamin@metlife.com | pbunnage@freemontcapital.co.uk |
| pbenjamin1@metlife.com | pburge@bloomberg.net |
| pbennorth@summitbank.com | pburgener@mfs.com |
| pberdeja@nb.com | pburnette@montag.com |
| pberg3@bloomberg.net | pburns@interops.rjf.com |
| pbergan@mdsass.com | pbush@bloomberg.net |
| pbertucelli@fhlbatl.com | pbush@hcmlp.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

pbusick@russell.com

pbussoli@fideuramsgr.it

pbvermag@spin.ch

pbwillis@staceybraun.com

pbwu@metlife.com

pbyrne@amfin.com

pc.wheaton@janus.com

pc22416@glaxowellcome.co.uk

pcaiazza@lordabbett.com

pcalamari@vestarcapital.com

pcalati@fideuramsgr.it

pcallahan@nb.com

pcameron@fandc.co.uk

pcampbell@eatonvance.com

pcampo@eatonvance.com

pcapri@wasatchadvisors.com

pcardella@nbne.com

pcardon@bloomberg.net

pcarey@fountaincapital.com

pcarlsen@bloomberg.net

pcarlson@hgk.com

pcarr@stephens.com

pcaruso@cityntl.com

pcarvell@hbk.com

pcasati@bloomberg.net

pcasey@bankofny.com

pcastaneda@perrycap.com

pcastanoli@lincap.com

pcastellano@bloomberg.net

pce@nbim.no

pcecere@sanpaolo.co.uk

pcerino@meag-ny.com

pcetkovsky@csas.cz

pcgomes@banco-privado.pt

pch@bankinvest.dk

pch@danskecapital.com

pchadha@nb.com

pchakany@caxton.com

pchalasani@hbk.com

pchan@shiplp.com

pchandran@westernasset.com

pcharles@ford.com

pchasey@linc.com

pchen@oppenheimerfunds.com

pcheng@firstmanhattan.com

pchew@brownadvisory.com

pchollet@bper.ch

pchrist1@allstate.com

pchristensen@fhlbc.com

pchristo@nbg.gr

pchung@hcmlp.com

pcipriani@sistonet.org

pcirasole@fondianima.it

pckendall@chevychasebank.net

pcl@dodgeandcox.com

pcl@ubp.ch

pclark@bear.com

pcliche@metlife.com

pcoates@russell.com

pcocking@ttc.ocgov.com

pcocuccioni@iccrea.bcc.it

pcocuzza@oppenheimerfunds.com

pcoffin@bondinvestor.com

pcolaco1@bloomberg.net

pcoleman@sisucapital.com

pcoleman@voyageur.net

pcollins11@bloomberg.net

pcollison@faralloncapital.com

pcolwell@bloomberg.net

pconde@finibanco.pt

pcondrat@dadco.com

pconner@hcmlp.com

pcorbin@brownadvisory.com

pcordova@autostrade.it

pcornell@azoa.com

pcornet@ca-suisse.com

pcosta.lisboa@sinvest.es

pcoumes@ccr.fr

pcova@mcc.it

pcr@ubp.ch

pcramer@payden-rygel.com

pcremiao@spinnaker.com.br

pcrosbie@dsaco.com

pcroson@blackrock.com

pcrotty@rockco.com

pcrowe@bony.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pcs@capgroup.com | pdesury@bloomberg.net |
| pcsuk@samsung.co.kr | pdeville@natexistx.com |
| pctan_99@yahoo.com | pdevine@mfs.com |
| pcubbage@buffalofunds.com | pdeweck@pictet.com |
| pcunningham@loews.com | pdf77@bloomberg.net |
| pcunningham1@bloomberg.net | pdg3@ntrs.com |
| pcurti@inasim.gruppoina.it | pdholakia@metlife.com |
| pcutshall@allete.com | pdias@bportugal.pt |
| pczekanski@loomissayles.com | pdias@dlbabson.com |
| pczim@perrycounty.com | pdifiore@bloomberg.net |
| pdalzell@bloomberg.net | pdilella@tiaa-cref.org |
| pdanderson@bankofny.com | pdileo@fideuramireland.ie |
| pdanes@martincurrie.com | pdillard@tswinvest.com |
| pdangelo@caxton.com | pdillinger@bloomberg.net |
| pdano@munder.com | pdiorio@ci.com |
| pdarling@provincebankers.com | pdjong@irisresearch.nl |
| pdaryani@babsoncapital.com | pdlugosch@buffalofunds.com |
| pdattels@imf.org | pdmcdonough@leggmason.com |
| pdaugherty@hcmlp.com | pdoerig@rbccm.com |
| pdavidson@westpac.com.au | pdolan@opusinvestment.com |
| pdavies@strome.com | pdolci@bloomberg.net |
| pdavis@tiaa-cref.org | pdolle@pb-santander.com |
| pdcampbell@mmm.com | pdonnelly@us.mufg.jp |
| pdearce@bloomberg.net | pdonnelly@williamblair.com |
| pdeazambuja@bloomberg.net | pdooley@canyonpartners.com |
| pdebbas@valueline.com | pdougherty@hcmlp.com |
| pdebraine1@bloomberg.net | pdp5@cornell.edu |
| pdecat@blaylocklp.com | pdq1@ntrs.com |
| pdedecek@csas.cz | pdriscoll@fdic.gov |
| pdee@fsbnm.com | pduchesne@sinopia.fr |
| pdegreeve@caxton.com | pduddy@bloomberg.net |
| pdejosselin@templeton.com | pduffy@penncapital.com |
| pdelafuente@bankpime.es | pdugquem@eurekafunds.com |
| pdelamata@mfs.com | pdumont@ofi-am.fr |
| pdeluca@troweprice.com | pduncan@fhlbi.com |
| pdemerse@bank-banque-canada.ca | pe.pelizzari@bpci.it |
| pderose@hcmny.com | peaa@sek.se |
| pdersark@lib.com | peaches_kenneally@ssga.com |
| pdersarkisian@lib.com | pean23@handelsbanken.se |
| pderubeis@jhancock.com | pearcesd@bernstein.com |
| pdery@massmutual.com | pearl.chang@schwab.com |
| pdesai@halcyonllc.com | pearle.lee@soros.com |
| pdesantis@seic.com | pearlsteins@washpost.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pearse.conaty@boigm.com
pearse.griffith@ubs.com
pearse.mcdowell@bbh.com
peattidk@bp.com
pebj07@handelsbanken.se
pebk@nykredit.dk
pebo02@handelsbanken.se
peburdiss@comerica.com
pec@ubp.ch
pecc1@bloomberg.net
pechavarria@turnerinvestments.com
pechon@bloomberg.net
peconomou@statestreet.com
pecoraro_michael@jpmorgan.com
ped@petercam.be
peder.hasslev@amfpension.se
peder.tiricke@lansforsakringar.se
pedergervin.pedersen@nordea.lu
pedging@opers.org
pedro.a.yaguez@aib.ie
pedro.bastos@bsnp.pt
pedro.benites@finantia.com
pedro.cabecos@igcp.pt
pedro.canamera@bbvapartners.com
pedro.casquinho@millenniumbcp.pt
pedro.danobeitia@db.com
pedro.guinea@grupobbva.com
pedro.marcal@nacm.com
pedro.montero@grupobbva.com
pedro.mora@credit-suisse.com
pedro.morgado@fldfs.com
pedro.morgado@igcp.pt
pedro.noronha.camara@bancobpi.pt
pedro.porfirio@drkw.com
pedro.teixeira@gs.com
pedro.wilton@mf.gov.pt
pedrosa@iadb.org
peeler_sage@jpmorgan.com
peer.emmrich@bayern-invest.de
peer.rosenberg@ikb.de
peer.rossbach@telekom.de
peer.wrede@telekom.de
pefa05@handelsbanken.se

peg.thompson@janus.com
peg_fritz@dpimc.com
peggi@mcm.com
peggie_bowie@mfcinvestments.com
pegginton@loomissayles.com
peggy.brynjolfsson@sscims.com
peggy.burton@wamu.net
peggy.flemming@westhyp.de
peggy.james@corporate.ge.com
peggy.koury@thehartford.com
peggy.lowder@harrisbank.com
peggy.mac@db.com
peggy.mak@db.com
peggy.palos@chase.com
peggy.pirson@axa-im.com
peggy_hayward@troweprice.com
peggy_meckel@troweprice.com
peggysue.khumalo@investecmail.com
peh@danskebank.dk
peha@jyskebank.dk
pehu@uk.danskebank.com
pehv01@handelsbanken.se
pei.weng@aiminvestments.com
pei0426@mail.cbc.gov.tw
peifang.chan@ubs.com
pei-jie.shiu@ubs.com
peik.norenberg@hydro.com
peike.guo@icbc.com.cn
peilin.charrette@pfpc.com
peiyitsai@upamc.com.tw
peje@nykredit.dk
pejman@gulfbank.com.kw
pejo03@handelsbanken.se
pek@clinton.com
pek1@pge.com
pekka.petro@okobank.com
pekka.toivonen@leonia.fi
peli20@handelsbanken.se
pellas_roberto@alitalia.it
pellegrinelli@capitalgest.it
peller.cathy@pmlmail.com
pellet@bordier.com
peltekian_paul@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pemarrkand@wellington.com
pemiller@clearbridgeadvisors.com
pempera@frk.com
penarczyks@hhmi.org
penderp@finsbury.com
penderr@hhmi.org
penelope.wordsworth@uk.abnamro.com
peng.zhou@sunlife.com
peng_liu@ssga.com
pengfei.xie@gmam.com
pengfong.ng@schrdoers.com
pengg@nationwide.com
penn@ellington.com
penn@nyc.apollolp.com
pennal@novarabank.com
pennanph@cmcic-sdm.fr
penny.dobkin@fmr.com
penny.gregory@rbccm.com
penny.kemp@canadalife.co.uk
pentii.pikkarainen@bof.fl
pentikis@nyc.apollolp.com
penu01@handelsbanken.se
peo@ms.com
pepstein@tullib.com
per.almesjo@electrolux.se
per.asbjorn.nielsen@danskebank.dk
per.aspegren@swedbank.com
per.aspegren@swedbank.se
per.colleen@ap3.se
per.eklof@fandc.com
per.eklund@swedbank.com
per.elfstrom@sandvik.com
per.engstrom@nordea.com
per.erikson@sl-am.com
per.eriksson@stadshuset.stockholm.se
per.forsgren@swedbank.se
per.frederiksen@nordea.com
per.frennberg@alecta.com
per.frenneberg@alecta.com
per.gregersen@nordea.com
per.greil@nor.no
per.griberg@swedbankrobur.se
per.h.brinch@dnb.no

per.hoegh@danskebank.dk
per.hoglund@swedbank.com
per.horn@siemens.com
per.johansson@uk.fid-intl.com
per.josefsson@brummer.se
per.kunow@threadneedle.co.uk
per.lilja@swedbankrobur.se
per.liljestrand@dnb.se
per.limdberg@skandia.se
per.lundborg@ap1.se
per.lundqvist@seb.se
per.martinelle@nordea.com
per.molinder@sek.se
per.moller@nordea.com
per.norden@klp.no
per.norling@brummer.se
per.oervik@klp.no
per.paulsson@nyc.nxbp.com
per.regnarsson@uk.danskebank.com
per.snarberg@ap1.se
per.solvin@swedbankrobur.se
per.storfaelt@lansforsakringar.se
per.sundstrom@brummer.se
per.svensson@afaforsakring.se
per.ulderup@nordea.com
per.wehrmann@db.com
per@capgroup.com
perachik@hhmi.org
per-ake.rydgard@nordea.com
per-ake.stahl@nokia.com
peranzonib@ansaldo.com
per-arne.blomquist@seb.se
per-atle.aronsen@moa.norges-bank.no
per-axel.carlsson@folksam.se
perazzolo@capitalgest.it
percheni@cmcic.fr
percy_yw_ng@hkma.gov.hk
perdigon.luis-fernando@us.standardchartered.com
pere.riba@andbanc.com
perea.ignacio@aegon.es
peregrin.chelik@oenb.co.at
peregrin.ward@amb-generali.de
pereon@clamericas.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

perez.jonathan@principal.com
perez.sanjuan@grupobbva.com
perezj@mail.bancsabadell.es
perfgroup@lfg.com
performance@chase.com
perhad.merwanji@ubs.com
perhendrik.bertilsson@helaba.de
perihanss@adic.co.ae
peris.eduardo@principal.com
perkins.research@fmr.com
perla.pulido@banamex.com
pernasmonica@bancourquijo.com
pernilla.eriksson@sandvik.com
pernille.svensson@nordea.com
pernot_eric@accor.fr
per-olof.uppeke@swedbank.com
perquiaga@adb.org
perret@bordier.com
perri.henderson@alliancebernstein.com
perri_henderson@freddiemac.com
perrierb@ebrd.com
perrin.lim@state.or.us
perrine.debellefroid@axa.be
perry.adams@huntington.com
perry.beaumont@axa-im.com
perry.chaifetz@fidelity.com
perry.lok@hk.bankaustria.com
perry.m@mellon.com
persaud_mary@jpmorgan.com
perschl.andreas@rahnbodmer.ch
perttu.tuomi@danskebank.com
perttuh@bloomberg.net
peruris@jwseligman.com
peruzzi.lg@tbcam.com
pervis.thomas@shell.com
pescaro.r@tbcam.com
pese01@handelsbanken.se
pesi01@handelsbanken.se
pespinosa@leggmason.com
pestephane@kio.uk.com
pet_olsen@scudder.com
petad@bloomberg.net
pete.galliers@credit-suisse.com

pete.gargasoulas@mnco.com
pete.hastings@morgankeegan.com
pete.iaconis@ark.com
pete.mackowiecki@fhhl.com
pete.mclaughlin@trs.state.tx.us
pete.perrotti@thehartford.com
pete.thomas@mortgagefamily.com
peter holland@uk.fid-intl.com
peter.3.cross@bt.com
peter.a.law@morganstanley.com
peter.a.rubinsky@fhlb-pgh.com
peter.a.signori@pjc.com
peter.abbott@fortisinvestments.com
peter.abeles@sgcib.com
peter.abelin@swedbankrobur.se
peter.abric@wachovia.com
peter.adamczyk@aig.com
peter.aebischer@claridenleu.com
peter.agnes@ubs.com
peter.agrimson@fafadvisors.com
peter.albanese@wpginvest.com
peter.albano@pncbank.com
peter.albrecht@union-investment.de
peter.allwright@threadneedle.co.uk
peter.ammann@stg.ch
peter.amport@bkb.ch
peter.andahazy@sparinvest.com
peter.anderson@csam.com
peter.andersson@fip.se
peter.andren@seb.se
peter.andres@axa-im.com
peter.andrews@bankofengland.co.uk
peter.askew@jpmorganfleming.com
peter.attiger@credit-suisse.com
peter.audoore@dexia.be
peter.auzers@fmr.com
peter.b.wikstrom@seb.se
peter.bachmann.2@credit-suisse.com
peter.badik@erstebank.at
peter.baguley@boots-plc.com
peter.bainlardi@americas.bnpparibas.com
peter.bajema@blueskygroup.nl
peter.barnes-wallis@rolls-royce.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

peter.barsa@db.com
peter.baxter@omam.co.uk
peter.becker@aberdeen-asset.com
peter.begler@ubs.com
peter.bellia@sun.com
peter.benda@ge.com
peter.bentley@insightinvestment.com
peter.berg@nl.abnamro.com
peter.berger@vontobel.ch
peter.berger@zkb.ch
peter.bernard@deshaw.com
peter.berrie@belgacom.be
peter.birchmeier@sl-am.com
peter.birkey@lmginv.com
peter.birnie@aberdeen-asset.com
peter.blenkle@lampebank.de
peter.blessing@ilptreasury.com
peter.blosch@pim.com
peter.blum.pbb@suva.ch
peter.boardman@usaa.com
peter.bodis@pioneerinvestments.com
peter.bonekamp@shell.com
peter.bonfield@bt.com
peter.bossart@dresdner-bank.ch
peter.botham@tilney.com
peter.bouzane@fmr.com
peter.braendle@swisscanto.ch
peter.brag@nordea.com
peter.braun@cominvest-am.com
peter.braunwalder@hsbcpb.com
peter.brehm@ubs.com
peter.bretschger@pimco.com
peter.brierley@bankofengland.co.uk
peter.brown.3@csam.com
peter.brown@rbccm.com
peter.brunner@eu.altria.com
peter.buckendahl@credit-suisse.de
peter.burbank@investecmail.com
peter.bury@wcmadvisors.com
peter.butler@bnpparibas.com
peter.butler@boigm.com
peter.c.barcia@bankerstust.com
peter.cafaro@fmr.com

peter.camenzind@vontobel.ch
peter.cameron@morleyfm.com
peter.campfield@schwab.com
peter.cannon@rmf.ch
peter.carlson@prudential.com
peter.carragher@blackrock.com
peter.caruso@soros.com
peter.caulo@fmr.com
peter.chambers@framlington.co.uk
peter.chan@blackrock.com
peter.chau@dartmouth.edu
peter.cheley@jpmorganfleming.com
peter.chiappinelli@fmr.com
peter.christiansen@barclaysglobal.com
peter.cipa@trinkaus.de
peter.clelland@jpmorganfleming.com
peter.cockburn@swipartnership.co.uk
peter.cody@prudential.com
peter.coffey@citigroup.com
peter.colby@fmr.com
peter.cole@uk.abnamro.com
peter.connolly@ge.com
peter.connolly@gecapital.com
peter.cordrey@prudential.com
peter.corner@commerzbankib.com
peter.corrigan@sgcib.com
peter.costa@fmr.com
peter.cote@ubs.com
peter.cramer@barclaysglobal.com
peter.crays@db.com
peter.cripwell@erm.ie
peter.czernin@hvb.de
peter.czichowski@dlh.de
peter.d.burt@jpmchase.com
peter.d.clapham@bankofamerica.com
peter.d.edwards@jpmorgan.com
peter.d.simons@jpmorgan.com
peter.dabrowski@barclaysglobal.com
peter.dahlgren@nordea.com
peter.dalgleish@gartmore.com
peter.dalgliesh@fandc.com
peter.dalmalm@nordea.com
peter.danielsson@nordea.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

peter.day@barclaysglobal.com
peter.debaere@dexia.be
peter.defazio@aig.com
peter.deininger@columbiamanagement.com
peter.dellsperger@credit-suisse.com
peter.depoorter@dexia.be
peter.devine@citigroup.com
peter.dillard@dimensional.com
peter.din@fortisinvestments.co.uk
peter.dodds@us.standardchartered.com
peter.doerig-bal@ubs.com
peter.dorn@ubsw.com
peter.dorward@swipartnership.co.uk
peter.dowling@db.com
peter.doyle@black-river.com
peter.dreidel@tbfglobal.com
peter.drew@ashmoregroup.com
peter.dunstan@europe.ups.com
peter.durman@scottishpower.com
peter.e.haagensen@db.com
peter.e.kocubinski@jpmorganfleming.com
peter.e.smith@hsbcam.com
peter.echausse@tdsecurities.com
peter.edwall@percunia.nu
peter.ehret@aiminvestments.com
peter.eichenberger@zkb.ch
peter.eliot@alliancebernstein.com
peter.ellis@db.com
peter.elston@aberdeen-asset.com
peter.elwell@mhcb.co.uk
peter.embury@vanguard.com.au
peter.eng@nb.com
peter.epstein@mackayshields.com
peter.erpen@juliusbaer.com
peter.estlick@wfweb.com
peter.etzrodt@unicreditgroup.de
peter.farac@btfinancialgroup.com
peter.fasone@abnamrousa.com
peter.fegelman@citicorp.com
peter.ferrise@pncbank.com
peter.fiek@pacificlife.com
peter.findley@deshaw.com
peter.floyd@pioneerinvest.com

peter.francek@pncbank.com
peter.frehner@raiffeisen.ch
peter.freilinger@wamu.net
peter.freitag@prudential.com
peter.fricke@nordlb.de
peter.friedmann@seb.de
peter.friel@lgim.co.uk
peter.frischeisen@hvb.de
peter.frommer@osterweis.com
peter.furlong@morganstanley.com
peter.g.hammersley@bankofamerica.com
peter.g.nealon@us.hsbc.com
peter.g.vinzani@us.hsbc.com
peter.g.wehrmann@credit-suisse.com
peter.gachnang@swisscanto.ch
peter.gaessler@bw-bank.com
peter.gailliot@blackrock.com
peter.ganz@tui.com
peter.gardner@hsbc.com
peter.gaynor@evergreeninvestments.com
peter.gebert@juliusbaer.com
peter.geens@dexia.be
peter.gerlach@juliusbaer.com
peter.gero@ge.com
peter.gewirtz@morganstanley.com
peter.gillespie@corporate.ge.com
peter.gladwin@threadneedle.co.uk
peter.glancy@scottishwidows.co.uk
peter.glidden@fmr.com
peter.glynne-percy@swipartnership.com
peter.gnehm@claridenleu.com
peter.goldman@chicagoasset.com
peter.goshawk@barclays.co.uk
peter.graham1@ge.com
peter.grainger@glgpartners.com
peter.gray@shinseibank.co.jp
peter.grigory@citicorp.com
peter.grijseels@artesiabc.be
peter.groninger@firstmidwest.com
peter.guan@inginvestment.com
peter.guastamachio@bankofthewest.com
peter.gummesson@ohman.se
peter.guntermann@oppenheim.de

## Lehman Brothers Holdings Inc.
### Derivatives Counterparties Email Service List

peter.guschov@db.com

peter.gygax@pharma.novartis.com

peter.h.dixon@fmr.com

peter.hackenberger@nuernberger.de

peter.hackworth@morleyfm.com

peter.hadden@aegon.co.uk

peter.hagemann@credit-suisse.com

peter.hallerberg@lrp.de

peter.ham@ubs.com

peter.hames@aberdeen-asset.com

peter.hanlon@barclays.co.uk

peter.hanrott@uk.mufg.jp

peter.harnett@glgpartners.com

peter.harrison@db.com

peter.harvey@cazenovecapital.com

peter.hathaway@ge.com

peter.hayes@blackrock.com

peter.hecht@lbbw.de

peter.heijen@mn-services.nl

peter.helbling@commerzbank.ch

peter.helmer@lrp.de

peter.hennig@commerzbank.com

peter.herbert@lloydstsb.co.uk

peter.herrlin@uk.danske.com

peter.herrmann.3@credit-suisse.com

peter.hewitt@isisam.com

peter.hielscher@ampegagerling.de

peter.hill@bapensions.com

peter.hill@lazard.com

peter.hill@standardlife.ca

peter.hirsch@fmr.com

peter.hitzler-spital@union-investment.de

peter.hoerdahl@bis.org

peter.hoffmann@credit-suisse.com

peter.hoffmann@lrp.de

peter.hohler@bwinvest.de

peter.holguin@ibtco.com

peter.holland@uk.fid-intl.com

peter.holtermand@seb.se

peter.horsman@group.landg.com

peter.horvath@erstebank.at

peter.hostrup@seb.se

peter.hu2@aig.com

peter.hulqvist@swedbank.com

peter.humphreys@hsbc.com

peter.hunsberger@lazard.com

peter.hunter@corporate.ge.com

peter.hursthouse@rabobank.com

peter.huwyler@zkb.ch

peter.i.lehrer@db.com

peter.i.shih@wellscap.com

peter.iversen@citizensbank.com

peter.j.davis@jpmorgan.com

peter.j.decandia@prudential.com

peter.j.green@bbg.co.uk

peter.j.lancos@us.hsbc.com

peter.j.mullahey@jpmchase.com

peter.j.robinson@jpmorgan.com

peter.j.shortt@aib.ie

peter.j.wasserman@chase.com

peter.j.zeitsch@nabasia.com

peter.james@black-river.com

peter.janata@dzbank.de

peter.jarvis@fandc.com

peter.jecklin@ubs.com

peter.jenson@citadelgroup.com

peter.jerauld@citigroup.com

peter.johnston@vtbeurope.com

peter.joslin@insightinvestment.com

peter.k.hopkins@gsk.com

peter.k.kong@jpmorgan.com

peter.kahn@prudential.com

peter.kallos@petro-canada.com

peter.kapfelsperger@deka.de

peter.kashanek@lazard.com

peter.kaste@sl-am.com

peter.katsanos@mizuhocbus.com

peter.kaufmann@barcap.com

peter.keenan@gcm.com

peter.kelly@wachovia.com

peter.kempf@pncbank.com

peter.kerger@jpmorgan.com

peter.kernick@lloydstsb.co.uk

peter.khan@fidelity.com

peter.kijne@nordea.com

peter.kjaergaard@bnpparibas.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| peter.kleppich@hypovereinsbank.de | peter.lingen@swedbankrobur.se |
| peter.kline@usbank.com | peter.litvin@citicorp.com |
| peter.knez@barclaysglobal.com | peter.liu@email.chinatrust.com.tw |
| peter.knorr@muenchenerhyp.de | peter.liwowski@ahbr.de |
| peter.kobiela@helaba.de | peter.loescher@amersham.com |
| peter.koelle@hvb.de | peter.lopez@transamerica.com |
| peter.koenigbauer@pioneerinvestments.com | peter.luc@pimco.com |
| peter.koerndl@dresdner-bank.com | peter.lueck@bnpparibas.com |
| peter.kolb@deka.de | peter.luetolf@lukb.ch |
| peter.kolthof@shell.com | peter.luevanos@sscims.com |
| peter.komarek@inginvestment.com | peter.lugauer@dresdner-bank.com |
| peter.konstantyner@nordea.com | peter.lundkvist@ap3.se |
| peter.koritschan@ubs.com | peter.luongo@pioneerinvest.com |
| peter.kozak@deshaw.com | peter.luypaert@dexia.be |
| peter.kraneveld@pggm.nl | peter.lynch@fmr.com |
| peter.kraus@dit.de | peter.m.stanton@fmr.com |
| peter.krawchuk@yesbank.com | peter.machlachlan@insightinvestment.com |
| peter.krebs@hypovereinsbank.de | peter.maguire@corporate.ge.com |
| peter.krismer@cbve.com | peter.maguire@db.com |
| peter.kroeger@sachsenlb.de | peter.maguire@fmr.com |
| peter.kronenberg@essenhyp.com | peter.maher@household.com |
| peter.kruslak@bmo.com | peter.manning@mosnar.com |
| peter.kucharski@statestreet.com | peter.marchant@bmonb.com |
| peter.kwiatkowski@53.com | peter.marquard@willis.com |
| peter.labhart@claridenleu.com | peter.marten@nab.ch |
| peter.ladreiter@securitykag.at | peter.marturano@tigerfund.com |
| peter.lang@dit.de | peter.marxer.jun@marxerpartner.com |
| peter.lang@wachovia.com | peter.marxer@llb.li |
| peter.lawery@jpmorganfleming.com | peter.mathern@blackrock.com |
| peter.lee@sgam.com | peter.matovu@aberdeen-asset.com |
| peter.lee@tigerfund.com | peter.matza@rwe.com |
| peter.lee@ubs.com | peter.mauder@oppenheim.de |
| peter.lees@fandc.com | peter.mccabe@iptreasury.com |
| peter.leffler@blackrock.com | peter.mcgloughlin@cibc.co.uk |
| peter.lennartz@dlh.de | peter.mchugh@commercebank.com |
| peter.li@inginvestment.com | peter.mcloughlin@insightinvestment.com |
| peter.li@lazard.com | peter.metcalfe@tdsecurities.com |
| peter.li@moorecap.com | peter.metzler@centrumbank.com |
| peter.liebst@glic.com | peter.meulepas@fandc.com |
| peter.liedholm@nordea.com | peter.meulepas@fandc.nl |
| peter.lindahl@evli.com | peter.michaelis@morleyfm.com |
| peter.lindsey@sgib.com | peter.middleton@morleyfm.com |
| peter.lindstrom@barcap.com | peter.mikkelsen@nordea.dk |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| peter.miller@drkw.com | peter.pastor@akb.ch |
| peter.millington@fmr.com | peter.pih@aegon.co.uk |
| peter.miselis@ubs.com | peter.platzer@db.com |
| peter.moffatt@chase.com | peter.plester@rabobank.com |
| peter.molinaro@pncadvisors.com | peter.poenitzsch@credit-suisse.com |
| peter.monaco@tudor.com | peter.posch@bayernlb.de |
| peter.moore@fandc.com | peter.preisler@lu.danskebank.com |
| peter.morgan@ubs.com | peter.prestel@hypovereinsbank.de |
| peter.moritz@siemens.com | peter.pt@mellon.com |
| peter.moukios@wpginvest.com | peter.r.diliberti@wellsfargo.com |
| peter.muellauer@bawag.com | peter.r.duffy@db.com |
| peter.mueller@dit.de | peter.raab@activest.de |
| peter.mullen@boiuk.com | peter.radtke@rewe-group.com |
| peter.murphy@disney.com | peter.rains@morleyfm.com |
| peter.murphy@glgpartners.com | peter.ramsay@avenir.fi |
| peter.musser@rainierfunds.com | peter.ranty@fortisinvestments.com |
| peter.myran@citadelgroup.com | peter.rebsamen@vontobel.ch |
| peter.n.lawrence@jpmorgan.com | peter.rechsteiner@mbczh.ch |
| peter.nadosy@morganstanley.com | peter.redward@citadelgroup.com |
| peter.nelson@prudential.com | peter.reese@dresdner-bank.com |
| peter.nemschak@erstebank.at | peter.reid@resolutionasset.com |
| peter.nesvold@lazard.com | peter.reilly@london.entoil.com |
| peter.neumayer@pnconsult.de | peter.reilly@raymondjames.com |
| peter.nicolson@nordea.com | peter.reinmuth@juliusbaer.com |
| peter.nies@dbv-winterthur.de | peter.reinmuth@swisscanto.ch |
| peter.nind@smith-nephew.com | peter.reusser@publica.ch |
| peter.nowaczyk@apobank.de | peter.rieth@frankfurt-trust.de |
| peter.nowell@uk.bnpparibas.com | peter.ro@cnb.com |
| peter.nowicki@sgcib.com | peter.robert@citigroup.com |
| peter.nygren@afa.se | peter.rodwick@hcmny.com |
| peter.nyquist@electrolux.se | peter.roe@bt.com |
| peter.o.hara@be.gm.com | peter.rogan@daiwasectab.ie |
| peter.odonoghue@biam.boi.ie | peter.roimisher@jpmorgan.com |
| peter.oellers@lbbw.de | peter.rolfsen@pncbank.com |
| peter.olsacher@noehypo.at | peter.romanowski@hsh-nordbank.com |
| peter.olsen@db.com | peter.roseblade@ubk-plc.com |
| peter.oneill@ms.com | peter.rossi@ibtco.com |
| peter.onofrej@rzb.at | peter.rossi@sanpaoloimi.com |
| peter.osborne@ubs.com | peter.rouhi@drkw.com |
| peter.o'sullivan@drkw.com | peter.roymans@fortis.com |
| peter.ott@ubs.com | peter.ru@morganstanley.com |
| peter.p.thomas@hsbc.com | peter.ruggiero@moorecap.com |
| peter.panser@erstebank.at | peter.rundle@ubs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| peter.rutter@db.com | peter.shepherd@lloydstsb.co.uk |
| peter.ryckeboer@dexia.com | peter.sheridan@morganstanley.com |
| peter.rysselaere@degroof.be | peter.shouvlin@moorecap.com |
| peter.s.andreou@jpmchase.com | peter.siciliano@ubs.com |
| peter.s.fortunato@db.com | peter.siegmund@wwk.de |
| peter.s.joo@columbiamanagement.com | peter.sigg@winterthur.ch |
| peter.saganski@db.com | peter.simmons@ubs.com |
| peter.sanchez@citadelgroup.com | peter.simon@gmacbank.com |
| peter.sanderson@blackrock.com | peter.simon@morganstanley.com |
| peter.santoro@columbiamanagement.com | peter.simons@deka.de |
| peter.saperstone@fmr.com | peter.skau@dehaw.com |
| peter.sargant@hk.standardchartered.com | peter.soo@aig.com |
| peter.sass@db.com | peter.sorrentino@huntington.com |
| peter.sauerbier@dekabank.de | peter.spano@nbs.sk |
| peter.schaerer@ubs.com | peter.spence@barcap.com |
| peter.scharf@uk.bdroma.com | peter.staehler@apobank.de |
| peter.scheffel@ikb-cam.de | peter.stage@fandc.com |
| peter.scheffel@postbank.de | peter.stanfield@barclaysglobal.com |
| peter.scherhammer@ba-ca.com | peter.stenz@swisscanto.ch |
| peter.schillinger@schoellerbank.at | peter.stevenson@aig.com |
| peter.schlagbauer@rcm.at | peter.stiasny@dekabank.de |
| peter.schmid2@zkb.ch | peter.stoffelen@carolinafirst.com |
| peter.schmorl@ikb.de | peter.strassmann@verkehrsbank.de |
| peter.schoenenberger@juliusbaer.com | peter.strobl@axa.at |
| peter.schott@aareal-bank.com | peter.struck@wamu.net |
| peter.schottmueller@cominvest.de | peter.studer@sl-am.com |
| peter.schottmueller@union-investment.de | peter.studtrucker@bmw.de |
| peter.schranz@db.com | peter.su@tcw.com |
| peter.schroeder@columbiamanagement.com | peter.sullivan@lmginv.com |
| peter.schuetz@juliusbaer.com | peter.sulser@lgt.com |
| peter.schupp@vw.com | peter.svoboda@sparinvest.com |
| peter.schuster@ba-ca.com | peter.swank@tudor.com |
| peter.schuster@ikb.de | peter.sward@seb.se |
| peter.schwartz@nationstarmail.com | peter.swartz@moorecap.com |
| peter.scot@zkb.ch | peter.sziklai@dgbank-dip.de |
| peter.scottgraham@aberdeen-asset.com | peter.tait@uk.nestle.com |
| peter.sedlmeier@allfonds-bkg.de | peter.talbot@thehartford.com |
| peter.seelig@bnymellon.com | peter.thelin@brummer.se |
| peter.seely@morganstanley.com | peter.thomas@group.novartis.com |
| peter.seipel@frankfurt-trust.de | peter.thomas@london.entoil.com |
| peter.seitinger@omv.com | peter.thomas@morganstanley.com |
| peter.seka@effem.com | peter.thorpe@inginvestment.com |
| peter.shell@fhlb-pgh.com | peter.tiemey@pncadvisors.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| peter.tils@db.com | peter.wetter@credit-suisse.com |
| peter.tobler@credit-suisse.com | peter.whitbeck@fmr.com |
| peter.tonetti@philips.com | peter.white@claridenleu.com |
| peter.townsend@exxon.com | peter.widmann@allianz.de |
| peter.tram@sswedbank.com | peter.wiley@pioneerinvestments.com |
| peter.trosker@postbank.de | peter.wilhelm@dresdner-bank.com |
| peter.tsang@barclaysglobal.com | peter.willet@ssga.com |
| peter.tse@moorecap.com | peter.williams@dmgt.co.uk |
| peter.tsu@lazard.com | peter.willner@hvb.de |
| peter.turnor@uk.nestle.com | peter.wilson@barclaysglobal.com |
| peter.tvrdy@commerzbank.com | peter.wilton@ibiscapital.co.uk |
| peter.tzanetos@lmginv.com | peter.winkle@lionhart.net |
| peter.van.apeldoorn@nl.abnamro.com | peter.winzinger@activest.de |
| peter.van.berlekom@alecta.com | peter.wirtz@db.com |
| peter.van.dashorst@nl.abnamro.com | peter.womg@sg.standardchartered.com |
| peter.van.der.mespel@dzbank.de | peter.wong@bear.com |
| peter.van.der.sterren@nibc.com | peter.wong@blackrock.com |
| peter.van.vliet@ingim.com | peter.wood@barclaysglobal.com |
| peter.vanberlekom@brummer.com | peter.worn@cmim.co.uk |
| peter.vandenhoute@ing.be | peter.wright@fmr.com |
| peter.vanderhof@meespierson.com | peter.wright@morganstanley.com |
| peter.vanwinkle@pncbank.com | peter.wrzodek@dzbank.de |
| peter.varga@sparinvest.com | peter.wuethrich@rothschildbank.com |
| peter.viehl@tcw.com | peter.wufli@ubs.com |
| peter.vogel@db.com | peter.young@bankofamerica.com |
| peter.vogt@schering.de | peter.yuen@ubs.com |
| peter.voitl@dekabank.de | peter.zerhouni@bbl.be |
| peter.vonmoos@credit-suisse.com | peter.zornio@honeywell.com |
| peter.vonsivers@dnbnor.com | peter.zwerenz@db.com |
| peter.w.knight@jpmorganfleming.com | peter@adib.co.ae |
| peter.wadkins@fbfinance.com | peter@ikos.co.uk |
| peter.wagenhaeuser@bmw.de | peter@oneinvest.ch |
| peter.walburg@dws.de | peter@stonehillcap.com |
| peter.wan@ubs.com | peter@swissinv.com |
| peter.ward@glgpartners.com | peter@watrust.com |
| peter.warlick@aa.com | peter_altman@ml.com |
| peter.warmerdam@philips.com | peter_angelopolus@putnam.com |
| peter.weldner@trinkaus.de | peter_antos@cguusa.com |
| peter.welford@lehman.com | peter_antos@onebeacon.com |
| peter.wells@icap.com | peter_bates@troweprice.com |
| peter.west@pamglobalfunds.com | peter_c_larson@fleet.com |
| peter.westaway@bankofengland.co.uk | peter_cooke@glenmede.com |
| peter.westlake@db.com | peter_cornax@acml.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| peter_crocco@sunlife.com | peter_ugincius@fanniemae.com |
| peter_d_simons@bankone.com | peter_v._meyer@putnam.com |
| peter_decrem@westlb.com | peter_visser@deltalloyd.nl |
| peter_devilbiss@merck.com | peter_willett@ssga.statestreet.com |
| peter_donofrio@bankone.com | peter_wollman@invesco.com |
| peter_dow@westlb.co.uk | peter_yang@manulife.com |
| peter_federico@freddiemac.com | peter_yang@mfcinvestments.com |
| peter_ferrelli@putnam.com | peter_yi@ntrs.com |
| peter_fleisher@putnaminv.com | peter_yuen@ustrust.com |
| peter_g_lucas@fleet.com | peter_zacowich@putnam.com |
| peter_gibbs@blackrock.com | peter_zafiris@westlb.com |
| peter_grant@putnam.com | peter_zhang@acml.com |
| peter_hadden@putnam.com | peter_zou@freddiemac.com |
| peter_hajjar@ssga.com | peter_zuleba@glenmede.com |
| peter_henricks@new-alliance.com | peter0404@ms1.chb.com.tw |
| peter_hensman@newton.co.uk | peter-a.steffen@dws.com |
| peter_hubley@fanniemae.com | peterb@artesiamortgage.com |
| peter_j_azzinaro@keybank.com | peterc.andersson@tetral.com |
| peter_jarvis@ldn.invesco.com | peterchesterfield@wessexam.co.uk |
| peter_k_crossley@fleet.com | peterchiang@dbs.com |
| peter_kawada@invesco.com | petercramer@pimco.com |
| peter_kruppa@ldn.invesco.com | petereinders@northwesternmutual.com |
| peter_leffler@swissre.com | peterh@woodstockcorp.com |
| peter_lert@ssga.com | peterhazou@hsbc.com |
| peter_lindley@ssga.com | peterhenry.hale@juliusbaer.com |
| peter_lindner@ssga.com | peterhs@mail.pscnet.com.tw |
| peter_m_flynn@fanniemae.com | peterhsieh@tcb-bank.com.tw |
| peter_m_steinmetz@vanguard.com | peterjan.de.koning@bloomberg.net |
| peter_mahoney@freddiemac.com | peterkelly@bloomberg.net |
| peter_mahoney@vanguard.com | peter-l.harnik@ubsw.com |
| peter_marshall@conning.com | peter-levine@idexx.com |
| peter_mcevoy@ml.com | peter-m.weber@ba-ca.com |
| peter_middelkamp@swissre.com | peterm@gic.com.sg |
| peter_milczarek@putnam.com | peterm@ikospartners.com |
| peter_nguyen@calpers.ca.gov | petermark.vogel@oppenheim.ch |
| peter_niculescu@fanniemae.com | peter-noel.schoemig@westam.com |
| peter_phillips@manulife.com | peterr@oechsle.com |
| peter_ra@nylim.com | peterreeh@helaba-invest.de |
| peter_reichenbach@swissre.com | peterrot@bloomberg.net |
| peter_schwab@putnam.com | peterrudman@nb.se |
| peter_snook@scotiacapital.com | peter-s.mccarthy@db.com |
| peter_sonza@smbcgroup.com | peters@oechsle.com |
| peter_twidale@gb.smbcgroup.com | petersena@aetna.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| petersoh@dbs.com | petra.spelbos@rabobank.com |
| peterson.marc@principal.com | petra.steffler@rvs.at |
| peterson.scott.j@edgeassetmgt.com | petra.steves@postbank.de |
| peterson_bill@jpmorgan.com | petra.van.lochem@ingim.com |
| petersonc@swcorp.org | petra.wehlert@kfw.de |
| peterss@delaware.co.uk | petra.wittmeier@postbank.de |
| peterwalsh@angloirishbank.ie | petri.kangas@okobank.com |
| peter-za.haug@ubs.com | petri.vartiainen@nokia.com |
| petes@woodstockcorp.com | petrine@fhlb-of.com |
| petevatev@tagfolio.com | petros.toesland@glgpartners.com |
| petewang@princeton.edu | petrounakou@bloomberg.net |
| petr.kocourek@morganstanley.com | petry@gothamcapital.com |
| petr.polach@rzb.at | petter.andreassen@seb.se |
| petr.thorson@pncadvisors.com | petter.haugerjohannssen@moa.norges-bank.no |
| petr.toman@nlcal.mail.abb.com | petter.kristiansen@seb.se |
| petr_holubec@kb.cz | petter.olberg@sr-bank.no |
| petra.asteson@tele1europe.se | petter.stensland@alliancebernstein.com |
| petra.barthenheier@helaba.de | petter.westlye@swedbank.com |
| petra.becker@ruv.de | petteri.joensuu@okobank.com |
| petra.beron@erstebank.at | petteri.vaarnanen@tapiola.fi |
| petra.bradler@ruv.de | petty.mw@dreyfus.com |
| petra.dedeyne@fortis.com | peur01@handelsbanken.se |
| petra.frewein@erstebank.at | pevangelista@credem.it |
| petra.friedrich@bayernlb.com | peyre@westernasset.com |
| petra.gerlach@commerzbank.com | peze@perrycap.com |
| petra.hoefer@lodh.com | pf.guarguaglini@finmeccanica.it |
| petra.klaffert@alecta.com | pf@mizrahi.co.il |
| petra.kuehl@allianzgi.de | pfaily@floor32.com |
| petra.kutschera@helaba.de | pfaivre@pictet.com |
| petra.laux@sb.com | pfang@lordabbett.com |
| petra.luedecke@lgt.com | pfarahmand@bank-banque-canada.ca |
| petra.meyer@oppenheim.de | pfasold@frk.com |
| petra.milbrath@db.com | pfaus@bcj.gbancaja.com |
| petra.nithammer@barmenia.de | pfaustma@allstate.com |
| petra.pflaum@db.com | pfeil@nordinvest.de |
| petra.pieper@ikb.de | pferguso@nystrs.state.ny.us |
| petra.rihm@ubsw.com | pferguson@alger.com |
| petra.schaar@hsh-nordbank.com | pfernandes.lisboa@sinvest.es |
| petra.scheffel@ikb.de | pferwerda@tswinvest.com |
| petra.schruth@shell.com | pfewell@bloomberg.net |
| petra.schwab@hyporealestaste.de | pfg@capgroup.com |
| petra.schwab@hypovereinsbank.de | pfiguracio@btmna.com |
| petra.sjostedt@omg.co.uk | pfine@loomissayles.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pfinops@perrycap.com
pfischer@safdie.com
pfishbin@jhancock.com
pfisher@blackrock.com
pfisher@wellington.com
pfisher@westcapinv.com
pfister@i-cv.ch
pfister@slb.com
pfitzgerald@chicagoequity.com
pfitzsimmons@oppenheimerfunds.com
pfixter@jennison.com
pflaherty@browncapital.com
pfleming@statestreet.com
pflood@tiaa-cref.org
pflynch@statestreet.com
pfmurph1@bechtel.com
pfo@ms.com
pfranc@pictet.com
pfranke@blair.com
pfrei@mmwarburg.ch
pfrick@loomissayles.com
pfroehlicher@pictet.com
pfroud@londonstockexchange.com
pfruzzetti@mfs.com
pfullerton@bloomberg.net
pfurlan@hwic.ca
pg@carnegieam.dk
pg@nationalbanken.dk
pg38@ntrs.com
pg4@americancentury.com
pgalbraith@frostbank.com
pgalloway@fhlbdm.com
pganucheau@hcmlp.com
pgarcia@ahorro.com
pgarciaalbaladejo@hipotecario.com.ar
pgartin@wellington.com
pgasant@frk.com
pgauthier@ofivalmo.fr
pgbrown@oppenheimerfunds.com
pgc1@ntrs.com
pgeyer@chubb.com
pghavami@ubs.com
pgiampa@jhancock.com

pgibbons@harcourtgeneral.com
pgieren@bloomberg.net
pgill@jhancock.com
pgill4@nyc.rr.com
pgillis@standishmellon.com
pgilman@aegonusa.com
pgl@fm.dk
pglaser@us.nomura.com
pglasgow@bailliegifford.co.uk
pglieze@cvceruope.com
pgmcpherson@wellington.com
pgmoucan@caam.com
pgnemmi@bancadellarete.it
pgo@nbim.no
pgoeller@wscapital.com
pgoginen@tiaa-cref.org
pgoldberg@ohiosavings.com
pgomezca@notes.banesto.es
pgoncalves@standishmellon.com
pgonzalez@xlserv.com
pgonzalezp@repsolypf.com
pgoodman@bloomberg.net
pgoodstadt@wellington.com
pgordon@mfs.com
pgordon@standishmellon.com
pgorman4@bloomberg.net
pgorman9@bloomberg.net
pgoux@groupama-am.fr
pgpking@bloomberg.net
pgr@ubp.ch
pgray@pjc.com
pgreco@fftw.com
pgreenwell@lkcm.com
pgreenwood@russell.com
pgreig@fciadvisors.com
pgrice1@bloomberg.net
pgrillo@delinvest.com
pgronniger@fciadvisors.com
pgruss@hcmny.com
pgu1@bloomberg.net
pguilbert@tiaa-cref.org
pgutierrez1@metlife.com
pguyonvarch@cicfg.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

pguzzi@loomissayles.com
ph@ubp.ch
ph99@cornell.edu
pha@bankinvest.com
pha@ubp.ch
phabert@cpr-am.fr
phaddad@statestreet.com
phadden@westpac.com.au
phaedonresearch@soros.com
phall@lincap.com
pham.phu-khoi@sg.standardchartered.com
phaman@exchange.ml.com
phamptian@bear.com
phamq@jwseligman.com
phan.dang@sscims.com
phanau@union-investment.de
phanella.i.mayall@jpmorgan.com
phangkw@ocbc.com
phannifa@amfam.com
phanrott@ibuk.bankgesellschaft.de
phanson@loomissayles.com
pharikishan@bankofindia.com
pharland@bankofny.com
pharrington@fi.rjf.com
pharris@jhancock.com
pharris@jp.statestreet.com
phauser@canyonparteners.com
phayes@hellerfin.com
phborghuis@aegon.nl
phburlisson@groupama-am.fr
phchainet@finama-am.fy
pheagy@federatedinv.com
phealy@bayernlbny.com
phecht@allstate.com
phecht@hbs.edu
pheckman@canyonpartners.com
pheeb@oppenheimerfunds.com
phelang@deshaw.com
phelsel@yorktraditionsbank.com
phendershot@hcmlp.com
phendry@alaskapermfund.com
phenry@ameritas.com
phenry@bloomberg.net

phentges@fhlbdm.com
pheobe_leung@hk.ml.com
pherman@lordabbett.com
phermann@ag-am.com
phermann3@bloomberg.net
phershey@tiaa-cref.org
phew@bankofny.com
phfu@ml.com
phga8408@mylodh.com
phguan@bloomberg.net
phi_green@ml.com
phickfui@dbs.com
phidaka@uscentral.org
phidar@tiaa-cref.org
phiemma.m.wilson@bob.hsbc.com
phiferh@stifel.com
phil.abejar@tcw.com
phil.austin@pncbank.com
phil.bayliss@lgim.co.uk
phil.carty@columbiamanagement.com
phil.deimus@ny.frb.org
phil.doel@fandc.com
phil.dumns@wachovia.com
phil.fazio.hvg5@statefarm.com
phil.gilham@moorecap.co.uk
phil.heaney@resolutionasset.com
phil.horner@northernrock.co.uk
phil.jobbins@dzbank.de
phil.kassin@aigfpc.com
phil.kearns@deshaw.com
phil.kurpiewski@dnbnor.no
phil.langfelder@db.com
phil.lee@hsbcpb.com
phil.manning@fidelity.com
phil.march@lgim.co.uk
phil.melville@usbank.com
phil.mierzwa@ustrust.com
phil.morse@uk.fid-intl.com
phil.muldoon@uk.calyon.com
phil.niehaus@suntrust.com
phil.oakley@halbis.com
phil.riordan@corporate.ge.com
phil.robinson@hsbcinvestments.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| phil.robinson@northernrock.co.uk | philip.chan@swisslife.ch |
| phil.rohdes@lbbwus.com | philip.chan@zcmgroup.com |
| phil.schade@barclaysglobal.com | philip.chappell@swipartnership.co.uk |
| phil.scott@us.calyon.com | philip.chen@barclaysglobal.com |
| phil.sheridan@barcap.com | philip.chew@blackrock.com |
| phil.skelton@mailpoalim.co.uk | philip.chitty@cgii.com |
| phil.smyth@moorecap.com | philip.chow@fandc.com |
| phil.stafford@agf.com | philip.christie@cba.com.au |
| phil.taylor@aiminvestments.com | philip.chu@bayernlb.de |
| phil.webster@aberdeen-asset.com | philip.cohen@ubs-oconnor.com |
| phil.yeates@rothschild.co.uk | philip.colburn@pioneerinvest.com |
| phil@ardsley.com | philip.croft@gartmore.com |
| phil_davidson@americancentury.com | philip.dicken@threadneedle.co.uk |
| phil_doherty@blackrock.com | philip.dipaolo@bbh.com |
| phil_guth@freddiemac.com | philip.duggan@biam.boi.ie |
| phil_kligman@troweprice.com | philip.ehrmann@gartmore.com |
| phil_mcloughlin@phl.com | philip.engel@prudential.com |
| phil_meckel@ssga.com | philip.farnum@vontobel.ch |
| phil_spak@conning.com | philip.ferguson@aimfunds.com |
| phileasa_p_patrick@vanguard.c | philip.feront@ie.dexia.be |
| phili.graves@resolutionasset.comet.com | philip.foronda@westernasset.com |
| philij@nuveen.com | philip.g.condon@db.com |
| philiju@agf.fr | philip.garbarino@ubs.com |
| philip.allen@boimail.com | philip.garrett@eagleasset.com |
| philip.ammann@vontobel.ch | philip.gent@singers.co.uk |
| philip.annen@bailliegifford.com | philip.ghosn@bnpparibas.com |
| philip.ball@rbc.com | philip.gillman@fandc.com |
| philip.barach@tcw.com | philip.guest@ubs.com |
| philip.barleggs@insightinvestment.com | philip.haigh@ubs.com |
| philip.berman@electrolux.se | philip.hargreaves@hsbcam.com |
| philip.best@threadneedle.co.uk | philip.harris@csam.com |
| philip.bille@petercam.be | philip.haworth@aegon.co.uk |
| philip.blayney@pnc.com | philip.hemsley@alliance-leicester.co.uk |
| philip.blunsen@nomura.co.uk | philip.ho@meespierson.com.hk |
| philip.boyce@citadelgroup.com | philip.horgan@ny.invesco.com |
| philip.braeker@ubs.com | philip.hsin@barclaysglobal.com |
| philip.bredt@ingim.com | philip.hunt@fandc.co.uk |
| philip.brides@blackrock.com | philip.hunter@lgim.co.uk |
| philip.bullen@fmr.com | philip.hunter@omam.com |
| philip.c.morgan@jpmorgan.com | philip.j.foronda@citigroup.com |
| philip.c.street@jpmorgan.com | philip.jacob@gs.com |
| philip.camporeale@jpmorganfleming.com | philip.jagd@nordea.dk |
| philip.catmur@icap.com | philip.jamison@dkib.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| philip.jan.looijen@mn-services.nl | philip.tortelboom@dexia.be |
| philip.jao@email.chinatrust.com.tw | philip.true@csam.com |
| philip.k.perkins@jpmorgan.com | philip.tuzzolino@pncadvisors.com |
| philip.kemp@rabobank.com | philip.valvona@hsbcib.com |
| philip.kibble@sarasin.ch | philip.vandermause@citadelgroup.com |
| philip.ladstaetter@fandc.com | philip.wan@blackrock.com |
| philip.lawson@barclaysglobal.com | philip.watkins@daiwasbi.co.jp |
| philip.letts@aibgovett.co.uk | philip.westpfel@barclaysglobal.com |
| philip.liverpool@shell.com | philip.whittome@investecmail.com |
| philip.lund-conlon@morganstanley.com | philip.winckle@seb.se |
| philip.m.salvisberg@claridenleu.com | philip.winston@cgii.com |
| philip.may@ppm-uk.com | philip.winters@morganstanley.com |
| philip.mcduell@ants.co.uk | philip.wooldridge@bis.org |
| philip.milburn@aegon.co.uk | philip.wright@centrumbank.com |
| philip.moffitt@gs.com | philip.wubbena@csam.com |
| philip.mulvihill@ge.com | philip.x.bird@jpmorgan.com |
| philip.mutooni@ge.com | philip.young@harrisbank.com |
| philip.neyland@schwab.com | philip@ab-capital.com |
| philip.norton@pioneerinvestments.com | philip@gulfbank.com.kw |
| philip.p.ashbrook@aib.ie | philip_a_davi@fleet.com |
| philip.p.lockyer@jpmorgan.com | philip_aspinall@westlb.co.uk |
| philip.parker@morleyfm.com | philip_burger@troweprice.com |
| philip.passafiume@protective.com | philip_byrde@ohionational.com |
| philip.payer@juliusbaer.com | philip_chu@westlb.co.jp |
| philip.payne@aberdeen-asset.com | philip_collins@newton.co.uk |
| philip.pearson@glgpartners.com | philip_england@newton.co.uk |
| philip.pearson@morleyfm.com | philip_guth@freddiemac.com |
| philip.r.rice@wellsfargo.com | philip_hjelmer@aaa-net.com |
| philip.radziwill@moorecap.com | philip_mccarty@freddiemac.com |
| philip.rands@cba.com.au | philip_melville@nylim.com |
| philip.reading@bawagpsk.com | philip_raciti@invesco.com |
| philip.riddell@lloydstsb.co.uk | philip_reardon@ssga.com |
| philip.rose@swipartnership.co.uk | philip_rio@nylim.com |
| philip.rosenstrach@barcap.com | philip_roberts@ustrust.com |
| philip.ruvinsky@ubs.com | philip_rodrigs@troweprice.com |
| philip.salman@ubs.com | philip_scully@capgroup.com |
| philip.schantz@csam.com | philip_sundell@americancentury.com |
| philip.schmitz@oppenheim.de | philipe.brunet@saint-gobain.com |
| philip.schwab@edwardjones.com | philip-john.munoz@pimco.com |
| philip.schwartz@inginvestment.com | philip-max.meier@db.com |
| philip.scott@fhlbny.com | philipp.baertschi@sarasin.ch |
| philip.stec@ppmamerica.com | philipp.bochsler@ubs.com |
| philip.thomas@bankofengland.co.uk | philipp.bonvin@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| philipp.brenneisen@nab.ch | philippe.barberot@alcatel.fr |
| philipp.brugger@dws.com | philippe.bernard@csfb.com |
| philipp.buechler@csam.com | philippe.berthelot@axa-im.com |
| philipp.burger@credit-suisse.com | philippe.besson@bcv.ch |
| philipp.federspieler@allianzgi.de | philippe.bietlot@fortisbank.com |
| philipp.frank@credit-suisse.com | philippe.blavier@bnpparibas.com |
| philipp.galliker@swisslife.ch | philippe.blondiaux@nestle.com |
| philipp.guerber@ubs.com | philippe.bonnet@exane.com |
| philipp.hegetschweiler@ubs.com | philippe.bordenave@bnpparibas.com |
| philipp.herzig@roche.com | philippe.bourgault@dexia.be |
| philipp.inderbitzin@csam.com | philippe.branley@socgen.com |
| philipp.kastner@credit-suisse.com | philippe.brosse@sgam.com |
| philipp.kellerhals@de.pimco.com | philippe.buffle@lodh.com |
| philipp.kruetli@csresearch.us | philippe.busetta@caam.com |
| philipp.kuchen@credit-suisse.com | philippe.carey@credit-suisse.com |
| philipp.liechtenstein@lgt.com | philippe.chalvert@ingferri.fr |
| philipp.lisibach@credit-suisse.com | philippe.chavanne@uk.mizuho-sc.com |
| philipp.matter@ubs.com | philippe.christen@vpbank.com |
| philipp.raetz@ubs.com | philippe.clerc@groupe-mma.com |
| philipp.richard@mobi.ch | philippe.colas@sgam.com |
| philipp.rickenbacher@juliusbaer.com | philippe.colin@crediteurop.lu |
| philipp.rieder@zkb.ch | philippe.cornu@lodh.com |
| philipp.rottwilm@db.com | philippe.couzinou@francetelecom.com |
| philipp.ruegg@ubs.com | philippe.danilo@socgen.com |
| philipp.schmid@db.com | philippe.darbellay@db.com |
| philipp.schmidmeister@credit-suisse.com | philippe.de.verdalle@hsbc.fr |
| philipp.schreyer@fortisinvestments.com | philippe.debreu@bnpparibas.com |
| philipp.schultze@juliusbaer.com | philippe.de-gouville@sgam.com |
| philipp.schwenecke@oppenheim.de | philippe.dehoux@dexia.com |
| philipp.schweneke@oppenheim.de | philippe.delmas@airbus.com |
| philipp.sierstorpff@ovt.de | philippe.dembourg@ing.de |
| philipp.ulrich@cbve.com | philippe.denef@degroof.be |
| philipp.vorndran@csam.com | philippe.deprez@ing.be |
| philipp.waldstein@hvb.de | philippe.descheemaeker@axa-im.com |
| philipp.wickart@juliusbaer.com | philippe.devaujuas-langan@dexia-bil.com |
| philipp.wilson@ubs.com | philippe.devroye@ing.be |
| philipp_e_daal@fleet.com | philippe.dore@credit-agricole-sa.fr |
| philippa.hatting@glgpartners.com | philippe.douillet@ing.fr |
| philippa.matthews@aegon.co.uk | philippe.du-chatelier@ingpatrimoine.com |
| philippe.agiman@ch.abb.com | philippe.duchatelier@lodh.com |
| philippe.alexandre@commerzbank.com | philippe.ducos@dexia.com |
| philippe.andrieu@banquedorsay.fr | philippe.eger@bbh.com |
| philippe.argou@axa-im.com | philippe.fremond@federal-finance.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| philippe.gabella@bcv.ch | philippe.mitaine@sgam.com |
| philippe.gaspard@caam.com | philippe.mongars@banque-france.fr |
| philippe.gazil@globalderivatives.com | philippe.mouy@sgam.com |
| philippe.geay@remy-cointreau.com | philippe.noel@cades.com |
| philippe.gijsels@fortisbank.com | philippe.noyard@dexia-am.com |
| philippe.gossard@airbus.com | philippe.oizon@axa-im.com |
| philippe.graeppi@ubs.com | philippe.paulus@ing.be |
| philippe.gross@banque-diamantaire.ch | philippe.perrody@banque-bpsd.fr |
| philippe.guigny@caam.com | philippe.poeydomengedebettignies@credit-agricole-sa.fr |
| philippe.heiz@ubs.com | philippe.preite@credit-suisse.com |
| philippe.henry@barclayscapital.com | philippe.reichlin@swisslife.ch |
| philippe.hijazin@dexia-am.com | philippe.renaudin@bnpparibas.com |
| philippe.hullaert@fortisbank.com | philippe.ribiere@ikano.lu |
| philippe.isvy@glgpartners.com | philippe.rochat@lodh.com |
| philippe.jaquet@vontobel.ch | philippe.rochez@puilaetco.com |
| philippe.jarry@airbus.com | philippe.rousseau@caam.com |
| philippe.jeunet@gazdefrance.com | philippe.rousseau@drkw.com |
| philippe.joly@cnp.fr | philippe.ruffat@axa-im.com |
| philippe.joly@sgam.com | philippe.sala@lloydsbank.ch |
| philippe.jotterand@credit-suisse.com | philippe.sarfati@bmo.com |
| philippe.jungers@puilaetco.com | philippe.schindler@lodh.com |
| philippe.kellerhals@bnpparibas.com | philippe.screve@dexia-am.com |
| philippe.kiewiet@inter.nl.net | philippe.seux@saint-gobain.com |
| philippe.klaskala@caam.com | philippe.simon@fortis.com |
| philippe.kretz@credit-suisse.com | philippe.stadler@ubs.com |
| philippe.kurzweil@morganstanley.com | philippe.thomas@jpmorgan.com |
| philippe.kuttler@zas.admin.ch | philippe.trainar@ffsa.fr |
| philippe.langham@sgam.co.uk | philippe.veisseire@hsbc.fr |
| philippe.larange@ingferri.fr | philippe.verstraete@ingim.com |
| philippe.lasnier-de-lavalette@sgam.com | philippe.vlasselaer@ing.ch |
| philippe.latour@fortis.com | philippe.wagner@juliusbaer.com |
| philippe.laval@ethias.be | philippe.weber@cpr-am.fr |
| philippe.lecocq@fortis.lu | philippe.zhang@axa-im.com |
| philippe.lencou@barclays.co.uk | philippe.zuercher@lodh.com |
| philippe.lhermie@edf.fr | philippe.zufferey@bcv.ch |
| philippe.loock@delen.be | philippe.zurcher@lodh.com |
| philippe.madar@calyon.com | philippe@philippemagistretti.com |
| philippe.mahe@caam.com | philippe@wanadoo.com |
| philippe.malteste@dexia-bil.com | philippe_bibi@putnam.com |
| philippe.martin@banquedorsay.fr | philippe_noury@pechiney.com |
| philippe.martin@claridenleu.com | philippe_vibertguigue@aviva.fr |
| philippe.massot@ap.nxbp.com | philippedamay@dbs.com |
| philippe.meurice@bnpgroup.com | philippe-g.mueller@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

philippidespz@bernstein.com

philipp-p.hegetschweiler@ubs.com

philiprichards@northwesternmutual.com

philips.mao@cpic-ing.com.cn

philipshea@babsoncapital.com

philip-wright@swissre.com

phillip.auth@trs.state.tx.us

phillip.b.newman@exxonmobil.com

phillip.bales@gecapital.com

phillip.bolton@lodh.com

phillip.boustridge@barclaysglobal.com

phillip.brown@advantuscapital.com

phillip.chen@barclaysglobal.com

phillip.d.hart@jpmorgan.com

phillip.dransfied@lloydstsb.co.uk

phillip.edwards@bankofamerica.com

phillip.huson@prudential.com

phillip.ingram@dzbank.de

phillip.krauss@harrisbank.com

phillip.lamerton@bnpparibas.com

phillip.marriott@asbai.com

phillip.miller@abnamro.com

phillip.neuhart@wachovia.com

phillip.pilch@schwab.com

phillip.rhee@sscims.com

phillip.rogers@suntrust.com

phillip.schemel@us.socgen.com

phillip.sewell@exxonmobil.com

phillip.soccio@blackrock.com

phillip.sundquist@claridenleu.com

phillip.young@db.com

phillip_gottlick@cater-allen.co.uk

phillip_sapovits@vanguard.com

phillipa_morris@ntrs.com

phillipchang@temasek.com.sg

phillipe.gilson@bbl.be

phillipe.tacquenier@tractebel.com

phillipj@vankampen.com

phillipm@fhlbsea.com

phillippe.chapuis@nestle.com

phillippe.robeyns@sgcib.com

phillipphil@bloomberg.net

phillip-pt.thompson@ubs.com

phillips.b@mellon.com

phillips.steph@principal.com

phillips_charles@jpmorgan.com

phillipsjd@bernstein.com

phillipyeo@dbs.com

phillord@bankofny.com

phillro@exchange.ml.com

phills@wharton.upenn.edu

philyang@aol.com

phiob@maplepartners.com

phirt@swisscanto.ch

phlegaj@nationwide.com

phlim@mas.gov.sg

phmiglino@logancapital.com

phn@ubp.ch

phoddo@oddo.fr

phoebe.mcbee@morganstanley.com

phoebe@wasatchadvisors.com

phoebe_yen@cbcm.com

phoebehsu@jsun.com

phoenix.wright@ubs.com

phollis@bailliegifford.co.uk

pholt@fhlbdm.com

phommeyer3@bloomberg.net

phong.huynh@hanovercapital.com

phong7@bloomberg.net

phoran@leggmasoncanada.com

phorn@deerfieldcapital.com

phorng@orix.com

phoros@allstate.com

photz@mfs.com

phoung.le@db.com

phperelmuter@wellington.com

phposta@pictet.com

phs@choiceonemail.com

phsaini@bloomberg.net

phschmit@cisco.com

phudson@bass-net.com

phudson@millertabak.com

phughes@britannicasset.com

phumbert@aztreasury.gov

phumbert@mwamllc.com

phuong.t.le@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

phuong_pham@acml.com
phurbu.darpoling@csam.com
phurichr@bot.or.th
phux@tucsonelectric.com
phyllis.allgood@wachovia.com
phyllis.ames-kennedy@pnc.com
phyllis.chang@barcap.com
phyllis.devericks@phxinv.com
phyllis.harris@pnc.com
phyllis.musoke@deshaw.com
phyllis.seeger@hartfordlife.com
phyllis_daisey@cargill.com
phylos_sandison@centralbank.net
pia.herrala@scania.com
pia.horlebein@helaba.de
pia.lehto@helaba.de
pia.nyholm@swipartnership.co.uk
pia.pfeiffer@stinnes.de
pia.senn@cibasc.com
pia_mccusker@ssga.com
piacentinit@ing-afs.com
piangsze.chua@schroders.com
piankov@vtb.ru
pibor@bloomberg.net
pic1@bloomberg.net
piccione.cc@tbcam.com
piedad.gonzalezgonzalez@telefonica.es
pieper@bloomberg.net
pieples.t@mellon.com
pier.assistant@piercap.com
pier.francesco.facchini@benetton.it
pier.riches@agf.fr
pier.satta@bancaintesa.it
piera.elisa.grassi@jpmorgan.com
piercarlo.debernardi@sai.it
pierced@vkm.com
pierfrancesco.ragni@fincantieri.it
pierfranco.dimuro@bnlmail.com
pierfranco.giorgi@bancamarche.it
pierfranco.malpenga@dit.de
piergallini@wesbanco.com
piergiorgio.cellerino@jpmorgan.com
pier-giorgio.danella@helaba.de

piergiorgio.gabbi@interbanca.it
piergiova@bloomberg.net
pierino.caroti@mpsgr.it
pierluca.beltramelli@gestielle.it
pierluca.bonvicini@eurosgr.it
pierluigi.antonelli@bms.com
pierluigi.benettin@antonveneta.it
pierluigi.biondi@bancamarche.it
pierluigi.borle@interbanca.it
pierluigi.pasotti@bsibank.com
pierluigi.ricchiuti@bancaintesa.it
pierluigi.salvatore@pioneerinvest.it
pierluigi.spagnolo@arcafondi.it
piermario.cambula@capitalia-am.com
piermario.livrea@mediobanca.it
piero.cirenei@bpmsgr.com
piero.gavazzi@cattolicaassicurazioni.it
piero.grilli@bancaakros.it
piero.isabella-valenzi@credit-suisse.com
piero.maiocchi@bancaintesa.it
piero.mosconi@st.com
piero.pinto@ch.abnamro.com
piero.serafini@bancaeuromobiliare.it
pier-olivier.calestagne@global-infra.com
pierpaolo.deflaviis@lehman.com
pierpaolo.franca@bancagenerali.it
pierpaolo.iasci@pioneerinvest.ie
pierpaolo.rossi@bancaakros.it
pierpaolo.squillante@seb.lu
pierre.addoum@ie.dexia.be
pierre.amrom@fortisbank.com
pierre.annutsch@oppenheim.de
pierre.ars@ethias.be
pierre.bailleux@ingim.com
pierre.barre@clfbanque-dexia.com
pierre.benaich@publicis.fr
pierre.benaich@sodexhoalliance.com
pierre.biscay@axa-im.com
pierre.bose@barclays.co.uk
pierre.bouhanna@exane.com
pierre.boulic@caam.com
pierre.brusselmans@henkel.com
pierre.capra@sgam.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| pierre.capsie@bnpparibas.com | pierre.meyer@legrand.fr |
| pierre.carotti@dexia-am.com | pierre.miguel@citicorp.com |
| pierre.charlot@socgen.com | pierre.moulin@bnpparibas.com |
| pierre.conrad@ubs.com | pierre.nguyen@bnpgroup.com |
| pierre.court@barep.com | pierre.nothomb@deminor.com |
| pierre.cousseran@banque-france.fr | pierre.ogier@cnp.fr |
| pierre.couture@inginvestment.com | pierre.p.picard@bnpparibas.com |
| pierre.curtis@cic-ue.fr | pierre.pincemaille@bnpparibas.com |
| pierre.dallemagne@axa-im.com | pierre.pinel@bnpparibas.com |
| pierre.delay@bcv.ch | pierre.planche@lodh.com |
| pierre.delisle@tres.bnc.ca | pierre.pringuet@pernod-ricard.com |
| pierre.de-weck@db.com | pierre.py@caam.com |
| pierre.diot@banque-hervet.fr | pierre.rivier@partnerre.com |
| pierre.drevillon@jpmorgan.com | pierre.sattler@siemens.com |
| pierre.dubernard-laurent@bnpparibas.com | pierre.saulnier@dws.com |
| pierre.dury@cnp.fr | pierre.savarzeix@caam.com |
| pierre.escande@caam.com | pierre.sequier@sinopia.fr |
| pierre.fourche@sgam.com | pierre.sorel@fmr.com |
| pierre.fourrier@bnpgroup.com | pierre.stoll@bdl.lu |
| pierre.francois@morleyfm.com | pierre.thomir@caam.com |
| pierre.gomot@sgam.com | pierre.tissot@lodh.com |
| pierre.grenier@fmr.com | pierre.toussain@banquedorsay.fr |
| pierre.grosfils@eurizoncapital.lu | pierre.valade@glgpartners.com |
| pierre.gueguen@federalgestion.com | pierre.wauthier@zurich.com |
| pierre.guenin@francetelecom.fr | pierre.weinstein@us.socegen.com |
| pierre.guillemin@sl-am.com | pierre.winand@inbev.com |
| pierre.gurdal@westernasset.com | pierre@stemarie.net |
| pierre.hainry@cades.com | pierre_alain.rucquois@agf.be |
| pierre.harang@calyon.com | pierre_auguste@ssga.com |
| pierre.harpes@bgl.lu | pierre_fournel@coface.com |
| pierre.henin@belgacom.be | pierre_mainoldi@carrefour.com |
| pierre.hilaire@francetelecom.fr | pierre_sarrau@blackrock.com |
| pierre.jaillet@banque-france.fr | pierre-alain.labat@labanquepostale-am.fr |
| pierre.lamboray@dexia-am.com | pierre-alain.sieber@credit-suisse.com |
| pierre.lapan@tmgchicago.com | pierreandre.klein@pioneerinvestments.com |
| pierre.ledoyen@nbb.be | pierreandre.maccabez@juliusbaer.com |
| pierre.lequeux@uk.abnamro.com | pierre-andre.poletti@ubs.com |
| pierre.longueville@ing.be | pierre-antoine.bellon@bcv.ch |
| pierre.louppe@cail.lu | pierre-antoine.cousin@bnpparibas.com |
| pierre.martin@dws.de | pierrecyril.calandreau@calyon.com |
| pierre.martineu@calyon.com | pierreemmanuel.juillard@axa-im.com |
| pierre.masliah@bred.fr | pierre-etienne.gilard@fortisinvestments.com |
| pierre.mathieu@bnpgroup.com | pierrefrancois.demontserrat@axa-im.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

pierre-henri.demonts@csam.com
pierre-henri.flamand@gs.com
pierrehenri.floquet@calyon.com
pierre-jean.marcon@sgam.com
pierrelouis.baslez@creditfoncier.fr
pierre-marie.di-maria-laval@us.socgen.com
pierre-marie.gerez@labanquepostale-am.fr
pierre-marie.piquet@bnpparibas.com
pierre-olivier.polet@ingim.com
pierre-pascal.fovini@juliusbaer.com
pierre-paul.verelst@ing.be
pierre-paul.verelst@ingim.com
pierrerouy@tinet.ie
pierreyves.gauthier@axa-im.com
pierre-yves.guillo@americas.bnpparibas.com
pierre-yves.hofer@lloydsbank.ch
pierre-yves.piccand@bcv.ch
pierrjohnson@yahoo.com
piers.hillier@db.com
piers.robinson@shell.com
pierson_cheng@americancentury.com
piet.roelandt@pggm.nl
piet.verheijen@philips.com
pieter.bouwknegt@mail.ing.nl
pieter.dhoore@ing.be
pieter.heijboer@ingim.com
pieter.korteweg@robeco.nl
pieter.maarten.mann@nl.abnamro.com
pieter.schop@ingim.com
pieter.strobos@credit-suisse.com
pieter.van.ockenburg@ingim.com
pieter.vanbaelen@fortis.com
pieter.vanzyl@gmacrfc.com
pietro.belotti@azimut.it
pietro.codoni@popso.ch
pietro.crigna@am.generali.com
pietro.dagui@gruppobim.it
pietro.giuliani@azimut.it
pietro.giuliani@credit-suisse.com
pietro.lai@antonveneta.it
pietro.mantovano@enifin.emi.it
pietro.scibona@popso.it
pietro.tenuta@bancaprofilo.it

pietrofranco.tali@saipem.eni.it
pietrzad@vankampen.com
piez.j@dreyfus.com
piffaretti@bloomberg.net
pifss3@ncc.moc.kw
pifss7@kems.net
pigl@bgbank.dk
piha01@handelsbanken.se
pihiggins@wellington.com
pihls@aeltus.com
piksoo.chen@jpmorgan.com
pil_anton@jpmorgan.com
pilar.campillos@interdin.com
pilar.castrillocarreira@telefonica.es
pilar.fernandez@uk.fid-intl.com
pilar.guzman@cibc.co.uk
pilar.segurasanchez@telefonica.es
pilar_villaseca_bce@cajarural.com
pilho.cho@wooribank.com
pilippe.delles@cail.lu
pille@wharton.upenn.edu
pillions@bloomberg.net
pim.beirens@fortisinvestments.com
pim.burggraeve@sns.nl
pim.poppe@snsreaal.nl
pim.van.mourik.broekman@nl.abnamro.com
pim.vansanten@shell.com
pim@pauligroup.com
pimpanc@bot.or.th
pinakin.patel@friendsis.com
pincherak@aeltus.com
ping.fu@ehy-us.com
ping.own@uk.fid-intl.com
ping.zhou@corporate.ge.com
ping_lin@cathaylife.com.tw
ping_pw_wu@amat.com
pingyin.chai@salemfive.com
pinkston_joseif@fsba.state.fl.us
pino.mattioli@capitalia-am.com
pino.mellerio@interbanca.it
pinuccia.parini@gestielle.it
piotr.mielus@bph.pl
piper.kerr@bmo.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| pipera@nationwide.com | pjd3@ntrs.com |
| pippa.wimble@investecmail.com | pjdaniel@hibernia.com |
| pippen-03548@email.esunbank.com.tw | pjf1@ntrs.com |
| pippo.ghezzi@bancaakros.it | pjh@capgroup.com |
| pippolito@senecacapital.com | pjh2@ntrs.com |
| piqbal@bloomberg.net | pjha@fhlbatl.com |
| piraroj@vankampen.com | pjhaveri@frk.com |
| pirb@chevron.com | pjhaveri@templeton.com |
| pires.jn@tbcam.com | pjj@sitinvest.com |
| piret.viskus@hansa.ee | pjk.tu@adia.ae |
| pirro@bloomberg.net | pjm1@anz.com |
| pirrucce@wharton.upenn.edu | pjm43@cornell.edu |
| pisantia@edison.it | pjn@bloomberg.net |
| pisenberg@lib.com | pjo@nbim.no |
| piskorowski.jj@tbcam.com | pjoshi@fandc.co.uk |
| pisoni@bpintra.it | pjourdan@firststate.co.uk |
| pissarif@ebrd.com | pjoyce@babsoncapital.com |
| pitcher.bs@mellon.com | pjpalaysi@bft.fr |
| pitcher.marshall@edgeassetmgt.com | pjsciandra@fhhlc.com |
| pittarag@ebrd.com | pjsilva@milleniumbcp.pt |
| pius.boeswald@bnpparibas.com | pjsnyder@xlserv.com |
| pius.cavelty@oppenheim.ch | pju@mfs.com |
| pivarcsia@mnb.hu | pjudge@jhancock.com |
| piwamoto@boh.com | pjulita@pasche.ch |
| piwasko@munder.com | pjuran@blackrock.com |
| piyanit.photchanatarm@db.com | pjvdlinden@bloomberg.net |
| piyaratana@aol.com | pjyakim@leggmason.com |
| piyasa@tcmb.gov.tr | pk.sinha@drkw.com |
| piyush.sahni@westernasset.com | pk334@cornell.edu |
| piyush.srivastava@db.com | pkalogeras@statestreet.com |
| piyushg@bloomberg.net | pkane@allmerica.com |
| pizzichemi@gruppocredit.it | pkanna@perrycap.com |
| pjacobs@bi.go.id | pkaperick@russell.com |
| pjacobs@qualcomm.com | pkapoor@bear.com |
| pjacobson@lordabbett.com | pkarpers@troweprice.com |
| pjacoby@samipfd.com | pkaspar@csas.cz |
| pjacostg@cajamadrid.es | pkatsos@metlife.com |
| pjadhav@statestreet.com | pkauffman@hcmlp.com |
| pjain@smithgraham.com | pkaukonen@lordabbett.com |
| pjain@us.nomura.com | pkazlowski@bear.com |
| pjansen@aegon.nl | pkchu@bok.or.kr |
| pjarvis@pictet.com | pkeefe@loomissayles.com |
| pjcucurullo@the-ark.com | pkelleher@uh.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pkelley@cap.com | pkz@bloomberg.net |
| pkelly@alger-ny.com | pl333@cornell.edu |
| pkelly@sumitomotrustusa.com | pl4@americancentury.com |
| pkendall@westernasset.com | plaa@kempen.nl |
| pkenna@babsoncapital.com | plaar@aegon.nl |
| pkennedy@standishmellon.com | placzek.brian@edgeassetmgt.com |
| pkenney@ford.com | pladreiter@rbb-bank.co.at |
| pkenney@us.nomura.com | plafontaine@voyageur.net |
| pkeogan@bloomberg.net | plagonig@hartfordlife.com |
| pkhatau@aol.com | plamasle@notes.banesto.es |
| pkhouri@dgaf.loreal.com | plamb@fnbaonline.com |
| pking@phlyins.com | plamen.monovski@blackrock.com |
| pking@ustrust.com | plangerman@msfi.com |
| pkirk@babsoncapital.com | plangham@kio.uk.com |
| pkirkby@pkinvest.com | plarkin@bloomberg.net |
| pkirwan@mfs.com | plarrieu@calstrs.com |
| pkitzen@optimix.nl | plarson@wfgweb.com |
| pkj@nbim.no | plarusso@btmna.com |
| pklein@frk.com | platourette@ingalls.net |
| pkluge@scotiabank.com | platt.es@dreyfus.com |
| pkn@jyskebank.dk | plaughlin@reamsasset.com |
| pknapp@bpscapital.com | plawrence@bc.pitt.edu |
| pknepple@tiaa-cref.org | plawton@rwbaird.com |
| pkohlmann@union-investment.de | playle.sarah@principal.com |
| pkolluri@investcorp.com | plc@bankinvest.dk |
| pkong@nb.com | plciri@fhhlc.com |
| pkossian@troweprice.com | plebas@cenlar.com |
| pkotsopoulos@mcleanbudden.com | plebois@bloomberg.net |
| pkp27@cornell.edu | plecocq@bloomberg.net |
| pkrall@metlife.com | plederrey@bper.ch |
| pkreiselmaier@russell.com | pledonche@ofi-am.fr |
| pkrell@uaw.net | plee@bethlehem.com |
| pkrishnamurthy@rbi.org.in | pleff@perrycap.com |
| pkroger@allstate.com | pleischner@wella.de |
| pkruger@bankofamerica.com | pleiser@troweprice.com |
| pkruis@bloomberg.net | plelievre@cpr.fr |
| pkscaturro@ustrust.com | plenders@oddo.fr |
| pkupferberg@gofen.com | plenkeit@dlbabson.com |
| pkurniawan@metlife.com | plentz@crain.com |
| pkvarn@bloomberg.net | plepetit@bloomberg.net |
| pkyip@dbs.com | pleung@bankofny.com |
| pkyle@kio.uk.com | plevi@lucchini.it |
| pkyle@orleanscapital.com | plewis@angelogordon.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

pli@brownadvisory.com

plim@fmt.com

plimlomwongse@worldbank.org

plin@caxton.com

plin@wescorp.org

plinekin@bear.com

plinio.zanetti@claridenleu.com

plisda@cityntl.com

plissman@angelogordon.com

plitalien@jhancock.com

pliu@hbk.com

pliu@mrcm.com

pliu@tiaa-cref.org

plivingstone@ambac.com

plivney@vcallc.com

pljohnson@chubb.com

plloyd@millertabak.com

plm@capgroup.com

plm@sitinvest.com

pln23@cornell.edu

plo@ubp.ch

plofdahl@tmgchicago.com

ploffredi@bloomberg.net

plogan@highbridge.com

plojka@csas.cz

plopes@banco-privado.pt

plopez@mfs.com

plorthioir@3suissesinternational.fr

plotnick@hhmi.org

ploughran@standishmellon.com

ploux@bloomberg.net

plowe@generalbank.com

plucas@franklintempleton.co.uk

plumer@ftci.com

plus.ceo@grupobbva.net

plyons@ncmapital.com

plyons2@bloomberg.net

pm.research@wachovia.com

pm@creditlyonnais.ch

pm@formuepleje.dk

pm@tkb.ch

pm327@cornell.edu

pma@sunamerica.com

pmaccrone@bloomberg.net

pmaggi@fondianima.it

pmagida@bloomberg.net

pmahebornon@dgaf.loreal.com

pmaher@certusmgt.com

pmahn@wellington.com

pmaiorana@bloomberg.net

pmaley@deerfieldcapital.com

pmaliczak@refcoeurope.com

pmallon@frk.com

pmara@jhancock.com

pmarazue@bancogui.es

pmarcaillou@cicparis.com

pmarchessaux@bnp.fr

pmarcogliese@mcleanbudden.com

pmark@ofina.on.ca

pmarnay@groupama-am.fr

pmarronn@entenial.com

pmartin@presidiomanagement.com

pmartinez@invercaixa.es

pmartinez@rccl.com

pmateu@invercaixa.es

pmattocks@bloomberg.net

pmatzelle2@bloomberg.net

pmaxwell@newstaram.com

pmay@newstaram.com

pmazur@idbny.com

pmb@petercam.be

pmb9@cornell.edu

pmc1111@bloomberg.net

pmccabe@blackrock.com

pmccall@templeton.com

pmccan@us.ibm.com

pmccarrol@templeton.com

pmccarth@ubs.com

pmccarthy@clamericas.com

pmcclain@fciadvisors.com

pmccormick@ambac.com

pmcdonough@onebeacon.com

pmchugh@tiaa-cref.org

pmcilveen@metlife.com

pmcmahon@gemcapitalmgmt.com

pmcmillan@sunamerica.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pmdolz@ibercaja.es | pmurray@caxton.com |
| pmead@mfs.com | pna@capgroup.com |
| pmeier@swissca.ch | pnaik@oppenheimerfunds.com |
| pmelville@metlife.com | pnatalizzi@ftci.com |
| pmendonca@ryanlabs.com | pnathan@charles-stanley.co.uk |
| pmeritt@bloomberg.net | pnavanandan@fftw.com |
| pmessina@jhancock.com | pncoelho@montepiogeral.pt |
| pmeybom@munichre.com | pnelso3@amfam.com |
| pmf@ubp.ch | pneman@pt.lu |
| pmfe.ecoresearch@pmintl.com | pneri@tweedy.com |
| pmgt@dkb.ch | pnestico@troweprice.com |
| pmiaris@nbgi.co.uk | pnewell@bondinvestor.com |
| pmicellis@generali.fr | pnewman@banamex.com |
| pmiddleton@hcsbnj.com | pnf@ubp.ch |
| pmidgley@sisucapital.com | pniels@mapfre.com |
| pmiller@fhlbc.com | pnilsson@oddo.fr |
| pmilora@bloomberg.net | pnims@aegonusa.com |
| pmimran@groupe-ufg.com | pnishiki@boh.com |
| pmitsopolous@jhancock.com | pnk@veb.ru |
| pmitsopoulos@jhancock.com | pno@nbim.no |
| pmiya@snwsc.com | pnoble@dimensional.com |
| pmjohnso@gapac.com | pnoel@bloomberg.net |
| pmm@capgroup.com | pnoel@delinvest.com |
| pmm6192@red.cam.es | pnoel@groupama-am.fr |
| pmmcavoy@statestreet.com | pnolan@firstrust.com |
| pmng@mas.gov.sg | pnolan@penncapital.com |
| pmoeschter@templeton.com | pnolan@smithbreeden.com |
| pmol@kempen.nl | pnolan@tiaa-cref.org |
| pmolony@fhlbdm.com | pnori@templeton.com |
| pmoomaw@hestercapital.com | pnorr@lehman.com |
| pmoonan@amica.com | pnutter@templeton.com |
| pmoore@statestreet.com | poakes@banksterling.com |
| pmorais@bpp.pt | poba-kundenhandel@postbank.de |
| pmoratona@fibanc.es | pobermann@baylbny.com |
| pmorris@waddell.com | pobermann@loomissayles.com |
| pmortg@bloomberg.net | pobrien@brownadvisory.com |
| pmoshabad@payden-rygel.com | pochi@stanford.edu |
| pmouton@ftci.com | pochih@ctclife.com.tw |
| pms0123@chb.co.kr | pocobelli.fabrizio@alitalia.it |
| pmt@pacbell.net | poconno@frk.com |
| pmtraquina@wellington.com | poconomo@statestreet.com |
| pmullen@us.mufg.jp | pod@pggm.nl |
| pmurphy@au.pimco.com | podonnet@unigestion.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| poellers@pershing.com | porcella@capitalgest.it |
| poeppem@nationwide.com | porlando@federatedinv.com |
| pog.cdu@adia.ae | portae@gunet.georgetown.edu |
| poh-kin.cheong@aig.com | portal@chase.com |
| pohodich.sm@mellon.com | portegl@co.mecklenburg.nc.us |
| pointhelp@lehman.com | porterjg@ensignpeak.org |
| pokeefe@bpbtc.com | portfolio.management@ca-suisse.com |
| poker.gary@edgeassetmgt.com | portfoliomanagement@westlb.lu |
| polanyig@otpbank.hu | portilloramonmaria@bancsabadell.com |
| polatn@tskb.com.tr | porto.jj@mellon.com |
| polin.foo@barclays.com | portugal@aigfpc.com |
| polina.bogdanova@citigroup.com | posada_cristian@jpmorgan.com |
| polina_drantyev@nylim.com | posborne@meagpower.org |
| polina_kurdiavko@acml.com | posner@deshaw.com |
| pollutrn@jwseligman.com | possolo@research.ge.com |
| polly.chow@citicorp.com | post_howland@nylim.com |
| polly.escott@threadneedle.co.uk | postons@strsoh.org |
| polly.m.traer@wellsfargo.com | pothe@stifel.com |
| polly.pao@ge.com | potoole@fisbonds.com |
| polly@buffalofunds.com | pott@ftci.com |
| polly_kolotas@swissre.com | potter_brendan@jpmorgan.com |
| polsen@westernasset.com | potter_nicholas@jpmorgan.com |
| pome.gautier@sgcib.com | pottert@aetna.com |
| pomeara@hellerfin.com | potthof@pimco.com |
| poneill@unfcu.com | poul.ahlmann@nordeasecurities.com |
| ponladep@bot.or.th | poul.bentsen@amagerbanken.dk |
| ponnamma_lalith@ssga.com | poul.callesen@nordea.com |
| pontoglio@capitalgest.it | poul.winslov@nordea.com |
| poobazee@delinvest.com | poul.winslow@nordea.com |
| pooja.malik@barclaysglobal.com | poulsen@jyskebank.dk |
| pooja.rajput@wellsfargo.com | pov@capgroup.com |
| pooja.x.ganju@jpmchase.com | powell.thurston@pimco.com |
| poole.j@mellon.com | powellgl@bernstein.com |
| poonam.dighe@morganstanley.com | powellk@aeltus.com |
| poonmo@wellsfargo.com | powells@anz.com |
| poonsroc@bot.or.th | powerf@ebrd.com |
| poos@home.nl | powers@pimco.com |
| pop@epsilonfunds.com | powerss@lotsoff.com |
| popatn@nbd.com | powerst4@nationwide.com |
| popescua@princeton.edu | ppafort@bloomberg.net |
| popham@ellington.com | ppalani@frk.com |
| popp.jennifer@principal.com | ppalfrey@bloomberg.net |
| poppy.allonby@blackrock.com | ppalombi@inasim.gruppoina.it |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ppalozzi@beutelgoodman.com | ppuster@spt.com |
| ppancholi@aigi.com | pputman@troweprice.com |
| ppanciroli@credem.it | ppv@bloomberg.net |
| ppancza@vcallc.com | pquinn@fhlbc.com |
| ppardini@fideuramsgr.it | pquinn@perrycap.com |
| pparsons@jhancock.com | pquinn@williamblair.com |
| ppask@thehartford.com | pr49@ntrs.com |
| ppastorino@bancaintesa.us | pr96@cornell.edu |
| ppatel@westernasset.com | prabha_ramakrishnan@americancentury.com |
| ppatrick@firstmanhattan.com | prabhav.mehta@morganstanley.com |
| ppatterson@mfcglobalus.com | prabhav.rakhra@dartmouth.edu |
| ppawlowski@apollolp.com | prabir.mitrabarua@fgb.ae |
| ppcoyne@delinvest.com | prabirg@mcm.com |
| ppecque@entergy.com | pracheesh.mishra@citigroup.com |
| ppeluso@mcc.it | pradeep.jyer@us.standardchartered.com |
| ppenet@cpr-am.fr | pradeep.mehra@arabbanking.com |
| ppensyl@evergreeninvestments.com | pradeepak@ambaresearch.com |
| ppereira@bankofny.com | pradicchi@cumberassoc.com |
| pperez@invercaixa.es | prajakta.nadkarni@morganstanley.com |
| pperret@pictet.com | praju@hcmlp.com |
| pperrott1@bloomberg.net | prakash.balakrishnan@morganstanley.com |
| pperry@schny.com | prakash.jothee@hp.com |
| ppertusi3@bloomberg.net | prakash.reddy@fmr.com |
| ppeters@jhancock.com | prakash.shirke@credit-suisse.com |
| ppeters@mellonbank.com | prakash@bis.org |
| ppetresc@princeton.edu | prakash@rbi.org.in |
| ppg1@ntrs.com | prakash_chaudhari@mfcinvestments.com |
| pphelan@seic.com | prakashs@strsoh.org |
| pphilen@bloomberg.net | praktikum@wuerttembergische.de |
| ppielmeyer@wella.de | prall.connie@principal.com |
| ppillmore@bloomberg.net | pramakrishnan@bear.com |
| ppimenta@incomeresearch.com | pramela_krishna@vanguard.com |
| ppirsch@alger.com | pramod.atluri@fmr.com |
| pplaia@beazer.com | pramos1@mapfre.com |
| ppoduri@eatonvance.com | prampinelli@fideuram.fr |
| ppol@pictet.com | praneth.ly@labanquepostale-am.fr |
| ppolny@babsoncapital.com | prasad.inampudi@bernstein.com |
| ppowers@delinvest.com | prasad@smithindia.com |
| pprice@swst.com | prasanth.v.dev@si.shell.com |
| ppt@ubp.ch | prashant.bhajar@gs.com |
| ppuglisi@blenheiminv.com | prashant.goyal@fmr.com |
| ppuig@bloomberg.net | prashant.goyal@inginvestment.com |
| ppurcell@rwbaird.com | prashant.gupta@barclaysglobal.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

prashant_jeyaganesh@troweprice.com
prashant_sundararajan@putnam.com
prashun.popat@moorecap.co.uk
prasm@danskebank.dk
prasongw@bot.or.th
prateek.pant@lazard.com
prathamesh.kulkarni@morganstanley.com
pratik.patel@mackayshields.com
pratik.shah@sgcib.com
pratik.shah@ubs.com
pratik.vazir@credit-suisse.com
pratikburmanray@gic.com.sg
pratima.abichandani@fidelity.com
pratseff@state.tn.us
prau@sterling-capital.com
praveen.richard@norwich.union.co.uk
praveen.tipirneni@cubist.com
praveen_damija@ssga.com
praveen_dhamija@ssga.com
pravir_bhatia@deshaw.com
praygor@gscpartners.com
prcteam@morganstanley.com
pread@fhlbdm.com
prealdeasua@bloomberg.net
preben.rosenberg@danskebank.dk
preben.tornes@moa.norges-bank.no
preeti.sayana@fmr.com
preeti_chadha@americancentury.com
preich@hhs.net
preidy@btmna.com
preinemann@jennison.com
preinhart@jmsonline.com
preite@bloomberg.net
preiters@loomissayles.com
prem_somu@fanniemae.com
premal.kadakia@umb.com
premdulari.thakkar@bankofamerica.com
pren@princeton.edu
prensink@wolterskluwer.com
prentice.jr@tbcam.com
prescott_legard@americancentury.com
press@apollolp.com
pressjoshua@hotmail.com

prestin.read@gwl.com
preston.holsinger@halliburton.com
preston.walters@uboc.com
prestwi@london.cic.fr
prewcastle@sjs-group.com
preya.patel@ubs.com
prgrsshm@cs.com
pri@ubp.ch
pribeiro@banco-privado.pt
pricee1@vankampen.com
priceta@ci.anchorage.ak.us
pricingroom@statestreet.com
priders@loomissayles.com
priegis@oddo.fr
prignoli@piaggio.com
primeau.david@principal.com
prinfret@utendahl.com
priorj@deshaw.com
prisadej@bot.or.th
prisca.schuster@lrp.de
priscilla.ordonez@prudential.com
priscilla_cy_chan@hkma.gov.hk
priscillali@gic.com.sg
priscille.melandri@lazard.fr
priska.scot@zkb.ch
pritesh.ranjan@ocwen.com
pritha_mitra-stiff@ssga.com
priti_kartik@symantec.com
priveebond@bloomberg.net
privee-bourse@bper.ch
priya.krishana@highbridge.com
priya.malhotra@blackrock.com
priya.ramanathan@avmltd.com
priyaa@mcm.com
prkelly@mfs.com
prkulkarni@wellington.com
prm.sennema@interpolispensioenen.nl
pro9@bloomberg.net
proantree@newstaram.com
probbims@mfs.com
probbins@mfs.com
probertson@cavanalhill.com
probinson@farcap.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| prockwood@standishmellon.com | ps@dodgeandcox.com |
| proctor.david@sg.standardchartered.com | ps78@nrts.com |
| proeder@munichre.com | psa@bpi.pt |
| progbank@ovis.net | psage@standishmellon.com |
| prohin@agf.fr | psaitta@bankofny.com |
| prohner@pictet.com | psakon@deerfieldcapital.com |
| prokosz@roxcap.com | psakungew@hcmlp.com |
| proland@e-qci.com | psalisbury@eatonvance.com |
| prolt@bloomberg.net | psalmon@metlife.com |
| promano@bcbsm.com | psalniker@wellington.com |
| prook@bloomberg.net | psalov@evergreeninvestments.com |
| proos@hcmlp.com | psanders@waddell.com |
| proot@munder.com | psanfeli@notes.banesto.es |
| prop@bnpparibas.com | psano@iccrea.bcc.it |
| propequities@artesiabc.be | psantucci@uecic.cicomore.fr |
| proptrading@lbbw.de | psarreau@pictet.com |
| prossi@nylim.com | psatterfield@unumprovident.com |
| prostom@ftci.com | psavor@wharton.upenn.edu |
| prousseau@scor.com | pscalisi@bloomberg.net |
| provalue@tic.ch | pschaffer@ustrust.com |
| provenzano.ka@mellon.com | pscherrer@bper.ch |
| provinceg@brinson.com | pschleiffer@bloomberg.net |
| prowan@pugco.com | pschmidt10@bloomberg.net |
| prp@ubp.ch | pschoenh@amfam.com |
| prp1@ntrs.com | pschott@pwmco.com |
| prperkins@delinvest.com | pschu@oppenheimerfunds.com |
| prphillips@leggmason.com | pschulten@wescorp.org |
| prphillips@washtrust.com | pschulten2@bloomberg.net |
| prtmaletta@aol.com | pschulze8@bloomberg.net |
| prudy.lo@bmo.com | pschutt@mail.state.il.us |
| prue@adamsexpress.com | pschwartzman@blackrock.com |
| pruggieri@amica.com | pschwob@asbnet.org |
| pruksa.iamthongthong@aberdeen-asset.com | pscola@tiaa-cref.org |
| prunnalls@sib.wa.gov | pse@petercam.be |
| prusso@bloomberg.net | psegal@bper.ch |
| prusso@grneam.com | psegal@ftci.com |
| pruyn_haskins@scotiacapital.com | pseidenwar@dcxcaptial.com |
| prwalsh@statestreet.com | psellers@perrycap.com |
| pryan@nabny.com | psengelmann@payden-rygel.com |
| przemyslaw.pyziel@ubs.com | pserafini@pictet.com |
| przemyslaw.sitarz@caam.com | psetbon@generali.fr |
| przepf@wellmanage.com | psganzerla@credem.it |
| ps@danskebank.dk | psgardelis@alpha.gr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

psgresearch@citadelgroup.com
pshah@btmna.com
pshah@canyonpartners.com
pshah@loomissayles.com
pshah@us.mufg.jp
pshangkuan@omega-advisors.com
pshantic@calstrs.com
pshapiro@mcdinvest.com
psharma16@metlife.com
pshea1@metlife.com
psheehy@ag-am.com
pshen@wharton.upenn.edu
psheridan@wintrust.com
psherringham@sanwabank.com
pshields@blackcanyoncapital.com
pshih@perrycap.com
pshomig@oppenheimerfunds.com
psilano@iccrea.bcc.it
psilva@penncapital.com
psilzer@nevrodie.com
psim@maybank.com.sg
psivin@mdsass.com
psjarvis@bloomberg.net
psk@merganser.com
pskinner@mfs.com
psloane@martincurrie.com
pslomer@marsbank.com
psmanchiraju@dow.com
psmartin@bcentral.cl
psmith@barbnet.com
psmith@caxton.com
psmith@pkinvest.com
psmith@whitepinecapital.com
pso@bpi.pt
psolis@cuprum.cl
psommers@paladininvestments.com
psong@mas.gov.sg
psorento@bbandt.com
psosnowski@siebertnet.com
psp@nbim.no
pspain@ssrm.com
pspessoa@aol.com
pspivack@hawkglobal-us.com

psrinivas@waddell.com
pss8837@wooribank.com
pst@brgco.com
pstack@bankofny.com
pstafford@dow.com
pstalun@frk.com
pstein@princeton.edu
pstekl@williamblair.com
pstern1@bloomberg.net
pstern2@bloomberg.net
psterner@waddell.com
pstiles@uk-dexia.com
pstiller@ipohome.com
pstoll1@bloomberg.net
pstowell@pjc.com
pstraffon@mcdinvest.com
pstrauss@nb.com
pstruck@metzler.com
pstrzalkowski@oppenheimerfunds.com
pstscherban@rwbaird.com
pstubbs@caxton.com
pstutz@westernasset.com
psuarez@invercaixa.es
psubrama@citadelgroup.com
psularz@williamblair.com
psullivan18@bloomberg.net
psun@panagora.com
psun@wellington.com
psundman@nb.com
psv@nbim.no
pswaffield@eatonvance.com
pswigart@omega-advisors.com
pszczygiel2@babsoncapital.com
pszpak@jennison.com
ptadie@bankofny.com
ptag@capgroup.com
ptbradford@bjurman.com
ptdesk@millertabak.com
ptegano@vestarcapital.com
pteten@hibernia.com
pthacker@bloomberg.net
ptheriault@wilmingtontrust.com
pthogan@statestreet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pthornton@wachoviasec.com | punnamas@temasek.com.sg |
| pthullen@pictet.com | punt@bloomberg.net |
| pthursby@thamesriver.co.uk | puravani@microsoft.com |
| ptily@loomissayles.com | puraye@bloomberg.net |
| ptiwari@fhlbdm.com | purbanc@hotmail.com |
| ptomasina@bancasempione.ch | purdy.t@dreyfus.com |
| ptomlin@kio.uk.com | purl.hogan@ubs.com |
| ptorreso@cajamadrid.es | purpuro@vankampen.com |
| ptorretta@bancorio.com.ar | purquidi@oaktreecap.com |
| ptownsen@capstonefinancial.com | purrutiaj@bancopastor.es |
| ptr@clinton.com | purrutij@cajamadrid.es |
| ptr@ubp.ch | puru.vashishtha@qifmanagement.com |
| ptracey@ustrust.com | puru@qifmanagement.com |
| ptrager@aigfpc.com | puschroeder@ui-gmbh.de |
| ptravezan@asbnet.com | pushkar.jauhari@uk.fid-intl.com |
| ptrill@lehman.com | putnam.coes@morganstanlely.com |
| ptroob@evcap.com | putnicki@pimco.com |
| ptru@chevron.com | pvalle@federatedinv.com |
| ptschaar@bllomberg.net | pvanacker@cpr.fr |
| ptschuetsche@bloomberg.net | pvanderelst@bloomberg.net |
| ptsu@wdwitter.com | pvankud@clinton.com |
| ptucker@csc.com | pvansaun@tswinvest.com |
| ptures@acuity.com | pvaream@mfs.com |
| pturner@citysecurities.com | pvarughese@metlife.com |
| puachingleong@gic.com.sg | pvaruno@frk.com |
| puahjimee@gic.com.sg | pvasas@bper.ch |
| puahtohlim@gic.com.sg | pvasquez@iidpower.com |
| puccij@nationwide.com | pvaughan@fbw.com |
| puebel@ambac.com | pvazques@interdin.com |
| pui.leng.fong@cibc.com.sg | pvenlet@spfbeheer.nl |
| pui.y.tse@us.hsbc.com | pventuri@carigesgr.it |
| pui_chow@westlb.com | pvh@ntrs.com |
| puigd@bancsabadell.com | pvialle@groupama-am.fr |
| pui-kei.yuen@ubs.com | pvieth@panagora.com |
| puiyin.chan@jpmorgan.com | pvigil@fdic.gov |
| puja.u.kapadia@jpmorgan.com | pviola@gestielle.it |
| pujan.amin@alliancebernstein.com | pvithlani@kio.uk.com |
| pula.gabor@ecb.europa.eu | pvkane@bloomberg.net |
| pulayj@ebrd.com | pvolino@cantor.com |
| pulin@bloomberg.net | pvolovich@lordabbett.com |
| puneet.kohli@bmonb.com | pvong@croftleo.com |
| puneet.kohli@tres.bnc.ca | pvoulgaris@mfs.com |
| punit_nagori@ml.com | pvtbanking@lloydstsb-offshore.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| pw12@ntrs.com | pwoolridge@dadco.com |
| pw46@ntrs.com | pwright@loomissayles.com |
| pwade@nb.com | pwright@tiaa-cref.org |
| pwag@nb.com | pwroblewski@opcap.com |
| pwainman@bayharbour.com | pwruedi@wellington.com |
| pwald@caicheuvreux.com | pwweigold@homeside.com |
| pwalker@evcap.bm | pwynn@bloomberg.net |
| pwalker@frk.com | pxc04655@niftyserve.or.jp |
| pwallace@heritagefunds.rjf.com | pxstone@us.ca-indosuez.com |
| pwallace@xlserv.com | pybrack@bper.ch |
| pwang@nb.com | pyepes@caxton.com |
| pwarga@pictet.com | pym@wooribank.com |
| pwarner@nb.com | pym3@wooribank.com |
| pwaro@valcourt.ch | pyopyo@cathaylife.com.tw |
| pwcarpi@wellington.com | pyrsch@bloomberg.net |
| pweiss@ftci.com | pz35@cornell.edu |
| pwelch@penncapital.com | pzetlmaier@orixcm.com |
| pwelling@metzler.com | pzhao@hbk.com |
| pwen@ag-am.com | pzlatkovic@bloomberg.net |
| pwerner@copera.org | pzuckerwise@ucm.utendahl.com |
| pwerner@icbny.com | pzweifel@pictet.com |
| pwestmoreland@litchcap.com | pzywot@bloomberg.net |
| pwhelan1@bloomberg.net | q.zhao@robeco.nl |
| pwhitcutt@angloamerican.co.uk | qaisar.hasan@alliancebernstein.com |
| pwhite@deshaw.com | qaiser.waheed@ubsw.com |
| pwilders@membertrade.com | qamar.a.abbasi@unb.ae |
| pwilhelm@federatedinv.com | qasim.abbas@ubs.com |
| pwilliams@chicagoequity.com | qasim.ahmedbhai@aig.com |
| pwilliams@insightinvestment.com | qbarker@nylim.com |
| pwilmsh@templeton.com | qchen@fftw.com |
| pwilshin@bloomberg.net | qchen@worldbank.org |
| pwilson@allstate.com | qed@best.com |
| pwilson@bankofny.com | qeg_research@vanguard.com |
| pwilson1@metlife.com | qfan@worldbank.org |
| pwinfield@bloomberg.net | qfaulkner@loomissayles.com |
| pwir@ubp.ch | qfmodel@bankofamerica.com |
| pwirrer@bloomberg.net | qfu@bci.it |
| pwirz@ftci.com | qi.chen@icbc.com.cn |
| pwithers@fftw.com | qi_guan@ssga.com |
| pwong@lordabbett.com | qian.jiang@caam.com |
| pwood@evcap.com | qian_yang@cmbchina.com |
| pwood@munder.com | qiang.fu@wamu.net |
| pwoodruff@stephens.com | qiang_fu@fanniemae.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| qiansheng@bloomberg.net | quinn_d_nguyen@vanguard.com |
| qianwei_hz@zj.icbc.com.cn | quinn_forrest@jpmorgan.com |
| qing.sheng@db.com | quinnm@bwbank.ie |
| qing.wang@credit-suisse.com | quinnnoel@northwesternmutual.com |
| qing.xu@ingim.com | quintaj@rjrt.com |
| qing_sun@fanniemae.com | quintin.price@blackrock.com |
| qinlei@icbc.com.cn | quinton.long@mortgagefamily.com |
| qinlong@cmbchina.com | quirosaa@bccr.fi.cr |
| qiongshu.li@icbc.com.cn | quiviya_eldridge@ml.com |
| qiufang.cao@bankofamerica.com | qun.ju@tcw.com |
| qkrn2884@hotmail.com | qunshan.gao@de.pimco.com |
| qkrn2984@kbstar.co.kr | quoc-giao.tran@sgam.com |
| qktang@mas.gov.sg | quocphong.dang@lodh.com |
| ql43@cornell.edu | quyen.tran@highbridge.com |
| qlei@bankofny.com | quynh.pham@shell.com |
| qli2@worldbank.org | quynh.vu@vanguard.com.au |
| qnb@bloomberg.net | qwang@hbk.com |
| quahwg@gic.com.sg | qwang@worldbank.org |
| quaiser@ui-gmbh.de | qwu@bloomberg.net |
| quan.lee@barcap.com | qyang@statestreet.com |
| quan.wen@aig.com | qyliu@bocusa.com |
| quang_la@ssga.com | qzhang8@bloomberg.net |
| quang-vinh.le@bred.fr | qzhu@bocusa.com |
| quanjunjie@citicbank.com | qzimmerman@russell.com |
| quant.research@prudential.com | r...@kdfhi.com |
| quant@pavc.com | r.a.moraal@robeco.nl |
| quant_rsch@inginvestment.com | r.abe@aozorabank.co.jp |
| quanta_graves@troweprice.com | r.almajed@ncbc.com |
| quashie_aline@jpmorgan.com | r.bernhard@efv.admin.ch |
| que.nguyen@morganstanley.com | r.biffi@bipielle.it |
| quekmm@bloomberg.net | r.blokland@robeco.nl |
| quello.david@luthbro.com | r.brenninkmeijer@robeco.nl |
| quent.herring@bcbsfl.com | r.brouwer@robeco.nl |
| quentin.fitzsimmons@threadneedle.co.uk | r.burgstaller@ooev.at |
| querini@gestielle.it | r.c.coppes@dnb.nl |
| questions@seic.com. | r.caniard@macsffinance.com |
| quianag@csccu.com | r.cannon@fnysllc.com |
| quick@colognere.com | r.carroll-freile@bloomberg.net |
| quin.casey@morleyfm.com | r.christopher.melendes@jpmchase.com |
| quincy.scott@kbcaim.com | r.clarke@hermes.co.uk |
| quinn.bp@mellon.com | r.clements@hermes.co.uk |
| quinn.morgan@moorecap.com | r.clifford@lcfr.co.uk |
| quinn.vork@ftnmidwest.com | r.colangelo@astonbank.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| r.condulmari@kairosinv.com | r.medici@sirti.it |
| r.crijns@gbf.nl | r.mehra@fnysllc.com |
| r.darwish@alahli.com | r.monti@olivetti.com |
| r.de.die@robeco.nl | r.morgenthaler@sgkb.ch |
| r.de.meel@hq.vnu.com | r.morris@mwam.com |
| r.deifel@t-online.net | r.mozzetti@dbtc.ch |
| r.dejulian@bcee.lu | r.muller@dr.utc.rabobank.com |
| r.dieckvoss@bvv-vers.de | r.n.m.wesseling@heineken.com |
| r.duerler@hsbc.guyerzeller.com | r.nagahama@noemail.com |
| r.duncan@uk.abnamro.com | r.nahar@robeco.nl |
| r.ebert@sskhan.de | r.neill@leggmasoninvestors.com |
| r.eibes@labouchere.nl | r.oehr@donner.de |
| r.elemans@robeco.nl | r.oetliker@hsbc.guyerzeller.com |
| r.feddes@sl-am.nl | r.paghini@bipielle.it |
| r.fedorak@usa.dupont.com | r.patel@hermes.co.uk |
| r.fortune@hermes.co.uk | r.pauli@dnb.nl |
| r.foss@interpolis.nl | r.pedon@cassalombarda.it |
| r.garland@qic.com | r.pfyl@aigpb.com |
| r.garobbio@finter.ch | r.pisano@robeco.nl |
| r.gattiglia@miroglio.com | r.rizzo@hsbc.guyerzeller.com |
| r.gervasoni@bpbfinance.com | r.rosso@kairospartners.com |
| r.giancola@bimbank.it | r.saxinger@frankfurt-trust.de |
| r.goel@nrcl.com | r.schellekens@robeco.nl |
| r.grant@easternbk.com | r.schlaepfer@hsbc.guyerzeller.com |
| r.grosso@danieli.it | r.schmidt@hsh-nordbank.com |
| r.heussen@apoasset.de | r.scholten@bloomberg.net |
| r.hinterdorfer@oberbank.at | r.sekijima@mitsui.com |
| r.holbrook@easternbk.com | r.sharpe@bspf.co.uk |
| r.hottensen@olayangroup.com | r.sierra@sumitomotrust.co.jp |
| r.houben@robeco.nl | r.smith@kairospartners.com |
| r.huuftgraafland@heineken.com | r.solenske@wafra.com |
| r.j.albinus@indoverbank.com | r.speetjens@robeco.nl |
| r.jewell@qic.com | r.sprangers@robeco.nl |
| r.karsenti@eib.org | r.stauss@nrcl.com |
| r.koole@dbv.nl | r.stazi@cofiri.it |
| r.koppang@israeldiscountbank.com | r.stimson@easternbk.com |
| r.kroos@robeco.nl | r.stokvis@heineken.com |
| r.lake@hermes.co.uk | r.strauss.2002@frankfurt-trust.de |
| r.ledager@jyskebank.dk | r.t.c.m.obbens@vanlanschot.com |
| r.lupotto@italcementi.it | r.tan@robeco.nl |
| r.maier@ww-ag.com | r.taricco@sace.it |
| r.martin@easternbk.com | r.tateossian@wafra.com |
| r.mccarthy@olayangroup.com | r.temperley@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| r.van.den.barselaar@robeco.nl | rabinowitz@gothamcapital.com |
| r.van.der.meer@robeco.nl | rabruno@wellington.com |
| r.van.hees@zwitserleven.nl | rabu@statoil.com |
| r.vanheyningen@vanlanschot.com | rac@bpi.pt |
| r.velida@robeco.nl | rac@gr.dk |
| r.venster@robeco.nl | racel_ochoa@calpers.ca.gov |
| r.verhoeven@bloomberg.net | racel_sy@calpers.ca.gov |
| r.vermeulen@dnb.nl | rach@bloomberg.net |
| r.weiss@blpk.ch | rachael.downey@compassbnk.com |
| r.werdel@bcee.lu | rachael.foo@vanguard.com.au |
| r.wilson@lcfr.co.uk | rachael.mcghee@jpmorgan.com |
| r.wuijster@robeco.nl | rachael_brierley@bat.com |
| r.yesodharan@sumitomotrust.co.jp | rachael_leman@ssga.com |
| r.zanetti@creberg.it | rachaeltang@dbs.com |
| r@blaylocklp.com | rachel.baratiak@barclaysglobal.com |
| r_beaudoin@putnam.com | rachel.barnard@dillonread.com |
| r_dhopeshwarkar@ml.com | rachel.benepe@asbai.com |
| r_ethington@putnam.com | rachel.bernstein@fmr.com |
| r_kamiyama@nam.co.jp | rachel.bruner@aiminvestments.com |
| r_mead@putnam.com | rachel.campbell@alliancebernstein.com |
| r_parra@bancourquijo.es | rachel.colicchio@moorecap.com |
| r_portillo@bancourquijo.es | rachel.collingridge@insightinvestment.com |
| r_t_quinn@troweprice.com | rachel.crossley@insightinvestment.com |
| r1champion@bloomberg.net | rachel.english@bg-group.com |
| r1johnson@mfs.com | rachel.english@ubs.com |
| r1macdonald@mfs.com | rachel.f.naughton@aib.ie |
| r4.tanaka@aozorabank.co.jp | rachel.fallows@uk.fid-intl.com |
| raaed.kabbabe@rzb.at | rachel.feuer@lazard.com |
| raanan.pritzker@truscocapital.com | rachel.haas@gmacrfc.com |
| raarora@lehman.com | rachel.haefliger@credit-suisse.com |
| rab.na@adia.ae | rachel.jones@socgen.co.uk |
| rab@baupost.com | rachel.jordan@db.com |
| rab_khan@putnam.com | rachel.kinney@blackrock.com |
| rabad@ftci.com | rachel.kolsky@aig.com |
| rabadam@nationwide.com | rachel.lambert@uk.fid-intl.com |
| rabea_nawaz@freddiemac.com | rachel.lauber@inginvestment.com |
| rabel@blbabson.com | rachel.lewis@pnc.com |
| rabel@dlbabson.com | rachel.madeiros@morganstanley.com |
| rabele@orleanscapital.com | rachel.mccormich@uk.fid-intl.com |
| rabelo.l@tbcam.com | rachel.muscatt@csam.com |
| rabijar@petronas.com.my | rachel.o'connor@ing.com.au |
| rabin.tambyraja@jpmchase.com | rachel.onghy@uobgroup.com |
| rabinovitz.a@fibi.co.il | rachel.roberts@state.tn.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rachel.sackmaster@janus.com
rachel.speirs@citigroup.com
rachel.willis@gartmore.com
rachel.zhang@pncbank.com
rachel@bpviinc.com
rachel_delahunty@troweprice.com
rachel_smith@vanguard.com
rachel_west@putnam.com
rachele.dellera@bancaprofilo.it
rachelle.justice@inginvestment.com
rachelle.scheierl@lacrosseglobal.com
rachelteo@gic.com.sg
rachid.jdidi@barclays.co.uk
rachid.medjaoui@labanquepostale-am.fr
rachid.semaoune@gibuk.com
rachid.semaoune@omam.co.uk
rachmah.idroes@ubs.com
rachmi.n.dwiyandari@jpmorgan.com
racope@greatsoutherbank.com
radams@jhancock.com
radecki.sarah@edgeassetmgt.com
radek.svoboda@t-mobile.net
rademacher@tk.thyssenkrupp.com
radenmosrijah@gic.com.sg
radha.subramanian@shenkmancapital.com
radkins@us.ibm.com
radomir.danek@erstegroup.com
radovan.milanovic@credit-suisse.com
radrogue@wellington.com
radu.neagu@research.ge.com
radu.tunaru@bmo.com
rae.zakhary@jpmorganfleming.com
raearly@delinvest.com
raeed@kuwait-fund.org
rafael.a.febres-cordero@fmr.com
rafael.a.martinez@bgf.gobierno.pr
rafael.bernal@alliancebernstein.com
rafael.bloom@glgpartners.com
rafael.canada@bbvauk.com
rafael.chang@credit-suisse.com
rafael.e.amoros@bankofamerica.com
rafael.freitas@jpmorgan.com
rafael.fucinos@bcv.ch

rafael.galuszkiewicz@muenchenerhyp.de
rafael.garza@bis.org
rafael.gonzalez@morganstanley.com
rafael.gonzalez_aller@citicorp.com
rafael.harada@jbsswift.com
rafael.lim@sscims.com
rafael.martinez@fortis.com
rafael.polatinsky@threadneedle.com
rafael.rabat@bankpyme.es
rafael.rico@db.com
rafael.rodriquez@bgf.gobierno.pr
rafael.rudnik@vontobel.ch
rafael.schmidt@bis.org
rafael.silveira@bankofamerica.com
rafael_valbuena@westlb.co.uk
rafaelh@wharton.upenn.edu
rafaelina.lee@db.com
rafaella.casula@saras.it
rafal.niedzialek@prudential.com
rafalinde@bloomberg.net
rafaneh@omega-advisors.com
rafe.garvin@rbc.com
raffael.furrer@credit-suisse.com
raffael.weidmann@claridenleu.com
raffaele.bratina@am.generali.com
raffaele.carlucci@mediolanum.it
raffaele.carmine@zkb.ch
raffaele.derosa@bsibank.com
raffaele.lovero@bancaprofilo.it
raffaele.medugno@arcafondi.it
raffaele.moretti@ubs.com
raffaele.riccioli@sai.it
raffaele.savi@capitalia-am.com
raffaele.senese@juliusbaer.com
raffaele.zingone@jpmorgan.com
raffaele@banksterling.com
raffaele_agrusti@generali.com
raffaele_bartoli@generali.com
raffaella.allotti@eni.it
raffaella.conti@ubs.com
raffaella.cremonesi@enifin.eni.it
raffaella.luglini@finmeccanica.it
raffaella.maroglio@gnisim.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

raffaella.mezzanzanica@ubs.com
raffaella.piva@dexia-crediop.it
raffaella.sommariva@azfund.com
raffaella.tolardo@meliorbanca.com
raffaelle.berchtold@csam.com
raffaello.soardi@bancalombarda.it
raffeph@texaco.com
rafi.u.zaman@usa.dupont.com
rafink@uss.com
rafisher@uss.com
rafzac@bloomberg.net
rag2@ntrs.com
ragarwa@frk.com
raghav.bansal@fmr.com
raghav_nandagopal@ustrust.com
ragheed.moghrabi@ae.abnamro.com
raghnall.craighead@woolwich.co
raghu.raghavendra@moorecap.co.uk
ragioneria@bpservizi.it
ragnar@kaupthing.is
ragnelli@duncanw.com
ragrimonti@bloomberg.net
rah.cdu@adia.ae
rahagerty@statestreetkc.com
rahe@danskebank.dk
raheel.altaf@uk.fid-intl.com
raheel.siddiqui@nb.com
raheem.mungrue@tt.rbtt.com
rahel.wuethrich@sarasin.ch
rahil.iqbal@fandc.com
rahim.rezigat@lbb.lu
rahimah@temsek.com.sg
rahman@bloomberg.net
rahmanm@bloomberg.net
rahmer@nbd.com
rahn@blackrock.com
rahul.ahuja@morleyfm.com
rahul.arora@uk.standardchartered.com
rahul.garga@bmo.com
rahul.kalia@aberdeen-asset.com
rahul.oberoi@uk.fid-intl.com
rahul.sabarwal@soros.com
rahul.saito@shinseibank.com

rahul.seksaria@pimco.com
rahul.sen@wamu.net
rahul.sharma@citigroup.com
rahul.verma@sgcib.com
rahul_ghosh@troweprice.com
rahul_k_vyas@vanguard.com
rahul_patel@acml.com
rahulg@lehman.com
rahwa.senay@lazard.com
rai_reyes@fleet.com
raik.hoffmann@dws.de
raimund.ferley@nordlb.de
raimund.korherr@s-versicherung.co.at
raimund.nierop@csam.com
raimund.saier@westam.com
raimundik@aeltus.com
rainald.brune@apobank.de
rainald.hentze@helaba.de
rainer.altenberger@omv.com
rainer.amacker@ubs.com
rainer.bunz@dzbank.de
rainer.duffner@aam.de
rainer.gehler@dekabank.de
rainer.gogel@frankfurt-trust.de
rainer.gutacker@dzbank.de
rainer.hackl@siemens.com
rainer.haerle@db.com
rainer.hagemann@wgz-bank.de
rainer.helms@hsh-nordbank.com
rainer.jaeger@oppenheim.de
rainer.jung@hsh-nordbank.com
rainer.keidel@dbv-winterthur.de
rainer.kienzle@bw-bank.de
rainer.krick@helaba.de
rainer.maennle@sarasin.ch
rainer.muench@allianzgi.de
rainer.neumann@ruv.de
rainer.noack@hsh-nordbank.com
rainer.polenz@essenhyp.com
rainer.punke@bremerlandesbank.de
rainer.roczen@hsh-nordbank.com
rainer.saile@lbb.de
rainer.scharf@dit.de

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rainer.schoellkopf@bayern-invest.de
rainer.sievers@dghyp.de
rainer.spitznagel@credit-suisse.com
rainer.tafelmayer@dit.de
rainer.vermehren@dws.de
rainer.vogel@sachsenlb.ie
rainer.wagner@helaba-invest.de
rainman@bloomberg.net
raivo@bloomberg.net
raizo.yamamoto@mizuhocbus.com
raj.agrawal@genmills.com
raj.bajaj@morleyfm.com
raj.gunaratna@insightinvestment.com
raj.gupta@epoch-funds.com
raj.gupta@morganstanley.com
raj.hallen@skandia.co.uk
raj.hathiramani@citadelgroup.com
raj.madha@nomura-asset.co.uk
raj.makhija@inginvestment.com
raj.patara@baesystems.com
raj.sharma@morganstanley.com
raj@kbcfp.com
raj@omega-advisors.com
raj_dave@cbcm.com
raja.coopoosamy@fortisinvestments.com
raja.janakiraman@glgpartners.com
raja.kchia@lamondiale.com
raja.mukherji@pimco.com
raja@fhlb-pgh.com
rajah.menon@blackrock.com
rajamani.r@tbcam.com
rajames@foodlion.com
rajan.arora@lehman.com
rajan.rehan@morleyfm.com
rajashek@princeton.edu
rajat.ahuja@alliancebernstein.com
rajat.gupta@ipaper.com
rajat.rajan@pnc.com
rajat.sarup@ge.com
rajat.shah@prudential.com
rajeev.eyunni@bernstein.com
rajeev.eyunni@citigroup.com
rajeev.mittal@aig.com

rajeev.patil@bmo.com
rajeevkakar@fullertonfinancial.com
rajen.jadav@alliancebernstein.com
rajen_jadav@acml.com
rajendra.amin@fgb.ae
rajesh.agarwal@alliancebernstein.com
rajesh.amin@gs.com
rajesh.bendre@morganstanley.com
rajesh.bharwani@mackayshields.com
rajesh.guha@fmr.com
rajesh.iyer@nbb.com.bh
rajesh.shrivastava@usa.dupont.com
rajesh.tanna@csam.com
rajesh.vasireddy@citadelgroup.com
rajesh_agarwal@ml.com
rajesh_gandhi@americancentury.com
rajesh_shant@newton.co.uk
rajeshwar.singh@deshaw.com
rajiv.dave@bms.com
rajiv.kacholia@deshaw.com
rajiv.kaul@fmr.com
rajiv.lapasia@blackrock.com
rajiv_prabhakar@ssga.com
rajivranjan@rbi.org.in
rajni_tyagi@putnam.com
rajpala@kochind.com
rajseh.bose@morganstanley.com
raju.adhikari@novartis.com
raju.jobanputra@lgim.co.uk
rajyashree.jalan@db.com
rak.tr@adia.ae
rak@dodgeandcox.com
rakennedy@massmutual.com
rakesh.gupta@fmr.com
rakesh.kansara@gmacrfc.com
rakesh.parameshwar@us.hsbc.com
rakesh.patel@novartis.com
rakesh.rikhi@gs.com
rakeshmohan@rbi.org.in
rakeson@nb.com
rakhee.popat@westernasset.com
rakshitp@wharton.upenn.edu
ralec@bgcpartners.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ralexander@noonam.com | ralf.ruhwedel@naspa.de |
| ralexander@sterling-capital.com | ralf.rybarczyk@db.com |
| raley.sarah@principal.com | ralf.rybarczyk@dws.com |
| ralf.ackermann@lbsh-int.com | ralf.schiller@aam.de |
| ralf.ahrens@frankfurt-trust.de | ralf.schmidgall@bw-bank.de |
| ralf.andresen@hsh-nordbank.com | ralf.schneider@hsh-nordbank.com |
| ralf.bedranowsky@helaba.de | ralf.schreyer@dws.com |
| ralf.boeckel@union-investment.de | ralf.schweers@t-mobile.net |
| ralf.boepple@lbbw.de | ralf.seifert@juliusbaer.com |
| ralf.branda@union-investment.de | ralf.seschek@credit-suisse.com |
| ralf.brech@hypovereinsbank.de | ralf.steinert@commerzbank.com |
| ralf.breuer@oppenheim.de | ralf.stromeyer@allianzgi.de |
| ralf.burmeister@lbbw.de | ralf.thomas@oppenheim.de |
| ralf.dallendoerfer@aareal-bank.com | ralf.van-dawen@ruv.de |
| ralf.dickebohm@lampebank.de | ralf.wachler@deka.de |
| ralf.draeger@wuerttembergische.de | ralf.walter@cominvest-am.com |
| ralf.edelmann@bmw.de | ralf.werner@de.pimco.com |
| ralf.elmer@lbbw.de | ralf.wiedenmann@vontobel.ch |
| ralf.endlich@mail.psk.co.at | ralf.wieseler@amgam.de |
| ralf.engel@dzbank.de | ralf.wittenbrink@ikb-cam.de |
| ralf.euler@dit.de | ralf.wuerker@bsibank.com |
| ralf.flad@dgpanagora.de | ralf-botho.grupe@db.com |
| ralf.funk@ksk-koeln.de | ralfbusse@helaba-invest.de |
| ralf.hallmann@ib.bankgesellschaft.de | ralfonso@creditandorra.ad |
| ralf.hilfrich@sgz-bank.de | ralfonso@fibanc.es |
| ralf.hoss@apobank.de | ralf-peter.dorow@postbank.de |
| ralf.jacobi@lri.lu | ralf-peter.lemmer@gerling.de |
| ralf.johannsen@helaba-invest.de | ralfthomas_decker@dgbank.de |
| ralf.juelichmanns@cominvest-am.com | ralfthomas_decker@dzbank.de |
| ralf.kalt@barclayscapital.com | ralgozo@lordabbett.com |
| ralf.knoch@trinkaus.de | rallemann@pasche.ch |
| ralf.krings@credit-suisse.com | rallen@firstcitizensbank.com |
| ralf.krott@wgv-online.de | rallen@snwsc.com |
| ralf.lierow@siemens.com | rallstott@jbush.com |
| ralf.loewe@depfa.com | ralmeida@mfs.com |
| ralf.maier@hypovereinsbank.de | ralph.andresen@rabobank.com |
| ralf.mueller@lri.lu | ralph.axford@uk.abnamro.com |
| ralf.oberbannscheidt@db.com | ralph.bachmann@helaba.de |
| ralf.ochs@muenchenerhyp.de | ralph.barbato@opco.com |
| ralf.paulsen@dekabank.de | ralph.bilger@vontobel.ch |
| ralf.paulsen@hsh-nordbank.com | ralph.blickisdorf@bkb.ch |
| ralf.recktenwald@westlb.lu | ralph.bloch@credit-suisse.com |
| ralf.rueller@db.com | ralph.brook-fox@resolutionasset.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ralph.bucher@ingim.com | ralph.zweidler@juliusbaer.com |
| ralph.courtney@jpmorgan.com | ralph_davino@ml.com |
| ralph.cox@blackrock.com | ralph_edmondson@bat.com |
| ralph.daloisio@nyc.nxbp.com | ralph_marinaccio@nylim.com |
| ralph.defeo@nb.com | ralphen@pvf.nl |
| ralph.diserio@xlca.com | ralph-froehlich.rf@bayer-ag.de |
| ralph.diseviscourt@dexia-bil.com | ralphg@mcm.com |
| ralph.divino@blackrock.com | ralphlau@helaba-invest.de |
| ralph.fetrow@pncadvisors.com | raluca.z.dalea@jpmorganfleming.com |
| ralph.geiger@lodh.com | ralvarez@bancomercantilny.com |
| ralph.glatz@oppenheim.de | ralvarez@mercantilcb.com |
| ralph.green@aig.com | ram.deshpande@fmr.com |
| ralph.haefliger@credit-suisse.com | ram.sabri@uk.calyon.com |
| ralph.hallenborg@lbbwus.com | ram_brahmachari@mfcinvestments.com |
| ralph.hardenberg@achmea.com | ram_tumu@ml.com |
| ralph.hessler@dit.de | rama.nambimadom@pimco.com |
| ralph.hood@pncbank.com | ramachr@dow.com |
| ralph.laeuppi@claridenleu.com | ramal.chatterjee@barcap.com |
| ralph.langenborg@rbccm.com | raman_srivastava@putnam.com |
| ralph.lattner@vontobel.ch | ramanaka@crd.ge.com |
| ralph.layman@corporate.ge.com | ramanan.v@fmr.com |
| ralph.lehnis@credit-suisse.com | ramani@cbd.ae |
| ralph.link@dlh.de | ramesh.karpagavinayagam@tuck.dartmouth.edu |
| ralph.linn@trs.state.tx.us | ramesh.narayanaswamy@fmr.com |
| ralph.lopez@sscims.com | ramesh.parmar@lloydstsb.co.uk |
| ralph.marron@gs.com | rameshmorjaria@hotmail.com |
| ralph.maurer@credit-suisse.com | ramez.nashed@morganstanley.com |
| ralph.messerschmidt@oppenheim.de | ramez.sousou@towerbrook.com |
| ralph.ockert@dzbank.de | ramezm@cbd.ae |
| ralph.poulssen@azl-group.com | ramgopal_nellutla@ml.com |
| ralph.roelke@dws.de | rami.boustany@ubs.com |
| ralph.smith@barclaysglobal.com | rami.tabbara@bnpparibas.com |
| ralph.smith@statestreet.com | rami_hassan@ssga.com |
| ralph.straus@hvb.lu | ramici@westernasset.com |
| ralph.striglia@db.com | ramin.arani@fmr.com |
| ralph.taddeo@himco.com | ramin.toloui@pimco.com |
| ralph.visconti@prudential.com | ramin.yasseri@db.com |
| ralph.weber@claridenleu.com | ramiro.antezana@citicorp.com |
| ralph.weber@juliusbaer.com | ramiz.hasan@orbitex.co.uk |
| ralph.weidenfeller@ecb.int | ramkir@nbk.com |
| ralph.witt@thehartford.com | ramla_hasanali@invesco.com |
| ralph.wolf@fmr.com | ramm58@bloomberg.net |
| ralph.ziefle@pioneerinvestments.com | ramnath.iyer@pioneerinvestments.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ramon.gomezsalvador@ecb.int | randall.rodda@ny.frb.org |
| ramon.maronilla@pimco.com | randall.williamson@inginvestment.com |
| ramon.moreno@bis.org | randall@tudor.com |
| ramon.pitter@jpmorgan.com | randall_pollock@vanguard.com |
| ramon.sanjuan@grupobbva.com | randall_roth@ipohome.com |
| ramon.tol@blueskygroup.nl | randalralph@northwesternmutual.com |
| ramon_maronilla@ssga.com | rander28@ford.com |
| ramon_r_decastro@fanniemae.com | randeregg@bellevue.ch |
| ramon_t_stewart@keybank.com | randers1@allstate.com |
| ramona.glass@threadneedle.co.uk | randi.abada@alliancebernstein.com |
| ramona.persaud@fmr.com | randle_smith@dpimc.com |
| ramone.smith@lazard.com | randlee@citinational.com |
| ramons@mizrahi.co.il | randolph.birkman@tcw.com |
| ramos.dd@dreyfus.com | randolph.chapman@dresdnerrcm.com |
| rampellc@washpost.com | randolph.reitenauer@pnc.com |
| ramrhein@wellington.com | randolph.vineis@kbc.be |
| ramsay@fhlb-of.com | randolph.wedding@ucop.edu |
| ramsden@gothamcapital.com | randy.angerhofer@wellsfargo.com |
| ramu.singh@wachovia.com | randy.bateman@huntington.com |
| ramut@mcm.com | randy.boushek@thrivent.com |
| ramy.sukarieh@credit-suisse.com | randy.brown@db.com |
| ramzans@bloomberg.net | randy.bushman@kochfinancial.com |
| ramzi.bouzayane@bancaakros.it | randy.denny@gmacrfc.com |
| ramzi.faris@fmr.com | randy.haas@ledyardbank.com |
| ramzi.rishani@longview-partners.com | randy.hare@huntington.com |
| ramzy.austin@principal.com | randy.himelfarb@rabobank.com |
| ran.li@gs.com | randy.hood@prudential.com |
| ran@bankinvest.dk | randy.loving@silvantcapital.com |
| ran_yi@freddiemac.com | randy.lynch@ubs-oconnor.com |
| rana.kudsi@pioneeraltinvest.co.uk | randy.moore@eagleasset.com |
| ranadeep.banerjee@norwich-union-life.co.uk | randy.nemecek@nationwide.com |
| ranagle@wellington.com | randy.o'toole@aig.com |
| ranajoy.sarkar@kochglobalcapital.com | randy.palomba@mbia.com |
| ranand@newstaram.com | randy.royther@columbiamanagement.com |
| ranastas@bloomberg.net | randy.selgrad@abbott.com |
| ranbir.lakhpuri@insightinvestment.com | randy.stafford@fhlbtopeka.com |
| rand.mattsson@thrivent.com | randy.vogel@pncadvisors.com |
| randa.c.middleton@lmco.com | randy.wachtel@jpmorgan.com |
| randal.a.smith@db.com | randy.watkins@rabobank.com |
| randall.king@pncbank.com | randy.white@capmark.funb.com |
| randall.lynch@wachovia.com | randy@apcm.net |
| randall.malcolm@barclaysglobal.com | randy_banes@amat.com |
| randall.parrish@inginvestment.com | randy_cutler@putnam.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

randy_farina@putnam.com
randy_goodleaf@swissre.com
randy_merk@americancentury.com
randy_nemecek@bankone.com
randy_peterson@ustrust.com
randy_smith@vanguard.com
randy_webb@amat.com
randyish@keb.co.kr
randyj@bgi-group.com
rangehrn@bloomberg.net
rangelica@ems.att.com
rani.jabban@ca-suisse.com
rania.alkhalifa@csam.com
ranieri.demarchis@unicredit.it
ranipiputri@saemor.com
ranjeet.guptara@lehman.com
ranji_nagaswami@acml.com
ranjit.attalia@barclaysglobal.com
ranjitdandekar@temasek.com.sg
rankd_galletti@ssga.com
rankine@londonandamsterdam.com
rankr@selectiveinsurance.com
ranm@koor.com
ranthony@lehman.com
ranvir.dewan@kfb.co.kr
rao.casturi@inginvestment.com
rao.mangipudi@us.fortis.com
raoul.gyger@pksbb.ch
raoul.h.rayos@usa.dupont.com
raoul.luttik@ingim.com
raoul.maddaleni@carifirenze.it
raoul.martinez@ingpatrimoine.com
raoul.paglia@bsibank.com
raoul.rayos@csam.com
raph@mwvinvest.com
raphael.amanou@fibimail.co.il
raphael.bucher@ubs.com
raphael.castellanos@aig.com
raphael.couble@sgam.com
raphael.daune@dexia-bil.com
raphael.davis@aig.com
raphael.dieterlen@sgam.com
raphael.donati@akb.ch

raphael.dubois@sgam.com
raphael.eber@dexia-bil.com
raphael.fabre@alcatel.fr
raphael.fiorentino@bernstein.com
raphael.fuhrmann@oppenheim.de
raphael.gallardo@axa-im.com
raphael.guastalla@totalfinaelf.com
raphael.kassin@uk.abnamro.com
raphael.krings@bgl.lu
raphael.luescher@ubs.com
raphael.motta@bcv.ch
raphael.robas@credit-suisse.com
raphael.schindelholz@bcv.ch
raphael.thuin@sgcib.com
raphael.verellen@dexia.be
raphael.weber@claridenleu.com
raphael.wilhelm@credit-suisse.com
raphael.zemp@ubs.com
raphaela.dohm@henkel.com
raphaelle.champion@credit-suisse.com
raphaelle.knight@ikb-cam.de
raphi.savitz@credit-suisse.com
raplinger@countryclubbank.com
rapper@bloomberg.net
raprokop@csas.cz
raquel.blazquez@ibercaja.net
raquel.castiel@standardlife.ca
raraujo@wescorp.org
rarendt@caxton.com
rares@1stnatbank.com
rarnold@agfirst.com
rarnold@osc.state.ny.ue
rarnold@osc.state.ny.us
raroberson@bloomberg.net
raross@fmtinv.com
rarroyo@sanostra.es
ras@mfs.com
rasbaekm@kpf.no
rascal_house@victoryconnect.com
raschini@bloomberg.net
rashas@kia.gov.kw
rasheed.boykin@bankofbermuda.com
rashid@deshaw.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rashik@ambaresearch.com | ravi.kamath@aig.com |
| rashmi.gupta@jpmorgan.com | ravi.mantha@fmr.com |
| rashmi.khare@fmr.com | ravi.mattu@citadelgroup.com |
| raskin@ymcaret.org | ravi.mudan@bankofamerica.com |
| rasmus.blomquist@sek.se | ravi.pamnani@ge.com |
| rasmus.rousing@credit-suisse.com | ravi.sankaran@bmo.nb.com |
| rasmussen@clamericas.com | ravi.sivakumaran@fmr.com |
| rastislav.talajka@erstebank.at | ravi.suria@moorecap.com |
| rastogirk@bernstein.com | ravi.tanuku@fmr.com |
| rastogirk@sbernstein.com | ravi_nathan@westlb.co.uk |
| ratcliff_carmen@fsba.state.fl.us | ravi_ohri@freddiemac.com |
| ratna_ray@dell.com | ravib@gic.com.sg |
| ratnah@mas.gov.sg | ravin.agrawal@qifmanagement.com |
| rattanad@bot.or.th | ravin.onakan@barcap.com |
| raubert@generali.fr | ravinder.mehta@gartmore.com |
| rauch@meinlbank.com | raviprakash.dugyala@novartis.com |
| rauch@safdie.com | ravogel@delinvest.com |
| raufdenspring@smithbreeden.com | ravrett@delinvest.com |
| raul.dani@bancaakros.it | rawdanowicz@ecb.int |
| raul.espejel@citadelgroup.com | rawls.morrow@inginvestment.com |
| raul.fernandez@jpmorganfleming.com | rawurster@wellington.com |
| raul.kaltenbach@frankfurt-trust.de | ray.antes@ncmgroup.com |
| raul.leotedecarvalho@bnpparibas.com | ray.bell@uk.abnamro.com |
| raul.moreno@grupobbva.com | ray.dalio@bwater.com |
| raul.ojeda@farmcreditbank.com | ray.dietman@inginvestment.com |
| raul.rgarcia@grupobbva.com | ray.dinius@everbank.com |
| raul.sequera@jpmchase.com | ray.elston@aberdeen-asset.com |
| raul@logic-intl.com | ray.g.fitzpatrick@aib.ie |
| raul_riverajr@ssga.com | ray.geisler@ge.com |
| raulin.villegas@pimco.com | ray.it@adia.ae |
| raulsf@fsgrhino.com | ray.jovanovich@hk.ca-assetmanagement.com |
| raup@household.com | ray.kingsfield@fmr.com |
| raus@ellington.com | ray.lee@pacificlife.com |
| ravasi@bloomberg.net | ray.lennon@angloirishbank.ie |
| ravasio.m@mellon.com | ray.lim@pimco.com |
| ravchopr@cisco.com | ray.m.o'neill@aib.ie |
| raven_henderson@freddiemac.com | ray.marquette@ubs.com |
| ravenellm@jwseligman.com | ray.martin@moorecap.com |
| ravi.akhoury@mackayshields.com | ray.mccoll@hsh-nordbank.com |
| ravi.galav@hcmny.com | ray.meyer@nyc.nxbp.com |
| ravi.gidoomal@depfa.com | ray.miller@gwl.com |
| ravi.goutam@barclaysglobal.com | ray.reid@bbh.com |
| ravi.i@bloomberg.net | ray.robbins@edwardjones.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ray.scholtz@pncbank.com | raymond.miller@rabobank.com |
| ray.stancil@jpmorgan.com | raymond.monney@credit-suisse.com |
| ray.stewart@belgacom.be | raymond.murray@boiss.boi.ie |
| ray.tierney@morganstanley.com | raymond.napolitano@alliancebernstein.com |
| ray.uy@thehartford.com | raymond.reece@bbl.fr |
| ray.w.davis@emcins.com | raymond.rouphael@sgam.com |
| ray.wong@wellsfargo.com | raymond.sars@pggm.nl |
| ray.wyer@boimail.com | raymond.singer@mhcb.co.uk |
| ray_cunha@ssga.com | raymond.spencer@shinseibank.com |
| ray_helfer@scudder.com | raymond.sulentic@ubs.com |
| ray_henry@glic.com | raymond.sze@asia.bnpparibas.com |
| ray_janssen@invesco.com | raymond.tan@ff.com |
| ray_romano@freddiemac.com | raymond.van.denende@ingim.com |
| ray_trogdon@rsausa.com | raymond.van.putten@kasbank.com |
| raya.sokolyanska@jpmorgan.com | raymond.van.wersch@pggm.nl |
| rayauth@northwesternmutual.com | raymond.wong@avmltd.com |
| raychen@mail.bot.com.tw | raymond.yung@fortisinvestments.com |
| rayhan.davis@towerbrook.com | raymond_bo@hkma.gov.hk |
| raylei@fpg.com.tw | raymond_crosby@conning.com |
| raylward@firstmanhattan.com | raymond_haddad@putnam.com |
| raymatsuura@tagfolio.com | raymond_kong@americancentury.com |
| raymond.b.seymour@aexp.com | raymond_mills@troweprice.com |
| raymond.calabrese@exar.com | raymond_papera@acml.com |
| raymond.chan@hk.ca-assetmanagement.com | raymond_powers@freddiemac.com |
| raymond.chang@rbc.com | raymond_venner@calpers.ca.gov |
| raymond.condon@shenkmancapital.com | raymond_ym_yip@hkma.gov.hk |
| raymond.connor@resolutionasset.com | raymondchan@dahsing.com |
| raymond.ditzel@prudential.com | raymondchiam@temasek.com.sg |
| raymond.folmer@db.com | raymonde.jacobs@belgacom.be |
| raymond.fung@bmo.com | raymondgoh@gic.com.sg |
| raymond.g.tierney@aib.ie | raymondhcting@dbs.com |
| raymond.gutowski@raymondjames.com | raymond-mf.lau@aig.com |
| raymond.heesakker@fandc.com | raymond-r.smeets@dsm.com |
| raymond.hendriks@pggm.nl | raymondwong@whbhk.com |
| raymond.henze@tcw.com | raymund.scheffrahn@novartis.com |
| raymond.humphrey@bbh.com | rayna.butler@uk.abnamro.com |
| raymond.k.tong@wellsfargo.com | rayna.lesser@fmr.com |
| raymond.lee@westernasset.com | rayner.woohl@uobgroup.com |
| raymond.lefante@mackayshields.com | raynisa.wilson@schwab.com |
| raymond.leffler@wellsfargo.com | raynngong@gic.com.sg |
| raymond.man@wamu.net | rayyf@hncb.com.tw |
| raymond.mark@rbc.com | raz.cdu@adia.ae |
| raymond.meier@ubs.com | raza.hussain@uab.ae |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| raza@epsilonfunds.com | rbefumo@lmcm.com |
| raza_rana@putnam.com | rbellamy@microsoft.com |
| razaliibrahim@gic.com.sg | rbelmont@mfs.com |
| razarbayejani@tiaa-cref.org | rbendixen@halcyonllc.com |
| razi.amin@mizuhocbus.com | rbenson@britannicasset.com |
| rbabiak@wilmingtontrust.com | rberjamin@adb.org |
| rbabst@russell.com | rbernstein@brownadvisory.com |
| rback@meag.com | rbertrand@extendicare.com |
| rbafx@bloomberg.net | rbex@mistubishitrust.co.uk |
| rbaier@neded.org | rbeyer@omef.com |
| rbailes@us.nomura.com | rbhaman@oppenheimerfunds.com |
| rbaldelli@iccrea.bcc.it | rbhasin@bankofny.com |
| rball@lordabbet.com | rbhebert@hibernia.com |
| rball@mcleanbudden.com | rbiagini@mfs.com |
| rbamford@seic.com | rbialkin@loomissayles.com |
| rbansal@aegonusa.com | rbielsker@fhlbc.com |
| rbansal@caxton.com | rbiesiot@aegonusa.com |
| rbanz@pictet.com | rbiester@delinvest.com |
| rbarbara@banco-privado.pt | rbijlmakers@meag.com |
| rbarbosa@blbarg.com | rbilcox@deerfieldcapital.com |
| rbarbosa@payden-rygel.com | rbirla@babsoncapital.com |
| rbard@wisi.com | rbiscay@cisco.com |
| rbarnes@backbaymgmt.com | rbishop@central-bank.org.tt |
| rbarnhart@massmutual.com | rbishop@russell.com |
| rbarrios@bppr.com | rbiswas@blenheiminv.com |
| rbarry@unumprovident.com | rbitner@uncb.com |
| rbartlett@uh.edu | rbittencourt@apollocapital.com |
| rbarzykowski@jhancock.com | rbk.tr@adia.ae |
| rbatiste@divinv.net | rbkastan@earthlink.net |
| rbattle@bankofny.com | rblack@firstcitizensbank.com |
| rbauer@federatedinv.com | rblair@sandleroneill.com |
| rbaumbach@babsoncapital.com | rblandfo@richmond.edu |
| rbayles@ustrust.com | rblank@stephens.com |
| rbayston@frk.com | rblock@allstate.com |
| rbayston@standishmellon.com | rbluestein@rhbco.com |
| rbbuck@bremer.com | rblumberg@metlife.com |
| rbcawley@wellington.com | rbmeyer@chevychasebank.net |
| rbeane@essexinvest.com | rboateng@allmerica.com |
| rbeauchemin@mcleanbudden.com | rboden@pacholder.com |
| rbeck@hcmny.com | rboersma@aegon.nl |
| rbecker@frk.com | rboespflug@oppenheimerfunds.com |
| rbecker2@bloomberg.net | rboettner@union-investment.de |
| rbedmar@safei.es | rbohner@us.mufg.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rbonanni@uic.it | rcampagna@provnet.com |
| rbooth@hbk.com | rcamponovo@bloomberg.net |
| rbooth@westernasset.co.uk | rcanakaris@montag.com |
| rbordogna@toddinvestment.com | rcane@rwbaird.com |
| rborgeat@pictet.com | rcapalbo@rnt.com |
| rborina@lehman.com | rcapasso@bcp.it |
| rborja@lmcm.com | rcaporaso@sanpaolo.lu |
| rborkenstein@perrycap.com | rcarducci@sanpaolo.co.uk |
| rborthwick@firstgroup.com | rcarlock@icbny.com |
| rbosch@aegon.nl | rcarmona@princeton.edu |
| rboscher@groupama-am.fr | rcarney@fsa.com |
| rbotoff@ups.com | rcarona@baupost.com |
| rbouille@cimfra.com | rcarpio@halcyonllc.com |
| rbourgeois@bloomberg.net | rcarrier@opers.org |
| rboutz@watrust.com | rcarroll@unumprovident.com |
| rboyer@oddo.fr | rcarryl@harborviewgrowth.com |
| rbracchi@bancasempione.ch | rcasey1@bear.com |
| rbrandt@fcem.co.uk | rcasey1@bloomberg.net |
| rbrasca@fondianima.it | rcashill@isbnj.com |
| rbreau@jhancock.com | rcasillas@nafin.gob.mx |
| rbreed@flputnam.com | rcassady@lmcm.com |
| rbrenes@bankinter.es | rcastaldo@pershing.com |
| rbridges@ftci.com | rcastelazo@accival.com.mx |
| rbrivera@worldbank.org | rcbe@canyonpartners.com |
| rbrookhouse@chubb.com | rcd1@dcx.com |
| rbrooksklueber@hapoalimusa.com | rcdaigle@wellmanage.com |
| rbrown@bear.com | rcervone@putnam.com |
| rbrown@blackrock.com | rchaabra@cumberassoc.com |
| rbrown@caxton.com | rchan@bankofny.com |
| rbrown@deutsche.com | rchan@dbzco.com |
| rbrubaker@us.mizuho-cb.com | rchan@frk.com |
| rbruder@loomissayles.com | rchandra@bankbii.com |
| rbuch@bear.com | rchandran@aegonusa.com |
| rbuchwald@logancapital.com | rchang@intesabcius.com |
| rbuehler@pictet.com | rchang@ups.com |
| rbunning@summitbank.com | rchase@cencorpcu.com |
| rburns@fdic.gov | rchaulman@bpbt.com |
| rbutler@russell.com | rchen@hcmlp.com |
| rc79@ntrs.com | rchen@rockfound.org |
| rcabrera@leggmason.com | rcheng@tiaa-cref.org |
| rcalarco@hcmny.com | rchesterton@ustrust.com |
| rcaldwell@waddell.com | rcheung@wellington.com |
| rcammilleri@nabny.com | rcheuvront@op-f.org |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

rchi@federatedinv.com

rchiabudini@pictet.com

rchidiac@worldbank.org

rchidley@nacm.com

rchilson@bkb.com

rchin@stanford.edu

rchristie@caxtonhealth.com

rchullani@babsoncapital.com

rchung@tiaa-cref.org

rchupik@csas.cz

rchuyan@jhancock.com

rciotola@bcp.it

rciruelos@bancamarch.es

rclark@azoa.com

rclarke@kio.uk.com

rclarke@turnerinvestments.com

rclegg@europeancredit.com

rcleslie@comcast.net

rcochran@ucbi.com

rcofer@fdic.gov

rcohen@clinton.com

rcohen@kfb.co.kr

rcolavecchio@unfcu.com

rcole@scotiacapital.com

rcolicchio@caxton.com

rconnolly@ufji.com

rconnolly@westpac.com.au

rcontreras@deerfieldcapital.com

rcook@orixcm.com

rcook@voyageur.net

rcooley@mt.gov

rcopinot@pembacreditadvisers.com

rcoppock@tsocorp.com

rcoppola@tiaa-cref.org

rcordier@bloomberg.net

rcorman@nb.com

rcornejo@fhlbc.com

rcornish@fandc.co.uk

rcorona@bancodisicilia.it

rcorry@alliedcapital.com

rcosta.buenos-aires@sinvest.es

rcostas@frk.com

rcourtemanche@babsoncapital.com

rcovode@lincap.com

rcox@fdic.gov

rcoyle1@bloomberg.net

rcpanda@rbi.org.in

rcrable@loomissayles.com

rcrandall@babsoncapital.com

rcrandall@dlbabson.com

rcrane@stephens.com

rcrawford@britannicasset.com

rcresci@sagitta.co.uk

rcrimmins@glic.com

rcripps@leggmason.com

rcroft@croftleo.com

rcroonen@aegon.nl

rcropp@img-dsm.com

rcrosby@munder.com

rcrosby@perrycap.com

rcrouse@ohiosavings.com

rcrowell@boh.com

rcruz@bpmny.com

rcruz@frk.com

rcruz@maidenform.com

rcs@kfb.co.kr

rcsaranen@aaamichigan.com

rcsykes@wellington.com

rcu1@ntrs.com

rcubashu@notes.banesto.es

rcudre@pictet.com

rcumberledge@federatedinv.com

rcuomo1@bloomberg.net

rcurrimjee@ing-ghent.com

rcuta1@bloomberg.net

rcutler@tiaa-cref.org

rd.mcdorman@icomd.com

rd@carnegieam.dk

rd@dhja.com

rd@mail.com

rdalelio@nb.com

rdalmau@fftw.com

rdamato@caxton.com

rdamm@metzler.com

rdauria@bloomberg.it

rdavidson@britannicasset.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rdavis@reamsasset.com | rdouglass@wescorp.org |
| rdburn@wellington.com | rdow@lordabbett.com |
| rdc@ubp.ch | rdoyle@refco.com |
| rddirossi@leggmason.com | rdrands@wellington.com |
| rdebenedetti@cirgroup.it | rdruica@aflac.com |
| rdecavele@cpr-am.fr | rdryden@canyonpartners.com |
| rdelgado@ocwen.com | rds@sitinvest.com |
| rdemarco@templeton.com | rdscott@aegonusa.com |
| rdennis@apollocapital.com | rdselvey@aaamichigan.com |
| rdente@jefco.com | rdsjr@shay.com |
| rdeonarain@us.mufg.jp | rdsykes@wellington.com |
| rdepablo@notes.banesto.es | rdtorrijos@delinvest.com |
| rdepelteau@freedom-capital.com | rduckworth@sterling-capital.com |
| rderdowski@ttcpa.sbcounty.gov | rdudgins@imsi.com |
| rderiso@lordabbett.com | rduff@cabotsquare.com |
| rdesantes@bpmny.com | rduff@westpac.com.au |
| rdesaultels@dlbabson.com | rdunphy@oppenheimerfunds.com |
| rdesautels@dlbabson.com | rdurfy@ci.com |
| rdesmond@fftw.com | rdurso@fhlbatl.com |
| rdesroch@pacbell.net | rdw@capgroup.com |
| rdeupree@lmcm.com | rdwi@bankbii.com |
| rdeustachio@bloomberg.net | rdyson@mandtbank.com |
| rdevegar@notes.banesto.es | rea.miller@pncbank.com |
| rdevito@espiritosanto.com | rea@ubp.ch |
| rdhall@statestreet.com | real.estate.pens@interpolis.nl |
| rdiao@fftw.com | realestate.hedgefund@credit-suisse.com |
| rdicanto@nabny.com | reaton@tiaa-cref.com |
| rdiem@fultonfinancialadvisors.com | rebeca.gosalvez@grupobbva.com |
| rdimaria@mcc.it | rebecca.antoniou@axa.com |
| rdirusso@hymanbeck.com | rebecca.berridge@allegiantgroup.com |
| rdishmon@oppenheimerfunds.com | rebecca.berridge@nationalcity.com |
| rdistefano@loomissayles.com | rebecca.bianconi@bper.it |
| rdjames@provbank.com | rebecca.bruenning@nisanet.com |
| rdoede@ftportfolios.com | rebecca.cain@ge.com |
| rdolan@oppenheimerfunds.com | rebecca.coulson@aig.com |
| rdoll@samgmt.com | rebecca.dawson@glgpartners.com |
| rdonate@frk.com | rebecca.flinn@db.com |
| rdondiego@lordabbett.com | rebecca.ford@ge.com |
| rdong@loomissayles.com | rebecca.irwin@pramericafinancial.com |
| rdonovan@ambac.com | rebecca.j.norman@wellsfargo.com |
| rdornau@silchester.com | rebecca.johnson@threadneedle.co.uk |
| rdotson@westernasset.com | rebecca.kingwell@sgcib.com |
| rdouglas@jhancock.com | rebecca.l.krollman@jpmorgan.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rebecca.l.sharp@jpmorgan.com | reeg.gloria@principal.com |
| rebecca.leesy@uobgroup.com | reeg.tracy@principal.com |
| rebecca.milligan@ge.com | reena.bajwa@ubs.com |
| rebecca.moquin@pioneerinvest.com | rees.e@dreyfus.com |
| rebecca.morris@aberdeen-asset.com | reeset@vmcmail.com |
| rebecca.neuwirth@detecon.com | reeslev@jyskeinvest.dk |
| rebecca.parker@ubs.com | reeve1@bloomberg.net |
| rebecca.rebello@pioneerinvestments.com | refaab@kia.gov.kw |
| rebecca.rogers@pnc.com | refd@aozorabank.co.jp |
| rebecca.scharffe@bmo.com | reg.brown@bankofamerica.com |
| rebecca.seabrook@fandc.com | reg_watson@standardlife.com |
| rebecca.stokes@bapensions.co.uk | regan.buckley@lmginv.com |
| rebecca.todd@aig.com | regan.nanbara@intel.com |
| rebecca.zeder@credit-suisse.com | reganhindman@northwsternmutual.com |
| rebecca.arnold@troweprice.com | regbert@tiaa-cref.org |
| rebecca_chu@cathaylife.com.tw | regelmann@tk.thyssenkrupp.com |
| rebecca_hillis@ustrust.com | regenbom@strsoh.org |
| rebecca_hurley@putnam.com | reggie.imamura@wachovia.com |
| rebecca_kelsch@ssga.com | reggie.wilkes@pnc.com |
| rebecca_king@capgroup.com | regina.borromeo@morganstanley.com |
| rebecca_marlowe@paribas.com | regina.chi@opcap.com |
| rebecca_robison@invesco.com | regina.circosta@alliancebernstein.com |
| rebecca_wilson@db.com | regina.harrington@aig.com |
| rebeccabryant@quilterjersey.com | regina.hornung@siemens.com |
| rebekah.chow@db.com | regina.lombardi@bbh.com |
| rebekah.l.chuan@hsbcpb.com | regina.opitz@erstebank.at |
| rebekah.mccahan@pnc.com | regina.oppitz-pfannhauser@bawagpsk.com |
| rebekah@cathaylife.com.tw | regina.reinert@bsibank.com |
| reble@thirdfedbank.com | regina.reinert@claridenleu.com |
| recendm@vankampen.com | regina.shafer@usaa.com |
| rech.m@pg.com | regina.spierings@dexia.be |
| recherchecreditbnppam@bnpparibas.com | regina.stewart@morganstanley.com |
| recohen@kfb.co.kr | regina.webster@credit-suisse.com |
| reda.elkhayati@hsbcgroup.com | regina_hill@troweprice.com |
| redaniel55@hotmail.com | regina_spano@ml.com |
| redli@bloomberg.net | reginald.degols@fortis.com |
| redmond.oleary@boigm.com | reginald.leese@blackrock.com |
| reece.birtles@citigroup.com | reginald.luly@asbai.com |
| reed.newkirk@gmacrfc.com | reginald.pfeifer@thrivent.com |
| reed.nuttall@zurich.com | reginald_gillet@carrefour.fr |
| reed@isaakbond.com | reginaldoh@gic.com.sg |
| reed_t_manning@fleet.com | regine.fischer-wendland@idsffm.com |
| reeg.eric@principal.com | regis.begue@lazard.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| regis.bruley@cpr-am.fr | reiner.kloecker@union-investment.de |
| regis.copinot@sgcib.com | reiner.laakmann@ids.allianz.com |
| regis.copinot@socgen.co.uk | reiner.martin@ecb.int |
| regis.feroc@federal-finance.fr | reiner.montag@saarlb.de |
| regis.gaston@ubs.com | reiner.pfeifferling@postbank.de |
| regis.lanove@ing.be | reiner_michels@westlb.de |
| regis.leoni@degroof.lu | reiner_triltsch@ustrust.com |
| regis.loeb@barcap.com | reinermatthiasuser@company.com |
| regis.monfront@uk.calyon.com | reinhard.huber@activest.de |
| regis.salgado@bcb.gov.br | reinhard.mix@hsh-nordbank.com |
| regis.varao@bcb.gov.br | reinhard.niebuhr@geninvest.de |
| regis.weiler@postbank.lu | reinhard.ortner@erstebank.at |
| regula.schaub@zkb.ch | reinhard.pfingsten@oppenheim.de |
| regula.simsalazic@akb.ch | reinhard.ploder@ffandp.com |
| rehan.masood@morganstanley.com | reinhard.redeker@helaba.de |
| rehan@sfc-uk.com | reinhard.schmidt@hsh-nordbank.com |
| rehfusa@deutschehypo.de | reinhard.seitz@ercgroup.com |
| rehhcsb@compserve.com | reinhard.sievers@hsh-nordbank.com |
| reho@bpintra.it | reinhard.stutz@juliusbaer.com |
| reichstadtl@cmcic.fr | reinhard.thierbach@oppenheim.de |
| reid.pennebaker@coair.com | reinhard.wirz@vontobel.ch |
| reid_smith@vanguard.com | reinhard@princeton.edu |
| reidar.bolme@dnbnor.no | reinhard_eckl@swissre.com |
| reidd@lotsoff.com | reinhard_furthmayr@commerzbank.com |
| reidy_james@jpmorgan.com | reinhardt@rentenbank.de |
| reiji@bloomberg.net | reinhardt44@bloomberg.net |
| reijiro_samura@mitsubishi-trust.co.jp | reinhold.geissler@lbbw.de |
| reiko.kinoshita@tokyostarbank.co.jp | reinhold.gerbig@allianzgi.de |
| reiko.koban@hsh-nordbank.com | reinhold.wanka@oenb.co.at |
| reiko.tokukatsu@barclaysglobal.com | reiniera.van.der.feltz@fortisinvestments.com |
| reiko_ohashi@mail.toyota.co.jp | reinolda@hmc.harvard.edu |
| reim@bloomberg.net | reinout.schalkwijk@ib.bankgesellschaft.de |
| reima.rytsola@okobank.com | reisenhauer@westernasset.com |
| reima.rytsola@okobank.fi | reisja@bernstein.com |
| reimmat.ffdb@bloomberg.net | reiss_peter@gsb.stanford.edu |
| rein.schutte@selectum.be | reissja@bernstein.com |
| reinald.demonchy@lloydstsb.co.uk | reist_paul@gsb.stanford.edu |
| reine.gunnarsson@uk.abnamro.com | rejeev.patel@bmo.com |
| reine.haslay@caam.com | rejustice@wellington.com |
| reiner.gesellmann@bayernlb.de | rekasir@mnb.hu |
| reiner.grupp@bayernlb.de | rekha.k.halai@jpmorgan.com |
| reiner.hauenstein@dgbank.de | rekha.k.sharma@jpmorgan.com |
| reiner.huebner@ubs.com | rekha_hagen@glenmede.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rel@jwbristol.com

rel626ad@optonline.net

relger@corpone.org

relk@capgroup.com

rellis@evcap.com

relmer@ncmcapital.com

relundelius@lmus.leggmason.com

rema.abouelgibeen@uk.fid-intl.com

remco.vergeer@ingim.com

remi.bertin@ing.ch

remi.vullierme-perrier@lgim.co.uk

remigiusz.urbanowski@mofnet.gov.pl

remko.vanekelen@ing.ch

remo.caderas@bloomberg.net

remo.krauer@zkb.ch

remo.quadroni@credit-suisse.com

remy.charre@socgen.com

remy.dumoulin@valeo.com

remy.ferraretto@dexia-am.com

remy.lecat@banque-france.fr

remy.levy@wachovia.com

remy.marcel@caam.com

remy.mattey@vontobel.ch

remy.naturkrejt@bnpparibas.com

remyje@cial.cic.fr

ren.cheng@fmr.com

ren.richmond@asbai.com

ren.wu@citadelgroup.com

rena.haynes@lbbw.de

renaissance@ipohome.com

renata.klita@credit-suisse.com

renate.kienbacher@ba-ca.com

renate.schoenhoff@dzbank.de

renate.traxler@rieter.com

renato.beroggi@sl-am.com

renato.bruno@rothschildbank.com

renato.calabretto@bpf.com

renato.demarchi@bancaintesa.it

renato.frick@llb.li

renato.jansson@bcb.gov.be

renato.jansson@bcb.gov.br

renato.luethhold@db.com

renato.petrelli@popso.it

renato.rezzonico@bsibank.com

renato.tondina@bcge.ch

renato.von-allmen@db.com

renato-von-allmen@db.com

renaud.champion@axa-im.com

renaud.desferet@axa-im.com

renaud_viguier@fujibank.co.jp

renaudlatreille@axa-im.com

rene.bachmann@cial.ch

rene.blanc@credit-suisse.com

rene.boulier@juliusbaer.com

rene.breseghello@pioneerinvest.it

rene.bustamante@mackayshields.com

rene.capitelli@ubs.com

rene.casis@barclayscapital.com

rene.casis@barclaysglobal.com

rene.christoffersen@cominvest-am.com

rene.clerix@dexia-am.com

rene.degreve@solvay.com

rene.devilliers@lionhart.net

rene.dichant@sparkasse-koelnbonn.de

rene.exenberger@vontobel.ch

rene.freiermuth@credit-suisse.com

rene.gilvert@novartis.com

rene.gorodsinsky@lbbw.de

rene.groteboer@sns.nl

rene.hagmann@ubs.com

rene.halter@cbve.com

rene.hermann@mbczh.ch

rene.ho@jpmorgan.com

rene.kallestrup@sedlabanki.is

rene.kassis@clf-dexia.com

rene.kluser@aaa-net.com

rene.kolb@lgt.com

rene.landtwing@vontobel.ch

rene.lobnig@schoellerbank.at

rene.martel@pimco.com

rene.merz@credit-suisse.com

rene.michel.2@claridenleu.com

rene.mouchotte@calyon.com

rene.nicolodi@zkb.ch

rene.noel@jpmorgan.com

rene.noelly@ubs.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rene.penzler@db.com | renold.thompson@nationalcity.com |
| rene.petersen@nordea.com | ren-raw.chen@blackrock.com |
| rene.przyborowsky@union-investment.de | rentwistle@oppenheimerfunds.com |
| rene.reisshauer@commerzbank.com | reny.thomas@prudential.com |
| rene.saner@stg.ch | renyg@cmbchina.com |
| rene.schertenleib@vontobel.ch | renzo.bagorda@credit-suisse.com |
| rene.schmidli@generali.ch | renzo.scilacci@montepaschi.ch |
| rene.schmidli@swissfirst.ch | renzo.tarantino@bpm.it |
| rene.schmit@hypovereinsbank.lu | repo1@bok.or.kr |
| rene.schneider@juliusbaer.com | repodesk.fim@bcee.lu |
| rene.torgersen@pioneerinvestments.com | repulsebay@clubaa.com |
| rene.vongunten@credit-suisse.com | rer@ubp.ch |
| rene.wagner@claridenleu.com | rer09@dartmouth.edu |
| rene.weber@hsbcpb.com | rernst@hcmlp.com |
| rene.zahner@juliusbaer.com | rerras@helaba-invest.de |
| rene_de_bray@deltalloyd.nl | res@jwbristol.com |
| rene_noel@bankone.com | research.bnppam@bnpparibas.com |
| renee.arledge@pnc.com | research.corporates@snb.ch |
| renee.bauer@erstebank.at | research.investment@snb.ch |
| renee.beaudreau@thehartford.com | research.ozkaya@gmail.com |
| renee.bonnell@nationalcity.com | research.vadim@alliancebernstein.com |
| renee.boukhelf@ib.bankgesellschaft.de | research.wolfman@acqcap.com |
| renee.chatoux@bnpparibas.com | research@ae-gis.com |
| renee.chrostowski@aig.com | research@capraasset.com |
| renee.dougherty@schwab.com | research@croftleo.com |
| renee.eick@blackrock.com | research@daiwasbi.co.jp |
| renee.gallizzo@prudential.com | research@delen.be |
| renee.hui@allianzinvestors.com | research@fcminvest.com |
| renee.kassis@statestreet.com | research@fultonfinancialadvisors.com |
| renee.paysour@columbiamanagement.com | research@gkb.ch |
| renee.pernell@morganstanley.com | research@halcyonpartnerships.com |
| renee.pfender@fhlb-pgh.com | research@heritageinvestors.com |
| renee.poutree@fmr.com | research@infidar.ch |
| renee_r_schultz@fanniemae.com | research@jbush.com |
| renee_tang@fanniemae.com | research@keleher.info |
| renegal@nationwide.com | research@lvmh.fr |
| rene-pierre.giavina@bcv.ch | research@marchpartners.com |
| rengel@newmontmining.com | research@mcleanbudden.com |
| rengland@barrowhanley.com | research@metro.de |
| renieris@gruppocredit.it | research@netglide.com |
| renjing@icbc.com.cn | research@research.com |
| renne.marsjanik@lmginv.com | research@sarofim.com |
| reno.kroboth@bawag.com | research@stonehillcap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

research@tchinc.com
research@zuam.ch
research1@rbcds-ged-uk.com
research1@tudor.com
researchea@pasche.ch
research-newsletter-data@tudor.com
researchreports@bailliegifford.com
researchrequest@warburgpincus.com
reshma.patel@morganstanley.com
resi.dickler@geninvest.de
resit.talimcioglut@bnpparibas.com
restewart@martincurrie.com
retaildwr@bloomberg.net
retienne@osc.state.ny.us
reto.antonietti@csfides.ch
reto.beerli@juliusbaer.com
reto.buehler@dresdner-bank.ch
reto.buesser@dresdner-bank.ch
reto.cantoni@ubsw.com
reto.demostene@ubs.com
reto.frei@uebgroup.com
reto.fuenfgeld@cic.ch
reto.grau@slhfp.ch
reto.grieder@vontobel.com
reto.heldstab@bve.ch
reto.hess@credit-suisse.com
reto.hintermann@juliusbaer.com
reto.jaeggli@ca-suisse.com
reto.lienhard@zkb.ch
reto.meneghetti@credit-suisse.com
reto.niggli@swisscanto.ch
reto.portmann@sarasin.co.uk
reto.rebmann@lbswiss.ch
reto.schmidlin@juliusbaer.com
reto.seiler@csam.com
reto.stadelmann@ubsw.com
reto.stiffler@juliusbaer.com
reto.tarnutzer@juliusbaer.com
reto.weber@bsibank.com
reto.wiget@credit-suisse.com
reto.wild@georgfischer.com
reto.wolf@cibasc.com
reuben_scherzer@victoryconnect.com

reubenabrams@gic.com.sg
revans@martincurrie.com
reverett@bpbtc.com
revolon.alberto@sella.it
rex.olson@pacificlife.com
rex.sinquefield@dfafunds.com
rex.w.bennett@conocophillips.com
rex_hw_tang@hkma.gov.hk
rex_schuette@ucbi.com
rey.dominique@rahnbodmer.ch
rey_stroube@agfg.com
reynaldo.garcia@ibtco.com
reynars@nationwide.com
reynoldr@ubk.co.uk
reynolds@apolloic.com
reynolj@vankampen.com
reynote@bloomberg.net
reza.kazemi@s-versicherung.at
reza.samdjee@francetelecom.com
reza.vishkai@insightinvestment.com
reza@bnm.gov.my
reza_bahar@hvbamericas.com
rf.invermap@mapfre.com
rfacchini@sbp-banque.ch
rfalchetti@standishmellon.com
rfallon@tigerglobal.com
rfanciullo@icbny.com
rfaris@ocwen.com
rfaulkner@babsoncapital.com
rfaulkner@bcentral.cl
rfc@jwbristol.com
rfcollins@delinvest.com
rfeign@cisco.com
rfeingold@dlbabson.com
rfeiss@bloomberg.net
rfeldmann@bear.com
rfeliciano@mfs.com
rferber@bloomberg.net
rferguson@gcr.com
rfernand@bcentral.cl
rfernandez@opusinvestment.com
rferraioli@caxton.com
rferrara@jhancock.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rferste@templeton.com
rfetch@lordabbett.com
rfh@dartmouth.edu
rfhayes@wellington.com
rfick@borel.com
rfiel@hough.com
rfielding@oppenheimerfunds.com
rfilatov@templeton.com
rfilia@federatedinv.com
rfinch@hourglasscapital.com
rfinn@opers.org
rfischer@allstate.com
rfiske@pershing.com
rflaherty@mfs.com
rflax@perrycap.com
rfleimkuhler@delinvest.com
rfleming@ingfnc.com
rfleming@leopoldjoseph.com
rflorez@lib.com
rflowers@dbzco.com
rflugum@aegonusa.com
rfolmer@bloomberg.net
rfoo@troweprice.com
rforbes@edc-see.ca
rforgues@canyonpartners.com
rforker@loomissayles.com
rfornes@bloomberg.net
rfoster@caxtonhealth.com
rfox@opers.org
rfox@smithbreeden.com
rfox@whitneybank.com
rfp@nacm.com
rfpedersen@illinoismutual.com
rfr@atalantasosnoff.com
rfrancello@caxton.com
rfrangella@caxton.com
rfrank@gscpartners.com
rfrank@hellmanjordan.com
rfrankel@sarofim.com
rfranklin@nb.com
rfranzese@libertyview.com
rfranzese@nb.com
rfrazier@aegonusa.com

rfrederes@bloomberg.net
rfretz@us.mufg.jp
rfriedbe@blackrock.com
rfriedman@msfi.com
rfroig@stifel.com
rfronapfel@bankofny.com
rfruh@ifsam.com
rftchan@hkma.gov.hk
rfuente@banxico.org.mx
rfuhrman@wellington.com
rfunes@us.mufg.jp
rfurka@mymainstreetbank.com
rfyoung@metlife.com
rg.delclaux@grupobbva.com
rg@us.danskebank.com
rg369@cornell.edu
rg40@ntrs.com
rg55@ntrs.com
rgadala@bloomberg.net
rgaensslen@pictet.com
rgalione@europeancredit.com
rgallagher@babsoncapital.com
rgallen@mercuryinsurance.com
rgaller@invesco.com
rgambira@princeton.edu
rganesh@blackrock.com
rganti@hbk.com
rgarcesb@cajamadrid.es
rgardella@lordabbett.com
rgardner@cambonds.com
rgargant@finibanco.pt
rgarritt@nabny.com
rgartaganis@loomissayles.com
rgarton@pacificlife.com
rgarza@westernasset.com
rgasco@bancamarch.es
rgaskell@seic.com
rgasway@ups.com
rgatten1@bloomberg.net
rgaviglio@intermarketcorp.net
rgball@opers.org
rgbrown@bear.com
rgc@capgroup.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rgclark@logancapital.com | rgraham@bondwave.com |
| rgeib@harleysvillesavings.com | rgranber@nylim.com |
| rgengelb@bloomberg.net | rgrannis@qualcomm.com |
| rgeorge@bankofny.com | rgrant@kbw.com |
| rgeorge@tiaa-cref.org | rgrau@nb.com |
| rgeorgeson@smithgraham.com | rgraves@mail.state.tn.us |
| rgerber@lordabbett.com | rgravil@carac.fr |
| rgerdeman@nb.com | rgravino@provident-bank.com |
| rghrenassia@pictet.com | rgreen@wasatchadvisors.com |
| rgiangregorio@samipfd.com | rgreenjr@pclient.com |
| rgiliberti1@bloomberg.net | rgreeno@princeton.edu |
| rgill@bankofny.com | rgregg@ftci.com |
| rgill@farmcredit-ffcb.com | rgregory@baylbny.com |
| rgilli10@ford.com | rgreulich@wdwitter.com |
| rginsberg@union-investment.de | rgrimm@berkeleyvc.com |
| rgipson@ingalls.net | rgromero@princeton.edu |
| rgiudice4@bloomberg.net | rgromko@dbzco.com |
| rgk@capgroup.com | rgrubbs@wellington.com |
| rgk@dodgeandcox.com | rgruwell@fhlbi.com |
| rglaesche@wuerttag.de | rgstcollins@yahoo.com |
| rglasebrook@nb.com | rgthompson@dow.com |
| rglenny@uscentral.org | rgtreasury@robeco.nl |
| rglise@munder.com | rguastello@marchpartners.com |
| rgm@capgroup.com | rguha@canyonpartners.com |
| rgm1@ntrs.com | rguijt@insinger.com |
| rgmohan@wellington.com | rguimara@bloomberg.net |
| rgn.tr@adia.ae | rgunaratna@metlife.com |
| rgoel@aegonusa.com | rgupta4@metlife.com |
| rgoldberg@banxico.org.mx | rgusick@perrycap.com |
| rgoldsborough@arielinvestments.com | rguttridge@lmfunds.com |
| rgoldstein@bankofny.com | rgw23@cornell.edu |
| rgomes1@bloomberg.net | rha@bankinvest.dk |
| rgomez@bcentral.cl | rhaan@schootsepoort.nl |
| rgonzalez@babsoncapital.com | rhabursky@bloomberg.net |
| rgonzalez@banamex.com | rhaddad@saib.com.sa |
| rgonzalez@fhlbatl.com | rhadley@ofiinstitutional.com |
| rgonzalezba@banamex.com | rhaggard@kbw.com |
| rgoodband@jhancock.com | rhaggard@sanwafp.com |
| rgoodof@loomissayles.com | rhakim@templeton.com |
| rgooskens@msfi.com | rhale@cambonds.com |
| rgordan@chevrontexaco.com | rhalgren@metlife.com |
| rgordon@williamblair.com | rhall@mfs.com |
| rgottesman@firstmanhattan.com | rhall@russell.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rhallisey@blackrock.com
rhamilton@mfcglobalus.com
rhammerl@sgz-bank.lu
rhamwee@gscpartners.com
rhanek@munichre.com
rhannah@bankofcanada.ca
rhansen@ustrust.com
rhar@kempen.nl
rhare@alabamafuel.com
rhargaden@pacificincome.com
rharris@sterne-agee.com
rharrison@voyageur.net
rhart@frk.com
rharvey@fandc.co.uk
rharvey1@bloomberg.net
rhaskel@jbhanauer.com
rhauser@opcap.com
rhauser@pictet.com
rhausmann@tiaa-cref.org
rhawkins@mfs.com
rhay@libertyview.com
rhaydon@nb.com
rhd@tudor.com
rhdavis@us.nomura.com
rhe@nbim.no
rhea.hamilton@shell.com
rhea_mihalisin@merck.com
rhealy@kpsp.com
rhechler@waddell.com
rheckman@tiaa-cref.org
rheebner@ofii.com
rheidemann@waddell.com
rheinboden@netcologne.de
rheine@meag.com
rheinhyp@indigo.ie
rheitu.bansal@morganstanley.com
rhelderman@anthos.nl
rhelf@fiduciarymgt.com
rhelm@meag.com
rhenderson@bpbtc.com
rhenderson12@bloomberg.net
rhensley@unumprovident.com
rhern@meag.com

rhernandez@bsp.gov.ph
rherr@bankofny.com
rhervas@deerfieldcapital.com
rhett.brown@lazard.com
rhett.lambert@alexanderkey.com
rhett.neuenschwander@tcw.com
rhett_hunter@troweprice.com
rheza.lascano@hsbc.com
rhiett@viningsparks.com
rhill@ofii.com
rhimelfarb@leggmason.com
rhimelfarb@stifel.com
rhimmo@bloomberg.net
rhinckley@eatonvance.com
rhinderlie@copera.org
rhines@bostonprivatebank.com
rhl@capgroup.com
rhlee@metlife.com
rhmeredith@metlife.com
rhn@capgroup.com
rhn49225@cathaylife.com.tw
rhoades@rentec.com
rhocker@penncapital.com
rhoerle@rnt.com
rhoffman@us.nomura.com
rhoffman@wilmingtontrust.com
rhofmann@bloomberg.net
rholcomb@invest.treas.state.mi.us
rholt@1838.com
rholt@fmaadvisors.com
rholt@lkcm.com
rhom@ca-indosuez.com
rhona.stewart@aegon.co.uk
rhonda.liesenfeld@edwardjones.com
rhonda.vitanye@barclaysglobal.com
rhonda_boggs@dom.com
rhonda_chang@mfcinvestments.com
rhonda_crosson@putnam.com
rhonda_webb@calpers.ca.gov
rhondale.haywood@pnc.com
rhopps@allstate.com
rhorner@fnni.com
rhossli2@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rhovermale@fhlbi.com
rhoverson@provident-bank.com
rhoward@lordabbett.com
rhowe@eatonvance.com
rhowells@bloomberg.net
rhoyng@fnccorp.com
rhs@capgroup.com
rhs@nbim.no
rhsu@frk.com
rhua@panagora.com
rhuang@mfs.com
rhughes@bbandt.com
rhughes@pwmco.com
rhutton@libertyview.com
rhutton@nb.com
rhv39972@glaxowellcome.co.uk
rhys.foulkes@threadneedle.co.uk
rhys.g.true@jpmorgan.com
rhys.lyons@icap.com
rhys@braeburncapital.com
rhys_davies@hen.invesco.com
ri.guderian@frankfurt-trust.de
ri@capgroup.com
ri@ubpam.com
ri5@ntrs.com
ria.beckers@interbrew.com
ria.sugay@banksterling.com
rian.caufield@ge.com
rian.caufman@ge.com
rian@sek.se
ribo01@handelsbanken.se
ribonib@1stsource.com
ric.costa@pimco.com
rica.trujillo@frm.com
ricardo.caldeira@finantia.com
ricardo.calico@cgd.pt
ricardo.funes@scotiacapital.com
ricardo.grados@ohis.com
ricardo.laborda@grupobbva.com
ricardo.marino@gs.com
ricardo.martinelli@bcb.gov.br
ricardo.mesquita@bcb.gov.br
ricardo.moura@bcb.gov.br

ricardo.pedro@clf-dexia.com
ricardo.pires@besci.co.uk
ricardo.rosa@grupposantander.pt
ricardo.salgado@gs.com
ricardo.sanmartin@fonditel.es
ricardo.sayao@alcoa.com
ricardo.scaff@rabobank.com
ricardo.vit@sscims.com
ricardo.xavier@ashmoregroup.com
ricardo_cipicchio@bankone.com
ricardocruz@quilter.co.uk
riccardi.roberto@enel.it
riccardo.bindi@morganstanley.com
riccardo.cavo@pioneeraltinvest.com
riccardo.cazzola@eurosgr.it
riccardo.costa@ersel.it
riccardo.curcio@uk.fid-intl.com
riccardo.divenuta@sai.it
riccardo.grimaldi@bancaprofilo.it
riccardo.lagorio@bancaprofilo.it
riccardo.lugli@bancaintesa.co.uk
riccardo.magni@bpubanca.it
riccardo.masotti@credit-suisse.com
riccardo.mazzi@bancaintesa.it
riccardo.nembri@bancaprofilo.it
riccardo.parasporo@bancaintesa.it
riccardo.quartodipalo@mediobanca.it
riccardo.ratti@bancaprofilo.it
riccardo.senn@ubs.com
riccardo.taje@jpmorganfleming.com
riccardo.tomasi@banca.mps.it
riccardo.vanoli@db.com
riccardo.veglio@mediolanum.it
riccardo.zucchini@bancalombarda.it
riccardodirenzo@cariplo.it
riccardoserrini@intesabci.it
ricciardi@mpsgr.it
ricciot@aetna.com
riccochan@mas.gov.sg
riccolon@bbvapr.com
rice_paul@jpmorganfleming.com
ricet@ebrd.com
rich.bartolotta@eds.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rich.bielen@protective.com | richard.allen@fuji-bank.co.uk |
| rich.bradfield@mortgagefamily.com | richard.altstaetter@btv.at |
| rich.bressler@twi.com | richard.annunziato@csam.com |
| rich.brody@ppmamerica.com | richard.asbery@gs.com |
| rich.burns@prudential.com | richard.askey@lloydstsb.co.uk |
| rich.crist@prudential.com | richard.aubrey@bankofthewest.com |
| rich.dabrowski@citadelgroup.com | richard.avidon@csam.com |
| rich.farra@transamerica.com | richard.avidon@db.com |
| rich.gale@firstunion.com | richard.axilrod@moorecap.com |
| rich.gale@glenmede.com | richard.baker@glgpartners.com |
| rich.ghazarian@westernasset.com | richard.baldwin@gartmore.com |
| rich.hobson@sterlingsavings.com | richard.balfour@csam.com |
| rich.kelly@db.com | richard.balloch@resolutionasset.com |
| rich.king@6thaveinvest.com | richard.banno@pacificlife.com |
| rich.king@houston.nacm.com | richard.baytosh@huntington.com |
| rich.laxer@ge.com | richard.beadsworth@lloydstsb.co.uk |
| rich.mercante@aig.com | richard.bei@bernstein.com |
| rich.millard@jpfinancial.com | richard.bell@isisam.com |
| rich.okeeffe@pncadvisors.com | richard.bennett@rabobank.com |
| rich.rosen@jwseligman.com | richard.berberian@rbsgc.com |
| rich.shulusky@commercebank.com | richard.berthiaume@tudor.com |
| rich.smith@aberdeen-asset.com | richard.bertoni@dresdnerkleinwort.com |
| rich.stevenson@tcw.com | richard.biagini@fmr.com |
| rich.urban@corporate.ge.com | richard.biegen@aig.com |
| rich.vaccaro@prudential.com | richard.bisson@nomura-asset.co.uk |
| rich.vandermass@morganstanley.com | richard.black@lgim.co.uk |
| rich_carter@ustrust.com | richard.black@omam.co.uk |
| rich_fitzsimons@swissre.com | richard.bohan@fmr.com |
| rich_gazda@ml.com | richard.bona@gmacm.com |
| rich_jamie@jpmorgan.com | richard.booth@db.com |
| rich_king@invesco.com | richard.brightman@barclaysglobal.com |
| rich_petruzzo@vanguard.com | richard.brink@alliancebernstein.com |
| rich_robben@invesco.com | richard.brown@citigroup.com |
| rich_sega@conning.com | richard.brown@schroders.com |
| richarad@rbcel.com | richard.brumby@csam.com |
| richard.a.henley@jpmchase.com | richard.burrows@pernod-ricard.com |
| richard.a.hoffman@csam.com | richard.burton@hypovereinsbank.de |
| richard.a.jarvis@jpmorgan.com | richard.burwood@citicorp.com |
| richard.abma@kasbank.com | richard.busellato@moorecap.co.uk |
| richard.adams@ing.com.au | richard.butler@caam.com |
| richard.albanese@prudential.com | richard.byrnes@db.com |
| richard.albano@ingfunds.com | richard.c.davies@jpmorgan.com |
| richard.alborough@morleyfm.com | richard.cai@novartis.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| richard.cambridge@lgim.co.uk | richard.derose@alliancebernstein.com |
| richard.campbell@lloydstsb.co.uk | richard.dichillo@inginvestment.com |
| richard.campbell@trs.state.tx.us | richard.diem@pncadvisors.com |
| richard.campbell@umb.com | richard.dingwall-smith@swipartnership.co.uk |
| richard.cansell@morleyfm.com | richard.dolhun@agf.com |
| richard.carnes@pncbank.com | richard.doron@fmr.com |
| richard.caro@columbiamanagement.com | richard.drason@db.com |
| richard.casey@boigm.com | richard.dryer@credit-suisse.com |
| richard.cashin@ubs.com | richard.duggan@selective.com |
| richard.chadderton@lazard.com | richard.dunbar@swipartnership.co.uk |
| richard.chang@moorecap.com | richard.dymond@morleyfm.com |
| richard.chapman@ldn.invesco.com | richard.dyson@aberdeen-asset.com |
| richard.chauvin@capitalonebank.com | richard.e.john@citi.com |
| richard.chen@barclaysglobal.com | richard.edelman@db.com |
| richard.cheng@fmr.com | richard.edmonds@wachovia.com |
| richard.chilton@swift.com | richard.edwards@fac.com |
| richard.chin@53.com | richard.elliott@mhcb.co.uk |
| richard.chin@watchhillfunds.com | richard.esterly@daiwausa.com |
| richard.christinat@bcv.ch | richard.evans@gartmore.com |
| richard.chung@db.com | richard.evans@rolls-royce.com |
| richard.clarida@pimco.com | richard.f.jordan@chase.com |
| richard.clark@pnc.com | richard.farmer@citadelgroup.com |
| richard.clode@gartmore.com | richard.felegy@morganstanley.com |
| richard.colasuonno@pimco.com | richard.fentin@fmr.com |
| richard.colavecchio@wamu.net | richard.ferguson@db.com |
| richard.collins@ubs.com | richard.fiedorek@pncbank.com |
| richard.colwell@csam.com | richard.field@norwich-union.co.uk |
| richard.colwell@morleyfm.com | richard.figuly@jpmorgan.com |
| richard.convy@pnc.com | richard.fisher@wamu.net |
| richard.cox@lbb.de | richard.flack@ubs.com |
| richard.craske@glgpartners.com | richard.flax@gs.com |
| richard.cumberledge@inginvestment.com | richard.fletcher@fandc.com |
| richard.cumbley@commerzbankib.com | richard.flint@barclaysglobal.com |
| richard.cumbley@hsbcib.com | richard.frei@zkb.ch |
| richard.cummings@dartmouth.edu | richard.friederich@zkb.ch |
| richard.curling@db.com | richard.fry@axa-im.com |
| richard.cutts@columbiamanagement.com | richard.fuld@tudor.com |
| richard.d.mellin@wellsfargo.com | richard.furst@moorecap.com |
| richard.dahlberg@columbiamanagement.com | richard.ghazarian@sce.com |
| richard.dameron@pncbank.com | richard.gibson@bankofamerica.com |
| richard.davidson@morganstanley.com | richard.glass@morganstanley.com |
| richard.dekaser@nationalcity.com | richard.goddard@it.abnamro.com |
| richard.deluca@ibtco.com | richard.goldsmith@db.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

richard.goldthorpe@lloydstsb.co.uk
richard.grahman@uboc.com
richard.grasset@lloydstsb.co.uk
richard.green@norwich-union-life.co.uk
richard.greenwood@aig.com
richard.greenwood@prudential.com
richard.griffiths@uk.danskebank.com
richard.guether@morganstanley.com
richard.habermann@fmr.com
richard.hall@rbc.com
richard.hallett@morleyfm.com
richard.harjes@citadelgroup.com
richard.healing@mhcb.co.uk
richard.hegwood@columbiamanagement.com
richard.henricsson@nordea.com
richard.henry@pncbank.com
richard.herberth@jpmorganfleming.com
richard.herbst@jpmorgan.com
richard.herbst@rabobank.com
richard.hetherington@chase.com
richard.hill@csam.com
richard.hinz@cominvest-am.com
richard.hochreutiner@ubsw.com
richard.hockings@lazard.com
richard.hodges@lgim.co.uk
richard.hodson@credit-suisse.com
richard.hoerner@blackrock.com
richard.hogan@fmr.com
richard.homan@dillonread.com
richard.honeck@bankofamerica.com
richard.hoss@bnpparibas.com
richard.house@threadneedle.co.uk
richard.howarth@insightinvestment.com
richard.howorth@lionhart.net
richard.hrabchak@prudential.com
richard.hudson@icgplc.com
richard.hughes4@barcap.com
richard.humphreys@nationwide.co.uk
richard.huston@drkw.com
richard.insalaco@rochester.edu
richard.ipesch@apobank.de
richard.irons@cw.com
richard.j.barry@pjc.com

richard.j.nicholson@jpmchase.com
richard.j.rogalski@tuck.dartmouth.edu
richard.j.wall@aib.ie
richard.j.ward@jpmorganfleming.com
richard.jackson@tudor.com
richard.jenkins@rbccm.com
richard.johnson@pnc.com
richard.johnston@siemens.com
richard.jucker@zkb.ch
richard.k.driscoll@usa.dupont.com
richard.kassaby@cba.com.au
richard.keizer@ingim.com
richard.kelly@biam.boi.ie
richard.kelsall@norwich-union-life.co.uk
richard.kelsall@norwich-union-life.com
richard.kennaugh@db.com
richard.kent@glenmede.com
richard.kernan@ryanbeck.com
richard.keys@lloydstsb.co.uk
richard.kim@jpmorgan.com
richard.kimball@usaa.com
richard.king@himco.com
richard.kobler@rmf.ch
richard.koch@ap1.se
richard.kosecky@erstebank.at
richard.kowal@lazard.com
richard.kruse@nomura-asset.co.uk
richard.lambert@bankofengland.co.uk
richard.lantz@electrolux.se
richard.larner@db.com
richard.lau@sg.standardchartered.com
richard.lee@citadelgroup.com
richard.lefebvre@caam.com
richard.lehman@isisam.com
richard.leite@credit-suisse.com
richard.lepere@caam.com
richard.levinson@firstunion.com
richard.lewis@newstaram.com
richard.leyman@ge.com
richard.liang@shinseibank.com
richard.lin@schroders.com
richard.list@credit-suisse.com
richard.lonsdale@gerrard.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| richard.loretan@juliusbaer.com | richard.mormile@pioneeraltinvest.com |
| richard.lossano@prudential.com | richard.mueller@rmf.ch |
| richard.lowes@harrisbank.com | richard.mulley@gs.com |
| richard.lowman@isisam.com | richard.murphy@ch.abnamro.com |
| richard.luijken@nibcapital.com | richard.muruve@bmo.com |
| richard.luu@sarasin.ch | richard.n.sharp@hsbcam.com |
| richard.m.davis@gs.com | richard.nahmani@lodh.com |
| richard.m.hibell@jpmorgan.com | richard.nash@isisam.com |
| richard.m.twomey@citigroup.com | richard.neuner@blb.de |
| richard.m.white@csam.com | richard.ng@intel.com |
| richard.ma@lionhart.net | richard.nibloe@insightinvestment.com |
| richard.machin@fhlb-pgh.com | richard.nield@aiminvestments.com |
| richard.major@db.com | richard.north@sixcontinents.com |
| richard.mak@pimco.com | richard.o'connell@barclays.co.uk |
| richard.manuel@fmr.com | richard.oconnell@gcm.com |
| richard.marshall@bbh.com | richard.olson2@hp.com |
| richard.marshall@mhcb.co.uk | richard.owens@rbccm.com |
| richard.marwood@axa-im.com | richard.p.grammer@bankofamerica.com |
| richard.massuci@pncadvisors.com | richard.padgham@pncbank.com |
| richard.matas@4086.com | richard.papetti@morganstanley.com |
| richard.mattner@nyc.rabobank.com | richard.parent@prudential.com |
| richard.mauro@pncbank.com | richard.patterson@swip.com |
| richard.may@barclaysglobal.com | richard.peck@fmr.com |
| richard.mcbain@db.com | richard.peirson@framlington.co.uk |
| richard.mcbride@clamericas.com | richard.penny@lgim.co.uk |
| richard.mcclorey@bmo.com | richard.petrino@columbiamanagement.com |
| richard.mccormick@threadneedle.co.uk | richard.philips@ubs.com |
| richard.mcintosh@sgcib.com | richard.piccirillo@prudential.com |
| richard.mckinney@deshaw.com | richard.pierson@framlington.co.uk |
| richard.meek@bbh.com | richard.pike@tudor.com |
| richard.meese@barclaysglobal.com | richard.pitre@tasitalia.com |
| richard.mejzak@blackrock.com | richard.prvulovich@gartmore.com |
| richard.merage@falconig.com | richard.puma@ospraie.com |
| richard.mercier@alliancebernstein.com | richard.q.wendt@towersperrin.com |
| richard.meth@jpmorganfleming.com | richard.quin@csam.com |
| richard.mettler@columbiamanagement.com | richard.r.davis@citigroup.com |
| richard.mhende@morganstanley.com | richard.r.helmerichs@pjc.com |
| richard.miller@ge.com | richard.razza@thehartford.com |
| richard.montesano@us.mizuho-sc.com | richard.read@lloydstsb.co.uk |
| richard.moore@gmacrfc.com | richard.redfern@isisam.com |
| richard.moore@omam.co.uk | richard.ritschel@nordea.lu |
| richard.moreland@bmo.com | richard.robben@db.com |
| richard.morgan@bapfim.co.uk | richard.rochat@csam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| richard.rogers@prudential.com | richard.stewart@moorecap.com |
| richard.rokus@micorp.com | richard.talerico@umb.com |
| richard.romano@prudential.com | richard.tan@credit-suisse.com |
| richard.rose@pfpc.com | richard.tanner@ubs.com |
| richard.rosen@mackayshields.com | richard.taormina@jpmorgan.com |
| richard.rossatti@tkb.ch | richard.taube@pacificlife.com |
| richard.s.bei@jpmorgan.com | richard.tauber@columbiamanagement.com |
| richard.s.cohen@bankofamerica.com | richard.taylor1@barclays.co.uk |
| richard.saldanha@investecmail.com | richard.teisch@pseg.com |
| richard.saldanha@morleyfm.com | richard.tennant@uk.fid-intl.com |
| richard.saler@inginvestment.com | richard.thieke@db.com |
| richard.samuel@icgplc.co.uk | richard.thompson@aig.com |
| richard.sanderson@lloydstsb.co.uk | richard.thompson@bnpparibas.com |
| richard.schlanger@pioneerinvest.com | richard.thompson@uk.fid-intl.com |
| richard.schmidt@postbank.de | richard.tomlinson@omam.co.uk |
| richard.schoeb@jpmorgan.com | richard.toner@prudential.com |
| richard.schreuder@barclays.co.uk | richard.travis@morgankeegan.com |
| richard.schulein@fbs.nl | richard.troyer@alliancebernstein.com |
| richard.scott@aig.com | richard.truong@uk.mizuho-sc.com |
| richard.seebacher@sparkasse.it | richard.tsai@barclaysglobal.com |
| richard.seissler@t-online.de | richard.turner@columbiamanagement.com |
| richard.shepley@db.com | richard.ungaro@americas.bnpparibas.com |
| richard.shum@schroders.com | richard.urwin@blackrock.com |
| richard.shuster@wpginvest.com | richard.v.annunziato@citigroup.com |
| richard.singleton@fandc.com | richard.van.ovost@mn-services.nl |
| richard.skelt@uk.fid-intl.com | richard.veith@kodak.com |
| richard.skeppstrom@eagleasset.com | richard.vincent@skandia.co.uk |
| richard.slaughter@ers.state.tx.us | richard.w.berger@dartmouth.edu |
| richard.sloan@barclaysglobal.com | richard.w.bottomley@hsbc.com |
| richard.small@csfb.com | richard.w.bullock@jpmorgan.com |
| richard.smith@tcw.com | richard.w.sunderland.iii@dartmouth.edu |
| richard.smithyes@uk.mufg.jp | richard.waddington@rbccm.com |
| richard.spalton@aberdeen-asset.com | richard.wagner@vkb.de |
| richard.spillane@fidelity.com | richard.walker@thomascook.com |
| richard.springate@dkib.com | richard.walsh@glgpartners.com |
| richard.stanley@singers.co.im | richard.warne@credit-suisse.com |
| richard.starling@fmr.com | richard.warr@citigroup.com |
| richard.steffen@juliusbaer.com | richard.watts@fandc.com |
| richard.stevens@lgim.co.uk | richard.weaver@bernstein.com |
| richard.stevens@nationalcity.com | richard.webb@flemings.com |
| richard.stevens@pioneerinvestments.com | richard.wegener@citadelgroup.com |
| richard.stevenson@allegiantgroup.com | richard.weiland@s-versicherung.co.at |
| richard.stewart@db.com | richard.weiss@alliancebernstein.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| richard.weiss@ibtco.com | richard_chen@scudder.com |
| richard.wellington@bankofengland.co.uk | richard_chung@freddiemac.com |
| richard.welsh@inginvestment.com | richard_clattenburg@troweprice.com |
| richard.wendell@prudential.com | richard_cordover@hvbamericas.com |
| richard.wertheimer@citadelgroup.com | richard_cortese@manulife.com |
| richard.west@ubs.com | richard_crook@mfcinvestments.com |
| richard.whiles@halliburton.com | richard_decoste@putnam.com |
| richard.white@opco.com | richard_dell@blackrock.com |
| richard.whitehouse@hsbc.com | richard_dent@troweprice.com |
| richard.wigglesworth@db.com | richard_duffy@calpers.ca.gov |
| richard.wilkinson@erstebank.at | richard_ellson@hvbamericas.com |
| richard.williams@blackrock.com | richard_fang@invesco.com |
| richard.wilmarth@bbh.com | richard_g_dauteuil@fleet.com |
| richard.wilson@fandc.com | richard_g_wolverton@keybank.com |
| richard.wilson@threadneedle.co.uk | richard_gorda@glenmede.com |
| richard.winkler@aam.ch | richard_gordon@ml.com |
| richard.wiseman@insightinvestment.com | richard_ho@fujibank.co.jp |
| richard.wittesaele@bnpparibas.com | richard_hoang@putnam.com |
| richard.wohanka@fortisinvestments.com | richard_hofmann@nacm.com |
| richard.woodhouse@commerzbankib.com | richard_hopkins@perpetual.co.uk |
| richard.woodhouse@eu.nabgroup.com | richard_j_turgeon@victoryconnect.com |
| richard.woodward@frostbank.com | richard_jaucian@fanniemae.com |
| richard.x.austin@jpmorgan.com | richard_johannes@putnam.com |
| richard.xie@4086.com | richard_kehoe@nylim.com |
| richard.yarmey@pncbank.com | richard_kemp@banvenez.com |
| richard.yurasko@pncadvisors.com | richard_ko@ml.com |
| richard.zechmeister@credit-suisse.com | richard_kos@mfcinvestments.com |
| richard@barclaysglobal.com | richard_leung@putnam.com |
| richard@baupost.com | richard_li@usa.net |
| richard@epsilonfunds.com | richard_limekiller@ustrust.com |
| richard@rentec.com | richard_macdonald@putnam.com |
| richard@roxcap.com | richard_moffat@standardlife.com |
| richard_a_hill@westlb.co.uk | richard_neuman@westlb.com |
| richard_a_janus@victoryconnect.com | richard_newitter@acml.com |
| richard_arnott@ssga.com | richard_ngpack@ssga.com |
| richard_balestra@cinfin.com | richard_ochman@ssga.com |
| richard_bard@reservefunds.com | richard_olek@freddiemac.com |
| richard_batty@standardlife.com | richard_pilat@putnam.com |
| richard_block@putnam.com | richard_plackett@blackrock.com |
| richard_bowers@ssga.com | richard_pooley@blackrock.com |
| richard_bridges@capgroup.com | richard_powers@vanguard.com |
| richard_c_hepner@vanguard.com | richard_presley@troweprice.com |
| richard_c_hughes@westlb.co.uk | richard_ronan@acml.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| richard_rothwell@ntrs.com | richarst@deshaw.com |
| richard_scholefield@standardlife.com | richie.cruz@pimco.com |
| richard_schwartz@am.newyorklife.com | richie@ruanecunniff.com |
| richard_sorkin@fanniemae.com | rich-mgam.wilson@db.com |
| richard_tan@ml.com | richmondb@greenecountybank.com |
| richard_tanner@swissre.com | rick.aneshansel@firstar.com |
| richard_taylor@acml.com | rick.baril@utc.com |
| richard_thomas@ssga.com | rick.baylor@moorecap.com |
| richard_townsend@merck.com | rick.block@harrisbank.com |
| richard_turnill@blackrock.com | rick.bookstaber@bwater.com |
| richard_vanden_boogard@victoryconnect.com | rick.brown@bmo.com |
| richard_vella@ml.com | rick.bryan@bmonb.com |
| richard_w_wolf@fanniemae.com | rick.burmeister@bundesbank.de |
| richard_wang@freddiemac.com | rick.cardillo@nationstarmail.com |
| richard_whitfield@vanguard.com | rick.castro@barclaysglobal.com |
| richard_wilmot@newton.co.uk | rick.cleary@sharpridge.com |
| richard_wintle@newton.co.uk | rick.davis@jpmorgan.com |
| richarda.heubisch@bayernlb.de | rick.delosreyes@soros.com |
| richarda@bloomberg.net | rick.dentith@rlam.co.uk |
| richarda@imsi.com | rick.didonato@firstunion.com |
| richardbarns@bankofny.com | rick.foytek@nationalcity.com |
| richardc@cater-allen.co.uk | rick.ganong@tudor.com |
| richardchan@gic.com.sg | rick.grossman@ccastrategies.com |
| richardd@coj.net | rick.harmon@sto.sc.gov |
| richarddennis@wessexam.co.uk | rick.hoogerwerf@ingim.com |
| richardfearon@eaton.com | rick.i.davis@bankamerica.com |
| richard-h.thomas@ubs.com | rick.johnston@resolutionplc.com |
| richardh@treasury.state.az.us | rick.jones@ncmcapital.com |
| richardhill@bloomberg.net | rick.lam@hk.nomura.com |
| richardj@aeltus.com | rick.llewellyn@rabobank.com |
| richardjackson6551@sbcglobal.net | rick.lynes@prudential.com |
| richard-m.smith@db.com | rick.mace@fmr.com |
| richardmusch@hotmail.com | rick.mak@tdsecurities.com |
| richardmyers@halifax.co.uk | rick.marquez@bhf-bank.com |
| richardo.rodriques@bcv.ch | rick.morioka@pimco.com |
| richard-peter.leib@muenchenerhyp.de | rick.nelson@inginvestment.com |
| richards.jason@ntrs.com | rick.nelson@truscocapital.com |
| richards.jc@mellon.com | rick.palmon@db.com |
| richards@hcmny.com | rick.patel@fidelity.com |
| richardschreuder@saemor.com | rick.petran@swib.state.wi.us |
| richardspence@hsbc.com | rick.pitten@columbiamanagement.com |
| richardstrait@northwesternmutual.com | rick.pressly@coair.com |
| richardt@mcm.com | rick.ratkowski@nisanet.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

rick.romano@prudential.com

rick.rubin@pnc.com

rick.schlesinger@pnc.com

rick.scott@aig.com

rick.simonsen@nokia.com

rick.vallieres@alliancebernstein.com

rick.vansteenbergen@himco.com

rick.velez@kofc.org

rick.wayne@pncbank.com

rick.yee@bankofthewest.com

rick@apothcap.com

rick@heliosgrp.com

rick@presaz.com

rick@primco.com

rick@stw.com

rick_conway@agfg.com

rick_delosreyes@troweprice.com

rick_didonato@keybank.com

rick_gable@sunlife.com

rick_gordon@sunlife.com

rick_jackson@scudder.com

rick_richmond@conseco.com

rick_sawers@national.com.au

rick_smith@bancone.com

rick_turnock@invesco.com

rick_weed@putnam.com

rick_wynn@putnam.com

rickard.alte@amfpension.se

rickard.calalv@nordea.com

rickard.skogsfors@swedbank.com

rickard.stenberg@seb.se

rickard.synnergren@seb.se

rickard.waldenlind@nordea.com

rickard.warnelid@dnb.se

rickboesch@bloomberg.net

rickbotthof@synovus.com

rickdoede@ftadvisors.com

rickp@bloomberg.net

ricksr@ensignpeak.org

rick-waldis@dlfi.com

ricky.lit@fortisbank.com.hk

ricky.liu@email.chinatrust.com.tw

ricky.sun@citadelgroup.com

rickyh@nbd.com

rickyhowe@hotmail.com

rickylaw@bloomberg.net

ricmea@safeco.com

rico.bopp@csam.com

rico.fasel@nl.fortis.com

rico.milde@bhf.ing.com

ricocheung@ftsfund.com

ricsun@carnegie.se

ridgely_ficks@putnam.com

ridwan.setiadi.oey@ingim.com

rie.kachi@mizuho-cb.co.jp

rie.shibuya@alliancebernstein.com

rie0429@dl.dai-ichi-life.co.jp

rieco.mello@fmr.com

rieglerw@vankampen.com

rie-katoh@am.mufg.jp

rieko.matsuzawa@boj.or.jp

rieko.tsuchiya@boj.or.jp

rieko.uehara@pimco.com

rieko_arai@mitsubishi-trust.co.jp

rieko-mino@am.mufg.jp

rien.wijnen@ingim.com

riesen.markus@rahnbodmer.ch

riesmeyer.j@mellon.com

riesposito@bankofny.com

riet.vijgen@puilaetco.be

rievesg@rjrt.com

rifatrafi.ojalvo@teb.com.tr

rigano.rita@enel.it

riggins.sarah@principal.com

riginos_dimitriou@blackrock.com

rihi01@handelsbanken.se

riichiro.fukahori@mizuho-cb.co.jp

riitta.naaralainen-vallila@tapiola.fi

riitta.salonen@leonia.fi

rijk_griffioen@nl.ibm.com

rik.dhoest@nagelmackers.be

rika.sato@ubs.com

rikard.forssmed@swedbankrobur.se

riki@nochubank.or.jp

rikiya_kato@putnam.com

rikkin@erbd.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| riku.wiitala@oko.fi | risto.oja@swip.com |
| ril.tr@adia.ae | risto.paivansalo@evli.com |
| rili01@handelsbanken.se | risto.peltokangas@bof.fi |
| rim.tehraoui@bnpparibas.com | rita.alberico@firstmidwest.com |
| rima.el-kawa@barclaysglobal.com | rita.boscolo@antonveneta.it |
| rima.terradista@aibny.com | rita.capocasale@interbanca.it |
| rimma.talis@jpmchase.com | rita.chu@wellsfargo.com |
| rimperiale@forwardmgmt.com | rita.crusius@generali.ch |
| rina.andriani@ai.astra.co.id | rita.dhut@morleyfm.com |
| rina.asano@japan.gartmore.com | rita.duggan@ge.com |
| rina.bhattacharyya@ubs.com | rita.geyermann@kfw.de |
| rina.ghez@novartis.com | rita.grewal@uk.fid-intl.com |
| rina.jha@fmr.com | rita.hsiao@email.chinatrust.com.tw |
| rina.r.conti@jpmchase.com | rita.j.hanson@jpmorgan.com |
| rina.yoo@bmo.com | rita.kelley@pharma.novartis.com |
| rinaldo.rusca@bsibank.com | rita.mcavoy@aberdeen-asset.com |
| rinaldo.tonsi@italtel.it | rita.ontko@nationalcity.com |
| rinesh.mehta@bankofamerica.com | rita.osea@aig.com |
| ringo.r.leo@aexp.com | rita.pointer@oberbank.at |
| ringo_lau@scotiacapiral.com | rita.taplatzidou@fandc.com |
| rinji.watanabe@schroders.com | rita.ukmt.mccarthy@jpmorgan.com |
| rino.cantele@centrumbank.li | rita@venetoireland.com |
| rino.miraglia@claridenleu.com | ritaleung@hsbc.com.hk |
| rio.tandaju@lodh.com | rita-marie.giudice@credit-suisse.com |
| riordan.p@mellon.com | ritesh.verma@ge.com |
| ripal.patel@inginvestment.com | ritikap@mcm.com |
| ripper.jennifer@pennmutual.com | ritirupa_samanta@ssga.com |
| rirani@alfransi.com.sa | ritt@oce.nl |
| risa_genjima@tr.mufg.jp | ritter@bessemer.com |
| risaueda@dl.dai-ichi-life.co.jp | ritterj@strsoh.org |
| risei.goto@truscocapital.com | ritu.bhargava@jpmorganfleming.com |
| rishi.bali@dillonread.com | ritu.dattani@bg-group.com |
| rishi.kakati@citi.com | riva@bloomberg.net |
| rishi.kansagra@bankofengland.co.uk | riveraj@wellscap.com |
| rishi.modi@hcmny.com | rivese@nuveen.com |
| rishi.sadarangani@alliancebernstein.com | rivierep@cpw.co.uk |
| rishi_chullani@invesco.com | rix@loomissayles.com |
| rishma.moennasing@nl.abnamro.com | riyadh.yousif@nbb.com.bh |
| rishul.shah@canadalife.co.uk | riyer@canyonpartners.com |
| risk.management@banchemarche.it | riyouta_inami@am.sumitomolife.co.jp |
| riskbotm@bloomberg.net | riyouzo.iknoshita@surugabank.co.jp |
| rissem@firstcharter.com | riyuu824@dl.dai-ichi-life.co.jp |
| risteardbrennan@angloirishbank.ie | riz.raja@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rizal@bcb.com.my | rjohnson@smithgraham.com |
| rizalsd@mas.com.my | rjohnson@tiaa-cref.org |
| rizmirlian@meag-ny.com | rjoller@pictet.com |
| rizwan.ahmad@rbccm.com | rjones@fandc.co.uk |
| rizwanul.huda@fhlbboston.com | rjones@invest.treas.state.mi.us |
| rizzi@mediolanum.it | rjones@tigerglobal.com |
| rizzoni@rentec.com | rjordan@hellmanjordan.com |
| rj.jones@nordstrom.com | rjosephs@ibtco.com |
| rjaamereno@bloomberg.net | rjostes@allstate.com |
| rjachim@desaricap.com | rjr@libertyview.com |
| rjack@britannicasset.com | rjr242@cornell.edu |
| rjackson@capfed.com | rjrpng@bloomberg.net |
| rjacobs@ftci.com | rjs@sitinvest.com |
| rjacoud@brusselsairlines.com | rjs1@ntrs.com |
| rjaeger@wgtrading.com | rjschreuder@anthos.nl |
| rjaffe@angelogordon.com | rjstapleton@shellus.com |
| rjain@standard.com | rjt@wmblair.com |
| rjakob@hcmlp.com | rjthurston@wellington.com |
| rjames@pictet.com | rjuan@bancamarch.es |
| rjameson@bloomberg.net | rjurado@mapfre.com |
| rjameson@tiaa-cref.org | rk275@cornell.edu |
| rjandrasits@bloomberg.net | rk43@ntrs.com |
| rjbarrett@wellington.com | rkalaau@perrycap.com |
| rjbukovac@williamblair.com | rkalra@bloomberg.net |
| rjdegirolamo@statestreet.com | rkamali@bloomberg.net |
| rjdriver@ybs.co.uk | rkampfe@utimco.org |
| rjempalmado@unionbankph.com | rkaneko@bloomberg.net |
| rjenkins@metlife.com | rkanovich@oppenheimerfunds.com |
| rjensen3@bloomberg.net | rkanzenbach@voyageur.net |
| rjfaro@wellington.com | rkapur@dlbabson.com |
| rjfilip@delinvest.com | rkarcher@jmsonline.com |
| rjfreniere@wellington.com | rkarlsson1@bloomberg.net |
| rjgatwar@nb.com | rkathuria@babsoncapital.com |
| rjh.eu@adia.ae | rkay@btmna.com |
| rjian@mail.notes.bank-of-china.com | rkay@us.mufg.jp |
| rjiang@wellington.com | rkazemi@bloomberg.net |
| rjkaye@wellington.com | rkeane@kbw.com |
| rjle@tao.sainsburys.co.uk | rkehoe@bankofny.com |
| rjm@dodgeandcox.com | rkeister@montag.com |
| rjmoro@wellington.com | rkekish@tsbjinc.com |
| rjmurphy@aegonusa.com | rkelly@edc.ca |
| rjn@gruss.com | rkelly@panagora.com |
| rjohnson@nacm.com | rkelly@rockfound.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rkemp@capgrowthmgt.com | rkrishnan@wellington.com |
| rkent@wilmingtontrust.com | rkubiak@standishmellon.com |
| rkeough@jhancock.com | rkumasaki@ambac.com |
| rkernaghan@fiatcorp.co.uk | rkurma@mfs.com |
| rkerr@alger.com | rkurtz@bear.com |
| rkerth@union-investment.de | rkushel@blackrock.com |
| rkhlopin@boh.com | rkusmierski@bloomberg.net |
| rkhoffman@wellington.com | rkusumastuti@bi.go.id |
| rkhounlivong@groupama-am.fr | rkuze@bloomberg.net |
| rkhoury@tiaa-cref.org | rkwee@tiaa-cref.org |
| rkilbride@ifsam.com | rl36@ntrs.com |
| rkinderman@ellington.com | rla@nbim.no |
| rking@blackrock.com | rlabbe@seven-cm.com |
| rking@dreyfus.com | rlabonte@opusinvestment.com |
| rking@warburgpincus.com | rlacoff@sterling-capital.com |
| rkirk@orixcm. com | rlaffey@ifsam.com |
| rkiuttu@myprovident.com | rlaiseca@grupobbva.com |
| rkjellman@bpbtc.com | rlalexander@wellington.com |
| rklein@bear.com | rlambert@bbandtcm.com |
| rkleinschroth@munichre.com | rlang@bankatlantic.com |
| rklemmer@jennison.com | rlang@lincap.co |
| rkli@kempen.nl | rlangston@bloomberg.net |
| rklingman@bankofny.com | rlangway@jhancock.com |
| rklm@capgroup.com | rlanphier@williamblair.com |
| rkloek@wolterskluwer.com | rlapara@entergy.com |
| rkmann@advisorscap.com | rlapointe@mfs.com |
| rknee@lincap.com | rlaragh@hbk.com |
| rkoenig@metlife.com | rlarner@ci.collins-stewart.com |
| rkoeste@frk.com | rlarsen@lordabbett.com |
| rkoh@bradfordmarzec.com | rlarson@voyageur.net |
| rkohn@arielinvestments.com | rlaskowski@oceanfirst.com |
| rkonrad@ryanbeck.com | rlatour@caxton.com |
| rkoop@bloomberg.net | rlau@mfs.com |
| rkoretz@corusbank.com | rlbaker@oppenheimerfunds.com |
| rkostal@oechsle-de.com | rlbesse@household.com |
| rkostraba@websterbank.com | rlbyrne@leggmason.com |
| rkouliev@westernasset.com | rlderesiewicz@wellington.com |
| rkouwenberg@aegon.nl | rle@canyonpartners.com |
| rkowalchik@combk.com | rleavitt@americanfundadvisors.com |
| rkowit@federatedinv.com | rlederman@rockco.com |
| rkramer@chicagoequity.com | rledis@westernasset.com |
| rkramm@ers.state.tx.us | rlee@farcap.com |
| rkrause@josephthal.com | rlee@lordabbett.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rlee@mfs.com | rloewy@bank-of-china.com |
| rlee@millertabak.com | rlofgren@capitaladv.com |
| rlee@uk.tr.mufg.jp | rlong@fandc.co.uk |
| rlee@us.nomura.com | rlonic@unumprovident.com |
| rlee@vcallc.com | rlopes@servibanca.pt |
| rleeman@eatonvance.com | rlowe@bloomberg.net |
| rleeman@evergreeninvestments.com | rlsimmons@trigon.com |
| rlefevre@loomissayles.com | rlucchesini@calstrs.com |
| rleheny@caxtonadvantage.com | rlucy@tiaa-cref.org |
| rlehnher@allstate.com | rlundelius@westernasset.com |
| rlei@kempen.nl | rlw12@dcx.com |
| rleist@metlife.com | rlwilson@bbandt.com |
| rleitzes@loomissayles.com | rlyons@dlbabson.com |
| rlennox@caxton.com | rm@meisenbachcapital.com |
| rleon@am-gruppe.de | rma@atalantasosnoff.com |
| rleonard3@bloomberg.net | rma6109@red.cam.es |
| rleongar@cajamadrid.es | rmacdonald@mandtbank.com |
| rlescure@groupama-am.fr | rmacia@grupobbva.com |
| rlestyk@ncmcapital.com | rmackay@loomissayles.com |
| rleu@ibtco.com | rmackenson@nb.com |
| rlevans@wellington.com | rmacphee@westernasset.com |
| rleveque@oppenheimerfunds.com | rmaglin@federatedinv.com |
| rlevine@nb.com | rmagome@mtbcny.com |
| rlevine@us.nomura.com | rmaher@woodman.com |
| rlewis@ag-am.com | rmahjoory@deerfieldcapital.com |
| rlf@caqpgroup.com | rmahmud@bloomberg.net |
| rlfreund@ibtco.com | rmahtre@wpgvp.com |
| rli@tiaa-cref.org | rmalikyar@worldbank.org |
| rlicorish@worldbank.org | rmalone@fideuramireland.ie |
| rlimage@osc.state.ny.us | rmanfredi@credem.it |
| rlin@investcorp.com | rmangels@wellscap.com |
| rlin@oppenheimerfunds.com | rmanix@us.ca-indosuez.com |
| rlindberg@bloomberg.net | rmann@aegonusa.com |
| rlinden@hcmlp.com | rmann@bbandt.com |
| rlink@meag.com | rmanning@mfs.com |
| rlitchfield@allmerica.com | rmarash@firstmanhattan.com |
| rlittle@dlbabson.com | rmare@bcra.gov.ar |
| rlittle@senecacapital.com | rmarks@caxton.com |
| rlivermore@mfs.com | rmarrone@evergreeninvestments.com |
| rlkropp@delinvest.com | rmarsh@nb.com |
| rllewellin@bloomberg.net | rmarsh@tudor.com |
| rlochoff@teleos.com | rmarsjanik@wellington.com |
| rlockerman@unumprovident.com | rmartin@allstate.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rmartine@cajamadrid.es | rmcwatters@jhancock.com |
| rmartineza@cam.es | rmd.tr@adia.ae |
| rmartins@cajamadrid.es | rme@ubp.ch |
| rmartosl@bancopastor.es | rmeckler@cprus.com |
| rmarvin@roxcap.com | rmeckler@libertyview.com |
| rmass@westernasset.com | rmedina@standishmellon.com |
| rmassenberg@acml.com | rmedinaa@banxico.org.mx |
| rmasterson@gemcapitalmgmt.com | rmediobanca@bloomberg.net |
| rmasucci@btmna.com | rmeeker@bear.com |
| rmattessich@bankofny.com | rmeijer@optiver.com |
| rmatthes@metzler.com | rmeirschen@mmwarburg.com |
| rmatthews@oppenheimerfunds.com | rmelcher@aegonusa.com |
| rmatuschka@meag.com | rmendel@allstate.com |
| rmaue@investmentcounselors.com | rmeo@lehman.com |
| rmaura@bloomberg.net | rmeraviglia@vrgestioni.it |
| rmcallister@britannicasset.com | rmessina@westernasset.com |
| rmcallister@mfs.com | rmestaz@allegiancecapital.com |
| rmcarthy@calfed.com | rmeyer@aegonusa.com |
| rmcashan@frostbank.com | rmeyer@nb.com |
| rmccall@templeton.com | rmeyer@pax.ch |
| rmccarter@tiaa-cref.org | rmeyer@seic.com |
| rmccrillis@itsmarta.com | rmfrey@rmf.ch |
| rmccullough@mailbox.lacity.org | rmiddlehurst@ufji.com |
| rmceldowney@brv-llc.com | rmignemi@bankofny.com |
| rmcelhinney@loomissayles.com | rmiki@dl.dai-ichi-life.co.jp |
| rmcgill@bpop.com | rmillard@scotiacapital.com |
| rmcgrail@loomissayles.com | rmiller@amfin.com |
| rmcgreevey@ustrust.com | rmiller@bankofcanada.ca |
| rmcguf@state.wy.us | rmiller@ifm.net.au |
| rmchargue@first-online.com | rmiller@serviceasset.com |
| rmchugh@jhancock.com | rmills@samllc.com |
| rmchugh@us.nomura.com | rmirco@bloomberg.net |
| rmcilrat@travelers.com | rmiriam@tudor.com |
| rmcinnes@mortgagenetwork.com | rmiron@blackrock.com |
| rmcintosh@caxton.com | rmisko@oppenheimerfunds.com |
| rmckeever@dlbabson.com | rmk59@cornell.edu |
| rmclaughlin@evergreeninvestments.com | rml@gries.com |
| rmclaughlin@tiaa-cref.com | rmlukassen@aegon.nl |
| rmclawrence@bankofny.com | rmodafferi@bancafideuram.it |
| rmcnab@martincurrie.com | rmolisso@metlife.com |
| rmcnavish@1838.com | rmollen@utimco.org |
| rmcwalters@bankofny.com | rmollett@blackrock.com |
| rmcwalters@jhancock.com | rmolloy@lifescap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rmontano@hotmail.com
rmonte@mapfre.com
rmoogan@lasallebonds.com
rmoolenaar@spfbeheer.nl
rmoone@ciceuro.com
rmooney@mdsass.com
rmorales@invercaixa.es
rmorenom@bankinter.es
rmorgan@blackrock.com
rmorgan@metlife.com
rmorillo@rockco.com
rmorino@caxton.com
rmorley@mfs.com
rmorris@lordabbett.com
rmorris@williamblair.com
rmorrison@dlbabson.com
rmorton@opers.org
rmoser@maninvestments.com
rmoukarim@dohabank.com.qa
rmowbray@fiatcorp.co.uk
rmowrer@blackrock.com
rmr@bloomerg.net
rmsparling@dow.com
rmueller@caxton.com
rmui@boh.com
rmulder@wolterskluwer.com
rmulford@tiaa-cref.org
rmullens@aflac.com
rmuller@insinger.com
rmuller@reatech.net
rmulligan@bankofny.com
rmunger@baupost.com
rmunro@essexinvest.com
rmurphy@ssrm.com
rmustard@scotiacapital.com
rmvaheesan@leggmason.com
rmwest@state.nm.us
rmwitkoff@chubb.com
rmyers@canyonpartners.com
rmzdunczyk@wellington.com
rn@atalantasosnoff.com
rn02472@bloomberg.net
rnackenson@nb.com

rnarayana@rockco.com
rnash@swst.com
rnastou@jhancock.com
rnatale@bear.com
rneath@metlife.com
rnegi@bloomberg.net
rnelson@bankofny.com
rnew@hanifen.com
rnewkirk@fhlbdm.com
rnewsome@blackrock.com
rnh.eu@adia.ae
rnh@capgroup.com
rnichols@strsoh.org
rnielsen@tiaa-cref.org
rnightingale@waddell.com
rnightingale@westernasset.co.uk
rnimmo@martincurrie.com
rnirenberg@metlife.com
rnishi@boj.co.uk
rnixon@barrowhanley.com
rniyazov@nylim.com
rnl@capgroup.com
rnl1@ntrs.com
rno@nbim.no
rnoe@imrf.org
rnoel@bloomberg.net
rnoreika@firststate.co.uk
rnoskiewicz@exchange.ml.com
rns@ntrs.com
rnuciforo@rockco.com
rnuttall@aamcompany.com
rnye@bakernye.com
roald.borre@puilaetco.be
rob.anderson@iim-ar.com
rob.baretto@ubsw.com
rob.bechard@barclaysglobal.com
rob.bernstein@greenpoint.com
rob.broggi@tudor.com
rob.buckmaster@barclaysglobal.com
rob.clement@unilver.com
rob.corley@pimco.com
rob.crimes@ppm-uk.com
rob.cue@wellsfargo.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rob.denecker@db.com | rob.shafir@csam.com |
| rob.donath@citadelgroup.com | rob.spil@kasbank.com |
| rob.drijkoningen@ingim.com | rob.stanley@uk.nomura.com |
| rob.fezekas@dfafunds.com | rob.stewart@csam.com |
| rob.galusza@fmr.com | rob.taylor@db.com |
| rob.giles@gartmore.com | rob.thompson@threadneedle.co.uk |
| rob.goyens@fortisbank.com | rob.tilton@americo.com |
| rob.gulden@barclaysglobal.com | rob.timmons@citadelgroup.com |
| rob.guttschow@nuveen.com | rob.turner@inginvestment.com |
| rob.habets@fbs.nl | rob.turner@ubs.com |
| rob.hadley@ge.com | rob.van.de.wijngaert@nl.abnamro.com |
| rob.hess@fmr.com | rob.vandenassem@aig.com |
| rob.hill@do.treas.gov | rob.vanoostveen@fortisinvestments.com |
| rob.holland@tcw.com | rob.w@gordian.co.uk |
| rob.hom@fac.com | rob.wahl@gcm.com |
| rob.horlings@akzonobel.com | rob.walker@hsbc.com |
| rob.ipsen@allstate.com | rob.walsh@fmr.com |
| rob.johnston@bmo.com | rob.white@bmo.com |
| rob.jones@threadneedle.co.uk | rob.wood@bankofengland.co.uk |
| rob.krasko@bwater.com | rob@shenkmancapital.com |
| rob.l.mclean@lowes.com | rob@ubp.ch |
| rob.lay@flemings.com | rob_bartolo@troweprice.com |
| rob.libbrecht@morleyfm.com | rob_bloemker@putnam.com |
| rob.long@threadneedle.co.uk | rob_bonds@colonialbank.com |
| rob.maloof@morganstanley.com | rob_bove@americancentury.com |
| rob.marshall@eagleasset.com | rob_daley@putnam.com |
| rob.mason@friendsis.com | rob_grady@calpers.ca.gov |
| rob.moore@wamu.net | rob_paskulin@scotiacapital.com |
| rob.moores@ge.com | rob_pohly@tigerfund.co |
| rob.nagra@db.com | rob_rubano@ssga.com |
| rob.nunn@ubs.com | rob_siewert@glenmede.com |
| rob.orahilly@chase.com | rob_smith@ntrs.com |
| rob.petrie@fmr.com | rob_wilson@americancentury.com |
| rob.polak@citadelgroup.com | rob_young@ml.com |
| rob.pomphrett@rbccm.com | robaranc@nb.com |
| rob.pyne@gs.com | robb.dean@dcccd.edu |
| rob.radelaar@ingim.com | robb.phillips@advantuscapital.com |
| rob.reid@abbey.com | robb.phillips@thrivent.com |
| rob.reiner@db.com | robb.staszewski@bankofamerica.com |
| rob.rigg@columbiamanagement.com | robbasinger@fdic.gov |
| rob.rivest@bankofamerica.com | robbert.staal@ingim.com |
| rob.roquitte@allegiantgroup.com | robbert.van.den.elshout@mn-services.nl |
| rob.schreur@philips.com | robbert.vanheekeren@organon.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| robbid@bloomberg.net | robert.blaikie@bailliegifford.com |
| robbie.holler@wachovia.com | robert.blauvelt@lmginv.com |
| robbie.klein@inginvestment.com | robert.blumensaat@unicreditgroup.at |
| robbie.luyckx@ingim.com | robert.boardman@gs.com |
| robbins@bloomberg.net | robert.boelstler@dkib.com |
| robbishop@bloomberg.net | robert.boublil@clf-dexia.com |
| robert.a.callaghan@jpmchase.com | robert.boucher@inginvestment.com |
| robert.a.king@hsbc.com | robert.bouhl@pncbank.com |
| robert.abad@westernasset.com | robert.boukhoufane@gartmore.com |
| robert.absey@alliancebernstein.com | robert.bourke@westlb.co.uk |
| robert.acheritogaray@schwab.com | robert.bowers@db.com |
| robert.adriaanse@usa.dupont.com | robert.bowie@credit-suisse.com |
| robert.akester@mondrian.com | robert.bowman@jpmorgan.com |
| robert.alster@alliancebernstein.com | robert.boyd@drkw.com |
| robert.amodeo@westernasset.com | robert.bradbury@barclayscapital.com |
| robert.apter@ubs.com | robert.brady@bnymellon.com |
| robert.ardente@alliancebernstein.com | robert.brennan@shinseibank.com |
| robert.armstrong@agf.com | robert.bricout@investecmail.com |
| robert.arnold@avmltd.com | robert.brinker@columbiamanagement.com |
| robert.arroyo@lazard.com | robert.broadwell@barclaysglobal.com |
| robert.ashton@alliancebernstein.com | robert.brody@fmr.com |
| robert.b.miller@chase.com | robert.brogan@bnpparibas.com |
| robert.bakanauskas@bbh.com | robert.broomhead@glgpartners.com |
| robert.balan@sl-am.com | robert.broseman@ppmamerica.com |
| robert.ball@moorecap.com | robert.brown@wachovia.com |
| robert.ball@ssmb.com | robert.browne@prudential.com |
| robert.baltzer@bailliegifford.com | robert.brownlee@gm.com |
| robert.barnard-smith@lgim.co.uk | robert.bruckner@ba-ca.com |
| robert.barrett@ppm-uk.com | robert.brzoza@morleyfm.com |
| robert.barrett@usbank.com | robert.bucher@jamisonfirst.com |
| robert.barrios@lamrc.com | robert.burgess@hsbcib.com |
| robert.batt@wamu.net | robert.burns@blackrock.com |
| robert.baumann@akb.ch | robert.burns@fmr.com |
| robert.baumann@rothschild-bank.ch | robert.burns@rbccm.com |
| robert.bayer@prudential.com | robert.buzdon@thehartford.com |
| robert.beam@wmich.edu | robert.byrnes@fmr.com |
| robert.beechey@kodak.com | robert.c.amenta@jpmorgan.com |
| robert.beggs@swib.state.wi.us | robert.c.colwell@jpmorgan.com |
| robert.benayoun@clf-dexia.com | robert.c.j.meijer@si.shell.com |
| robert.bender@evergreeninvestments.com | robert.c.melillo@citigroup.com |
| robert.bergson@notes.ntrs.com | robert.capaldi@blackrock.com |
| robert.beyer@tcw.com | robert.carbone@fortisinvestments.com |
| robert.bijl@klm.com | robert.carpenter@dillonread.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

robert.cazes@bnpparibas.com
robert.cecchi@aegon.co.uk
robert.celsing@skandia.se
robert.centrella@mackayshields.com
robert.chambers@inginvestment.com
robert.chan@fmr.com
robert.chardon@lodh.com
robert.charpentier@foreningssparbanken.se
robert.child@ubs.com
robert.chuck@wellscap.com
robert.churchlow@lgim.co.uk
robert.cobb@blackrock.com
robert.cook@4086.com
robert.corbally@skandia.com
robert.corman@soros.com
robert.corner@truscocapital.com
robert.cosgrove@barclaysglobal.com
robert.costello@dkib.com
robert.costello@rbsgc.com
robert.cox@citicorp.com
robert.cozzone@rocklandtrust.com
robert.crewe@fandc.com
robert.cronan@credit-suisse.com
robert.crowl@nationalcity.com
robert.crusha@thehartford.com
robert.cummisford@micorp.com
robert.d.blake@aibbny.ie
robert.d.mcdonnell@aibbny.ie
robert.d.mclaughlin@bankofamerica.com
robert.d.reeves@bankofamerica.com
robert.d.roy@jpmchase.com
robert.daly@blackrock.com
robert.dawson@uboc.com
robert.decker@harrisbank.com
robert.degennaro@blackrock.com
robert.deguigne@axa-im.com
robert.dekle@ny.frb.org
robert.delgrande@ubs.com
robert.demohn@trinkaus.de
robert.deustachio@us.mizuho-sc.com
robert.dickerson@alliancebernstein.com
robert.diedrich@advantuscapital.com
robert.digangi@bmo.com

robert.doherty@citadelgroup.com
robert.donahue@fmr.com
robert.donald@glgpartners.com
robert.doyle@rbccm.com
robert.drobinski@thrivent.com
robert.dufour@us.abb.com
robert.dunlap@bbh.com
robert.durante@ubs.com
robert.e.matty@jpmorganfleming.com
robert.e.stilwell@bankofamerica.com
robert.edelson@columbiamanagement.com
robert.edmond@morganstanley.com
robert.ehrbar@sgcib.com
robert.ekerlin@lansforsakringar.se
robert.emes@aig.com
robert.eng@mackayshields.com
robert.ensinger@spaengler.at
robert.erni@kuehne-nagel.com
robert.ewers@bms.com
robert.ewers@ubs.com
robert.eyre@usbank.com
robert.f.cunningham@us.hsbc.com
robert.f.wiedemeier@db.com
robert.failla@lazard.com
robert.farley@americas.bnpparibas.com
robert.fassbender@kfw.de
robert.fauntleroy@ncfcorp.com
robert.feinman@smithbarney.com
robert.felvinci@alliancebernstein.com
robert.fish@dzbank.de
robert.fish@fmb.com
robert.fishbach@barclaysglobal.com
robert.fisher@barclaysglobal.com
robert.fitzpatrick@ubs.com
robert.fitzsimons@arabbanking.com
robert.flieger@hvb.de
robert.folino@asbai.com
robert.forrest@swipartnership.co.uk
robert.franklin@prudential.com
robert.frascona@prudential.com
robert.freund@highbridge.com
robert.frost@allianzcapitalpartners.com
robert.fruechtl@hauck-aufhaeuser.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

robert.fullerton@bailliegifford.com
robert.furutani@wamu.net
robert.g.smith@wellsfargo.com
robert.gall@insightinvestment.com
robert.gallagher@mizuhocbus.com
robert.galuba@hsbcpb.com
robert.gambi@ubs.com
robert.gates@shinseibank.com
robert.gauvain@pioneerinvest.com
robert.gervis@fmr.com
robert.ginis@barclaysglobal.com
robert.ginsberg@alliancebernstein.com
robert.gish@state.nm.us
robert.glaeser@db.com
robert.glenn@morgankeegan.com
robert.gold@gs.com
robert.goldsmith@morleyfm.com
robert.gonci@nationalcity.com
robert.gonzales@vontobel.ch
robert.graham@aiminvestments.com
robert.grassinger@wuertt-hyp.de
robert.gray@akzonobel.com
robert.greenawalt@gmacrfc.nl
robert.grey@ubs.com
robert.gromadski@prudential.com
robert.gromadzki@morganstanley.com
robert.grund@bayern-invest.de
robert.guelich@bwater.com
robert.gulden@lodh.com
robert.guzman@aberdeen-asset.com
robert.h.trudeau@fhlb-pgh.com
robert.haim@jpmorgan.com
robert.hale@columbiamanagement.com
robert.hanisee@tcw.com
robert.harder@cnb.com
robert.hardmeier@claridenleu.com
robert.harless@huntington.com
robert.harradine@morganstanley.com
robert.harris@gartmore.com
robert.harris@rabobank.com
robert.hart@sscims.com
robert.hauber@telekom.de
robert.hauser@zkb.ch

robert.hawcroft@hsbc.com
robert.heaney@fmr.com
robert.hellstrand@ubs.com
robert.hesselbo@tres.bnc.ca
robert.hinchliffe@aig.com
robert.hinterberger@rlb-noe.raiffeisen.at
robert.hodson@conagrafoods.com
robert.hofmann@allianzgi.de
robert.hoke@effem.com
robert.holmes@ubs.com
robert.hook@hsbcam.com
robert.hordon@asbai.com
robert.hordon@asbinc.com
robert.howard@gs.com
robert.howard@lmginv.com
robert.howarth@mhcb.co.uk
robert.huisman@mn-services.nl
robert.hunkeler@ipaper.com
robert.hyken@eagleasset.com
robert.ingersoll@moorecap.com
robert.isaacs@nationalcity.com
robert.iverson@blackrock.com
robert.j.eschweiler@chase.com
robert.j.gould@jpmorgan.com
robert.j.martin@bnymellon.com
robert.j.maunsell@aib.ie
robert.j.minyard@exxonmobil.com
robert.j.morena@jpmorgan.com
robert.j.obrien@citigroup.com
robert.j.williams@suntrust.com
robert.james@insightinvestment.com
robert.janis@csam.com
robert.jasminski@ge.com
robert.johansson@seb.se
robert.johnson@lazard.com
robert.jonke@moorecap.com
robert.joseph@oppenheim.at
robert.jost@morganstanley.com
robert.jurkowski@aon.co.uk
robert.kalin@dws.de
robert.kamp@postbank.de
robert.kaniuk@ubs.com
robert.kapito@blackrock.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

robert.kaplan@bmo.com
robert.karas@alinpa.com
robert.kelly@ge.com
robert.kemp@morganstanley.com
robert.kendrick@jpmorgan.com
robert.kern@wamu.net
robert.kim@soros.com
robert.king@pw.utc.com
robert.kinsey@inginvestment.com
robert.klap@shell.com
robert.kliesspiess@rzb.at
robert.kocur@usbank.com
robert.krassnig@bks.at
robert.kruisland@ingim.com
robert.kuchler@gmacm.com
robert.kuo@fmr.com
robert.kyprianou@axa-im.com
robert.l.battel@ssmb.com
robert.l.cook@jpmorgan.com
robert.l.meyer@morganstanley.com
robert.l.peters@morganstanley.com
robert.l.titus@wamu.net
robert.lam@ubs.com
robert.lambert@ibtco.com
robert.lamentino@us.socgen.com
robert.landry@usaa.com
robert.laverty@db.com
robert.lawrence@fmr.com
robert.lee@aiminvestments.com
robert.lee@fmr.com
robert.lee@pimco.com
robert.lefkowitz@db.com
robert.leo@sscims.com
robert.leopold@helaba-invest.de
robert.lerwill@plc.cwplc.com
robert.lichtenstein@morganstanley.com
robert.lightfoot@fiamm.com
robert.lin@ppmamerica.com
robert.lisi@bnlmail.com
robert.liu@jpmorgan.com
robert.lloyd@aiminvestments.com
robert.lopez@db.com
robert.lovisek@jpmorgan.com

robert.lowenthal@opco.com
robert.lucenti@bankofamerica.com
robert.lynch@sgcib.com
robert.lynn@suntrust.com
robert.m.corbett@columbiamanagement.com
robert.m.gallagher@aib.ie
robert.m.mcgrath@bnymellon.com
robert.m.reardon.azk7@statefarm.com
robert.m.sellers@db.com
robert.macarthur@blackrock.com
robert.macdougall@corporate.ge.com
robert.macgillivray@ibtco.com
robert.madsen@nordea.com
robert.mandeville@fmr.com
robert.manfreda@ge.com
robert.mann@abnamro.com
robert.marcus@alliancebernstein.com
robert.martorana@pnc.com
robert.martorelli@blackrock.com
robert.matayev@bbh.com
robert.mayr@ge.com
robert.mazzarella@fmr.com
robert.mccarthy@ubs.com
robert.mccollum@db.com
robert.mcconnaughey@columbiamanagement.com
robert.mccorkle@genworth.com
robert.mccormack@bnymellon.com
robert.mccormack@postbank.de
robert.mcdonald@aig.com
robert.mcdougall@fafadvisors.com
robert.mcevoy@gs.com
robert.mchenry@thehartford.com
robert.mchugh@americas.bnpparibas.com
robert.mcintyre@fmr.com
robert.mcintyre@moorecap.com
robert.mckeen@harrisbank.com
robert.mclaughlin@db.com
robert.mcmahon@ge.com
robert.mcmurray@prudential.com
robert.mcwilliam@asda.co.uk
robert.mead@de.pimco.com
robert.mellows@norwich-union.co.uk
robert.melvin@pnc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

robert.melvin@wgzbank.ie
robert.merenick@fhlb-pgh.com
robert.mersky@peregrinecapital.com
robert.meyers@ers.state.tx.us
robert.miles@wamu.net
robert.miller@bankofamerica.com
robert.miller@huntington.com
robert.milton@lbbwuk.com
robert.minde@frankfurt-trust.de
robert.minicus@fmr.com
robert.minter@aberdeen-asset.com
robert.mitchelson@csam.com
robert.moore@glgpartners.com
robert.moran@fmr.com
robert.morello@aig.com
robert.moreth@credit-suisse.com
robert.mori@dresdner-bank.ch
robert.moro@rbsgc.com
robert.morris@hsbchalbis.com
robert.mpuku@bwater.com
robert.munch@mizuhocbus.com
robert.murgenovich@pncbank.com
robert.murphy@gartmore.com
robert.murphy@jpmorganfleming.com
robert.musner@oberbank.at
robert.naess@nordea.com
robert.nalbach@juliusbaer.com
robert.napoli@abnamro.com
robert.neeson@resolutionasset.com
robert.new@fafadvisors.com
robert.nicander@morganstanley.com
robert.nigro@bmo.com
robert.nisi@mackayshields.com
robert.niu@ap.ing.com
robert.noble@pioneerinvest.ie
robert.noveski@drkw.com
robert.o.weller@jpmorgan.com
robert.obolewicz@ge.com
robert.oh@db.com
robert.olive@fmr.com
robert.oneil@libertymutual.com
robert.orca@sscims.com
robert.ott@tudor.com

robert.paiano@thehartford.com
robert.pari@usa.dupont.com
robert.pariseau@usaa.com
robert.park@tcw.com
robert.parkinson@suntrust.com
robert.parrella@pncbank.com
robert.parsons@himco.com
robert.parsons@morleyfm.com
robert.partlow@suntrust.com
robert.peel@jpmorganfleming.com
robert.pelligrini@jpmorgan.com
robert.penaloza@aberdeen-asset.com
robert.peterson@shenlife.com
robert.petruschan@erstebank.at
robert.phillips@advantuscapital.com
robert.pierce@lloydstsb.co.uk
robert.pleska@fmglobal.com
robert.polachek@citadelgroup.com
robert.pontbriand@inginvestment.com
robert.potts@huntington.com
robert.presser@inginvestment.com
robert.purves@glgpartners.com
robert.radich@us.hsbc.com
robert.railz@lodh.com
robert.rausch@ubs.com
robert.reffkin@lazard.com
robert.reilly@pjc.com
robert.reinwald@oenb.at
robert.reiser@abbott.com
robert.reynolds@fmr.com
robert.ritchie@gartmore.com
robert.roberts@ubs.com
robert.robin@ge.com
robert.robson@gerrard.com
robert.rohm@pncbank.com
robert.rokhsar@inginvestment.com
robert.roman@clinton.com
robert.rossetti@morganstanley.com
robert.rowland@lazard.com
robert.rubin@db.com
robert.rudolph@ppmamerica.com
robert.runge@alecta.com
robert.rupp@bnymellon.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

robert.ruttmann@credit-suisse.com

robert.ryan@fortisinvestments.com

robert.ryan@sgcib.com

robert.ryan@us.standardchartered.com

robert.ryman@bernstein.com

robert.s.janis@db.com

robert.s.kovach@fhlb-pgh.com

robert.s.lim@jpmchase.com

robert.sabatino@ubs.com

robert.sahlfeld@pncbank.com

robert.salzman@aamcompany.com

robert.scalzo@moorecap.com

robert.scharfe@bgl.lu

robert.scheurer@prudential.com

robert.schildhouse@ge.com

robert.schmid@ppmamerica.com

robert.schneider@fortis.lu

robert.schoenleber@bayer.com

robert.schoetz@blb.de

robert.schonbrunn@inginvestment.com

robert.schopen@db.com

robert.schub@fmr.com

robert.schurer@harrisbank.com

robert.schwartz@citadelgroup.com

robert.scillwell@bankofamerica.com

robert.scott@bis.org

robert.sekula@zkb.ch

robert.semple@db.com

robert.senz@rcm.at

robert.sepich@secumd.com

robert.sergent@db.com

robert.severance@swib.state.wi.us

robert.shackleton@barclaysglobal.com

robert.shapiro@morganstanley.com

robert.shelton@aiminvestments.com

robert.shi@commerzbank.com

robert.shimell@barclaysglobal.com

robert.shoss@aiminvestments.com

robert.shumaker@gm.com

robert.siddles@fandc.co.uk

robert.siefers@nationalcity.com

robert.simmons@citigroup.com

robert.simone@prudential.com

robert.simpson@insightinvestments.com

robert.sl.chen@jpmorganfleming.com

robert.slorach@brummer.se

robert.smallegange@ingim.com

robert.smith@nbad.ae

robert.soros@soros.com

robert.spano@prudential.com

robert.spitz@ibtco.com

robert.stansky@fmr.com

robert.stauffer@pncbank.com

robert.steiner@fhlb-pgh.com

robert.stenram@foreingssparbanken.se

robert.stephan.cmy5@statefarm.com

robert.stephenson@columbiamanagement.com

robert.stirling@threadneedle.co.uk

robert.strijbos@philips.com

robert.stryker@morganstanley.com

robert.sullivan@csam.com

robert.swanson@fmr.com

robert.swartz@pnc.com

robert.sweeney@sunlife.com

robert.swift@morganstanley.com

robert.szyszko@glgpartners.com

robert.t.gannon@jpmorgan.com

robert.takacs@ubs.com

robert.talbut@rlam.co.uk

robert.taplett@sgcib.com

robert.taschman@kodak.com

robert.taskey@nationalcity.com

robert.teller@wachovia.com

robert.thomas@credit-suisse.com

robert.thomas@csam.com

robert.thompson@advantuscapital.com

robert.thompson@inginvestment.com

robert.thurlow@mhcb.co.uk

robert.tijerina@cpa.state.tx.us

robert.timmers@lu.abnamro.com

robert.tinari@sgcib.com

robert.tipp@prudential.com

robert.tombolini@credit-suisse.com

robert.torretti@aig.com

robert.tramonti@axa-im.com

robert.trynes@rabobank.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| robert.turnquest@morganstanley.com | robert.zimmermann@juliusbaer.com |
| robert.uk.chapman@uk.fid-intl.com | robert.zutty@firstunion.com |
| robert.urban@usaa.com | robert@idontknow.com |
| robert.urie@pioneerinvestments.com | robert@wasatchadvisors.com |
| robert.v.saia@fmr.com | robert_a_herlund@fanniemae.com |
| robert.valoroso@citi.com | robert_anzalone@westlb.com |
| robert.van.der.ven@ingim.com | robert_aufenanger@ustrust.com |
| robert.vargas@prudential.com | robert_barnum@conning.com |
| robert.vc.hubbard@jpmorgan.com | robert_bayer@invesco.com |
| robert.velins@fgic.com | robert_benthemdegrave@piadvisors.net |
| robert.venezia@db.com | robert_bigelow@uboc.com |
| robert.veno@sunlife.com | robert_bodenlos@bankone.com |
| robert.vergara@lionhart.nct | robert_boese@freddiemac.com |
| robert.volk@union-investment.de | robert_booker@calpers.ca.gov |
| robert.w.jacob@jpmorgan.com | robert_breyer@jwhmail.com |
| robert.waas@prudential.com | robert_buckwalter@vanguard.com |
| robert.wachtel@dws.de | robert_burns@freddiemac.com |
| robert.wagner@conagrafoods.com | robert_c_chen@amat.com |
| robert.wagner@lrp.de | robert_c_megan@fleet.com |
| robert.wagner@robur.se | robert_canepa-anson@newton.co.uk |
| robert.walker@abnamro.com | robert_carroll@freddiemac.com |
| robert.wallin@calyon.com | robert_chappelear@fleet.com |
| robert.walsh@axacs.com | robert_chen@hp.com |
| robert.warth@pncbank.com | robert_chiuch@cibcmellon.com |
| robert.wasserhess@db.com | robert_collier@ml.com |
| robert.waugh@swip.com | robert_coughlin@ml.com |
| robert.wazevich@ftnmidwest.com | robert_daley@putnam.com |
| robert.webb.nocl@statefarm.com | robert_davis@putnam.com |
| robert.weber@umb.com | robert_degenero@ml.com |
| robert.weible@jpmorgan.com | robert_dempsey@ssga.com |
| robert.weijdenter@fortis.com | robert_devaney@ssga.com |
| robert.weintraub@db.com | robert_dial@nylim.com |
| robert.weissenstein@jpmorgan.com | robert_diforio@westlb.com |
| robert.wenk@claridenleu.com | robert_dollery@westlb.co.uk |
| robert.wessel@nbfinancial.com | robert_dowman@prusec.com |
| robert.wheeler@boh.com | robert_f._auwaerter@vanguard.com |
| robert.white@barcap.com | robert_f_manning@bankone.com |
| robert.wildeman@citadelgroup.com | robert_f_wagner@fanniemae.com |
| robert.willemsen@nl.abnamro.com | robert_fairbairn@blackrock.com |
| robert.wilson@inginvestment.com | robert_farrell@countrywide.com |
| robert.wright2@ge.com | robert_felvinci@acml.com |
| robert.wyss@graffenried-bank.ch | robert_feng@acml.com |
| robert.young@chl.org.uk | robert_ferguson@nylim.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| robert_fishman@freddiemac.com | robert_peterson@ml.com |
| robert_friess@amat.com | robert_philipp@freddiemac.com |
| robert_gamboa@nacm.com | robert_pickett@ssga.com |
| robert_ginsberg@putnam.com | robert_pitti@ustrust.com |
| robert_grillo@black-river.com | robert_r_maneri@victoryconnect.com |
| robert_grimm@em.fcnbd.com | robert_revel-chion@troweprice.com |
| robert_grogg@prusec.com | robert_reynolds@putnam.com |
| robert_haynes@acml.com | robert_ricciarelli@ssga.com |
| robert_heisterberg@acml.com | robert_rudnick@ustrust.com |
| robert_higgins@putnam.com | robert_salvin@putnam.com |
| robert_israel@victoryconnect.com | robert_schick@acml.com |
| robert_ives@fanniemae.com | robert_schifner@campbellsoup.com |
| robert_j_strnad@victoryconnect.com | robert_schoen@putnam.com |
| robert_jackson@ssga.com | robert_schoen_at_ccpoienov1@putnam.com |
| robert_jandreau@conning.com | robert_shelton@newton.co.uk |
| robert_johnigan@aon.com | robert_simmons@glic.com |
| robert_johnson@rhco.com | robert_sonneborn@sachsenlb.ie |
| robert_jordan@hvbamericas.com | robert_stein@westlb.co.uk |
| robert_joseph@acml.com | robert_stewart@newton .co.uk |
| robert_judge@natcity.com | robert_t_lippert@ml.com |
| robert_kania@ssga.com | robert_t_phillips@ml.com |
| robert_kase@agc.com | robert_tulipani@putnam.com |
| robert_king@scudder.com | robert_uek@ssga.com |
| robert_korlesky@ml.com | robert_underwood@merck.com |
| robert_l_haworth@bankone.com | robert_volpi@freddiemac.com |
| robert_larkins@troweprice.com | robert_weeks@notes.ntrs.com |
| robert_lee@keybank.com | robert_wieser@westlb.com |
| robert_lowder@colonialbank.com | robert_willsdon@blackrock.com |
| robert_lutzko@mfcinvestments.com | robert_young@nylim.com |
| robert_macdonald@putnam.com | roberta.bastianon@meliorbanca.it |
| robert_mahan@putnam.com | roberta.cortesi@am.generali.com |
| robert_marshall-lee@newton.co.uk | roberta.evangelist@ersel.it |
| robert_mcgee@ustrust.com | roberta.faccio@db.com |
| robert_mckeon@hvbamericas.com | roberta.farina@interbanca.it |
| robert_mckillop@standardlife.com | roberta.marconcini@arcafondi.it |
| robert_mcwilliam@troweprice.com | robert-a.murray@ubs.com |
| robert_meyer@ustrust.com | roberta.piani@uk.fid-intl.com |
| robert_mills@conning.com | roberta.romaldi@dexia-crediop.it |
| robert_owens@farmermac.com | roberta.tucker@aiminvestments.com |
| robert_padgett@freddiemac.com | roberta.tucker@compassbank.com |
| robert_paine@putnam.com | robertaf@iadb.org |
| robert_panariello@troweprice.com | robertca@msh.co.il |
| robert_perez@calpers.ca.gov | roberte@mcm.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

roberteckerstrom@gic.com.sg
robertfuh@tcenterprise.com.tw
robertg@ruanecunniff.com
robertgruwell@tpgbank.com
robertk@mellon.com
robertlie.olson@nordea.com
robertliu@gic.com.sg
robertm@buffalofunds.com
robertmanson@hbosts.com
robertmerrifield@quilter.co.uk
robertmillington@gic.com.sg
roberto.ambres@bancoval.es
roberto.baldini@hvb.de
roberto.benatti@bper.it
roberto.berzero@eurizoncapital.lu
roberto.bianchi@gkb.ch
roberto.bini@bpubanca.it
roberto.bolgiani@azimut.it
roberto.brero@ca-suisse.com
roberto.burini@pirelli.com
roberto.carli@mpsfinance.it
roberto.castella@ersel.it
roberto.ceraudo@fincantieri.it
roberto.cerratti@bsibank.com
roberto.colacchia@enifin.eni.it
roberto.cominotto@juliusbaer.com
roberto.coronado@db.com
roberto.cucchetti@symphonia.it
roberto.davola@dillonread.com
roberto.de_santis@ecb.int
roberto.desiderio@banca.mps.it
roberto.eggmann@bsibank.com
roberto.falaschi@blb.de
roberto.ferrito@ie.dexia.be
roberto.gallo@pioneerinvest.it
roberto.hauyon@bancoval.es
roberto.izzo@dit.de
roberto.lemple@abnanro.com
roberto.magnatantini@hsbcpb.com
roberto.manfreda@it.nestle.com
roberto.marini@volksbank.it
roberto.matta@ersel.it
roberto.menchetti@banca.mps.it

roberto.mini@capitalia-am.com
roberto.morales@janus.com
roberto.morelli-euro@db.com
roberto.moscone@capitalia-am.com
roberto.occhipinti@arcafondi.it
roberto.ostinelli@juliusbaer.com
roberto.paglino@sella.it
roberto.panini@bper.it
roberto.parente@credit-suisse.com
roberto.peronaglio@bpm.it
roberto.petz@bancaprofilo.it
roberto.pezzoli@ubm.it
roberto.picano@vontobel.ch
roberto.plaja@gs.com
roberto.prizzi@credit-suisse.com
roberto.prizzi@dresdner-bank.ch
roberto.protei@barclays.co.uk
roberto.puggioni@bancaintesa.it
roberto.ruiz-scholtes@ubs.com
roberto.sandei@bancaintesa.it
roberto.schiavi@ecb.int
roberto.seiler@lodh.com
roberto.sella@msdw.com
roberto.sisi@ruedblass.ch
roberto.tona@ubm.it
roberto.villa@bancaintesa.it
roberto.viola@mediobanca.it
roberto.vogrig@cail.lu
roberto.volpato@unicredit.it
roberto@vargasr.com
robertoakley@nationwide financial.com
robertociasca@intesabci.it
robertoliver.fuerst@ba-ca.group-treasury.co.at
robertopoleesel@friuladria.it
robertopujatti@friuladria.it
robertoranieri@bancaintesa.it
robertorgan@northwesternmutual.com
roberts.grava@bank.lv
robert-s.king@db.com
roberts.l.grava@jpmorgan.com
roberts.paul@enel.it
robertsd@strsoh.org
robertson.alice@principal.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| robertson@icomd.com | robin.secrist@wamu.net |
| robertsonl@domres.com | robin.seydoux@credit-suisse.com |
| robertsonm@swcorp.org | robin.sheth@funb.com |
| robertsonpl@bernstein.com | robin.simpson@commerzbank.com |
| robertstclair@gic.com.sg | robin.snyder@prudential.com |
| robertt@bgi-group.com | robin.stalker@adidas.de |
| roberttw@bloomberg.net | robin.stemann@union-investment.de |
| robertu@seic.com | robin.thorn@aig.com |
| robertus.w.prajogi@jpmorgan.com | robin.weise@aig.com |
| robertweber@gic.com.sg | robin.west@morleyfm.com |
| robery.lingaas@nordea.com | robin.williams@nordstrom.com |
| robin.aspinall@ubs.com | robin.zakoor@cgii.com |
| robin.b.chance@jpmorgan.com | robin_batchelor@blackrock.com |
| robin.das@bmo.com | robin_bircher@swissre.com |
| robin.diamonte@utc.com | robin_eads@troweprice.com |
| robin.dutt@ubs.com | robin_grieves@freddiemac.com |
| robin.e.wilson@fmr.com | robin_kraemer@scudder.com |
| robin.estenfelder@postbank.de | robin_m_hudson@victoryconnect.com |
| robin.foley@fmr.com | robin_n_ventura@victoryconnect.com |
| robin.forrest@ashmoregroup.com | robin_phillips@freddiemac.com |
| robin.ghosal@swedbank.com | robin_taylor@farmermac.com |
| robin.gnaegi@ubs.com | robin_z_shortridge@rsausa.com |
| robin.green@jpmorgan.com | robing@argyle-investment.com |
| robin.hargrave@ybs.co.uk | robinnc@cmcic-sdm.fr |
| robin.hermann@kemper.com | robinr@oechsle.com |
| robin.jenner@icgplc.co.uk | robinson.ulrich@hypovereinsbank.de |
| robin.joines@morganstanley.com | robinson@aigfpc.com |
| robin.jones@lazard.com | robinsong@ufji.com |
| robin.kokilananda@ibtco.com | robinsonsc@fhlbcin.com |
| robin.kokilananda@statestreet.com | robk@primco.com |
| robin.lenna@citicorp.com | robl@danainvestment.com |
| robin.louch@pioneerinvestments.com | robleep@strsoh.org |
| robin.lowe@rmf.ch | robr@teleos.com |
| robin.p.sachs@usa.dupont.com | robskelly@angloirishbank.ie |
| robin.parbrook@schroders.com | robt@meederfinancial.com |
| robin.perry@barclays.co.uk | robt@scm-lp.com |
| robin.podevyn@degroof.be | robyn.donahue@prudential.com |
| robin.rettschlag@usbank.com | robyn.gallegos@prudential.com |
| robin.richermo@labanquepostale-am.fr | robyn.haley@wellsfargo.com |
| robin.roger@moorecap.com | robyn.lazara@morganstanley.com |
| robin.s.asquith@jpmorgan.com | robyn.mckegg@nab.com.au |
| robin.savchuk@nl.abnamro.com | robyn.misiano@bostonadvisors.com |
| robin.schink@dzbank.de | robyn.richards@allstate.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

robyn.y.choe@db.com
robyn@ardsley.com
robyn_cichra@keybank.com
robyn_morris@freddiemac.com
robyn_trause@ml.com
robynne.parry@morganstanley.com
roc.mehigan@davy.ie
roccamenaa@bpn.it
rocco.bove@mpsgr.it
rocco.bozzone@fortis.lu
rocco.caruso@autogrill.net
rocco.rinaldi@fmr.com
rocco.scali@db.com
rocco.zoccali@bancaakros.it
rocco_romanelli@generali.com
rochard.kock@apl.se
rochelle@att.com
rochelle_ballard@freddiemac.com
rochelle_siegel@msdw.com
rochus.baumgartner@ubs.com
rocio.aramendia@grupobbva.com
rocio.muniz@union-panagora.de
rocky.kurita@deshaw.com
rocky.mould@aig.com
rockyp33@hotmail.com
roconnell@evcap.bm
rod.boone@tcw.com
rod.cerny@kpinvest.com
rod.chay@citadelgroup.com
rod.davidson@aberdeen-asset.com
rod.davidson@swip.com
rod.elliott@national-city.com
rod.j.mckenzie@aib.ie
rod.moore@wpginvest.com
rod.olea@cnb.com
rod.rich@seattle.gov
rod.wilmer@bmo.com
rod.wright@pioneerinvest.com
rod_najimian@ml.com
rod_paris@standardlife.com
roddy.bridge@morganstanley.com
roddy.e.p.lee@hsbc.com
roddy.g.thomson@jpmorgan.com

roddy.macpherson@scottishwidows.co.uk
roderick.abad@lazard.com
roderick.d.boothby@wellsfargo.com
roderick.lewis@lgim.co.uk
roderick.mckenzie@blackrock.com
roderick.molenaar@fortisinvestments.com
roderick.mouthaan@pggm.nl
roderick.read@kraft.com
roderick.ritchie@akzonobel.com
roderick.snell@bailliegifford.com
roderick.stephan@citadelgroup.com
roderick_p._abad@lnotes5.bankofnewyork.com
rodger.elble@pimco.com
rodger.mcnair@isisam.com
rodgersl@strsoh.org
rodica.glavan@schroders.com
rodney.fernandes@londonandcapital.com
rodney.loy@glgpartners.com
rodney.mcmullen@kroger.com
rodney.ungsg@uobgroup.com
rodney.yoder@mbna.com
rodney@cathaylife.com.tw
rodney_knight@bnz.co.nz
rodney_koren@generali.com
rodney_lewis@colonialbank.com
rodney_scholten@swissre.com
rodney2.allen@prudential.com
rodneylim@dbs.com
rodolfo.chou@morganstanley.com
rodolfo.martell@barclaysglobal.com
rodolfo.martin@auna.es
rodolfo.pusterla@bsibank.com
rodolfo_liccione@centroleasing.it
rodolfo_robles@ssga.com
rodolphe.bailleul@bred.fr
rodolphe.chilewicz@bnpparibas.com
rodolphe.larque@csfs.com
rodolphe.leleu@caam.com
rodolphe.sagehomme@axa.be
rodolphe.saussier@jpmorgan.com
rodolphe.taquet@cpr-am.fr
rodolphe.zellitch@fr.rothschild.com
rodosky@pimco.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rodrigo.barbieri@safra.lu | roger.degen@juliusbaer.com |
| rodrigo.gurdian@us.standardchartered.com | roger.diedenhofen@bdl.lu |
| rodrigo.rocha@unibanco.com | roger.disalvatore@midfirst.com |
| rodrigo.rodriguez@jpmorgan.com | roger.elsas@opco.com |
| rodrigo.velasco@banxico.org.mx | roger.emerson@gsk.com |
| rodrigop@omiam.omigroup.com | roger.ferguson@tdsecurities.com |
| rodrigue.antoun@bnpparibas.com | roger.fischer@claridenleu.com |
| rodrigues@bloomberg.net | roger.fluri@juliusbaer.com |
| rodriguezso@bancsabadell.com | roger.fradin@honeywell.com |
| roederj@vankampen.com | roger.french@wachovia.com |
| roegild@jyskebank.dk | roger.gifford@seb.co.uk |
| roel.barnhoorn@ch.abnamro.com | roger.gorham@aig.com |
| roel.de.groot@kasbank.com | roger.groebli@sg.abnamro.com |
| roel.jansen@asia.ing.com | roger.guy@gartmore.com |
| roel.shaikh@mn-services.nl | roger.haley@chevron.com |
| roeland.tso@fortisinvestments.com | roger.hartmann@ubs.com |
| roelf.groeneveld@ingim.com | roger.hugentobler@hyposwiss.ch |
| roelf.pater@mn-services.nl | roger.inglin@csam.com |
| roelie.vanwijk@sns.nl | roger.isler@lukb.ch |
| roell.stephen@jci.com | roger.kernbach@claridenleu.com |
| roelof.v.d.struik@pggm.nl | roger.keusch@db.com |
| roepers@atlanticinvestment.net | roger.kramer@delinvest.com |
| rogalinski@nisi.net | roger.kunz@claridenleu.com |
| roganti@corphq.utc.com | roger.leow@morleyfm.com |
| rogelio.albarran@firstbankpr.com | roger.lewis@csam.com |
| rogelio_arellano@banxico.org.mx | roger.lynch@barclaysglobal.com |
| rogelio_soltero@fanniemae.com | roger.m.hallam@jpmorganfleming.com |
| roger.a.richards@dryden.com | roger.matthews@honeywell.com |
| roger.a.shirley@conocophillips.com | roger.mcintosh@vanguard.com.au |
| roger.banks@morganstanley.com | roger.meier@credit-suisse.com |
| roger.bartley@lgim.co.uk | roger.moh@credit-suisse.com |
| roger.baumann@stg.ch | roger.mueller@credit-suisse.com |
| roger.bickerstaffe@solvay.com | roger.neath@abbey.com |
| roger.binggeli@bbh.com | roger.nieves@pimco.com |
| roger.bischof@claridenleu.com | roger.nilsen@norgeskredit.no |
| roger.bonne@lamondiale.com | roger.nizard@ubs.com |
| roger.bradshaw@rabobank.com | roger.northwood@hsbcib.com |
| roger.burns@uk.nomura.com | roger.offermann@securitybenefit.com |
| roger.buzas@credit-suisse.com | roger.osullivan@artesiabc.be |
| roger.chuchen@morganstanley.com | roger.pairoux@dexia.be |
| roger.cursley@investecmail.com | roger.parish@fly.virgin.com |
| roger.curtis@aberdeen-asset.com | roger.pellegrini@rbccm.com |
| roger.dawes@canadalife.co.uk | roger.price@usaa.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| roger.princelle@bhf-bank.com | roham.medifar@pimco.com |
| roger.reist@ubs.com | rohan.desilva@cibc.com |
| roger.rimann@credit-suisse.com | rohan.kalyanpur@jpmorgan.com |
| roger.rothenbuehler@infidar.ch | rohan.ketkar@adcb.com |
| roger.ruettimann@ubs.com | rohan.tawadey@barclayscapital.com |
| roger.sachs@sgcib.com | rohan@evap.bm |
| roger.schmid@claridenleu.com | rohfrida@cial.cic.fr |
| roger.schweitzer@bertelsmann.de | rohin.morjaria@morleyfm.com |
| roger.seggins@lloydstsb.co.uk | rohinton.karanjia@bankofamerica.com |
| roger.signer@credit-suisse.com | rohit.chawdhry@bbkonline.com |
| roger.sitzler@bkb.ch | rohit.chopra@lazard.com |
| roger.somers@achmea.nl | rohit.dewan@ceredexvalue.com |
| roger.studer@vontobel.ch | rohit.dogra@fmr.com |
| roger.sullivan@columbiamanagement.com | rohit.gupta@citadelgroup.com |
| roger.tashjian@morganstanley.com | rohit.kapur@bmo.com |
| roger.trussardi@juliusbaer.com | rohit.kaul@fmr.com |
| roger.tschantre@credit-suisse.com | rohit.pandey@alliancebernstein.com |
| roger.w.adams@wellsfargo.com | rohit.r.shah@fmr.com |
| roger.ward@lgim.co.uk | rohit.reddy@vanguardasia.com |
| roger.webb@morleyfm.com | rohit.sobti@thehartford.com |
| roger.wehrli@csam.com | rohit@ivp.com |
| roger.wettstein@juliusbaer.com | rohit@temasek.com.sg |
| roger.widmer@juliusbaer.com | rohith.chandra-rajan@abbeynational.co.uk |
| roger.wiltshire@baesystems.com | rohmann@bloomberg.net |
| roger.wong@daiwausa.com | roisin.a.magee@aib.ie |
| roger.yockel@us.hsbc.com | roja@bloomberg.net |
| roger@granitellc.com | rojones@bear.com |
| roger@icp.com | rol@bankinvest.dk |
| roger@wasatchadvisors.com | roland.alter@siemens.com |
| roger_craig@bankone.com | roland.backes.rb@bayer-ag.de |
| roger_debard@ml.com | roland.bart@aam.ch |
| roger_hale@mail.bankone.com | roland.barz@dghyp.de |
| roger_li@ustrust.com | roland.baumann.3@credit-suisse.com |
| roger_wilkinson@newton.co.uk | roland.beck@ecb.int |
| rogerf@woodstockcorp.com | roland.bercher@vontobel.ch |
| rogers_ralph@gsb.stanford.edu | roland.berchtold@zkb.ch |
| rogert@capitalconsultantsinc.com | roland.bettex@group.novartis.com |
| rogge@nboc.com | roland.bosch@fandc.co.uk |
| rogier.everwijn@nibc.com | roland.boss@mobi.ch |
| rogsuen@bloomberg.net | roland.brunner@bpb.barclays.com |
| rogums@babsoncapital.com | roland.burger@juliusbaer.com |
| roh@compassbnk.com | roland.coulon@caam.com |
| roh2@ci.berkeley.ca.us | roland.crottaz@lodh.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| roland.cymara@hsh-nordbank.com | roland.rayment@morganstanley.com |
| roland.de.bruijn@robeco.nl | roland.ruebesam@cominvest-am.com |
| roland.dornbierer@claridenleu.com | roland.schaardt@dzbank.de |
| roland.ducommun@rothschildbank.com | roland.schaus@dexia-bil.com |
| roland.eder@raiffeisenbank.at | roland.schetter@ubs.com |
| roland.egger@vph.ch | roland.schmidt@devif.de |
| roland.eidherr@gx.novartis.com | roland.schneiter@blb.ch |
| roland.emch@ubs.com | roland.schneiter@hyposwiss.ch |
| roland.fernandes@impaccompanies.com | roland.schoch@vontobel.ch |
| roland.gabert@db.com | roland.schuermann@lukb.ch |
| roland.germann@juliusbaer.com | roland.schulz@dekabank.de |
| roland.gilbert@frankfurt-trust.de | roland.sehmke@bis.org |
| roland.goetz@danzas.com | roland.sotula@sgam.com |
| roland.haltmeier@juliusbaer.com | roland.spaeth@allianz.de |
| roland.hausheer@rmf.ch | roland.spurr@alliancebernstein.com |
| roland.ho@morganstanley.com | roland.steere@santandergbm.com |
| roland.ho@tcw.com | roland.stettler@credit-suisse.com |
| roland.iberg@ubs.com | roland.utzinger@mbczh.ch |
| roland.j.emmans@aib.ie | roland.van.wettum@fortisinvestments.com |
| roland.kaelin@szkb.ch | roland.verhoeven@pggm.nl |
| roland.kalt@zkb.ch | roland.wodo@lbbw.de |
| roland.king@bkb.ch | roland.woehr@zkb.ch |
| roland.klaeger@nab.ch | roland.zanini@credit-suisse.com |
| roland.klimesch@rzb.at | roland.ziegler@bhf-bank.com |
| roland.kluger@vkb.de | roland_arnold@blackrock.com |
| roland.koessler@vkb.de | rolanda.raichel@blackrock.com |
| roland.koster@zkb.ch | rolando.hepp@bsibank.com |
| roland.kuehnis@sl-am.com | rolando.rodrigues@axa-im.com |
| roland.maier@lbbw.de | roland-u.niederer@ubs.com |
| roland.maier@swissfirst.ch | roldfield@bailliegifford.co.uk |
| roland.mainz@ekk.de | rolf.aeberli@juliusbaer.com |
| roland.marchand@jpmorgan.com | rolf.baertschi@lodh.com |
| roland.matt@llb.li | rolf.bertschi@credit-suisse.com |
| roland.mechtler@ri.co.at | rolf.biland.abpk@bluewin.ch |
| roland.mittenhuber@siemens.com | rolf.boesenberg@bwinvest.de |
| roland.nilsson@skandia.se | rolf.buchholz@saarlb.de |
| roland.oehler@dresdner-bank.ch | rolf.elmer@csam.com |
| roland.peetz@hvb.de | rolf.frey@ruedblass.ch |
| roland.pfeuti@juliusbaer.com | rolf.ganter@ubs.com |
| roland.pieper@lbbw.de | rolf.geck@vers-am.de |
| roland.piltz@lrp.de | rolf.hartmann@oppenheim.de |
| roland.prien@winterthur.ch | rolf.hossli@vontobel.ch |
| roland.rausch@dekabank.de | rolf.johansen@bankofamerica.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rolf.jufer@swisslife.ch | romain.lahoste@ubs.com |
| rolf.klubmann@allianz.de | romain.larreur@axa-im.com |
| rolf.klussmann@allianz.de | romain.lege@novartis.com |
| rolf.krahe@dresdner-bank.com | romain.munera@caam.com |
| rolf.linke@sachsenlb.ie | romain.pasche@vontobel.ch |
| rolf.luescher@zkb.ch | romain.perchet@bnpparibas.com |
| rolf.maier@bayernlb.com | romain.riegert@axa-im.com |
| rolf.ohlson@nordea.com | romain.rouillon@sgcib.com |
| rolf.palmer@dnbnor.no | romaine.tavernier@bpb.barclays.com |
| rolf.piepenburg@dresdner-bank.com | roman.baumann@snb.ch |
| rolf.pierags@helaba.de | roman.boner@ubs.com |
| rolf.reichardt@helaba.de | roman.canziani@juliusbaer.com |
| rolf.rudin@blkb.inet.ch | roman.demeyer@dexia-am.com |
| rolf.schaller@vontobel.ch | roman.exenberger@rzb.at |
| rolf.scheffer@lloydsbank.com | roman.frenkel@daiwausa.com |
| rolf.schmidli@ubs.com | roman.gaiser@threadneedle.co.uk |
| rolf.shaefer@blb.co.uk | roman.gieck@postbank.de |
| rolf.smit@nl.abnamro.com | roman.gutkovich@barclaysglobal.com |
| rolf.steinmann@credit-suisse.com | roman.gysler@credit-suisse.com |
| rolf.stout@fortisinvestments.com | roman.hederer@allianz.de |
| rolf.streuli@juliusbaer.com | roman.heilig@hvb.de |
| rolf.vannieuwenhuyzen@meespierson.com | roman.huesler@ubs.com |
| rolf.weiss@claridenleu.com | roman.kurmann@leu.com |
| rolf.zuercher@vpbank.com | roman.luethy@zkb.ch |
| rolf_angehrn@aaa-net.com | roman.nadgor@ge.com |
| rolf_ehrensberger@swissre.com | roman.petix@aigpb.com |
| rolf_quaas@hvbamericas.com | roman.rafeiner@erstebank.at |
| rolfnagel.dahl@dnbnor.no | roman.rohner@winterthur.ch |
| rolf-pieter.ter.horst@ingbank.com | roman.rossel@hypovereinsbank.de |
| roliviera@mfs.com | roman.salvi@credit-suisse.com |
| rolland.yingmiao.chen@citi.com | roman.samer@ba-ca.com |
| rollins@pimco.com | roman.straessle@juliusbaer.com |
| rolsen@nb.com | roman.swaton@barclaysglobal.com |
| rom.porto@gs.com | roman.swaton@dws.com |
| rom@emigrant.com | roman.thurner@rcm.at |
| roma.jain@be.gm.com | roman.vonah@juliusbaer.com |
| romain.butte@edf.fr | roman.walter@claridenleu.com |
| romain.clark@hitachi-eu.com | roman.wyss@claridenleu.com |
| romain.feraud@barep.com | roman@bessemer.com |
| romain.fillon@etoile-gestion.com | romane.somaroo@db.com |
| romain.goerens@oppenheim.lu | romanenko.i@bloomberg.net |
| romain.grandis@groupe-mma.fr | romanie.dobbs@gb.sumitomobank.com |
| romain.grethen@bil-dexia.com | romano.brandenberg@ubs.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| romano.costa@bsibank.com | ron.she@dpimc.com |
| romano.kwok@wachovia.com | ron.speaker@janus.com |
| romano.piffaretti@credit-suisse.com | ron.stanley@rbcds.com |
| romano.razzi@bancaroma.it | ron.tagoff@avmltd.com |
| romano@bpintra.it | ron.tesmond@micorp.com |
| romanot@deshaw.com | ron.toll@schwab.com |
| romasp@emigrant.com | ron.veld@ubs.com |
| romeara@clinton.com | ron.westdorp@glgpartners.com |
| romeo.collina@bancaroma.it | ron.wexler@citadelgroup.com |
| romeo.maciocci@ubs.com | ron@alfacapital.co.uk |
| romeo.orlandi@bper.it | ron_diamond@acml.com |
| romeo.sakac@claridenleu.com | ron_gale@keybank.com |
| romeros@nytimes.com | ron_glantz@tigerfund.com |
| romina.dalpogetto@sscims.com | ron_mintz@putnam.com |
| rominves@pt.lu | rona.silverio@citicorp.com |
| romney.fox@aberdeen-asset.com | ronadoln@bot.or.th |
| romualdo@bernstein.com | ronakan@lehman.com |
| romulus_carbunari@ssga.com | ronald.anderson@aig.com |
| ron.ahluwalia@lfg.com | ronald.angst@vontobel.ch |
| ron.bailey@bmo.com | ronald.aparicio@gecapital.com |
| ron.barin@alcoa.com | ronald.aziz@ubs.com |
| ron.bates@db.com | ronald.bechtle@juliusbaer.com |
| ron.bedny@discountbank.co.il | ronald.blankenbuehler@pncbank.com |
| ron.chapman@dreyfus.com | ronald.blogowski@ubs.com |
| ron.cheng@blackrock.com | ronald.bloomer@csam.com |
| ron.dvari@blackrock.com | ronald.born@akb.ch |
| ron.eichel@ibi.co.il | ronald.born@zkb.ch |
| ron.gibbs@edwardjones.com | ronald.borowski@ib.bankgesellschaft.de |
| ron.gilbert@gecapital.com | ronald.bullock@danskebank.de |
| ron.habakus@bbh.com | ronald.canent@pacificlife.com |
| ron.helm@bisys.com | ronald.clark@alliancebernstein.com |
| ron.kahn@barclaysglobal.com | ronald.coleman@columbiamanagement.com |
| ron.klipstein@citadelgroup.com | ronald.f.martin@db.com |
| ron.krueger@sachsenlb.ie | ronald.flohr@pnc.com |
| ron.logue@statestreet.com | ronald.graf@postbank.de |
| ron.murff@guarantygroup.com | ronald.grenacher@bnpparibas.com |
| ron.phillips@ubs.com | ronald.grobeck@rabobank.com |
| ron.pinsky@bwater.com | ronald.huebener@sfs.siemens.de |
| ron.portnoy@ubs.com | ronald.huebler@amg.co.at |
| ron.ranheim@paccar.com | ronald.joe@aig.com |
| ron.sachs@janus.com | ronald.joelson@prudential.com |
| ron.schachter@db.com | ronald.johannes@bankofengland.co.uk |
| ron.schwartz@truscocapital.com | ronald.k.chan@columbiamanagement.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ronald.kirchler@harrisnesbitt.com | ronald_mccullough@putnam.com |
| ronald.kline@morganstanley.com | ronald_ratcliffe@freddiemac.com |
| ronald.koelsch@db.com | ronald_reardon@vanguard.com |
| ronald.koza@midstates.org | ronald_welburn@ml.com |
| ronald.latenstein@snreaal.nl | ronaldstephonic@westfieldgrp.com |
| ronald.lavault@ibtco.com | ronan.bradley@ilim.com |
| ronald.lokkers@fortisbank.com | ronan.burke@biam.boi.ie |
| ronald.mackey@morganstanley.com | ronan.crosson@biam.boi.ie |
| ronald.manley@pimco.com | ronan.gately@boimail.com |
| ronald.mendel@himco.com | ronan.harris@morganstanley.com |
| ronald.mercado@db.com | ronan.kelly@sachsenlb.ie |
| ronald.meyer@sebfundservices.lu | ronan.marguerie@euro-vl.com |
| ronald.mueller@jennicie.ch | ronan.mcmahon@biam.boi.ie |
| ronald.nemec@erstebank.at | ronan.odonoghue@biam.boi.ie |
| ronald.ogna@bsibank.com | ronan_connolly@blackrock.com |
| ronald.p.checkley@citigroup.com | ronan_lynch@scotiacapital.com |
| ronald.perry@westernasset.com | ronan1@bloomberg.net |
| ronald.port@uk.fid-intl.com | ronancostello@angloirishbank.ie |
| ronald.pressman@ge.com | ronang@gic.com.sg |
| ronald.ratcliffe@barclaysglobal.com | ronanwhite@angloirishbank.ie |
| ronald.ryan@shell.com | ronbrandon@bloomberg.net |
| ronald.saba@lazard.com | ronda.craft@citadelgroup.com |
| ronald.schauer@oppenheim.de | rondiris.k@emporiki.gr |
| ronald.schneider@rcm.at | ronee.greazel@harrisbank.com |
| ronald.seilheimer@hvb.de | ronem.yaffe@fibimail.co.il |
| ronald.silvestri@nb.com | ronenp@clal-fin.co.il |
| ronald.sloan@aiminvestments.com | rong.ren@hvbasia.com |
| ronald.spekking@deka.de | ronghui.tao@db.com |
| ronald.stahl@columbiamanagement.com | rongwen_wu@freddiemac.com |
| ronald.striegl@bayernlb.de | roni.gani@danskebank.se |
| ronald.sweet@usaa.com | roni.malay@mailpoalim.co.il |
| ronald.temple@lazard.com | roni.pond@db.com |
| ronald.tesmond@kemper.com | roni_white@scudder.com |
| ronald.trubisky@53.com | ronit.meiri@mailpoalim.co.il |
| ronald.tsang@agf.com | ronj@bgi-group.com |
| ronald.van.dijk@ingim.com | ronl@msfi.com |
| ronald.van.loon@uk.abnamro.com | ronmandle@gic.com.sg |
| ronald.vansteenweghen@degroof.be | ronmcalister@ftportfolios.com |
| ronald_daly@freddiemac.com | ronn.cornelius@pacificlife.com |
| ronald_dooley@scotiacapital.com | ronnette.scarder@jpmorgan.com |
| ronald_dp@bi.go.id | ronnie.budja@juliusbaer.com |
| ronald_floyd@ml.com | ronnie.cheung@namhk.com.hk |
| ronald_mattia@ml.com | ronnie.dick@drkw.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ronnie@de.pimco.com
ronnie_lawrence@westlb.co.uk
ronnie_mueller@swissre.com
ronnie_petrie@standardlife.com
ronny.beck@juliusbaer.com
ronny.cosijns@capco.com
ronny.engebretsen@im.storebrand.no
ronny.maiti@abbey.comuk
ronny.moller@seb.se
r-ono@nochubank.or.jp
ronross@downeysavings.com
ronspa@safeco.com
rony.hamaui@bancaintesa.it
ronyy@bll.co.il
ropferman@lincap.com
rormond@pictet.com
rorne@loomissayles.com
rorourke@metlife.com
rorozco@banxico.org.mx
rortiz@ucmpartners.com
rorusso@nb.com
rory.anderson@insightinvestment.com
rory.bateman@gs.com
rory.beaton@ubs.com
rory.buchan@ubs.com
rory.davan@ubs.com
rory.g.charity@jpmorgan.com
rory.hammerson@swipartnership.co.uk
rory.macgowan@sachsenlb.ie
rory.mason@uk.abnamro.com
rory.murphy@citadelgroup.com
rory.tobin@barclaysglobal.com
rory_adam@standardlife.com
rory_hill@blackrock.com
rory_hudson@prusec.com
rory_oneill@cargill.com
rory_verenicoll@blackrock.com
rory1@bloomberg.net
roryoconnor@angloirishbank.ie
ros.stripe@citicorp.com
rosa.e.velasquez@columbiamanagement.com
rosa.gillis@commercebank.com
rosa.gisini@bpm.it

rosa.jp@tbcam.com
rosa.pastorello@am.generali.com
rosa.sanchez@firstbankpr.com
rosadom@aetna.com
rosalee.stine@huntington.com
rosalie.richichi@lazard.com
rosalind.j.jones@aib.ie
rosalind.malone@mhmrah
rosalind.malone@mhmrahris.org
rosalind.morais@insightinvestment.com
rosalind.torney@boitib.com
rosalind_finney@newton.co.uk
rosaly.lentini@baring-asset.com
rosalyn.wildman@rothschild.co.uk
rosalyn_schick@ustrust.com
rosamar.martinez@fortisbank.com
rosamaria.colicchia@bpm.it
rosamund.price@pimco.com
rosamunde.price@citicorp.com
rosana.decesco@mediobanca.it
rosana.stacewicz@rmf.ch
rosania.rr@tbcam.com
rosania@finmeccanica.it
rosanna.castro@alliancebernstein.com
rosanna.fabbri@ubs.com
rosanna.marcionelli@london.bsipb.com
rosanna.moretti@morleyfm.com
rosanna.s.singh@jpmorgan.com
rosanna.vecchio@vanguard.com.au
rosannam@microsoft.com
rosanne.baruh@prudential.com
rosanoff@bordier.com
rosario.bettencourt@santander.pt
rosario.dellaquila@zkb.ch
rosario.distefano@thehartford.com
rosata@gestielle.it
rosboro@pimco.com
roscroft@bloomberg.net
rose.fung@hvbasia.com
rose.gramegna@intesasanpaolo.com
rose.lim@us.hsbc.com
rose.liu@moorecap.com
rose.sanders@mbna.com
rose.siciliano@avmltd.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rose.struck@state.nm.us | ross.atkinson@dzbank.com.sg |
| rose.venette@fmr.com | ross.bayley@abnamromellon.com |
| rose@roseassetmgt.com | ross.bradley@aegon.co.uk |
| rose_czerny@bankone.com | ross.campbell@credit-suisse.com |
| roseann.burke@americas.bnpparibas.com | ross.cardon@hcmny.com |
| roseanna_chan@mitsubishi-trust.co.jp | ross.dilkes@ubs.com |
| roseanne.castellino@fmr.com | ross.dillon@libertymutual.com |
| roseanne.dillon@aiminvestments.com | ross.ferguson@barclays.co.uk |
| roseanngomez@oppenheimerfunds.com | ross.hazlett@53.com |
| roseh@jwseligman.com | ross.hecht@moorecap.com |
| rosemarie.licastri@db.com | ross.jackson@sscims.com |
| rosemarie.loffredo@ipaper.com | ross.james@barclaysglobal.com |
| rosemarie.reardon@nctrust.com | ross.jm@mellon.com |
| rosemarie.seery@aig.com | ross.levinsky@deshaw.com |
| rosemarie.westman@alecta.com | ross.long@sgcib.com |
| rosemary_reardon@ustrust.com | ross.maclean@glgpartners.com |
| rosemary.candido@bernstein.com | ross.martin@aberdeen-asset.com |
| rosemary.fairhead@db.com | ross.mccormick@moorecap.co.uk |
| rosemary.hann@threadneedle.co.uk | ross.mcinnes@thalesgroup.com |
| rosemary.maltus-smith@bancaakros.it | ross.olusanya@swip.com |
| rosemary.quinn@ba-illiegifford.com | ross.pillsbury@gmacrfc.com |
| rosemary.ripley@us.pm.com | ross.sappenfield@capitglobal.com |
| rosemary.thorne@bbg.co.uk | ross.schneiderman@nytimes.com |
| rosemary.winkworth@db.com | ross.seebalack@db.com |
| rosemary.zeppetella@prudential.com | ross.silvis@erieinsurance.com |
| rosenberg.lawrence@nomura-asset.com | ross.slusser@tcw.com |
| rosenbes@wellsfargo.com | ross.smead@prudential.com |
| rosenblatt.jordan@pennmutual.com | ross.tauchert@wachovia.com |
| rosenfelder.sascha@rahnbodmer.ch | ross.wales@capitalonebank.com |
| rosenga@bloomberg.net | ross.watson@aberdeen-asset.com |
| roser.bosch@be.gm.com | ross.willmann@trs.state.tx.us |
| rosetta_rosati@bancalombarda.it | ross@denveria.com |
| rosh.panesar@agf.com | ross_bolton@ssga.com |
| roshan.k.kholil@jpmorgan.com | ross_ciesla@newton.co.uk |
| roshan.patel@soros.com | ross_galitsky@bankone.com |
| roshan.white@firstunion.com | ross_howell@vanguard.com.au |
| roshan_shah@ml.com | ross_teverson@standardlife.com |
| roshanp@farcap.com | ross_znavor@ml.com |
| rosiak@pimco.com | rossana.brambilla@gnf.it |
| rosie.mcmellin@aberdeen-asset.com | rossd@jwseligman.com |
| rosie_bichard@newton.co.uk | rossella.leidi@bpubanca.it |
| rosminah@bloomberg.net | rossella.merciai@bancaintesa.it |
| roso@nykredit.dk | rossen.peytchev@erstebank.at |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

rossini_stotomas@symantec.com
rossjm@bernstein.com
rosso@jwseligman.com
rossthenee.nendaroh@bia.com.bn
rostern@bloomberg.net
roswitha.droeber@bayernlb.de
roswitha.radke@ids.allianz.com
rotanni@tcbank.com.tw
rotert@bloomberg.net
rothb@rabo-bank.com
rothe@skba.com
rotherp@nationwide.com
rothj@jwseligman.com
rothk@emigrant.com
rothm@fhlbsf.com
rothwep@bloomberg.net
rotoole@federatedinv.com
rotraut.schmid@db.com
rott@alger.com
roudabush@orix.com
roula.rouphael@bnpparibas.com
roupen.ardhaldjian@wpginvest.com
roupen@heliosgrp.com
rouse.jx@mellon.com
rousseau@ebrd.com
rouven.koelmel@union-investment.de
rouven-dean.dibbern@zkb.ch
rovida@londondandamsterdam.com
rowan.chaplin@isisam.com
rowan.flatt@seb.co.uk
rowan@nyc.apollolp.com
rowan@rccl.com
rowanomahony@angloirishbank.ie
rowedon@bloomberg.net
rowena.romulo@citigroup.com
rowena_lynn@symantec.com
rowens@crewsassoc.com
rowlandj1@aetna.com
rowley.russ@principal.com
rowman.caguyong@barclaysglobal.com
roxana.villafane@morganstanley.com
roxanne.lawrence@prudential.com
roxanne.newman@americo.com

roxanne.scott@db.com
roxanne.tepler@janus.com
roxanne_sosa@nylim.com
roxannesoh@mas.gov.sg
roxton.mcneal@gm.com
roy.brubaker@mizuhocbus.com
roy.budge@aberdeen-asset.com
roy.burgess@icap.com
roy.dosramos@axa-im.com
roy.gates@coastalcorp.com
roy.h.turner@hsbc.com
roy.hansel@prudential.com
roy.johnston@opcap.com
roy.koolen@dsm.com
roy.kroon@mn-services.nl
roy.kurian@trs.state.tx.us
roy.lenahan@ge.com
roy.liu@morganstanley.com
roy.mills@mailpoalim.co.il
roy.s.kim@bankofamerica.com
roy.schwartz@gs.com
roy.sher@glgpartners.com
roy.smale@nl.abnamro.com
roy.standfest@tudor.com
roy.thomas@citadelgroup.com
roy.vageskar@t-systems.com
roy.wellington@state.tn.us
roy_bracher@ldn.invesco.com
roy_hansen@ml.com
roy_marks@notes.ntrs.com
roy_r_hormuth@fanniemae.com
roy_van_wechem@deltalloyd.nl
roy_yan@ml.com
royal.tm@tbcam.com
royce.woods@pnc.com
roychoudhury.p@tbcam.com
royr@aeltus.com
royr@jwseligman.com
roystontan@afcmerchantbank.com
rozanne.moraux@banquedorsay.fr
rozenn.le-cainec@caam.com
rozhanskaya@vtb.ru
rozimi.r.abdulrahman@si.shell.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rozyczka.mw@mellonequity.com | rperez@deerfieldcapital.com |
| rp69@ntrs.com | rperfetto@bloomberg.net |
| rpa@dalmine.it | rperiti@ergpetroli.it |
| rpacheco@capis.com | rpernia1@worldbank.org |
| rpackard@fdic.gov | rperry@aegonusa.com |
| rpage@gcoelf.com | rperry@perrycap.com |
| rpaidipaty@farcap.com | rperry@smithbreeden.com |
| rpaige@perrycap.com | rpersaud@ambac.com |
| rpalliser1@bloomberg.net | rpersons@mfs.com |
| rpalmer@brownadvisory.com | rpeterkin@delinvest.com |
| rpalmer@pimco.com | rpeterson@nb.com |
| rpalou@bancamarch.es | rpetrenka@mwamllc.com |
| rpamphilon@europeancredit.com | rpettafor@bloomberg.net |
| rparekh@templeton.com | rpettifour@bloomberg.net |
| rparilla@jennison.com | rpezzo@intesasanpaolo.us |
| rpark@hmausa.com | rpfahl@ofiinstitutional.com |
| rpark@mfs.com | rphillips@mcdinvest.com |
| rpark@provnet.com | rpiasio@us.nomura.com |
| rparker@quanttradebd.com | rpiazza@harborviewgrowth.com |
| rparks@orixcm.com | rpicardo@notes.banesto.es |
| rparlanti@turnerinvestments.com | rpierson@bankofny.com |
| rparramo@bga.gbancaja.com | rpinedo@ceca.com |
| rparry@tjim.com | rpino@evcap.com |
| rparyani@wscapital.com | rpinto@statestreet.com |
| rpaschke@bloomberg.net | rpleasant@perrycap.com |
| rpasserine@integrabank.com | rplummer@valueline.com |
| rpatel@faralloncapital.com | rpm@bancoinversion.es |
| rpatel@payden-rygel.com | rpmarsh@itsmarta.com |
| rpatsy@retirement.sc.gov | rpmeagher@wellington.com |
| rpatterson@standish.com | rpmelanson@wellington.com |
| rpaul@blackrock.com | rpol@kempen.nl |
| rpaz@mcmorgan.com | rpolatty@alliance-mortgage.com |
| rpearce@wasatchadvisors.com | rpolye@huffcompanies.com |
| rpearl@firstmanhattan.com | rponsonnet@groupama-am.fr |
| rpearsall@cicny.com | rporrasl@cajamadrid.es |
| rpease@newstaram.com | rportell@peabodyenergy.com |
| rpedrazzini@bipielle.it | rporter@tswinvest.com |
| rpegg@fisbonds.com | rpost@corporateone.coop |
| rpeirce@canyonpartners.com | rpotito@bloomberg.net |
| rpellegrino@worldbank.org | rpoushan@us.ca-indosuez.com |
| rpenny@chevrontexaco.com | rpowell@novell.com |
| rperaza@bancamarch.es | rppalang@bloomberg.net |
| rpercy@resurgenscapitalmarkets.com | rprado@grupobbva.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rprather@ggiltd.com | rremijsen@dow.com |
| rpreston@caxton.com | rrendle@frk.com |
| rprevitali@oppenheimerfunds.com | rrevuelta@panamericanlife.com |
| rpriestly@aegon.co.uk | rrey@cajadeburgos.es |
| rpripstein@perrycap.com | rreynolds@lordabbett.com |
| rprocopio@lmus.leggmason.com | rreza@sarofim.com |
| rprorok@howeandrusling.com | rrice@federatedinv.com |
| rpsimarro@repsol-ypf.com | rrice@leggmason.com |
| rpullara@sscinc.com | rrichar@inginvestment.com |
| rpullie@allstate.com | rrichard@watrust.com |
| rpun@preferredbank.com | rrickard@rnt.com |
| rquinn@bpbtc.com | rrifkin@evergreeninvestments.com |
| rquintiliana@beneficialsavingsbank.com | rrillings@hertz.com |
| rr@capgroup.com | rrimkus@bbandt.com |
| rr@londonandamsterdam.com | rrinaudo@bankofny.com |
| rr388@cornell.edu | rripple@sib.wa.gov |
| rrabat@creditandorra.ad | rrjanikov@mfs.com |
| rrabl@saigroup.com | rroberge@dlbabson.com |
| rraczkowski@loomissayles.com | rroberts@herewego.com |
| rramiah@worldbank.org | rrobinson@noonday.com |
| rramired@banxico.org.mx | rrobinson@tigerglobal.com |
| rramirez@sunamerica.com | rrobis@oppenheimerfunds.com |
| rrandolph@fib.com | rrock@jhancock.com |
| rrappaport@payden-rygel.com | rrocker@firstmanhattan.com |
| rrasheed@adic.co.ae | rrodrigc@cajamadrid.es |
| rrathour@uss.co.uk | rrodriguez@grupobbva.com |
| rraval@caxton-iseman.com | rroett@mail.jhuwash.jhu.edu |
| rraybardhan@eatonvance.com | rrogers-windsor@northwesternm.dum |
| rrayborn@mcmorgan.com | rrogers-windsor@northwesternmutual.com |
| rrb2@ntrs.com | rrogovin@tiaa-cref.org |
| rrdavis@metlife.com | rrohra@lordabbett.com |
| rready@wharton.upenn.edu | rroland@loomissayles.com |
| rrech@snwsc.com | rromaine@valueline.com |
| rreed@loomissayles.com | rroncari@fideuramsgr.it |
| rrees@uss.co.uk | rrosario@fundadministration.com |
| rreeves@standishmellon.com | rrosenthal@bear.com |
| rregan@panagora.com | rross@fhlbc.com |
| rreggiani@credem.it | rross@libertyview.com |
| rreichle@payden-rygel.com | rroyce@oppenheimerfunds.com |
| rreid@oaktreecap.com | rrpatel@wellington.com |
| rreinwald@meag.com | rrs@mn-services.nl |
| rreisenbuechler@bloomberg.net | rrscholl@bloomberg.net |
| rreitzes@bear.com | rrsouthworth@gkst.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rrubin@mncm.com | rschaper@farcap.com |
| rrubino@troweprice.com | rschapers@aegon.nl |
| rruchay@union-investment.de | rscherfke@wellmanage.com |
| rrudin@bellevue.ch | rscherzer@ftci.com |
| rruebsahm@utimco.org | rscheun@allstate.com |
| rrueda@dcf.pemex.com | rschlosst@blackrock.com |
| rruijter@aegon.nl | rschneider@cambonds.com |
| rrundell@icccapital.com | rschneider@lincap.com |
| rrussell@orrstown.com | rscholman@anthos.nl |
| rruvigny@newstaram.com | rschotin@chotingroup.com |
| rruvkun@lordabbett.com | rschundler@smithbreeden.com |
| rryan@patteninc.com | rschwarzkopf@kayne.com |
| rs101@ntrs.com | rscott@iof.org |
| rs4@ntrs.com | rscoville@seawardmgmt.com |
| rsach@bloomberg.net | rscudre@pictet.com |
| rsagalyn@ftci.com | rsdynan@wellington.com |
| rsagar@ustrust.com | rseah@income.com.sg |
| rsah@oppenheimerfunds.com | rsearle@pop.net |
| rsahli@swissca.ch | rsecris@frk.com |
| rsaiki@maximgrp.com | rsedwards@uss.com |
| rsajkoski@bloomberg.net | rseifert@aegonusa.com |
| rsalazar@vcallc.com | rselvaggio@ambac.com |
| rsaldonis@pclient.ml.com | rserina@mmsa.com |
| rsaltarelli@pncadvisors.com | rsessa@ers.state.tx.us |
| rsalzsieder@metzler.com | rseverude@farcap.com |
| rsamuel@gic.com.kw | rsewradj@statestreet.com |
| rsamuels@wsfsbank.com | rsforza@websterbank.com |
| rsanch@ftci.com | rsg@artemisinvest.com |
| rsanchez-dahl@federatedinv.com | rshaeffer@hbk.com |
| rsandbergen2@bloomberg.net | rshafer@alaskapermfund.com |
| rsandeogracias@santalucia.es | rshainberg@jbhanauer.com |
| rsanders@tiaa-cref.org | rshalhoub@caxton.com |
| rsanni-thomas@oppenheimerfunds.com | rshalhoub@lordabbett.com |
| rsaper@bloomberg.net | rshanks@munder.com |
| rsaraf1@progressive.com | rsharma@martincurrie.com |
| rsargent@sfim.co.uk | rsharp@barbnet.com |
| rsauer@bayernlbny.com | rsharp3@bloomberg.net |
| rsaunder@ms.com | rsharps@troweprice.com |
| rsaussier1@bloomberg.net | rshawger@bloomberg.net |
| rsawada@nochubank.or.jp | rshea@blackrock.com |
| rsb@ubp.ch | rshea@jhancock.com |
| rscetlin@bernstein.com | rshea3@bloomberg.net |
| rschadt@oppenheimerfunds.com | rsheklin@hbk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rshelly@lincap.com | rspieker@fdic.gov |
| rshemesh@ustrust.com | rspigolon@bsct.ch |
| rshep@bloomberg.net | rspitz@williamblair.com |
| rsherry@kayne.com | rss4@ntrs.com |
| rshiber@nbeny.com | rstarling@canyonpartners.com |
| rshih@westernasset.com | rstarr4@bloomberg.net |
| rshino@bloomberg.net | rsteijn@dow.com |
| rshu@metlife.com | rstein@oppenheimerfunds.com |
| rsi@nbim.no | rsteinhauer@fidelitysavingsonline.com |
| rsimonso@allstate.com | rstern@perrycap.com |
| rsims@fdic.gov | rsterr@federatedinv.com |
| rsingh2@dlbabson.com | rsteven@frk.com |
| rsion@blackrock.com | rstew10446@aol.com |
| rsipley@bostonprivatebank.com | rstiles3@bloomberg.net |
| rsison@sterneagee.com | rstiver@pilgrimfunds.com |
| rskaggs@loomissayles.com | rstlouis@lordabbett.com |
| rskloff@bear.com | rstock@valueline.com |
| rskloff@leggmason.com | rstohr@dadco.com |
| rslocum@rwjf.org | rstoichev@wasatchadvisors.com |
| rsmall@hbk.com | rstopiak@bloomberg.net |
| rsmith@chittenden.com | rstudley@eatonvance.com |
| rsmith@smithmgtllc.com | rstudness@firstmanhattan.com |
| rsmith@westmiltonstatebank.com | rsuarez@templeton.com |
| rsmola@lordabbett.com | rsucre@commercebankfl.com |
| rsmurphy@wellington.com | rsugiyama@persi.state.id.us |
| rsmythe@frk.com | rsw@columbus.com |
| rsneller@bailliegifford.co.uk | rsweeney@drkw.com |
| rsnoke@westernasset.com | rswiatek@ftportfolios.com |
| rsnow@wasatchadvisors.com | rswidey@allamerica.com |
| rsnyder@bankofcanton.com | rswilliams@rwbaird.com |
| rsnyder@fnysllc.com | rsy@dodgeandcox.com |
| rsoderst@munder.com | rsymington@resurgencellc.com |
| rsommers@fdic.gov | rt@capgroup.com |
| rsong@bbandt.com | rta@bpi.pt |
| rsong@metlife.com | rtaillandier@groupe-casino.fr |
| rsora@bloomberg.net | rtakayasu@sompo-japan.co.jp |
| rsotter@westernasset.co.uk | rtanuku@alger.com |
| rsoule@fhlbdm.com | rtaricco@mcc.it |
| rsp@ubp.ch | rtate@standishmellon.com |
| rspayde@highbridge.com | rtaylor@babsoncapital.com |
| rspears@millertabak.com | rtaylor@caxton.com |
| rspector@mcleanbudden.com | rtaylor@lnc.com |
| rspencer@dlbabson.com | rtc@dodgeandcox.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rtcrawford@wellington.com | ruben.smit@snsam.nl |
| rteaney@lordabbett.com | rubens.riva@passbanca.it |
| rteixeira@wellington.com | ruberton@apolloic.com |
| rterzian@calfed.com | rubin.b@tbcam.com |
| rtestin@ftadvisors.com | rubin.chen@inginvestment.com |
| rtfernandez@bloomberg.net | rubin.savio@lehman.com |
| rthatcher@ingalls.net | rubin.srimal@dartmouth.edu |
| rthomas@sarofim.com | rubinstein@ymcaret.org |
| rthomas@thamesriver.co.uk | ruby.s.l.chan@hsbc.com.hk |
| rthornburgh@fmausa.com | rubyl@unibank.dk |
| rtitto@federatedinv.com | rucha.potdar@morganstanley.com |
| rtjackson@ibtco.com | ruchi.gupta@credit-suisse.com |
| rtjader@frk.com | ruchi.patel@csam.com |
| rtjong@vegapartners.com | ruchir.patel@investecmail.com |
| rtl@ubp.ch | ruchir.sharma@morganstanley.com |
| rtong@opers.org | ruchita.pathak@ubs.com |
| rtong@steinroe.com | rudell@fftw.com |
| rtorioma@cajamadrid.es | rudi.fechter@dit.de |
| rtorres@evcap.com | rudi.kramer@achmea.nl |
| rtosali@mas.gov.sg | rudi.vandeneynde@dexia-am.com |
| rtowne@providentbank.com | rudjito@bri.co.id |
| rtoygar@akbank.com.tr | rudolf.anger@fraspa1822.de |
| rtoyoshima@us.mufg.jp | rudolf.boeltl@de.pimco.com |
| r-toyota@yasuda-life.co.jp | rudolf.buxtorf@rbscoutts.com |
| rtriltsch@federatedinv.com | rudolf.enderli@ubs.com |
| rtrudeau@huffcompanies.com | rudolf.gleisner@ubs.com |
| rtruesdell@mandtbank.com | rudolf.hamann@siemens.com |
| rts27@cornell.edu | rudolf.hanisch@bayernib.de |
| rtt@capgroup.com | rudolf.hofbauer@bayernlb.de |
| rtucker@fsa.com | rudolf.keller@swisslife.ch |
| rtucker@torchmarkcorp.com | rudolf.leemann@ubs.com |
| rtuffier@oddo.fr | rudolf.marty@rothschildbank.com |
| rtumbry@congressasset.com | rudolf.rickenmann@lodh.com |
| rturner@turnerinvestments.com | rudolf.roffler@ubs.com |
| rtweed@bankofny.com | rudolf.schmidt@hsh-nordbank.co.uk |
| ru@gs.com | rudolf.sellinger@ba-ca.group-treasury.co.at |
| ruadhri_duncan@newton.co.uk | rudolf.stutz@vontobel.ch |
| ruairi.o'neill@pnc.com | rudolf.suter@swisslife.ch |
| ruba.khoury@deshaw.com | rudy.bulis@nyc.rabobank.com |
| ruben.avilez@wellsfargo.com | rudy.garza@pimco.com |
| ruben.calderon@fmr.com | rudy.hokanson@ubs.com |
| ruben.logatto@intesabci.co.uk | rudy.pimentel@pimco.com |
| ruben.marciano@db.com | rudy.setiawan@siemens.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| rudy.vandorpe@fortisinvestments.com | rupal.bhansali@mackayshields.com |
| rudy.vermeersch@dexia-am.com | rupal.mehta@bankofamerica.com |
| rueda@pimco.com | rupali.saggar@pimco.com |
| ruedi.brunner@bhimail.ch | rupert.armitage@shorecap.co.uk |
| ruedi.zaugg@rbscoutts.com | rupert.balfour@db.com |
| ruediger.lange@westlb.de | rupert.della-porta@fandc.co.uk |
| ruediger.weber@dresdner-bank.com | rupert.gifford@fl.com |
| ruetterm@colognere.com | rupert.horrocks@eu.nabgroup.com |
| rueven@deshaw.com | rupert.howard@rothschild.co.uk |
| rueyher_liu@ml.com | rupert.kay@commerzbankib.com |
| ruey-shiuan.tsai@novartis.com | rupert.lescott@barclaysglobal.com |
| rufaro.makanda@dartmouth.edu | rupert.limentani@db.com |
| ruffa@cimbanque.ch | rupert.robson@hsbcib.com |
| rufino.a.mendoza@jpmorgan.com | rupert.trotter@friendsis.com |
| rufus.round@rabobank.com | rupert.vaughan@glgpartners.com |
| rufus_w_davenport@nylife.com | rupesh.tailor@barcap.com |
| ruggero.botto@sella.it | ruping@cathaylife.com.tw |
| ruggiero.jx@mellon.com | ruppen.margarian@ing.com.au |
| ruggiero.santeramo@am.generali.com | ruppert.vernon@ssmb.com |
| ruhe@uk.danskebank.com | rurquhart@opcap.com |
| ruhi.khan@fmr.com | rurso1@bloomberg.net |
| ruhlig@exchange.ml.com | rus.lin@natixis.us |
| rui.dong@deshaw.com | rus@capgroup.com |
| rui.grenho@fandc.com | ruscittt@fhlbsf.com |
| rui.manuel@cgd.pt | rushant.sanathara@pimco.com |
| rui.santinho@finantia.com | rushp@univest.net |
| rui.uchida@mizuho-cb.co.jp | ruskin.c.green@exxonmobil.com |
| rui.zhao@blackrock.com | ruskin.jp@dreyfus.com |
| rui.zheng@ubs.com | russ.diminni@mackayshields.com |
| rui_falcon@fanniemae.com | russ.ewing@columbiamanagement.com |
| ruiling.zeng@ubs.com | russ.kimbro@wachovia.com |
| ruiling@dbs.com | russ.koesterich@barclaysglobal.com |
| ruixiong@mas.gov.sg | russ.pattee@lpcorp.com |
| ruizdan@bloomberg.net | russ@catholicknights.com |
| ruizj@vankampen.com | russel.mackie@mondrian.com |
| ruj.tr@adia.ae | russel.martin@isisam.com |
| rumi.x.masih@jpmorgan.com | russel_matthews@ldn.invesco.com |
| rumit@bloomberg.net | russell.beer@credit-suisse.com |
| runa.urheim@kap.norges-bank.no | russell.blake@fhlbboston.com |
| runa@kaupthing.is | russell.bloomfield@columbiamanagement.com |
| rune.kaland@gjensidige.no | russell.booth@agamwestfcb.com |
| rune.talberg@dnb.no | russell.brown@northernrock.co.uk |
| rune@jybkebank.dk | russell.cernansky@morganstanley.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| russell.champion@uk.fid-intl.com | rustem.shaikhutdinov@alliancebernstein.com |
| russell.chweidan@jpmorganfleming.com | rusty.sommer@nationalcity.com |
| russell.clements@aberdeen-asset.com | rusty_hoss@nacm.com |
| russell.condrich@bankofamerica.com | rut.pugsasin@moorecap.com |
| russell.croninjr@nationalcity.com | ruta.ziverte@ge.com |
| russell.driver@db.com | ruta.ziverte@phxinv.com |
| russell.faulkner@inginvestment.com | ruth.cefaratti@lazard.com |
| russell.good@insightinvestment.com | ruth.f@gordian.co.uk |
| russell.graham@barclaysglobal.com | ruth.fitter@blackrock.com |
| russell.grimwood@westernasset.co.uk | ruth.forbes@gmacm.com |
| russell.gurnhill@london.entoil.com | ruth.greene@db.com |
| russell.harris@morleyfm.com | ruth.grob@swisslife.ch |
| russell.hogan@aegon.co.uk | ruth.hass@jpmorgan.com |
| russell.j.lee@aib.ie | ruth.johnstone@uk.bnpparibas.com |
| russell.j.miller@jpmorgan.com | ruth.kossoff@mackayshields.com |
| russell.jones@rbccm.com | ruth.m.hogan@aib.ie |
| russell.jones@swift.com | ruth.m.mcnamara@aibbny.ie |
| russell.maddox@blackrock.com | ruth.mattson@usbank.com |
| russell.matthews@uk.nomura.com | ruth.mulligan@mfs.com |
| russell.oxley@resolutionasset.com | ruth.norton@wgzbank.ie |
| russell.papst@vanguard.com.au | ruth.ockendon@mhcb.co.uk |
| russell.peddie@swip.com | ruth.rayner@citadelgroup.com |
| russell.penn@axa-im.com | ruth.richardson@harrisbank.com |
| russell.platts@ubs.com | ruth.shlein@mailpoalim.co.il |
| russell.plumley@smiths-group.com | ruth.x.priestley@jpmorgan.com |
| russell.pudney@jpmorgan.com | ruth_c@bi.go.id |
| russell.schtern@db.com | ruth_levine@vanguard.com |
| russell.shtern@db.com | ruth_sawyer@elas.co.uk |
| russell.taylor@aig.com | ruthannewilliams@oppenheimerfunds.com |
| russell.vernick@barclaysglobal.com | ruthard_murphy@nylim.com |
| russell.williams@blblon.co.uk | ruther@nordinvest.de |
| russell.wright@insightinvestment.com | ruthpang@gic.com.sg |
| russell@robertvan.com | rutledge@bessemer.com |
| russell_brody@acml.com | rutuza.arya@lehman.com |
| russell_dussling@vanguard.com | rutyo@gmulot.co.il |
| russell_gibbons@scotiacapital.com | ruu@ubp.ch |
| russell_pointon@newton.co.uk | ruud.boeve@ingim.com |
| russell_read@calpers.ca.gov | ruud.hagendijk@mn-services.nl |
| russell_vellequette@victoryconnect.com | ruud.oude.wolbers@fandc.com |
| russell_walls@baa.co.uk | ruud.van.de.putte@kasbank.com |
| russenberger@bloomberg.net | ruud.van.gogh@achmea.nl |
| russo@simgest.it | ruvenh@boi.gov.il |
| russo_james@jpmorgan.com | ruwan_wickrema@vanguard.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ruxandra.ghika@shenkmancapital.com | rw658658@yahoo.com.tw |
| ruyalves@bloomberg.net | rwacker@fhlbatl.com |
| rv1@ntrs.com | rwaelchli@evalor.ch |
| rvakil@europeancredit.com | rwait@richmondcap.com |
| rvaldivia@bloomberg.net | rwaldn@ftci.com |
| rvanaart@aegon.nl | rwaldron@loomissayles.com |
| rvandeberghe@btmna.com | rwall@cumberassoc.com |
| rvandermark@aegon.nl | rwang@bankofny.com |
| rvannoort1@bloomberg.net | rwang@cainbrothers.com |
| rvanrooyen@northcentraltrust.com | rwannop@bostonprivatebank.com |
| rvarela@oppenheimerfunds.com | rward@kbw.com |
| rvc1@ntrs.com | rward7@bloomberg.net |
| rvdhoek@generali.nl | rwarren@hbk.com |
| rvdyer@wellington.com | rwartell@blackrock.com |
| rvelascol@banxico.org.mx | rwat@fdic.gov |
| rvellequette@metlife.com | rwaterhouse@deerfieldcapital.com |
| rvenkatachalam@loews.com | rwatson@bankatlantic.com |
| rventura@fhlbc.com | rwatson@hcmlp.com |
| rvesters@spfbeheer.nl | rweaver@williamblair.com |
| rvg@americancentury.com | rweber@ooev.at |
| rvi.invermap@mapfre.com | rwedeking@caxton.com |
| rviera@luminentcapital.com | rweger@versorgungskammer.de |
| rvilim@fdic.gov | rweiden@staceybraun.com |
| rvillacorta@blackrock.com | rweinberg@mfs.com |
| rvillanueva@westernasset.com | rwelchman@firststate.co.uk |
| rvillavicencio@imf.org | rwendt@bloomberg.net |
| rvin@kempen.nl | rwenger@fortress.com |
| rvirani@halcyonllc.com | rwerman@nb.com |
| rvitale@uic.it | rwetmore@turnerinvestments.com |
| rviyer@canyonpartners.com | rwetzer@meag.com |
| rvoccolai@barrettassociates.com | rwh@jwbristol.com |
| rvoegeli@pasche.ch | rwhateley@nb.com |
| rvoge@amfam.com | rwhite@jhancock.com |
| rvogel@wilmingtontrust.com | rwhite@newstaram.com |
| rvoigt@senecacapital.com | rwhite@panagora.com |
| rvoon@faralloncapital.com | rwhitehead@washingtonfederal.com |
| rvrodrigo@bloomberg.net | rwhitney@troweprice.com |
| rvsala@ibercaja.es | rwi@nbim.no |
| rvturner@bloomberg.net | rwijgerse@bloomberg.net |
| rvv@nbim.no | rwilliams@bloomberg.net |
| rw@gruss.com | rwilliams@cavanalhill.com |
| rw35@ntrs.com | rwilliams@halcyonllc.com |
| rw57@ntrs.com | rwilliams@willcap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| rwilliams1@worldbank.org | ryan.amerman@aiminvestments.com |
| rwilliamson@pictet.com | ryan.avrett@4086.com |
| rwilson@essexinvest.com | ryan.b.tse@jpmorgan.com |
| rwindle@bloomberg.net | ryan.beach@usaa.com |
| rwininge@microsoft.com | ryan.bernardi@usbank.com |
| rwinkowski@federatedinv.com | ryan.bierds@bbandt.com |
| rwinter@groupama-am.fr | ryan.bloom@himco.com |
| rwisentaner@kio.uk.com | ryan.blute@pimco.com |
| rwish@hbk.com | ryan.brady@nationalcity.com |
| rwitmer@bbhc.com | ryan.braniff@barclaysglobal.com |
| rwk.cdu@adia.ae | ryan.brogan@fmr.com |
| rwl@capitalworld.com | ryan.burkett@barclaysglobal.com |
| rwlangway@wellington.com | ryan.bushman@micorp.com |
| rwlee@ibtco.com | ryan.c.karaian@bankofamerica.com |
| rwm1@ntrs.com | ryan.carrington@ge.com |
| rwolfe@lehman.com | ryan.clarkson@pimco.com |
| rwolinsky@dkb.com | ryan.curdy@wellsfargo.com |
| rwolters@aegon.nl | ryan.day@gcm.com |
| rwomack@mws.com | ryan.degnitz@acuity.com |
| rwong@dkpartners.com | ryan.downey@mackayshields.com |
| rwonghk@bloombeg.net | ryan.e.lowe@wellsfargo.com |
| rwood@ers.state.tx.us | ryan.e.meltzer@jpmchase.com |
| rwoodall@fandc.co.uk | ryan.egan@morganstanley.com |
| rwoodard11@bloomberg.net | ryan.eisenbeis@edwardjones.com |
| rwq@ubp.ch | ryan.english@53.com |
| rwright@dsaco.com | ryan.erin@principal.com |
| rwrighton@barrowhanley.com | ryan.feeney@morganstanley.com |
| rws@sitinvest.com | ryan.fitzsimon@drkw.com |
| rwsimmon@princeton.edu | ryan.foster@alliancebernstein.com |
| rwsnyder@uss.com | ryan.foster@soros.com |
| rwu@halcyonllc.com | ryan.fox@ge.com |
| rwyke@eatonvance.com | ryan.freimark@huntington.com |
| rximenez@msdw.es | ryan.fulmer@aig.com |
| rxing@princeton.edu | ryan.g.huckstorf@wellsfargo.com |
| rxk@libertyview.com | ryan.garino@citadelgroup.com |
| rxkee@mas.gov.sg | ryan.gelrod@db.com |
| rxkennedy@leggmason.com | ryan.green@janus.com |
| rxn@dartmouth.edu | ryan.h.yuk@dartmouth.edu |
| ryackel@jhancock.com | ryan.hart@pimco.com |
| ryadh.boudjemadi@edf.fr | ryan.haskett@highbridge.com |
| ry-akiyama@ja-kyosai.or.jp | ryan.haynes@us.schroders.com |
| ryakubik@pacificincome.com | ryan.hutchinson@db.com |
| ryan.aj@tbcam.com | ryan.hutson@pw.utc.com |

## Lehman Brothers Holdings Inc.
### Derivatives Counterparties Email Service List

| | |
|---|---|
| ryan.jasper@4086.com | ryan.simmons@inginvestment.com |
| ryan.john@principal.com | ryan.smith@aegon.co.uk |
| ryan.johnson@columbiamanagement.com | ryan.staszewski@morleyfm.com |
| ryan.kagy@pimco.com | ryan.szakacs@blackrock.com |
| ryan.karchner@corporate.ge.com | ryan.t.monahan@bankofamerica.com |
| ryan.kelly@cna.com | ryan.valente@citadelgroup.com |
| ryan.kelly@prudential.com | ryan.w.j.choi@dartmouth.edu |
| ryan.kim@barclaysglobal.com | ryan.watkins@pimco.com |
| ryan.korinke@pimco.com | ryan.welch@fhlb.com |
| ryan.l.letchworth@jpmorgan.com | ryan.wiley@dfafunds.com |
| ryan.lanphere@pimco.com | ryan.witko@blackrock.com |
| ryan.lecznar@pimco.com | ryan.yeo@icprc.com |
| ryan.lim@csfb.com | ryan@aigfpc.com |
| ryan.m.metcalf@bankofamerica.com | ryan@apothcap.com |
| ryan.martin@barclaysglobal.com | ryan@bpviinc.com |
| ryan.martinez@wnco.com | ryan@ellington.com |
| ryan.mccann@columbiamanagement.com | ryan@incomeresearch.com |
| ryan.mccann@wamu.net | ryan@roxcap.com |
| ryan.mcdonald@db.com | ryan_burgess@troweprice.com |
| ryan.mcreynolds@wellscap.com | ryan_campbell@ssga.com |
| ryan.mims@db.com | ryan_cottreau@putnam.com |
| ryan.molloy@moorecap.com | ryan_ferguson@scotiacapital.com |
| ryan.moss@morganstanley.com | ryan_harn@freddiemac.com |
| ryan.mostafa@us.schroders.com | ryan_henning@freddiemac.com |
| ryan.murphy@pimco.com | ryan_j_gill@vanguard.com |
| ryan.nellums@inginvestment.com | ryan_jaggers@invesco.com |
| ryan.neske@rbccm.com | ryan_langille@ssga.com |
| ryan.neupaver@pncadvisors.com | ryan_lindsay@vanguard.com |
| ryan.nugent@ubs.com | ryan_liu@cmbchina.com |
| ryan.okimura@ibtco.com | ryan_ludt@vanguard.com |
| ryan.oldham@fmr.com | ryan_m_burkart@putnam.com |
| ryan.olsen@wamu.net | ryan_maria@jpmorgan.com |
| ryan.osullivan@citadelgroup.com | ryan_parmele@fleet.com |
| ryan.parry@fmr.com | ryan_rycraw@toyota.com |
| ryan.peirce@ubs.com | ryan_turner@troweprice.com |
| ryan.polisi@lehman.com | ryan_watts@invesco.com |
| ryan.popple@chevron.com | ryan_weninger@merck.com |
| ryan.rackley@raymondjames.com | ryan_white@conseco.com |
| ryan.raymond@ubs.com | ryan_widener@hvbamericas.com |
| ryan.s.kromer@bob.hsbc.com | ryan_zannini@putnam.com |
| ryan.salomone@fmr.com | ryanaugustin@gic.com.sg |
| ryan.seghesio@oracle.com | ryanberg@northwesternmutual.com |
| ryan.sheftel@citadelgroup.com | ryandan@bloomberg.net |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

ryandenton@northwesternmutual.com
ryang@westernasset.com
ryangreg@exchange.ie.ml.com
ryanj.haartman@53.com
ryanm@bgi-group.com
ryanmiller@tiaa-cref.org
ryann.donohue@raymondjames.com
ryanpowers@bloomberg.net
ryanyeo@dbs.com
ryarlas@panagora.com
rybad@ebrd.com
rydell.wp@mellonequity.com
ryder.donahue@bnymellon.com
rye.harper@sgcib.com
ryean@stanford.edu
ryelandg@mcm.com
ryeung@lib.com
ryhanen@bloomberg.net
ryi@westernasset.com
ryiu1@bloomberg.net
ryo.daido@uk.mufg.jp
ryo_furuya@tr.mufg.jp
ryo_hasegawa@tr.mufg.jp
ryo_sawai@tr.mufg.jp
ryo_tanigawa@am.sumitomolife.co.jp
ryo_taniguchi@tr.mufg.jp
ryoichi_tani@tr.mufg.jp
ryoji.koike@bojny.com
ryoji_shimizu@tr.mufg.jp
ryosuke-tanaka@am.mufg.jp
ryou_sugie@ajinomoto.com
ryoung@essexinvest.com
ryoung@wesbanco.com
ryousei.ishida@mizuho-cb.co.jp
ryousuke.kawahara@mizuho-bk.co.jp
ryousuke.komori@mizuho-bk.co.jp
rysc@capgroup.com
ryszard.petru@bph.pl
ryu.tsujikawa@barclaysglobal.com
ryu@ftci.com
ryu@payden-rygel.com
ryugin@bloomberg.net
ryuhei.fujii@mizuhocbus.com

ryuhei_sakamoto@orix.co.jp
ryuichi@dl.dai-ichi-life.co.jp
ryuichis@dl.dai-ichi-life.co.jp
ryuusuke.awazu@mizuho-bk.co.jp
rz5@ntrs.com
rzage@faralloncapital.com
rzayas@bankofny.com
rzhab@allstate.com
rzibelli@oppenheimerfunds.com
rzielonka@westernasset.com
rzilb@sunlife.com
rzimmerman@summitbank.com
rzubak@allstate.com
rzubillaga.miami@sinvest.es
s.a.ibrahim@greenpoint.com
s.abdo@ncbc.com
s.abdowaise@alahli.com
s.acquaroli@bpbfinance.com
s.adle@lvmh.fr
s.alshamlan@alahli.com
s.asta@apioil.com
s.bandini@bloomberg.net
s.banerjee@bloomberg.net
s.banno@noemail.com
s.barber@mwam.com
s.barnhard@robeco.nl
s.belser@aigpb.com
s.benvenuti@crsm.it
s.bergakker@robeco.nl
s.bernardinello@bipielle.it
s.bichsel@robeco.nl
s.brunel@cholet-dupont.fr
s.buckley@qic.com
s.bus@robeco.nl
s.campbell@ldn.invesco.com
s.canova@bipielle.it
s.cardello@apioil.com
s.danforth@olayangroup.com
s.de.groot@interpolis.nl
s.defrancesco@fddbank.com
s.delariviere@lvmh.fr
s.delmarco@mwam.com
s.demaar@dpfs.nl

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| s.dhawan@eib.org | s.nagayama@skam.co.jp |
| s.diop@bloomberg.net | s.nakano@noemail.com |
| s.djadoenath@sl-am.nl | s.nalletamby@afdb.org |
| s.duffy@sumitomotrust.co.jp | s.noma@noemail.com |
| s.earl@sumitomotrust.co.jp | s.ogawa@noemail.com |
| s.endo@ny.tr.mufg.jp | s.olivares@telefonica.es |
| s.feiss@hsbc.guyerzeller.com | s.otake@noemail.com |
| s.ferguson@hermes.co.uk | s.pierson@eib.org |
| s.fukuzawa@mitsui.com | s.poirelle@palatine.fr |
| s.goodman@mwam.com | s.rissman@qic.com |
| s.hall@mwam.com | s.rivellini@astonbank.com |
| s.hall@noemail.com | s.satake@noemail.com |
| s.hannigan@rorerasset.com | s.scott.gregory@morganstanley.com |
| s.hasegawa@skam.co.jp | s.sekioua@afdb.org |
| s.hashiguchi@aozorabank.co.jp | s.shivram@gecapital.com |
| s.hefti@hsbc.guyerzeller.com | s.smith@qic.com |
| s.heyman@mitsubishi-trust.co.uk | s.soquar@hermes.co.uk |
| s.hirakawa@noemail.com | s.staples@ibj.co.uk |
| s.hoberg@inka-kag.de | s.stevens@macintosh.nl |
| s.hoelscher@federated.de | s.stots@sl-am.nl |
| s.hosobuchi@aozorabank.co.jp | s.swanson@alaskausatrust.com |
| s.howard@kairospartners.com | s.tait@mwam.com |
| s.hutchinson@qic.com | s.tansiokhoon@noemail.com |
| s.inada@noemail.com | s.tatsumi@noemail.com |
| s.jones@mwam.com | s.thackeray@hermes.co.uk |
| s.julius@qic.com | s.theus@dbtc.ch |
| s.k.w.de.willigen@robeco.nl | s.thomas@frankfurt-trust.de |
| s.kaemmerer@frankfurt-trust.de | s.todorovic@frankfurt-trust.de |
| s.kanodia@robeco.nl | s.toya@mitsui.com |
| s.kikuchi@jahs.or.jp | s.vaccarino@olivetti.com |
| s.kobayashi@noemail.com | s.van.den.heuvel@robeco.nl |
| s.kogler@staedtische.co.at | s.van.eijkern@robeco.nl |
| s.kono@noemail.com | s.van.heijst@robeco.nl |
| s.kyoutaki@aozorabank.co.jp | s.vigoni@aston-bond.com |
| s.latorre@rpweb.it | s.vranken@bnpparibas.com |
| s.lie@robeco.nl | s.waite@mwam.com |
| s.lujin@lvmh.fr | s.white@bspf.co.uk |
| s.mansouri@ncbc.com | s.yonemori@tokyostarbank.co.jp |
| s.matalon@probtp.com | s_cho@meijiyasuda.co.jp |
| s.matsumura@meijiyasuda.co.jp | s_giontzis@putnam.com |
| s.min@samsung.com | s_howley@putnam.com |
| s.murphy@naspadub.ie | s_leon@bancourquijo.es |
| s.nagao@noemail.com | s_medina@putnam.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| s_moeckel@amwestka.de | sabine.gast@commerzbanib.com |
| s_pomerantz@yahoo.com | sabine.heidrich@s-versicherung.at |
| s_preve@putnam.com | sabine.hubler-guy@dresdner-bank.ch |
| s_ramamurthy@putnam.com | sabine.hummel@hauck-aufhaeuser.de |
| s_tanaka@meiji-life.co.jp | sabine.jenet-loewe@lrp.de |
| s_tanaka@meijiyasuda.co.jp | sabine.koenig@bhf-bank.com |
| s_tindall@yahoo.com | sabine.krueger@dekabank.de |
| s_williams@oppenheimerfunds.com | sabine.mueller@dekabank.de |
| s_yagi@nochubank.or.jp | sabine.mueller@wwasset.de |
| s0884@mb.rosenet.ne.jp | sabine.nowak@postbank.de |
| s094596@income.com.sg | sabine.otto@dkib.com |
| s1.tanaka@aozorabank.co.jp | sabine.rahn@dghyp.de |
| s192jmw@zionsbank.com | sabine.riga@nagelmackers.be |
| s2.yamaguchi@aozorabank.co.jp | sabine.schrafl@dekabank.de |
| s221drg@zionsbank.com | sabine.sekutor@de.bosch.com |
| s221jeb@zionsbank.com | sabine.shel@henkle.com |
| s3f@americancentury.com | sabine.staeuble@csam.com |
| s4.nakamura@aozorabank.co.jp | sabine.stahl@trinkaus.de |
| s5c@americancentury.com | sabine.theis@sk-koeln.de |
| s7m@americancentury.com | sabine.weiler@bbh.com |
| sa@farcap.com | sabine_fethiere@ml.com |
| sa@formuepleje.dk | sabita.kumar@avmltd.com |
| saabramowitz@wellington.com | sabitkh@halykbank.kz |
| saad.hammoud@hsbcgroup.com | sabrina.becker@eurizoncapital.lu |
| saad.siddiqui@morganstanley.com | sabrina.bowens@truscocapital.com |
| saad@bloomberg.net | sabrina.girelli@bancaprofilo.it |
| saaish.sukumaran@ae.abnamro.com | sabrina.jones@hsbcib.com |
| saamer.azzuz@arabbanking.com | sabrina.liu@soros.com |
| saba_hekmat@nylim.com | sabrina.manco@ubm.it |
| sabar@ellington.com | sabrina.massucco@mpssgr.it |
| sabdikeev@jp.statestreet.com | sabrina.meyer@bnpparibas.com |
| sabe@dl.dai-ichi-life.co.jp | sabrina.sperow@fmr.com |
| saberry@lnc.com | sabrina_rodriguez-harte@freddiemac.com |
| sabina.sardi@soditic.co.uk | sabrine.waismann@lgim.co.uk |
| sabina_ciminero@putnam.com | sabya.sinha@columbiamanagement.com |
| sabine.baton@cail.lu | sabya_roy@acml.com |
| sabine.bauer@hvb.de | sacchitello_michael@jpmorgan.com |
| sabine.bollo@db.com | sacha.bacro@blackrock.com |
| sabine.cosse@sgam.com | sacha.bernasconi@ubs.com |
| sabine.depauw@dexia-am.com | sacha.demicheli@bsibank.com |
| sabine.doebeli@zkb.ch | sacha.deutsch@ruedblass.ch |
| sabine.fischer@kfw.de | sacha.devittori@credit-suisse.com |
| sabine.fruehn@dws.de | sacha.fischer@credit-suisse.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sacha.green@insightinvestment.com
sacha.haymoz@credit-suisse.com
sacha.hoek@rreef.com
sacha.holderegger@ubs.com
sacha.mingard@bcv.ch
sacha.sadan@gartmore.com
sacha.vicente@bankcoop.ch
sacha.widin@credit-suisse.com
sacha.wright@uk.fid-intl.com
sacha.ziegler@zkb.ch
sachiko.okuma@jp.pimco.com
sachin.bawale@sscims.com
sachin.divecha@highbridge.com
sachin.mehra@gm.com
sachin.patel@glgpartners.com
sachin.patodia@fmr.com
sachintulyani@northwesternmutual.com
sachse@caxton.com
sack@apolloic.com
sadahito_tomioka@tokaitokyo.co.jp
sadakata@nam.com
saddlerock@gothamcapital.com
sadiehsu@tcbank.com.tw
sadik.culcuoglu@lmginv.com
sadiqa_brown@freddiemac.com
sadok.moussa-djarrara@bnpparibas.com
sadowsth@sdm.cic.fr
sadruddin.rejeb@rmm.im
saeedmirza@bloomberg.net
saeger.erich@principal.com
saeki_hiroaki@dn.smbc.co.jp
saeki-nobukazu@mitsubishi-sec.co.jp
saeko.saker@mizuhocbus.com
safak.alptekin@finansbank.com.tr
safal.durg@deshaw.com
safarina@bi.go.id
safia.abdullah@tcw.com
safra@bloomberg.net
safran@cooperindustries.com
safsd@arbor.com
safura@maybank.com.my
sag.em@adia.ae
sagabond@bloomberg.net

sagacmt@pluto.plala.or.jp
sagalyt@cmbchina.com
sagar.parikh@tcw.com
sagar.sheth@ubs.com
sagnewhuke@ustrust.com
sagorman@wellington.com
sagrawal@mmsa.com
sagretelis@jhancock.com
sah.eu@adia.ae
sah@nbim.no
sahashi.dli@dial.pipex.com
sahiba.chadha@invescoaim.com
sahiba.chadha@usa.dupont.com
sahil.tandon@morganstanley.com
sahlner@bankofny.com
sahmed@manubank.com
sahn7@bloomberg.net
sahoda@nam.co.jp
sai@wharton.upenn.edu
saibal.mukherjee@ubs.com
said.oumar@axa-im.com
saide.el-hachem@sgam.com
saidman@bwater.com
saied_simozar@putnam.com
saikat.kumar@nbf.ae
saikatc@wharton.upenn.edu
saintlee@koreaexim.co.kr
saintral@sdm.cic.fr
sairam.muthialu@citadelgroup.com
saito.shigeru@daiwa-am.co.jp
saito-s@daiwasbi.co.jp
saitou_toshikazu@mail.asahi-life.co.jp
saiyi_he@blackrock.com
saiz@bloomberg.net
sajal.choudhury@moorecap.co.uk
saji@mas.gov.sg
saji@nam.co.jp
sa-jinno@ja-kyosai.or.jp
sajiv.vaid@rlam.co.uk
sajjad.hussain@ocwen.com
sajjad.naqvi@tcw.com
sajjad@bloomberg.net
sajjadl@nb.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sajl@capgroup.com | salah.amraoui@bnpparibas.com |
| saka@dl.dai-ichi-life.co.jp | salah@kuwait-fund.org |
| sakae.igarashi@sumitomotrust.co.jp | salamercati@biver.it |
| sakae@daiwa-am.co.jp | salangone@wellington.com |
| sakae@nam.co.jp | salarcon@hcmlp.com |
| sakaguchi19592@nissay.co.jp | salarie@statestreet.com |
| sakai@nam.co.jp | salateeqi@kio.uk.com |
| sakai@tmam.co.jp | salatti@swisscap.com |
| sakai-masaki@mitsubishi-sec.co.jp | salawwad@bloomberg.net |
| sakamoto@daiwa-am.co.jp | salb@sierraglobal.com |
| sakamoto@nam.com | salbane@ftci.com |
| sakamoto723@dl.dai-ichi-life.co.jp | salbashir@aol.com |
| sakari.saro@dexia-bil.com | salbert@bloomberg.net |
| sakata@daiwa-am.co.jp | salbert@us.nomura.com |
| sakauchi@nam.co.jp | salbrecht@federatedinv.com |
| sakazaki02240@nissay.co.jp | salbrecht1@bloomberg.net |
| sakeda@bloomberg.net | salchow@tk.thyssenkrupp.com |
| saker.nusseibeh@tcw.com | saleem@anb.com.sa |
| saket.anand@fmr.com | salehs@kia.gov.kw |
| saket.saurabh.wg09@wharton.upenn.edu | sales.bischofberger@aigpb.com |
| sakiko_reuterskiold@putnam.com | salesservi1@bloomberg.net |
| sa-kin@kddi.com | salesservi2@bloomberg.net |
| sakis@adia.co.uk | salestrading@juliusbaer.fr |
| sakita@btmna.com | salfaghm@saib.com.sa |
| sakono_kenji@vr.smbc.co.jp | saliha.garah-nielsen@db.com |
| saksak1@bloomberg.net | salil.sharma@hcmny.com |
| saktiandi@mas.gov.sg | salil_bhatt@freddiemac.com |
| saku.santavirta@aktia.fi | salim.hart@fmr.com |
| saku1@bloomberg.net | salim.hasnat@rabobank.com |
| sakuma@nam.co.jp | salim.khanachet@bbh.com |
| sakuma02858@nissay.co.jp | salim.saab@commerzbankib.com |
| sakumi@bloomberg.net | salim.samaha@global-infra.com |
| sakuragi_toshiharu@yk.smbc.co.jp | salima.gebleux@cpr-am.fr |
| sakurai@daiwa-am.co.jp | salima.remtulla@deshaw.com |
| sakurai@daiwasbi.co.jp | salimah.osman@nordlb.com |
| sal.digangi@inginvestment.com | salina@bnm.gov.my |
| sal.esposito@bloomberg.net | salinas.martinez@grupobbva.com |
| sal.mirran@bankofamerica.com | salisbuj@strsoh.org |
| sal.pramas@pioneerinvest.com | saliya_wijesekera@freddiemac.com |
| sal@sbsi.com | sallabanda@gic.com.sg |
| sal_demarco@sbtorsvr123.tor.scotia-mcleod.com | sallang@bloomberg.net |
| sal_mirran@fanniemae.com | sallen@hbk.com |
| sala.mercados@servibanca.pt | sallen@silchester.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| salloy@oddo.fr | salvatore.bruno@am.generali.com |
| salluemi@cajamadrid.es | salvatore.colli@saipem.eni.it |
| sally.2.davis@bt.com | salvatore.cordaro@bsibank.com |
| sally.dessloch@ubs.com | salvatore.deangelis@jpmorgan.com |
| sally.english@ubs-oconnor.com | salvatore.di.vincenzo@bpm.it |
| sally.gilding@db.com | salvatore.difrancesco@daiwausa.com |
| sally.godley-maynard@hsbcib.com | salvatore.fruscione@bancaakros.it |
| sally.greig@bailliegifford.com | salvatore.leanza@bnpparibas.com |
| sally.mellon@citadelgroup.com | salvatore.liprino@antonveneta.it |
| sally.ritter@aig.com | salvatore.martone@ge.com |
| sally.stoffel@ubs.com | salvatore.parascandola@blackrock.com |
| sally.walden@uk.fid-intl.com | salvatore.r.mule@db.com |
| sally.waugh@tudor.com | salvatore.russo@snamretegas.it |
| sally.williams@bg-group.com | salvatore.sama@lazard.com |
| sally.wirts@glenmede.com | salvatore.santostefano@db.com |
| sally.yu@barclaysglobal.com | salvatore.stincone@db.com |
| sally_au-yeung@freddiemac.com | salvatore.torrisi@fiamm.com |
| sally_panicker@morganstanley.com | salvatore.zeolla@barclaysglobal.com |
| sally_sancimino@msdw.com | salvatore_amato@swissre.com |
| sally_springer@newton.co.uk | salvatore_dellagrotta@putnam.com |
| sally_williamson@freddiemac.com | salvatore_esposito@hvbamericas.com |
| sally-ann.dunphy@bbh.com | salvatore_tornello@fleet.com |
| sallychua@dbs.com | salwa_boussoukaya@lazard.fr |
| sallyong@sumitomotrust.co.jp | salwabil1@bloomberg.et |
| salma.baho@axa-im.com | sam.assamongkol@citadelgroup.com |
| salmas@ibjwhitehall.com | sam.ball@insightinvestment.com |
| salome.abla-bloomquist@lacrosseglobal.com | sam.bapasola@blackrock.com |
| salome.camur@renault.com | sam.bathia@ppm-uk.com |
| salome.venter@resbank.co.za | sam.bullard@wachovia.com |
| saloni.nagpal@shell.com | sam.cairns@gs.com |
| salothman@kio.uk.com | sam.caroll@morganstanley.com |
| salpert@glickenhaus.com | sam.chantana@axa-im.com |
| salpukas@nytimes.com | sam.chui@bmo.com |
| salsane@kio.uk.com | sam.crocker@wamu.net |
| saltong@fcsamerica.com | sam.deva@fmr.com |
| saltzman@ellington.com | sam.diamond@nacm.com |
| saltzmangk@aetna.com | sam.finkelstein@gs.com |
| salujav@jwseligman.com | sam.fusco@ppmamerica.com |
| salvatore.aiello@morganstanley.com | sam.garza@tcw.com |
| salvatore.aliotta@bancacrasti.it | sam.gere@lazard.com |
| salvatore.amato@marshallfunds.com | sam.gouch@db.com |
| salvatore.amorello@db.com | sam.hill@threadneedle.co.uk |
| salvatore.bonello@moorecap.com | sam.holl@morleyfm.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sam.horowitz@rabo-bank.com | sam_mason@invesco.com |
| sam.houlie@investecmail.com | sam_shiu@scotiacapital.com |
| sam.hunter-nolan@statestreet.com | sam_wilkins@standardlife.com |
| sam.ingham@abbey.com | sam8771.huang@hncb.com.tw |
| sam.jones@calvert.com | samahogg@bankofny.com |
| sam.k.cheung@jpmorgan.com | samand@ofivalmo.fr |
| sam.lam@ubs.com | samantha.abner-wallace@bankofamerica.com |
| sam.lloyd@barclaysglobal.com | samantha.ashworth@cwcom.co.uk |
| sam.mcgairl@uk.bnpparibas.com | samantha.bacon@alliancebernstein.com |
| sam.morley@threadneedle.co.uk | samantha.bartlett@barclaysglobal.com |
| sam.morse@uk.fid-intl.com | samantha.burden@blackrock.com |
| sam.moyn@gwl.com | samantha.bush@uk.fid-intl.com |
| sam.myhrman@uk.fid-intl.com | samantha.gleave@flemings.com |
| sam.otchere@thehartford.com | samantha.glennerster@nationwide.co.uk |
| sam.pallotta@gm.com | samantha.harrison@pimco.com |
| sam.patel@barclaysglobal.com | samantha.li@tdsecurities.com |
| sam.patterson@moorecap.com | samantha.m.cunningham@aib.ie |
| sam.pearlman@avmltd.com | samantha.moran@ge.com |
| sam.perry@db.com | samantha.nel@threadneedle.co.uk |
| sam.polyak@piog.com | samantha.pandolfi@gs.com |
| sam.pulsford@barclaysglobal.com | samantha.stephenson@uk.calyon.com |
| sam.radnor@glgpartners.com | samantha.wilson@jpmorganfleming.com |
| sam.rahman@fmr.com | samantha.wong@lbbwsg.com |
| sam.riter@blackrock.com | samantha_foster@acml.com |
| sam.rosenthal@mortgagefamily.com | samantha_lamb@standardlife.com |
| sam.sezeto@ilim.com | samantha_lau@acml.com |
| sam.smith@peregrinecapital.com | samantha_tan@ml.com |
| sam.spencer@glgpartners.com | samantha_thalji@freddiemac.com |
| sam.szeto@ilim.ie | samba@hvbamericas.com |
| sam.thelen@jnli.com | sambine.tomber@puilaetco.com |
| sam.turner@wachoviasec.com | sambou.makalou@redwoodtrust.com |
| sam.wald@fmr.com | sambroceo@statestreet.com |
| sam.weinstock@nordlb.com | sambrogi1@bloomberg.net |
| sam.yee@ppmamerica.com | samcmeni@ibtco.com |
| sam@baupost.com | samco_treasury@shell.com |
| sam@ikos.co.uk | sameer.arsiwala@morganstanley.com |
| sam@primco.com | sameer.bhalla@lmginv.com |
| sam@wasatchadvisors.com | sameer.jain@barclaysglobal.com |
| sam@wooribank.com | sameer.kero@credit-suisse.com |
| sam_baldwin@hen.invesco.com | sameer.malik@morganstanley.com |
| sam_chang@nacm.com | sameer.maru@gs.com |
| sam_essling@cargill.com | sameer.parab@barclaysglobal.com |
| sam_li@freddiemac.com | sameer.sabharwal@eagleasset.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sameer.vaghela@gs.com | sammy_yip@ssga.com |
| sameera.waheed@citigroup.com | samoroso@frk.com |
| sameet.desai@soros.com | sampathj@stanford.edu |
| sameh.khalil@cibeg.com | sampats@nationwide.com |
| sameh@mginvestors.com | sampei@nam.co.jp |
| samei@nam.co.jp | samphoen@gic.com.sg |
| samelung@metzler.com | samrah.kazmi@wachovia.com |
| samer.helou@axa-im.com | sams.scott@principal.com |
| samer.saleh@db.com | samu.slotte@nib.fi |
| samho@aol.com | samual@sgsfunds.com |
| samhopkins@bloomberg.net | samual_hecker@troweprice.com |
| sami.ahmad@gs.com | samuel.adu@himco.com |
| sami.kermiche@barep.com | samuel.alexandrine@labanquepostale-am.fr |
| sami.mesrour@barclaysglobal.com | samuel.atanasio@alliancebernstein.com |
| sami.tamer@erstebank.at | samuel.baumann@credit-suisse.com |
| samia.behbehani@credit-suisse.com | samuel.burick@bankofamerica.com |
| samir.bederr@labanquepostale-am.fr | samuel.e.belk@dartmouth.edu |
| samir.belarbi@dexia-crediop.it | samuel.epee-bounya@columbiamanagement.com |
| samir.bentekaya@tres.bnc.ca | samuel.etheridge@aberdeen-asset.com |
| samir.bhatt@highbridge.com | samuel.gottesman@mizuhocbus.com |
| samir.charif@danskebank.dk | samuel.guillet@synchrony.ch |
| samir.essafri@axa-im.com | samuel.hui@ap.ing.com |
| samir.master@pharma.novartis.com | samuel.kidston@blackrock.com |
| samir.parikh@ubs.com | samuel.kim@citadelgroup.com |
| samir.patel@daiwausa.com | samuel.kim@ubs.com |
| samir.ramdane@groupe-mma.fr | samuel.lau@db.com |
| samir.sikka@tcw.com | samuel.lau@tcw.com |
| samir.sweidan@riyadbank.com | samuel.lopezbriceno@gs.com |
| samira.clair@bnpparibas.com | samuel.mueller@lbswiss.ch |
| samira.laouer@nordlb.com | samuel.naccache@caam.com |
| samit.ghosh@ge.com | samuel.oubadia@lodh.com |
| samit.paul@geind.ge.com | samuel.pang@hk.fortis.com |
| samitha.gajameragedara@global-infra.com | samuel.perrard@labanquepostale-am.fr |
| samitnathirmal@gic.com.sg | samuel.perruchoud@aexp.com |
| samkang1@hanmail.net | samuel.pinto@lcfr.fr |
| samlee@chb.co.kr | samuel.silver@prudential.com |
| sammarco.giorgia@italease.it | samuel.smith@fmr.com |
| sammi.teng@chinatrust.com.tw | samuel.tung@barclaysglobal.com |
| sammi.truong@pioneerinvest.com | samuel.wardwell@pioneerinvest.com |
| sammy.cheung@lgt.com | samuel.weaner@vanguard.com.au |
| sammy.sangiovanni@wachovia.com | samuel.wilamowsky@alliancebernstein.com |
| sammy.simnegar@fmr.com | samuel.wilson@fmr.com |
| sammy.skovronek@bdl.lu | samuel@temasek.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| samuel_albert@cargill.com | sandersb@kochind.com |
| samuel_chamovitz@putnam.com | sanderskow@mcdinvest.com |
| samuel_hecker@troweprice.com | sanderson@us.nomura.com |
| samuel_murray@aimfunds.com | sanderson@ustrust.com |
| samuel_silver@amrcorp.com | sandersonr@gruppocredit.it |
| samuela.sacchi@bnlmail.com | sanderwald@bellevue.ch |
| samuele.marafin@eurosgr.it | sandhya.mullangi@ppmamerica.com |
| samuele.rudelli@bsibank.com | sandi.hannon@ibtco.com |
| samuelearico@bancaintesa.it | sandi.merwitz@investecmail.com |
| samuelkim@bok.or.kr | sandie.staimesse@eu.nabgroup.com |
| samv@mcm.com | sandie.w.s.choi@hsbc.com.hk |
| samy.chaar@lodh.com | sandin_wang@putnam.com |
| samy.ibrahim@deka.de | sandip.bhagat@morganstanley.com |
| san.eu@adia.ae | sandip.taylor@citigroup.com |
| san.lie@nl.abnamro.com | sandler@bwater.com |
| san_khieu@ml.com | sandner.guenter@swm.de |
| sana.ragbir@db.com | sandnerg@landeshauptstadt.de |
| sanae.tsuchiya@jp.pimco.com | sandor.hau@gs.com |
| sanat.mishra@fmr.com | sandor.sigrist@pksbb.ch |
| sanat_shankardass@freddiemac.com | sandor_steverink@deltalloyd.nl |
| sanchez.blanco@grupobbva.com | sandra.a.wynter@jpmchase.com |
| sanchez_laura@sinvest.es | sandra.armetta@.ubm.com |
| sancho.chan@sunlife.com | sandra.bagulho@cgd.fr |
| sanchototo@yahoo.co.kr | sandra.baltazar@bsnp.pt |
| sancruri@yahoo.co.kr | sandra.bernard@cpr-am.fr |
| sanda.molotcovroustel@axa-im.com | sandra.bonardi@ersel.it |
| sanda_pesut@fanniemae.com | sandra.borland@blackrock.com |
| sandeep.a.saggar@pfizer.com | sandra.cafazzo@ubs.com |
| sandeep.bhargava@jpmorgan.com | sandra.caraballo@ibtco.com |
| sandeep.bhatia@silvantcapital.com | sandra.chow@dillonread.com |
| sandeep.bhatia@ubs.com | sandra.cidda@ersel.it |
| sandeep.brion@swib.state.wi.us | sandra.crane@uk.fid-intl.com |
| sandeep.chainani@morganstanley.com | sandra.curtis@alliancebernstein.com |
| sandeep_jeksaani@fanniemae.com | sandra.disse_nicodeme@novartis.com |
| sandeep_shilawat@fanniemae.com | sandra.duncan@cominvest-am.com |
| sandeep_varma@symantec.com | sandra.erne@vpbank.com |
| sander.boelen@nl.abnamro.com | sandra.goldschneider@ubs.com |
| sander.fynboe@uk.danskebank.com | sandra.gowlett@g-icap.com |
| sander.huizinga@azl-group.com | sandra.guerrero@barclaysglobal.com |
| sander.van.riel@achmea.nl | sandra.gueth@trinkaus.de |
| sander_vijselaar@deltalloyd.nl | sandra.haase@dzbank.de |
| sanderje@wellsfargo.com | sandra.hernandez@opco.com |
| sanders@bessemer.com | sandra.hind@altria.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sandra.holdsworth@threadneedle.co.uk | sandrap@bll.co.il |
| sandra.jenks@morgankeegan.com | sandrews@qgcapital.com |
| sandra.kehrmann@allianz.de | sandrine.bastide@banque-bpsd.fr |
| sandra.kochanski@sparkasse-hannover.de | sandrine.beyaert@ca-assetmanagement.fr |
| sandra.l.yeager@usa.dupont.com | sandrine.bon@lodh.com |
| sandra.lievens@belgacom.be | sandrine.causse@everbank.com |
| sandra.liyanage@rothschild.co.uk | sandrine.gregoire@seb.lu |
| sandra.lourenco@caam.com | sandrine.guerin@creditfoncier.fr |
| sandra.mcneillie@lgim.co.uk | sandrine.levallegan@caam.com |
| sandra.nunes@rbc.om | sandrine.magloire@us.socgen.com |
| sandra.okeefe@ge.com | sandrine.notari@gottardo.com |
| sandra.oliveira@chq.alstom.com | sandrine.pariente@mpsa.com |
| sandra.panzner@bhf-bank.com | sandrine.rabel@sncf.fr |
| sandra.parisi@nestle.com | sandrine.richard@axa-im.com |
| sandra.partouche@fibimail.co.il | sandrine.vannier@sgam.com |
| sandra.pernet@bcv.ch | sandro.antonucci@lodh.com |
| sandra.rizzuto@ubm.it | sandro.baechli@claridenleu.com |
| sandra.s.kruis-schuiten@si.shell.com | sandro.campanile@credit-suisse.com |
| sandra.schaufler@db.com | sandro.campestrini@ubs.com |
| sandra.solange@db.com | sandro.canuti@bsibank.com |
| sandra.sorg@claridenleu.com | sandro.croce@lodh.com |
| sandra.stahel@claridenleu.com | sandro.curzola@am.generali.com |
| sandra.steinbuechel@sparkasse-koelnbonn.de | sandro.dellasala@corner.ch |
| sandra.strauss@dzbank.de | sandro.dittli@leu.com |
| sandra.sullivan@blackrock.com | sandro.dorigo@juliusbaer.com |
| sandra.tessarek@westam.com | sandro.doudin@zurich.com |
| sandra.tordin@ch.abnamro.com | sandro.l.apostolico@jpmorgan.com |
| sandra.trino@credit-suisse.com | sandro.lozza@ubs.com |
| sandra.valentini@enel.it | sandro.matta@pioneerinvest.it |
| sandra.wawrzyniak@collineo-am.com | sandro.mattle@credit-suisse.com |
| sandra.weck@pncbank.com | sandro.merino@ubs.com |
| sandra.willens@insightinvestment.com | sandro.monti@bsibank.com |
| sandra.zerbo@usbank.com | sandro.pierri@pioneerinvest.it |
| sandra_ballard@bankone.co | sandro.rosa@claridenleu.com |
| sandra_de_brouwer@deltalloyd.nl | sandro.scalabrino@popso.it |
| sandra_fisher@ml.com | sandro.streit@snb.ch |
| sandra_harris@invesco.com | sandro.volpe@capitalia-am.com |
| sandra_k_lehr@keybank.com | sandro.zwyssig@ubs.com |
| sandra_miles@freddiemac.com | sandro@saadgroup.com |
| sandra_vogel@rsausa.com | sandro_galfetti@swissre.com |
| sandra_young@hancockbank.com | sandrodidio@libero.it |
| sandra1.williams@prudential.com | sandy.black@insightinvestment.com |
| sandrabrown@jhancock.com | sandy.boes@nctrust.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sandy.bruce@commerzbank.com | sanja.milas-hardy@umb.com |
| sandy.chin@moorecap.com | sanjai.bhonsle@rbccm.com |
| sandy.christie@blackrock.com | sanjay.chawla@axa-im.com |
| sandy.goyal@nb.com | sanjay.dhawan@cendantmortgage.com |
| sandy.hall@state.co.us | sanjay.gupta@insightinvestment.com |
| sandy.heilman@jpmorgan.com | sanjay.j.bhide@si.shell.com |
| sandy.issanchou@dexia-am.com | sanjay.jhaveri@vontobel.ch |
| sandy.loperfito@stbank.net | sanjay.joshi@londonandcapital.com |
| sandy.naim@swipartnership.co.uk | sanjay.kashyap@jpmorganfleming.com |
| sandy.ng@lbbwus.com | sanjay.mazumdar@gs.com |
| sandy.panetta@columbiamanagement.com | sanjay.oberoi@fidelity.de |
| sandy.rattray@glgpartners.com | sanjay.pandya@icbclondon.com |
| sandy.schoemaker@bbl.be | sanjay.patel@nomura-asset.co.uk |
| sandy.szakach@ppmamerica.com | sanjay.roy@blackrock.com |
| sandy.yun@morganstanley.com | sanjay.roy@wellsfargo.com |
| sandy_blitzer@gmacm.com | sanjay.soni@barclaysglobal.com |
| sandy_boes@ustrust.com | sanjay.verma@morganstanley.com |
| sandy_chan@new-alliance.com | sanjay.yadav@barclaysglobal.com |
| sandy_koch@america.hypovereinsbank.com | sanjay_bhasin@westlb.co.uk |
| sandy_richards@progressive.com | sanjay_bhatt@fanniemae.com |
| sandy_wong-ng@ssga.com | sanjay_bhatt@westlb.com |
| sandyhertzfeld@pershing.com | sanjay_chopra@putnam.com |
| sandylim@gic.com.sg | sanjay_jagtiani@invesco.com |
| sandymehta@wellington.com | sanjay_shah@putnam.com |
| sandyrivas@northwesternmutual.com | sanjayab@fhlbcin.com |
| sandyshiau@aegon.com.tw | sanjeev.gogna@de.pimco.com |
| sandysm@bloomberg.net | sanjeev.khemlani@jpmorgan.com |
| sanem.bilgin@alliancebernstein.com | sanjeev.shah@alliancebernstein.com |
| sang.han@tdsecurities.com | sanjeev.shah@uk.fid-intl.com |
| sangbin.park@hanabank.com | sanjib.datta@threadneedle.co.uk |
| sangeeta.marfatia@ubs.com | sanjiv.garg@unicapital.com.hk |
| sangela@stw.com | sanjiv.tumkur@alliancebernstein.com |
| sanghee_lee@samsung.com | sanjiv@avmltd.com |
| sangho.d.jung@samsung.com | sanju.raturi@tdsecurities.com |
| sanghoon.ahn@hanvitbank.co.kr | sanju_raturi@scotiacapital.com |
| sanghoon.kim@lazard.com | sankara@lehman.com |
| sanghoonkim@hanabank.com | sannawong@hsbc.com.hk |
| sangsoo2.kim@hnanbank.com | sanne.sylvest@danskebank.dk |
| sang-sub_lee@freddiemac.com | sano.masaki@daido-life.co.jp |
| sangwan.kang@lehman.com | sano-k@ga.toyo-eng.co.jp |
| sangwooh@naver.com | sanroman_a@telefonicamoviles.com |
| sangyoonkim@hanabank.com | sansel@russell.com |
| sani@us.danskebank.com | sansman.hkdb@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sant.int1@interbusiness.it | sara.gragg@6thaveinvest.com |
| santamrm@bloomberg.net | sara.grohl@aig.com |
| santiago.debareno@grupobbva.com | sara.halbard@icgplc.co.uk |
| santiago.fernandez@prudential.com | sara.hellberg@glgpartners.com |
| santiago.fernandez-de-lis@bde.es | sara.johnson@bcbsfl.com |
| santiago.mora@andbanc.com | sara.jones.nonemployee@pnc.com |
| santiagt@wellsfargo.com | sara.kellersman@alliancebernstein.com |
| santir@bot.or.th | sara.klabacha@harrisbank.com |
| santitarn@gic.com.sg | sara.marrocu@capitalia-am.com |
| santo.di.pollina@bcv.ch | sara.meier@csam.com |
| santodomingob@saccounty.net | sara.metelli@ubm.it |
| santoro@bpintra.it | sara.mills.ht5g@statefarm.com |
| santosa@bni.co.id | sara.niemann@hypointernational.com |
| santosh.kumar@morganstanley.com | sara.obrien@columbiamanagement.com |
| santosh.varki@rbccm.com | sara.pollack@pimco.com |
| santosh.varki@us.rbcds.com | sara.press.pdjb@statefarm.com |
| sanvi@seas.upenn.edu | sara.sechi@pioneerinvest.it |
| sanville.t@mellon.com | sara.shea@bankofamerica.com |
| sanzolga@sabadellatlantico.com | sara.spock@nationalcity.com |
| saoirse.jones@zurich.com | sara.stein@stephens.com |
| saori.mitsuta@pimco.com | sara.sterckx@statestreetnl.com |
| saori.tajima@schroders.com | sara.weisser@db.com |
| saori_nara@mitsubishi-trust.co.jp | sara.wigmore@db.com |
| sap39@cornell.edu | sara_alasfour@yahoo.com |
| sapan.b.shah@jpmorgan.com | sara_cole@kdb.co.kr |
| sapna.shah@pimco.com | sara_dauber@putnam.com |
| sapons@wellington.com | sara_divello@ssga.com |
| sar.em@adia.ae | sara_earle@conseco.com |
| sara.alexander@avmltd.com | sara_leslie@ustrust.com |
| sara.alvarado@sunlife.com | sara_lowne@newton.co.uk |
| sara.amato@mpsgr.it | sara_mcclelland@aimfunds.com |
| sara.arfwidson@robur.se | sara_sampsell@riggsbank.com |
| sara.arfwidsson@swedbankrobur.se | sara_zielske@troweprice.com |
| sara.bertogali@ubm.it | saraa@kia.gov.kw |
| sara.bolduc@uk.fid-intl.com | sarab@kia.gov.kw |
| sara.carabella@salamercati.it | sarac@boi.gov.il |
| sara.caselunghe@bancaakros.it | saraghi@frk.com |
| sara.cotter@ubs.com | sarah.a.smith@bnpparibas.com |
| sara.fischer@lazard.com | sarah.arkle@threadneedle.co.uk |
| sara.freedman@robecoinvest.com | sarah.bagnall@ppm-uk.com |
| sara.gardiner-hill@db.com | sarah.belitz@pacificlife.com |
| sara.gennari@gestielle.it | sarah.beraud@bgpi.com |
| sara.gomes@bcb.gov.br | sarah.boardman@fidelity.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sarah.boden@sainsburys.co.uk | sarah.kern@dexia-bil.com |
| sarah.bradford@paccar.com | sarah.kline@lehman.com |
| sarah.briggs@huntington.com | sarah.kostezer@ubs.com |
| sarah.brindle@pimco.com | sarah.l.mcavoy@bankofamerica.com |
| sarah.butt@silchester.com | sarah.lamb@bnpparibas.com |
| sarah.capozzo@kofc.org | sarah.lee@rabobank.com |
| sarah.cheam@ibtco.com | sarah.lu@axa-im.com |
| sarah.cheung@columbiamanagement.com | sarah.luetgert@wmam.com |
| sarah.christian@drkw.com | sarah.luget@db.com |
| sarah.collett@aig.com | sarah.martin@sgam.com |
| sarah.collins@ubs.com | sarah.mcdonald@uk.bnpparibas.com |
| sarah.craig@juliusbaer.com | sarah.mcgaughy@pnc.com |
| sarah.curry@barclaysglobal.com | sarah.mcgill@barcap.com |
| sarah.daud@hsbcib.com | sarah.mcglyne@marks-and-spencer.com |
| sarah.devlin@morganstanley.com | sarah.mcqueen@bailliegifford.com |
| sarah.dirn@crediteurop.lu | sarah.melvin@blackrock.com |
| sarah.doenni@csam.com | sarah.merefield@citicorp.com |
| sarah.doughty@fidelity.com | sarah.morrow@huntington.com |
| sarah.driscoll@thehartford.com | sarah.nash@ge.com |
| sarah.durham@uk.fid-intl.com | sarah.neher@lbbw.de |
| sarah.dyer@csam.com | sarah.pastore@glgpartners.com |
| sarah.e.mawby@jpmorganfleming.com | sarah.pereschino@citizensbank.com |
| sarah.emberson@csam.com | sarah.pohlinger@sgam.co.uk |
| sarah.emly@jpmorgan.com | sarah.polhinger@sgam.co.uk |
| sarah.fawcett2@lloydstsb.co.uk | sarah.quirk@53.com |
| sarah.fotsch@bnpparibas.com | sarah.r.dahan@jpmorgan.com |
| sarah.gallogly@ibtco.com | sarah.redhead@ppm-uk.com |
| sarah.gannon@uk.mufg.jp | sarah.renshaw@lgim.co.uk |
| sarah.garvan@bloomberg.net | sarah.roles-ndibe@threadneedle.co.uk |
| sarah.garvey@lazard.com | sarah.russell@nl.abnamro.com |
| sarah.green@csam.com | sarah.schumacher@schwab.com |
| sarah.heatley@aa.com | sarah.shand@aberdeen-asset.com |
| sarah.hedger@ge.com | sarah.shoukimas@bbh.com |
| sarah.hewitt@wamu.net | sarah.simmons@cna.com |
| sarah.hill@nationwide.co.uk | sarah.snyder@ubsw.com |
| sarah.hollands@bnpgroup.com | sarah.stevens@bankofengland.co.uk |
| sarah.horowitz@pioneerinvestments.com | sarah.sullivan@inginvestment.com |
| sarah.hoskins@glgpartners.com | sarah.thesse@fmr.com |
| sarah.iannacone@fmr.com | sarah.thompson@ceredexvalue.com |
| sarah.j.gunn@jpmorgan.com | sarah.titterington@uk.tesco.com |
| sarah.j.murdoch@jpmorganfleming.com | sarah.tucker@raymondjames.com |
| sarah.jones@bernstein.com | sarah.wade@moorecap.com |
| sarah.kendrick@threadneedle.co.uk | sarah.wahby@claridenleu.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sarah.webb@ubs.com | sarbashis_ghosh@freddiemac.com |
| sarah.weis@swib.state.wi.us | sarbur@ebrd.com |
| sarah.whitley@bailliegifford.com | sarcaro@rnt.com |
| sarah.wild@db.com | sarfaraz.yousaf@uk.bnpparibas.com |
| sarah.williams@glgpartners.com | sargis.gevorgyan@db.com |
| sarah.williams@ppm.com | sarichter@wellington.com |
| sarah.williams@ppmamerica.com | sarif@stanford.edu |
| sarah.williams@threadneedle.co.uk | sarita.bajaj@aberdeen-asset.com |
| sarah.wilson@usaa.com | saritg@clal-fin.co.il |
| sarah@incomeresearch.com | sarju_hindocha@deltalloyd.nl |
| sarah_burckmyer@putnam.com | sarkar@wharton.upenn.edu |
| sarah_carbone@vanguard.com | sarmad.habib@ingim.com |
| sarah_coole@blackrock.com | sarnold@federatedinv.com |
| sarah_dimling@acml.com | sarnone@atlanticasset.com |
| sarah_easterly@freddiemac.com | sarosh.nanavati@ubs.com |
| sarah_k_bondurant@victoryconnect.com | sarpin@beutelgoodman.com |
| sarah_kim@glic.com | sarrajf@nbd.com |
| sarah_kong@fanniemae.com | sartigaud@bloomberg.net |
| sarah_marshall@putnam.com | sartorim@bloomberg.net |
| sarah_moore@colonialbank.com | saruhan.yucel@yapikredi.com.tr |
| sarah_percy-dove@acml.com | saryu@kocbank.com.tr |
| sarah_ringle@acml.com | sasa@daiwa-am.co.jp |
| sarah_smart@standardlife.com | sasai_masaki@dn.smbc.co.jp |
| sarah_youngson@bat.com | sasaki.k@daiwa-am.co.jp |
| sarah-03623@email.esunbank.com.tw | sasaki.koji@kokusai-am.co.jp |
| sarah-0828@email.esunbank.com.tw | sasaki.naohiko@kokusai-am.co.jp |
| sarahbevin@gic.co.uk | sasaki@nam.co.jp |
| sarah-jane.campbell@rabobank.com | sasaki_akira@dn.smbc.co.jp |
| sarah-jane.chilver-stainer@gsk.com | sasaki_toyofumi@dn.smbc.co.jp |
| sarah-jane.morley@jpmorgan.com | sasaki22692@nissay.co.jp |
| sarahlim@dbs.com.sg | sasano_toshihiro@ra.smbc.co.jp |
| sarahmclaren@gartmore.com | sasardinha@wellington.com |
| sarahw@azasrs.gov | sascha.banz@credit-suisse.com |
| sarai.montes@bspr.com | sascha.becker@allianzgi.de |
| sarandrea.massimo@italease.it | sascha.brutschin@sarasin.ch |
| sarangmc@kfb.co.kr | sascha.dilly@credit-suisse.com |
| saranja.andrews@zurich.com | sascha.gaurilavas@drkw.com |
| saranunp@bot.or.th | sascha.graf@vontobel.ch |
| sarath.madap@wachovia.com | sascha.halicki@db.com |
| sarath_sathkumara@ssga.com | sascha.haudenschild@akb.ch |
| saravanan.rajendran@fmr.com | sascha.hilber@credit-suisse.com |
| saravanan.rajendran@ubs.com | sascha.hirsch@fortisinvestments.com |
| sarayutc@bot.or.th | sascha.imhof@vontobel.ch |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sascha.kaelin@credit-suisse.com | satoru-takano@am.mufg.jp |
| sascha.kessler@zkb.ch | satoshi.a.uchida@mizuho-bk.co.jp |
| sascha.krebs@lbbw.de | satoshi.funakoshi@mizuho-cb.co.jp |
| sascha.mark@hypointernational.com | satoshi.heike@boj.or.jp |
| sascha.mark@lbbw.de | satoshi.iwanaga@mizuho-cb.co.jp |
| sascha.mergner@amgam.de | satoshi.iwase@shinseibank.com |
| sascha.mergner@union-panagora.de | satoshi.morita@axa.co.jp |
| sascha.meyer-dautrich@hvb.de | satoshi.nagano@boj.or.jp |
| sascha.rieken@helaba-invest.de | satoshi.nemoto@nabasia.com |
| sascha.stadnikow@rlb-noe.raiffeisen.at | satoshi.okumoto@fi.fukoku-life.co.jp |
| sascha.vinogradic@oppenheim.de | satoshi.ooyama@mizuho-cb.co.jp |
| sascha.werberich@oppenheim.de | satoshi.sugaya@mizuho-cb.co.jp |
| sascha.wullschleger@abnamro.com | satoshi.takeuchi@mizuho-cb.co.jp |
| sascha.zetzsche@dzbank.de | satoshi_fukagawa@mitsui-seimei.co.jp |
| sascha@ahorro.com | satoshi_imaizumi@mitsubishi-trust.co.jp |
| sasha.kovriga@osterweis.com | satoshi_kubo@tr.mufg.jp |
| sashah@rbcds.com | satoshi_nasu@tr.mufg.jp |
| sasho.bogoevski@lazard.com | satoshi_nishioka@mitsubishi-trust.co.jp |
| sasi.digavalli@citadelgroup.com | satoshi_sakamaki@tr.mufg.jp |
| saskia.duits@ingim.com | satoshi_someya@tr.mufg.jp |
| sasoderberg@wellington.com | satoshi-ito@ioi-sonpo.co.jp |
| sassan.zaker@juliusbaer.com | satoshi-kamata@am.mufg.jp |
| sat.buu@sscims.com | satoshi-suzuki@am.mufg.jp |
| sathar@bbkonline.com | satosi_oohara@am.sumitomolife.co.jp |
| sathie@dcf.pemex.com | satou01778@nissay.co.jp |
| sathyamurthy@dohabank.com.sg | satou962@dl.dai-ichi-life.co.jp |
| satir.sinan@credit-suisse.com | satpalsingh.sandhu@ing.ch |
| satish.ramakrishna@db.com | satsuka@nochubank.or.jp |
| satish.selvanathan@bnpparibas.com | sattaye.gc@dreyfus.com |
| satish.swamy@ucop.edu | sattpy@bloomberg.net |
| satish_iyer@freddiemac.com | satu.linden@aktia.fi |
| sato.naruto@kokusai-am.co.jp | satvin@bnm.gov.my |
| sato@noemai.com | satyajit.mohanty@fmr.com |
| sato_shuichi@vr.smbc.co.jp | satyan.sanghrajka@ubs.com |
| sato_toshihiro@rk.smbc.co.jp | satyanarayana.allala@ubs.com |
| satoe.aoki@boj.or.jp | saubuchon@loomissayles.com |
| satokazu@dl.dai-ichi-life.co.jp | saubuchon@mfs.com |
| satoko_ishii@mitsubishi-trust.co.jp | saudera@nationwide.com |
| satomi.matsumoto@wellscap.com | sauj@capgroup.com |
| satoru.tanabe@ufj-partners.co.jp | saurabh.singh@uk.abnamro.com |
| satoru_kobayashi@tr.mufg.jp | saurabhsinha@bloomberg.net |
| satoru_nojima@tr.mufg.jp | saurav@bloomberg.net |
| satoru_takakuwa@tr.mufg.jp | saurigemma@lordabbett.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

saurin.shah@nb.com
saurin_shah@acml.com
sauth@federatedinv.com
sauyin.loke@pioneerinvest.com.sg
saverio.console@ubs.com
saverio.cusano@ubs.com
saverio.papagno@azfund.com
savilespa@bankinter.es
savina.martinucci@sanpaoloam.lu
savio.rodrigues@barclaysglobal.com
savita_subramanian@ml.com
savo.bakrac@citadelgroup.com
sawada.hana@hk.nomura.com
sawchootatt@gic.com.sg
sawchuk@ebmud.com
sawwan@atlanticinvestment.net
saxelsson1@bloomberg.net
saxtont@michigan.gov
saya_nozu@tr.mufg.jp
sayac@bloomberg.net
sayako.konno@boj.or.jp
sayan.ghosh@citadelgroup.com
saybar@denveria.com
sayersf@lotsoff.com
sayuri.aoyama@morganstanley.com
sayuri_owens@putnam.com
saz.tr@adia.ae
saz16@aol.com
sazs@capgroup.com
sb.svenning@fearnleys.no
sb@bankinvest.dk
sb@capgroup.com
sb@eldorado.com
sb@fmr.com
sb235@cornell.edu
sba.cdu@adia.ae
sbacchus@russell.com
sbadlani@canyonpartners.com
sbalakri@us.ca-indosuez.com
sbalakum@ford.com
sballal@daiwa-am.com.sg
sbang@westernasset.com
sbannaty@invercaixa.es

sbardack@canyonpartners.com
sbarker@ifm.net.au
sbarker@montag.com
sbarker@opers.org
sbarker@templeton.com
sbarnett@fffc.com
sbarot@oppenheimerfunds.com
sbarret@generali.fr
sbarth@crawfordinvestment.com
sbartley@lib.com
sbasham@perrycap.com
sbashrum@hcmlp.com
sbassett@orixcm.com
sbastien1@bloomberg.net
sbaucom@templeton.com
sbauer@bloomberg.net
sbaum@panagora.com
sbb@nbim.no
sbchae@bok.or.kr
sbcm@email.msn.com
sbcw@capgroup.com
sbe@bankinvest.dk
sbe@brgco.com
sbeaber@metlife.com
sbeatty@westernasset.com
sbecht@duke-energy.com
sbeck4@bloomberg.net
sbecuzzi@tullib.com
sbeehre@silchester.com
sbeer@metzler.com
sbeirne@bloomberg.net
sbekele@angelogordon.com
sbell@halcyonpartnerships.com
sbenedetti@thamesriver.co.uk
sbengtson@woodmen.com
sbenitez@sunamerica.com
sbenjamin@ofiinstitutional.com
sbennett@scottishlife.co.uk
sbensan@westpac.com.au
sberka@jefco.com
sberkley@blackrock.com
sberkley@fciadvisors.com
sbernhardt@vcallc.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sbertasi@bcihongkong.com
sbertner@angelogordon.com
sbertoldo@bancasempione.ch
sberzon@leggmason.com
sbesancon@ohiosavings.com
sbhasin@fhlbc.com
sbhat@jhancock.com
sbickham@russell.com
sbiehle@fhlbatl.com
sbigeard@ofi-am.fr
sbihour@generali.fr
sbilotta@farmcredit-ffcb.com
sbilter@hp.com
sbinder@loomissayles.com
sbirrell@ftci.com
sbischoff@cantor.com
sbisht@westernasset.com
sbjensen@pt.lu
sbkahn@princeton.edu
sbkelly@bloomberg.net
sblakey@europeancredit.com
sblewitt@jhancock.com
sblomberg@payden-rygel.com
sblouin@dlbabson.com
sbn@bok.or.kr
sbocamazo@loomissayles.com
sbodhe@jhancock.com
sbogiony@wellington.com
sbonanomi@bci.it
sbonnyman@mcleanbudden.com
sbonser@fandc.co.uk
sbonte@standishmellon.com
sboone@ingalls.net
sbooth@keybank.com
sbooth@mcdinvest.com
sbooth@rwbaird.com
sboothe@troweprice.com
sbordeleau@bank-banque-canada.ca
sborg@ibuk.bankgesellschaft.de
sboris@firstheritagebank.com
sbosch@jennison.com
sbosch@postbank.de
sboscoe@senecacapital.com

sbossart@rmf.ch
sboubran@notes.banesto.es
sbouchet@caam.com
sbouras@bft.fr
sbourmaud@cpr-am.fr
sbowen@franklintempleton.co.uk
sbowron@mwamllc.com
sboxer@babsoncapital.com
sboyce@chittenden.com
sboyina@allstate.com
sbp@americancentury.com
sbrady@wellscap.com
sbraedt@russell.com
sbrambilla@bloomberg.net
sbraming@williamblair.com
sbrandt@provinzial-online.de
sbranis@alpha.gr
sbrasher@wscapital.com
sbrassell@evergreeninvestments.com
sbrausa@tiaa-cref.org
sbrauser@tiaa-cref.org
sbreidbart@hapoalimusa.com
sbrengle@eatonvance.com
sbrennan@bankofny.com
sbrennan@fhlbatl.com
sbrinkley@standishmellon.com
sbriones@lacaixa.es
sbroske@detschepost.de
sbrown@hvbank.com
sbrown@kynikos.com
sbrown@morgankeegan.com
sbrown@ssrm.com
sbrown@ufji.com
sbrown@waddell.com
sbruce@icaminc.com
sbruno@metlife.com
sbryant@mfs.com
sbryant@russell.com
sbstrader@statestreet.com
sbu@nbim.no
sbuchanan@unumprovident.com
sbucky@dartmouth.edu
sbudde@tiaa-cref.org

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sbuffum@metlife.com | scarvo@us.mufg.jp |
| sburelli@mfs.com | scates@perrycap.com |
| sburg@eatonvance.com | scaton@oppenheimerfunds.com |
| sburge2@bloomberg.net | scbearce@wellington.com |
| sburhouse@fdic.gov | scconcannon@wellmanage.com |
| sburrill@russell.com | scd@baupost.com |
| sburrows@pictet.com | scebeci@oppenheimerfunds.com |
| sburton@fdic.gov | scep01@handelsbanken.se |
| sbuschmann1@bloomberg.net | scew@pggm.nl |
| sbutt@silchester.com | scfried@bloomberg.net |
| sbwee@chb.co.kr | scgroves@fnbaonline.com |
| sby3000@hotmail.com | sch@lrc.ch |
| sc433@cornell.edu | schacko@caxton.com |
| sc469@cornell.edu | schade.ja@mellon.com |
| sc475@cornell.edu | schae@templeton.com |
| sc536@cornell.edu | schaedler@nordinvest.de |
| sc938@cornell.edu | schaefer@loews.com |
| sc96@ntrs.com | schaen@wpginvest.com |
| scabalka@voyageur.net | schaffsu@wellscap.com |
| scaccese@oppenheimerfunds.com | schakravarthy@mba2007.hbs.edu |
| scachetti@lehman.com | schakravarthy@wellington.com |
| scalcagnini@popvi.it | schallan@statestreet.com |
| scaldwell@reamsasset.com | schamfrault@oddo.fr |
| scaliapd@bernstein.com | schang@fftw.com |
| scalidas@dkpartners.com | schang@genre.com |
| scalnan@bloomberg.net | schang@presidiomangement.com |
| scalso@ford.com | schang@turnerinvestments.com |
| scalvo@worldbank.org | schase@markelcorp.com |
| scamarea@cajamadrid.es | schase@stephens.com |
| scampbell-reid@alliancebernstein.com | schaufler@meinlbank.com |
| scangeli@wellington.com | schausb@nationwide.com |
| scanter@ellington.com | schawla@alger.com |
| scanup@eastwestbank.com | schawla@dow.com |
| scaplice@eatonvance.com | schen@blx.com |
| scarafoni.giuseppina@creval.it | schen@caxton.com |
| scarbonchi.v@tbcam.com | schen@dsaco.com |
| scarlson@hcmlp.com | schen@fdic.gov |
| scarlsson1@bloomberg.net | schencch@cial.cic.fr |
| scarollo@arielinvestments.com | scheng@tiaa-cref.org |
| scarrillo@iidenergy.com | scheng@us.nomura.com |
| scarrithers@uscentral.org | scherrer@lhi.ch |
| scaruso@bloombet.net | schester@westernasset.co.uk |
| scaruso@frk.com | schevalier@azoa.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

schevallier@ftna.com

schhonn@standishmellon.com

schi@perrycap.com

schiasson@ibtco.com

schiavarone@federatedinv.com

schickw@vankampen.com

schiebeler_ulrike@jpmorgan.com

schiebelk@publicfm.com

schiesss@swcorp.org

schilk1@delinvest.com

schiminger@adamsexpress.com

schin@nb.com

schittenden@loomissayles.com

schlaflj@stifel.com

schlereth@rentenbank.de

schlomy.botbol@sgam.com

schlossg@wellsfargo.com

schluraff@us.caylon.com

schlusslerdc@bernstein.com

schmaltzd@jwseligman.com

schmide3@nationwide.com

schmidth@dit.de

schmidtk@dime.com

schmil@fideuramireland.ie

schmitt.lf@mellon.com

schmitt@wesbanco.com

schneider.steven@principal.com

schneider@apollodif.com

schneiderd@lotsoff.com

schneiderh@washpost.com

schneiderman@metlife.com

schneiderp@nbd.com

schneiec@cmcic.fr

scho@metlife.com

schoenfelder@nbg.ibv.com

schoening.julie@principal.com

schoi@bear.com

schoi@ftci.com

schong@mcm.com

schorlej@vankampen.com

schorng@bloomberg.net

schorrc@bernstein.com

schow@ofi-am.fr

schow@smithbreeden.com

schowdry@falconbridgecapital.com

schoy@loews.com

schr@bankofny.com

schrick.diane@gene.com

schristel@clarkest.com

schroederr@jwseligman.com

schuentan@halcyonllc.com

schuepbach@bloomberg.net

schulerg@aetna.com

schulist@pimco.com

schulman@waltonst.com

schulthm@jwseligman.com

schultk@vankampen.com

schultz.l@mellon.com

schumann@dcmc.creditlyonnais.f

schumar@vankampen.com

schung@cooperneff.com

schung16@bloomberg.net

schurch@pictet.com

schurch1@bloomberg.net

schuthari@westernasset.com

schuthel@bloomberg.net

schwaj@tcw.com

schwarcj@strsoh.org

schwartz.jf@mellon.com

schwartz@molpharm.dk

schwej@tcwgroup.com

schwetz@pimco.com

sciascia@moorecap.com

sciccardini@ofi-am.fr

scicco@massmutual.com

scilla.huangsun@juliusbaer.com

scipio21@bok.or.kr

sciresearch@dresdnerkb.com

scislo@bbandt.com

scjung2006@kbstar.co.kr

sck@ubp.ch

sclancy@troweprice.com

sclavive@banrep.gov.co

sclements@beutelgoodman.com

sclemmons@aflac.com

scleong@mas.gov.sg

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| scoan@standishmellon.com | scott.bennett@aberdeen-asset.com |
| scoco@ftci.com | scott.beveridge@wachovia.com |
| scohn@brownadvisory.com | scott.billeadeau@53.com |
| scoleman@iaifunds.com | scott.blasdell@jpmorgan.com |
| scolin@firstmanhattan.com | scott.bluth@blackrock.com |
| scollett@bloomberg.net | scott.bondurant@ubs.com |
| scollins@ftportfolios.com | scott.bowes@wamulends.net |
| scollins@panagora.com | scott.brandt@53.com |
| scomiskey@statestreet.com | scott.brecher@criterion.com |
| scompton@statestreet.com | scott.brian.davis@jpmchase.com |
| sconaghan1@bloomberg.net | scott.brunenavs@db.com |
| sconcannon@eatonvance.com | scott.bryant@alliancebernstein.com |
| sconnell@mcleanbudden.com | scott.bucker@53.com |
| sconnery@aol.com | scott.butler@tcw.com |
| sconnolly@evergreeninvestments.com | scott.bynum@gs.com |
| sconstantine@fftw.com | scott.cammenga@nationalcity.com |
| scooke@loomissayles.com | scott.camp@allegiantgroup.com |
| scooke@wachoviasec.com | scott.canuel@pnc.com |
| scopren@msfi.com | scott.caponegro@siemens.com |
| scordebar@cpr-am.com | scott.celia@prudential.com |
| scordes@tiaa-cref.org | scott.chambers@wellsfargo.com |
| scornet@pictet.com | scott.chandler@lgim.co.uk |
| scornick@halcyonllc.com | scott.clemons@bbh.com |
| scorsell@tiaa-cref.org | scott.clifford@barclaysglobal.com |
| scot.johnson@aiminvestments.com | scott.cobb@eds.com |
| scot.leith@trs.state.tx.us | scott.colbert@commercebank.com |
| scot.morton@lloydstsb.co.uk | scott.condron@blackrock.com |
| scotanderson@bankofny.com | scott.cook@raymondjames.com |
| scott.a.frost@inginvestment.com | scott.cowling@barclaysglobal.com |
| scott.a.moore@abnamro.com | scott.cullen@usbank.com |
| scott.a.smithjr@jpmorganchase.com | scott.cullerton@morganstanley.com |
| scott.agi@db.com | scott.d.eisenberg@jpmorgan.com |
| scott.alcott@belgacom.be | scott.d.kosack@jpmchase.com |
| scott.amero@blackrock.com | scott.da.smith@jpmorgan.com |
| scott.anmolmehra@fmr.com | scott.davis@columbiamanagement.com |
| scott.anthony@fmglobal.com | scott.davis@lamrc.com |
| scott.appleton@lionheartusa.net | scott.day@janus.com |
| scott.arnold@clinton.com | scott.desano@fmr.com |
| scott.ashley@delta.com | scott.dickinson@uk.bnpparibas.com |
| scott.barasch@lazard.com | scott.dinsdale@transamerica.com |
| scott.barber@inginvestment.com | scott.dohemann@barclaysglobal.com |
| scott.beer@ihe.com | scott.dolan@ubs.com |
| scott.beltz@pimco.com | scott.donnelly@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| scott.duggal@shell.com | scott.jennings@micorp.com |
| scott.durbahn@stpaul.com | scott.jessup@uboc.com |
| scott.dynan@nb.com | scott.johnson@hcmlp.com |
| scott.e.craig@truscocapital.com | scott.kelley@morganstanley.com |
| scott.e.ross@bankofamerica.com | scott.kingsley@communitybankna.com |
| scott.eason@landg.com | scott.kinum@ubs-oconnor.com |
| scott.eberhardt@fmr.com | scott.klein@gmacrfc.com |
| scott.elliott@commerzbankib.com | scott.kleinman@huntington.com |
| scott.engelmann@peregrinecapital.com | scott.kramer@csfp.co |
| scott.evans@barclaysglobal.com | scott.kroll@pncbank.com |
| scott.faithfull@db.com | scott.kruger@aig.com |
| scott.fleming@mondrian.com | scott.kushner@pioneerinvest.com |
| scott.foushee@aig.com | scott.lalim@thrivent.com |
| scott.freeman@nationwide.co.uk | scott.lavigne@fmr.com |
| scott.freemon@gmam.com | scott.lemone@rbsgc.com |
| scott.froehlich@inginvestment.com | scott.leonard@kemper.com |
| scott.frymoyer@citadelgroup.com | scott.lewis@csam.com |
| scott.fukumoto@tcw.com | scott.lewis@inginvestment.com |
| scott.fuller@capmark.funb.com | scott.lorang@ccastrategies.com |
| scott.fuller@ubs-oconnor.com | scott.love@anfis.co.uk |
| scott.furgal@us.hsbc.com | scott.m.berman@jpmorgan.com |
| scott.g.frye@lowes.com | scott.maddock@rothschild.com.au |
| scott.gis.kelly@jpmorgan.com | scott.mallek@mackayshields.com |
| scott.glover@usaa.com | scott.marshall@pacificlife.com |
| scott.goodfellow@barclays.co.uk | scott.matheson@metrokc.gov |
| scott.goodside@moorecap.com | scott.maw@gecapital.com |
| scott.gordon@wamu.net | scott.maw@wamu.net |
| scott.grabine@shenkmancapital.com | scott.mccarthy@mbna.com |
| scott.granly@sterlingsavings.com | scott.mccrossin@citigroup.com |
| scott.greenberg@ge.com | scott.mcelroy@alliancebernstein.com |
| scott.grupe@wellsfargo.com | scott.mckenzie@morleyfm.com |
| scott.hansen@harrisbank.com | scott.mclellan@hcmny.com |
| scott.hayward@prudential.com | scott.meech@threadneedle.co.uk |
| scott.henkin@deshaw.com | scott.merkel@csam.com |
| scott.heyer@morganstanley.com | scott.mills@inginvestment.com |
| scott.hill@bbh.com | scott.mlynek@53.com |
| scott.hoffman@citadelgroup.com | scott.moore@columbiamanagement.com |
| scott.hoina@nb.com | scott.moore@trs.state.tx.us |
| scott.holan@micorp.com | scott.motta@prudential.com |
| scott.huckins@kochfinancial.com | scott.mullinix@fafadvisors.com |
| scott.ireland@barclaysglobal.com | scott.n.braunstein@jpmorgan.com |
| scott.j.odonnell@citigroup.com | scott.newhall@abnamro.com |
| scott.jamieson@aegon.co.uk | scott.newman@state.nm.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| scott.nielsen3@aig.com | scott.sindelar@chicagoasset.com |
| scott.nisbet@bailliegifford.com | scott.skowronski@blackrock.com |
| scott.offen@fmr.com | scott.sleece@soros.com |
| scott.olsen@fmr.com | scott.spencer@credit-suisse.com |
| scott.osborn@ers.state.tx.us | scott.sprauer@fgic.com |
| scott.osborne@btfinancialgroup.com.au | scott.stephenson@commercebank.com |
| scott.p.townsend@aib.ie | scott.storey@aig.com |
| scott.pangbourne@credit-suisse.com | scott.striegel@pimco.com |
| scott.patterson@peoplesbt.com | scott.stutzman@janus.com |
| scott.perry@threadneedle.co.uk | scott.sunbury@sscims.com |
| scott.peterson@reliastar.com | scott.swanson@prudential.com |
| scott.piper@morganstanley.com | scott.swift@rabobank.com |
| scott.pool.@citadelgroup.com | scott.terada@bankofamerica.com |
| scott.powers@omam.co.uk | scott.thiel@blackrock.com |
| scott.purdy@bmo.com | scott.thornton@tcw.com |
| scott.quigley@wellsfargo.com | scott.tindle@barcap.com |
| scott.r.shapiro@americas.bnpparibas.com | scott.tonneson@fafadvisors.com |
| scott.radell@barclaysglobal.com | scott.topping@wnco.com |
| scott.rafferty@citadelgroup.com | scott.turner@prudential.com |
| scott.reed@midfirst.com | scott.umbs@rbccm.com |
| scott.renner@eagleasset.com | scott.vandersnow@ubs.com |
| scott.rhoades@schwab.com | scott.vergin@thrivent.com |
| scott.richard@msdw.com | scott.vess@ocas.com |
| scott.richards@ppmamerica.com | scott.w.sweitzer@prudential.com |
| scott.richardson@barclaysglobal.com | scott.waggoner@sgcowen.com |
| scott.richardson@icap.com | scott.wallace@thehartford.com |
| scott.richter@53.com | scott.wandro@gecapital.com |
| scott.roberts@aiminvestments.com | scott.warnock@raymondjames.com |
| scott.robertson@fmr.com | scott.weaver@wachovia.com |
| scott.romans@nuveen.com | scott.wendt@citadelgroup.com |
| scott.rowell@tcm-ltd.com | scott.werdann@moorecap.com |
| scott.samuel@trs.state.tx.us | scott.wetherington@inginvestment.com |
| scott.scarborough@cpa.state.tx.us | scott.wetzel@blackrock.com |
| scott.schneider@avmltd.com | scott.wilkin@ubs.com |
| scott.schneider@conagrafoods.com | scott.williamson@barclaysglobal.com |
| scott.schultz@bbh.com | scott.winslow@bbh.com |
| scott.schweizer@alliancebernstein.com | scott.winters@opcap.com |
| scott.schwindt@wellsfargo.com | scott.wittenberg@hcmny.com |
| scott.sedlak@fafadvisors.com | scott.wyler@avmltd.com |
| scott.seegers@corporate.ge.com | scott.x.brown@uk.bnpparibas.com |
| scott.senseney@fmr.com | scott.yuschak@ironoakadvisors.com |
| scott.sherman@ny.frb.org | scott.zilora@pioneerinvest.com |
| scott.simon@prudential.com | scott.zuehlke@aiminvestments.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

scott@cbnm.com
scott@epsilonfunds.com
scott@ikos.com.cy
scott@incomeresearch.com
scott@mwvinvest.com
scott@paragonassociates.net
scott@stw.com
scott_allen@standardlife.com
scott_baskind@invesco.com
scott_benesch@ustrust.com
scott_berg@troweprice.com
scott_booth@mgic.coom
scott_bride@freddiemac.com
scott_carr@westlb.co.uk
scott_case@invesco.com
scott_chastain@fanniemae.com
scott_clancy@conseco.com
scott_clements@scotiacapital.com
scott_conlon@ssga.com
scott_dimaggio@acml.com
scott_donaldson@putnam.com
scott_dropik@ml.com
scott_dulmage@scotiacapital.com
scott_dunglinson@agfg.com
scott_e_barber@blackrock.com
scott_e_miles@vanguard.com
scott_fedak@putnam.com
scott_fulford@ssga.com
scott_gasparini@ustrust.com
scott_goldsmith@invesco.com
scott_gray@key.com
scott_grimshaw@bankone.com
scott_group@ml.com
scott_haymore@freddiemac.com
scott_inglis@agfg.com
scott_j_thomas@bankone.com
scott_knapp@swissre.com
scott_leeb@mcgraw-hill.com
scott_lewis@soros.com
scott_livingston@troweprice.com
scott_manduca@glic.com
scott_marolf@americancentury.com

scott_mcgough@glenmede.com
scott_merritt@ustrust.com
scott_miller@ssga.com
scott_moore@americancentury.com
scott_nelson@putnam.com
scott_payseur@na.natwestgfm.co
scott_peppard@ml.com
scott_phillips@ml.com
scott_piche@ssga.com
scott_pierce@aimfunds.com
scott_platzer@agfg.com
scott_r_linkowski@keybank.com
scott_renze@americancentury.com
scott_richards@ssga.com
scott_robicheaux@colonialbank.com
scott_seewald@nylim.com
scott_solomon@troweprice.com
scott_stokes@victoryconnect.com
scott_sykes@capgroup.com
scott_wallace@acml.com
scott_webster@fanniemae.com
scott_weiner@acml.com
scott_whelan@calpers.ca.gov
scott_wojie@westlb.com
scotta.andreson@himco.com
scotta@mcm.com
scottbarham@kaupthing.net
scottbrown@tagfolio.com
scotteldridge@tagfolio.com
scotthall@firsttrustportfolios.com
scotti@gestielle.it
scottie.diebold@raymondjames.com
scottier@oppenheimerfunds.com
scottjef@vankampen.com
scottk@mcm.com
scottl@bankofbermuda.com
scottlee@frk.com
scottmiller@millerglobalinvestments.com
scotts@aetna.com
scotts@cdrfp.com
scottulm@litchcap.com
scottw@hcmny.com
scottwilliams@tiaa-cref.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| scoughl@grneam.com | sdankelman@mfs.com |
| scoulter@allstate.com | sdas@ap.nxbp.com |
| scourteney@epo.org | sdatta@tiaa-cref.org |
| scowilliams@tiaa-cref.org | sdavenport@waddell.com |
| scox@fhlbdm.com | sdavenport@wilmingtontrust.com |
| scq@soros.com | sdavid@bayern-invest.de |
| scraig@eatonvance.com | sdavies@smithbreeden.com |
| scraig@fideuramireland.ie | sdavis@westernasset.com |
| scraig@integrabank.com | sday@mbna.com |
| scraige@ustrust.com | sday@nylim.com |
| scrane@federatedinv.com | sday@standishmellon.com |
| scrank@dg-g.com | sdbiedermann@cps.k12.il.us |
| scrath@rbi.org.in | sdc@dodgeandcox.com |
| scraven@frk.com | sdchung@bok.or.kr |
| scrawford@mcdinvest.com | sdebont@fideuramireland.ie |
| screwe@fandc.co.uk | sdecanio@sierraglobal.com |
| scs3@bloomberg.net | sdelarosa@westernasset.com |
| scsmith@ftci.com | sdelia@nb.com |
| scthomas@nb.com | sdelle@bear.com |
| scullen@bloomberg.net | sdelprete@the-ark.com |
| scullyp@bessemer.com | sdesai@thamesriver.co.uk |
| scumberbatch@ssrm.com | sdesmond@congressasset.com |
| scummings@icbny.com | sdetraglia@bankofny.com |
| scummins@standishmellon.com | sdeutsch@eatonvance.com |
| scunei@benetton.it | sdeva@susqbanc.com |
| scurry@gwkinc.com | sdevine@bankersbankusa.com |
| scurry@jhancock.com | sdewhurst@bloomberg.net |
| scusack@britannicasset.com | sdhillon@calstrs.com |
| scutler@essexinvest.com | sdhughes@fedex.com |
| scutting@ayco.com | sdiacos@loews.com |
| scv@dodgeandcox.com | sdickson@baminvest.co.uk |
| scwilliams@providentbank.com | sdietzel@standishmellon.com |
| sd@gruss.com | sdigiorgi1@bloomberg.net |
| sd62@ntrs.com | sdilbone@bloomberg.net |
| sdabbah@bloomberg.net | sdimitrijevic@templeton.com |
| sdalal@blackrock.com | sdinsky@lordabbett.com |
| sdale@barbnet.com | sdisterheft@trmshedge.com |
| sdale@sbtbank.com | sdixon@pbucc.org |
| sdalton@farcap.com | sdkang@asiaonline.net |
| sdandrea@bloomberg.net | sdla@nykredit.dk |
| sdangoor1@bloomberg.net | sdlanders@wdwitter.com |
| sdaniel@fftw.com | sdm@bpi.pt |
| sdaniels@osc.state.ny.us | sdm@vegafinance.fr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sdm003@bred.fr | seamus.s.brown@jpmorgan.com |
| sdm004@bred.fr | seamus78@bloomberg.net |
| sdm006@bred.fr | sean.banai@inginvestment.com |
| sdm013@bred.fr | sean.becketti@wamu.net |
| sdo.em@adia.ae | sean.c.callanan@aib.ie |
| sdob1@bloomberg.net | sean.carney@blackrock.com |
| sdobrenchuk@payden-rygel.com | sean.coleman@db.com |
| sdoherty@bear.com | sean.conner@fafadvisors.com |
| sdoherty@loomissayles.com | sean.conway@db.com |
| sdolbear@fandc.co.uk | sean.copley@us.standardchartered.com |
| sdonaghue@bloomberg.net | sean.corcoran@fmr.com |
| sdonahue@bennettmgmt.com | sean.costello@nibcapital.com |
| sdonovan@mfs.com | sean.craven@sunlife.com |
| sdorward@svmonline.com | sean.cronin@wachovia.com |
| sdoud@ggiltd.com | sean.crowe@boi.ie |
| sdover@frk.com | sean.curry@fmr.com |
| sdoyle@millertabak.com | sean.curry@harrisbank.com |
| sdoyle@woodstockcorp.com | sean.d.hennelly@jpmorgan.com |
| sdray@ofii.com | sean.davis@glgpartners.com |
| sdroyles@bloomberg.net | sean.davy@db.com |
| sdruskath@metzler.com | sean.day@mbna.com |
| sds6@ntrs.com | sean.dunne@wellscap.com |
| sdtorgeson@bankofny.com | sean.epp@bankamerica.com |
| sdudacy@metzler.com | sean.f.walsh@fmr.com |
| sduff@clarkest.com | sean.finegan@ntrs.com |
| sdunphy@smithbreeden.com | sean.flanagan@moorecap.co.uk |
| sdupslaff@bloomberg.net | sean.foley@alliancebernstein.com |
| sduss@meag.com | sean.gavin@fmr.com |
| sdwang1@bloomberg.net | sean.goudy@carval.com |
| sdwood@the-ark.com | sean.graham@gmam.com |
| sdzaleski@wellington.com | sean.hanley@barclaysglobal.com |
| se.ueda@mitsui.com | sean.harrington@deshaw.com |
| seabirdiv@aol.com | sean.heihr@hp.com |
| seabong@hanmail.net | sean.hodgson@barcap.com |
| seaboong@hanmail.net | sean.hogan@fmr.com |
| seagerresearch@mlp.com | sean.hsueh@email.chinatrust.com.tw |
| seah.hway-keng@sg.standardchartered.com | sean.hurley@citadelgroup.com |
| seah.peter@st.com | sean.jeong@novartis.com |
| sea-jin.huh@citadelgroup.com | sean.johnson@cnb.com |
| sealetsas@bob.bw | sean.kavanagh@db.com |
| sealy.dm@tbcam.com | sean.kearney@pfpc.com |
| seames@ag-am.com | sean.kelly@soros.com |
| seamus.magner@ilim.com | sean.ketcherside@umb.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sean.koval@wamu.net | sean.windisch@pnc.com |
| sean.laird@pncadvisors.com | sean.x.keegan@jpmchase.com |
| sean.larmon@henkel.com | sean.x.regan@jpmchase.com |
| sean.lawler@dillonread.com | sean.zimmermann@towerfcu.org |
| sean.lynch@soros.com | sean@stw.com |
| sean.lyng@aig.com | sean_barry@prusec.com |
| sean.maclachlan@ibtco.com | sean_buchan@scotiacapital.com |
| sean.marion@wamu.net | sean_c_fallon@fanniemae.com |
| sean.martin@bpm.it | sean_dillon@ntrs.com |
| sean.mcbrien@boigm.com | sean_dillon@ssga.com |
| sean.mccarthy@pimco.com | sean_flanagan@freddiemac.com |
| sean.mccloskey@insightinvestment.com | sean_flannery@ssga.com |
| sean.mcginnis@wellscap.com | sean_heron@glenmede.com |
| sean.mcleod@usbank.com | sean_hudson@nacm.com |
| sean.meehan@morganstanley.com | sean_hughes@conning.com |
| sean.molony@allianzcornhill.co.uk | sean_lucier@ssga.com |
| sean.morgan@fmr.com | sean_lussier@ssga.com |
| sean.mylod@fandc.com | sean_m_roche@victoryconnect.com |
| sean.newman@ge.com | sean_mooney@merck.com |
| sean.o'brien@fmr.com | sean_murphy@putnam.com |
| sean.o'malley@morganstanley.com | sean_park@paribas.com |
| sean.onyett@db.com | sean_tully@westlb.com |
| sean.oshea@fandc.com | sean_whelan@bat.com |
| sean.p.kelly@bankofamerica.com | sean_zhang@elliottandpage.com |
| sean.p.kruzel@jpmorgan.com | seanc@bradfordmarzec.com |
| sean.p.mccaffrey@db.com | seand@crt.com |
| sean.park@drkw.com | seand@foothillcapital.com |
| sean.parker@ubs.com | seanliu@aegon-cnooc.com |
| sean.phayre@swip.com | seanmac8@bloomberg.net |
| sean.reynolds@lazard.com | seanna.johnson@barclaysglobal.com |
| sean.rhoderick@pnc.com | seansryu@seoulbank.net |
| sean.s.o'neil@nab.com.au | seantwohig@northwesternmutual.com |
| sean.salji@citadelgroup.com | searches@epsilonfunds.com |
| sean.savage@ny.frb.org | seasee@unitel.co.kr |
| sean.serrell@fmr.com | season@alaskapermfund.com |
| sean.slotterback@hcmny.com | seathv@jea.com |
| sean.suh@capmark.funb.com | sebastiaankoeling@optiver.com |
| sean.timonen@advantuscapital.com | sebastian.arslanogullari@swedbankrobur.se |
| sean.toranji@uboc.com | sebastian.bachmann@dzbank.de |
| sean.tracey@trs.state.tx.us | sebastian.barry-taylor@gartmore.com |
| sean.walker@fmr.com | sebastian.canepa@bsibank.com |
| sean.wills@barclaysglobal.com | sebastian.colabella@lloydstsb.co.uk |
| sean.wilson@gecapital.com | sebastian.davila.torres@remy-cointreau.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sebastian.doering@ib.bankgesellschaft.de
sebastian.dunn@bankofbermuda.com
sebastian.edwards@anderson.ucla.edu
sebastian.epp.2@claridenleu.com
sebastian.epp@claridenleu.com
sebastian.felsch@swisscanto.ch
sebastian.grawert@csadvisorypartners.com
sebastian.hadlich@hshn-securities.com
sebastian.hagman@uk.calyon.com
sebastian.kahlfeld@dws.de
sebastian.klein@cominvest-am.com
sebastian.luparia@jpmorgan.com
sebastian.mackay@swipartnership.co.uk
sebastian.miele@aigpb.com
sebastian.miralles@morganstanley.com
sebastian.mueller@first-private.de
sebastian.muff@credit-suisse.com
sebastian.naumann@db.com
sebastian.parishorvitz@axa-im.com
sebastian.petrich@ubs.com
sebastian.r.farahnak@jpmorgan.com
sebastian.reiff@henkel.com
sebastian.reuter@hauck-aufhaeuser.de
sebastian.rohm@union-investment.de
sebastian.sandoval@uboc.com
sebastian.skoda@cfh.de
sebastian.steib@ubs.com
sebastian.stein@ib.bankgesellschaft.de
sebastian.voigt@ubs.com
sebastian.wandtke@cominvest-am.com
sebastian.wood@bt.com
sebastian.x.gutierrez@jpmorgan.com
sebastian@rentec.com
sebastian_beuerle@hvbamericas.com
sebastian_schrott@troweprice.com
sebastian_wernli@swissre.com
sebastianhonnibal@isisam.com
sebastiano.chiarantano@bancaintesa.it
sebastiano.picone@mpsgr.it
sebastien.baltzer@dexia-am.com
sebastien.barbe@fr.rothschild.com
sebastien.betermier@barclaysglobal.com
sebastien.buch@union-investment.de

sebastien.collard@ing.lu
sebastien.compere@dexia.com
sebastien.cordoliani@foyerpatrimonium.com
sebastien.daguenet@cnp.fr
sebastien.delachapelle@ubs.com
sebastien.delage@bred.fr
sebastien.deperez@pfpc.iet
sebastien.didier@picardie.caisse-epargne.fr
sebastien.dimeo@barcap.com
sebastien.dirren@sl-am.com
sebastien.dumay@sgam.com
sebastien.faucher@lgim.co.uk
sebastien.figue@bnpparibas.com
sebastien.gagnon@global-infra.com
sebastien.gaillot@ubs.com
sebastien.galy@ubs.com
sebastien.gentizon@lloydsbank.ch
sebastien.gothier@dexia.com
sebastien.guglietta@barclaysglobal.com
sebastien.gyger@lodh.com
sebastien.hebert@mv4.fr
sebastien.krol@fandc.com
sebastien.lagarde@axa-im.com
sebastien.lecorrs@axa-im.com
sebastien.levy@banque-france.fr
sebastien.maillard@axa-im.com
sebastien.mallet@troweprice.com
sebastien.monnerotdumaine@it.calyon.com
sebastien.morin@caam.com
sebastien.petit@uk.fid-intl.com
sebastien.thenard@socgen.com
sebastien.vernhes@bgpi.com
sebastienabascal@gic.com.sg
seberle@munichre.com
sebrell@wellscap.com
sebryant@bloomberg.net
sebtrading@bloomberg.net
sebusby@bloomberg.net
sec.derivativesconfirms@pacificlife.com
secalist.cho@samsung.com
secheber@bancogui.com
sechevarria@ibercaja.es
seclendalm@stb-usa.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| secomandi@bpintra.it | seiji.inui@surugabank.co.jp |
| securities@bci.ch | seiji.nakao@uk.btmeurope.com |
| securities@pasche.ch | seiji.tsuboi@mizuho-cb.com |
| secval@oppenheimerfunds.com | seikens@meag.com |
| seddleblute@voyageur.net | seiki.hara@mhcb.co.uk |
| sedelst@templeton.com | seilenberg@deshaw.com |
| sedlami@exchange.ml.com | se-inoue@nochubank.or.jp |
| sedleger@swisscap.com | seiseler@oaktreecapital.com |
| sedm@uk.danskebank.com | seisenhut@pictet.com |
| sedmonds@wilmingtontrust.com | seishiro.niwano@partners.co.jp |
| sedrick.tydus@wellsfargo.com | seisinger@pictet.com |
| sedwards@aamcompany.com | seisner@microsoft.com |
| see@notes.not | sejal.jobanputra@baesystems.com |
| seeger@provinzial.com | sejal.patel@ny.frb.org |
| seegers@greenecountybank.com | sejase@bernstein.com |
| seelyc@nationwide.com | seki.y@daiwa-am.co.jp |
| seema.maru@bnymellon.com | sekiguchi_hiroshi@mail.asahi-life.co.jp |
| seema.shah@granitegrp.com | sekine02338@nissay.co.jp |
| seery_scott@fsba.state.fl.us | sekk@capgroup.com |
| seetha.garikapati@jpmorgan.com | sel@nbim.no |
| seetohpeckyoke@gic.com.sg | selamawit.thomas@alliancebernstein.com |
| sefik.feratovic@ubs.com | selcuk.erbas@oppenheim.de |
| sega.luca@creval.it | seldredge@voyageur.net |
| segalb@tcwgroup.com | selena.given@carolinafirst.com |
| segawa@mori.co.jp | selene.koh@sg.fortis.com |
| segawa02272@nissay.co.jp | selene.mantegani-cioccariello@ubs.com |
| segger@fhlbdm.com | selfd@bloomberg.net |
| segolene.mathis@bnpparibas.com | selig.sechzer@blackrock.com |
| segovj@tcwgroup.com | selina.lu@email.chinatrust.com.tw |
| segrasso@cajamadrid.es | selina.yu@ap.ing.com |
| segrec@gruppocredit.it | sellersj@deshaw.com |
| segreteriaad@eni.it | sellersml@bernstein.com |
| sehbal.oner@wamu.net | sellis@worldbank.org |
| sehong@wooribank.com | sellison@mcm.com |
| sehrenberg@babsoncapital.com | selnalyn.locsin@redwoodtrust.com |
| sehrlich@angelogordon.com | selva.neelakandan@ubs.com |
| seidita@willcap.com | selvaggi@cccep.caisse-epargne.fr |
| s-eidome@nochubank.or.jp | selvakumar.mc@tbcam.com |
| seifried.s@bloomberg.net | selwyn.crews@53.com |
| seiichi.nozaki@fi.fukoku-life.co.jp | sem@ubp.ch |
| seiichi.tanaka@mizuho-cb.co.jp | semimartingale@usa.net |
| seiichirou_oka@yamaguchibank.co.jp | seminara@apollolp.com |
| seiji.fukuhara@statestreet.com | semorales@grupososantander.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sen.li@nationalcity.com | serge.dickler@lodh.com |
| sena.tak@tcw.com | serge.fournier@dexia-bil.com |
| sendaik@po.jsf.co.jp | serge.guerineau@bnpparibas.com |
| sender.cohen@soros.com | serge.ivlef@dexia.be |
| senedhun@princeton.edu | serge.jeanneau@bis.org |
| senelson@wellington.com | serge.kuenzler@credit-suisse.com |
| senesek@jwseligman.com | serge.kunzler@credit-suisse.com |
| senftan@wellsfargo.com | serge.lauper@vontobel.ch |
| seng.liew@mackayshields.com | serge.ledermann@lodh.com |
| sengleong@bloomberg.net | serge.lignot@bcv.ch |
| senglish@ford.com | serge.longueville@nbb.be |
| sengstrom@blenheiminv.com | serge.mans@mail.ing.nl |
| senniang@dbs.com | serge.monseu@dexia-am.com |
| senta.wenke@deka.de | serge.mores@ingim.com |
| senzo.hlangu@ppm-sa.com | serge.pizem@axa-im.com |
| seoeunah@wooribank.com | serge.rohmann@fortis.lu |
| seok.teoh@gartmore.com | serge.rotzer@zkb.ch |
| seokhooi.teoh@schroders.com | serge.sondak@banca.mps.it |
| seonan.ward@daiwasectab.ie | serge.sv.vandevelde@dexia-bil.com |
| seong-rak.kim@db.com | serge.tchuruk@alcatel.fr |
| seongwook.jang@samsung.com | serge.vandeuren@axa.be |
| seonwook@kookmin.co.kr | serge.vandevelde@dexia.be |
| sepideha@mcm.com | serge.vandevelde@dexia-bil.com |
| seppo.ilonen@sampo.fi | serge.vanhalme@dexia.be |
| ser43@cornell.edu | serge.wibaut@axa.be |
| serdar.baykal@finansbank.com.tr | sergei.baranovsky@pncbank.com |
| serdar_rebis@cargill.com | sergei.mancastroppa@bsibank.com |
| serena.sheldrake@jpmorgan.com | sergesv@microsoft.com |
| serena.tiong@drkw.com | sergey.dergachev@union-investment.de |
| serena.tse@soros.com | sergey.korotkov@citicorp.com |
| serena.turrisi@bancaintesa.it | sergey.losyev@db.com |
| serena@mail.cbc.gov.tw | sergey.reynov@bcp-bank.com |
| serene.peng@us.hsbc.com | sergey_dyakin@putnam.com |
| serenekwok@gic.com.sg | sergi.aguado@andbanc.com |
| sererine.haudegand@edf.fr | sergi.turabelidze@nisanet.com |
| serge.bernet@hsbcpb.com | sergio.andenmatten@snb.ch |
| serge.blommaert@drkw.com | sergio.bernal@prudential.com |
| serge.bona@lodh.com | sergio.carey@siemens.com |
| serge.bourbeau@juliusbaer.com | sergio.cinti@credit-suisse.com |
| serge.brighi@oppenheim.lu | sergio.cola@bsibank.com |
| serge.crevecoeur@hvb.de | sergio.del.gottardo@bcv.ch |
| serge.darolles@sgam.com | sergio.delgado@credit-suisse.com |
| serge.desrayaud@americas.bnparibas.com | sergio.dellecave@pioneerinvest.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sergio.esteban@claridenleu.com

sergio.ferreira@morleyfm.com

sergio.gambazza@azimut.it

sergio.garcia@nordlb.com

sergio.gfernandez@grupobbva.com

sergio.goldenstein@bcb.gov.br

sergio.leifert@sgcib.com

sergio.leon@daiwausa.com

sergio.leon@ibtco.com

sergio.leon@statestreet.com

sergio.locatelli@capitalia-am.com

sergio.macias@union-investment.de

sergio.madeo@ubm.it

sergio.molisani@ubm.it

sergio.moro@bancaintesa.it

sergio.nacci@bsibank.com

sergio.nakashima@sao.rabobank.com

sergio.sommariva@mediolanum.it

sergio_dearujo@ustrust.com

sergiodutto@hotmail.com

sergiow@clal-fin.co.il

sergius.storfer@bw-bank.de

serguei.nemtsev@db.com

serguei.son@fhlb-pgh.com

serhat.sefer@halkbank.com.tr

serkan.belevi@isbank.com.tr

serkan.kaygalak@isbank.com.tr

sern@trmshedge.com

serpiccioli@aol.com

serpicr@nationwide.com

serra.m@mellon.com

serranoe@bancsabadell.com

serranos@bancsabadell.com

serrap@bancsabadell.com

serretx@bancsabadell.com

sersen.mk@mellon.com

sertac.yeltekin@capitalia-am.com

servet.canal@rabobank.com

service.creditresearch@bis.org

service@lampebank.lu

servoy@bernstein.com

seryin@temasek.com.sg

ses@us.ibm.com

sesay@pimco.com

seshu_dasari@putnam.com

sesimpson@wellington.com

sespinosa@nb.com

setangreg@comcast.net

seth.albert@corporate.ge.com

seth.alexander@yale.edu

seth.charnow@deshaw.com

seth.clement@fmr.com

seth.coulson@pimco.com

seth.finkelstein@inginvestment.com

seth.horwitz@morganstanley.com

seth.kurland@prudential.com

seth.mankin@us.socgen.com

seth.meyer@janus.com

seth.michaels@ubs.com

seth.p.bernstein@jpmorgan.com

seth.roman@pioneerinvest.com

seth.rosenthal@ntrs.com

seth.ruthen@pimco.com

seth.smith@fafadvisors.com

seth.sprague@suntrust.com

seth.weingram@barclaysglobal.com

seth.wheeler@do.treas.gov

seth.x.miller@jpmorgan.com

seth@glickenhaus.com

seth@heliosgr.com

seth@ufj.com

seth_misshula@invesco.com

seth_r_cochran@bankone.com

seth_tweeddale@putnam.com

se-ting.frenzel@halbis.com

seto@pfdincome.com

setsuko.nakayama@mizuho-bk.co.jp

sette.voute@morganstanley.com

settimio.stigliano@arcafondi.it

settlement.securities.lending@bcv.ch

seumas.dawes@ashmoregroup.com

seungchul.yoo@samsung.com

seung-hwan.kang@samsung.com

seungyonglee@hanabank.com

sevans@mcdinvest.com

sevans@oppenheimerfunds.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sevans@tiaa-cref.org
severine.blond@socgen.com
severine.cauchie@lodh.com
severine.delahaye@caam.com
severine.delen@bbl.be
severine.deval@caam.com
severine.kettels@bnpparibas.com
severine.leprise@sgam.com
severine.meunier@lloydstsb.co.uk
severinsen@jyskebank.dk
sevgi.aytekin@abank.com.tr
sevickers@wellington.com
sevinc.acar@pggm.nl
sevtap.buldanlioglu@finansbank.com.tr
sewickley.sb@verizon.net
seyoon@bok.or.kr
sez.ulusoy@uk.mufg.jp
sf@wmblair.com
sf19@ntrs.com
sfacineroso@morval.ch
sfairf@ftci.com
sfamilet@blackrock.com
sfanchini@pictet.com
sfarley@farleycap.com
sfarneti@bear.com
sfarsi@canyonpartners.com
sfasano@nylim.com
sfayolle@munder.com
sfbrown@wellington.com
sfdd@bloomberg.net
sfds@adfsd.com
sfecik@troweprice.com
sfederico@perrycap.com
sfeeley@dlbabson.com
sferguson@kio.uk.com
sfernandez@ibercaja.es
sferriss.ny@siny.com
sfidalgos@repsol-ypf.com
sfielitz@bayernlbny.com
sfillaut@bloomberg.net
sfinley@caxton.com
sfinnk@sunamerica.com
sfiresto1@bloomberg.net

sfirozali@lordabbett.com
sfisher@waddell.com
sfiszman@ofi-am.fr
sfk23@cornell.edu
sflahert@allstate.com
sflahert@lincap.com
sfleming@blackrock.com
sfleming@fandc.co.uk
sflorentin@oppenheimerfunds.com
sfmswaps@ohis.com
sfolan@cisco.com
sfoley3@bloomberg.net
sfollmer@allstate.com
sfong@fandc.co.uk
sfontana@bancodisicilia.it
sfoote@ingalls.net
sforde@bloomberg.net
sformentini@sbp-banque.ch
sforsyth@martincurrie.com
sfowle@wsfsbank.com
sfowler@ups.com
sfpedersen@wellington.com
sframe@oppenheimerfunds.com
sfrancisco.ghiglino@wpginvest.com
sfranklin@fisbonds.com
sfreeman@nb.com
sfreeze@millertabak.com
sfrenkel@allstate.com
sfretwell@metlife.com
sfriedland@meag-ny.com
sfriedman@apple-bank.com
sfrimere@rnt.com
sfriscia@bear.com
sfrois@bkb.com
sfromme@colognere.com
sfruehn@meag.com
sfuhrer@pictet.com
sfujine@uk.tr.mufg.jp
sfukushima@pictet.com
sfulton@westernasset.com
sfunaro@fdic.gov
sfurman@smithbreeden.com
sg_ca308@statestreet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sga1@ntrs.com | sgiroux@ftci.com |
| sga3@ntrs.com | sgivans@calfed.com |
| sgabriel@fdic.gov | sgkang@bok.or.kr |
| sgala@metlife.com | sgkovacs@wellington.com |
| sgalib@gdbny.org | sglantz@fbw.com |
| sgallego@cajamadrid.es | sglasgow@hcmlp.com |
| sgalvema@banrep.gov.co | sgleason@kayne.com |
| sgam.eco@sgam.com | sgleslie@stanford.edu |
| sgamezma@notes.banesto.es | sgoedkin@aegonusa.com |
| sgammill@federatedinv.com | sgoh@fftw.com |
| sganatra@ellington.com | sgold@turnerinvestments.com |
| sganjei@lordabbett.com | sgoldberg@swedbank.com |
| sgao@blenheiminv.com | sgolden@cantor.com |
| sgao@wellington.com | sgoldstein@halcyonllc.com |
| sgarfield@jhancock.com | sgonzalez@eagleglobal.com |
| sgarla@state.wy.us | sgonzalez@ifc.org |
| sgarrett@metlife.com | sgonzalezgrigori@pictet.com |
| sgarton@bloomberg.net | sgoode@sscinc.com |
| sgaston@dlbabson.com | sgoodman@chevrontexaco.com |
| sgavios@jennison.com | sgoodside@ftci.com |
| sgaya@loomissayles.com | sgopalraman@wellington.com |
| sgaya@wellington.com | sgopinath@rbi.org.in |
| sgayle@bear.com | sgordon@ambac.com |
| sgcatricks@delinvest.com | sgordon32@bloomberg.net |
| sgcoates@sisucapital.com | sgorham@mfs.com |
| sgd@atalantasosnoff.com | sgorman@nb.com |
| sgeesey@btmna.com | sgoupil@cpr.fr |
| sgelb@farmcredit-ffcb.com | sgpoh@mas.gov.sg |
| sgendal@vegapartners.com | sgrace@bankofny.com |
| sgeorge@delinvest.com | sgrady@jhancock.com |
| sgeorge@hbk.com | sgraf@rmf.ch |
| sgeskos@perrycap.com | sgraglia@iccrea.bcc.it |
| sgete@invercaixa.es | sgrant@valueline.com |
| sgiacchini1@bloomberg.net | sgrayson@jwseligman.com |
| sgibbons@voyageur.net | sgreco@metlife.com |
| sgieg@mfs.com | sgreen@tiaa-cref.org |
| sgilbert@bc.pitt.edu | sgreenhaus@vegapartners.com |
| sgilkes@aegonusa.com | sgreenwald@bayharbour.com |
| sgill@fnbaonline.com | sgreer@bony.com |
| sgillia@ustrust.com | sgreiwe@pughcapital.com |
| sginns@jennison.com | sgresham@mfs.com |
| sginsbach@bloomberg.net | sgressel@teleos.com |
| sginzburg1@bloomberg.net | sgrier@clinton.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sgriggs1@bloomberg.net
sgrimm@russell.com
sgroban@bear.com
sgronek@browncapital.com
sgrossman@caxton.com
sgroves@amfin.com
sgroves@hcmlp.com
sgruber@orgrealproperty.com
sgruppo@tiaa-cref.org
sguerrerog@bankinter.es
sguihan@bloomberg.net
sguilbault@bank-banque-canada.ca
sguinoiseau@bloomberg.net
sgupta@barbnet.com
sgupta@federatedinv.com
sgupta@hcmlp.com
sgupta@oppenheimerfunds.com
sgupta@sarofim.com
sgupta16@stanford.edu
sgupte@angelogordon.com
sgurich@cajamadrid.es
sguthleben@fr.ebsworld.com
sgutke@aegonusa.com
sgy@ubp.ch
sgyoon@bok.or.kr
sh_takahashi@yasuda-life.co.jp
sh121@ntrs.com
sh127@ntrs.com
sh59@ntrs.com
sh9@dcx.com
shaaijer@spfbeheer.nl
shabbir.rashid@nl.abnamro.com
shabion.dill@fid-intl.com
shad.rogers@pimco.com
shadab.ali@ubs.com
shadi.sarhangpour@lgim.co.uk
shadi.shahin@drkw.com
shadman.riaz@fmr.com
sh-advanced@ubs.com
shael.kalef@bmonb.com
shaff@frk.com
shafin.moledina@tdsecurities.com
shafiq.akhtar@wamu.net

shafla@clinton.com
shager@ag-am.com
shaggerty19@bloomberg.net
shags@bloomberg.net
shah.badkoubei@fmr.com
shah.roshan@ml.com
shah@bnm.gov.my
shahab.smousavi@hshn-securities.com
shahab_sheikholeslam@gmacm.com
shahe.sanentz@novartis.com
shaheen.iqubal@ubs.com
shaheer.guirguis@insightinvestment.com
shahid.ikram@morleyfm.com
shahid.rasool@fgb.ae
shahk@deshaw.com
shahmes@vankampen.com
shahnawaz.buch@alliancebernstein.com
shahr@jwseligman.com
shahredza@bnm.gov.my
shaifali.aggarwal@nb.com
shailait@microsoft.com
shailesh.gupta@pimco.com
shailesh.shah@ge.com
shailesh.singh@morganstanley.com
shaima.a@adcb.com
shaista.tajamal@usbank.com
shakak@dmba.com
shakeel.dewji@bostonadvisors.com
shaker_sundaram@abnamrousa.com
shakoory.e@fibi.co.il
shakun.tahiliani@sto.sc.gov
shalberstam@perrycap.com
shale@babsoncapital.com
shaler@pimco.com
shaley@fmbonline.com
shalin.bhagwan@lgim.co.uk
shalini_sharma@dpimc.com
shall3@bloomberg.net
shalom.chen@citi.com
sham@jp.statestreet.com
sham@pbucc.org
sh-amada@ja-kyosai.or.jp
shamala.littlefield@lmco.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

shamam@oyakbank.com.tr
shamayelh@kia.gov.kw
shameem.r.kathiwalla@db.com
shameer.karim@gmam.com
shammond@bankofny.com
shamroff@tiaa-cref.org
shan.kwee@vanguard.com.au
shan.wall-palmer@uk.fid-intl.com
shanbo.tao@westernasset.com
shanda@tiaa-cref.org
shane.a.gargan@aib.ie
shane.bennett@gecapital.com
shane.brashears@bankofamerica.com
shane.cahill@ilim.com
shane.cook@bbh.com
shane.dardis@nabasia.com
shane.duffy@jpmorgan.com
shane.e@mellon.com
shane.forster@aib.ie
shane.harvey@micorp.com
shane.huether@gmacrfc.com
shane.hughes@depfa.com
shane.jackson@blackrock.com
shane.jent.c2e2@statefarm.com
shane.kitzan@firstar.com
shane.korpisto@glgpartners.com
shane.mccarthy@kochglobalcapital.com
shane.merriweather@columbiamanagement.com
shane.mooney@statestreet.com
shane.o'neill@aib.ie
shane.rein@bbh.com
shane.sawyer@micorp.com
shane.thornhill@uk.bnpparibas.com
shanebuckley@angloirishbank.ie
s-haneda@clcm.co.jp
shanetregillis@mas.gov.sg
shanifor@allstate.com
shanifor@stpaultravelers.com
shanikwa.peterkin@wachovia.com
shanil_shah@notes.ntrs.com
shanker.trivedi@corp.sun.com
shanley@lincap.com
shanming.shi@db.com

shanmuga.murasan@fmr.com
shanna2@bloomberg.net
shannon.ackermann@bankofamerica.com
shannon.callan@tcw.com
shannon.calli@prudential.com
shannon.chesnut@westernasset.com
shannon.doherty@ca-aipg.com
shannon.downward@mbna.com
shannon.hart@morganstanley.com
shannon.hernandez@chase.com
shannon.hilton@ubs.com
shannon.jaggi@ca-suisse.com
shannon.mcadams@chase.com
shannon.miemiec@himco.com
shannon.r.edgar@wellsfargo.com
shannon.servaes@inginvestment.com
shannon.t.mcgrael@jpmorgan.com
shannon.vigil@barclaysglobal.com
shannon.willenbring@advantuscapital.com
shannon_batchman@hvbamericas.com
shannon_burnett@invesco.com
shannon_harkins@aimfunds.com
shannonbrown@tagfolio.com
shannon-j.curley@ubs.com
shanr@wharton.upenn.edu
shansen5@bloomberg.net
shanta.huque@morganstanley.com
shantanu.agrawal@ubs.com
shaoming@temasek.com.sg
sharad.ghosh@pimco.com
sharad.madkekar@inginvestment.com
sharada.kalanidhi@bankofamerica.com
sharan.pasricha@lloydstsb.co.uk
shard@kio.uk.com
sharda@daiwa-am.com.sg
sharding@iidpower.com
shareef.alkorayea@samba.com.sa
shareef.bahador@pimco.com
shari.angelica.setyawinata@morganstanley.com
shari.gilfillan@ubs.com
shari.kempf@53.com
shari.sikes@nuveen.com
shari_lawson@nylim.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

shari_thomas@freddiemac.com

sharif.el-hamalawi@ba-ca.group-treasury.co.at

sharif.siddiqui@citadelgroup.com

sharif@farcap.com

sharif_islam@westlb.co.uk

shariffr@yahoo.com

sharifsadler@statestreet.com

sharika.chauhan@glgpartners.com

sharilee.fossum@fcc-sca.ca

sharina.sanny@agf.com

shariq.khan@citi.com

shariramir@bnm.gov.my

shark@bok.or.kr

sharkemw@wellsfargo.com

sharline.cathalina@statestreet.com

sharlyne.toon@trs.state.tx.us

sharna.reingold@williams.com

sharon.adams@thehartford.com

sharon.balchin@lloydstsb.co.uk

sharon.brett-smith@chase.com

sharon.carroll@prudential.com

sharon.chandler@aa.com

sharon.clift@compassbnk.com

sharon.cohen@morganstanley.com

sharon.ecke@morganstanley.com

sharon.egilinsky@credit-suisse.com

sharon.farrel@pfizer.com

sharon.gentles@thehartford.com

sharon.herrmann@bankofamerica.com

sharon.huey@morganstanley.com

sharon.kuok@schroders.com

sharon.mussalli@fmr.com

sharon.ng@citadelgroup.com

sharon.o'mahony@bnymellon.com

sharon.oneil@csam.com

sharon.pichler@janus.com

sharon.reed@honeywell.com

sharon.rha@soros.com

sharon.rothbaum@phxinv.com

sharon.su@ubs.com

sharon.sweeney@fmr.com

sharon.t@fibi.co.il

sharon.tallman@pncadvisors.com

sharon.tengeres@towerfcu.org

sharon.voci@morganstanley.com

sharon.wang@chinatrust.com.tw

sharon.wang@icprc.com

sharon.watson@aberdeen-asset.com

sharon@ardsley.com

sharon@ikos.com.cy

sharon_copper@aimfunds.com

sharon_kane@standardlife.com

sharon_mahoney@scudder.com

sharon_mcgarvey@westlb.com

sharon_oosterveld@deltalloyd.nl

sharon_pinnock@fanniemae.com

sharon_racine-kohne@ml.com

sharon_stieber@fanniemae.com

sharon_wizik@acml.com

sharon_woodcock@bat.com

sharonbell@bloomberg.net

sharonlee@gic.com.sg

sharonlml@dbs.com

sharonm.smith@aig.com

sharp@pimco.com

sharpeb@strsoh.org

sharperl@pensionboards-ucc.org

sharrison@us.mufg.jp

sharron@gries.com

shartn@ftci.com

shartnett@ftci.com

shartz@jhancock.com

sharvard@cpr.fr

sharvey@standishmellon.com

sharvey@ustrust.com

sharyn.clemente@fmr.com

shasha@bnm.gov.my

shashemi@rockco.com

shashi.srikantan@csam.com

shassenstab@aegonusa.com

shatzlstefanis@ufji.com

shaun.buckley@ibtco.com

shaun.giacomo@sgam.com

shaun.jamieson@blackrock.com

shaun.lemessurier@credit-suisse.com

shaun.mcdonnell@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| shaun.murphy@ntrs.com | shawnda.r.jones@fhlb-pgh.com |
| shaun.o'donnell@citadelgroup.com | shawnferrell@tagfolio.com |
| shaun.ong@barclaysglobal.com | shawnlin@dbs.com |
| shaun.ramcharitar@westernasset.com | shawnredmon@columbusbankandtrust.com |
| shaun.redman@hsbcgroup.com | shawny@wharton.upenn.edu |
| shaun.smith@hvbeurope.com | shay.pangkh@uobgroup.com |
| shaun.smith@morganstanley.com | shayan.hussain@ubs.com |
| shaun.stevens@fortisinvestments.com | shayan.norasteh@ubs.com |
| shaun_parkes@jpmorgan.com | shayan_salahuddin@fanniemae.com |
| shaun_williams@westlb.co.uk | shayanthan.pathmanathan@landg.com |
| shauna.k.mcelduff@jpmorgan.com | shaydon@mail.notes.bank-of-china.com |
| shauna.ramage@fandc.com | shayne.dunlap@mhcb.co.uk |
| shauna_sexsmith@mfcinvestments.com | shayne.elliott@citigroup.com |
| shaunl@bloomberg.net | shayne.marcos.de.abreu@morganstanley.com |
| shaunn.griffiths@ge.com | shayne.mcguire@trs.state.tx.us |
| shavercroft@pictet.com | shaz.khan@pnc.com |
| shaw@bessemer.com | shb.pr@adia.ae |
| shaw_breland@hancockhorizon.com | sh-banba@meijiyasuda.co.jp |
| shawn.anderson@advantuscapital.com | shberube@mm.com |
| shawn.correia@ibtco.com | shc@dodgeandcox.com |
| shawn.deng@credit-suisse.com | shchen@bankofny.com |
| shawn.france@axa-im.com | shcho1@kbstar.co.kr |
| shawn.gibson@bbandt.com | shd.ex@adia.ae |
| shawn.lytle@ubs.com | shd_stef@bloomberg.net |
| shawn.parry@aig.com | she@allstate.com |
| shawn.perry@aig.com | she@nbim.no |
| shawn.remish@morganstanley.com | shea.harvey@blackrock.com |
| shawn.robb@bmo.com | shealey@nbf-us.com |
| shawn.robb@tdsecurities.com | sheanly@angelogordon.com |
| shawn.ross@morleyfm.com | sheath@bankofny.com |
| shawn.snyder@pnc.com | sheauming.lim@temasek.com.sg |
| shawn.steel@barclaysglobal.com | sheba_alexander@putnam.com |
| shawn.stone@checmail.com | s-hebd@cafe.tc.umn.edu |
| shawn.tesoro@blackrock.com | s-hebd@groupwise.umn.edu |
| shawn.verbout@fmr.com | sheddadji@oddo.fr |
| shawn.yee@email.chinatrust.com.tw | sheedsa.ali@aig.com |
| shawn_ardizone@conseco.com | sheehyb@brinson.com |
| shawn_boire@yahoo.com | sheekeen@bloomberg.net |
| shawn_driscoll@troweprice.com | sheena.grimes@ibtco.com |
| shawn_johnson@ssga.com | sheena.popat@ashmoregroup.com |
| shawn_keegan@acml.com | sheena.price@pioneerinvest.ie |
| shawn_moser@vanguard.com | sheena.radia@ml.com |
| shawna_millman@acml.com | sheena.yellop@aberdeen-asset.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sheenaw@bernstein.com | shelly.simpson@truscocapital.com |
| shehriyar.antia@ny.frb.org | shelly@bessemer.com |
| sheide@blackrock.com | shelms@bloomberg.net |
| sheila.butterly@investecmail.com | shen@wellsfargo.com |
| sheila.cullinane@barclaysglobal.com | shendehua@icbc.com.cn |
| sheila.finnerty@lmginv.com | shenderson@hbk.com |
| sheila.kerins@boitib.com | shenderson@lordabbett.com |
| sheila.king@eagleasset.com | shendricks@metlife.com |
| sheila.noonan@ubs.com | shenglt@hotmail.com |
| sheila.olmem@gmacrfc.com | shengquan.ho@jpmchase.com |
| sheila.piernock@morganstanley.com | shengsheng@osterweis.com |
| sheila.sohr@ppmamerica.com | shengsheng_zhang@deltalloyd.nl |
| sheila.swanson@wachovia.com | shengx@princeton.edu |
| sheila@paragonassociates.net | shengyu.zhang@wamu.net |
| sheila_concannon@putnam.com | shenh@fhlbsf.com |
| sheila_davies@acml.com | shenkar@bloomberg.net |
| sheila_ecaille@capgroup.com | shennessey@statestreet.com |
| sheila_leavitt@ml.com | shenry@wellington.com |
| sheinauer@standishmellon.com | shenshiaoyun@gic.com.sg |
| sheky@bloomberg.net | shenxia@sh.icbc.com.cn |
| shelby.bell@pacificorp.com | shenyimin@leasing.icbc.com.cn |
| shelby.pollard@tcw.com | sheppard.p@tbcam.com |
| shelby@dsaco.com | sheppard@penntrust.com |
| shelby_niss@toyota.com | sheps@bloomberg.net |
| sheldon.ce@mellon.com | sherenp@jwseligman.com |
| sheldon.engler@schwab.com | sheri.bergman@fmr.com |
| sheldon.sussman@rabobank.com | sheri.blacher@ppmamerica.com |
| sheldon_ross@swissre.com | sheri.kaplan@wpginvest.com |
| shellane.quinn@citadelgroup.com | sheri_murrah@fanniemae.com |
| shelley.aron@ubs.com | sheridan.j.lear@ssmb.com |
| shelley.everson@himco.com | sherif.nabih@unb.ae |
| shelley.finn@edwardjones.com | sherif.zeneiny@nbad.com |
| shelley.sherer@prudential.com | sherlock_ray@fsba.state.fl.us |
| shelley.wilson@ncfcorp.com | shermaine.s.lee@db.com |
| shelley.yang@columbiamanagement.com | sherman.dave@nomura-asset.com |
| shelli_edgar@ssga.com | sherman.peter@pennmutual.com |
| shellmund@mmwarburg.com | sherman.pitts@umb.com |
| shelly.bansal@bankofamerica.com | shermanb@vankampen.com |
| shelly.deitert@db.com | shermanc@kochind.com |
| shelly.everson@himco.com | shern.i.frederick@jpmchase.com |
| shelly.kelly@db.com | shernandez@grupobbva.com |
| shelly.ma@umb.com | shernwei@temasek.com.sg |
| shelly.moledina@aberdeen-asset.com | sheron.xing@hcmny.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sherrera@caxton.com | shigeharu_yuasa@tr.mufg.jp |
| sherri.cohen@morganstanley.com | shigehiro_wakamoto@tr.mufg.jp |
| sherri.shaffer@barclaysglobal.com | shigekazu_kawasaki@tr.mufg.jp |
| sherrie.beehler@opco.com | shigeki.abe@alliancebernstein.com |
| sherrof@vankampen.com | shigeki.makino@putnam.com |
| sherry.costanzo@pncbank.com | shigeki.shibata@mizuho-bk.co.jp |
| sherry.fung@tcw.com | shigeki_katoh@alliancebernstein.com |
| sherry.ly@barclaysglobal.com | shigemoto@bojny.com |
| sherry.zhang@pioneerinvest.com | shigemoto054@dl.dai-ichi-life.co.jp |
| sherry_e_wilson@fanniemae.com | shigenobu_okabayashi@mitsubishi-trust.co.jp |
| sherry_smith@ml.com | shigeo.kanayama@mizuhocbus.com |
| sherry_wentworth@mail.bankone.com | shigeru.nakayama@ntt-finance.co.jp |
| sherry88233@tcbank.com.tw | shigeru_iijima@mitsui-seimei.co.jp |
| sherrys@fhlbsea.com | shigeru_nobukami@ufjbank.co.jp |
| sherrytan@temasek.com.sg | shigetake.nakayama@uk.mufg.jp |
| sherwin.johnson@fgic.com | shigeta-osamu@mitsubishi-sec.co.jp |
| sherwin.soo@nb.com | shiggins@martincurrie.com |
| sherwood.h.yuen@wellsfargo.com | shiggins@nationallife.com |
| sheryl.asch@axa-im.com | shiho.takashima@db.com |
| sheryl.finch@asbai.com | shih-pin@freddiemac.com |
| sheryl.graf@wellsfargo.com | shihua_lu@freddiemac.com |
| sheryl.harrison@aberdeen-asset.com | shihwan.chung@ubs.com |
| sheryl.hawkins@lloydstsb.co.uk | shijounyo@ja-kyosai.or.jp |
| sheryl.hempel@csam.com | shijun.liu@wamu.net |
| sheryl.hughes@lehman.com | shikhar.ranjan@morganstanley.com |
| sheryl_j_asnes@fleet.com | shikin@kinkiosakabank.co.jp |
| shetty_divya@ml.com | shikin@nagano-rokin.co.jp |
| shewrinj@strsoh.org | shikin00@chugin.jp |
| shewsjr@imc.wellsfargo.com | shikins2@jabankkyoto.or.jp |
| shfh@capgroup.com | shiliang@princeton.edu |
| shgg@capgroup.com | shilpa.lakhani@db.com |
| sh-hara@meijiyasuda.co.jp | shilpa_kadam@conseco.com |
| shhedvat@seas.upenn.edu | shilpa_sree@ssga.com |
| shi.nisman@deshaw.com | shilpee.x.raina@jpmorgan.com |
| shi@daiwa-ny.com | shilpi.basak@morganstanley.com |
| shi766@dl.dai-ichi-life.co.jp | shima.m@daiwa-am.co.jp |
| shibata.s@daiwa-am.co.jp | shimada.manabu@daido-life.co.jp |
| shibata_kouji@dn.smbc.co.jp | shimada.y@daiwa-am.co.jp |
| shibazaki@mhcb.co.uk | shimada-0fb1@jp.nomura.com |
| shibo.guo@icbc.com.cn | shimamimcb@bloomberg.net |
| shibuya@daiwasbi.co.jp | shimamotom@saccounty.net |
| shic@swcorp.org | shimasaki156801@sumitomobank.co.jp |
| shiestan@jefco.com | shimizu.makoto@nomura-asset.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| shimizu@boj.co.uk | shinji.nakamura@nttl.co.jp |
| shimizu@dl.dai-ichi-life.co.jp | shinji.ogawa@mail.mol.co.jp |
| shimizu-2nf3@jp.nomura.com | shinji_higashihara@sakura.com |
| shimizu-sa@daiwasbi.co.jp | shinji_okazawa@tr.mufg.co.jp |
| shimizut1@bloomberg.net | shinji-nishiyama@am.mufg.jp |
| shimodoi_toshihide@dn.smbc.co.jp | shinna@dl.dai-ichi-life.co.jp |
| shimokakimoto@nochubank.or.jp | shinnousuke.kobayashi@sumitomotrust.co.jp |
| shimon@analyst.co.il | shino.takeda@mitsui.com |
| shimonse@bezeq.com | shinobu.nakagawa@boj.or.jp |
| shimotsu19522@nissay.co.jp | shinobu_hirabayashi@mitsubishi-trust.co.jp |
| shimozumi-y@itochu.co.jp | shinohara02869@nissay.co.jp |
| shin.futamata@axa.co.jp | shinohara-go@mitsubishi-sec.co.jp |
| shin.kasahara@lehman.com | sh-inoue@ja-kyosai.or.jp |
| shin.nakahara-0035@boj.or.jp | shinpei_kataoka@nochubank.or.jp |
| shin_okumoto@tr.mufg.jp | shinren-shikin@jabankgifu.or.jp |
| shindo-1qkf@jp.nomura.com | shinsa@daiwa-am.co.jp |
| shines@apollocapital.com | shinsuke.ohyama@boj.or.jp |
| shingmin.lai@ubsw.com | shinsuke.tanaka@mizuho-cb.co.jp |
| shingo.narue@fi.fukoku-life.co.jp | shinsy@bok.or.kr |
| shingo-takenaga@am.mufg.jp | shinta_tahara@tr.mufg.co.jp |
| shinichi.kaji@mizuho-cb.co.jp | shintani@nam.co.jp |
| shinichi.tanaka@db.com | shintani02911@nissay.co.jp |
| shinichi.tsuji@mizuho-bk.co.jp | shintaro.sasaki@shinseibank.com |
| shinichi.yamazoe@tokyostarbank.co.jp | shintaro.yoshida@aig.com |
| shinichi@dl.dai-ichi-life.co.jp | shinton2@bloomberg.net |
| shinichi_harada@tr.mufg.jp | sh-investorrelations@ubs.com |
| shinichi_kuragasaki@ssga.com | shinya.ishii@mizuho-cb.co.jp |
| shinichi_okada@tr.mufg.jp | shinya.miyazaki@sumitomocorp.co.jp |
| shinichi_shindou@ufjbank.co.jp | shinya.ota@daiwa.co.jp |
| shinichi_takasaka@mitsubishi-trust.co.jp | shinya_arisue@mitsui-seimei.co.jp |
| shinichi_yuki@ho.rokinbank.or.jp | shinya_ito@tr.mufg.jp |
| shinichiro.shiraki@ufj-partners.co.jp | shinya-suzuki@am.mufg.jp |
| shinichiro.watanabe@gb.smbcgroup.com | shinyat@bloomberg.net |
| shinichiro_hyogo@tr.mufg.jp | shinyoon.roh@samsung.com |
| shinichiro_kohashi@sakura.co.jp | shiod@nochubank.or.jp |
| shinichiro_nakada@tr.mufg.jp | shioiri-minoru@sc.mufg.jp |
| shinichiro-hidaka@am.mufg.jp | shiomi.s@daiwa-am.co.jp |
| shinichirou.itoi@mizuho-bk.co.jp | shiomi@nam.co.jp |
| shinichirou.kawano@boj.or.jp | shiong.tan@intel.com |
| shinichisuzuki@meijiyasuda.co.jp | shiori.kitamura@boj.or.jp |
| shining.wang@hncb.com.tw | shiori.takinami@westernasset.com |
| shining@abchina.com | shiotsu18789@nissay.co.jp |
| shinji.hasumi@shinseibank.com | shiozaki-y@po.jsf.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| shipman.se@dreyfus.com | shiva.krupa@novartis.com |
| shipra.gupta@pncadvisors.com | shiva_iyer@hvbamericas.com |
| shipra.gupta@sumitomotrust.co.jp | shivam.rajdev@tuck.dartmouth.edu |
| shir.ophir@mailpoalim.co.il | shive@1stsource.com |
| shira.y.cohen@teva.co.il | shivraj.bassi@gs.com |
| shirahata_kazunori@mail.nikko.co.jp | shiyola@yf7.so-net.ne.jp |
| shiraishi@nam.co.jp | shizintl@bloomberg.net |
| shiraishi_hiroaki@kk.smbc.co.jp | shizuo.ichikawa@jp.standardchartered.com |
| shiraishi-shuuichi@sc.mufg.jp | shizuokala@bigplanet.com |
| shiraki@daiwasbi.co.jp | shkang@princeton.edu |
| shiratsuki.tadaaki@daido-life.co.jp | shkim21@bok.or.kr |
| shireen.jones@jpmorgan.com | shkreli.g@dreyfus.com |
| shirin@fullerton.com.sg | shlee@kfb.co.kr |
| shirleenq@mas.gov.sg | shlee369@yahoo.co.kr |
| shirlery.cheng@email.chinatrust.com.tw | shloka.melwani@fil.com |
| shirley.banes@suntrust.com | shlomo.crandus@transamerica.com |
| shirley.c@gordian.co.uk | shm32@cornell.edu |
| shirley.cartmill@standardlife.ca | shmill@safeco.com |
| shirley.heller@bankofamerica.com | sh-mima@ja-kyosai.or.jp |
| shirley.liu@ap.ing.com | shmoradi@delinvest.com |
| shirley.loh@aig.com | shmulik@safdie.com |
| shirley.remy@americas.bnpparibas.com | shnam720@wooribank.com |
| shirley.richards@hsbc.com | sh-narui@ja-kyosai.or.jp |
| shirley.s.wang@columbiamanagement.com | sho.osanai@japan.gartmore.com |
| shirley.seraphin@fhlbboston.com | shobhit@qifmanagement.com |
| shirley.szeto@robecousa.com | shobik@kennedyusa.com |
| shirley.yu@blackrock.com | shoch@bok.or.kr |
| shirley.zheng@tcw.com | shochfam@aol.com |
| shirley@omega-advisors.com | shochu02@bloomberg.net |
| shirley_lam@acml.com | shoconnell@bloomberg.net |
| shirleyba@boi.gov.il | shoconnell@opusinvestment.com |
| shirleyng@mas.gov.sg | shoda@princeton.edu |
| shirleywu@gic.com.sg | shodges@sarofim.com |
| shiro.shiraishi@mizuhocbus.com | shogo.fujita@jp.pimco.com |
| shiro_yamada@mitsui-seimei.co.jp | shogo.maeda@schroders.com |
| shiroo.k@daiwa-am.co.jp | shogo.maede@schroders.com |
| shirosaka-toshiaki@mitsubishi-sec.co.jp | shohei.miura@db.com |
| shiroto02400@nissay.co.jp | shohei.ura@schroders.com |
| shirsch@tiaa-cref.org | shohei_hara@am.sumitomolife.co.jp |
| shirschbrich@union-investment.de | shohreh.gholsorkhi@pharma.novartis.com |
| shishengshen@icbc.com.cn | shoichi_oyama@tr.mufg.jp |
| shital.patel@lazard.com | shoji.akahane@mizuho-cb.co.jp |
| shiv.mehta@inginvestment.com | shoji.koyama@partners.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| shoji_shimamura@tr.mufg.jp | shrutiku@microsoft.com |
| shoji-m@daiwasbi.co.jp | shschwartz@statestreet.com |
| sholland@metlife.com | shseo@shinhan.com.hk |
| shollinger@hei.com | shu.irikura@ufj-partners.co.jp |
| shollmann@lkcm.com | shu.izumi@mitsui.com |
| sholly@mfs.com | shu.nakai@ntt-finance.co.jp |
| sholt@leggmason.com | shuaib.siddiqui@citadelgroup.com |
| sholt1@bloomberg.net | shuang@metlife.com |
| sholz@idbny.com | shuang@westernasset.com |
| shomas.kayani@insightinvestment.com | shuangy@princeton.edu |
| shong@jennison.com | shuber@sra.state.md.us |
| shong8@bloomberg.net | shubha.x.sethi@jpmchase.com |
| shongou@lf.mufg.jp | shuchen@mail.cbc.gov.tw |
| shonna.davidson@inginvestment.com | shudong_huang@bankone.com |
| shood@europeancredit.com | shudson@asbcm.com |
| shood@ing-capadv.com | shuesler@pembacreditadvisers.com |
| shooda@tiaa-cref.org | shughes@btmna.com |
| shooker@frk.com | shughes@fdic.gov |
| shoppe@loomissayles.com | shugo.aoto@mail.mol.co.jp |
| shore@bessemer.com | shuichi_izumikawa@mitsubishi-trust.co.jp |
| shorsley@tswinvest.com | shuichi-wada@am.mufg.jp |
| short@wgz-bank.ie | shujaat.nadeem@samba.com |
| shoshana.zysberg@alliancebernstein.com | shuji.matsuura@mizuho-cb.co.jp |
| shoshana_zysberg@acml.com | shuji_nakagawa@mitsubishi-trust.co.jp |
| sh-otc-client-service@ubsw.com | shujiro_hosokawa@tr.mufg.jp |
| shoufu@bloomberg.net | shuk.yin.cheung@ingim.com |
| shoughton@trmshedge.com | shuki.hay@fibimail.co.il |
| showald@pictet.com | shumphre@lordabbett.com |
| showard@ftci.com | shun.dyes@harrisbank.com |
| showbhik.kalra@pimco.com | shun.fujii@mcp-am.com |
| showes@standishmellon.com | shun.hong.liu@hsbc.com.hk |
| sh-psp-aa-ge-apa@ubs.com | shunichi_sakai@tr.mufg.jp |
| shr@bankinvest.dk | shunichiro.saiki@morganstanley.com |
| shradhag@dbs.com | shunichiro_totsuka@mufg.jp |
| shravan.sood@chase.com | shunji.iwata@meiji-life.co.jp |
| shreenapatel@bankofny.com | shunji.ochiai@barings.com |
| shreya.jawalkar@mercantile.com | shunsuke.kabaya@barclayscapital.com |
| shreyash.gupta@db.com | shunsuke_kikutani@tr.mufg.jp |
| shri.singhvi@bernstein.com | shunsuke-imai@am.mufg.jp |
| shriram.ramanathan@ap.ing.com | shunter@fhlbc.com |
| shrut_vakil@acml.com | shurst@farcap.com |
| shruti_basavaraj@vanguard.com | shurtleff@massmutual.co.jp |
| shruti_verma@ssga.com | shurwitz@matrixassetadvisors.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| shurwitz@omega-advisors.com | siddharth.kumar@schroders.com |
| shusei_imai@tr.mufg.jp | siddharth.panjwani@lazard.com |
| shussey@calstrs.com | siddharth.sahoo@db.com |
| shuster.m@mellon.com | siddhartha.s.panda@tuck.dartmouth.edu |
| shusui_kataoka@smbcgroup.com | siddhartha_gill@putnam.com |
| shuuhei.naka@mizuho-bk.co.jp | siddharthsanyal@rbi.org.in |
| shuuichirou.torigoe@shinseibank.com | siddiqui@atlanticinvestment.net |
| shuusaku.yamada@mizuho-cb-co.jp | sidharth.mahapatra@hk.caam.com |
| shu-yang.tan@ubs.com | sidi@bloomberg.net |
| shwan.taha@soros.com | sidney.chong@btfinancialgroup.com |
| shweta.ahluwalia@uk.abnamro.com | sidney.santos@westernasset.com |
| shxc@capgroup.com | sidney.yu@schwab.com |
| shyamsunderr@temasek.com.sg | sidneyd@loopcap.com |
| shymanski@clamericas.com | siebel.aaron@principal.com |
| shyney@opusinvestment.com | siebel@tk.thyssenkrupp.com |
| shyoon@hanvitbank.co.kr | sieder@bloomberg.net |
| si@volksbank.it | siegbert.eschenbacher@bundesbank.de |
| siamak_izadkia@swissre.com | siegelg@jwseligman.com |
| siambk06@navigator.com | siegert@wai.wyeth.com |
| sian.maddieson@jpmorganfleming.com | siegfried.cordes@credit-suisse.com |
| siang.tan@aig.com | siegfried.gendries@rwe.com |
| siannini@bbandt.com | siegfried.kaeser@credit-suisse.com |
| siarhei.novik@erstebank.at | siegfried.seiffert@telekom.de |
| siautze@dbs.com | siegfried.simon@oppenheim.de |
| sibel.karantay@asbai.com | siegmar.thakur-weigold@trinkaus.de |
| siberej@nationwide.com | siei_syo@chukyo-bank.co.jp |
| sibongile_boyd@fanniemae.com | sienna@fibonaccillc.com |
| sibrava.martin@slsp.sk | siep@gardner.ch |
| siby_thomas@troweprice.com | sierdt@scm-lp.com |
| sibylle.bischofberger@zkb.ch | sierhan@dbs.com |
| sibylle.kirstein@credit-suisse.com | siew.hoon.ong@dnbnor.no |
| sibylle.zinser@dzbank.de | siew_chiow_walton@ufjbank.co.jp |
| sicat_jenny@jpmorgan.com | sig@nbim.no |
| sicdb@bloomberg.net | sigbjorn.birkeland@storebrand.no |
| sicignano@bessemer.com | sigfrido.objio@moorecap.com |
| sicpl@bloomberg.net | sigisbert.koch@credit-suisse.com |
| sid.bakst@robecousa.com | sigit.pramono@bni.co.id |
| sid.bassett@conocophillips.com | sigmund.kyrdalen@nbim.no |
| sid.henderson@db.com | signorio.camille@ubs.com |
| sid.malik@bpb.barclays.com | sigrid.assmann@bhf-bank.com |
| sid.swaminathan@barclaysglobal.com | sigrid.derichs@westlb.de |
| siddarth_sudhir@ml.com | sigrid.focke@db.com |
| siddharth.kasera@siemens.com | sigrid.koller-savir@ids.allianz.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sigrid.nauss@westlb.de

sigrid.zecha@db.com

sigrist_kevin@fsba.state.fl.us

sigthor.gudmundsson@isb.is

sigurd.ugland@klp.no

sigurdur.magnusson@isb.is

sigvaldi.stefansson@isb.is

siham@kpc.com.kw

si-har_choi@freddiemac.com

sihn.luong@pimco.com

siho@uk.danskebank.com

sihyoung.ahn@samsung.com

sii3@cornell.edu

sijoo@kbstar.com

sikandar.siddiqui@dekabank.de

sikingakari@hanmail.net

sikora.ad@mellon.com

silas.chu@ubs.com

silas.l.matthies@wellsfargo.com

silas.rodriguez@lazard.com

silberstein.c@tbcam.com

sileanne.wootton@irishlife.ie

silim7@samsung.co.kr

silja.chouquet@pharma.novartis.com

silkcut@bloomberg.net

silke.friedrich@lri.lu

silke.halvorson@aig.com

silke.herrmann@dws.de

silke.kettermann@dws.com

silke.pieper@georgfischer.com

silke.waterstraat@bkb.ch

silva.sak@ngc.com

silva_noruega@amcm.gov.mo

silvan.noetzli@credit-suisse.com

silvana.figuccio@fondiaria-sai.it

silvana.fiorillo@vontobel.ch

silvana.lau@ing.com.au

silvana.pisoni@dcmc.creditlyonnais.fr

silvana.temporin@italtel.it

silvana.vergara@mpsgr.it

silvanaveljovic@gic.com.sg

silvano.bortolin@juliusbaer.com

silvano.de.col@zkb.ch

silvano.leardo@juliusbaer.com

silvano.sassano@juliusbaer.com

silver.joan@principal.com

silverj@mail.nrucfc.org

silversd@adpomr.com

silvia.aa@tbcam.com

silvia.baroncini@bancaakros.it

silvia.bocchiotti@caam.com

silvia.cerquetella@meliorbanca.com

silvia.chin@blb.de

silvia.ciabuschi@capitalia-am.com

silvia.cova@bawagpskfonds.at

silvia.demagistris@sai.it

silvia.demase@bpv.it

silvia.dickertmann@hsh-nordbank.com

silvia.fan@ibtco.com

silvia.gambarini@bancaakros.it

silvia.gomez@bnpparibas.com

silvia.guerriero@bnlmail.com

silvia.hernandezmartin@telefonica.es

silvia.kronawitter@union-investment.de

silvia.kuratli@helvetia.ch

silvia.lafer-stuppnig@ba-ca.com

silvia.leonhard@rmf.ch

silvia.marelli@ubs.com

silvia.marengo@claridenleu.com

silvia.merendoni@symphonia.it

silvia.pace@sgcib.com

silvia.pai@email.chinatrust.com.tw

silvia.pesci@steinonline.it

silvia.quaglinibarbi@ubs.com

silvia.schaak@csam.com

silvia.schuhn@saarlb.de

silvia.suarez@barcap.com

silvia.tartara@pioneerinvestments.com

silvia.wagner@db.com

silvia.wegmann@juliusbaer.com

silvia.wendlinger@fortisinvestments.com

silvia.wiese@lrp.de

silvia.zitolo@bancaakros.it

silvio.borelli@sgcib.com

silvio.depeppo@meliorbanca.com

silvio.dieterich@ubs.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

silvio.dieterich@ubsw.com
silvio.fantini@sella.it
silvio.giovannini@credit-suisse.com
silvio.giraudo@grifogest.it
silvio.lenk@dekabank.de
silvio.pestalozzi@credit-suisse.com
silvio.severino@juliusbaer.com
silvio.sganzerla@bancaintesa.it
sim.ee.san@nordlb.com
sim.king.yaw@icprc.com
sim.wooten@icomd.com
sim8@cornell.edu
simamura2@sompo-japan.co.jp
simao.oom@finantia.com
simbrosciano@btmna.com
simcockm@gic.com.sg
simeon.zeffert@ubs.com
simina.borsaru@labanquepostale-am.fr
siminovichy.y@fibi.co.il
simiso_nzima@calpers.ca.gov
simma.lndb@bloomberg.net
simming@countryclubbank.com
simmons_kim@gsb.stanford.edu
simmskf@bernstein.com
simo01@handelsbanken.se
simon.a.poncet@jpmorgan.com
simon.allocca@bnpparibas.com
simon.astley@threadneedle.co.uk
simon.b.byrne@aexp.com
simon.ballard@uk.abnamro.com
simon.barnard@credit-suisse.com
simon.barnard@gs.com
simon.barry@boitib.com
simon.barry@ulsterbank.com
simon.bell@aberdeen-asset.com
simon.bennett@halbis.com
simon.bentley@lazard.com
simon.beverley@northernrock.co.uk
simon.blakeney@threadneedle.co.uk
simon.blundell@uk.abnamro.com
simon.bond@icap.com
simon.bond@threadneedle.co.uk
simon.brady@juliusbaer.com

simon.brailey@barclaysglobal.com
simon.bray-stacey@morleyfm.com
simon.brett@elas.co.uk
simon.brook@statestreet.com
simon.brooks@creditlyonnais.co.uk
simon.bruce@bankofamerica.com
simon.buckley@dzbank.de
simon.burton@rabobank.com
simon.c.wilcox@bankofamerica.com
simon.cairns@aegon.co.uk
simon.cao@hk.ca-assetmanagement.com
simon.carter@aegon.co.uk
simon.carter@morganstanley.com
simon.cawdery@barclays.co.uk
simon.chan@moorecap.com
simon.chatterton@barclays.co.uk
simon.chennell@db.com
simon.clark@barclays.co.uk
simon.clark@barclays.com
simon.clements@gartmore.com
simon.clements@morleyfm.com
simon.clinch@fandc.com
simon.coates@bnpgroup.com
simon.colson@trafalgarcapital.com
simon.cook@hvb.de
simon.coombes@tcw.com
simon.cowie@gartmore.com
simon.cunliffe@npbs.co.uk
simon.d.ulcickas@jpmchase.com
simon.davies@threadneedle.co.uk
simon.davis@baesystems.com
simon.densem@ubs.com
simon.down@ngm.co.uk
simon.doyle@schroders.com
simon.duerden@lloydstsb.co.uk
simon.fallon@cibc.com
simon.fallon@citigroup.com
simon.fine@shorecap.co.uk
simon.fink@fibimail.co.il
simon.fischer@ubs.com
simon.foessmeier@ubs.com
simon.forster@uk.abnamro.com
simon.foster@ubs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| simon.fraser@uk.fid-intl.com | simon.marquis@snb.ch |
| simon.frick@claridenleu.com | simon.martin@barclaysglobal.com |
| simon.fricker@bnpparibas.com | simon.mauger@credit-suisse.com |
| simon.gellett@bmo.com | simon.mays-smith@pearson.com |
| simon.gillis@tudor.com | simon.mcwilliams@glgpartners.com |
| simon.goetschmann@ubs.com | simon.meers@ace.ina.com |
| simon.gunning@barclays.co.uk | simon.meijlink@nl.abnamro.com |
| simon.haines@threadneedle.co.uk | simon.melville@aberdeen-asset.com |
| simon.hancock@aberdeen-asset.com | simon.midgen@msci.com |
| simon.hauxwell@dexia-bil.com | simon.miller@lloydstsb.co.uk |
| simon.hepworth@nordea.com | simon.morley@barclaysglobal.com |
| simon.heywood@mhcb.co.uk | simon.morrell@icgplc.com |
| simon.higgo@lazard.com | simon.morris@icap.com |
| simon.hillard@aig.com | simon.moss@swipartnership.co.uk |
| simon.hills@gibuk.com | simon.n.williams@barclaysglobal.com |
| simon.holman@aegon.co.uk | simon.newman@uk.abnamro.com |
| simon.huang@barclaysglobal.com | simon.osterberg@seb.se |
| simon.hunter@swip.com | simon.overington@rbccm.com |
| simon.j.ebbins@jpmorgan.com | simon.p.baxter@morganstanley.com |
| simon.jaffe@morleyfm.com | simon.park@bankofamerica.com |
| simon.james@honeywell.com | simon.park@ubs.com |
| simon.joiner@glgpartners.com | simon.parker@rabobank.com |
| simon.jones@threadneedle.co.uk | simon.penniston@lloydstsb.co.uk |
| simon.karregat@philips.com | simon.peters@gartmore.com |
| simon.kemp@commerzbankib.com | simon.petres@sgcib.com |
| simon.kempton@db.com | simon.phillips@ubsw.com |
| simon.king@gartmore.com | simon.picard@calyon.com |
| simon.kirton@aberdeen-asset.com | simon.piel@apobank.de |
| simon.kirton@damel.co.uk | simon.pilcher@mandg.co.uk |
| simon.koenig@rmf.ch | simon.polbennikov@barclayscapital.com |
| simon.krieger@claridenleu.com | simon.pottinger@barclaysglobal.com |
| simon.lambert@uk.fid-intl.com | simon.quinn@statestreet.com |
| simon.lau@soros.com | simon.quirke@lionhartasia.net |
| simon.lee@osterweis.com | simon.r.taylor@hsbc.com |
| simon.lee@pacificlife.com | simon.rechatin@axa-im.com |
| simon.ling@rbccm.com | simon.reed@bnpparibas.com |
| simon.lloyd@gs.com | simon.reynolds@axa-multimanager.com |
| simon.long@barcap.com | simon.rigby@schroders.com |
| simon.loveday@morganstanley.com | simon.rivett-carnac@sarasin.co.uk |
| simon.lowth@scottishpower.com | simon.roddy@shell.com |
| simon.macdonald@db.com | simon.rubingh@cis.co.uk |
| simon.maeder@aigpb.com | simon.savage@glgpartners.com |
| simon.manning@threadneedle.co.uk | simon.scholes@ib.bankgesellschaft.de |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

simon.seneor@hcmny.com

simon.sharp@halbis.com

simon.shaw@insightinvestment.com

simon.shearing@glgpartners.com

simon.shephard@bankofamerica.com

simon.shorland@hsbcgroup.com

simon.smakowski@hsh-nordbank.com

simon.somerville@cazenove.com

simon.spalinger@juliusbaer.com

simon.starr@eu.nabgroup.com

simon.steiner@credit-suisse.com

simon.stewart@uk.fid-intl.com

simon.stredder@jpmorgan.com

simon.surtees@gartmore.com

simon.tanwk@uobgroup.com

simon.tarr@fsmail.net

simon.thorpe@chase.com

simon.todd@mfs.com

simon.tring@morleyfm.com

simon.twiss@fipartners.com.au

simon.vallotto@ca-suisse.com

simon.van.veen@fortisinvestments.com

simon.waddington@royalbank.com

simon.warner@chase.com

simon.watkins@bmo.com

simon.weiss@zkb.ch

simon.wells@bankofengland.co.uk

simon.wells@fandc.co.uk

simon.whitaker@bankofengland.co.uk

simon.white@glgpartners.com

simon.white@rothschild.co.uk

simon.whiteley@insightinvestment.com

simon.whitfield@blblon.co.uk

simon.wilkinson@lgim.co.uk

simon.wyss@sl-am.com

simon.yangyq@uobgroup.com

simon.yee@bankofamerica.com

simon.young@blackrock.com

simon@ikospartners.com

simon@pimco.com

simon_bancroft@notes.ntrs.com

simon_broxham@bmo.com

simon_burdett@scotiacapital.com

simon_chantry@gb.smbcgroup.com

simon_clements@blackrock.com

simon_cohen@ntrs.com

simon_collinge@ssga.com

simon_davis@putnam.com

simon_flood@blackrock.com

simon_hallett@iaifunds.com

simon_kinnie@standardlife.com

simon_laing@newton.co.uk

simon_lim@calpers.ca.gov

simon_liu@acml.com

simon_mcclure@blackrock.com

simon_mcdonagh@westlb.co.uk

simon_mckay@putnam.com

simon_mullumby@ssga.com

simon_nichols@newton.co.uk

simon_parkins@paribas.com

simon_pryke@newton.co.uk

simon_rogers@gb.smbcgroup.com

simon_steward@capgroup.com

simon_wilkinson@westlb.co.uk

simon_wood@standardlife.com

simona.canepa@ubs.com

simona.delgreco@bnlmail.com

simona.dottavi@pgalternative.com

simona.paravani@hsbcinvestments.com

simona.prati@mpsgr.it

simonaesterina.borio@realemutua.it

simonbyrne@angloirishbank.ie

simonchao@upamc.com.tw

simone.arbib@glgpartners.com

simone.baer@juliusbaer.com

simone.bemporad@finmeccanica.it

simone.binismaghi@arcafondi.it

simone.bomio@ubs.com

simone.burello@bcb.gov.br

simone.busalt@seb.de

simone.de.haas@pggm.nl

simone.erhardt@hsh-nordbank.co.uk

simone.facchinato@arcafondi.it

simone.farinelli@zkb.ch

simone.francazi@bnlmail.com

simone.freschi@banca.mps.it

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

simone.guidi@fandc.com
simone.haefeli@ubs.com
simone.heinz@lri.lu
simone.hofer@ubs.com
simone.kees@hsh-nordbank-int.com
simone.kerbach@activest.de
simone.pinelli@bsibank.com
simone.pressley@pimco.com
simone.reiss@juliusbaer.com
simone.renzelli@euroaisgr.it
simone.sabbadini@credit-suisse.com
simone.schaerer@zkb.ch
simone.schmid@blb.de
simone.soldini@bancamarche.it
simone.staeuble@csam.com
simone.vetter-fohr@dbv-winterthur.de
simone.wilhelms@deutsche-hypo.de
simone.x.broadfield@jpmorgan.com
simone.zottarel@am.generali.com
simone_erhardt@westlb.co.uk
simongordon@bapfim.co.uk
simonhandcock@gic.com.sg
simonjb@us.ibm.com
simon-p.taylor@ubs.com
simonpar@chollian.net
simont@1stsource.com
simon-uk.lee@chase.com
simonyaptc@dbs.com
simpkip@nationwide.com
simpp@income.com.sg
simpson.david@edgeassetmgt.com
sinagarajan@aegonusa.com
sinanb@garanti.com.tr
sinclair.eaddy@mercantile.net
sinclairkung@mail.cbc.gov.tw
sindhu.srivastava@gmacrfc.com
sindhu.tantri@ubs.com
sinead.a.fennell@aibbny.ie
sinead.b.dunne@aibbny.ie
sinead.eaton@boimail.com
sinead.fitzpatrick@ubs.com
sinead.gray@statestreet.com
sinead.haughey@ge.com

sinead.m.neeson@aib.ie
sinead.m.tynan@aibbny.ie
sinead.mulligan@statestreet.com
sinead.murphy@db.com
sinead_haughey@ml.com
sineadohara@bwbank.ie
singapore@wooribank.com
singhh@wharton.upenn.edu
singlis@metlife.com
singo_tahara@am.sumitomolife.co.jp
sinichi_namikawa@tr.mufg.jp
sinirene@bloomberg.net
siniti_kawaguti@am.sumitomolife.co.jp
sinitzin@evrofinance.com
sin-minh.tan@ap.nxbp.com
sinnell@angloamerican.co.uk
sino.stalbne@credit-suisse.com
sinodat@po2.jsf.co.jp
sinonsen@princeton.edu
s-invest@ytb.co.jp
sinyinling@gic.com.sg
sinzi_hikiti@am.sumitomolife.co.jp
sinzi_imamura@am.sumitomolife.co.jp
sinzi_masad@am.sumitomolife.jp
sinzou_kouno@am.sumitomolife.co.jp
siobhan.a.broderick@aibbny.ie
siobhan.carolan@boiss.boi.ie
siobhan.cass@halbis.com
siobhan.hicks@bnpparibas.com
siobhan.laing@swip.com
siobhan.m.tuite@aib.ie
siobhan_doherty@putnam.com
siokmei.lim@schroders.com
siongted@temasek.com.sg
sionoid@bloomberg.net
siowwei@dbs.com
sircar@princeton.edu
sire.ortiz@firstmidwest.com
sirif@statoilhydro.com
sirivanv@hsbc.co.th
sirka.krabbe@hsh-nordbank.com
sisaacsl@bloomberg.net
sisak@lehman.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

siscovick@caxton.com

sisi01@handelsbanken.se

sisley@metlife.com

sistjohn@wellington.com

sit3@bloomberg.net

sita.japsi@aig.com

sital_cheema@standardlife.com

siu_gim_lee@keppelbank.com.sg

siu_moy@ssga.com

siukee.chan@nl.abnamro.com

sius@gcm.com

siva.sivasubramaniam@barclaysglobal.com

sivasankar@mas.gov.sg

siyer@meag-ny.com

siytangco@sun.com

sj.moon@hanabank.com

sj700.kim@samsung.com

sjacco.schouten@abpinvestments.nl

sjackaman@reatech.net

sjackson@evergreeninvestments.com

sjacobsn@stanford.edu

sjacot@pictet.com

sjaeger@fhlbdm.com

sjaffe@kbw.com

sjagannathan@swst.com

sjagst@bloomberg.net

sjagunic@gmail.com

sjain@bayharbour.com

sjalan@wharton.upenn.edu

sjallet@generali.fr

sjames@invest.treas.state.mi.us

sjames@samgmt.com

sjames@tudor.com

sjardine@ftportfolios.com

sjaun@pictet.com

sjaworski@merctrust.com

sjb@artemisinvest.com

sjb@ubp.ch

sjboxer@wellington.com

sjchung@kfb.co.kr

sjdonnelly@metlife.com

sjenkens@ci.com

sjensen@fscnet.com

sjeung@bechtel.com

sjg@citicib.com.cn

sjhaveri@mcleanbudden.com

sjhenry@jhancock.com

sjk47@cornell.edu

sjlake@bloomberg.net

sjlee@netsgo.com

sjm@email.esunbank.com.tw

sjmalley@statestreet.com

sjmiller@bloomberg.net

sjmink@statestreet.com

sjmonissen@bloomberg.net

sjn@dodgeandcox.com

sjocher@meag.com

sjoerd.kitzen@ingim.com

sjohanse@aegonusa.com

sjohn@ncmcapital.com

sjohnsen03@pjc.com

sjohnson@essexinvest.com

sjohnson@prospectsecurities.com

sjohnson@sandiego.gov

sjohnson@smithgraham.com

sjohnson@westernasset.com

sjohnstone@britannicasset.com

sjohnstone@martincurrie.com

sjones@uscentral.org

sjorgen@pacifictrust.net

sjors.haverkamp@ingim.com

sjoseph@bankofny.com

sjoshi@apollocapital.com

sjpannell@wellington.com

sjplace@wellington.com

sjpollak@nb.com

sjrichter@leggmason.com

sjritcher@leggmason.com

sjs@capgroup.com

sjs1@bloomberg.net

sjs5@cornell.edu

sjs53@bloomberg.net

sjs92@cornell.edu

sjsturtevant@wellington.com

sjun@rockco.com

sjwm@capgroup.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sjyang@bok.or.kr | skelley@fandc.co.uk |
| sk.lam@interpolis.nl | skelley@mfs.com |
| sk.shin@bbh.com | skelley@pictet.com |
| sk@turnerinvestments.com | skelly2@templeton.com |
| sk2232@cornell.edu | skelman@martincurrie.com |
| sk795@cornell.edu | skemming@meag.com |
| skahn@fsa.com | skempler@tiaa-cref.org |
| skail@federatedinv.com | skennedy@ellington.com |
| skakar@divinv.net | skennedy@wellington.com |
| skallok@sunamerica.com | skensing@allstate.com |
| skalos@federatedinv.com | skernkraut@lordabbett.com |
| skalos@grneam.com | skertsman@hbk.com |
| skalra@angelogordon.com | skesanapally@tiaa-cref.org |
| skamikubo@hvbamericas.com | skever@bancasempione.ch |
| skandarian@metlife.com | skh@nykredit.dk |
| skander.chabbi@db.com | skhalatbari@worldbank.org |
| skaping@ebrd.com | skhan@europeancredit.com |
| skaplan@jennison.com | skhan@pictet.com |
| skappagoda@caxton.com | skhan@recordcm.com |
| skapuganti@aegonusa.com | skhan@tiaa-cref.org |
| skarasic@allstate.com | skhanna1@bear.com |
| skaross@statestreet.com | skhatri@bloomberg.net |
| skarpel@metlife.com | ski@ubp.ch |
| skartsonis@jennison.com | skiernan@caxton.com |
| s-kasai@nissay.co.jp | skilkenny@metlife.com |
| skasai13@sompo-japan.co.jp | skiltonb@lotsoff.com |
| skasaya@pictet.com | skim@mfs.com |
| skaseta@loomissayles.com | s-kimishima@kokusai.co.jp |
| skassev@aegonusa.com | skincaid@dkpartners.com |
| skatz@nb.com | sking@howeandrusling.com |
| skatz2@bloomberg.net | sking@loomissayles.com |
| skatzenstein@gscpartners.com | skinsey@divinv.net |
| skawabe@bloomberg.net | skip.moeller@capitalonebank.com |
| skawazoe@sumitomotrust.lu | skip.shelly@fhlb-pgh.com |
| skayser@bloomberg.net | skip_short@putnam.com |
| skchoi@hanabank.com | skippyc@bloomberg.net |
| ske@martincurrie.com | skirner@jennison.com |
| skearney@nisi.net | skirtman@wisi.com |
| skee@fhlbatl.com | skji@hanabank.com.hk |
| skeenan@wfgweb.com | skk@bok.or.kr |
| skeersc@rba.gov.au | skk@temasek.com.sg |
| skefer@victoryconnect.com | skk4@ntrs.com |
| skeid@firstunion.com | sklee@hanabank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

skleeberg@cdcixis-cm.com
sklein@blenheiminv.com
sklein@troweprice.com
skleinwort@axia-advisors.com
skline@bankofny.com
sklotz@mfs.com
skmjapan@bloomberg.net
sknapp@bloomberg.net
sknappe@bloomberg.net
sknowles@fhlbdm.com
sknowles@silchester.com
sko@clinton.com
skodangil@standishmellon.com
skoeckerling@bloomberg.net
skofol.lndb@bloomberg.net
skoga@bloomberg.net
skolderu@allstate.com
skon@smithbreeden.com
skono@nochubank.or.jp
skopf@ibuk.bankgesellschaft.de
skorar@nationwide.com
skorn@bloomberg.net
skornfeld@frk.com
skornreich@libertyview.com
skorstade@kpf.no
skosier@ustrust.com
skosior@templeton.com
skostenbaum@bper.ch
skosthowa@scor.com
skothari@statestreet.com
skotsen@us.nomura.com
skoutoumanos@allianz.gr
skoutsantonis@fmr.com
skoval@russell.com
skovenborg@jyskebank.dk
skowronski.d@bloomberg.net
skr@ubp.ch
skraljic@tiaa-cref.org
skrall@bft.fr
skramer@union-investment.de
skraus@provnet.com
skrilcic@bloomberg.net
skrishnan@ifc.org

skrishnaswamy@bkb.com
skrucze@frk.com
skrull@steinroe.com
sktan@ti.com
skunt@blackrock.com
skupchin@tiaa-cref.org
skuro@dl.dai-ichi-life.co.jp
skwarek_lucia@jpmorgan.com
skwon@babsoncapital.com
skyhawk@bloomberg.net
skylark@kbstar.co.kr
skylee@keb.co.kr
skyway33@healthcare.co.kr
sl@ennismorefunds.com
sl@sitinvest.com
sl@tchinc.com
sl70@ntrs.com
sl945@cornell.edu
sl952@cornell.edu
slaa@pggm.nl
slabaugh@tiaa-cref.org
sladjevardi@btm.co.uk
slaffin@cvceurope.com
slaffoy@statestreet.com
slamandola@capis.com
slamberton@ufji.com
slampman@bloomberg.net
sland@frk.com
slange@aegonusa.com
slansing@princeton.edu
slantis@barrowhanley.com
slarios@nafin.gob.mx
slaryea@opusinvestment.com
slatter@bermuda.sl.slb.com
slaurans@cicny.com
slautizar@pictet.com
slav.botchkarev@morganstanley.com
slavomir.nagy@ids.allianz.com
slawekp@bloomberg.net
slawler@bankofny.com
slawry@bloomberg.net
slbeuro@bloomberg.net
slbond@bloomberg.net

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| slbus@aol.com | sliu@calfed.com |
| slcasey@bloomberg.net | sliu@perrycap.com |
| slcastonguay@wellington.com | sljones@ybs.co.uk |
| slchua@mas.gov.sg | slking@barbnet.com |
| sldfjaosihge@fhoeh.com | slkoh@mas.gov.sg |
| sle@nbim.no | slliu@paydenpotomac.com |
| sledge@bessemer.com | slm@jwbristol.com |
| sledger@aegonusa.com | slmole@wellington.com |
| slee@ag-am.com | slmurphy@statestreet.com |
| slee@jhancock.com | sloan.walker@morganstanley.com |
| slee@maplepartners.com | sloand@adpomr.com |
| slee@pictet.com | slockman@blaylockabacus.com |
| slee@scmadv.com | slolli@bloomberg.net |
| slee17@metlife.com | sloneg1@nationwide.com |
| slefkowitz@caxton-iseman.com | slopata@oppenheimerfunds.com |
| sleguti@bloomberg.net | slopez@deerfieldcapital.com |
| slehman@federatedinv.com | slopez@wellington.com |
| sleibowitz@metlife.com | slopezsa@notes.banesto.es |
| sleighmyers@thamesriver.co.uk | slops@hbk.com |
| slemon@snwsc.com | slord@loomissayles.com |
| slenzi@lib.com | sloughp@bp.com |
| sleone@lordabbett.com | slouie@schny.com |
| sleonida@evcap.bm | slouis@panagora.com |
| slesieur@bloomberg.net | slouste@entergy.com |
| sleu@tiaa-cref.org | slouyang@wellington.com |
| slevine@tiaa-cref.org | slover.e@dreyfus.com |
| slewis@steinroe.com | slover.e@tbcam.com |
| slfoo@bloomberg.net | slr@capgroup.com |
| slgoh@mas.gov.sg | slstark@stifel.com |
| slheureux@loomissayles.com | slstefany@wellington.com |
| sli.industrials@standardlife.com | slteo@mas.gov.sg |
| sli@oppenheimerfunds.com | sluaa@allstate.com |
| slibera@babsoncapital.com | slucaccini@oppenheimerfunds.com |
| slibera@dlbabson.com | sluh@westernasset.com |
| slibkind@ahorro.com | slummi@state.wy.us |
| slim@lordabbett.com | slumpr@dime.com |
| slin@westernasset.com | slunat@apollocapital.com |
| slin1@templeton.com | slurito@ag-am.com |
| slindset@princeton.edu | slutzinger@wellington.com |
| slineyd@stifel.com | slva@pge.com |
| slinnick@metlife.com | slyford@nacm.com |
| slistor@bankofny.com | slyons@frk.com |
| slituchy@metlife.com | slyttelton@newstaram.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sm@kingfisherinvestors.com | smarshman@roxcap.com |
| sm168@ntrs.com | smartel@pictet.com |
| sma.pr@adia.ae | smarti@crediinvest.ad |
| sma@luminentcapital.com | smartin@creditandorra.ad |
| sma2@nbim.no | smartin@firststate.co.uk |
| smabtp@mail.fininfo.fr | smartin@johnsoninv.com |
| smacdon@frk.com | smartin@pimco.com |
| smacdonald@ssrm.com | smarto'connor@noclue.com |
| smaconald@tiaa-cref.org | smarusa@hbk.com |
| smadar.mishan@barclayscapital.com | smasin@perrycap.com |
| smadden@stephens.com | smatson@qwest.com |
| smagnan@dexia-us.com | s-matsu@nochubank.or.jp |
| smagoon@lordabbett.com | smatsumoto@exchange.ml.com |
| smahler@cobank.com | smatsuno@bloomberg.net |
| smahon@princeton.edu | s-matsuo@ioi-sonpo.co.jp |
| smahtani@fcem.co.uk | smatteoli@grifogest.it |
| smaierovits@mizrahi.co.il | smatthias@steinroe.com |
| smaile@ompa.com | smausolf@dow.com |
| smaillard@oddo.fr | smavromates@mapension.com |
| smaillard@pictet.com | smay@exchange.ml.com |
| smalagoli@credem.it | smayor1@bloomberg.net |
| smalhotra@investcorp.com | smayse@bayharbour.com |
| smalik@caxton.com | smazel@groupama-am.fr |
| smalik@tiaa-cref.org | smazzoli@oaktreecap.com |
| smalkoff@summitbank.com | smc@bankinvest.dk |
| smallach@farcap.com | smc@sitinvest.com |
| smallick@utendahl.com | smc338@cornell.edu |
| smallman@allstate.com | smcardle@southernco.com |
| smalloy@evcap.com | smcbeth@bloomberg.net |
| smaltese@albertinisim.it | smcboyle@roycenet.com |
| smaltz@dreyfus.com | smccabe@loomissayles.com |
| smandis@halcyonllc.com | smccole@martincurrie.com |
| smangroo@spfbeheer.nl | smccoubrie@europeancredit.com |
| smann@lasers.state.la.us | smccuen@sandlercap.com |
| smanning@blackrock.com | smccullagh@abnamroprime.com |
| smanning@pnc.com | smcdermott@hollandcap.com |
| smanson@ftci.com | smcdonald@barrowhanley.com |
| smansukhani@chevychasetrust.com | smcdowell@bloomberg.net |
| smarciano@the-ark.com | smcfadden@cobank.com |
| smarkowitz@dsaco.com | smcfeely@bloomberg.net |
| smarquez@notes.banesto.es | smcfetridge@jhancock.com |
| smarron@allstate.com | smcgairl@europeancredit.com |
| smarsh@seic.com | smcgive@frk.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

smcgowan@fnbnonline.com
smcgrude@lordabbett.com
smcguinn@allstate.com
smchen@princeton.edu
smcintosh@russellmellon.com
smcintyre@gwkinc.com
smckinney@hbk.com
smclemore@lmcm.com
smcleod@rowancompanies.com
smcnamara@beutelgoodman.com
smcneil@jennison.com
smeade@anchorcapital.com
smeehan@ingalls.net
smehta@blackrock.com
smehta@jennison.com
smehta@mfs.com
smelliott@wellington.com
smelluish2@bloomberg.net
smelyanskiy_yuriy@jpmorgan.com
smelzer@bloomberg.net
smercado@dsaco.com
smerves@bear.com
smessina@bloomberg.net
smeyer@metzler.com
smezic@bloomberg.net
smf@ibercaja.es
smf@public.ibercaja.es
smf@summitpartnersllc.com
smfanning@wellington.com
smfontana@comerica.com
smgarces@homeside.com
smgrauze@mmm.com
smh.eu@adia.ae
smh@renre.com
smharrington@wellington.com
smhayes@wellington.com
smhorrigan@leggmason.com
smichael@schwab.com
smichaels@fmaadvisors.com
smidchense@brinson.com
smilazzo@bankofny.com
smilla@nafin.gob.mx
smillan@wellington.com

smillar@ingnz.com
smiller@sagitta.co.uk
smiller@tswinvest.com
smiller3@bear.com
smillham@faralloncapital.com
smilstein@ocwen.com
sminer@standishmellon.com
sminzlaff@ibuk.bankgesellschaft.de
smiserey@bloomberg.net
smith.ca@tbcam.com
smith.darrin@principal.com
smith@ipohome.com
smith_jeffrey@fsba.state.fl.us
smith_justin@fsba.state.fl.us
smith_mark_e@jpmorgan.com
smith_richard@fsba.state.fl.us
smith_rob@fsba.state.fl.us
smith_sheilah@fsba.state.fl.us
smithandy@bloomberg.net
smithb@swcorp.org
smithbb1@bloomberg.net
smithd@vankampen.com
smithep@texaco.com
smithgary@bloomberg.net
smithgc@ensignpeak.org
smithj@ebrd.com
smithja@bernstein.com
smithl@lotsoff.com
smithm@lotsoff.com
smithpe@anz.com
smiths@bot.or.th
smithsco@wellscap.com
smithte@brinson.com
smitra2@ifc.org
smittal@noonam.com
smittipon.srethapramote@fmr.com
s-miyaji@nochubank.or.jp
smjang@bok.or.kr
smjuszczyszyn@delinvest.com
smkammann@wellington.com
smkwong@bochk.com
smlaplante@wellington.com
smleonard@wellington.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| smm.ef@adia.ae | smp70@pitt.edu |
| smm.tr@adia.ae | smpike@wellington.com |
| smmannin@blackrock.com | smr7@ntrs.com |
| smmh@capgroup.com | smrickert@us.fortis.com |
| smo@bankinvest.dk | smriti.popenoe@wachovia.com |
| smody@concordiafunds.com | smriti.shetty@wamu.net |
| smoeller@blackrock.com | sms.eu@adia.ae |
| smohandas@fhlbi.com | smt@capgroup.com |
| smoini@payden-rygel.com | smtrabucco@duke-energy.com |
| smokkapati@federatedinv.com | smtremble@wellmanage.com |
| smoller@nafin.gob.mx | smui@genre.com |
| smolloy@ibtco.com | smukhopadhyaya@aegonusa.com |
| smonji@daiwasbi.co.jp | smullen@nb.com |
| smontagna@babsoncapital.com | smuns@hcmlp.com |
| smontenero@siebertnet.com | smunson@unumprovident.com |
| smontero@marchgestion.es | smurphy@firststate.co.uk |
| smonticelli@mosaic.com | smurphy@mfs.com |
| smontobbio@bloomberg.net | smurphy@nb.com |
| smoojoy@aol.com | smurphy@standishmellon.com |
| smoon@dsaco.com | smurray@opers.org |
| smooney@bondinvestor.com | smurti@bankbii.com |
| smooney@freedom-capital.com | smuspratt1@bloomberg.net |
| smoore@buffalofunds.com | smuter@eatonvance.com |
| smoore@chubb.com | smwalsh@jhancock.com |
| smorad@ibtco.com | smy@abchina.com.sg |
| smoreno@loomissayles.com | smyeo@mas.gov.sg |
| smorenstein@caxtonadvantage.com | smyers@roxcap.com |
| smorgan@federatedinv.com | smyojin@bloomberg.net |
| smori@nochubank.or.jp | smz.tr@adia.ae |
| smorjari@lehman.com | sn@capgroup.com |
| smorley@bloomberg.net | snadler@loomissayles.com |
| smorris3@travelers.com | snagarajan@ssrm.com |
| smorrison@deerfieldcapital.com | snaghibi@statestreet.com |
| smorrison@westernasset.com | snaik@panagora.com |
| smorrow@cumberassoc.com | snaish@newstaram.com |
| smorse@mfs.com | snakamura@daiwasbi.co.jp |
| smortimer@wellington.com | snanda@troweprice.com |
| smosshamer@fhlbc.com | snangia@nb.com |
| smosshammer@fhlbc.com | snapa@statoil.com |
| smost@bankofny.com | snareyka@mmwarburg.de |
| smounier@cicny.com | snarui@bloomberg.net |
| smountain@standishmellon.com | snason@federatedinv.com |
| smp.ia@adia.ae | snatarajan@mfs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

snathan@baupost.com
snatoch@princeton.edu
snavarro@exprinteruruguay.com.uy
snavin@jhancock.com
snbandara@dohabank.com.qa
snbrown@unumprovident.com
snedekeb@deshaw.com
snehal.pathak@bmo.com
snehashis.das@hk.calyon.com
snehashis.das@wachovia.com
sneimeth@sunamerica.com
sneller@bear.com
snellgrove.dk@pg.com
snelson@stephens.com
snelson@stonehillcap.com
sneuen@hestercapital.com
sneumann@hbk.com
snewhall@trees-invest.com
snewland6@aol.com
snewton@jhancock.com
sng@worldbank.org
snguyen@allegiancecapital.com
snguyen@bradfordmarzec.com
snguyen@mfs.com
snicholls@sunamerica.com
snisi@ofivalmo.fr
snjnara@bloomberg.net
snlim@kfb.co.kr
snlnxn@bloomberg.net
snn@jyskebank.dk
snn@ubp.ch
snoble@hcmlp.com
snogaki@btmna.com
snorquist@massmutual.com
snorth@fhlbatl.com
snoss1@bloomberg.net
snowbond@bloomberg.net
snowd@hmc.harvard.edu
snowk@wooribank.co.jp
snr009@keb.co.kr
snst@capgroup.com
snusim@blaylocklp.com
snutt@nacm.com

snydegger@sto.state.id.us
snyder.ni@mellon.com
snyder_john@jpmorgan.com
snyderl2@nationwide.com
snydern@parkerhunter.com
so@evcap.bm
so_ota@tr.mufg.jp
soakey@tswinvest.com
soam@soam.com
soan0115@chb.co.kr
soboucka@cordius.be
sobrien@martincurrie.com
sobti.rajiv@nomura-asset.com
soccer5@bloomberg.net
sochel@swst.com
socho@nb.com
sochong.yi@blackrock.com
soconnell@us.mufg.jp
soda@dl.dai-ichi-life.co.jp
soekching.kum@credit-suisse.com
soenke.heistermann@hsh-nordbank.com
soenke.pfraenger@helaba.de
soenke.rix@hsh-nordbank.com
soenke.steinert@union-panagora.de
soenke_papenhausen@goam.de
soenketimm@helaba-invest.de
soeren.katterbach@lrp.de
soeren.linde.nielsen@jyskeinvest.dk
soeren.moerch@uk.calyon.com
soeren.steinert@union-panagora.de
soeren.thomsen@jyskebank.dk
soeren.wiedau@weberbank.de
soeren@jyskebank.dk
sofi.eriksson@ap1.se
sofia.anton@interdin.com
sofia.branfelt@swedbank.se
sofia.heredia@cgd.pt
sofia.nu@igcp.pt
sofia.sermos@pioneerinvest.com
sofia.skalistiri@omam.co.uk
sofia@bnm.gov.my
sofia_larsen@westlb.co.uk
sofiagomes.silva@millenniumbcp.pt

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sofian.jani@bia.com.bn
sofie.emilsson-nilvall@ap3.se
sofiokc@corning.com
sofkos@delta.gr
soflahe@gcr.com
softa.shields@rbccm.com
sogabe@dl.dai-ichi-life.co.jp
sogabe@nam.co.jp
soga-k@itochu.co.jp
soge02@handelsbanken.se
soh@ag-am.com
soha@nykredit.dk
sohail.gani@bankofamerica.com
sohail.rasul@xlgroup.com
sohallor@cisco.com
so'halloran@wellington.com
sohil.mody@lloydstsb.co.uk
sohnm@sigmacap.com
soho@kdb.co.kr
soichi_takimoto@yamaguchibank.co.jp
soiricho.matsumoto@morganstanley.com
sojkai@fhlbsf.com
sokchuang@temasek.com.sg
sokeeffe@citco.com
sokol@midamerican.com
sol.chehebar@us.hsbc.com
soledad.lecube@bnpparibas.com
soledad.seivane@grupobbva.com
soledad.seivanenavia@telefonica.es
solene.clement@labanquepostale-am.fr
solene.zammito@accor.com
solesiuk@fdic.gov
soli@sek.se
solimine_jennifer@jpmorgan.com
soliver@metlife.com
soliver@tiaa-cref.org
soliveros@worldbank.org
sollars.heath@principal.com
solomich.mt@mellon.com
solomon.barnett@citadelgroup.com
solomon_tadesse@ssga.com
solon.b.saoulis@aexp.com
soltas@mac.com

solveig.stroeer@dit.de
solyak@mnb.hu
soma.ghosal@credit-suisse.com
somara@loomissayles.com
somaschini@bpintra.it
somender_chaudhary@fanniemae.com
somers@wgz-bank.ie
someya1@bloomberg.net
sommanney@provnet.com
sommer@nytimes.com
sompoch.wongkittivatchakul@db.com
son.nguyen@efv.admin.ch
sona_sikorova@kb.cz
sonabowle@evcap.bm
sonal.kothari@bapensions.com
sondra.vitols@deshaw.com
sondrioev@bloomberg.net
sondriolb@bloomberg.net
sonelius.kendrick-smith@db.com
soner.aksu@tcmb.gov.tr
song.li@alliancebernstein.com
song@bok.or.kr
song@mackenziefinancial.com
song58@kdb.co.kr
songer@spectrumassetmgt.com
songjinzhi@bloomberg.net
songjo@bloomberg.net
songng@gic.com.sg
songyang@icbc.com.cn
songz@nationwide.com
sonia.b.ravello@jpmorgan.com
sonia.bendt@nl.abnamro.com
sonia.beng@morleyfm.com
sonia.crooks@northernrock.co.uk
sonia.dezordo@ubs.com
sonia.hamstra@aig.com
sonia.johnson@threadneedle.co.uk
sonia.kowal@bailliegifford.com
sonia.lee@creditlyonnais.fr
sonia.leonard@jpmorgan.com
sonia.m.carey@aibbny.ie
sonia.meskin@jpmorgan.com
sonia.patel@micorp.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sonia.pernot@bcv.ch | sopha_so@glenmede.com |
| sonia.raikes@standardlife.ca | sophana.periasamy@morganstanley.com |
| sonia.thueler@richemont.com | sopheara.lim@labanquepostale-am.fr |
| sonia.valencia@barclaysglobal.com | sophia.baah@interbrew.com |
| sonia.vidal@andbanc.com | sophia.hartley@cgii.com |
| sonia_lee@ntrs.com | sophia.l.talkington@wellsfargo.com |
| so-nishimoto@ja-kyosai.or.jp | sophia.m.long@aibbny.ie |
| sonja.demann@csam.com | sophia.rui@ubssdic.com |
| sonja.foerster@db.com | sophia.zhao@aig.com |
| sonja.hampel@kfw.de | sophia.zhao@blackrock.com |
| sonja.hoebartner@pioneerinvestments.com | sophia_banar@ssga.com |
| sonja.j.rodine@wellsfargo.com | sophia_whitbread@newton.co.uk |
| sonja.lessing@hsh-nordbank.com | sophiawang@cathaylife.com.tw |
| sonja.reed@wellsfargo.com | sophie.bakalar@avmltd.com |
| sonja.spielberger@db.com | sophie.betbeder@sncf.fr |
| sonja.zoellner@dzbank.de | sophie.brown@gartmore.com |
| sonja.zoellner@dzbank.ie | sophie.bsch@jpmorgan.com |
| sonnie.ayere@bmonb.com | sophie.cagnard@richemont.com |
| sonning.bredemeier@nordlb.de | sophie.carter@sgam.co.uk |
| sonny.surkin@truscocapital.com | sophie.chapuisat@hsbcpb.com |
| sonny_wong@bocgroup.com | sophie.cloux@cpr-am.fr |
| sonnylee@kdb.co.kr | sophie.condon@gb.smbcgroup.com |
| sono@templeton.com | sophie.debehogne@fortisinvestments.com |
| sonparn@ebrd.com | sophie.dedise@sgam.com |
| sonu.kalra@fmr.com | sophie.dewachter@degroof.be |
| sonya.dilova@fandc.com | sophie.elkrief@dexia-am.com |
| sonya.sheehy@credit-suisse.com | sophie.ellkrief@dexiamfr-dexia.com |
| sonya_sheth@fanniemae.com | sophie.fournier@bnpparibas.com |
| sonyajenkins@westpac.com.au | sophie.gautie@bnpparibas.com |
| soo.cao@citadelgroup.com | sophie.hawkes@rabobank.com |
| soo.lim.goh@belgacom.be | sophie.lados@dexia.com |
| soo@bnm.gov.my | sophie.lampard@glgpartners.com |
| soo_young_der@toyota.com | sophie.lemenestrel@axa-im.com |
| soo-feng.lee@aig.com | sophie.messenger@glgpartners.com |
| soohwan.kim@americas.bnpparibas.com | sophie.munier@axa-im.com |
| soo-jin.lee@citadelgroup.com | sophie.nicolas@caam.com |
| sookkin.chong@hvbasia.com | sophie.palliez@francetelecom.fr |
| sookkuan.wong@hsbcpb.com | sophie.payot@ubs.com |
| soolee@bankofny.com | sophie.richmond@isisam.com |
| soonef.x.kapadia@jpmorgan.com | sophie.rouard@puilaetco.be |
| soo-thiam.tan@aig.com | sophie.rouillon@bnpparibas.com |
| soowon@bok.or.kr | sophie.sentilhes@sinopia.fr |
| sooyoung.min@shinseibank.com | sophie.zbinden@lodh.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

sophied@bloomberg.net

sophielim@mas.gov.sg

sophie-von.bila@dekabank.de

sopp@aegonusa.com

soppe.corey@principal.com

soppenheimer@tiaa-cref.org

soraoka@dlusa.com

soraya.hakuziyaremye@fortis.com

sorbino.francesco@enel.it

soreilly@valance.us

soren.aarup@nordea.com

soren.bech@lazard.com

soren.bech@morganstanley.com

soren.beck@morganstanley.com

soren.christensen@bmo.com

soren.folkmann@nordea.com

soren.hovgaard@seb.dk

soren.mortensen@nordea.com

soren.stilling.christensen@nordea.com

soren.stilling.christensen@storebrand.com

sorfanelli@inasim.gruppoina.it

soriano@ellington.com

sorin.roibu@blackrock.com

sorini@poplodi.it

sorita17822@nissay.co.jp

sorr@pughcapital.com

sortiz@utendahl.com

soshea@tiaa-cref.org

sosi.vartanesian@sgam.com

sosi.vartanesyan@sgam.com

sosullivan@caxton.com

sosyurad@deshaw.com

sotirios.koutoumanos@allianz.gr

sotiris.boutsis@uk.fid-intl.com

sotos@kochind.com

s-otsuka@yasuda-life.co.jp

sou.s@daiwa-am.co.jp

soufat.hartawan@schroders.com

souhei.okuno@mizuho-cb.co.jp

souheil.hajjar@gibbah.com

soukup.kurt@citadelgroup.com

souleles@wharton.upenn.edu

soulsbyp@bancopopolare.it

soumik.ghosh@fmr.com

soumilya@citicorp.com

soumyanshu.bhattacharya@fmr.com

soustra@clamericas.com

souta.inoue@ufj-partners.co.jp

souta_suzuki@mtam.co.jp

sovereign.ryan@principal.com

sowade@delinvest.com

sowens@bbandt.com

sowens@frk.com

sowmdeb.sen@truscocapital.com

sowmya.rajagopalan@gm.com

sowmya.ramkumar@gibbah.com

sowmya.sreerangaiah@fandc.com

soyj@sabadellatlantico.com

soylub@delaware.co.uk

soyoung_lee@acml.com

soysonc@hsbc.co.th

sp433@cornell.edu

spacheco@meag-ny.com

spadowitz@hbk.com

spag@fgb.ae

spage@eatonvance.com

spagliara@iccrea.bcc.it

spalacio@bancosantander.com.com

spallerola@fibanc.es

spalmer7@bloomberg.net

span@worldbank.org

spance.westam@banquedorsay.fr

spanetta@ustrust.com

spappan@treasury.state.la.us

spar1@bloomberg.net

spark@bear.com

spark@brownadvisory.com

spark@cumberassoc.com

spark@icecanyon.com

sparker@hbk.com

sparkes@bankofny.com

spaspal@jhancock.com

spasupuleti@alliancebernstein.com

spatel@alger.com

spatel@perrycap.com

spatel@pictet.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

spatel3@metlife.com
spatel3@tiaa-cref.org
spatrick@fhlbc.com
spaul@firststate.co.uk
spaul@oppenheimerfunds.com
spavone@alger.com
spaynter@lordabbett.com
spbrooks@delinvest.com
spb-treasury@shell.com
spc@summitpartnersllc.com
spd-ops-ln@morganstanley.com
spe12@allstate.com
specialsituations@uk.abnamro.com
spegram@bankofny.com
spei1@bloomberg.net
spelkola@metlife.com
spemsin@templeton.com
spena@bloomberg.net
spenatti@fideuramcapital.it
spencer.adair@bailliegifford.com
spencer.ashby@britannia.co.uk
spencer.copp@omam.co.uk
spencer.hallarn@citadelgroup.com
spencer.landau@db.com
spencer.lee@barclaysglobal.com
spencer.leung@ubs.com
spencer.ludgate@cnb.com
spencer.parker@us.sgcib.com
spencer.phua@inginvestment.com
spencer.phua@prudential.com
spencer.pitcher@bmonb.com
spencer.punter@spintech.com
spencer.ruhl@himco.com
spencer.ruhl@thehartford.com
spencer.sarah@principal.com
spencer.staples@mhcb.co.uk
spencer.sun@exar.com
spencer@ardsley.com
spencer@tudor.com
spencer_l_klein@bankone.com
spencergt@bernstein.com
spencert@bloomberg.net
speng@frk.com

speng7@bloomberg.net
spenser@deshaw.com
spenta.dinshaw@pncadvisors.com
spera@finmeccanica.it
sperchik@aegonusa.com
sperek@russell.com
sperez@federatedinv.com
sperin@frk.com
sperkins@provnet.com
sperotto@bloomberg.net
sperrier@lib.com
sperry@pictet.com
spersaud@templeton.com
spersico@bloomberg.com
spes@capgroup.com
spesek@mfs.com
speter1@templeton.com
speterfy@bbandt.com
speters@lmfunds.com
spetersen@firststate.co.uk
spetras@caxton.com
spetrey@na.cokecce.com
spetri@templeton.com
speyser@glickenhaus.com
spf@columbus.com
spglendon@wellmanage.com
spham1@bloomberg.net
sphastings@delinvest.com
sphilebrown@bloomberg.net
sphilippon@groupama-am.fr
sphillips@arvest.com
spho@canyonpartners.com
sphurthi.annapareddy@pnc.com
spicer.rd@mellon.com
spichler@meag.com
spiegels@lazard.com
spielp@tdusa.com
spierson@fhhlc.com
spiesst@cmcic.fr
spiggo@ftci.com
spike@sfc-uk.com
spina@bancaroma.it
spiot@worldbank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| spiracom@boltblue.com | spurgeon@firsthorizon.com |
| spiros_jamas@ssga.com | spurushothman@caxton.com |
| spitcher@metlife.com | spurvis@lkcm.com |
| spittman@essexinvest.com | sputnam@copera.org |
| spitznagelj@lotsoff.com | spyarilal@tiaa-cref.org |
| spl@americancentury.com | spymar@hol.gr |
| spm@edfd.com | spyridon.stefanou@db.com |
| spm36@cornell.edu | spyros.degleris@rabobank.com |
| spmele@up.com | spyros.skoulakis@barclaysglobal.com |
| spmmam@bloomberg.net | sqj@jyskebank.dk |
| spo@bankinvest.dk | squ.tr@adia.ae |
| spolevikov@oppenheimerfunds.com | squ.tr@adia.co.ae |
| spolson@global-equities.com | squam@denveria.com |
| spolyak@oppenheimerfunds.com | square@mail.cbc.gov.tw |
| spombo@ifc.org | squarello@divinv.net |
| spomeroy@nb.com | squek@hbk.com |
| spongyt@usa.redcross.org | squiller@fhlbc.com |
| spoont.b@tbcam.com | sqw21737@glaxowellcome.com |
| sporter@firstmanhattan.com | sr@ennismorefunds.com |
| spotvin@voyageur.com | sr2@americancentury.com |
| spowell@edc.ca | sr59@ntrs.com |
| spoynter@fhlbi.com | sraab@tiaa-cref.org |
| sppalmer@paychex.com | srad@bloomberg.net |
| spr@dartmouth.edu | sradis@metlife.com |
| spr1@bloomberg.net | sradtke@grneam.com |
| spra@kempen.nl | sraikundlia@thamesriver.co.uk |
| sprague.rient@ge.com | srajah@templeton.com |
| spralong@pictet.com | srajkumar@worldbank.org |
| spratsides@caxton.com | srakows@grneam.com |
| sprauer.s@dreyfus.com | sralff@dsaco.com |
| spriante@dow.com | sramamurthy@hcmlp.com |
| spriyadarshi@delinvest.com | srand@danskebank.dk |
| sproctor@loomissayles.com | srand@mmcgrand.com |
| sproffitt@caxton.com | srao6@ford.com |
| spryor@bgcfx.com | srauh@meag.com |
| spst@capgroup.com | srbui.seferian@sunlife.com |
| spt@americancentury.com | srcousino@stifel.com |
| sptan@mas.gov.sg | srdjan.vukovic@soros.com |
| spulley@crewsassoc.com | sreddy@firststate.co.uk |
| spunagules@fhlbcin.com | sredondj@cajamadrid.es |
| spuntatitolimo@bpv.it | sreese@massmutual.com |
| spuodziunas@westernasset.com | srefuge@payden-rygel.com |
| spuppini@bpvifondi.it | sregan@waddell.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sregli@lehman.com | srisimovic@ctbr.ch |
| sreichenberg@calstrs.com | srivers@babsoncapital.com |
| sreicks@dubuquebank.com | srjohnson@bbandt.com |
| sreid@canyonpartners.com | srmay@wellington.com |
| sreid@evergreeninvestments.com | srmcfarlane@bremer.com |
| sreilly@eastwestbank.com | srn@dodgeandcox.com |
| sreilly@idbny.com | srnie@danskebank.dk |
| srenhowe@oppenheimerfunds.com | srobbins@1838.com |
| sresnick@us.ibm.com | srobbins@caxton.com |
| sreveau@bft.fr | srobbins@vcallc.com |
| srgobran@yahoo.com | srobert@generali.fr |
| srh6@ntrs.com | sroberts@deerfieldcapital.com |
| srhall@ibtco.com | srobinson@bankofny.com |
| srhart@wellington.com | srobinson@wilmingtontrust.com |
| sri.cdu@adia.ae | srocco@lordabbett.com |
| sri.nadesan@lazard.com | srock@bloomberg.net |
| sri.tella@fmr.com | srod@lehman.com |
| sriccio@bear.com | srodger@bailliegifford.co.uk |
| srich@gemcapitalmgmt.com | srodgers3@bloomberg.net |
| srichard@loomissayles.com | srogan@westernasset.com |
| srichards@mfs.com | sroger1@templeton.com |
| srichardson2@tiaa-cref.org | sromano@nb.com |
| srichey@asbcm.com | sromanowski@hapoalimusa.com |
| srickert@wescorp.org | srosener@reamsasset.com |
| srida@jwseligman.com | srosenmayer@fhlbc.com |
| sriddell@williamblair.com | srosenthal@us.nomura.com |
| sriecke@nb.com | sross@us.tr.mufg.jp |
| srihari.angara@daiwausa.com | sross@waddell.com |
| srik@tcwgroup.com | srossi@bloomberg.net |
| srikant.nagalapur@db.com | srossi5@bloomberg.net |
| sriketan_mahanti@putnam.com | srossiello@tiaa-cref.org |
| sriley@loomissayles.com | sroth@dlbabson.com |
| srin@qifmanagement.com | srother@meag.com |
| srini.srinivasan@novartis.com | sroukis@matrixassetadvisors.com |
| srinivas.namagiri@db.com | srowe@newstaram.com |
| srinivas.preethi@bankofamerica.com | srpierce@lmus.leggmason.com |
| srinivas_dhulipala@ml.com | srs@summitpartnersllc.com |
| srinivasan.sivasamy@deshaw.com | srsinger@wellington.com |
| srinivasbodapati@northwesternmutual.com | srubin@presidentiallife.com |
| srinivasramadas@dbs.com | srubio@invercaixa.es |
| sripaorayawongjan@gic.com.sg | sruby@gscpartners.com |
| sriram.reddy@barclaysglobal.com | srudland2@bloomberg.net |
| sriram.sumaithangi@blackrock.com | srumsey@europeancredit.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| srush@amica.com | ssawren@standish.com |
| srusnak@voyageur.net | ssayer@wellscap.com |
| srusso@eagleglobal.com | sschaeffer@nb.com |
| srusso@ispcorp.com | sschaffer@us.mufg.jp |
| srutledge@alfains.com | sschamel@symantec.com |
| srutledge@worldbank.org | sscharer@oppenheimerfunds.com |
| srutz@tiaa-cref.org | sschembri@hcmlp.com |
| srv.cam@bcee.lu | sschenk@tjim.com |
| srv.cri@bcee.lu | sscherer@saw.com |
| srw@capgroup.com | sscherrer@mandtbank.com |
| sryan@ubs.com | sschiang@mas.gov.sg |
| ss522@cornell.edu | sschiff@williamblair.com |
| ss86@ntrs.com | sschlus@templeton.com |
| ssaabneh@angelogordon.com | sschmette@rmf.ch |
| ssaadian@sscinc.com | sschmidt@bakernye.com |
| ssabbagh4@bloomberg.net | sschmidt14@bloomberg.net |
| ssacks@essexinvest.com | sschmitz@statestreet.com |
| ssadler@firstwacovia.com | sschneider@fhlbdm.com |
| ssaeki@hby.dai-ichi-life.co.jp | sschneider@waddell.com |
| ssafdieh@perrycap.com | sschroe@bart.gov |
| ssaffari@icecanyon.com | sschulman@bayernlbny.com |
| ssahgal@bankofny.com | sschumacher@penncapital.com |
| ssainju@bostonprivatebank.com | sschumm@bloomberg.net |
| ssalas@sunamerica.com | sschurr@kynikos.com |
| ssaleh@pbucc.org | sscott@nevrodie.com |
| ssampaoli@bloomberg.net | sscranto@freedom-capital.com |
| ssanch01@cajamadrid.es | sscranton@watrust.com |
| ssanchez@bayharbour.com | sscrogham@ebkgroup.com |
| ssanchez@williamblair.com | sseaby@bloomberg.net |
| ssanders@bloomberg.net | ssebastian@osc.state.ny.us |
| ssanford@tiaa-cref.org | segalas@jennison.com |
| ssangiovann1@bloomberg.net | segarra@caxton.com |
| ssanny@bloomberg.net | ssegesser@allegiancecapital.com |
| ssansotta@qts-am.net | ssejournet@pictet.com |
| ssant@metlife.com | ssem@worldbank.org |
| ssantiago@eatonvance.com | sseoanev@cajamadrid.es |
| ssantos@bcj.gbancaja.com | sservice@loomissayles.com |
| ssassano@refco.com | sseverson@capstonefinancial.com |
| ssathkumara@federatedinv.com | ssgreen@loomissayles.com |
| s-satoh@nochubank.or.jp | sshabazz@lincap.com |
| ssattarzadeh@westernasset.co.uk | sshah@wellington.com |
| ssauerschell@union-investment.de | sshah2@europeancredit.com |
| ssaurack@atlanticasset.com | sshaikh@massmutual.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sshan@wellmanage.com | ssl@bpi.pt |
| sshea@natexisny.com | ssl38@cornell.edu |
| ssheehan@tea.state.tx.us | sslattery@metlife.com |
| ssheeler@fftw.com | sslee@jhancock.com |
| ssheen@alum.wellesley.edu | sslee@logancapital.com |
| sshenfeld@mdsass.com | ssligh@newberryfederalbank.com |
| ssheng@bloomberg.net | sslu@mail.cbc.gov.tw |
| ssheng@orixcm.com | ssm@adb.org |
| ssherwood@mfs.com | ssmall@capgrowthmgt.com |
| sshi@evcap.com.sg | ssmall@us.mufg.jp |
| s-shibayama@nochubank.or.jp | ssmayhugh@wellington.com |
| sshigekawa@nb.com | ssmit262@ford.com |
| sshimo@daiwasbi.co.jp | ssmith@bluebonnetsavings.com |
| sshin@symantec.com | ssmith@hcmlp.com |
| s-shiota@nochubank.or.jp | ssmith@lordabbett.com |
| sshivraman@worldbank.org | ssmith@oppenheimerfunds.com |
| sshleifer@tigerglobal.com | ssmith@sentraspelman.com |
| sshoji@daiwasbi.co.jp | ssmith@smithbreeden.com |
| sshore@newstaram.com | ssmith@websterbank.com |
| sshukr@allegiancecapital.com | ssmith10@allstate.com |
| sshunk@msfi.com | ssmith7731@aol.com |
| sshuter@mcleanbudden.com | ssmore@eatonvance.com |
| sshutz@cavcap.com | ssn@mn-services.nl |
| sshyun@wooribank.com | ssn@nykredit.dk |
| ssiano@consulenti.bancafideuram.it | ssnyder@babsoncapital.com |
| ssidhu@aegonusa.com | ssnyder@ipohome.com |
| ssiefkas@levi.com | ssoffel@hymanbeck.com |
| ssiegal@caxton.com | ssohn@kdb.co.kr |
| ssiegfriedt@anchorcapital.com | ssoli@frk.com |
| ssill@bear.com | ssollars@waddell.com |
| ssimi@jhancock.com | ssolly@aj.co.nz |
| ssimko@seic.com | ssolomon@whitneybank.com |
| ssimmons15@bloomberg.net | ssommerfeld@opers.org |
| ssimonns@delinvest.com | ssorensen@vigilantcap.com |
| ssimpson@divinv.net | ssouhrada@ryanbeck.com |
| ssingh@ftci.com | ssoy@wooribank.com |
| ssingh@wellington.com | ssozio@bayharbour.com |
| ssinnan@tiaa-cref.org | sspada@bloomberg.net |
| ssiva@ords.com.au | sspadacenta@iccrea.bcc.it |
| ssjoholm@bloomberg.net | sspark@hanabank.com |
| sskang@chb.co.kr | sspelts@oppenheimerfunds.com |
| sskell@att.blackberry.net | sspiegelberg@pictet.com |
| sskim@amervest.com | sspinhar@russell.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sspodek@blackrock.com | sswitzky@blackrock.com |
| ssr72@cornell.edu | sswords@intlassets.com |
| sss@dodgeandcox.com | ssy@capgroup.com |
| ssssss@ooooo.com | ssy@nbim.no |
| sst@cial.ch | ssylvester@ibtco.com |
| sst@lrc.ch | ssyokn1@mbs.sphere.ne.jp |
| sstaeuber@fftw.com | sszorzoli@bloomberg.net |
| sstaggs@dlbabson.com | st@capgroup.com |
| sstamps@osc.state.ny.us | st@qgcapital.com |
| sstarbuc@waddell.com | st46@ntrs.com |
| sstarner@eatonvance.com | st58@ntrs.com |
| sstauffer@flputnam.com | st60@ntrs.com |
| sstecher@dlbabson.com | stacey.a.almond@bankofamerica.com |
| ssteiger@bayern-invest.de | stacey.colman@fmr.com |
| ssteinberg@tiaa-cref.org | stacey.gray@abnamro.com |
| ssteiner@bayern-invest.de | stacey.hughes@us.socgen.com |
| ssteiner@the-ark.com | stacey.lane@ubs.com |
| ssterling@sunamerica.com | stacey.lee@db.com |
| ssterman@tiaa-cref.org | stacey.mcgovern@offitbank.com |
| sstevens@ford.com | stacey.obrien@janus.com |
| sstewart@fhlbc.com | stacey.peot@trs.state.tx.us |
| sstickells@essexinvest.com | stacey.seah@aberdeen-asset.com |
| sstjohn@ssrm.com | stacey.thomas@eagleasset.com |
| sstoffel@perrycap.com | stacey_kenneweg@freddiemac.com |
| sstofik@essabank.com | stacey_rubin@acml.com |
| sstojanovic@nabny.com | stacey_wagner@putnam.com |
| sstotts@waddell.com | staceychristianson@commercialfed.com |
| sstreifel@worldbank.org | staceyrooney@tagfolio.com |
| sstroud@alger.com | staci.z.lombard@csam.com |
| sstuart-smith@ibuk.bankgesellschaft.de | stacie.anctil@pimco.com |
| sstuck@mrcm.com | stacie.cowell@rainierfunds.com |
| sstuck@opers.org | stacie.jarrett@halliburton.com |
| sstuckey@blubonnetsavings.com | stacie.jovancevic@ftnmidwest.com |
| s-sugimoto@nochubank.or.jp | stacie_plummer@ci.richmond.ca.us |
| ssullivan@waddell.com | stacied@bgfoods.com |
| ssundaram@lincap.com | stacy.curtin@aig.com |
| ssung@princeton.edu | stacy.donohue@hp.com |
| ssutton@bloomberg.net | stacy.downing@fmr.com |
| ssuzuki@dl.dai-ichi-life.co.jp | stacy.houser@target.com |
| sswenson@wasatchadvisors.com | stacy.jansz@db.com |
| sswetnick@metlife.com | stacy.jennings@ihc.com |
| sswickard@turnerinvestments.com | stacy.jensen@janus.com |
| sswitzer@bankofny.com | stacy.l.jester@jpmorgan.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stacy.le-cao@slma.com | stanislk@ebrd.com |
| stacy.schaus@pimco.com | stankusg@hmc.harvard.edu |
| stacy.syphrett@trs.state.tx.us | stanley.chan@hk.calyon.com |
| stacy.turnof@blackrock.com | stanley.chan@hvbasia.com |
| stacy_guidry@calpers.ca.gov | stanley.cheang@bank-of-china.com |
| stacyy@bgi-group.com | stanley.cherney@thehartford.com |
| stael@nacm.com | stanley.ho@morganstanley.com |
| staf.deplecker@dexia.be | stanley.mathew@aareal-bank.com |
| stafano.racco@it.zurich.com | stanley.ouyang@columbiamanagement.com |
| staffan.beckvid@seb.se | stanley.seo@kr.nomura.com |
| staffan.fredholm@alfredberg.se | stanley.smadja@sinopia.fr |
| staffan.hornell@nordea.com | stanley.yang@lehman.com |
| staffan.knafve@swedbankrobur.se | stanley@okosam.com |
| staffan.rasjo@alecta.com | stanley_a_kaniecki@bankone.com |
| staffan.thonners@riksbank.se | stanley_chu@putnam.com |
| stafford_southwick@americancentury.com | stanley_kwok@ssga.com |
| stahl@bessemer.com | stanley_tang@amcm.gov.mo |
| s-takahashi@nochubank.or.jp | stanley-03579@email.esunbank.com.tw |
| s-takahira@meijiyasuda.co.jp | stanleynunoo@northwesternmutual.com |
| s-takeda@kokusai.co.jp | st-antoine@bloomberg.net |
| stakemm@ubk.net | stanton.vandenberg@bankofamerica.com |
| stakemoto1@sompo-japan.co.jp | stapia@bankinter.es |
| stakra@safeco.com | starla.bennett@state.nm.us |
| stal@wharton.upenn.edu | staroverov_s_v@veb.ru |
| stamatia.kavadia@postbank.de | starshm@vankampen.com |
| stan.beckers@barclaysglobal.com | stasha@safeco.com |
| stan.berdnick@inginvestment.com | stasie_kostova@keybank.com |
| stan.delaney@morganstanley.com | statkow@bordier.com |
| stan.lee@sscims.com | stauber@ui-gmbh.de |
| stan.pyc@dartmouth.edu | staudtc@emigrant.com |
| stan.vasilev@db.com | stavri@bloomberg.net |
| stan.zlotsky@db.com | stavros.stavrou@icap.com |
| stan.zou@inginvestment.com | stayert.w@mellon.com |
| stan@esperia.co.uk | staylor@eatonvance.com |
| stan@halcyonllc.com | staylr@ensignpeak.org |
| stan@westernasset.com | stb@capgroup.com |
| stan_pearson@standardlife.com | stc@capgroup.com |
| stan-03566@email.esunbank.com.tw | stck@capgroup.com |
| s-tanahara@yasuda-life.co.jp | stclaire@willcapmanagement.com |
| standardfed@bloomberg.net | stcmmuni@bloomberg.net |
| standberg@hcmlp.com | stda06@handelsbanken.se |
| stanford.horn@ubs.com | stdavies@edc.ca |
| stange.lisa@principal.com | stebau@safeco.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| steele@aigfpc.com | stefan.dudler@credit-suisse.com |
| steen.blaafalk@danskebank.dk | stefan.duerler@ubs.com |
| steen.blindum@nordea.com | stefan.dunatov@db.com |
| steen.grondahl@nordea.lu | stefan.dvorak@nuernberger.de |
| steen.melton@seb.dk | stefan.eckert@cibasc.com |
| steen.thomsen@nordea.com | stefan.eckhardt@rzb.at |
| steen@hol.gr | stefan.eichenberger@swisscanto.ch |
| steenbeb@meijer.com | stefan.elofsson@swedbank.com |
| steen-madsen@jyskebank.dk | stefan.ericson@sebny.com |
| stefaan.dedoncker@fortis.com | stefan.feller@ubs.com |
| stefaan.dennekin@ingim.com | stefan.fimmen@sebam.de |
| stefaan.vandemosselaer@fortis.com | stefan.fischer@ubs.com |
| stefan.abrams@tcw.com | stefan.franzen@swedbankrobur.se |
| stefan.amenda@activest.de | stefan.friberg@seb.se |
| stefan.andersson@dnbnor.com | stefan.frischknecht@schroders.com |
| stefan.angele@juliusbaer.com | stefan.fritz@skpfcw.de |
| stefan.asbrink@dnbnor.com | stefan.froehlich@credit-suisse.com |
| stefan.baatz@dekabank.de | stefan.gaechter@sarasin.ch |
| stefan.bain@fandc.com | stefan.gasser.2@credit-suisse.com |
| stefan.bain@rlam.co.uk | stefan.glaeser@bertelsmann.de |
| stefan.bauer@provinzial.com | stefan.gothenby@alfredberg.se |
| stefan.baum@lrp.de | stefan.gruenwald@rcm.at |
| stefan.benvegnu@credit-suisse.com | stefan.guenther@cominvest-am.com |
| stefan.bergsten@ap1.se | stefan.guenther@hafm.de |
| stefan.besendorfer@postbank.de | stefan.gundlach@aareal-bank.com |
| stefan.bohren@ubs.com | stefan.guter@afa.se |
| stefan.bonfanti@juliusbaer.com | stefan.hartung@idsffm.com |
| stefan.braun@westam.com | stefan.heidel@kzvk.de |
| stefan.brugger@union-investment.de | stefan.hein@wgz-bank.de |
| stefan.brunn@dresdner-bank.com | stefan.heinemann@ampegagerling.de |
| stefan.bubeck@lbbw.de | stefan.heinzerling@dws.com |
| stefan.bucher@lukb.ch | stefan.hintermann@dresdner-bank.ch |
| stefan.bucher2@lukb.ch | stefan.hirter@dresdner-bank.ch |
| stefan.buchli@vontobel.ch | stefan.hofer@juliusbaer.com |
| stefan.bungarten@bgbank.bk | stefan.hofrichter@allianzgi.de |
| stefan.bungarten@helaba.de | stefan.hollidt@postbank.de |
| stefan.chappot@rmf.ch | stefan.horvath@raiffeisenbank.at |
| stefan.collaud@credit-suisse.com | stefan.huesler@rmf.ch |
| stefan.daetwyler@cic.ch | stefan.igel@nuernberger.de |
| stefan.dahm@sparkasse-koelnbonn.de | stefan.illmer@csam.com |
| stefan.dahmen@hsh-nordbank.co.uk | stefan.jaeggi@hyposwiss.ch |
| stefan.dahmen@hshnordbank.de | stefan.jager@robeco.nl |
| stefan.doerfler@erstebank.at | stefan.janoska@ubs.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stefan.janssen@oppenheim.de | stefan.muheim@claridenleu.com |
| stefan.jarudd@brummer.se | stefan.muth@dws.de |
| stefan.jentzsch@hvb.de | stefan.neullens@telekom.de |
| stefan.jochum@dbla.com | stefan.nielsson@seb.se |
| stefan.johansson@sebny.com | stefan.nixel@dit.de |
| stefan.k.kraeuchi@claridenleu.com | stefan.novak@csam.com |
| stefan.karbach@postbank.de | stefan.nydahl@amfpensions.se |
| stefan.karolewicz@dekabank.de | stefan.ortseifen@ikb.de |
| stefan.kempf@commerzbank.com | stefan.pelgrim@cominvest-am.com |
| stefan.kind@bankgesellschaft.lu | stefan.peterson@im.storebrand.no |
| stefan.klee@db.com | stefan.pieters@ing.be |
| stefan.klein@cominvest-am.com | stefan.pihaule@naspa.de |
| stefan.klein@union-panagora.de | stefan.pluess@akb.ch |
| stefan.kloeti@claridenleu.com | stefan.pohl@dzbank.de |
| stefan.kloss@dit.de | stefan.raetzer@dit.de |
| stefan.kopperud@dnb.se | stefan.rahaus@nordlb.de |
| stefan.krause@ubs.com | stefan.raida@vuw.de |
| stefan.kreuzkamp@dws.com | stefan.reck@dzbank.de |
| stefan.krieger@ellington.com | stefan.reist@credit-suisse.com |
| stefan.kuehne@de.pimco.com | stefan.requardt@kfw.de |
| stefan.kunzmann@bkb.ch | stefan.richner@ubs.com |
| stefan.lachhammer@cominvest-am.com | stefan.rocklind@nordea.com |
| stefan.landolt@sl-am.com | stefan.roderer@ubs.com |
| stefan.laternser@centrumbank.com | stefan.rohrer@pioneerinvestments.at |
| stefan.lauinger@de.bosch.com | stefan.rueter@conti.de |
| stefan.lechner@vkb.de | stefan.ruppel@hvb.de |
| stefan.leusder@sachsenlb.de | stefan.rust@hsh-nordbank.com |
| stefan.lewellen@ubs.com | stefan.sanne@allianz.de |
| stefan.lewitus@commerzbank.com | stefan.schaedler@ubs.com |
| stefan.liebl@allianzgi.de | stefan.schandert@dit.de |
| stefan.loeffler@leu.com | stefan.schiesser@dzbank.de |
| stefan.lohr@brummer.se | stefan.schlatermund@hsh-nordbank.com |
| stefan.ludolfinger@hyporealestate.de | stefan.schmeling@bkb.ch |
| stefan.lundbergh@dnb.se | stefan.schmid@barclayscapital.com |
| stefan.lutz@credit-suisse.com | stefan.schoeppner@dresdner-bank.com |
| stefan.magerl@bayernlb.de | stefan.schoppner@dresdner-bank.com |
| stefan.mandl@ba-ca.com | stefan.soellner@postbank.de |
| stefan.marelid@seb.se | stefan.sonnerstedt@nordea.com |
| stefan.martin@aberdeen-asset.com | stefan.steinberger@union-investment.de |
| stefan.meier@lbbw.de | stefan.strassburg@blb.de |
| stefan.meyer@vpbank.com | stefan.strugies@db.com |
| stefan.misik@juliusbaer.com | stefan.stucki@credit-suisse.com |
| stefan.mueller@activest.de | stefan.suckop@erstebank.at |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

stefan.theis@gothaer.de
stefan.thiel@ampegagerling.de
stefan.thomsen@union-investment.de
stefan.tilch@essenhyp.com
stefan.tordai@seb.se
stefan.traut@gz-bank.de
stefan.tribull@l-bank.de
stefan.tsonev@dillonread.com
stefan.ufer@oppenheim.de
stefan.ullrich@drkw.com
stefan.unternaehrer@graffcapital.ch
stefan.wald@postbank.de
stefan.waldner@omv.com
stefan.weber@ubs.com
stefan.wetterlin@drkw.com
stefan.wick@claridenleu.com
stefan.wick@dresdner-bank.ch
stefan.wieler@juliusbaer.com
stefan.wilkes@rbcdexia-is.net
stefan.wills@barclaysglobal.com
stefan.wittig@dekabank.de
stefan.wolf@kfw.de
stefan.wolpert@axa-im.com
stefan.wuerz@lbbw.de
stefan.wurm@commerzbankib.com
stefan.zander@essenhyp.com
stefan.zimmermann@zkb.ch
stefan.zinn@idsffm.com
stefan.zuber@csam.com
stefan_boecker@westlb.de
stefan_bulla@bayerischerueck.com
stefan_gerlach@hkma.gov.uk
stefan_gotsche@commerzbank.com
stefan_hubrich@troweprice.com
stefan_verkroost@deltalloyd.nl
stefan-b.schauer@db.com
stefaned@ebrd.com
stefan-guenter.bauknecht@db.com
stefania.andreotti@sella.it
stefania.bianchi@seb.se
stefania.bolis@bancaintesa.it .
stefania.cantatore2@bancaintesa.it
stefania.dimauro@dalmineenergie.it

stefania.forti@bancaintesa.it
stefania.goggiano@bancacrasti.it
stefania.morotti@bpb.it
stefania.perrucci@morganstanley.com
stefanie.binder@dzbank.de
stefanie.inghelbrecht@fortis.com
stefanie.jaron@ntrs.com
stefanie.lehner@allianz.de
stefanie.marx@helaba.de
stefanie.ruf@lbbwuk.com
stefanie.scholtysik@ubs.com
stefanie.steiner@groups.novartis.com
stefanie.steinmeier@hsh-nordbank.com
stefanie.strabel@union-investment.de
stefanie.tholen@telekom.de
stefanie.tragier@trinkaus.de
stefanie.witte@novartis.com
stefanie.wright@bsibank.com
stefano.alberigo@ubm.it
stefano.alliata@banca.mps.it
stefano.amarilli@snamprogetti.eni.it
stefano.ambrosi@am.generali.com
stefano.baldazzi@carife.it
stefano.bellani@jpmorgan.com
stefano.bianchi@alpitour.it
stefano.bleve@lloydsbank.ch
stefano.bramerini@mpsfinance.it
stefano.burani@bancaintesa.co.uk
stefano.calderano@bancaintesa.it
stefano.canepa@bancaakros.it
stefano.cao@eni.it
stefano.carlino@sai.it
stefano.catalano@dexia-crediop.it
stefano.cavaglia@ubs.com
stefano.cei@corner.ch
stefano.cividini@bsibank.com
stefano.cortina@mpsgr.it
stefano.costagli@vegagest.it
stefano.dedola@arnerbank.ch
stefano.delpapa@azfund.com
stefano.didomizio@bancaintesa.it
stefano.disalvo@nab.ch
stefano.fiala@bsibank.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stefano.frondoni@juliusbaer.com | stefano_meroi@generali.com |
| stefano.furlanich@bancagenerali.it | stefan-r.meyer@ubs.com |
| stefano.fusi@meliorbanca.it | stefan-za.schneider@ubs.com |
| stefano.galli@bnpparibas.com | stefelino@gmx.ch |
| stefano.gambaro@bancaintesa.it | steffen.beier@dzbank.de |
| stefano.ghetti@arcafondi.it | steffen.bender@feri.de |
| stefano.gianinazzi@corner.ch | steffen.buchwald@postbank.de |
| stefano.jermini@bsibank.com | steffen.heihoff@oppenheim.de |
| stefano.melera@bsibank.com | steffen.jaspers@commerzbank.com |
| stefano.migliore@bancaroma.it | steffen.jordan@seb.de |
| stefano.minervini@stg.ch | steffen.mack@lodh.com |
| stefano.montorsi@bper.it | steffen.quast@lbbw.de |
| stefano.mussati@credit-suisse.com | steffen.ruespeler@kfw.de |
| stefano.nannizzi@moorecap.co.uk | steffen.schaefer@cominvest-am.com |
| stefano.negri@alleanza.it | steffen.schattner@postbank.de |
| stefano.negri@intesavita.it | steffen.tolzien@dresdner-bank.com |
| stefano.pallotti@rabobank.com | steffen.trippel@dzbank.de |
| stefano.panerai@bpm.it | steffen.vonhof@postbank.de |
| stefano.parisotto@helvetiapatria.ch | steffen.winnefeld@uk.fid-intl.com |
| stefano.passera@bsibank.com | steffen_panzone@putnam.com |
| stefano.pastorino@sanpaoloimi.com | stefka.tcherneva@commerzbankib.com |
| stefano.pedrini@dalmineenergie.it | stefopoulou.i@combank.gr |
| stefano.perin@am.generali.com | stefopoulou.l@combank.gr |
| stefano.piloni@azimut.it | steiman@offitbank.com |
| stefano.pittaluga@mpsalternative.it | stein.egil.valderhaug@orkla.com |
| stefano.plaino@mediobanca.it | steinbaa@deshaw.com |
| stefano.poli@bancalombarda.it | steing@emigrant.com |
| stefano.risi@bancaintesa.it | steinhauser.eric@rahnbodmer.ch |
| stefano.risoldi@enel.it | steinmt1@nationwide.com |
| stefano.sclano@insightinvestment.com | steinulf.literud@dnb.no |
| stefano.scudiere@enel.it | steinunn.thordardottir@isb.is |
| stefano.siviero@ecb.int | stejames@cisco.com |
| stefano.socchi@juliusbaer.com | stela.sejdini@bbh.com |
| stefano.solferini@ubs.com | stella.brown@northernrock.co.uk |
| stefano.spurio@juliusbaer.com | stella.cosulich@am.generali.com |
| stefano.tiraboschi@ubibanca.it | stella.dombrowsky@juliusbaer.com |
| stefano.tommasi@antonveneta.it | stella.lou-delucia@corporate.ge.com |
| stefano.veneziani@campisisim.com | stella.magklivera@aig.com |
| stefano.x.nora@jpmorgan.com | stella.ng@asia.bnpparibas.com |
| stefano.ziglioli@mpsgr.it | stella.panu@aberdeen-asset.com |
| stefano.zoffoli@ruedblass.ch | stella.vonahrentschildt@vuw.de |
| stefano_burrino@generali.com | stella.wan@genmills.com |
| stefano_comar@generali.com | stella.yannoulakis@standardlife.ca |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stella.yukhaev@aig.com | stephan.hink@wgz-bank.de |
| stellakwek@temasek.com.sg | stephan.hrdina@fmr.com |
| stellaoh@mas.gov.sg | stephan.hrozek@hypovereinsbank.de |
| steller@us.ibm.com | stephan.huber@juliusbaer.com |
| stellos.pantelitdakis@axa-im.com | stephan.huebner@claridenleu.com |
| sten.holmberg@nib.fi | stephan.hug@credit-suisse.com |
| sten.lengroth@amfpension.se | stephan.jaeger@juliusbaer.com |
| stender.sweeney@uboc.com | stephan.jud@ch.schindler.com |
| stengeu@nationwide.com | stephan.kamenar@generali.ch |
| stenjoukian@pictet.com | stephan.kemper@westlb.de |
| stenley@aegonusa.com | stephan.kessler@morganstanley.com |
| stensrudj@saccounty.net | stephan.knuser@mbczh.ch |
| step@nykredit.dk | stephan.krenboeck@zkb.ch |
| stepahan.bingold@bfg-bank.lu | stephan.krotz@raiffeisenbank.at |
| steph.allen@bankofamerica.com | stephan.laughlin@lmginv.com |
| steph.cremer@degroof.lu | stephan.locher@ubs.com |
| steph.morti@uk.fid-intl.com | stephan.lukesch@amg.co.at |
| stephan.aguirre@janus.com | stephan.md@tbcam.com |
| stephan.arnold@vontobel.ch | stephan.meier@swissfirst.ch |
| stephan.aschmann@sarasin.ch | stephan.michel@ubs.com |
| stephan.bassas@blackrock.com | stephan.muehlner@oppenheim.de |
| stephan.bloch@ubs.com | stephan.mueller@devif.de |
| stephan.braendle@credit-suisse.com | stephan.muhr@trinkaus.de |
| stephan.bruch@dexiamfr-dexia.com | stephan.piron@dexia.be |
| stephan.brunner@cbve.com | stephan.scharrer@csam.com |
| stephan.chauderna@nestle.com | stephan.scheller@bertelsmann.de |
| stephan.christmann@adig.lu | stephan.schilken@juliusbaer.com |
| stephan.demoulin@ubs.com | stephan.schimberg@drkw.com |
| stephan.dietrich@sachsenlb.ie | stephan.schmidbauer@blb.de |
| stephan.eger@telekom.de | stephan.schmitt@telekom.de |
| stephan.eichhorn@helaba.de | stephan.schneider.ss1@bayer-ag.de |
| stephan.elmenhorst@credit-suisse.com | stephan.schneider@llb.li |
| stephan.ertz@union-investment.de | stephan.schnell@dbi.de |
| stephan.feifer@hypointernational.com | stephan.scholl@db.com |
| stephan.feifer@lbbw.de | stephan.schroeter@dzbank.de |
| stephan.feller@hsbcpb.com | stephan.schwarz@bankcoop.ch |
| stephan.frerker@hsh-nordbank.com | stephan.sewelies@devif.de |
| stephan.fries@bhf.ing.com | stephan.simonidis@ids.allianz.com |
| stephan.gamper@baloise.ch | stephan.sommer@tetrapak.com |
| stephan.gliem@lbb.de | stephan.stockert@ambgf.de |
| stephan.gruber@lodh.com | stephan.theissing@allianz.de |
| stephan.gscheidlen@lbbw-am.de | stephan.treschow@seb.se |
| stephan.hans@ba-ca.com | stephan.troxler@swissfirst.ch |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

stephan.uebersax@credit-suisse.com
stephan.van.vliet@ap.ing.com
stephan.vonbismarck@fidelity.com
stephan.wagner@dekabank.de
stephan.welfonder@ahbr.de
stephan.werner@dws.de
stephan.wiemann@telekom.de
stephan.winkelmeier@hvb.de
stephan.wuttke@hypointernational.com
stephan.zeigler@sfs.siemens.de
stephan.zwahlen@mbczh.ch
stephan@keb.co.kr
stephan_eugster@swissre.com
stephan_plagemann@westlb.co.uk
stephan-c.schumann@db.com
stephane.arvanitis@inginvestment.com
stephane.astic@ubs.com
stephane.barthassat@claridenleu.com
stephane.baverez@bnpparibas.com
stephane.blanchoz@bnpparibas.com
stephane.boussidan@axa-im.com
stephane.buricod@ch.abnamro.com
stephane.cadieu@federal-finance.fr
stephane.cadoch@clamericas.com
stephane.caminati@cnce.caisse-epargne.fr
stephane.carregues@bnpparibas.com
stephane.casagrande@csam.com
stephane.castillo-soler@bnpparibas.com
stephane.cremer@degroof.lu
stephane.croisier@synchrony.ch
stephane.cuartero@bred.fr
stephane.cuerel@claridenleu.com
stephane.delacotardiere@bgpi.com
stephane.denise@bnpparibas.com
stephane.de-saint-hilaire@caam.com
stephane.desvernay@caam.com
stephane.dubost@caam.com
stephane.duperray@bnpparibas.com
stephane.dupuis@tres.bnc.ca
stephane.dutrey@caam.com
stephane.eglizeau@bnpparibas.com
stephane.egnell@exane.com
stephane.everaerts@atofina.com

stephane.geny@bnpparibas.com
stephane.guillaume@creditlyonnais.lu
stephane.gutbub@fr.abnamro.com
stephane.hamel@cooperneff-am.com
stephane.iacono@sanpaoloam.lu
stephane.jeanin@jpmorganfleming.com
stephane.jourdan@axa-im.com
stephane.jourdan@exane.com
stephane.landon@sgcib.com
stephane.laurent@hsh-nordbank.com
stephane.lavaud@bnpparibas.com
stephane.le-gall@federal-finance.fr
stephane.lepriol@axa-im.com
stephane.m.varin@aexp.com
stephane.marie-francoise@cpr-am.fr
stephane.monier@fortisinvestments.com
stephane.occhipinti@calyon.com
stephane.parent@dexia-am.com
stephane.parlebas@commerzbank.fr
stephane.rizzo@labanquepostale-am.fr
stephane.rochon@rbcinvestments.com
stephane.roffler@ing.be
stephane.sc.capette@dexia-bil.com
stephane.taillepied@caam.com
stephane.trarieux@cnp.fr
stephane.vannimmen@degroof.be
stephane.villarme@caam.com
stephane.waserman@eulia.com
stephane.willem@agf.be
stephane.wuethrich@juliusbaer.com
stephane.zeisel@barclays.com
stephane_boisier@swissre.com
stephane_echardour@aviva.fr
stephanie.akhal@sgam.com
stephanie.audy@pioneerinvestments.com
stephanie.babich@royalusa.com
stephanie.bishop@jpmorgan.com
stephanie.bonder@calyon.com
stephanie.brennan@westam.com
stephanie.cheung@tcw.com
stephanie.christie@wellsfargo.com
stephanie.cook@gm.com
stephanie.cook@towerfcu.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

stephanie.dain@pnc.com
stephanie.davis@citadelgroup.com
stephanie.douglas@zurich.com
stephanie.dusinski@citadelgroup.com
stephanie.faibis@sgam.com
stephanie.favre@credit-suisse.com
stephanie.feigt@siemens.com
stephanie.ferrieu@axa-im.com
stephanie.flanders@bbc.co.uk
stephanie.flavegece@ingim.com
stephanie.floquet@caam.com
stephanie.foster@alliancebernstein.com
stephanie.fowler@sumitomotrust.co.jp
stephanie.gabrielsson@amfpension.se
stephanie.goldman@agc.com
stephanie.h.decrevecoeur@usa.dupont.com
stephanie.heimerle@l-bank.de
stephanie.heinrichs@bhf-bank.com
stephanie.hiddinga-marelle@bnpparibas.com
stephanie.howard@csam.com
stephanie.kao@leumiusa.com
stephanie.kay@usbank.com
stephanie.kolacki@wmam.com
stephanie.kroesche.sk@bayer-ag.de
stephanie.landry@citadelgroup.com
stephanie.lappe@ubs.com
stephanie.lim@pioneerinvestments.com
stephanie.limond@blackrock.com
stephanie.limpc@uobgroup.com
stephanie.louie@gs.com
stephanie.loyxh@uobgroup.com
stephanie.maher@agf.com
stephanie.marelle@bnpparibas.com
stephanie.meyer@lacrosseglobal.com
stephanie.milby@db.com
stephanie.niven@gs.com
stephanie.packer@pimco.com
stephanie.pavillon@bnpparibas.com
stephanie.pless@caam.com
stephanie.rapp@hypovereinsbank.de
stephanie.rogers@americas.bnpparibas.com
stephanie.roth@fmr.com
stephanie.s.schneider@columbiamanagement.com

stephanie.schmueck@allianzgi.de
stephanie.scott@tres.bnc.ca
stephanie.selinger@barclaysglobal.com
stephanie.staar@bertelsmann.de
stephanie.tan@orix.com
stephanie.timsit@axa-im.com
stephanie.v.ruffie@jpmorgan.com
stephanie.weiss@fafadvisors.com
stephanie.windsor@ubs.com
stephanie.wong@mizuhocbus.com
stephanie.x.price@jpmorgan.com
stephanie.y.h.chan@hsbcpb.com
stephanie.yang@jpmorganfleming.com
stephanie.yardley@barclaysglobal.com
stephanie@chuomitsui-spr.com.sg
stephanie_anderson@ml.com
stephanie_gerrard@hen.invesco.com
stephanie_hallenbeck@putnam.com
stephanie_marshall@invesco.com
stephanie_setyadi@vanguard.com
stephanie_simon@acml.com
stephanie_skinner@freddiemac.com
stephanie_turner@cargill.com
stephanie_visayze@par.invesco.com
stephanie_wu@hen.invesco.com
stephanies@mcm.com
stephany.brenda@principal.com
stephen.a.bennett@aibbny.ie
stephen.a.bondi@jpmorgan.com
stephen.a.boyle@aibbny.ie
stephen.a.smith@morganstanley.com
stephen.adams@aegon.co.uk
stephen.andrews@jpmorganfleming.com
stephen.ashurst@insightinvestment.com
stephen.b.ward@schwab.com
stephen.balter@fmr.com
stephen.barclay@morganstanley.com
stephen.barnett@gs.com
stephen.bernardi@tudor.com
stephen.bernier@deshaw.com
stephen.bersey@db.com
stephen.binder@fmr.com
stephen.bond-nelson@opcap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stephen.booth@rlam.co.uk | stephen.freedman@ubs.com |
| stephen.bozeman@barclaysglobal.com | stephen.friscia@mackay.com |
| stephen.britt@truscocapital.com | stephen.frost@chase.com |
| stephen.buschbom@inginvestment.com | stephen.fulford@uk.fid-intl.com |
| stephen.bykowski@fmr.com | stephen.futch@truscocapital.com |
| stephen.byrne@bnlmail.com | stephen.gallant@inginvestment.com |
| stephen.c.walker@morganstanley.com | stephen.gelhaus@ge.com |
| stephen.campagna@fmr.com | stephen.gertz@pnc.com |
| stephen.campisi@bankofamerica.com | stephen.gibbs@fmr.com |
| stephen.candido@nuveen.com | stephen.gorman@nab.co.uk |
| stephen.cheng@lehman.com | stephen.grant@isisam.com |
| stephen.chiu@citadelgroup.com | stephen.greene@rbccm.com |
| stephen.chung@morganstanley.com | stephen.grisanti@hcmny.com |
| stephen.church@bmonb.com | stephen.haeckel@prudential.com |
| stephen.church@davy.ie | stephen.hall@swip.com |
| stephen.clout@credit-suisse.com | stephen.harasimowicz@columbiamanagement.com |
| stephen.cole@moorecap.co.uk | stephen.hargreaves@csam.com |
| stephen.coll@inginvestment.com | stephen.harris@hsh-nordbank.co.uk |
| stephen.collins@pnc.com | stephen.harrison@omam.co.uk |
| stephen.connolly@ppm-uk.com | stephen.hartnett@commerzbank.com |
| stephen.cook@westernasset.com | stephen.hermsdorf@fmr.com |
| stephen.corliss@barclaysglobal.com | stephen.hobbis@aberdeen-asset.com |
| stephen.corry@slcam.co.uk | stephen.hoedt@nationalcity.com |
| stephen.cummings@pioneerinvest.com | stephen.holliday@glgpartners.com |
| stephen.d.marchini@jpmorgan.com | stephen.hollis@fandc.com |
| stephen.davenport@pnc.com | stephen.hotsma@nibc.com |
| stephen.demotto@gecapital.com | stephen.howard@vanguard.com.au |
| stephen.derrick@pimco.com | stephen.hughes.3@claridenleu.com |
| stephen.detommaso@aig.com | stephen.hughes@dimensional.com |
| stephen.devos@corporate.ge.com | stephen.hughes@moorecap.com |
| stephen.dirkes@clinton.com | stephen.hunt@btfinancialgroup.com |
| stephen.docherty@aberdeen-asset.com | stephen.hunter@nordlb.com |
| stephen.donovan@conocophillips.com | stephen.hynes@gmacrfc.com |
| stephen.dougherty@inginvestment.com | stephen.j.garibaldi@credit-suisse.com |
| stephen.drane@group.landg.com | stephen.j.mitchell@jpmorgan.com |
| stephen.driscoll@ibj.co.uk | stephen.j.park@db.com |
| stephen.dry@swip.com | stephen.j.salmon@bankofamerica.com |
| stephen.esser@morganstanley.com | stephen.jenvey@fmr.com |
| stephen.faldo@mhcb.co.uk | stephen.johnson@53.com |
| stephen.ficara@db.com | stephen.johnson@db.com |
| stephen.flynn@alliancebernstein.com | stephen.johnstone@gartmore.com |
| stephen.flynn@ubs.com | stephen.jones@aegon.co.uk |
| stephen.fredlund@thrivent.com | stephen.jones@gartmore.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| stephen.joseph@gartmore.com | stephen.mchugh@fhlbboston.com |
| stephen.k.mayes@jpmorgan.com | stephen.meschenmoser@blackrock.com |
| stephen.kalajian@db.com | stephen.meyer@usbank.com |
| stephen.kaszynski@credit-suisse.com | stephen.miller@blackrock.com |
| stephen.kauke@citigroup.com | stephen.mitchell@fmr.com |
| stephen.keck@tcw.com | stephen.monto@nationalcity.com |
| stephen.keenan@fmr.com | stephen.moore@threadneedle.co.uk |
| stephen.kelly@axaframlington.com | stephen.morgan@bbandt.com |
| stephen.kelly@framlington.co.uk | stephen.morris@aberdeen-asset.com |
| stephen.kim@barclaysglobal.com | stephen.nash@cazenove.com |
| stephen.kim@trs.state.tx.us | stephen.nazzaro@bbh.com |
| stephen.kimber@lloydstsb.co.uk | stephen.ng@ap.ing.com |
| stephen.kirkham@uk.nomura.com | stephen.notidis@rbc.com |
| stephen.koeller@pncadvisors.com | stephen.osowiecki@fhlbboston.com |
| stephen.kristofco@inginvestment.com | stephen.p.scharre@bankamerica.com |
| stephen.kwa@db.com | stephen.paice@bailliegifford.com |
| stephen.kyle-binkley@commerzbankib.com | stephen.parlett@citadelgroup.com |
| stephen.langan@fmr.com | stephen.parr@credit-suisse.com |
| stephen.larosa@moorecap.com | stephen.parry@moorecap.com |
| stephen.lee@alliancebernstein.com | stephen.pawlyshyn@gmacrfc.com |
| stephen.lee@barclaysglobal.com | stephen.payne@framlington.co.uk |
| stephen.lee@morleyfm.com | stephen.payne@lazard.com |
| stephen.lee@robecousa.com | stephen.peacher@columbiamanagement.com |
| stephen.levitan@rbccm.com | stephen.peirce@rlam.co.uk |
| stephen.lew@janus.com | stephen.pelensky@morganstanley.com |
| stephen.lingard@fmr.com | stephen.peters@charles-stanley.co.uk |
| stephen.lomas@dresdner-bank.com | stephen.petersen@fmr.com |
| stephen.lowe@morleyfm.com | stephen.petretto@thehartford.com |
| stephen.lucas@juliusbaer.com | stephen.petta@mizuhocbus.com |
| stephen.luker@saudibank.com | stephen.porteous@anfis.co.uk |
| stephen.lynch@db.com | stephen.pounds@inginvestment.com |
| stephen.m.g.hodge@si.shell.com | stephen.r.carey@aibbny.ie |
| stephen.m.quinn@aibbny.ie | stephen.r.scott@db.com |
| stephen.m.szczepankiewicz@jpmorganfleming.com | stephen.r.sylvester@db.com |
| stephen.m.williams@citigroup.com | stephen.r.white@sunlife.com |
| stephen.macklow-smith@flemings.com | stephen.rafferty@barclaysglobal.com |
| stephen.mak@wamu.net | stephen.raneri@soros.com |
| stephen.marchini@jpmorgan.com | stephen.reedy@db.com |
| stephen.martin@fandc.co.uk | stephen.reynolds@pimco.com |
| stephen.mathai-davis@aig.com | stephen.rich@mutualofamerica.com |
| stephen.mccormick@moorecap.com | stephen.rogers@barclaysglobal.com |
| stephen.mccrory@sanpaoloimi.com | stephen.rose@inginvestment.com |
| stephen.mcguire@lazard.com | stephen.roseberry@pioneerinvest.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| stephen.rowenhorst@schwab.com | stephen_bartolini@fanniemae.com |
| stephen.rudland@rbcdexia-is.com | stephen_bergquist@iustrust.com |
| stephen.russell@db.com | stephen_boggs@invesco.com |
| stephen.s.williams@shell.com | stephen_burke@ssga.com |
| stephen.salemy@kbcaim.com | stephen_burke@vanguard.com |
| stephen.satter@aiminvestments.com | stephen_conlon@lnotes3.bankofny.com |
| stephen.saunders@gmacm.com | stephen_cropper@ml.com |
| stephen.schaller@chase.com | stephen_currie@standardlife.com |
| stephen.schofield@clamericas.com | stephen_d_barbaro@fleet.com |
| stephen.schumm@barclaysglobal.com | stephen_deibel@bankone.com |
| stephen.scinicariello@blackrock.com | stephen_delaney@freddiemac.com |
| stephen.scott@lazard.com | stephen_deletto@swissre.com |
| stephen.sharman@gartmore.com | stephen_dexter@putnaminv.com |
| stephen.shea@bancamps.it | stephen_dowds@ntrs.com |
| stephen.shone@royal-london.co.uk | stephen_driscoll@putnam.com |
| stephen.sibley@westernasset.com | stephen_dunn@gb.smbcgroup.com |
| stephen.smith@ridgeworth.com | stephen_dunn@manulife.com |
| stephen.smith@wachovia.com | stephen_evans@ustrust.com |
| stephen.snowden@omam.co.uk | stephen_finamore@troweprice.com |
| stephen.southgate@fandc.com | stephen_finley@invesco.com |
| stephen.stretton@barcap.com | stephen_geis@notes.ntrs.com |
| stephen.suo@tcw.com | stephen_grant@standardlife.com |
| stephen.tangnian@tt.rbtt.com | stephen_haas@troweprice.com |
| stephen.taylor@bapensions.co.uk | stephen_hall@putnam.com |
| stephen.thornber@threadneedle.co.uk | stephen_hill@manulife.com |
| stephen.tong@alliancebernstein.com | stephen_hong@bnz.co.nz |
| stephen.ts.chan@hk.standardchartered.com | stephen_j_nash@ssga.com |
| stephen.turtle@threadneedle.co.uk | stephen_jasko@merck.com |
| stephen.ventrello@pnc.com | stephen_jury@blackrock.com |
| stephen.waitt@fmr.com | stephen_k_mayes@bankone.com |
| stephen.walker@sgcib.com | stephen_kistner@ustrust.com |
| stephen.way@agf.com | stephen_krajewski@ssga.com |
| stephen.webster@aig.com | stephen_lamacraft@invescoperpetual.co.uk |
| stephen.welch@hsh-nordbank.com | stephen_m_mcfee@vanguard.com |
| stephen.westbrook@jpmorgan.com | stephen_m_steenkamer@vanguard.com |
| stephen.whitman@bbh.com | stephen_mantle@ssga.com |
| stephen.wilder@fmr.com | stephen_masten@freddiemac.com |
| stephen.williams@sgcib.com | stephen_mccrow@standardlife.com |
| stephen.wingate@moorecap.co.uk | stephen_oconnell@newton.co.uk |
| stephen.winterstein@pncbank.com | stephen_o'connell@putnam.com |
| stephen.yarbrough@truscocapital.com | stephen_oler@putnam.com |
| stephen_alosa@troweprice.com | stephen_peacher@putnam.com |
| stephen_anness@hen.invesco.com | stephen_pelensky@acml.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

stephen_penfold@blackrock.com
stephen_piatkowski@westlb.co.uk
stephen_puglisi@conning.com
stephen_rowntree@newton.co.uk
stephen_searl@conning.com
stephen_tait@standardlife.com
stephen_w_becker@fleet.com
stephen_w_kozeracki@vanguard.com
stephen_w_vandermark@putnam.com
stephen_watson@ntrs.com
stephen_weeple@standardlife.com
stephene.e.doty@db.com
stephenoleary@hsbc.com
stephenrooney@morganstanleyquilter.ie
stephens.brian@nbg.gr
stephensm@bloomberg.net
stephen-w.barrow@db.com
stepnauski@blackrock.com
stergios.saloustros@fandc.com
sterling.amy@principal.com
sterling.russell@benlife.com
sterling_haynes@ml.com
stern@bessemer.com
stern_jacques@accor.fr
sternda@bloomberg.net
sterneagee@bloomberg.net
steshigawara@bloomberg.net
stetz.ka@mellon.com
steuart.marshall@lazard.com
stev.beill@rbs.co.uk
stev.zaumseil@allianzgi.de
stevan.bajic@sarasin.ch
stevan.maglic@bmo.com
stevce.mojanovski@seb.se
steve.abel@norwich-union-life.co.uk
steve.abreu@greenpoint.com
steve.aguirre@pimco.com
steve.ahrens@prudential.com
steve.allen@nbkny.com
steve.ardovini@hcmny.com
steve.barker@morleyfm.com
steve.barrilleaux@barclaysglobal.com
steve.barwikowski@fmr.com

steve.beinhacker@alliancebernstein.com
steve.belisle@standardlife.ca
steve.bellman@pncbank.com
steve.berardi@do.treas.gov
steve.best@ubs.com
steve.bolsee@eurizoncapital.lu
steve.borgioli@fmr.com
steve.bowser@6thaveinvest.com
steve.braithwaite@fmr.com
steve.brasier@suntrust.com
steve.brennan@mizuho-cb.com
steve.bryan@huntington.com
steve.bullock@lloydstsb.co.uk
steve.burlingame@tcw.com
steve.calhoun@fmr.com
steve.carmichael@bellsouth.com
steve.carnaby@barclaysglobal.com
steve.chapman@axa-im.com
steve.chappell@halbis.com
steve.chasan@moorecap.co.uk
steve.chernyakhovsky@ge.com
steve.cherrier@bcbsnc.com
steve.chew@uk.bnpparibas.com
steve.christy@moorecap.co.uk
steve.chylinski@eagleasset.com
steve.clark@dfafunds.com
steve.cleal@morleyfm.com
steve.clements@nifa.org
steve.cowie@robecousa.com
steve.crawford@mortgagefamily.com
steve.d.drew@jpmorganfleming.com
steve.d.ellis@gs.com
steve.dembeck@db.com
steve.desalvo@wachovia.com
steve.doire@db.com
steve.doll@ftnmidwest.com
steve.dufour@fmr.com
steve.duncan@dws.de
steve.edney@citadelgroup.com
steve.eilenberg@deshaw.com
steve.elterich@fmr.com
steve.eubanks@treasurer.state.nc.us
steve.evans@tudor.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| steve.everest@db.com | steve.krupa@nuveen.com |
| steve.fielder@ubt.com | steve.kuettel@state.mn.us |
| steve.fieler@hp.com | steve.kuhns@wellsfargo.com |
| steve.fierstein@ge.com | steve.l.vielhaber@bankamerica.com |
| steve.folker@53.com | steve.lafontaine@ospraie.com |
| steve.frost@chase.com | steve.lambdin@rsa-al.gov |
| steve.frost@nctrust.com | steve.lawrence@janus.com |
| steve.glod@lbfram.lu | steve.levanti@corporate.ge.com |
| steve.goldman@csam.com | steve.lowe@thrivent.com |
| steve.greenfield@moorecap.com | steve.luo@morganstanley.com |
| steve.greiner@allegiantgroup.com | steve.mageras@ff.com |
| steve.guihan@soros.com | steve.mageras@first-franklin.com |
| steve.h.western@conocophillips.com | steve.maget@hsbcpb.com |
| steve.hall@chase.com | steve.marra@lazard.com |
| steve.harrison@moorecap.co.uk | steve.mason@icap.com |
| steve.harrison@nbad.com | steve.mathews@tudor.com |
| steve.heath@lgim.co.uk | steve.matosziuk@calvert.com |
| steve.henderson@sgcib.com | steve.matsuo@bmo.com |
| steve.hilbish@shenlife.com | steve.mccarthy@grneam.com |
| steve.hlavin@nuveen.com | steve.mcdermott@us.icap.com |
| steve.hoffman@associatedbank.com | steve.mcginnis@nationalcity.com |
| steve.holley@bescl.co.uk | steve.meltzer@fmr.com |
| steve.hong@pimco.com | steve.michel@juliusbaer.com |
| steve.honsberber@lodh.com | steve.miller@wamu.net |
| steve.hwang@gs.com | steve.milner@shell.com |
| steve.j.wang@jpmorgan.com | steve.moehlman@prudential.com |
| steve.janson@hsh-nordbank.co.uk | steve.moeller@lehman.com |
| steve.johnson@komag.com | steve.moir@abbey.com |
| steve.johnson@northernrock.co.uk | steve.monosson@osterweis.com |
| steve.jones@soros.com | steve.moore@osterweis.com |
| steve.joss@treasury.govt.nz | steve.morris@sunlife.com |
| steve.kalin@us.bacai.com | steve.moulder@gibuk.com |
| steve.kalmin@himco.com | steve.myers@americo.com |
| steve.kamman@fmr.com | steve.n.butler@uk.tesco.com |
| steve.kaye@fmr.com | steve.napoli@prudential.com |
| steve.kelley@sunlife.com | steve.nelson@fmr.com |
| steve.kelly@pncbank.com | steve.ng@ubsw.com |
| steve.kim@dresdnerrcm.com | steve.nichols@britannia.co.uk |
| steve.kirby@mhcb.co.uk | steve.nielander@db.com |
| steve.klein@moorecap.com | steve.noone@truscocapital.com |
| steve.kluger@ge.com | steve.norcutt@reliastar.com |
| steve.koomar@prudential.com | steve.oconnell@slma.com |
| steve.krisik@harrisbank.com | steve.page@sterlingsavings.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| steve.pan@dartmouth.edu | steve.skolnik@first-franklin.com |
| steve.pardoe@baesystems.com | steve.smart@abnamrousa.com |
| steve.pascucci@fmr.com | steve.spencer@wamu.net |
| steve.pearson@pncbank.com | steve.stearns@wamu.net |
| steve.peterson@trs.state.tx.us | steve.steinour@citizensbank.com |
| steve.philebrown@db.com | steve.thom@rbccm.com |
| steve.philebrown@panmure.com | steve.thomas@rabobank.com |
| steve.philips@dexia-am.com | steve.tonizzo@bpvn.lu |
| steve.pipp@associatedbank.com | steve.tosi@instinet.com |
| steve.pochop@vontobel.ch | steve.trabucco@bellsouth.com |
| steve.poulin@gecapital.com | steve.tsai@email.chinatrust.com.tw |
| steve.prunuske@micorp.com | steve.tubb@uk.calyon.com |
| steve.putnam@csam.com | steve.turley@bmo.com |
| steve.puttock@uk.standardchartered.com | steve.turman@invesco.com |
| steve.quantrell@hsbcam.com | steve.turner@morganstanley.com |
| steve.r.brown@threadneedle.co.uk | steve.valadie@ftcm.com |
| steve.rayner@inginvestment.com | steve.van.reempts@belga.be |
| steve.reisenauer@inginvestment.com | steve.waddington@insightinvestment.com |
| steve.rich@mackayshields.com | steve.walt@db.com |
| steve.richardson@moorecap.co.uk | steve.ward@mutualofamerica.com |
| steve.ricks@wellscap.com | steve.warner@morleyfm.com |
| steve.roberts@jpmorganfleming.com | steve.waygood@insightinvestment.com |
| steve.robinson@aberdeen-asset.com.au | steve.webb@uk.tesco.com |
| steve.rogers@agf.com | steve.weller@citadelgroup.com |
| steve.rosen@fmr.com | steve.welter@fortis.lu |
| steve.ross@advantuscapital.com | steve.white@ge.com |
| steve.roth@glgpartners.com | steve.whitehead@ppm-uk.com |
| steve.ryder@morleyfm.com | steve.wilks@rabobank.com |
| steve.salopek@inginvestment.com | steve.williamson@lloydstsb.co.uk |
| steve.sample@trs.state.tx.us | steve.wilson@clamericas.com |
| steve.santa-maria@bmo.com | steve.wilson@evergreeninvestments.com |
| steve.saperstein@prudential.com | steve.wilson3@firstunion.com |
| steve.schifferes@bbc.co.uk | steve.wizeman@mackayshields.com |
| steve.schlott@cbcf-net.com | steve.wood@ercgroup.com |
| steve.schofield@soros.com | steve.worthington@fmb.com |
| steve.schweitzer@shenkmancapital.com | steve.wymer@fmr.com |
| steve.sedmak@inginvestment.com | steve.young@curian.com |
| steve.sedmark@inginvestment.com | steve.zaubi@delta-air.com |
| steve.shapiro@firstmidwest.com | steve@aol.com |
| steve.sherrick@gcm.com | steve@apexfcu.com |
| steve.shingiro@bnymellon.com | steve@ardsley.com |
| steve.shumake@frostbank.com | steve@bpviinc.com |
| steve.simpers@chase.com | steve@incomeresearch.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

steve@pauzeassetmanagement.com

steve_burns@ml.com

steve_caffarelli@otfs.state.ga.us

steve_cao@aimfunds.com

steve_confessore@nylim.com

steve_costoff@fanniemae.com

steve_dilbone@key.com

steve_gianelli@putnam.com

steve_gorman@putnam.com

steve_gowsoski@bankone.com

steve_guggenmos@freddiemac.com

steve_horner@putnam.com

steve_hussey@acml.com

steve_karnes@putnam.com

steve_keleher@freddiemac.com

steve_kubis@ml.com

steve_lelaurin@invesco.com

steve_luehrmann@cinfin.com

steve_lurito@americancentury.com

steve_mahan@aimfunds.com

steve_mahoney@glenmede.com

steve_morrison@bankofscotland.co.uk

steve_olentine@swissre.com

steve_oristaglio@putnam.com

steve_point@glenmede.com

steve_richardson@aigi.com

steve_richter@troweprice.com

steve_riley@cgnu.net

steve_roth@americancentury.com

steve_shen@fanniemae.com

steve_soloria@cinfin.com

steve_t_smith@dell.com

steve_thompson@mgic.com

steve_tips@freddiemac.com

steve_triantafilidis@swissre.com

steve_tyson@mfcinvestments.com

steve_w_bright@bankone.com

steve_xia@vanguard.com

steve_yardley@blackrock.com

steve_zechello@putnam.com

stevea@amherstsecurities.com

steveb@ttmc.com

stevebrown@nb.com

stevecoleman@northwesternmutual.com

steveedelman@tagfolio.com

steveg@apam.com

steveg@turnerinvestments.com

stevej@primco.com

stevekimb@hotmail.com

stevel@cater-allen.co.uk

stevelowe@angloirishbank.ie

stevem@scm-lp.com

steven.a.rosen@citi.com

steven.abbott@nomura-asset.co.uk

steven.aitken@swipartnership.co.uk

steven.alcorn@rabobank.com

steven.algert@ucop.edu

steven.angelich@barclaysglobal.com

steven.baker@fandc.com

steven.barton@anfis.co.uk

steven.baumgarten@pnc.com

steven.beck@bankofamerica.com

steven.belluardo@citadelgroup.com

steven.bergman@tcw.com

steven.berrios@db.com

steven.binks@threadneedle.co.uk

steven.bobasch@socgen.co.uk

steven.boreham@lgim.co.uk

steven.bowen@halbis.com

steven.boyd@citadelgroup.com

steven.breen@ubs.com

steven.brodie@resolutionasset.com

steven.bulko@dillonread.com

steven.buller@fmr.com

steven.bullock@fmr.com

steven.burke@daiwausa.com

steven.caiazzo@mackayshields.com

steven.calhoun@fmr.com

steven.capouch@53.com

steven.cassidy@drkw.com

steven.center@wamu.net

steven.chan@schwab.com

steven.chen@fareastnationalbank.com

steven.childress@morgankeegan.com

steven.chubak@alliancebernstein.com

steven.cohen@mellon.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

steven.colton@phxinv.com
steven.connelly@ibtco.com
steven.cook@aig.com
steven.cooper@sunlife.com
steven.cornew@barclaysglobal.com
steven.cowcher@chase.com
steven.crooks@fmr.com
steven.crotteau@prudential.com
steven.d.jones@firstar.com
steven.d.woolford@citigroup.com
steven.dalzell@blackrock.com
steven.decoster@petercam.be
steven.delarosa@westernasset.com
steven.denny@protective.com
steven.desmyter@glgpartners.com
steven.devine@jpmorgan.com
steven.dick@morganstanley.com
steven.dryborough@nl.abnamro.com
steven.dutaut@bailliegifford.com
steven.dutaut@mondrian.com
steven.e.wharton@jpmorgan.com
steven.ellis@pnc.com
steven.eubanks@firstcitizens.com
steven.flin@icap.com
steven.frary@db.com
steven.frech@aberdeen-asset.com
steven.friedman@ny.frb.org
steven.fries@shell.com
steven.g.lee@jpmchase.com
steven.galbraith@bailliegifford.com
steven.ganss@frostsecurities.com
steven.gleason@pimco.com
steven.gottesman@phxinv.com
steven.gould@sgam.com
steven.goulden@blackrock.com
steven.grahame@ubs.com
steven.guyer@morganstanley.com
steven.h.ng@rbccm.com
steven.hale@calvert.com
steven.harms@xlgroup.com
steven.harnie@fortisinvestments.com
steven.hay@bailliegifford.com
steven.heimarck@fmr.com

steven.herbert@ubs.com
steven.heron@morganstanley.com
steven.hewitt@threadneedle.co.uk
steven.higgins@uk.fid-intl.com
steven.huang@lloydstsb.co.uk
steven.hughes@wachovia.com
steven.hung@schwab.com
steven.ikemura@uboc.com
steven.j.mcgarry@slma.com
steven.jerrit@lgim.co.uk
steven.johnson@fhlb.com
steven.jones@pimco.com
steven.jones@wachovia.com
steven.jung@morganstanley.com
steven.kaufmann@axa-winterthur.ch
steven.kaye@aberdeen-asset.com
steven.kellner@prudential.com
steven.kirk@uk.fid-intl.com
steven.kittrell@truscocapital.com
steven.kleiman@blackrock.com
steven.kohwk@uobgroup.com
steven.kok@ingim.com
steven.kreider@morganstanley.com
steven.kreider@msdw.com
steven.l.randall@bankofamerica.com
steven.lane@advantuscapital.com
steven.lee@thrivent.com
steven.letch@uk.fid-intl.com
steven.lilly@columbiamanagement.com
steven.lilly@nrucfc.org
steven.liu@ubs.com
steven.loeys@moorecap.co.uk
steven.logan@swipartnership.co.uk
steven.luetger@columbiamanagement.com
steven.lupacchino@pfpc.com
steven.m.peras@credit-suisse.com
steven.m.wilson@usa.dupont.com
steven.macdougall@tdsecurities.com
steven.madsen@db.com
steven.majocha@nb.com
steven.malin@bernstein.com
steven.marotta@ubs.com
steven.mathews2@halliburton.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

steven.maxwell@swipartnership.co.uk
steven.morfield@greenpoint.com
steven.morris@britannia.co.uk
steven.morrison@pioneerinvest.com
steven.moss@barclays.co.uk
steven.nussbaum@alliancebernstein.com
steven.oblack@morganstanley.com
steven.palmer@aig.com
steven.pearson@prudential.com
steven.pena@pncbank.com
steven.penn@db.com
steven.philebrown@panmure.com
steven.phillips@lgim.co.uk
steven.pollock@sgcib.com
steven.postal@ge.com
steven.powell@hsh-nordbank.co.uk
steven.powell@xlgroup.com
steven.r.ashley@wellsfargo.com
steven.r.segien@exxonmobil.com
steven.raab@prudential.com
steven.reynolds@wachovia.com
steven.ricchio@harrisbank.com
steven.richman@eastsidecap.com
steven.rosen@aig.com
steven.rosenberg@citadelgroup.com
steven.ryder@gecapital.com
steven.s.harraway@si.shell.com
steven.s.pfeiffer@wellsfargo.com
steven.santore@invescoaim.com
steven.sau@tcw.com
steven.sawyer1@wachovia.com
steven.schoen@gecapital.com
steven.schoenfeld@barclaysglobal.com
steven.schwimmer@ubs.com
steven.scrudato@db.com
steven.selerno@db.com
steven.sentler@libertymutual.com
steven.shapiro@pncbank.com
steven.shekane@morganstanley.com
steven.sherman@abnamro.com
steven.sherrick@rbsgc.com
steven.shin@morganstanley.com
steven.siegel@moorecap.com

steven.siem@blackrock.com
steven.silbermann@chase.com
steven.slaughter@ubs.com
steven.snider@fmr.com
steven.soranno@credit-suisse.com
steven.steyaert@ingim.com
steven.strycula@pnc.com
steven.stuart@shinseibank.com
steven.t.ho@jpmorganfleming.com
steven.t.mielke@jci.com
steven.tanz@prudential.com
steven.taylor@fortisinvestments.com
steven.theby@columbiamanagement.com
steven.theofanis@sunlife.com
steven.thesing@53.com
steven.tholl@wamu.net
steven.towers@morleyfm.com
steven.treftz@towersperrin.com
steven.tze@barclaysglobal.com
steven.vandepitte@ingim.com
steven.vankeirsbilck@umb.com
steven.w.johnson@jpmorgan.com
steven.w.johnson@jpmorganfleming.com
steven.ward@hsbcib.com
steven.weiss@ge.com
steven.winpenny@abnamro.com
steven.wittwer@ubs.com
steven.wolstenholme@icap.com
steven.wright@augustus.co.uk
steven.wyman@sunlife.com
steven.yorke@seb.se
steven.zagoren@libertymutual.com
steven.zapata@wachovia.com
steven@omega-advisors.com
steven@scm-lp.com
steven@sfc-uk.com
steven_a_russo@ssga.com
steven_anderson@progressive.com
steven_bachman@swissre.com
steven_bagley@putnam.com
steven_brannum@fanniemae.com
steven_brooks@em.fcnbd.com
steven_brooks@troweprice.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

steven_brown@nacm.com
steven_butler@scotiacapital.com
steven_carden@calpers.ca.gov
steven_chiou@ctxmort.com
steven_cutler@bankone.com
steven_dailly@standardlife.com
steven_desimone@putnam.com
steven_devejian@keybank.com
steven_e_deggendorf@fanniemae.com
steven_fazo@hsb.com
steven_fowler@ml.com
steven_hobbs@ustrust.com
steven_huber@troweprice.com
steven_j_santiccioli@ntrs.com
steven_kistner@ssga.com
steven_krichbaum@troweprice.com
steven_lerit@nylim.com
steven_lin@swissre.com
steven_lodge@standardlife.com
steven_lotwin@capgroup.com
steven_meier@ssga.com
steven_mintz@timeinc.com
steven_ng@scotiamarkets.com
steven_petrie@westlb.com
steven_phillips@acml.com
steven_pumilia@cargill.com
steven_swann@standardlife.com
steven_t_lewis@ml.com
steven_van_de_wall@deltalloyd.nl
steven_way@standardlife.com
steven_williams@nylim.com
steven_wolcott@swissre.com
steven_wolken@keybank.com
steven_za.smith@ubs.com
steven_zhu@acml.com
stevenarthur@northwesternmutual.com
stevencario@bloomberg.net
stevenkoh@dbs.com
stevenliu@mail.cbc.gov.tw
stevenlyons@northwesternmutual.com
stevens.mcaleer@robecoinvest.com
stevens@ikos.com.cy

stevent@mcm.com
steventanel@phillip.com.sg
steventsui@dbs.com
steveproctor@bmonb.com
steveswanson@northwesternmutual.com
stevet@ibbfla.com
stevetallmadge@northwesternmutual.com
stevew@primco.com
stevewarren@northwesternmutual.com
stevewilson@northwesternmutual.com
stevie.noh@lazard.com
stewart.brad@edgeassetmgt.com
stewart.cowe@swipartnership.co.uk
stewart.davies@uk.bnpparibas.com
stewart.day@4086.com
stewart.fleming@abnamro.com
stewart.foley@aamcompany.com
stewart.gilmartin@sgam.co.uk
stewart.harding@shinseibank.com
stewart.kalish@nyc.rabobank.com
stewart.mcmillan@swipartnership.co.uk
stewart.meijer@abnamro.com
stewart.methven@aberdeen-asset.com
stewart.morrison@genworth.com
stewart.morton@anz.com
stewart.mudd@perpetual.co.uk
stewart.newnham@morleyfm.com
stewart.pemberton@jpmorganfleming.com
stewart.robertson@morleyfm.com
stewart.russell@moorecap.com
stewart.tan@insightinvestment.com
stewart.tanner@deshaw.com
stewart.whitehead@jpmorgan.com
stewart.wong@prudential.com
stewart@acorncapitalmgt.com
stewart_cowley@newton.co.uk
stewart_edginton@blackrock.com
stewart_sprague@mfcinvestments.com
stewarti@ebrd.com
stewart-kc.thong@aig.com
stfocken@nb.com
stg8@cornell.edu
stgrdi@hypostmk.co.at

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sth@baupost.com | stodagishi@bloomberg.net |
| sth2@ntrs.com | stoermer.brad@principal.com |
| stha01@handelsbanken.se | stojanovic@bridport.ch |
| sthb@cgii.com | stokes.grymes@alexanderkey.com |
| sthevard@eutelsat.fr | stolarck@ebrd.com |
| sthiriez@ifc.org | stolboom@anthos.nl |
| sthompson@montag.com | stolep@metlife.com |
| sthorm@ftci.com | s-tomioka@meiji-life.co.jp |
| sthumm@alger.com | stone.shi@deshaw.com |
| sti@bankinvest.dk | stone@deshaw.com |
| stian.solberg@dnbnor.no | stone@pfdincome.com |
| stierr@kochind.com | stonebraker@aigfpc.com |
| stig.berg@nordea.com | stonesifer@adamsexpress.com |
| stig.jonsson@ap3.se | stong@calstrs.com |
| stig.zarle@fmr.com | stong@tiaa-cref.org |
| stigfal@bloomberg.net | stopyra@bloomberg.net |
| stigor@bi.go.id | storrentn@creditandorra.ad |
| stijn.dockx@fortisinvestments.com | stoudems@strsoh.org |
| stijn.huysentruyt@dexia.be | stow@ae-gis.com |
| stijn.vanacker@ingim.com | stpang@bloomberg.net |
| stijn.vanvuchelen@agf.be | stpark@westernasset.com |
| stillet@troweprice.com | str@bloomberg.net |
| stillinghast@sunamerica.com | str@ubp.ch |
| stilwellbrianuser@company.com | strahlh@brinson.com |
| stine.madsen@morganstanley.com | strain.bj@tbcam.com |
| stine.pilegaard@db.com | straka@alpha.gr |
| stirons@wellington.com | strang_sarah@jpmorgan.com |
| stjae@danskebank.dk | strange.bernard@nbg.gr |
| stje01@handelsbanken.se | strategy_development@swissre.com |
| stjohn@bessemer.com | strathearn.mc@mellon.com |
| stk@lrc.ch | stratos.nikolakakis@nl.abnamro.com |
| stl29@cornell.edu | strauch@pimco.com |
| stlampe@delinvest.com | straum@tiaa-cref.org |
| stli03@handelsbanken.se | streanor@hellerfin.com |
| stli12@handelsbanken.se | strecker@russell.com |
| stmchugh@microsoft.com | streeterd@usa.redcross.org |
| stmetsov@princeton.edu | strepp@westernasset.com |
| stmh@capgroup.com | stricklandss@aetna.com |
| stny01@handelsbanken.se | strricknerg@bloomberg.net |
| stobin@jhancock.com | stripsbob@bloomberg.net |
| stobrien@wellington.com | stro05@handelsbanken.se |
| stockex@cis.u-net.com | stroge@copera.org |
| stockstrading@pictet.com | stroh_karsten@jpmorgan.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| strohme@leggmason.com | stuart.doyle@barclaysglobal.com |
| stroll@troweprice.com | stuart.eaton@insightinvestment.com |
| strousseau@gscpartners.com | stuart.firth@csfb.com |
| struan_malcolm@ntrs.com | stuart.fleet@seb.co.uk |
| structured_products@pictet.com | stuart.forshaw@tilney.com |
| structuredfinance.fim@bcee.lu | stuart.forsyth@barclaysglobal.com |
| structuredproducts@alpha.gr | stuart.fowler@axa-slim.co.uk |
| strueber@bloomberg.net | stuart.geddis@ikb.de |
| strugazowaz@bernstein.com | stuart.gibbs@hp.com |
| strusso@bankofny.com | stuart.gray@aberdeen-asset.com |
| strykerr@vankampen.com | stuart.grimshaw@cba.com.au |
| stsai1@cathaylife.com.tw | stuart.hapin@jpmorganfleming.com |
| stschultz@fdic.gov | stuart.harris@csam.com |
| ststone@aegonusa.com | stuart.hawkins@threadneedle.co.uk |
| s-tsubuku@yasuda-life.co.jp | stuart.i.odell@intel.com |
| s-tsuchida@nochubank.or.jp | stuart.j.chaplin@si.shell.com |
| s-tsuchimoto@clcm.co.jp | stuart.james@aberdeen-asset.com.au |
| stuart.a.norman@aib.ie | stuart.jarvis@barclaysglobal.com |
| stuart.a.schweitzer@jpmorgan.com | stuart.kraft@bmonb.com |
| stuart.ames@citigroup.com | stuart.landucci@db.com |
| stuart.andrews@icap.com | stuart.liebeski@prudential.com |
| stuart.atkinson@glgpartners.com | stuart.lissner@ppmamerica.com |
| stuart.atwell@hsbchalbis.com | stuart.low@ubs.com |
| stuart.baker@shinseibank.com | stuart.luck@uk.fid-intl.com |
| stuart.barry@ing.com.au | stuart.maclean@jpmorganfleming.com |
| stuart.beavis@hsbcgroup.com | stuart.marshall@aberdeen-asset.com |
| stuart.bohart@morganstanley.com | stuart.mcmaster@swip.com |
| stuart.boyle@fhlb.com | stuart.mcpherson@gs.com |
| stuart.burrows@barclaysglobal.com | stuart.milne@hsbc.com |
| stuart.butler@juliusbaer.com | stuart.moon@drkw.com |
| stuart.campbell@aberdeen-asset.com | stuart.moon@ubs.com |
| stuart.clarke@drkw.com | stuart.mortimer-walker@db.com |
| stuart.coco@aiminvestments.com | stuart.newman@ubs.com |
| stuart.cole@bankofengland.co.uk | stuart.oatley@hsh-nordbank.co.uk |
| stuart.crafer@fandc.com | stuart.oneill@fandc.com |
| stuart.crouch@citigroup.com | stuart.overend@aberdeen-asset.com |
| stuart.d.connell@jpmorgan.com | stuart.owen@barclaysglobal.com |
| stuart.d.ward@jpmorgan.com | stuart.parks@perpetual.co.uk |
| stuart.dalgleish@conocophillips.com | stuart.peck@lehman.com |
| stuart.davidson@trs.state.tx.us | stuart.phillips@fandc.com |
| stuart.davies@arabbank.co.uk | stuart.piper@ubs.com |
| stuart.davies@bankofengland.co.uk | stuart.prince@gs.com |
| stuart.dawkins@alliance-leicester.co.uk | stuart.r.davies@usa.dupont.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| stuart.rae@bernstein.com | stuartjones@ups.com |
| stuart.reeve@blackrock.com | stuarts@mizuhocap.com |
| stuart.ritson@morleyfm.com | stubbs@standishmellon.com |
| stuart.robinson@bernstein.com | stucker@wasatchadvisors.com |
| stuart.rollason@isisam.com | studee@bloomberg.net |
| stuart.rose@marks-and-spencer.com | stufi@bloomberg.net |
| stuart.rosenthal@credit-suisse.com | stumulty@msfi.com |
| stuart.schuster@jpmorgan.com | stung@ifm.net.au |
| stuart.seeley@morganstanley.com | sturla.palsson@sedlabanki.is |
| stuart.simpson@ftnmidwest.com | sturner@fmcg.com |
| stuart.steven@swip.com | sturner@munichreamerica.com |
| stuart.stevenson@sgcib.com | sturner@xlserv.com |
| stuart.strasner@pncadvisors.com | sturola@icbpi.it |
| stuart.talliss@axa-im.com | stv@nbim.no |
| stuart.taylor@insightinvestment.com | stvanacker@cordius.be |
| stuart.taylor1@barclays.co.uk | stwa05@handelsbanken.se |
| stuart.thomson@resolutionasset.com | style1@bok.or.kr |
| stuart.thresher@icap.com | styner@hibernia.com |
| stuart.udall@rbc.com | styrrell@newstaram.com |
| stuart.urquhart@barcap.com | styrrell@pictet.com |
| stuart.vanarsdale@truscocapital.com | suan.tk@gmail.com |
| stuart.williams@ers.state.tx.us | suanna.rockwell@pncbank.com |
| stuart.williamson@uk.fid-intl.com | suarezj@bancsabadell.com |
| stuart.x.price@jpmorgan.com | suauf@bancsabadell.com |
| stuart.young@csam.com | subashini_chandran@scotiacapital.com |
| stuart_ashton@nylim.com | subbiah_subramanian@putnam.com |
| stuart_bennett@westlb.co.uk | subesh.r.williams@gsk.com |
| stuart_biggar@ml.com | subhaguha@yahoo.com |
| stuart_cohen@fanniemae.com | subhash.tripathi@ubs.com |
| stuart_eaton@newton.co.uk | subinl@bot.or.th |
| stuart_frohmaier@westlb.co.uk | subodh.agarwal@ubs.com |
| stuart_gibson@bankofscotland.co.uk | subodh.baid@threadneedle.co.uk |
| stuart_hosansky@vanguard.com | subrata_ghose@putnam.com |
| stuart_j_fraser@standardlife.com | subu.venkataraman@hcmny.com |
| stuart_leitner@nacm.com | sucha.m@tfb.co.th |
| stuart_lindsay@standardlife.com | sucheolkim@hanabank.com |
| stuart_macarthur@standardlife.com | sucheta.rawal@inginvestment.com |
| stuart_meldrum@blackrock.com | suchitra.ram@6thaveinvest.com |
| stuart_niman@blackrock.com | suchkov@vtb.ru |
| stuart_stanley@ldn.invesco.com | suchun.ma@bloomberg.net |
| stuarta@bloomberg.net | sud.ad@adia.ae |
| stuartbridge@optiver.com | sudarshan.rajan@aig.com |
| stuartc.beharry@aig.com | sudawanr@bot.or.th |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| sudeep.sarma@barcap.com | sufoo@uob-oskam.co.my |
| sudeept@stanford.edu | sug@nbim.no |
| sudeshna.andre@caam.com | sugandhi@temasek.com.sg |
| sudha.sethuraman@westernasset.com | sugar.ng@ap.nxbp.com |
| sudha_garg@freddiemac.com | sugarkit@bloomberg.net |
| sudhanshu.x.khandelwal@bankofamerica.com | sugauchi@dl.dai-ichi-life.co.jp |
| sudhansu.sahoo@ubs.com | sugawara_masaki@dn.smbc.co.jp |
| sudhir.bhat@americas.bnpparibas.com | sugayat@po2.jsf.co.jp |
| sudhir.sharma@aig.com | sugiharto.widjaja@fmr.com |
| sudipto.banerji@uk.fid-intl.com | sugimok@po2.jsf.co.jp |
| sudo@dl.dai-ichi-life.co.jp | sugimoto.t@daiwa-am.co.jp |
| sudpreel@bot.or.th | sugimoto@nam.co.jp |
| sudriepi@cmcic.fr | sugimura@daiwasbi.co.jp |
| sue.abdullah@cgii.com | sugitat@nochubank.or.jp |
| sue.bachman@wachovia.com | sugizaki@dl.dai-ichi-life.co.jp |
| sue.christoph@fac.com | sugrue@ellington.com |
| sue.collazo@sscims.com | suguru.yasuno@westernasset.com |
| sue.cory@ubs.com | sugx1967@yahoo.com.cn |
| sue.devereux@bmo.com | suhail.arain@swipartnership.co.uk |
| sue.dolan@citadelgroup.com | suhail.dada@pimco.com |
| sue.enay@dfafunds.com | suhail@kpc.com.kw |
| sue.gonzalez@pnc.com | suhari@bi.go.id |
| sue.hartman@ubt.com | suhas.ghorpadkar@alliancebernstein.com |
| sue.hingley@lloydstsb.co.uk | suhmg@bok.or.kr |
| sue.juan@email.chinatrust.com.tw | su-ho_lee@acml.com |
| sue.kranjc@libertysavingsbank.com | suicheng.wang@calyon.com |
| sue.lawrence@bnpparibas.com | suikboon@bloomberg.net |
| sue.p.bowley@aib.ie | sui-ping.yuen@dws.com |
| sue.smith@ashmoregroup.com | suiwahchan@whbhk.com |
| sue_arnold@bankone.com | sujay@bnm.gov.my |
| sue_bonfeld@ssga.statestreet.com | sujinta.lin@bms.com |
| sue_burris@ssga.com | sujr@danskebank.dk |
| sue_downing@putnam.com | suk@offitbank.com |
| sueann.leong@fandc.com | sukhbir.gill@blackrock.com |
| suebrix@ftadvisors.com | sukjunyang@bok.or.kr |
| suedb001@umn.edu | sukkim@chb.co.kr |
| sueg@azoa.com | sukru_saman@fanniemae.com |
| suehyun.kim@capgroup.com | sulaiman_ghaussy@freddiemac.com |
| suemeng.chan@blackrock.com | sulamith.wuethrich@ubs.com |
| suerydz@fiduciarymgt.com | sulaszek@steinroe.com |
| suetchee@temasek.com.sg | sulbrich@bloomberg.net |
| suezz@bloomberg.net | sule.kusogullari@swisscanto.ch |
| sufei.koo@tcw.com | sulick@tiaa-cref.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sullivan@peteres.com | sung913@chb.co.kr |
| sullivanp@ndu.edu | sungcc@gic.com.sg |
| sulp@capgroup.com | sung-jin.park@samsung.com |
| sultan.al-shehri@samba.com | sungtaek.woo@scfirstbank.com |
| sultan@sfc-uk.com | sunguoshen@icbc.com.cn |
| sum.pr@adia.ae | sungwon@bok.or.kr |
| sum@nbim.no | sungwookcho@hanabank.com |
| sumathi.kesavan@hvbasia.com | sunhee_oh@acml.com |
| sumeet.pillai@lloydstsb.co.uk | suni@temasek.com.sg |
| sumeet_bhalla@freddiemac.com | sunian.davies@threadneedle.co.uk |
| sumit.juneja@ubs.com | sunil.annapareddy@citadelgroup.com |
| sumit.kapur@morganstanley.com | sunil.banker@edwardjones.com |
| sumit.mehra@fmr.com | sunil.dattani@ubs.com |
| sumit.sharma.fi@fmr.com | sunil.kothari@pimco.com |
| sumit.sharma@tcw.com | sunil.krishnan@blackrock.com |
| sumita.ghosh@bankofengland.co.uk | sunil.reddy@53.com |
| sumitani@dl.dai-ichi-life.co.jp | sunil.sud@morganstanley.com |
| sumith.kudroli@ge.com | sunil.uppal@prudential.com |
| sumit-s.gupta@ubs.com | sunil_daswani@ntrs.com |
| sumiyoshi-matsuzaki@am.mufg.jp | sunish.panchal@uk.fid-intl.com |
| summerge@rbcel.com | sunita.goklaney@threadneedle.co.uk |
| sumner.anderson@citadelgroup.com | sunita.menon@morganstanley.com |
| sumner.j@tbcam.com | sunita.phulara@fmr.com |
| sun.min@icprc.com | sunita.sarathi@truscocapital.com |
| sun@blackrockkelso.com | sunita.singh@pioneerinvest.com |
| sun7@bluewin.ch | sunitha_das@ssga.com |
| sunagawa8026@intra.cosmo-sec.co.jp | sunitha_thomas@putnam.com |
| sunaina.murthy@aiminvestments.com | sunjay.mulot@axa-im.com |
| sunaina.suresh@gs.com | sunjinli@citicib.com.cn |
| sunao_yokokawa@tr.mufg.jp | sunlu@bloomberg.net |
| sunao-yokokawa@am.mufg.jp | sunmingchun@gmail.com |
| suncholchoi@hanabank.com | sunmye@kdb.co.kr |
| sundarmurthy@rbi.org.in | sunny.mehra@deshaw.com |
| sundeep.bhandari@in.standardchartered.com | sunny.pang@asia.bnpparibas.com |
| sundeep.dhaliwal@suntrust.com | sunny.shreeve@truscocapital.com |
| sundeep.gantori@ubs.com | sunny.tang@morganstanley.com |
| sundeep.mullangi@ppmamerica.com | sunny.vachhani@canadalife.co.uk |
| sune.jensen@nordea.com | sunnyk@nbf.ae |
| suneil.mahindru@gs.com | sunshine@wooribank.com |
| sung.lee@capitalglobal.com | suntarou_tanaka@am.sumitomolife.co.jp |
| sung.w.sohn@norwest.com | sunterhalter@exchange.ml.com |
| sung_choi@freddiemac.com | sunthart@bot.or.th |
| sung_yoon@fanniemae.com | sunwei@citicib.com.cn |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sunwkim@kdb.co.kr | susan.burnett@morganstanley.com |
| suny_park@notes.ntrs.com | susan.chang-hong@bmo.com |
| sunyi@citicbank.com | susan.chase@ny.frb.org |
| sunyu@icbc.com.cn | susan.chevalier@bankofamerica.com |
| suparatt@bot.or.th | susan.clarke@ubs.com |
| supawadp@bot.or.th | susan.courtney@prudential.com |
| supotek@bot.or.th | susan.da-sie@standardlife.ca |
| suppachc@bot.or.th | susan.dewhurst@tudor.com |
| supportfi@bloomberg.net | susan.driscoll@thehartford.com |
| supreeyp@bot.or.th | susan.dulde@micorp.com |
| supreo.ghosh@db.com | susan.dushock@columbiamanagement.com |
| suraj.chopra@citadelgroup.com | susan.eckenberg@hypovereinsbank.de |
| suraj.gohil@kbcfp.com | susan.egger@pncbank.com |
| suraj.kripalani@blackrock.com | susan.everly@csam.com |
| surakij.saengtawesin@alliancebernstein.com | susan.farrell@associatedbank.com |
| surasak.d@gototfb.com | susan.gaynor@prudential.com |
| surbhi.kumar@fmr.com | susan.grant@nationwide.co.uk |
| suren.markosov@morganstanley.com | susan.gray@uk.bnpparibas.com |
| surendran.rajasundaram@fandc.co.uk | susan.greenleaf@mutualofamerica.com |
| suresh.krishnamoorthy@inginvestment.com | susan.h.quigley@bankofamerica.com |
| suresh.sadasivan@omam.co.uk | susan.hajjar@fmr.com |
| suresh.withana@uk.mizuho-sc.com | susan.hickok@prudential.com |
| suresh_tata@smbcgroup.com | susan.hines@harrisbank.com |
| suri@pfdincome.com | susan.hudson@ubs.com |
| surj.sandher@barclaysglobal.com | susan.hughes@wellsfargo.com |
| surline@bloomberg.net | susan.hunter@resolutionasset.com |
| suro.ghatak@fmr.com | susan.hutchison@mackayshields.com |
| suroor.khalife@unb.ae | susan.isquith@fhlbny.com |
| surrina.hu@morganstanley.com | susan.johnson@chase.com |
| surya.devaguptapu@gibuk.com | susan.k.miller@wellsfargo.com |
| surya.devaguptapu@nationwide.co.uk | susan.karlfeldt@amfpension.se |
| surya@sandlercap.com | susan.kueper-roesnick@db.com |
| susaannebehrendt@gmx.de | susan.l.johnson@fmr.com |
| susahteh@gic.com.sg | susan.lay@usaa.com |
| susan.atkins@alcoa.com | susan.lee@wamu.net |
| susan.bao@jpmorgan.com | susan.levermann@db.com |
| susan.barrett@inginvestment.com | susan.lieberman@rbc.com |
| susan.beck@us.schroders.com | susan.livesey@rorerasset.com |
| susan.berger@fmr.com | susan.lucas@morganstanley.com |
| susan.blake@pncbank.com | susan.lyons@pioneerinvestments.com |
| susan.brewster@aberdeen-asset.com | susan.m.chiavoli@jpmorgan.com |
| susan.brown@morankeegan.com | susan.m.vansciver@bofasecurities.com |
| susan.buchsbaum@alliancebernstein.com | susan.malone@westam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

susan.mangiero@corporate.ge.com
susan.marron@citigroup.com
susan.martin@moorecap.com
susan.martland@db.com
susan.mccabe@jpmorganfleming.com
susan.mcdonald@thrivent.com
susan.mclaughlin@frbny.sprint.com
susan.mydlach@db.com
susan.o'brien@barings.com
susan.o'connor@ubs.com
susan.parekh@jpmorgan.com
susan.park@us.schroders.com
susan.pawlak.olson@aiminvestments.com
susan.perozzi@nuveen.com
susan.perrino@ppmamerica.com
susan.powell@fhlb-pgh.com
susan.pritchard@jpmorganfleming.com
susan.raessler@pimco.com
susan.roberts@jpmorgan.com
susan.s.chen@morganstanley.com
susan.sanderson@columbiamanagement.com
susan.sheridan@uk.fid-intl.com
susan.signori@westernasset.com
susan.spinner@cominvest-am.com
susan.stevens@alexanderkey.com
susan.stiehm@ny.frb.org
susan.stuart@huntington.com
susan.sun@mizuho-cb.com
susan.suvall@tcw.com
susan.sweeney@po.state.ct.us
susan.thomson@bailliegifford.com
susan.trahan@gwl.com
susan.troia@chase.com
susan.vanzeyl@transamerica.com
susan.wagner@blackrock.com
susan.webb@pfizer.com
susan.ye@edwardjones.com
susan.zaferos@fmr.com
susan_a_stewart@keybank.com
susan_c_hart@fleet.com
susan_dondzik@notes.ntrs.com
susan_drake@aimfunds.com
susan_duffy@newton.co.uk

susan_foster@ssga.com
susan_graef@vanguard.com
susan_gray@scudder.com
susan_h_bailey@key.com
susan_hamilton@freddiemac.com
susan_hendrix@agc.com
susan_isetts@manulife.com
susan_km_cheng@hkma.gov.hk
susan_kroger@gap.com
susan_lindow@key.com
susan_macleod@putnam.com
susan_mccormack@putnam.com
susan_mcdowell@ml.com
susan_oh@ml.com
susan_parekh@bankone.com
susan_reigel@ssga.com
susan_ritchie@newton.co.uk
susan_royles@conning.com
susan_segovia@ci.richmond.ca.us
susan_sharrockyates@aviva.com
susan_smith@aimfunds.com
susan_tarry@standardlife.com
susan_troll@troweprice.com
susan_walton@ustrust.com
susan_witalis@key.com
susan_zelmanovich@acml.com
susana.aranda@jpmorgan.com
susana.dossantos@lodh.com
susana.ho@gs.com
susana.penarrubia@db.com
susana.sanchez@zurich.com
susana.santos@igcp.pt
susana.teixeira@bcp.pt
susanb@capraasset.com
susanchew@mas.gov.sg
susanchu@mas.gov.sg
susanclark@fmbonline.com
susanhoe@gic.com.sg
susank@mcm.com
susann.gunten@postbank.de
susann.moldenhauer@dws.com
susanna.binkert@csam.com
susanna.cefariello@db.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| susanna.cinelli@bancaintesa.it | susanne.zech@csam.com |
| susanna.jacob@barclaysglobal.com | susanne.zimmermann@pirelli.com |
| susanna.jacob@citadelgroup.com | susano@iadb.org |
| susanna.ould@chase.com | susanosborn@gic.com.sg |
| susanna_b_kondracki@freddiemac.com | susanreed@tagfolio.com |
| susannah.bourke@bnpparibas.com | susanteh@gic.com.sg |
| susanne.battegay@credit-suisse.ch | su-seino@ja-kyosai.or.jp |
| susanne.brandenberger@vontobel.ch | sushant.sharma@mbczh.ch |
| susanne.carrington@jpmorganfleming.com | susi@chinalife.com.tw |
| susanne.cubera@bayernlb.de | susian.phoa@schroders.com |
| susanne.didas@amg-invest.de | susie.anderson@associatedbank.com |
| susanne.diehl@sparkasse-koelnbonn.de | susie.fenton@ing.com.au |
| susanne.fagerstolt@nib.int | susie.jana@fandc.com |
| susanne.gahler@fandc.com | susie.wilson@pimco.com |
| susanne.gallie@insightinvestment.com | susie_rathsombath@ssga.com |
| susanne.haag@de.pimco.com | suspeed@cathayconsult.com.tw |
| susanne.hagel@lrp.de | susrut.kesari@bernstein.com |
| susanne.hagen@activest.de | susumu.kato@jp.calyon.com |
| susanne.haury@evk.admin.ch | susumu.tominaga@schroders.com |
| susanne.jakob@ahbr.de | susumu_aono@tr.mufg.jp |
| susanne.joeckle@teamstatestreet.com | susumu_aramaki@am.sumitomolife.co.jp |
| susanne.kaufmann@bis.org | susy_m_kim@vanguard.com |
| susanne.kubik@sparkasse-krefeld.de | sutcliffe.spencer@principal.com |
| susanne.kundert@rmf.ch | suter@mail.nrucfc.org |
| susanne.leemann@ubs.com | sutherland.b@bimcor.ca |
| susanne.lenz@db.com | su-tung_lee@acml.com |
| susanne.mauss@dit.de | suty.joe@edgeassetmgt.com |
| susanne.moosberger@ubs.com | suur01@handelsbanken.se |
| susanne.noetling@ahbr.de | suzan.dorul@capitalia-am.com |
| susanne.otruba@rmf.ch | suzan.peeters@pggm.nl |
| susanne.patterson@lloydstsb.co.uk | suzan.saville@fhlbtopeka.com |
| susanne.ramer@swarovski.com | suzana.simasmachado@bcb.gov.b |
| susanne.reichenbach@senfin.verwalt-berlin.de | suzana.zankova@credit-suisse.com |
| susanne.reis@ids.allianz.com | suzanna.quinn@avon.com |
| susanne.rose@isbankgmbh.de | suzannah.grady@aig.com |
| susanne.torren@zkb.ch | suzanne.andre@rbsgc.com |
| susanne.vandootingh@fortisinvestments.com | suzanne.becker@uk.fid-intl.com |
| susanne.ward@amg-invest.de | suzanne.boughner@frbny.sprint.com |
| susanne.wedig@deka.de | suzanne.boulle@gecapital.com |
| susanne.weitz@rwe.com | suzanne.bouteloup@edf.fr |
| susanne.wild@allianz.de | suzanne.bullock@ibtco.com |
| susanne.willumsen@lazard.com | suzanne.cartan@bnpparibas.com |
| susanne.woelfinger@siemens.com | suzanne.e.moran@csam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| suzanne.flynn@pioneerinvestments.com | suzy.chapman@westam.com |
| suzanne.hone@morganstanley.com | suzy.hinds@citadelgroup.com |
| suzanne.howarth@ibtco.com | suzy.margretts@lloydstsb.co.uk |
| suzanne.jagernauth@morganstanley.com | suzy.ramos@barclaysglobal.com |
| suzanne.karpick@dpimc.com | sva6@cornell.edu |
| suzanne.kitscha-lambillon@ca-suisse.com | svallaure@invercaixa.es |
| suzanne.laing@gmacrfc.com | svalverde@bloomberg.net |
| suzanne.laronde@fmr.com | svanallen@wmgf.net |
| suzanne.m.doyle@aib.ie | svanalstyne@jennison.com |
| suzanne.mccarthy@aibbny.ie | svanberg.gudnason@glitnir.is |
| suzanne.mckenzie@schwab.com | svanderbreetstra@worldbank.org |
| suzanne.morrison@wachovia.com | svandyke@bayharbour.com |
| suzanne.rhen@nationalcity.com | svanhouten@perrycap.com |
| suzanne.rogers@cgii.com | svante.elfving@brummer.se |
| suzanne.sharp@bnpparibas.com | svante.elving@brummer.se |
| suzanne.smith@insightinvestment.com | svante.sundholm@nordea.com |
| suzanne.spink@hsbcpb.com | svanzee@fhlbdm.com |
| suzanne.tosini@calvert.com | svava.sverrisdottir@glitnir.is |
| suzanne_austin@em.fcnbd.com | svazquezh@uef.es |
| suzanne_cho@troweprice.com | svbalach@allstate.com |
| suzanne_deshaies@putnam.com | svc@brgco.com |
| suzanne_knox@bankone.com | svc@clinton.com |
| suzanne_schwartz@statestreet.com | svchivukula@wellington.com |
| suzanne_wilcox@ustrust.com | svecchi@epo.nl |
| suzanneseabolt@firstcommercialbank.com | svecchi@epo.org |
| suzie.demer@bankofamerica.com | svein.aage.aanes@dnbnor.no |
| suzie.kemp@csam.com | svein.stokke@citigroup.com |
| suzuka@dl.dai-ichi-life.co.jp | sveinivar.mossige@dnb.no |
| suzuka@nam.co.jp | sveins@statoilhydro.com |
| suzuki.hide@daiwa-am.co.jp | sveinung.drydal@kbank.no |
| suzuki.masaaki@daido-life.co.jp | svejg@unibank.dk |
| suzuki.miho@kokusai-am.co.jp | svelori@comptroller.nyc.gov |
| suzuki.s@daiwa-am.co.jp | sveluri@voyageur.net |
| suzuki.tomomi@kokusai-am.co.jp | sveluz@lib.com |
| suzuki_mami@hh.smbc.co.jp | sven.bartel@dekabank.de |
| suzuki02335@nissay.co.jp | sven.becker@postbank.de |
| suzuki02418@nissay.co.jp | sven.belewitsch@lbb.de |
| suzuki-0g22@jp.nomura.com | sven.bucher@zkb.ch |
| suzuki16846@nissay.co.jp | sven.carlsson@ericsson.com |
| suzuki-1hk9@jp.nomura.com | sven.corsenca@credit-suisse.com |
| suzuki-atsushi3@itochu.co.jp | sven.craeynest@dexia-am.com |
| suzuki-hiromichi@sc.mufg.jp | sven.degreef@fortisinvestments.com |
| suzukis@bernstein.com | sven.diehl@db.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sven.dittmer@fskag.de | sverre.schaanning@bgu.lu |
| sven.elowson@dnbnor.com | sverre.thornes@klp.no |
| sven.falkenhagen@devif.de | sverthein@mmwarburg.com |
| sven.helsen@bnpparibas.com | sveta.obin@bernstein.com |
| sven.hoelzer@union-investment.de | svetlana.bukharina@bankofamerica.com |
| sven.hogsep@gs.com | svetlana.petrischeva@gb.smbc.com |
| sven.johansson@skurupssparbank.se | svetlin.p.petkov@jpmchase.com |
| sven.kaiser@oppenheim.de | svfox@templeton.com |
| sven.knobel@lbb.de | svi@petercam.be |
| sven.krause@bb-invest.de | svichness@tiaa-cref.org |
| sven.lautenschlaeger@l-bank.de | sviebrock@valueline.com |
| sven.luebs@dresdner-bank.com | svijay@nb.com |
| sven.madsen@bhf.ing.com | svilardell@creditandorra.ad |
| sven.madsen@hauck-aufhaeuser.de | svilarindo@dlbabson.com |
| sven.marzahn@bhf.com | svilen.ivanov@bwater.com |
| sven.morell@gehe.de | svillarindo@massmutual.com |
| sven.nitzsche@hvb.de | svincent@reamsasset.com |
| sven.norgaard@klp.no | svirgilio@tiaa-cref.org |
| sven.oesch@lgt.com | svisloskie@unbmountcarmel.com |
| sven.oestmann@uk.fid-intl.com | svitek.dusan@slsp.sk |
| sven.olson@db.com | svitlana_gubriy@standardlife.com |
| sven.petersen@sachsenlb.ie | svito@ftci.com |
| sven.rissmueller@dzbank.de | svkwok@bloomberg.net |
| sven.rudolf@wmam.com | svo@petercam.be |
| sven.rump@db.com | svogel@dkpartners.com |
| sven.scholze@fandc.com | svoulgaris@nb.com |
| sven.schubert@credit-suisse.com | svoulgaris@williamblair.com |
| sven.seeber@credit-suisse.de | svp@fortisclearing.com.au |
| sven.simon@sv-versicherungen.de | sw.chan@nbksg.com.sg |
| sven.smit@fandc.com | sw@gruss.com |
| sven.sommer@credit-suisse.com | sw@pallmallpartners.com |
| sven.steinberger@db.com | sw13@ntrs.com |
| sven.thoma@deka.de | sw68@ntrs.com |
| sven.thomas@postbank.de | s-wada@ioi-onpo.co.jp |
| sven.trahan@ba-ca.com | swadams@bankofny.com |
| sven.van.kemenade@morganstanley.com | swaddell@wescorp.org |
| sven.van-den-bogaert@ingim.com | swagle@jwseligman.com |
| sven.weinhold@hsh-nordbank.com | swagner@federatedinv.com |
| sven_kaiser@swissre.com | swahnon.londres@sinvest.es |
| svenbakker@saemor.com | swain@chase.com |
| svenbouman@saemor.com | swain_julie@fsba.state.fl.us |
| sverdun@munder.com | swalker@blackrock.com |
| svernal@fhlbc.com | swalker@oppenheimerfunds.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| swalsh@wgtrading.com | swhite@hbk.com |
| swalters@fhlbatl.com | swhittaker@newstaram.com |
| swalton@dadco.com | swicken@bloomberg.net |
| swalworth@markelcorp.com | swiedemann@divinv.net |
| swanand.kelcar@morganstanley.com | swiggett@tahoeadvisors.com |
| swancier@metlife.com | swigmore@blackrock.com |
| swangseb@bloomberg.net | swilliamson@cenlar.com |
| swankp@aeltus.com | swillis@jennison.com |
| swap@kokusai.co.jp | swillmes@bloomberg.net |
| swapnil.karnik@columbiamanagement.com | swillson@hotmail.com |
| swaps.operations@westernasset.com | swilson@investcorp.com |
| swaps@hmc.harvard.edu | swilson@sarofim.com |
| swapsvaluation@bft.fr | swinchac@ebrd.com |
| sward@newstaram.com | swindell@adamsexpress.com |
| swardwell@ssrm.com | swisaa@bot.or.th |
| swarman@mandtbank.com | swit@spfbeheer.nl |
| swati.mittal@ubs.com | swittman@munder.com |
| swati.tewari@ubs.com | swlee@wooribank.com |
| swatland@deshaw.com | swmok@lehman.com |
| swatson@fhlbatl.com | swolfson@us.nomura.com |
| swaugh@ubs.com | swolkowicki@tiaa-cref.org |
| swee.leong@uk.abnamro.com | swolrich@tiaa-cref.org |
| swee-chiew.tan@asiaparibas.com | swolson@statestreet.com |
| sweichle@wintrust.com | swong@frk.com |
| sweidel@metzler.com | swong@lordabbett.com |
| sweinand@cantor.com | swong@tre.state.ma.us |
| sweinberg@pjc.com | swong-ng@ssga.com |
| sweiner@nb.com | swoodcock@nb.com |
| sweiner@payden-rygel.com | swoods@aflac.com |
| sweinstein@fftw.com | swoods@barbnet.com |
| sweiss@nb.com | swoolf@barbnet.com |
| sweiss@union-investment.de | swoppow@colognere.com |
| sweitzer_alicia@jpmorgan.com | swords.e@tbcam.com |
| swen.molteni@ubs.com | sworr@nysif.com |
| swendell@loews.com | sworth@unitymgmt.com |
| sweng@amre.com | swortman@lordabbett.com |
| swenson.mark@luthbro.com | swpark@bloomberg.net |
| swerner@vegapartners.com | swro@pggm.nl |
| sweta.asnotkar@alliancebernstein.com | sws@bok.or.kr |
| sweta.saxena@bis.org | swsi@bloomberg.net |
| swetha.ramachandran@alliancebernstein.com | swsuh@bok.or.kr |
| swetlana.laube@bahn.de | swsukianto@bankbii.com |
| swetter@bankofny.com | swteo@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

swuthrich@pasche.ch
sx33@cornell.edu
sxchen@metlife.com
sxhill@delinvest.com
sxj@columbus.com
sxrogers@bloomberg.net
sxu@investec.co.za
sxue@princeton.edu
sy.kim@hanabank.com
syafiq@bloomberg.net
syafiq@bnm.gov.my
syanar@meag.com
syang@alger.com
syang@standishmellon.com
syang01@hanmail.net
syarcia@tiaa-cref.org
s-yasuda@meiji-life.co.jp
syasuda@statestreet.com
s-yasui@nochubank.or.jp
syb.s.bartlema@shell.com
sybella.stanley@reedelsevier.com
sybril.lau@credit-suisse.com
sycheong@kdb.co.kr
sycho99@hotmail.com
sychuang@cathaylife.com.tw
sychung@templeton.com
sychung@woobibank.com
syd.wilkinson@threadneedle.co.uk
syd@capgroup.com
sydney.guilder@tcw.com
sydney.xu@soros.com
syeary@valueline.com
syed.ali@thehartford.com
syed.hasnain@alliancebernstein.com
syed.saleemuddin@ubs.com
syed.shah@wachovia.com
syeo@blackrock.com
syeung2@templeton.com
sygoh@bnm.gov.my
syh@kfb.co.kr
syhong@kdb.co.kr
syi@ubp.ch
sykes_nicholas@fsba.state.fl.us

sylke.schaefer@westhyp.de
sylvain.afriat@db.com
sylvain.barrette@db.com
sylvain.bornand@bcv.ch
sylvain.bruley@cpr-am.fr
sylvain.de.ruijter@ingim.com
sylvain.debus@dexia-am.com
sylvain.desouza@axa-im.com
sylvain.dupuis@bnpparibas.com
sylvain.fritsch@bmo.com
sylvain.honold@ubs.com
sylvain.massot@lodh.com
sylvain.petit@cnce.caisse-epargne.fr
sylvain_pommeret@smabtp.fr
sylvan_feldstein@glic.com
sylveline.besson@ca-suisse.com
sylvester.dube@ubs.com
sylvester.heyn@henkel.com
sylvester.njenga@nuveen.com
sylvester.williams@firstcitizens.com
sylvia.beck@drkw.com
sylvia.chung@ms3.chb.com.tw
sylvia.corum@huntington.com
sylvia.dresel-waibel@ubsw.com
sylvia.foerster@basler.ch
sylvia.fulk@ppmamerica.com
sylvia.hassert@sparkasse-koelnbonn.de
sylvia.kambouris@jpmorgan.com
sylvia.lause@sparkasse-hannover.de
sylvia.mittermann@erstebank.at
sylvia.neuner@lbbw.de
sylvia.radbourn@bg-group.com
sylvia.strausz@bsibank.com
sylvia.vyrostko@sunlife.com
sylvia.walter@sl-am.com
sylvia.wiensgoll@provinzial.com
sylvia.windlinger@fortisinvestments.com
sylvia.wm.woo@citi.com
sylvia.wu@chinatrust.com.tw
sylvia@allianz.de
sylvia@mail.cbc.gov.tw
sylvia_garcia@freddiemac.com
sylvia_kwong@db.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| sylviane.fuzewski@cail.lu | szaboj@mnb.hu |
| sylviap@bankisrael.gov.il | szabov@mnb.hu |
| sylvie.bratel@cnce.caisse-epargne.fr | szakely@evergreeninvestments.com |
| sylvie.delaguiche@caam.com | szancanella@pictet.com |
| sylvie.delamotte@ingferri.fr | szanzi@pictet.com |
| sylvie.demonceau@ethias.be | szauske@bloomberg.net |
| sylvie.fromont@vendome.com | szb6192@red.cam.es |
| sylvie.golay@credit-suisse.com | szemanc@hmc.harvard.edu |
| sylvie.gros@caam.com | szenicole@ocbc.com.sg |
| sylvie.jeanjean@ratp.fr | szervos@oppenheimerfunds.com |
| sylvie.kichenin@sgcib.com | szetan@princeton.edu |
| sylvie.lecomte@axa-im.com | szeyee.chan@barclayscapital.com |
| sylvie.lucot@thalesgroup.com | sziemke@hellerfin.com |
| sylvie.morvan@dvbbank.com | szinser@europeancredit.com |
| sylvie.rodrigues@socgen.com | szlobin@vtb.ru |
| sylvie_morvan@mtbcny.com | szmidt@bloomberg.net |
| sylvio.de.castro@nl.abnamro.com | szucsg@mnb.hu |
| sylwia.buechel@vpbank.com | szuercher@krafteurope.com |
| symon.bradford@rlam.co.uk | szuo@zscap.com |
| symon.scott@resolutionasset.com | szutsb@otpbank.hu |
| sympool@bok.or.kr | szych@us.ibm.com |
| syndication.uk@mail.notes.bank-of-china.com | t.akimoto@yasuda-life.co.jp |
| syndications@alpha.gr | t.alkhereiji@alahli.com |
| synergy@kbcfp.com | t.amano@aozorabank.co.jp |
| synsmsherman@ocbc.com.sg | t.anderson@fordfound.org |
| syona.shingla@db.com | t.asada@noemail.com |
| syoneda@sompo-japan.co.jp | t.bianchi@bpl.gruppobipielle.it |
| syonglee@bok.or.kr | t.borrie@robeco.nl |
| syoo@stanford.edu | t.botteldooren@robeco.nl |
| s-yoshino@nochubank.or.jp | t.brown@bspf.co.uk |
| syouhei_rin@tokaitokyo.co.jp | t.bussone@easternbk.com |
| sypark@kdb.co.kr | t.bykova@robeco.nl |
| syquek@delinvest.com | t.c.beriker@finansbank.nl |
| syr.na@adia.ae | t.daba@ncbc.com |
| syrae@hanmail.net | t.davenport@mwam.com |
| syrichas@centralbank.gov.cy | t.donino@fnysllc.com |
| sysops@tudor.com | t.doris@mwam.com |
| sysun@bloomberg.net | t.eriksson@wartsila.com |
| sytang@mas.gov.sg | t.fakhro@ncbc.com |
| sytze.bouius@statestreetnl.com | t.foley@qic.com |
| syukri.jais@bia.com.bn | t.frederiksen@nordea.com |
| syunichi_matsuba@ho.rokinbank.or.jp | t.french@leggmasoninvestors.com |
| syunji_shiima@tokaitokyo.co.jp | t.hayim@hsbc.guyerzeller.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| t.hempel@bloomberg.net | t.tanami@noemail.com |
| t.higuchi@usa.net | t.tang@dbv.nl |
| t.hirota@ny.tr.mufg.jp | t.tanimoto@noemail.com |
| t.inaba@aozorabank.co.jp | t.ueda@ny.tr.mufg.jp |
| t.iwamoto@xm.mitsui.co.jp | t.umino@aozorabank.co.jp |
| t.jansen@robeco.nl | t.usugaya@mitsui.com |
| t.jenkins@wafra.com | t.uzawa@aozorabank.co.jp |
| t.jonkman@robeco.nl | t.wang@robeco.nl |
| t.julin@afdb.org | t.wiersma@robeco.nl |
| t.kanemaru@noemail.com | t.winkler@provequity.com |
| t.khoujah@alahli.com | t.woodward@hermes.co.uk |
| t.kobayashi@skam.co.jp | t.yamada@aozorabank.co.jp |
| t.kumakura@noemail.com | t.yamaguchi@ny.tr.mufg.jp |
| t.langohr@inka-kag.de | t.yanagiya@aozorabank.co.jp |
| t.leonard@bloomberg.net | t_ameriana@bi.go.id |
| t.m.de.bie@dnb.nl | t_f_bacon@amrcorp.com |
| t.manabe@mitsui.com | t_fujii@nam.co.jp |
| t.mccune-vassilev@olayangroup.com | t_hirose@nam.co.jp |
| t.mclaren@sumitomotrust.co.jp | t_kienler@bankaudi.ch |
| t.mieda@noemail.com | t_kitagawa@nam.co.jp |
| t.mita@meijiyasuda.co.jp | t_mangam@putnam.com |
| t.miyagi@noemail.com | t_matsushita@nam.co.jp |
| t.miyazaki@bloomberg.net | t_takahashi@nam.co.jp |
| t.naaijkens@robeco.nl | t_tang@putnam.com |
| t.nakagawa@ja-bank-fukui.or.jp | t_theodorsen@ml.com |
| t.nakamura@noemail.com | t_yamaguchi@nam.co.jp |
| t.nakano@noemail.com | t_yoshida@nam.co.jp |
| t.nishijima@jabankkyoto.or.jp | t0632521@pmail.tepco.co.jp |
| t.oconnell@eib.org | t1.hasegawa@aozorabank.co.jp |
| t.okuda@aozorabank.co.jp | t1.katou@aozorabank.co.jp |
| t.osawa@aozorabank.co.jp | t1.murakami@aozorabank.co.jp |
| t.oyama@aozorabank.co.jp | t1.takeuchi@aozorabank.co.jp |
| t.putters@robeco.nl | t15214@meijiyasuda.co.jp |
| t.rea@apioil.com | t15898@meiji-life.co.jp |
| t.reeg@newportglobaladvisors.com | t15942@meiji-life.co.jp |
| t.rieck@qic.com | t16149@meiji-life.co.jp |
| t.saeki@mitsui.com | t16208@meiji-life.co.jp |
| t.sawamura@mitsui.com | t16426@meijiyasuda.co.jp |
| t.schneider@frankfurt-trust.de | t16558@meiji-life.co.jp |
| t.schroeter@inka-kag.de | t16614@meiji-life.co.jp |
| t.stevens@nyc.rabobank.com | t17400@meiji-life.co.jp |
| t.tajima@noemail.com | t1-ishii@nissay.co.jp |
| t.takahashi@noemail.com | t2.takahashi@aozorabank.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| t2_ito@nam.co.jp | tadayuki.ozaki@damel.co.uk |
| t2-amano@nissay.co.jp | tadhgoshea@optiver.com |
| t2-kobayashi@ioi-sonpo.co.jp | tadler@enogex.com |
| t2t@capgroup.com | tae.park@sgcib.com |
| t3.matsui@aozorabank.co.jp | taekwon@bok.org.uk |
| t318142@bloomberg.net | tafat@bloomberg.net |
| t320781@bloomberg.net | tafflerbach@union-investment.de |
| t4_ito@nam.co.jp | tagbabiaka@bayernlbny.com |
| ta.goto@mitsui.com | taggart@wellington.com |
| ta.mizuno@xm.mitsui.co.jp | tago@ultan.net |
| ta@cumberassoc.com | taguchi@daiwa-am.co.jp |
| ta@gruss.com | taguchi_takayuki@dn.smbc.co.jp |
| ta1-murakami@meijiyasuda.co.jp | tagurit@jsf.co.jp |
| ta99018@adk.jp | tagutit@po2.jsf.co.jp |
| taah@capgroup.com | tahara@daiwa-am.com.hk |
| taanliker@midamerican.com | tahboubl@ferro.com |
| tabitha.dearden@ing.com.au | ta-higai@ja-kyosai.or.jp |
| tabitha_waithaka@ssga.com | tahir.bhinji@lloydstsb.co.uk |
| tabler-yosha@strsoh.com | tahreemk@microsoft.com |
| taboal@tcwgroup.com | tai.terada@boj.or.jp |
| tabraham@federatedinv.com | tai.truong@schwab.com |
| taco.lens@fortisinvestments.com | tai.vu@wellsfargo.com |
| tacrr@bloomberg.net | taibbil@jwseligman.com |
| tactical&risktrading@lehman.com | taic@bloomberg.net |
| tad.anderson@gwl.com | taicher@pennlibertybank.com |
| tad.fukushima@db.com | taichi.kawai@shinseibank.com |
| tad@ultan.net | taichiro.kira@ufj-partners.co.jp |
| tada.ino@bloomberg.net | taictwo@batelco.com.bh |
| tada@daiwa-am.co.jp | taiichi.akamatsu@schroders.com |
| tadahiko_minakuchi@fujibank.co.jp | tai-inoue@nochubank.or.jp |
| tadakazu_izumi@am.sumitomolife.co.jp | taimur.hassan@citadelgroup.com |
| tadams@impaccompanies.com | ta-inoue@ufjtrustbank.co.jp |
| tadams2@bloomberg.net | tais.pacheco@pimco.com |
| tadao.hayashi@mizuho-cb.co.jp | tais.rojas@pimco.com |
| tadashi.kikkawa@morganstanley.com | ta-ishikawa@meijiyasuda.co.jp |
| tadashi.nunami@boj.or.jp | tait.sorensen@st.com |
| tadashi.tago@barclayscapital.com | taitjam@bloomberg.net |
| tadashi_hoshino@tr.mufg.jp | taitsewen@gic.com.sg |
| tadashi_matsumoto@nochubank.or.jp | taiyo-ogino@am.mufg.jp |
| tadashi1_hayashi@mitsubishi-trust.co.jp | tajima166786@sumitomobank.co.jp |
| tadashi-uchida@am.mufg.jp | tajtii@mnb.hu |
| tadateru_kimura@mitsubishi-trust.co.jp | takaaki.hamano@mizuho-cb.co.jp |
| tadato-sekine@am.mufg.jp | takaaki_nakamura@tr.mufg.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

takachio.takehiko@kokusai-am.co.jp
takada@nam.co.jp
takada@tokyotrust.co.jp
takafumi.inui@mizuhocbus.com
takafumi.kawamura@mizuhocbus.com
takagaki@nam.co.jp
takagaki16854@nissay.co.jp
takahashi.kenta@kokusai-am.co.jp
takahashi.t@daiwa-am.co.jp
takahashi_hiroaki2@mail.nikko.co.jp
takahashi_seiichiro@ra.smbc.co.jp
takahashi_tomoaki@rk.smbc.co.jp
takahashi_yui@vb.smbc.co.jp
takahashi22679@nissay.co.jp
takahashi-hiroyuki@mitsubishi-sec.co.jp
takahash-iko@sumitomometals.co.jp
takahashi-ma@daiwasbi.co.jp
takahashi-masahiko@sc.mufg.jp
takahashi-to@daiwasbi.co.jp
takahashi-y@daiwasbi.co.jp
takahashi-ya@daiwasbi.co.jp
takahiko.okutsu@schroders.com
takahiko.ueda@mizuhocbus.com
takahiko_suzuki@meiji-life.co.jp
takahiro.fujii@meijiyasuda.co.jp
takahiro.igarashi@fi.fukoku-life.co.jp
takahiro.omura@westernasset.com
takahiro.sawada@shinseibank.com
takahiro.yawata@mizuhocbus.com
takahiro_kumon@omron.co.jp
takahiro_mori@am.sumitomolife.co.jp
takahiro-fukai@nochubank.or.jp
takahiro-furusato@am.mufg.jp
takahito_hukui@am.sumitomolife.co.jp
takakik@jsf.co.jp
t-akamatsu@nochubank.or.jp
takamitsu_kajii@gb.smbcgroup.com
takamori@daiwa-am.co.jp
takamura@daiwa-am.co.jp
takanabe@sumitomotrust.co.jp
takanari.fujii@mizuho-bk.co.jp
ta-kaneko@ja-kyosai.or.jp
takano@daiwasbi.co.jp

takano@nam.co.jp
takano19625@nissay.co.jp
takanori.kanazawa@novartis.com
takanori.nagatomo@capitalglobal.com
takanori.oki@dsiim.com
takanori_ishii@tr.mufg.jp
takanori_yamaguchi@mitsubishi-trust.co.jp
takano-yu@itochu.co.jp
takao.kawamoto@morganstanley.com
takao.kimura@sanofi-aventis.com
takao.niwa@tokyostarbank.co.jp
takao@daiwa-am.co.jp
takao_akaogi@am.sumitomolife.co.jp
takao_yosimoto@am.sumitomolife.co.jp
takaoka@daiwa-am.co.jp
takaomi.fujiwara@dsiim.com
takao-suzuki@am.mufg.jp
takao-uotani@am.mufg.jp
ta-karasawa@ja-kyosai.or.jp
takashi.a.watanabe@mizuho-cb.co.jp
takashi.b.kawaguchi@mizuho-cb.co.jp
takashi.fujimoto@axa.co.jp
takashi.hatanaka@gs.com
takashi.inagaki@ufj-partners.co.jp
takashi.kimouri@uk.btmeurope.com
takashi.kirihara@mizuho-bk.co.jp
takashi.kuroda@mizuho-bk.co.jp
takashi.makita@mhcb.co.uk
takashi.minagawa@mizuho-cb.co.jp
takashi.moriuchi@morganstanley.com
takashi.nagato@mhcb.co.uk
takashi.yagi@boj.or.jp
takashi.yano@mizuho-cb.com
takashi.yonetsu@mizuho-cb.co.jp
takashi_fuseya@mitsubishi-trust.co.jp
takashi_hirota@yamaguchibank.co.jp
takashi_hiroyasu@sakura.co.jp
takashi_kubota@tr.mufg.jp
takashi_matsumoto@tr.mufg.jp
takashi_nagashima@mitsubishi-trust.co.jp
takashi_ochiai@mitsui-seimei.co.jp
takashi_shimahara@sumitomobank.com
takashi_sugita@mitsubishi-trust.co.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

takashi_tamura@tr.mufg.jp

takashi_uchino@nissay-it.co.jp

takashi_yamaguchi@tr.mufg.jp

takashi_yamamoto@mitsubishi-trust.co.jp

takashi_yamamoto@tr.mufg.jp

takashi-a.shibuya@sumitomocorp.co.jp

takashi-fujimaki@am.mufg.jp

takashi-hiho.mizohata@hitachi-eu.com

takashima@nochubank.or.jp

takashima_makoto@vb.smbc.co.jp

takashi-miyazaki@am.mufg.jp

takasi_sakanoue@am.sumitomolife.co.jp

takato_yoshida@mitsubishi-trust.co.jp

takatoshi-itoshima@am.mufg.jp

takato-yoshida@am.mufg.jp

takayama@daiwa-am.co.jp

takayama@dl.dai-ichi-life.co.jp

takayama656@dl.dai-ichi-life.co.jp

takayanagi.hiroshi@daido-life.co.jp

takayoshi.wiesner@mizuhocbus.com

takayuki.kumagai@mizuho-cb.co.jp

takayuki.sawano@daiwausa.com

takayuki.yamada@db.com

takayuki_funatsu@suntory.co.jp

takayuki_miyoshi@mitsubishi-trust.co.jp

takayuki_saito@mail.toyota.co.jp

takayuki_yamaguchi@nochubank.or.jp

takayuki-akiyama@am.mufg.jp

takayuki-amano@mitsubishi-am.co.jp

takebayashi@daiwa-am.co.jp

takebayashi@nochubank.or.jp

takeda@nam.co.jp

takeda_kengo@rn.smbc.co.jp

takefumi_hirose@tr.mufg.co.jp

takefumi_konishi@tr.mufg.jp

takehiko.a.suzuki@mizuho-bk.co.jp

takehiro.hata@meiji-life.co.jp

takehiro_hamada@am.sumitomolife.co.jp

takehiro_shinya@yamaguchibank.co.jp

takehiro_tanaka@chibakogyo-bank.co.jp

takei@boj.co.uk

takei@daiwasbi.co.jp

takeinoue@daiwasbi.co.jp

takemasa_niki@tr.mufg.jp

takemura@nam.co.jp

takemura26697@nissay.co.jp

takenaka@nam.co.jp

takenaka03302@nissay.co.jp

takeo.segawa@mizuho-bk.co.jp

takeo.tonda@sgk1.ho.dkb.co.jp

takeo_yoshida@mitsubishi-trust.co.jp

takeo-kondo@mitsubishi-am.co.jp

taker@apolloic.com

takeshi.fukushima@bankerstrust.com

takeshi.kanamaru@schroders.com

takeshi.katou@fi.fukoku-life.co.jp

takeshi.kurita@mizuho-cb.co.jp

takeshi.nakamitsu@schroders.com

takeshi.ozawa@mizuhocbus.com

takeshi.sasaki@tokyostarbank.co.jp

takeshi.shintani@chase.com

takeshi.suziki@mizuho-bk.co.jp

takeshi.utagawa@mizuho-bk.co.jp

takeshi.yasuda@mizuho-bk.co.jp

takeshi_itai@putnam.com

takeshi_kimura@mitsubishi-trust.co.jp

takeshi_kuwabara@nochubank.or.jp

takeshi_nagai@am.sumitomolife.co.jp

takeshi_nakagami@sliim.co.jp

takeshi_sato@mitsubishi-trust.co.jp

takeshi_sato@orix.co.jp

takeshi_tagami@tr.mufg.jp

takeshi_takahashi@ml.com

takeshi-aida@gm.shokochukin.go.jp

takeshi-hanai@am.mufg.jp

takeshi-iwakata@am.mufg.jp

takeshi-nakamura@am.mufg.jp

takeshi-nishioka@am.mufg.jp

takeshi-watanabe@am.mufg.jp

takesi_kasimura@am.sumitomolife.co.jp

takesi_kasiwara@am.sumitomolife.co.jp

takesi_oosaki@am.sumitomolife.co.jp

taketomi@dl.dai-ichi-life.co.jp

taketoshi.taira@schroders.com

taketsuna.okabe@mhcb.co.uk

takeuchi@nam.co.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

takeuchi@nochubank.or.jp
takeuchi@tokyotrust.co.jp
takeuchi457@dl.dai-ichi-life.co.jp
takeuchi-toshi@itochu.co.jp
takeyoshi-suzuki@am.mufg.jp
takeyuki@dl.dai-ichi-life.co.jp
taki-s@circlepointfunds.com
takouhi.tchertchian@sgam.co.uk
taku.onodera@boj.or.jp
taku.umemoto@mizuho-bk.co.jp
taku.yamada@mizuho-bk.co.jp
taku.yasuo@sumitomo-rd.co.jp
takuji.komuro@schroders.com
takuma_matsuo@tr.mufg.jp
takuma_okamoto@tr.mufg.jp
takumatsuda@bloomberg.net
takumi.otsuka@mhcb.co.uk
takumi_naito@capgroup.com
takumi-morita@am.mufg.jp
takurat@tokyomarineam.co.jp
takurou.kouno@boj.or.jp
takurou_kurumisawa@am.sumitomolife.co.jp
takuya.furutani@schroders.com
takuya.hiroi@ufj-partners.co.jp
takuya.sakamoto@citadelgroup.com
takuya.shibayama@boj.or.jp
tal.eloya@uk.fid-intl.com
tal.greenberg@teva.co.il
tal.shlasky@mailpoalim.co.il
tal@nbim.no
tal8@dcx.com
talal.alghalib@arabbanking.com
talang@treas.gov.ab.ca
talbiber@bankisrael.gov.il
talbot@adelphi-capital.com
talbrecht@mfs.com
talbrecht@wfgweb.com
talemagna@fondianima.it
talha.karim@arabbanking.com
talia.a.baron-hall@jpmorgan.com
talib.a.sheikh@jpmorgan.com
talkhereiji@sama-ksa.org
talklausner@gic.com.sg

tallal.malik@blackrock.com
tallen@russell.com
tallraum@evcap.com
taly@finibanco.pt
tam.kwokfun@uobgroup.com
tam1@ntrs.com
tam8@ntrs.com
tama.willis@fil.com
tamaiy@po.jsf.co.jp
tamaki@sompo-japan.co.jp
tamar.hamlyn@credit-suisse.com
tamar.howson@bms.com
tamar.joulia@bbl.be
tamara.albrecht@bawagpsk.com
tamara.benefield@disney.com
tamara.doi@morganstanley.com
tamara.haegi@bancaroma.it
tamara.van-den-ban@ing.be
tamara.x.ware@jpmchase.com
tamara.zaliznyak@rabobank.com
tamara_glock@troweprice.com
tamara_molinary@acml.com
tamarg@migdal-group.co.il
tamaru_manabu@mail.asahi-life.co.jp
tamas.bakacs@bailliegifford.com
tamas.gal@db.com
tamas.korchmaros@credit-suisse.com
tamato@bakernye.com
tamato@templeton.com
tameika_burrell@freddiemac.com
tamerlan.abdikeev@pimco.com
tamh@capgrp.com
tami.arbogast@columbiamanagement.com
tami.kita@mizuho-cb.com
tami.marshall@securitybenefit.com
tami.rosemeyer@swib.state.wi.us
tami.vendig@pimco.com
tami_babcook@conseco.com
tamihiro_kawauchi@sakura.com
tamika.bradford@ubs.com
tamiko.hutchinson@intel.com
tamisuke-yamashita@mitsubishi-am.co.jp
tamlyn.nall@lloydstsb.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

tammi.ortega@columbiamanagement.com

tammie.arnold@pimco.com

tammie.ryan@thrivent.com

tammo.diemer@aareal-bank.com

tammy.battersby@citicorp.com

tammy.bauer@usbank.com

tammy.chiao@fenb-us.com

tammy.cox@fmr.com

tammy.dalton@mizuhocbus.com

tammy.lloyd@investecmail.com

tammy.romo@wnco.com

tammy.tang@fmr.com

tammy.wright@alexanderkey.com

tammy_mills@nylim.com

tammy_wiggs@troweprice.com

tammy-yi-jiun.liou@tw.standardchartered.com

tamojit.dutta@db.com

tamotsu_chiba@nochubank.or.jp

tamsin.barth@axa-im.com

tamsin.quayle@gartmore.com

tamsin_balfour@standardlife.com

tamura@daiwasbi.co.jp

tamura_masayuki@dn.smbc.co.jp

tamura_taishi@dn.smbc.co.jp

tamyg@bloomberg.net

tamyra.thomas@morganstanley.com

tamzin.dossantos@barclaysglobal.com

tan.chew-may@aberdeen-asset.com

tan.jweechye@uobgroup.com

tan.tan@icbc.com.cn

tan.yanteck@uobgroup.com

tan_janet@jpmorgan.com

tan_yh@ocbc.net

tanabe@t3.rim.or.jp

tanabiki.osamu@kokusai-am.co.jp

tanaikchye@ocbc.com.sg

tanaka.j@daiwa-am.co.jp

tanaka@nochubank.or.jp

tanaka_yasuyuki@zn.smbc.co.jp

tanaka20789@nissay.co.jp

tanaka-t@tominbank.co.jp

tanakatz@bernstein.com

tanaken@bloomberg.net

tanaya@steinroe.com

tancheeyong@gic.com.sg

tancherhan@gic.com.sg

tanchoontat@gic.com.sg

tanco.ong@swisslife.ch

tanda@daiwasbi.co.jp

tandersen@bloomberg.net

tanderson@denveria.com

tandl@bloomberg.net

tane@daiwa-am.co.jp

tanemura@boj.co.uk

taner.alicehic@bcv.ch

tanferb@tskb.com.tr

tang.roger.cs@hkjc.org.hk

tang@bessemer.com

tang_tony@jpmorgan.com

tange@daiwasbi.co.jp

tangi.leliboux@etoile-gestion.com

tangmeiling@gic.com.sg

tangonnfei@gic.com.sg

tangtien.fern@hvbasia.com

tanguy.cornet@dexia-am.com

tanguy.de-la-tullaye@caam.com

tanguy.de-lauzon@sgam.com

tanguy.devillenfagne@dexia.com

tanguy.de-volder@ing.be

tanguy.moreau@federal-finance.fr

tanguy.saure-jarrosson@bis.org

tang-varner.min@principal.com

tanhsiaomein@gic.com.sg

tanhweeloo@gic.com.sg

tani.girton@bankofthewest.com

tani_kazunobu@dn.smbc.co.jp

tania.dimitrova@credit-suisse.com

tania.middelhof@bbvapr.com

tania@oneinvest.ch

tanicker@ibtco.com

taniguchi@daiwa-am.co.jp

taniguchi@nam.co.jp

tanisha.augustus@bankofbermuda.com

taniuchi@daiwasbi.co.jp

tanizaki_katsunori@rn.smbc.co.jp

tanja.allenspach@sgkb.ch

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tanja.funken@ksk-koeln.de | tanyongkhim@ocbc.com.sg |
| tanja.hauenstein@csfb.com | tao.mei@icbcleasing.com |
| tanja.hornburg@bremerlandesbank.de | tao.peng@fhlb-pgh.com |
| tanja.karl-sawatzki@ubs.com | tao.tang@inginvestment.com |
| tanja.kufner@siemens.com | tao_cheng@fanniemae.com |
| tanja.lenger@clariden.com | ta-oe@ja-kyosai.or.jp |
| tanja.schnepp@dit.de | taorong.jiang@wellsfargo.com |
| tanja.stephan@aareal-bank.com | taoyama@btmna.com |
| tanja.uhlmann@wuerttembergische.de | tapani.mannersuo@sampo.fi |
| tanja.wienckol@bayernlb.com | taperkin@southernco.com |
| tanjaangiola_minella@swissre.com | tar.pr@adia.co.ae |
| tankengsiong@gic.com.sg | tar@nationalcity.com |
| tankokyong@gic.com.sg | tara.abidi@tudor.com |
| tankut.celik@oyakportfoy.com.tr | tara.dierschke@westam.com |
| tanlaykuan@gic.com.sg | tara.doyle@gartmore.com |
| tanlengleng@gic.com.sg | tara.glen@socgen.co.uk |
| tanlh1@ocbc.com.sg | tara.innes@aig.com |
| tanneke.lyppens@nl.abnamro.com | tara.mason@membersunited.org |
| tanner.fahl@deshaw.com | tara.mcconkey@commercebank.com |
| tanny.t.sethi@aexp.com | tara.morley@prudential.com |
| tanou@daiwa-am.co.jp | tara.tomlin@morgankeegan.com |
| tanshus@abchina.com.hk | tara.waterhouse@aig.com |
| tansnchristine@ocbc.com | tara_hillegass@vanguard.com |
| tanss@temasek.com.sg | tara_kenney@scudder.com |
| tantangkodelvin@ocbc.com.sg | tara_moore@westlb.co.uk |
| tanteckleng@gic.com.sg | tara_s_hillegas@vanguard.com |
| tanu_s_bhatnagar@fanniemae.com | tara_torrens@capgroup.com |
| tanweekiat@gic.com.sg | tarabrown@massmutual.com |
| tanweijie@gic.com.sg | tarah.holloway@morganstanley.com |
| tanya.bough@gs.com | t-araki@meijiyasuda.co.jp |
| tanya.clarke@morleyfm.com | taralynn_torrens@capgroup.com |
| tanya.dyjak@gwl.com | tarang.agarwal@dartmouth.edu |
| tanya.ferguson@columbiamanagement.com | tarango@nytimes.com |
| tanya.greenwood@fmr.com | taras.chaban@glgpartners.com |
| tanya.kerrigan@bostonadvisors.com | taras.ivanenko@lazard.com |
| tanya.klymkowych@uboc.com | taras_ivanenko@ssga.com |
| tanya.lincevski@dkib.com | tarca_silvio@jpmorgan.com |
| tanya.odom@alliancebernstein.com | tarden@angelogordon.com |
| tanya.peterson@agf.com | tarek.akrout@sgam.com |
| tanya.vellieux@inginvestment.com | tarek.belkahia@clf-dexia.com |
| tanya_birmingham@ustrust.com | tarek.ghozayel@innocap.com |
| tanya_fleming@notes.ntrs.com | tarek.issaoui@caam.com |
| tanya_quartararone@storagetek.com | tarek.mouganie@glgpartners.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tarek.rekik@cfm.mc | ta-takahashi@taiyo-seimei.co.jp |
| tarends@irisresearch.nl | tatanosoff@amtrust.com |
| tareqb@kia.gov.kw | tate_josserand@blackrock.com |
| targent@westpac.com.au | tateb@sigmacap.com |
| tarik.adam@allegiantgroup.com | tateda-yasuyuki@mitsubishi-sec.co.jp |
| tarik.ben-saud@barclaysglobal.com | tateishi@hby.dai-ichi-life.co.jp |
| tarik_hussain@ufjbank.co.jp | tateishi@nam.co.jp |
| tarimtayf@tskb.com.tr | tatiana.bruegelmann@commerzbankib.com |
| tarini.mohan@morganstanley.com | tatiana.cohen@gll-partners.com |
| tariq.2.malik@bt.com | tatiana.iliczewa@aig.com |
| tariq.a.ahmad@jpmorgan.com | tatiana.spineanu@blackrock.com |
| tariq.hilaly@bernstein.com | tatjana.michel@credit-suisse.com |
| tarisaka@us.mizuho-cb.com | tatjana.schmied-woerle@aam.de |
| tarlock.randhawa@investecmail.com | tatjana.ulicevic@ingim.com |
| tarmstrong@ucmpartners.com | tatjana.zwitbaum@essenhyp.com |
| tarnaud@dow.com | tatreadwell@household.com |
| tarne.bevan@hsbchalbis.com | tatsuno@dl.dai-ichi-life.co.jp |
| tarnoldt@munichre.com | tatsuno@dlusa.com |
| taro_tamura@mitsubishi-trust.co.jp | tatsuo.takahashi@nttl.co.jp |
| taro_yamauchi@tr.mufg.jp | tatsuro.koyama@csam.com |
| taro-iida@am.mufg.jp | tatsuya.kinugasa@schroders.com |
| taron.ganjalyan@shell.com | tatsuya.mori@nestle.com |
| tarquin.orchard@rbccm.com | tatsuya.yagi@mizuho-cb.co.jp |
| tarrissa.hockenberry@morganstanley.com | tatsuya@dl.dai-ichi-life.co.jp |
| tartwell@bloomberg.net | tatsuya_noguchi@tr.mufg.jp |
| taru.kosonen@danskebank.com | tatsuya_tarumi@tr.mufg.jp |
| tarun.buxani@nibcapital.com | tatwater@meagpower.org |
| tarun.chavda@jpmorgan.com | taubmanc@ebrd.com |
| tarun.gandhi@spinnakerasia.com | tauer@copera.org |
| tarun_kumar@ntrs.com | tauhidin.ananda@bni.co.id |
| taryn.howard@inginvestment.com | tauno_loertscher@swissre.com |
| tas.keval@usbank.com | tavallone@ustrust.com |
| tas@wmblair.com | tavangar@clamericas.com |
| tasano@dl.dai-ichi-life.co.jp | tavianto@bi.go.id |
| tasdique.pasha@fgb.ae | tavis.cannell@gs.com |
| tashi@nochubank.or.jp | tawanlimaksorn@hsbc.co.th |
| taskin@vtbam.ru | tawhite@unum.com |
| tasos.bouloutas@blackrock.com | tay.tongpoh@uobgroup.com |
| tasso.coin@peregrinecapital.com | taycwklaus@ocbc.com.sg |
| tassos.los@alliancebernstein.com | tayfun.bayazit@disbank.com.tr |
| tassos.stassopoulos@alliancebernstein.com | tayfun.tuzun@53.com |
| ta-suzuki@meijiyasuda.co.jp | tayhianboon@gic.com.sg |
| tata1@bloomberg.net | taylor.alan-lee@pimco.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| taylor.b.page@jpmorgan.com | tbardas@lincap.com |
| taylor.brown@bwater.com | tbarrens@wdwitter.com |
| taylor.cable@moorecap.com | tbassion@delinvest.com |
| taylor.hare@moorecap.com | tbattle@barclayi.com |
| taylor.hinshaw@capitalglobal.com | tbavin@standishmellon.com |
| taylor.jon@principal.com | tbc@adia.ae |
| taylor.mosley@lazard.com | tbc@allianzgi.com |
| taylor.mulherin@db.com | tbc@bancodisicilia.it |
| taylor.siedell@shinseibank.com | tbc@bsibank.com |
| taylor.wagenseil@mackayshields.com | tbc@t.com |
| taylor.wride@gmam.com | tbc@t.t |
| taylor@aigfpc.com | tbc@tbc.tbc |
| taylor_adams@symantec.com | tbc@willdolater.com |
| taylor_leavitt@freddiemac.com | tbc2@bloomberg.net |
| taylor_tim@fsba.state.fl.us | tbd@bankofny.com |
| taylord13@bp.com | tbdolan@leggmason.com |
| taylorj@bernstein.com | tbeatrice@loomissayles.com |
| taylorr@aeltus.com | tbeben@bloomberg.net |
| taymour_tamaddon@troweprice.com | tbechter@waddell.com |
| tayne_rebecca@jpmorgan.com | tbeebout@beeboutconsulting.com |
| tayo.ajilore@rlam.co.uk | tbehl@bbandt.com |
| taysweeyuan@gic.com.sg | tbender@espiritosanto.com |
| taywenliang@gic.com.sg | tbenzel@nb.com |
| tayyarif@dime.com | tberdil@ziraatbank.com.tr |
| tayyicheah@gic.com.sg | tbermejo@bancamarch.es |
| tazio.storni@ubs.com | tberntsen@bankofny.com |
| tb@capgroup.com | tberry@privateadvisors.com |
| tb2@bloomberg.net | tbertsekas@mfs.com |
| tb58@ntrs.com | tbettingfield@sunamerica.com |
| tba@bp.com | tbeyer@sterling-capital.com |
| tba@db.com | tbidwell@loomissayles.com |
| tba@eurosgr.it | tbj@jyskebank.dk |
| tba@tba.com | tblack@bloomberg.net |
| tba@unknown.com | tblack@opers.org |
| tbaf@tba.com | tblaker@firstmerchants.com |
| tbagley@russell.com | tblakey@essexinvest.com |
| tbailey@kayne.com | tblanchette@federatedinv.com |
| tbair@standishmellon.com | tbm@fm.dk |
| tbaldwin@hcmlp.com | tbo@dpbank.dk |
| tbandoni@cisco.com | tbo@nbim.no |
| tbanker@keb.co.kr | tbob@rentec.com |
| tbanks@federatedinv.com | tboettger1@bloomberg.net |
| tbarbato@oppenheimerfunds.com | tboffa@leggmason.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tbolduc@dlbabson.com | tcambara@metlife.com |
| tbosh@bankofny.com | tcampbel@otfs.state.ga.us |
| tbossert@union-investment.de | tcampbell@sunamerica.com |
| tbosworth@sib.wa.gov | tcampbell14@bloomberg.net |
| tbosworth@statestreet.com | tcantrell@corporateone.coop |
| tbouchard1@bloomberg.net | tcappella@bloomberg.net |
| tboy1@bloomberg.net | tcappellini@jennison.com |
| tboyce@angelogordon.com | tcaputo@iccrea.bcc.it |
| tboysson@investcorp.com | tcarey@resurgenscapitalmarkets.com |
| tbradford@bradfordmarzec.com | tcarlson@metlife.com |
| tbradshaw@bancopastor.es | tcarpenter@wcbarksdale.com |
| tbragg@pershing.com | tcarr@westernasset.com |
| tbrandt@sunamerica.com | tcarroll@lincap.com |
| tbray@newstaram.com | tcarter@hcmlp.com |
| tbrickey@lordabbett.com | tcarvalho@sjs-group.com |
| tbrickhouse@odec.com | tcasey@standishmellon.com |
| tbright@frk.com | tcentofanti@pictet.com |
| tbrobbey@bankofny.com | tcesareck@sunamerica.com |
| tbroccardo@fandc.co.uk | tcfoster@midamerican.com |
| tbrownell@sentinelfunds.com | tchallande@nb.com |
| tbrownsword@metlife.com | tchan@frk.com |
| tbrunetti@safdie.com | tchan@lordabbett.com |
| tbruseh@bloomberg.net | tchase@standishmellon.com |
| tbrux@voyageur.net | tchen@payden-rygel.com |
| tbucher@meag-ny.com | tchernak@trmshedge.com |
| tbuckley@ag-am.com | tchester@bloomberg.net |
| tbuehler@crawfordinvestment.com | tcheung@ifsam.com |
| tbulitt@bankofny.com | tchiaro@shay.com |
| tbullitt@bankofny.com | tchigariro@britannicasset.com |
| tburger@waddell.com | tchintcia.s.barros@columbiamanagement.com |
| tburgess@mfs.com | tchow@sunamerica.com |
| tburnett@halcyonpartnerships.com | tchrestman@bloomberg.net |
| tbuthorn@bankofny.com | tchristenson@wasatchadvisors.com |
| tbutler@fhlbi.com | tchristman@barbnet.com |
| tbuttiglieri@mfs.com | tchun@bancaintesa.us |
| tbyrne@rwbaird.com | tciambotti@omef.com |
| tbyrne@wdwitter.com | tcjacinto@ashmorebrazil.com.br |
| tc@capgroup.com | tcjohnst@waddell.com |
| tcabra@wscapital.com | tcjones@leggmason.com |
| tcalimano@staceybraun.com | tclare@fandc.co.uk |
| tcalkins@e-qci.com | tclee@metlife.com |
| tcall@the-cmc.com | tcliborne@bbandt.com |
| tcalzadas@bancopastor.es | tclinton@yorktraditionsbank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tcm@baupost.com | td23@ntrs.com |
| tcnair@rbi.org.in | td77@vtb.ru |
| tcoffey@frk.com | tda@capgroup.com |
| tcole@hfw1.com | tdanner@mmwarburg.com |
| tcoleman@tswinvest.com | tdarby@paychex.com |
| tcolgan@ftci.com | tdattilo@amfin.com |
| tcollins@sfim.co.uk | tdavanzo@erstebank.com |
| tcoltharp@fdic.gov | tdavies@roxcap.com |
| tcolwell@blackrock.com | tdavis@frostbank.com |
| tcolwell@icaminc.com | tdavis@loomissayles.com |
| tcomins@sfim.co.uk | tday@kc.rr.com |
| tcon@bloomberg.net | tday@pictet.com |
| tconklin@rwbaird.com | tdayioglu@worldbank.org |
| tconlon@metlife.com | tdayton@denveria.com |
| tconnolly@bankofny.com | tdearth@us.mufg.jp |
| tconnolly@loews.com | tdekerviler@cpr-am.fr |
| tcook@ustrust.com | tdelaney@hellmanjordan.com |
| tcope@williamblair.com | tdellapiana@jhancock.com |
| tcorbett@mcmorgan.com | tdelserone@federatedinv.com |
| tcorcoran@glenrauch.com | tdeltchev@sinopia.fr |
| tcorcoran@lionsgatecap.com | tdemeyer@bloomberg.net |
| tcorcos@fideuramsgr.it | tdemirjian@millertabak.com |
| tcorliss@sierraglobal.com | tdenapoli@tiaa-cref.org |
| tcossenet@groupama-am.fr | tdenkler@sunamerica.com |
| tcostello@caxton.com | tderbyshire@cnbelkins.com |
| tcoyle@lib.com | tderderian@jhancock.com |
| tcquek@bloomberg.net | tdesouza@bloomberg.net |
| tcrawford@bbandt.com | tdevane@blaylockco.com |
| tcreedon@nb.com | tdfitzsimmons@chevychasebank.net |
| tcrimmins@lordabbett.com | tdhaney@wellington.com |
| tcriscuolo@standishmellon.com | tdial@gsc.com |
| tcronin@jhancock.com | tdias2@babsoncapital.com |
| tcronin@mfs.com | tdibella@turnerinvestments.com |
| tcrowley@mfs.com | tdickin@bloomberg.net |
| tcruise@aaa.com | tdickson@croftleo.com |
| tcruz@lkcm.com | tdickson@templeton.com |
| tculler@barrowhanley.com | tdiller@acml.com |
| tcunneen@smithbreeden.com | tditosto@ingalls.net |
| tcunning@us.ca-indosuez.com | tdittmer@mfs.com |
| tcurran@metlife.com | tdjones@bloomberg.net |
| tcurrier2@bloomberg.net | tdm@scsalliance.com |
| tcutter@calstrs.com | tdoheny@sandleroneill.com |
| tczitron@rbim.com | tdonahue@nb.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tdong@munder.com | ted.hu@usa.dupont.com |
| tdorety@suncoastfcu.org | ted.kasyjanski@moorecap.com |
| tdougherty@cnbsnet.com | ted.killilea@dzbank.de |
| tdoumen@daiwasbi.co.jp | ted.koerner@americas.bnpparibas.com |
| tdowning@fultonfinancialadvisors.com | ted.leschke@aberdeen-asset.com.au |
| tdoyle@jennison.com | ted.lu@citadelgroup.com |
| tdoyle@panagora.com | ted.macdonald@deshaw.com |
| tdrew@fhlbc.com | ted.manges@us.schroders.com |
| tdrumgoole@troweprice.com | ted.naeckel@inginvestment.com |
| tdscribner@wellington.com | ted.paluszek@columbiamanagement.com |
| tduff@gwkinc.com | ted.scott@fandc.com |
| tduffy@husic.com | ted.shannon@janus.com |
| tdugan@fhlbatl.com | ted.sotir@gs.com |
| tdunn@halcyonpartnerships.com | ted.tulpa@jpmchase.com |
| tdunn@mbna.com | ted.white@fmr.com |
| tduong@octfcu.org | ted@chandlerasset.com |
| tdurkin@angelogordon.com | ted@shenkmancapital.com |
| tduski@babsoncapital.com | ted_andrews@scudder.com |
| tdykman@waddell.com | ted_etlinger@agfg.com |
| te2@ntrs.com | ted_gekas@ssga.com |
| teaira.adams@bankofthewest.com | ted_harlan@americancentury.com |
| teasel@aigfpc.com | ted_jaeckel@ml.com |
| teatom_robert@jpmorgan.com | ted_knuckles@putnam.com |
| teayon@chb.co.kr | ted_magnani@ml.com |
| technical.research@lodh.com | ted_moore@natcity.com |
| technology.research@aberdeen-asset.com | ted_robson@troweprice.com |
| teckhow@dbs.com | ted_whitehead@elliottandpage.com |
| teckyong@temasek.com.sg | ted_wt_cheung@hkma.gov.hk |
| teconnolly@wellington.com | teddinger@federatedinv.com |
| ted.ake@wachovia.com | teddins@deerfieldcapital.com |
| ted.bernardo@fmr.com | teddryden@northwesternmutual.com |
| ted.bigman@morganstanley.com | teddytm@msn.com |
| ted.boufaissal@xilinx.com | tedeschl@strsoh.org |
| ted.c.ufferfilge@jpmorganfleming.com | tedf@woodstockcorp.com |
| ted.chen@barclaysglobal.com | tedfarrell@bloomberg.net |
| ted.chin@pnc.com | tedoua@templeton.com |
| ted.clark@tudor.com | teemu.liikanen@sampo.fi |
| ted.douglas@kochfinancial.com | teerayak@bot.or.th |
| ted.gillman@lazard.com | teerl@sph-spms.nl |
| ted.harper@frostbank.com | tegan@bankofny.com |
| ted.hines@phxinv.com | tegilal@repsolypf.com |
| ted.hollander@citadelgroup.com | tegreen5@bloomberg.net |
| ted.holliday@aig.com | tehkweechin@gic.com.sg |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tehrani.m@mellon.com | tepper@bloomberg.net |
| tei.onaka@nationalcity.com | terada.m@daiwa-am.co.jp |
| teija.buenting@cominvest-am.com | terahata-0fmf@jp.nomura.com |
| teijakorujarvi@gic.com.sg | terakado_kazuhiko@mail.nikko.co.jp |
| teik.cheah@ap.ing.com | terance.chen@jpmorgan.com |
| teik.cheah@ingim.com.sg | teranishi@nam.co.jp |
| teimur.abasov@morganstanley.com | teraoka.yasuo@daido-life.co.jp |
| teimuraz.barbakadze@fandc.com | terashima@daiwa-am.co.jp |
| teis.knuthsen@seb.se | terashima@daiwasbi.co.jp |
| teizo.taya@boj.or.jp | terence.brennan@db.com |
| tejas.m.patani@jpmorgan.com | terence.chang@alliancebernstein.com |
| tejiri@metzler.com | terence.cheng@ubs.com |
| tekauerova.andrea@slsp.sk | terence.cordner@alliancebernstein.com |
| telaird@hcsbnj.com | terence.dooley@nationalcity.com |
| telder@payden-rygel.com | terence.ip@hk.bdroma.com |
| teleos@teleos.com | terence.law@bnymellon.com |
| tellet@tcwgroup.com | terence.nahar@rlam.co.uk |
| tem4@ntrs.com | terence.p.dillon@bankofamerica.com |
| tembora_kardanov@cargill.com | terence.sullivan@gecapital.com |
| temilade.oyeniyi@harrisbank.com | terence.tanbh@uobgroup.com |
| te-miyamoto@ja-kyosai.or.jp | terence.walls@jpmorgan.com |
| tempac@lehman.com | terence.wheat@prudential.com |
| temple.houston@prudential.com | terence.wong@pricoacapital.com |
| templetonrio@bloomberg.net | terence@unc.ae |
| templin@helaba-invest.de | terence_cuddihy@acml.com |
| temurray1@bloomberg.net | terence_mark@westlb.com |
| tenbroecka@aeltus.com | terence_o'sullivan@hvbamericas.com |
| tendayi.kapfidze@bankofamerica.com | terence-cm.shiu@aig.com |
| t-endo@nochubank.or.jp | terencephang@dbs.com |
| teneisha.wilson@inginvestment.com | teresa.carelli@bancaintesa.it |
| tengct@gic.com.sg | teresa.cook@pnc.com |
| tenglish@standishmellon.com | teresa.elston@pimco.com |
| tennille_william@jpmorgan.com | teresa.freeley@pioneerinvest.com |
| tenomoto2@bloomberg.net | teresa.g.bowlin@bankofamerica.com |
| teo.hiangboon@uobgroup.com | teresa.g.jones@bankofamerica.com |
| teo.monkean@uobgroup.com | teresa.guerrero@rbcdexia-is.es |
| teo.xuan.lin@icprc.com | teresa.kastl@disney.com |
| teocgcynthia@ocbc.com.sg | teresa.kochanek@genworth.com |
| teodoravuckovic@gic.com.sg | teresa.kong@barclaysglobal.com |
| teofilo.bacungan@ers.state.tx.us | teresa.kudrle@criterion.com |
| teofilo.del_prete@hsh-nordbank.com | teresa.moon@ffbc-oh.com |
| teoman.kaplan@dzbank.de | teresa.nielsen@ubs.com |
| teowanyin@gic.com.sg | teresa.sison@ge.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| teresa.susca@mpsgr.it | terri.thomas@pnc.com |
| teresa.tan@barclaysglobal.com | terri.wallace@pnc.com |
| teresa.thomas@selective.com | terri.warren@sunlife.com |
| teresa.tupper@bbh.com | terri_hett@troweprice.com |
| teresa.walter@gwl.com | terri_james@invesco.com |
| teresa.wilkinson@gs.com | terri_magnani@ml.com |
| teresa.woods@fmr.com | terri_warren@putnam.com |
| teresa@mwvinvest.com | terri_wharton@troweprice.com |
| teresa_giacino@ml.com | terri-ann.miller@ingclarion.com |
| teresa_poyner@dpimc.com | terry.a.mccabe@aib.ie |
| teresaang@dbs.com | terry.b.davis@state.tn.us |
| teresam.perez@aiminvestments.com | terry.bedford@raymondjames.com |
| teresamtorrey@travelers.com | terry.begley@wachovia.com |
| terese.wilke@lazard.com | terry.bray@blackrock.com |
| terese.zingg@pncadvisors.com | terry.burns@53.com |
| teri.carroll@ibtco.com | terry.burns@greystone.ca |
| teri.martini@morganstanley.com | terry.chong@agf.com |
| teri.ocampo@nrucfc.coop | terry.coleman@ppmamerica.com |
| terje.duus@fondsfinans.no | terry.cooke@tudor.com |
| terje.iversen@klp.no | terry.daly@mackayshields.com |
| terje@statoil.com | terry.duffy@lionhart.net |
| ternes.kyle@principal.com | terry.dufrene@jpmorgan.com |
| tero.rautasuo@okobank.com | terry.duggan@opcap.com |
| terpstra.brian@principal.com | terry.ewing@resolutionasset.com |
| terr.conygham@morganstanley.com | terry.fallon@rbccm.com |
| terrance.choi@prudential.com | terry.frank@frostbank.com |
| terrance.m.beaulieu@fmr.com | terry.froggatt@jpmorgan.com |
| terrance.rebello@morganstanley.com | terry.goode@wellscap.com |
| terraze@bloomberg.net | terry.harris@trs.state.tx.us |
| terrence.gray@db.com | terry.hutson@bt.com |
| terrence.ing@pimco.com | terry.klebe@cooperindustries.com |
| terrence.matthews@tdsecurities.com | terry.kung@fhlb-pgh.com |
| terrence.moll@investecmail.com | terry.lee@hkbankaustria.com |
| terrence_connelly_jr@freddiemac.com | terry.lo@bms.com |
| terrence_ellison@nylim.com | terry.loughran@cnb.com |
| terrenceteo@fullerton.com.sg | terry.ludwig.cvwb@statefarm.com |
| terresa.tu@email.chinatrust.com.tw | terry.mcbride@db.com |
| terresed@vankampen.com | terry.nercessian@barclaysglobal.com |
| terri.campbell@lmginv.com | terry.o'brian@friendsis.com |
| terri.jackson@avmltd.com | terry.obrien@isisam.com |
| terri.jonesadvantus@advantuscapital.com | terry.pavlic@norcap.com |
| terri.krumnow@trs.state.tx.us | terry.pavlopoulos@csam.com |
| terri.mueller@pnc.com | terry.savage@lazard.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| terry.shu@pioneerinvestments.com | tetsuaki.kajitani@aig.com |
| terry.sloan@fafadvisors.com | tetsuhiro.toomata@shinseibank.com |
| terry.smith@ubs.com | tetsumasa_yamamoto@tr.mufg.jp |
| terry.strange@pncbank.com | tetsuo.iwashita@schroders.com |
| terry.tsui@sunlife.com | tetsuo_akaike@aizawa.co.jp |
| terry.wood@db.com | tetsuo_yamashita@tr.mufg.co.jp |
| terry.wood@fandc.com | tetsuo_yamashita@tr.mufg.jp |
| terry.wright@fhlbtopeka.com | tetsuomi.kawabuchi@axa.co.jp |
| terry_carr@mfcinvestments.com | tetsuro.hanajiri@bojny.com |
| terry_davis@troweprice.com | tetsuro.kondo@pimco.com |
| terry_foster@americancentury.com | tetsuro_suwa@tr.mufg.jp |
| terry_hults@acml.com | tetsurou.oomura@nicos.co.jp |
| terry_ruppe@cargill.com | tetsushi.nagato@schroders.com |
| terrylim@gic.com.sg | tetsuya.akutsu@mizuhocbus.com |
| terrymorgan@bloomberg.net | tetsuya.hasegawa@ufj-partners.co.jp |
| terryr@bradfordmarzec.com | tetsuya.kawagishi@mizuho-cb.co.jp |
| teruhiko.hattori@db.com | tetsuya.morimoto@mizuho-cb.co.jp |
| teruhiko_tokuno@tr.mufg.jp | tetsuya_hikino@tr.mufg.jp |
| terui26698@nissay.co.jp | tetsuya_kuwabara@tr.mufg.jp |
| terunobu.kinoshita@ufj-partners.co.jp | tetsuyoshi_kubo@yamaguchibank.co.jp |
| teruyo.hiromatsu@shinseibank.com | tetteh@fhlb-of.com |
| tesha.winslow@suntrust.com | tetupei_kanehiro@am.sumitomolife.co.jp |
| tesmith@wellington.com | teurquetil@bnpparibas.com |
| tesoreria.gruppo@bancamarche.it | tevans@eatonvance.com |
| tesoreria@cajadeburgos.es | tevnin@ustrust.com |
| tesoreria@venetobanca.it | tewarip@bernstein.com |
| tesposito@mandtbank.com | teychunmaw@bnm.gov.my |
| tess.chi@jpmorgan.com | te-yoda@ja-kyosai.or.jp |
| tess.strom@towerbrook.com | tezan@egebank.com.tr |
| tessa.mondesir@aberdeen-asset.com | tf@teachersfcu.org |
| tessa.thostrup@aberdeen-asset.com | tf16@ntrs.com |
| tessa.vanderburgh@fandc.com | tfahey@standishmellon.com |
| test@chemical.co.jp | tfallon@rentec.com |
| test@lehman.com | tfamigletti@griffinasset.com |
| test@test.com | tfarcomeni@iccrea.bcc.it |
| test01@handelsbanken.se | tfares@chicagoequity.com |
| testanisa@bernstein.com | tfarm@bloomberg.net |
| testing@123.com | tfarouki@perrycap.com |
| testore@finmeccanica.it | tfarren@loomissayles.com |
| te-suzuki@ja-kyosai.or.jp | tfaust@eatonvance.com |
| tetdan@bloomberg.net | tfay@worldbank.org |
| tetsu.itou@surugabank.co.jp | tfaye@fftw.com |
| tetsu.kasuga@db.com | tfbourell@wellington.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tfelker@bloomberg.net | tgailun@essexinvest.com |
| tfennessey@btmna.com | tgal@lordabbett.com |
| tferguson@bokf.com | tgalbraith@bear.com |
| tfernandez@bpi-gruposantander.com | tgallagher@isigrp.com |
| tferrazzo@bci.it | tgalloway@westernasset.com |
| tferrer@bloomberg.net | tgalvin@ustrust.com |
| tferris@caxton.com | tgandolfo@ambac.com |
| tfidler@arielinvestments.com | tgannon@federatedinv.com |
| tfinch@loomissayles.com | tgarciaf@notes.banesto.es |
| tfink@reamsasset.com | tgarvey@lmcm.com |
| tfinke@dlbabson.com | tgately@loomissayles.com |
| tfinnegan@refco.com | tgaylord1@bloomberg.net |
| tfinucane@loomissayles.com | tgeorge@worldbank.org |
| tfisher@whitneybank.com | tghadially@uss.co.uk |
| tfitzgerald@perrycap.com | tghei@ford.com |
| tfitzherbert@bpmny.com | tghorayeb@cyrilfinance.com |
| tfletcher@loomissayles.com | tgibbons@bankofny.com |
| tfletcher@russell.com | tgilchrist@mfs.com |
| tfoote@mandtbank.com | tgilling@rnt.com |
| tford@bankofny.com | tgiorgio@edc-see.ca |
| tfrangione@bankofny.com | tglaessner@worldbank.org |
| tfranklin@aegonusa.com | tgleason@nb.com |
| tfranks@tiaa-cref.org | tgmckinnon@wellington.com |
| tfrench@fmausa.com | tgn@capgroup.com |
| tfu@bocusa.com | tgoepfert@vcallc.com |
| tfuhs@aegonusa.com | tgojani@leggmason.com |
| t-fujii@nissay.co.jp | tgoodger@federatedinv.com |
| t-fujikawa@meijiyasuda.co.jp | tgordinier@vmfcapital.com |
| t-fujimoto@yasudalifeny.com | tgore@babsoncapital.com |
| tfukui@worldbank.org | tgosheff@troweprice.com |
| tfukushima3@bloomberg.net | tgoswam@frk.com |
| tfukutani@btmna.com | tgr@nbim.no |
| tfuller@angelogordon.com | tgraf@standish.com |
| tfung@bocusa.com | tgraff@cavcap.com |
| tfuruya@dl.dai-ichi-life.co.jp | tgraffeo@blooomberg.net |
| t-furuya@taiyo-seimei.co.jp | tgrande@senecacapital.com |
| tfussell@kanaly.com | tgrant@clamericas.com |
| tfutaoka@nochubank.or.jp | tgray@chittenden.com |
| tfuzesi@apollocapital.com | tgray@fhlb-pgh.com |
| tg@dl.dai-ichi-life.co.jp | tgregory@standishmellon.com |
| tgaches@accor.fr | tgrier@fhlbatl.com |
| tgage@lincap.com | tgs2@ntrs.com |
| tgaglia@chubb.com | tguilfoile@lycos.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

tgujer@pictet.com

tgunadi@eastwestbank.com

tgurr@pershing.com

tguylay@barbnet.com

th@ennismorefunds.com

th@premierassetmanagement.com

tha.sisopha@aberdeen-asset.com

tha@nationalbanken.dk

thaag@pilgrimfunds.com

thaarmann@loomissayles.com

thad.davis@bear.com

thad_paskell@bankone.com

thagihara@mtbcusa.com

thagino@pictet.com

t-hagiwara@tmam.co.jp

thagstrom@ssrm.com

thah03@handelsbanken.se

thahn@frk.com

thaiqu@wellsfargo.com

thais.carne@andbanc.com

thaiss@bloomberg.net

thalia_meehan@putnam.com

thall@fhlbsea.com

thalle@tcwgroup.com

thallen@pacificincome.com

tham@maybank.com.my

thamchiewkit@gic.com.sg

thammarm@bot.or.th

than09@handelsbanken.se

thanassis.tjavaras@citadelgroup.com

thane.bublitz@thrivent.com

thanh.p.nguyen@jpmorgan.com

thannafin@bloomberg.net

thant.han@cazenovecapital.com

thara@dl.dai-ichi-life.co.jp

thardt@wharton.upenn.edu

thardy@allmerica.com

tharithp@bot.or.th

tharrigan@amresco.com

tharrington@rockfound.org

tharris@blackrock.com

thart@fnni.com

thart@hbk.com

tharte@tiaa-cref.org

thartlage@aegonusa.com

thartzell@kanaly.com

tharuna@nochubank.or.jp

thasan@gscpartners.com

t-hashimoto@nochubank.or.jp

thasse@us.ca-indosuez.com

thastan@hcmlp.com

thathaway@brownadvisory.com

thathaway@metlife.com

thattori@nria.com

thaug@dow.com

thayalini.mohanavel@db.com

t-hayama@nissay.co.jp

thayase1@sompo-japan.co.jp

thayer.ep@tbcam.com

thayer.swallen@tudor.com

thayere@bloomberg.net

thayner@loomissayles.com

thb@capgroup.com

thb@danskecapital.com

thea.ivanisevic@bsibank.com

thea_williams@troweprice.com

thean.hweimei@uobgroup.com

theaton@metlife.com

thedden@newstaram.com

thedlund@turnerinvestments.com

thedora.zemek@axa-im.com

theduy.nguyen@sgam.com

theeraph@bot.or.th

thefriedster@bloomberg.net

the-hung.nguyen@socgen.com

theis.nygaard@nordea.com

thellesen@jyskebank.dk

thellmer@templeton.com

theltman@nb.com

thenry@troweprice.com

thensley@sarofim.com

theo.amacher@ubs.com

theo.de.kort@nl.abnamro.com

theo.gavrilos@nab.co.uk

theo.j.vandaalen@si.shell.com

theo.kempf@cominvest-am.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

theo.linnig@hvb.de

theo.maas@fipartners.com.au

theo.meder@bdl.lu

theo.s.hadiwidjaja@jpmorgan.com

theo.tillmann@blvk.ch

theod@snwsc.com

theodor.mueller@hypovereinsbank.de

theodore.dalberti@caam.com

theodore.drury@ubs.com

theodore.feury@gm.com

theodore.hoxmeier@minnesotamutual.com

theodore.lockwood@prudential.com

theodore.z.wyman@jpmorgan.com

theodore_kuck@acml.com

theodoros.alepis@cy.bankofcyprus.com

theodoros.gikos@allianz.gr

theofana.weinreich@allfonds.de

theokraan@bloomberg.net

theres.abrahamsson@nb.se

theresa.a.demaio@jpmorgan.com

theresa.boffa@citigroup.com

theresa.egan@omam.co.uk

theresa.fennell@wellscap.com

theresa.gusman@db.com

theresa.hamacher@pioneerinvest.com

theresa.han@ubs.com

theresa.hickman@ubs.com

theresa.liu@arcafondi.it

theresa.mann@midamericabank.com

theresa.martino@barcap.com

theresa.mcmanus@bnymellon.com

theresa.pope@alliancebernstein.com

theresa.ramko@mutualofamerica.com

theresa.shaughnessy@morganstanley.com

theresa.stone@jpfinancial.com

theresa.tran@sscims.com

theresa_buckland@newton.co.uk

theresa_costigan@standardlife.com

theresa_freiss@glenmede.com

theresa_m_bacon@key.com

theresa_maurer@ssga.com

theresa_meawad@fanniemae.com

theresa_pereira@ustrust.com

theresa_tipton-fletcher@victoryconnect.com

therese.bechet@jpmorgan.com

therese.collins@lu.abnamro.com

therese.johnsen@novartis.com

therese.karlsson@robur.se

therese.larsson@swedbankrobur.se

therese.metcalf@6thaveinvest.com

therese.niklasson@threadneedle.com

therese.oswald@tudor.com

therese.schwabe@sgcib.com

therese.vu@pimco.com

therese@bok.or.kr

therkil.petersen@fibimail.co.il

thet@danskeinvest.com

theysse@dsaco.com

thh.tr@adia.ae

thh@capgroup.com

thh@nbim.no

thhans@statoilhydro.com

thian.chew@gs.com

thias@bloomberg.net

thiaw.a@tbcam.com

thibaud.devitry@axa-im.com

thibaud.gogny-goubert@bnpparibas.com

thibaud.halewyck@ubs.com

thibaud.valette@lbb.de

thibault.amand@db.com

thibault.deletraz@dresdner-bank.ch

thibault.hautier@total.com

thibaut.declerck@bnpparibas.com

thibaut.federici@creditfoncier.fr

thibaut.ferret@axa-im.com

thibaut.pizenberg@asbai.com

thibaut.rutsaert@dexia-am.com

thibodeaub@aetna.com

thiebaud@bridport.ch

thiel.richard@commerzbank.com

thieme.d@tbcam.com

thien-bac.tu@credit-suisse.com

thierry.albrand@alcatel.fr

thierry.bechu@sgam.com

thierry.bensoussan@sgam.com

thierry.blais@labanquepostale-am.fr

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| thierry.bloch@dreyfusbank.ch | thierry.taglione@uk.fid-intl.com |
| thierry.bochud@nestle.com | thierry.vidal@axa-im.com |
| thierry.bourgain@ing-im.fr | thierry_iniguez@ssga.com |
| thierry.boutin@aam.de | thierry_nardon@westlb.de |
| thierry.charlier@fortisinvestments.com | thierrydiana@bloomberg.net |
| thierry.collard@sanpaoloam.lu | thiery.borstlap@dexia-am.com |
| thierry.coste@caam.com | thiggins@payden-rygel.com |
| thierry.creno@bnpparibas.com | thiguchi@dl.dai-ichi-life.co.jp |
| thierry.darmon@caam.com | thihien.nguyen-khac@nordea.com |
| thierry.demolder@riyadbank.com | thikida@sompo-japan.co.jp |
| thierry.deraeck@fortis.com | t-hikino@taiyo-seimei.co.jp |
| thierry.de-rycke@barep.com | thillairajah@fhlb-of.com |
| thierry.deslarzes@bcge.ch | thilo.kusch@telekom.de |
| thierry.dufour@creditfoncier.fr | thilo.reichert@lbb.lu |
| thierry.dumait@socgen.com | thilo.rossberg@lbbw.de |
| thierry.elias@nyc.nxbp.com | thilo.schwiezer@commerzbankib.com |
| thierry.favre@bcv.ch | thilo.siekmann@commerzbank.com |
| thierry.kammerer@lodh.com | thilo.theilen@telekom.de |
| thierry.lambert@bcv.ch | thiltner@provbank.com |
| thierry.lambrechts@proximus.net | thines@princeton.edu |
| thierry.le-gall@bred.fr | think@soros.com |
| thierry.levalois@exane.com | thinnerskov@gr.dk |
| thierry.levrat@credit-suisse.com | thinze@voyageur.net |
| thierry.logier@cail.lu | thio.boonkiat@uobgroup.com |
| thierry.malka@bnpparibas.com | thipple@lordabbett.com |
| thierry.martinez@sgam.com | thirachp@bot.or.th |
| thierry.mirabel@sgam.com | t-hirao@taiyo-seimei.co.jp |
| thierry.misamer@frankfurt-trust.de | thirao@tudor.com |
| thierry.misson@citicorp.com | thirdpartyteam@mellon.com |
| thierry.moulin@sgam.com | thjomoe@statoil.com |
| thierry.nardozi@sgam.com | thjr@danskebank.dk |
| thierry.ormiere@caam.com | thk@publicbank.com.my |
| thierry.plaine@caam.com | thkim@jennison.com |
| thierry.ralet@nestle.com | thl@cgii.com |
| thierry.reymond@bcv.ch | thlang@sierraglobal.com |
| thierry.rigaudiere@banque-bpsd.fr | tho.nguyen@db.com |
| thierry.rojat@bnpparibas.com | tho@metlife.com |
| thierry.royer@usinor.com | thoang@turnerinvestments.com |
| thierry.sarles@cpr-am.fr | thoefakker@aegon.nl |
| thierry.sebton@uk.calyon.com | thoelem@stifel.com |
| thierry.serres@hsbcpb.com | thoey@ofii.com |
| thierry.simon@creditlyonnais.fr | thoffmann@bloomberg.net |
| thierry.soma@cfm.mc | thogan@rwbaird.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tholc@ocbc.com.sg | thomas.blondin@fortisbank.com |
| thollingworth@anchorcapital.com | thomas.blum@ikb.de |
| tholoor.t@arig.com.bh | thomas.blum@schmidtbank.de |
| thom.gascoigne@ubs.com | thomas.bobek@sparinvest.com |
| thomas.a.klitbo@jyskebank.dk | thomas.body@nordlb.lu |
| thomas.adler@cominvest.de | thomas.boger@db.com |
| thomas.aebli@juliusbaer.com | thomas.borah@ubs.com |
| thomas.agus@cba.com.au | thomas.boss@hsh-nordbank.com |
| thomas.alamalhoda@bnpparibas.com | thomas.brady@drkw.com |
| thomas.albrecht@csam.com | thomas.branczyk@hsh-nordbank.co.uk |
| thomas.amrein@credit-suisse.com | thomas.bremer@hypovereinsbank.de |
| thomas.andersson@brummer.se | thomas.brenier@lazard.fr |
| thomas.andreas@bhf-bank.com | thomas.brenner@bayernlb.de |
| thomas.angermann@ubs.com | thomas.bretzger@hvb.de |
| thomas.arendt@corealcredit.de | thomas.broschek@lrp.de |
| thomas.aust@ge.com | thomas.brown@schwab.com |
| thomas.b.sheridan@dartmouth.edu | thomas.browne@opcap.com |
| thomas.b.white@csam.com | thomas.bruckner@hypointernational.com |
| thomas.bachmeier@blb.de | thomas.bruhin@zkb.ch |
| thomas.baechtold@juliusbaer.com | thomas.bucher@db.com |
| thomas.ballent@harrisbank.com | thomas.buell@moorecap.com |
| thomas.barrett@ubs.com | thomas.burghardt@fmr.com |
| thomas.bauer@claridenleu.com | thomas.buri@vontobel.ch |
| thomas.bauer@lbbw.de | thomas.burian@ba-ca.com |
| thomas.bayerl@hsh-nordbank.co.uk | thomas.burri@vontobel.ch |
| thomas.beckman@swedbank.com | thomas.burroughs@barclaysglobal.com |
| thomas.bellone@wellsfargo.com | thomas.byrne@gecapital.com |
| thomas.belsham@bankofengland.co.uk | thomas.c.kaufmann@credit-suisse.com |
| thomas.benders@ing.com | thomas.caflisch@juliusbaer.com |
| thomas.benesch@ba-ca.com | thomas.callan@blackrock.com |
| thomas.bengtson@seb.se | thomas.chang@prudential.com |
| thomas.bennett@morganstanley.com | thomas.chellew@lloydstsb.co.uk |
| thomas.berger@csam.com | thomas.chidester@ge.com |
| thomas.berglund@if.se | thomas.cho@sl-am.com |
| thomas.bernard@lri.lu | thomas.christen@sarasin.ch |
| thomas.berner@ubs.com | thomas.christian.schulz@dekabank.de |
| thomas.bernert@ingdirect.nl | thomas.chu@db.com |
| thomas.berry@nuveen.com | thomas.cirino@fmr.com |
| thomas.besteher@hsh-nordbank.com | thomas.cloutier@phxinv.com |
| thomas.binz@bayermaterialscience.com | thomas.cohrs@hvb.de |
| thomas.biscardi@blackrock.com | thomas.cole@ubs.com |
| thomas.block@compassbnk.com | thomas.collins@corporate.ge.com |
| thomas.blondel@cardif.fr | thomas.colvin@wamu.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

thomas.combarel@dexiamfr-dexia.com
thomas.cotts@bailliegifford.com
thomas.coudert@axa-im.com
thomas.coughlin@fmr.com
thomas.coutts@bailliegifford.com
thomas.craven@aig.com
thomas.curtin@kofc.org
thomas.d.novak@chase.com
thomas.dachille@citigroup.com
thomas.dantonio@nyc.rabobank.c
thomas.delpiaz@wpginvest.com
thomas.demarco@fidelity.com
thomas.dempsey@glgpartners.com
thomas.deprez@dexia.be
thomas.dewner@db.com
thomas.didia@prudential.com
thomas.dieterle@lbbw.de
thomas.digenan@ubs.com
thomas.dillman@mutualofamerica.com
thomas.dissen@lloydstsb.co.uk
thomas.doerner@citigroup.com
thomas.dolan@abnamro.com
thomas.domenig@zkb.ch
thomas.donnelly@shinseibank.co.jp
thomas.downey@blackrock.com
thomas.dubach@rmf.ch
thomas.durlach@lrp.de
thomas.dzaack@bhf-bank.com
thomas.dzaack@deka.de
thomas.dzakowic@bmo.com
thomas.dzwil@lazard.com
thomas.ebben@thyssenkrupp.com
thomas.ebel@lbbw.de
thomas.ebeling@novartis.com
thomas.einramhof@erstebank.at
thomas.eitzen@seb.no
thomas.ekert@ssmb.com
thomas.ellis@nuveen.com
thomas.emmert@dzbank.de
thomas.etzel@bhf-bank.com
thomas.ewing@uk.fid-intl.com
thomas.faeh@claridenleu.com
thomas.fallon@fpconsult.gbank.com

thomas.fant@msdw.com
thomas.farina@db.com
thomas.farrell@boigm.com
thomas.fechner@kzvk.de
thomas.fedier@infidar.ch
thomas.fenlon@morganstanley.com
thomas.fennessey@uk.mufg.jp
thomas.feurer@zkb.ch
thomas.fichtinger@oenb.co.at
thomas.fink@sl-am.com
thomas.finkenzeller@pimco.com
thomas.fischer@blb.de
thomas.flaherty@aberdeen-asset.com
thomas.flannery@credit-suisse.com
thomas.flannery@csam.com
thomas.fleckenstein@cominvest-am.com
thomas.fletcher@fmr.com
thomas.flothen@bve.ch
thomas.fluegel@test.com
thomas.flury@ubs.com
thomas.fraenkel-thonet@uk.fid-intl.com
thomas.frame@morganstanley.com
thomas.frazier@global-infra.com
thomas.fredericks@us.rbcds.com
thomas.freeman@swib.state.wi.us
thomas.frei@claridenleu.com
thomas.frey@pasche.ch
thomas.friedrichs@commerzbank.com
thomas.frings@lri.lu
thomas.frischknecht@claridenleu.com
thomas.frost@cibc.co.uk
thomas.funk@juliusbaer.com
thomas.furey@us.hsbc.com
thomas.g.hauser@jpmorgan.com
thomas.gadenne@calyon.com
thomas.gaylord@columbiamanagement.com
thomas.geel@lgt.com
thomas.gehlen@dzi.lu
thomas.geier@helaba.de
thomas.geiser@sparkassenversicherung.de
thomas.gerber@cominvest-am.com
thomas.gerhardt@dws.com
thomas.germann@zkb.ch

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

thomas.giger@lgt.com

thomas.gilotte@caam.com

thomas.giquel@caam.com

thomas.girard@robecousa.com

thomas.gispert@commerzbankib.com

thomas.glynn@hyporealestate.com

thomas.goedel@lrp.de

thomas.goldthorpe@gs.com

thomas.gregg@schwab.com

thomas.gruenenfelder@juliusbaer.com

thomas.guetle@aam.de

thomas.gunderson1@fafadvisors.com

thomas.gurbach@nationalcity.com

thomas.gut@ubs.com

thomas.h.mulligan@jpmorgan.com

thomas.haag@ubs.com

thomas.hackl@bawag.com

thomas.haerter@swisscanto.ch

thomas.hammond@fmr.com

thomas.handte@cominvest-am.com

thomas.hansen@westernasset.com

thomas.hanzel@dresdner-bank.com

thomas.hartmann@blb.de

thomas.hasmann@pharma.novartis.com

thomas.hayes@citadelgroup.com

thomas.hayes@iac.com

thomas.heavron@thehartford.com

thomas.heckel@bnpparibas.com

thomas.heib@cominvest-am.com

thomas.heil@bhf-bank.com

thomas.heinrich@aam.de

thomas.henke@gs.com

thomas.henningsen@hsh-nordbank.com

thomas.henry@pncbank.com

thomas.hense@fmr.com

thomas.heppel@lodh.com

thomas.hermann@pncbank.com

thomas.herrmann@bw-bank.de

thomas.herrmann@credit-suisse.com

thomas.herzog@ubs.com

thomas.hesse@bertelsmann.de

thomas.hewett@morganstanley.com

thomas.hoare@chase.com

thomas.hochstrasser@juliusbaer.com

thomas.hoefer@db.com

thomas.hoefermann@nordlb.de

thomas.hoehenleiter@frankfurt-trust.de

thomas.hofer@schoellerbank.at

thomas.hogan@opcap.com

thomas.holl@blackrock.com

thomas.hoo@db.com

thomas.houghton@advantuscapital.com

thomas.humml@deka.de

thomas.hunziker@vontobel.ch

thomas.hutter@lgt.com

thomas.hynes@db.com

thomas.imhasly@csfs.com

thomas.inderwildi@efv.admin.ch

thomas.ineke@ubs.com

thomas.isler@sl-am.com

thomas.j.schmidt@schmidtbank.de

thomas.jackson@ingfunds.com

thomas.jalics@nationalcity.com

thomas.joekel@union-investment.de

thomas.johansen@fandc.com

thomas.jondeau@axa-im.com

thomas.jonk@statestreetnl.com

thomas.jost@postbank.de

thomas.jucker@credit-suisse.com

thomas.kallberg@gmam.com

thomas.kaltwasser@dzbank.de

thomas.karlsson@swedbankrobur.se

thomas.kasa@moorecap.com

thomas.kaufmann@yale.edu

thomas.keene@thehartford.com

thomas.keir@bapensions.com

thomas.keith@westlb.lu

thomas.keller@pop.lbbw.de

thomas.keller@rmf.ch

thomas.keller@zkb.ch

thomas.kellner@pioneerinvestments.at

thomas.kennedy@nwa.com

thomas.kennedy@thehartford.com

thomas.kertsos@fmr.com

thomas.kettern@dzbank.de

thomas.kiernan@pnc.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

thomas.kieselstein@union-panagora.de
thomas.kirchherr@ids.allianz.com
thomas.klein@kskbb.de
thomas.knigge@dbi.de
thomas.koerfgen@sebam.de
thomas.koerfgen@seb-invest.de
thomas.kolimago@blackrock.com
thomas.kollath@dzbank.de
thomas.kolle@allfonds.de
thomas.koller@dresdner-bank.com
thomas.konanz@vbl.de
thomas.kopkash@sscims.com
thomas.korhammer@rcm.at
thomas.korossy@kbcfp.com
thomas.kraus@bawag.com
thomas.kreitmeier@hvb.de
thomas.kressin@de.pimco.com
thomas.kronzer@ge.com
thomas.krotz@ids.allianz.com
thomas.kruemmel@ubs.com
thomas.krum@ch.abb.com
thomas.kuehn@lbb.de
thomas.kuhlmann@usbank.com
thomas.kundegraber@ba-ca.com
thomas.kursawe@hypovereinsbank.com
thomas.kurzmann@allianzgi.de
thomas.kwong@westernasset.com
thomas.lachmann@ui-gmbh.de
thomas.ladefoged@nordea.com
thomas.lally@ubsw.com
thomas.lammer@lukb.ch
thomas.lange@cominvest-am.com
thomas.langer@dresdner-bank.lu
thomas.lapeyre@caam.com
thomas.larkin@transamerica.com
thomas.larsson@sparbankenikarlshamn.se
thomas.layton@raymondjames.com
thomas.leah@citi.com
thomas.leidenberger@lbbw.de
thomas.leidenroth@credit-suisse.de
thomas.leitner@baloise.ch
thomas.leopold@allfonds-bkg.de
thomas.lestin@volvo.com

thomas.lettenberger@columbiamanagement.com
thomas.lettenberger@harrisbank.com
thomas.lewis@harrisbank.com
thomas.liebe@nordlb.de
thomas.liebi@claridenleu.com
thomas.lindquist@nordea.com
thomas.link@essenhyp.com
thomas.liskamm@dresdner-bank.com
thomas.liu@bis.org
thomas.locher@ubs.com
thomas.lonnerstam@danskebank.com
thomas.lonnerstam@seb.se
thomas.looschen@t-systems.com
thomas.lotterer@lbbw.de
thomas.lund@seb.co.uk
thomas.lusetti@vpbank.com
thomas.luthardt@commerzbank.com
thomas.lyon@tcw.com
thomas.m.hynes@db.com
thomas.m.jadlos@citigroup.com
thomas.m.le@jpmorgan.com
thomas.m.luddy@jpmorgan.com
thomas.maag@swissfirst.ch
thomas.machowski@morganstanley.com
thomas.maier@claridenleu.com
thomas.marek@postbank.de
thomas.marshall@transamerica.com
thomas.marty@mobi.ch
thomas.marx@aig.com
thomas.matter@swissfirst.ch
thomas.mauceri@mackayshields.com
thomas.maul@sachsenlb.de
thomas.maurer@vontobel.ch
thomas.mcconville@raymondjames.com
thomas.mcfarren@barclaysglobal.com
thomas.mckelvey@ubs.com
thomas.mckeon@dnbnor.com
thomas.mcnicholas@gecapital.com
thomas.meissner@weberbank.de
thomas.melcher@pnc.com
thomas.melvin@baring-asset.com
thomas.melvin@mackayshields.com
thomas.mertens@oppenheim.de

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

thomas.merz@postbank.de

thomas.middendorf@wbm-am.de

thomas.miele@ssmb.com

thomas.n.mielke@first-privat.de

thomas.miller@lazard.com

thomas.miller@westernasset.com

thomas.mills@invesco.com

thomas.minkowicz@janus.com

thomas.mittag@dresdner-bank.com

thomas.mockler@corporate.ge.com

thomas.n.monico@lazard.com

thomas.n.morck@bundesbank.de

thomas.murphy@bbh.com

thomas.n.musmanno@blackrock.com

thomas.n.davis@jpmorgan.com

thomas.neemann@lampebank.de

thomas.neidhardt@rzb.at

thomas.neisse@deka.de

thomas.nellen@zkb.ch

thomas.ng@ge.com

thomas.nieliwocki@gecapital.com

thomas.nienaber@moorecap.co.uk

thomas.nilsson@brummer.se

thomas.noack@westam.com

thomas.norrby@moorecap.com

thomas.n.nugent@bnymellon.com

thomas.nummer@adig.lu

thomas.nyegaard@fandc.com

thomas.obrien@depfa.com

thomas.obrien@pncbank.com

thomas.oconnor@wellsfargo.com

thomas.oehmler@huntington.com

thomas.o-keefe@db.com

thomas.olbrich@oppenheim.de

thomas.o'malley@nationalcity.com

thomas.oneil@ironoakadvisors.com

thomas.oposich@sparinvest.com

thomas.orourke@blackrock.com

thomas.orthen@de.rcm.com

thomas.oshea@augutus.co.uk

thomas.otbo@northseacapital.com

thomas.palmblad@puilaetco.com

thomas.paul@lbbw.de

thomas.pedersen@gs.com

thomas.perez@csam.com

thomas.pergande@aramea-ag.de

thomas.perrera@citigroup.com

thomas.petermann@juliusbaer.com

thomas.pethofer@gerling.de

thomas.petschnigg@db.com

thomas.philipp@hauck-aufhaeuser.de

thomas.picciochi@db.com

thomas.pietrobelli@barclayscapital.com

thomas.pohl@helaba.de

thomas.pohontsch@sachsenlb.de

thomas.policzer@oenb.at

thomas.poskin@pncbank.com

thomas.poullaouec@bnpparibas.com

thomas.pozios@cidatelgroup.com

thomas.prangley@ubs.com

thomas.preite@db.com

thomas.puetter@allianz.de

thomas.r.lebertre@jpmorgan.com

thomas.radinger@pioneerinvestments.com

thomas.rauch@ba-ca.com

thomas.reese@thehartford.com

thomas.rennemann@ubs.com

thomas.rentschler@bmwgroup.com

thomas.ridder@dzbank.de

thomas.ringkvist@ohman.se

thomas.riordan@us.hsbc.com

thomas.roglieri@prudential.com

thomas.rosenmayr@amg.co.at

thomas.rosmanitz@ba-ca.com

thomas.ruf@devif.de

thomas.russo@jpmorgan.com

thomas.rustici@ubs.com

thomas.ruthner@bawag.com

thomas.sabram@alliancebernstein.com

thomas.saladin@ubs.com

thomas.saltiel@lloydstsb.co.uk

thomas.salvia@rabobank.com

thomas.sandbulte@commercebank.com

thomas.sanford@moorecap.com

thomas.saulnier@lodh.com

thomas.schaad@sl-am.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

thomas.schaniel@credit-suisse.com
thomas.schatzmann@art-allianz.ch
thomas.schaufler@erstebank.at
thomas.schiess@cs.com
thomas.schirmer@ikb-cam.de
thomas.schmidlin@claridenleu.com
thomas.schmidt@cbve.com
thomas.schmidt@lbbw.de
thomas.schmiegel@devif.de
thomas.schopper@rzb.at
thomas.schreier@fafadvisors.com
thomas.schreiner@dzbank.de
thomas.schroe06@bhf-bank.com
thomas.schudel@claridenleu.com
thomas.schultz@dresdner-bank.lu
thomas.schumbert@dzbank.de
thomas.seifert@hvb.de
thomas.semadeni@lgt.com
thomas.seppi@db.com
thomas.seulnier@lodh.com
thomas.shine@bancaintesa.it
thomas.siedler@hvbeurope.com
thomas.siegel@hypointernational.com
thomas.simar@ingim.com
thomas.skill@helaba.de
thomas.skrapits@daiwausa.com
thomas.slater@bailliegifford.com
thomas.smith@bankofengland.co.uk
thomas.socha@alliancecapital.com
thomas.sommer@at.bacai.com
thomas.sorensen@nordea.com
thomas.soudan@db.com
thomas.soviero@fmr.com
thomas.spalding@nuveen.com
thomas.spiegel@daiwausa.com
thomas.spitz@ca-indosuez.com
thomas.sponholtz@barclaysglobal.com
thomas.sprey@allianzgi.de
thomas.staats@deutsche-hypo.de
thomas.stawicki@bbh.com
thomas.steffens@blackrock.com
thomas.steinemann@vontobel.ch
thomas.stengl@postbank.de

thomas.stephan@dit.de
thomas.stephens@citadelgroup.com
thomas.stocker@ubs.com
thomas.stockmann@postbank.lu
thomas.stoeckli@claridenleu.com
thomas.stoll@mbczh.ch
thomas.stollenwerk@db.com
thomas.stucki@hyposwiss.ch
thomas.stucki@snb.com
thomas.sturzenegger@juliusbaer.com
thomas.sumpster@glgpartners.com
thomas.swaney@morganstanley.com
thomas.sweeney@db.com
thomas.tan@barclayscapital.com
thomas.tangen@dnbnor.no
thomas.thieken@bayernlb.com
thomas.thirouin@labanquepostale-am.fr
thomas.tilse@cominvest-am.com
thomas.to@asia.bnpparibas.com
thomas.toerpe@associatedbank.com
thomas.tomchak@db.com
thomas.trauth@credit-suisse.com
thomas.troeger@dekabank.de
thomas.twiggs@citadelgroup.com
thomas.unterberger@claridenleu.com
thomas.uutala@micorp.com
thomas.v.wallace@morganstanley.com
thomas.vanck@db.com
thomas.van-der-meulen@ubs.com
thomas.vecchione@prudential.com
thomas.veillet@ubs.com
thomas.vestweber@credit-suisse.com
thomas.viola@ubs.com
thomas.vocke@lbbw.de
thomas.voges@allianzgi.com
thomas.vogg@ids.allianz.com
thomas.vonrohr@juliusbaer.com
thomas.vorlaufer@nl.abnamro.com
thomas.w.aust@citigroup.com
thomas.w.aust@jpmorgan.com
thomas.w.cotter@aibbny.ie
thomas.w.fiske@verizon.com
thomas.wacker@ubs.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| thomas.waehli@credit-suisse.com | thomas_appleton@ustrust.com |
| thomas.walser@csam.com | thomas_arrington@ustrust.com |
| thomas.walz@kskbb.de | thomas_ashton@ustrust.com |
| thomas.wanger@llb.li | thomas_beevers@newton.co.uk |
| thomas.waters@bbh.com | thomas_brennecke@ustrust.com |
| thomas.watter@swisscanto.ch | thomas_cahill@gmacm.com |
| thomas.weckemann@dresdner-bank.ch | thomas_chi@ml.com |
| thomas.weidmann@helaba.de | thomas_connolly@ustrust.com |
| thomas.weigl@ids.allianz.com | thomas_davis@conseco.com |
| thomas.werbinski@schwab.com | thomas_distefano@ssga.com |
| thomas.werkle@blb.de | thomas_dunn@ml.com |
| thomas.werndl@dekabank.de | thomas_e_kirkenmeier@notes.ntrs.com |
| thomas.west@columbiamanagement.com | thomas_elliott@ml.com |
| thomas.westerlund@nokia.com | thomas_esposito@hvbamericas.com |
| thomas.westermann@ecb.int | thomas_ewald@invesco.com |
| thomas.wieneke@db.com | thomas_farmakis@swissre.com |
| thomas.wiesner@hauck-aufhaeuser.de | thomas_flynn@freddiemac.com |
| thomas.wightman@ers.state.tx.us | thomas_fuqua@freddiemac.com |
| thomas.wille@vpbank.com | thomas_gaylord@ssga.com |
| thomas.williams@sscims.com | thomas_girard@nylim.com |
| thomas.wilson@pncadvisors.com | thomas_graf@swissre.com |
| thomas.winkler@abnamro.com | thomas_guarini@ssga.com |
| thomas.winterholler@wwk.de | thomas_h_loeffler@fleet.com |
| thomas.wintertoller@bhf-bank.com | thomas_harner@troweprice.com |
| thomas.woelwer@ikb-cam.de | thomas_haubenstricker@nyl.com |
| thomas.wollner@schmidtbank.de | thomas_i_poz@bankone.com |
| thomas.wong@nylim.com | thomas_irwin@westlb.com |
| thomas.wren@mbna.com | thomas_j_bebej@am.fcnbd.com |
| thomas.x.buckingham@jpmorgan.com | thomas_kayola@ssga.com |
| thomas.x.charlet@jpmorgan.com | thomas_kelly@ssga.com |
| thomas.yeung@hk.caam.com | thomas_kennelly@ssga.com |
| thomas.zbinden@swisscanto.ch | thomas_knoff@nylim.com |
| thomas.zengeler@ruv.de | thomas_lefebvre@dpimc.com |
| thomas.zimmerer@dit.de | thomas_mann@bloomberg.net |
| thomas.zollinger@ruedblass.ch | thomas_mattinson@gmaccm.com |
| thomas.zorab@mbna.com | thomas_mcardle@nylim.com |
| thomas.zottner@alliancebernstein.com | thomas_mcdonagh@calpers.ca.gov |
| thomas.zwilling@aareal-bank.com | thomas_mcnulty@fleet.com |
| thomas@bessemer.com | thomas_michel@swissre.com |
| thomas@hsaml.com | thomas_moore@standardlife.com |
| thomas@pimco.com | thomas_mowat@hvbcreditadvisors.com |
| thomas_a_benson@bankone.com | thomas_murdock@prusec.com |
| thomas_a_lawler@fanniemae.com | thomas_n_kovacevich@keybank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| thomas_p_lynch@vanguard.com | thomsen.troy@principal.com |
| thomas_perks@vanguard.com | thomsent@columbiafunds.com |
| thomas_phame@ml.com | thomson.c.h.cheung@hsbcpb.com |
| thomas_piontek@freddiemac.com | thomson.scott@nomura-asset.com |
| thomas_rahman@standardlife.com | thomy.zuend@rbscoutts.com |
| thomas_reh@westlb.de | thon.huijser@rabobank.com |
| thomas_rogowski@ustrust.com | thone.gdovin@gwl.com |
| thomas_rothenberger@swissre.com | thong.nguyen@credit-suisse.com |
| thomas_rubbert@hvbamericas.com | thonychen@cmbchina.com |
| thomas_schaub@swissre.com | thor.skaret@seb.se |
| thomas_schrebel@westlb.com | thorarinn.petursson@sedlabanki.is |
| thomas_sculley@hvbamericas.com | thorben.hakanson@commerzbank.com |
| thomas_sherry@ssga.com | thorben.kremers@lbbw.de |
| thomas_spratt@troweprice.com | thorben.luethge@dzbank.de |
| thomas_stolberg@ssga.com | thorben.luethge@hsh-nordbank.com |
| thomas_telford@americancentury.com | thorben.sangkuhl@dghyp.de |
| thomas_uutala@victoryconnect.com | thorkan@divinv.net |
| thomas_vaiana@americancentury.com | thorne.gregory@capmark.funb.com |
| thomas_w_thaler@fleet.com | thorne.gregory@funb.com |
| thomas_watson@troweprice.com | thornton.ma@mellon.com |
| thomas_weigle@fanniemae.com | thorre.sauer@commerzbankib.com |
| thomas_wong@invesco.com | thorstein.vrolijk@rabobank.com |
| thomasa@hp.com | thorsteinn.jonsson@deutsche-hypo.de |
| thomas-c.boyle@db.com | thorsten.albrecht@devif.de |
| thomas-g.winkler@telekom.de | thorsten.balla@haspa.de |
| thomasg@highbridge.com | thorsten.becker@fmr.com |
| thomas-georg.hasenboehler@ubs.com | thorsten.dueser@csadvisorypartners.com |
| thomas-gerhard.huber@ubs.com | thorsten.engelmann@dws.com |
| thomas-j.davis@db.com | thorsten.erbelding@graffenried-bank.ch |
| thomaslee@bankofny.com | thorsten.guse@ruv.de |
| thomasliao@cathaylife.com.tw | thorsten.heidt@commerzbank.com |
| thomasm@mcm.com | thorsten.hock@zkb.ch |
| thomas-markus.oesch@ubs.com | thorsten.hotz@apobank.de |
| thomas-p.schuessler@dws.de | thorsten.knoth@barcap.com |
| thomasread@chinatrustusa.com | thorsten.koch@sebam.de |
| thomass@jwseligman.com | thorsten.komm@hsh-nordbank.com |
| thomas-t.butler@ubs.com | thorsten.kraemer@lrp.de |
| thomas-zd.mueller@ubs.com | thorsten.kuechler@deka.de |
| thomaz@lycos.co.kr | thorsten.kuechler@rahnbodmer.ch |
| thompson@daiwa-ny.com | thorsten.malter@deka.de |
| thompson_astrid@gsb.stanford.edu | thorsten.mehltretter@bhf-bank.com |
| thompson_lynn@fsba.state.fl.us | thorsten.muff@union-panagora.de |
| thompss4@nationwide.com | thorsten.nagel@db.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| thorsten.neumann@union-investment.de | thunelius.j@dreyfus.com |
| thorsten.palinkas@mhcb.co.uk | thunt@eagleglobal.com |
| thorsten.polleit@barcap.com | thunter@libertyview.com |
| thorsten.rieper@hsh-nordbank.com | thurlburt@lordabbett.com |
| thorsten.ruehl@deka.de | thushara_therrien@fanniemae.com |
| thorsten.ruelle@drkw.com | thussain@us.mufg.jp |
| thorsten.runde@amgam.de | thutchinson@bloomberg.net |
| thorsten.runde@hsbctrinkaus.de | thutfilz@angelogordon.con |
| thorsten.salmikeit@db.com | thu-uyen_nguyen@ml.com |
| thorsten.schilling@sebam.de | thuy.cellini@pacificlife.com |
| thorsten.suder@thehartford.com | thuy.doan@uk.bnpparibas.com |
| thorsten.urban@rentenbank.de | thuy.pham@pimco.com |
| thorsten.weinelt@hvb.de | thuyquynh.dang@barclayswealth.com |
| thorsten.winkelmann@allianzgi.de | thv.na@adia.ae |
| thorsten.woelbern@ampegagerling.de | thv@bankinvest.dk |
| thorsten_kanzler@westlb.de | thybo@tbgmc.com |
| thoshino@sakura.co.uk | thyett@fandc.co.uk |
| thosono@nts.ricoh.co.jp | thyge@bloomberg.net |
| thowanger@pershing.com | thymis.carolides@bnpparibas.com |
| thowe@sfim.co.uk | tiago.miguel.santos@bancobpi.pt |
| thowes@bloomberg.net | tiago.requeijo@inginvestment.com |
| thowey@loomissayles.com | tiago.santos@cgd.pt |
| thoye@unumprovident.com | tian.mu@inginvestment.com |
| thp@americancentury.com | tian.q.chen@halbis.com |
| thp@bankinvest.dk | tiarra.webber@firstmidwest.com |
| thre02@handelsbanken.se | tib@nbim.no |
| threlfall.r@tbcam.com | tibor.szikszai@barclaysglobal.com |
| ths@bankinvest.dk | t-ichibagase@taiyo-seimei.co.jp |
| ths@ubp.ch | tidweltj@oge.com |
| thsc@danskecapital.com | tiedwards@fdic.gov |
| thschneider@bloomberg.net | tiemo.wesseling@bng.nl |
| thschneider@union-investment.de | tien.sanlucas@aiminvestments.com |
| thsung@kdb.co.kr | tiend@bloomberg.net |
| tht@bankinvest.dk | tiendoe@gic.com.sg |
| thuang@bear.com | tietz.rob@principal.com |
| thuang@essexinvest.com | tieu-my_nguyen@countrywide.com |
| thuang@hcmlp.com | tiffanie.wong@wellscap.com |
| thuber@troweprice.com | tiffany.fleming@prudential.com |
| thudson@lordabbett.com | tiffany.hayden@tcw.com |
| thuggins@eatonvance.com | tiffany.hewlin@alliancebernstein.com |
| thughes@bayharbour.com | tiffany.lam@ubs.com |
| thu-ha.chow@aberdeen-asset.com | tiffany.stallings@db.com |
| thull@utsystem.edu | tiffany.tian@aig.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tiffany.w.tai@dartmouth.edu | tim.biggs@inginvestment.com |
| tiffany.ying@sgcib.com | tim.breedon@lgim.co.uk |
| tiffany.zahas@columbiamanagement.com | tim.brown@db.com |
| tiffany@caxtonrvh.com | tim.bruenjes@db.com |
| tiffany_rockette@asc.aon.com | tim.burge@allianzcornhill.co.uk |
| tifflin@stanford.edu | tim.butcher@swipartnership.co.uk |
| tifkuo1@bloomberg.net | tim.callaghan@gartmore.com |
| tige.stading@fmr.com | tim.campbell@bailliegifford.com |
| tiger5@scsb.com.tw | tim.campion@aig.com |
| tigeroptionusers@lehman.com | tim.carfi@ge.com |
| tihiro_uematu@am.sumitomolife.co.jp | tim.cassels@sterlingsavings.com |
| tihowe@lehman.com | tim.clemmey@ahliunited.com |
| tiino@us.mufg.jp | tim.cohen@fmr.com |
| tiki@uk.danskebank.com | tim.cooke@credit-suisse.com |
| tilak.silva@alliancebernstein.com | tim.covington@mortgage.wellsfargo.com |
| tilde.tosetti@capitalia-am.com | tim.craigen@threadneedle.co.uk |
| till.bechtolsheimer@ubs.com | tim.crannis@gs.com |
| till.heimlich@glgpartners.com | tim.curran@morgankeegan.com |
| till.menges@bayernlb.de | tim.despain@halliburton.com |
| till.schneider@bhf-bank.com | tim.dickson@swip.com |
| tillit.j@rothschild-cie.fr | tim.dowd@baring-asset.com |
| tillmann.fabry@dekabank.de | tim.dowling@roggeglobal.com |
| tilly.steinbeck@swib.state.wi.us | tim.dulaney@do.treas.gov |
| tilmann.kuhfuss@hsh-nordbank.com | tim.duncker@gs.com |
| tilmann.kuhsuss@hsh-nordbank.com | tim.dunlop@gmacrfc.com |
| tilo.andreas.wannow@frankfurt-trust.de | tim.edmonstone@btfinancialgroup.com |
| tilo.brauer@pioneerinvestments.com | tim.ellerton@morganstanley.com |
| tilsond@bloomberg.net | tim.everist@anz.com |
| tilsonj1@nationwide.com | tim.fahey@fmr.com |
| tim.abbott@highbridge.com | tim.fetten@prudential.com |
| tim.adler@jpmorgan.com | tim.foley@pioneerinvest.com |
| tim.anderson@columbiamanagement.com | tim.foord@barclaysglobal.com |
| tim.antrobus@morganstanley.com | tim.frankenheim@westam.com |
| tim.ashley@bg-group.com | tim.freuer-junghans@dws.com |
| tim.bailey@citadelgroup.com | tim.friebertshaeuser@db.com |
| tim.bailey@jpmorgan.com | tim.fritzenwalder@dbla.com |
| tim.ball@abnamro.com | tim.geissler@rlb-noe.raiffeisen.at |
| tim.barber@huntington.com | tim.george@bailliegifford.com |
| tim.barker@morleyfm.com | tim.gill@citadelgroup.com |
| tim.barker@rothschild.com.au | tim.gill@fmr.com |
| tim.beaven@lgim.co.uk | tim.gittos@exane.com |
| tim.bending@bbg.co.uk | tim.gorle@ubs.com |
| tim.beyer@aiminvestments.com | tim.gough@hsbcam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

tim.grant@aig.com
tim.haaf@de.pimco.com
tim.harenberg@db.com
tim.harris3@morleyfm.com
tim.harth@bbh.com
tim.hartshorn@fmr.com
tim.haywood@augustus.co.uk
tim.heaney@phxinv.com
tim.heffernan@fmr.com
tim.hennig@micorp.com
tim.hogan@fidelity.com
tim.hurst@lgim.co.uk
tim.huyck@fmr.com
tim.j.emmott@aib.ie
tim.jaenecke@ubs.com
tim.jaksland@nordea.com
tim.jarka@thehartford.com
tim.jones@trs.state.tx.us
tim.kelly@hcmny.com
tim.kerr@53.com
tim.keyes@gecas.com
tim.kitt@mortgage.wellsfargo.com
tim.kominiarek@ppmamerica.com
tim.l.musik@wellsfargo.com
tim.lange@henkel.com
tim.lemmon@wamu.net
tim.li@bankofamerica.com
tim.lindvall@aig.com
tim.lucas@morleyfm.com
tim.lueninghoener@commerzbankib.com
tim.m.cahill@aib.ie
tim.macdonald@hsbcam.com
tim.macek@ubsw.com
tim.madraimov@jpmorgan.com
tim.madsen@nordea.com
tim.mankus@wellsfargo.com
tim.mann@lgim.co.uk
tim.martin@blackrock.com
tim.mccarron@uk.fid-intl.com
tim.mccarthy@alliancebernstein.com
tim.mccaughey@nab.com.au
tim.mccrady@inginvestment.com
tim.mckenzie@glgpartners.com

tim.mcleod@barclaysglobal.com
tim.medland@glgpartners.com
tim.mills@nationwide.co.uk
tim.monahan@sunlife.com
tim.moore@aiminvestments.com
tim.morris@morganstanley.com
tim.mueller1@zkb.ch
tim.mulrennan@pioneerinvest.com
tim.nguyen@cpa.state.tx.us
tim.nierste@ihe.com
tim.norman@thrivent.com
tim.o'day@ny.frb.org
tim.o'dell@investecmail.com
tim.olijerhoek@nl.abnamro.com
tim.pearce@rbccm.com
tim.pickering@northernrock.co.uk
tim.pihl@wamu.net
tim.powell@4086.com
tim.pratt@wachovia.com
tim.rees@insightinvestment.com
tim.reynolds@ers.state.tx.us
tim.reynolds@usaa.com
tim.rovekamp@dexia.be
tim.russell@lazam.co.uk
tim.russell@usbank.com
tim.ryan.fmrco@fmr.com
tim.ryan@thehartford.com
tim.saigol@lloydstsb.co.uk
tim.salter@bis.org
tim.schmelzer@aareal-bank.com
tim.scholefield@swipartnership.co.uk
tim.segboer@bng.nl
tim.sexton@db.com
tim.shardman@fandc.com
tim.sheehan@fortisinvestments.com
tim.short@axaframlington.com
tim.skeet@dresdnerkb.com
tim.slotover@citigroup.com
tim.smith@axa-im.com
tim.smollen@dkrw.com
tim.soetens@philips.com
tim.spencer@barcap.com
tim.stephens@barcap.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tim.stevenson@firstunion.com | tim_jenkins@tigerfund.com |
| tim.sundell@inginvestment.com | tim_lasham@invesco.com |
| tim.sutton@rbccm.com | tim_leach@ustrust.com |
| tim.swanson@evergreeninvestments.com | tim_lucas@newton.co.uk |
| tim.swanson@nationalcity.com | tim_mahoney@ml.com |
| tim.t.bennett@aib.ie | tim_miller@americancentury.com |
| tim.tackett@midfirst.com | timm_murphy@campbellsoup.com |
| tim.tanner@morleyfm.com | tim_parker@troweprice.com |
| tim.taylor@bankofengland.co.uk | tim_reid@hsbcsecuritiesinc.com |
| tim.temple@sarasin.co.uk | tim_rice@sfmny.com |
| tim.tomalin-reeves@db.com | tim_richards@westlb.co.uk |
| tim.tookey@ltsb-finance.co.uk | tim_sai_louie@westlb.co.uk |
| tim.tucker@aig.com | tim_schmidt@freddiemac.com |
| tim.vanklaveren@ubs.com | tim_stark@capgroup.com |
| tim.wartman@midstates.org | tim_thiebout@bankone.com |
| tim.webb@barclaysglobal.com | tim_w_bond@bankone.com |
| tim.wilhide@thehartford.com | tim_wilson@newton.co.uk |
| tim.winstone@ubs.com | tim_woolley@glenmede.com |
| tim.withey@axa-im.com | tim1@bloomberg.net |
| tim.wittich@inginvestment.com | timalb@bloomberg.net |
| tim.wong@barclaysglobal.com | timbrown@northwesternmutual.com |
| tim.wong@bmonb.com | timbsi@bloomberg.net |
| tim.woods@lloydstsb.co.uk | timbul_budi@bi.go.id |
| tim.young@bankofengland.co.uk | timchilde@quilterjersey.com |
| tim.zelgert.q07p@statefarm.com | timd@bpviinc.com |
| tim@bpviinc.com | timea.gregorcsok@sl-am.ch |
| tim@independentsector.org | timfetter@eatonvance.com |
| tim@sandlercap.com | timh@bgi-group.com |
| tim_aylott@blackrock.com | timhok@safeco.com |
| tim_bartosh@ctxmort.com | timhylton@sceptre.ca |
| tim_bei@troweprice.com | timi_burgess@ntrs.com |
| tim_binks@capgroup.com | timkellen@northwesternmutual.com |
| tim_brown@fanniemae.com | timkenny@nifa.org |
| tim_coughlin@morganstanley.com | timl@chgroup.com |
| tim_edwards@mgic.com | timlee@gic.com.sg |
| tim_fitzgerald@dpimc.com | timm.hoeynck@hsh-nordbank.com |
| tim_garry@ssga.com | timo.boehm@de.pimco.com |
| tim_gary@ssga.com | timo.kuerschner@bw-bank.de |
| tim_gaudette@putnam.com | timo.schild@deka.de |
| tim_gaudette@ssga.com | timo.seiler@lbbw.de |
| tim_holihen@mail.bankone.com | timon.lissel@wgz-bank.de |
| tim_i_murphy@acml.com | timos.daskalopoulos@csam.com |
| tim_jacobson@consecofinance.com | timothe.rauly@axa-im.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

timothee.malphettes@groupe-mma.fr
timothy.anderson@wachoviasec.com
timothy.andrew@wellsfargo.com
timothy.bacik@alliancebernstein.com
timothy.barrett@ibtco.com
timothy.batten@fmr.com
timothy.bias@imsi.com
timothy.bradshaw@gartmore.com
timothy.burger@umb.com
timothy.caffrey@thehartford.com
timothy.compan@nationalcity.com
timothy.corbett@thehartford.com
timothy.coyne@nationalcity.com
timothy.crandall@usbank.com
timothy.cronin@columbiamanagement.com
timothy.deegan@daiwausa.com
timothy.dorey@bmo.com
timothy.drinkall@morganstanley.com
timothy.foster@uk.fid-intl.com
timothy.gage@morganstanley.com
timothy.gleason@harrisbank.com
timothy.hanson@bmo.com
timothy.harth@prudential.com
timothy.hawkins@lmginv.com
timothy.hellmann@credit-suisse.com
timothy.holmes@national-city.com
timothy.horan@pioneerinvest.com
timothy.j.morris@jpmorgan.com
timothy.j.snyder@jpmorgan.com
timothy.jannetta@morganstanley.com
timothy.johnson@blackrock.com
timothy.johnson@ny.frb.org
timothy.k.y.tso@hsbcrepublic.com
timothy.keenan@barclayscapital.com
timothy.kleiman@deshaw.com
timothy.lambour@pncadvisors.com
timothy.leask@jpmorganfleming.com
timothy.leitch@jbsswift.com
timothy.ligowski@nyc.nxbp.com
timothy.lyons@citadelgroup.com
timothy.m.gamache@jpmorgan.com
timothy.m.johnson@co.hennepin.mn.us
timothy.m.shannon@jpmorgan.com

timothy.m.weber@columbiamanagement.com
timothy.mackin@nationalcity.com
timothy.macphail@wachovia.com
timothy.malloy@baring-asset.com
timothy.martin@bankofamerica.com
timothy.martin@nordlb.com
timothy.matson@ap.ing.com
timothy.mccabe@huntington.com
timothy.mcdonough@national-city.com
timothy.mckean@mhcb.co.uk
timothy.moss@alliancebernstein.com
timothy.mulrenan@pioneerinvest.com
timothy.murphy@janus.com
timothy.murray@barclaysglobal.com
timothy.nelson@fafadvisors.com
timothy.neumann@jpmorganfleming.com
timothy.noonan@blackrock.com
timothy.o'grady@pncadvisors.com
timothy.p.faselt@us.hsbc.com
timothy.parton@jpmorgan.com
timothy.pihl@chase.com
timothy.pynchon@pioneerinvest.com
timothy.rea@fandc.com
timothy.rezvan@blackrock.com
timothy.riddell@ubs.com
timothy.routledge@blackrock.com
timothy.s.brown@morganstanley.com
timothy.settel@lazard.com
timothy.shannon@morganstanley.com
timothy.stoll@abnamro.com
timothy.swenson@xlgroup.com
timothy.tan@bayernlb.de
timothy.taylor@morganstanley.com
timothy.tiani@rbsgc.com
timothy.veraska@morganstanley.com
timothy.walz@lbbwus.com
timothy.welch@barclaysglobal.com
timothy.white@mizuhocbus.com
timothy.whitehead@insightinvestment.com
timothy.wood@rbc.com
timothy.x.woods@jpmorgan.com
timothy.yanoti@ge.com
timothy_bitsberger@freddiemac.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| timothy_blair@notes.ntrs.com | tina.sadler@templeton.com |
| timothy_browse@ml.com | tina.schumacher@okobank.fi |
| timothy_codrington@putnam.com | tina.shaw@gibuk.com |
| timothy_cook@ssga.com | tina.stumpf@dzbank.de |
| timothy_corbett@ssga.com | tina.suo@pimco.com |
| timothy_daggett@swissre.com | tina.swedenborghall@fortis.com |
| timothy_dillane@merck.com | tina.tanaka-ishida@gwl.com |
| timothy_e_kehoe@fleet.com | tina.thompson@mortgagefamily.com |
| timothy_edmonstone@putnam.com | tina.ventura@abbott.com |
| timothy_evnin@ustrust.com | tina.wegmueller@baloise.ch |
| timothy_ferguson@putnam.com | tina.zumer@ecb.int |
| timothy_furbush@ssga.com | tina_hsiao@mfcinvestments.com |
| timothy_heller@freddiemac.com | tina_wang@scudder.com |
| timothy_j_conway@fleet.com | tinachiu@sohu.com |
| timothy_jacoutot@ml.com | tinalin@mail.cbc.gov.tw |
| timothy_lyons@putnam.com | tincherj@strsoh.org |
| timothy_reil@nylim.com | tindallp@uk.ibm.com |
| timothy_ryan@ssga.com | tine.denorme@fortisinvestments.com |
| timothy_w_eisel@mail.bankone.com | tineeck@fdic.gov |
| timothys@bloomberg.net | tineka.smart@jpmchase.com |
| timothystrickland@synovus.com | tineke_frikkee@newton.co.uk |
| timothy-t.ryan@db.com | ting.chen@email.chinatrust.com.tw |
| timothytan@dbs.com | ting.cui@dartmouth.edu |
| timothyteo@gic.com.sg | ting.so@barclaysglobal.com |
| timothyweir@wessex.co.uk | ting_li@ssga.com |
| timstubbs@gic.com.sg | tinga8@singnet.com.sg |
| timu@pwmco.com | tingelsby@gscpartners.com |
| timw@treasury.state.az.us | tinglei@wellsfargo.com |
| tin.chan@pioneerinvest.com | ting-ting_yu@freddiemac.com |
| tina.allen@threadneedle.co.uk | tinguely@bordier.com |
| tina.cao@rabobank.com | tingz@wharton.upenn.edu |
| tina.chen@barclaysglobal.com | tinh.tieu@ge.com |
| tina.fendl@morganstanley.com | tinireen@aol.com |
| tina.forssgren@ubs.com | tinka.kleine@pggm.nl |
| tina.heath@axa-im.com | tinnes@metlife.com |
| tina.huang@email.chinatrust.com.tw | tino.petzold@sachsenlb.de |
| tina.jeffery-heath@axa-im.com | tino.sarantis@bsibank.com |
| tina.jung@ge.com | tino.spina@dexia-bil.com |
| tina.knecht@vontobel.ch | tino.tziotzios@vpbank.com |
| tina.long@truscocapital.com | tino@fmr.com |
| tina.mortensen@nordea.com | tinomata@daiwasbi.co.jp |
| tina.rogers@gartmore.com | tintin@unionbankph.com |
| tina.rosenkranz@helaba.de | tioga326@msn.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tiongguan@dbs.com | tj4@ntrs.com |
| tiricia_mills@ustrust.com | tjab@bloomberg.net |
| t-irie@ikedabank.co.jp | tjabez@cpr-am.fr |
| tironi@bloomberg.net | tjackson@caxton.com |
| tisch@bloomberg.net | tjackson@hcmlp.com |
| tiseki@suntory.com | tjacobs1@frk.com |
| tisha.jackson@columbiamanagement.com | tjacobson@lordabbett.com |
| tisha_tyson@fanniemae.com | tjacos@waddell.com |
| tishfield_marc@jpmorgan.com | tjamme.klaren@ingim.com |
| t-ishihara@nochubank.or.jp | tjane@wellington.com |
| tishmael@tiaa-cref.org | tjard.westbroek@rabobank.com |
| titierni@bi.go.id | tjaron@dkpartners.com |
| titilayo.udoh@mortgagefamily.com | tjayne@wellington.com |
| tito.acosta@soros.com | tjb@columbus.com |
| titoli@buc.ch | tjbaur@greatsouthernbank.com |
| titoli@capitalgest.it | tjbrodeur@lmus.leggmason.com |
| titoli1@bloomberg.net | tjbryant@statestreet.com |
| titschrivero@bloomberg.net | tjcasey@standishmellon.com |
| titus.liu@citadelgroup.com | tjcoleman@wellington.com |
| titus.schnyder@zkb.ch | tjeerd.van.cappelle@ingim.com |
| tivan.bovington@abrir.ch | tjeerd.voskamp@threadneedle.co.uk |
| tiw@statoil.com | tjeert.keijzer@ingim.com |
| tiwamoto@bloomberg.net | tjeffrey@ci.palm-desert.ca.us |
| t-iwasa@pub.taisei.co.jp | tjemme.van.der.meer@nl.abnamro.com |
| tiya.walker@jpmorgan.com | tjenkins@pwmco.com |
| tiziana.bocus@dbfm.it | tjensen@allstate.com |
| tiziana.costa@alpitour.it | tjerk.methorst@pggm.nl |
| tiziana.nart@mail.alleanzaassicurazioni.i | tjester@bloomberg.net |
| tiziana.palladini@capitalia-am.com | tjian@mfs.com |
| tiziana.rizzati@pioneerinvest.it | tjiang@fhlbc.com |
| tiziana.rossi@arcafondi.it | tjibbe.van.houten@ingin.com |
| tiziano.bregagnollo@bancaakros.it | tjin.ong.kwok@nordlb.com |
| tiziano.brianza@ceresiobank.com | tjjb@capgroup.com |
| tiziano.fantozzi@bper.it | tjkamerich@pepco.com |
| tizuta@wellington.com | tjkennelly@bkb.com |
| tj.brannon@columbiamanagement.com | tjkwon@kookminbank.com;tjkwon@bloomberg.net |
| tj.hughes@morganstanley.com | tjmacdonald@statestreet.com |
| tj.maher@evergreeninvestments.com | tjmccarthy@wellington.com |
| tj.vigliotta@lazard.com | tjmccormack@wellington.com |
| tj@nationalbanken.dk | tjmcglinn@uss.com |
| tj_brannon@ustrust.com | tjmeidhof@wellington.com |
| tj_kravits@bankone.com | tjmillard@fhlbatl.com |
| tj1@ntrs.com | tjmiller@waddell.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tjn610@comcast.net | tkelley@dlbabson.com |
| tjnam@bok.or.kr | tkelley@loomissayles.com |
| tjo@nbim.no | tkellis@azoa.com |
| tjohansen@bostonprobes.com | tkellner@fiduciarymgt.com |
| tjohn@princeton.edu | tkempner@dkpartners.com |
| tjohnson@deerfieldcapital.com | tkendall@fsa.com |
| tjohnson@denveria.com | tkennedy@tribune.com |
| tjohnson@wilmingtontrust.com | tkenny@munder.com |
| tjohnson63@cox.net | tkerns@rentec.com |
| tjomme.dijkma@fandc.com | t-kiang.tan@ubs-oconnor.com |
| tjonasz@msfi.com | tkieran@blackrock.com |
| tjones@mfs.com | tkihara@bloomberg.net |
| tjones8@bloomberg.net | tkim@canyonpartners.com |
| tjordan@troweprice.com | tkimura@ifc.org |
| tjosien@oddo.fr | tkirchmaier@meag.com |
| tjt2@notes.ntrs.com | tkisaka@wilmingtontrust.com |
| tjthomas@bloomberg.net | tkk@capgroup.com |
| tjuarez@mailbox.lacity.org | tklee@mas.gov.sg |
| tjudd@hhhinfo.org | tklimes@caxton.com |
| tjudson@husic.com | tklingman@bloomberg.net |
| tjum@samsung.co.kr | tkmiotek@chicagocapital.com |
| tjurevic@loomissayles.com | tkne@victoryconnect.com |
| tjyoung@stephens.com | tknight@aegonusa.com |
| tk@carnegieam.dk | tkniola@standishmellon.com |
| tkabisch@meag.com | tknutson@voyageur.net |
| tkadlec@paladininvestments.com | tko@lrc.ch |
| t-kaida@nissay.co.jp | tkoba@dl.dai-ichi-life.co.jp |
| tkamimura@wellington.com | t-koba@nochubank.or.jp |
| tkamo@wellington.com | tkoether@caxton.com |
| t-kanamaru@nochubank.or.jp | tkohata@tiaa-cref.org |
| tkane@bankofny.com | tkolefas@tiaa-cref.org |
| tkaneko@perrycap.com | tkono@dl.dai-ichi-life.co.jp |
| tkaniewski@munder.com | tkontos@alger.com |
| t-kato@nochubank.or.jp | tkooyker@blenheiminv.com |
| tkatsumi@btmna.com | tkotrec@transat.tm.fr |
| tkauss@williamblair.com | tkovalsky@bayharbour.com |
| t-kawamoto@ioi-sonpo.co.jp | tkp@paradigmasset.com |
| tkcho@bloomberg.net | tkroeber@meag-ny.com |
| tkeaney@bankofny.com | tkroutil@lkcm.com |
| tkearney4@bloomberg.net | tkrushman@acecapitalre.com |
| tkeffer@oppenheimerfunds.com | tkubo@nochubank.or.jp |
| tkeitel@amfin.com | tkuchler@hcmlp.com |
| tkellenberger@aegonusa.com | tkulinski@invest.treas.state.mi.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tkuo@ftci.com | tlightcap@perrycap.com |
| tkurisu@aamcompany.com | tlindemann@bloomberg.net |
| tkurisu@williamblair.com | tliston@humana.com |
| t-kuroda@nissay.co.jp | tlitt@perrycap.com |
| tkurtz@meag.com | tlj@compassbnk.com |
| tkushi@sompo-japan.co.jp | tljohnson@aegonusa.com |
| tkytoenen@pembacreditadvisers.com | tlkaufman@statestreet.com |
| t-l.kamann@federated.de | tllim@mas.gov.sg |
| tl@cgii.com | tloh@perrycap.com |
| tl@dsaco.com | tlong@wellington.com |
| tl_tsang@putnam.com | tlord@bear.com |
| tl10@ntrs.com | tlpappas@wellington.com |
| tl337@cornell.edu | tls@capgroup.com |
| tl4236@meiji-life.co.jp | tlt@tchinc.com |
| tlacraz@pictet.com | tlucifero@astoriafederal.com |
| tlam@pictet.com | tlunde2@bloomberg.net |
| tlamar@bloomberg.net | tlusk@federatedinv.com |
| tlamb@art-allianz.com | tluster@eatonvance.com |
| tlane@wescorp.org | tly@nbim.no |
| tlangela@notes.banesto.es | tlyman@firstcitizensbank.com |
| tlanyi@templeton.com | tlynch12@bloomberg.net |
| tlar@nykredit.dk | tlyons@quadrantcapital.com |
| tlarson@ftadvisors.com | tm.yap@vtbeurope.com.sg |
| tlau1@metlife.com | tmacklem@bank-banque-canada.ca |
| tlay@cdcixis-cm.com | tmacrini@oppenheimerfunds.com |
| tlbearman@delinvest.com | tmadden@federatedinv.com |
| tlcancelarich@wellington.com | tmadesclaire@groupama-am.fr |
| tleach@ustrust.com | t-maeda@nissay.co.jp |
| tlee@nystrs.state.ny.us | tmaffia@tiaa-cref.org |
| tlee@wellington.com | tmaglia@kbw.com |
| tlefevre@wscapital.com | tmagness@troweprice.com |
| tlemkin@canyonpartners.com | tmaher@lordabbett.com |
| tlenihan@metlife.com | tmahon@nylim.com |
| tlennon2@metlife.com | tmajors@barbnet.com |
| tleone@tiaa-cref.org | t-makita@nochubank.or.jp |
| tleonhard@meag.com | tmallman@cwhenderson.com |
| tlerchl@meag.com | tmaloney@mfs.com |
| tleturno@fhlbc.com | tman@danskebank.dk |
| tlevering@wellington.com | tmandel@utendahl.com |
| tlewis@waddell.com | tmangan@websterbank.com |
| tlhansen@gr.dk | tmanthe@aegonusa.com |
| tli@babsoncapital.com | tmanzi@standishmellon.com |
| tlibassi@gscpartners.com | tmarks@quantjock.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tmartens@meag.com | tmetzold@eatonvance.com |
| tmarthaler@chicagocapital.com | tmholzhauser@midamerican.com |
| tmartin@perrycap.com | tmilani@arborresearch.com |
| tmarvel@ustrust.com | tmilazzo@hncbank.com |
| tmarzilli@standishmellon.com | tmiller@clarkest.com |
| tmason@co.la.ca.us | tmiller@fhlbatl.com |
| tmason@loomissayles.com | tmiller@osc.state.ny.us |
| t-matsuzawa@mitsubishi-motors.co.jp | tmiller1@frk.com |
| tmaxwell@martincurrie.com | tmilovanov@angelogordon.com |
| tmaxwell@rwbaird.com | tminami@btmna.com |
| tmay@viningsparks.com | tminnick@tswinvest.com |
| tmccarthy@rockco.com | tminor@ubs.com |
| tmccauley@fhlbatl.com | tmiot@lvmh.fr |
| tmcclone@williamblair.com | tmiraglia@howeandrusling.com |
| tmcclure@state.tn.us | tmitchell@federatedinv.com |
| tmccorkell@seic.com | tmitchell@provnet.com |
| tmccormick@bankofny.com | tmitchell@snwsc.com |
| tmccormick@williamblair.com | tmiyagawa@nissay.co.uk |
| tmccoy@fhhlc.com | tmizuno@jp.statestreet.com |
| tmccubbin@asbcm.com | tmm@capgroup.com |
| tmccullagh@martincurrie.com | tmm@dodgeandcox.com |
| tmcdonnell@babsoncapital.com | tmm@sitinvest.com |
| tmcevilly@lincap.com | tmo@canyonpartners.com |
| tmcfaul@stwca.com | tmobrien@delinvest.com |
| tmcgann@leggmason.com | tmocarski@navispartners.com |
| tmcginnis@bloomberg.net | tmoe@omega-advisors.com |
| tmcglinch@voyageur.net | tmoeller@union-investment.de |
| tmcgurkin@leggmason.com | tmoi@statoil.com |
| tmckee@bloomberg.net | tmolloy@hapoalimusa.com |
| tmcmahon@westernasset.com | tmomose@bloomberg.net |
| tmcmeekin3@gmail.com | tmoore@caxton.com |
| tmctague@grneam.com | tmoore@luminentcapital.com |
| tmdargie@statestreet.com | tmoore@smithbreeden.com |
| tmeichl1@bloomberg.net | tmorgan55@bloomberg.net |
| tmeirink@copera.org | tmorimoto@nissay.co.uk |
| tmelendez@mfs.com | tmorris@keybanccm.com |
| tmelguiz@notes.banesto.es | tmorton@russell.com |
| tmelillo@fwg.com | tms.padoaschioppa@ecb.int |
| tmengel@waddell.com | tms@dodgeandcox.com |
| tmennie@stonebridgebank.com | tms2@ntrs.com |
| tmeringoff@statestreet.com | tmuccia@firstmanhattan.com |
| tmerkle@steinroe.com | tmudie@munder.com |
| tmermagen@bloomberg.net | tmueller8@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tmullen@allstate.com | tnobezawa1@sompo-japan.co.jp |
| tmuller@insinger.com | tnobile@bankofny.com |
| tmullig@ftci.com | tnocella@halcyonllc.com |
| tmulligan@eagle.rjf.com | tnocella@us.nomura.com |
| tmullin1@bloomberg.net | tnordstrom@fnni.com |
| tmulvaney@braeburncapital.com | tnpickering@wellington.com |
| tmurao@dia-lease.co.jp | tnutt@delinvest.com |
| tmurphy@congressasset.com | tnw.tr@adia.ae |
| tmurphy@fwg.com | toa@nykredit.dk |
| tmurphy@jefco.com | toan.nguyen@wamu.net |
| tmurphy01@bloomberg.net | tob@ingalls.net |
| tmurray@fdic.gov | toba@nam.co.jp |
| tmusante@sunamerica.com | toback@ellington.com |
| tmusto@silchester.com | tobe.epstein@corporate.ge.com |
| tmyers@vmfcapital.com | tobeconfirmed@ubs.com |
| tn@capgroup.com | tober@entergy.com |
| t-nagaoka@nochubank.or.jp | tober@meag.com |
| tnak@bloomberg.net | toberhaus@lordabbett.com |
| tnakauchi@btm.co.uk | tobias.beck@dzbank.de |
| tnallasamy@westernasset.com | tobias.becker@rabobank.com |
| tnantell@csom.umn.edu | tobias.bettkober@credit-suisse.com |
| tnapholtz@allstate.com | tobias.engel@aareal-bank.com |
| tnapholz@allstate.com | tobias.frei@oppenheim.ch |
| tnappy@loews.com | tobias.geyer@cominvest.de |
| tnau@hcmlp.com | tobias.grun@gartmore.com |
| tnavasardian@caxton.com | tobias.halasz@sarasin.ch |
| tndoyle@standishmellon.com | tobias.hopp@fortis.lu |
| tneale@wilmingtontrust.com | tobias.ilgen@westimmo.de |
| t-negama@taiyo-seimei.co.jp | tobias.jerschke@kuehne-nagel.com |
| tnelson@frk.com | tobias.klein@first-private.de |
| tnesbitt@evcap.bm | tobias.kohls@dit.de |
| tnest@gsc.com | tobias.maier@ikb.de |
| tnewlin@lnc.com | tobias.merath@credit-suisse.com |
| tng.kweelian@uobgroup.com | tobias.neppl@commerzbank.com |
| tnguyen@metlife.com | tobias.prokesch@de.pimco.com |
| tnguyen@saybrook.net | tobias.schmidt@feri.de |
| tnhill@jhancock.com | tobias.schulte@ubs.com |
| tnicholson@bbandt.com | tobias.spaeti@db.com |
| tnielsen@jyskeinvest.dk | tobias.spandri@de.pimco.com |
| tnielsen@lehman.com | tobias.stein@union-panagora.de |
| tnixon@smithbreeden.com | tobias.strelow@bayernlb.de |
| tnmanning@wellington.com | tobias.tolino@inginvestment.com |
| tnnguyen@jhancock.com | tobias.welo@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tobias.widmer@juliusbaer.com | todd.adams@midstates.org |
| tobias.windecker@dit.de | todd.barger@state.nm.us |
| tobias.windmeier@cominvest.de | todd.barker@citadelgroup.com |
| tobias.windmeier@cominvest-am.com | todd.barre@harrisbank.com |
| tobias.wuertzl@credit-suisse.de | todd.bates@inginvestment.com |
| tobias.wyss@claridenleu.com | todd.beekman@fmr.com |
| tobias.x.mensing@jpmorgan.com | todd.bocabella@blackrock.com |
| tobias.zwimpfer@hyposwiss.ch | todd.brabazon@fmr.com |
| tobias_astor@blackrock.com | todd.buchner@credit-suisse.com |
| tobias_bucks@newton.co.uk | todd.burnside@blackrock.com |
| tobifi@bezeq.com | todd.chesterpal@pnc.com |
| tobin.kim@clinton.com | todd.davis@fidelity.com |
| tobin.thomas@nationalcity.com | todd.dewberry@huntington.com |
| tobin@bessemer.com | todd.edgar@tudor.com |
| tobita.shigemi@sumitomo-rd.co.jp | todd.ehret@wpginvest.com |
| tobl02@handelsbanken.se | todd.fletcher@lehman.com |
| tobrien@loomissayles.com | todd.fraser@schwab.com |
| tobruns@bloomberg.net | todd.gjervold@citadelgroup.com |
| tobryan@williamblair.com | todd.glassman@fmr.com |
| tobul.g@fibi.co.il | todd.glick@citadelgroup.com |
| toby.foord-kelcey@threadneedle.co.uk | todd.gronski@ge.com |
| toby.hayes@insightinvestment.com | todd.hanssen@wamu.net |
| toby.hudson@schroders.com | todd.harris@pnc.com |
| toby.lewis@fmr.com | todd.healy@micorp.com |
| toby.mansell@mondrian.com | todd.herget@columbiamanagement.com |
| toby.rackliff@uk.abnamro.com | todd.herlihy@morganstanley.com |
| toby.rome@rbccm.com | todd.houghton@bmonb.com |
| toby.ross@bailliegifford.com | todd.humphreys@sscims.com |
| toby.vaughan@fandc.com | todd.hunter@wachovia.com |
| toby.warburton@barclaysglobal.com | todd.hurtubise@blackrock.com |
| toby_baker@troweprice.com | todd.huskinson@deshaw.com |
| toby_maczka@bankone.com | todd.jablonski@csam.com |
| toby_markes@americancentury.com | todd.jorgensen@himco.com |
| toby_michaud@ssga.com | todd.kreitzman@ftnmidwest.com |
| tocchiolini@mfs.com | todd.l@mellon.com |
| tochiai@us.tr.mufg.jp | todd.leon@highbridge.com |
| toconnor@armfinancial.com | todd.ludgate@swib.state.wi.us |
| tod.fairbanks@bms.com | todd.m.brown@jpmorganfleming.com |
| tod.mc-kenna@ingim.com | todd.m.lovell@morganstanley.com |
| tod.nasser@pacificlife.com | todd.maddock@rocklandtrust.com |
| tod.vanname@fbfinance.com | todd.marciniak@morganstanley.com |
| toda@dl.dai-ichi-life.co.jp | todd.mccallister@eagleasset.com |
| todd.a.neils@wellsfargo.com | todd.meadow@dillonread.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| todd.mick@columbiamanagement.com | todd_wolter@nacm.com |
| todd.murray@ge.com | todd-a.greenfield@ubs.com |
| todd.myers@americo.com | toddagger@northwesternmutual.com |
| todd.petersen@prudential.com | toddcheney@synovusmortgage.com |
| todd.phin@highbridge.com | toddj@citysummit.com |
| todd.prado@janus.com | toddjankowski@northwesternmutual.com |
| todd.ragusa@ge.com | toddkuimjian@tagfolio.com |
| todd.rogers@sgcib.com | toddm@loopcap.com |
| todd.schroeder@citadelgroup.com | toddp@pwmco.com |
| todd.schubert@gecapital.com | toddr@ruanecunniff.com |
| todd.schwartz@usbank.com | toddwisner@gmacm.com |
| todd.shirak@shenkmancapital.com | todor.todorov@credit-suisse.com |
| todd.smith@swib.state.wi.us | todoroki_yoshitaka@dn.smbc.co.jp |
| todd.snyder@putnam.com | todorov@apple.com |
| todd.stitt@wachovia.com | todryka@nationwide.com |
| todd.trapp@honeywell.com | tofi.lakhani@shenkmancapital.com |
| todd.wood@ftnmidwest.com | togashi@daiwa-am.co.jp |
| todd.woodacre@bbh.com | togiso@sompo-japan.co.jp |
| todd@ardsley.com | togorman@vaamllc.com |
| todd@scm-lp.com | togrady@westernasset.com |
| todd@stw.com | toh.sweehuat@uobgroup.com |
| todd_bean@ssga.com | toh@nykredit.dk |
| todd_block@gmacm.com | tohallor@lordabbett.com |
| todd_brezinski@ssga.com | to-harada@ja-kyosai.or.jp |
| todd_buechs@nacm.com | tohnakamura@bloomberg.net |
| todd_buesch@nacm.com | t-ohno@kokusai.co.jp |
| todd_cooper@swissre.com | toho08@handelsbanken.se |
| todd_e_hoffman@keybank.com | tohoport@nifty.com |
| todd_e_peterson@fanniemae.com | tohpat@bloomberg.net |
| todd_fellerman@ustrust.com | tohru_yuhara@mufg.jp |
| todd_finkelstein@conning.com | tohru-hashizume@am.mufg.jp |
| todd_james@capgroup.com | tohsengg@bnm.gov.my |
| todd_kennedy@ssga.com | toine.picokrie@ingim.com |
| todd_lines@freddiemac.com | toine.teulings@nibc.com |
| todd_m_smith@ml.com | t-oishi@yasuda-life.co.jp |
| todd_macijauskas@conning.com | toishigawa20856@nissay.co.jp |
| todd_parker@fanniemae.com | toiw01@handelsbanken.se |
| todd_parsons@elliottandpage.com | tojima.m@mellon.com |
| todd_peters@americancentury.com | tojo04@handelsbanken.se |
| todd_qed@yahoo.com | tok.pr@adia.ae |
| todd_smith@calpers.ca.gov | tok@ntga.ntrs.com |
| todd_stewart@nylim.com | tokaigolf@bloomberg.net |
| todd_urbon@cargill.com | tokamoto4@sompo-japan.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tokes@allstate.com | tom.carroll@fmr.com |
| toki_shinichi@mail.asahi-life.co.jp | tom.casey@wamu.net |
| toki-akitomo@mitsubishi-sec.co.jp | tom.cb.elliott@jpmorganfleming.com |
| tokiko.shimizu@boj.or.jp | tom.ceusters@dexia-us.com |
| tokio_kondo@mitsui-seimei.co.jp | tom.chang.hbw1@statefarm.com |
| tokoro@daiwasbi.co.jp | tom.chistolini@fmr.com |
| toku_chen@ml.com | tom.clark@fmgglobal.com |
| tokugin@bloomberg.net | tom.clark@raymondjames.com |
| tokuhara.m@daiwa-am.co.jp | tom.clarke@ubs.com |
| tokunaga@nam.co.jp | tom.coleman@moorecap.com |
| tokuoka.shoichi@kokusai-am.co.jp | tom.cook@commerzbankib.com |
| tokushima@nam.co.jp | tom.copeland@aegon.co.uk |
| tokushima02362@nissay.co.jp | tom.copper@threadneedle.co.uk |
| tokyoprogramtrading@lehman.com | tom.crombie@aegon.co.uk |
| tol@bcmnet.nl | tom.cullen@blackrock.com |
| tolentino@bessemer.com | tom.cunningham@us.fortis.com |
| tolga.durmusoglu@isbank.com.tr | tom.dailey@calvertgroup.com |
| tolga.i.uzuner@jpmorgan.com | tom.davidson@osterweis.com |
| tolga.kirbay@fortis.com.tr | tom.day@sgcib.com |
| tolivierre@perrycap.com | tom.demeyer@ingim.com |
| tolle.groterud@telenor.com | tom.denkler@aig.com |
| tolloni.francesca@alitalia.it | tom.denniston@citadelgroup.com |
| tolsen@img-dsm.com | tom.dhaenens@fortis.com |
| tom.a.ahern@chase.com | tom.doyle@citadelgroup.com |
| tom.abrams@columbiamanagement.com | tom.dutta@thrivent.com |
| tom.allen@fmr.com | tom.eich@lbbw.de |
| tom.arthur@glgpartners.com | tom.elder@nomura-asset.co.uk |
| tom.attwood@icgplc.co.uk | tom.finnegan@huntington.com |
| tom.avazian@bankofamerica.com | tom.franke@raymondjames.com |
| tom.bartlam@icgplc.co.uk | tom.galvin@columbiamanagement.com |
| tom.bastian@vankampen.com | tom.glynn@ilim.com |
| tom.bauwens@gs.com | tom.grabenstatter@huntington.com |
| tom.billiard@pacificlife.com | tom.graf@wachovia.com |
| tom.borer@wamu.net | tom.grogan@dzbank.ie |
| tom.brofors@seb.se | tom.hartung@sachsenlb.de |
| tom.brooks@fmr.com | tom.hayes@boimail.com |
| tom.brown@glgpartners.com | tom.hedges@gartmore.com |
| tom.burke@blackrock.com | tom.heineke@bayerninvest.de |
| tom.c.lynch@aib.ie | tom.hickey@moorecap.co.uk |
| tom.calimano@pncbank.com | tom.hickey@moorecap.com |
| tom.cammack@trs.state.tx.us | tom.hill@ubs.com |
| tom.carr@lgim.co.uk | tom.holflod@nordea.com |
| tom.carroll@aamcompany.com | tom.holland@abnamro.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tom.hooper@aberdeen-asset.com | tom.morrow@fluor.com |
| tom.howse@clarica.com | tom.murray@jpmorgan.com |
| tom.huelin@aberdeen-asset.com | tom.murray1@ge.com |
| tom.hughes@db.com | tom.neary@gmacm.com |
| tom.jackson@clinton.com | tom.nevin@opco.com |
| tom.jackson@ingfunds.com | tom.nicholas@barclaysglobal.com |
| tom.johannessen@drkw.com | tom.oelrich@dzbank.de |
| tom.johnson@gwl.com | tom.ogrady@cooperindustries.com |
| tom.johnson@harrisbank.com | tom.okeefe@aig.com |
| tom.johnson@wachovia.com | tom.o'keeffe@aig.com |
| tom.kellet@barclayscapital.com | tom.olsson@dnbnor.com |
| tom.kendrat@pncbank.com | tom.oneill@highbridge.com |
| tom.kirke@omam.co.uk | tom.ormesher@bmonb.com |
| tom.kotsopoulos@bmo.com | tom.otterbein@pimco.com |
| tom.kozlak@stpaul.com | tom.palzewicz@usbank.com |
| tom.l.maginn@aib.ie | tom.pantelleria@daiwausa.com |
| tom.lapointe@columbiamanagement.com | tom.parker@barclaysglobal.com |
| tom.lavin@fmr.com | tom.pedersen@shinseibank.com |
| tom.lazaridis@us.hsbc.com | tom.pedulla@sunlife.com |
| tom.lee@rcbank.com | tom.peters@rbccm.com |
| tom.lehto@aktia.fi | tom.potts@wellsfargo.com |
| tom.lincoln@ge.com | tom.radwanski@prudential.com |
| tom.liu@prudential.com | tom.randolph@clamericas.com |
| tom.lofton@ost.state.or.us | tom.record@bailliegifford.com |
| tom.lund@klp.no | tom.riordan@dreyfus.com |
| tom.lundsten@sampo.fi | tom.roberts@ers.state.tx.us |
| tom.lyon@trs.state.tx.us | tom.robertson@aegon.co.uk |
| tom.mann@csam.com | tom.rowland@citadelgroup.com |
| tom.maughan@jpmorgan.com | tom.scanlan@lionhartusa.net |
| tom.mayo@blackrock.com | tom.schmitt@alliancebernstein.com |
| tom.mcaleavy@citigroup.com | tom.schwartz@soros.com |
| tom.mcconnell@edwardjones.com | tom.sciaranetti@ubs.com |
| tom.mccutchen@barclaysglobal.com | tom.silvia@fmr.com |
| tom.mccuthen@barclaysglobal.com | tom.sipp@gartmore.com |
| tom.mceachin@utcpower.com | tom.slefinger@membersunited.org |
| tom.mcgrane@pncbank.com | tom.speir@wachovia.com |
| tom.mckissick@tcw.com | tom.sprague@fmr.com |
| tom.mcutchen@barclaysglobal.com | tom.stein@firstunion.com |
| tom.mead@firstar.com | tom.stephens@barclaysglobal.com |
| tom.melvin@mackayshields.com | tom.summerfield@gecapital.com |
| tom.miller@nycomptroller.com | tom.sutcliffe@uk.fid-intl.com |
| tom.mondelaers@blackrock.com | tom.tao@moorecap.com |
| tom.monsen@juliusbaer.com | tom.terchek@prudential.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tom.thyssens@fortis.com | tom_quinn@glenmede.com |
| tom.turney@boigm.com | tom_raeside@bankofscotland.co.uk |
| tom.voglewede@inginvestment.com | tom_schieber@den.invesco.com |
| tom.weiford@commercebank.com | tom_schlotzhauer@agfg.com |
| tom.westerlund@fhlb-pgh.com | tom_serie@cargill.com |
| tom.westrup@clarica.com | tom_sorell@glic.com |
| tom.whyman@uk.fid-intl.com | tom_sullivan@nacm.com |
| tom.wilkins@cedarrockcapital.com | tom_williams@ntrs.com |
| tom.wilkinson@gwl.com | toma.james@raymondjames.com |
| tom.williams@dryden.com | toma@scm-lp.com |
| tom.wills@morleyfm.com | toma@woodstockcorp.com |
| tom.wurtz@wachovia.com | toma01@handelsbanken.se |
| tom@apothcap.com | tomaror@bernstein.com |
| tom@ardsley.com | tomas.cunnane@pioneeraltinvestments.com |
| tom@eldorado.com | tomas.garbaravicius@ecb.int |
| tom@gordian.co.uk | tomas.johansson@hsh-nordbank.co.uk |
| tom@halcyonllc.com | tomas.klevbo@inter-ikea.com |
| tom@havencapital.com | tomas.kristjansson@isb.is |
| tom@incomeresearch.com | tomas.lacko@hvb.de |
| tom@sandlercap.com | tomas.makranci@robur.se |
| tom@shenkmancapital.com | tomas.persson@alecta.com |
| tom@stonehillcap.com | tomas.pinto@gartmore.com |
| tom@unb.com | tomas.risbecker@robur.se |
| tom_angers@piadvisors.net | tomas.rydin@seb.se |
| tom_baker@calpers.ca.gov | tomas.tomasson@lazard.com |
| tom_chang@capgroup.com | tomas.wiklander@seb.se |
| tom_connelley@ssga.com | tomasheredia@invercaixa.es |
| tom_conway@putnam.com | tomaso.corsini@caamsgr.it |
| tom_costanzo@gmacm.com | tomasz.grajewski@citigroup.com |
| tom_donne@bankone.com | tomasz.jakubczyk@bis.org |
| tom_drake@canadalife.com | tomasz.malkowski@mail.nbp.pl |
| tom_ennis@vanguard.com | tomasz.mironczuk@bph.pl |
| tom_favazza@ssga.com | tomasz.stadnik@csam.com |
| tom_h_cartwright@bankone.com | tomasz.sztuka@uk.nomura.com |
| tom_hagstrom@ssga.com | tomaszp@bloomberg.net |
| tom_huber@glenmede.com | tomaszw@bloomberg.net |
| tom_kamp@acml.com | to-matsumura@ja-kyosai.or.jp |
| tom_lobene@hp.com | tombillcook@yahoo.com |
| tom_lodge@westlb.co.uk | tomburton@tagfolio.com |
| tom_macmillan@cibcmellon.com | tomcarroll@northwesternmutual.com |
| tom_motley@ssga.com | tomei@apple.com |
| tom_muir@standardlife.com | tomh@mcm.com |
| tom_paap@deltalloyd.nl | tomi.einesalo@danskebank.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

tomimatsu@daiwasbi.co.jp
tomimura@nam.co.jp
tomin@bloomberg.net
tomin2@bloomberg.net
tomin4@bloomberg.net
tominaga.yoshikazu@daido-life.co.jp
tomioka@daiwasbi.co.jp
tomishima-miki@sc.mufg.jp
tomislav.a.segaric@jpmorgan.com
tomislav.goles@db.com
tomita@muis.com.hk
tomita@nam.co.jp
tomita@sin.nn-ja.or.jp
tomiyama-ysh@sumitomometals.co.jp
tomk@blenheiminv.com
toml@capgroup.com
tommaso.bonanata@juliusbaer.com
tommaso.mancuso@pioneeraltinvest.com
tommaso.milanese@fincantieri.it
tommaso.pavia@ersel.it
tommaso.perrone@bper.it
tommaso.sanzin@pioneerinvest.it
tommi.moilanen@bof.fi
tommy.bardong@alliancebernstein.com
tommy.chung@nationwide.co.uk
tommy.ekstrom@tele1europe.se
tommy.mueller@ubs.com
tommy.nguyen@pimco.com
tommy.pace@bbh.com
tommy.zovich@tudor.com
tommy_cheung@ssga.com
tommy_kriengprarthana@scudder.com
tomo_matsumoto@mitsui-seimei.co.jp
tomoaki.harada@mitsubishicorp.com
tomoaki-kota@am.mufg.jp
tomoharu_suzuki@mitsui-seimei.co.jp
tomohiro.kurosawa@mizuho-bk.co.jp
tomohiro.oka@mizuho-bk.co.jp
tomohiro.onodera@mizuho-cb.co.jp
tomohiro_kunisue@am.sumitomolife.co.jp
tomohiro_ochiai@mitsubishi-am.co.jp
tomohiro_ochiai@tr.mufg.jp
tomohiro_shibuya@mitsubishi-trust.co.jp

tomohiro_toyota@tr.mufg.jp
tomo-kat@nochubank.or.jp
tomokata.nakaoji@axa.co.jp
tomokazu.nakamura@mizuho-bk.co.jp
tomokazu.yoshida@axa.co.jp
tomokazu-kojima@am.mufg.jp
tomoko.iwakawa@uboc.com
tomoko.matsuda@axa.co.jp
tomoko.miyata.sd@kyocera.jp
tomoko.ohta@schroders.com
tomoko.tanaka@mizuhocbus.com
tomoko.watanabe@db.com
tomoko_bando@mail.toyota.co.jp
tomoko_hanazawa@putnam.com
tomomi.kihara@tokyostarbank.co.jp
tomomi.yoshioka@pimco.com
tomomitsu.yanaba@ufj-partners.co.jp
tomonaga_hama@am.sumitomolife.co.jp
tomonari_kadoumi@am.sumitomolife.co.jp
tomonobu-gotouda@am.mufg.jp
tomonori.sasaki@mizuho-cb.co.jp
tomonori.yuyama@boj.or.jp
tomoo_akiyama@mitsui-seimei.co.jp
tomoo_shimizu@tr.mufg.jp
tomoya_aoki@capgroup.com
tomoya_kinugasa@tr.mufg.jp
tomoyuki.kazaoka@mizuho-bk.co.jp
tomoyuki.mizohata@shinseibank.com
tomoyuki.nishikido@mizuho-bk.co.jp
tomoyuki.uchida@mizuho-bk.co.jp
tomoyuki_awano@tr.mufg.jp
tomriva@bloomberg.net
tomrstevenson@fidelityinternational.com
toms.silins@bank.lv
toms@wvimb.org
tomtull@ggiltd.com
tomura_shigetaka@dn.smbc.co.jp
tomvacek@stanford.edu
ton.bruijne@wavin.com
ton.kennedie@axa.be
ton.selier@meespierson.com
t-onaka@bloomberg.net
tone.varmann@orkla.no

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tone@daiwa-am.co.jp | tony.cty@hk.fortis.com |
| toner.m@bimcor.ca | tony.daher@nationalcity.com |
| tong.zhao@novartis.com | tony.decrescentiis@bmonb.com |
| tong@templeton.com | tony.dickin@aberdeen-asset.com |
| tongai.kunorubwe@fmr.com | tony.dunoyer@americas.bnpparibas.com |
| tongleong.t@maybank.com.my | tony.duprez@sgam.com |
| tongli.han@pimco.com | tony.enebo@thrivent.com |
| tongli@cathaylife.com.tw | tony.english@fcbw.com |
| tonhaisers@fsgrhino.com | tony.finding@mandg.co.uk |
| toni.afonso@de.pimco.com | tony.foster@swipartnership.co.uk |
| toni.dzaja@lbbw.de | tony.fout@harrisbank.com |
| toni.jenson@threadneedle.co.uk | tony.gallagher@moorecap.com |
| toni.lobo@cibc.ca | tony.gaunt@gs.com |
| toni.roesti@csam.com | tony.genua@agf.com |
| toni.s.helton@db.com | tony.gioulis@eu.nabgroup.com |
| toni.tomasone@swissfirst.ch | tony.hamer@bankofamerica.com |
| toni.winghart@sl-am.com | tony.hubbard@blackrock.com |
| toni_jackson@fanniemae.com | tony.hubbard@britannia.co.uk |
| tonia.r.fischer@credit-suisse.com | tony.hui@us.schroders.com |
| tonnette_bufford@key.com | tony.j.quinlan@marks-and-spencer.com |
| tonny.ririassa@ingim.com | tony.jensen@threadneedle.co.uk |
| tono@dl.dai-ichi-life.co.jp | tony.johnson@morgankeegan.com |
| tonoli@capitalgest.it | tony.kao@gm.com |
| tonosima@dl.dai-ichi-life.co.jp | tony.karlsson@ap1.se |
| tony.a.m.eales@opc.shell.com | tony.kauzlarich@ubs.com |
| tony.allen@anz.com | tony.kearney@moorecap.com |
| tony.balestrieri@ppmamerica.com | tony.kemp@barclayscorporate.com |
| tony.barone@checmail.com | tony.ledergerber@wellscap.com |
| tony.bauchet@axa-im.com | tony.lee@axa-im.com |
| tony.blanchard@uk.bnpparibas.com | tony.leggett@oechsle.com |
| tony.botting@rbccm.com | tony.lepore@huntington.com |
| tony.briney@tudor.com | tony.lindstroem@sfs.siemens.de |
| tony.brown@suntrust.com | tony.lockwood@axa-im.com |
| tony.bulcaen@bnpparibas.com | tony.macneary@hsbchalbis.com |
| tony.burek@mbandt.com | tony.magnoli@thehartford.com |
| tony.butera@cba.com.au | tony.marcello@ercgroup.com |
| tony.butler@capmark.funb.com | tony.markwalder@juliusbaer.com |
| tony.caccese@secumd.com | tony.massara@libertysavingsbank.com |
| tony.cantwell@db.com | tony.mather@swipartnership.co.uk |
| tony.carey@wachovia.com | tony.maturo@standardlife.ca |
| tony.chacko@ge.com | tony.mcdonagh@mhcb.co.uk |
| tony.clarizio@pioneerinvest.com | tony.mcghee@gs.com |
| tony.cowley@bbg.co.uk | tony.mcghee@irvine.statestreet.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tony.mcintyre@boiss.boi.ie | tony_borges@scudder.com |
| tony.morley@davy.ie | tony_boykin@ml.com |
| tony.oregan@aberdeen.com.au | tony_elavia@nylim.com |
| tony.p.gargan@aib.ie | tony_ho@capgroup.com |
| tony.p.irwin@anfis.co.uk | tony_hood@standardlife.com |
| tony.patti@credit-suisse.com | tony_lo@calpers.ca.gov |
| tony.pazaitis@juliusbaer.com | tony_ruysdeperez@putnam.com |
| tony.persson@alecta.com | tony_scola@ssga.com |
| tony.pierce@northernrock.co.uk | tony_semak@invesco.com |
| tony.piggott@hsh-nordbank.co.uk | tony_silva@scotiacapital.com |
| tony.pizzi@pioneerinvest.com | tony_siytangco@symantec.com |
| tony.q.tran@jpmchase.com | tony_stenning@blackrock.com |
| tony.ririassa@ingim.com | tonya.gross@citadelgroup.com |
| tony.rizzo@smhl.com | tonya.joseph@wachovia.com |
| tony.roesti@csam.com | tonya.kiel@aiminvestments.com |
| tony.romero@pncbank.com | tonya.l.vance@jpmorgan.com |
| tony.rowland@morgankeegan.com | tonya.sweeden.g3mz@statefarm.com |
| tony.sandhu@threadneedle.co.uk | tonyarnolduser@company.com |
| tony.scrimali@bnlmail.com | tonyc@loopcap.com |
| tony.sevsek@bmonb.com | tonychan07@bloomberg.net |
| tony.shizari@ge.com | tonyclark@halifax.co.uk |
| tony.smith@axa-im.com | tonydoyle@bloomberg.net |
| tony.solway@bnpparibas.com | tonym@argyle-investment.com |
| tony.spiers@norwich-union-life.co.uk | tonysmith@westpac.com.au |
| tony.su@alliancebernstein.com | tony-w-a.andersson@ubs.com |
| tony.swindall@nationalcity.com | tonyzhang@ftsfund.com |
| tony.t.farrell@aib.ie | too@topdanmark.dk |
| tony.tita@na.natwestgfm.com | t-oohori@taiyo-seimei.co.jp |
| tony.trani@exchange.quick-reilly.com | took@bloomberg.net |
| tony.trinh@db.com | tooleesoong@gic.com.sg |
| tony.versaci@gecapital.com | toors@deshaw.com |
| tony.whalley@swipartnership.co.uk | tooru.terasawa@mizuho-bk.co.jp |
| tony.wilkinson@db.com | tootatcheng@gic.com.sg |
| tony.willis@lazard.com | tooten@ivymackenzie.com |
| tony.wong@invesco.com | topatigh@swisscap.com |
| tony.yao@janus.com | topchung@bok.or.kr |
| tony.yu@wamu.net | topfund@bloomberg.net |
| tony@moorecap.com | topi.jokiranta@csplc.com |
| tony@stw.com | tor.borg@folksam.se |
| tony_altobelli@hp.com | tor.mori@mitsui.com |
| tony_arnese@swissre.com | tor.nygaard@abgsc.no |
| tony_baildon@westlb.co.jp | tor@omega-advisors.com |
| tony_beaulac@ssga.com | tor@ubp.ch |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| torai.tooru@daido-life.co.jp | torsten.mietzner@sparkasse-koelnbonn.de |
| toral.munshi@credit-suisse.com | torsten.probst@wl-bank.de |
| toralfkuehn@helaba-invest.de | torsten.reich@aam.de |
| toratora@kawachi.zaq.ne.jp | torsten.schellscheidt@oppenheim.de |
| torben.cattley@lgim.co.uk | torsten.schuessler@bmw.de |
| torben.f@nordea.com | torsten.seifert@dzbank.de |
| torben.jorgensen@tryg.dk | torsten.stilling@juliusbaer.com |
| torben.madsen@nordea.lu | torsten.strohrmann@db.com |
| torben.nielsen@nib.int | torsten.vetter@neelmeyer.de |
| torben.riedel@wwasset.de | torsten.zenner@union-investment.de |
| torben.skodeberg@nordea.com | torsten.zittlau@lbbw.de |
| torbjorn.arenbo@alecta.com | tortp@bancsabadell.com |
| torbjorn.hamnmark@dnb.se | toru.lin@pimco.com |
| torbjorn.kronblad@nordea.com | toru.oda@mizuho-bk.co.jp |
| torbjorn.segerstedt@dnb.se | toru.tokoyoda@boj.or.jp |
| tord.andersson@dnb.se | toru.yamamoto@daiwausa.com |
| tore.bertilsson@skf.com | toru_imahori@tr.mufg.jp |
| tore.sirevaag@klp.no | toru_tabei@mitsubishi-trust.co.jp |
| toreilly@lincap.com | toru_watanabe@tr.mufg.jp |
| torgeir.storo@dnb.no | toru1_matsuda@mitsubishi-trust.co.jp |
| torgrim.roll@kap.norges-bank.no | torucrazy@yahoo.co.jp |
| torgrim.roll@klp.no | tory.windisch@gs.com |
| toriumi.yoshiko@nomura-asset.com | tos@bankinvest.dk |
| toriyama-s@marubeni.com | tosato@bloomberg.net |
| torleif.berg@spv.no | tosca.lahpor@philips.com |
| tornadma@cmcic-sdm.fr | toshiaki.kamijyou@boj.or.jp |
| tornellos@emigrant.com | toshiaki.mizuno@ufj-partners.co.jp |
| tornos@bancozaragozano.es | toshiaki.yukiue@shinseibank.com |
| toronia@bloomberg.com | toshiaki_fuse@tr.mufg.jp |
| torresmi@bloomberg.net | toshiaki_ito@sec.orix.co.jp |
| torrili@exchange.ml.com | toshiaki_kajiura@tr.mufg.jp |
| torstein.moland@bedrift.telenor.no | toshiaki_kimura@tr.mufg.jp |
| torsten.achtmann@uk.fid-intl.com | toshiaki_kobayashi@mitsubishi-trust.co.jp |
| torsten.beer@dws.com | toshiharu.yumoto@mizuho-cb.co.jp |
| torsten.gruber@wwasset.de | toshihide.morita@db.com |
| torsten.gruendel@cominvest-am.com | toshihiko.ashizawa@sumitomocorpeurope.com |
| torsten.gyllensvard@afa.se | toshihiko.sekiya@mizuho-bk.co.jp |
| torsten.haas@db.com | toshihiko_nishi@tr.mufg.jp |
| torsten.haufe@hypovereinsbank.de | toshihiko_sakai@tr.mufg.jp |
| torsten.haufe@sarasin.ch | toshihiko_ubukata@mail.toyota.co.jp |
| torsten.jasper@sparkasse-koelnbonn.de | toshihiro.ishikiriyama@gsk.com |
| torsten.johannsen@hsh-nordbank.com | toshihiro.iwamura@sumitomocorp.co.jp |
| torsten.kohrs@dlh.de | toshihisa_itinose@am.sumitomolife.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| toshikazu.nakagawa@mizuho-cb.co.jp | towe03@handelsbanken.se |
| toshikazu.sasaki@boj.or.jp | towens@websterbank.com |
| toshiki.kakegawa@fi.fukoku-life.co.jp | towerdoug@bloomberg.net |
| toshio.idesawa@boj.or.jp | towers@westernasset.com |
| toshio.konishi@schroders.com | townsendjc@bernstein.com |
| toshio.tsuiki@boj.or.jp | toyoda@nam.co.jp |
| toshio_goto@tr.mufg.jp | toyohiro.washio@mizuho-cb.co.jp |
| toshio_shimizu@tr.mufg.jp | toyokazu.kaneko@barings.com |
| toshiro_ohchi@am.sumitomolife.co.jp | toyokuni.tanaka@axa.co.jp |
| toshitaka_iinuma@tr.mufg.jp | toyomu.chihaya@mizuho-cb.co.jp |
| toshiya.kambayashi@db.com | toyoshima@nam.co.jp |
| toshiya.kotake@sumitomocorp.co.jp | toyota.watanabe@mitsubishicorp.com |
| toshiya.nakahara@nmoc.co.jp | t-ozaki@nochubank.or.jp |
| toshiya.owada@mhcb.co.uk | tp@dodgeandcox.com |
| toshiyasu_goto@mitsui-seimei.co.jp | tpaccot@pictet.com |
| toshiyasu_shimizu@mitsui-seimei.co.jp | tpaff@farcap.com |
| toshiyuki.abe@mizuho-cb.co.jp | tpalumbo@bloomberg.net |
| toshiyuki.iwama@mizuho-bk.co.jp | tpantas1@bloomberg.net |
| toshiyuki.murakami@axa.co.jp | tpappas@wellington.com |
| toshiyuki.murasawa@mitsubishicorp.com | tparker@hcmlp.com |
| toshiyuki_masaoka@mitsubishi-trust.co.jp | tparliman@ustrust.com |
| toshiyuki_mineo@mlgam.co.jp | tparson@frk.com |
| toshiyuki_miwa@tr.mufg.jp | tpastorello@bloomberg.net |
| toshiyuki-kurabayashi@am.mufg.jp | tpauwels@ofi-am.fr |
| toshiyuki-sato@am.mufg.jp | tpayne@metlife.com |
| toshiyuki-takahashi@nochubank.or.jp | tpayne@millertabak.com |
| tosio_huzimura@am.sumitomolife.co.jp | tpborger@intermarketcorp.net |
| tosio_kobayasi@am.sumitomolife.co.jp | tpeart@perrycap.com |
| tostlund@caxton.com | tpease@exchange.ml.com |
| to-takekoshi@ja-kyosai.or.jp | tpeckosh@dubuquebank.com |
| tothchr@ml.com | tpecore@frk.com |
| tothd@nationwide.com | tpellegrino@fisbonds.com |
| tothgm@bernstein.com | tpelzel@hcmlp.com |
| toto@kdb.co.kr | tpereira@hcmlp.com |
| totosuharto@ptbni.com.sg | tperez5@bloomberg.net |
| toubinc@mizrahi.co.il | tperkins@pwmco.com |
| toublan@wharton.upenn.edu | tperman@bloomberg.net |
| touficsehnaoui@temasek.com.sg | tpetrov@lordabbett.com |
| toukai-b4940041@jp.nomura.com | tpettee@sunamerica.com |
| toushi@yamanashibank.co.jp | tpham@westernasset.com |
| toutaio@agf.fr | tphilipp@stern.nyu.edu |
| tov@nbim.no | tpiacentini@babsoncapital.com |
| tov@nykredit.dk | tpiesko@metlife.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| tpmulroy@stifel.com | traci.l.manford@jpmorgan.com |
| tpocholuk@mail.inext.fr | traci@scmadv.com |
| tpodlewski@templeton.com | tracie.ahern@soros.com |
| tpollack@bbandt.com | tracy.calev@alliancebernstein.com |
| tporcelli@ustrust.com | tracy.cherrington@csam.com |
| tporter@state.nd.us | tracy.chin@au.pimco.com |
| tportig@hcm-ag.de | tracy.clark@barclaysglobal.com |
| tpouschine@dsaco.com | tracy.e.williams@jpmorgan.com |
| tpowell@apolloic.com | tracy.eccles@thehartford.com |
| tpowers@divinv.net | tracy.fu@db.com |
| tpoyanr@ecap.com.sg | tracy.knight@calvertgroup.com |
| tpremer@pacificlife.com | tracy.lau@blackrock.com |
| tprentice@eudaimonia-invest.com | tracy.lum@disney.com |
| tprew@firststate.co.uk | tracy.mazzei@gm.com |
| tprice@bankofny.com | tracy.mccullough@inginvestment.com |
| tprince@downeysavings.com | tracy.middleton@fandc.com |
| tprose@bankofny.com | tracy.ossowski@blackrock.com |
| tpshea@dlbabson.com | tracy.pridgen@fgic.com |
| tpulver@angelogordon.com | tracy.pridgen@rabobank.com |
| tputman@alaskapermfund.com | tracy.reed@aberdeen-asset.com |
| tqiu-a@templeton.com | tracy.rosson@alexanderkey.com |
| tquinn@bankcalumet.com | tracy.sanderson@cubist.com |
| tquinn@ifsam.com | tracy.shafer@calvert.com |
| tqw4@ntrs.com | tracy.small@axa-im.com |
| tr@bea.com | tracy.vonick@bwater.com |
| tr@tbb.com.hk | tracy.wb@mellon.com |
| trabelsi@cbt.com | tracy.wright@pioneerinvest.com |
| tracey.baldwin@lodh.com | tracy_desjardins@scudder.com |
| tracey.cameron@fmr.com | tracy_li@capgroup.com |
| tracey.dominick@fmr.com | tracy_mazzei@gmaccm.com |
| tracey.ivey@morganstanley.com | tracy_rowohlt@ntrs.com |
| tracey.johnstone@aberdeen-asset.com | tracy_schuneible@freddiemac.com |
| tracey.jourdal@pimco.com | tracy_sweeney@putnam.com |
| tracey.l.masterson@pjc.com | tracyc@mcm.com |
| tracey.lander@omam.co.uk | tracylundberg@tagfolio.com |
| tracey.nicholls@csam.com | trade.queries@aberdeen-asset.com |
| tracey.ray@stpaul.com | trader@ikos.com.cy |
| tracey.smith@pncbank.com | tradetower@bloomberg.net |
| tracey.telfer@uk.bnpparibas.com | trading@myerberg.com |
| tracey_killorn@standardlife.com | trading@penncapital.com |
| tracey_lovely@ci.richmond.ca.us | trading@pictet.com |
| tracey_shahan@dell.com | trading@pkb.ch |
| traci.andress@aiminvestments.com | trading@quantjock.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

trading@trigone.com
tradingcolor@pattersoncapital.com
tradingcy@ikos.com.cy
tradinggroup@rockco.com
tradingroom@us.bdroma.com
tradtke@deerfieldcapital.com
trae.willoughby@usaa.com
traeke@mfs.com
traeke@ofii.com
trafton.c@tbcam.com
trahanjeffreya@johndeere.com
trallen@russell.com
tram.bui@lazard.com
tram@cadence.com
trambev@eib.org
tran.nguyen@sscims.com
traney@mcmorgan.com
traney@westernasset.com
trang.dinh@glgpartners.com
tranquillo.capozzoli@bancaakros.it
transactions@opers.com
trascoll@cpr-am.fr
trath@bellmortgage.net
traudel.hasenstab@helaba.de
trault@groupe-casino.fr
trauth@bwk.de
trautmann@metro.de
travejr@swib.state.wi.us
traversa@psai.com
travis.brock@kochind.com
travis.burch@pnc.com
travis.cocke@trs.state.tx.us
travis.gracey@huntington.com
travis.hook@fafadvisors.com
travis.j.bates@columbiamanagement.com
travis.king@inginvestment.com
travis.rudnick@morganstanley.com
travis.schaftenaar@ubs.com
travis.sell@thrivent.com
travis.stevenson@blackrock.com
travis.vieth@edwardjones.com
travis.white@aig.com
tray@sra.state.md.us

traynors@fhlbsf.com
trc@nykredit.dk
treardon@standishmellon.com
treasa.simbeye@gmacrescap.com
trease@conocophillips.com
treasurer@sto.sc.gov
treasuries@avmltd.com
treasury.f@hauck-aufhaeuser.de
treasury.middleoffice@philips.com
treasury@bankleumiusa.com
treasury@crediteurop.lu
treasury@deutsche-hypo.de
treasury@gdbmacau.com
treasury@gordian.co.uk
treasury@hypo-ooe.at
treasury@hypovbg.at
treasury@nic.com.kw
treasury@robeco.com
treasuryinvestments@ashland.com
treasurymarketnews@pmintl.com
treasuryresearch@ceridian.com
treasurytop@bloomberg.net
trebeschi.giorgio@insedia.interbusiness.it
tredman@angloamerican.co.za
treed@backbayadvisors.com
tregeao@nationwide.com
tregelsb@kodak.com
trekatz@bloomberg.net
trelawny.williams@uk.fid-intl.com
tremblay@bessemer.com
trembry@magten.com
trena.hawthorne@huntington.com
trena_johnston@invesco.com
trent.larcombe@barclaysglobal.com
trent.redman@avmltd.com
trent.ward@citadelgroup.com
trent.williams@wamu.net
trent@apam.com
trentloh@gic.com.sg
treso@lamondiale.com
trevor.a.courtney@aib.ie
trevor.bailey@mhcb.co.uk
trevor.baxter@bankofengland.co.uk

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| trevor.carlin@rbc.com | trina.yates@ubs.com |
| trevor.chown@aberdeen-asset.com | trina_yeung@blackrock.com |
| trevor.cowan@boigm.com | trinh_nguyen@nylim.com |
| trevor.cox@aig.com | trini@bot.or.th |
| trevor.dean@us.hsbc.com | trini@nyl.com |
| trevor.greetham@uk.fid-intl.com | triona.m.o'mahony@aib.ie |
| trevor.heap@europe.hypovereinsbank.com | trip.lilly@pimco.com |
| trevor.j.cobbe@aibbny.ie | trip.shepard@ubs.com |
| trevor.liang@pimco.com | tripp.blum@bbh.com |
| trevor.meeks@uk.fid-intl.com | trish.myers@truscocapital.com |
| trevor.mundt@barcap.com | trish.reopelle@swib.state.wi.us |
| trevor.oliver@barclaysglobal.com | trish@gries.com |
| trevor.petch@insightinvestment.com | trish_visintine@may-co.com |
| trevor.walker@sscims.com | trisha.fitzpatrick@barclaysglobal.com |
| trevor.warne@db.com | trisha.white@fmr.com |
| trevor.welsh@morleyfm.com | trish-delaney@dlfi.com |
| trevor.whelan@barclaysglobal.com | trishkwan@gic.com.sg |
| trevor.williams@rainierfunds.com | trishul@qifmanagement.com |
| trevor.young@ibtco.com | tristan.allen@bbg.co.uk |
| trevor_denton@troweprice.com | tristan.blondel@bgpi.com |
| trevor_gurwich@americancentury.com | tristan.brenner@arnerbank.ch |
| trey.beck@deshaw.com | tristan.hockin@uk.abnamro.com |
| trey.harrison@4086.com | tristan.larrue@bnpparibas.com |
| trey.stenersen@wachovia.com | tristan.sones@agf.com |
| trfinnerty@bremer.com | tristan_reid@capgroup.com |
| triblecj@bankofbermuda.com | tristanm@fhlbsea.com |
| tribs@bloomberg.net | tritchey@sib.wa.gov |
| tribunal@caixa-geral.pt | tritthart@meinlbank.com |
| tricia.hacioglu@us.bnpparibas.com | trivan.mathur@cbve.com |
| tricia.harris@wachovia.com | trjv@bloomberg.net |
| tricia.ho@blackrock.com | trkevhan@bloomberg.net |
| tricia.mankoski@pncadvisors.com | trm@nbim.no |
| tricia.mendoza@ubs.com | troberts@noonam.com |
| tricia.o'brien@edwardjones.com | trobey@allmerica.com |
| tricia.shinden@sgcib.com | trobinson@metlife.com |
| tricia.tumminello@nb.com | trock@cicny.com |
| tricia_capal@nylim.com | trodwell@pictet.com |
| trideep.bhattacharya@ubs.com | troetlin@aegonusa.com |
| trider@payden-rygel.com | trols1@bp.com |
| tridgway@bloomberg.net | tromanow@bloomberg.net |
| trigo@farcap.com | tromero@troweprice.com |
| trimania@aetna.com | tron.r.wang@jpmorgan.com |
| trina.steinbach@wpginvest.com | tronberg@europeancredit.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| trond.hermansen@storebrand.com | truenorth.lee@samsung.com |
| trong-luu.truong@pharma.novartis.com | truett.tate@lloydstsb.co.uk |
| trose2@mn.rr.com | trujillanojaime@bancsabadell.com |
| trosinsky@the-ark.com | trukas.j@tbcam.com |
| trosky@pimco.com | truls.evensen@storebrand.com |
| tross@blenheiminv.com | truls.nergaard@dnbnor.no |
| trossano@bloomberg.net | trunkel@frk.com |
| trossmeier@munichre.com | truschel.je@tbcam.com |
| trothe@bloomberg.net | trusha.chokshi@morganstanley.com |
| trotte@bloomberg.net | trusling@howeandrusling.com |
| trotteg@nationwide.com | trussardi@bloomberg.net |
| trow@troweassociates.com | trussell@cazenove.com |
| trowe@smithbreeden.com | trust@krafteurope.com |
| trowland@whummer.com | truta@adamsexpress.com |
| trows@ebrd.com | tryan@oppenheimerfunds.com |
| troy.bracher@ibtco.com | trychlik@tudor.com |
| troy.davis@halliburton.com | tryfo@scotiacapital.com |
| troy.deschaines@fmr.com | tryggvi.davidsson@isfba.is |
| troy.ellis@inginvestment.com | trygve.toraasen@uk.fid-intl.com |
| troy.gerhardt@mutualofomaha.com | trygve.young@dnb.no |
| troy.gibbens@gmacrfc.com | ts@capgroup.com |
| troy.haines@wamu.net | ts103@ntrs.com |
| troy.huff@usbank.com | tsable@bearstearns.com |
| troy.linton@pnc.com | tsabu@bloomberg.net |
| troy.ludgood@wellsfargo.com | tsacca@lordabbett.com |
| troy.mcmaster@6thaveinvest.com | t-sagasaki@yasuda-life.co.jp |
| troy.peterson@americo.com | tsaimy@bankofbermuda.com |
| troy.raby@funb.com | tsairi.kobi@discountbank.co.il |
| troy.wilson@bnymellon.com | tsaito@hbk.com |
| troy.winslow@ibtco.com | t-saito@nissay.co.jp |
| troy_muniz@ntrs.com | tsakagawa@nochubank.or.jp |
| troyb@washtenawmortgage.com | tsakelis@omegasec.gr |
| troybarnett@northwesternmutual.com | tsanchez@mfs.com |
| troygayle@westfieldgrp.com | tsands@templeton.com |
| troythompson@chevron.com | tsangalli@federatedinv.com |
| trs@bnihk.com | tsantiago@analyticasset.com |
| trs@capgroup.com | tsato@dlusa.com |
| trs@ptbni.co.jp | tsaturn@refco.com |
| trspmd03@bni.co.id | tsauermelch@seic.com |
| trtadita@noil.co.uk | tsc@bankinvest.dk |
| trudie.rothery@threadneedle.co.uk | tsc@capgroup.com |
| trudy.brands@ingim.com | tscalise@tiaa-cref.org |
| trudy.pasman@ingim.com | tscerbo@opcap.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tscherr@federatedinv.com | tsingh@hcmlp.com |
| tschmidt@meag.com | ts-ishiad@taiyo-seimei.co.jp |
| tschmidt@metlife.com | tsk@gr.dk |
| tschneider@fbopcorp.com | tskeshi.sugaya@axa.co.jp |
| tschulze@babsoncapital.com | tskim@bankofny.com |
| tschuster@metlife.com | tskipper@agfirst.com |
| tschuster@roxcap.com | ts-komoda@ja-kyosai.or.jp |
| tscott@nb.com | tskramstad@wellmanage.com |
| tscott@templeton.com | tslight@westernasset.co.uk |
| tscott@ubs.com | tsmid@aegon.nl |
| tsd@dodgeandcox.com | tsmith@chittenden.com |
| tsder@uk.mufg.jp | tsmith@invest.treas.state.mi.us |
| tse@sitinvest.com | tsmith@panagora.com |
| tsearles@lasers.state.la.us | tsmith@ustrust.com |
| tseay@mcdinvest.com | tsmith16@metlife.com |
| tse-ern.chia@glgpartners.com | tsnedden@russell.com |
| tseidcheck@rwbaird.com | tsnipe@babsoncapital.com |
| tseitz@piperjaffrey.com | tso@us.mufg.jp |
| tsekine445954@po.yasuda.co.jp | tsolano@tiaa-cref.org |
| tself@fhlbc.com | tsolomon@congressasset.com |
| tseno@ellington.com | tsolomon@halcyonllc.com |
| tsenov.nikolai@dws.de | tsomers@fmaadvisors.com |
| tsensing@fhlbatl.com | tsommerfeld@warburgpincus.com |
| tserero@newstaram.com | tsoots@opers.org |
| tsettel@westernasset.com | tsp2@ntrs.com |
| tseveritt@wellington.com | tspaeth@spt.com |
| tsf@nbim.no | tspencer@martincurrie.com |
| tshafer@concordiafunds.com | tsprince@dbs.com |
| tshasta@wellington.com | ts-sato@meijiyasuda.co.jp |
| tsheehan@cainbrothers.com | tstakem@woodstockcorp.com |
| t-shibata@ufjtrustbank.co.jp | tstalker@westpac.com.au |
| tshimura@eatonvance.com | tsteele@bartlett1898.com |
| t-shimura@nochubank.or.jp | tsteer@newstaram.com |
| t-shioda@ikedabank.co.jp | tsteidle@cobank.com |
| tshipp@amfin.com | tsteitz@opers.org |
| tshishido@bloomberg.net | tstern@eatonvance.com |
| tshively@ssm.com | tstern@hcmlp.com |
| tshrager@tweedy.com | tsternberg@williamblair.com |
| tshushan@mfs.com | tstevens@ambac.com |
| tsidorenko@bloomberg.net | tstevens@denveria.com |
| tsikora2@bloomberg.net | tsteyer@faralloncapital.com |
| tsilva1@bloomberg.net | tstockton@metlife.com |
| tsinclai@invest.treas.state.mi.us | tstolberg@loomissayles.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| tstoops@fhlbc.com | tsutsui_shinichi@ve.smbc.co.jp |
| tstory@williamblair.com | tsutsumi@nam.co.jp |
| tstress@aesb.net | tsuyoshi.matsumoto@ufj-partners.co.jp |
| tstrider@worldbank.org | tsuyoshi.shimizu@shinseibank.com |
| tstringfellow@frostbank.com | tsuyoshi.takara@bankofamerica.com |
| tstrobach@qgcapital.com | tsuyoshi_kodaka@tr.mufg.jp |
| tstrom@caxton.com | tsuyuki@hby.dai-ichi-life.co.jp |
| tstromstedt@apollolp.com | tsvidler@ftci.com |
| tstudds4@bloomberg.net | tsw@capgroup.com |
| tsubokawa@ja-bank-fukui.or.jp | tswadling@bloomberg.net |
| tsubota@sbcm.com | tswaney@ofiinstitutional.com |
| tsuchiya.takashi@daido-life.co.jp | tswaney@oppenheimerfunds.com |
| tsuchiya@daiwa-am.co.jp | tswartz@chubb.com |
| tsuchiya@daiwasbi.co.jp | tswift@bloomberg.net |
| tsuchiyama@nam.co.jp | tswingle@opers.org |
| tsuchizuka02999@nissay.co.jp | tsycoff@bear.com |
| tsuda.soshi@kokusai-am.co.jp | tsygl3@bloomberg.net |
| tsuda@nam.co.jp | tsynnott@ustrust.com |
| tsuda111@dl.dai-ichi-life.co.jp | tsz.lung.lau@citigroup.com |
| tsugumasa_kojima@sakura.co.jp | tszaro@lordabbett.com |
| tsuji@sumitomotrust.co.jp | tszczesny@bankofny.com |
| tsuji_masanao@mail.asahi-life.co.jp | tt@bankinvest.dk |
| tsujino_hirohiko@yk.smbc.co.jp | tt@cathaylife.com.tw |
| tsukasa_yoshizaki@tr.mufg.jp | tt333@cornell.edu |
| tsulliv@frk.com | t-tajima@nochubank.or.jp |
| tsullivan@ftci.com | t-takano@nochubank.or.jp |
| tsullivan@williamblair.com | ttakase@nochubank.or.jp |
| tsullivan6@bloomberg.net | ttalenda@massmutual.com |
| tsun@princeton.edu | ttan@evcap.com.sg |
| tsuna@dl.dai-ichi-life.co.jp | ttaniura@ufjbgam.com |
| tsunemasa_tsukada@tr.mufg.jp | ttaogi@wooribank.com |
| tsunemitsu.kosuge@surugabank.co.jp | ttatekawa@bloomberg.net |
| tsung-ying.yang@fhlb-pgh.com | ttaylor@corusbank.com |
| tsuno.h@daiwa-am.co.jp | ttaylor@offitbank.com |
| tsurugas@nochubank.or.jp | ttaylor@troweprice.com |
| tsurumi20491@nissay.co.jp | ttc001@co.santa-cruz.ca.us |
| tsuruo.mitch@nomura-asset.com | ttc003@co.santa-cruz.ca.us |
| tsutomu.iwasawa@baring-asset.com | ttdd@capgroup.com |
| tsutomu_kinoshita@tr.mufg.jp | t-teranishi@nochubank.or.jp |
| tsutomu_kondo@mitsubishi-trust.co.jp | tteshima@mtbcny.com |
| tsutomu_maeda@suntory.co.jp | ttewksbury@troweprice.com |
| tsutomu-horiuchi@mori.co.jp | tthangpijaigul@worldbank.org |
| tsutsui@bloomberg.net | ttheodore@avatar-associates.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

tthomas@corporateone.coop
tthome@pwmco.com
tthompson@newstaram.com
tthompson@reamsasset.com
tthomson@tswinvest.com
tthresher@bankofny.com
tti@bgbank.dk
ttimura@mcglinncap.com
ttint@westernasset.com
ttod@statoil.com
ttokita@bloomberg.net
ttomizzi2@bloomberg.net
ttoth@caxton.com
ttowers@nb.com
ttowery@waddell.com
ttownsel@invest.treas.state.mi.us
ttraber@wssc.dst.md.us
ttravers@ambac.com
ttravers@hcmlp.com
ttresigne1@bloomberg.net
ttrotter@rccl.com
ttruitt@deerfieldcapital.com
ttruitt@lkcm.com
tts@ntrs.com
ttsuji@daiwasbi.co.jp
ttsuyuzaki@us.mufg.jp
ttsyjm5@bloomberg.net
tuan.huynh@janus.com
tuantu.schmucker@allianz.de
tubben@lincap.com
tucci@pfdincome.com
tucd@chevron.com
tuck.hall@putnam.com
tuck.reed@suntrustmortgage.com
tucker.morrissey@blackrock.com
tucker.morrissey@inginvestment.com
tudell@ameritas.com
tudisco@bpintra.it
t-uemura@taiyo-seimei.co.jp
tu-fujii@meijiyasuda.co.jp
tugrul.kolad@pioneerinvestments.com
tugrul.ozbakan@teb.com.tr
tujazdowski@the-ark.com

tullio.grilli@bancaakros.it
tullio.lucca@sanpaoloimi.com
tullke.lndb@bloomberg.net
tulturi2@bok.or.kr
tumat@postbank.de
tumurd@wharton.upenn.edu
tuncay.cevher@soros.com
tunde.bey@blackrock.com
tune@bloomberg.net
tungsiewhoong@gic.com.sg
tuomas.inkinen@sampo.fi
tuomas.peltonen@ebc.int
turenchalkea@bernstein.com
turino.sl@mellon.com
turkovitsa@otpbank.hu
turner8@bloomberg.net
turnerb@bwbank.ie
turnerb@swcorp.org
turnert@mnb.hu
turpin.senou@caam.com
tursillo@loomissayles.com
turu-k@marubeni.co.jp
tus@capgroup.com
tushar_dayal@fanniemae.com
tushiki@sjam.co.jp
tusif.arif@uk.fid-intl.com
tuttle.le@tbcam.com
tuula.k.koskimaki@sampo.fi
tuzzolino.d@mellon.com
tv@gr.dk
tv44@cornell.edu
tvaill@bpbtc.com
tvandam@loomissayles.com
tvanderz@princeton.edu
tvanvuren@hollandcap.com
tvargha@meag.com
tvarkey@stonehill.nb.com
tveazey@metlife.com
tvezauskas@intesasanpaolo.us
tvh@jyskebank.dk
tvien@dlbabson.com
tvigna@westernasset.com
tvillaferra@hiberniabank.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

tvillanu@notes.banesto.es

tviola@pershing.com

tvispoli@chubb.com

tvl@dodgeandcox.com

tvm@nbim.no

tvo@statoil.com

tvolpe@nylim.com

tvr_rao@fanniemae.com

tw@capgroup.com

tw@fortressltd.com

tw227@cornell.edu

tw55@ntrs.com

twadap@swbell.net

twain@bloomberg.net

twalden@fultonfinancialadvisors.com

twalker@martincurrie.com

twalker@tde.org

twalklett@provnet.com

twallach@capitalcambridge.com

twallach@halcyonllc.com

twalsh@congressasset.com

twalsh@cubb.com

twalter@ofii.com

twalter@sunbankpa.com

twalters@smithbreeden.com

twan.franken@lodh.com

twana_cooper@vanguard.com

twang@worldbank.org

twania@bloomberg.net

twanna.cloyd@nationalcity.com

twarstler@invest.treas.state.mi.us

twashall@fbw.com

twaters@cazenove.com

twaugh@hbk.com

twbaxter@wellington.com

tweber@fultonfinancialadvisors.com

twegan@wellington.com

twendorff@litchfieldcapital.com

twerner@aegonusa.com

twesthus@perrycap.com

twestrup@ers.state.tx.us

twexman@sunamerica.com

tweyl@eatonvance.com

twf1@ntrs.com

twh@danskebank.com

twh@jwbristol.com

twhaling@westunionbank.com

twhasket@duke-energy.com

twhite@fmbonline.com

twicks@newstaram.com

twiese@troweprice.com

twilcher@hcmlp.com

twilcox@statestreet.com

twilkin@templeton.com

twilli@ftci.com

twilliams@wasatchadvisors.com

twillis@oppenheimerfunds.com

twilloughby@europeancredit.com

twilson@caxton.com

twinklmann@bloomberg.net

twinograd@metlife.com

twippman@sterlingpartner.us

twirkus@canyonpartners.com

twirth@chemungcanal.com

twitt@asglp.com

twleung@wellington.com

twm@nationalbanken.dk

twmanning@statestreet.com

twolfe@jennison.com

twong@bearmeasurisk.com

twong@senecacapital.com

twoo@loomissayles.com

twood@mfs.com

twoodhams@westernasset.co.uk

twoodhouse@seawardmgmt.com

twoodley@londonstockexchange.com

twoodmaska@bayernlbny.com

twozn@seoulbank.co.kr

twp@dodgeandcox.com

twright@pjc.com

tws@shinhan.com

twso@bochk.com

twt@capgroup.com

twt1@ntrs.com

twwchan@hkma.gov.hk

twyman@husic.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| ty.anderson@db.com | tyra.lydon@aamcompany.com |
| ty.wooldridge@gecapital.com | tyrice_coates@freddiemac.com |
| ty_miller@gmacm.com | tyron.eng@drkw.com |
| tya@dodgeandcox.com | tyson.iravani@gcm.com |
| tyakuwa@us.tr.mufg.jp | tzaldivar@bear.com |
| tyamamiya@noil.co.uk | tzatko@babsoncapital.com |
| tyamamoto@skckny.com | tzellmer@allstate.com |
| t-yamane@taiyo-seimei.co.jp | tzemek@newstaram.com |
| t-yamashita@taiyo-seimei.co.jp | tzewai.yiu@bernstein.com |
| tyanagawa@mtildn.co.uk | tzeyang@dbs.com |
| tyanagis@nochubank.or.jp | tzh@bloomberg.net |
| tyano@nochubank.or.jp | tzhao@princeton.edu |
| tycho.van.wijk@ingim.com | tzigantcheva_milena@fsba.state.fl.us |
| tyhesha_harrington@ssga.com | tzimmer@loomissayles.com |
| tyisha.wolfe@statestreet.com | tzizzamia@refco.com |
| tyler.a.young@dartmouth.edu | tzucker@thamesriver.co.uk |
| tyler.blum@schwab.com | tzul@bloomberg.net |
| tyler.cook@eagleasset.com | tzulung@kdb.co.kr |
| tyler.dann@aiminvestments.com | u.bernardini@bipielle.it |
| tyler.gaylord@fmr.com | u.colombo@bipielle.it |
| tyler.gentry@4086.com | u.duebendorfer@hsbc.guyerzeller.com |
| tyler.h.patla@jpmorgan.com | u.gormanns@bloomberg.net smtp |
| tyler.hill@fmr.com | u.haibach@hsbc.guyerzeller.com |
| tyler.johnson@cooperindustries.com | u.hermann@bvv-vers.de |
| tyler.lynch@micorp.com | u.kanda@noemail.com |
| tyler.mccarthy@us.bacai.com | u.mueller@ubz.ch |
| tyler.pinkernell@bwater.com | u.noetges@apoasset.de |
| tyler.platte@rainierfunds.com | u.reitz@frankfurt-trust.de |
| tyler.sutherland@fmr.com | u22863cgak@bloomberg.net |
| tyler.treat@genmills.com | uamsic@uobgroup.com |
| tyler@adelphi-capital.com | uandratschke@provinzial-online.de |
| tyler@nebomanagement.com | ub24@cornell.edu |
| tyler_ratcliffe@swissre.com | ubald.cloutier@lodh.com |
| tyler_smith@acml.com | ubcd@vanguard.com |
| tyler_w_johnson@dell.com | uberner@bloomberg.net |
| tyler_yuan@ssga.com | ubidkar@blx.com |
| tylin@canyonpartners.com | ubk@bloomberg.net |
| tylyfe@knbank.co.kr | ubpce@bloomberg.net |
| tyorke@refco.com | ubr@danskebank.lu |
| tyoseloff@dkpartners.com | ubsops@citco.com |
| tyoshinaga@nria.com | ubukata-c@ga.toyo-eng.co.jp |
| tyoun@lordabbett.com | uchida.masaaki@tepco.co.jp |
| tyoung@redstoneadv.com | uchida@daiwa-am.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| uchida@nam.co.jp | ueno@daiwasbi.co.jp |
| uchida_hironori@sol.nichimen.co.jp | ueno_masashige@ra.smbc.co.jp |
| uchida226@dl.dai-ichi-life.co.jp | ueshiman@dl.dai-ichi-life.co.jp |
| uchida8447@intra.cosmo-sec.co.jp | uesugi@daiwa-am.co.jp |
| uchimura_nobuaki@mail.asahi-life.co.jp | ufr@danskecapital.com |
| udahl@alger.com | ufrawley@imsi.com |
| udaley@wisi.com | ufugmann@bloomberg.net |
| udara.fernando@citadelgroup.com | ugantert@meag.com |
| uday.p.shah@jpmorganfleming.com | uge@ceresiobank.com |
| uday.patnaik@gibuk.com | ugo.bartolucci@ingdirect.it |
| uden@bng.nl | ugo.ciliberti@morganstanley.com |
| udir@migdal-group.co.il | ugo.debernardi@generaliproperties.com |
| udit.mitra@morganstanley.com | ugo.domange@caam.com |
| udo.giegerich@omv.com | ugo.ercolano@saras.it |
| udo.goebel@dam.lu | ugo.renda@interbanca.it |
| udo.herschel@glgpartners.com | ugosalia@loomissayles.com |
| udo.klos@ui-gmbh.de | ugur.guner@amd.com |
| udo.meyer@vuw.de | ugxo@vanguard.com |
| udo.onwuachi@fgic.com | uha@russell.com |
| udo.reimann@dit.de | uherold@metzler.com |
| udo.riese@allianz.de | uhoffman@tudor.com |
| udo.rosendahl@dws.de | uhryniak.d@mellon.com |
| udo.schacht@nordlb.de | ujsung@bloomberg.net |
| udo.schmidt-mohr@deka.de | uk.research@aberdeen-asset.com |
| udo.von.werne@zurich.com | uk@bailliegifford.com |
| udo_bodewig@westlb.de | ukequity.fundmanagers@csam.com |
| udo_martinsohn@bayerischerueck.com | ukteam@bankofengland.co.uk |
| udou@dl.dai-ichi-life.co.jp | ulah01@handelsbanken.se |
| udyal@alger.com | ulbo@sek.se |
| uebepa.ffdb@bloomberg.net | ulbo03@handelsbanken.se |
| uebrva@bloomberg.net | uleblebici@teb.com.tr |
| uecgto@bloomberg.net | ulf.alexandersson@amfpension.se |
| uechve@bloomberg.net | ulf.arvidsson@amfpension.se |
| ueda@e.u-tokyo.ac.jp | ulf.boden@sek.se |
| uehara@feo.fuji-ric.co.jp | ulf.forsberg@amfpension.se |
| uehara@nochubank.or.jp | ulf.fuellgraf@deka.de |
| uehira974@dl.dai-ichi-life.co.jp | ulf.ghosh@wamu.net |
| ueli.buechi@mgb.ch | ulf.johansson@sl-am.com |
| ueli.von.burg@zkb.ch | ulf.krumins@electrolux.se |
| uematsu@daiwa-am.co.jp | ulf.lichtenberg@at.bacai.com |
| uengler@tiaa-cref.org | ulf.lindgren@sparbanken-nord.se |
| ueno.tetsuo@daido-life.co.jp | ulf.lindqvist@swedbank.com |
| ueno.y@daiwa-am.co.jp | ulf.noren@seb.se |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

ulf.plesmann@cominvest-am.com
ulf.schlenker@ubs.com
ulf.soderstrom@scania.com
ulf.steinborn@ag.man.de
ulf.stejmar@nordea.com
ulf@ibp.se
ulftos@carnegie.se
ulha@nykredit.dk
ulhas.shenoy@ubs.com
ull@danskecapital.com
ulla.fetzer@hsh-nordbank.com
ulla.hoyer@danskebank.dk
ulla.james@nokia.com
ulla.kauppinen@nb.se
ulla.peplinsky@activest.de
ulla.tarstrup@jyskeinvest.dk
ullrich.quenzer@commerzbank.com
ullum.sg@mellon.com
ulmueller@munichre.com
ulri02@handelsbanken.se
ulrica.slane-sens@ap3.se
ulrich.althoff@db.com
ulrich.brand@rwe.com
ulrich.braun@credit-suisse.com
ulrich.bruns@kfw.de
ulrich.ellerbeck@hsh-nordbank.com
ulrich.faupel@wmam.com
ulrich.gauss@allianz.de
ulrich.gerza@drkw.com
ulrich.geuss@postbank.de
ulrich.hejle@nordea.com
ulrich.jespersen@finansbanken.dk
ulrich.john@dekabank.de
ulrich.kaiser@credit-suisse.com
ulrich.kaltenbronn@jpmorganfleming.com
ulrich.katz@dit.de
ulrich.lind@allianzgi.de
ulrich.luthy@bcv.ch
ulrich.martensen@hsh-nordbank.com
ulrich.mattonet@blb.de
ulrich.niederer@ubs.com
ulrich.nowak@essenhyp.com
ulrich.nowak@postbank.de

ulrich.osswald@novartis.com
ulrich.ostholt@am.generali.com
ulrich.roth@credit-suisse.com
ulrich.scheppan@nordlb.de
ulrich.schulze@ruedblass.ch
ulrich.schulze-ueding@wgzbank.de
ulrich.seldeslachts@bmv.be
ulrich.sperber@ids.allianz.com
ulrich.sperl@ubs.com
ulrich.teutsch@cominvest.de
ulrich.vogel@lbb.de
ulrich.vogel@nordlb.lu
ulrich.vonauer@jpmorganfleming.com
ulrich.vornefeld@t-mobile.net
ulrich.walter@dzbank.de
ulrich.weiss@lbbw.de
ulrich.willeitner@dws.de
ulrich.zorn@deka.de
ulrich.zwanzger@db.com
ulrich_corbach@westlb.de
ulrieke.wendtland@hsh-nordbank.com
ulrik.frederiksen@nordea.com
ulrika.bagge@posten.se
ulrika.enhorning@swedbankrobur.se
ulrika.linden@robur.se
ulrika.lundgren@saab.se
ulrika.torell@alecta.com
ulrike.becker@frankfurt-trust.de
ulrike.benker@frankfurt-trust.de
ulrike.brocke@bayernlb.de
ulrike.gorny@ikb.de
ulrike.hasel@fidelity.de
ulrike.hoffmann-burchardi@tudor.com
ulrike.kaes@lbbwuk.com
ulrike.kaiserboing@lodh.com
ulrike.kastens@oppenheim.de
ulrike.katheder@dit.de
ulrike.kohlmann-kreutz@allianz.de
ulrike.kroener@vodafone.com
ulrike.kunz@bawag.com
ulrike.kunze@hvb.de
ulrike.loehr@db.com
ulrike.ryll@kfw.de

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ulrike.scheef@lbbw.de | unknown@unknown.com |
| ulrike.serafini@kfw.de | unknowns@unknown.com |
| ulrike.tatzber@rcm.at | unnati.patel@blackrock.com |
| ulrike.von_krosigk@novartis.com | uno@daiwa-am.co.jp |
| ulriksenh@bloomberg.net | unon@sumitomotrust.co.jp |
| ulso04@handelsbanken.se | upallasch@union-investment.de |
| ulst06@handelsbanken.se | upatel@senecacapital.com |
| ultrayy@unitel.co.kr | update@update.com |
| ulucas@meag.com | upkar.kambo@morleyfm.com |
| ulysse.buonomo@bnpparibas.com | upuramsetti@delinvest.com |
| ulysses@moorecap.co.uk | urangarajan@cicny.com |
| uma_rajeshwar@glenmede.com | uranguma@wharton.upenn.edu |
| umair.tariq@nbad.com | urbain.mbazoa@vontobel.ch |
| umang.vithlani@morleyfm.com | urban.angehrn@zurich.com |
| umberto.brinatti@bancareale.it | urban.bleisch@lgt.com |
| umberto.celentano@pasche.ch | urban.eriksson@ap3.se |
| umberto.cirri@nestle.com | urban.larson@baring-asset.com |
| umberto.crespi@capitalia-am.com | urban.persson@amfpension.se |
| umberto.orsenigo@db.com | urban_charles_t@cat.com |
| umberto.vallarino@merloni.com | urd-ikari@nochubank.or.jp |
| umeda@chuomitsui-spr.com.sg | ureber@pax.ch |
| umemoto@sun.com | uri.landesman@inginvestment.com |
| umesh_mahajan@ml.com | uri.miller@fmr.com |
| umeuchi@nam.co.jp | uri.ron@rbccm.com |
| umino@nam.co.jp | uri.snir@bmo.com |
| umit.cetkin@isbank.com.tr | urickheeram@fftw.com |
| umoran@bear.com | urmas.wompa@jpmorgan.com |
| umpaii@bot.or.th | urquijo@dcmc.creditlyonnais.fr |
| umut.utkan@finansbank.com.tr | urs.antonioli@ubs.com |
| un@known.com | urs.beck@zkb.ch |
| una.m.kane@aibbny.ie | urs.beer@ubs.com |
| undereiner.js@mellon.com | urs.bieri@vontobel.ch |
| underwoodm@bernstein.com | urs.duss@schroders.com |
| uneuhauss@ibuk.bankgesellschaft.de | urs.edward.blattmann@sunrise.ch |
| unitt.david@ftci.ch | urs.eilinger@juliusbaer.com |
| unknow@ntrs.com | urs.fischbach@zkb.ch |
| unknowm@unknown.com | urs.gahler@rbscoutts.com |
| unknown@creditorrelations.com | urs.gfeller@group.novartis.com |
| unknown@email.com | urs.gisiger@aig.com |
| unknown@mail.com | urs.guthmann@credit-suisse.com |
| unknown@mediobanca.nl | urs.haberthuer@csam.com |
| unknown@mediocredito.nl | urs.hiller@csam.com |
| unknown@mediosim.nl | urs.j.gallmann@credit-suisse.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| urs.keller@ubs.com | usguest1@nomura-asset.com |
| urs.knuchel@vontobel.ch | ushah@metlife.com |
| urs.kunz@csam.com | ushathorat@rbi.org.in |
| urs.matsch@juliusbaer.com | ushma.mulji@uk.fid-intl.com |
| urs.meili@commerzbank.ch | usman.x.naeem@jpmorgan.com |
| urs.meister@suva.ch | usr@hbk.com |
| urs.pfister@bsibank.com | usresearch@aberdeen-asset.com |
| urs.pfister@rothschildbank.com | usundermeier@metzler.com |
| urs.ramseier@csam.com | uta.fehm@db.com |
| urs.reiter@mbczh.ch | uta.kubis@ikb-cam.de |
| urs.schnueriger@ubs.com | uta.sichhart@hvb.de |
| urs.schubiger@ubs.com | ute.bach@ikb-cam.de |
| urs.schwarz@cbve.com | ute.guendert@lbbw.de |
| urs.von-gunten@ubs.com | ute.hering@db.com |
| urs.wiesendanger@bkb.ch | ute.hildebrand@ids.allianz.com |
| urs.winiger@schroders.com | ute.kaller@basf.com |
| ursel.baumann@bankofengland.co.uk | ute.rehwald@apobank.de |
| urs-s.weber@ubs.com | ute.rohner@pharma.novartis.com |
| ursula.bachmann@ecb.int | ute.rosen@lbbw.de |
| ursula.denzel@aam.de | ute.rosen@union-investment.de |
| ursula.elser@gz-bank.de | ute.schulthess@ca-suisse.com |
| ursula.federsel@bawag.com | ute.schweizer@axelspringer.de |
| ursula.jahns@telekom.de | ute.speidel@cominvest-am.com |
| ursula.kluck@fm.nrw.de | ute.valerius@telekom.de |
| ursula.neumann@credit-suisse.com | ute.wissing@ikb-cam.de |
| ursula.nitschke@ubs.com | ute.wriedt@dghyp.de |
| ursula.oser@zkb.ch | ute.zeptner@ids.allianz.com |
| ursula.prior@bhf-bank.com | uto.shinohara@alliancebernstein.com |
| ursula.radeke-pietsch@siemens.com | utorlach@groupe-ccr.com |
| ursula.sahrhage@dekabank.de | utorresan@dow.com |
| ursula.speich@credit-suisse.com | uts@ubp.ch |
| ursula.vonsayn-wittgenstein@hypovereinsbank.de | utsumi.takayuki@kokusai-am.co.jp |
| ursula_brenner@dell.com | utsunomiya@daiwasbi.co.jp |
| ursula_o_schaefer@fanniemae.com | utter@db.com |
| ursula_o"donnell@fanniemae.com | uva@capgroup.com |
| uruze@garanti.com.tr | uvonwietersheim@bayernlbny.com |
| uscashdesk@levi.com | uwe.bell@db.com |
| uschneider@meag.com | uwe.buertel@devif.de |
| uschuh@union-investment.de | uwe.ehrismann@allfonds-bkg.de |
| use.brueggendieck@csam.com | uwe.ehrismann@hypoinvest.at |
| useifert@meag.com | uwe.flach@dzbank.de |
| user@company.com | uwe.flossmann@blb.de |
| usg@capgroup.com | uwe.fuiten@westam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| uwe.guenther.2@claridenleu.com | v.nimmalapudi@hermes.co.uk |
| uwe.jech@ib.bankgesellschaft.de | v.nocton@bpsd.fr |
| uwe.krause@apobank.de | v.ogliengo@barilla.it |
| uwe.krause@sachsenlb.ie | v.rippa@bancodinapoli.it |
| uwe.loose@commerzbank.com | v.sadarangani@lcfr.co.uk |
| uwe.metzinger@lbbw.de | v.seaman@wafra.com |
| uwe.nagel@postbank.de | v.tan@hermes.co.uk |
| uwe.neumann@credit-suisse.com | v.van.der.sanden@robeco.nl |
| uwe.neumann@nordlb.de | v.verberk@robeco.nl |
| uwe.neumann@oppenheim.de | v.villa@kairospartners.com |
| uwe.nunn@lbbw.de | v_cooney@blackrock.com |
| uwe.petzler@helaba.de | v2@bloomberg.net |
| uwe.prasser@fortis.com | v9c@storebrand.com |
| uwe.pyde@seb.de | vaban@nysif.com |
| uwe.roehrig@ubs.com | vabrancaccio@delinvest.com |
| uwe.rossmannek@nordlb.de | vacharya@westernasset.com |
| uwe.sass@postbank.de | vachez.fabrizio@enel.it |
| uwe.schertel@credit-suisse.de | vachiraa@bot.or.th |
| uwe.schillhorn@ubs.com | vadams@fido.com |
| uwe.schluetter@ba-ca.group-treasury.co.at | vadams@us.mufg.jp |
| uwe.schwarz@seb.de | vader@cathaylife.com.tw |
| uwe.trackmann@dresdner-bank.com | vadim.b.matyushkin@rzb.at |
| uwe.treckmann@dresdner-bank.com | vadim.bagatouria@us.socgen.com |
| uwe.truppel@dresdner-bank.lu | vadim.lipanov@hvb.de |
| uwe.voshage@bwinvest.de | vadim.mezrin@bbh.com |
| uwe.wiedl@union-investment.de | vadim.moroz@ubs.com |
| uwe.zeidler@apobank.de | vadim.shteyn@colimbiamanagement.com |
| uwe_carl@swissre.com | vadim.yasnov@pimco.com |
| uweeberhard_remy@swissre.com | vadims.zaicevs@bank.lv |
| u-wen.kok@barclaysglobal.com | vadjaraganian@mail.bancsabadell.es |
| uwezeissner@helaba-invest.de | vadym.sliusar@db.com |
| uyen_nguyen@calpers.ca.gov | vafa.ahmadi@cpr-am.fr |
| uyjung@hanabank.com | vaga.bartalini@ing.ch |
| uyurday@canyonpartners.com | vagarwal@unigestion.com |
| uzak@oppenheimerfunds.com | vaia.tzokas@claridenleu.com |
| v.fiocco@fineco.it | vaibhav.chauhan@gs.com |
| v.folli@bipielle.it | vaida.tautvaisaite@usbank.com |
| v.j.ter.morsche@dnb.nl | vaidheesh.krishnamurti@ge.com |
| v.jenkinsrhea@bsiifabanque.com | vaifro.zullato@bancaakros.it |
| v.kishore@mitsubishi-trust.co.uk | vairetti@bpintra.it |
| v.lai@indoverbank.com | val.diggin@helaba.de |
| v.malasomma@promos.it | val.george@threadneedle.co.uk |
| v.marcora@net.mediolanum.it | val.glynn@statestreet.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

val.glytas@associatedbank.com
val.isayev@prudential.com
val_devassal@glenmede.com
valasis.vafiadis@robecoinvest.com
valata.dewalt@swib.state.wi.us
valbano@bloomberg.net
valcourt@bluewin.ch
valcourthere@bloomberg.net
valejand.lorca@grupobbva.com
valen.tsai@email.chinatrust.com.tw
valentijn.van.nieuwenhuijzen@ingim.com
valentin.burki@bcv.ch
valentin.fernandez@fonditel.es
valentin.schmid@nl.abnamro.com
valentin.vondermuehll@juliusbaer.com
valentin.yanev@dartmouth.edu
valentina.carluccio@bancaintesa.it
valentina.chen@morleyfm.com
valentina.karnjel@am.generali.com
valentina.maddalena@bancaditalia.it
valentina.salvini@saras.it
valentina.vanderdys@morganstanley.com
valentina.vicinanza@bancaakros.it
valentine.ainouz@caam.com
valentine.dsouza@bmo.com
valentine@braverstern.com
valentino.bidone@gestielle.it
valenzuelaj@bancsabadell.com
valerarafael@sabadellbancaprivada.com
valeri@capitalgest.it
valeria.aiudi@mediolanum.it
valeria.anzoino@caboto.it
valeria.caielli@intesasanpaolo.com
valeria.penco@capitalia-am.com
valeria.stefano@enel.it
valeria.zanon@bsibank.com
valerie.bardou@caam.com
valerie.beale@bbh.com
valerie.blot@sgam.com
valerie.bour@banque-france.fr
valerie.brown@bernstein.com
valerie.brown@bms.com
valerie.bureau@ca-assetmanagement.fr

valerie.cecchini@standardlife.ca
valerie.chevallier-chantepie@ceral.caisse-epargne.fr
valerie.cho@lazard.com
valerie.clay-bey@inginvestment.com
valerie.feggestad@peregrinecapital.com
valerie.friedholm@fmr.com
valerie.gay@pncbank.com
valerie.gobet@ing.ch
valerie.grivotet-masri@richemont.com
valerie.henon@bnpparibas.com
valerie.j.sill@usa.dupont.com
valerie.kibieta@belgacom.be
valerie.kuotsingjen@calyon.com
valerie.laloux@fortis.com
valerie.lemaigre@lodh.com
valerie.malter@jpmorganfleming.com
valerie.nannettedan@axa-im.com
valerie.nicolas@bnpparibas.com
valerie.noel@hsbcpb.com
valerie.oelhoffen@groupe-mma.fr
valerie.phillips@caam.com
valerie.piquard@ingpatrimoine.com
valerie.s.dahlman@wellsfargo.com
valerie.schneider@bbls.ch
valerie.schneitter@credit-suisse.com
valerie.schroeter@db.com
valerie.schroeter@dws.com
valerie.seror@caam.com
valerie.sussman@wachoviasec.com
valerie.teegardin@firstmidwest.com
valerie.verge@sgam.com
valerie.vigin@dexia.be
valerie_connolly@ustrust.com
valerie_michael@bnz.co.nz
valerio.piacentini@bpm.it
valerio.romano@bancaintesa.it
valerio.schmitz-esser@csam.com
valerio.zuccolo@bancaintesa.it
valeriy.petrov@hvb.de
valero.matriciani@sl-am.com
valery.amouroux@eurotunnel.com
valinda.arnett-patton@inginvestment.com
valladolid_michelle@jpmorgan.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| vallende@morganstanley.es | vanessa.scala@gartmore.com |
| vallery.brown@protective.com | vanessa.schaefer@saarlb.de |
| valli.srikanthapalan@alliancebernstein.com | vanessa.schumack@westam.com |
| valli@ellington.com | vanessa.shumack@westam.com |
| vallone.stefania@enel.it | vanessa.simbalista@bcb.gov.br |
| valmai.jones@uk.fid-intl.com | vanessa.strauss@hyporealestate.de |
| valter.apostolo@bpm.it | vanessa.vanacker@morganstanley.com |
| valter.nosenzo@arcafondi.it | vanessa.werthwein@l-bank.de |
| vambekar@invest.treas.state.mi.us | vanessa_dekker@troweprice.com |
| vamsi.raju@wachovia.com | vanessa_moulin@fanniemae.com |
| vamsi_kommasani@fanniemae.com | vanessa_schlegel@fanniemae.com |
| van.dupuy@axa-im.com | vanessachan@hsbc.com.hk |
| van.eswara@fmr.com | vanessaharvey@gic.com.sg |
| van.krupper@gte.net | vangelis.bratsikas@claridenleu.com |
| van.sayler@raymondjames.com | vangelis.bratsikas@juliusbaer.com |
| van@juliusbaer.com | vangs@ctclife.com.tw |
| van_banh@calpers.ca.gov | vanheel@uk.pimco.com |
| van_simmons@invesco.com | vani.gupta@cwcom.co.uk |
| vanaporl@bot.or.th | vanina.babbini@bnpparibas.com |
| vance.arnold@frostbank.com | vanle@stanford.edu |
| vance.shaw@csfb.com | vanmersbergen.kristin@principal.com |
| vancew@nationwide.com | vannedea@ebrd.com |
| vand@pggm.nl | vanni.vecchini@gartmore.com |
| vanda.alves.oliveira@bancobpi.pt | vanpraagh@atlanticinvestment.net |
| vandana.bhagat@fmr.com | vanreeth@bloomberg.net |
| vandenberg.mark@principal.com | vantil.charles@axa-slim.co.uk |
| vanderd@rabo-bank.com | vanvoja@chevrontexaco.com |
| vanderge@cmcic.fr | vanwoerkomdw@ensignpeak.org |
| vandermeulen@bis.org | vanya@wasatchadvisors.com |
| vanessa.a.cesario@bankofamerica.com | varanof@pfm.com |
| vanessa.answini@funb.com | varanom@pfm.com |
| vanessa.barata@hvb.de | varcity.kariuki@jpmorgan.com |
| vanessa.beck@union-investment.de | vardhana.pawaskar@morganstanley.com |
| vanessa.brathwaite@ubs.com | vargasju@cmcic.fr |
| vanessa.cosgrave@gs.com | varinp@bot.or.th |
| vanessa.donegan@threadneedle.co.uk | varjanp@ms.com |
| vanessa.duchman@pnc.com | varma_rohit@gsb.stanford.edu |
| vanessa.galvan@columbiamanagement.com | varmas@nbd.com |
| vanessa.guez@framlington.co.uk | varmstrong@metlife.com |
| vanessa.hopwood@morganstanley.com | varnold@bloomberg.net |
| vanessa.king@novartis.com | varsay.sirleaf@wachovia.com |
| vanessa.marom@chq.alstom.com | vartelasaj@aetna.com |
| vanessa.moeske@lbbw.de | varunmehta@northwesternmutual.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| vas.narasimhan@novartis.com | vcasolo@credem.it |
| vas@ellington.com | vcastro@isifunds.com |
| vasant.mistry@concordiabus.com | vchampion@generali.fr |
| vasantha@gartmore.com | vchang@nb.com |
| vaseem@ikospartners.com | vchavez@westernasset.com |
| vashawn_cooper@putnam.com | vchiu2@bloomberg.net |
| vashik_vajner@blackrock.com | vchong@hcmlp.com |
| vasi@gestion.it | vchow@tudor.com |
| vasiliki.koutoupi@fgic.com | vcirulli@metlife.com |
| vasilios.simantirakis@ubs.com | vcoleman@myprovident.com |
| vasiliou.b@dreyfus.com | vconti@bci.it |
| vasilis.katsikiotis@genworth.com | vcornelis@groupe-ccr.com |
| vassili.kotlov@bms.com | vcorrea@metlife.com |
| vassilina.lapteva@richemont.com | vcosta@aston-bond.com |
| vassilios.x.koulovassilopoulos@jpmorgan.com | vcurtis@opcap.com |
| vassos@ikos.com.cy | vdarp@clinton.com |
| vasuvir@bot.or.th | vdavid-robin@ufji.com |
| vaugh-r@stifel.com | vdavisson@loomissayles.com |
| vavante@adb.org | vdd@americancentury.com |
| vavena@bofa.com | vdelucia@bci.it |
| vayoula.georgakopoulos@citadelgroup.com | vdelucia@grneam.com |
| vaysburd@deshaw.com | vderryberry@denveria.com |
| vb@bohler.co.uk | vdesai@metlife.com |
| vbacheller@wellington.com | vdeswal@bear.com |
| vbakshi@iberdrolausa.com | vdiaz@jefco.com |
| vbaliga@bear.com | vdiehl@union-investment.de |
| vbalouzian@bony.com | vdivasta@jhancock.com |
| vbaugh@opcap.com | vdk@capgroup.com |
| vbenson@amica.com | vdunlop@invest.singer-friedlander.com |
| vbertellotti@metlife.com | vecamp@bankofny.com |
| vbisaria@tva.gov | vedant.x.mehra@jpmorgan.com |
| vbonte1@bloomberg.net | vedran.rudelj@vontobel.ch |
| vbopp@oppenheimerfunds.com | veehoo@bloomberg.net |
| vborue@caxton.com | veena_avadhanam@symantec.com |
| vbosch@bloomberg.net | veeral.shah@us.bnpparibas.com |
| vboukhantsev@bloomberg.net | vegannae@wellington.com |
| vbrady@presidiomanagement.com | vegard.benterud@nbim.no |
| vbudinger@westernasset.com | veikko.kantola@bof.fi |
| vbv@unionbankph.com | veit.trunk@ids.allianz.com |
| vbwarren@delinvest.com | vek@nbim.no |
| vcao@tiaa-cref.org | vekrishn@lehman.com |
| vcapalbo@statestreet.com | velasco@bloomberg.net |
| vcara@pictet.com | velascodj@aetna.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| velbert@princeton.edu | verena_zollikofer@swissre.com |
| veleswarapu@oppenheimerfunds.com | verena-jeanette.fister-rech.vf@bayer-ag.de |
| vellanki_ramesh@jpmorgan.com | verena-van.well@db.com |
| velma.brumfield@shell.com | veresi@mnb.hu |
| velma_chang@ssga.com | vereszkip@mnb.hu |
| velock_walter@jpmorgan.com | verhalen@provinzial.com |
| vendome.nauer@online.lu | verhoefm@rabo-bank.com |
| vengel@shellus.com | verity.criddle@tilney.com |
| venita.olson@alliancebernstein.com | verity.savage@jpmorgan.com |
| venkat.badri@ubs.com | vernet@the-hague.sl.slb.com |
| venkat.gorantla@ubs.com | vernon.barnes@icap.com |
| venkat_gangisetty@fanniemae.com | vernon.wright@mbna.com |
| venkatakrishnan_cs@jpmorgan.com | vernon_bernardino@nacm.com |
| venkataramanaz@bernstein.com | vernon_patterson@keybank.com |
| venkatesh.devarajan@ge.com | veron_tan@capgroup.com |
| venkatram@ellington.com | verona@pimco.com |
| veno@jyskeinvest.dk | veronica.a.gilmartin@ssmb.com |
| venture.quest@verizon.net | veronica.amati@prudential.com |
| venu-madhav.bolisetty@db.com | veronica.barbieri@henkel.com |
| ver003@maersk.com | veronica.bats@sgam.com |
| vera.bergamaschi@meliorbanca.com | veronica.cobb@53.com |
| vera.bonte@am.generali.com | veronica.hairston@53.com |
| vera.colombo@enel.it | veronica.lopez-ibor@ubs.com |
| vera.dianova@claridenleu.com | veronica.marino@bcb.gov.br |
| vera.ho@wamu.net | veronica.vasquez@tcw.com |
| vera.kaeppler@ubs.com | veronica.yu@robur.se |
| vera.kartseva@ingim.com | veronica_ho@ssga.com |
| vera.kotlik@stanford.edu | veronica_kuan@amcm.gov.mo |
| vera.nikolova@electrolux.se | veronica_m_ferro@fleet.com |
| vera.rossi@morganstanley.com | veronika.henkel@siemens.com |
| vera.schubert@kfw.de | veronika.kuenzler@credit-suisse.com |
| vera.stoeck@sparkasse-koelnbonn.de | veronika.landsgard@nordea.com |
| vera.trindade@lodh.com | veronika.neubauer@de.pimco.com |
| vera.vanert@tcw.com | veronika.posch@sparinvest.com |
| vera_mcvey@hvbamericas.com | veronika.weisser@ubs.com |
| vera-02500@email.esunbank.com.tw | veronique.akoun@creditfoncier.fr |
| verband@nationwide.com | veronique.barenne@bnpparibas.com |
| verdant.x.mehra@jpmorgan.com | veronique.brunel@cnp.fr |
| veredice@finmeccanica.it | veronique.dimaria@dexia-bil.com |
| verena.gradwohl@rzb.at | veronique.floxoli@bnpparibas.com |
| verena.kamer@swissfirst.ch | veronique.geronde@bnpparibas.com |
| verena.rothmaier@lbbw.de | veronique.hache@fortisinvestments.com |
| verena.volpert@bertelsmann.de | veronique.haefliger@bcv.ch |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

veronique.laffiteau@labanquepostale-am.fr
veronique.leroybouille@cnp.fr
veronique.limpens@axa.be
veronique.ormezzano@bnpparibas.com
veronique.rosier@labanquepostale-am.fr
versnel@vpv.nl
veruschka.tan@sscims.com
verushka.ramirez@bwater.com
vesa.hokkanen@okobank.com
vesa.nurminen@sampo-leonia.fi
vesta.m.foster@columbiamanagement.com
vetier@bridportjersey.net
veuhuan@dbs.com
vfaro@mdsass.com
vfernandez@sarofim.com
vfeygin1@bear.com
vfitzpatrick@bankofny.com
vfliorent@metlife.com
vfong@levi.com
vformery@bft.fr
vfradkin@metlife.com
vfrovich@lordabbett.com
vfuentes@pictet.com
vfumagalli@bloomberg.net
vgade@tudor.com
vgadon@groupama-am.fr
vgallagher@babsoncapital.com
vgallo@caxton.com
vgamberale@autostrade.it
vgeorgenes@loomissayles.com
vgomez@oddo.fr
vgor1@bloomberg.net
vgrimaldi@pictet.com
vgrzywna@groupama-am.fr
vgu@orixcm.com
vgulati@delinvest.com
vhachevincenot@ofi-am.fr
vhammond@ustrust.com
vhan@seic.com
vherman@wescorp.org
vhitchco@allstate.com
vhjohn@uswest.com
vhoutteville@firststate.co.uk

vhouxelle@bloomberg.com
vhoward@waddell.com
vhowland@mfs.com
via hedwig.vohrer@lbbw.de
viald@agf.fr
viame.chan@mizuho.com
viana.huie@soros.com
viannone@bankofny.com
viaud.m@mellon.com
vibeke.pentzen@dnbnor.no
vibiana.irvine@tcw.com
vic.hanson@mutualofomaha.com
vic.khaitan@db.com
vic_thompson@ssga.com
vicenciolito@gic.com.sg
vicente.alava-pons@dlh.de
vicente.ortueta@grupobbv.com
vicentemariasalud@bancsabadell.com
vich@ellington.com
vicken.kioumdjan@fortisbank.com
vicken.kioumjian@fortisbank.com
vicki.bryce@wellscap.com
vicki.bull@tcw.com
vicki.gedge@credit-suisse.com
vicki.rosenberg@jpmorganfleming.com
vicki_fuller@acml.com
vickie.chang@fareastnationalbank.com
vickie.detorre@pncbank.com
vickie.taylor@capgroup.com
vickie@cathaylife.com.tw
vickif@qualcomm.com
vicknesan@bloomberg.net
vickreb@vankampen.com
vickrum.chima@statestreet.com
vicky.eatwell@barclaysglobal.com
vicky.harriss@rlam.co.uk
vicky.parry@glgpartners.com
vicky.read@bankofengland.co.uk
vicky.simonds@csam.com
vicky.watson@swip.com
vicky.wu@wamu.net
vicky_frew@standardlife.com
vicky_hughes@acml.com

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| victoire.detrogoff@uk.fid-intl.com | victoria.chittock@barclayscapital.com |
| victor.baghat@alliancebernstein.com | victoria.dehn@usbank.com |
| victor.barreras@firstbankpr.com | victoria.engwell@ubs.com |
| victor.bemmann@db.com | victoria.feldens@t-mobile.net |
| victor.bhagat@alliancebernstein.com | victoria.filkins@nationalcity.com |
| victor.cabral@pimco.com | victoria.friend@augustus.co.uk |
| victor.cheong@mizuhocbus.com | victoria.greenwood@lgim.co.uk |
| victor.chow@hp.com | victoria.hamilton@glgpartners.com |
| victor.chu@morleyfm.com | victoria.hasler@rothschild.co.uk |
| victor.chu@westernasset.com | victoria.houston@hcmny.com |
| victor.cristobal@grupobbva.com | victoria.jensen@insightinvestment.com |
| victor.diiorio@banca.mps.it | victoria.johnstone@lgim.co.uk |
| victor.donev@axa-im.com | victoria.leggett@threadneedle.co.uk |
| victor.feliciano@bspr.com | victoria.m.paradis@jpmorganfleming.com |
| victor.gauvin@sgcib.com | victoria.norman@threadneedle.co.uk |
| victor.kaelin@bbls.ch | victoria.persey@glgpartners.com |
| victor.koh@bloomberg.net | victoria.port@threadneedle.co.uk |
| victor.kolvites@aig.com | victoria.raucci@yale.edu |
| victor.lin@email.chinatrust.com.tw | victoria.rock@citigroup.com |
| victor.maccagnan@pncbank.com | victoria.sharpe@barclayscapital.com |
| victor.macein@bancoval.es | victoria.stewart@rlam.co.uk |
| victor.oliveira@sebprivatebank.com | victoria.thompson@citi.com |
| victor.pena@altria.com | victoria.todd@baesystems.com |
| victor.pina@gs.com | victoria.vonaretin@hvb.de |
| victor.rodriguez@csam.com | victoria.vonaretin@unicreditgroup.de |
| victor.rodriguez@inginvestment.com | victoria.wang@email.chinatrust.com.tw |
| victor.rozenblits@db.com | victoria.winckle@aberdeen-asset.com |
| victor.s.henry@jpmorgan.com | victoria.wong@trs.state.tx.us |
| victor.saratella@lmginv.com | victoria_franklin@agfg.com |
| victor.thay@fmr.com | victoria_grant@ml.com |
| victor.toro@db.com | victoria_kagler@troweprice.com |
| victor.van.will@nibc.com | victoria_metherell@prusec.com |
| victor.wong@barclaysglobal.com | victoriay.chin@aig.com |
| victor.wongky@uobgroup.com | victorlai@dbs.com |
| victor.yang@genworth.com | victorma@pshk.com.hk |
| victor_hong@westlb.com | victortse@daiwa-am.com.hk |
| victor_pa@freddiemac.com | victory_lan_team@vanguard.com |
| victor_samoilovich@nylim.com | vidhu.aggarwal@westernasset.com |
| victoria.a.lowrie@jpmorgan.com | vidmantas_pleta@swissre.com |
| victoria.bloom@pacificlife.com | vidtoriya.d.mikityanskaya@jpmorganfleming.com |
| victoria.brown@aberdeen-asset.com | vidulichbz@bernstein.com |
| victoria.callcott@lodh.com | vidur.goel@wgsl.com |
| victoria.cannon@rlam.co.uk | vidur.sachdeva@inginvestment.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| vidya.rajappa@alliancebernstein.com | vikki.lindstrom@gs.com |
| vidya.vasu-devan@gs.com | vikram.chawda@inginvestment.com |
| vidya_kadiyam@troweprice.com | vikram.dasgupta@citizensbank.com |
| vidya_krishnaswamy@ssga.com | vikram.j.kuriyan@columbiamanagement.com |
| vie.ming.tan@cibc.com.sg | vikram.kaura@ubs.com |
| vieker@mk-ag.de | vikram.modi@deshaw.com |
| vier@maerskoil.com | vikram.raju@citigroup.com |
| viglesia@ibercaja.es | vikram@bnm.gov.my |
| vignir.sverrisson@glitnir.is | vikram_dhindsa@putnam.com |
| vijay.balakrishnan@nisanet.com | vikram_lunavat@blackrock.com |
| vijay.bhasin@wamu.net | viktor.heese@apobank.de |
| vijay.chopra@db.com | viktor.pitrans@ing.com.au |
| vijay.chugh@morganstanley.com | viktor.schneider@ib.bankgesellschaft.de |
| vijay.katechia@sgcib.com | viktor.turk@pioneeraltinvest.com |
| vijay.narayanan@fidelity.co.in | viktoria.beromelidze@ubs.com |
| vijay.panday@klm.com | viktoria.gerling@dekabank.de |
| vijay.rao@barclaysglobal.com | viktoria.keuter@dzbank.de |
| vijay.s.chauhan@barclayscapital.com | viktoria_grinberg@acml.com |
| vijay.sarathi@geind.ge.com | vilam@bancsabadell.com |
| vijay.sharma@ubs.com | ville.holma@sampopankki.fi |
| vijay.valabhadas@qatarbank.com | ville.rouvila@danskecapital.fi |
| vijay_movva@freddiemac.com | ville.talasmaki@sampo.fi |
| vijaya.govindan@ubs.com | vilnis.barons@bank.lv |
| vijayaanand.karuppia@schwab.com | vily.dardanes@ubs-oconnor.com |
| vijayalakshmi.rajendran@gs.com | vim.tr@adia.ae |
| vijayraina@rbi.org.in | vimal_agarwal@freddiemac.com |
| vijesh.patel@uk.fid-intl.com | vimal_jayaraj@ssga.com |
| viju.joseph@morganstanley.com | vimontiel@gruposantander.com |
| vik.chopra@alliancebernstein.com | vinashgopalakrishnan@temasek.com.sg |
| vik@nbim.no | vinay.k.raj@hsbcgroup.com |
| vikas.chopra@swip.com | vinay.kedia@morganstanley.com |
| vikas.goyal@blackrock.com | vinay.sharma@westam.com |
| vikas.mehta@ofheo.gov | vinay.ved2@piercap.com |
| vikas.sharma@bkb.ch | vinay_agarwal@putnam.com |
| vikas.sharma@glgpartners.com | vinay_sharma@westam.com |
| vikas.sharma@juliusbaer.com | vinay_thapar@americancentury.com |
| vikas.singhal@stpaul.com | vinayak.kanvinde@fmr.com |
| vikas.vijayan@adcb.com | vince.borjas@bnymellon.com |
| vikas@mcm.com | vince.chen@tw.standardchartered.com |
| vikas@nytimes.com | vince.dicarlo@db.com |
| vikas_singhal@fanniemae.com | vince.fiso@credit-suisse.com |
| vikki.burr@glgpartners.com | vince.gubitosi@citadelgroup.com |
| vikki.hanges@westam.com | vince.heneghan@sgcib.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| vince.rivers@fmr.com | vincent.haderer@caam.com |
| vince.russo@micorp.com | vincent.huet@exane.com |
| vince.salvato@csam.com | vincent.juvyns@ingim.com |
| vince@providencefunds.com | vincent.kester@ingim.com |
| vince_hannity@bc.com | vincent.kouch@lasalle.com |
| vincent.au@bapensions.com | vincent.kouch@ubs.com |
| vincent.aubras@dexia.com | vincent.kravec@lazard.com |
| vincent.baria@inginvestment.com | vincent.lagger@juliusbaer.com |
| vincent.baron@dexia-am.com | vincent.laguerre@caam.com |
| vincent.berrada@axa-im.com | vincent.laudati@citigroup.com |
| vincent.bourdarie@hk.ca-assetmanagement.com | vincent.lauras@natixis.us |
| vincent.bourgeois@hsbchalbis.com | vincent.lecomte@fortis.com |
| vincent.boyer@uk.bnpparibas.com | vincent.legroux@banque-france.fr |
| vincent.breton@caam.com | vincent.le-meur@socgen.com |
| vincent.caillon@calyon.com | vincent.leung@hvbasia.com |
| vincent.chan@hk.forits.com | vincent.liu@morganstanley.com |
| vincent.chun@aig.com | vincent.marcel@valeo.com |
| vincent.costa@inginvestment.com | vincent.marioni@cnce.caisse-epargne.fr |
| vincent.couson@ubs.com | vincent.masson@caam.com |
| vincent.d.moye@fhlb-pgh.com | vincent.matera@us.sgcib.com |
| vincent.darpino@clinton.com | vincent.matsui@swissre.com |
| vincent.de_valliere@group.novartis.com | vincent.matthijssen@fortisinvestments.com |
| vincent.delfosse@ingim.com | vincent.megard@axa-im.com |
| vincent.demartel@axa-im.com | vincent.mistretta@ubs.com |
| vincent.demartel@barclaysglobal.com | vincent.molinari@ugsl.com |
| vincent.digby@boitib.com | vincent.montemaggiore@fmr.com |
| vincent.dumontoy@barcap.com | vincent.mooijer@nl.abnamro.com |
| vincent.dupont@alliancebernstein.com | vincent.mottier@bcv.ch |
| vincent.durel@uk.fid-intl.com | vincent.moy@wedbush.com |
| vincent.duval@ubs.com | vincent.musumeci@japan.gartmore.com |
| vincent.fannon@alliancebernstein.com | vincent.palermo@prudential.com |
| vincent.fea@db.com | vincent.pecoraro@nb.com |
| vincent.fedelich@picardie.caisse-epargne.fr | vincent.perrot@bnpparibas.com |
| vincent.ficca@eagleasset.com | vincent.petitpierre@givaudan.com |
| vincent.fiorillo@tcw.com | vincent.pons@csam.com |
| vincent.flanagan@us.fortis.com | vincent.rappo@bnpparibas.com |
| vincent.fleury@winterthur.com | vincent.regan@tilney.com |
| vincent.fravel@sgam.com | vincent.rufo@degroof.lu |
| vincent.georges@safra.lu | vincent.salle@cardif.fr |
| vincent.gigounon@fortisinvestments.com | vincent.salvato@pioneerinvestments.com |
| vincent.gilles@ubs.com | vincent.schirinzi@lloydsbank.ch |
| vincent.godemel@axa-franceassurance.fr | vincent.servan@bcv.ch |
| vincent.grieco@csam.com | vincent.sneyers@dexia.be |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| vincent.solnik@axa-im.com | vincy.yu@fenb-us.com |
| vincent.spinelli@jpmorgan.com | vineet.hemdev@morganstanley.com |
| vincent.tedaldi@bbh.com | vineet.theodore@bbh.com |
| vincent.thebault@jp.ca-indosuez.com | vineet@origincm.com |
| vincent.tinant@ingim.com | vinfra@safeco.com |
| vincent.torres@xlgroup.com | vinh.ho@lodh.com |
| vincent.treillet@clf-dexia.com | vinh-tuan.ngo@carval.com |
| vincent.tricomi@moorecap.com | vinicius.silva@bcb.gov.br |
| vincent.van-steensel@ing.be | vinit_patel@westlb.co.uk |
| vincent.varca@wamu.net | vinita.rustagi@gecis.ge.com |
| vincent.vierhout@rabobank.com | vinnie.gade@tudor.com |
| vincent.wright@uk.bdroma.com | vinnie.varca@ubsw.com |
| vincent.yee@schroders.com | vinnie@tudor.com |
| vincent.zelenko@fmr.com | vinny.a.butler@aib.ie |
| vincent.zhao@barclaysglobal.com | vinny.tucci@inginvestment.com |
| vincent@bok.or.kr | vinod.chandrashekaran@barclaysglobal.com |
| vincent@cathaysite.com.tw | vinod.pedhambkar@ge.com |
| vincent_barucq@carrefour.com | vinod.prashad@morganstanley.com |
| vincent_cuccaro@fleet.com | vinod.pujar@fmr.com |
| vincent_ingato@fujibank.co.jp | vinod.rajakumar@citadelgroup.com |
| vincent_leung@hvbasia.com | vinod.sadasivam@nisanet.com |
| vincent_lui@bochk.com | vinod.venkitachalam@gs.com |
| vincent_p_thornton@ssga.com | vinod_kushawaha@freddiemac.com |
| vincent_suen@ssga.com | vinodh.nalluri@asbai.com |
| vincent_ws_lee@hkma.gov.hk | vinti.khanna@aig.com |
| vincent_yu@cathaylife.com.tw | vinzenz.nef@credit-suisse.com |
| vincent-0998@email.esunbank.com.tw | viola.dunne@blackrock.com |
| vincentb@fhlbsea.com | viola.patock@de.pimco.com |
| vincentchan@gic.com.sg | violet.osterberg@pacificlife.com |
| vincent-j.esposito@db.com | violet.sohbm@uobgroup.com |
| vincentn@wil.com | vipin.ahuja@credit-suisse.com |
| vincentngcc@wooribank.com | vipin.narula@schroders.com |
| vincentsalerno@amalgamatedbank.com | vipin_sahijwani@riggsbank.com |
| vincentw@nbd.com | vipul.arora@ubs.com |
| vincenzo.calia@claridenleu.com | vipul.kadakia@bmo.com |
| vincenzo.cassino@bankofengland.co.uk | viral.patel@bernstein.com |
| vincenzo.dangelo@degroof.be | virgenmina.nieves@citigroup.com |
| vincenzo.ferrari@sede.estense.coop.it | virginia.celebuski@prudential.com |
| vincenzo.grimaldi@am.generali.com | virginia.gonzalez@db.com |
| vincenzo.masellicampagna@saipem.eni.it | virginia.keehan@morganstanley.com |
| vincenzo.moramarco@pioneerinvestments.com | virginia.porter@cwmsg.cwplc.com |
| vincenzo.sorbara@am.generali.com | virginia.stoops@pnc.com |
| vincenzo.zappia@bancaintesa.it | virginiak@iadb.org |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| virginie.badozober@bnpparibas.com | vitaly.korchevsky@icomd.com |
| virginie.boucher-ferte@db.com | vitaly.n.kazakov@jpmorgan.com |
| virginie.cayatte@axa.com | vitaly.ushakov@fandc.com |
| virginie.dascenzio@degroof.lu | vitaly.veksler@fmr.com |
| virginie.deboisseson@ing.ch | vitamarie.pike@corporate.ge.com |
| virginie.dedriche@bnpparibas.com | vito.courtney@fairchildsemi.com |
| virginie.derue@axa-im.com | vito.macchia@bpv.it |
| virginie.dessertenne@bnpparibas.com | vito.petrolito@lodh.com |
| virginie.deterck@sgam.com | vito.romaniello@fondiaria-sai.it |
| virginie.jouhaud@cominvest-am.com | vito.romaniello@fondiario-sai.it |
| virginie.vermeersch@calyon.com | vito.semeraro@hsbc.com |
| virginie.vuong@socgen.com | vito@sandlercap.com |
| virginie@bnm.gov.my | vitor.hugo.pires@bpi.pt |
| virginie_blin@carrefour.com | vitor.palazzo@ubs.com |
| virginio.nottola@capitalia-am.com | vitor.santos@fandc.com |
| virginio_codegoni@bancosardegna.it | vittnergg@aetna.com |
| virgy.quist@deshaw.com | vittof@bloomberg.net |
| virinder.seth@jpmorgan.com | vittorio.deluigi@mpsgr.it |
| vironda.jeanjacques@sodexho-alliance.fr | vittorio.fegitz@rbc.com |
| virostek.jj@mellon.com | vittorio.gaudio@mediolanum.it |
| viru_raparthi@ml.com | vittorio.maggiolini@bancaintesa.it |
| virwin@bloomberg.net | vittorio.treichler@bsibank.com |
| vis.shankar@sg.standardchartered.com | vittorio_cornaro@ml.com |
| visa.manninen@keva.fi | vittoriotreichler@bsibank.com |
| vish.acharya@blackrock.com | vitus.vonwil@zkb.ch |
| vish.khasarla@ubs.com | vivek.arora@ntrs.com |
| vishal.gupta@barclaysglobal.com | vivek.gupta@blackrock.com |
| vishal.mahajan@4086.com | vivek.jeswani@threadneedle.co.uk |
| vishal.patel@barclaysglobal.com | vivek.k.shah@jpmorgan.com |
| vishal.sharma@lgim.co.uk | vivek.sadanand@citadelgroup.com |
| vishal.v.patel@ge.com | vivek.shah@deshaw.com |
| vishal.x.thakkar@jpmorgan.com | vivek.sriram@jpmorgan.com |
| vishala.x.sri-pathma@jpmchase.com | vivek_gandhi@putnam.com |
| visnic.m@mellon.com | vivenne_hsu@americancentury.com |
| visras@bot.or.th | vivian.brunner@tkb.ch |
| visser81@bloomberg.net | vivian.c.lin@jpmorgan.com |
| vita.bates@protective.com | vivian.chen@csam.com |
| vita.padalino@protective.com | vivian.evans@saudibank.com |
| vita_lorraine@jpmorgan.com | vivian.hairston@huntington.com |
| vitalie.sajin@hvb.de | vivian.huxley@forester.co.uk |
| vitaliy.liberman@tcw.com | vivian.lee@alliancebernstein.com |
| vitaly.chaika@nuveen.com | vivian.lin@ubs.com |
| vitaly.fiks-cdg@db.com | vivian.lubrano@fmr.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| vivian.truong@redwoodtrust.com | vladamir.zelkov@tudor.com |
| vivian.whiteley@usbank.com | vladik.shutoy@inginvestment.com |
| vivian.wong@barclaysglobal.com | vladimir.arrieta@prudential.com |
| vivian.yelland@hsbcpb.com | vladimir.cilli@dzbank.ie |
| vivian.yip@db.com | vladimir.demine@ubs.com |
| vivian@us.ibm.com | vladimir.goloviznine@pggm.nl |
| viviana.gisimundo@pioneerinvest.it | vladimir.karlov@aig.com |
| viviane.ting@hk.caam.com | vladimir.mrazek@cnb.cz |
| vivianha99@scsb.com.tw | vladimir.novakovski@citadelgroup.com |
| vivianlee@mas.gov.sg | vladimir.polhorsky@nbs.sk |
| vivian-pt.tsai@aig.com | vladimir.portnykh@barclayscapital.com |
| viviantan@gic.com.sg | vladimir.sotskov@rabobank.com |
| vivianyew@gic.com.sg | vladimir.valenta@bankofamerica.com |
| vivien.ronnebeck@btfinancialgroup.com | vladimir_vladimirov@acml.com |
| vivienlee@gic.com.sg | vladimira.mircheva@gs.com |
| vivienne.blackwell@axa-im.com | vladislav.vassiliev@db.com |
| vivienne.chia@ubs.com | vladislav_iordanov@acml.com |
| vivienne.hsu@schwab.com | vladyzhets@babsoncapital.com |
| vivienne.zhao@dartmouth.edu | vlamb@lkcm.com |
| vivienne_ballico@invescoperpetual.co.uk | vlance@gestion.leven.com |
| vivienne_rooney@bnz.co.nz | vlannin@genre.com |
| vivierpa@cin.cic.fr | vlaseros.vasilios@nbg.gr |
| viviku@cathaylife.com.tw | vlb23@cornell.edu |
| vjacobson@perrycap.com | vld@nbim.no |
| vjadrikhinsky@kkb.kz | vledoux@groupe-ccr.com |
| vjan@kempen.nl | vlee@rockco.com |
| vjhaveri@metlife.com | vlee@templeton.com |
| vjohnson@standishmellon.com | vlee@waddell.com |
| vk@capgroup.com | vlehmann@arabbank.ch |
| vkampe@sirachcap.com | vlipscom@ftci.com |
| vkatsikiotis@metlife.com | vlosito@lortobco.com |
| vkotlan@csas.cz | vlt7@cornell.edu |
| vksenloanfunds@vankampen.com | vlubrano@loomissayles.com |
| vkubica@nbs.sk | vlui@hcmlp.com |
| vkulkarni@unfcu.com | vlui@muis.co.hk |
| vkurella@hbk.com | vm36@ntrs.com |
| vl@capgroup.com | vmandre@fhlbdm.com |
| vlad.byalik@bernstein.com | vmani@ifc.org |
| vlad.d.dobru@dartmouth.edu | vmarghescu@worldbank.org |
| vlad.kolpakov@bms.com | vmarks@ucm.utendahl.com |
| vlad.stavitskiy@wellsfargo.com | vmartine@banxico.org.mx |
| vlad.vladimirov@gmam.com | vmartinez@metlife.com |
| vlad@zelengora.com | vmastr@nbg.gr |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| vmat@bloomberg.net | volker.de.haan@ikb.de |
| vmaultsby@aol.com | volker.dosch@dws.com |
| vmazza@fahnestock.com | volker.floegel@union-panagora.de |
| vmcbride@lordabbett.com | volker.heisig@deka.de |
| vmdiamond@wellington.com | volker.hentschel@lbbw.de |
| vmelashenko@lkcm.com | volker.hergert@ib.bankgesellschaft.de |
| vmelendez@rockco.com | volker.hergert@lgt.com |
| vmeschoulam@caxton.com | volker.honisch@drkw.com |
| vmeyer@mnpower.com | volker.honold@lbbw.de |
| vmg@bpi.pt | volker.karioth@bayernlb.de |
| vmikulecky@csas.cz | volker.kempf@dresdner-bank.com |
| vmilev@bloomberg.net | volker.knoepfle@wgz-bank.de |
| vmmartinez@nafin.gob.mx | volker.korella@dresdner-bank.com |
| vmohan@halcyonllc.com | volker.kunath@wuestenrot.de |
| vmoissin@princeton.edu | volker.lenhard@dekabank.de |
| vmojica@blx.com | volker.marnet-islinger@cominvest-am.com |
| vmostrowski@delinvest.com | volker.neuhaus@allianz.de |
| vmschwatka@leggmason.com | volker.oerter@fm.nrw.de |
| vmtrojan@wellington.com | volker.sachs@credit-suisse.com |
| vmurray48@bloomberg.net | volker.sarstedt@neelmeyer.de |
| vmurthy@wellington.com | volker.schieck@bundesbank.de |
| vmuscolino@babsoncapital.com | volker.schmidt@lri.lu |
| vnagarajan@tiaa-cref.org | volker.schupp@dresdner-bank.com |
| vnair@bernstein.com | volker.stoll@bw-bank.de |
| vnalluri@lionsgatecap.com | volker.varnholt@juliusbaer.com |
| vnatu@bloomberg.net | volker.wehrle@vontobel.ch |
| vnewman@groupeartemis.com | volker.zaworka@ubs.com |
| vnewman@pwmco.com | volker_rheinfeld@westlb.de |
| vnguyen@payden-rygel.com | volkmar.kriesch@vkb.de |
| vnikiforakis@allianz.gr | volkmar.ritter@swisslife.ch |
| vocfra@bloomberg.net | volodymyr_zdorovtsov@ssga.com |
| vogel.p@tbcam.com | volpatti.tl@mellon.com |
| vogel@ellington.com | vols1@bloomberg.net |
| voicemail@am.com | vonbeckumd@sph-spms.nl |
| voinich.vladimiro@alitalia.it | vonbernewitz_glenn@jpmorgan.com |
| volantpa@cmcic.fr | vonderluft.h@tbcam.com |
| volkan.gulen@fmr.com | vonnahme.eddie@principal.com |
| volkan.kubali@mizuhocbus.com | vorbeck@ui-gmbh.de |
| volkanarslan@bloomberg.net | voshage@bwk.de |
| volker.amspach@postbank.de | vosrjwde@hagemeyer.com |
| volker.armspach@postbank.de | voss@tk.thyssenkrupp.com |
| volker.beck@dit.de | vossa@rba.gov.au |
| volker.blau@acm-adam.de | vosse@jwseligman.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| voutlaw1@bloomberg.net | vrusso@howeandrusling.com |
| vp@capgroup.com | vrustaman@worldbank.org |
| vpa@baupost.com | vrvikas@wharton.upenn.edu |
| vpa@ntrs.com | vryan@walterind.com |
| vpacillo@bear.com | vs10@ntrs.com |
| vpalumbo@caxton.com | vsamoilovich@tiaa-cref.org |
| vpande@caxton.com | vsantiago@blackrock.com |
| vpanteri@bloomberg.net | vscarola@barbnet.com |
| vparameswaran@wilmingtontrust.com | vschaff@fciadvisors.com |
| vpatel@frk.com | vschoett@verkehrsbank.de |
| vpb-weh@bloomberg.net | vscialli@lordabbett.com |
| vpenfie@frk.com | vscipioni@nb.com |
| vperruchoud@espiritosanto.com | vsegall@loomissayles.com |
| vpetronio@juliusbaer.com | vsellecc@rnt.com |
| vpetrov@wellington.com | vsevolod.nefedov@nibc.com |
| vpiazza@lordabbett.com | vshah1@ftci.com |
| vpicinic@nb.com | vshanho@frk.com |
| vpickhardt@meag.com | vshankaran@turnerinvestments.com |
| vpitt@dow.com | vshapsis@nylim.com |
| vpogharian@hbk.com | vshaw@dow.com |
| vprice@europeancredit.com | vshelton@smithgraham.com |
| vproviz@frk.com | vshinsky@dlbabson.com |
| vprudius@ifc.org | vsilvester@sfim.co.uk |
| vpsaltis@alpha.gr | vsingh@isigrp.com |
| vpulidore@pressprich.com | vsingh@wellington.com |
| vpulidore@refco.com | vsmetana@jhancock.com |
| vquesada@cpr.fr | vsmith@ers.state.tx.us |
| vraby@analyticasset.com | vsmith@loomissayles.com |
| vrai@amtrust.com | vsondhi@russell.com |
| vramirez@notes.banesto.es | vsoo@babsoncapital.com |
| vramos@finibanco.pt | vst@bpi.pt |
| vrana_michael@gsb.stanford.edu | vsteen@oddo.fr |
| vranos@ellington.com | vstorie@faralloncapital.com |
| vreddy@waddell.com | vstrenk@lordabbett.com |
| vreid@troweprice.com | vtagle@worldbank.org |
| vricci@dow.com | vtanqueray@bloomberg.net |
| vriego@pacificincome.com | vtexter@meag.com |
| vroane@dow.com | vtimpanelli@vcallc.com |
| vroberts@centex.com | vtirupattur@chubb.com |
| vrohrer@ford.com | vtlux1@bloomberg.net |
| vrosenth@princeton.edu | vto@nbim.no |
| vrossier@pictet.com | vtran@metlife.com |
| vroy@barclaysglobal.com | vtran@payden-rygel.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| vtumminello@bancodisicilia.it | w.rehman@mwam.com |
| vuk.kalezic@lehman.com | w.richard.jones@pncadvisors.com |
| vusal.najafov@gs.com | w.rochette@fnysllc.com |
| vv.m@hauck-aufhaeuser.de | w.rosingh@hermes.co.uk |
| vvairavamurthy@blackrock.com | w.runge@sozialbank.de |
| vvarghese@clinton.com | w.schapendonk@gbf.nl |
| vvarma@caxton.com | w.schramade@robeco.nl |
| vvt1@ntrs.com | w.scott.telford@jpmorgan.com |
| vwaddell@unumprovident.com | w.taguchi@noemail.com |
| vwang@investcorp.com | w.th.a.van.veen@dnb.nl |
| vwarsen@metlife.com | w.tisi@bimbank.it |
| vwd@vwd.org | w.valder@apoasset.de |
| vweber@secmut.com | w.van.schaik@robeco.nl |
| vwhill2@yesbank.com | w.wiegel@vanlanschot.com |
| vwillard@bloomberg.net | w.wuethrich@hsbc.guyerzeller.com |
| vwisman@yorktraditionsbank.com | w.y.andrea.choi@dartmouth.edu |
| vwolflercalvo@bci.it | w_berglund@putnam.com |
| vxb6@pge.com | w_cadwallader@fairfax.ca |
| vyayant.jan@us.standardchartered.com | w_f_mellin@faralloncapital.com |
| vyc3@cornell.edu | w_lavelle@blackrock.com |
| vza1@cornell.edu | w_robert_main@vanguard.com |
| vzanardi11@yahoo.com | w090689@bloomberg.net |
| vzeller@groupama-am.fr | waalgasam@riyadbank.com |
| vzhang@metlife.com | waanglace@delinvest.com |
| vzinna@fondianima.it | wabusuud@kio.uk.com |
| w.alessi@finter.ch | wada@daiwa-am.co.jp |
| w.bethke@worldnet.att.net | wada@nam.co.jp |
| w.bruce.vetter@pncbank.com | wada-hisataka@mitsubishi-sec.co.jp |
| w.de.groot@robeco.nl | wadams@mfs.com |
| w.demel@frankfurt-trust.de | wade.pollard@cazenovecapital.com |
| w.elsenburg@dnb.nl | wade.schwartz@tudor.com |
| w.h.pals@robeco.nl | wade.stinnette@wachovia.com |
| w.hutmann@frankfurt-trust.de | wade_slome@americancentury.com |
| w.isom@harrisbank.com | wade_wescott@glenmede.com |
| w.j.c.van.hekeren@robeco.nl | wadew@loopcap.com |
| w.j.c.van.heteren@robeco.nl | wadoyle@wellington.com |
| w.kenney@shcm.co.uk | wadsworth.j@mellon.com |
| w.kwan@indoverbank.com | waelchli@bloomberg.net |
| w.lambert@dresdner.com | wafawei@stanford.edu |
| w.lewi@robeco.nl | wagnema@swib.state.wi.us |
| w.pate@easternbk.com | wagner@baupost.com |
| w.patrick.begg@huntington.com | wagnerj@fnb-corp.com |
| w.patrick.flanigan@pnc.com | wagners@fhlbsf.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| wahib.sadozai@glgpartners.com | wallace.yu@db.com |
| wahid.chammas@janus.com | wallace1@vankampen.com |
| wah-yong.tan@sgam.com | wallack@bernstein.com |
| wahyu_tl@bi.go.id | wallesch@tk.thyssenkrupp.com |
| wai.chiang@prudential.com | wally.cisewski@black-river.com |
| wai.chiang@qmassociates.com | wally.hoefer-neder@depfa.com |
| wai.chung@mbna.com | wally_cheung@ssga.com |
| wai.lee@csam.com | wallyj@lamgmt.com |
| wai.tong@agf.com | wallysmith@northwesternmutual.com |
| wai_mei_leong@scotiacapital.com | walmart-03573@email.esunbank.com.tw |
| waihoongleong@dbs.com | walmeloo@aegon.nl |
| waikin.choy@rbnz.govt.nz | walo.meyer@cbve.com |
| wailocke@bnm.gov.my | walsford@bgcfx.com |
| waiman.leung@csam.com | walsh_barbara@jpmorgan.com |
| wainwright.babb@de.pimco.com | walshkm@bloomberg.com |
| wainwright.babb@nordlb.com | walt.czaicki@commercebank.com |
| wai-shun.hung@db.com | walt.ebner@bmo.com |
| waitak.wong@alliancebernstein.com | walt.holman@db.com |
| waiyeung@bankofny.com | walt.ruane@ge.com |
| wajihjoseph.accary@dexia-am.com | walter.ambrogi@bancaintesa.co.uk |
| wak.ef@adia.ae | walter.apostolo@bpm.it |
| wak1@ntrs.com | walter.azzurro@bancaprofilo.it |
| wakako.sano@ufj-partners.co.jp | walter.barrett@robecoinvest.com |
| wakamiya.isao@kokusai-am.co.jp | walter.benesch@oenb.co.at |
| wakasa.hitoshi@daido-life.co.jp | walter.berchtold@credit-suisse.com |
| wakefield.tw@tbcam.com | walter.beveridge@wellscap.com |
| wakeup@bloomberg.net | walter.cegarra@clamericas.com |
| walaa.riad@fgb.ae | walter.chang@seagate.com |
| walbraikan@gic.com.kw | walter.dahms@lbb.de |
| walden.thompkins@uk.abnamro.com | walter.demel@rzb.at |
| waleed.alghanim@lazard.com | walter.dewey@usbank.com |
| walid.abdulkarim@national-city.com | walter.di-egidio@ubs.com |
| walid.hached@innocap.com | walter.dolhare@wachovia.com |
| walid.majdalani@nl.abnamro.com | walter.donovan@fmr.com |
| walid_assaf@westlb.co.uk | walter.edelmann@ubs.com |
| walid_bacha@swissre.com | walter.egger@hypotirol.at |
| walid_kassem@ml.com | walter.er@tbcam.com |
| walid_khalfallah@acml.com | walter.french@fafadvisors.com |
| walker.john.m@principal.com | walter.gehl@dlh.de |
| walker@acorncapitalmgt.com | walter.goldoni@italease.it |
| walker@ellington.com | walter.groll@dekabank.de |
| wallaby@bloomberg.net | walter.h.colsman@columbiamanagement.com |
| wallace.chu@sgam.com | walter.hausner@amg.co.at |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| walter.heil@db.com | walter_blasberg@conning.com |
| walter.holick@dws.com | walter_cuje@ml.com |
| walter.hunnewell@pioneerinvest.com | walter_goodwin@invesco.com |
| walter.j.muller@bankofamerica.com | walter_hargrove@colonialbank.com |
| walter.josiah@aig.com | walter_hill@fanniemae.com |
| walter.kickenweitz@rzb.at | walter_j_henry@keybank.com |
| walter.kraushaar@dekabank.de | walter_k_kim@fanniemae.com |
| walter.liebe@oppenheim.de | walter_l_burke@fleet.com |
| walter.maynard@morganstanley.com | walter_o'connor@ml.com |
| walter.mello@blackrock.com | walter_seibert@ustrust.com |
| walter.mitchell@credit-suisse.com | walter_stock@ssga.com |
| walter.notz@hvb.de | walter7557@bloomberg.net |
| walter.owens@gecapital.com | walteremilio.spanio@meliorbanca.com |
| walter.pharo@lrp.de | walton_pearson@putnam.com |
| walter.pompliano@adcb.com | waltonm@wellscap.com |
| walter.reger@cbve.com | walworcb@oge.com |
| walter.reich@lionhart.net | walzak@bloomberg.net |
| walter.riddell@morganstanley.com | wambrosia@bankofny.com |
| walter.roman@rahnbodmer.ch | wambrosio@bankofny.com |
| walter.rossini@gestielle.it | wanchong.kung@fafadvisors.com |
| walter.schabel@americas.paribas.com | wanda.wu@db.com |
| walter.schepers@westam.com | wanderson@fhlbi.com |
| walter.schmidt@postbank.de | wang.bo@icprc.com |
| walter.schmidt@wgzbank.ie | wang.hoimin@bloomberg.net |
| walter.schmitz-cording@dlh.de | wang.hoimin@uobgroup.com |
| walter.schulte-herbrueggen@helaba.de | wang.hui@icprc.com |
| walter.schultes@staedtische.co.at | wang.ping.jiao@icprc.com |
| walter.sevcik@oenb.co.at | wang.pu@icbc.com.cn |
| walter.sperb@csam.com | wang.qiang@icbcleasing.com |
| walter.tate@columbiamanagement.com | wang.rosa@dresdnerrcm.com.hk |
| walter.thoma@claridenleu.com | wang.yaoqiang@icbcleasing.com |
| walter.thorman@morganstanley.com | wang@structuredcredit.com |
| walter.tsui@fmr.com | wang@vpv.nl |
| walter.van-meensel@ing.be | wanga@fhlbsf.com |
| walter.vejdovsky@orange-ft.com | wangbo@bocgroup.com |
| walter.vester@alliancebernstein.com | wanghailu@icbc.com.cn |
| walter.w.vandevijver@si.shell.com | wanghch@cmbchina.com |
| walter.wehrli@ubs.com | wangj@fhlbsf.com |
| walter.wichert@juliusbaer.com | wangj6@nationwide.com |
| walter.windecker@dzbank.de | wangsong@gtjas.com |
| walter.windt@bawag.com | wangtong@bloomberg.net |
| walter@gontarek.org | wangtun@icbc.com.cn |
| walter_bauman@fanniemae.com | wangxia@abchina.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

wangyanboc@bloomberg.net

wangzeyu@bank-of-china.com

wanismail@gic.com.sg

wankup@maybank.com.my

wanochoi@bok.or.kr

wansun.park@lehman.com

waol@ntrs.com

ward.argust@gwl.com

ward.ian@aoins.com

ward.lievens@fortisbank.com

ward@aigfpc.com

ward_highstone@bankone.com

wardbrown@mfs.com

wardj@wellsfargo.com

wardwissner@msn.com

wareshmd@bloomberg.net

warga@uh.edu

warit@plaza-am.co.jp

warnera@strsoh.org

warnersd@bernstein.com

warnold@barbnet.com

warnold@jhancock.com

warrel1@delinvest.com

warren.ackerman@morganstanley.com

warren.andy@principal.com

warren.bates@aberdeen-asset.com

warren.chang@blackrock.com

warren.chou@pimco.com

warren.cole@moorecap.co.uk

warren.geiger@aig.com

warren.hastings@schroders.com

warren.hrung@ny.frb.org

warren.ladd@gs.com

warren.leonard@rbccm.com

warren.mccormick@hsbcib.com

warren.miller@inginvestment.com

warren.min@pimco.com

warren.n.vincent@us.hsbc.com

warren.seidel@us.bacai.com

warren.shaw@pncbank.com

warren.shirvell@mondrian.com

warren.stock@axa-im.com

warren.tennant@aiminvestments.com

warren.tong@rabobank.com

warren.touwen@glgpartners.com

warren.tucker@trs.state.tx.us

warren.w.yang@aexp.com

warren.wong@lazard.com

warren.zhang@nacm.com

warren.zhu@ubs.com

warren@uk.oechsle.com

warren_hymson@ml.com

warren_trepeta@calpers.ca.gov

warrenc@mcm.com

warrenhua@temasek.com.sg

warrens@bupa.com

warriner.debbi@pmlmail.com

warwicj@vankampen.com

warwickd@ebrd.com

wasan.alsaleh@aig.com

waseem.b.abourjeili@bankofamerica.com

washmore@impaccompanies.com

wasif.latif@usaa.com

wasim.afzal@rbccm.com

wassili.papas@union-investment.de

wassim.jomaa@qnb.com.qa

wassup@bloomberg.net

wasylnbpp@bloomberg.net

watabe.satoshi@kokusai-am.co.jp

watanabe.d@daiwa-am.co.jp

watanabe.hiroyuki@daido-life.co.jp

watanabe.kazu@daiwa-am.co.jp

watanabe.masayuki@kokusai-am.co.jp

watanabe.s@daiwa-am.co.jp

watanabe.w@daiwa-am.co.jp

watanabe.y@daiwa-am.co.jp

watanabe@daiwasbi.co.jp

watanabe_akiya@vb.smbc.co.jp

watanabe_tomonori@vb.smbc.co.jp

watanabe_tooru2@mail.nikko.co.jp

watanabe-a@marubeni.com

watanabe-y@marubeni.com

watarai.sawako@kokusai-am.co.jp

wataru.nishimura@barings.com

wataru.takahashi@boj.or.jp

wataru-fukumoto@am.mufg.jp

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| watayasu@dl.dai-ichi-life.co.jp | wayne_sundquist@putnam.com |
| waters@bessemer.com | waynef@bloomberg.net |
| waters@fhlb-of.com | waynel@mcm.com |
| watkinsk@kochind.com | waynelyski@optonline.net |
| watson.rk@tbcam.com | wazhma.noorzayee@dfafunds.com |
| watsonfl@bellsouth.net | wb@butlercapitalpartners.com |
| watsonla@msn.com | wb8@ntrs.com |
| watts.r@tbcam.com | wbaird@bankofny.com |
| waugh.dick@principal.com | wbarker@bankofcanada.ca |
| wawalker@bloomberg.net | wbarratt@charles-stanley.co.uk |
| way.king@alliancebernstein.com | wbarrett@chicagoequity.com |
| wayc2k@cathaylife.com.tw | wbean@federatedinv.com |
| wayne.archambo@blackrock.com | wbenton@williamblair.com |
| wayne.bi@inginvestment.com | wberkley@wrberkley.com |
| wayne.burlingham@hsbcam.com | wbest768@aol.com |
| wayne.calvert@suntrust.com | wblack@hcmlp.com |
| wayne.collette@columbiamanagement.com | wbledau@ahb-ag.de |
| wayne.fitzgerald@columbiamanagement.com | wboustead1@bloomberg.net |
| wayne.forbes@inginvestment.com | wbrady@presidiomanagement.com |
| wayne.foster@westlb.co.uk | wbreisch@jhancock.com |
| wayne.gladen@uk.bacai.com | wbrigham@ustrust.com |
| wayne.greathouse@atrs.state.ar.us | wbrowne@tweedy.com |
| wayne.h.shaner@lmco.com | wbrundige@bbandt.com |
| wayne.han@irvine.statestreet.com | wbs1@msn.com |
| wayne.hoffmann@gwl.com | wbuntrock@bft.fr |
| wayne.hosang@tcw.com | wbwelch@bankofny.com |
| wayne.king@ubsw.com | wby@bloomberg.net |
| wayne.kircher@blackrock.com | wc8@ntrs.com |
| wayne.klein@aig.com | wcalineur@maersk.com |
| wayne.koble@pncbank.com | wcallahan@dubuquebank.com |
| wayne.lai@pimco.com | wcarpenter@lordabbett.com |
| wayne.man@jpmchase.com | wcc@eslinvest.com |
| wayne.rosenwinkel@bankofamerica.com | wchambers@bloomberg.net |
| wayne.speer@trs.state.tx.us | wchan@meag-ny.com |
| wayne.yu@citadelgroup.com | wchen@delinvest.com |
| wayne.yu@email.chinatrust.com.tw | wchen@oppenheimerfunds.com |
| wayne@aigfpc.com | wchen5@worldbank.org |
| wayne_b_mclurkin@fanniemae.com | wcheng4@bloomberg.net |
| wayne_bruce@westpac.co.nz | wchester@denveria.com |
| wayne_dolly@mfcinvestments.com | wcheung@fftw.com |
| wayne_oliver@acml.com | wchin@metlife.com |
| wayne_parrish@ssga.com | wchong@frk.com |
| wayne_schwartz@freddiemac.com | wchu@faralloncapital.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| wchuang@templeton.com | websterh@bloomberg.net |
| wchun1@bloomberg.net | websterhung@mail.cbc.gov.tw |
| wchung@tiaa-cref.org | wedewer@ui-gmbh.de |
| wcicio@hapoalimusa.com | wee.tzeming@uobgroup.com |
| wcl@jwbristol.com | wee_mien_cheung@deltalloyd.nl |
| wcleary@cantor.com | weeaining@gic.com.sg |
| wcook@standishmellon.com | weechye@dbs.com |
| wcross@eatonvance.com | weekee.chong@lbbwsg.com |
| wd@gruss.co.uk | wee-kuok_chieng@putnam.com |
| wd10@ntrs.com | weeliat@dbs.com |
| wdahl@canyonpartners.com | weelinrong@gic.com.sg |
| wdailey@capis.com | weemeng@dbs.com |
| wdalasio@tiaa-cref.org | weemeng1@bloomberg.net |
| wdavidson@alberto.com | weeming.goh@schroders.com |
| wdavis@jhancock.com | weesoonyeong@dbs.com |
| wdawber@uk.tr.mufg.jp | weetiansin@gic.com.sg |
| wdb1@ntrs.com | weeyanhann@ocbc.com.sg |
| wdelahunty@eatonvance.com | wegli@pictet.com |
| wdenehy1@bloomberg.net | weh@ntrs.com |
| wdgoldenthal@wellington.com | wehbe.r@tbcam.com |
| wdiffenbaugh@troweprice.com | wehrly_ronald@jpmorgan.com |
| wdiianni@wellington.com | wei.guo@black-river.com |
| wdnewby@bloomberg.net | wei.he@bmo.com |
| wdong@metlife.com | wei.li@barclaysglobal.com |
| wdonkor@worldbank.org | wei.shi@morganstanley.com |
| wdonovan@uss.com | wei.sun@barep.com |
| wdouglas@mfs.com | wei.tan@schroders.com |
| wdowling@ibtco.com | wei.wu@wamu.net |
| wdroege@jhancock.com | wei.xei@morganstanley.com |
| wdunbar@bloomberg.net | wei.xiao.li@icprc.com |
| wdunlap@ssrm.com | wei.xiao@fmr.com |
| wdw@jwbristol.com | wei_huang@piadvisors.net |
| wdwyer@dlbabson.com | wei106@mail.cbc.gov.tw |
| wdwyer@mandtbank.com | weibeld@atag.com |
| weaver@adamsexpress.com | weichen.wang@email.chinatrust.com.tw |
| weaverje@wellscap.com | weichieh@dbs.com |
| web.content@first-franklin.com | weidenbach@bloomberg.net |
| webaker@us.ibm.com | weigelt@bloomberg.net |
| weberm@ufji.com | weihan@wharton.upenn.edu |
| webin.chuang@chinatrust.com.tw | weihuangwong@gic.com.sg |
| webster.kiang@chinatrust.com.tw | weihuaxu@wharton.upenn.edu |
| webster.ray@protective.com | weijiang.gu@bankofamerica.com |
| webster_trent@fsba.state.fl.us | weil_kimberly@jpmorgan.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| weilbachg@landeshauptstadt.de | wendy.e.norman@columbiamanagement.com |
| wei-ling.liew@morganstanley.com | wendy.elwell@barclaysglobal.com |
| weimin_chang@ftsfund.com | wendy.hay@aegon.co.uk |
| weiner.m@mellon.com | wendy.held@blackrock.com |
| weineraj@bernstein.com | wendy.j.gorman@bankofamerica.com |
| weinstock@fhlb-of.com | wendy.k.tsang@aexp.com |
| weintraub.michael@nomura-asset.com | wendy.priest@aberdeen-asset.com |
| weiqun.zhou@jpmorgan.com | wendy.procops@db.com |
| weirup.jed@principal.com | wendy.rachuk@halliburton.com |
| weiscaro@wellsfargo.com | wendy.rodriguez@pilkington.com |
| weishuo.lai@prudential.com | wendy.rosenfeld@rabobank.com |
| weisowl4@aol.com | wendy.russell-hall@swipartnership.co.uk |
| weitznerd@deshaw.com | wendy.s.wyatt@usa.dupont.com |
| weitzu.chao@eamil.chinatrust.com.tw | wendy.sawchuk@inginvestment.com |
| weizhang@gm.com | wendy.schuler@acuity.com |
| welch.j@tbcam.com | wendy.scott@uk.bnpparibas.com |
| welchc@nationwide.com | wendy.veelenturf@ingim.com |
| weldonjc@wellsfargo.com | wendy.wong@ny.frb.org |
| well3@bloomberg.net | wendy.yeoh@ing.com.my |
| wellerwu@bloomberg.net | wendy_ferguson@westlb.com |
| wells.c@mellon.com | wendy_fletcher@mail.bankone.co |
| wells@bloomberg.net | wendy_milacci@ml.com |
| wellsj@vankampen.com | wendychia@mas.gov.sg |
| welocke@statestreet.com | wen-fu_wu@putnam.com |
| weltonwh@bankofbermuda.com | wenhong@temasek.com.sg |
| wem@capgroup.com | wenhuei.cheng@email.chinatrust.com.tw |
| wema@pggm.nl | wenjingzhou@dbs.com |
| wen.wang@wpginvest.com | wenjy@em.tsinghua.edu.cn |
| wenaril@bot.or.th | wenlee@cathaylife.com.tw |
| wenbo.zhou@inginvestments.com | wen-lin.young@db.com |
| wencheng.chen@ubs.com | wenlo@smith-graham.com |
| wenchi.chen@email.chinatrust.com.tw | wen-tse.tseng@alliancebernstein.com |
| wendell_fuller@glic.com | wenwen.liao@henkel.com |
| wendellc@princeton.edu | wenwen.lindroth@pimco.com |
| wendi.mcparland@53.com | werbey@ocwen.com |
| wendong.qu@pimco.com | werickson@metlife.com |
| wendy.a.willett@wellsfargo.com | werner.bade@nordlb.de |
| wendy.agnew@ge.com | werner.bartels@deka.de |
| wendy.barker@tcw.com | werner.bauer@icn.siemens.de |
| wendy.beller@barclaysglobal.com | werner.besenfelder@lbbw.de |
| wendy.bruns@akzonobel.com | werner.bieri@juliusbaer.com |
| wendy.cogdell@csam.com | werner.blank@aam.de |
| wendy.e.norman@bankamerica.com | werner.bollier@vontobel.ch |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| werner.brockel@dekabank.de | wernher.e.kielmann@ahbr.de |
| werner.busch@hsh-nordbank.com | wertheim@us.calyon.com |
| werner.buschor@lgt.com | wertpapierleihe@trinkaus.de |
| werner.diekoetter@dgzbank.de | wes.bonewell@gmacrfc.com |
| werner.eckert@sachsenlb.de | wes.bonine@gmacrfc.com |
| werner.eppacher@dws.com | wes.davis@wachovia.com |
| werner.fey@frankfurt-trust.de | wes.murphy@pimco.com |
| werner.goricki@feri.de | wesbonewell@gic.com.sg |
| werner.hertzog@publica.ch | wesley.dearsley@blackrock.com |
| werner.hochrainer@raiffeisenbank.at | wesley.ferriman@lgim.co.uk |
| werner.hofmann@helaba.de | wesley.sparks@us.schroders.com |
| werner.hohl@pioneerinvestments.com | wesley.whiteman@prudential.com |
| werner.holpp@vpbank.com | wesley@mcm.com |
| werner.huber@aam.ch | wesley_clifton@swissre.com |
| werner.huber@lampebank.de | wesley_mccoy@standardlife.com |
| werner.huerlimann@aigpb.com | west.fed@verizon.net |
| werner.huysmans@fortisinvestments.com | westb3@nationwide.com |
| werner.kolb@sachsenlb.de | westcott.andrew@principal.com |
| werner.kraft@cominvest-am.com | westerling@optimix.nl |
| werner.kram2@db.com | westhyp3@cityweb.de |
| werner.langmaak@dghyp.de | westobya@bernstein.com |
| werner.lorbach@sparkasse-koelnbonn.de | weston.kasper@pimco.com |
| werner.lorentz@ahbr.de | weston.t.dinsel@usa.dupont.com |
| werner.muehlemann@inginvestment.com | westons@rba.gov.au |
| werner.mueller@ba-ca.group-treasury.co.at | westr@strsoh.org |
| werner.mueller@bayern-invest.de | wetty@generali.nl |
| werner.neumeier@hyporealestate.de | weversley@fhlbatl.com |
| werner.oellerer@rlb-noe.raiffeisen.at | wey.fook.hou@asia.ing.com |
| werner.richli@credit-suisse.com | weyap@mas.gov.sg |
| werner.ruefenacht@ubs.com | weylanda@cmcic.fr |
| werner.schmidt@pharma.novartis.com | wf39@cornell.edu |
| werner.seeliger@lbbw.de | wfan@lehman.com |
| werner.serles@raiffeisenbank.at | wfeng@divinv.net |
| werner.sohier@pggm.nl | wferguson@tiaa-cref.org |
| werner.stanzl@inginvestment.com | wfh2@ntrs.com |
| werner.steffens@kfw.de | wfkeelan@delinvest.com |
| werner.vonbaum@hypovereinsbank.de | wflynn@wellington.com |
| werner.wegmann@vontobel.ch | wflynt@frk.com |
| werner.wiedenbrig@erstebank.at | wfowler4@bloomberg.net |
| werner@dynexcapital.com | wfrazier2@bloomberg.net |
| werner@kebcard.co.kr | wfrey@blackrock.com |
| wernerc@bloomberg.net | wfurth@ubs.com |
| wernerlykowsky@helaba-invest.de | wfw@sitinvest.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

wfwanner@wellmanage.com
wgadsden@caxton.com
wgardiner@eatonvance.com
wgardner@metlife.com
wgcharcalis@the-ark.com
wgcromp@statestreet.com
wghazar@arabbankusa.com
wgilder1@bloomberg.net
wgofen@gofen.com
wgolie@oppenheimerfunds.com
wgoodrich@scmadv.com
wgowen@ubp.com
wgrady@allstate.com
wgueriri@bft.fr
wgust@anthemcapital.com
wgustafson@cornerstoneadvisers.com
wgzmarkets@bloomberg.net
wh.song@icbcasia.com
wh@cgii.com
wh@erstebank.com
wh_ng@johnsonmotor.com
whalas@bloomberg.net
whamilton@ssrm.com
whandrade@statestreet.com
wharrison@loews.com
whartford@bloomberg.net
whawkins@peabodyenergy.com
whawley@payden-rygel.com
whbivs@bloomberg.net
whchang@metlife.com
whdavid@the-ark.com
whe@tudor.com
whee@firststate.co.uk
wheeler.j@tbcam.com
wheindl@meag.com
whelan@aigfpc.com
whelann@ebrd.com
whenderson@blackrock.com
whessert@princeton.edu
whickey@anchorcapital.com
whicks@chubb.com
whill@caxton.com
whill@jhancock.com

whit.armstrong@hcmny.com
whitakw1@nationwide.com
white.derek@principal.com
whitea@tcwgroup.com
whiteal@wellscap.com
whiteford@bessemer.com
whiteg@vankampen.com
whitelawj@rba.gov.au
whitet@stifel.com
whitney.wright@blackrock.com
whitney@aeltus.com
whitney@roycenet.com
whitth@tdsec.co.uk
whmeyer@ifc.org
whooley.j@mellon.com
whopkins@templeton.com
whornby@century-bank.com
whowarth@foxasset.com
whparker@wellington.com
whreid@delinvest.com
whu@alum.mit.edu
whu@putnam.com
whuston@tudor.com
whwells@rowamcompanies.com
whyemeng@dbs.com
wia@nbim.no
wickp@jwseligman.com
wickwire@structuredcredit.com
widar.kirkeby@gjensidige.no
widich.jo@mellon.com
widmays@nationwide.com
wido.mina@ubs.com
wiebke.wanner-borchardt@tiaa-cref.org
wieboldt.ms@dreyfus.com
wiederkehr.juerg@rahnbodmer.ch
wiederkehr@bordier.com
wiedmer.hanspeter@bpk.ch
wiersel@spfbeheer.nl
wietze.reehoorn@nl.abnamro.com
wigbert.boehm@allianz.com
wikrann@bot.or.th
wilbur.chow@pimco.com
wilbur.matthews@aig.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| wilc@chevrontexaco.com | will.tanaka@barclaysglobal.com |
| wilcox@bessemer.com | will.watts@morgankeegan.com |
| wilda.oberacker@dit.de | will@findlaypark.com |
| wildauer@nyc.apollolp.com | will_james@standardlife.com |
| wildea1@nationwide.com | will_white@centralbank.net |
| wildeboerschut@aegon.nl | willard.c.butcher@chase.com |
| wilderinke@frieslandbank.nl | willd@scm-lp.com |
| wilenskygj@bernstein.com | willem.boeschoten@shell.com |
| wilfred.bakker@nl.abnamro.com | willem.de.jong.iim@ingim.com |
| wilfred.chilangwa@fmr.com | willem.j.g.van.dommelen@ingim.com |
| wilfred.wong@westernasset.com | willem.klijnstra@fortisinvestments.com |
| wilfredwee@gic.com.sg | willem.van.ruitenburg2@mail.ing.nl |
| wilfried.brandstetter@oberbank.at | willem.verhagen@ingim.com |
| wilfried.esten@sparkasse-krefeld.de | willemien.rijsdijk@ingim.com |
| wilfried.hauck@allfonds-bkg.de | willem-jan.pelle@mn-services.nl |
| wilfried.wouters@dexia.de | willemser@lotsoff.com |
| wilhelm.gold@dit.de | willenbacher@meinlbank.com |
| wilhelm.heinrichs@allianzgi.de | willesrb@ensignpeak.org |
| wilhelm.holzer@ba-ca.com | willial@vankampen.com |
| wilhelm.schorn@dit.de | william.a.sellier@bankamerica.com |
| wilhelm.walke@citadelgroup.com | william.a.wider@us.hsbc.com |
| wilkens@btmsha.com.cn | william.ackerman@fmr.com |
| wilkielai@bochk.com | william.ambrose@storebrand.no |
| wilkinsn@ubk-plc.com | william.amzand@pggm.nl |
| wilkinson@aigfpc.com | william.anderson@fortisinvestments.com |
| will.bales@janus.com | william.ballard@rbccm.com |
| will.carpmael@ubs-oconnor.com | william.barlow@dnb.se |
| will.chen@ap.ing.com | william.barnes@barclaysglobal.com |
| will.danoff@fmr.com | william.barron@db.com |
| will.davis@nokia.com | william.bartrem@mnco.com |
| will.fletcher-roberts@morleyfm.com | william.bentley@prudential.com |
| will.frazier@morgankeegan.com | william.bishop@bankofamerica.com |
| will.graves@altria.com | william.blair@swipartnership.co.uk |
| will.haywood@boiuk.com | william.bogolin@bankofamerica.com |
| will.jacobsen@wellsfargo.com | william.bonawitz@pncadvisors.com |
| will.jennings@eu.nabgroup.com | william.bonnell@tres.bnc.ca |
| will.jordan@tcw.com | william.boyd@pnc.com |
| will.landers@blackrock.com | william.brilliant@global-infra.com |
| will.menne@omam.co.uk | william.broderick@edwardjones.com |
| will.morgan@gs.com | william.brown@fandc.co.uk |
| will.o'rielly@alexanderkey.com | william.brown@ubs.com |
| will.sedden@db.com | william.brunet@bnpparibas.com |
| will.seddon@fmr.com | william.callihan@pnc.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| william.calvert@framlington.co.uk | william.frewen@threadneedle.co.uk |
| william.campbell@nuveen.com | william.g.batz@fhlb-pgh.com |
| william.carr@ibtco.com | william.gilchrist@thehartford.com |
| william.cevallos@pncbank.com | william.goldthwait@columbiamanagement.com |
| william.chamberlain@columbiamanagement.com | william.gonser@daiwausa.com |
| william.chao@prudential.com | william.gooch@morgankeegan.com |
| william.chapman@grainger.com | william.goodwin@axa-financial.com |
| william.chen@nacm.com | william.gorman@pncbank.com |
| william.cheng@schroders.com | william.goykman@fhlbny.com |
| william.chipp@pimco.com | william.gutherie@nationalcity.com |
| william.chong@us.hsbc.com | william.h.jeffress@csam.com |
| william.chu@hk.ca-assetmanagement.com | william.hamlyn@citigroup.com |
| william.chung@tcbank.com.tw | william.harrison@chase.com |
| william.claxtonsmith@insightinvestment.com | william.hart@lionhartasia.net |
| william.cussans@smith.williamson.co.uk | william.healey@corporate.ge.com |
| william.d.donnelly@db.com | william.hendricks@ge.com |
| william.davies@threadneedle.co.uk | william.higgins@prudential.com |
| william.deallaume@ubs.com | william.higgins@towersperrin.com |
| william.degale@blackrock.com | william.higgins@uk.abnamro.com |
| william.desmet@dexia-bil.com | william.hoagland@prudential.com |
| william.devijlder@fortisinvestments.com | william.hochmuth@thrivent.com |
| william.dewulf@gs.com | william.holzer@lazard.com |
| william.dickesheid@daiwausa.com | william.howard@gs.com |
| william.diianni@fmr.com | william.hughes@barclays.co.uk |
| william.dinning@aegon.co.uk | william.hunter@nb.com |
| william.dooley@aig.com | william.irving@fmr.com |
| william.e.greene@aibbny.ie | william.j.constantine@db.com |
| william.e.oliver@columbiamanagement.com | william.j.emptage@pjc.com |
| william.ebsworth@fmr.com | william.j.morgan@jpmorgan.com |
| william.edgar@gartmore.com | william.j.wallace@columbiamanagement.com |
| william.egli@ubs.com | william.johnson@sgcib.com |
| william.eigen@hcmny.com | william.johnston@alliancebernstein.com |
| william.eskridge@firstcitizens.com | william.jones@gs.com |
| william.feeley@nationalcity.com | william.karcher@sanpaoloimi.com |
| william.ferdinand@ustrust.com | william.keller@pncbank.com |
| william.ferri@ubs.com | william.king2@himco.com |
| william.finley@fortisinvestments.com | william.kitchens@morgankeegan.com |
| william.fish@drkw.com | william.klesser@valero.com |
| william.fitzgerald@jpmorgan.com | william.knight@pnc.com |
| william.flaherty@tudor.com | william.kramer@fmr.com |
| william.flanagan@barclaysglobal.com | william.krohn@chase.com |
| william.fleury@ubs.com | william.l.davis@db.com |
| william.francis@pncadvisors.com | william.l.kramer@jpmchase.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| william.l.smith@wamu.net | william.oliver@morganstanley.com |
| william.lam@ap.nxbp.com | william.oliver@umb.com |
| william.lavelle@rocklandtrust.com | william.oneil@aiminvestments.com |
| william.lawrence@morganstanley.com | william.oneill@ibtco.com |
| william.leszinske@harrisbank.com | william.oplinger@alcoa.com |
| william.lissenden@db.com | william.osborn@fhlbtopeka.com |
| william.list@fhlb-pgh.com | william.palmer@harrisbank.com |
| william.lock@morganstanley.com | william.parker@alliancebernstein.com |
| william.logie@isisam.com | william.parry@himco.com |
| william.long@pncbank.com | william.patterson@csam.com |
| william.lora@db.com | william.peak@gs.com |
| william.love@kodak.com | william.peck@inginvestment.com |
| william.lowry@pnc.com | william.peishoff@columbiamanagement.com |
| william.m.gardner@citigroup.com | william.perkins@alliancebernstein.com |
| william.maclay@fmr.com | william.plummer@alcoa.com |
| william.magee@citadelgroup.com | william.pompa@pimco.com |
| william.magee@gecapital.com | william.ponder@wachovia.com |
| william.mandaro@americas.bnpparibas.com | william.potts@komag.com |
| william.martin@ubs-oconnor.com | william.pruett@fmr.com |
| william.mathis@morankeegan.com | william.quinones@westernasset.com |
| william.mcandrews@abnamro.com | william.r.posch@wellsfargo.com |
| william.mccawley@morganstanley.com | william.r.simmons@jpmorgan.com |
| william.mcculloch@hcmny.com | william.redmond@state.tn.us |
| william.mcdonnell@nationalcity.com | william.reese@umb.com |
| william.mcmanus@prudential.com | william.riley@barclaysglobal.com |
| william.meadon@flemings.com | william.roberts@prudential.com |
| william.meehling@harrisbank.com | william.roche@opco.com |
| william.mekrut@fmglobal.com | william.russell@isisam.com |
| william.melrose@pncbank.com | william.s.lacy@jpmchase.com |
| william.mennonna@pioneerinvest.com | william.sandella@fmr.com |
| william.mercer@sunlife.com | william.scazzero@moorecap.com |
| william.merrill@schwab.com | william.schaufler@moorecap.com |
| william.merson@ny.invesco.com | william.schenher@hp.com |
| william.mills2@aig.com | william.schmidt@usbank.com |
| william.mok@morganstanley.com | william.sebban@axa-im.com |
| william.moore@blackrock.com | william.shanley@fmr.com |
| william.morgan@chase.com | william.shannon@nordea.com |
| william.morrissey@fmr.com | william.sheffey@commercebank.com |
| william.natcher@nationalcity.com | william.sidford@alliancebernstein.com |
| william.nunez@credit-suisse.com | william.stevens@wellscap.com |
| william.obrien@columbiamanagement.com | william.stivers@weyerhaeuser.com |
| william.oconnor@micorp.com | william.straub@wachoviasec.com |
| william.odonnell@wachovia.com | william.stumpf@barclaysglobal.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| william.stutts@jpfinancial.com | william_j_dennen@keybank.com |
| william.sutcliffe@bailliegifford.com | william_j_mccool@fleet.com |
| william.t.tallman@jpmorgan.com | william_jurgelewicz@ssga.com |
| william.taylor@pioneerinvest.com | william_k_lynch@bankone.com |
| william.tung@moorecap.com | william_k_roberts@vanguard.com |
| william.turner@prudential.com | william_kirby@prusec.com |
| william.turner@ridgeworth.com | william_lafferty@bankone.com |
| william.vanharlowe@fmr.com | william_lam@invescoperpetual.co.uk |
| william.vanimpe@fortisag.be | william_landes@putnam.com |
| william.veronda@ubs.com | william_lee@acml.com |
| william.wallis@augustus.co.uk | william_lee@glic.com |
| william.weng@ubs.com | william_liebler@conning.com |
| william.whelan@fmr.com | william_marshall@putnam.com |
| william.wight@fmr.com | william_mckeever@ml.com |
| william.woo@pioneerinvestments.com | william_mehl@sfmny.com |
| william.wrest@bankofamerica.com | william_nunez@ml.com |
| william.yip@lazard.com | william_pope@ml.com |
| william.yurkovich@fhlb-pgh.com | william_quinn@fanniemae.com |
| william.zimmer@chicagoasset.com | william_r_anderson@aon.com |
| william@incomeresearch.com | william_r_schultz@fanniemae.com |
| william_allen@victoryconnect.com | william_schlag@keybank.com |
| william_b_maag@fleet.com | william_schmitt@putnam.com |
| william_black@fanniemae.com | william_segal@fanniemae.com |
| william_blank@lnotes5.bankofny.com | william_shuttleworth@ldn.invesco.com |
| william_boorman@freddiemac.com | william_somers@troweprice.com |
| william_boziuk@putnam.com | william_stenson@countrywide.com |
| william_chow@ssga.com | william_sutherland@manulife.com |
| william_cunningham@ssga.com | william_t_norris@bankone.com |
| william_d_baird@vanguard.com | william_tobey@scudder.com |
| william_deroche@ssga.com | william_w_smith@vanguard.com |
| william_dodds@ustrust.com | william_wright@putnam.com |
| william_e_rurode@fleet.com | william-04034@email.esunbank.com.tw |
| william_erwin@freddiemac.com | william-04207@email.esunbank.com.tw |
| william_folkard@gb.smbcgroup.com | williambenjamin@hsbc.com |
| william_gibbs@putnam.com | williamchung@cathaylife.com.tw |
| william_glasgow@ustrust.com | williamj@research.ge.com |
| william_gould@putnam.com | williamklam@bankofny.com |
| william_graham@ustrust.com | williammak@daiwasbi.com.hk |
| william_h_schomburg_iii@fleet.com | williams.c4@mellon.com |
| william_hamilton@conning.com | williams.riveramontalban@axa-im.com |
| william_hauser@america.hypovereinsbank.com | williams@willcap.com |
| william_hazelton@putnam.com | williams_robert@jpmorgan.com |
| william_iles@freddiemac.com | williamson.bw@tbcam.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| williamtan@dbs.com | wim.kuyf@ingbank.com |
| williamwkman@hsbc.com.hk | wim.malyster@axa.be |
| williamyap@gic.com.sg | wim.steemers@alliancebernstein.com |
| willibrord.berntsen@hsh-nordbank.com | wim.thomas@shell.com |
| willie.brown@4086.com | wim.v.dam@relan.nl |
| willie.chiang@conocophillips.com | wim.vanhyfte@dexia-am.com |
| willie.hartleyrussell@blackrock.com | wim.veraar@ingim.com |
| willie.honeyball@sgcib.com | wim.vermeir@dexia-am.com |
| willie.quah@mailhec.net | wim.westerop@kempen.nl |
| willie@cthusa.com | wim_melyn@artesia.be |
| willis@offitbank.com | wimal.wijenayake@morganstanley.com |
| willow_piersol@putnam.com | wimmelr@vankampen.com |
| willow2@bloomberg.net | win.neuger@aig.com |
| willy.blumenstein@isb.is | win.robbins@barclaysglobal.com |
| willy.friedmann@bundesbank.de | wineo_lam@amcm.gov.mo |
| willy.hautle@zkb.ch | winfield.bell@aetna.com |
| willy.lee@schroders.com | winfried.becker@oppenheim.de |
| willy.moyson@fortisbank.com | winfried.freygang@bayernlb.de |
| willy.schmassmann@ubs.com | winfried.gausselmann@trinkaus.de |
| willy.wolfe@gmacbank.com | winfried.kolln@dghyp.de |
| willy.wolfe@uboc.com | winfried.mittne@postbank.lu |
| wilshinskygroup@ezaccess.net | winfried.reinke@ikb-cam.de |
| wilson.au@ubs.com | winfried.schiefelbein@bw-bank.de |
| wilson.gaitan@gmam.com | wing.chan@credit-suisse.com |
| wilson.he@morganstanley.com | wing.chau@barcap.com |
| wilson.ho@sunlife.com | winie.d'alessandro@fnbchestercounty.com |
| wilson.lin@ubs.com | wink.mora@rabobank.com |
| wilson.liu@highbridge.com | winkworthg@bloomberg.net |
| wilson.mastrandrea@bnymellon.com | winnie.choi@alliancebernstein.com |
| wilson.moore@wachovia.com | winnie.chu@corporate.ge.com |
| wilson.mui@db.com | winnie.kwan@capitalglobal.com |
| wilson.rc@tbcam.com | winnie.liu@tigerasiafund.com |
| wilson.wong@bloomberg.net | winnie.man@aberdeen-asset.com |
| wilson.yang@creditsuisse.com | winnie.pun@blackrock.com |
| wilson_fong@calpers.ca.gov | winnie.sze@rbccm.com |
| wilsonp@domres.com | winnie.w.cheng@columbiamanagement.com |
| wilsonwang@temasek.com.sg | winnie_ian@amcm.gov.mo |
| wilsonz@swcorp.org | winnie_pun@ssga.com |
| wim.blommaert@ing.be | winnie_wy_kan@hkma.gov.hk |
| wim.boekema@barclayscapital.com | winnie0527@chinalife.com.tw |
| wim.brinkman@ingim.com | winniechu@dahsing.com |
| wim.dhaese@ingim.com | winsome@tcdrs.org |
| wim.kool@ingim.com | winson.chuang@tcbank.com.tw |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| winson.fong@sgam.com | wkeyes@tcva.com |
| winson.ho@rbcds.com | wkeyser@ftci.com |
| winsonb@gte.net | wkilcullen@westernasset.com |
| winssinger@adelphi-capital.com | wkinsley@jhancock.com |
| winstar@bloomberg.net | wkirsten@union-investment.de |
| winston.ouckama@db.com | wkitchen@morgankeegan.com |
| winston.pun@wamu.net | wkoontz@loomissayles.com |
| winston.rains@bwater.com | wkp@capgroup.com |
| winstonlu@bloomberg.net | wkuan1@bloomberg.net |
| winter@nbg.ibv.com | wkurtz@azoa.com |
| wintersb@vankampen.com | wkwong@blackrock.com |
| wipot.daowprakaimongkol@db.com | wl11@ntrs.com |
| wiradharmap@ocbc.com | wladkomh@wellsfargo.com |
| wirvine@eatonvance.com | wlan@bloomberg.net |
| wise.tami@principal.com | wlawlor@dsaco.com |
| wisely.liu@email.chinatrust.com.tw | wlayton@princeton.edu |
| wisniews@wellscap.com | wleamon@bayharbour.com |
| wispy@bloomberg.net | wlee@lordabbett.com |
| witcomb_gareth@jpmorgan.com | wlee@metlife.com |
| withamd@ubk.co.uk | wlee@troweprice.com |
| witterschein.jj@mellon.com | wlee20@bloomberg.net |
| wittyv@nuveen.com | wleffi@ftci.com |
| witzkyc@corphq.utc.com | wleinberger@unum.com |
| wiveka.burvall@danskebank.se | wlemberg@bankofny.com |
| wiwanicki@metlife.com | wlenehan@farcap.com |
| wjachs@epo.org | wleonard@lordabbett.com |
| wjc@tchinc.com | wli@vcallc.com |
| wjean-baptiste@mfs.com | wli@wellington.com |
| wjf3@bloomberg.net | wlickl@meag.com |
| wjfoley@wellington.com | wlin@delinvest.com |
| wjg@capgroup.com | wlist@federatedinv.com |
| wjhannigan@wellington.com | wllau@bochk.com |
| wjin@jhancock.com | wlmao@statestreet.com |
| wjmaniscalco@duke-energy.com | wlodarskis@vankampen.com |
| wjniemei@srpnet.com | wlow@uss.co.uk |
| wjohannesson@hellmanjordan.com | wlphua@mas.gov.sg |
| wjsulliv@princeton.edu | wlr@capgroup.com |
| wjt@wmblair.com | wltan@mas.gov.sg |
| wkarcher@intesasanpaolo.us | wlu@oppenheimerfunds.com |
| wkas@kempen.nl | wlupoletti@trigon.com |
| wkasmc@bloomberg.net | wluzzo@onebeacon.com |
| wkchoi@kfb.co.kr | wlwrightson@wellington.com |
| wkeeley@standishmellon.com | wlynch@buffalofunds.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| wlyons@bft.fr | wmurayden@scsbank.com |
| wmachol@bear.com | wmurray@chicagoequity.com |
| wmack3@anfis.co.uk | wmurry@whitneybank.com |
| wmaenner@pictet.com | wnbooth@wellington.com |
| wmagee@delinvest.com | wneville@opers.org |
| wmahler@rwbaird.com | wnoar@nacm.com |
| wmajdalani@investcorp.com | wnrivel@leggmason.com |
| wmaloney@bloomberg.net | wnuk_joseph@fsba.state.fl.us |
| wmaloney@vcallc.com | wo2@storebrand.com |
| wmanning@btmna.com | wobrien9@bloomberg.net |
| wmarkey@metlife.com | woconnor@allstate.com |
| wmarsh@farmersnb.com | wod@johcma.com |
| wmarsh@northsidebank.com | woeikyet@dbs.com |
| wmawhorter@allegiancecapital.com | wohlfroa@strsoh.org |
| wmazzafro@oppenheimerfunds.com | wojceich.hajduczyk@morganstanley.com |
| wmccleary1@bloomberg.net | wojciech.mazurkiewicz@ba-ca.com |
| wmcdaniel@opcap.com | wojciech.mazurkiewicz@unicreditgrop.co.uk |
| wmcelroy@firstmanhattan.com | wojciech.zawada@allianz.com |
| wmcfarla@blackrock.com | wojtek.lipinski@dzbank.de |
| wmcmaster@scottstringfellow.com | wol.kolade@isisam.com |
| wmcmullan@fhlbatl.com | wolerju@cial.cic.fr |
| wmcnamara@oppenheimerfunds.com | wolert@ymcanet.org |
| wmcquade@russell.com | woleslagle@deshaw.com |
| wmcromwell@wellington.com | wolf.delius@commerzbank.com |
| wmcvail@turnerinvestments.com | wolf.diederichs@pimco.com |
| wmeier@zkblondon.co.uk | wolf.j@mellon.com |
| wmendes@bloomberg.net | wolf.raymer@jmfinn.com |
| wmenendez@lordabbett.com | wolf2@metro.de |
| wmiller@fhlbc.com | wolfej@strsoh.org |
| wmiller@ftci.com | wolfelde@hagemeyer.com |
| wmiller@lmfunds.com | wolff@metro.de |
| wmk@atalantasosnoff.com | wolfgang.bagusch@lampebank.de |
| wmkozdras@homeside.com | wolfgang.bathis@ikb.de |
| wmlaprise@gkst.com | wolfgang.bauer@pioneerinvestments.com |
| wmogrodnick@wellington.com | wolfgang.beynio@henkel.com |
| wmoretti@metlife.com | wolfgang.broetz@sgz-bank.de |
| wmorrill@brownadvisory.com | wolfgang.buettgenbach@ksk-koeln.de |
| wmoy@deerfieldcapital.com | wolfgang.bufe@t-systems.com |
| wmroehr@delinvest.com | wolfgang.buresch@bawagpsk.com |
| wmtramirez@aol.com | wolfgang.conze@lbbw.de |
| wmueller@meag.com | wolfgang.dahrmoeller@postbank.de |
| wmuller@westernasset.com | wolfgang.dietl@ids.allianz.com |
| wmuraydem@scsalliance.com | wolfgang.ewig@postbank.de |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| wolfgang.fischer@rzb.at | wolfgang.stemper@dexia-bil.com |
| wolfgang.fusek@krentschker.at | wolfgang.strobel@hypovereinsbank.de |
| wolfgang.gehlen@bis.org | wolfgang.stuelb@wwasset.de |
| wolfgang.groth@essenhyp.com | wolfgang.stuffer@hypovereinsbank.de |
| wolfgang.gzuk@allfonds-bkg.de | wolfgang.theis@dzbank.de |
| wolfgang.hartmann@commerzbank.com | wolfgang.titz@lrp.de |
| wolfgang.haunold@oenb.co.at | wolfgang.weiss@lbb.de |
| wolfgang.helmet@db.com | wolfgang.wiefel@wuestenrot.de |
| wolfgang.henrichs@dzbank.de | wolfgang.wiehe@credit-suisse.com |
| wolfgang.hofmann@erstebank.at | wolfgang.zecha@cominvest.de |
| wolfgang.hofmann@group.novartis.com | wolfgang.zemanek@sparinvest.com |
| wolfgang.huber@raiffeisenbank.at | wolfgang_lang@commerzbank.com |
| wolfgang.j.marty@csam.com | wolfgang_peltz@hvbamericas.com |
| wolfgang.jesinger@oppenheim.de | wolfgang-wilhelm.kling@hvb.de |
| wolfgang.jurowski@cominvest-am.com | wolfj@deshaw.com |
| wolfgang.kernbach@ruv.de | wolfmh@fhlbcin.com |
| wolfgang.kirsch@dzbank.de | wolfram.eichner@cominvest-am.com |
| wolfgang.kirschner@activest.de | wolgang.jakob@bkb.ch |
| wolfgang.kleedoerfer@hafm.de | wollom@nylim.com |
| wolfgang.klopfer@hypovereinsbank.de | wolters@bcmnet.nl |
| wolfgang.koettner@saarlb.de | won.choi@mackayshields.com |
| wolfgang.kostner@gs.com | won.lee@ge.com |
| wolfgang.kuhl@seb.de | wong.annderk@uobgroup.com |
| wolfgang.kuhn@aberdeen-asset.com | wong.kwongyew@uobgroup.com |
| wolfgang.lotze@sfs.siemens.de | wong.mei.ling@icprc.com |
| wolfgang.matschek@rzb.at | wong.soontong@uobgroup.com |
| wolfgang.matzen@nordlb.de | wong2@sunlife.com |
| wolfgang.mayer@sparinvest.com | wongck@gic.com.sg |
| wolfgang.michael.roth@nordlb.de | wongjans@bot.or.th |
| wolfgang.mittermueller@hyporealestate.de | wongjs@publicbank.com.my |
| wolfgang.mueller31@telekom.de | wongkak@abchina.com.hk |
| wolfgang.munsche@oppenheim.de | wongkcherbert@ocbc.com.sg |
| wolfgang.peltz@hvbasia.com | wongsiya.m@gototfb.com |
| wolfgang.posch@omv.com | wongsk@bernstein.com |
| wolfgang.puetz@dit.de | wongvicky@bloomberg.net |
| wolfgang.rattay@ba-ca.com | wongwatp@bot.or.th |
| wolfgang.reichel@lv1871.de | wonhk@kdb.co.kr |
| wolfgang.reminger@dekabank.de | wonie.leong@alliancebernstein.com |
| wolfgang.reuss@kfw.de | wonil_lee@nacm.com |
| wolfgang.ruttenstorfer@omv.com | wonjae.choi@samsung.com |
| wolfgang.ryll@kfw.de | wonnieryu@kdb.co.kr |
| wolfgang.schopf@erstebank.at | wonseok.x.choi@jpmorgan.com |
| wolfgang.stein@de.bosch.com | woo.youngsong@us.standardchartered.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| woochul.ham@scfirstbank.com | wpearson@browncapital.com |
| wood_jr_kimgsley@jpmorgan.com | wpease@wilmingtontrust.com |
| wood_steve@jpmorgan.com | wpeishan@mail.cbc.gov.tw |
| woodl@anz.com | wphandel@hypo-ooe.at |
| woods@fhlb-of.com | wphillips@fhhlc.com |
| woodwar@nationwide.com | wpickett@ford.com |
| woody.k.m.chan@hsbc.com.hk | wpiel@opusinvestment.com |
| woody@bpviinc.com | wpkelly@bankofny.com |
| woojung.park@wachovia.com | wplei@bloomberg.net |
| wook.heo@ingbank.com | wpmuller@nb.com |
| wookim@princeton.edu | wpotter@ag-am.com |
| wooksdw@hanmail.net | wprahl@lordabbett.com |
| woolbert@bwater.com | wpressey@bpbtc.com |
| woolbert@penntrust.com | wps@capgroup.com |
| woolley@bessemer.com | wpy@stanford.edu |
| woongek@dbs.com | wqlee@mas.gov.sg |
| woongp@princeton.edu | wramette@bloomberg.net |
| wootk@gic.com.sg | wramsay@netbank.com |
| wootuckkan@gic.com.sg | wreckmeyer@wellington.com |
| wooyoung.cho@scfirstbank.com | wreed@denveria.com |
| woramonk@bot.or.th | wreiners@cumberassoc.com |
| worleym@strsoh.org | wreisner@carret.com |
| wosada@us.mufg.jp | wrempel@copera.org |
| woschenko@bloomberg.net | wren_york@scudder.com |
| wouter.de.bever@achmea.nl | wrhuff1@hotmail.com |
| wouter.devriendt@fortisbank.com | wrhufftr@yahoo.com |
| wouter.koomen@klm.com | wrickert@wescorp.org |
| wouter.pelser@mn-services.nl | wrigger@gannett.com |
| wouter.s.devries@si.shell.com | wrightd@bernstein.com |
| wouter.van.der.veen@nl.abnamro.com | wrighte@bloomberg.net |
| wouter.weijand@fortisinvestments.com | wrobbie@xl.bm |
| wouterseaj@hagemeyer.com | wrobertson@guzman.com |
| woydich@debank.de | wromary@us.nomura.com |
| wozniakg@brinson.com | wrose@hbk.com |
| wp.173@dbv-winterthur.de | wrow@eatonvance.com |
| wp2@ntrs.com | wrutkoske@barbnet.com |
| wpace1@bloomberg.net | ws.hong@hanabank.com |
| wpan562118@aol.com | wsadler@lordabbett.com |
| wpatenaude@americansb.com | wsadozai@bloomberg.net |
| wpattison@aegonusa.com | wsalvage@bloomberg.net |
| wpaul@bloomberg.net | wsample@perrycap.com |
| wpaulini@bloomberg.net | wschang@adb.org |
| wpcho@dow.com | wschmiedeska@metlife.com |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| wschoj@knbank.co.kr | wtsai@mail.tbb.com.tw |
| wschouten@aegon.nl | wtsai@tiaa-cref.org |
| wschramm@voyageur.net | wtsang@hbk.com |
| wscully@putnam.com | wtseng@matrixassetadvisors.com |
| wseery@art-allianz.com | wtyler@invest.treas.state.mi.us |
| wseibert@ustrust.com | wu.lin@gene.com |
| wsexton@williamblair.com | wu.s@mellon.com |
| wshare1@bloomberg.net | wu_thomas@jpmorgan.com |
| wshepard@oppenheimerfunds.com | wuby.chang@email.chinatrust.com.tw |
| wshepetin@tiaa-cref.org | wucliris@ocbc.com.sg |
| wshieh@gsc.com | wug@fhlbsf.com |
| wshong@bok.or.kr | wujie@temasek.com.sg |
| wsiats@rfc.com | wula@jwseligman.com |
| wsiegler@union-investment.de | wulf.bernotat@stinnes.de |
| wsimpson@stephens.com | wuquoqiang@abchina.com |
| wsloneker@cambonds.com | wurwarg@apollorealestate.com |
| wslover@fhlbi.com | wusaibbrun@bloomberg.net |
| wsmith@bocusa.com | wusenlin@citicib.com.cn |
| wsmith@gcoelf.com | wushuying@cathaylife.com.tw |
| wsmoltino@rockco.com | wusl@jwseligman.com |
| wspeckert@bank-banque-canada.ca | wuxiyan@ftsfund.com |
| wstegall@faralloncapital.com | wuyang@citicib.com.cn |
| wstephe@templeton.com | wvogel@omega-advisors.com |
| wstewart@fdic.gov | wvri@kempen.nl |
| wstitzer@delinvest.com | wvxiang@frk.com |
| wstrauss@oppenheimerfunds.com | ww@martincurrie.com |
| wstuart@troweprice.com | ww242@cornell.edu |
| wstubbings@ftadvisors.com | wwachtel@hcmlp.com |
| wsullivan@refco.com | wwalbrun@vanliewtrust.com |
| wsuper@cisco.com | wward@halcyonllc.com |
| wtakacs@metlife.com | wwb@dodgeandcox.com |
| w-takeuchi@nochubank.or.jp | wweibel@bloomberg.net |
| wtan@pictet.com | wweiner@babsoncapital.com |
| wtang@aseansec.og | wwh@citicib.com.cn |
| wtatge@delinvest.com | wwhilden@brownadvisory.com |
| wtawornt@wharton.upenn.edu | wwightman@seic.com |
| wtderosa@putnam.com | wwilkinson@tiaa-cref.org |
| wteetsel@stonehillcap.com | wwindy@bloomberg.net |
| wteng@jhancock.com | wwleong@mas.gov.sg |
| wtillman@earthstarbank.com | wwlynch@dcmiglobal.com |
| wting@pictet.com | wwolfer@juliusbaer.com |
| wtownsend@denveria.com | wwong@nysif.com |
| wtrotman@summitbank.com | wwong81@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| wwoo@jhancock.com | xavier.cock@fortis.com |
| wwu@allstate.com | xavier.coste@bnpparibas.com |
| wxiong@princeton.edu | xavier.deschamps@lodh.com |
| wycheng@mas.gov.sg | xavier.frelat@bnpparibas.com |
| wyckb@rabo-bank.com | xavier.galiez@axa-im.com |
| wydena@deshaw.com | xavier.garcia@bnpparibas.com |
| wyee@calstrs.com | xavier.goss@blackrock.com |
| wyi@delinvest.com | xavier.got@caam.com |
| wyin@hkma.gov.hk | xavier.gudefin@dlgpartners.com |
| wyman_chan@putnam.com | xavier.hannaerts@puilaetco.com |
| wyn.ellis@csam.com | xavier.hoche@axa-im.com |
| wyndham_mh_leung@hkma.gov.hk | xavier.hovass@bnpparibas.com |
| wynnid@tdsec.co.uk | xavier.lambert@cnp.fr |
| wyoung@jhancock.com | xavier.lefranc@ubs.com |
| wytse@bochk.com | xavier.marti@caixacatalunya.es |
| wyun@ftci.com | xavier.mathieu@bnpparibas.com |
| wzang@hcmlp.com | xavier.mazet@fortis.lu |
| wzantonucci@statestreet.com | xavier.mugnier@hapoalim.ch |
| wzbbl@rzb.at | xavier.robinson@dexia-am.com |
| wzbhse@rzb.at | xavier.roesle@lodh.com |
| wzbkih@bloomberg.net | xavier.sement@bnpparibas.com |
| wzblad@rzb-wien.raiffeisen.at | xavier_langlois_d'estaintot@pechiney.com |
| wzblwm@rzb.at | xavier_nicolas@aviva.fr |
| wzbpzf@bloomberg.net | xbernat@crediinvest.ad |
| wzbren@rzb.at | xbmarvin@bloomberg.net |
| wzbscw@rzb.at | xc45@cornell.edu |
| wzhu@gsc.com | xccobn@agf.be |
| wzink@panagora.com | xchang@lmus.leggmason.com |
| wzkit@mas.gov.sg | xchen@fhlbdm.com |
| x.chauderlot@abc-arbitrage.fr | xchen@perrycap.com |
| x.chi@robeco.nl | xchen@tiaa-cref.org |
| x.gille@abc-arbitrage.com | xchollet@pictet.com |
| x.liu@robeco.nl | xcornellac@creditandorra.ad |
| x.nguyen@templeton.com | xcrank@leggmason.com |
| x6uonp@fanniemae.com | xdorca@bankpyme.es |
| xaime.quiroga@invescoperpetual.co.uk | xdornellas@groupe-ccr.com |
| xanthopoulos@bloomberg.net | xenia.loesch@ib.bankgesellschaft.de |
| xaver.augustin@siemens.com | xf26@cornell.edu |
| xavier.alsina@caixacatalunya.es | xgonzalc@cajamadrid.es |
| xavier.aublet@par.coflexip.fr | xgu@opers.org |
| xavier.belligon@bnpparibas.com | xhoche@oddo.fr |
| xavier.burtschell@bnpparibas.com | xhoche@ofivalmo.fr |
| xavier.clerebaut@ingim.com | xhzhao@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| xiang.liu@blackrock.com | xjhuang@bocusa.com |
| xiang_xie@freddiemac.com | xjx@citicib.com.cn |
| xiangheng.liu@credit-suisse.com | xktorza@oddo.fr |
| xianghui@citicbank.com | xl285@cornell.edu |
| xiangrong_jin@hkma.gov.hk | xlazarus@cpr.fr |
| xiangronglu@icbc.com.cn | xlchen@blackrock.com |
| xiantang@princeton.edu | xliu@bocusa.com |
| xianxin_zhao@ssga.com | xma@fhlbdm.com |
| xiao.ning@lehman.com | xmeng@bloomberg.net |
| xiao.zhang@allianzhfp.com | xmiao@hbk.com |
| xiaofeiy@bgi-group.com | xpetit@canal-plus.com |
| xiaohai.liao@wamu.net | xqyuan@bloomberg.net |
| xiaohan.h.song@jpmorgan.com | xsi@federatedinv.com |
| xiaohu.zhou@cominvest-am.com | xsimler.westam@banquedorsay.fr |
| xiaojian@bloomberg.net | xtan@princeton.edu |
| xiaojie.joe.shi@morganstanley.com | xu.cheng@intel.com |
| xiaojun@abchina.com.sg | xu.hui.shan@icprc.com |
| xiaoli.dang@barclaysglobal.com | xu.wei@icbcleasing.com |
| xiaoli.deng@morganstanley.com | xuan.tran@tcw.com |
| xiaomeng.yang@csam.com | xuan.yong@deshaw.com |
| xiaoming.fan@prudential.com | xudong.wang@citadelgroup.com |
| xiaoping_xiong@freddiemac.com | xue.wang@hk.fortis.com |
| xiaoqing.hu@ubs.com | xuebo.liu@ubs.com |
| xiaowei.li@barclaysglobal.com | xuehai.en@fmr.com |
| xiaowei@icbc.com.cn | xueming.song@dws.de |
| xiaowei_jiang@acml.com | xuenan@gic.com.sg |
| xihua.chen@alliancebernstein.com | xueruidong@ftsfund.com |
| xin.li@icbc.com.cn | xuesong.zhao@morleyfm.com |
| xin.li@inginvestment.com | xuesong_hu@ssga.com |
| xin.xiao.xia@icprc.com | xun.sun@usa.dupont.com |
| xin.zhang@icbc.co.cn | xurong@icbc.com.cn |
| xin.zhong@fmr.com | xuwang@aegonusa.com |
| xin@omega-advisors.com | xuzhengguang2003@yahoo.co.uk |
| xin_fu@swissre.com | xvc@petercam.be |
| xin_zhao@freddiemac.com | xwang@allegiancecapital.com |
| xinchao_zhang@fanniemae.com | xwang@fhlbc.com |
| xing.wan@pimco.com | xwang@meag-ny.com |
| xinghu@princeton.edu | xwong@canyonpartners.com |
| xinjia_liu@putnam.com | xx@nordea.com |
| xinning.zhang@icbc.com.cn | xx@xxx.com |
| xintian.lan@morganstanley.com | xxia@wellington.com |
| xinyi.li@bis.org | xxu15@bloomberg.net |
| xj@icbc.com.cn | xxx@daiwasbi.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| xxx@dodgeandcox.com | y.okabayashi@noemail.com |
| xxx@icbc.com.cn | y.okada@noemail.com |
| xxx@meijiyasuda.co.jp | y.okuda@hermes.co.uk |
| xxx@xxx.com | y.ozawa@noemail.com |
| xxxx@xxx.com | y.qin@gbf.nl |
| xxxxxx@metlife.com | y.shingai@noemail.com |
| xye@aegonusa.com | y.sonobe@ny.tr.mufg.jp |
| xyli@bloomberg.net | y.sudo@mab.co.jp |
| xyz@lehman.com | y.takaike@noemail.com |
| xz277@cornell.edu | y.tanaka@noemail.com |
| xzhang@helixlp.com | y.taya@noemail.com |
| xzhang@tiaa-cref.org | y.tjitrosoebono@indoverbank.com |
| xzhu@fhlbdm.com | y.unten@noemail.com |
| y.abdoulaye@afdb.org | y.w.bom@pensioenstork.nl |
| y.agemura@noemail.com | y.wada@noemail.com |
| y.ando@ldn.tr.mufg.jp | y.yoshida@noemail.com |
| y.bodson@bcee.lu | y_dezawa@daiwasbi.co.jp |
| y.hanayama@aozorabank.co.jp | y_murakami@nam.co.jp |
| y.hassan@afdb.org | y_nishikawa@nam.co.jp |
| y.hayakawa@noemail.com | y_ussia@bancourquijo.es |
| y.hijikata@aozorabank.co.jp | y1.hamada@aozorabank.co.jp |
| y.horimoto@jahs.or.jp | y1.matsuura@aozorabank.co.jp |
| y.ikegami@noemail.com | y1.sugimoto@aozorabank.co.jp |
| y.inagaki@aozorabank.co.jp | y2_nakamura@nam.co.jp |
| y.inoue@jahs.or.jp | y2ulxm@fanniemae.com |
| y.ishikawa@noemail.com | y6_tanaka@nam.co.jp |
| y.ishiko@noemail.com | ya1-hayashi@meijiyasuda.co.jp |
| y.iwamoto@noemail.com | yaa.offeibea.tamakloe@jpmorgan.com |
| y.j.steenbergen@robeco.nl | yab.tr@adia.ae |
| y.karachalios@hermes.co.uk | yab2@bloomberg.net |
| y.kashiwagi@aozorabank.co.jp | yabe@nam.co.jp |
| y.kawaguchi@plaza-am.co.jp | y-abiko@nissay.co.jp |
| y.kita@noemail.com | yabing@bloomberg.net |
| y.kubota@noemail.com | yacine.benamida@caam.com |
| y.kuroda@aozorabank.co.jp | yacine.benhamida@caam.com |
| y.maris@bi.go.id | yacine.zarrouk@ca-suisse.com |
| y.matsukawa@noemail.com | yacine@princeton.edu |
| y.matsuo@noemail.com | yacov.elinav@mailpoalin.co.il |
| y.matsuta@noemail.com | yadams@unfcu.com |
| y.mercado@fordfound.org | yael.kabla@clf-dexia.com |
| y.nicholas@fnysllc.com | yael.stein@mailpoalim.co.il |
| y.niiro@noemail.com | yaffa.catalan@mailpoalim.co.il |
| y.nishio@aozorabank.co.jp | yagi.takayuki@kokusai-am.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| yagura663@dl.dai-ichi-life.co.jp | yamauchi-0ft9@jp.nomura.com |
| y-aigami@meijiyasuda.co.jp | yamay@morganstanley.com |
| yai-wan.y.wong@opc.shell.com | yamazaki.shinichi@kokusai-am.co.jp |
| yak2@cornell.edu | yamazaki@nam.co.jp |
| yakakura@us.mufg.jp | yami.baker@fmr.com |
| y-akasaka@nissay.co.jp | yan.du@barclaysglobal.com |
| yakun.li@novartis.com | yan.fan@dartmouth.edu |
| yakymeti@ebrd.com | yan.ge@barclaysglobal.com |
| yalan.chang@email.chinatrust.com.tw | yan.jan@bankofamerica.com |
| yaleyap@gic.com.sg | yan.jin@columbiamanagement.com |
| yal-hassawi@bloomberg.net | yan.jun@icbcleasing.com |
| yalsanea@kpc.com.kw | yan.lou@jpmorganfleming.com |
| yam.r@bloomberg.net | yan.luo@usbank.com |
| yamada@atlanticinvestment.net | yan.marcotte@lodh.com |
| yamada@daiwasbi.co.jp | yan.ming@nomura-asset.com |
| yamada_yoshihiro@rk.smbc.co.jp | yan.rosa@lodh.com |
| yamada316@dl.dai-ichi-life.co.jp | yan.sun@fhlbboston.com |
| yamada-shige@marubeni.com | yan.tang@usbank.com |
| yamadat@dl.dai-ichi-life.co.jp | yan.vinokur@alliancebernstein.com |
| yamagami.daisuke@daido-life.co.jp | yan_haikal@bi.go.id |
| yamaguchi.h@daiwa-am.co.jp | yan_pu@vanguard.com |
| yamaguchi@daiwa-am.co.jp | yan_zilbering@vanguard.com |
| yamaguchi_takayasu@dd.smbc.co.jp | yana.posovsky@schwab.com |
| yamaguchino@sumitomotrust.co.jp | yana.shor@gm.com |
| yamaguchi-tsunayoshi@sc.mufg.jp | yanagiha@tominbank.co.jp |
| yamagus@po2.jsf.co.jp | yanagihara.dli@dial.pipex.com |
| yamaji-h@marubeni.com | yanamoto-h@marubeni.com |
| yamamoto.h@daiwa-am.co.jp | yanan@bloomberg.net |
| yamamoto.n@daiwa-am.co.jp | yang.chen@barclaysglobal.com |
| yamamoto.s@daiwa-am.co.jp | yang.gao@bailliegifford.com |
| yamamoto@daiwasbi.co.jp | yang.wang@ui-gmbh.de |
| yamamoto@tmam.co.jp | yang.xiao@icbc.com.cn |
| yamamoto_taro@dn.smbc.co.jp | yang-03550@email.esunbank.com.tw |
| yamamoto02325@nissay.co.jp | yangefr@cmcic.fr |
| yamamoto26597@nissay.co.jp | yangleechiun@gic.com.sg |
| yamamotok@nochutb.co.jp | yangmoo.hur@scfirstbank.com |
| yamamura24512@nissay.co.jp | yangsy@kookmin.co.kr |
| yamanaka@nam.co.jp | yangxiaotao@gtjas.com |
| yamanoi@daiwa-am.co.jp | yangyibo@citicbank.com |
| yamashit@dl.dai-ichi-life.co.jp | yangzhiming@bank-of-china.com |
| yamashita@boj.org.hk | yani_lee@ustrust.com |
| yamashita_etsuko@yk.smbc.co.jp | yanief.l@mellonequity.com |
| yamashita-george@marubeni.com | yanira.leon@trs.state.tx.us |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| yankel.fernandez@wachovia.com | yarita@dl.dai-ichi-life.co.jp |
| yanks@us.ibm.com | yariv.miron@mailpoalim.co.uk |
| yanliguo@cmbchina.com | yariv@bloomberg.net |
| yann.ballet@airbus.fr | yarrowp@vankampen.com |
| yann.corbino@bnpparibas.com | yasemin.ersan@zkb.ch |
| yann.cordier@axa-im.com | yasemin.oktay@yapikredi.com.tr |
| yann.couellan@axa-im.com | yash.misra@daiwausa.com |
| yann.didou@cnp.fr | yashiki@boj.co.uk |
| yann.l.mitchell@aib.ie | yashima@dl.dai-ichi-life.co.jp |
| yann.louarn@federalgestion.com | yashoda.khandkar@fmr.com |
| yann.mocellin@credit-suisse.com | yasin.sarfraz@hsbstrinkaus.de |
| yann.quatannens@bnpparibas.com | yasin_benzawi@freddiemac.com |
| yann.rossier@bcv.ch | yasinleen@bloomberg.net |
| yann.thomas@socgen.com | yasmin.jack@mackayshields.com |
| yann@kdb.co.kr | yasmin_kocur@nacm.com |
| yann_depin@ssga.com | yasmine.debray@caam.com |
| yannick.gounon@banquedorsay.fr | yasmine.malak@novartis.com |
| yannick.guillot@labanquepostale-am.fr | yassamine.abid@bnpparibas.com |
| yannick.leborgne@ap.nxbp.com | yassar_ali@standardlife.com |
| yannick.leserviget@axa-im.com | yasser.al-mazyad@samba.com |
| yannick.lopez@cpr-am.fr | yasser.mawji@glgpartners.com |
| yannick.mathieu@citadelgroup.com | yasser.talaat@hsbcpb.com |
| yannick.ouaknine@bnpparibas.com | yassine.essiassi@sgam.com |
| yannick.quenehen@caam.com | yassine.laissaoui@db.com |
| yannick_aron@putnam.com | yassir.benjelloun@bankofamerica.com |
| yannig.pariset@banquedorsay.fr | yastakeda@bloomberg.net |
| yannis.matsis@uk.mizuho-sc.com | yasu@jp.oechsle.com |
| yannis@clintongrp.com | yasuaki.amatatsu@boj.or.jp |
| yano.teiji@daido-life.co.jp | yasuaki-sumimoto@am.mufg.jp |
| yano@daiwasbi.co.jp | yasuda@tmam.co.jp |
| yansong.chen@jpmorgan.com | yasuda-k@marubeni.com |
| yanyan.lv@icbc.com.cn | yas-ueda@taiyo-seimei.co.jp |
| yao.dong@icprc.com | yasugi@bloomberg.net |
| yao@daiwa-am.co.jp | yasuharu.kuse@tokyostarbank.co.jp |
| yaowang@princeton.edu | yasuharu_tsuru@mitsubishi-trust.co.jp |
| yap.chinyee@hk.nomura.com | yasuharu-ikari@mitsubishi-am.co.jp |
| yap_tk@ocbc.com.sg | yasuhide.ogata@barclaysglobal.com |
| yapan@wellington.com | yasuhiko_fukuda@tr.mufg.jp |
| yapsiaoteng@gic.com.sg | yasuhiko_imai@smbcgroup.com |
| yapweiwei@gic.com.sg | yasuhiro.akiyama@prudential.com |
| yaqoubb@kia.gov.kw | yasuhiro.fujiki@shinseibank.com |
| yaranowicz@lordabbett.com | yasuhiro.hisamura@meiji-life.co.jp |
| yared.woudneh@barclaysglobal.com | yasuhiro.imahori@ibjbank.co.jp |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

yasuhiro_fujibayashi@mitsubishi-trust.co.jp

yasuhiro_hara@tr.mufg.jp

yasuhiro_hotta@mitsubishi-trust.co.jp

yasuhiro_nonaka@am.sumitomolife.co.jp

yasuhiro_saitou@am.sumitomolife.co.jp

yasuhiro-tabei@am.mufg.jp

yasuhisa.nitta@mizuho-bk.co.jp

yasuhito_inukai@am.sumitomolife.co.jp

yasuhito_nakajima@sakura.co.jp

yasui@daiwa-am.co.jp

yasuji.onozuka@mizuho-cb.co.jp

yasu-kajiyama@nochubank.or.jp

yasuki.sagara@ufj-partners.co.jp

yasuko.inoue@tokyostarbank.co.jp

yasuko.nakamura@sgam.com

yasuko-tada@am.mufg.jp

yasumasa.nishi@mizuho-cb.co.jp

yasunari.furusawa@ufj-partners.co.jp

yasunori_murakami@am.sumitomolife.co.jp

yasunori_nishioka@mitsubishi-trust.co.jp

yasuo-sasai@am.mufg.jp

yasushi.inoue@partners.co.jp

yasushi_iwamoto@tr.mufg.jp

yasushia@dl.dai-ichi-life.co.jp

yasutaka_furuya@ufjbank.co.jp

yasutaka_kouti@am.sumitomolife.co.jp

yasutaka-inoue@am.mufg.jp

yasuto_miura@mitsubishi-trust.co.jp

yasutoshi.kaneko@ufj-partners.co.jp

yasutoyo.senda@tokyostarbank.co.jp

yasuyo_meisner@ssga.com

yasuyuki.fukuda@nomura-asset.co.uk

yasuyuki.kurimoto@mizuhocbus.com

yasuyuki.mochizuki@tokyostarbank.co.jp

yasuyuki.shibata@mizuho-bk.co.jp

yasuyuki.yamaji@mizuho-cb.co.jp

yasuyuki-ochi@am.mufg.jp

yatagai_tomoaki@yk.smbc.co.jp

yatagai-2ngk@jp.nomura.com

yati@bloomberg.net

yatsuhashi686@dl.dai-ichi-life.co.jp

yatsunami@nam.co.jp

yauhiro.nozaki@ufj-partners.co.jp

yavuz.arikan@cedarrockcapital.com

yawei_jin@fanniemae.com

yawlee@mail.cbc.gov.tw

ya-yamasato@ja-kyosai.or.jp

ya-yoda@ja-kyosai.or.jp

yayoi_ichigi@orix.co.jp

yazann.romahi@jpmorganfleming.com

yazhi_shen@troweprice.com

yazid.sabeg@c-s.fr

ybaekim@samsung.co.kr

ybaguindoc@westernasset.com

ybaumgartner@mcmorgan.com

ybierre@bloomberg.net

ybigeard@pictet.com

yblechner@dkpartners.com

yb-mmd@msa.biglobe.ne.jp

ybonzon@pictet.com

ybp2@cornell.edu

ybruggisser@pictet.com

ycb0142@bloomberg.net

ychan@ustrust.com

ychang@bear.com

ychaudhary@blackrock.com

ychen@investcorp.com

ycheungbtc@bochk.com

ychuah@stanford.edu

ychuang@fscey.gov.tw

yckim@hanvitbank.co.kr

yckwak@goodbank.com

ycok@keximasia.com.hk

yconnolly@farcap.com

ycramer@farcap.com

ycruz@mfcglobalus.com

yczhao@icbc.com.cn

yday@lehman.com

ydenisov@bloomberg.net

ydesjardins@sinopia.fr

ydj0611@hotmail.com

ydungen@spfbeheer.nl

yeadona@brinson.com

yeamansm@strsoh.org

yearty@bessemer.com

yearwood@ellington.com

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

yecan@citicbank.com
yecco_janice@fsba.state.fl.us
yechyn@temasek.com.sg
yedau.ogoundele@calyon.com
yeechung@ssfutures.com
yee-ng_constance@jpmorgan.com
yehuda_z@rad.co.il
yehy@dime.com
yeisen@bloomberg.net
yelena.ofengeym@jpmchase.com
yeltekin@hmc.harvard.edu
ye-mei.ling@db.com
yencheng@wharton.upenn.edu
yen-lan.chueh@northernrock.co.uk
yeo.weechye@dbs.com
yeockpatrick@ocbc.com.sg
yeohlamkeong@gic.com.sg
yeokeonghee@gic.com.sg
yeonhee.oh@inginvestment.com
yeonkyoung_kwon@acml.com
yeonyoung_kwon@acml.com
yeqing@citicib.com.cn
yeqiu@bocusa.com
yeshe_l_corona@putnam.com
yesim_tokat@vanguard.com
yesworthy@miffbank.com
yeunyongji@hanabank.com
yevgeniy.falkovich@westernasset.com
yevgeny.gelfand@blackrock.com
yewheng@temasek.com.sg
yeyos@yahoo.com
yf@citicib.com.cn
yfairouz@bloomberg.net
yfang@us.mufg.jp
yfbrogard@db.com
yfeng@aegonusa.com
yfujimoto@bloomberg.net
y-fujimoto@ikedabank.co.jp
yfung@templeton.com
yfuruya@us.mufg.jp
yg@dodgeandcox.com
ygarena@mfs.com
ygary@keb.co.kr

ygeyman@blackrock.com
ygoffinet@pictet.com
ygoldman@perrycap.com
ygolod@hbk.com
ygottmeier@pictet.com
ygrant@bear.com
ygrill@dkpartners.com
yhara@nochubank.or.jp
yharari@loews.com
y-hiasa@nochubank.or.jp
yhirai@dl.dai-ichi-life.co.jp
y-hiwatashi@ioi-sonpo.co.jp
yhj@kdb.co.kr
yholzhauer@russell.com
yhsu@metlife.com
yhwong@mas.gov.sg
yhyun@tiaa-cref.org
yi.gu@gs.com
yi.lijrsc@icbc.com.cn
yi.liu@morganstanley.com
yi.nok.chan@dartmouth.edu
yi.shi@dillonread.com
yi.wang@ohis.com
yi.x.chen@jpmchase.com
yi_liu@ml.com
yi_y_xu@ssga.com
yianna.tziovara@juliusbaer.com
yiannisa@anz.com
yi-chen.huang@shinseibank.com
yichou@bloomberg.net
yichun.shih@prufunds.com.tw
yi-chun_cheng@freddiemac.com
yifang.wang@chinatrust.com.tw
yifeng.yang@lordabbettchina.com
yifuwu@stanford.edu
yigao_liang@fanniemae.com
yihanf@princeton.edu
yijen.chen@email.chinatrust.com.tw
yikeda@ambac.com
yikeda@tiaa-cref.org
yik-ko_mo@hkma.gov.hk
yildiram@ebrd.com
yi-ling.lin@pimco.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

yilungc@mcm.com
yi-mei.lu@bms.com
yin.yong@icprc.com
yin_chan@swissre.com
yin_kon@ssga.com
yinan_wang@freddiemac.com
ying.e.chen@jpmchase.com
ying.hu@wellsfargo.com
ying.jiang@morleyfm.com
ying.qiu@inginvestment.com
ying.qiu@pimco.com
ying.timmermann@ppmamerica.com
ying.xiong@ge.com
ying.ying@morganstanley.com
ying_xu@fleet.com
yingchu.ni@blackrock.com
yingdai@bloomberg.net
yingho@princeton.edu
yinghui-1019@email.esunbank.com.tw
yingj@princeton.edu
yingli.zhu@inginvestment.com
yingnan.ma@slma.com
yingru_li@calpers.ca.gov
yingsheng_li@fanniemae.com
yingying.zheng@sg.pimco.com
yining_gu@ssga.com
yinoue@dlusa.com
yiota.chondrou@nbg.gr
yip.chris@sg.standardchartered.com
yip.sheekeen@uobgroup.com
yipaik@wooribank.com
yipyewtong@gic.com.sg
yiqun.jia@gmacrfc.com
yirong.li@credit-suisse.com
yishay.amon@teva.co.il
yishibashi@nissay.co.uk
y-itoh@nochubank.or.jp
yiwang@wellington.com
yixiong.chen@opco.com
yiy@vankampen.com
yiyu.chang@email.chinatrust.com.tw
yiyu@wellington.com
yizawa@nochubank.or.jp

yjae@earthlink.net
yjia@fhlbc.com
yjian@princeton.edu
yjiang@tiaa-cref.org
yjkim@kdb.co.kr
yjpack63@kbsar.co.kr
yjyoon@bok.or.kr
yjyoon55@bloomberg.net
yk.choi@hanabank.com
y-kajiya@nochubank.or.jp
ykalinov@lehman.com
ykamiya@sompo-japan.co.jp
ykawa@mtildn.co.uk
ykawai@nochubank.or.jp
ykeuter@aegon.nl
ykh102@bok.or.kr
ykikkawa608904@po.yasuda.co.jp
ykim@kfb.cokr
y-kiyotomo@taiyo-seimei.co.jp
ykk@seoulbank.net
ykkim71@kbstar.co.kr
y-kobayashi@nochubank.or.jp
ykobusinski@sinopia.fr
ykomat@ftci.com
ykonishi3@bloomberg.net
ykopeliovich@meag-ny.com
ykoudinov@tiaa-cref.org
ykramer@pictet.com
ykrhee@bok.or.kr
ykshin@koreaexim.go.kr
y-kubota@meijiyasuda.co.jp
ykunii@dl.dai-ichi-life.co.jp
y-kuribayashi@kokusai.co.jp
ykuroda1@sompo-japan.co.jp
ykurosawa@westernasset.com
ykuru@caxton.com
ykuru1@bloomberg.net
yl950121@samsung.co.kr
ylager@frk.com
ylanda.wilhite@harrisbank.com
ylandry@groupama-am.fr
ylau@chinatrustusa.com
ylee@kff.org

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| ylee3@bear.com | yoann.malecot@marly-gestion.fr |
| yleong@mas.gov.sg | yoav.shani@mailpoalim.co.il |
| yleung@perrycap.com | yoav.tamir@wamu.net |
| yli@statestreet.com | yo-azuma@ja-kyosai.or.jp |
| yliu@ambac.com | yoda_koichiro@rk.smbc.co.jp |
| yliu@lehman.com | yoden@daiwa-am.co.jp |
| ylomakina@cicny.com | yoder_keith_d@cat.com |
| ylongoria@eagleglobal.com | yoel_prasetyo@dell.com |
| ylou@pughcapital.com | yoelm@bloomberg.net |
| ylu@wellington.com | yoeuth_yen@putnam.com |
| ylw@cathaylife.com.tw | yogukim@kbstar.com |
| ymaeda@russell.com | yoh_nihei@tokaitokyo.co.jp |
| ymarhic2@bloomberg.net | yohei_omichi@tr.mufg.jp |
| y-matsumoto@nochubank.or.jp | yohsuke.morikawa@lehman.com |
| ymauron@pictet.com | yoichi.sannomiya@ubs.com |
| ymbk2@bloomberg.net | yoichi_kamata@mitsubishi-trust.co.jp |
| ymbksec2@fancy.ocn.ne.jp | yoichi_kawaguchi@tr.mufg.jp |
| ymedovoy@lordabbett.com | yoichiro.fukuro@axa.co.jp |
| ymiteva2@bloomberg.net | yoichiro-higasa@am.mufg.jp |
| ymiura@tiaa-cref.org | yoichiro-yasui@am.mufg.jp |
| ymiyata@dl.dai-ichi-life.co.jp | y-oike@ioi-sonpo.co.jp |
| ymizuno@jp.statestreet.com | yo-ishii@ja-kyosai.or.jp |
| ymn0498@surugabank.co.jp | yoji.imafuku@mizuho-bk.co.jp |
| ymordacq@generali.fr | yoji_ueda@mitsubishi-trust.co.jp |
| y-motoda@nochubank.or.jp | yojiroku@iadb.org |
| ymuscat@groupama-am.fr | yokabe@mitsuiifeny.com |
| ynagai@mooresvp.co.jp | yoke_har_ng@scotiacapital.com |
| ynakada@dl.dai-ichi-life.co.jp | yoko.katai@abnamro.com |
| ynakagawa@hanwaamerican.com | yoko.kondo@barclaysglobal.com |
| ynakahara1@sompo-japan.co.jp | yoko.muramatsu@ufj-partners.co.jp |
| y-nakano@ioi-sonpo.co.jp | yoko.nakayama@capitalworld.com |
| yneto@cdcixis-cm.com | yoko.ohinata@mizuho-cb.co.jp |
| yng@fftw.com | yoko.yoshimoto@baring-asset.com |
| ynishimiya@adb.org | yoko.yoshino@schroders.com |
| ynmooi@bnm.gov.my | yokota_j@sol.nichimen.co.jp |
| ynoburu@dl.dai-ichi-life.co.jp | yokotachi@shizuokabkny.com |
| ynwen@bloomberg.net | yokouchi@daiwasbi.co.jp |
| ynyuen@bochk.com | yokoyama.kazuo@kokusai-am.co.jp |
| yo.shibuya@citigroup.com | yokoyama@dl.dai-ichi-life.co.jp |
| yo3@ntrs.com | yokoyama_makoto@mail.asahi-life.co.jp |
| yoana_koleva@ml.com | yolanda.davidson@mbna.com |
| yoann.belmere@uk.fid-intl.com | yolanda.fragliossi@highbridge.com |
| yoann.cohen@credit-agricole-sa.fr | yolanda.strock@fmr.com |

Lehman Brothers Holdings Inc.
Derivatives Counterparties Email Service List

| | |
|---|---|
| yolanda.taylor@fmr.com | yoosawa7@sompo-japan.co.jp |
| yolanda.zamora@usaa.com | yooskim@kdb.co.kr |
| yolanda@mail.pscnet.com.tw | yoosookhong@hanabank.com |
| yolanda_s_green@fanniemae.com | yoosung@chb.co.kr |
| yolandasparrow@tagfolio.com | yootk@bot.or.th |
| yolande.collard@fortisbank.com | yoram.carsenti@mailpoalim.co.il |
| yon.ibrahim@blb.de | yoram_dankner@america.hypovereinsbank.com |
| yo-nagashima@ja-kyosai.or.jp | yoriko@dlusa.com |
| yonatana@migdal-group.co.il | yorio_ota@tr.mufg.jp |
| yoneda@nomail.com | york.deavers@barclaysglobal.com |
| yoneyama@daiwa-am.co.jp | york.lin@ers.state.tx.us |
| yonezawa@nochubank.or.jp | york.zucchi@oppenheim.de |
| yong.chang@alliancebernstein.com | york_lo@putnam.com |
| yong.lu@citadelgroup.com | yosawa@lordabbett.com |
| yong.lu@clinton.com | yosef.yarom@bnhp.co.il |
| yong.xu@corporate.ge.com | yosefl@bll.co.il |
| yong.zhu@usa.dupont.com | yoshi.makio@hvbeurope.com |
| yong_yao@vanguard.com | yoshiaki.iba@mizuho-bk.co.jp |
| yong76@wooribank.com | yoshiaki.kang@us.socgen.com |
| yonghoi_koo@cargill.com | yoshiaki_hizuka@mitsui-seimei.co.jp |
| yonghooni@bok.or.kr | yoshiaki_oya@tr.mufg.jp |
| yong-jae.lee@samsung.com | yoshichika_araki@yamaguchibank.co.jp |
| yongjin_hou@fanniemae.com | yoshida.s@daiwa-am.co.jp |
| yongjoon.jang@samsung.com | yoshida-0gzn@jp.nomura.com |
| yongteck@temasek.com.sg | yoshida-h@daiwasbi.co.jp |
| yon-ho.chong@uk.fid-intl.com | yoshie.hashiyada@schroders.com |
| yoni.s@bloomberg.net | yoshie.miyauchi@shinseibank.com |
| yonishi@nochubank.or.jp | yoshifumi_shirahama@tr.mufg.jp |
| yo-nishioka@ja-kyosai.or.jp | yoshihara@daiwa-am.co.jp |
| yonjae.kwon@bbandt.com | yoshiharu_inoue@tr.mufg.jp |
| yonoda@gpnus.mizuho-cb.com | yoshihide_suzuki@mitsubishi-trust.co.jp |
| y-onoda@taiyo-seimei.co.jp | yoshihiko.asano@bankofamerica.com |
| yoojeong.oh@aberdeen-asset.com | yoshihiro.koitabashi@shinseibank.com |
| yo-okada@ja-kyosai.or.jp | yoshihiro.takada-1@boj.or.jp |
| yookan.lee@blackrock.com | yoshihiro_hyakutome@smbcgroup.com |
| yoon.auh@fmr.com | yoshihiro_ikeda@gb.smbcgroup.com |
| yoon_chang@westlb.com | yoshihiro6902_yamashita@sonylife.co.jp |
| yoon-chou.chong@aberdeen-asset.com.sg | yoshihisa_okada@tr.mufg.jp |
| yoongpin@temasek.com.sg | yoshihito_ichiguchi@tr.mufg.jp |
| yooni246@kdb.co.kr | yoshikazu.hiranaka@ufj-partners.co.jp |
| yoonju.hong@morganstanley.com | yoshikazu.tanaka@mizuhocbus.com |
| yoonsangkim@hanabank.com | yoshi-ken@nochubank.or.jp |
| yoonsoo.bae@scfirstbank.com | yoshiki.kano@morganstanley.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

yoshiki.kashimura@mizuho-bk.co.jp

yoshiki.kokubo@boj.or.jp

yoshiki.obayashi@shinseibank.com

yoshiki.ohmura@juliusbaer.com

yoshiki.takeda@alliancebernstein.com

yoshiki_nagata@putnam.com

yoshiki_nakamura@mitsui-seimei.co.jp

yoshiki_ueno@orix.co.jp

yoshiko.motoyama@cgii.com

yoshiko.saba@aam.de

yoshiko.shigesada@mizuho-cb.co.jp

yoshimasa.kato@db.com

yoshimasa_suzuki@mitsubishi-trust.co.jp

yoshimatsu_hitoshi@vp.smbc.co.jp

yoshimoto6121@intra.cosmo-sec.co.jp

yoshimura.n@daiwa-am.co.jp

yoshiniobu.onishi@uk.mufg.jp

yoshinobu-kanda@am.mufg.jp

yoshinori.kawamura@smbcgroup.com

yoshinori.tetsuda@mizuho-cb.co.jp

yoshinori_akakura@ufjbank.co.jp

yoshinori_ichikawa@yamaguchibank.co.jp

yoshinori_takano@tr.mufg.co.jp

yoshinori-kano@gm.shokochukin.go.jp

yoshinori-kanou@gm.shokochukin.go.jp

yoshio.ito@axa.co.jp

yoshio.sano@uk.mufg.jp

yoshio.shimizu@uk.standardchartered.com

yoshio_sato@sumitomolife.co.jp

yoshio_tominaga@tr.mufg.jp

yoshio-yamashita@nihonjishin.co.jp

yoshiro_mizukami@tr.mufg.jp

yoshitaka.satani@uk.mufg.jp

yoshitaka_ino@tr.mufg.jp

yoshitaka_nagano@tr.mufg.jp

yoshitaka_yamano@mitsui-seimei.co.jp

yoshitaka-tsurugi@fintec.co.jp

yoshitake.anzai@surugabank.co.jp

yoshiteru.nishimoto@credit-suisse.com

yoshiteru_ishikawa@suntory.co.jp

yoshito.takahashi@mizuho-cb.co.jp

yoshito@dl.dai-ichi-life.co.jp

yoshitomo_baba@am.sumitomolife.co.jp

yoshitsugu.x.yamamoto@jpmorgan.com

yoshiyuki.fukuda@boj.or.jp

yoshiyuki.kaneko@mizuho-cb.co.jp

yoshiyuki.suyama@marusan.co.jp

yoshiyuki_masuda@tr.mufg.jp

yoshiyuki_nagatomo@mitsubishi-trust.co.jp

yoshiyuki_nishi@ufjbank.co.jp

yoshiyuki_sato@mitsubishi-trust.co.jp

yoshiyuki_sato@tr.mufg.jp

yoshiyuki-sato@am.mufg.jp

yoshiyuki-teranaka@mito-sec.jp

yoshiyuki-tsuruoka@am.mufg.jp

yoshizawa@nam.co.jp

yosig@bll.co.il

yosihiro_gake@am.sumitomolife.co.jp

yosihisa_inoue@am.sumitomolife.co.jp

yosikazu@dl.dai-ichi-life.co.jp

yosikuni@boj.co.uk

yosimiti_takahasi@am.sumitomolife.co.jp

yosinobu_douzono@am.sumitomolife.co.jp

yosiomi_nanba@am.sumitomolife.co.jp

yosir@orl.co.il

yositeru_hata@am.sumitomolife.co.jp

yossi.hasson@nokia.com

yossi.levin@teva.co.il

yosts@jwseligman.com

yosuke@lehman.com

yosuke_hayakawa@mitsubishi-trust.co.jp

yosuke_kobayashi@tr.mufg.jp

yosuke-kushiki@am.mufg.jp

yotsukura@tmam.co.jp

yo-ueda@meijiyasuda.co.jp

youichi.ueno@boj.or.jp

youko.takeda@boj.or.jp

younes.benchlikha@socgen.com

young.cho@wellsfargo.com

young.hayes@janus.com

young.k.kwon@jpmorgan.com

young.yoo@blackrock.com

young_lee@invesco.com

youngjp@nationwide.com

youngju.lee@barclaysglobal.com

youngjun.yoon@oppenheim.de

LEHMAN BROTHERS HOLDINGS INC.
Derivatives Counterparties Email Service List

| | |
|---|---|
| young-kil.park@helvetia.ch | yshields@sric.net |
| youngkim@bok.or.kr | yshigeta063863@po.yasuda.co.jp |
| youngroe.kim@schroders.com | yshilo@bloomberg.net |
| youngseok@bok.or.kr | y-shimizu@ja-kochishinren.or.jp |
| youngsuli@bok.or.kr | y-shimura@yasuda-life.co.jp |
| youngsun.choi@samsung.com | yshmuylovich@nbf-us.com |
| youngw.yoon@samsung.com | ysiew@axia-advisors.com |
| youngwha_park@ml.com | ysk@citicib.com.cn |
| younis.al-turabi@gibbah.com | yskim@seoulbank.net |
| younsp@kdb.co.kr | yspark@bok.or.kr |
| youri.vorobiev@vontobel.ch | yssim@mas.gov.sg |
| yousef.shokrai@lloydstsb.co.uk | y-suga@meijiyasuda.co.jp |
| youssef.azami@bnpparibas.com | ysuganuma@uk.tr.mufg.jp |
| youssef.benomar@jpmorgan.com | ysuzuki@pictet.com |
| yousuf.abbasi@orix.com | ytakai@sompo-japan.co.jp |
| yousuke.yasui@boj.or.jp | y-takara@nochubank.or.jp |
| yousuke_mitomori@am.sumitomolife.co.jp | y-takayama@nissay.co.jp |
| youyi.chen@chase.com | ytakezaki@perrycap.com |
| youyi.chen@wamu.net | ytamir@russell.com |
| yo-yagura@ja-kyosai.or.jp | ytheis@bankofny.com |
| y-ozaki@meijiyasuda.co.jp | ythor@voyageur.net |
| yozaki2@bloomberg.net | yting@bloomberg.net |
| yping@westernasset.com | ytomballe@bloomberg.net |
| ypmodak@wellington.com | ytong@blackrock.com |
| ypoulou@pictet.com | ytrhee@netian.com |
| yprakash@tiaa-cref.org | yturocy@nb.com |
| yqin@bocusa.com | yu.he@jpmorgan.com |
| yravai-mans@bloomberg.net | yu.li@rbccm.com |
| yreuven@leumi.ch | yu.lin@mail.tbb.com.tw |
| ys@nbim.no | yu.yanagisawa@axa.co.jp |
| ys9@ntrs.com | yuan.xin.pek@asia.ing.com |
| ysaadat@ifc.org | yuan_zhou@swissre.com |
| ysaba@mcleanbudden.com | yuanbol@princeton.edu |
| y-saitou@ikedabank.co.jp | yuanchang@compuserve.com |
| ysakuma@nochubank.or.jp | yuanchen@bloomberg.net |
| ysakurai@bci.it | yuanfan_sun_branson@freddiemac.com |
| ysamarasinghe@payden-rygel.com | yuarima@dl.dai-ichi-life.co.jp |
| ysasaki@caxton.com | yuc@fhlbsf.com |
| yschan@europeancredit.com | yuc2@nationwide.com |
| ysharma@globeop.com | yucek@tskb.com.tr |
| yshen@babsoncapital.com | yuchan.li@fmr.com |
| yshen@metlife.com | yuching@scsb.com.tw |
| yshi@meag-ny.com | yud@stanford.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

yuda@nochubank.or.jp
yudhveer.chaudhry@blackrock.com
yueh.ee-leen@aberdeen-asset.com
yuehan_liu@ssga.com
yuen.chan@fmr.com
yuen.lo@bapensions.com
yuendz@bernstein.com
yuenwan@gic.com.sg
yuer@fhlbsf.com
yuet.wong@asia.bnpparibas.com
yuet@bernstein.com
yuetling.sinfailam@sgam.co.uk
yufen.lee@email.chinatrust.com.tw
yuhei_nomura@mitsui-seimei.co.jp
yuhongl@princeton.edu
yui.takamatsu@shinseibank.com
yuichi.himeno@mail.mol.co.jp
yuichi.kawamoto@mizuho-bk.co.jp
yuichi.shigeno@bis.org
yuichi_ishii@mitsubishi-trust.co.jp
yuichi-muraki@am.mufg.jp
yuichiro.tawara@uk.mufg.jp
yuichiro_shioda@mec.co.jp
yuichi-sano@am.mufg.jp
yuji-maeda@am.mufg.jp
yujisasaki@nochubank.or.jp
yuji-sujino@am.mufg.jp
yujisuzuki@nochubank.or.jp
yuka.marosek@nacm.com
yuka.nakamura@schroders.com
yuka@meijiyasudany.com
yuka1979@dl.dai-ichi-life.co.jp
yukari.mio@db.com
yukari_sakai@tr.mufg.jp
yuki.matsumura@aig.com
yuki.mizunoe@mizuho-cb.co.jp
yukie-osagawa@am.mufg.jp
yukihiro_miyata@tr.mufg.jp
yukiji.konno@pimco.com
yukiko.kawano@schroders.com
yukiko.kurachi@boj.or.jp
yukiko.shishido@schroders.com
yukiko.suzuki@ufj-partners.co.jp

yukiko.tachibana@ntt-finance.co.jp
yukiko-sano@am.mufg.jp
yukimasa_araki@tr.mufg.jp
yukio.furukawa@mizuho-cb.co.jp
yukio.ikemura@mhcb.co.uk
yukio.miyazaki@mizuho-cb.co.jp
yukio_ichikawa@tr.mufg.jp
yukio_soma@mitsui-seimei.co.jp
yukio_tominaga@mlgam.co.jp
yukishige_koichi@takeda.co.jp
yuki-sogo@am.mufg.jp
yukji.konno@pimco.com
yuko.behan@mhcb.co.uk
yuko.girard@bob.hsbc.com
yuko.nobuhara@axa.co.jp
yuko.shirase@gecapital.com
yuko.sugano@jpmorgan.com
yuko.uchida@uk.btmeurope.com
yuko_hirayama@tr.mufg.jp
yuko_noda@mitsubishi-trust.co.jp
yukok@dl.dai-ichi-life.co.jp
yukou.hirai@mizuho-cb.co.jp
yuktai.chan@threadneedle.co.uk
yul.tobaly@hcmny.com
yulia.gilman@wachovia.com
yulia.kovyliaeva@uk.fid-intl.com
yulies.kanti@bni.co.id
yumi.igarashi@axa.co.jp
yumi.kikukawa@uk.mufg.jp
yumi.suzuki@boj.or.jp
yumi_yoshida@tr.mufg.jp
yumiko.kawahara@bankofamerica.com
yumiko.licznerski@mizuhocbus.com
yumiko_matsubara@putnam.com
yumiko_sai@putnam.com
yun.chen@alliancebernstein.com
yun.lan@usbank.com
yung.wu@americas.bnpparibas.com
yung-hsung@email.esunbank.com.tw
yung-shin_kung@ml.com
yunguang_li@capgroup.com
yunhongsong@wooribank.com
yu-nishikawa@am.mufg.jp

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

yunjc@pw.utc.com

yunkyung.kim@aig.com

yunn@bernstein.com

yun-sang_bae@freddiemac.com

yunsooo@hanabank.com

yunus.molla@ibtco.com

yunus.moola@ibtco.com

yun-young_lee@putnam.com

yuri.basile@gestielle.it

yuri.maeda@morganstanley.com

yuri.rios@blackrock.com

yuriy.melnikov@sgcib.com

yuriy_melnikov@scudder.com

yury.dubrovsky@lazard.com

yury.gruzglin@jpmorgan.com

yusef.elfiki@citadelgroup.com

yusof.shahreza@aberdeen-asset.com

yusof@bnm.gov.my

yusong@lehman.com

yusuf.bilgic@blb.de

yusuf.randera-rees@credit-suisse.com

yusuke.umeno@shinseibank.com

yusuke.fujishima@tr.mufg.jp

yusuke_fukui@mitsubishi-trust.co.jp

yusuke_mogami@tr.mufg.jp

yusuke_tanaka@tr.mufg.jp

yusuke-akashi@am.mufg.jp

yuta_kanno@mitsubishi-trust.co.jp

yutaka.hasegawa@sumitomotrust.co.jp

yutaka.hiraoka@mizuhocbus.com

yutaka.ishikawa@fundex.co.jp

yutaka.komori@tokyostarbank.co.jp

yutaka_arikawa@ho.rokinbank.or.jp

yutaka_kawakami@tr.mufg.jp

yutaka_matsukawa@mitsui-seimei.co.jp

y-utsumi@meiji-life.co.jp

yuu.harada@mizuho-cb.co.jp

yuuitirou_katou@am.sumitomolife.co.jp

yuuji.shimada@mizuho-bk.co.jp

yuuji.wakabayashi@fi.fukoku-life.co.jp

yuuji.yokobori@boj.or.jp

yuuji_sakurai@tokaitokyo.co.jp

yuuki.sakurai@fi.fukoku-life.co.jp

yuuki.shimizu@boj.or.jp

yuuko.ogawa@shinseibank.com

yuushi001@sekisui.jp

yuusuke.onodera@fi.fukoku-life.co.jp

yuusuke.ootsubo@boj.or.jp

yuusuke.oozeki@boj.or.jp

yuuya.oowada@mizuho-bk.co.jp

yuuya_kurihara@am.sumitomolife.co.jp

yuval@illi.co.il

yuvals@migdal-group.co.il

yuvaly@koor.com

yuvraj.narayan@lloydstsb.co.uk

yuxiaochen@abchina.com

yuya_saijo@tr.mufg.jp

yuzo.yamamoto@shinseibank.com

yuzo_konishiike@tr.mufg.jp

yuzuru-iwasaki@nochubank.or.jp

yvan.chevrette@bsibank.com

yvan.eble@helvetiapatria.ch

yvan.leclercq@pharma.novartis.com

yvan.mamalet@sgam.com

yvan.meier@claridenleu.com

yvan.mencattini@lodh.com

yvan.montmasson@lodh.com

yvan.roduit@lodh.com

yvan.staelens@dexia-am.com

yvertol@cmcic.fr

yves.bavre@dexia.be

yves.chappuis@bcv.ch

yves.cochez@degroof.be

yves.cornaz@hsbcpb.com

yves.covi@juliusbaer.com

yves.crausaz@bcv.ch

yves.de.brabandere@hsbcpb.com

yves.delaporte@lodh.com

yves.dujardin@hsbc.fr

yves.fournier@bnpgroup.com

yves.gallati@hsbcpb.com

yves.glaser@groupe-mma.fr

yves.gloor@lodh.com

yves.hastert@lloydsbank.ch

yves.hauser@credit-suisse.com

yves.hausmann@caam.com

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| yves.kaeppelin@caam.com | yvonne.lauer@hypointernational.com |
| yves.kissenpfennig@ubs.com | yvonne.lebowski@lbb.lu |
| yves.kupferschmid@ubs.com | yvonne.li@db.com |
| yves.lacomble@ing.be | yvonne.longley@morganstanley.com |
| yves.landry@credit-suisse.com | yvonne.lui@hsbc.com.hk |
| yves.longchamp@ubs.com | yvonne.mcgrann@insightinvestment.com |
| yves.luescher@credit-suisse.com | yvonne.pennock@aiminvestments.com |
| yves.martin@csfs.com | yvonne.provost@prudential.com |
| yves.monnat@credit-suisse.com | yvonne.quintero@westam.com |
| yves.montandon@lodh.com | yvonne.sigrist@dexia.be |
| yves.oloui@fortisinvestments.com | yvonne.siljelof@sebank.se |
| yves.pazmandy@idbs.ch | yvonne.so@wamu.net |
| yves.perrier@caam.com | yvonne.thomas@ubs.com |
| yves.petit@creditlyonnais.fr | yvonne.tran@jpmorgan.com |
| yves.pirlet@nbb.be | yvonne.vogt@db.com |
| yves.raymond@pioneerinvest.com | yvonne.wang@schroders.com |
| yves.robert-charue@credit-suisse.com | yvonne_garza@amdahl.com |
| yves.roquet@dexia-am.com | yvonne_tai@ssga.com |
| yves.trinquet@prudential.com | yvonnetan@gic.com.sg |
| yves.vanlandeghem@fortisbank.com | ywan@caxton.com |
| yves.vanlendeghem@fortis.com | ywhittenberger@russell.com |
| yves_bazin_de_jessy@lazard.fr | yx36@cornell.edu |
| yves_deschenes@mail.schneider.fr | yxia@tiaa-cref.org |
| yvette.baudron@nyc.nxbp.com | yxiong@aegonusa.com |
| yvette.d.barto@jpmchase.com | yxu@federatedinv.com |
| yvette.elliott@alliancebernstein.com | yxu@smbc-cm.com |
| yvette.klevan@larzard.com | yxu@tiaa-cref.org |
| yvette.lam@asia.bnpparibas.com | yxwang@wellington.com |
| yvette_becker@swissre.com | yyamada@dl.dai-ichi-life.co.jp |
| yvlu01@handelsbanken.se | y-yamada@nochubank.or.jp |
| yvon.antoni@bgl.lu | yyamamoto@us.mufg.jp |
| yvon.choi@hk.nomura.com | y-yamaza@nochubank.or.jp |
| yvonne.ahn@dexia-am.com | yyang@wellington.com |
| yvonne.alston@norwich-union.co.uk | y-yasuda@nochubank.or.jp |
| yvonne.barton@bg-int.com | yyc@clinton.com |
| yvonne.baumeler@credit-suisse.com | yyeong@bankofny.com |
| yvonne.christie@aegon.co.uk | yyevsyukova@calstrs.com |
| yvonne.davenport-ruby@sixcontinents.com | yylee@mas.gov.sg |
| yvonne.goetz@ubs.com | y-yokoyama@taiyo-seimei.co.jp |
| yvonne.jara@pimco.com | yyoo@canyonpartners.com |
| yvonne.kurkowski@vuw.com | yyoshida@jabankfukuoka.or.jp |
| yvonne.l.pop@dartmouth.edu | y-yoshizawa@toyotrustbank.co.jp |
| yvonne.lange@union-investment.de | yyousry@eab-online.com |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| yzerizef@russell.com | zafkari@metlife.com |
| yzhang@smithbreeden.com | zafrin.rahman@alliancebernstein.com |
| yzhong@blackrock.com | zaheealwadiuser@company.com |
| yzhu@frk.com | zaheer@sfc-uk.com |
| z.canter@fnysllc.com | zahid.mustafa@bankofamerica.com |
| z.jiang@robeco.nl | zahid_abbasi@fanniemae.com |
| z.john.atanas@exxonmobil.com | zahir.lalani@dfait-maeci.gc.ca |
| z.t@axa.fr.com | zahiye.yuksel@ubs.com |
| z07779@email.chinatrust.com.tw | zahmed@westernasset.com |
| zabadal.juraj@slsp.sk | zahra.kassim-lakha@vendome.com |
| zac.bobolakis@ubs.com | zaid.haider@genworth.com |
| zac@capgroup.com | zain.latif@hsbcib.com |
| zaccaro1@bloomberg.net | zain.nizami@ubs.com |
| zach.chaudry@lgim.co.uk | zainal@bi.go.id |
| zach.ingraham@bwater.com | zak.abideen@ge.com |
| zach.mecelis@glgpartners.com | zak@pauligroup.com |
| zach.schroeder@ncmcapital.com | zak@ubp.ch |
| zach.wagner@bankofamerica.com | zaki.orbell@glgpartners.com |
| zach_peterson@freddiemac.com | zaki.sabir@bailliegifford.com |
| zachary.alpern@blackrock.com | zakia_andrews@vanguard.com |
| zachary.barton@bancaintesa.co.uk | zaliha.morshidi@bialondon.co.uk |
| zachary.berger@moorecap.com | zama@dl.dai-ichi-life.co.jp |
| zachary.bornstein@gs.com | zaman_asif@gsb.stanford.edu |
| zachary.carvell@erstebank.at | zami.salaria@ge.com |
| zachary.harl@bankofamerica.com | zammit.lf@mellon.com |
| zachary.latif@tdsecurities.com | zamoraantonio@bancourquijo.com |
| zachary.moore@barclaysglobal.com | zancanella@bordier.com |
| zachary.stewart@morganstanley.com | zandraz@mcm.com |
| zachary.tyler@wellsfargo.com | zane.rowe@coair.com |
| zachary.z.lim@dartmouth.edu | zani@bnm.gov.my |
| zachary.ziliak@ubs-oconnor.com | zaninahbuang@gic.com.sg |
| zachary_harrison@putnam.com | zantia@bankofcanada.ca |
| zachary_smith@freddiemac.com | zapin@bloomberg.net |
| zachbloom@northwesternmutual.com | zaretsky@ellington.com |
| zachia.mehdi@gartmore.com | zarezov@vtb.ru |
| zack.hocking@cis.co.uk | zaroogianm@vankampen.com |
| zack@moorecap.com | zarwanskim@aeltus.com |
| zack_z_li@fanniemae.com | zatkalik.michal@slsp.sk |
| zackery.sizemore@4086.com | zawodskyc@bank-bgld.at |
| zafar.i.rizvi@unb.ae | zayedalmansoori@adic.co.ae |
| zafar.parker@resbank.co.za | zboustani@groupama-am.fr |
| zafarkhan@bloomberg.net | zbrown@lordabbett.com |
| zaff@bnm.gov.my | zc@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| zc@dartmouth.edu | zh.yanch@intl.abocn.com |
| zc17@cornell.edu | zh.zhangh@intl.abocn.com |
| zchen@mas.gov.sg | zh.zhangzhj@abocn.com |
| zcowperthwaite@loomissayles.com | zh.zlu@intl.abocn.com |
| zdalloul@bloomberg.net | zh.zzg@intl.abocn.com |
| zdeen@fhlbc.com | zhalpern@lordabbett.com |
| zdemiri@leggmason.com | zhamel@tortoiseadvisors.com |
| zdichynec@bloomberg.net | zhan.liu@aig.com |
| zdonovan@steinroe.com | zhan.yueping@icbccs.com.cn |
| zeba_ahmad@ustrust.com | zhang.jane@edgeassetmgt.com |
| zeev.lev@mailpoalim.co.il | zhangdm@citic.com |
| zeevdani@bloomberg.net | zhangguoxing@95599.sh.cn |
| zeevg@fibi.co.il | zhanghaifeng@zj.icbc.com.cn |
| zeevn@bll.co.il | zhangjie@citicib.com.cn |
| zeg@capgroup.com | zhangjy@bocgroup.com |
| zeidan1@bloomberg.net | zhangqiulin@citicbank.com |
| zeitsch@dbs.com | zhangwenjun2@cmbc.com.cn |
| zekany@adelphi-capital.com | zhangxiaowei@cmbchina.com |
| zeki.aydemir@finansbank.com.tr | zhangyun@abchina.com |
| zelcah.farsijany@csam.com | zhao.suo@icbc.com.cn |
| zeljka.bosner@fmr.com | zhao.wang@ge.com |
| zeljko.korica@claridenleu.com | zhaochen@icbc.com.cn |
| zeljko.tipuric@feri.de | zhaochuanxin@icbc.com.cn |
| zemeg@bpn.it | zhaojingliang@citicib.com.cn |
| zemira.montemarano@ubs.com | zhaomei@citicbank.com |
| zena.irving@inginvestment.com | zhaosheng_su@goam.de |
| zenah.shuhaiber@jpmorgan.com | zhaoxiaodong@ftsfund.com |
| zenaya.lndb@bloomberg.net | zhaozhongming@sh.icbc.com.cn |
| zennatan@gic.com.sg | zhbliu@intl.abocn.com |
| zeno.staub@vontobel.ch | zhcy@intl.abocn.com |
| zenon.voyiatzis@ubs.com | zhdb@intl.abocn.com |
| zesa.gewertzman@gmam.com | zhe.liu@dartmouth.edu |
| zeuthen.r@tbcam.com | zhebin.qian@dartmouth.edu |
| zev.halstuch@alliancebernstein.com | zhen.x.li@jpmchase.com |
| zeynep.korzay@lgim.co.uk | zheng.x.wang@jpmchase.com |
| zfuchs@allstate.com | zheng_fang@jpmorgan.com |
| zgozali@dkpartners.com | zhengx@tcwgroup.com |
| zh.chenhy@intl.abocn.com | zhfm@intl.abocn.com |
| zh.chugq@intl.abocn.com | zhfz@intl.abocn.com |
| zh.guishan@intl.abocn.com | zhgndf@intl.abocn.com |
| zh.lirsh@intl.abocn.com | zhhgf@intl.abocn.com |
| zh.makai@intl.abocn.com | zhhrm@intl.abocn.com |
| zh.wanghy@intl.abocn.com | zhiguohe@princeton.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| zhihm@intl.abocn.com | zhuweimin@gic.com.sg |
| zhijian@dbs.com | zhuxianda@icbc.co.jp |
| zhikai.xu@ingim.com | zhuyang@citicib.com.cn |
| zhikai_chen@putnam.com | zhuz@nationwide.com |
| zhilun.pang@jpmorgan.com | zhwgs@intl.abocn.com |
| zhipengw@ssf.gov.cn | zhwv@intl.abocn.com |
| zhitong_zhang@fanniemae.com | zhwxue@intl.abocn.com |
| zhitong_zhang@troweprice.com | zhwzk@intl.abocn.com |
| zhiwei.feng@barcap.com | zhzq@intl.abocn.com |
| zhixin_shu@newton.co.uk | zhzxf@intl.abocn.com |
| zhliq@intl.abocn.com | zi.jung@pncbank.com |
| zhliyj@intl.abocn.com | zia_e_qasim@vanguard.com |
| zhlqp@intl.abocn.com | ziad.azzam@juliusbaer.com |
| zhlsq@intl.abocn.com | ziad.boustani@ubs.com |
| zhlxi@intl.abocn.com | ziad.sawan@nbad.ae |
| zhlxt@hxb.com.cn | zichong_wang@ssga.com |
| zhmlq@iintl.abocn.com | zidany@adic.ae |
| zhmw@hxb.com.cn | zierk@rentec.com |
| zhong.zheng@power.alstom.com | zifan.tang@barclaysglobal.com |
| zhongwu.huang@wamu.net | zigantes@lloydadriatico.it |
| zhou@ellington.com | ziggy.stubelek@wachovia.com |
| zhou_y_liu@fanniemae.com | zili_zhang@americancentury.com |
| zhoucg@icbc.com.cn | ziliakj@nationwide.com |
| zhouhongbo@citicbank.com | zilla.ford@rlam.co.uk |
| zhouj@deshaw.com | zilver@pimco.com |
| zhouli@gtjas.com | zimmermanr@sph-spms.nl |
| zhouqianjbcq@abchina.com | zimpelmann@rentenbank.de |
| zhout@nationwide.com | zina.psiola@claridenleu.com |
| zhouyunying@citicbank.com | zineb.bouazzaoui@natixis.us |
| zhpxd@intl.abocn.com | zinzaa@po2.jsf.co.jp |
| zhqm@intl.abocn.com | ziper@mizrahi.co.il |
| zhryspayeva@kkb.kz | zipp@ellington.com |
| zhsf@intl.abocn.com | ziqbal@worldbank.org |
| zhsj@intl.abocn.com | zirmanb@jwseligman.com |
| zhtan@mas.gov.sg | zirong_zhang@fanniemae.com |
| zhu@jhancock.com | zishan.cheema@aig.com |
| zhuanxin_ding@nacm.com | zitta.moncada@telekom.de |
| zhubing@abchina.com | ziyoon@wooribank.com |
| zhuguoqing@ftsfund.com | ziyun_nakazima@am.sumitomolife.co.jp |
| zhuhong@citicib.com.cn | ziyuniti_suzuki@am.sumitomolife.co.jp |
| zhulei@dbs.com | zjs2@cornell.edu |
| zhulyjanet@ocbc.com.sg | zjwhjys@zj.icbc.com.cn |
| zhussain@aegonusa.com | zjzhang@princeton.edu |

LEHMAN BROTHERS HOLDINGS INC.
DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

| | |
|---|---|
| zkarabell@alger-ny.com | zraja@apicorp-arabia.com |
| zkecm@allstate.com | zrivilla.madrid@sinvest.es |
| zkhaled@eab-online.com | zrubinstein@hapoalimusa.com |
| zlarkin@wasatchadvisors.com | zs@lpf.org.uk |
| zlata.gagarina@csadvisorypartners.com | zsanae_givens@capgroup.com |
| zlatko.martinic@barclaysglobal.com | zshafran@waddell.com |
| zli@ellington.com | zshao@bloomberg.net |
| zmarzec@bradfordmarzec.com | zsofia@rrcol.com |
| zmccune@wamumortgage.com | zsolt.banky@bnpparibas.com |
| zmian@allstate.com | zsu@mail.notes.bank-of-china.com |
| zmiddleton@oaktreecap.com | zsummerscale@babsoncapital.com |
| zmjcmb@cmbchina.com | zsuzsana_degia@ufjbank.co.jp |
| zneale@delinvest.com | ztanaka@delinvest.com |
| znodal@ahorro.com | ztananbaum@perrycap.com |
| znonie@mtildn.co.uk | ztsong@bloomberg.net |
| zoa.tr@adia.ae | ztucker@caxton.com |
| zodwa.matsau@resbank.co.za | zturnage@barrow.com |
| zoe.a.harbut@jpmorgan.com | zubair.ghouse@dkib.com |
| zoe.chen@lazard.com | zubeldia@bloomberg.net |
| zoe.goodman@alliancebernstein.com | zubin.kapadia@pimco.com |
| zoe.harber@glgpartners.com | zubin.mogul@us.ing.com |
| zoe.matthews@db.com | zubin_alemo@fanniemae.com |
| zoe.oakman@morganstanley.com | zucca@eib.org |
| zoe.von-streng@ubs.com | zuck@skba.com |
| zoe.x.pye@jpmchase.com | zuhebs@microsoft.com |
| zoe_kan@newton.co.uk | zulaga.l@mellon.com |
| zoe_sy_cheung@hkma.gov.hk | zulauf.invest@spectraweb.ch |
| zoemcke@babsoncapital.com | zulekha.lakhani@barcap.com |
| zoey.lin@fmr.com | zulfadzlie@bnm.gov.my |
| zoila_serrano@acml.com | zulfiqar.ali@prudential.com |
| zoltan.koch@rcm.at | zulfiqar@bnm.gov.my |
| zoltan.pozsar@ny.frb.org | zumaetj@towers.com |
| zoltan.szelyes@credit-suisse.com | zuppoj@ferro.com |
| zoom1220@kdb.co.kr | zurbruegg.daniel@pmintl.ch |
| zoran.mitrovski@credit-suisse.com | zurich_otc@swissre.com |
| zoran.vojvodic@agf.com | zuzana.buzzell@fmr.com |
| zoran_stanisljevic@ssga.com | zuzana.hurych@chase.com |
| zorrozoe@bloomberg.net | zuzana.patrakova@cnb.cz |
| zouhair.bechchar@calyon.com | zuzics@hmc.harvard.edu |
| zouheir.bentamarout@dexia-am.com | zvi.shapiro@sscims.com |
| zperry@dlbabson.com | zwa@lrc.ch |
| zperry@frk.com | zwang@luminentcapital.com |
| zqasim@wilmingtontrust.com | zweverink@bloomberg.net |

LEHMAN BROTHERS HOLDINGS INC.

DERIVATIVES COUNTERPARTIES EMAIL SERVICE LIST

zwoa@pggm.nl

zwojczakowsk@bloomberg.net

zwokczakowsk@bloomberg.net

zwydra@wscapital.com

zxiao@princeton.edu

zyap@princeton.edu

zyu@eatonvance.com

zzbertra@gic.com

zzeid@fnb.com.lb

zzhang@mail.notes.bank-of-china.com

Lehman Brothers Holdings Inc.
Indenture Trustees Email Service List

accountsreceivable@midwestiso.org
adefranco@globeop.com
administrator@wcgmanagement.com
agm.isda@sbi.co.in
agoldman@canyonpartners.com
alastair.barrie@rbs.com
alexander.m.hunt@jpmchase.com
amoncure@law.nyc.gov
amopps@lehman.com
andrew.marsland@santandergbm.com
andrew@lahdecap.com
angela.mckillen@sympnonyasset.com
anlima@feib.com.tw
ashley.leblanc@bnymellon.com
atencion.clientes@grupobbva.com
audrey.byrne@barclaysglobal.co
aviva.amrami@bnhp.co.il
bachoffice@dpfs.nl
basmah.parvez@bankofny.com
bbisson@wilmingtontrust.com
bbresnahan@drakemanagement.com
bdonley@barbnet.com
bgiswap.confirms2@barclaysglobal.com
bo_finanza@bancacrasti.it
bor@utsystem.edu
brencourtconfirms@citco.com
brian.peterson@statestreet.com
bstandish@vgvilla.com
burde1da@cmich.edu
carl.baker@credit-suisse.com
cdn@bnymellon.com
central_credit_admin@jefferies.com
cfslondon@asberdeenasset.com
christophergoodson@synovus.com
cigerwu@feib.com.tw
citadelagreementnotice@citadelgroup.com
ckispert@spu.edu
clientrelations@ercot.com
collins@argonaut.bm
contact@orbeo.com
contact@rabobank.com
contractdefault@carlsoncapital.com

craca.monteiro@santander.pt
c-steven.park@db.com
ct_repacks_tmg_ldn@bankofny.com
ct_repacks_tmg_ldn@bnymellon.com
ctq@bnymellon.com
ctrepacksldn@bankofny.com
customerservice@mid.org
danb@owlcreeklp.com
data@hfr.com
david.fleming@hsh.nordbank.com
david.lewis@roundtableimc.com
david.ward@wellsfargo.com
jan.kopp@aareal-bank.com
jared.schmidt@gs.com
jbrennan@prismapartners.com
jdriggers@oakhilladvisors.com
jenelle@spmllc.com
jennifer.cupo@citi.com
jgately@standish.com
jgriffin@fortressinv.com
jhanlon@pharofund.com
jim.jendra@lasallegts.com
jkelty@marinercapital.com
jllorenh@notes.banesto.es
joe.elston@virtusllc.com
john.hannon@citi.com
john.spinney@brcap.com
john.toohey@aig.com
jolyjf@cmcic.fr
jpmaam.finance@jpmorgan.com
jpmaam.ops@jpmorgan.com
jpmaam_alpha_swap_group@jpmorgan.com
jreagan@asurion.com
jshin@brigadiercapital.com
jsitek@wilmingtontrust.com
jutta.glitz@commerzbank.com
jwong@jarden.com
kad@quantumcredit.net
karen.king@silverlake.com
karin.reitermayr@atel.ch
kathy.kiefer@wellpoint.com
kcharleston@loomissayles.com

LEHMAN BROTHERS HOLDINGS INC.
Indenture Trustees Email Service List

| | |
|---|---|
| kenneth.topping@gs.com | david@bamlp.com |
| kevin.preston@bnymellon.com | dawn.zanotti@usbank.com |
| kipco@kipco.com | debra.l.avidon@jpmorgan.com |
| kristina@aipfunds.com | defaults@ioniccap.com |
| legalnotices@qvt.com | defaults@magnetar.com |
| lha@fortress.com | dfisher@wilmingtontrust.com |
| lnelson@spmllc.com | dhutchinson@uscentral.org |
| lsilva@canyonpartners.com | diamondback-ops@diamondbackcap.com |
| lzhou@traxispartners.com | dimartino@blackstone.com |
| marc.morelle@univreditgroup.de | djohnston@tremont.com |
| marie.mooney@prudential.com | edward.greco@dbzco.com |
| marion.oberhausen@commerzbank.com | egeekie@schiffhardin.com |
| mark.cernicky@avivausa.com | ehamley@capitalfiduciary.co.uk |
| matthew.massier@lasallegts.com | eike.westermann@bremerlandesbank.de |
| mcousins@orix.com | elaine.mah@bnymellon.com |
| mel_sfsurveillance@standardandpoors.com | ellen.matheeussen@kbc.be |
| mh68@ntrs.com | email@australiansuper.com |
| mhadlock@diamondbackcap.com | eric.personne@lyxor.com |
| mike.helberg@avmltd.com | ewilms@wilmingtontrust.com |
| mkostolansky@acuitycap.com | fees@hsbc.com |
| mmagner@eatonvance.com | filetransfer@olympiacapital.com |
| mmcnulty@vancott.com | fm.nl.utrecht.gsam@rabobank.com |
| mneal@pressganey.com | fmdata@apollocm.com |
| moore.confirms@communicator.com | frank.engel@wgzbank.de |
| mpradko@convexitycapital.com | fus@tmf-group.com |
| swaps@canyonpartners.com | fwhite@deerfieldcapital.com |
| swaps@convexitycapital.com | gary.skilton@ahss.org |
| terry.heimes@nelnet.net | gbitew@globeop.com |
| thomas.musarra@us.hsbc.com | generalcounsel@fsa.com |
| thompson_don@jpmorgan.com | gerard.adsuar@eads.net |
| tmola@ancilla.org | greg.sonis@eidesiscapital.com |
| todd.kornfeld@credit-suisse.com | grinat@elliottmgmt.com |
| treasury.middleoffice@genworth.com | gsam.confirms@communicator.com |
| twhite@floor32.com | hatziavraam@babisvovos.gr |
| ulrike.klingner@bremerlandesbank.de | heiko.ludwig@hsh-nordbank.com |
| usdocgroup@barclaysglobal.com | henningm@omb.nyc.gov |
| vnaik@ohpny.com | henrice@nationwide.com |
| webmaster-e@transcanada.com | hfis_docs@ml.com |
| wes.higgins@dacfunds.com | hfischer@bassocap.com |
| wjs@castle-creek.com | hfops@guggenheimadvisors.com |
| wrankel@scogcap.com | hk_structured@standardandpoors.com |
| wsulliva@ps-ltd.com | howard.topf@db.com |

Lehman Brothers Holdings Inc.
Indenture Trustees Email Service List

igunes@mfcglobalus.com
info@aigpb.com
info@alliance-pipeline.com
info@bsinversion.com
info@chathamasset.com
info@coastasset.com
info@dzbank.ie
info@optbank.ru
info@swissgrid.ch
info@wspv.com
isda_notices@moorecap.com
james.kerr@cba.com.au
msa@mdstad.com
mvandeve@ps-ltd.com
nab.london.confirmations@eu.nabgroup.com
nicole.fouquet@bnpparibas.com
nirmala@hlbb.hongleong.com.my
noelle@jmgcapital.com
novation.message@kfw.de
npa.pm@nykredit.dk
nrobertson@bankatharrington.com
nroggeman@evanstoncap.com
nylimsecops_derivatives@nylim.com
operations@klsdiversified.com
ops@fppartners.com
opsgsa@gadvisors.net
otccollateral@globeop.com
otcdox@black-river.com
pamliu@feib.com.tw; 013@feib.com.tw
pancare@aipfunds.com
patrick.t.brooke@wheaton.edu
pdroth@marathonoil.com
pernelle.deklauman@nib.int
peter.hayden@bnymellon.com
petra.schleifer@volksbank.com
plandauer@ufico.ufl.edu
prcc@hpcl.co.in
psawant@globeop.com
ptosin@bankofny.com
ptrojano@standish.com
ptrojano@standish.com
rdoucette@gweiss.com

reto.ramstein@atel.ch
rich.ferrara@socgen.com
rich.vanecek@gs.com
richard.goldman@plinthos.com
rjmanilla@kresge.org
rmaclean@unum.com
robert.l.cook@jpmorgan.com
robert.trautmann@peoples.com
robert.waddell@statestreet.com
rrepak@carlsoncapital.com
rsallis@comptroller.nyc.gov
rthirion@etihad.ae
sales@jasolar.com
salvatore.lentini@gs.com
scott.silberstein@ge.com
seongsw@kbstar.co.kr
service@yuanta.com
shawn.teel@bnymellon.com
simona.locatelli@abaxbank.com
sj.daniel.park@samsung.com
springer@lahdecap.com
sten.holmberg@nib.int
steven.carlino@socgen.com
steven.lozner@bingham.com
surveillance@cifg.com

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| 0872@jsun.com | adarwin@nixonpeabody.com |
| 20070001@iprovest.com | adarwin@nixonpeabody.com |
| 20070001@iprovest.com | adarwin@nixonpeabody.com |
| a.klep@robeco.nl | adarwin@nixonpeabody.com |
| a.mcgaw@promark.global.co.uk | adarwin@nixonpeabody.com |
| a_perin@finint.it | adarwin@nixonpeabody.com |
| a_perin@finint.it | adarwin@nixonpeabody.com |
| a_perin@finint.it | adarwin@nixonpeabody.com |
| a_perin@finint.it | adarwin@nixonpeabody.com |
| aamir@archstonemail.com | adarwin@nixonpeabody.com |
| aamir@archstonemail.com | adarwin@nixonpeabody.com |
| aauyeung@firstws.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| aaziz@shearman.com | adarwin@nixonpeabody.com |
| abernstein@cgsh.com | adarwin@nixonpeabody.com |
| abi.thomas@threadneedle.co.uk | adarwin@nixonpeabody.com |
| abogomilsky@klein-financial.com | adarwin@nixonpeabody.com |
| acker@chapman.com | adarwin@nixonpeabody.com |
| acker@chapman.com | adarwin@nixonpeabody.com |
| acker@chapman.com | adarwin@nixonpeabody.com |
| aclark@paulweiss.com | adarwin@nixonpeabody.com |
| aclark@paulweiss.com | adarwin@nixonpeabody.com |
| adarwin@nixonpeabody.com | adarwin@nixonpeabody.com |
| adarwin@nixonpeabody.com | adarwin@nixonpeabody.com |
| adarwin@nixonpeabody.com | adarwin@nixonpeabody.com |
| adarwin@nixonpeabody.com | addy@taishinbank.com.tw |
| adarwin@nixonpeabody.com | adenatale@stroock.com |
| adarwin@nixonpeabody.com | adenatale@stroock.com |
| adarwin@nixonpeabody.com | adenatale@stroock.com |
| adarwin@nixonpeabody.com | adenatale@stroock.com |
| adarwin@nixonpeabody.com | adenatale@stroock.com |
| adarwin@nixonpeabody.com | adenatale@stroock.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| adenatale@stroock.com | alain.zeitouni@barclays.fr |
| adepanfilis@silverpointcapital.com | alan.corkish@db.com |
| adepanfilis@silverpointcapital.com | alan.corkish@db.com |
| adepanfilis@silverpointcapital.com | alan.corkish@db.com |
| adepanfilis@silverpointcapital.com | alanb@rvcap.com |
| adepanfilis@silverpointcapital.com | alangford@annuitas.co.nz |
| adepanfilis@silverpointcapital.com | alastair.moffatt@insightinvestment.com |
| adepanfilis@silverpointcapital.com | alastair.moffatt@insightinvestment.com |
| adepanfilis@silverpointcapital.com | alastair.moffatt@insightinvestment.com |
| adepanfilis@silverpointcapital.com | alastair.moffatt@insightinvestment.com |
| adepanfilis@silverpointcapital.com | alastair.moffatt@insightinvestment.com |
| aeaton@paulweiss.com | alastair.moffatt@insightinvestment.com |
| aeaton@paulweiss.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alastair.moffatt@insightinvestment.com |
| aeckstein@blankrome.com | alchen@sunamerica.com |
| aeckstein@blankrome.com | alchen@sunamerica.com |
| aeckstein@blankrome.com | alee@fhlbdm.com |
| aeckstein@blankrome.com | alee@fhlbdm.com |
| ahj@kjk.com | alevinoff@chespartners.com |
| ahj@kjk.com | alevinoff@chespartners.com |
| aicasuso@bankinter.es | alex.sanmiguel@glgpartners.com |
| aiwa@azabu.org | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| ajimenez@contrariancapital.com | alex.sanmiguel@glgpartners.com |
| aklark@tskb.com.tr | alex.sanmiguel@glgpartners.com |
| akolod@mosessinger.com | alex.sanmiguel@glgpartners.com |
| akolod@mosessinger.com | alex.sanmiguel@glgpartners.com |
| akolod@mosessinger.com | alex.sanmiguel@glgpartners.com |
| alaboissonniere@drrt.co | alexander.kraemer@db.com |
| alaboissonniere@drrt.co | alexander.kraemer@db.com |
| alaboissonniere@drrt.co | alexander.kramer@db.com |
| alaboissonniere@drrt.co | alexander.kramer@db.com |
| alaboissonniere@drrt.co | alexander.kramer@db.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| alexander.kramer@db.com | amelia.gibbons@commerzbank.com |
| alexander.kramer@db.com | amelia.gibbons@commerzbank.com |
| alexander.kramer@db.com | amelia.gibbons@commerzbank.com |
| alice_g_k_tan@ita.gov.sg | amelia.gibbons@commerzbank.com |
| allan.wylie@gmb.org.uk | amoore@barbnet.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | amumola@contrariancapital.com |
| allen.gage@credit-suisse.com | andrea.anellucci@mediobanca.it |
| allen.gage@credit-suisse.com | andreas.binder@deka.de |
| allen.gage@credit-suisse.com | andreas.kinzelbach@lbbw.de |
| allen.gage@credit-suisse.com | andreas.kinzelbach@lbbw.de |
| allen.gage@credit-suisse.com | andreas.kinzelbach@lbbw.de |
| allen.gage@credit-suisse.com | andreas.kinzelbach@lbbw.de |
| allen.gage@credit-suisse.com | andreas.kinzelbach@lbbw.de |
| allen.gage@credit-suisse.com | andreas.laube@fortis.lu |
| allen.gage@credit-suisse.com | andrew.brozman@cliffordchance.com |
| allen.gage@credit-suisse.com | andrew.brozman@cliffordchance.com |
| allen.gage@credit-suisse.com | andrew.hall@bbg.co.uk |
| alves@sewkis.com | andrew.harding@macquarie.com |
| alves@sewkis.com | andrew.lourie@kobrekim.com |
| alves@sewkis.com | andrew.marsland@santandergbm.com |
| alves@sewkis.com | andrew.marsland@santandergbm.com |
| alves@sewkis.com | andrew.marsland@santandergbm.com |
| alves@sewkis.com | andrew.thau@skadden.com |
| alves@sewkis.com | andrew.thau@skadden.com |
| alves@sewkis.com | andrew.thau@skadden.com |
| alviechang@cdibank.com | andrew.thau@skadden.com |
| amackay@workcover.com | andrew.thau@skadden.com |
| amanda.k.bradley@gsk.com | andrew.thau@skadden.com |
| amcmillan@loebpartners.com | andrew.thau@skadden.com |
| amcmillan@loebpartners.com | andrew.wool@kattenlaw.com |
| amcmillan@loebpartners.com | andy.stuart@rmb.co.za |
| amcmillan@loebpartners.com | anette.leuhring@eurohypo.com |
| amcmillan@loebpartners.com | angela.c.watson@jpmorgan.com |
| amcmillan@loebpartners.com | angela.cole@dowcorning.com |
| amcmillan@loebpartners.com | angela.cole@dowcorning.com |
| amcmillan@loebpartners.com | anlima@feib.com.tw |
| amcmillan@loebpartners.com | anlima@feib.com.tw |
| amcmillan@loebpartners.com | anne.n.peterson@us.hsbc.com |
| amcmillan@loebpartners.com | annemarie.jacobsen@carval.com |

LEHMAN BROTHERS HOLDINGS INC.
Active Derivative Claims Email Service List

| | |
|---|---|
| annemarie.jacobsen@carval.com | apropps@sidley.com |
| annemarie.jacobsen@carval.com | areynas@gruposantander.com |
| annemarie.jacobsen@carval.com | areynas@gruposantander.com |
| annemarie.jacobsen@carval.com | ariveiro@caixatarragona.es |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | armand.aponte@inginvestment.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | arovira@sidley.com |
| annemarie.jacobsen@carval.com | art.montegari@archny.org |
| annemarie.jacobsen@carval.com | art.montegari@archny.org |
| anton.moises@sparkasse-ooe.at | as@admcap.com |
| antonino.parri@unicreditgroup.eu | as@admcap.com |
| apaxson@pinggroup.com | as@admcap.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| as47@ntrs.com | ben.smith@laurioncap.com |
| as47@ntrs.com | benita.dryden@invesco.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| asemler@yorkcapital.com | benjamin.robinson@gs.com |
| ashapiro@shiplp.com | benjamin.robinson@gs.com |
| ashmead@sewkis.com | benjamin.robinson@gs.com |
| ashwinee.sawh@credit-suisse.com | benjamin.robinson@gs.com |
| ashwinee.sawh@credit-suisse.com | benjamin.robinson@gs.com |
| astanwell@russell.com | benjamin.robinson@gs.com |
| astanwell@russell.com | benjamin.robinson@gs.com |
| atarshis@iconixbrand.com | benjamin.robinson@gs.com |
| atarshis@iconixbrand.com | benjamin.robinson@gs.com |
| atarshis@iconixbrand.com | benjamin.robinson@gs.com |
| atarshis@iconixbrand.com | benjamin.robinson@gs.com |
| athau@skadden.com | benjamin.robinson@gs.com |
| athau@skadden.com | benjamin.robinson@gs.com |
| autumn.highsmith@haynesboone.com | benjamin.robinson@gs.com |
| avib@brm.com | benjamin.robinson@gs.com |
| avib@brm.com | benjamin.robinson@gs.com |
| awhite@hsblawfirm.com | benjamin.robinson@gs.com |
| ayumi_yabe@tr.mufg.jp | benjamin.robinson@gs.com |
| ayumi_yabe@tr.mufg.jp | benjamin.robinson@gs.com |
| azylberberg@whitecase.com | benjamin.robinson@gs.com |
| azylberberg@whitecase.com | benjamin.robinson@gs.com |
| b011settle@megabank.com.tw | benjamin.robinson@gs.com |
| bankdebtops@gruss.com | benjamin.robinson@gs.com |
| barmstrong@zenithadmin.com | benjamin.robinson@gs.com |
| barry.betts@bmwgroup.com | benjamin.robinson@gs.com |
| barry.stratton@harrisbank.com | benjamin.robinson@gs.com |
| barry.stratton@harrisbank.com | benjamin.robinson@gs.com |
| barryhawkins@hoovercandy.com | benjamin.robinson@gs.com |
| bbeaudr@summit-academy.com | benjamin.robinson@gs.com |
| bbeaudr@summit-academy.com | benjamin.robinson@gs.com |
| bblaustein@kelleydrye.com | benjamin.robinson@gs.com |
| bbrick@guidancecapital.com | benjamin.robinson@gs.com |
| bbrick@guidancecapital.com | benjamin.robinson@gs.com |
| bbrick@guidancecapital.com | benjamin.robinson@gs.com |
| bbroder@eladgroup.com | benjamin.robinson@gs.com |
| bdp@tikehauim.com | benjamin.robinson@gs.com |
| belen.sotocaredondo@telefonica.es | benjamin.robinson@gs.com |
| ben.caughey@icemiller.com | benjamin.robinson@gs.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| benjamin.robinson@gs.com | brad@symphonytg.com |
| benjamin.robinson@gs.com | bradley.tate@scotiabank.com |
| benjamin.robinson@gs.com | brandon.douglass@dlapiper.com |
| benjamin.robinson@gs.com | breimann@barbnet.com |
| benoit.blais@bnc.ca | breimann@barbnet.com |
| benoit.blais@bnc.ca | breimann@barbnet.com |
| bergers@dicksteinshapiro.com | breimann@barbnet.com |
| bergers@dicksteinshapiro.com | brendan.glynn@smurfitkappa.com |
| bert.fuqua@ubs.com | brian.bagley@rbcdexia.com |
| beth.pearce@state.vt.us | brian.pittluck@pacificlife.com |
| bhrjr@reedlawcorp.com | brian@winnitex.com |
| bill.boone@alston.com | brian@winnitex.com |
| bill.boone@alston.com | bridget.schessler@bnymellon.com |
| bill.boone@alston.com | bridget.schessler@bnymellon.com |
| bill.boone@alston.com | bridget.schessler@bnymellon.com |
| bill.masters@superiorenergy.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | bridget.schessler@bnymellon.com |
| binder@sewkis.com | brkaplan@debevoise.com |
| binder@sewkis.com | bruce.horning@potomacriverfund.com |
| binder@sewkis.com | bruno.debergh@minfin.fed.be |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bjarmain@silverpointcapital.com | btrust@mayerbrown.com |
| bmendelson@mofo.com | btrust@mayerbrown.com |
| bmendelson@mofo.com | btrust@mayerbrown.com |
| bmendelson@mofo.com | btrust@mayerbrown.com |
| bmendelson@mofo.com | btrust@mayerbrown.com |
| bob_folley@jltgroup.com | btrust@mayerbrown.com |
| bokexmgt@bok.or.kr | btrust@mayerbrown.com |
| brad@symphonytg.com | btrust@mayerbrown.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| btrust@mayerbrown.com | cftvp@ifc.org |
| btrust@mayerbrown.com | cftvp@ifc.org |
| btrust@mayerbrown.com | cglass@harbingercapital.com |
| btsmith@email.unc.edu | cglass@harbingercapital.com |
| bwall@abramscapital.com | cgonzalez@utimco.org |
| bwall@abramscapital.com | charles.berry@aporter.com |
| bwall@abramscapital.com | charles.berry@aporter.com |
| bwall@abramscapital.com | charles.malloy@aporter.com |
| c.buijink@unive.nl | charles.malloy@aporter.com |
| c.buijink@unive.nl | charles.malloy@aporter.com |
| c.flquemont@groupe-dassault.com | chi.s.le@us.bsbc.com |
| cal.jackson@khh.com | chi.s.le@us.bsbc.com |
| calbert@reitlerlaw.com | chi.s.le@us.bsbc.com |
| calbert@reitlerlaw.com | chi.s.le@us.bsbc.com |
| calbert@reitlerlaw.com | chi.s.le@us.bsbc.com |
| calbert@reitlerlaw.com | chip.goodrich@db.com |
| calbert@reitlerlaw.com | chisholm@evofund.com |
| calbert@reitlerlaw.com | chowie@statestreet.com |
| carla.wyckmans@ing.be | chris.allen@barcap.com |
| carla.wyckmans@ing.be | chris.ruark@mourant.com |
| carla.wyckmans@ing.be | chris.ruark@mourant.com |
| carla.wyckmans@ing.be | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carlo.roilgen@team2.statestreet.com | chris.tutt@hsbc.com |
| carol.morrison@sgcib.com | chris.tutt@hsbc.com |
| carol.morrison@sgcib.com | chris.tutt@hsbc.com |
| carol.morrison@sgcib.com | chris.tutt@hsbc.com |
| caroline.forsyth@dssmithpensions.co.uk | chris.tutt@hsbc.com |
| carolyn.g.wade@doj.state.or.us | chris.tutt@hsbc.com |
| catherine.aston@eur.crowncork.com | chris.tutt@hsbc.com |
| catherine.aston@eur.crowncork.com | chris.tutt@hsbc.com |
| cboyle@lowenstein.com | chris.tutt@hsbc.com |
| cboyle@lowenstein.com | chris_haas@ml.com |
| cburrows@caton.com | chris_haas@ml.com |
| ccalascibetta@iccrea.bcc.it | chris_haas@ml.com |
| ccalascibetta@iccrea.bcc.it | christian.boisson@caam.com |
| ccerria@hess.com | christian.boisson@caam.com |
| ccerria@hess.com | christian.boisson@caam.com |
| cdchen@bocusa.com | christian.boisson@caam.com |
| cdchen@bocusa.com | christian.boisson@caam.com |
| cfloristan@dow.com | christian.boisson@caam.com |
| cfovalles@itaubba.com.br | christian.boisson@caam.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| christian.boisson@caam.com | clee@taconiccap.com |
| christian.boisson@caam.com | clee@taconiccap.com |
| christian.boisson@caam.com | clevin@mwe.com |
| christian.boisson@caam.com | cmicalizzi@aftrahr.com |
| christian.boisson@caam.com | cmurphy@mintz.com |
| christian.boisson@caam.com | cohen@sewkis.com |
| christian.boisson@caam.com | cohen@sewkis.com |
| christian.boisson@caam.com | cohen@sewkis.com |
| christian.boisson@caam.com | cohen@sewkis.com |
| christian.boisson@caam.com | colin.blackmore@jer.com |
| christian.boisson@caam.com | colin.blackmore@jer.com |
| christian.boisson@caam.com | colin.macnaught@state.ma.us |
| christian.boisson@caam.com | colin.macnaught@state.ma.us |
| christian.boisson@caam.com | colin.tan@wilmar.com.sg |
| christian.boisson@caam.com | complianceteam@wilmingtontrust.com |
| christian.boisson@caam.com | complianceteam@wilmingtontrust.com |
| christian.boisson@caam.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christian.cano@schroders.com | complianceteam@wilmingtontrust.com |
| christine.ayottebrennan@bingham.com | complianceteam@wilmingtontrust.com |
| christine.ayottebrennan@bingham.com | complianceteam@wilmingtontrust.com |
| christine.ayottebrennan@bingham.com | complianceteam@wilmingtontrust.com |
| christine.lynch@hsbcpb.com | complianceteam@wilmingtontrust.com |
| christine.wong@shkf.com | complianceteam@wilmingtontrust.com |
| christine_delima@scotiacapital.com | complianceteam@wilmingtontrust.com |
| christoph.schmitt@haarmaan.com | complianceteam@wilmingtontrust.com |
| christoph.schmitt@haarmann.com | complianceteam@wilmingtontrust.com |
| christopher.broadstone@bnymellon.com | connan.hill@ky.hsbc.com |
| christopher.broadstone@bnymellon.com | connan.hill@ky.hsbc.com |
| christopher.yn.wong@bd.com | conor.mcgovern@db.com |
| christopher.yn.wong@db.com | conor.mcgovern@db.com |
| cindy.chen@kirkland.com | conor.mcgovern@db.com |
| ckennedy@evergreeninvestments.com | conor.mcgovern@db.com |
| ckennedy@evergreeninvestments.com | conor.mcgovern@db.com |
| cl@nexgenfs.com | conor.mcgovern@db.com |
| cl@nexgenfs.com | conor.mcgovern@db.com |
| claims@rustbeltholdings.net | conor.mcgovern@db.com |
| claims@rustbeltholdings.net | cpgsocietadicartolarizzazione@legalmail.it |
| clawley@worldbank.org | cpgsocietadicartolarizzazione@legalmail.it |
| clawley@worldbank.org | crivera@chadbourne.com |
| clawley@worldbank.org | crivera@chadbourne.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymellon.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymellon.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymellon.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crivera@chadbourne.com | dagemea@bnymellon.com |
| crivera@chadbourne.com | dagemea@bnymelion.com |
| crjacoby@amgnational.com | dagemea@bnymelion.com |
| crjacoby@amgnational.com | dagemea@bnymelion.com |
| cstipancic@afcoinc.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymellon.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cszyfer@stroock.com | dagemea@bnymelion.com |
| cthresh@kpmg.bm | dagemea@bnymelion.com |
| cthresh@kpmg.bm | dagemea@bnymelion.com |
| ctoribio@caixagalicia.es | dagemea@bnymelion.com |
| cuihailiang@mail.rmd-safe.gov.cn | dagemea@bnymelion.com |
| curo.holdings@db.com | dagemea@bnymelion.com |
| cveralog@cajamadrid.es | dagemea@bnymelion.com |
| czarkovich@hewlett.org | dagemea@bnymelion.com |
| d.a.j.hamp@superdeboer.nl | dagemea@bnymelion.com |
| d.clarke@qic.com | dagemea@bnymelion.com |
| d.clarke@qic.com | dagemea@bnymelion.com |
| dagemea@bnymelion.com | dagemea@bnymelion.com |
| dagemea@bnymelion.com | dagemea@bnymellon.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | dagemea@bnymellon.com |
| dagemea@bnymellon.com | daiwa_claim_i@jp.daiwacm.com |
| dagemea@bnymellon.com | daiwa_claim_i@jp.daiwacm.com |
| dagemea@bnymellon.com | daiwa_claim_i@jp.daiwacm.com |
| dagemea@bnymellon.com | dallen@surs.org |
| dagemea@bnymellon.com | daman@cgsh.com |
| dagemea@bnymellon.com | daman@cgsh.com |
| dagemea@bnymellon.com | daman@cgsh.com |
| dagemea@bnymellon.com | daman@cgsh.com |
| dagemea@bnymellon.com | daman@cgsh.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |
| daman@cgsh.com | daman@cgsh.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| daman@cgsh.com | david.m.kerr@bnymellon.com |
| daman@cgsh.com | david.m.kerr@bnymellon.com |
| daman@cgsh.com | david.m.kerr@bnymellon.com |
| daman@cgsh.com | david.m.kerr@bnymellon.com |
| daman@cgsh.com | david.m.kerr@bnymellon.com |
| dan.beghegeanu@arsago.com | david.m.kerr@bnymellon.com |
| dan.beghegeanu@arsago.com | david.m.kerr@bnymellon.com |
| dan.beghegeanu@arsago.com | david.m.kerr@bnymellon.com |
| danica.williams@lw.com | david.m.kerr@bnymellon.com |
| danica.williams@lw.com | david.m.kerr@bnymellon.com |
| danica.williams@lw.com | david.m.kerr@bnymellon.com |
| daniel.crowley@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.crowley@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.crowley@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.crowley@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.crowley@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.guyder@allenovery.com | david.m.kerr@bnymellon.com |
| daniel.guyder@allenovery.com | david.m kerr@bnymellon.com |
| daniel.miranda@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.miranda@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.miranda@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.miranda@barclayscapital.com | david.m.kerr@bnymellon.com |
| daniel.miranda@barclayscapital.com | david.pollard@sig.com |
| daniel.rayman@us.casam.com | david.pollard@sig.com |
| daniel.rayman@us.casam.com | david.pollard@sig.com |
| daniel.rayman@us.casam.com | david.pollok@lighthousepartners.com |
| danielts@bll.co.il | david.pollok@lighthousepartners.com |
| danielts@bll.co.il | david.pollok@lighthousepartners.com |
| dar@ntrs.com | david.pollok@lighthousepartners.com |
| dario.arienti@mediobanca.it | david.pollok@lighthousepartners.com |
| dave.mccarthy@britannia.co.uk | david.short@carval.com |
| david.bennett@tklaw.com | david.short@carval.com |
| david.colclough@rolls-royce.com | david.short@carval.com |
| david.colclough@rolls-royce.com | david.short@carval.com |
| david.colclough@rolls-royce.com | david.short@carval.com |
| david.elkin@ropesgray.com | david.short@carval.com |
| david.elkind@ropesgray.com | david.short@carval.com |
| david.elkind@ropesgray.com | david.short@carval.com |
| david.elkind@ropesgray.com | david.short@carval.com |
| david.elkind@ropesgray.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |
| david.m.kerr@bnymellon.com | david.short@carval.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| david.short@carval.com | ddelvaux@statestreet.com |
| david.short@carval.com | ddelvaux@statestreet.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.godwin@mourant.com |
| david.sullivan@cliffordchance.com | dean.johnson@sainsbury.co.uk |
| david.thorn@encana.com | debbielam@dbs.com |
| david.thorn@encana.com | debbielam@dbs.com |
| david.w.parham@bakernet.com | debbielam@dbs.com |
| david.w.parham@bakernet.com | debbielam@dbs.com |
| david.w.parham@bakernet.com | deborah.tuchman@skadden.com |
| david.witzer@rogge.co.uk | deborah.tuchman@skadden.com |
| david.witzer@rogge.co.uk | deborah.tuchman@skadden.com |
| david.witzer@rogge.co.uk | dgallagher@aegonusa.com |
| david.witzer@rogge.co.uk | dgropper@aurelius-capital.com |
| david.witzer@rogge.co.uk | dhoyt@andrewskurth.com |
| david.witzer@rogge.co.uk | dhoyt@andrewskurth.com |
| david.witzer@rogge.co.uk | dhoyt@andrewskurth.com |
| david.zalta@etonpark.com | dhoyt@andrewskurth.com |
| david.zalta@etonpark.com | dhoyt@andrewskurth.com |
| david.zalta@etonpark.com | dhoyt@andrewskurth.com |
| david.zalta@etonpark.com | dian.gwinnup@haynesboone.com |
| david.zalta@etonpark.com | dian.gwinnup@haynesboone.com |
| david.zalta@etonpark.com | diego.devos@bis.org |
| davidsepension.disciples.org | dietrich.vreven@db.com |
| dawntee@gic.com.sg | dirk.stolp@actrust.nl |
| dawntee@gic.com.sg | dir-legale@fideuram.it |
| dawntee@gic.com.sg | dlbartner@shearman.com |
| dbartner@shearman.com | dlbartner@shearman.com |
| dbartner@shearman.com | dlbartner@shearman.com |
| dbartner@shearman.com | dlbartner@shearman.com |
| dbartner@shearman.com | dlbartner@shearman.com |
| dbartner@shearman.com | dlemay@chadbourne.com |
| dbartner@shearman.com | dlemay@chadbourne.com |
| dbartner@shearman.com | dlemay@chadbourne.com |
| dbleck@mintz.com | dlemay@chadbourne.com |
| dbleck@mintz.com | dlemay@chadbourne.com |
| dcoleman@convexitycapital.com | dlemay@chadbourne.com |
| ddavis@paulweiss.com | dlemay@chadbourne.com |
| ddavis@paulweiss.com | dlemay@chadbourne.com |
| ddelvaux@statestreet.com | dlemay@chadbourne.com |
| ddelvaux@statestreet.com | dlemay@chadbourne.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| dlemay@chadbourne.com | dneier@winston.com |
| dlemay@chadbourne.com | dneier@winston.com |
| dlemay@chadbourne.com | dohicks@provident.org |
| dlemay@chadbourne.com | dohicks@provident.org |
| dlemay@chadbourne.com | dominique.brossard@dexia.com |
| dlemay@chadbourne.com | doramos@gruposantander.com |
| dlemay@chadbourne.com | doramos@gruposantander.com |
| dlemay@chadbourne.com | dougf@mizuhocap.com |
| dlemay@chadbourne.com | douglas.fiske@himco.com |
| dlemay@chadbourne.com | douglas.fiske@himco.com |
| dlemay@chadbourne.com | dpauli@ci.com |
| dlemay@chadbourne.com | dpg.execution@db.com |
| dlemay@chadbourne.com | dr.miebach@bankhaus-lampe.de |
| dlemay@chadbourne.com | dreicher@foley.com |
| dlemay@chadbourne.com | dreicher@foley.com |
| dlemay@chadbourne.com | dreicher@foley.com |
| dlemay@chadbourne.com | dreicher@foley.com |
| dlemay@chadbourne.com | droerig@beachpointcaptial.com |
| dlemay@chadbourne.com | droerig@beachpointcaptial.com |
| dlemay@chadbourne.com | droerig@beachpointcaptial.com |
| dlemay@chadbourne.com | droerig@beachpointcaptial.com |
| dlemay@chadbourne.com | droerig@beachpointcaptial.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | drosner@goulstonstorrs.com |
| dlemay@chadbourne.com | dshonkwiler@caiso.com |
| dlemay@chadbourne.com | dtaub@scocap.com |
| dlemay@chadbourne.com | dtaub@scocap.com |
| dll@cibelescjamadrid.es | dtsibiza@cam.es |
| dll@cibelescjamadrid.es | dtsiblza@cam.es |
| dll@cibelescjamadrid.es | dvardis@metrocap.com |
| dll@cibelescjamadrid.es | dvardis@metrocap.com |
| dll@cibelescjamadrid.es | dwdykhouse@pbwt.com |
| dll@cibelescjamadrid.es | dzaplana@caixapenedes.com |
| dmbshortterm@gov.bc.ca | eadelman@mscba.org |
| dmccarthy@jdacp.com | eadelman@mscba.org |
| dmilich@cyruscapital.com | eagel@bragarwexler.com |
| dmilich@cyruscapital.com | eagel@bragarwexler.com |
| dmorrison@portoftacoma.com | eagoldsberry@kresge.org |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| ealbano@credem.it | enda.mcmahon@biam.boi.ie |
| ean_esquivel@pal.com.ph | enda.mcmahon@biam.boi.ie |
| ean_esquivel@pal.com.ph | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| ecohen@russell.com | enda.mcmahon@biam.boi.ie |
| edoardo.baratella@dexia.com | enda.mcmahon@biam.boi.ie |
| edward.hearn@morganstanley.com | enda.mcmahon@biam.boi.ie |
| edward.hearn@morganstanley.com | enda.mcmahon@biam.boi.ie |
| egreenberg@silverpointcapital.com | enda.mcmahon@biam.boi.ie |
| egreenberg@silverpointcapital.com | enda.mcmahon@biam.boi.ie |
| eholderle@stolarlaw.com | enda.mcmahon@biam.boi.ie |
| eholderle@stolarlaw.com | enda.mcmahon@biam.boi.ie |
| ekoster@dl.com | enda.mcmahon@biam.boi.ie |
| ekoster@dl.com | enda.mcmahon@biam.boi.ie |
| ekoster@dl.com | enda.mcmahon@biam.boi.ie |
| elena.merino@cajaduero.es | enda.mcmahon@biam.boi.ie |
| elena.prieto@grupobbva.com | enda.mcmahon@biam.boi.ie |
| elevin@mwe.com | enda.mcmahon@biam.boi.ie |
| elizabeth.denman@conyersdill.com | enda.mcmahon@biam.boi.ie |
| elvira.felder.cordoba@bcv.ch | enda.mcmahon@biam.boi.ie |
| emcdaniel@oakhillinvestments.com | enda.mcmahon@biam.boi.ie |
| emcdaniel@oakhillinvestments.com | enda.mcmahon@biam.boi.ie |
| emil.soliva@unilever.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emily.jelich@rbccm.com | enda.mcmahon@biam.boi.ie |
| emmanuel.mercier@ca-cib.com | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |
| enda.mcmahon@biam.boi.ie | enda.mcmahon@biam.boi.ie |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| enda.mcmahon@biam.boi.ie | fernando.acebedo@us.hsbc.com |
| enrico.carcani@banca.mps.it | fernando.acebedo@us.hsbc.com |
| enrico.carcani@banca.mps.it | fg@chahinecapital.com |
| enrico.carcani@banca.mps.it | fgcmode@allianzgi.fr |
| enrico.carcani@banca.mps.it | fgentiloni@polarisinvestment.com |
| enrico.carcani@banca.mps.it | fhyman@mayerbrown.com |
| epp.deb@principal.com | fhyman@mayerbrown.com |
| epp.deb@principal.com | fhyman@mayerbrown.com |
| eric.f.johnson@wellsfargo.com | fhyman@mayerbrown.com |
| eric.f.johnson@wellsfargo.com | fhyman@mayerbrown.com |
| eric.f.johnson@wellsfargo.com | fim_legal_otc@fortisinvestments.com |
| eric.f.johnson@wellsfargo.com | fim_legal_otc@fortisinvestments.com |
| eric.f.johnson@wellsfargo.com | fim_legal_otc@fortisinvestments.com |
| eric.shin@paulsonco.com | fim_legal_otc@fortisinvestments.com |
| eric.shin@paulsonco.com | fim_legal_otc@fortisinvestments.com |
| eric.shin@paulsonco.com | finance@ofid.org |
| eric.shin@paulsonco.com | fiona.kettner@tmf-group.com |
| erickkcheng@hsbc.com.hk | flanchers@michigan.gov |
| erickkcheng@hsbc.com.hk | flanchers@michigan.gov |
| erickkcheng@hsbc.com.hk | florence.lepicard@hsbc.fr |
| erickkcheng@hsbc.com.hk | florence.lepicard@hsbc.fr |
| eschaffer@reedsmith.com | florence.lepicard@hsbc.fr |
| eschaffer@reedsmith.com | florence.robert@ubs.com |
| eschaffer@reedsmith.com | florian.joseph@helaba.de |
| eschaffer@reedsmith.com | fogchan@cityu.edu.hk |
| eschaffer@reedsmith.com | fohsk@polyu.edu.hk |
| eschaffer@reedsmith.com | folkert.van.breugel@wolterskluwer.com |
| esmith@schnader.com | frank.rossello@rhf.org |
| esmith@schnader.com | frank.rossello@rhf.org |
| esteffer@varde.com | frank.wiedemeijer@unilever.com |
| esteffer@varde.com | fred.woolf@suntrust.com |
| eugene.kim@tribridgecap.com | fred.woolf@suntrust.com |
| eugenio.romano@generali-investments.lu | frederic.lahaye@tmf-group.com |
| eugenio.romano@generali-investments.lu | frederic.lahaye@tmf-group.com |
| eunice.rim@klgates.com | fredric.sosnick@shearman.com |
| eunice.rim@klgates.com | fredric.sosnick@shearman.com |
| fagan@discap.com | fredric.sosnick@shearman.com |
| fagan@discap.com | fredric.sosnick@shearman.com |
| federico.delmonte@lovells.com | fredy.flury@vontobel.ch |
| federico.delmonte@lovells.com | g.cohen@baml.com |
| federico.delmonte@lovells.com | g.cohen@baml.com |
| federico.delmonte@lovells.com | g.cohen@baml.com |
| federico.delmonte@lovells.com | g.cohen@baml.com |
| federico.delmonte@lovells.com | g.cohen@baml.com |
| fernando.acebedo@us.hsbc.com | g.cohen@baml.com |
| fernando.acebedo@us.hsbc.com | g.cohen@baml.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| g.cohen@baml.com | goolam.laher@samba.com |
| g.cohen@baml.com | goolam.laher@samba.com |
| g.mayerhofer@kommunalkredit.at | goolam.laher@samba.com |
| g_cohen@ml.com | goolam.laher@samba.com |
| g_cohen@ml.com | goolam.laher@samba.com |
| gavin.kattar@gam.com | goolam.laher@samba.com |
| gavin.kattar@gam.com | gordon.peery@klgates.com |
| gayle.robinson@micorp.com | gordon.peery@klgates.com |
| gayle.robinson@micorp.com | gordon.peery@klgates.com |
| gbearden@brattonftw.com | gponto@gibbonslaw.com |
| gbf@vc.fnv.nl | gponto@gibbonslaw.com |
| gbreaux@ebmud.com | graca.monteiro@santander.pt |
| gbreaux@ebmud.com | graca.monteiro@santander.pt |
| gcramer@gomcapital.com | grace.wu@email.chinatrust.com.tw |
| generalcounsel@mlp.com | grace.wu@email.chinatrust.com.tw |
| generalcounsel@mlp.com | graham.foggin@henderson.com |
| gerard.meijssen@wmsbv.nl | graham.foggin@henderson.com |
| gerard.meijssen@wmsbv.nl | graham.foggin@henderson.com |
| ggoodman@foley.com | graham.foggin@henderson.com |
| ggoodman@foley.com | graham.foggin@henderson.com |
| ggoodman@foley.com | graham.foggin@henderson.com |
| ggoodman@foley.com | gravert@mwe.com |
| gianmarco.andreini@eurizoncapital.com | gravert@mwe.com |
| gianmarco.andreini@eurizoncapital.com | gregory.milmoe@skadden.com |
| gianni.dimos@pillsburylaw.com | gregory.milmoe@skadden.com |
| gianni.dimos@pillsburylaw.com | gregory.milmoe@skadden.com |
| gil.golan@credit-suisse.com | gregory.milmoe@skadden.com |
| gil.golan@credit-suisse.com | grinat@elliottmgmt.com |
| gil.golan@credit-suisse.com | grinat@elliottmgmt.com |
| gil.golan@credit-suisse.com | gsam@rabobank.com |
| gil.golan@credit-suisse.com | gsam@rabobank.com |
| gil.golan@credit-suisse.com | gsd.link@gs.com |
| gil.golan@credit-suisse.com | gsd.link@gs.com |
| gil.golan@credit-suisse.com | gsd.link@gs.com |
| gilco@mof.gov.il | gsd.link@gs.com |
| gino23@bok.or.kr | gsd.link@gs.com |
| giovanni.pilato@genertel.it | hamish.findlater@augustus.co.uk |
| giovanni.pilato@genertel.it | hans-rene.boden@postbank.de |
| goolam.laher@samba.com | hans-rene.boden@postbank.de |
| goolam.laher@samba.com | harald.gloeckl@bayemlb.de |
| goolam.laher@samba.com | harald.gloeckl@bayemlb.de |
| goolam.laher@samba.com | hbrown@metlife.com |
| goolam.laher@samba.com | hchae@judsonretirement.org |
| goolam.laher@samba.com | hchae@judsonretirement.org |
| goolam.laher@samba.com | hchristensen@mwe.com |
| goolam.laher@samba.com | hchristensen@mwe.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| heather.jorgenson@pnc.com | howard.hawkins@cwt.com |
| helder.pereira@himco.com | howard.hawkins@cwt.com |
| helder.pereira@himco.com | howard.hawkins@cwt.com |
| helen.m.moran@aib.ie | howard.hawkins@cwt.com |
| helene.hellners@seb.se | howard.hawkins@cwt.com |
| helene.hellners@seb.se | howard.hawkins@cwt.com |
| helene.hellners@seb.se | howard.hawkins@cwt.com |
| helene.hellners@seb.se | howard.hawkins@cwt.com |
| herve.thiollet@bred.fr | howard.hawkins@cwt.com |
| hilde.vanverre@fortis.com | howard.hawkins@cwt.com |
| hiroaki.usui@nomura.com | hp0122@kt.com |
| hiroaki.usui@nomura.com | hp0122@kt.com |
| hiroaki.usui@nomura.com | hryder@daypitney.com |
| hiroaki.usui@nomura.com | hryder@daypitney.com |
| hiteclaims@hitecapital.com | huxenb@ag.state.la.us |
| hiteclaims@hitecapital.com | huxenb@ag.state.la.us |
| hiteclaims@hitecapital.com | hxn@citicbank.com |
| hiteclaims@hitecapital.com | i.gruber@umtb.co.il |
| hiteclaims@hitecapital.com | i.gruber@umtb.co.il |
| hiteclaims@hitecapital.com | iamtigger@eugenefn.com |
| hjh@primwest.com | ian.hares@alliance-leicester.co.uk |
| hnevins@hsmlaw.com | ian.levy@kobrekim.com |
| hnevins@hsmlaw.com | ian.r.graham@hsbcpb.com |
| hollace.cohen@troutmansanders.com | ian.r.graham@hsbcpb.com |
| hollace.cohen@troutmansanders.com | ian.r.graham@hsbcpb.com |
| howard.hawkins@cwt.com | ian.r.graham@hsbcpb.com |
| howard.hawkins@cwt.com | ibclaim@kbc.be |
| howard.hawkins@cwt.com | ignacio.ollero@grupobbva.com |
| howard.hawkins@cwt.com | igoldstein@dl.com |
| howard.hawkins@cwt.com | igoldstein@dl.com |
| howard.hawkins@cwt.com | igoldstein@dl.com |
| howard.hawkins@cwt.com | igranfield@cgsh.com |
| howard.hawkins@cwt.com | iguerraa@bankinter.es |
| howard.hawkins@cwt.com | indiacds@icicibank.com |
| howard.hawkins@cwt.com | indiacds@icicibank.com |
| howard.hawkins@cwt.com | info@argonaut.bm |
| howard.hawkins@cwt.com | info@argonaut.bm |
| howard.hawkins@cwt.com | info@argonaut.bm |
| howard.hawkins@cwt.com | info@argonaut.bm |
| howard.hawkins@cwt.com | info@argonaut.bm |
| howard.hawkins@cwt.com | info@emrofinance.ie |
| howard.hawkins@cwt.com | info@sabrefund.com |
| howard.hawkins@cwt.com | info@sabrefund.com |
| howard.hawkins@cwt.com | ingrid.delaforest@dnb.no |
| howard.hawkins@cwt.com | ingrid.delaforest@dnbnor.no |
| howard.hawkins@cwt.com | investment@telstrasuper.com.au |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| investmentoperations@gesb.com.au | jackmcmurray@ctbc.ca |
| ipalchuk@faegre.com | jacksonj5@michigan.gov |
| ira.a.reid@bakernet.com | jacques.von.ofargh@frieslandcampina.com |
| ira.a.reid@bakernet.com | james.goodall@americas.bnpparibas.com |
| ira.a.reid@bakernet.com | james.m.curits@us.hsbc.com |
| ira.a.reid@bakernet.com | james.moore@dechert |
| ira.a.reid@bakernet.com | james.moore@dechert.com |
| ira.a.reid@bakernet.com | james.moore@dechert.com |
| ira.a.reid@bakernet.com | james.olivio@paulsonco.com |
| ira.a.reid@bakernet.com | james.olivio@paulsonco.com |
| ira.a.reid@bakernet.com | james.olivio@paulsonco.com |
| ira.wurcel@db.com | james.olivio@paulsonco.com |
| ira.wurcel@db.com | jamesbennett@kpmg.bm |
| ira.wurcel@db.com | jamesbennett@kpmg.bm |
| isabella.pearson@bob.hsbc.com | jamesmurray@ipac.com.au |
| isda_notices@moorecap.com | jamesmurray@ipac.com.au |
| isda_notices@moorecap.com | jannoluurmees@epbe.ee |
| isda_notices@moorecap.com | janosne.holub@kh.hu |
| isda_notices@moorecap.com | jaremoneda@creditandorra.ad |
| isda_notices@moorecap.com | jay.schoenfarber@soros.com |
| isda_notices@moorecap.com | jay.schoenfarber@soros.com |
| isda_notices@moorecap.com | jay.schoenfarber@soros.com |
| isda_notices@moorecap.com | jblackman@morganlewis.com |
| isda_notices@moorecap.com | jblackman@morganlewis.com |
| isda_notices@moorecap.com | jblackman@morganlewis.com |
| isda_notices@moorecap.com | jbryan@dongbuhappy.com |
| isda_notices@moorecap.com | j-christopher.jackson@db.com |
| isda_notices@moorecap.com | j-christopher.jackson@db.com |
| isda_notices@moorecap.com | jcoffey@entegrapower.com |
| isda_notices@moorecap.com | jcoffey@entegrapower.com |
| isda_notices@moorecap.com | jdaza@qfrcapital.com |
| isorrentino@perrycap.com | jean.ham@chw.edu |
| jacannata@mintz.com | jeff.rich@klgates.com |
| jacannata@mintz.com | jeff.rich@klgates.com |
| jacannata@mintz.com | jeff.rich@klgates.com |
| jack.rose@ashurst.com | jeff_davis@otpp.com |
| jack.tsai@db.com | jeffrey.benesh@baml.com |
| jack.tsai@db.com | jeffrey.benesh@baml.com |
| jack.tsai@db.com | jeffrey.benesh@baml.com |
| jacki.f.braid@hsbcpb.com | jeffrey.benesh@baml.com |
| jackie.broughton@ciba.com | jeffrey.benesh@baml.com |
| jackie.broughton@ciba.com | jeffrey.benesh@baml.com |
| jackmcmurray@cibc.ca | jelmaleh@ncnumericable.com |
| jackmcmurray@cibc.ca | jen.premisler@cliffordchance.com |
| jackmcmurray@cibc.ca | jenna.kaufman@db.com |
| jackmcmurray@ctbc.ca | jenna.kaufman@db.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jennifer.demarco@cliffordchance.com |
| jennifer.demarco@cliffordchance.com | jeremy.eiden@state.mn.us |
| jennifer.demarco@cliffordchance.com | jfant@keystoneftw.com |
| jennifer.demarco@cliffordchance.com | jfant@keystoneftw.com |
| jennifer.demarco@cliffordchance.com | jfant@keystoneftw.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| jhanlon@pharofund.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkhanna@winston.com |
| jill.kaylor@cwt.com | jkoniszewski@simpsonsenior.org |
| jim@chathamasset.com | jkoniszewski@simpsonsenior.org |
| jim@chathamasset.com | jkoniszewski@simpsonsenior.org |
| jimenezzato@telefonica.es | jkoniszewski@simpsonsenior.org |
| jing.yang@tycoelectronics.com | jkoniszewski@simpsonsenior.org |
| jin-u.jang@gs.com | jlivingston@kslaw.com |
| jjureller@klestadt.com | jlivingston@kslaw.com |
| jjureller@klestadt.com | jmcgrath@sidley.com |
| jjureller@klestadt.com | jmckee@tricadiacapital.com |
| jjwallace@gmail.com | jmckee@tricadiacapital.com |
| jjwallace@gmail.com | jmckee@tricadiacapital.com |
| jkaplan@canyonpartners.com | jmckee@tricadiacapital.com |
| jkaplan@canyonpartners.com | jmckee@tricadiacapital.com |
| jkaplan@canyonpartners.com | jmckee@tricadiacapital.com |
| jkaplan@canyonpartners.com | jmeltz@scufcwfunds.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmichener@assuredguaranty.com |
| jkaplan@canyonpartners.com | jmmayoral@gruposantander.com |
| jkaplan@canyonpartners.com | jmmayoral@gruposantander.com |
| jkaplan@canyonpartners.com | jmmayoral@gruposantander.com |
| jkaplan@canyonpartners.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkelty@marinercapital.com | jmmayoral@gruposantander.com |
| jkhanna@winston.com | jmmayoral@gruposantander.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| jmmayoral@gruposantander.com | john.hwang@westernass |
| jmmayoral@gruposantander.com | john.richardson@ioniccap.com |
| jmmayoral@gruposantander.com | john.richardson@ioniccap.com |
| jmmayoral@gruposantander.com | john.richardson@ioniccap.com |
| jmmayoral@gruposantander.com | john.richardson@ioniccap.com |
| jmmayoral@gruposantander.com | john.rogers@britannia.co.uk |
| jmmurphy@stradley.com | john.spinney@brcap.com |
| jmsanchez@caixapenedes.com | john.spinney@brcap.com |
| jmsanchez@caixapenedes.com | john.spinney@brcap.com |
| jmsanchez@caixapenedes.com | john.spinney@brcap.com |
| jnip@akanthoscapital.com | john.spinney@brcap.com |
| joachim.ballerstaedt@commerzbank.com | john.spinney@brcap.com |
| joachim.ballerstaedt@commerzbank.com | john.yeap@pinsetmasons.com |
| joachim.ballerstaedt@commerzbank.com | john_scali@scotiacapital.com |
| joachim.ballerstaedt@commerzbank.com | jon.cornelius@ean-uk.com |
| joachim.ballerstaedt@commerzbank.com | jon.cornelius@ean-uk.com |
| joachim.ballerstaedt@commerzbank.com | jonathan.gay@sabmiller.com |
| joachim.ballerstaedt@commerzbank.com | jonathan.reisman@ropesgray.com |
| joachim.kaetzler@cms-hs.com | jonathan.reisman@ropesgray.com |
| joachim.kaetzler@cms-hs.com | jonathan.reisman@ropesgray.com |
| joan.doyle@depfa.com | jonathan.reisman@ropesgray.com |
| joan.doyle@depfa.com | jonathan.reisman@ropesgray.com |
| joan.doyle@depfa.com | jonathan.reisman@ropesgray.com |
| joan.doyle@depfa.com | jonathan.reisman@ropesgray.com |
| joan@morningsidemin.org | jonathan.reisman@ropesgray.com |
| joan@morningsidemin.org | jopensha@water.ca.gov |
| joanna.l.taylor@aib.ie | josef.borrmann@sparkasse-aachen.de |
| joanna.l.taylor@aib.ie | josemaria.alfin@andbanc.com |
| joanna.l.taylor@aib.ie | josemaria.alfin@andbanc.com |
| joanna.l.taylor@aib.ie | josemaria.alfin@andbanc.com |
| joanna.l.taylor@aib.ie | joseph.samet@bakernet.com |
| joanna.l.taylor@aib.ie | joshua.dorchak@bingham.com |
| joanna.l.taylor@aib.ie | joy.burnett@bnymellon.com |
| joanna.l.taylor@aib.ie | joy.burnett@bnymellon.com |
| joanna.l.taylor@aib.ie | jpathirana@cityofhawthorne.org |
| joanna.l.taylor@aib.ie | jpintarelli@mofo.com |
| joanna.l.taylor@aib.ie | jpintarelli@mofo.com |
| joanna.l.taylor@aib.ie | jpintarelli@mofo.com |
| joanna.l.taylor@aib.ie | jplaga@canyonpartners.com |
| joanna.l.taylor@aib.ie | jplaga@canyonpartners.com |
| johanna.biegler@erstebank.at | jplaga@canyonpartners.com |
| johanna.biegler@erstebank.at | jplaga@canyonpartners.com |
| john.cutler@barclaysglobal.com | jplaga@canyonpartners.com |
| john.cutler@barclaysglobal.com | jplaga@canyonpartners.com |
| john.finnegan@darta.ie | jplaga@canyonpartners.com |
| john.hwang@westernass | jplaga@canyonpartners.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplaga@canyonpartners.com | julian.sale@qvt.com |
| jplherme@banque-edel.fr | julian.sale@qvt.com |
| jpomerantz@pszjlaw.com | julian.sale@qvt.com |
| jpschmitt@pbwt.com | juliancheung@hangseng.com |
| jpschmitt@pbwt.com | juridique@allianzgi.fr |
| jrievman@hnrklaw.com | juridique@allianzgi.fr |
| jrlederer@diamondbackcap.com | jwhite@drpa.org |
| jrosenthal@cgsh.com | jwishnew@mofo.com |
| jrosenthal@cgsh.com | jwishnew@mofo.com |
| jrosenthal@cgsh.com | k2.yoshida@aozorabank.co.jp |
| jrosenthal@cgsh.com | k2.yoshida@aozorabank.co.jp |
| jrosenthal@cgsh.com | karen.finn@dof.ca.gov |
| jrosenthal@cgsh.com | karen.finn@dof.ca.gov |
| jrottinger@austincap.com | karen.finn@dof.ca.gov |
| jrsmith@hunton.com | karen.finn@dof.ca.gov |
| jrsmith@hunton.com | karin.brodbeck@us.nestle.com |
| jrsmith@hunton.com | karine.driesen@dexia.com |
| jrsmith@hunton.com | karine.driesen@dexia.com |
| jrsmith@hunton.com | kasumi.nakamura@mizuho-sc.com |
| jrsmith@hunton.com | kasumi.nakamura@mizuho-sc.com |
| jrsmith@hunton.com | kathryn.quinn@americas.bnpparibas.com |
| jsaferstein@paulweiss.com | kathryn.quinn@americas.bnpparibas.com |
| jsagalovich@archstonemail.com | kathryn.quinn@americas.bnpparibas.com |
| jsagalovich@archstonemail.com | kathryn.quinn@americas.bnpparibas.com |
| jsprain@comcast.net | kathryn.quinn@americas.bnpparibas.com |
| jsullivan@mosessinger.com | kathryn.quinn@americas.bnpparibas.com |
| jsullivan@mosessinger.com | kathryn.quinn@americas.bnpparibas.com |
| jtrice@zenithadmin.com | kathryn.quinn@americas.bnpparibas.com |
| juan.arevalo@mitenergy.com | kathryn.quinn@americas.bnpparibas.com |
| juan.arevalo@mitenergy.com | kathryn.quinn@americas.bnpparibas.com |
| juergen.kistner@telekom.de | kathryn.quinn@americas.bnpparibas.com |
| julian.sale@gvt.com | kawano_shin@lovelyqueen.co.jp |
| julian.sale@qvt.com | kazuya.ichikawa@ubs.com |
| julian.sale@qvt.com | kbiniek@faralloncapital.com |
| julian.sale@qvt.com | kboyle@qfrcapital.com |
| julian.sale@qvt.com | kcook@pentagoncapital.com |
| julian.sale@qvt.com | keith.darlington@astrazeneca.com |
| julian.sale@qvt.com | keith.walsh@biam.boi.ie |
| julian.sale@qvt.com | keith.walsh@biam.boi.ie |
| julian.sale@qvt.com | keith.walsh@biam.boi.ie |
| julian.sale@qvt.com | keith.walsh@biam.boi.ie |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| keith.walsh@biam.boi.ie | keith.walsh@biam.boi.ie |
| keith.walsh@biam.boi.ie | keith.walsh@biam.boi.ie |
| keith.walsh@biam.boi.ie | keith.walsh@biam.boi.ie |
| keith.walsh@biam.boi.ie | keith.walsh@biam.boi.ie |
| keith.walsh@biam.boi.ie | kelly.whistance@db.com |
| keith.walsh@biam.boi.ie | kevin.broadwater@pimco.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.c.kelley@chase.com |
| keith.walsh@biam.boi.ie | kevin.collins@alllianz.ie |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.mccarthy@nuveen.com |
| keith.walsh@biam.boi.ie | kevin.preston@bnymellon.com |
| keith.walsh@biam.boi.ie | kevin.preston@bnymellon.com |
| keith.walsh@biam.boi.ie | kevin.scanlan@dechert.com |
| keith.walsh@biam.boi.ie | kevinm@bellsouth.net |
| keith.walsh@biam.boi.ie | kgh@nexstarcp.com |
| keith.walsh@biam.boi.ie | khughes@molagers.org |
| keith.walsh@biam.boi.ie | kikuko.itoh@morganstanleymufg.com |
| keith.walsh@biam.boi.ie | kistlerb@pepperlaw.com |
| keith.walsh@biam.boi.ie | kistlerb@pepperlaw.com |
| keith.walsh@biam.boi.ie | kkatz@mkbllp.com |
| keith.walsh@biam.boi.ie | kkatz@mkbllp.com |
| keith.walsh@biam.boi.ie | kkolbig@messinger.com |
| keith.walsh@biam.boi.ie | kkolbig@messinger.com |
| keith.walsh@biam.boi.ie | kkolbig@mosessinger.com |
| keith.walsh@biam.boi.ie | klarner@riker.com |
| keith.walsh@biam.boi.ie | klcourtney@statestreet.com |
| keith.walsh@biam.boi.ie | kmhauser@mvh.org |
| keith.walsh@biam.boi.ie | kmhauser@mvh.org |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| knadel@wolve.com | lattanasio@sidley.com |
| kobrien@andorcap.com | lattanasio@sidley.com |
| kobrien@andorcap.com | lattanasio@sidley.com |
| kobrien@andorcap.com | lattanasio@sidley.com |
| koh_see_peng@starnet.gov.sg | lattanasio@sidley.com |
| konstanze.hatting@harpen.de | lattanasio@sidley.com |
| konstanze.hatting@harpen.de | lattanasio@sidley.com |
| kostad@mofo.com | lattanasio@sidley.com |
| kostad@mofo.com | lattanasio@sidley.com |
| kostad@mofo.com | lattanasio@sidley.com |
| kostad@mofo.com | lattanasio@sidley.com |
| koubunsho_sijyokikaku@jhf.go.jp | lattanasio@sidley.com |
| kpellenyi@raiffeisen.hu | lattanasio@sidley.com |
| kpeterson@wscm.net | lattanasio@sidley.com |
| kristen.diehl@mooncap.com | lattanasio@sidley.com |
| kristi.feinzig@sunlife.com | lattanasio@sidley.com |
| kristi.feinzig@sunlife.com | lattanasio@sidley.com |
| kristi.feinzig@sunlife.com | lattanasio@sidley.com |
| kristi.feinzig@sunlife.com | lattanasio@sidley.com |
| krogers@maninvestments.com | lattanasio@sidley.com |
| krogers@maninvestments.com | lattanasio@sidley.com |
| krogers@maninvestments.com | lattanasio@sidley.com |
| krogers@maninvestments.com | lattanasio@sidley.com |
| krogers@maninvestments.com | lattanasio@sidley.com |
| ksinopoli@orehill.com | lattanasio@sidley.com |
| ksinopoli@orehill.com | lattanasio@sidley.com |
| ksinopoli@orehill.com | lattanasio@sidley.com |
| ksinopoli@orehill.com | lattanasio@sidley.com |
| kumiko.takiguchi@morganstanleymufg.com | lattanasio@sidley.com |
| kumiko_uchiyama@tr.mufg.jp | lattanasio@sidley.com |
| kumiko_uchiyama@tr.mufg.jp | lattanasio@sidley.com |
| kunwar.singh@paulsonco.com | lattanasio@sidley.com |
| kunwar.singh@paulsonco.com | lattanasio@sidley.com |
| kunwar.singh@paulsonco.com | lattanasio@sidley.com |
| kunwar.singh@paulsonco.com | laurene.macelwee@pacificlife.com |
| k-yakujyo.stb@japantrustee.co.jp | laurene.macelwee@pacificlife.com |
| labrenz@par4investment.com | lawall@pepperlaw.com |
| labrenz@par4investment.com | lawall@pepperlaw.com |
| larry.gail@blackrock.com | lawrence.bucknell@uk.mizuho-sc.com |
| larry.gail@blackrock.com | lawrence.bucknell@uk.mizuho-sc.com |
| lattanasio@sidley.com | lawrence.p.vonckx@bakernet.com |
| lattanasio@sidley.com | lawrencechan@dbs.com |
| lattanasio@sidley.com | lawrencechan@dbs.com |
| lattanasio@sidley.com | lawrencechan@dbs.com |
| lattanasio@sidley.com | lawrencechan@dbs.com |
| lattanasio@sidley.com | lbclaim@kbc.be |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| lbclaim@kbc.be | lbhiinquiries@pimco.com |
| lb-fin-sec-gen@eu.ca-investorservices.com | lbhiinquiries@pimco.com |
| lb-fin-sec-gen@eu.ca-investorservices.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbhiinquiries@pimco.com |
| lbhiinquiries@pimco.com | lbie-administration@kbcfp.com |
| lbhiinquiries@pimco.com | ldelafuente@caixapenedes.com |
| lbhiinquiries@pimco.com | ldelafuente@caixapenedes.com |
| lbhiinquiries@pimco.com | legal.departmentebancaimi.com |
| lbhiinquiries@pimco.com | legal.departmentebancaimi.com |
| lbhiinquiries@pimco.com | legal.departmentebancaimi.com |
| lbhiinquiries@pimco.com | legal.departmentebancaimi.com |
| lbhiinquiries@pimco.com | legal.masteragreements@int.sc.mufg.jp |
| lbhiinquiries@pimco.com | legal.masteragreements@int.sc.mufg.jp |
| lbhiinquiries@pimco.com | legal@bgi-group.com |
| lbhiinquiries@pimco.com | legal@bgi-group.com |
| lbhiinquiries@pimco.com | legal@bgi-group.com |
| lbhiinquiries@pimco.com | legal@svpglobal.com |
| lbhiinquiries@pimco.com | legal@tower-research.com |
| lbhiinquiries@pimco.com | legal@tremblantcapital.com |
| lbhiinquiries@pimco.com | legal@tremblantcapital.com |
| lbhiinquiries@pimco.com | legal@weissasset.com |
| lbhiinquiries@pimco.com | legal@weissasset.com |
| lbhiinquiries@pimco.com | legal-lbh@list.lbb.de |
| lbhiinquiries@pimco.com | legalnotices@vikingglobal.com |
| lbhiinquiries@pimco.com | legalnotices@vikingglobal.com |
| lbhiinquiries@pimco.com | legalnotices@vikingglobal.com |
| lbhiinquiries@pimco.com | lehmanclaims@starkinvestments.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| lehmanclaims@starkinvestments.com | loanops@rbs.com |
| lehmanclaims@starkinvestments.com | loofei@taishinholdings.com.tw |
| lehmanclaims@starkinvestments.com | ls2.distrading@list.db.com |
| lehmanclaims@starkinvestments.com | ls2.distrading@list.db.com |
| lehmanclaims@starkinvestments.com | ls2.distrading@list.db.com |
| lehmangrupp@sek.se | ls2.distrading@list.db.com |
| lehmangrupp@sek.se | ls2.distrading@list.db.com |
| leo.palmieri@cdn.fr | ls2.distrading@list.db.com |
| leonard.budyonny@ldcommodities.com | ls2.distrading@list.db.com |
| lesley.alexander@tepensions.co.uk | ls2.distrading@list.db.com |
| lgranfield@cgsh.com | lsmookler@reitlerlaw.com |
| lgranfield@cgsh.com | luca.bonzanini@ubibanca.it |
| lgranfield@cgsh.com | luca.bonzanini@ubibanca.it |
| lhalperin@rkollp.com | luca.bonzanini@ubibanca.it |
| lhalperin@rkollp.com | luca.gandolfi@bancaakros.it |
| lhalperin@rkollp.com | luca.gandolfi@bancaakros.it |
| lhaperin@rkollp.com | luca.testi@blackrock.com |
| lijin.zh@ccb.com | luca.testi@blackrock.com |
| limingg@abchina.com | luiza.moran@trustees.co.nz |
| liquidmarketslegal@fortress.com | lynn.hiestand@skadden.com |
| lisa.flaherty@paulsonco.com | lynn.hiestand@skadden.com |
| lisa.flaherty@paulsonco.com | m.fischetti@centrobanca.it |
| lisa.flaherty@paulsonco.com | m.fischetti@centrobanca.it |
| lisa.flaherty@paulsonco.com | m.hirarama@kantatsu.co.jp |
| lisa.kraidin@allenovery.com | m.stoffers@robeco.nl |
| lisa.kraidin@allenovery.com | malcolm@comaccapital.com |
| lisa.kraidin@allenovery.com | malda.hibri@highbridge.com |
| lisa.kraidin@allenovery.com | malda.hibri@highbridge.com |
| lisa.lampert@geodecapital.com | malda.hibri@highbridge.com |
| lisa.lampert@geodecapital.com | malda.hibri@highbridge.com |
| lisa.meisterfamilyoffice@comcast.net | malda.hibri@highbridge.com |
| lisa.meisterfamilyoffice@comcast.net | malda.hibri@highbridge.com |
| lisa.meisterfamilyoffice@comcast.net | malda.hibri@highbridge.com |
| lisa.meisterfamilyoffice@comcast.net | malda.hibri@highbridge.com |
| lisa.ragosta@ropesgray.com | malin.bellander@alandsbanken.fi |
| lisa.w.haag@boeing.com | marc.barreca@klgates.com |
| liuxuaoxi@cdb.com.cn | marc.barreca@klgates.com |
| liuxuaoxi@cdb.com.cn | marc.barreca@klgates.com |
| lklingbaum@kirkland.com | marc.eisenlohr@jpmorgan.com |
| lklingbaum@kirkland.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |
| loanops@rbs.com | marco.bartolomei@am.generali.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| marco.cantoni@finmeccanica.com | mark.ellenberg@cwt.com |
| marco.cantoni@finmeccanica.com | mark.ellenberg@cwt.com |
| maria.teresa.guerra@bpm.it | mark.gee@mercer.com |
| maria.teresa.guerra@bpm.it | mark.manski@barcap.com |
| marie.bender@blackrock.com | mark.prunoske@thompsonhealth.org |
| marie.bender@blackrock.com | mark.prunoske@thompsonhealth.org |
| marie.miyazawa@ubs.com | mark.prunoske@thompsonhealth.org |
| marie-francoise.walbaum@bnpparibas.com | mark.prunoske@thompsonhealth.org |
| marina.padalino@seb.lu | mark.rabogliatti@black-river.com |
| mark.anderson@alliancebernstein.com | mark.stevens@mbbc.edu |
| mark.anderson@alliancebernstein.com | mark.stevens@mbbc.edu |
| mark.anderson@alliancebernstein.com | mark.szycher@promarkglobal.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.feig@bnymellon.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.j.holcombe@hsbc.com |
| mark.ellenberg@cwt.com | martin.tornqvist@cfm.fr |
| mark.ellenberg@cwt.com | massimo.zerbino@alettibank.it |
| mark.ellenberg@cwt.com | massimo.zerbino@alettibank.it |
| mark.ellenberg@cwt.com | massimo.zerbino@alettibank.it |
| mark.ellenberg@cwt.com | massimo.zerbino@alettibank.it |
| mark.ellenberg@cwt.com | matt.higbee@carval.com |
| mark.ellenberg@cwt.com | matt.stanczuk@carlyle.com |
| mark.ellenberg@cwt.com | matt.weinstein@db.com |
| mark.ellenberg@cwt.com | matt.weinstein@db.com |
| mark.ellenberg@cwt.com | matt.weinstein@db.com |
| mark.ellenberg@cwt.com | matt.weinstein@db.com |
| mark.ellenberg@cwt.com | matthew.klein@highbridge.com |
| mark.ellenberg@cwt.com | matthew.klein@highbridge.com |
| mark.ellenberg@cwt.com | matthew.klein@highbridge.com |
| mark.ellenberg@cwt.com | matthew.klein@highbridge.com |
| mark.ellenberg@cwt.com | matti.kanerva@munifin.fi |
| mark.ellenberg@cwt.com | maureen@camdenassetmanagement.com |
| mark.ellenberg@cwt.com | maureen@camdenassetmanagement.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| mberner@paloma.com | melissa.wilman@db.com |
| mberner@paloma.com | melissa.wilman@db.com |
| mcordone@stradley.com | melissa.wilman@db.com |
| mcordone@stradley.com | melissa.wilman@db.com |
| mdayan@cgsh.com | melissa.wilman@db.com |
| mdoty@faegre.com | melissa.wilman@db.com |
| mdoty@faegre.com | melissa.wilman@db.com |
| mdoty@faegre.com | melissa.wilman@db.com |
| mdoty@faegre.com | melissa.wilman@db.com |
| mdoty@faegre.com | melissa.wilman@db.com |
| medresnin@delinvest.com | mewiles@debevoise.com |
| melissa.rossiter@db.com | mgburke@sidely.com |
| melissa.rossiter@db.com | mgburke@sidely.com |
| melissa.rossiter@db.com | mgburke@sidely.com |
| melissa.rossiter@db.com | mgburke@sidely.com |
| melissa.rossiter@db.com | mgburke@sidely.com |
| melissa.rossiter@db.com | mglenn@havenspartners.com |
| melissa.rossiter@db.com | mgold@kkwc.com |
| melissa.rossiter@db.com | mgold@kkwc.com |
| melissa.wilman@db.com | mgorton@mhalaw.com |
| melissa.wilman@db.com | mhauser@egii.com |
| melissa.wilman@db.com | mhauser@egii.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.coffee@alliancebernstein.com |
| melissa.wilman@db.com | michael.dodson@simmons-simmons.com |
| melissa.wilman@db.com | michael.dodson@simmons-simmons.com |
| melissa.wilman@db.com | michael.dodson@simmons-simmons.com |
| melissa.wilman@db.com | michael.gemy@juliusbaer.com |
| melissa.wilman@db.com | michael.kim@kobrekim.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| michael.kim@kobrekim.com | michael.sutton@db.com |
| michael.kim@kobrekim.com | michael.sutton@db.com |
| michael.kim@kobrekim.com | michael.sutton@db.com |
| michael.marinic@twosigma.com | michael.sutton@db.com |
| michael.marinic@twosigma.com | michael.sutton@db.com |
| michael.moore@broadpeakinv.com | michael.sutton@db.com |
| michael.neeb@bhfassetserv.com | michael.sutton@db.com |
| michael.neeb@bhfassetserv.com | michael.sutton@db.com |
| michael.neeb@bhfassetserv.com | michael.sutton@db.com |
| michael.neeb@bhfassetserv.com | michael.sutton@db.com/alexander.kraemer@db.com |
| michael.siegler@bnpparibas.com | |
| michael.siegler@bnpparibas.com | michael.sutton@db.com/alexander.kraemer@db.com |
| michael.sutton@db.com | |
| michael.sutton@db.com | michael.szkodzinski@ropesgray.com |
| michael.sutton@db.cwm | michael.trauthwein@skpfcw.de |
| michael.sutton@db.com | michael.trauthwein@skpfcw.de |
| michael.sutton@db.com | michael_acker@ml.com |
| michael.sutton@db.com | michael_tan@pal.com.ph |
| michael.sutton@db.com | michael_tan@pal.com.ph |
| michael.sutton@db.com | michaela@scm-lp.com |
| michael.sutton@db.com | michasel.sutton@db.com |
| michael.sutton@db.com | midde1thon2@aol.com |
| michael.sutton@db.com | midde1thon2@aol.com |
| michael.sutton@db.com | middleoffice@alphaasset.gr |
| michael.sutton@db.com | mike.polo@adyne.com |
| michael.sutton@db.com | mike.polo@adyne.com |
| michael.sutton@db.com | mikko.ojala@peltonenlaw.fi |
| michael.sutton@db.com | minoue@itaubba.com.br |
| michael.sutton@db.com | mircho.mirchev@computershare.com |
| michael.sutton@db.com | mircho.mirchev@computershare.com |
| michael.sutton@db.com | mistriotis@intralot.com |
| michael.sutton@db.com | mjensen@maninvestments.com |
| michael.sutton@db.com | mjensen@maninvestments.com |
| michael.sutton@db.com | mjensen@maninvestments.com |
| michael.sutton@db.com | mjensen@maninvestments.com |
| michael.sutton@db.com | mjensen@maninvestments.com |
| michael.sutton@db.com | mkao@akanthoscapital.com |
| michael.sutton@db.com | mkostolansky@acuitycap.com |
| michael.sutton@db.com | mkuan@kkwc.com |
| michael.sutton@db.com | mkuan@kkwc.com |
| michael.sutton@db.com | mkunitz@massmutual.com |
| michael.sutton@db.com | mkunitz@massmutual.com |
| michael.sutton@db.com | mkunitz@massmutual.com |
| michael.sutton@db.com | mkunitz@massmutual.com |
| michael.sutton@db.com | mkunitz@massmutual.com |
| michael.sutton@db.com | mkunitz@massmutual.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| mkunitz@massmutual.com | mstephan@elliottmgmt.com |
| mkunitz@massmutual.com | mstephan@elliottmgmt.com |
| mkunitz@massmutual.com | mstephan@elliottmgmt.com |
| mkunitz@massmutual.com | mstephan@elliottmgmt.com |
| mlarmore@nyp.org | mstephan@elliottmgmt.com |
| mllcaminero@psalm.gov.ph | mstephan@elliottmgmt.com |
| mllcaminero@psalm.gov.ph | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mm@gruss.com | mstephan@elliottmgmt.com |
| mmauro@yorkcapital.com | mstephan@elliottmgmt.com |
| mmauro@yorkcapital.com | mstephan@elliottmgmt.com |
| mmauro@yorkcapital.com | mstephan@elliottmgmt.com |
| mmauro@yorkcapital.com | mstephan@elliottmgmt.com |
| mmclaughlin@omm.com | mstephan@elliottmgmt.com |
| mmclaughlin@omm.com | mstephan@elliottmgmt.com |
| mmclaughlin@omm.com | mstephan@elliottmgmt.com |
| mmclaughlin@omm.com | mstephan@elliottmgmt.com |
| mneus@perrycap.com | mstephan@elliottmgmt.com |
| mneus@perrycap.com | mstephan@elliottmgmt.com |
| moconnor@wellson.org | mstephan@elliottmgmt.com |
| moconnor@wellson.org | mstephan@elliottmgmt.com |
| mpobrien@winston.com | mstephan@elliottmgmt.com |
| mrecuencogom@bgs.bgancaja.com | mstephan@elliottmgmt.com |
| mrios@alvarezandmarsal.com | mstephan@elliottmgmt.com |
| mrios@alvarezandmarsal.com | mstephan@elliottmgmt.com |
| mruetz@sra.state.md.us | mstephan@elliottmgmt.com |
| mseltzer@halcyonllc.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |
| mstephan@elliottmgmt.com | mstephan@elliottmgmt.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mstephan@elliottmgmt.com | mvenditto@reedsmith.com |
| mthompson@amppartners.org | mvenditto@reedsmith.com |
| mthompson@amppartners.org | mvenditto@reedsmith.com |
| mtorkin@shearman.com | mvenditto@reedsmith.com |
| mtorkin@shearman.com | mvenditto@reedsmith.com |
| mtorkin@shearman.com | mvenditto@reedsmith.com |
| mtorkin@shearman.com | mvenditto@reedsmith.com |
| murtaghk@hmc.harvard.edu | mvenditto@reedsmith.com |
| mvandeve@ps-ltd.com | mvenditto@reedsmith.com |
| mvandeve@ps-ltd.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |
| mvenditto@reedsmith.com | mvenditto@reedsmith.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | mzelinsky@willkie.com |
| mvenditto@reedsmith.com | nakayama@todaka.co.jp |
| mvenditto@reedsmith.com | nancy.feldman@treas.state.nj.us |
| mvenditto@reedsmith.com | nancy.feldman@treas.state.nj.us |
| mvenditto@reedsmith.com | nancylai@cdibank.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | natalie.carlgren@khh.com |
| mvenditto@reedsmith.com | nathalie.steggall@axa-im.com |
| mvenditto@reedsmith.com | nathalie.steggall@axa-im.com |
| mwassermann@sidley.com | nathalie.steggall@axa-im.com |
| myers.joshua@pennmutual.com | nbrannick@ssd.com |
| myers.joshua@pennmutual.com | nbrannick@ssd.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncoco@mwe.com |
| mzelinsky@willkie.com | ncole@iconixbrand.com |
| mzelinsky@willkie.com | ncole@iconixbrand.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | ned.schodek@shearman.com |
| mzelinsky@willkie.com | neil.m.osullivan@verizon.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| nian.lala@barclaysglobal.com | osenbanjo@dkpartners.com |
| nian.lala@barclaysglobal.com | osenbanjo@dkpartners.com |
| nian.lala@barclaysglobal.com | osenbanjo@dkpartners.com |
| nick.tyler@bg-group.com | osenbanjo@dkpartners.com |
| nick.tyler@bg-group.com | osenbanjo@dkpartners.com |
| nicola.batten@starmanhotels.com | ozzie.bayaz@aig.com |
| nicola.batten@starmanhotels.com | ozzie.bayaz@aig.com |
| nicolas.duhamel@bpce.fr | p.a.r.kat@robeco.nl |
| nicole.tortarolo@ubs.com | p.krom@unive.nl |
| nicole.tortarolo@ubs.com | p.krom@unive.nl |
| nina.gupta@barclaysglobal.com | p_peruzzetto@finint.it |
| nina.gupta@barclaysglobal.com | paget.bryan@cliffordchance.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nina.gupta@barclaysglobal.com | pamela.wieder@usbank.com |
| nlepore@schnader.com | pamela.wieder@usbank.com |
| nlepore@schnader.com | pamela.wieder@usbank.com |
| noah.heller@kattenlaw.com | pamela.wieder@usbank.com |
| noah.heller@kattenlaw.com | pamela.wieder@usbank.com |
| npa.pm@nykredit.dk | pamela.wieder@usbank.com |
| npaul@worldbank.org | pamela.wieder@usbank.com |
| npaul@worldbank.org | pamela.wieder@usbank.com |
| nrosenbaum@mofo.com | pamela.wieder@usbank.com |
| nrosenbaum@mofo.com | pamela.wieder@usbank.com |
| nrosenbaum@mofo.com | pamela.wieder@usbank.com |
| nrosenbaum@mofo.com | pamela.wieder@usbank.com |
| oliver.basi@lloydsbanking.com | pamela.wieder@usbank.com |
| oliver.schoepp@commerzbank.com | pamela.wieder@usbank.com |
| oliver.schoepp@commerzbank.com | pamela.wieder@usbank.com |
| omella.chiarenza@inaassitalia.it | pamela.wieder@usbank.com |
| operations@itaubba.com.br | pamela.wieder@usbank.com |
| ops@ironboundcapital.com | pamela.wieder@usbank.com |
| ops@ironboundcapital.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| ops@stonehillcap.com | pamela.wieder@usbank.com |
| osenbanjo@dkpartners.com | pamela.wieder@usbank.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | pamela.wieder@usbank.com |
| pamela.wieder@usbank.com | paolicellit@omb.nyc.gov |
| pamela.wieder@usbank.com | paolo.mazza.bper.it |
| pamela.wieder@usbank.com | parlevgn@cba.com.au |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | par-lyxor-deai-ing-doc@lyxor.com |
| pamela.wieder@usbank.com | patrick.morgan@fhlbny.com |
| pamela.wieder@usbank.com | patrick.morgan@fhlbny.com |
| pamela.wieder@usbank.com | patrick.prud'homme@credit-cooperatif.coop |
| pamela.wieder@usbank.com | patrick.quill@ashurt.com |
| pamela.wieder@usbank.com | patrick.ryan@nabny.com |
| pamela.wieder@usbank.com | patrick.sciarrone@morganstanley.com |
| pamela.wieder@usbank.com | patrick.sciarrone@morganstanley.com |
| pamela.wieder@usbank.com | patrick.sciarrone@morganstanley.com |
| pamela.wieder@usbank.com | patrick.sciarrone@morganstanley.com |
| pamela.wieder@usbank.com | patrick.wolff@eon.com |
| pamela.wieder@usbank.com | patrik.roos@juliusbaer.com |
| pamela.wieder@usbank.com | paul.clifton@absacapital.com |
| pamela.wieder@usbank.com | paul@kylinfund.com |
| pamela.wieder@usbank.com | paul_ops@paulsonco.com |
| pamela.wieder@usbank.com | paul_ops@paulsonco.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| paul_ops@paulsonco.com | pia.friis@rbs.com |
| paul_ops@paulsonco.com | pia.friis@rbs.com |
| paul_ops@paulsonco.com | pia.friis@rbs.com |
| pchristophorou@cgsh.com | pia.friis@rbs.com |
| pclateman@vr-capital.com | pierre.verot@dexia.com |
| pearj@foster.com | pierre-guillaume.veaux@dexia.com |
| pearj@foster.com | pierre-guillaume.veaux@dexia.com |
| pekka.salakka@niam.fi | pierre-guillaume.veaux@dexia.com |
| pekka.salakka@niam.fi | pjones@applebyglobal.com |
| pemery@barloworld.co.uk | pmalek@stonehillcap.com |
| pensionfonds@grantmy.nl | pmalek@stonehillcap.com |
| peter.caruso@pseg.com | ppatterson@stradley.com |
| peter.haley@nelsonmullins.com | ppatterson@stradley.com |
| peter.hayley@nelsonmullins.com | pranav.desai@paulsonco.com |
| peter.hsu@baerkarrer.ch | pranav.desai@paulsonco.com |
| peter.nussbaum@sac.com | pranav.desai@paulsonco.com |
| peter.nussbaum@sac.com | pranav.desai@paulsonco.com |
| peter.vaughan@blackrock.com | prasenjit.mandal@bbkonline.com |
| peter.welsh@ropesgray.com | procops@giants.nfl.net |
| peter.welsh@ropesgray.com | procops@giants.nfl.net |
| peterlogie@kpmg.bm | productcontrol@gsacapital.com |
| peterlogie@kpmg.bm | productteam@eqt.com.au |
| peters@arcusinvest.com | productteam@eqt.com.au |
| pgonzalez@unicaja.es | productteam@eqt.com.au |
| ph.jang@samsung.com | prosa@sovereignbank.com |
| philip.wells@ropesgray.com | prosa@sovereignbank.com |
| philip.wells@ropesgray.com | pshieh@hkhs.com |
| philip.wells@ropesgray.com | psmith@delmarasset.com |
| philipleung@hangseng.com | public.debt@minfin.fed.be |
| philipp.roever@db.com | pvance@aurelius-capital.com |
| philipp.roever@db.com | r.fineschi@fineco.it |
| philipp.roever@db.com | r.fineschi@fineco.it |
| philipp.roever@db.com | rachel_budke@fpl.com |
| philipp.roever@db.com | rachel_budke@fpl.com |
| philipp.roever@db.com | rachel_budke@fpl.com |
| philipp.roever@db.com | rachel_budke@fpl.com |
| philipp.roever@db.com | radia.krouri@allianzgi.fr |
| philipp.roever@db.com | radia.krouri@allianzgi.fr |
| philipp.roever@db.com | raffaella.ronzoni@eurizoncapital.com |
| philipp.roever@db.com | raffaella.ronzoni@eurizoncapital.com |
| philipp.roever@db.com | rainer.sandner@ww-ag.com |
| philipp.roever@db.com | ralbright@asallc.com |
| philipp.roever@db.com | ralbright@asallc.com |
| philipp.roever@db.com | ramon_carbellas_boe@cajarural.com |
| philipp.roever@db.com | ranan.well@bingham.com |
| philippe.gaillard@ca-charente-perigord.fr | ranan.well@bingham.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| ranan.well@bingham.com | rene.muller@ingbank.com |
| ranan.well@bingham.com | rene.muller@ingbank.com |
| ranan.well@bingham.com | rene.muller@ingbank.com |
| rbachelier@bft.fr | rene.muller@ingbank.com |
| rbachelier@bft.fr | rene.muller@ingbank.com |
| rbachelier@bft.fr | rene.muller@ingbank.com |
| rbachelier@bft.fr | rfhahn@debevoise.com |
| rbeacher@pryocashman.com | ricardo.sanchez-moreno@asia.bnpparibas.com |
| rbeacher@pryocashman.com | richard.beattie@hk.tricorglobal.com |
| rbeacher@pryocashman.com | richard.carlson@ca-cib.com |
| rbeacher@pryocashman.com | richard.cull@gam.com |
| rbeacher@pryocashman.com | richard.cull@gam.com |
| rbeacher@pryocashman.com | richard.cull@gam.com |
| rbeacher@pryorcashman.com | richard.cull@gam.com |
| rbernstein@lowenstein.com | richard.cull@gam.com |
| rbernstein@lowenstein.com | richard.cull@gam.com |
| rbose@elliottmgmt.com | richard.cull@gam.com |
| rbose@elliottmgmt.com | richard.cull@gam.com |
| rcarrharris@orehill.com | richard.cull@gam.com |
| rcarrharris@orehill.com | richard.cull@gam.com |
| rchase@russell.com | richard.cull@gam.com |
| rchase@russell.com | richard.cull@gam.com |
| rchase@russell.com | richard.cull@gam.com |
| rdonick@dcinv.com | richard.cull@gam.com |
| rdonick@dcinv.com | richard.cull@gam.com |
| rdonick@dciny.com | richard.cull@gam.com |
| rdonick@dciny.com | richard.cull@gam.com |
| rebecca.henderson@wachovia.com | richard.cull@gam.com |
| rebecca.henderson@wachovia.com | richard.cull@gam.com |
| rebecca.henderson@wachovia.com | richard.olliver@sghambros.com |
| rebecca.henderson@wachovia.com | richard.olliver@sghambros.com |
| rebecca.tomalin@bg-group.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | ricardo.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.skoller@americas.bnpparibas.com |
| rene.muller@ingbank.com | richard.williams@pinsentmasons.com |
| rene.muller@ingbank.com | richard.williams@pinsentmasons.com |
| rene.muller@ingbank.com | rmeister@fftw.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| rnoble@fortress.com | ron.torok@baml.com |
| rnoble@fortress.com | ron.torok@baml.com |
| rnoble@fortress.com | ronhitchins@xerox.com |
| rnoble@fortress.com | roy.bonfield@alcan.com |
| rnoble@fortress.com | roy.bonfield@alcan.com |
| rob.swan@lighthousepartners.com | rozannamao@cdibank.com |
| rob.swan@lighthousepartners.com | rpedone@nixonpeabody.com |
| rob.swan@lighthousepartners.com | rpedone@nixonpeabody.com |
| rob.swan@lighthousepartners.com | rpedone@nixonpeabody.com |
| robert.albergotti@haynesboone.com | rpedone@nixonpeabody.com |
| robert.albergotti@haynesboone.com | rpedone@nixonpeabody.com |
| robert.conrad@us.hsbc.com | rpedone@nixonpeabody.com |
| robert.conrad@us.hsbc.com | rpedone@nixonpeabody.com |
| robert.eveleigh@nomura.com | rpedone@nixonpeabody.com |
| robert.eveleigh@nomura.com | rpedone@nixonpeabody.com |
| robert.henoch@kobrekim.com | rpedone@nixonpeabody.com |
| robert.henoch@kobrekim.com | rpedone@nixonpeabody.com |
| robert.henoch@kobrekim.com | rpedone@nixonpeabody.com |
| robert.henoch@kobrekim.com | rpedone@nixonpeabody.com |
| robert.lamkin@sig.com | rpedone@nixonpeabody.com |
| robert.lamkin@sig.com | rpedone@nixonpeabody.com |
| robert.piasio@nomura.com | rpedone@nixonpeabody.com |
| robert.piasio@nomura.com | rpedone@nixonpeabody.com |
| robert.vartok@raiffeisenbank.at | rpedone@nixonpeabody.com |
| robert.vartok@raiffeisenbank.at | rpedone@nixonpeabody.com |
| roberto.saro@fondazionecariparo.it | rpedone@nixonpeabody.com |
| roberto_spera@generali.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.keller@lovells.com | rpedone@nixonpeabody.com |
| robin.p.sachs@usa.dupont.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |
| ron.torok@baml.com | rpedone@nixonpeabody.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| rpedone@nixonpeabody.com | sandra.costello@paulsonco.com |
| rpedone@nixonpeabody.com | sandra.costello@paulsonco.com |
| rpedone@nixonpeabody.com | sandra.costello@paulsonco.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rpedone@nixonpeabody.com | sandra.e.horwitz@us.hsbc.com |
| rr@londonamsterdam.com | sandra.e.horwitz@us.hsbc.com |
| rrobinson@phf.org.uk | sandra.e.horwitz@us.hsbc.com |
| rryan@elliottmgmt.com | sandra.e.horwitz@us.hsbc.com |
| rryan@elliottmgmt.com | sandra.e.horwitz@us.hsbc.com |
| rscheininger@sidley.com | sandra.e.horwitz@us.hsbc.com |
| rscheininger@sidley.com | sangwoo.park@wooriam.com |
| rscheininger@sidley.com | sangwoo.park@wooriam.com |
| rscheininger@sidley.com | sanjay.jobanputra@bnymellon.com |
| rscheininger@sidley.com | sanjay.jobanputra@bnymellon.com |
| rshannon@mjmlaw.us | sanjay.jobanputra@bnymellon.com |
| rudolf-reinhard.mueller@vontobel.ch | sanjay.jobanputra@bnymellon.com |
| ruskin.chow@amtd.com.hk | sanjay.jobanputra@bnymellon.com |
| russ.prince@zaisgroup.com | sanjay.jobanputra@bnymellon.com |
| russ.prince@zaisgroup.com | sara.lapinekis@cliffordchance.com |
| russ.prince@zaisgroup.com | sara.lapinekis@cliffordchance.com |
| russ.prince@zaisgroup.com | sara.tapinekis@cliffordchance.com |
| russ.prince@zaisgroup.com | sara.tapinekis@cliffordchance.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russ.prince@zaisgroup.com | sas@baupost.com |
| russell.welsh@crediteurope.nl | sas@baupost.com |
| s.zecha@allianzinvest.at | sascha.lotze@nordlb.de |
| sadiq.peshimam@prudential.com | sascha.lotze@nordlb.de |
| sadiq.peshimam@prudential.com | sbernstein@caxton.com |
| salberts@washdc.whitecase.com | sce@pvhs.org |
| sam.tradeclaims@serengeti-am.com | sce@pvhs.org |
| sam.tradeclaims@serengeti-am.com | schoudhury@serengeti-am.com |
| sam.tradeclaims@serengeti-am.com | schoudhury@serengeti-am.com |
| sandra.costello@paulsonco.com | schoudhury@serengeti-am.com |
| | schoudhury@serengeti-am.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| schoudhury@serengeti-am.com | sfennessey@shearman.com |
| schoudhury@serengeti-am.com | sfox@mcguirewoods.com |
| schoudhury@serengeti-am.com | sfox@mcguirewoods.com |
| schoundhury@serengeti-am.com | sfox@mcguirewoods.com |
| sclark@lipower.org | sfox@mcguirewoods.com |
| scott.aitken@ky.hsbc.com | sgolub@golublaw.com |
| scott.aitken@ky.hsbc.com | sgrasset@ofi-am.fr |
| scott.aitken@ky.hsbc.com | sgrosshandler@cgsh.com |
| scott.gordon@kirkland.com | sgrosshandler@cgsh.com |
| scott_diamond@smbcgroup.com | sgrosshandler@cgsh.com |
| scott_diamond@smbcgroup.com | sgrosshandler@cgsh.com |
| scott_walker@mlc.com.au | sgrosshandler@cgsh.com |
| scott_walker@mlc.com.au | sgrosshandler@cgsh.com |
| scott_walker@mlc.com.au | sgrosshandler@cgsh.com |
| scott_walker@mlc.com.au | sgrosshandler@cgsh.com |
| scott_walker@mlc.com.au | sgrosshandler@cgsh.com |
| screllin@westpac.com.au | sgrosshandler@cgsh.com |
| screllin@westpac.com.au | sgrosshandler@cgsh.com |
| securitisation@atccapitalmarkets.com | sgrosshandler@cgsh.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| securitisation@atccapitalmarkets.com | shearer@sewkis.com |
| segrsoc@bpn.it | shearer@sewkis.com |
| selek@csas.cz | shearer@sewkis.com |
| selmazi@dkrcapital.com | shearer@sewkis.com |
| selmazi@dkrcapital.com | shearer@sewkis.com |
| selmazi@dkrcapital.com | shearer@sewkis.com |
| serge.forti@asia.bnpparibas.com | shearer@sewkis.com |
| service.juridique.structuration.et.operations.de.ma | shearer@sewkis.com |
| rche@am.natixis.com | shearer@sewkis.com |
| service.juridique.structuration.et.operations.de.ma | shearer@sewkis.com |
| rche@am.natixis.com | shearer@sewkis.com |
| service.juridique.structuration.et.operations.de.ma | shearer@sewkis.com |
| rche@am.natixis.com | shearer@sewkis.com |
| service-juridique@eurizoncapital.lu | shearer@sewkis.com |
| seunghwan.lee@kic.go.kr | shearer@sewkis.com |
| sfennessey@shearman.com | shearer@sewkis.com |
| sfennessey@shearman.com | shearer@sewkis.com |
| sfennessey@shearman.com | shearer@sewkis.com |
| sfennessey@shearman.com | shearer@sewkis.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| shearer@sewkis.com | smatteozzi@alfarolaw.com |
| shearer@sewkis.com | smatteozzi@alfarolaw.com |
| shearer@sewkis.com | smavromates@mapension.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snelson@stonehillcap.com |
| shearer@sewkis.com | snutton@lansdownepartners.com |
| shellane.quinn@citadelgroup.com | snutton@lansdownepartners.com |
| shellane.quinn@citadelgroup.com | snutton@lansdownepartners.com |
| shellane.quinn@citadelgroup.com | societarioelegale@bancaprofilo.it |
| shimono.yoshiki.ceo@hamadashokai.co.jp | sofia.s.machada@abrouadwgados.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | solomon.noh@shearman.com |
| shirley@aigfpc.com | sophie.duvillier@nl.fortis.com |
| shoichi_tajima@tr.mufg.jp | sophie.waldberg-billhouet@calyon.com |
| shoichi_tajima@tr.mufg.jp | sophie.waldberg-billhouet@calyon.com |
| simon.bezzina@lgim.co.uk | sp@arrowgrass.com |
| simon.bezzina@lgim.co.uk | spiotto@chapman.com |
| simon.bezzina@lgim.co.uk | spiotto@chapman.com |
| simon.glennie@db.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simon.raykher@satellite-ny.com | spiotto@chapman.com |
| simona.locatelli@abaxbank.com | spiotto@chapman.com |
| sip@russell.com | spiotto@chapman.com |
| sip@russell.com | spiotto@chapman.com |
| sjakubowski@colemanlawfirm.com | spiotto@chapman.com |
| sjakubowski@colemanlawfirm.com | spiotto@chapman.com |
| sjakubowski@colemanlawfirm.com | spiotto@chapman.com |
| slerner@ssd.com | spiotto@chapman.com |
| sloden@diamondmccarthy.com | spiotto@chapman.com |
| slucas@reedsmith.com | spiotto@chapman.com |
| slucas@reedsmith.com | spiotto@chapman.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |
| spiotto@chapman.com | spiotto@chapman.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephanie.broussard@axa-im.com |
| spiotto@chapman.com | stephen.rimes@invesco.com |
| spiotto@chapman.com | stephen.t.hessler@db.com |
| spolakov@sunamerica.com | stephen.t.hessler@db.com |
| spolakov@sunamerica.com | stephen.vandolsen@ally.com |
| spully@carlsoncapital.com | stephen.vandolsen@ally.com |
| spully@carlsoncapital.com | steve.lawler@bnymellon.com |
| spully@carlsoncapital.com | steve.lawler@bnymellon.com |
| spully@carlsoncapital.com | steven.perlstein@kobrekim.com |
| spully@carlsoncapital.com | steven.tepper@aporter.com |
| srobinson@haleyolson.com | steven.tepper@aporter.com |
| sschwartz@winston.com | steven.tepper@aporter.com |
| sschwartz@winston.com | steven.tepper@aporter.com |
| sskelleher@thirdave.com | stockdale-r@nsk.com |
| ssperber@cgsh.com | stroyer@cbkna.com |
| ssperber@cgsh.com | stroyer@cbkna.com |
| ssunnerberg@jhancock.com | stroyer@cbkna.com |
| ssunnerberg@jhancock.com | stroyer@cbkna.com |
| ssunnerberg@jhancock.com | structuredproducts@alpha.gr |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| ssutcliffe@bluebayinvest.com | stuart.rothenberg@bnymellon.com |
| stacey.flier@ctcconsulting.com | stuart.rothenberg@bnymellon.com |
| stacey.flier@ctcconsulting.com | stuart.rothenberg@bnymellon.com |
| stanley.billiald@babcock.co.uk | suewan.johnson@bnymellon.com |
| steele@lowenstein.com | suewan.johnson@bnymellon.com |
| steele@lowenstein.com | sullivan@unitedco.net |
| steele@lowenstein.com | sullivan@unitedco.net |
| steele@lowenstein.com | sullivan@unitedco.net |
| stephan.rost@dzbank.de | susan.slocum@childrensmn.org |
| stephan.rost@dzbank.de | susan.slocum@childrensmn.org |
| stephanie.broussard@axa-im.com | susan@caspianlp.com |
| stephanie.broussard@axa-im.com | susan@caspianlp.com |
| stephanie.broussard@axa-im.com | susan@caspianlp.com |
| stephanie.broussard@axa-im.com | susan@caspianlp.com |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| susan@caspianlp.com | tamra.box@blplaw.com |
| susan@caspianlp.com | tamra.box@blplaw.com |
| susan@caspianlp.com | tblaz@guameda.net |
| susan@caspianlp.com | tblaz@guameda.net |
| susan@caspianlp.com | tchase@rlrpclaw.com |
| susanne.koldewey@nordlb.de | tchase@rlrpclaw.com |
| susanne.koldewey@nordlb.de | terrence.cullen@pioneerinvestments.com |
| sv@brigadecapital.com | terrence.cullen@pioneerinvestments.com |
| sv@brigadecapital.com | thealey@redwoodcap.com |
| svenable@westernasset.com | thn@saxobank.com |
| svenable@westernasset.com | thomas.hircoh@dreschner-bank.com |
| swaldman@tudor.com | thomas.hirsch@dresdner-bank.com |
| swaldman@tudor.com | thomas.hirsch@dresdner-bank.com |
| swaldman@tudor.com | thomas.hirsch@dresdner-bank.com |
| sylvia.lau@shkf.com | thomas.hirsch@dresdner-bank.com |
| sylvia.lau@shkf.com | thomas.hurtzemann@saarlb.de |
| sylvia.lau@shkf.com | thomas.marty@generali.ch |
| sylvia.lau@shkf.com | thomas.sharpe@us.natixis.com |
| sylvia.lau@shkf.com | thomas.sharpe@us.natixis.com |
| sylvia.lau@shkf.com | thomas.sharpe@us.natixis.com |
| sylvia.lau@shkf.com | thomas.sharpe@us.natixis.com |
| sylvia.lau@shkf.com | thomas.sharpe@us.natixis.com |
| szang@acqcap.com | thomas.sharpe@us.natixis.com |
| szang@acqcap.com | thomas.sharpe@us.natixis.com |
| szang@acqcap.com | thomas.sharpe@us.natixis.com |
| szang@acqcap.com | thomas.smith@bg-group.com |
| szuch@wiggin.com | thomas.smith@bg-group.com |
| szycher@promarkglobal.com | thynes@empyrean.com |
| t_noguti@takamiya.co.jp | tim.kuschill@mbamfunds.com |
| takahashi-tetsuji@sc.mufg.jp | tim.preston@barclaysglobal.com |
| takahashi-tetsuji@sc.mufg.jp | tim.preston@barclaysglobal.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamara.box@blplaw.com | timothy.pillar@usbank.com |
| tamra.box@blplaw.com | timothy.pillar@usbank.com |
| tamra.box@blplaw.com | timothy.pillar@usbank.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tollis@gide.com |
| timothy.pillar@usbank.com | tom.murphy@mercer.com |
| timothy.pillar@usbank.com | tonlye@pacfic.net.sg |
| timothy.pillar@usbank.com | tony_obrien@scotiabank.ie |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| timothy.pillar@usbank.com | top@chapman.com |
| tina.preston@barclaysglobal.com | top@chapman.com |
| tjalling.wiersma@shell.com | top@chapman.com |
| tjalling.wiersma@shell.com | top@chapman.com |
| tjalling.wiersma@shell.com | top@chapman.com |
| tkaravias@eurobank.gr | top@chapman.com |
| tkaravias@eurobank.gr | top@chapman.com |
| tkington@cwslaw.com | top@chapman.com |
| tkington@cwslaw.com | top@chapman.com |
| tlutie@metlife.com | top@chapman.com |
| tlutie@metlife.com | top@chapman.com |
| tmaton@trs.illinois.gov | top@chapman.com |
| tobias.maier@ikb.de | top@chapman.com |
| tobias.maier@ikb.de | top@chapman.com |
| tobias.maier@ikb.de | top@chapman.com |
| tobias.maier@ikb.de | top@chapman.com |
| tollis@gide.com | top@chapman.com |
| tollis@gide.com | top@chapman.com |
| tollis@gide.com | top@chapman.com |
| tollis@gide.com | top@chapman.com |
| tollis@gide.com | top@chapman.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |

LEHMAN BROTHERS HOLDINGS INC.
ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

| | |
|---|---|
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | top@chapman.com |
| top@chapman.com | torsten.freund@nrwbank.de |
| top@chapman.com | toshio.sakudo@sumitomotrust.co.jp |
| top@chapman.com | toshio.sakudo@sumitomotrust.co.jp |

Lehman Brothers Holdings Inc.
Active Derivative Claims Email Service List

| | |
|---|---|
| tradeclaims@beint.net | walkerji@parliament.uk |
| tradeclaims@kingstreet.com | wanchun.teng@ibts.com.tw |
| tradeclaims@kingstreet.com | wanghch@cmbchina.com |
| truman_esmond@wellmont.org | wantongjun@mail.rmd-safe.gov.cn |
| ttisdale@tisdale-law.com | wendy.yun@gs.com |
| udai.bajaj@db.com | wendy.yun@gs.com |
| udo.koplin@helaba.de | wendy.yun@gs.com |
| vanessa.danner@lasallegts.com | wendy.yun@gs.com |
| vanessa.danner@lasallegts.com | wendy.yun@gs.com |
| vanessa.danner@lasallegts.com | wendy.yun@gs.com |
| vanessa.danner@lasallegts.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| verena.senne@de.pimco.com | wendy.yun@gs.com |
| veronique.deschepper@fortis.com | wendy.yun@gs.com |
| virginie.guerin-baechelen@dexia.com | wendy.yun@gs.com |
| virginie.guerin-baechelen@dexia.com | wendy.yun@gs.com |
| viryol@cmmabn.creditmutuel.fr | wendy.yun@gs.com |
| vivek.prashar@lloydsbanking.com | wendy.yun@gs.com |
| vivek.prashar@lloydsbanking.com | wendy.yun@gs.com |
| vivek.prashar@lloydsbanking.com | wendy.yun@gs.com |
| vivek.prashar@lloydsbanking.com | wendy.yun@gs.com |
| viviennechan@hsbc.com.hk | wendy.yun@gs.com |
| viviennechan@hsbc.com.hk | wendy.yun@gs.com |
| viviennechan@hsbc.com.hk | wendy.yun@gs.com |
| viviennechan@hsbc.com.hk | wendy.yun@gs.com |
| vstarr@woodsaitken.com | wendy.yun@gs.com |

LEHMAN BROTHERS HOLDINGS INC.

ACTIVE DERIVATIVE CLAIMS EMAIL SERVICE LIST

wendy.yun@gs.com
wendy.yun@gs.com
wendy.yun@gs.com
wendy.yun@gs.com
wendy.yun@gs.com
wendy.yun@gs.com
wendy.yun@gs.com
wernerhuang@megabank.com.tw
will.sugden@alston.com
will.sugden@alston.com
william.j.mosher@gsk.com
wschwartz@smithbreeden.com
wschwartz@smithbreeden.com
wslee@iprovest.com
wslee@iprovest.com
wuwei@cmbc.com.cn
wuwei@cmbc.com.cn
xandra.graneist@berlinhyp.de
xavier.brisset@bred.fr
xhu@bocusa.com
xhu@bocusa.com
xuhang@abchina.com
y.onishi@ana.co.jp
yamashiro@sumitomotrust.co.jp
yamashiro@sumitomotrust.co.jp
ycyly@law-firm.com.hk
ycyly@law-firm.com.hk
ycyly@law-firm.com.hk
ycyly@law-firm.com.hk
ydulabh@metlife.com
ygu.kang@winnet.co.kr
yoshitaka.mizuno@mizuho-sc.com
yoshitaka.mizuno@mizuho-sc.com
yves..carel@hsbcpb.com
zhaojiaxing@cdb.com.cn
zhaojiaxing@cdb.com.cn
zhaojingliang@citicbank.com
zhaojingliang@citicbank.com
ziad.banfi@kh.hu
zoltan.garajszki@erstebank.hu

# EXHIBIT B

OFFICE OF THE US TRUSTEE
TRACY HOPE DAVIS, ESQ.
ATTN: SUSAN GOLDEN
ANDREA B. SCHWARTZ, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| 801 GRAND CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SERIES 2006-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| 801 GRAND CDO SPC,FAO THE SERIES 2006-2 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE CDO I, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3), CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO I (AVIV LCDO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II | (PEBBLE CREEK 2007-1) CORP 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1) LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AKIN GUMP STRAUSS HAUER FELD LLP | ATTN: STEVEN PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH (COUNSEL FOR KOREAS NATL AGRICULTURAL COOP) ONE BRYANT PARK NEW YORK NY 10036 |
| AKIN GUMP STRAUSSE HAUER & FELD LLP | (COUNSEL TO: SHINHAN BANK ATTN: STEVEN M. PESNER, DEBORAH NEWMAN, ROXANNE TIZRAVESH ONE BRYANT PARK NEW YORK NY 10036 |
| ALSTON & BIRD LLP | (BANK OF AMERICA NA & MERRILL LYNCH) ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| ALSTON HUNT FLOYD & ING | 1001 BISHOP STREET 18TH FLOOR HONOLULU HI 96813 |
| ALTA CDO LLC, FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO LLC, FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| ALTA CDO SPC, F/A/O THE SERIES 2007-1 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| ALTA CDO SPC, F/A/O THE SERIES 2007-2 SEG. PORTF | C/O MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | ANTHONY W. CLARK, ESQ. SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ONE RODNEY SQUARE P.O. BOX 636 WILMINGTON DE 19899-0636 |
| AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS | AFLAC US AFLAC INCORPORATED 1932 WYNNTON RD. COLUMBUS GA 31999-0001 |
| AMERITAS LIFE INS. CORP. | DANIEL S. SHICK, ESQ. VICE PRESIDENT, ASSOCIATE GENERAL COUNSEL AMERITAS 1876 WAYCROSS RD. CINCINNATI OH 45240 |
| AMERITAS LIFE INS. CORP. | 5900 O. STREET LINCOLN NE 68506 |
| ANZ INVESTMENT BANK | 833 COLLINS STREET ANZ CENTRE, LEVEL 9 DOCKLANDS, MELBOURNE VIC 3008 AUSTRALIA |
| ANZ NOMINEES LIMITED | LEVEL 6 100 QUEEN STREET, MELBOURNE, VIC 3000 AUSTRALIA |
| ANZ NOMINEES LIMITED | ADRIAN KENNEDY, ESQ. CORPORATE LAWYER DISPUTE RESOLUTION GROUP AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED LEVEL 9A, 833 COLLINS STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| ARCHER & GRIENER, P.C. | COUNSEL TO: BANKAMERICA NATIONAL ASSOCIATION ATTN: JOHN V. FIORELLA, ESQ., STEPHEN M. PACKMAN ESQ. ONE CENTENNIAL SQUARE HADDONFIELD NJ 08033-3043 |
| ATLANTIC CENTRAL BANKERS BANK | 1400 MARKET STREET CAMP HILL PA 17011-4831 |
| ATLAS SPECIALTY INSURANCE LIMITED | (F/K/A AXIS SPECIALTY LTD. PIMCO HEDGE) CLAREDON HOUSE 2 CHURCH STREET 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| AVIV LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| AVIV LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| AVIV LCDO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| AXIS SPECIALTY LTD PIMCO HEDGE | CLAREDON HOUSE 2 CHURCH STREET HAMILTON HM 11 BERMUDA |
| BALBOA CDO I, CORP. | C/O THE CORPORATION TRUST COMPANY ATTN: PRESIDENT RE: BALBOA CDO I, LTD. CORPORATE TRUST CENTER, 1209 ORANGE STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| BALBOA CDO I, LTD. | C/O QSPV LTD. ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BANCO CREDITO DEL PERU | C/O SHEARMAN AND STERLING LLP ATTN: ANDREW V. TENZER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANCO CREDITO DEL PERU | C/O SHERMAN AND STERLING LLP 599 LEXIGTON AVE. ATTN:  ANDREW V. TENZER, ESQ. ATTN:  ANDREW V. TENZER, ESQ. NEW YORK NY 10522 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: ALEXANDER S. LORENZO 90 PARK AVENUE NEW YORK NY 10016 |
| BANK OF AMERICA N.A. | C/O ALSTON & BIRD LLP ATTN: JOHN C. WEITNAUER ONE ATLANTIC CENTER ATLANTA GA 30309-3424 |
| BANK OF AMERICA NATIONAL ASSOCIATION | 100 NORTH TRYON STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC CHARLOTTE NC 28255 |
| BANK OF NEW YORK MELLON | C/O REED SMITH LLP ATTN: ERIC A. SCHAFFER ESQ. 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON NATIONAL ASSOCIATION | ATTN: GENERAL COUNSEL OR CORPORATE EXECUTIVE ONE WALL STREET NEW YORK NY 10286 |
| BANK OF NY CORPORATE TRUSTEE SERVICES LIMITED | ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE C/O REED SMITH LLP NEW YORK NY 10022 |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | 36 NAN KING EAST ROAD SECTION 3 TAIPEI 10411 TAIWAN |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | INTERNATIONAL BANK OF TAIPEI 26 NAN KING EAST ROAD SECTION 3 TAIPEI CITY 10411 TAIWAN, R.O.C. |
| BANK SINOPAC (F/K/A INTERNATIONAL BANK OF TAIPEI) | BERNARD J. COONEY, ESQ. LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BARCLAYS BANK PLC | C/O SULLIVAN & CROMWELL LLP ATTN: ROBINSON B. LACY 125 BROAD ST NEW YORK NY 10004 |
| BARCLAYS BANK PLC | C/O ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| BARCLAYS CAPITAL, INC. | 745 SEVENTH AVE NEW YORK NY 10019 |
| BARTON SPRINGS CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-1 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BARTON SPRINGS CDO SPC, FAO THE SERIES 2005-2 | SEG. PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BASIS CAPITAL PTY LIMITED | LEVEL 13 REGUS MACQUARIE HOUSE 167 MACQUARIE STREET SYDNEY NSW-2000 AUSTRALIA |
| BELLE HAVEN ABS CDO 2005-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |

| Claim Name | Address Information |
|---|---|
| BELLE HAVEN ABS CDO 2005-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BELLE HAVEN ABS CDO 2006-1, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| BELLE HAVEN ABS CDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BENEFICIAL FINANCIAL GROUP | 150 SOCIAL HALL AVENUE SALT LAKE CITY UT 84136 |
| BERYL FINANCE LIMITED SERIES 2007-17 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LIMITED SERIES 2007-18 | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005- 11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2005-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2006-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LTD. | STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-4 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-7 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-11 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-12 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-13 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BERYL FINANCE LTD. | AS ISSUER OF SERIES 2008-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BIG HORN CDO 2007-1-COLLATERAL | BIG HORN STRUCTURED FUNDING CDO 2007-1 MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1002 CAYMAN ISLANDS |
| BINGHAM MCCUTCHEN LLP | COUNSEL: BANK OF FUKUOKA, CONTINENTAL LIFE, PUTNAM FIDUCIARY MODERN WOODMEN OF AMERICA, PHOENIX LIFE INS, SUN LIFE ASSURANCE ATTN: JOSHUA DORCHAK, PATRICK FANG 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | HAROLD S. HORWICH COUNSEL: CONTINENTAL LIFE, PUTNAM FIDUCIARY, MODERN WOODMEN OF AMERICA PHOENIX LIFE INS, UBS LONDON/SECURITIES/FIXED INCOME, SUNE LIFE ASSUR. ONE STATE STREET HARTFORD CT 06103-3178 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | C/O KEVIN M. STANKO 600 LAFAYETTE EAST SUITE 1925 DETROIT MI 48226 |
| BLUE CROSS AND BLUE SHIELD OF MICHIGAN | 600 LAFAYETTE EAST SUITE 1929 DETROIT MI 48226 |
| BLUE HERON FUNDING II, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING II, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING IX, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING IX, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING V, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| BLUE HERON FUNDING V, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VI, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VI, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE HERON FUNDING VII, LTD. | STEVEN J. FINK, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| BLUE HERON FUNDING VII, LTD. | C/O UNITED CORPORATE SERVICES, INC. 874 WALKER ROAD, SUITE C DOVER DE 19904 |
| BLUE POINT CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SERIES 2005-2 LLC | C/O DONALD J. PUGLISI & ASSOCIATES 850 LIBRARY AVENUE, SUITE 204 NEWARK DE 19711 |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BLUE POINT CDO SPC, F/A/O THE SERIES 2005-2 | SEG PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BNY CORPORATE TRUSTEE SERVICES LIMITED | ONE CANADA SQUARE ATTN: GENERAL COUNSEL OR CORPORATE EXEC LONDON, E14 5AL UNITED KINGDOM |
| BONNIE BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| BONNIE BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| BPCE | (SUCCESSOR TO GROUPE CAISSE D'EPARGNE) ATTN:  MR. NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRODERICK CDO 3, LTD. | WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN GEORGE TOWN, GRAND CAYMAN ISLAN DS KY1-9002 CAYMAN ISLANDS |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: INGRID BAGBY, ESQ (COUNSEL: CUTWATER ASSET MANAGEMENT) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CANNINGTON FUNDING, LTD. | 281 TRESSER BLVD. TWO STAMFORD PLAZA, SUITE 1102 STAMFORD CT 06901 |
| CANNINGTON FUNDING, LTD. | DANIEL N. JOCELYN, ESQ. MCDERMOTT WILL & EMERY LLP 340 MADISON AVENUE NEW YORK NY 10173 |
| CHAPMAN & CUTLER LLP | ATTN: LAURA APPLEBY (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN & CUTLER LLP | ATTN: JEFFREY G. CLOSE & JEREMY D. SCHREIBER (COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II) 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP | CRAIG PRICE, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE & RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 330 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10017-5010 |
| CHAPMAN AND CUTLER LLP | JAMES E. SPIOTTO, ESQ., ANN E. ACKER, ESQ. FRANKLIN H. TOP, III, ESQ., JAMES HEISNER, ESQ. COUNSEL TO U.S. BANK N.A., AS TRUSTEE AND RACERS 2006-18-C SERIES TRUSTS & RACERS 2006-20-AT TRUST 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHERRY HILL CDO LLC FOR SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO LLC FOR SERIES 2007-2 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHERRY HILL CDO SPC, F/A/O THE SERIES 2007-2 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHEYNE CLO INVESTMENTS I LTD. | JEFFREY BRONHEIM, ESQ. STOMOWAY HOUSE 13 CLEVELAND ROW LONDON SW1A 1DH GREAT BRITAIN |
| CHEYNE CLO INVESTMENTS I LTD. | ATTN: CAROLINE MCGONAGLE C/O CHARTERED CORPORATE SERVICES TANEY HALL EGLINTON TERRACE DUNDRUM DUBLIN 14 IRELAND |
| CITIBANK, N.A | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: STEPHEN J. SHIMSHAK ESQ. DOUGLAS DAVIS ESQ. & CLAUDIA HAMMERMAN ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-606 |

| Claim Name | Address Information |
|---|---|
| CITICORP NOMINEES PTY LTD. | CITICORP NOMINEES PTY LIMITED GPO BOX 764G MELBOURNE, VIC 300 AUSTRALIA |
| CITICORP NOMINEES PTY LTD. | JEFFREY W. GETTLEMAN, ESQ. KIRKLAND & ELLIS LLP 300 NORTH LA SALLE STREET CHICAGO IL 60654 |
| CITIGROUP GLOBAL MARKETS, INC. | CITIGROUP GLOBAL MARKETS INC. 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP GLOBAL MARKETS, INC. | ELIZABETH HAMMERMAN, ESQ. WILLIAM CLAREMAN, ESQ. PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITY OF PHILADELPHIA BOARD OF | PENSIONS AND RETIREMENT 2 PENN CENTER PLAZA, 16TH FLOOR ATTN: CHRIS MCDONOUGH, CHIEF INVESTMENT OFFICER PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | C/O CHRIS MCDONOUGH 2 PENN CENTER PLAZA, 16TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF PHILADELPHIA PERS | CHRISTOPHER DIFUSCO - DIVISIONAL DEPUTY SOLICITOR DEPUTY CITY SOLICITOR PENSION & INVESTMENT UNIT CITY OF PHILADELPHIA LAW DEPARTMENT 1515 ARCH STREET, 17TH FLOOR PHILADELPHIA PA 19102 |
| CITY OF SOMERVILLE | DAVID P SHAPIRO, ASSISTANT CITY SOLICITOR 93 HIGHLAND AVENUE SOMERVILLE MA 02143 |
| CITY OF SOMERVILLE RETIREMENT SYSTEM | C/O MARY PHINNEY CITY HALL ANNEX 50 EVERGREEN AVE. 50 EVERGREEN AVE. SOMERVILLE MA 02145 |
| CLASS V FUNDING III, CORP. | BANK OF AMERICA, N.A. AS FORMER TRUSTEE C/O MICHAEL E. JOHNSON, ESQ. ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10016 |
| CLASS V FUNDING III, CORP. | C/O THE CORPORATION TRUST COMPANY 1209 ORANGE STREET WILMINGTON DE 19801 |
| CLASS V FUNDING III, LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| CLEARSTREAM BANKING SA | ATTN: JEFFREY TESSLER, CEO 42 AVENUE JF KENNEDY LUXEMBOURG L-1855 LUXEMBOURG |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. 10 EXCHANGE PLACE, 16TH FLOOR JERSEY CITY NJ 07302 |
| COOPERATIEVE CENTRALE RAIFFEISEN- | BOERENLEENBAK, B.A. ROBERT GUTTMANN, ESQ. ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVENUE NEW YORK NY 10022 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK, | B.A. ATTN: DAVID DIETZ, CFO 245 PARK AVENUE NEW YORK NY 10167-3700 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBAK, B. | C/O  ZEICHNER ELLMAN & KRAUSE LLP ATTN: ROBERT GUTTMANN ESQ 575 LEXINGTON AVENUE NEW YORK NY 10022 |
| COPPER CREEK CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| COPPER CREEK CDO SPC, F/A/O SERIES 2007-1 | SEG PORTF, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| COUNTRY LIFE INSURANCE COMPANY | 1701 N. TOWANDA AVENUE ATTN:  KURT F. BOCK BLOOMINGTON IL 61701-2057 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A CALYON NEW YORK) C/O ANDREW BROZMAN, ESQ. CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: JEAN FRANCOIS DEROCHE, SENIOR REGIONAL OFFICER 1301 AVENUE OF THE AMERICAS -15TH FLOOR NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | (F/K/A/ CALYON), C/O CLIFFORD CHANCE ATTN: ANDREW BRONZMAN; ANTHONY CANDIDO; SARAH TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| CROWN CITY CDO 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| CROWN CITY CDO 2005-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| CROWN CITY CDO 2005-2 LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| DECHERT LLP | GARY J. MENNITT COUNSEL: FORWARD FUNDS & FORWARD INVESTMENT GRADE FIXED INCOME) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | HOLLACE TOPOL COHEN, ESQ. TROUTMAN & SANDERS LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DEPPING 1999 INVESTMENT LIMITED PARTNERSHIP | DEPPING 1999 INVESTMENT LIMITED 3 FIXED MARGIN ATTN:  THOMAS DEPPING 5602 RAPIDBROOK KINGWOOD TX 77345-1922 |
| DEUTSCHE APOTHEKER-UND ARZTEBANK | RICHARD-OSKAR-MATTERN-STRABE 6 ATTN: GERHARD K. GIRNER, MANAGING MEMBER DUSSELDORF 40547 GERMANY |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE ATTN: COLIN GRASSIE, CEO 1 GREAT WINCHESTER STREET LONDON EC2N 2DB GREAT BRITAIN |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 60 WALL STREET MS NYC60-2606 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: DAVID H. LEE & CHRISTOPHER DESIDERIO 437 MADISON AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O NIXON PEABODY, LLC ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN 100 SUMMER STREET BOSTON MA 02110 |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2005-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIADEM CITY CDO LTD. | AS ISSUER OF SERIES 2008-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, INC. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| DIVERSEY HARBOR ABS CDO, INC. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| DIVERSEY HARBOR ABS CDO, LTD. | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| DIVERSEY HARBOR ABS CDO, LTD. | U.S. BANK, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| EASTERN METROPOLITAN REGIONAL COUNCIL | ATTN: PETER B. SCHNEIDER 1ST FLOOR, ASCOT PLACE 226 GREAT EASTERN HWY BELMONT, WA 6104 AUSTRALIA |
| EDISON INTERNATIONAL | C/O VIVKI KAISER; LEON BASS JR. P.O. BOX 800 2244 WALNUT GROVE AVENUE ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | C/O VIVKI KAISER P.O. BOX 800 2244 WALNUT GROVE AVE. ROSEMEAD CA 91770 |
| EDISON INTERNATIONAL | P.O. BOX 976 ROSMEAD CA 91770 |
| EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C. | ATTN: ERIC P. HEICHEL COUNSEL TO: CEDE & CO AS NOMINEE FOR THE DEPOSITORY TRUST COMPANY 805 THIRD AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ELLIOT ASSOCIATES, INC. L.P. | C/O KLEINBERG KAPLAN WOLFF & COHEN P.C.; ATTN: DAVID PARKER 551 5TH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| EMBASSY & CO. | C/O U.S. BANK CORPORATE TRUSTEE SERVICES 60 LIVINGSTONE AVENUE ST. PAUL MN 55107 |
| ENSIGN PEAK ADVISORS | JOSHUA DOCHACK PATRICK S. FANG BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| ENSIGN PEAK ADVISORS INC. | ATTN; ROGER G. CLARK, PRESIDENT 50 E. NORTH TEMPLE 2WW SALT LAKE CITY UT 84150 |
| ERMAN, TEICHER, MILLER, | ZUCKER & FREEDMAN, P.C. EARLE I. ERMAN COUNSEL FOR MICHIGAN CARPENTERS' PENSION FUND 400 GALLERIA OFFICENTRE, SUITE 444 SOUTHFIELD MI 48034 |
| EUROAMERICA SEGUROS DE VIDA SA | AV. APOQUINDO 3885 PISO 19 LAS CONDES SANTIAGO CHILE |
| EUROCLEAR BANK SA/NV | BOULEVARD DU ROI ALBERT II 1 ATTN: TIM HOWELL, CEO BRUXELLES 1210 BELGIUM |
| EXUM RIDGE CBO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2006-1, LTD. | CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-4, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2006-5, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| EXUM RIDGE CBO 2007-2, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| FAR GLORY LIFE INSURANCE CO., LTD. | 200 KEELUNG ROAD 18F SEC 1 TAIPEI 11042 TAIWAN |
| FAXTOR SECURITIES BV | STRAWINSKYLAAN 361 1077 XX AMSTERDAM NETHERLANDS |
| FIRST TRUST STRATEGIC HIGH INCOME I | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME I | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME II | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME II | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FIRST TRUST STRATEGIC HIGH INCOME III | 120 E. LIBERTY DR. ATTN: JAMES A. BOWEN, CEO WHEATON IL 60187 |
| FIRST TRUST STRATEGIC HIGH INCOME III | JEFFREY G. CLOSE, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| FREEDOM PARK CDO SERIES 2005-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FREEDOM PARK CDO SERIES 2005-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| FROST BROWN TODD LLC | ATTN: NELSON D. ALEXANDER NORTH ILLINOIS STREET, SUITE 1900 P.O. BOX 44961 INDIANAPOLIS IN 46244-0961 |
| FULLERTON DRIVE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| FULLERTON DRIVE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| FULTON STREET CDO CORP. | FULTON STREET CDO FUNDING CORP. C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| GARADEX INC. | C/O EDWARD A. SMITH, ESQ. VENABLE LLP ROCKEFELLER CENTER ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 25TH FLOOR NEW YORK NY 10020 |
| GARADEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | C/O VENABLE LLP 1270 AVENUE OF THE AMERICAS ATTN: MARGALIT A. MOCHE, ESQ. |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GATEX PROPERTIES INC. | ATTN: MARGALIT A. MOCHE, ESQ. NEW YORK NY 10020 |
| GATEX PROPERTIES INC. | EDWARD A. SMITH, ESQ. VENABLE LLP 1270 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| GATEX, INC | C/O VENABLE LLC ATTN: EDWARD A. SMITH, ESQ ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS 25TH FLOOR NEW YORK NY 10020 |
| GEMSTONE CDO VI CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GEMSTONE CDO VI LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GENWORTH LIFE AND ANNUITY INSURANCE CO. | DAVID B. ZOFFER, ESQ. GENWORTH FINANCIAL DEPUTY GENERAL COUNSEL – LITIGATION 6620 WEST BROAD STREET, BUILDING 2 RICHMOND VA 23230 |
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY | 6620 WEST BROAD STREET ATTN: PAMELA S. SCHUTZ, CEO RICHMOND VA 23230 |
| GEOMETRIC ASSET FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| GLEN R. COPELAND | ASSISTANT VICE-PRESIDENT & SENIOR COUNSEL LAW DEPARTMENT SUN LIFE ASSURANCE COMPANY OF CANADA 150 KING STREET WEST, SUITE 1400 TORONTO ON M5H 1J9 CANADA |
| GOLDMAN SACHS INTERNATIONAL | 133 FLEET STREET ATTN: MICHAEL S. SHERWOOD, CO-CEO LONDON EC4A 2BB UNITED KINGDOM |
| GOLDMAN, SACHS & CO. | CARMINE D. BOCCUZZI, JR., ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006-1470 |
| GOLDMAN, SACHS & CO. | 200 WEST STREET ATTN: LLOYD C. BLANKFEIN, CEO NEW YORK NY 10282 |
| GORDON RAUSSER | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (DEFINED BENEFIT PENSION PLAN) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GORDON RAUSSER (IRA) | UNIVERSITY OF CALIFORNIA 207 GIANNINI HALL MC 3310 BERKELEY CA 94720 |
| GORDON RAUSSER (IRA) | 207 GIANNINI HALL, MC 3310 UNIVERSITY OF CALIFORNIA BERKELEY CA 94720-3310 |
| GRAND AVENUE CDO III | GRAND AVENUE CDO III, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLAN KY1-1102 CAYMAN ISLANDS |
| GREYSTONE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| GREYSTONE CDO SERIES 2006-2 LLC | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET WILMINGTON DE 19801 |
| GREYSTONE CDO SERIES 2008-4 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FAO THE SERIES 2006-2 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| GREYSTONE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-4 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| GUO HUA LIFE INSURANCE, LTD. | 3F 42 CHUNG SHAN NORTH ROAD SECTION 2 TAIPEI TAIWAN |
| GUOHUA LIFE INSURANCE CO. LTD. | SHANGHAI WORLD FINANCIAL CENTER NO.100, CENTURY AVE. PUDONG NEW AREA PUDONG NEW AREA SHANGHAI CHINA |
| HAVENROCK II LIMITED | 26 NEW STREET ST. HELIER, JERSEY JE2 3RA CHANNEL ISLANDS |
| HELIOS ADVANTAGE INCOME FUND INC. | (F/K/A RMK ADVANTAGE INCOME FUND, INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS HIGH INCOME FUND INC. | (F/K/A RMK HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |

| Claim Name | Address Information |
|---|---|
| HELIOS MULTI-SECTOR HIGH INCOME FUND INC. | (F/K/A RMK MULTI-SECTOR HIGH INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HELIOS STRATEGIC INCOME FUND INC. | (F/K/A RMK STRATEGIC INCOME FUND INC.) C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET, SUITE 1660 BALTIMORE MD 21202 |
| HHE PARTNERSHIP LP | 2700 DELK ROAD, SUITE 100 MARIETTA GA 30067 |
| HOGAN LOVELLS US LLP | COUNSEL TO: SCOR REINSURANCE COMPANY ATTN: PETER A. IVANICK, ANDREW BEHRMAN, HUGH F. HILL 875 THIRD AVENUE NEW YORK NY 10022 |
| HSBC ISSUER SERVICES COMMON DEPOSITORY | NOMINEE (UK) LIMITED 8 CANADA SQUARE ATTN: MICHAEL ANTHONY MCPOLIN, DIRECTOR LONDON E14 5HQ UNITED KINGDOM |
| ICE MILLER LLP | COUNSEL TO ILLINOIS MUNICIPAL RETIREMENT FUND ATTN: DANIEL R. SWETMAN 250 WEST STREET, SUITE 700 COLUMBUS OH 43215 |
| IHOR G. RAKOWSKY, ESQ. | DIRECTOR AND ASSOCIATE GENERAL COUNSEL CITI ALTERNATIVE INVESTMENTS 731 LEXINGTON AVENUE, 23RD FLOOR NEW YORK NY 10022 |
| IKB DEUTSCHE INDUSTRIEBANK | WLLHELM-BOTZKES STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | ATTN: GUNTHER BRAUNIG, CEO WILHELM-BOZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | RICHARD F. SCHWED, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ILLINOIS MUNICIPAL RETIREMENT FUND | C/O ICE MILLER LLP ATTN: DANIEL R. SWETNAM ESQ 250 WEST ST STE 700 COLUMBUS OH 43215 |
| INFORMATION SECURITY FORUM LIMITED | 10-18 UNION STREET LONDON SE1 1SZ UNITED KINGDOM |
| INTEGRA CANADIAN FIXED INCOME PLUS FUND | C/O INTEGRA CAPITAL QUEBEC CORPORATION 2020 WINSTON PARK SUITE 200 SUITE 200 OAKVILLE ON L6H 6X7 CANADA |
| J.P. MORGAN SECURITIES, LTD. | 120 LONDON WALL ATTN: CONNOR SHERRARD, EXECUTIVE DIRECTOR LONDON EC2Y 5ET UNITED KINGDOM |
| JA HOKKAIDO SHINREN | JA – HOKKAIDO SHINREN 1-1, KITA 4 JO-NISHI CHUO-KU, SAPPORO CITY HOKKAIDO 060-0004 JAPAN |
| JA HOKKAIDO SHINREN | 245 PARK AVE. NEW YORK NY 10167-0104 |
| JEFFERSON VALLEY CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| JEFFERSON VALLEY CDO SPC-FAO THE SERIES 2006-1 | SEGR PORTF C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| JOHN T. UNGER, ESQ. | THE EDELMAN FINANCIAL GROUP (SMH CAPITAL ADVISORS) 600 TRAVIS STREET, SUITE 5800 HOUSTON TX 77002 |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JP MORGAN SECURITIES, L.L.C. | J.P. MORGAN SECURITIES L.L.C. C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| JP MORGAN SECURITIES, L.L.C. | IAN BOCZKO, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | 1111 POLARIS PARKWAY ATTN:  JAMES DIMON, CEO COLUMBUS OH 43240 |
| JUDITH M ROSENBERG | CHIEF COMPLIANCE OFFICER 101 CALIFORNIA STREET 16TH FLOOR SAN FRANCISCO CA 94111 |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| JUPITER QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2004-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| KINGS RIVER LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| KINGS RIVER LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO II FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO II FUNDING CORP. C/O FRANKLIN H. TOP, III |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| KLIO II FUNDING CORP. | CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| KLIO III FUNDING CORP. | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVE., SUITE 204 NEWARK DE 19711 |
| KLIO III FUNDING CORP. | U.S. BANK AS TRUSTEE FOR KLIO III FUNDING CORP. C/O FRANKLIN H. TOP, III CHAPMAN & CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| LAKEVIEW CDO LLC SERIES 2007-1 | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-2 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO LLC, FOR THE ACCOUNT OF | THE SERIES 2007-3 SEGREGATED PORTFOLIO C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-1 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-2 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LAKEVIEW CDO SPC, FAO THE SERIES 2007-3 SEGR PORTF | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| LANCER FUNDING II LTD. | LANCER FUNDING II, LTD. C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| LANCER FUNDING II, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| LANCER FUNDING II, LLC | LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR LANCER FUNDING II, LLC 540 WEST MADISON STREET, SUITE 500 CHICAGO IL 60661 |
| LIBERTY SQUARE CDO I, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO I, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIBERTY SQUARE CDO II, CORP. | 1209 ORANGE STREET ATTN: PRESIDENT RE: LIBERTY SQUARE CDO I, LIMITED ATTN: GENERAL COUNSEL OR CORPORATE EXEC WILMINGTON DE 19801 |
| LIBERTY SQUARE CDO II, LTD. | QSPV LTD. P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH ST. ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LIFEPLAN AUSTRALIA FRIENDLY SOCIETY LTD. | LEVEL 14 114 ALBERT ROAD ATTN: ROHAN MEAD, MANAGING DIRECTOR SOUTH MELBOURNE, VIC 3205 AUSTRALIA |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | 1300 SOUTH CLINTON ST ATTN: DENNIS R. GLASS, CEO* FORT WAYNE IN 46802 |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-5 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LION CITY CDO LTD. | AS ISSUER OF SERIES 2006-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET UGLAND HOUSE, SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1104 CAYMAN ISLANDS |
| LONG ISLAND INTERNATIONAL LIMITED | ROBINSON B. LACY, ESQ. SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004-2498 |
| LONGSHORE CDO FUNDING 2007-3, LTD. | DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 171 ELGIN AVE., BOUNDARY HALL, 171 ELGIN AVE., BOUNDARY HALL, CRICKET SQUARE GRAND CAYMAN, KY1-1104 CAYMAN ISLANDS |
| LORELEY FINANCING (JERSEY) NO. 15 LIMITED | LORELEY FINANCING (JERSEY) 15 LIMITED 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LORELEY FINANCING (JERSEY) NO. 9 LIMITED | 26 NEW ST. ST. HELIER JERSEY JE2 3RA CHANNEL ISLANDS |
| MACQUARIE BANK LTD. O/A MACQUARIE PRISIM | P/L ALTERNATIVE INVESTMENT A/C NO. 1 MARTIN PLACE ATTN: NICHOLAS MOORE, EXECUTIVE DIRECTOR SYDNEY, NSW 2000 AUSTRALIA |
| MAGNETAR CAPITAL MASTER FUND, LTD | C/O SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA ESQ 787 SEVENTH AVE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION FUND II LTD. | MAGNETAR CONSTELLATION FUND II, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION FUND II LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | MAGNETAR CONSTELLATION MASTER FUND III, LTD. C/O MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND III LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | MAGNETAR CONSTELLATION MASTER FUND, LTD. C/O CITCO FUND SERVICES (CAYMAN ISLANDS) LIMITED 89 NEXUS WAY, 2ND FLOOR CAMANA BAY P.O. BOX 31106 GRAND CAYMAN KY1-1205 CAYMAN ISLANDS |
| MAGNETAR CONSTELLATION MASTER FUND LTD. | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAPLES AND CALDER | P.O. BOX 309GT UGLAND HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| MARINER LDC | C/O STUARTS CORPORATE SERVICES LTD. P.O. BOX 2510 4TH FLOOR, CAYMAN FINANCIAL CENTER 4TH FLOOR, CAYMAN FINANCIAL CENTER 36A DR. ROY'S DRIVE CAYMAN ISLANDS KY1-1105 CAYMAN ISLANDS |
| MARINER-TRICADIA CREDIT STRATEGIES | MASTER FUND, LTD. ATTN: LAWRENCE V. GELBER, MEGHAN M. BREEN C/O SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| MARSH & MCLENNAN MASTER RETIREMENT TRUST | 1166 AVENUE OF THE AMERICAS ATTN: BRIAN DUPERREAULT, CEO NEW YORK NY 10036 |
| MASTER TRUST BANK OF JAPAN LTD. | MTBJ BLDG., 2-11-3 ATTN: TOSHIO KOYAMA, CHAIRMAN HAMAMATSUCHO, MINATO-KU TOKYO 105-8579 JAPAN |
| MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR | SBC MASTER PENSION TRUST 201 WASHINGTON STREET ATTN: JAMES P. PALERMO, PRESIDENT* BOSTON MA 02108 |
| MERRILL LYNCH INTERNATIONAL GLOBAL EQUITY FINANCE | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MERRILL LYNCH PIERCE FENNER & SMITH/FIXED INCOME | ALEXANDER S. LORENZO ALSTON & BIRD LLP 90 PARK AVENUE NEW YORK NY 10011 |
| MIZUHO INTERNATIONAL PLC | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MKP VELA CBO LTD. | MKP VELA CBO LTD C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONEYGRAM SECURITIES LLC | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONEYGRAM SECURITIES LLC | PHILLIP BOHL, ESQ. GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. 500 IDS CENTER 80 SOUTH 8TH STREET MINNEAPOLIS MN 55402 |
| MONTROSE HARBOR CDO I, INC. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD SUITE 400 WILMINGTON DE 19808 |
| MONTROSE HARBOR CDO I, INC. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, INC. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| MONTROSE HARBOR CDO I, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| MONTROSE HARBOR CDO I, LTD. | U.S. BANK AS TRUSTEE FOR MONTROSE HARBOR CDO I, LTD. C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY & CO. INC N/K/A MORGAN STANLEY & CO | VENABLE LLP EDWARD A SMITH & RISHI KAPOOR ROCKEFELLER CENTER 1270 AVENUE OF THE AMERICAS, 24TH FLOOR NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | BRENDAN SNODGRASS, ESQ. VICE PRESIDENT, LEGAL AND COMPLIANCE DIVISION 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INCORPORATED | 1585 BROADWAY ATTN: STEVEN CRAWFORD, CFO NEW YORK NY 10036 |
| MORGAN, LEWIS & BOCKIUS LLP | ANDREW D. GOTTFRIED, PATRICK D FLEMING (COUNSEL TO SUSQUEHANNA AND SBSI) 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MULBERRY STREET CDO, LTD. | PO BOX 1093GT, QUEENSGATE HOUSE SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| NATIONAL NOMINEES LIMITED | 500 BOURKE STREET LEVEL 12 MELBOURNE VIC 3000 AUSTRALIA |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE LIFE INSURANCE COMPANY | A.N. ERIC HENRICKS, ESQ. OFFICE OF THE CHIEF LEGAL GOVERNANCE OFFICER ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| NATIONWIDE LIFE INSURANCE COMPANY | C/O CT CORPORATION SYSTEM 1300 EAST NINTH STREET CLEVELAND OH 44114 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | JAMES HANEY, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NATIONWIDE MUTUAL LIFE INSURANCE CO. | NATIONWIDE MUTUAL LIFE INSURANCE COMPANY C/O LINDA WONG, ESQ. WONG FLEMING, P.C. 821 ALEXANDER ROAD, SUITE 150 P.O. BOX 3663 PRINCETON NJ 08543 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: CHRISTOPHER M. DESIDERIO, DAVID H. LEE 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | COUNSEL TO: DEUTSCHE BANK ATTN: AMANDA D. DARWIN RICHARD C. PEDONE 100 SUMMER STREET BOSTON MA 02110 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) C/O ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD, LLP ONE BRYANT PARK NEW YORK NY 10036 |
| NONGHYUP BANK (F/K/A KOREA'S NATIONAL | AGRICULTURAL COOPERATIVE FEDERATION) ROXANNE TIZRAVESH, ESQ. DEBRA NEWMAN, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | C/O OHIO ATTORNEY GENERAL MIKE DEWINE 30 E. BROAD ST., 14TH FLOOR COLUMBUS OH 43215 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | 2711 EAST TOWN STREET COLUMBUS OH 43215-4642 |
| OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM | NELSON ALEXANDER, ESQ. FROST BROWN TODD LLC 201 NORTH ILLINOIS STREET SUITE 1900 INDIANAPOLIS IN 46204-4236 |
| OHIO STATE UNIVERSITY | C/O GARY LEIMBACH RIVERWATCH TOWER, SUITE B 364 WEST LANE AVENUE 364 WEST LANE AVENUE COLUMBUS OH 43201-4340 |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/5.OG 1010 VIENNA AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) HOHENSTAUFENGASSE 10/F.0G VIENNA 1010 AUSTRIA |
| OMICRON INVESTMENT MANAGEMENT GMBH | (F/K/A UNIQA ALTERNATIVE INVESTMENTS GMBH) VINCENT J. ROLDAN, ESQ. DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2004-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2005-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2006-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| ONYX FUNDING LTD. | AS ISSUER OF SERIES 2008-1 WALKERS SPV LIMITED WALKER HOUSE, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN |

| Claim Name | Address Information |
|---|---|
| ONYX FUNDING LTD. | ISLANDS |
| OSDF, LTD. | P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PANTERA VIVE CDO F/A/O THE SERIES 2007-1 | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PANTERA VIVE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PB CAPITAL CORPORATION | C/O SEWARD & KISSEL LLP ATTN: JOHN R. ASHMEAD ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PB CAPITAL CORPORATION | C/O JOHN R. ASHMEAD, ESQ. SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2003-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEARL FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| PEBBLE CREEK LCDO 2006-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2006-1, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-2, LLC | DEUTSCHE INTL CORPORATE SERVICES (DELAWARE) 1011 CENTRE RD. SUITE 200 WILMINGTON DE 19805 |
| PEBBLE CREEK LCDO 2007-2, LTD., | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 BOUNDARY HALL, CRICKET SQUARE 171 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| PEBBLE CREEK LCDO 2007-3, LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| PENN'S LANDING CDO LLC | C/O PUGLISI & ASSOCIATES 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PENN'S LANDING CDO SPC, F/A/O THE SERIES 2007-1 | SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2001-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-1 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PHOENIX 2002-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| PHOENIX 2002-2 LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| PINNACLE POINT FUNDING CORP. | C/O THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE STREET 1209 ORANGE STREET WILMINGTON DE 19801 |
| PINNACLE POINT FUNDING LTD. | C/O MAPLESFS LIMITED P.O. BOX 1093 QUEENSGATE HOUSE QUEENSGATE HOUSE 113 SOUTH CHURCH STREET CAYMAN ISLANDS KY1-1102 CAYMAN ISLANDS |
| PPL SERVICES CORPORATION MASTER TRUST | C/O THE BANK OF NEW YORK MELLON, NATIONAL ASSOCIATION AS TRUSTEE THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 THE BANK OF NEW YORK MELLON CENTER, ROOM 0625 PITTSBURGH PA 15258-0001 |
| PRINCIPAL LIFE INSURANCE COMPANY | C/O CORPORATION SERVICE COMPANY 505 5TH AVENUE, SUITE 729 DES MOINES IA 50309 |
| PRINCIPAL LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2002-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET CAYMAN ISLANDS KY1-9001 CAYMAN ISLANDS |
| PUTNAM STRUCTURED PRODUCT CDO 2003-1 LTD. | U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE C/O FRANKLIN H. TOP, III, ESQ. CHAPMAN AND CUTLER LLP 111 WEST MONROE STREET CHICAGO IL 60603 |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2003-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | AS ISSUER OF SERIES 2005-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| QUARTZ FINANCE PLC | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTRE DUBLIN 1 IRELAND |
| RAACLC TRUST, SERIES 2003-A | C/O DEUTSCHE BANK TRUST COMPANY AMERICAS TRUST & SECURITIES SERVICES ATTENTION: JIM DELLA SALA 60 WALL STREET NEW YORK NY 10005 |
| RACE POINT IV CLO, LTD. | C/O WALKERS SPV LIMITED WALKER HOUSE, MARY STREET, P.O. BOX 908 GT ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| RBS GLOBAL BANK & MARKETS | HENRY J. RICARDO, ESQ. DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: JOHN HOURICAN, CEO BRISBANE, QLD 4000 AUSTRALIA |
| RBS MORGANS LIMITED | LEVEL 29, 123 EAGLE STREET, GPO BOX 202 ATTN: BRIAN SHEAHAN, MANAGING DIRECTOR BRISBANE, QLD 4000 AUSTRALIA |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, MICHAEL J. VENDITTO COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LIMITED 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO, ESQ (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL VENDITTO (COUNSEL TO THE BANK OF NEW YORK MELLON) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BANK OF NEW YORK MELLON & BNY CORPORATE TRUSTEE SERVICES LTD.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY NATIONAL ASSOC.) 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 2001 MARKET STREET, SUITE 1500 ATTN: LAWRENCE E. DAURELLE, PRESIDENT & DIRECTOR PHILADELPHIA PA 19103 |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | JOEL S. FELDMAN, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06- 1-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-II TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-1-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-I TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-II TRUST C/O U.S. BANK NATIONAL |

| Claim Name | Address Information |
|---|---|
| RESTRUCTURED ASSET CERTIFICATES WITH | ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-18-C ABX-A06-2-III TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-20AT TRUST C/O U.S. BANK NATIONAL ASSOCIATION 100 WALL ST., 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10005 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-19-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2005-21-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2006-1-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2007-4-C TRUST C/O U.S. BANK NATIONAL ASSOCIATION 1 FEDERAL ST 3RD FL-MAIN STAT. EX-MA-FED BOSTON MA 02110 |
| RGA REINSURANCE CO. | DANIEL T. GLOWSKI, VICE PRESIDENT AND ASSISTANT GENERAL COUNSEL RGA REINSURANCE COMPANY 1370 TIMBERLAKE MANOR PARKWAY CHESTERFIELD MO 63017 |
| RGA REINSURANCE CO. | C/O CT CORPORATION SYSTEM 120 SOUTH CENTRAL AVENUE, SUITE 400 ATTN: DANIEL T. GLOWSKI, VP & ASST. GEN. COUNSEL CLAYTON MO 63105 |
| RGA REINSURANCE COMPANY, INC. | C/O PATTY TOMASCO JACKSON WALKER LLP 100 CONGRESS AVENUE, SUITE 1100 AUSTIN TX 78701 |
| ROYAL BANCSHARES OF PENNSYLVANIA | JAMES L. GARRITY, JR., ESQ. MORGAN, LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178-0060 |
| ROYAL BANCSHARES OF PENNSYLVANIA | 732 MONTGOMERY AVENUE ATTN: ROBERT R. TABAS, CEO NARBETH PA 19072 |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2004-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2006-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2007-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2006-4 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, F/A/O THE SERIES 2007-1 | WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| RUBY FINANCE PLC, FOR THE ACCOUNT OF THE | SERIES 2005-1, WEST BLOCK BUILDING INTERNATIONAL FINANCIAL SERVICES CENTER DUBLIN 1 IRELAND |
| SAFETY NATIONAL CASUALTY CORPORATION | SIMONE R. BONNET, ESQ. SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SAFETY NATIONAL CASUALTY CORPORATION | 1832 SCHUETZ ROAD ATTN: MARK WILHELM, CEO ST. LOUIS MO 63146 |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2004-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-4 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC | SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2005-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-2 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-3 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2006-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-5 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2007-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-1 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-6 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-7 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-8 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-9 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-10 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-11 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-12 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SAPHIR FINANCE PLC | AS ISSUER OF SERIES 2008-13 AIB INTERNATIONAL CENTRE INTERNATIONAL FINANCIAL SERVICES CENTER ATTN: GENERAL COUNSEL OR CORPORATE EXEC DUBLIN 1 IRELAND |
| SBC MASTER PENSION TRUST | MELLON TRUST OF NEW ENGLAND, N.A., TRUSTEE FOR SBC MASTER PENSION TRUST 201 WASHINGTON STREET BOSTON MA 02108 |
| SCOR GLOBAL LIFE SE | 1 AVENUE DU GENERAL DE GAULLE, ATTN: DENIS KESSLER, CEO 433 935 558 R.C.S. NANTERRE PUTEAUX 92800 FRANCE |
| SCOR GLOBAL P&C SE | 1 AVENUE DU GENERAL DE GAULLE, ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 NEW YORK NY 10038 |
| SCOR REINSURANCE COMPANY | ONE SEAPORT PLAZA 199 WATER STREET, SUITE 2100 ATTN: HENRY KLECAN, JR., CEO NEW YORK NY 10038 |
| SCOR SE | 5 AVENUE KLEBER ATTN: DENIS KESSLER, CEO PARIS CEDEX 16 75795 FRANCE |
| SECURITIZED PRODUCT OF REST COLL LTD SPC FAO | SERIES 2007-1 TABXSPOKE 07-1 40-100 SEGR PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT  , QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR COLL LTD F/A/O | THE SERIES 2007-1 FEDERATION A-2 SEGR PORT C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SECURITIZED PRODUCT OF RESTR. COLLAT LTD F/A/O THE | SERIES 2007-1 FEDERATION A-1 SEG PORTF-ISSUER, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN |

| Claim Name | Address Information |
|---|---|
| SECURITIZED PRODUCT OF RESTR. COLLAT [BBP(A)-BHB] | ISLANDS |
| SECURITY BENEFIT LIFE INSURANCE CO. | KATHARINE L. MAYER, ESQ. MCCARTER & ENGLISH LLP RENAISSANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801-3717 |
| SECURITY BENEFIT LIFE INSURANCE CO. | ONE SECURITY BENEFIT PLACE ATTN: KRIS A. ROBBINS, PRESIDENT TOPEKA KS 66636 |
| SENTINEL MANAGEMENT GROUP INC. | C/O ERIC A BLOOM 650 DUNDEE ROAD SUITE 460 NORTHBROOK IL 60062 |
| SERIES 2007-1 TABXSPOKE (07-1 40-100) LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO, I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: JACK YOSKOWITZ ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: LIBERTY SQUARE CDO. I. LTD AND LIBERTY SQUARE CDO, II, LTD ATTN: BENAY L. JOHNSON ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SEWARD KISSEL LLP | COUNSEL TO: BERYL FINANCE LTD. ATTN: DALE C. CHRISTENSEN, JR. ONE BATTER PARK PLAZA NEW YORK NY 10004 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3), LTD. | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| SHENANDOAH LIFE INSURANCE COMPANY | 2301 BRAMBLETON AVENUE SW ATTN: KATHLEEN K. KRONAU, SVP AND GENERAL COUNSEL ROANOKE VA 24015 |
| SHENANDOAH LIFE INSURANCE COMPANY | KATHLEEN K. KRONAU, SVP AND GENERAL COUNSEL P.O. BOX 12847 ROANOKE VA 24029 |
| SHIELD SECURITIES, LTD. | CHANNEL ISLANDS JERSEY |
| SHIELD SECURITY LTD. | CROWN HOUSE MARDON PARK CENTRAL AVENUE BAGLAN ENERGY PARK PORT TALBOT  WALES SA12 7AX UNITED KINGDOM |
| SHINHAN BANK | DAEGYUNG BUILDING 120 TAEPYUNGRO 2 GA JOONG-GU SEOUL KOREA |
| SHINHAN BANK | C/O STEVEN M. PESNER, ESQ. DEBORAH NEWMAN, ESQ. ROXANNE TIZRAVESH, ESQ. AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| SILVER ELMS CDO PLC | ATTN: MARIA PRICE C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LTD FIRST FLOOR 7 EXCHANGE PLACE I.F.S.C. DUBLIN 1 IRELAND |
| SILVER ELMS CDO PLC | CHRISTOPHER M. DESIDERIO, ESQ. NIXON PEABODY LLP 437 MADISON AVENUE NEW YORK NY 10022-7039 |
| SIMONE R. BONNET, ESQ. | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMH CAPITAL ADVISORS | C/O RICK BERRY 3100 CHASE TOWER HOUSTON TX 77002 |
| SOCIETE GENERALE | C/O MAYER BROWN LLP ATTN:  STEVEN WOLOWITZ CHRISTOPHER HOUPT BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SOCIETE GENERALE INVESTMENT | CORPORATION 1221 AVENUE OF AMERICAS ATTN: IGOR LITVAK, EXECUTIVE OFFICER AND CRAIG OVERLANDER, CEO NEW YORK NY 10020 |
| SOCIETE GENERALE INVESTMENT CORPORATION | C/O STEVEN WOLOWITZ, ESQ. MAYER BROWN LLP 1675 BROADWAY 1675 BROADWAY NEW YORK NY 10019 |
| SOLAR V CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SOLAR V CDO SPC, F/A/O THE SERIES 2007-1 | SEGR PORTF,C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | C/O STEPHEN W. ROBERTSON, INDIANA INSURANCE COMMISSIONER 311 WEST WASHINGTON STREET, SUITE 300 311 WEST WASHINGTON STREET, SUITE 300 INDIANAPOLIS IN 46204-2787 |
| STANDARD LIFE INSURANCE COMPANY OF INDIANA | JOHN T. MURPHY, ESQ. ICE MILLER LLP,  ATTORNEY FOR STEPHEN W. ROBERTSON IN HIS ROLE  AS REHABILITATOR OF STANDARD LIFE INSURANCE CO., ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| STANTON ABS I P.L.C. | C/O BDO BEAUX LANE HOUSE MERCER STREET LOWER DUBLIN 2 IRELAND |
| STANTON ABS I P.L.C. | TRINITY HOUSE CHARLESTON ROAD RANELAGH, DUBLIN 6 IRELAND |
| STANTON CDO I LTD. | STANTON CDO I SA 9B, BOULEVARD PRINCE HENRI CP LUXEMBOURG 1724 LUXEMBOURG |
| STARLING STRATEGIES LTD. | P.O. BOX 1093GT QUEENSGATE HOUSE, SOUTH CHURCH STREET GEORGE TOWN, GEORGE TOWN, GRAND CAYMAN KY1-1002 CAYMAN ISLANDS |
| STATE STREET CUSTODIAL SERVICES (IRELAND) LIMITED | 78 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE STREET CUSTODIAL SERVICES (IRELAND) LTD. | ATTN: RICHARD PEDONE, CHRISTOPHER M. DESIDERIO NIXON PEABODY 437 MADISON AVENUE NEW YORK NY 10022 |
| STICHTING SHELL PENSIOENFOND | BOGAARDPLEIN 41 ATTN: BART VAN DER STEENSTRATEN, DIRECTOR RIJSWIJK ZH 2285SJ THE NETHERLANDS |
| STOWE CDO LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| STOWE CDO LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SERIES 2006-1 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| STOWE CDO SPC, F/A/O THE SERIES 2006-1 SEGR PORTF, | STOWE CDO SPC ACCOUNT OF THE PORTF, C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT, QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| STOWE CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2008-2A, C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| STRUCTURED CREDIT AMERICA LTD | BRACKEN HOUSE ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| STRUCTURED CREDIT OPPORTUNITIES FUND, II LP | ATTN: LAWRENCE V. GELBER, MEGHAN M. BREEN C/O SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN, LLP ATTN: JOSHUA DORCHAK, ESQ., PETER S. FANG, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| SUN LIFE ASSURANCE COMPANY OF CANADA | BINGHAM MCCUTCHEN LLP ATTN: HAROLD HORWICH, ESQ. ONE STATE STREEET HARTFORD CT 06103 |
| SUN LIFE FINANCIAL CANADA | 227 KING STREET SOUTH ATTN: KEVIN DOUGHERTY, PRESIDENT WATERLOO ON N2J 4C5 CANADA |
| SUN LIFE FINANCIAL CANADA | JEFFREY CEDRONE, SENIOR COUNSEL 1 SUN LIFE PARK WELLESLEY HILLS MA 02481 |
| SUNSET PARK CDO LIMITED SPC, F/A/O THE | SERIES 2005-5 , SEGR PORTF SUNSET PARK CDO LTD. C/O MAPLES FINANCE LIMITED , P.O. BOX 1093 GT, QUEENSGATE HOUSE , 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| SUNSET PARK CDO SERIES 2005-5 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| SUNSET PARK CDO SERIES 2005-6 LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAIWAN LIFE | 17 HSU OHANG STREET 18TH FLOOR TAIPEI CITY TAIWAN |
| TAVARES SQUARE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAVARES SQUARE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE SUITE 101 DOVER DE 19904 |
| TAYLOR CREEK LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| TAYLOR CREEK LLC | C/O DONALD J. PUGLISI 850 LIBRARY AVENUE SUITE 204 NEWARK DE 19711 |
| TERRY BURMAN | 40 BRUNELL AVE LENOX MA 01240-2025 |
| TERRY BURMAN | KATE M. BRADLEY, ESQ. BROUSE MCDOWELL 388 SOUTH MAIN STREET, SUITE 500 AKRON OH 44311-4407 |
| TERWIN HOLDINGS LLC D/B/A THE | WINTER GROUP 45 ROCKEFELLER PLAZA, SUITE 420 NEW YORK NY 10111 |
| THE BANK OF NEW YORK MELLON CORPORATION | 1 WALL STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 525 WILLIAM PENN PLACE, 7TH FLOOR ATTN: GLOBAL CORPORATE TRUST, CDO GROUP ATTN: GENERAL COUNSEL OR CORPORATE EXEC PITTSBURGH PA 15259 |
| THE BANK OF NEW YORK MELLON TRUST CO. | NATIONAL ASSOCIATION 601 TRAVIS STREET, 16TH FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC HOUSTON TX 77002 |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU SOUTH KOREA |
| THE DAEGU BANK, LTD. | 118 SU-SUNG-DONG 2 GA SU-SUNG-GU DAEGU 706-712 SOUTH KOREA |
| THE DISPATCH PRINTING COMPANY | 34 S. 3RD STREET ATTN: MICHAEL J. FIORILE, PRESIDENT COLUMBUS OH 43215 |

| Claim Name | Address Information |
| --- | --- |
| THE DISPATCH PRINTING COMPANY | STEVEN W. TIGGES, ESQ. 3500 HUNTINGTON CENTER 41 SOUTH HIGH STREET COLUMBUS OH 43215 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | LINCOLN NATIONAL LIFE INSURANCE COMPANY 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | STEPHANIE FARABOW, ESQ. AVP AND SENIOR COUNSEL LINCOLN FINANCIAL GROUP 1300 SOUTH CLINTON ST FORT WAYNE IN 46802 |
| THE LIVERPOOL LIMITED PARTNERSHIP | C/O LIVERPOOL ASSOCIATES LIMITED CANON'S COURT, 22 VICTORIA SECRET HAMILTON HM12 BERMUDA |
| THE WINTER GROUP | C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE STATE RECORDS AND UNIFORM COMMERCIAL CODE 99 WASHINGTON AVENUE, 6TH FLOOR ALBANY NY 12231 |
| THE WINTER GROUP (F/K/A | TERWIN CAPITAL, LLC) C/O NEW YORK STATE, DEPARTMENT OF STATE DIVISION OF CORPORATIONS, STATE RECORDS AND UNIFORM COMMERCIAL CODE |
| TIERRA ALTA FUNDING I, CORP. | C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| TOM DEPPING | C/O TROUTMAN SANDERS LLP; ATTN: HOLLACE T. COHEN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| TRADEWINDS II CDO SERIES 2006-1 LLC | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| TRADEWINDS II CDO SPC, FOR THE ACCOUNT OF THE | SERIES 2006-1 SEGREGATED PORTFOLIO C/O MAPLES FINANCE LIMITED, P.O. BOX 1093 GT QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: CRAIG PRICE ESQ. 330 MADISON AVENUE 34TH FLOOR NEW YORK NY 10017-5010 |
| U.S. BANK NATIONAL ASSOCIATION | ONE FEDERAL STREET, 3RD FLOOR ATTN: GENERAL COUNSEL OR CORPORATE EXEC BOSTON MA 02110 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO; 111 WEST MONROE STREET CHICAGO IL 60603 |
| U.S. BANK TRUST NATIONAL ASSOCIATION | 100 WALL STREET NEW YORK NY 10005 |
| UNICREDIT BANK AG, LONDON BRANCH | MOOR HOUSE/120 LONDON WALL LONDON EC2Y 5ET UNITED KINGDOM |
| UNICREDIT BANK AG, LONDON BRANCH | ALEX R. ROVIRA, ESQ. SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| UNION INVESTMENT INSTITUTIONAL GMBH | UNION INVESTMENT GROUP WIESENHUTTENSTR. 10, D-60329 FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: THOMAS FLECK, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| UNION INVESTMENT INSTITUTIONAL GMBH | WIESENHUTTENSTR. 10, D-60329 ATTN: NIKOLAUS SILLEM, MANAGING DIRECTOR FRANKFURT AM MAIN GERMANY |
| VANDERBILT CAPITAL ADVISORS HOLDINGS, LLC | C/O CT CORPORATION SYSTEM 111 EIGHTH AVENUE NEW YORK NY 10011 |
| VOX PLACE CDO LIMITED | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT QUEENSGATE HOUSE 113 SOUTH CHURCH STREET GEORGE TOWN CAYMAN ISLANDS |
| VOX PLACE CDO LLC | C/O NATIONAL REGISTERED AGENTS INC. 160 GREEN TREE DRIVE, SUITE 101 DOVER DE 19904 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | 9062 OLD ANNAPOLIS ROAD ATTN: GENERAL COUNSEL OR CORPORATE EXEC COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL | ASSOCIATION 101 NORTH PHILIPS AVENUE ATTN: JOHN STUMPF, CEO SIOUX FALLS SD 57104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CASEY B. HOWARD, ESQ. LOCKE LORD BISSELL & LIDDELL LLP THREE WORLD FINANCIAL CENTER NEW YORK NY 10251 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O CSC-LAWYERS INCORPORATING SERVICE COMPANY 7 ST. PAUL STREET SUITE 1660 BALTIMORE MD 21202 |
| WELLS FARGO SECURITIES, LLC | KEVIN J. BIRON, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO SECURITIES, LLC | 10022-4689 |
| WELLS FARGO SECURITIES, LLC | 2711 CENTERVILLE ROAD, SUITE 400 ATTN: JOHN HULLAR, CEO WILMINGTON DE 19808 |
| WELLS FARGO, NATIONAL ASSOCIATION | C/O LOCKE LORD BISSELL & LIDDELL; ATTN: CASEY B. HOWARD, THREE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE & WILLIAMS LLP | ATTN: SEDGWICK M. JEANITE & NEIL P. CASEY (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) ONE PENN PLAZA 250 W. 34TH STREET, SUITE 4110 NEW YORK NY 10119 |
| WHITE & WILLIAMS LLP | ATTN: JAMES S. YODER (COUNSEL TO MARSH & MCLENNAN MASTER RETIREMENT TRUST) 824 MARKET STREET, SUITE 902 P.O. BOX 709 WILMINGTON DE 19899-0709 |
| WHITE MARLIN CDO 2007-1, CORP. | 850 LIBRARY AVENUE, SUITE 204 ATTN: GENERAL COUNSEL OR CORPORATE EXEC NEWARK DE 19711 |
| WHITE MARLIN CDO 2007-1, LTD | C/O MAPLES FINANCE LIMITED P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| WHITEHAWK CDO FUNDING 2004-1, LTD. | WHITEHAWK CDO FUNDING LTD. C/O MAPLESSF LIMITED BOUNDARY HALL, CRICKET SQUARE, 171 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| WHITEHAWK CDO FUNDING, LLC | C/O NATIONAL CORPORATE RESEARCH, LTD. 615 SOUTH DUPONT HIGHWAY DOVER DE 19901 |
| WONG FLEMING P.C. | (COUNSEL TO: NATIONWIDE MUTUAL LIFE INSURANCE COMPANY) ATTN: LINDA WONG & JAMES HANEY 821 ALEXANDER ROAD P.O. BOX 3663 PRINCETON NJ 08543-3663 |
| ZAIS GROUP, LLC | C/O SEWARD & KISSEL LLP; ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| ZAIS INVESTMENT GRADE LIMITED II | MAPLES CORPORATE SERVICES LIMITED P.O. BOX 309 UGLAND HOUSE, SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED II | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | MAPLESFS LIMITED PO BOX 1093 QUEENSGATE HOUSE, 113 SOUTH CHURCH STREET, CAYMAN ISLANDS CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED V | BOUNDARY HALL, CRICKET SQUARE GEORGETOWN, GRAND CAYMAN CAYMAN ISLANDS KY11104 CAYMAN ISLANDS |
| ZAIS INVESTMENT GRADE LIMITED VI | WALKERS SPV LIMITED WALKER HOUSE 87 MARY STREET CAYMAN ISLANDS CAYMAN ISLANDS |
| ZEICHNER ELLMAN & KRAUSE LLP | ROBERT GUTTMANN ESQ.  975 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-1 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-2 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-3 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-5 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-6 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-8 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-9 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-10 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LTD. | KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-14 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-15 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-16 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-17 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-18 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| ZIRCON FINANCE LTD. | AS ISSUER OF SERIES 2007-19 C/O WALKERS SPV LIMITED WALKER HOUSE, 87 MARY STREET ATTN: GENERAL COUNSEL OR CORPORATE EXEC GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

**Total Creditor count  591**

| Claim Name | Address Information |
|---|---|
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEA | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| 2004 SICON LTD GROUP DEFINED BENEFIT PENSION & DEA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| 3D CAPITAL FUND LTD, THE | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| 3D CAPITAL FUND LTD, THE | THE 3D CAPITAL FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 40O HOWARD ST. SAN FRANCISCO CA 94105 |
| 3D CAPITAL FUND LTD, THE | THE 3D CAPITAL FUND LTD. C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| 820 MANAGEMENT TRUST | ATTN: STEPHEN C. HEISZEK 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| 820 MANAGEMENT TRUST | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET SUITE 2400 FORT WORTH TX 76102 |
| AB SVENSK EXPORTKREDIT (PUBL) | ATTN: CHIEF FINANCIAL OFFICER P.O. BOX 16368 VASTRA TRADGARDSGATAN 11B STOCKHOLM SE 103 27 SWEDEN |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SEBASTIAN SPERBER CITY PLACE HOUSE 55 BASINGHALL STREET LONDON EC2V 5EH UNITED KINGDOM |
| AB SVENSK EXPORTKREDIT (PUBL) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABAXBANK S.P.A. | ATTN: SIMONA LOCATELLI CORSO MONFORETE, 34 MILANO 20122 ITALY |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE 2 TRITON SQUARE REGENTS PLACE ATTN: HEAD OF OPERATIONS LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE ATTN: HEAD OF OPERATIONS 2 TRITON SQUARE REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | ABBEY NATIONAL HOUSE 2 TRITON SQUARE REGENTS PLACE LONDON NW1 3AN UNITED KINGDOM |
| ABBEY NATIONAL TREASURY SERVICES PLC | O'MELVENY & MYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABBEY NATIONAL TREASURY SERVICES PLC | GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIME SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABBEY NATIONAL TREASURY SERVICES PLC | GERALD C. BENDER, ESQ. O'MELVENY & MEYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ABERDEEN GLOBAL II-EMERGING MARKETS FIXED INCOME A | 2B, RUE ALBERT BROSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-EURO CORPORATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL AGGREGATE BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-GLOBAL HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-INDEX LINKED BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING AGGREGATE B | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-LONG DATED STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL II-STERLING AGGREGATED BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL II-STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV - FIXED INCOME ALPHA FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBORG L-1246 LUXEMBOURG |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABERDEEN GLOBAL IV - FIXED INCOME ALPHA FUND | C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE- ATTN: BRETT BUNTING 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| ABERDEEN GLOBAL IV-CORE PLUS INDEX LINKED BOND FUN | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS INDEX LINKED BOND FUN | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS LONG DATED STERLING C | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS STERLING BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN GLOBAL IV-CORE PLUS STERLING CREDIT FUND | 2B, RUE ALBERT BORSCHETTE GRAND DUCHY OF LUXEMBOURG L-1246 LUXEMBOURG |
| ABERDEEN GLOBAL-EURO HIGH YIELD BOND FUND | 2B, RUE ALBERT BORSCHETTE L-1246 LUXEMBOURG LUXEMBOURG |
| ABERDEEN INVESTMENT FUNDS ICVC-ABERDEEN CORPORATE | ONE BOW CHURCHYARD LONDON EC4M 9HH UNITED KINGDOM |
| ABN AMRO BANK N.V. | ATTN: SOPHIE DUVILLIER, LEGAL DEPT/FINANCIAL MARKETS TEAM INTERNAL CODE: PAC AH2107 / J91-E1-05B FOPPINGADREEF 26 AMSTERDAM 1102 CX NETHERLANDS |
| ABRAMS CAPITAL PARTNERS II LP | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| ABRAMS CAPITAL PARTNERS II LP | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| ABSA BANK LIMITED | ATTN: PAUL CLIFTON 15 ALICE LANE SANDOWN SANDTON 2196 SOUTH AFRICA |
| ABSA BANK LIMITED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | C/O BLACKROCK FINANCIAL MANAGEMENT, INC., AS INVESTMENT ADVISOR ATTN: PETER VAUGHAN, ESQ. 40 EAST 52ND STREET NEW YORK NY 10022 |
| ABU DHABI INVESTMENT AUTHORITY - EMD (BLK TICKER: | J. GREGORY MILMOE, ESQ / ANDREW M. THAU, ESQ SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| ACCESS GROUP, INC. | 2005-A INTEREST RATE SWAP C/O GEOFFREY GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS GROUP, INC. | 2005-B INTEREST RATE SWAP C/O GEOFFREY S. GOODMAN, ESQ FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACCESS GROUP, INC. | 2005-A INTEREST RATE SWAP C/O GEOFFREY S. GOODMAN, ESQ. FOLEY & LARDNER LLP 321 NORTH CLARK STREET, SUITE 2800 CHICAGO IL 60654 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT, EXECUTIVE VICE PRESIDENT & CFO 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ADI LONG SHORT EUROPE | C/O ADI ALTERNATIVE INVESTMENTS 1 RUE VERNIER PARIS 75017 FRANCE |
| ADK SOHO FUND LP | TRANSFEROR: YORVIK PARTNERS LLP 155 WOOSTER STREET, 8TH FLOOR NEW YORK NY 10012 |
| ADM CAPITALA/C ADM GLADIUS FUND LIMITED | ATTN: AMY CHAN C/O ASIA DEBT MANAGEMENT HONG KONG LTD 1005-1008 ICBC TOWER, 3 GDN ROAD, CENTRAL, HONG KONG CHINA |
| ADVANCED SERIES TRUST, ON BEHALF OF THE AST ADVANC | PORTFOLIO, HEDGED INT'L BOND SLEEVE ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| ADVANCED SERIES TRUST, ON BEHALF OF THE AST ADVANC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MICHAEL L. BERNSTEIN ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004-1206 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., | MARK BLOCK 900 HOPE WAY ALTAMONTE SPRINGS FL 32714 |

| Claim Name | Address Information |
|---|---|
| ET AL | MARK BLOCK 900 HOPE WAY ALTAMONTE SPRINGS FL 32714 |
| AFCO CARGO PIT LLC | C/O AVIATION FACILITIES COMPANY, INC. PO BOX 16860 WASHINGTON DC 20041-6860 |
| AFTRA RETIREMENT FUNDS | 261 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10016 |
| AG FINANCIAL PRODUCTS INC | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| AGILENT TECHNOLOGIES UK LIMITED RETIREMENT BENEFIT | C/O AGILENT TECHNOLOGIES UK LIMITED SOUTH QUEENSFERRY ET30 9TG UNITED KINGDOM |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| AGOSTINI, EDWARD J. AND SYLVIA | JTWROS 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| AGRICULTURAL BANK OF CHINA LTD | ATTN: LI MING NO. 69 JIANGUOMEN NEI AVENUE DONGCHENG DIST BEIJING 100005 CHINA |
| AIG FINANCIAL PRODUCTS CORP | ATTN: CHIEF FINANCIAL OFFICER 50 DANBURY ROAD, 2ND FLOOR WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG FINANCIAL PRODUCTS CORP | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIG INTERNATIONAL INC. | C/O AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC. | ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL C/O AIG FINANCIAL PRODUCTS CORP 50 DANBURY ROAD WILTON CT 06897 |
| AIG INTERNATIONAL INC. | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | ATTN: OFFICE OF GENERAL COUNSEL PO BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AIRLIE CDO I, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE CDO I, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO I (AVIV LCDO 2006-3) LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AIRLIE LCDO II (PEBBLE CREEK 2007-1), LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| ALEPPA FUNDING I LLC | C/O GLOBAL SECURITIZATION SERVICES, LLC 68 S SERVICE RD STE 120 MELVILLE NY 11747-2350 |
| ALEPPA FUNDING I LLC | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALL NIPPON AIRWAYS CO., LTD. | 1-5-2 HIGASHI-SHIMBASHI MINATO-KU TOKYO  102-7133 JAPAN |

| Claim Name | Address Information |
|---|---|
| ALLEGHENY COUNTY AIRPORT AUTHORITY, THE | C/O ERIC T. SMITH, ESQ. SCHNADER HARRISON SEGAL & LEWIS, LLP 120 FIFTH AVENUE, SUITE 2700 PITTSBURGH PA 15222 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ALLEGHENY COUNTY INDUSTRIAL DEVELOPMENT | AUTHORITY SENIOR HEALTH & HOUSING FACILITIES REVENUE REFUNDING BONDS (LONGWOOD AT OAKMONT, INC. PROJECT) SERIES 2001A & 2001B - THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE - ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | ATTN: DR. ANTON MOISES LEGAL SUPPORT SPARKASSENPLATZ 2 4040 LINZ AUSTRIA |
| ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESE | DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ALLIANCE & LEICESTER PLC | ATTN: GROUP TREASURER CARLTON PARK NARBOROUGH LEICESTER LE 19 0AL UNITED KINGDOM |
| ALLIANCE & LEICESTER PLC | GERALD C. BENDER, ESQ. O'MELVENY & MYERS LLP TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| ALLIANCE INVESTMENT MANAGEMENT LTD | P.O. BOX SS-19051 NASSAU BAHAMAS |
| ALLIANZ GLOBAL INVESTORS FRANCE SA | ACTING ON BEHALF OF AND FOR THE ACCOUNT OF THE FUND AGF PIMCO AD GLOBAL BONDS ATTN: LEGAL DEPARTMENT 20 RUE LE PELETIER PARIS 75009 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA | ACTING ON BEHALF OF THE FUND CEA PIMCO DT FUND CASE POSTALE T 205 ATTN:RADIA KROURI, HEAD OF LEGAL DEPARTMENT 20, RUE LE PELETIER PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ GLOBAL INVESTORS FRANCE SA | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ GLOBAL INVESTORS FRANCE SA / AGF VITA PLUS | CASE POSTALE T 205 20, RUE LE PELETIER ATTN: RADIA KROURI, HEAD OF LEGAL DEPARTMENT PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA/AGF EFFICIO PLU | CASE POSTALE T 20520 20, RUE LE PELETIER ATTN: RADIA KROURI, HEAD OF LEGAL DEPARTMENT PARIS CEDEX 09 75444 FRANCE |
| ALLIANZ GLOBAL INVESTORS FRANCE SA/AGF EFFICIO PLU | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND, ESQ. 666 FIFTH AVENUE NEW YORK NY 10103 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551425 - ALLIANZ ALD SUB PIMCO DIREKT ATTN: VERENA SENNE SEIDLSTR.24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551342 - DBI-OAD ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCT 551368 - ALLIANZGI-FONDS SPTG 1 ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 2050 DBI FONDS DSPT A SEGMENT DSPT A4 ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 556245 - DBI FONDS NBP RENTEN ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 556096 - DBI-FONDS VBE-EM ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 551128 - ALLIANZGI-FONDS D300 SEGMENT DIMCA ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 521504 - PV-RD FOND ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 520144 - ALLIANZ VKRD PIMCO DIREKT ATTB: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 526417 - ALLIANZ SIN PIMCO ABS ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |

| Claim Name | Address Information |
|---|---|
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | FOR ACCOUNT 550676 – DBI FONDS EBB ATTN: VERENA SENNE SEIDLSTR. 24-24A MUNICH 80335 GERMANY |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCOESQ, GARETH OLD, ESQS 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTENTION: JENNIFER C. DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS KAPITALANLAGEGESELLSCHAFT | CLIFFORD CHANCE US LLP ATTN: JENNIER C DEMARCO, ESQ.,  GARETH OLD, ESQ. 31 WERT 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 8003- ALLIANZ COMMODITIES STRATEGY ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 550002- ALLIANZ PIMCO EURO BOND TOTAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553001 – ALLIANZ PIMCO EURO BOND ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553020 – ALLIANZ PIMCO GLOBAL HIGH GRADE ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553053 – ALLIANZ PIMCO TREASURY EURO BOND PLUS 2011 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553054- ALLIANZ PIMCO TREASURY EURO BOND PLUS 2013 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553079 – ALLIANZ PIMCO EURO BOND REAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553090 – ALLIANZ PIMCO MONEY MARKET PLUS (EURO) ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 553315 – ALLIANZ PIMCO TREASURY EURO BOND PLUS 2015 ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | FOR ACCOUNT 557040 – ALLIANZ PIMCO EURO STOCKSPLUS TOTAL RETURN ATTN: VERENA SENNE 6A, ROUTE DE TREVES SENNINGERBERG 2633 LUXEMBOURG |
| ALLIANZ GLOBAL INVESTORS LUXEMBOURG S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO, ESQ., GARETH OLD, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ALLIANZ GROUP PENSION SCHEME, THE | C/O KEVIN COLLINS ALLIANZ HOUSE ELMPARK MERRION ROAD DUBLIN 4 IRELAND |
| ALLIANZ GROUP PENSION SCHEME, THE | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH FOR | "ALLIANZ INVEST 50" HIETZINGER KAI 101-105 VIENNA A-1130 AUSTRIA |
| ALLIANZ INVEST KAPITALANLAGEGESELLSCHAFT MBH FOR | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ALLIED IRISH BANKS, P.L.C. | ATTN: HELEN MORAN GLOBAL TREASURY – LEGAL SERVICES AIB INTERNATIONAL CENTRE IFSC, DUBLIN 1 IRELAND |
| ALLIED IRISH BANKS, P.L.C. | ALLEN & OVERY LLP ATTN: DAN GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALPHA ASSET MANAGEMENT A.E.D.A.K. | ATTN: DENNIS MAGGANAS 12-14 PESMAZOGLOU STR. GR-105 64  ATHENS GREECE |
| ALPHA BANK AE | ATTN: PANTELIS SGARDELIS FINANCIAL MARKETS – GROUP PLANNING DIVISION 40 STADIOU STR. ATHENS GR-10252 GREECE |
| ALPHADYNE INTERNATIONAL MASTER FUND, LTD | C/O ALPHADYNE ASSET MANAGEMENT LLC ATTN:  PHILIPPE KHUONG-HUU 17 STATE STREET, 36TH FLOOR NEW YORK NY 10004 |
| ALSTON INVESTMENTS LLC | TRANSFEROR: ELLIOTT ASSOCIATES LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ALTMA FUND SICAV P.L.C. IN RESPECT OF PARK GATE SU | NATIONAL BANK OF CANADA (GLOBAL LIMITED) ENFIELD HOUSE UPPER COLLYMORE ROCK ST-MICHAELS BB 14004 BARBADOS |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O RICHARDS KIBBE & ORBE LLP |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALTUNED HOLDINGS LLC | ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AMBER FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| AMBER FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY | ATTN: ERIC GIESLER AND MARLA LACEY 6000 WESTOWN PKWY STE 300 WDM IA 50266-7711 |
| AMERICAN MUNICIPAL POWER, INC. | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILLCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4213 |
| AMERICAN MUNICIPAL POWER, INC. | CHESTER WILCOX & SAXBE LLP ATTN: J. ANTHONY KINGTON 65 E. STATE ST., SUITE 1000 COLUMBUS OH 43215-4215 |
| AMERICAN MUNICIPAL POWER, INC. | F/K/A AMERICAN MUNICIPAL POWER-OHIO, INC. ATTN: MACK THOMPSON 1111 SCHROCK ROAD, SUITE 100 COLUMBUS OH 43229 |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | INTERNATIONAL BOND FUND 3 (103038) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| AMP CAPITAL INVESTORS LIMITED ON BEHALF OF FD | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| AMTD STRATEGIC CAPITAL LIMITED | ATTN: RUSKIN CHOW, SENIOR VP, BUSINESS DEVELOPMENT ROOM 2501-2053, 25/F WORLD TRADE CENTRE 280 GLOUCESTER ROAD, CAUSEWAY BAY HONG KONG |
| AMUNDI AGGREGATE MONDE | F/K/A CAAM AGGREGATE MONDE C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI CAPITAL VAR 20 USD | F/K/A CAAM INVEST VAR 20 USD C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI DYNARBITRAGE INTERNATIONAL | F/K/A CAAM DYNARBITRAGE INTERNATIONAL C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI DYNARBITRAGE VAR 8 | F/K/A CAAM DYNARBITRAGE VAR 8 C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI FUNDS ABSOLUTE VAR 2 (EUR) | F/K/A CAAM FUNDS ARBITRAGE VAR 2 GBP C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI FUNDS ABSOLUTE VOLATILITY WORLD EQUITIES | F/K/A CAAM FUNDS VOLATILITY WORLD EQUITIES C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI GLOBAL EMERGENTS | F/K/A CAAM GLOBAL EMERGENTS C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI INTERINVEST – INTERNATIONAL DEBTS | F/K/A CAAM INTERINVEST – INTERNATIONAL DEBTS C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AMUNDI SERENITE PEA | F/K/A CAAM MONETAIRE PEA C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| AN FORAS AISEANNA SAOTHAIR PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ANCHORAGE ADVISORS LLC ATTN: NANCY ZHAO 610 BROADWAY, 6TH FL NEW YORK NY 10012 |
| ANCHORAGE CAPITAL MASTER OFFSHORE, LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCLAER, 6 ESCALDES ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES - ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES - ENGORDANY ESCALDES - ENGORDANY ANDORRA |
| ANGLO IRISH BANK CORPORATION PLC PENSION PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ANGLO IRISH BANK CORPORATION PLC PENSION PLAN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | TRANSFEROR: ECP INTERNATIONAL S.A. 89 NEXUS WAY CAMANA BAY ATTN: SCOTT DAKERS/ INDERJIT SINGH GRAND CAYMAN KY1-9007 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (R-26) LIMITED | ALEX ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | C/O HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | HSBC HOUSE 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | JENNIDER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 19) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 19) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTOS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 27) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: JOANNA TAYLOR DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC (SERIES 7) | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | BRONAHGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENCTCE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE INVESTMENTS IRELAND PLC SERIES 18 | AIB INTERNATIONAL CENTRE I.F.S.C. ATTN: THE DIRECTORS DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS IRELAND PLC SERIES 18 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS IRELAND PLC SERIES 18 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS IRELAND PLC SERIES 18 | MATHESON ORMSBY PRENTICE ATTN: BRONAGH HARDIMAN 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE 68 WEST BAY ROAD, GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 USA |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. AND DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | ATTN: THE DIRECTORS (RE SERIES 54) 22 GRENVILLE STREET, ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | ATTN: THE DIRECTORS (RE SERIES 38) 22 GRENVILLE STREET, ST. HELIER JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LTD | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI I-CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | C/O KOKI YOSHIDA WORKOUT DIVISION 3-1, KUDAN-MINAMI 1 CHOME, CHIYODA-KU TOKYO 102-8660 JAPAN |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK, LTD | ALLEN & OVERY LLP C/O DANIEL GUYDER/LISA KRAIDEN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| AOZORA BANK, LTD | WILLIAM SUGDEN ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| APOGEE FUND, LTD., THE | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| APPLEBY TRUST (JERSEY) LIMITED | AS TRUSTEE OF THE DIAGEO NO. 2 EMPLOYEES' BENEFIT TRUST P. O. BOX 207 ST. HELIER JE1 1BD UNITED KINGDOM |
| APRIL M.A. REAL ESTATE AGENCY LTD | C/O TSHUVA GROUP 7, GIBOREI ISRAEL STREET P.O. BOX 8464, INDUSTRIAL ZONE SOUTH NETANYA ISRAEL |
| ARCHDIOCESAN PENSION PLAN | C/O INVESTMENT OFFICE 1011 FIRST AVENUE NEW YORK NY 10022 |
| ARCHDIOCESAN PENSION PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ARCUS ZENKEI FUND | 88 WOOD STREET LONDON EC2V 7RS UNITED KINGDOM |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND, L. | MARK BROUDE LATHAM & WATKINS LLP 885 THIRD AVE 3RD FLOOR NEW YORK NY 10022 |
| ARES ENHANCED CREDIT OPPORTUNITIES MASTER FUND, L. | STATE STREET BANK ATTN: JONATHAN LONG 200 CLARENDON STREET, 6TH FLOOR BOSTON MA 02116 |
| ARGOS PENSION SCHEME NOMINEES LIMITED AS | TRUSTEES OF THE ARGOS PENSION SCHEME 40 LONSDALE SQUARE LONDON N1 1EW UNITED KINGDOM |
| ARROWGRASS MASTER FUND LTD | C/O ARROWGRASS CAPITAL PARTNERS LLP ATTN: SWATI PATEL / DAMIEN HILL TOWER 42 25 OLD BROAD STREET LONDON EC2N 1HQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT | STIRT SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU C/O ARSAGO GROUP LIMMATQUUAI1/BELLVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT | LOCKE LORD (UK) LLP ATTN: SAMRAD NAZER 201 BISHOPGATE, 2ND FLOOR LONDON EC2M 3AB UNITED KINGDOM |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GL | OPPORTUNITIES MASTER SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU ARSAGO STRATEGIES, C/O ARSAGO GROUP LIMMATQUAI1/BELLEVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GL | LOCKE LORD (UK) LLP ATTN: SAMRAD NAZER 201 BISHOPGATE, 2ND FLOOR LONDON EC2M 3AB UNITED KINGDOM |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM C | SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS ATTN: DAN BEGHEGEANU ARSAGO STRATEGIES C/O ARSAGO GROUP LIMMATQUAI1/BELLEVUE ZURICH CH-8001 SWITZERLAND |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM C | LOCKE LORD (UK) LLP ATTN: SAMRAD NAZER 201 BISHOPGATE, 2ND FLOOR LONDON EC2M 3AB UNITED KINGDOM |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASA NEW YORK TAX ADVANTAGED FUND L.P. | C/O ASA NEW YORK MANAGERS LLC ATTENTION: ROBERT D. ALBRIGHT JR. 601 CARLSON PARKWAY, SUITE 610 MINNETONKA MN 55305 |
| ASHTON INVESTMENTS, LLC | TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ASIAN CENTURY QUEST (QP), LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST (QP), LP | STEVE ZANG ASIAN CENTURY QUEST (QP), LP C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN CENTURY QUEST FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST FUND LP | STEVE ZANG ASIAN CENTURY QUEST FUND LP C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| ASIAN CENTURY QUEST OFFSHORE FUND LP | STEVE ZANG ASIAN CENTURY QUEST OFFSHORE FUND, LTD. C/O ASIAN CENTURY QUEST CAPITAL, LLC 152 WEST 57TH STREET 6TH FLOOR NEW YORK NY 10019 |
| ASIAN INFLATION RESPONSE FUND - (#4634) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| ASIAN INFLATION RESPONSE FUND - (#4634) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ASPEN BELL, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED P.O. BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN CREEK FINANCIAL ADVISORS, LLC | TRANSFEROR: HAIN CAPITAL GROUP, LLC ATTN: ROMULO GARZA, C/O CONSTELLATION CAPITAL MGMT LLC 70 E 55TH ST FL 24 NEW YORK NY 10022 |
| ASPEN LUCIAN, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED ATTN DIRECTORS BOUNDARY HALL, CRICKET SQUARE PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN LUCIAN, LIMITED | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASPEN NOAH, LIMITED | C/O DUETSCHE BANK (CAYMAN) LIMITED ATTN: DIRECTORS PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN NOAH, LIMITED | JEROME RANAWAKE AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ASSICURAZIONI GENERALI S.P.A. | PIAZZA DUCA DEGLI ABRUZZI 2 ATTN: DOTT. ROBERTO SPERA, LEGAL COUNSEL TRIESTE 34132 ITALY |
| ASSICURAZIONI GENERALI S.P.A. | ASSICURAZIONI GENERALI S.P.A. ATTN. MARCO BARTOLOMEI - HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| ASTRAZENECA PENSIONS TRUSTEE LIMITED | 15 STANHOPE GATE LONDON WIK ILN UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ASTRAZENECA PENSIONS TRUSTEE LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ATLANTIC INTERNATIONAL FINANCE LIMITED | BY THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED (AS ATTORNEY-IN-FACT) ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING 1 QUEEN'S ROAD CENTRAL HONG KONG |
| ATOUT EUROLAND | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ATOUT FRANCE | ATTN: MR. CHRISTIAN BOISSON & MR. JEAN-FRANCOIS POULNAIS C/O CREDIT AGRICOLE ASSET MANAGEMENT 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ATTESTOR CAPITAL, LLP FOR/ON BEHALF OF ATTESTOR VA | TRANSFEROR: CHAUNY, S.A. C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITOL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND, LP | TRANSFEROR: HURLEY, STEPHEN NASH C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTORNEYS LIABILITY ASSURANCE SOCIETY, BERMUDA LTD | C/O AUGUSTUS ASSET MANAGERS LIMITED C/O 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| AURELIUS CAPITAL PARTNERS, L.P. | C/O AURELIUS CAPITAL MANAGEMENT, LP 535 MADISON AVENUE, 22ND FLOOR NEW YORK NY 10022 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: AURELIUS CAPITAL MASTER LTD. C/O AURELIUS CAPITAL MANAGEMENT, LP ATTN: PATRICK VANCE 535 MADISON AVE., 22ND FLOOR NEW YORK NY 10022 |
| AVIV LCDO 2006-2, LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| AVIV LCDO 2006-2, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| AVIV LCDO 2006-2, LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| AXA BELGIUM | ATTN: LEGAL DEPARTMENT BRUSSELSTRAAT ANVERS-ANTWERP 45-2018 BELGIUM |
| AXA BELGIUM | STEPHANIE BROUSSARD/CHARLOTTE BRETTE AXA INVESTMENT MANAGERS PARIS LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERALE DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA FRANCE VIE | ATTN: LEGAL DEPARTMENT 26 RUE DROUOT PARIS 09 75009 FRANCE |
| AXA FRANCE VIE | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND | ACTING FOR THE ACCOUNT OF AXA EQUITY L ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN 50823 GERMANY |
| AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSER TOUR B LA DEFENSER 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF | AXA EQUITY D – ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN 50823 GERMANY |
| AXA INSURANCE UK PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON DC2N 1AD UNITED KINGDOM |
| AXA INSURANCE UK PLC | AXA INVESTMENT MANAGERS GS ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS – LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| AXA INTERLIFE S.P.A. | AXA IM PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DU GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA INTERLIFE S.P.A. | ATTN: LEGAL DEPARTMENT VIA G LEOPARDI, 15 MILAN 20123 ITALY |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION VIE ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUER DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION COLLECTIVES ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA INVESTMENT MANAGERS PARIS | ACTING FOR AND ON BEHALF OF MATIGNON TC ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE - LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA S.A. | ATTN: LEGAL DEPARTMENT 21 AVENUE MATIGNON PARIS 75008 FRANCE |
| AXA S.A. | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| AXA SUN LIFE PLC - SLPM | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| AXA SUNLIFE PLC | AXA IM GS LTD ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |
| AXA SUNLIFE PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON EC2N 1AD UNITED KINGDOM |
| AXA WORLD FUNDS-SUB-FUND ALPHA CREDIT BONDS | AXA IM PARIS ATT STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUT B LA DEFENSE 4 - 100 ESPLANADE DU GENEAL DE GAULLE PARIS LA DEFENSE CEDEX 92932 FRANCE |
| AXA WORLD FUNDS-SUB-FUND ALPHA CREDIT BONDS | REPRESENTED BY AXA FUND MANAGEMENT SA - ATT: GUY DAUGER - 21 BD GRAND DUCHESSE CHARLOTTE L-1331 LUXEMBOURG |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | ATTENTION: S. BILLIALD 33 WIGMORE STREET LONDON W1U 1QX UNITED KINGDOM |
| BABCOCK INTERNATIONAL GROUP PENSION SCHEME | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUS | INTERNATIONAL GROUP PLC GROUP PENSION SCHEME (103042) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| BABCOCK PENSION TRUST LIMITED, THE, ACTING AS TRUS | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BALSA GROVE, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. P.O. BOX 6487 F.D. ROOSEVELT STATION NEW YORK NY 10150 |
| BALSA GROVE, L.L.C. | TRANSFEROR: BANK OF AMERICA CREDIT PRODUCTS, INC. P.O. BOX 6487 F.D. ROOSEVELT STATION NEW YORK NY 10150 |
| BALSA GROVE, L.L.C. | SCOTT L. ESBIN ESBIN & ALTER, LLP 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, SA ATTN: GARY S. COHEN C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY S. COHEN BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GUIDANCE ENHANCED GREEN TERRAIN LLC C/O BANK OF AMERICA MERRILL LYNCH; ATTN: ANTE JAKIC BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GUIDANCE ENHANCED GREEN TERRAIN LLC C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FLOOR; ATTN: ANTE JAKIC ONE BRYANT PARK NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | YORK NY 10036 |
| BANCA AKROS SPA | VIA EGINARDO, 29 MILAN 20149 ITALY |
| BANCA ALETTI & C. S.P.A. | VIA SANTO SPIRITO, 14 20121 MILANO ITALY |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | ATTN: CORSO V. EMANUELE TORRE DEL GRECO SCARL PALAZZO VALLELONGA 92/100 TORRE DEL GRECCO 80059 ITALY |
| BANCA DI CREDITO POPOLARE SOCIETA COOPERATIVA PER | THOMAS L. TISDALE TISDALE LAW OFFICES 10 SPRUCE STREET SOUTHPORT CT 06890 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31 ROMA 00163 ITALY |
| BANCA IMI SPA | ATTN: LEGAL DEPT P. GIORDANO DELL 'AMORE 3 MILANO 20121 ITALY |
| BANCA ITALEASE S.P.A | C/O LOVELLS STUDIO LEGALE ATTN: FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| BANCA ITALEASE S.P.A | ANDREW B. ECKSTEIN BANCA ITALEASE S.P.A C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BANCA MONTE DEI PASCHI DE SIENA SPA | PIAZZA SALIMBENI,3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | F/K/A/ BANCA NAZIONALE DELL' AGRICOLTURA S.P.A. THEN BANCA ANTONVENETA S.P.A. PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | PIAZZA SALIMBENI,3 SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | F/K/A/ BANCA NAZIONALE DELL' AGRICOLTURA S.P.A. THEN BANCA ANTONVENTA S.P.A. PIAZZA SALIMBENI, 3 SIENA 53100 ITALY |
| BANCA POPOLARE DE MILANO SOCIETA COOPERATIE A R.L. | ATTN: MARIA TERESA GUERRA - LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA COOPERA | ATTN: UFFICIO CONSULENZE E VERTENZE LEGALI VIA SAN CARLO 8/20 MODENA 41100 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L | ATTN: MARIA TERESA GUERRA, LEGAL DEPT PIAZZA F. MEDA, 4 MILAN 20121 ITALY |
| BANCA POPOLARE DI NOVARA SPA | F/K/A/ BANCA POPOLARE DI NOVARA S.C.A.R.L. UFFICIO SEGRETERIA SOCIETARIA VIA NEGRONI 12 NOVARA 28100 ITALY |
| BANCA PROFILO S.P.A. | CORSO ITALIA, 49 MILAN 20122 ITALY |
| BANCO BANIF, S.A. | ATTN: ROCIO LEDESMA / CARLOS DIAZ PASEO DE LA CASTELLANA 24 MADRID 28046 SPAIN |
| BANCO BANIF, S.A. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO BILBAO VIZCAYA ARGENTARIA, S.A. | ATTN: IGNACIO OLLERO ATTN: ELENA PRIETO VIA DE LOS POBLADOS, 13 FLOOR 5TH MADRID 28033 SPAIN |
| BANCO BRADESCO S.A. | GRAND CAYMAN BRANCH C/O BAKER & MCKENZIE LLP ATTENTION: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| BANCO COOPERATIVO ESPANOL, S.A. | ATTN: CAPITAL MARKETS VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN |
| BANCO COOPERATIVO ESPANOL, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO FINANTIA INTERNATIONAL LIMITED | C/O BANCO FINANTIA INTERNATIONAL LIMITED HARBOUR PLACE, 4TH FLOOR 103 SOUTH CHURCH STREET GEORGE TOWN GRAND CAYMAN CAYMAN ISLANDS |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-00 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO COUTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | TRANSFEROR: BANCO FINANTIA S.A. ATTN: RICARDO CUOTO (LEGAL DEPARTMENT) RUA GENERAL FIRMINO MIGUEL, 5 - 1ST FLOOR LISBON 1600-100 PORTUGAL |
| BANCO FINANTIA INTERNATIONAL LIMITED | VENABLE LLP ATTN: JORIAN ROSE 1270 AVENUE OF AMERICAS NEW YORK NY 10020 |
| BANCO ITAU BBA S.A.- NASSAU BRANCH | ATTN: GLAUCIA MIRANDO FILIO AV. BRIGADEIRO FARIA LIMA, 3.400, 11TH FLOOR CEP: SAO PAULO - SP BRAZIL |
| BANCO ITAU BBA S.A.- NASSAU BRANCH | C/O MUNDOSTAR S.A. PLAZA INDEPENDENCIA 831 SUITES 707 AND 708 MONTEVIDEO CP 11.100 URUGUAY |
| BANCO ITAU BBA S.A.- NASSAU BRANCH | AZAM H. AZIZ SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE |

| Claim Name | Address Information |
|---|---|
| BANCO ITAU BBA S.A.- NASSAU BRANCH | NEW YORK NY 10022 |
| BANCO MARE NOSTRUM, S.A. | F/K/A CAIXA D'ESTALVIS DEL PENEDES CALLE ALCALA 28 ATTN: TREASURY AND CAPITAL MARKETS DEPARTMENT MADRID 28014 SPAIN |
| BANCO MARE NOSTRUM, S.A. | F/K/A CAIXA D'ESTALVIS DEL PENEDES ATTN: TREASURY AND CAPITAL MARKETS DEPARTMENT CALLE ALCALA, 28 MADRID 28014 SPAIN |
| BANCO MARE NOSTRUM, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | ATTN: LEGAL DEPARTMENT AV. ENG DUARTE PACHECO, AMOREIRAS TORRE 1-6 LISBON 1070-024 PORTUGAL |
| BANCO SANTANDER DE NEGOCIOS PORTUGAL SA | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO MULTIRENTABILIDAD, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO 2, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SUPERFONDO EVOLUCION, FL CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION CONSERVADOR, F.I. CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 28660 BOADILLA DEL MONTE MADRID SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF SANTANDER DECISION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF SANTANDER DECISION CONSERVADOR, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C.; ON BEHALF OF FONDO SUPERSELECCION ACCIONES 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. ON BEHALF OF FONDO ANTICIPACION MODERADO, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO SANTANDER 150 ANIVERSARIO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION MODERADO 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA. CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |

| Claim Name | Address Information |
|---|---|
| BANCO SANTANDER, SA | TRANSFEROR: SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C., ON BEHALF OF FONDO ANTICIPACION CONSERVADOR 2, FI CONTACT: JOSE MARIA MAYORAL; CIUDAD GRUPO SANTANDER, S.A. AVDA CANTABRIA S/N, EDIFICIO ENCINAR, PL. 0 BOADILLA DEL MONTE MADRID 28660 SPAIN |
| BANCO VOTORANTIM S.A. NASSAU | C/O BANCO VOTORANTIM S.A. AV. ROQUE PETRONI JR N 999-14 ANDAR, CEP 04707-910 SAO PAULO BRAZIL |
| BANCO VOTORANTIM S.A. NASSAU | ARNOLD & PORTER LLP ATTN: CHARLES A. MALLOY 555 TWELTH STREET, N.W. WASHINGTON DC 20004 |
| BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT | BANKING DEPARTMENT BANK FOR INTERNATIONAL SETTLEMENTS CENTRALBAHNPLATZ 2 BASEL 4002 SWITZERLAND |
| BANK INDONESIA | TOWER B, 10TH FLOOR J.I.M.H. THAMRIN NO.2 JAKARTA 10110 INDONESIA |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36 ZURICH 8001 SWITZERLAND |
| BANK LEUMI LE-ISRAEL B.M. | ATTN: PROF DANIEL TSIDDON, HEAD OF CAPITAL MARKETS DIVISION 35 YEHUDA HALEVI STREET TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| BANK OF ALAND PLC | ATTN: MALIN BELLANDER NYGATAN 2, PB 3 MARIEHAMN AX-22100 FINLAND |
| BANK OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: EOP FUNDING MASTER, LTD. C/O BANK OF AMERICA MERRILL LYNCH ATTN: ANTE JAKIC/GARY S. COHEN/JEFF BENESH BANK OF AMERICA TOWER – 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | C/O FREDRIC SOSNICK NED S. SCHODECK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF AMERICA, N.A. | TRANSFEROR: MULTI ASSET PLATFORM MASTER FUND SPC C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: INVESTEC FUNDS SERIES IV CAPITAL ACCUMULATOR FUND C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: INVESTEC CAPITAL ACCUMULATOR TRUST LIMITED C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK ATTN: GARY COHEN, RONALD TOROK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: VICIS CAPITAL LLC, AS INVESTMENT MANAGER OF CALEDONIAN BANK & TRUST LTD., AS TRUSTEE OF VICIS CAPITAL MASTER SERIES TRUST, ACTING IN RESPECT OF VICIS CAPITAL MASTER FUND BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA, N.A. | TRANSFEROR: ASSET MANAGERS INTERNATIONAL LTD BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF CHINA, NEW YORK BRANCH | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: LBHI LOAN CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF CHINA, NEW YORK BRANCH | ATTN: CHEEDI CHEN AND XIAOYING HU PAYMENT REFERENCE: FX-LBSF CLAIM 410 MADISON AVENUE NEW YORK NY 10017 |
| BANK OF CHINA, NEW YORK BRANCH | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANK OF ESTONIA | ESTONIA PST 13 TALLINN 15095 ESTONIA |
| BANK OF ESTONIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE STE 100 NEWPORT BEACH CA 92660 |
| BANK OF KOREA, THE | EXTERNAL MANAGEMENT TEAM, RESERVE MANAGEMENT DEPARTMENT 110, 3-GA, NAMDAEMUN-RO, JUNG-GU SEOUL SOUTH KOREA |
| BANK OF KOREA, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BANK OF MONTREAL | ATTN: BARRY STRATTON 111 WEST MONROE STREET CHICAGO IL 60603 |
| BANK OF MONTREAL | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | NA, AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE PITTSBURGH PA 15219 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | AS TRUSTEE FOR THE MICHIGAN TOBACCO SETTLEMENT ASSET-BACKED BONDS SERIES 2007 ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURGH PA 15219 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | ATTN: ERIC A. SCHAFFER REED SMITH REED SMITH CENTER 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | ATTN: ERIC A. SCHAFFER REED SMITH REED SMITH CENTRE 225 FIFTH AVE PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP REED SMITH CENTRE ATTN: ERIC A. SCHAFFER 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | REED SMITH LLP ATTN: ERIC A. SCHAFFER REED SMITH CENTRE 225 FIFTH AVENUE SUITE 1200 PITTSBURGH PA 15222 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | ATTN: BRIDGET M. SCHESSLER, VICE PRESIDENT GLOBAL CORPORATE TRUST, DEFAULT ADMINISTRATION GROUP 525 WILLIAM PENN PLACE, 38TH FLOOR PITTSBURGH PA 15259 |
| BANK OF NEW YORK MELLON TRUST COMPANY, NA, THE | AS TRUSTEE FOR MKP VELA CBO, LTD ATTN: SUEWAN JOHNSON 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| BANK OF NEW YORK MELLON, THE, | DEWEY & LEBOEUF LLP ATTN: EVAN KOSTER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BANK OF NEW YORK MELLON, THE, | IRENA GOLDSTEIN, ESQ. & JEFFREY CHUBAK PROSKAUER ROSE LLP 11 TIMES SQUARE NEW YORK NY 10036-8299 |
| BANK OF NEW YORK MELLON, THE, | ATTN: STEVE LAWLER 32 OLD SLIP, 15TH FLOOR NEW YORK NY 10286 |
| BANK OF NOVA SCOTIA, THE | ATTN: KEN THORLAKSON V.P. & ASSOCIATE GENERAL COUNSEL 40 KING STREET WEST, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| BANK OF SCOTLAND PLC | ATTN: OLIVER BASI 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| BANK OF SCOTLAND PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BANK SARASIN & CO. LTD. | C/O BÄR & KARRER AG, ATTN: PETER HSU BRANDSCHENKESTRASSE 90 8027 ZURICH SWITZERLAND |
| BANK VONTOBEL AG | FRED FLURY DREIKONIGSTRASSE 37 ZURICH CH-8002 SWITERLAND |
| BANK VONTOBEL AG | ATTN: DR. RUDOLF REINHARD MUELLER DREIKONIGSTRASSE 37 CH-8022 ZURICH, SWITZERLAND ZURICH CH-8022 SWITZERLAND |
| BANK VONTOBEL AG | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| BANKHAUS LAMPE KG | CREDITS & LOANS/ LEGAL COUNSEL JAGERHOFSTRASSE 10 DUSSELDORF 40479 GERMANY |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE EUROPA, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | ALTAE DEUDA SOBERANA CP, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID AFIANZA 5 AÑOS, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID CESTA INDICES GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | CAJA MADRID EUROPA TOP GARANTIZADO, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND ON BEHALF | BANKIA EVOLUCION VAR 6, F.I. F.K.A. GESMADRID, S.G.I.I.C., S.A. ATTN: DAVID LARA LOPEZ, ASESORIA JURIDICA PASEO DE LA CASTELLANA N. 189 MADRID 28046 SPAIN |
| BANKIA FONDOS, S.G.I.I.C., S.A. FOR AND | DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| ON BEHALF | 10019 |
| BANKIA, S.A. | ATTN: MRS. CARLOTA DE VERA TOQUERO / MR. ROBERTO GONZALEZ PASEO DE LA CASTELLANA, 189 MADRID 28046 SPAIN |
| BANKIA, S.A. | ATTN: MIGUEL ANGEL RECUENCO GOMECELLO / JUAN MARIA LLATAS SERRANO EDIFICIO SOROLLA, 3A PLANTA PINTOR SOROLLA, 8 VALENCIA 46002 SPAIN |
| BANKIA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANKINTER, SA | ATTN: MR. INIGO GUERRA / MS. MARIANNE LEIJTE P DE LA CASTELLANA, 29 MADRID 28046 SPAIN |
| BANKINTER, SA | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C. ATTN: ANA ISABEL CASUSO ROMERO PASEO DE LA CASTELLANA 29 MADRID 28046 SPAIN |
| BANKINTER, SA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANQUE AIG | OFFICE OF GENERAL COUNSEL 112 AVENUE KLEBER CS 31603 CEDEX 16 PARIS 75773 FRANCE |
| BANQUE AIG | ATTN: OFFICE OF GENERAL COUNSEL 112 AVENUE KLEBER CS 31603 CEDEX 16 PARIS 75773 FRANCE |
| BANQUE AIG | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| BANQUE AIG | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| BANQUE CANTONALE VAUDOISE | ATTN: MR. A. GIROD PO BOX 300 LAUSANNE CH 1001 SWITZERLAND |
| BANQUE D'ORSAY | ATTN: MR. OLIVIER BOHM 21, RUE BALZAC PARIS 75008 FRANCE |
| BANQUE D'ORSAY | GIDE, LOYRETTE, NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | C/O JAVIER VALLE ZURICH ESPANA VIA AUGUSTA 200 BARCELONA 08021 SPAIN |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | MARY LYN DENIRO SURICH NY LEGAL 105 EAST 17TH STREET NEW YORK NY 10003 |
| BANSABADELL VIDA, S.A. DE SECUROS Y REASEGUROS | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED F | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BAR OF IRELAND RETIREMENT TRUST SCHEME - MANAGED F | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: EUROPEAN AERONAUTIC DEFENCE & SPACE CO (EADS) N.V. 1 CHURCHILL PLACE LONDON E14 5HP UNITED KINGDOM |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA CREDIT LOCAL 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA KOMMUNALBANK DEUTSCHLAND AG 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: RUST BELT HOLDINGS III, LTD. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: RUST BELT HOLDINGS II, LTD. ATTN: AILEEN MONTANA 1301 SIXTH AVENUE, 8TH FLOOR NEW YORK NY 10019 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW YORK NY 10166 |
| BARCLAYS CAPITAL SECURITIES LTD. | ATTN: CHRIS ALLEN 5 NORTH COLONNADE LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS CAPITAL SECURITIES LTD. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS CAPITAL SECURITIES LTD. | LIBERTY PLAZA A NEW YORK NY 10006 |
| BARCLAYS GLOBAL INVESTORS ASCENT UK LONG CORPORATE | OF BARCLAYS GLOBAL INVESTORS ACTIVE SELECTION FUND (DUBLIN), J.P. MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE, INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBALALPHA | BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBAL ALPHA FUNDS (DUBLIN) INVESTORS TRUST & CUSTODIAL SERVICES (IRELAND) LIMITED, BLOCK D IVEAGH COURT, HARCOURT ROAD, DUBLIN 2, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUND | 2010-2014 FUND A SUB-FUND OF BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUNDS (DUBLIN) JP MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND, C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE,  ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARLOWORLD PENSION TRUST LIMITED | STATESMAN HOUSE STAFFERTON WAY MAIDENHEAD BERKSHIRE SL6 1AD UNITED KINGDOM |
| BARLOWORLD PENSION TRUST LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | C/O DAVID M. BENNETT 1722 ROUTH ST., SUITE 1500 DALLAS TX 75201 |
| BARTON CREEK SENIOR LIVING CENTER, INC. | 2500 BARTON CREEK BLVD. AUSTIN TX 78735 |
| BASS, EDWARD | 201 MAIN STREET, SUITE 3100 FORT WORTH TX 76102 |
| BASS, EDWARD | CARL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BAUPOST LIMITED PARTNERSHIP 1983 A-1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST LIMITED PARTNERSHIP 1983 B-1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST LIMITED PARTNERSHIP 1983 C-1 | C/O THE CAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-I | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-II | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAUPOST VALUE PARTNERS, L.P.-III | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BEN | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BAXTER HEALTHCARE IRELAND RETIREMENT AND DEATH BEN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE HYPO-UND VEREINSBANK AG | UNICREDIT MARKETS & INVESTMENT BANKING ATTN: PETER J C HANSEN / WIDO GANZ MCD1TC, TP ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | UNICREDIT MARKETS & INVESTMENT BANKING ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| BAYERISCHE HYPO-UND VEREINSBANK AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C DEMARCO  / PEGGY WELSH 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE HYPO-UND VEREINSBANK AG | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & PEGGY WELSH 31 WEST 52ND STREET NEW YORK NY 10019 |
| BAYERISCHE LANDESBANK | ATTN: HARALD GLOCKL FIRST VICE PRESIDENT BRIENNER STR. 18 MUNCHEN 80333 GERMANY |
| BAYERISCHE LANDESBANK | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: ELLEN HAYES & HARVEY DYCHIAO 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| BBK B.S.C | ATTN:MANAGER - INTERNATIONAL BANKING BBK PO BOX 597 MANAMA BAHRAIN |
| BBT FUND, L.P. | C/O BBT GENPAR LP ATTENTION: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT |

| Claim Name | Address Information |
|---|---|
| BBT FUND, L.P. | WORTH TX 76102 |
| BBT MASTER FUND, L.P. | F/K/A CAP FUND, L.P. C/O CAP GENPAR, L.P. ATTN: WILLIAM O. RIEMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| BBT MASTER FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT STRATEGIC MASTER FUND, L.P. | F/K/A POST STRATEGIC MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT, LP ATTN: DARSHAN DESAI 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 11755 WILSHIRE BLVD., SUITE 1400 LOS ANGELES CA 90025 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEACH POINT TOTAL RETURN MASTER FUND, L.P. | F/K/A POST TOTAL RETURN MASTER FUND LP C/O BEACH POINT CAPITAL MANAGEMENT LP ATTN: DOUG ROERIG 1620 26TH STREET, SUITE 6000N SANTA MONICA CA 90404 |
| BEAFORD INVESTMENTS LIMITED | JP MORGAN TRUST CO BAHAMAS LTD BAHAMAS FINANCIAL CENTER, 2ND FLOOR 2ND FLOOR SHIRLEY & CHARLOTTE STREETS P.O. BOX N-4899 ATTN: ANGELA WATSON NASSAU BAHAMAS |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY, ESQ. ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004 |
| BEALE, LOUISE RITCHIE | CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET WASHINGTON DC 20004 |
| BEALE, LOUISE RITCHIE | 7102 MEADOW LANE CHEVY CHASE MD 20815 |
| BEAVER CREEK GLOBAL FUND SPC | QUEENSGATE HOUSE PO BOX 1234 GT GEORGE TOWN, GRAND CAYMAN CAYMAN ISLANDS |
| BECTON DICKINSON PENSION SCHEME, THE | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BECTON DICKINSON PENSION SCHEME, THE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BEDFORDSHIRE PENSION FUND | COUNTY HALL CAULDWELL STREET BEDFORD MK42 9AP UNITED KINGDOM |
| BEINT, L.L.C. | REITLER KAILAS & ROSENBLATT LLC ATTN: LOUIS SMOOKLER 885 THIRD AVENUE, 20TH FL NEW YORK NY 10022 |
| BEINT, L.L.C. | LOUIS SMOOKLER REITLER KAILAS & ROSENBLATT LLC 885 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| BEINT, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC PO BOX 8342 NEW YORK NY 10150 |
| BEINT, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC PO BOX 8342 NEW YORK NY 10150 |
| BELL ATLANTIC MASTER TRUST (100096) | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| BELL ATLANTIC MASTER TRUST (100096) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BERLIN-HANNOVERSCHE HYPOTHEKENBANK AG | BUDAPESTER STRASSE 1 BERLIN 10787 GERMANY |
| BERYL FINANCE  LIMITED 2005-14 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE  LIMITED 2005-14 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED | SERIES 2008-3 C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHALE J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED 2005-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANJAY JOBANPUTRA CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED 2005-11 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SANJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: SANAJAY JABONPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2005-16 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-10 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-10 | C/O BONY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-10 | REED SMITH LLP ATTN; MICHAEL VENDITTO, ESQ. EMEA 70 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-11 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-11 | REED SMITH LLP 599 LEXINGTON AVE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT,GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-13 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-13 | REED SMITH LP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-14B | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-7 | C/O BNY CORPORATE TRUSTEE SERVICES ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-7 | C/O BNY CORPORATE TRUST SERVICES ATTN: SANAJAY JOBANPUTRA-VP, GLOBAL CORP. TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-7 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 52 NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-7 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2007-8 | BNY CORPORATE TRSUTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-8 | BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERCVIES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2007-8 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT C/O BNY CORPORATE TRUSTEE SERVICES GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-14 | C/O BNY COPROATE TRUSTEE SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES-DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-14 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN: SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-14 | REED SMITH LLP ATTN:  MICHAEL VENDITTO, ESQ. EMEA 71 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| BERYL FINANCE LIMITED SERIES 2008-14 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 71 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-3 | C/O BNY CORPORATE TRUSTEE SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPOATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL |
| BERYL FINANCE LIMITED SERIES 2008-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-6 | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-6 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 65 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-7B | C/O BONY CORPORATE TRUST SERVICES LIMITED ATTN:  SANAJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES - DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-7B | C/O BNY CORPORATE TRUST SERVICES LIMITED ATTN:  SANJAY JOBANPUTRA GLOBAL CORPORATE TRUST SERVICES, DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| BERYL FINANCE LIMITED SERIES 2008-7B | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 66 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BERYL FINANCE LIMITED SERIES 2008-7B | REED SMITH LLP ATTN:  MICHEAL J. VENDITTO, ESQ. EMEA 66 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BFT GESTION ON BEHALF OF BFT VOL 2 | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BFT GESTION ON BEHALF OF IENA OPPORTUNITIES INTERN | ATTN: RAPHAELLE BACHELIER 11 AVENUE D'LENA PARIS 75116 FRANCE |
| BG ENERGY MERCHANTS, LLC | DOUGLAS P. BARTNER & SOLOMON J. NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BG ENERGY MERCHANTS, LLC | ATTN: THOMAS A. SMITH, CHIEF COUNSEL BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG ENERGY MERCHANTS, LLC | CHIEF COUNSEL THOMAS A. SMITH BG GROUP PLACE 811 MAIN ST STE 3400 HOUSTON TX 77002 |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | BG GROUP ATTN: REBECCA TOMALIN 100 THAMES VALLEY PARK READING BERKSHIRE RG6 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | C/O BG GROUP ATTN: NICK TYLER 100 THAMES VALLEY PARK READING, BERKSHIRE RGB 1PT UNITED KINGDOM |
| BG INTERNATIONAL LIMITED | DOUGLAS P. BARTNER SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BGI EOS LIMITED, WALKERS CORPORATE SERVICES LIMITE | WALKER HOUSE 87 MARY STREET GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| BGI EOS LIMITED, WALKERS CORPORATE SERVICES LIMITE | BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE 1 ROYAL MINT COURT LONDON EC3N 4HH UK |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | ATTN: CHIP STEVENS WALKER HOUSE 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTORS, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGI FIXED INCOME GLOBAL ALPHA FUND LTD | C/O BARCLAYS GLOBAL INVESTOR, N.A. 400 HOWARD ST. SAN FRANCISCO CA 94105 |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | MAYER BROWN LLP ATTN: HOWARD S. BELTZER, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE | ATTN: RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK |

| Claim Name | Address Information |
|---|---|
| LUXEMBOURG S | NY 10019-6018 |
| BIAM EQUITY MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM EQUITY MUTUAL FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BIAM MANAGED MUTUAL FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM MANAGED MUTUAL FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BIAM PENSION SCHEME, ON BEHALF OF BIAM PENSION SCH | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BIAM PENSION SCHEME, ON BEHALF OF BIAM PENSION SCH | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: TSO, LLC C/O DAVIDSON KEMPNER ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL, L.P. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL II LP C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BKS CLAIMS LLC | TRANSFEROR: TIGER GLOBAL, LTD C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BLACK ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK ARBITRAGE OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK ARBITRAGE OFFSHORE LTD | F/K/A BLACK DIAMOND ARBITRAGE OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACK BEAR INVESTMENT FUND, LLC | NORMAN N. KINEL, ESQ DUVAL & STACHENFELD LLP 101 PARK AVE, 11TH FLOOR NEW YORK NY 10178 |
| BLACK BEAR INVESTMENT FUND, LLC | DUVAL & STACHENFELD LLP ATTN: NORMAN N. KINEL, ESQ. 101 PARK AVENUE, 11TH FLOOR NEW YORK NY 10178 |
| BLACK BEAR INVESTMENT FUND, LLC | C/O D. MATTHEW MIDDELTHON 831 FAIRFIELD ROAD ATLANTA GA 30327 |
| BLACK DIAMOND OFFSHORE LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| BLACK DIAMOND OFFSHORE LTD | C/O CARLSON CAPITAL, LP ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, 16TH FLOOR DALLAS TX 75201 |
| BLACKROCK FINANCIAL MANAGEMENT, INC., AS INVESTMEN | FOR US DOLLAR CORE BOND FUND (BLK TICKER: USDCORE) A SUB-FUND OF BLACKROCK GLOBAL FUNDS ATTN: GIANLUCA TESTI 33 KING WILLIAM STREET LONDON EC4R 9AS UNITED KINGDOM |
| BLACKROCK FINANCIAL MANAGEMENT, INC., AS INVESTMEN | SKADDEN ARPS SLATE MEAGHER & FLOM LLP J.GREGORY MILMOE, ESQ./ANDREW M. THAU, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT | FOR BLACK ROCK EUROPEAN TMT STRATEGIES (BLK TICKER: E_ETCFD,E_ETI) A SUB-FUND OF BLACKROCK STRATEGIC FUNDS ATTN: GIANLUCA TESTI 33 KING WILLIAM STREET LONDON EC4R 9AS UNITED KINGDOM |
| BLACKROCK FINANCIAL MGMT (UK), LTD, AS INVESTMENT | SKADDEN ARPS SLATE MEAGHER & FLOM LLP J.GREGORY MILMOE, ESQ./ANDREW M. THAU, ESQ. FOUR TIMES SQUARE NEW YORK NY 10036 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: KRAUS PARTNER INVESTMENT SOLUTIONS AG ATTN: ANTHONY YOSELOFF, MANAGER 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUE ANGEL CLAIMS, LLC | TRANSFEROR: CONFEDERACION ESPANOLA DE CAJAS DE AHORROS (CECA) ATTN: ANTHONY YOSELOFF 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY FUND | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| BLUEBAY EUROPEAN CREDIT OPPORTUNITY | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FUND | PLAZA NEW YORK NY 10112 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | 280 PARK AVENUE, 5TH FLOOR EAST ATTN: YI SHU NEW YORK NY 10017 |
| BMW (UK) TRUSTEES LIMITED | ATTN: BARRY BETTS CANTON LANE HAMS HALL COLESHILL WARWICKSHIRE B46 1GB UNITED KINGDOM |
| BMW (UK) TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BNP PARIBAS | ATTN: KATHRYN B. QUINN AND RICHARD M. SKOLLER 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BNP PARIBAS ASSET MANAGEMENT SAS | F/K/A FORTIS INVESTMENT MANAGEMENT FRANCE BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS ASSET MANAGEMENT SAS | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS FIN'AMS | C/O BNP PARIBAS ATTN: JAMES GOODALL & RICHARD M. SKOLLER 787 SEVENTH AVE NEW YORK NY 10019-6018 |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | F/K/A FORTIS INVESTMENT MANAGEMENT BELGIUM N.V/S.A BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS INVESTMENT PARTNERS BELGIUM NV/SA | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS INVESTMENT PARTNERS LUXEMBURG SA | F/K/A FORTIS INVESTMENT MANAGEMENT LUXEMBOURG S.A. BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 DU PROGRES BRUSSELS 1210 BELGIUM |
| BNP PARIBAS INVESTMENT PARTNERS LUXEMBURG SA | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| BNP PARIBAS WEALTH MANAGEMENT | ATTN: SERGE FORTI & RICARDO SANCHEZ-MORENO 20 COLLYER QUAY # 18-01 TUNG CENTRE 049319 SINGAPORE |
| BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA | 300 SOUTH BUILDING CB#1000 CHAPEL HILL NC 27599-1000 |
| BOARD OF THE PENSION PROTECTION FUND, THE | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| BOARD OF THE PENSION PROTECTION FUND, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF TRUSTEES FOR THE MARYLAND STATE RETIREMEN | ATTN: MIKE RUETZ 120 EAST BALTIMORE STREET, 16TH FLOOR BALTIMORE MD 21202 |
| BOARD OF TRUSTEES FOR THE MARYLAND STATE RETIREMEN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOARD OF TRUSTEES OF THE NATIONAL PROVIDENT FUND, | ATTN: CHIEF EXECUTIVE, ALAN LANGFORD LEVEL 12, THE TODD BUILDING 95 CUSTOMHOUSE QUAY PO BOX 3390 WELLINGTON NEW ZEALAND |
| BOARD OF TRUSTEES OF THE NATIONAL PROVIDENT FUND, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC | INVESTMENT FUND (100314) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| BOC PENSIONS LIMITED ACTING AS TRUSTEE OF THE BOC | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BOEHRINGER INGELHEIM | ATTN: DAVID WITZER C/O ROGGE GLOBAL PARTNERS PLC SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| BOEHRINGER INGELHEIM | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | MICHAEL P. O'BRIEN WINSTON & STRAWN LLP 35 W. WACKER DRIVE CHICAGO IL 60601 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TR | C/O THE BOEING COMPANY ATTN: LISA HAAG 100 N. RIVERSIDE, MC5003-3015 CHICAGO IL 60606-1596 |
| BOUSSARD & GAVAUDAN FUND PLC | TRANSFEROR: SARK MASTER FUND LIMITED C/O BOUSSARD & GAVAUDAN ASSET MGMT LP; ATTN: LEGAL/COMPLIANCE CALDER HOUSE, 1 DOVER STREET LONDON W1S 4LA UNITED KINGDOM |
| BPCE | ATTN: NICOLAS DUHAMEL 50 AVENUE PIERRE MENDES FRANCE PARIS CEDEX 13 75201 FRANCE |
| BRADFORD & BINGLEY PLC | P.O. BOX 88 CROFT ROAD, CROSSFLATTS BINGLEY WEST YORKSHIRE BD16 2UA UNITED KINGDOM |
| BRED BANQUE POPULAIRE | 18, QUAI DE LA RAPEE 75604 - PARIS CEDEX 12 ATTN: HERVE THIOLLET ATTN:: XAVIER BRISSET FRANCE |
| BRETHREN VILLAGE | KATHRYN D. SALLIE, ESQ RHOADA & SIMON LLP ONE S. MARKET SQ, 12TH FL PO BOX 1146 HARRISBURG PA 17108-1146 |
| BRETHREN VILLAGE | 3001 LITITZ PIKE LANCASTER PA 17606 |
| BRETTON NOTCH ASSOCIATES, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| BREVAN HOWARD ASIA MASTER FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD EMERGING MARKETS STRATEGIES MASTER F | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD EQUITY STRATEGIES MASTER FUND LIMITE | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BREVAN HOWARD STRATEGIC OPPORTUNITIES FUND LIMITED | C/O BREVAN HOWARD ASSET MANAGEMENT LLP 55 BAKER STREET LONDON W1U 8EW UNITED KINGDOM |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | STEVEN P. VINCENT 53 FOREST AVE STE 202 OLD GREENWICH CT 06870-1537 |
| BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| BRISTOL PARTNERS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| BRITANNIA BUILDING SOCIETY PENSION SCHEME | J. ROGERS BRITANNIA HOUSE CHEADLE ROAD LEEK STAFFORDSHIRE ST13 5R6 UNITED KINGDOM |
| BRK/A INVESTORS, L.L.C. | ATTN : JOHN H. FANT 201 MAIN STREET SUITE 300 FORT WORTH TX 76102 |
| BRK/A INVESTORS, L.L.C. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| BRM GROUP LTD. | ATTN: AVI BASHER GOLAN STREET ONE BAREKET BUILDING PO BOX 215 AIRPORT CITY 70100 ISRAEL |
| BRM GROUP LTD. | ATTN: AVI BASHER GOLAN STREET ONE BAREKAT BUILDING PO BOX 215 AIRPORT CITY 7100 ISRAEL |
| BRM GROUP LTD. | C/O MORRISON & FOERSTER LLP ATTN: NORMAN S. ROSENBAUM 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRM GROUP LTD. | C/O MORRISON & FOSTER LLP ATTN:BARBARA R. MENDELSON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BRM GROUP LTD. | C/O MORRISON & FOERSTER LLP ATTN: BARBARA R. MENDELSON 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BROAD MARKET XL HOLDINGS LTD (IN OFFICIAL LIQUIDAT | ATTN: RICHARD FOGERTY ZOLFO COOPER PO BOX 1102 4TH FLOOR BUILDING 3 CAYMAN FINANCIAL CENTRE GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| BROOKDALE GLBL OPPTY FUND | C/O WEISS ASSET MANAGEMENT, LLC 222 BERKELEY STREET, 16TH FLOOR BOSTON MA 02116 |
| BROOKDALE INTL PRTNRS LP | C/O WEISS ASSET MANAGEMENT LP 222 BERKELEY STREET, 16TH FLOOR BOSTON MA 02116 |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| BROWN THOMAS GROUP STAFF PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, |

| Claim Name | Address Information |
|---|---|
| BROWN THOMAS GROUP STAFF PENSION SCHEME | ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BT INSTITUTIONAL HEDGED GLOBAL BOND FUND | PRINCIPAL GLOBAL INVESTORS, LLC ATTN: DEBRA EPP 801 GRAND AVENUE DES MOINES IA 50392 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS OH 43215 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | SQUIRE, SANDERS & DEMPSEY LLP ATTN: GREGORY STYPE 41 SOUTH HIGH STREET, SUITE 2000 COLUMBUS OH 43215 |
| BUNTING FAMILY LLCII LIMITED LIABILITY CO., THE | BUNTING MANAGEMENT GROUP, 217 INTERNATIONAL CIRCLE HUNT VALLEY MD 21030 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET NEW YORK NY 10022 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: CANTOR FITZGERALD SECURITIES C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC 65 EAST 55TH STREET NEW YORK NY 10022 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC. C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O DAVIDSON KEMPNER CAPITAL MGMT ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: JENNIFER DONOVAN 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| C.A.O.G.A. | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| C.A.O.G.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| C.M. LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| C.M. LIFE INSURANCE COMPANY | C/O MASSACHUSETTS MUTAL LIFE INSURANCE COMPANY ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | ATTN: MR. GORDON E. C. BURROWS VIA ELEONORA DUSE 53 ROME 00197 ITALY |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON & GEROGE B. SOUTH III 1185 AVENUE FO THE AMERICAS NEW YORK NY 10036 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON, GEORGE B. SOUTH III 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMIT C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED) C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEPFA BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: JMG CAPITAL PARTNERS LP C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: GOOD STEWARD TRADING COMPANY SPC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS, LLC 9320 |

| Claim Name | Address Information |
|---|---|
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | JACK S. MCMURRAY CANADIAN IMPERIAL BANK OF COMMERCE 199 BAY STR, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | CANADIAN IMPERIAL BANK OF COMMERCE ATTN: JACK S. MCMURRAY 199 BAY STREET, 6TH FLOOR TORONTO ON M5L 1A2 CANADA |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: EAC PARTNERS MASTER FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BANKERS LIFE AND CASUALTY COMPANY C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CONSECO LIFE INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CONSECO INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: WASHINGTON NATIONAL INSURANCE COMPANY C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER MUNICIPAL FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER GLOBAL EQUITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: POND VIEW CREDIT (MASTER), L.P. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: LISPENARD STREET CREDIT (MASTER) LTD. C/O CARVAL INVESTORS UK |

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: AHORRO CORPORACION FINANCIERA S.V. S.A. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BNP PARIBAS GESTION CB-CDS C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: UBS AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ASIA MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CONVERTIBLE & QUANTITATIVE STRATEGIES MASTER FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: COAST FUND L.P., THE C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | RICK HYMAN MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | MAYOR BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | MAYER BROWN LLP ATTN: RICK HYMAN 1675 BROADWAY NEW YORK NY 10019 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: TINDALL, SIMON & CAROLINE C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: IKOS EUROPE LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CAAM FUNDS LDI GILT PLUS GBP | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| CAAM FUNDS LDI INDEX LINKED PLUS GBP | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| CACEIS BANK LUXEMBOURG | SECRETARIAT GENERAL 5 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | MAINE ANJOU ET BASSE NORMANDIE ATTN: OLIVER VIRY 43 BOULEVARD VOLNEY LAVEL CEDEX 9 53083 FRANCE |
| CAISSE FEDERALE DU CREDIT MUTUEL DE | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | ACTING ON BEHALF OF PENEDES PENSIO 1 ATTN: DANIEL ZAPLANA & JOSE MANUEL SANCHEZ, & LAURA DE LA FUENTE RAMBLA NOSTRA SENYORA, 2-4, 80720 VILAFRANCA DEL PENEDES BARCELONA SPAIN |
| CAIXA PENEDES PENSIONS, E.G.F.P, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DE GALICIA | ATTN:BACK OFFICE DEPARTMENT. MR. CESAR TORIBIO C/ SERRANO 41, 4 PTA. MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE VILLAMAGNA 6, 3*PLANTA MADRID 28001 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | ATTN: MS. ELENA MERINO / MS. ELENA COLLADO CALLE JULIAN CAMARILLO 29 B, 4A PLANTA MADRID 28037 SPAIN |
| CAJA DE AHORROS DE SALAMANCA Y SORIA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CAJA DE AHORROS DEL MEDITERRANEO | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA OSCAR ESPIA, 37 MADRID 03007 SPAIN |
| CAJA DE AHORROS DEL MEDITERRANEO | CLIFFORD CHANCE US LLP ATTN: DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CALANTHE CAPITAL, L.L.C. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC FDR STATION PO BOX 7268 NEW YORK NY 10150 |
| CALANTHE CAPITAL, L.L.C. | STEVEN D. LOFCHIE CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CALIFORNIA DEPARTMENT OF WATER RESOURCES | ATTN: JAMES K. OPENSHAW, SENIOR STAFF COUNSEL CALIFORNIA ENERGY RESOURCES SCHEDULING PO BOX 219001 3310 EL CAMINO AVENUE, SUITE 120 SACRAMENTO CA 95821-9001 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | JONATHAN GUY ORRICK HERRINGTON & SUTCLIFFE LLP COLUMBIA CENTER 1152 15TH STREET, N.W. WASHINGTON DC 20005 |
| CALIFORNIA INDEPENDENT SYSTEM OPERATOR CORPORATION | C/O DANIEL J. SHONKWILER, ASSISTANT GENERAL COUNSEL 151 BLUE RAVINE ROAD FOLSOM CA 95630 |
| CALIFORNIA WINERY WORKERS PENSION PLAN TRUST FUND | ATTN: RAPHAEL SHANNON, ESQ. MCCARTHY JOHNSON & MILLER LC 595 MARKET STREET, SUITE 2200 SAN FRANCISCO CA 94105 |
| CALOGY ASSOCIATES, LLC | TRANSFEROR: BLACK RIVER FIR V OPPORTUNITY MASTER FUND LTD. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CALOGY ASSOCIATES, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | GROSS C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | NET C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CANADA LIFE ASSURANCE (IRELAND) LTD, ON BEHALF OF | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CANCER RESEARCH UK | PO BOX 123 61 LINCOLN'S INN FIELDS LONDON WC2A 3PX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| CANDLEWOOD SPECIAL SITUATIONS MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVENUE, SUITE 19B NEW YORK NY 10017 |
| CAPITAL VENTURES INTERNATIONAL | C/O SUSQUEHANNA ADVISORS GROUP, INC. 401 CITY AVENUE, SUITE 220 BALA CYNWYD PA 19004 |
| CARDINAL INVESTMENT SUB I, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| CARDINAL INVESTMENT SUB I, L.P. | ERIN MCDANIEL C/O OHIM SERVICES 201 MAIN STREET, SUITE 1000 FORT WORTH TX 76102 |
| CARLYLE CREDIT PARTNERS MASTER FUND | C/O CARLYLE INVESTMENT MANAGEMENT LLC ATTN: MATT STANCZUK 520 MADISON AVENUE, 41ST FLOOR NEW YORK NY 10019 |
| CARLYLE CREDIT PARTNERS MASTER FUND | DEBEVOISE & PLIMPTON LLP ATTN:  MICHAEL  WILES 919 THIRD AVENUE NEW YORK NY 10022 |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | EQUITY QUANT FUND), A COMPANY ORGANIZED UNDER THE LAWS OF IRELAND C/O CREDIT AGRICOLE STRUCTURED ASSET MANANGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM CAAM EQUITY MARKET NEUTRAL FUND LIMITED (F/K | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | INCORPORATED UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | C/O CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMI | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN, ESQ. 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | UNDER THE LAWS OF THE CAYMAN ISLANDS C/O CREDIT AGRICOLE STRUCTURED ASSET MANEGEMENT SA ATTN: LEGAL DEPARTMENT 91-93 BOULEVARD PASTEUR PARIS 75710 FRANCE |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | CREDIT AGRICOLE STRUCTURED ASSET MANAGEMENT ADVISERS LLC ATTN: DANIEL J. RAYMAN 1301 AVENUE OF THE AMERICAS, 38TH FLOOR NEW YORK NY 10019 |
| CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMP | KATTEN MUCHIN ROSENMAN LLP ATTN: LANCE A. ZINMAN 525 WEST MONROE STREET CHICAGO IL 60661 |
| CASCADE INVESTMENT, L.L.C. | ATTN: LAURIE SMILEY, GENERAL COUNSEL 2365 CARILLON POINT KIRKLAND WA 98033 |
| CASPIAN CAPITAL PARTNERS, L.P. | C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 757 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | JOHN KETLY MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVE. HARRISON NY 10528 |
| CASPIAN SC HOLDINGS, L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10053 |
| CASPIAN SC HOLDINGS, L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD. ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC C/O CASPIAN CAPITAL ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC C/O CASPIAN CAPITAL ATTN: SUSAN |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| CASPIAN SOLITUDE MASTER FUND, L.P. | LANCASTER 767 FIFTH AVENUE, 45TH FL NEW YORK NY 10153 |
| CATALUNYA BANC SA | F/K/A CAIXA D'ESTALVIS DE TARRAGONA 6, PLAZA ANTONI MAURA BARCELONA 08003 SPAIN |
| CATHAY UNITED BANK | 2F, NO. 7 SONG REN RD. TAIPEI TAIWAN |
| CATHAY UNITED BANK | DAVID W. PARHAM BAKER & MCKENZIE LLP 2300 TRAMMELL CROW CENTER 2001 ROSS AVENUE DALLAS TX 75201 |
| CAXTON INTERNATIONAL LIMITED | C/O CAXTON ASSOCIATES LP ATTN: SCOTT BERNSTEIN, SENIOR VICE PRESIDENT PRINCETON PLAZA BUILDING 2 731 ALEXANDER ROAD PRINCETON NJ 08540 |
| CAXTON INTERNATIONAL LIMITED | AZAM H. AZIZ ESQ. & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| CBARB, A SEGREGATED ACCOUNT OF | GEODE CAPITAL MASTER FUND LTD ATTN: LISA LAMPERT, GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | ATTN: OFFICE OF GENERAL COUNSEL ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | ATTN: JEFFREY MILLER ONE POST OFFICE SQUARE, 28TH FLOOR BOSTON MA 02109 |
| CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTE | LISA LAMPERT GENERAL COUNSEL GEODE CAPITAL MANAGEMENT LP ONE SPARTAN WAY MERRIMACK NH 03054 |
| CBW LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION ATTN: AMANDA GOEHRING C/O ASHURST LLP 1 PENN PLAZA, 36TH FLOOR NEW YORK NY 10119 |
| CBW LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORKD FINANCIAL CENTER NEW YORK NY 10281 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LISA MURRAY 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS C/O CENTERBRIDGE PARTNERS, LP ATTN: LAUREN GRAINER 375 PARK AVE, 13TH FLOOR NEW YORK NY 10152 |
| CCR ASSET MANAGEMENT (FORMELLY CCR GESTION) | ATTN: FLORENCE ROBERT/ MARIA EUGENIA GOULART - SECRETARIAT GENERAL 44 RUE WASHINGTON PARIS 75008 FRANCE |
| CEBFT RUSSELL MULTI-MANAGER BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| CEBFT RUSSELL MULTI-MANAGER BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| CEDAR DKR HOLDING FUND LTD | C/O DKR OASIS MANAGEMENT COMPANY LP ATTN: SHERIF ELMAZI 1281 EAST MAIN STREET, 3RD FLOOR STAMFORD CT 06902 |
| CEDAR DKR HOLDING FUND LTD | STROOCK & STROOCK & LAVAN LLP ATTN: FRANCIS HEALY 180 MAIDEN LANE NEW YORK NY 10038 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SCHRODER ALTERNATIVE SOLUTIONS ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: SCHRODER INVESTMENT MANAGEMENT LIMITED ON BEHALF OF SCHRODER ALTERNATIVE SOLUTIONS C/O CENTERBRIDGE PARTNERS, LP ATTN: LAUREN GRAINER 375 PARK AVE, 13TH FLOOR NEW YORK NY 10152 |
| CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA | ATTN: DR. MARCO FISCHETTI CORSO EUROPA, 20 MILANO 20122 ITALY |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC ATTN: ROBERT G. MINION, ESQ & RICHARD BERNSTEIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| CERBERUS INTERNATIONAL, LTD. | C/O LOWENSTEIN SANDLER PC 1251 AVENUE OF THE AMERICAS, 18TH FLOOR ATTN: ROBERT |

| Claim Name | Address Information |
| --- | --- |
| CERBERUS INTERNATIONAL, LTD. | G. MINION, ESQ. RICHARD BERNSTEIN, ESQ. NEW YORK NY 10020 |
| CESKA SPORITELNA, A.S. | ATTN: STEFAN ELEK LEGAL SERVICES & COMPLIANCE OLBRACHTOVA 1926/62 140 00 PRAHA 4 CZECH REPUBLIC |
| CESKA SPORITELNA, A.S. | ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAHINE SPECIALIZED INVESTMENT FUND | C/O J. CHAHINE CAPITAL 43 AVENUE MONTEREY L-2163 - LUXEMBOURG LUXEMBOURG |
| CHAMPLIN CLO LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| CHAMPLIN CLO LTD. | CHAMPLAIN CLO LTD. C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| CHAMPLIN CLO LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS MAIN FUND | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CHARITABLE TRUST OF THE JESUIT FATHERS RATHFARNHAM | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: GPS NEW EQUITY FUND (CAYMAN) LTD MAIL CODE NY1-A436 ONE CHASE MANHATTAN PLAZA FLOOR 26 ATTN: SUSAN MCNAMARA NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: ING BANK A.S. ATTN: SUSAN MCNAMARA MAIL CODE NY 1-A436 ONE CHASE MANHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: ANDOR TECHNOLOGY OFFSHORE FUND, INC. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: ANDOR TECHNOLOGY PERENNIAL FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: ANDOR TECHNOLOGY FUND, L.P. ONE CHASE MANHATTAN PLAZA 26TH FLOOR NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: HBK MASTER FUND, L.P. ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANAHATTAN PLAZA, FLOOR 26 NEW YORK NY 10005 |
| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | TRANSFEROR: HENDERSON CREDIT OPPORTUNITIES FUND LIMITED ATTENTION: JEFFREY L. PANZO 383 MADISON AVENUE - FLOOR 37, MAIL CODE: NY-M138 NEW YORK NY 10179 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O CHATHAM ASSET MANAGEMENT, LLC ATTN: JAMES V. RUGGERIO, JR. 26 MAIN STREET, SUITE 204 CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | CHATHAM ASSET HIGH YIELD FUND, LTD. C/O CHATHAM ASSET MANAGEMENT, LLC ATTN: JAMES V. RUGGERIO, JR. 26 MAIN STREET, SUITE 204 CHATHAM NJ 07928 |
| CHATHAM ASSET HIGH YIELD MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY | KING & SPALDING LLP ATTN: JOHN F ISBELL 1180 PEACHTREE STREET, N.E. ATLANTA GA 30309 |
| CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY | KING & SPALDING LLP ATTN: JOHN F ISBELL 1180 PEACHTREET STREET, N.E. ATLANTA GA 30309 |
| CHESAPEAKE PARTNERS LIMITED PARTNERSHIP | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CHESAPEAKE PARTNERS MASTER FUND, LTD. | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CHINA CITIC BANK CORPORATION LIMITED | ATTN: ZHAO JINGLIANG BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJING 100027 CHINA |
| CHINA CITIC BANK CORPORATION LIMITED | ATTN: ZHAO JINGLIANG BLOCK C, FUHUA MANSION CHAOYANGMENBEI DAJIE, DONGECHENG, BEIJING 100027 CHINA |
| CHINA CONSTRUCTION BANK CORPORATION | FINANCIAL MARKETS DEPARTMENT ATTN: LI JIN, DEPUTY SENIOR MANAGER NO. 25 |

| Claim Name | Address Information |
|---|---|
| CHINA CONSTRUCTION BANK CORPORATION | FINANCE STREET BEIJING 100032 CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | NO.29, FUCHENGMENWAI STREET XICHENG DISTRICT ATTN: MS. ZHAO JIAXING, LAW AFFAIRS DEPT. BEIJING CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ATTN: MS. LIU XIAOXI, OPERATION OFFICER NO.29 FUCHENGMENWAI STREET, XICHENG DISTRICT BEIJING P.R. CHINA |
| CHINA DEVELOPMENT BANK CORPORATION | ALLEN OVERY LLP ATTN: JONATHAN CHO AND LISA KRAIDIN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| CHINA DEVELOPMENT INDUSTRIAL BANK | ATTN: OPERATIONS DEPARTMENT ROZANNA MAO, NANCY LAI, AND ALVIE CHUANG 125 NANKING EAST ROAD, SECTION 5 TAIPEI 10504 REPUBLIC OF CHINA (TAIWAN) |
| CHINA DEVELOPMENT INDUSTRIAL BANK | C/O JAMES SULLIVAN, ESQ. MOSES & SINGER LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| CHINA MERCHANTS BANK CO., LIMITED | ATTN: WANG HAOCHUAN, TREASURY DEPARTMENT CHINA MERCHANTS BANK TOWER, NO.7088 SHENNAN BOULEVARD SHENZHEN 518040 CHINA |
| CHINA MERCHANTS BANK CO., LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO/ SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2 FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 100031 BEIJING 100031 CHINA |
| CHINA MINSHENG BANKING CORP., LTD | FINANCIAL MARKETS DEPARTMENT ATTN: MR. WU WEI, GENERAL MANAGER OF TRADING CENTER, FINANCIAL MARKETS DEPARTMENT 8TH FLOOR, NO. 2, FUXINGMEN NEI DA JIE XICHENG DISTRICT, BEIJING 10031 BEIJING 100031 CHINA |
| CHINATRUST COMMERCIAL BANK | ATTN: GRACE WU 16F., NO. 3, SUNG SHOU ROAD TAIPEI CITY 110 TAIWAN |
| CHINATRUST COMMERCIAL BANK | C/O MORRISON & FOERSTER LLP ATTN: KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CI INVESTMENTS INC. AS MGR FOR SKYLON GLOBAL YIELD | SERIES A UNITS 2 QUEEN ST. EAST 20TH FLOOR TORONTO ON M5C 3G7 CANADA |
| CIBA UK PENSION TRUST LTD | CHARTER WAY MACCLESFIELD CHESHIRE SK10 2NX UNITED KINGDOM |
| CIBA UK PENSION TRUST LTD | CHARTER WAY MACCLESFIELD CHESHIRE SK10 ZNX UNITED KINGDOM |
| CIBA UK PENSION TRUST LTD | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CIBA UK PENSION TRUST LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CIFG SERVICES INC., | AS TRUSTEE OF NEW GENERATION FUNDING TRUST 38 ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES INC., | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES INC., | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | ATTN: BRIAN WHALEY 825 THIRD AVENUE NEW YORK NY 10022 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | 850 3RD AVE FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GEGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVICES, INC., AS TRUSTEE OF NEW GENERATION | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | 850  3RD  AVE  FL 10 NEW YORK NY 10022-7221 |
| CIFG SERVIES, INC., AS TRUSTEE OF NEW GENERATION F | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGORY M. PETRICK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CIRENE FINANCE S.R.L | C/O SECURITISATION SERVICES S.P.A ATTN: PAOLO PERUZZETTO VIA V. ALFIERI, 1 CONEGLIANO(TV 31015 ITALY |
| CIRENE FINANCE S.R.L | KLESTADT & WINTERS, LLP C/O JOHN E. JURELLER, JR 570 SEVENTH AVE FL 17 NEW YORK NY 10018-1624 |
| CIRRUS MASTER LIMITED | C/O CAPITAL FUND MANAGEMENT SA / MARTIN TORNQVIST 6 BD HAUSSMANN PARIS 75009 FRANCE |
| CIRRUS MASTER LIMITED | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN S. OKOSHI, ESQ. 575 MADISON AVENUE NEW YORK NY 10022 |
| CITADEL EQUITY FUND LTD. | C/O CITADEL INVESTMENT GROUP LLC ATTN: SHELLANE M QUINN 131 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| CITADEL EQUITY FUND LTD. | C/O CITADEL INVESTMENT GROUP L.L.C. ATTN: SHELLANE QUINN 131 SOUTH DEARBORN ST CHICAGO IL 60603 |
| CITI CANYON LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI CANYON LTD. | C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC ATTN: RAY NOLTE 55 EAST 59TH STREET, 10TH FLOOR NEW YORK NY 10022 |
| CITI SWAPCO INC | ATTN: EDWARD G TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITI SWAPCO INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK JAPAN LTD. | ATTN: YOSHITO HIRATA CITIGROUP CENTER, 3-14, HIGASHI-SHINAGAWA 2-CHOME, SHINAGAWA-KU TOKYO 140-8639 JAPAN |
| CITIBANK JAPAN LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK KOREA INC. | ATTN: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 SOUTH KOREA |
| CITIBANK KOREA INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | TRANSFEROR: CITIBANK KOREA INC. ATTN: NIGEL KEMP CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIBANK, N.A. | ATTN: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JOHN BORIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | ATTN: JOHN BORIN 2800 POST OAK BLVD, SUITE 500 HOUSTON TX 77056 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAIME MADELL PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: PARKCENTRAL GLOBAL HUB LIMITED ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS LTD | ATTENTION: JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILIAT | ATTENTION: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILIAT | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITY UNIVERSITY OF HONG KONG | FINANCE OFFICE - MT. SIMON TANG 83 TAT CHEE AVENUE HONG KONG CHINA |
| CITY UNIVERSITY OF HONG KONG | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| CLOSE GLOBAL FUNDS LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CLOSE GLOBAL FUNDS LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CLOSE INVESTMENTS PORTFOLIO PLC - | LONG DATED STERLING CREDIT FUND C/O CLOSE ASSET MANAGEMENT LIMITED 10 EXCHANGE SQUARE, PRIMROSE STREET LONDON EC2A 2BY UNITED KINGDOM |
| CNP ASSURANCES | DIRECTION DES INVESTISSEMENTS ATTN: ANTOINE FROMENTEZE 4 PLACE RAOUL DAUTRY PARIS CEDEX 15 75716 FRANCE |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED | OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (103285) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| COAL STAFF SUPERANNIATION SCHEME TRUSTEES LIMITED | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | LIMITED ACTING AS TRUSTEE OF THE BRITISH COAL STAFF SUPERANNUATION SCHEME (100808) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| COAL STAFF SUPERANNUATION SCHEME TRUSTEES | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COF ASSET TRUST 11/11 | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COF ASSET TRUST 11/11 | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND LP C/O BNY MELLON TRUST OF DELAWARE 100 WHITE CLAY CENTER, SUITE 102 NEWARK DE 19711 |
| COF SPV 1111, LTD. | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITES 2008 MASTER FUND LP C/O WALKERS CORPORATE SERVICES LIMITED WALKER HOUSE 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| COF SPV 1111, LTD. | GOLDMAN, SACHS & CO. ATTN: NEENA REDDY 200 WEST STREET NEW YORK NY 10282 |
| COIF SPV 3/11, LTD. | TRANSFEROR: GOLDMAN SACHS CREDIT OPPORTUNITIES INSTITUTIONAL 2008 FUND L.P.; C/O WALKERS NOMINEES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9001 CAYMAN ISLANDS |
| COIF SPV 3/11, LTD. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| COLISEE RE (F/K/A AXA RE) | ATTN: LEGAL DEPARTMENT 40 RUE DU COLISEE PARIS 75008 FRANCE |
| COLISEE RE (F/K/A AXA RE) | AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4 100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX 92932 FRANCE |
| COLONIAL BANCGROUP, INC., THE | C/O KEVIN T. O'HALLORAN, CHAPTER 11 TRUSTEE P.O. BOX 723307 ATLANTA GA 31139 |
| COMAC CAPITAL LLP | ATTN: MALCOLM BUTLER REGENT GATE 56-58 CIONDUIT STREET LONDON W1S 2YZ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| COMMERZBANK AG | ATTN: GROUP INTENSIVE CARE INTENSIVE CARE CORPORATES INTERNATIONAL KAISERSTRASSE 16 FRANKFURT 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | INTENSIVE CARE CORPORATES INTERNATIONAL ATTN: JOACHIM BALLERSTAEDT, KAISERSTRASSE 16 FRANKFURT AM MAIN 60261 GERMANY |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG - LEGAL DEPARTMENT ATTN: AMELIA GIBBONS P.O. BOX 52715, 30 GRESHAM STREET LONDON EC2P 2XY UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | LEGAL DEPARTMENT ATTN: RAJ JANSARI 30 GRESHAM STREET LONDON EC2P 7PG UNITED KINGDOM |
| COMMERZBANK AG - GROUP INTENSIVE CARE | HAHN & HESSEN LLP ATTN: JEFFREY L. SCHWARTZ 488 MADISON AVENUE NEW YORK NY 10022 |
| COMMERZBANK AG - GROUP INTENSIVE CARE | COMMERZBANK AG, NEW YORK BRANCH - LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMERZBANK AG - GROUP INTENSIVE CARE | NEW YORK BRANCH LEGAL DEPARTMENT ATTN: STEVEN TROYER 2 WORLD FINANCIAL CENTER NEW YORK NY 10281-1050 |
| COMMODITY REAL RETURN STRATEGY FUND (4600) | PIMCO LUXEMBOURG TRUST ATTN: TOM RICE 2-8 AVENUE CHARLES DE GAULLE L-7653 LUXEMBOURG |
| COMMODITY REAL RETURN STRATEGY FUND (4600) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| COMMONWEALTH BANK OF AUSTRALIA | LEVEL 1, 120 PITT STREET ATTN: EXECUTIVE MANAGER, GLOBAL MARKETS DOCUMENTATION SYDNEY NSW 1155 AUSTRALIA |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORAT | AS TRUSTEE FOR THE OFFICERS SUPERANNUATION CORP FUND (103254) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| COMMONWEALTH BANK OFFICERS SUPERANNUATION CORPORAT | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| COMMONWEALTH BANK OFFICERS SUPPERANNUATION | CORPORATION PTY. LIMITED LEVEL 9, 48 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| COMMONWEALTH OF MASSACHUSETTS | ATTN: COLIN MACNAUGHT, ASST. TREASURER FOR DEBT MANAGEMENT OFFICE OF THE STATE TREASURER TIMOTHY P. CAHILL ONE ASHBURTON PLACE 12TH FLOOR BOSTON MA 02108 |
| COMMONWEALTH OF VIRGINIA TOBACCO SETTLEMENT FINANC | C/O SHAWN R. FOX MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| COMP HOLDINGS INCORPORATED | CERVACERIA POLAR C.A. 2 DA AV. DE LOS CORTIJOS DE LOURDES EDIF. CENTRO EMPRESARIAL POLAR CARACAS VENEZUELA |
| COMPAGNIE D'INVESTISSEMENTS DE PARIS S.A.S | ATTN: MARIE-FRANCOISE WALBAUM C/O BNP PARIBAS 3 RUE D'ANTIN PARIS CEDEX 02 75078 FRANCE |
| CONGREGATION OF THE SISTERS OF MERCY - SOUTHERN PR | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CONGREGATION OF THE SISTERS OF MERCY - SOUTHERN PR | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF FOOTBRIDGE LIM | ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT M | FUND LTD. ATTN ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF MKM LONGBOAT M | KATTEN MUCHIN ROSENMAN LLP ATTN NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF OPPENHEIMER QU | VALUE FUNDS, ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | AS ASSIGNEE OF TEMPO MASTER FUND LP ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: INVESTCORP SILVERBACK ARBITRAGE MASTER FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: YORVIK PARTNERS LLP ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LONDON DIVERSIFIED FUND LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: SC LOWY FINANCIAL (HK) LIMITED ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTNAM AVE., STE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A. ATTN: ALISA MUMOLA 411 WEST PUTMAN AVE., STE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF FORTRINN VOLA | (FORMERLY KNOWN AS MKM LONGBOAT VOLATILITY STRATEGIES FUND LTD.)) ATTN: ALPA JIMENEZ 411 WEST PUTNAM AVE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTE | ATTN ALPA JIMENEZ 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH CT 06830 |
| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF GANHARA MASTE | KATTEN MUCHIN ROSENMAN LLP ATTN NOAH HELLER 575 MADISON AVENUE NEW YORK NY 10022 |
| CONVEX MASTER FUND LTD | ALFARO ABOGADOS ATTN: SOLEDAD MATTEOZZI, ATTORNEY IN FACT 150 EAST 58TH STREET,20TH FLOOR NEW YORK NY 10155 |
| CONVEX MASTER FUND LTD | ALFARO ABOGADOS ATT: SOLEDAD MATTEOZZI, ATTORNEY IN FACT 150 EAST 58TH STREET,20TH FLOOR NEW YORK NY 10155 |
| CONVEXITY CAPITAL MASTER FUND L.P. | C/O CONVEXITY CAPITAL MANAGEMENT LP ATTN: LEGAL COUNSEL 200 CLARENDON STREET, 57TH FLOOR BOSTON MA 02116 |
| CONWAY HOSPITAL, INC. | C/O ANDREW J. WHITE JR. HAYNSWORTH SINKLER BOYD, P.A. P.O. BOX 2048 GREENVILLE SC 29602 |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEEN BANK B | INTERNATIONAL") ATTN: FEDOR DE KONING, GLOBAL SPECIAL ASSET MANAGEMEN PO BOX 17100 (UG 13-014) UTRECHT HG-3500 NETHERLANDS |
| COOPERATIEVE CENTRALE RAIFFEISEN-BOERENLEENBANK BA | INTERNATIONAL") ATTN: FEDOR DE KONING, GLOBAL SPECIAL ASSET MANAGEMENT PO BOX 17100 (UG 13-014) UTRECHT HG-3500 NETHERLANDS |
| COREPLUS BOND FUND B | C/O BARCLAYS GLOBAL INVESTORS, N.A 400 HOWARD ST SAN FRANCISCO CA 94105 |
| CORK EXAMINER PENSION SCHEME, THE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| CORK EXAMINER PENSION SCHEME, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK NY 10019 |
| COUNTY OF LAKE, OHIO | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS TRUSTEE ATTN: BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| COUNTY OF LAKE, OHIO | HOSPITAL FACILITIES VARIABLE RATE REVENUE BONDS SERIES 2002 THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE BRIDGET SCHESSLER 525 WILLIAM PENN PLACE, 7TH FLOOR PITTSBURG PA 15258 |
| CPMG, INC. | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: GIANNI DIMOS, ESQ. 1540 BROADWAY NEW YORK NY 10036 |
| CPMG, INC. | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: PATRICK POTTER, ESQ. 2300 N STREET, N.W. WASHINGTON DC 20037 |
| CPMG, INC., AS PIM TO GEORGE KAISER | PILLSBURY WINTHROP SHAW PITTMAN, LLP ATTN: GIANNI DIMOS, ESQ. 1540 BROADWAY NEW YORK NY 10036 |
| CPMG, INC., AS PIM TO GEORGE KAISER | FAMILY FOUNDATION - PATRICK POTTER, ESQ. PILLSBURY WINTHROP SHAW PITTMAN, LLP 2300 N STREET, N.W. WASHINGTON DC 20037 |
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MA | LUX FUND - GLOBAL CREDIT BOND PORTFOLIO (103232) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| CR FIRENZE GESTION INERNATIONALE S.A. ACTING AS MA | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|------------|---------------------|
| CRC CREDIT FUND LTD | MATTHEW CAVANAGH, GENERAL COUNSEL C/O _ CHRISTOFFERSON, ROB & COMPANY (UK) LLP 38 QUEEN ANNE'S GATE LONDON SW1H 9AB ENGLAND |
| CRC CREDIT FUND LTD | C/O CHRISTOFFERSON, ROBB & COMPANY, LLC ATTN: RICHARD ROBB 720 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10019 |
| CRC CREDIT FUND LTD | BRACEWELL & GIULIANI LLP ATTN: JENNIFER FELDSHER AND ADAM M. ADLER 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020 |
| CREDICAN, C.A. | TRANSFEROR: BANCO CANARIAS C/O ALCANTAR LAW PLLC ATTN: RAUL ALCANTAR 22 CORTLANDT STREET, 16TH FLOOR NEW YORK NY 10007 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: EMMANUEL MERCIER 9 QUAL DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ANDREW BROZMAN & SARA M. TAPINEKIS, ESQ'S. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | CLIFFORD CHANCE US LLP ATTN: ANDREW BROZMAN/SARA M. TAPINEKIS 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | F/K/A BFT-BANQUE DE FINANCEMENT ET DE TRESORERIE ATTN: RICHARD CARLSON, MANAGING DIRECTOR & GENERAL COUNSEL 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK | ATTN: RICHARD CARLSON 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ATTN: SOPHIE WALDBERG-BILLHOUET 9 QUAI DU PRESIDENT PAUL DOUMER COURBEVOIE 92400 FRANCE |
| CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK (FKA | ANDREW BROZMAN, ESQ/ SARA TAPINEKIS, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT ANDORRA, S.A. | ATTN:JOSEPH-ARSENI RAMONEDA AVENIDA MERITXELL 80, EDIF. B - 5A PLANTA ANDORRA LA VELLA ANDORRA SPAIN |
| CREDIT ANDORRA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT COOPERATIF | ATTN: PATRICK PRUD'HOMME 72 AVENUE DE LA LIBERTE NANTERRE 92002 FRANCE |
| CREDIT COOPERATIF | JENNIFER C. DEMARCO AND DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT DU NORD | LEO PALMIERI CREDIT DU NORD LEGAL DEPARTMENT (DEPARTEMENT JURIDIQUE) 59 BOULEVARD HAUSSMANN PARIS 75008 FRANCE |
| CREDIT DU NORD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| CREDIT EUROPE BANK NV | ATTN: RUSSELL WELSH F/K/A FINANSBANK HOLLAND NV KARSPELDREEF 6A 1101 CJ AMSTERDAM NETHERLANDS |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTENTION:IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DOWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 207 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC ATTN: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTENTION: IRENA M. GOLDSTEIN, ESQ. 1301 AVENUE OF  THE AMERICAS NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | C/O FINANCIAL SECURITY ASSURANCE INC. ATTENTION: JAMES MICHENER, GENERAL COUNSEL 31 WEST 52ND STREET NEW YORK NY 10019 |
| CREDIT PROTECTION TRUST 283 | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN, ESQ 1301 AVENUE OF THE AMERICAS |

| Claim Name | Address Information |
|---|---|
| CREDIT PROTECTION TRUST 283 | NEW YORK NY 10019 |
| CREDIT SUISSE | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN ELEVEN MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN 11 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE ASSET MANAGEMENT FUNDS AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | ATTN: ALLEN GAGE 1 MADISON AVE NEW YORK NY 10010 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 8TH AVE NEW YORK NY 10019 |
| CREDIT SUISSE CANDLEWOOD SPECIAL SITUATIONS MASTER | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: SOCIETE GENERALE, AS SUCESSOR IN INTEREST ATTN: ANTHONY PRESCOTT AND RENEE NG 1-5 CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: SOCIETE GENERALE ANTHONY PRESCOTT AND RENEE NG 1-5 CABOT SQUARE LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC ATTN: PAUL GILMORE, ESQ. ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CITADEL EQUITY FUND LTD. ATTN: ASHWINEE SAWH 11 MADISON AVENUE, 2ND FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDITO EMILIANO S.P.A. | ENZO ALBANO VIA CHE GUEVARA 4 REGGIO EMILIA 4210 ITALY |
| CREDITO EMILIANO S.P.A. | VIA EMILIA S. PIETRO 4 REGGIO EMILIA 42121 ITALY |

| Claim Name | Address Information |
|---|---|
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CSCP II ACQUISITION LUXCO, SARL | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP II ACQUISITION LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL C/O CARVAL INVESTORS, LLC ATTN: TERI SALBERG 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY PLUS MASTERFUND LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: RAIFFEISEN BANK RT C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: HIGHBRIDGE STATISTICALLY ENHANCED EQUITY MASTER FUND – EUROPE LP C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: PARIS PRIME COMMERCIAL REAL ESTATE FCC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: ZEPHYR FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF (LUX) MASTERS S.A.R.L. | TRANSFEROR: STAPLE STREET AVIATION (MASTER) LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | TRANSFEROR: VISIONGAIN CHINA ABSOLUTE RETURN MASTER FUND C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: AXA LIFE LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: KOMMUNINVEST I SVERIGE AB C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: BRE BANK SA C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: POTOMAC RIVER CAPITAL MASTER FUND, L.P. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE FUND, LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE B FUND LP C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |

| Claim Name | Address Information |
|---|---|
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE B FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE FUND C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: EURIZON STAR FUND EURO BOND C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE B FUND LP C/O CARVAL INVESTORS, LLC ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE FUND, LTD. C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB ARBITRAGE FUND C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LOEB OFFSHORE B FUND LTD. C/O CARVAL INVESTORS, LLC, ITS ATTORNEY-IN-FACT ATTN: TERI SALBERG 9320 EXCELSIOR BOULEVARD HOPKINS MN 55343 |
| CVIC LUX MASTER SARL | TRANSFEROR: EURIZON CAPITAL SA ACTING AS MNGT COMPANY FOR NIS INTERNATIONAL BONDS C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CWD OC 522 MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC C/O CANDLEWOOD INVESTMENT GROUP LP ATTN: PETER DOWLING 777 THIRD AVE, SUITE 19B NEW YORK NY 10017 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ MBS 31 NEW YORK NY 10022 |
| CWHEQ REVOLVING HOME EQUITY LOAN TRUST SERIES 2006 | THE BANK OF NEW YORK MELLON, AS CAP CONTRACT ADMINISTRATOR FOR CREDITOR 101 BARCLAY STREET; 8 WEST ATTN: MARTIN FEIG - VICE PRESIDENT NEW YORK NY 10286 |
| CYRUS EUROPE MASTER FUND, LTD. | ATTN: DAVID MILICH 399 PARK AVENUE, 39TH FLOOR NEW YORK NY 10022 |
| CYRUS EUROPE MASTER FUND, LTD. | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | 399 PARK AVENUE, 39TH FLOOR DAVID MILICH NEW YORK NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | RANAN WELL, ESQ BINGHAM MCCUTCHEN LLP 2020 K STREET NW WASHINGTON DC 20006 |
| D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD. | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | 13-1, YURAKUCHO 1 - CHOUME CHIYODA-KU, TOKYO 100-8411 JAPAN |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | DEWEY & LEBOEUF LLP ATTN: IRENA M GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DAI-ICHI LIFE INSURANCE COMPANY, LIMITED THE | WILLIAM MARCOUX, CHRISTOPHER P. (KIP) HALL & GEORGE B. SOUTH III DLA PIPER LLP (US) 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| DAIWA SECURITIES CAPITAL MARKETS CO. LTD. | ATTENTION: GLOBAL MARKETS ADMINISTRATION DEPT. 27TH FLOOR, GRAN TOKYO NORTH TOWER 9-1, MARUNOUCHI 1-CHOME, CHIYODA-KU TOKYO 100-6753 JAPAN |
| DAIWA/SCHRODER SPECIAL FUND SERIES - SCHRODER INDE | PROTECTION FUND (INDIAN EQUITY) (AUD) 2007 - 03 THROUGH ITS TRUSTEES G.A.S. (CAYAMAN) LIMTED C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| DAME LUXEMBOURG SARL | C/O THEVENOT & PERDEREAU 131, BOULEVARD MALESHERBES PARIS 75017 FRANCE |
| DAVID KEMPNER INTERNATIONAL ACQUISITION PARTNERS, | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVID KEMPNER INTERNATIONAL ACQUISITION PARTNERS, | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNAT | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNAT | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER INTERNATIONAL, LTD. | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| DAVIDSON KEMPNER PARTNERS | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME WINCHESTER HOUSE 1 GRAET WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DB TRUSTEE SERVICES LIMITED AS | TRUSTEE OF THE DB (UK) PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOW BELLS HOUSE 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| DBS BANK LTD FKA THE DEVELOPMENT BANK OF SINGAPORE | ATTN: DEBBIE LAM/ LAWRENCE CHAN TREASURY & MARKETS-LEGAL/BUSINESS MANAGEMENT & SUPPORT #34-00 DBS BUILDING TOWER TWO 6 SHENTON WAY SINGAPORE 068809 SINGAPORE |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGTH AVE NEW YORK NY 10018 |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE | ATTN:KATHERYN WHEADON DCI UMBRELLA FUND PLC C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND THREE | DIAMOND MCCARTHY LLP ATTN: HOWARD D. RESSLER, ESQ. 620 EIGTH AVE NEW YORK NY 10018 |
| DCI UMBRELLA FUND PLC - DCI MASTER FUND THREE | ATTN:KATHERYN WHEADON DCI UMBRELLA FUND PLC C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTE | RUE PENSION SCHEME (103125) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| DE LA RUE PENSION TRUSTEE LIMITED ACTING AS TRUSTE | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. | SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRAD | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN INTL. CONVERTIBLE TRADING LTD. | SPECIAL FUND MGMT. SERVICES LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. | C/O SPECIALTY FUND MANAGEMENT SERVICES LLC ATTN: MARTHA TSUCHIHASHI 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| DEKABANK DEUTSCHE GIROZENTRALE | ATTN: ANDREAS BINDER MAINZER LANDSTRASSE 16 FRANKFURT AM MAIN 60325 GERMANY |
| DEL MAR MASTER FUND LTD. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R. ALVES ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: ANDREW B. ECKSTEIN C/O BLANK ROME LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| DELAWARE RIVER PORT AUTHORITY | ATTN: JAMES WHITE ONE PORT CENTER, 8TH FLOOR TWO RIVERSIDE DRIVE P.O BOX 1949 CAMDEN NJ 08101-1949 |
| DELRANG HOLDINGS LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DEPFA ACS BANK | ATTN: JOAN DOYLE, LEGAL DEPT 1 COMMONS STREET IFSC DUBLIN 1 IRELAND |
| DEPFA ACS BANK | LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND |
| DEPFA ACS BANK | NO 1 COMMONS STREET ATTN: JOHN DOYLE, LEGAL DEPT DUBLIN 1 IRELAND |
| DEPFA BANK PLC | LEGAL DEPARTMENT ATTN: JOAN DOYLE 1 COMMONS STREET DUBLIN 1 IRELAND |
| DEPFA BANK PLC | RANIERO D'AVERSA, JR., ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND STREET NEW YORK NY 10019 |
| DEPFA BANK PLC | THOMAS J. WELSH, ESQ. ORRICK, HERRINGTON & SUTCLIFFE LLP 400 CAPITOL MALL - SUITE 3000 SACRAMENTO CA 95814 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|------------|---------------------|
| DESOTO COUNTY PARTNERS LP | 348 ENTERPRISE DR VALDOSTA GA 31601-5169 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | TRUSTEE, GRANTOR TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUSTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14-IN06AE MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK (UK) PENSION SCHEME - STAFF | DB TRUSTEE SERVICE LTD WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET, 28TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: IRA WURCEL, ESQ. 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ. 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN:  JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK, ESQ. BINGHAM MCCUTCHEN LLP 2020 K STREET, NW NEW YORK NY 10022 |
| DEUTSCHE BANK AG | JOSHUA DORCHAK BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | IRA WURCEL, ESQ. BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CREDIT DISTRESSED BLUE LINE MASTER FUND, LTD ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND (ENHANCED) LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: GRUSS GLOBAL INVESTORS MASTER FUND, LTD. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CLAIMS RECOVERY GROUP LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: Q-BLK ALPHA TRANSPORT TRUST - GLOBAL BOND FUND C/O DEUTSCHE BANK SECURITIES INC ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PRIMUS CLO I, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUST 4902 C/O DEUTSCHE BANK SECURITIES INC; ATTN: MATTHEW WEINSTEIN 60 WALL ST., 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SHINSEI BANK, LIMITED C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: COMMONWEALTH BANK OF AUSTRALIA ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: SK SECURITIES CO., LTD DEUTSCHE BANK AG, HONG KONG BRANCH JACK TSAI/ CHRISTOPHER WONG 55/F CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE LUFTHANSA AG ATTN: MICHAEL SUTTON, PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DEUTSCHE HYPOTHEKENBANK (ACTIEN-GESELLSCHAT) ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: EUROHYPO AG ATTN; MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ALCATEL-LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEGESPAR FINANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DUSSELDORFER HYPOTHEKENBANK AG ATTN: ALEXANDER KRAEMER/KELLY WHISTANCE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SOCIETE DES AUTOROUTES PARIS-RHIN-RHONE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AREA – SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVF LUX MASTER SARL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HEART OF LA DEFENSE SAS ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | TRUSTEE C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS INDENTURE TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 – IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET-BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE WITH R | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE, GRANT | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 – IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERALIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-10 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2005-4, COLLATERIZED ASSET-BACKED BONDS, SERIES 2005-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET0 BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-5 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2004-4 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS INDENTURE TRUSTEE OF IMPAC CMB TRUST SERIES 2003-11 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS SUPPLEMENTAL INTEREST TRUST TRUSTEE RELATING TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 ASSET BACKED CERTIFICATES SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | AS TRUSTEE WITH RESPECT TO THE FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8-GC06Z8 ASSET BACKED CERTIFICATES, SERIES 2006-8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: INDYMAC HOME EQUITY LOAN TRUST 2004-2 - IN04H3 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-8 - IM0508 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-5 - IM0505 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2005-4 - IM0504 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-10 - IM0410 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: IMPAC CMB TRUST SERIES 2004-8 - IM0408 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-5 - IM0405 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2004-4 - IM0404 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: IMPAC CMB TRUST SERIES 2003-11 - IM0311 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF8 - GC06Z8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRAN | TRUSTEE, CORRIDOR TRUSTEE AND SWAP TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 NIXON PEABODY LLP C/O RICHARD C PEDONE, ESQ/ AMANDA D DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE, GRAN | ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14-IN06AE MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE A | INTEREST TRUSTEE OF RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE A | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST 1761 EAST ST. ANDREWS PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE A | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15 - IN0615 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | CORRIDOR TRUSTEE OF INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR8 - IN06A8 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: HANK'S LIVING TRUST ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: KILROY REALTY, L.P. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | C/O MOSES & SINGER LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE ATTN: ALAN KOLOD AND KENT KOLBIG NEW YORK NY 10174-1299 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE OF GEMSTONE CDO VI C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP, 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | AS TRUSTEE AND GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS,INC SERIES 2006-QO8 MORTGAGE ASSET - BACKED PASS THROUGH CERTIFICATES C/O RICHARD D. PEDONE, ESQ AND AMANDA D. DARWIN, ESQ. 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: CDO BUSINESS UNIT - GEMSTONE CDO VI 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | MELISSA WILMAN DEUTSCHE BANK TRUST COMPANY AMERICAS RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC., SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS | DEUTSCHE TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES |

| Claim Name | Address Information |
|---|---|
| TRUSTEE AN | 2006-QO9 - RF0609 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 - RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE AN | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 - RF0608 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMAN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | DEUTSCHE BANK TRUST COMPANY AMERICAS ATTN: JENNA KAUFMANN, DIRECTOR 60 WALL STREET, 26TH FLOOR MAIL STOP NYC60-2606 NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE OF | SERIES 2005-A, PRIVATE STUDENT LOAN ASSET BACKED FLOATING RATE NOTES C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO8 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C. PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | GRANTOR TRUST TRUSTEE OF RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-QO9 MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES C/O RICHARD C PEDONE, ESQ/AMANDA DARWIN, ESQ. NIXON PEABODY LLP - 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q08-RF0608 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOANS, INC. SERIES 2006-Q09-RF0609 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE A | ATTN: RESIDENTIAL ACCREDIT LOAN, INC. SERIES 2006-O9-RF0609 MELISSA ROSSITER, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | SWAP TRUSTEE OF INDY MAC INDX MORTGAGE LOAD TRUST 2006-AR14 C/O RICHARD C. PEDONE, ESQ. & AMANDA D. DARWIN, ESQ. NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK TRUST COMPANY, TRUSTEE, GRANTOR TRUS | DEUTSCHE BANK NATIONAL TRUST COMPANY. DARWIN, ESQ. ATTN: INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14 - IN06AE 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: ANDREW A. BERSTEIN, ESQ. 12, RUE DE TILSITT PARIS 75008 FRANCE |
| DEUTSCHE POSTBANK AG | ATTN: HANS-RENE BODEN KENNEDYALLEE 62-70 BONN 53175 GERMANY |
| DEUTSCHE POSTBANK AG | ATTN: TRANSACTION MGMT CAPITAL MARKETS KENNEDYALLEE 62-70 BONN D-53175 GERMANY |
| DEUTSCHE POSTBANK AG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| DEXIA 6 M | DEXIA ASSET MANAGEMENT- THE INVESTMENT MANAGER ATTN: PIERRE GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA BANK BELGIUM SA | ATTN: KARINE DRIESEN (IN-HOUSE COUNSEL) BOULEVARD PACHECO, 44 BRUSSELS 1000 BELGIUM |
| DEXIA BANK BELGIUM SA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA CREDIOP S.P.A | ATTN: EDOARDO BARATELLA VIA VENTI SETTEMBRE, 30 ROME 00187 ITALY |
| DEXIA CREDIT LOCAL | TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA CREDIT LOCAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| DEXIA EMERGING DEBT ARBITRAGE | DEXIA ASSET MANAGEMENT- THE INVESTMENT MANAGER ATTN: PIERRE GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DEXIA KOMMUNALKREDIT BANK AG | ATTN: PIERRE VEROT FISCHHOF 3 VIENNA 1010 AUSTRIA |
| DEXIA KOMMUNALKREDIT BANK AG | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 W. 52ND STREET NEW YORK NY 10019 |
| DEXIA TREASURY MANAGEMENT | F/K/A DEXIA MONEY 3M ATTN: PIERRE-GUILLAUME VEAUX WASHINGTON PLAZA 40 RUE WASHINGTON PARIS 75008 FRANCE |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDEN, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-1 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT,GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ES. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MIACHEL J. VENDITTO NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHALE J. VENDIITO, ESQ. NEW YORK NY 10022 |
| DIADEM CITY CDO LIMITED SERIES 2008-3 | REED SMITH, LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2006 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | SIDLEY AUSTIN LLP ATTN: JOHN A. MCGRATH/MARC D. WASSERMANN WOOLGATE EXCHANGE 25 BASINGHALL STREET LONDON 3C2V 5HA ENGLAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN:SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E15 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 UNITED STATES |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | SIDLEY AUSTIN LLP ATTN: ALEX R. ROVIRA, ANDREW P.PROPPS 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 2007 | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207- | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY SERIES 207- | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| DIAMONDBACK MASTER FUND, LTD. | C/O DIAMONDBACK ADVISORS CT, LLC ATTN: J.R. LEDERER ONE LANDMARK SQ. STAMFORD CT 06901 |
| DIGNITY HEALTH | F/K/A CATHOLIC HEALTHCARE WEST ATTN: JEAN W. HAM, DIRECTOR OF DEBT MANAGEMENT 185 BERRY STREET, SUITE 300 SAN FRANCISCO CA 94107 |
| DIPL.-WI.-ING. DR. GEREON FRIEDERES | PORZELLANGASSE 32 VIENNA 1090 AUSTRIA |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | JOHN FAGAN DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD. C/O DISCOVERY GLOBAL CITIZENS CAPITAL PARTNERS LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL CITIZENS MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | JOHN FAGAN DISCOVERY GLOBAL OPPORTUNITY MASTER FUND C/O DISCOVERY CAPITAL MANAGEMENT, LLC 20 MARSHALL STREET SOUTH NORWALK CT 06854 |
| DISCOVERY GLOBAL OPPORTUNITY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIAMOND MCCARTHY LLP ATTN: HOWARD D RESSLER, ESQ 620 EIGHTH AVE NEW YORK NY 10018 |
| DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD | C/O DIVERSIFIED CREDIT INVESTMENTS, LLC 201 SPEAR STREET, SUITE 250 SAN FRANCISCO CA 94105 |
| DKR CAPITAL PARTNERS L.P. | TRANSFEROR: DKR IBEX HOLDING FUND LTD. ATTN: NAN SWAN 1281 EAST MAIN STREET STAMFORD CT 06902 |
| DNB NOR BANK ASA | ATTN: INGRID DE LA FOREST NO-0021 OSLO NORWAY |
| DNB NOR BANK ASA | WHITE & CASE LLP ATTN: RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DOLPHINSU CAPITAL LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| DOMINICAN SISTERS REGIONAL FUND MANAGED PORTFOLIO | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| DONGBU SECURITIES CO., LTD. | 36-5, YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-886 SOUTH KOREA |
| DORILTON CAPITAL ADVISORS LLC | TRANSFEROR: CORBIERE LIMITED ATTN: MATTHEW SAVAGE 131 VARICK STREET, SUITE 1034 NEW YORK NY 10013 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD. | SIDLEY AUSTIN LLP ATTN: ALEX R. RIVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD. | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| DOUBLE BLACK DIAMOND OFFSHORE LTD. | F/K/A DOUBLE BLACK DIAMOND OFFSHORE LDC C/O CARLSON CAPITAL, L.P. - ATTN: STEVE PULLY 2100 MCKINNEY AVENUE, SUITE 1800 DALLAS TX 75201 |
| DOVER MASTER FUND II, LP | TRANSFEROR: ITALMOBILIARE S.P.A. 1325 AVENUE OF THE AMERICAS FL 27 NEW YORK NY 10019-6043 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: LEONARD KLINGBAUM, CLEMENT LEE PETER TSAO 601 LEXINGTON AVE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | KIRKLAND & ELLIS LLP ATTN: CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W SALZBURG RD., MAIL # C01232 AUBURN MI 48611 |
| DOW CORNING CORPORATION | ATTN: ANGELA COLE 2200 W. SALZBURG ROAD MAIL # CO1232 MIDLAND MI 48686-0994 |
| DOWNTOWN REDEVELOPMENT AUTHORITY | PO BOX 1995 VANCOUVER WA 98668-1995 |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | CASPAR-DAVID-FRIEDRICH-STRASSE 41 69190 WALLDORF GERMANY |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & CO. KG | DR. CHRISTOPH SCHMITT BEITEN BURKHARDT RECHTSANWALTSGESELLSCHAFT MBH WESTHAFEN TOWER WESTHAFENPLATZ 1 60327 FRANKFURT AM MAIN GERMANY |
| DR. H.C. TSCHIRA BETEILIGUNGS GMBH & | PINSENT MASONS LLP MR. RICHARD WILLIAMS CITY POINT ONE ROPEMAKER STREET LONDON |

| Claim Name | Address Information |
|---|---|
| CO. KG | EC2Y 9AH UNITED KINGDOM |
| DRAWBRIDGE GLOBAL MACRO MASTER FUND LTD | C/O DRAWBRIDGE GLOBAL MACRO ADVISORS LLC ATTN: GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS 47TH FLOOR NEW YORK NY 10105 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | SUZUKA INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PKMF INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | TID RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | INKA GL 1 RENTEN 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT | PRV INKA 100 SE 2ND STREET SUITE 2610 MIAMI FL 33131 |
| DS SMITH PENSION TRUSTEES LIMITED, | CAROLINE FORSYTH DS SMITH PLC. 2 KINGS COURT, WILLIE SNAITH RD. SUFFOLK NEWMARKET CB8 7SG UNITED KINGDOM |
| DS SMITH PENSION TRUSTEES LIMITED, | AS TRUSTEE OF THE DS SMITH GROUP PENSION SCHEME DS SMITH PLC, BEECH HOUSE, WHITEBROOK PARK 68 LOWER COOKHAM ROAD, MAIDENHEAD BERKSHIRE SL6 8XY UNITED KINGDOM |
| DS SMITH PENSION TRUSTEES LIMITED, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| DUMFRIES AND GALLOWAY COUNCIL PENSION SCHEME | CARRUTHER HOUSE ENGLISH STREET DUMFRIES DG1 2HP UNITED KINGDOM |
| DUPONT CAPITAL MANAGEMENT | DEWEY & LEBOEUF LLP ATTN: EILEEN BANNON, ESQ. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DUPONT CAPITAL MANAGEMENT | ATTN: ROBIN P. SACHS DELAWARE CORPORATE CENTER ONE RIGHTER PARKWAY, SUITE 3200 WILMINGTON DE 19803 |
| DWS GLOBAL BOND FUND, INC. | C/O J CHRISTOPHER JACKSON 280 PARK AVENUE NEW YORK NY 10017 |
| DYLAN CREEK, L.L.C. | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| E.ON AG | ATTN: DR. PATRICK WOLFF E.ON PLATZ 1 DUSSELDORF 40479 GERMANY |
| E.ON AG | MICHAEL H. TORKIN ESQ. & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| E.ON UK PLC | ATTN: JON CORNELIUS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| E.ON UK PLC | C/O E.ON ENERGY SOLUTIONS WESTWOOD WAY WESTWOOD BUSINESS PARK COVENTRY CV4 8LG UNITED KINGDOM |
| E.ON UK PLC | BRIAN RANCE AND HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| E.ON UK PLC | FRESHFIELDS BRUCKHAUS DERINGER US LLP BRIAN RANCE & DAVID RUSSO 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| EAGLEPICHER MASTER TRUST – US LONG DURATION FIXED | (103641) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| EAGLEPICHER MASTER TRUST – US LONG DURATION FIXED | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK INSTITUTIONAL PARTNERS, LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| EAGLEROCK MASTER FUND LP | ATTN: NADER TAVAKOLI C/O EAGLEROCK CAPITAL MANAGEMENT, L.L.C. 24 WEST 40TH ST., 10TH FL. NEW YORK NY 10022-9334 |
| EAGLEROCK MASTER FUND LP | 505 PARK AVE FL 2 NEW YORK NY 10022-9334 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | ATTN: GARY BREAUX, DIRECTOR OF FINANCE 375 ELEVENTH STREET, MS 801 OAKLAND CA 94607 |
| EAST BAY MUNICIPAL UTILITY DISTRICT | 375 ELEVENTH STREET, MS 801 ATTN: GARY BREAUX, DIRECTOR OF FINANCE OAKLAND CA 94607 |
| EBS BUILDING SOCIETY – MANAGEMENT PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY – MANAGEMENT PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EBS BUILDING SOCIETY – SENIOR MANAGEMENT PENSION F | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY – SENIOR MANAGEMENT PENSION F | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EBS BUILDING SOCIETY – STAFF PENSION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EBS BUILDING SOCIETY – STAFF PENSION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| ED AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT. 3603 MIAMI BEACH FL 33143 |
| EDGEWATER PARTNERS, L.P. | TRANSFEROR: DKR SOUNDSHORE OASIS HOLDING FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| EFG EUROBANK ERGASIAS SA | ATTN: FOKION KARAVIAS 8 OTHONOS STREET ATHENS 105 57 GREECE |
| EFG EUROBANK ERGASIAS SA | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EFG HELLAS PLC | C/O K&L GATES LLP ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EIRCOM SUPERANNATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EIRCOM SUPERANNATION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. | C/O SHAD ROBINSON HALEY & OLSON, P.C. 510 N. VALLEY MILLS DR., STE. 600 WACO TX 76710 |
| ELEXON CLEAR LIMITED | ATTN MARTIN WILES C/O LOGICA EPFAL (UK) LIMITED 7TH FL, KINGS PLACE 90 YORK WAY LONDON N1 9AG UNITED KINGDOM |
| ELIM PARK BAPTIST HOME, INC., THE | C/O SHARYN B. ZUCH, WIGGIN AND DANA LLP 185 ASYLUM ST., CITYPLACE I HARTFORD CT 06103 |
| ELIM PARK BAPTIST HOME, INC., THE | ATTN: ZELL GASTON 140 COOK HILL ROAD CHESHIRE CT 06410 |
| ELLA E.M. BROWN CHARITABLE CIRLCLE | D/B/A OAKLAWN HOSPITAL 200 N. MADISON MARSHALL MI 49068 |
| ELLA E.M. BROWN CHARITABLE CIRLCLE | ELLA E.M. BROWN CHARITABLE CIRCLE ANDREW L. WOOL KATTEN MUCHIN ROSENMAN LLP 525 W. MONROE STREET CHICAGO IL 60661 |
| ELLIOTT ASSOCIATES, L.P. | ANNEMARIE JACOBSEN/DAVID SHORT CVI GVF (LUX) MASTER S.A.R.L. C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: AUTONOMY ROCHEVERA ONE LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: AUTONOMY MASTER FUND LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BREVAN HOWARD MASTER FUND LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS BARRACUDA FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS VOLATILITY OPPORTUNITIES FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: AB2 FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ARTRADIS RUSSIAN OPPORTUNITIES FUND C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANCO SANTANDER, S.A. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANCO ESPIRITO SANTO DE INVESTIMENTO SA C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: UNITED STATES DEBT RECOVERY V, LP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: NWI EXPLORER GLOBAL MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: NWI EMERGING MARKET FIXED INCOME MASTER FUND LTD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: FONDAZIONE ENASARCO C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONSEIL C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: OFI ASSET MANAGEMENT C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: OVAL CIBLE ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT OPPORTUNITIES C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVERT ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI ARBITRAGES ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 |

| Claim Name | Address Information |
|---|---|
| ELLIOTT ASSOCIATES, L.P. | WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CREDIT ARB ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI HIGH YIELD C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI RISK ARB ABSOLU C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI CONVEX C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI SITUATIONS SPECIALES C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI EXPLORASIA C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ADI GLOBAL OPPORTUNITY SP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 W 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | MICHAEL STEPHAN ELLIOTT ASSOCIATES, LP 40 WEST 57TH STREET, 4TH FLOOR NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: C.V.I G.V.F. (LUX) MASTER S.A.R.L.. (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN/ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BARCLAYS WEALTH MANAGERS FRANCE SA C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN, ROBERT RYAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| ELLIOTT ASSOCIATES, L.P. | KLEINBERG KAPLAN WOLFF & COHEN, P.C. ATTN: MATTHW J. GOLD, MARY KUAN 55 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT ASSOCIATES, L.P. | KLEINBERG KAPLAN WOLFF & COHEN, P.C. ATTN: MATTHEW J. GOLD, MARY KUAN 551 FIFTH AVENUE NEW YORK NY 10176 |
| ELLIOTT INTERNATIONAL, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLSWORTH PARTNERS, L.L.C. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| EMD INVEST F.M.B.A. | C/O NYKREDIT PORTEFOLJE ADMINISTRATION A/S OTTO MOENSTEDS PLADS 9 DK-1780 COPENHAGEN V DENMARK |
| EMD INVEST F.M.B.A. | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMF-NL 2008-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE |

| Claim Name | Address Information |
|---|---|
| EMF-NL 2008-1 B.V. | NETHERLANDS |
| EMF-NL 2008-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-NL PRIME 2008-A B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EMF-UK 2008-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | 27 WRIGHTS LANE LONDON W8 5SW UNITED KINGDOM |
| EMI GROUP PENSION TRUSTEES LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EMI PENSION TRUST (IRELAND) LIMITED | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| EMI PENSION TRUST (IRELAND) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| EMPYREAN CAPITAL OVERSEAS FUND, LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE AND MICHAEL GREENE 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| EMPYREAN CAPITAL OVERSEAS FUND, LTD | C/O EMPYREAN CAPITAL PARTNERS LP ATTN: ANTHONY HYNES 10250 CONSTELLATION BOULEVARD, SUITE 2950 LOS ANGELES CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: DEUTSCHE BANK AG C/O EMPYREAN CAPITAL PARTNERS, LP ATTN: STERLING HATHAWAY 10250 CONSTELLATION BLVD, SUITE 2950 LOS ANGELES CA 90067 |
| EMRO FINANCE IRELAND LTD | AIB INTERNATIONAL CENTRE WEST BLOCK IFSC DUBLIN 1 IRELAND |
| EQUATOR INVESTMENT FUNDS ICVC - | GLOBAL INVESTMENT GRADE BOND FUND 4TH FLOOR 135 BISHOPSGATE LONDON EC2M 3UR UNITED KINGDOM |
| EQUITY TRUSTEES LIMITED ATF PIMCO EXTENDED MARKETS | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO EXTENDED MARKETS | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND | HARVEY H KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL BOND FUND | KEVIN BRAODWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EQUITY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | HARVEY H. KALMAN LEVEL 2, 575 BOURKE STREET MELBOURE, VIC 3000 AUSTRALIA |
| EQUIQY TRUSTEES LIMITED ATF PIMCO GLOBAL REAL RETU | KEVIN BRAODWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ERSTE BANK HUNGARY NYRT | FKA ERSTE BANK HUNGARY RT ATTN: ANNA NEMETH DR NEPFURDO U. 24-26 H-1138 BUDAPEST HUNGARY |
| ERSTE BANK HUNGARY NYRT | DAVID ELKIND, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERSTE GROUP BANK AG | (F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSE AG) ATTN: CONRAD SCHULLER, HEAD OF CREDIT RISK MANAGEMENT MARKETS GRABEN 21 AT01960787 1010 VIENNA AUSTRIA |
| ERSTE GROUP BANK AG | F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG ATTN: CONRAD SCHULLER, HEAD OF CREDIT RISK MANAGEMENT MARKETS GRABEN 21 AT01960787 1010 VIENNA AUSTRIA |
| ERSTE GROUP BANK AG | ERSTE GROUP BANK AG (F/K/A ERSTE BANK DER OESTERREICHISCHEN SPARKASSEN AG) ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ERSTE GROUP BANK AG | ROPES & GRAY LLP ATTN: DAVID ELKIND, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ESKATON PROPERTIES, INCORPORATED | 5105 MANZANITA AVENUE CARMICHAEL CA 95608 |
| ESTATE OF ERNEST E. STEMPEL | L. MICHAEL MURPHY, CO-EXECUTOR SOMERSET HOUSE 6 SALT KETTLE ROAD PAGET BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | ATTN: DIANA BROOKS BERGUIST, CO-EXECUTOR FLAMINGO NO. 3 GRASMERE ROAD PEMBROKE |

| Claim Name | Address Information |
|---|---|
| ESTATE OF ERNEST E. STEMPEL | HM05 BERMUDA |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: HENRY CHRISTENSEN III 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: GARY O. RAVERT 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTATE OF ERNEST E. STEMPEL | MCDERMOTT WILL & EMERY LLP ATTN: HENRY CHRISTERNSEN III 340 MADISON AVENUE NEW YORK NY 10173-1922 |
| ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF | LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| ESTELLE PEABODY MEMORIAL HOME OF THE SYNOD OF | LINCOLN TRAILS OF THE PRESBYTERIAN CHURCH (USA), THE C/O KATZ & KORIN PC ATTN: CHRISTINE K. JACOBSON 334 NORTH SENATE AVE INDIANAPOLIS IN 46204 |
| ETON PARK FUND, LP | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK FUND, LP | CADWALADER WICKERSHAM & TAFT LLP ATTN: ETON PARK CLAIMS GROUP-WENDY KANE ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK FUND, LP | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | C/O ETON PARK CAPITAL MANAGEMENT, LP ATTN: DAVID ZALTA 399 PARK AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: SERGE TODOROVICH 399 PARK AVENUE, 10TH FL NEW YORK NY 10022 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE FINANCIAL CENTER NEW YORK NY 10281 |
| ETON PARK MASTER FUND, LTD. | WENDY KANE ETON PARK CLAIMS GROUP CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EUGENE INVESTMENT & SECURITIES CO., LTD | 23-9, YUIDO-DONG YUNGDEUNGPO-GU SEOUL 150-710 SOUTH KOREA |
| EURIZON EASY FUND VALORE EQUILIBRIO | C/O EURIZON CAPITAL SGR SPA PIAZZALE CADORNA, 3 MILAN 20123 ITALY |
| EURO BOND FUND - 1691 | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO BOND FUND - 1691 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO REAL RETURN FUND - (#4694) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EURO REAL RETURN FUND - (#4694) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| EURO STOCKSPLUS TR FUND | PIMCO LUXEMBOURG TRUST ATTN: TOM RICE 2-8 AVE CHARLES DE GAULLE L-7653 LUXEMBOURG |
| EUROHYPO AG | ATTN: LEGAL DEPT. HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |
| EUROHYPO AG | ATTN: OLIVER SCHOEPP HELFMANN-PARK 5 ESCHBORN 65760 GERMANY |
| EUROHYPO EUROPAISCHE HYPOTHEKENBANK S.A. | AIRPORT CENTER 5, RUE HEIENHAFF SENNINGERBERG 1736 LUXEMBOURG |
| EUROSAIL 2006 4NP-PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL 2006 4NP-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL UK 2007 1NC PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL UK 2007 1NC PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-NL 2007-1 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| EUROSAIL-NL 2007-2 B.V. | ATTN: THE MANAGING DIRECTOR FREDERIK ROESKESTRAAT 123 AMSTERDAM 1076EE NETHERLANDS |
| EUROSAIL-UK 2007-3BL PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-UK 2007-4BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSTOCKPLUSTM TOTAL RETURN FUND – (#3680) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| EUROSTOCKPLUSTM TOTAL RETURN FUND – (#3680) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| EVERGREEN CORE PLUS BOND FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN CORE PLUS BOND FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND | C/O EVERGREEN INVESTMENT MANAGEMENT COMPANY LLC ATTN: CATHY KENNEDY 200 BERKLEY STREET BOSTON MA 02116 |
| EVOLUTION MASTER FUND LTD. SPC. | SEGREGATED PORTFOLIO M C/O RICHARD CHISHOLM 2425 OLYMPIC BLVD., SUITE 120 E SANTA MONICA CA 90404 |
| EXUM RIDGE CBO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-2 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-2 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-4, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-4, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-4, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET NW WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-4, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2006-5 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2006-5 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-1, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-1, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH |

| Claim Name | Address Information |
|---|---|
| EXUM RIDGE CBO 2007-1, LTD | STREET WASHINGTON DC 20001 |
| EXUM RIDGE CBO 2007-2, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK, 899 KASSATT RD BERWYN PA 19312 |
| EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG) | C/O BONNIE MACDOUGAL KISTLER PEPPER HAMILTON LLP 400 BERWYN PARK BERWYN PA 19312 |
| F.F. THOMPSON FOUNDATION INC, THE | ATTN:CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FAR EASTERN INTERNATIONAL BANK | YU, CHAN & YEUNG, SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD 10602 TAIPEI TAIWAN |
| FAR EASTERN INTERNATIONAL BANK | 26/F, NO. 207, SEC 2, TUN HWA S RD TUN HWA S. RD TAIPEI TAIWAN |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| FAREPLAY ENERGY LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FATA ASSICURAZIONI DANNI S.P.A. | VIA URBANA 169/A ATTN: DOTT. PAOLA FERRANTE – HEAD OF GENERAL SECRETARIAT ROME 00184 ITALY |
| FATA ASSICURAZIONI DANNI S.P.A. | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| FATAI INVESTMENT LIMITED | ATTN: MR. TIMON LIU FATAI INVESTMENT LTD C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY JE4 8SY UNITED KINGDOM |
| FATAI INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| FCP INDOSUEZ BONDS | F/K/A INDOSUEZ OBLIMONDE C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| FEDERAL HOME LOAN BANK OF DES MOINES | ATTN: AARON B. LEE 801 WALNUT STREET, SUITE 200 DES MOINES IA 50309 |
| FEDERAL HOME LOAN BANK OF NEW YORK | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: SHAMECCA LAZARUS 101 PARK AVENUE, 5TH FLOOR NEW YORK NY 10178-0599 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FFTW MULTI-STRATEGY ALPHA FUND | C/O FISCHER FRANCIS TREES & WATTS, INC. ATTN: ROBIN S. MEISTER 200 PARK AVENUE, 46TH FLOOR NEW YORK NY 10166 |
| FINAF SPA | ATTN:EMANUELE CAMPAGNIOLI, DIRETTORE INVESTIMENTI FINANZIARI VIA AMELIA, 70 ROMA 181 ITALY |
| FINANSBANK A.S. | C/O BAKER & MCKENZIE LLP ATTN: JOSEPH SAMET & IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| FINECOBANK SPA | ATTN: ROBERTO FINESCHI PIAZZA DURANTE 11 MILAN 20131 ITALY |
| FINMECCANICA S.P.A. | PIAZZA MONTE GRAPPA 4 ROME 00195 ITALY |
| FIRST CHOICE POWER, LP | C/O LOWENSTEIN SANDLEER PC ATTN: S. JASON TEELE 65 LIVIGSTON AVENUE ROSELAND NJ 07068 |
| FIRST CHOICE POWER, LP | LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FIRSTRAND BANK LIMITED | ANDREW STUART FIRSTRAND BANK LIMITED C/O RAND MERCHANT BANK 1 MERCHANT PLACE CORNER FREDMAN DRIVE & RIVONIA ROAD PO BOX 786273 SANDTON 2146 SOUTH AFRICA |
| FIRSTRAND BANK LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| FIXED INCOME SHARES: SERIES R (# 2090) | ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10105 |
| FLORIDA POWER & LIGHT COMPANY | C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| FLORIDA POWER & LIGHT COMPANY | ATTN: RACHEL BUDKE, ESQ. 700 UNIVERSE BOULEVARD JUNO BEACH FL 33408 |
| FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO | ATTN: LUISA TERZI FONDAZIONE CASSA DI RISPARMIO DI PADOVA E ROVIGO P.ZZA DUOMO 15 PADOVA 35141 ITALY |
| FONDS COMMUN DE PLACEMENT EPARCOURT | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FONDS COMMUN DE PLACEMENT FUZEOR | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS | REPRESENTED BY NATIXIS ASSET MANAGEMENT ATTN: LEGAL DEPARTMENT (DIRECTION JURIDIQUE) 21, QUAI D'AUSTERLITZ 75634 PARIS CEDEX 13 FRANCE |
| FORTIS BANK NV/SA | ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | MONTAGNE DU PARC, 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | ATTN: HILDE VAN VERRE/REGINE OUYANG MONTAGNE DU PARC, 3 BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | HOWARD S. BELTZER, ESQ. MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FORTIS BANK NV/SA | RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN BNP PARIBAS 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | BNP PARIBAS ATTN: RICHARD M. SKOLLER, ESQ. & KATHRYN B. QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | BNP PARIBAS ATTN: RICAHRD M. SKOLLER, ESQ & KATHRYN B QUINN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FORTIS BANK NV/SA | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| FORTRESS VALUE RECOVERY FUND I LLC | (F/K/A D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LLC) (F/K/A D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, L.P.) ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| FOSTER, LADY ELENA | C/O MICHAEL SIMKINS LLP LYNTON HOUSE 7-12 TAVISTOCK SQUARE LONDON WC1H 9LT UNITED KINGDOM |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING A | MILLENIUM AWARDS TRUST (100665) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| FOUNDATION FOR SOCIAL ENTREPRENEURS, THE, ACTING A | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC ATTN: CONTRACTS/LEGAL FPL POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FPL ENERGY POWER MARKETING, LLC F/K/A | FPL ENERGY POWER MARKETING, INC. C/O RACHEL BUDKE, ESQ. 700 UNIVERSE BLVD. JUNO BEACH FL 33408 |
| FRANCISCAN ORDER OF IRELAND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| FRANCISCAN ORDER OF IRELAND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FREDERICK FERRIS THOMPSON HOSPITAL, THE | ATTN: CHIEF FINANCIAL OFFICER C/O FREDERICK FERRIS THOMPSON HOSPITAL 350 PARRISH STREET CANANDAIGUA NY 14424 |
| FSC ASIA INVESTMENT LTD | YU, CHAN & YEUNG SOLICITORS ROOM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| FSC ASIA INVESTMENT LTD | F/K/A FIRST TAISEC (ASIA) LTD 7TH FLOOR, NO. 29, SEC 1 AN-HO ROAD TAIPEI TAIWAN |
| FSP INVEST F.M.B.A. | AMALIEGADE 27 KOBENHAVN 1256 DENMARK |
| FULLERTON DRIVE CDO LIMITED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 4B NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| FULLERTON DRIVE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| GA FUND L BOND ACTIVE WORLD TP (SICAN) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GALLAHER (DUBLIN) LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GAM ABSOLUTE RETURN MASTER FUND | F/K/A AUGUSTUS ABSOLUTE RETURN MASTER FUND C/O RICHARD CHULL, LEGAL COUNSEL AUGUSTUS ASSET MANGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GAM EUROPEAN EQUITY HEDGE INC. | C/O RICHARD CULL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GAM EUROPEAN SMALL CAP HEDGE INVESTMENTS INC. | C/O RICHARD CULL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| GENERALI INVESTMENTS SICAV | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTO 34132 ITALY |
| GENERALI INVESTMENTS SICAV | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENERALI INVESTMENTS SICAV | IN RELATION TO ABSOLUTE RETURN GLOBAL MACRO STRATEGIES SUB-FUND 5 ALLEE SCHEFFER L-2520 LUXEMBOURG ATTN: DOTT. EUGERIO ROMANO-OFFICER LUXEMBOURG |
| GENERALI INVESTMENTS SICAV | (IN RELATION TO ABSOLUTE RETURN HYBRID CREDIT STRATEGIES SUB-FUND) 5 ALLEE SCHEFFER L-2520 LUXEMBOURG ATTN: DOTT. EUGERIO ROMANO-OFFICER LUXEMBOURG |
| GENERALI PERSONENVERSICHERUNGEN AG | FRESHFIELDS BRUCKHAUS DERINGER VIA DEI GIARDINI 7 ATTN: MARIO ORTU AND IVANA STJEPOVIC MILAN 20121 ITALY |
| GENERALI PERSONENVERSICHERUNGEN AG | ATTN: MARCO BARTOLOMEI HEAD OF LEGAL & CORPORATE AFFAIRS GENERALI SGR S.P.A VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENERALI PERSONENVERSICHERUNGEN AG | ATTN: THOMAS MARTY SOODMATTENSTRASSE 10 ADLISWIL 1 CH-8134 SWITZERLAND |
| GENERTEL S.P.A. | VIA MACHIAVELLI 4 ATTN: DOTT GIOVANNI PILATO – HEAD OF ADMINISTRATION DEPT. TRIESTE 34132 ITALY |
| GENERTEL S.P.A. | ATTN. MARCO BARTOLOMEI – HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| GENRE PARTNERS, L.P. | ATTN JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| GENRE PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| GERALD B. CRAMER REV. TRUST | C/O GOM CAPITAL 707 WESTCHESTER AVE, STE 405 WEST HARRISON NY 10604 |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | SALVADOR IBIZA BEVIA CAJA DE AHORROS DEL MEDITERRANEO AVENIDA OSCAR ESPLA, 37 ALICANTE 03007 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | ATTN: MR. SALVADOR IBIZA BEVIA AVENIDA DE ELCHE, 178 CENTRO ADMINISTRATIVO, PLANTA 2 A ALICANTE 03008 SPAIN |
| GESTORA DE FONDOS DEL MEDITERRANEO, S.G.I.I.C., S. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GHB LLC | TRANSFEROR: ACUITY MASTER FUND LTD C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GIANTS STADIUM LLC | ATTN: CHRISTINE PROCOPS MEADOWLANDS SPORTS COMPLEX 50 STATE ROUTE 120 EAST RUTHERFORD NJ 07073 |
| GIANTS STADIUM LLC | THOMAS JOHN WRIGHT SULLIVAN & CROMWELL LLP 125 BROAD STREET NEW YORK NY 10004 |
| GLG ALPHA SELECT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG ALPHA SELECT FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| GLG ALPHA SELECT FUND | ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EMERGING MARKETS FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG EMERGING MARKETS FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EUROPEAN LONG-SHORT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG EUROPEAN LONG-SHORT FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EUROPEAN OPPORTUNITY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG EUROPEAN OPPORTUNITY FUND | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG EVENT DRIVEN FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG EVENT DRIVEN FUND | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG FINANCIALS FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG FINANCIALS FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG GLOBAL UTILITIES FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG GLOBAL UTILITIES FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG INVESTMENTS PLC: SUB-FUND GLG CONVERTIBLE UCIT | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON ST LONDON W1J 5HB UNITED KINGDOM |
| GLG INVESTMENTS PLC: SUB-FUND GLG CONVERTIBLE UCIT | DAVID LEMAY/CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG JAPANESE LONG-SHORT FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG JAPANESE LONG-SHORT FUND | CHADBOURNE & PARK LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG MARKET NEUTRAL FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG MARKET NEUTRAL FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG NORTH AMERICAN OPPORTUNITY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG NORTH AMERICAN OPPORTUNITY FUND | CHADBOURNE & PARK LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG PARTNERS (CAYMAN) LTD. | TRANSFEROR: GLG ABSOLUTE RETURN BOND FUND C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG PARTNERS (CAYMAN) LTD. | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLG TECHNOLOGY FUND | C/O GLG PARTNERS LP ATTN: MARY NELL BROWNING 1 CURZON STREET LONDON W1J 5HB UNITED KINGDOM |
| GLG TECHNOLOGY FUND | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| GLITNIR BANKI HF. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ABIGAIL CLARK, ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| GLITNIR BANKI HF. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALAN W. KORNBERG, ABIGAIL CLARK 1285 AVENUE OF THE AMERICAS NEW YORK NY 10104 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GLOBAL BOND EX-US FUND (#3684) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL BOND EX-US FUND (#3684) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL BOND FUND 699 | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL BOND FUND 699 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL INVESTMENT GRADE CREDIT FUND 3683 | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL INVESTMENT GRADE CREDIT FUND 3683 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL REAL RETURN FUND (#3693) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| GLOBAL REAL RETURN FUND (#3693) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GLOBAL SHORT-TERM PORTFOLIO (#3762) | PIMCO OFFSHORE PORTFOLIOS ATTN: RICHARD LEBRUN WALKER HOUSE, 87 MARY STREET GEORGE TOWN CAYMAN ISLANDS |
| GLOBAL SHORT-TERM PORTFOLIO (#3762) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GMAM GROUP PENSION TRUST I | FOR THE ACCOUNT OF GLOBAL INFLATION INDEX LINKED BONDS, ACC# GFI-145 C/O PROMARK INVESTMENT ADVISORS, INC. 767 FIFTH AVENUE, 16TH FLOOR NEW YORK NY 10153 |
| GMAM GROUP PENSION TRUST I | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PR | CLIFFORD CHANCE US LLP JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GMAM INVESTMENT FUNDS TRUST -FOR THE ACCOUNT OF PR | TACTICAL ASSET ALLOCATION FUND - ACCT NO 3037020140 C/O PROMARK INVESTMENT ADVISORS, INC. ATTN: MARK SZYCHER 767 FIFTH AVENUE NEW YORK NY 10153 |
| GMB PENSION TRUSTEE COMPANY LIMITED | AS TRUSTEE OF THE GMB 1961PENSION FUND ATTN: ALLAN WYLIE 22-24 WORPLE ROAD LONDON SW19 4DD UNITED KINGDOM |
| GMB PENSION TRUSTEE COMPANY LIMITED | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GMB PENSION TRUSTEE COMPANY LIMITED | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GMO EMERGING COUNTRY LOCAL DEBT INVESTMENT FUND | C/O GRANTHAM, MAYO VAN OTTERLOO & CO. LLC ATTN: GREGORY POTTLE 40 ROWES WHARF BOSTON MA 02110 |
| GOAL LINE PARTNERS, LLC | GIANTS STADIUM LLC C/O SULLIVAN & CROMWELL LLP ATTN: MATTHEW SCHWARTZ; BRUCE CLARK 125 BROAD STREET NEW YORK NY 10004 |
| GOAL LINE PARTNERS, LLC | TRANSFEROR: BANK OF AMERICA, N.A. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| GOLDEN MOON CAPITAL CORPORATION | CITCO BUILDING, WICKHAMS CAY P.O. BOX 662 ROAD TOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS, LLP JOHN E. JURELLER, JR. 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | KLESTADT & WINTERS LLP 570 FASHION AVE FL 17 NEW YORK NY 10018-1624 |
| GOLDEN MOON CAPITAL CORPORATION | JOHN E. JURELLER, JR KLESTADT & WINTERS, LLP 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018-6314 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORRICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GOLDEN STATE TOBACCO SECURITIZATION CORPORATION | ATTN: KAREN FINN, AUTHORIZED REPRESENTATIVE 915 L STREET, 9TH FLOOR SACRAMENTO CA 95814 |
| GOLDMAN SACHS & CO. PROFIT | C/O OZ MANAGEMENT LP ATTN: JOEL FRANK 9 WEST 57TH STREET, 13TH FLOOR NEW YORK |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. PROFIT | NY 10019 |
| GOLDMAN SACHS & CO. PROFIT | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS CATASTROPHE RISK PREMIUM OPPORTUNITI | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LT | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | CLEARY GORRLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS EMERGING MARKETS OPPORTUNITIES FUND, | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | (100342) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS EURO CORE LIQUIDITY FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FOUNDATION, THE | (105002) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| GOLDMAN SACHS FOUNDATION, THE | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | (103106) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | (103105) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS – GOLDMAN SACHS EURO FIXED INC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL C | PORTFOLIO (HEDGED) (103234) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL C | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | PLUS II PORTFOLIO (103133) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | PLUS I PORTFOLIO (103131) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GOLDMAN SACHS GLOBAL L | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS FUNDS SICAV – GS GLOBAL CURRENCY POR | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS FUNDS SICAV – GS GLOBAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERTY PLAZA |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CURRENCY POR | NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA DAVID AMAN, ESQ NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND LP | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL ALPHA FUND PLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – DOLLAR PLUS | (100057) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – DOLLAR PLUS | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – EURO PLUS | (100058) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS GLOBAL CURRENCY FUND – EURO PLUS | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND OFFSHORE, | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GLOBAL OPPORTUNITIES FUND, LLC | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITE | CLEARY GOTTIIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS GSIP MASTER COMPANY (IRELAND) LIMITE | C/O GS INVESTMENT STRATEGIES, LLC ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS INTERNATIONAL | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INTERNATIONAL BANK | GOLDMAN SACHS INTERNATIONAL BANK, SEOUL BRANCH ATTN: JIN-U JANG, BRANCH MANAGER 21ST FLOOR, HUNGKUK LIFE INSURANCE BUILDING 226 SHIN MUN RO 1 GA CHONG RO-GU SEOUL 110-786 KOREA |
| GOLDMAN SACHS INTERNATIONAL BANK | ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATIONAL BANK | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS MASTER FUND, L.P | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS INVESTMENT PARTNERS | C/O GS INVESTMENT STRATEGIES, LLC ATTN: WENDY YUN 200 WEST STREET NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| MASTER FUND, L.P | 10282 |
| GOLDMAN SACHS INVESTMENT UNIT TRUST – GOLDMAN SACH | FUND # 1 (103048) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS INVESTMENT UNIT TRUST – GOLDMAN SACH | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YIELD STRATEGIES FUND I L.P. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: TUDOR GLOBAL EMERGING MARKETS PORTFOLI ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PROGRAMMA DINAMICO S.P.A. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: INTESA SANPAOLO SPA ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FEDERAL FINANCE GESTION ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FRONTPOINT COPIA ENERGY HORIZONS FUND ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FRONTPOINT UTILITY AND ENERGY FUND, L. ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: FRONTPOINT VOLATILIY OPPORTUNITIES FUN ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VISIUM LONG BIAS FUND LP C/O GOLDMAN, SACHS & CO. ; ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: VISIUM BALANCED FUND LP C/O GOLDMAN SACHS & CO. ATTN: LAUREN DAY 30 HUDSON STREET, 38TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SPCP GROUP, LLC ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PUBLIC POWER GENERATION AGENCY C/O GOLDMAN, SACHS & CO ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: GOLDMAN SACHS GLOBAL CURRENCY FUND C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND (CAYMAN), LTD., THE C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON CAPITAL ARBITRAGE MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON VALUE REALIZATION FUND, LP C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CANYON BALANCED MASTER FUND, LTD. C/O GOLDMAN, SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: YIELD STRATEGIES FUND II, L.P. ATTN: MICHELLE LATZONI C/O GOLDMAN, SACHS & CO. 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: RR INVESTMENT CO LTD C/O GOLDMAN SACHS & CO ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10002 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | JOHN R ASHMEAD JUSTIN SHEARER SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281-1003 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DENNIS M. LAFFERTY 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007 OFFSHORE, L. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS LIQUIDITY PARTNERS 2007, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES FUND L | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | DAVID AMAN ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS MORTGAGE CREDIT OPPORTUNITIES OFFSHO | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE COMMODITIES MASTER FUND | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | DAVID AMAN, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES | 200 WEST ST ONE NEW YORK PLAZA NEW YORK NY 10282-2198 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS QUANTITATIVE STRATEGIES EMERGING MAR | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| GOLDMAN SACHS TRUST - GOLDMAN SACHS CORE PLUS FIXE | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL    (103172) ATTN: BENJAMIN ROBINSON CHRISTCOURT COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS TRUST - GOLDMAN SACHS CORE PLUS FIXE | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | ACTING AS TRUSTEE OF GOLDMAN SACHS COLLECTIVE TRUST FIXED INCOME FUNDS - LONG DURATION PLUS FIXED INCOME FUND (103195) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON., CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| GOLDMAN SACHS TRUST COMPANY N.A., THE | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GOODELL LOVING TRUST | ATTN: MS. PATRICIA GOODELL 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GOODELL LOVING TRUST | 3204 OLD MIDLAND RD KLAMATH FALLS OR 97603 |
| GORDEL HOLDINGS LIMITED | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| GORDEL HOLDINGS LIMITED | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GOVERNMENT EMPLOYEES SUPERANNUATION BOARD | ATTN: ALAN CHAPPEL LEVEL 4, CENTRAL PARK 152 ST GEORGE'S TERRACE PERTH 6000 AUSTRALIA |
| GOVERNMENT OF ISRAEL ON BEHALF OF THE STATE OF ISR | MINISTRY OF FINANCE ATTN: GIL COHEN, DIRECTOR OF GLOBAL DEPT CAPITAL MARKETS AND FOREIGN CURRENCY TRANSACTIONS 1 KAPLAN STREET JERUSALEM 91131 ISRAEL |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | 168 ROBINSON ROAD ATTN: DAWN TEE #37-01 CAPITAL TOWER 68912 SINGAPORE |
| GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD | SIDLEY AUSTIN LLP ATTN: MICHAEL G. BURKE, ESQ. 787 SEVENTH AVE NEW YORK NY 10019 |
| GOVERNMENT OF THE REPUBLIC OF SINGAPORE, | AS REPRESENTED BY THE BOARD OF TRUSTEES OF THE SAVER-PREMIUM FUND ATTN: MR. THOMAS KOH MINDOF BUILDING, 303 BOMBAK DRIVE, #B1-13 669645 SINGAPORE |
| GOVERNMENT OF THE REPUBLIC OF SINGAPORE, | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE, | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GPF (THAILAND) INVESTMENT FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| GPF (THAILAND) INVESTMENT FUND | C/O ELIOTT COHEN 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO/ ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| GPS NEW EQUITY FUND (CAYMAN) LTD | PMB 175 11693 SAN VICENTE BLVD LOS ANGELES CA 90049-5105 |
| GRANITE FINANCE LIMITED | ATTN:  THE DIRECTORS PO BOX 1109 HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| GRD 3 | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| GRD 5 | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| GREEN T G2 FUND LIMITED | CHRISTON BURROWS GREEN T G2 FUND LIMITED C/O CAXTON EUROPE ASSET MANAGEMENT LIMITED 40 BERKELEY SQUARE LONDON W1J 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| GREEN T G2 FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| GREENCORE GROUP PENSION SCHEME, THE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GREENCORE GROUP PENSION SCHEME, THE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | 9 ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | CAROLE FIQUEMONT 9 ROND-POINT DES CHAMPS-ELYSEES-MARCEL DASSAULT PARIS 75008 FRANCE |
| GROUPE INDUSTRIEL MARCEL DASSAULT SAS | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GRUSS ARBITRAGE MASTER FUND, LTD. | DEBORAH S. TUCHMAN & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| GRUSS ARBITRAGE MASTER FUND, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS ARBITRAGE MASTER FUND, LTD. | TRANSFEROR: GRUSS ARBITRAGE MASTER FUND (ENHANCED), LTD. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED, LTD. | DEBORAH S. TUCHMAN & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 4 TIMES SQ. NEW YORK NY 10036 |
| GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED, LTD. | C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE, THIRD FLOOR NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND ENHANCED, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GRUSS GLOBAL INVESTORS MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O GRUSS ASSET MANAGEMENT, L.P. ATTN: MICHAEL MONTICCIOLO 667 MADISON AVENUE NEW YORK NY 10065 |
| GSA CAPITAL INTERNATIONAL MASTER FUND LIMITED | C/O GSA CAPITAL PARTNERS LLP, FIRST FLOOR 11 BERKELEY STREET ATTN: CHRIS HULLIN LONDON WIJ 8DS UNITED KINGDOM |
| GUADELETE INVESTMENTS SARL | ATTN: DANIEL JANE (ON BEHLAF OF ALCANJANE S.A.R.L.), PHILIPPE TOUSSAINT & ERIC MAGRINI AS DIRECTORS OF GUADELETE INVESTMENTS OF SARL 22, RUE JEAN-PIERRE BRASSEUR L-1258 LUXEMBOURG, G.D. LUXEMBOURG LUXEMBOURG |
| GUADELETE INVESTMENTS SARL | MICHAEL JOHN ANDREW JERVIS PRICEWATERHOUSECOOPERS LLP PLUMTREE COURT LONDON EAHT UNITED KINGDOM UNITED KINGDOM |
| GUADELETE INVESTMENTS SARL | TITIA HOLTZ AND ELIZABETH DOWD LINKLATERS LLP 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ORRICK, HERRINGTON & SUTCLIFFE LLP ATTN: THOMAS MITCHELL THE ORICK BUILDING 405 HOWARD STREET SAN FRANCISCO CA 94105-2669 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | CHIEF DEPUTY ATTY GENERAL PHILLIP TYDINGCO OFFICE OF THE ATTORNEY GENERAL OF GUAM 287 WEST O'BRIEN DRIVE HAGATNA GU 96910 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY BLAZ, ADMINISTRATOR 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GUAM ECONOMIC DEVELOPMENT AUTHORITY | ATTN: ANTHONY C. BLAZ ADMINISTRATOR OF THE GUAM ECONOMIC DEVELOPMENT AUTHORITY 590 S. MARINE CORPS DRIVE, SUITE 511 ITC BUILDING TAMUNING GU 96913 |
| GYPSUM OPERATIVE PENSION FUND | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GYPSUM OPERATIVE PENSION FUND | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| GYPSUM STAFF PENSION | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| GYPSUM STAFF PENSION | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | C/O HALBIS CAPITAL MANAGEMENT (USA) ATTN: JAMES CURTIS 452 FIFTH AVENUE NEW YORK NY 10018 |
| HALBIS US CREDIT ALPHA MASTER FUND, LTD | ANDREW DOVE ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LP |

| Claim Name | Address Information |
|---|---|
| HALCYON LOAN TRADING FUND LLC | ATTN: MATT SELTZER 477 MADISON AVENUE 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE - 8TH FLOOR NEW YORK NY 10022 |
| HALCYON LOAN TRADING FUND LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| HALEWOOD COMPANY LIMITED | ATTN: COLIN LAM C/O MOSSACK FONSECA & CO (BVI) LTD PO BOX 3136 ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| HALEWOOD COMPANY LIMITED | COLIN LAM 38/F, DLAT A, TOWER 1 2 BOWEN ROAD HONG KONG |
| HALEWOOD COMPANY LIMITED | PAGET DARE BRYAN/ ALEX CHEUNG CLIFFORD CHANCE 28/F, JARDINE PLACE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| HALEWOOD COMPANY LIMITED | JENNIFER DEMARCO/ SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| HAMADA SHOKAI CO. LD | ATTN: YOSHIKI SHIMONO 7-12 1-CHOME FUKAEKITA HIGASHINARI-KU OSAKA 537-0001 JAPAN |
| HANA BANK / WOORI CREDIT SUISSE ASSET | MANAGEMENT CO., LTD. ATTN: MR. SANGWOO PARK 17TH FL. KT BUILDING 28-2 YOIDO-DONG YOUNG DEUNG PO-GU, SEOUL SOUTH KOREA |
| HANA BANK AS TRUSTEE AND MY ASSET INVESTMENT MANAG | INVESTMENT MANAGER FOR MY DUEL STAR DERIVATIVES FUND D-1 25-5 YOIDO DONG YOUNGDEUNGPO-GU SEOUL 150-708 SOUTH KOREA |
| HANG SENG BANK LIMITED | ATTN: JULIAN CHEUNG/ PHILIP LEUNG TREASURY & INVESTMENT SERVICES OPERATIONS DEPARTMENT LEVEL 16, DES VOEUX ROAD CENTRAL HONG KONG |
| HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND | C/O HARBINGER CAPITAL PARTNERS LLC ATTN: CORRINE GLASS 450 PARK AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| HARPEN IMMOBILIEN GMBH & CO. KG | F/K/A H2001/ PHIN GMBH AND CO. KG ATTN: KONSTANZE HATTING, CFO D-VOBKUHLE 38 DORTMUND 44141 GERMANY |
| HARPEN IMMOBILIEN GMBH & CO. KG | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HARRISON PASTURES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTN: PHILIP WELLS NEW YORK NY 10036-8704 |
| HARRY C. MOORE TRUST DATED MAY 19, 1986 | C/O MARSHALL & ILSLEY TRUST COMPANY N.A. AS CUSTODIAN ATTN: GAYLE ROBINSON, GENERAL COUNSEL 111 EAST KILBOURN AVENUE, SUITE 200 MILWAUKEE WI 53202 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE & ANNUITY INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: DOUG FISKE 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HARTFORD LIFE INSURANCE COMPANY | C/O INVESTMENT LAW DEPARTMENT - HARTFORD INVESTMENT MANAGEMENT COMPANY ATTN: HELDER PEREIRA 55 FARMINGTON AVE. HARTFORD CT 06105 |
| HAVENS PARTNERS, LP | 600 LEXINGTON AVENUE NEW YORK NY 10022 |
| HB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP, L.L.C. ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |

| Claim Name | Address Information |
|---|---|
| HBK INVESTMENTS, L.P., AS COLLATERAL MANAGER ON BE | VI LTD. HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ. 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND, L.P. | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O HBK SERVICES LLC ATTN: LEGAL DEPT 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201 |
| HCM/Z SPECIAL OPPORTUNITIES  LLC | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEAL | (103206) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| HEALTH SUPER PTY LTS ACTING AS TRUSTEE OF THE HEAL | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND | C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTN: NING WANG 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON GLOBAL EQUITY MULTI-STRATEGY MASTER FUND | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON HORIZON FUND – ABSOLUTE RETURN FIXED INC | C/O HENDERSON GLOBAL INVESTORS ATTN: NING WANG 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON HORIZON FUND – ABSOLUTE RETURN FIXED INC | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MAST | C/O HENDERSON ALTERNATIVE INVESTMENT ADVISOR LIMITED ATTN: NING WANG 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON NORTH AMERICAN EQUITY MULTI-STRAGEY MAST | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE- BRENNAN, ESQ. ONE FEDERAL STREET BOSTON MA 02110-1726 |
| HENDERSON STRATEGIC INVESTMENT FUNDS IN RESPECT OF | ALPHA FUND C/O HENDERSON INVESTMENT FUNDS LIMITED ATTN: NING WANG 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| HENDERSON STRATEGIC INVESTMENT FUNDS IN RESPECT OF | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |
| HESS CORPORATION | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HESS ENERGY TRADING COMPANY LLC | 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | C/O MARK GEE MERCER LTD 1 VICTORIA STREET BRISTOL BS1 6AA UNITED KINGDOM |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVING BRAODWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HFF I, LLC | 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF I, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| HFF I, LLC | GARY RINDNER, ESQ. PMB RM132 230 PARK AVE RM 1000 NEW YORK NY 10169-1099 |
| HFF V, LLC | 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF V, LLC | GARY RINDNER, ESQ. 205 LEXINGTON AVE FL 8 NEW YORK NY 10016-6020 |
| HFF V, LLC | KATTEN MUCHIN ROSENMAN LLP ATTN: JEFF J. FRIEDMAN 575 MADISON AVENUE NEW YORK NY 10022 |
| HICKOK PLACE, L.L.C. | TRANSFEROR: CARIMONTE HOLDING S.P.A. C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET, 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE ASIA OPPORTUNITIES MASTER | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 |

| Claim Name | Address Information |
|---|---|
| FUND, LP | PARK AVENUE NEW YORK NY 10022-4689 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | MAPLES CORPORATE SERVICES LIMITED PO BOX 309, UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | WATCHELL LIPTON ROSEN & KATZ ATTN  HAROLD S NOVIKOFF & KATHRYN GETTLES-ATWA ESQS 51 W 52 ST NEW YORK NY 10019 |
| HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP | HIGHBRIDGE CAPITAL MANAGEMENT LLC 40 W 57TH ST #32 NEW YORK NY 10019-4001 |
| HIGHBRIDGE INTERNATIONAL, LLC | MAPLES CORPORATE SERVICES LIMITED PO BOX 309 UGLAND HOUSE GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL, LLC | MAPLES CORPORATE SERVICES LIMITED 27 HOSPITAL ROAD- 4TH FLOOR GEORGE TOWN GRAND CAYMAN KY1-1109 CAYMAN ISLANDS |
| HIGHBRIDGE INTERNATIONAL, LLC | HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTN: MALDA HIBRI 40 WEST 57TH STREET – 33RD FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC. ATTN: MATTHEW KLEIN, ESQ. C/O HIGHBRIDGE CAPITAL MANAGEMENT, LLC 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | ATTN: MATTHEW KLEIN 40 WEST 57TH STREET, 32ND FLOOR NEW YORK NY 10019 |
| HIGHBRIDGE INTERNATIONAL, LLC | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH/R. JEFFERY BLACK 399 PARK AVENUE NEW YORK NY 10022 |
| HIGHBRIDGE INTERNATIONAL, LLC | BINGHAM MCCUTCHEN LLP ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ. 399 PARK AVENUE NEW YORK NY 10022-4689 |
| HJSI DEVONSHIRE, LLC | C/O HJ SIMS INVESTMENTS, LLC 3530 POST ROAD, SUITE 301 SOUTHPORT CT 06890 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O HALCYON ASSET MANAGEMENT LLC ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HLTS FUND II LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O HALCYON ASSET MANAGEMENT LP ATTN: MATT SELTZER 477 MADISON AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM, THE | C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| HOLY GHOST FATHERS TRUST FOR ELDERLY & INFIRM, THE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| HONG KONG POLYTECHNIC UNIVERSITY, THE | 11/F LI KA SHING TOWER (FINANCE OFFICE) HUNG HOM, KOWLOON HONG KONG |
| HONG LEONG BANK BERHAD | C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVE OF THE AMERICAS NEW YORK NY 10036 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: VIVIENNE CHAN, LEGAL ADVISER LEVEL 37, HSBC MAIN BUILDING NO. 1 QUEEN'S ROAD CENTRAL HONG KONG CHINA |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | ATTN: ERIC CHENG, SENIOR TRANSACTION MANAGER LEVEL 30, HSBC MAIN BUILDING, 1 QUEEN'S ROAD CENTRAL HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, | HSBC BANK PLC ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HOOVER (1987) PENSION SCHEME, THE | ATTN: BARRY HAWKINS PENTREBACH ROAD, PENTREBACH MERTHYR TYDFIL MID GLAMORGAN CF48 4TU UNITED KINGDOM |
| HOOVER (1987) PENSION SCHEME, THE | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HORIZON II INTERNATIONAL LIMITED | HSBC HOUSE 68 WEST BAY ROAD PO BOX 1109 GT GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN AGENCY ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |
| HORIZON II INTERNATIONAL LIMITED | HSBC BANK USA, NATIONAL ASSOCIATION CORPORATE TRUST & LOAN ASSOCIATION ATTN: SANDRA E. HORWITZ 452 5TH AVENUE NEW YORK NY 10018-2706 |

| Claim Name | Address Information |
|---|---|
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, CHRISTY RIVERA, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HORIZON II INTERNATIONAL LIMITED | CHADBOURNE & PARL LLP ATTN: DAVID LEMAY, CHRISTY RIVERAS, ESQS. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRU | OF THE HSBC BANK (UK) PENSION SCHEME (103196) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| HSBC BANK PENSION TRUST (UK) LIMITED ACTING AS TRU | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| HSBC BANK PLC | C/O MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | ATTN: MARTIN HOLCOMBE/ROSS MACKENZIE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK USA, N.A., AS TTEE FOR LEHMAN MORTGAGE | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, N.A., AS TTEE FOR LEHMAN MORTGAGE | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA AS TTEE FOR LEHMAN MORTGAGE TRUS | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | PASS THROUGH CERTIFICATES SERIES 2006-7 SUPPLEMENTAL INTEREST TRUST CTLA-STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NA, AS TRUSTEE FOR LEHMAN MORTGAGE | C/O PRYOR CASHMAN LLP ATTN: TINA N MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION | AS TRUSTEE CORPORATE TRUST & LOAN AGENCY ATTN: ROBERT A. CONRAD 452  5TH AVENUE NEW YORK NY 10018-2706 |
| HSBC BANK USA, NATIONAL ASSOCIATION | CHADBOURNE & PARKE LLP ATTN: DAVID LEMAY, ESQ. ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN: ANNE M. PETERSON ONE HSBC CENTER, 27TH FLOOR BUFFALO NY 14203 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | SERIES 2000-A CTLA- STRUCTURED FINANCE ATTN: CHI S. LEE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | SERIES 2000-A CTLA-STRUCTURED FINANCE ATTN: CHI S LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-6 SUPPLEMENTAL INTEREST TRUST CTLA – STRUCTURED FINANCE ATTN: FERNANDO ACEBEDO 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | ASSET CERTIFICATES WITH ENHANCED RETURNS SERIES 2001-13-C CTLA STRUCTURED FINANCE ATTN: CHI S. LE 10 EAST 40TH STREET 14TH FLOOR NEW YORK NY 10016 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | TINA N. MOSS PRYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO | PRYOR CASHMAN LLP ATTN: TINA N. MOSS, ESQ 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC BANK, USA, NA AS TTEE FOR RESTRUCTURED ASSET | WITH ENHANCED RETURNS SERIES 2000-19-C-HLT CTLA- STRUCTURED FINANCE ATTN: CHI LE 10 EAST 40TH STREET, 14TH FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| HSBC BANK, USA, NA AS TTEE FOR RESTRUCTURED ASSET | TINA MOSS, ESQ PYOR CASHMAN LLP 7 TIMES SQUARE NEW YORK NY 10036-6569 |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | ATTN: FLORENCE LEPICARD 103, AVENUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FINANCIAL PRODUCTS (FRANCE) SNC | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON E14 5HQ UNITED KINGDOM |
| HSBC FRANCE | FLORENCE LEPICARD 103 AVE DES CHAMPES-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: FLORENCE LEPICARD 103, AVENUE DES CHAMPS-ELYSEES PARIS 75008 FRANCE |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON EI4 5HQ UNITED KINGDOM |
| HSBC FRANCE | ATTN: MARTIN HOLCOMBE 8 CANADA SQUARE LONDON EL4 5HQ UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: CHRISTINE LYNCH/YVES CAREL, LEGAL DEPARTMENT QUAI GENERAL-GUISAN 2 PO BOX 3580 GENEVA 3 CH - 1211 SWITZERLAND |
| HSBC TRUSTEE (C.I.) LIMITED | ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER JE4 9PF UNITED KINGDOM |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE QUARTZ SERIES 2001-2 EUR24,211,000 ZERO COUPON FUND-LINKED PRINCIPAL PROTECTED NOTES DUE 2009 (ISIN:XS0132498493) BY QUARTZ FINANCE LIMITED ATTN: JACKI F. BRAID P.O BOX 88, 1 GRENVILLE STREET ST HELIER JERSEY JE49PF UNITED KINGDOM |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD ATTN: ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 PR CHINA |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED C/O HUA AN FUND MANAGEMENT CO LTD. ATTN: ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA |
| HUA AN INTERNATIONAL BALANCED FUND | TRANSFEROR: ANTHRACITE BALANCED COMPANY (46) LIMITED HUA AN FUND MANAGEMENT CO LTD / ZHANG HAIMO 2F, NEW SHANGHAI INTERNATIONAL TOWER 360 SOUTH PUDONG ROAD SHANGHAI 200120 CHINA |
| IBERDROLA RENEWABLES ENERGIES USA, LTD., AS ASSIGN | RENEWABLES, INC. C/O CREDIT & RISK MANAGEMENT ATTN: CREDIT MANAGER 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES ENERGIES, USA LTD. | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| IBERDROLA RENEWABLES, INC. F/K/A PPM ENERGY, INC. | ATTN: CREDIT MANAGER C/O CREDIT & RISK MANAGEMENT 1125 NW COUCH PORTLAND OR 97209 |
| IBTS FINANCIAL (HK) LIMITED | SUITE 1308B-10 TOWER 1 LIPPO CENTRE ATTN: TENG WAN-CHUN 89 QUEENSWAY HONG KONG |
| IBTS FINANCIAL (HK) LIMITED | YU, CHAN & YEUNG SOLICITORS RM 1505 TUNG NING BUILDING NO. 2 HILLIER STREET SHEUNG WAN HONG KONG |
| ICADE | TRANSFEROR: MORGAN STANLEY MORTGAGE SERVICING LIMITED LE MILLENAIRE 1 DIRECTION JURIDIQUE 35 RUE DE LA GARE PARIS 750019 FRANCE |
| ICADE | TRANSFEROR: MORGAN STANLEY MORTGAGE SERVICING LIMITED LE MILLENAIRE 1 DIRECTION JURIDIQUE 35 RUE DE LA GARE PARIS 75019 FRANCE |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA VIA LUCREZIA ROMANA 41/47 ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND ORRICK, HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICCREA BANCA S.P.A. | ALYSSA ENGLUND, ESQ ORRICK HERRINGTON & SUTCLIFFE LLP 666 FIFTH AVENUE NEW YORK NY 10103 |
| ICICI BANK LIMITED | ATTN:MR. N.S. KANNAN, CFO ICICI BANK TOWERS BANDRA KURLA COMPLEX MUMBAI 400 051 INDIA |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | ICL COMMON INVESTMENT FUND (103186) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| ICL PENSION TRUST LTD ACTING AS TRUSTEE OF THE | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ICM BUSINESS TRUST, CO IONIC CAPITAL | 366 MADISON AVENUE, 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MANAGEMENT LL | 10017 |
| ICM BUSINESS TRUST, CO IONIC CAPITAL MANAGEMENT LL | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| ICONIX BRAND GROUP,INC. | ATT: ANDREW TARSHIS, GENERAL COUNSEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP,INC. | ATTN : ANDREW TARSHIS, GENERAL COUNCEL 1450 BROADWAY, 4TH FLOOR NEW YORK NY 10018 |
| ICONIX BRAND GROUP,INC. | C/O BLANK ROME LLP ATTN: A. ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| IKB DEUTSCHE INDUSTRIEBANK AG | WILHELM-BOTZKES-STRABE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | TOBIAS MAIER WILHELM-BOTZKES-STRASSE 1 DUSSELDORF 40474 GERMANY |
| IKB DEUTSCHE INDUSTRIEBANK AG | C/O MICHAEL H. TORKIN SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| IKB INTERNATIONAL SA | ATTN: WOLFGANG GUTH 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | 12, RUE ERASME L-1486 LUXEMBOURG |
| IKB INTERNATIONAL SA | LOWENSTEIN SANDLER PC ATTN: CHRISTINE S. BOYLE 65 LIVINGSTON AVENUE ROSELAND NY 07068 |
| INA ASSITALIA S.P.A. | ATTN: DOTT. OMELLA CHIARENZA-OFFICER OF GENERAL SECRETARIAT VIA BISSOLATI 23 ROME 00187 ITALY |
| INA ASSITALIA S.P.A. | MARCO BARTOLOMEI, HEAD OF LEGAL AND CORPORATE AFFAIRS GENERALI SGR S.P.A. VIA TRENTO 8 TRIESTE 34132 ITALY |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIB | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| INDEPENDENT NEWSPAPERS MANAGEMENT SERVICES CONTRIB | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND | C/O BRIAN ARMSTRONG, ACCOUNTING MANAGER ZENITH ADMINISTRATORS P.O. BOX 421789 INDIANAPOLIS IN 46242-1789 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | 1 N CAPITOL AVE STE 1 INDIANAPOLIS IN 46204-2014 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | JAY JAFFE BAKER & DANIELS LLP 600 E 96TH STREET, SUITE 600 INDIANAPOLIS IN 46240 |
| INDIANA STATE TEACHERS' RETIREMENT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| INDOCAM FLAMME | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| INDOSUEZ GLOBAL VAR | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| ING AM INTERFINANCE SERVICES B V | ATTN: A.C. DO CARMO PRINSES BEATRIXLAAN 15, 2595 AK THE HAGUE NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING AM INTERFINANCE SERVICES B V | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V. | ATTN: M.J.S.J. MULLER LOCATION CODE: ALP B 02.054 BIJLMERDREEF 100 AMSTERDAM 1102 CT NETHERLANDS |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V. | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BANK N.V., FRANKFURT BRANCH | HAHNSTRASSE 49 FRANKFURT AM MAIN 60528 GERMANY |
| ING BELGIUM S.A./N.V. | ATTN: C. WYCKMANS MARNIXLAAN 24 BRUSSELS 1000 BELGIUM |

| Claim Name | Address Information |
|---|---|
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: MR. M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM MG 1102 THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING BELGIUM S.A./N.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO SARAH N. CAMPBELL 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | ING BANK N.V. ATTN: M.J.S.J MULLER LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 AMSTERDAM 1102 MG THE NETHERLANDS |
| ING CAPITAL MARKETS LLC | ATTN: J. CLEMENT 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ING CAPITAL MARKETS LLC | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | ING BANK N.V. ATTN: M.J.S.J. MULLER LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING LIFE INSURANCE AND ANNUITY COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO,ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | JENNIFER C. DEMARCO AND SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING LIFE INSURANCE AND ANNUITY COMPANY | C.O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | M.J.S.J. MULLER ING BANK N.V. LOCATION CODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING USA ANNUITY & LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ING USA ANNUITY AND LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT CO. ATTN: GERALD LINS, GEN. COUNS., ARMOND APONTE, VP AND COUNS. 230 PARK AVENUE NEW YORK NY 10169 |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS A/C AF355 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF CLERICAL MEDICAL MANAGEMENT FUNDS LTD A/C SF501 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUSPLC A/C AF340 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF325 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF ICL PENSION TRUST LIMITED IN RESPECT OF ICL COMMON INVESTMENT FUND (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF345 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI PLUS PLC A/C AF350 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF315 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED |

| Claim Name | Address Information |
|---|---|
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF330 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF310 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF320 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C AF335 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF INSIGHT LDI SOLUTIONS PLUS PLC A/C IHYBF (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF THE TTEES OF SERCO PENSION AND LIFE ASSURANCE AS TTEES OF THE SERCO PENSION & LIFE ASSURANCE SCHEME ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF THE BOARD OF THE PENSION PROTECTION FUND (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N 1HZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF CLERICAL MEDICAL MANAGEMENT FUNDS LTD A/C SF502 (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N AHZ UNITED KINGDOM |
| INSIGHT INVESTMENT MANAGEMENT (GLOBAL) LIMITED, | ACTING AS AGENT ON BEHALF OF BRADFORD & BINGLEY PENSIONS LIMITED AS TTEESS OF THE BRADFORD & BINGLEY STAFF PENSION SCHEME (CREDITOR) ATTN: ALASTAIR MOFFATT 33 OLD BROAD STREET LONDON EC2N AHZ UNITED KINGDOM |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| INTEGRATED CORE STRATEGIES (EUROPE) S.A.R.L. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| INTEL CORPORATION | RANAN WELL BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| INTEL CORPORATION | ATTN: DIRECTOR OF CORPORATE AFFAIRS 2200 MISSION COLLEGE BOULEVARD LEGAL DEP. M/S SC4-203 SANTA CLARA CA 95054 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORR, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | DOUGLAS B. ROSNER, ESQ GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | THE STAFF RETIREMENT PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | EMPLOYMENT BENEFITS PLAN C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | ATTN: NIRMALIJIT SINGH PAUL 1818 H STREET N.W. MSN MC7-706 WASHINGTON DC 20433 |
| INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMEN | RETIRED STAFF BENEFITS PLAN AND TRUST C/O THE WORLD BANK, MSN 5-504 ATTN: CERI LAWLEY, CORPORATE LEGAL FINANCE 1818 H STREET, NW WASHINGTON DC 20433 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | PROSKAUER ROSE LLP ATTN: IRENA M. GOLDSTEIN & JEFFREY CHUBAK ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, LL | INTERNATIONAL EQUITY INDEX FUND III ACCREDITED, L.L.L.P. 6501 E BELLEVIEW AVE, SUITE 400 ENGELWOOD CO 80111 |
| INTERNATIONAL FINANCE CORPORATION | ATTN: VP, FINANCE AND TREASURER 2121 PENNSYLVANIA AVE NW WASHINGTON DC 20433 |

| Claim Name | Address Information |
|------------|---------------------|
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| INTERWIND CORP. FKA SKYPOWER CORP. | ATTN: SHAYA M. BERGER C/O DICKSTEIN SHAPIRO LLP 1633 BROADWAY NEW YORK NY 10019 |
| INTRALOT S.A. | ATTN: CHRIS MISTRIOTIS 64, KIFISSIAS AVE. & 3, PREMETIS STR. ATHENS 15 125 GREECE |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | TRANSFEROR: VAN KAMPEN EQUITY AND INCOME FUND C/O INVESCO, LTD; STRADLEY RONON STEVENS & YOUNG, LLP PAUL A. PATTERSON, ESQ. & JULIE M. MURPHY, ESQ. 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103 |
| INVESCO VAN KAMPEN EQUITY AND INCOME FUND | INVESCO MANAGEMENT GROUP, INC. ASSISTANT GENERAL COUNSEL ATTN: STEPHEN R RIMES, BENITA DRYDEN 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| INVESTCORP INTERLACHEN MULTI-STRATEGY MASTER FUND | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | 366 MADISON AVE., 9TH FLOOR JOHN RICHARDSON, GENERAL COUNSEL NEW YORK NY 10017 |
| IONIC CAPITAL MASTER FUND LTD C/O IONIC CAPITAL MA | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| IPAC | C/O JAMES MURRAY 30/225 GEORGE STREET SYDNEY NSW 2000 AUSTRALIA |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLA | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| IRISH BISCUITS LIMITED PENSION & DEATH BENEFIT PLA | CLIFFORD CHANCE LLP ATTN: JENNIFER C. DEMARCO ATTN: DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| IRISH LIFE & PERMANENT PLC | CUSTOM HOUSE PLAZA 4 IFSC DUBLIN 1 IRELAND |
| IRISH LIFE & PERMANENT PLC | N. LYNN HIESTAND & ANDREW M. THAU SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOUR TIMES SQUARE NEW YORK NY 10036 |
| IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN | MANAGEMENT, THE C/O BANK OF ITELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| IRISH TIMES LIMITED PENSION & LIFE ASSURANCE PLAN | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS LP | ATTN:BRIAN A. SATTINGER, CFO IRONBOUND PARTNERS LP C/O IRONBOUND CAPITAL MANAGEMENT LP 902 CARNEGIE CENTER, SUITE 300 NEW JERSEY NJ 08540 |
| IRONBOUND CAPITAL MGMT LPA/C IRONBOUND PARTNERS OV | ATTN:BRIAN A. SATTINGER, CFO IRONBOUND PARTNERS OVERSEAS LTD. C/O IRONBOUND CAPITAL MANAGEMENT LP 902 CARNEGIE CENTER, SUITE 300 PRINCETON NJ 08540 |
| ITALEASE FINANCE S.P.A. | C/O LOVELLS STUDIO LEGALE ATTN: MR. FEDERICO DEL MONTE VIA SANTA MARIA ALLA PORTA 2 MILAN 20123 ITALY |
| ITALEASE FINANCE S.P.A. | C/O BLANK ROME LLP ATTN: ANDREW B ECKSTEIN 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF TH | ITV PENSION SCHEME (103124) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| ITV PENSION SCHEME LIMITED ACTING AS TRUSTEE OF TH | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| IXWORTH LIMITED | SIXTY CIRCULAR ROAD, 2ND FLOOR DOUGLAS IM1 1SA UNITED KINGDOM |
| J.P. MORGAN VENTURES ENERGY CORPORATION | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| J.P.MORGAN SECURITIES LTD | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & |

| Claim Name | Address Information |
|---|---|
| J.P.MORGAN SECURITIES LTD | KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P.MORGAN SECURITIES LTD | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| J.P.MORGAN SECURITIES LTD | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JACKSON CANYON PARTNERS, LLC | TRANSFEROR: MACQUARIE BANK LIMITED C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| JADE TREE I, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. PO BOX 6463 NEW YORK NY 10150 |
| JADE TREE I, L.L.C. | ESBIN & ALTER, LLP ATTN: SCOTT L. ESBIN 497 SOUTH MAIN STREET NEW CITY NY 10956 |
| JANA MASTER FUND, LTD | ATTN: CHARLES PENNER 767 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10153 |
| JAPAN HOUSING FINANCE AGENCY | MARKET OPERATIONS DEPARTMENT 1-4-10, KOURAKU, BUNKYO-KU TOKYO 112-8570 JAPAN |
| JAPAN TRUSTEE SERVICES BANK, LTD. | DOMESTIC SECURITIES DEPARTMENT 8-11, HARUMI 1-CHOME, CHOU-KU TOKYO JAPAN |
| JAPAN TRUSTEE SERVICES BANK, LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| JATRALEC CAPITAL, LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JATRALEC CAPITAL, LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JATRALEC CAPTIAL LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O RICHARDS KIBBLE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| JB EMERGING MARKETS MASTER HEDGE FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JB GLOBAL RATES MASTER HEDGE FUND | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JC BAMFORD LIFEPLAN | JC BAMFORD EXCAVATORS LTD ROCESTER, STAFFORDSHIRE ST145JP UNITED KINGDOM |
| JENNERS POND | C/O SIMPSON SENIOR SERVICES ATTN: JAMES J. KONIZEWSKI, CHIEF FINANCIAL OFFICER 150 MONUMENT ROAD SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | ATTN: CHIEF FINANCIAL OFFICER C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JENNERS POND | JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004-1725 |
| JIH SUN INTERNATIONAL BANK | MICHAEL YEN, CANDICE LEE, TSAI PEI CHIEH & NINA HUANG 9F, NO. 85 SEC. 2, NANJING E. RD. ZHONGSHAN DIST. TAIPEI CITY 104, TAIWAN R.O.C. |
| JIH SUN INTERNATIONAL BANK | MORRISON & FOERSTER LLP 1290 AVENUE OF THE AMERICAS ATTN: KAREN OSTAD NEW YORK NY 10104 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | GORDON PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK FUNDS II GLOBAL BOND FUND | C/O STEVE STUNNERBERG- ASSISTANT VP & SENIOR COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | GORDON PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK FUNDS II REAL RETURN BOND FUND | C/O STEVE SUNNERBERG JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | GOLDEN PERRY, ESQ K&L GATES LLP STATE STREET FINANCIAL CENTER ONE LINCOLN STREET BOSTON MA 02111 |
| JOHN HANCOCK TRUST GLOBAL BOND TRUST | C/O STEVE SUNNERBERG-ASSISTANT VP & COUNSEL JOHN HANCOCK FUNDS 601 CONGRESS STREET BOSTON MA 02210 |
| JOHN, TAN LYE THIAM | B288A BUKIT BATOK ST. 25 #15-228 SINGAPORE 650288 SINGAPORE |
| JOHO FUND, LTD | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| JOHO FUND, LTD | TIMOTHY K. MCMANUS JOHO FUND, LTD. C/O JOHO CAPITAL, LLC 55 EAST 59TH STREET NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| JOHO PARTNERS, L.P. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R BINDER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| JOHO PARTNERS, L.P. | TIMOTHY K. MCMANUS JOHO PARTNERS, L.P. C/O JOHO CAPITAL, LLC 55 EAST 59TH STREET NEW YORK NY 10022 |
| JP MORGAN BANK DUBLIN PLC FORMERLY BEAR STEARNS BA | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC1A 7HD UNITED KINGDOM |
| JP MORGAN CHASE 401(K) SAVINGS PLAN (609343) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| JP MORGAN INTERNATIONAL BANK LIMITED | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JP MORGAN INTERNATIONAL BANK LIMITED | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JP MORGAN INTERNATIONAL BANK LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JP MORGAN MARKETS LIMITED | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JP MORGAN MARKETS LIMITED | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JP MORGAN MARKETS LIMITED | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JP MORGAN MARKETS LIMITED | ATTENTION: KEVIN C. KELLEY, ESQ. C/O JPMORGAN CHASE BANK, N.A. 245 PARK AVE 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALEPPA FUNDING I LLC ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 ONE CHASE MANHATTAN PLAZA - FLOOR 26 NEW YORK NY 10005 |
| JPMORGAN CHASE BANK, NA | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, NA | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, NA | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, NA | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTLES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |
| JPMORGAN CHASE BANK, NA | ATTENTION: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, NA | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, NA | ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES ALLIANCEBERNSTEIN US STRATEGIC CORE-PLUS FIXED INCOME COLLECTIVE TRUST C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO; MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLIANCEBERNSTEIN COLLECTIVE INVESTMENT TRUST SERIES - ALLIANCEBERNSTEIN US CORE FIXED INCOME COLLECTIVE TRUST C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLIANCE BERNSTEIN VARIABLE PRODUCTS SERIES FUND INC. - ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: SANFORD C. BERNSTEIN FUND, INC.-INTERMEDIATE DURATION PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLIANCE BERNSTEIN POOLING PORTFOLIOS, THE - ALLIANCEBERNSTEIN |

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, NA | INTERMEDIATE DURATION BOND PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ALLIANCE BERNSTEIN BOND FUND, INC. – ALLIANCEBERNSTEIN INTERMEDIATE BOND PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: SANFORD C. BERNSTEIN FUND II, INC. – BERNSTEIN INTERMEDIATE DURATION INSTITUTIONAL PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ACMBERNSTEIN ALTERNATIVE INVESTMENTS – ENHANCED ALPHA PORTFOLIO (FKA ALLIANCEBERNSTEIN ALTERNATIVE INVESTMENTS (MASTER) – FIXED INCOME HIGH ALPHA PORTFOLIO C/O J.P. MORGAN SECURITIES LLC ATTN: J. PANZO, MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN CHASE BANK, NA | TRANSFEROR: ACM GLOBAL CREDIT – U.S. SUB-FUND C/O J.P. MORGAN SECURITIES LLC ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179 |
| JPMORGAN SECURITIES JAPAN CO., LTD. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JR MOORE, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| JUDSON | ATTN:  HONG CHAE 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JUDSON | ATTN: TIM BEAUREGARD 2181 AMBLESIDE DRIVE CLEVELAND OH 44106 |
| JULIUS BAER BDB GLOBAL BOND | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| JULIUS BAER DIVERSIFIED FIXED INCOME MASTER HEDGE | C/- RICHARD CULL, LEGAL COUNSEL AUGUST ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV – LOCAL EMERGING BOND | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A INX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER ABSOLUTE | PLUS C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES' PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER DOLLAR BO | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER MULTIBOND SICAV- JULIUS BAER TOTAL RET | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JULIUS BAER SICAV- LOCAL EMERGING BOND FUND | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PLC 2004-2 CLASS B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
| --- | --- |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| JUPITER QUARTZ FINANCE PUBLIC LIMITED COMPANY SERI | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| K&H BANK ZRT. | ATTN: LEGAL DEPARTMENT VIGADO TER 1. BUDAPEST H-1051 HUNGARY |
| KA FINANZ AG | FRESHFIELDS BRUCKHAUS DERINGER LLP SEILERGASSE 16 DR. FRIEDRICH JERGITSCH VIENNA 1010 AUSTRIA |
| KA FINANZ AG | F/K/A KOMMUNALKREDIT INTERNATIONAL BANK LTD TURKENSTRASSE 9 VIENNA 1092 AUSTRIA |
| KANTATSU CO. LTD. | 1150-23 KATAOKA ATTN: KEIJU AKUTSU, DIRECTOR/PRESIDENT YAITA-SHI, TOCKIGI-KEN 329-1571 JAPAN |
| KANTATSU CO. LTD. | HOLLAND & KNIGHT ATTN: BARBRA R. PARLIN 31 WEST 52ND STREET NEW YORK NY 10019 |
| KAUPTHING BANK HF. | ATTN: THORUNN HELGA THORDARDOTTIR, LEGAL COUNSEL BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF. | ATTN: THORUNN HELGA THORDARDOTTIR BORGARTUN 19 REYKJAVIK ICELAND |
| KAUPTHING BANK HF. | NIXON PEABODY LLP ATTN: RICHARD C. PEDONE, ESQ 100 SUMMER STREET BOSTON MA 02110 |
| KBC BANK NV | ATTN: BCB – FINANCIAL INSTITUTIONS 2 HAVENLAAN 1080 BRUSSELS (SINT-JANS-MOLENBEEK) BELGIUM |
| KBC BANK NV | ATTN: BCB – FINANCIAL INSTITUTIONS 2 HAVENLAAN BRUSSELS (SINT-JANS-MOLENBEEK) 1080 BELGIUM |
| KBC DIVERSIFIED FUND, A SEGREGATED PORTFOLIO | OF KBC ALTERNATIVE INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT 111 OLD BROAD STREET LONDON EC2N 1AL UNITED KINGDOM |
| KELUSA MASTER FUND, LTD. | C/O SEWARD & KISSEL ATTN: ARLENE R. ALVES, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| KENDALL FAMILY INVESTMENTS, LLC | 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 65 EAST 55TH STREET, 30TH FLOOR NEW YORK NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | MANDEL, KATZ & BROSNAN LLP ATTN: KARA KATZ THE LAW BUILDING, 210 ROUTE 303 VALLEY COTTAGE NY 10989 |
| KINGDOM OF BELGIUM (THE) | ATTN: LEGAL DEPARTMENT FEDERAL PUBLIC SERVICE FINANCE – TREASURY – DEBT AGENCY 30 AVENUE DES ARTS BRUSSELS B – 1040 BELGIUM |
| KINGS RIVER LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KINGS RIVER LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| KLAUS TSCHIRA STIFTUNG GGMBH | HAARMANN PARTNERSHAFTSGESELLSCHAFT DR. CHROSTOPH SCHMITT NEUE MAINZER STRASSE 75 FRANKFURT A. M. D-60311 GERMANY |
| KLAUS TSCHIRA STIFTUNG GGMBH | MR. RICHARD WILLIAMS PINSENT MASONS LLP CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |
| KN ASSET MANAGEMENT CO. | ATTN:  GOICHI ENDO 6-10-1, ROPPONGI MINATO-KU, TOKYO 106-6120 JAPAN |
| KN ASSET MANAGEMENT CO. | DIAMOND MCCARTHY LLP ATTN: STEPHEN T. LODEN, ESQ. 909 FANNIN, SUITE 1500 HOUSTON TX 77010 |
| KOOKMIN BANK AS TRUSTEE AND SAMSUNG INVESTMENT TRU | LIMITED AS INVESTMENT MANAGER FOR SAMSUNG 2 STAR 2 Y DERIVATIVES FUND 16-1 6/F SAMSUNG LIFE INSURANCE YOUIDO BUILDING 36-1 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL SOUTH KOREA |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN KEPCO-KOOKMIN BANK EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO DONG, YOUNGDEUNGPO-GU SEOUL 150-705 SOUTH KOREA |
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEM | (FKADACHAN INVESTMENT TRUST MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR DAEHAN IBK-SAMSUNG HEAVY INDUSTRY EQUITY LINKED DERIVATIVES FUND 1 27-3, YOIDO |

| Claim Name | Address Information |
|---|---|
| KOOKMIN BANK AS TRUSTEE AND UBS HANA ASSET MANAGEMENT | DONG, YOUNGDEUNGPO-GU SEOUL 150-705 SOUTH KOREA |
| KOREA INVESTMENT CORPORATION | ATTN: SEUNGHWAN LEE 18F STATE TOWER NAMSAN 100 TOEGYE-RO JUNG-GU SEOUL 100-052 SOUTH KOREA |
| KOREA INVESTMENT CORPORATION | 18F STATE TOWER NAMSAN 100 TOEGYE-RO JUNG-GU SEOUL 100-052 SOUTH KOREA |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | PLUS PORTFOLIO) (103225) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | PORTFOLIO) (103199/123199) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| KOREA INVESTMENT CORPORATION (ENHANCED PASSIVE GLO | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| KRESGE FOUNDATION, THE | ATTN: ELIZABETH A. GOLDSBERRY 3215 W. BIG BEAVER ROAD TROY MI 48084 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO. ATTN: CINDY HOLMES 1014 VINE STREET CINCINATTI OH 45202 |
| KROGER CO MASTER RETIREMENT TRUST | C/O THE KROGER CO ATTENTION CINDY HOLMES 1014 VINE STREET CINCINATTI OH 45202 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | C/O BRET H. REED, JR, A LAW CORPORATION 2737 EAST COAST HIGHWAY CORONA DEL MAR CA 92625 |
| KSC AFFORDABLE HOUSING INVESTMENT FUND LLC | ALAN BOGOMILSKY KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC 550 CALIFORNIA AVENUE, SUITE 330 PALO ALTO CA 94306 |
| KT CORPORATION | JEONGJA-DONG 206, BUNDANG-GU, SEONGNAM-SI, GYEONG-GI-DO SEOUL SOUTH KOREA |
| KT CORPORATION | 206 JEONGJA-DONG BUNDANG-GU SEONGNAM-SI GYEONGGI SOUTH KOREA |
| KYOBO SECURITIES CO., LTD. | ATTN: WAN SEOK LEE - CHIEF RISK OFFICER KYOBO SECURITIES BUILDING 26-4 YEOUIDO-DONG YEONGDEUNGPO-GU SEOUL 150-737 SOUTH KOREA |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS EUROPE MONDE, AS SUCCESSOR TO LBPAM PROFIL 100 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS 80, AS SUCCESSOR TO LBPAM PROFIL 80 PEA 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 80 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BAHALF OF LBPAM ALTERNA 10 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF TONI ACTIONS 100 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 50 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM PROFIL 15 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | ON BEHALF OF LBPAM ACTIONS PACIFIQUE 34, RUE DE LA FEDERATION PARIS 75015 FRANCE |
| LA BANQUE POSTALE ASSET MANAGEMENT | GIDE LOYRETTE NOUEL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| LA BANQUE POSTALE ASSET MANAGEMENT | GIDE LOYRETTE NOEUL LLP ATTN: VANESSA TOLLIS, ESQ. 120 W. 45TH STREET, 19TH FLOOR NEW YORK NY 10036 |
| LAGAN PARTNERS, LLC | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LAND ROVER PENSION TRUSTEES LIMITED | AS TRUSTEE OF THE LAND ROVER PENSION SCHEME BLOCK 33 SOLIHULL B92 8NW UNITED KINGDOM |
| LAND ROVER PENSION TRUSTEES LIMITED AS TRUSTEE OF | LAND ROVER PESION SCHEME BLOCK 33 SOLIHULL B92 8NW UNITED KINGDOM |
| LAND TRANSPORT AUTHORITY | ATTN: ALICE TAN GUONG KHIM NO. 1 HAMPSHIRE ROAD 219428 SINGAPORE |
| LAND TRANSPORT AUTHORITY | ATTN: ALICE TAN GUONG KHIM NO. 1 HAMPSHIRE ROAD SINGAPORE 219428 SINGAPORE |
| LANDESBANK BADEN-WURTTEM-BERG | FORMERLY LANDESBANK RHEINLAND-PFALZ GIROZ ATTN: LEGAL DEPARTMENT 1150/H AMHAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEM-BERG | FORMERLY LANDESBANK RHEINLAND-PFALZ GIROZ. ATTN: ANDREAS KINZELBACH ATTN: LEGAL DEPARTMENT 1150/H AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEM-BERG | ATTN: DR. ANDREAS KINZELBACH 4018/H LEGAL TEAM AM HAUPTBAHNHOF 2 STUTTGART 70173 GERMANY |
| LANDESBANK BADEN-WURTTEM-BERG | DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| LANDESBANK BADEN-WURTTEM-BERG | C/O DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT W. FAGIOLA SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BADEN-WURTTEM-BERG | C/O DOUGLAS P. BARTNER, ESQ. SUSAN A. FENNESSEY, ESQ. ROBERT W FAGIOLA, ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LANDESBANK BERLIN AG FKA BANKGESELLSCHAFT BERLIN A | CORPORATE DEVELOPMENT AND LEGAL LEGAL- CAPITAL MARKETS, LBB-RK2 ALEXANDERPLATZ 2 10178 BERLIN GERMANY |
| LANDESBANK HESSEN-THURINGEN GIROZENTRALE | ATTN: FLORIAN JOSEPH/ UDO KOLPIN BONIFACIUSTRASSE 16 ERFURT 99084 GERMANY |
| LANDESBANK SAAR (FORMELY KNOWN AS LANDESBANK SAAR | URSULINENSTRASSE 2 ATTN: THOMAS KURTZEMANN; BACK OFFICE SAARBRUECKEN 66111 GERMANY |
| LANSDOWNE EUROPEAN EQUITY FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | C/O LANSDOWNE PARTNERS LIMITED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON W1K3AG UNITED KINGDOM |
| LANSDOWNE GLOBAL FINANCIALS FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE GLOBAL FINANCIALS FUND LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE UK EQUITY FUND LIMITED | C/O LANSDOWNE PARTNERS LIMITED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON W1K 3AG UNITED KINGDOM |
| LANSDOWNE UK EQUITY FUND LIMITED | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LANSDOWNE UK EQUITY FUND LP | C/O LANSDOWNE PARTNERS LIMTED ATTN: SUZANNA NUTTON 15 DAVIES STREET LONDON WIK 3AG UNITED KINGDOM |
| LANSDOWNE UK EQUITY FUND LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LATAJ GROUP, LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LAURION CAPITAL MASTER FUND LTD. | ATTN: BENJAMIN SMITH C/O LAURION CAPITAL MANAGEMENT LP 360 MADISON AVE RM 1900 NEW YORK NY 10017-7140 |
| LB PERU TRUST II, SERIES 1998-A | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LB PERU TRUST II, SERIES 1998-A | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG, VP 101 BARCLAY STREET NEW YORK NY 10286 |
| LB PERU TRUST II, SERIES 1998-A | ATTN: STUART ROTHENBERG, VP C/O THE BANK OF NEW YORK MELLON DEFUALT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| LBCCO-1, L.L.C. | ATTN: JEFFREY R KATZ C/O ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| LBCCO-1, L.L.C. | ROPES & GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| LBCCO-1, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB CAPITAL PARTNERS V CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND (B) CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB FUND (B) CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB FUND CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| LBMB FUND CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LBMB PARTNERS CAYMAN AIV I L.P. | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| LBMB PARTNERS CAYMAN AIV I L.P. | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTN: CHARLES AYRES 399 PARK AVENUE, 15TH FLOOR NEW YORK NY 10022 |
| LCL ACTIONS EURO (EX-SICAV 5000) | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL ACTIONS FRANCE | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL OBLIGATIONS MONDE | C/O CREDIT AGRICOLE ASSET MANAGMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LCL OBLIGATIONS MONDE | C/O CREDIT AGRICOLE ASSET MANAGEMENT ATTN: CHRISTIAN BOISSON & JEAN-FRANCOIS POULNAIS 90 BOULEVARD PASTEUR PARIS 75015 FRANCE |
| LDVF1 FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LDVF1 MAIN FIP SARL | C/O FORTRESS INVESTMENT GROUP LLC ATTN: JAMES K. NOBLE III 1345 AVENUE OF THE AMERICAS, 46TH FLOOR NEW YORK NY 10105 |
| LEGAL & GENERAL ASSURANCE SOCIETY | ONE, COLEMAN STREET LONDON EC2R 5AA UNITED KINGDOM |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: DR. JOACHIM KAETZLER C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| LEHMAN BROTHERS CDO OPPORTUNITY PARTNERS 2004-4 LL | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| LEHMAN BROTHERS COMMODITIES SERVICES INC. | BY SCHRODER INVESTMENT MANAGEMENT LIMITED C/O ROPES & GRAY LLP ATTN: PETER L. WELSH PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A. ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: J.P. MORGAN MARKETS LIMITED ATTN: WILLIAM A. OLSHAN, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | ATTN: RODOLPHO AMBOSS AND JI YEONG CHU 1330 AVENUE OF THE AMERICAS, 12TH FLOOR NEW YORK NY 10019 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS, LLP ATTN: PAUL BASTA, ESQ. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | KIRKLAND & ELLIS LLP ATTN: ROSS M. KWASTENIET, ESQ. 300 NORTH LASALLE CHICAGO IL 60654 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: IBM PERSONAL PENSION PLAN TRUST ATTN: DANIEL ERMANN 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: GOVERNMENT OF SINGAPORE INVESTMENT CORP. PTE LTD C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: C.M. LIFE INSURANCE COMPANY C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO C/O LEHMAN BROTHERS HOLDINGS INC. DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL ATTN: LEHMAN BROTHERS, DERIVATIVES LEGAL 1271 SIXTH AVE. NEW YORK NY 10020 |
| LEHWOOD MONTPARNASSE SAS | FORMERLY MERIDIEN MONTPARNASSE SAS 19 RUE DU COMMANDANT MOUCHOTTE . 75014 FRANCE |
| LEHWOOD MONTPARNASSE SAS | NICOLA BATTEN STARMAN UK SERVICES COMPANY LIMITED HESKETH HOUSE, 43-45 PORTMAN SQUARE LONDON W1H 6HN UNITED KINGDOM |
| LEHWOOD MONTPARNASSE SAS | JEROME RANAWAKE & HARVEY DYCHIAO FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| LEOFOROS BV | OLYMPIC PLAZA FRED. ROESKESTRAAT 123-I, 1076 EE AMSTERDAM NETHERLANDS |
| LEOFOROS BV | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LEOFOROS BV | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 1 NEW YORK NY 10022 |
| LEOFOROS BV | PATRICK QUILL, ESQ. ASHURST LLP TIMES SQUARE TOWER NEW YORK NY 10036 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WATER STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | ATTN: GENERAL COUNSEL 175 WEST STREET, 18TH FLOOR NEW YORK NY 10038 |
| LEXINGTON INSURANCE COMPANY | CHADBOURNE & PARKE LLP ATTN: CHRISTY RIVERA, ESQ. 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LEXINGTON INSURANCE COMPANY | C/O AIG ASSET MANAGEMENT ATTN: OZZIE BAYAZITOGLU, ESQ. 2929 ALLEN PARKWAY, A36-01 HOUSTON TX 77019 |
| LGT CAPITAL INVEST (SC3) LIMITED | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| LGT CAPITAL INVEST (SC3) LIMITED | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| LIBERTY HARBOR MASTER FUND I, L.P. | DAVID AMAN CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I, L.P. | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I, L.P. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| LIBERTY HARBOR MASTER FUND I, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P. ATTN: WENDY YUN 200 WEST STREET NEW YORK NY 10282 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| LIBRA CDO LIMITED, BY BANK OF AMERICA, NA AS SUCCE | LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| LIFETIME GROUP RETIREMENT & DEATH BENEFIT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 310 WEST 52ND STREET NEW YORK NY 10019 |
| LILY POND CURRENCY MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND CURRENCY PLUS MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE NEW YORK NY 10022 |
| LILY POND MASTER FUND LTD. | C/O LILY POND CAPITAL MANAGEMENT LLC ATTN: GLEN CARNES 450 PARK AVENUE, SUITE 2103 NEW YORK NY 10022 |
| LINCOLN NATIONAL LIFE INSURANCE | C/O DELAWARE INVESTMENTS 2005 MARKET STREET ATTN: MICHAEL DRESNIN, ASSISTANT |

| Claim Name | Address Information |
|---|---|
| COMPANY, THE | VP & LEGAL COUNSEL PHILADELPHIA PA 19103-7094 |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE | PAUL PATTERSON, ESQUIRE STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| LINCORE LIMITED | C/O BAKER & MCKENZIE ATTN: IRA REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LION CITY CDO LIMITED SERIES 2006-01 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-01 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA – VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-01 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-01 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-2 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-2 | REED SMITH LLP ATTN: MICHAEL J. JENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-2 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-3 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LION CITY CDO LIMITED SERIES 2006-3 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J VENDITTO, ESQ NEW YORK NY 10022 |
| LION CITY CDO LIMITED SERIES 2006-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| LLOYDS REGISTER | 71 FENCHURCH STREET LONDON EC3M 4BS UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LM MOORE, LP | C/O MOORE CAPITAL MANAGEMENT LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN:  LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 35 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC FOR AND ON BEHALF OF MAP 42 SEGREGATED POR | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED POR | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| LMA SPC FOR AND ON BEHALF OF MAP 89 SEGREGATED POR | TRANSFEROR: GOLDMAN SACHS LIP CREDIT OPPORTUNITIES 2008 FUND L.P. ATTN: ROB SWAN 3801 PGA BOULEVARD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LMA SPC ON BEHALF OF MAP P | SIDLEY AUSTIN LLP ATTN:  LEE S. ATTANASIO AND ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| LMA SPC ON BEHALF OF MAP P | C/O LIGHTHOUSE INVESTMENT PARTNERS ATTN: DAVID POLLOK 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| LONG ISLAND POWER AUTHORITY | ATTN: STEPHEN CLARKE 333 EARLE OVINGTON BLVD. UNIONDALE NY 11553 |
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: SOLUTIONS FOR WEALTH SPC (BETA)GROWTH SEGREGATED PORTFOLIO 1325 AVENUE OF THE AMERICAS FL 27 NEW YORK NY 10019-6043 |

| Claim Name | Address Information |
|---|---|
| LONGACRE INSTITUTIONAL OPPORTUNITY FUND, L.P. | TRANSFEROR: EBN BANCO DE NEGOCIOS S.A 1325 AVENUE OF THE AMERICAS FL 27 NEW YORK NY 10019-6043 |
| LOOMIS STREET, LLC | TRANSFEROR: GSEF AL NAWRAS (CAYMAN) LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LOUIS L. GONDA TRUST | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN: JOHN P. SCHMITT, ESQ. 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| LOVELY QUEEN CO, LTD | 2-5 KANO KOTOBUKI-CHO GIFU-CITY GIFU 500-8535 JAPAN |
| LUFTANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DE | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| LUFTANSA TECHNIK AIRMOTIVE IRELAND RETIREMENT & DE | CLIFFORD  CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| LUTHERAN HILLSIDE VILLAGE, INC. | ATTN: KARL E. HOLDERIE THE STOLAR PARTNERSHI, LLP 911 WASHINGTON AVE. 7TH FLOOR ST. LOUIS MO 63101 |
| LUTHERAN HILLSIDE VILLAGE, INC. | C/O LUTHERAN SENIOR SERVICES 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LUTHERAN SENIOR SERVICES | KARL E. HOLDERLE THE SOLAR PARTNERSHIP 911 WASHINGTON AVE., 7TH FLOOR SAINT LOUIS MO 63101 |
| LUTHERAN SENIOR SERVICES | 1150 HANLEY INDUSTRIAL COURT BRENTWOOD MO 63144 |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/SABRE STYLE ARBITRAGE FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/GLG PAN EUROPEAN EQUITY FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/JULIUS BAER GLOBAL RATES HEDGE FUND LTD ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/CANYO VALUE REALIZATION FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | AS SUB-MANAGER OF THE LYXOR/TOMAHAWK FUND LIMITED ATTN: EMILIEN SIMOES TOURS SOCIETE GENERALE 17 COURS VALMY PARIS – LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR ASSET MANAGEMENT S.A., | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSS | ATTN: BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| LYXOR ASSET MANAGEMENT, S.A. ON BEHALF OF INVESTSS | ATTN: CAROL MORRISON C/O SOCIETE GENERALE 1221 AVENUE OF AMERICAS NEW YORK NY 10020 |
| M.H. DAVIDSON & CO. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC ATTN: OLAITAN SENBANJO, LEGAL COUNSEL 65 EAST 55TH STREET, 19TH FLOOR NEW YORK NY 10022 |
| M.H. DAVIDSON & CO. | DONNA PARISI, ESQ. & KALIN VELEV ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MA GLAS LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED ATTN: DIRECTORS PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| MACMILLIN, BRAD | CHIEF FINANCIAL OFFICER SYMPHONY TECHNOLOGY GROUP 2475 HANOVER STREET PALO ALTO CA 94304 |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: MERLE CHASE LLC C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH STREET NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | SIDLEY AUSTIN LLP ATTN: JAIME SENIOR 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O MACQUARIE CAPITAL (USA) INC. ATTN: FICC CREDIT SALES & TRADING 125 WEST 55TH ST NEW YORK NY 10019 |
| MAGNETAR CAPITAL MASTER FUND, LTD | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |

| Claim Name | Address Information |
|---|---|
| MAGNETAR CAPITAL MASTER FUND, LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND, LTD | STROOCK & STROOCK & LAVAN 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CAPITAL MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION FUND II, LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION FUND II, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND III, LTD | STROOCK & STROOCK & LAVAN ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND III, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: CLAUDE SZYFER NEW YORK NY 10038 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | MAGNETAR CAPITAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAGNETAR CONSTELLATION MASTER FUND, LTD | C/O MAGNETAR FINANCIAL LLC 1603 ORRINGTON AVENUE, 13TH FLOOR ATTN: SUSAN FURMAN EVANSTON IL 60201 |
| MAGNETAR STRUCTURED CREDIT FUND LP | STROOCK & STROOCK & LAVAN LLP ATTN: CLAUDE SZYFER 180 MAIDEN LANE NEW YORK NY 10038 |
| MAGNETAR STRUCTURED CREDIT FUND LP | C/O MAGNETAR FINANCIAL LLC ATTN: SUSAN FURMAN 1603 ORRINGTON AVENUE, 13TH FLOOR EVANSTON IL 60201 |
| MAJESTIC FUND LIMITED | C/O MAN INVESTMENSTS LIMITED ATTN: KIRSTEN ROGERS / MARGO JENSEN SUGAR QUAY, LOWER THAMES STREET LONDON EC3R 6DU UNITED KINGDOM |
| MAJESTIC FUND LIMITED | JEROME RANAWAKE AND HELEN JONES FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| MALAYAN BANKING BERHAD | ROTTENBERG LIPMAN RICH, P.C. ATTN: THOMAS CHASE 369 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| MALAYAN BANKING BERHAD | 400 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022-4406 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAP 502, A SUB-TRUST OF LMA IRELAND | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF MAP V SEGREGATED PORTFOLIO ROBERT SWAN; LIGHTHOUSE INVESTMENT PARTNERS LLC 3801 PGA BLVD, SUITE 500 PALM BEACH GARDENS FL 33410 |
| MARANATHA BAPTIST BIBLE COLLEGE | ATTN: MARK STEVENS 745 WEST MAIN STREET WATERTOWN WI 53094 |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| MARBLE ARCH RESIDENTIAL SECURITISATION NO. 4 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| MARBLE BAR ASSET MANAGEMENT LLP | STEPHEN SALES MARBLE BAR ASSET MANAGEMENT LLP 11-12 ST. JAMES SQUARE LONDON SW1 Y4LB ENGLAND |
| MARBLE BAR ASSET MANAGEMENT LLP | C/O SEWARD & KISSEL LLP ATTN: LAURIE BINDER ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| MARBLE FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| MARBLE FINANCE LIMITED | HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MARBLE FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| MARBLE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| MARINER LDC | ATTN: JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, |

| Claim Name | Address Information |
|---|---|
| MARINER LDC | SUITE 101 HARRISON NY 10528 |
| MARINER LDC | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | ATTN:JOHN KELTY C/O MARINER INVESTMENT GROUP, LLC 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| MARINER OPPORTUNITIES FUND LP | JOHN KELTY MARINER INVESTMENT GROUP LLC 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LT | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT, LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| MARINER-TRICADIA CREDIT STRATEGIES MASTER FUND, LT | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| MARKS & SPENCER PENSION TRUST LIMITED | (103123) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| MARKS & SPENCER PENSION TRUST LIMITED | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MARSHGATE INVESTMENTS, LLC | TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND LTD C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | C/O MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. ATTN: COLLEEN A. MURPHY, ESQ. ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE | COMPANY O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTENTION: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | BINGHAM MCCUTCHEN LLP ATTN: STEVEN LOZNER 399 PARK AVE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | ATTN: MICHELE KUNITZ 1500 MAIN STREET TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | O/B/O ITS FPD ALPHA BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY OBO | FPD ALPHA-BACKED NOTES SEPARATE ACCOUNT 1 ATTN: MICHELE KUNITZ 1500 MAIN STREET, TS28 SPRINGFIELD MA 01115 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | MINTZ LEVIN ATTN: JACQUELYN CANNATA ONE FINANCIAL CENTER BOSTON MA 02111 |
| MASSACHUSETTS STATE COLLEGE BUILDING AUTHORITY | ATTN: EDWARD ADELMAN 253 SUMMER ST STE 300 BOSTON MA 02210-1114 |
| MASSACHUSETTS WATER RESOURCES AUTHORITY | 100 FIRST AVENUE CHARLESTOWN NAVY YARD BLDG 39 BOSTON MA 02129 |
| MATLINPATTERSON DISTRESSED OPPORTUNITIES MASTER AC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O MATLINPATTERSON CAPITAL MANAGEMENT, L.P. ATTN: RAPH POSNER 520 MADISON AVENUE, 35TH FLOOR NEW YORK NY 10022-4213 |
| MAZZATTA, MARK & MCHUGH-MAZATTA, MICHELLE | LAWRENCE P. EAGEL BRAGAR WEXLER EAGEL & SQUIRE, PC 885 THIRD AVE SUITE 3040 NEW YORK NY 10022 |
| MEAG MUNICH ERGO ASSET MANAGEMENT GMBH FOR AND ON | BEHALF OF MUNECHENER RUECKVERSICHERUNGS-GESELLSCHAFT AKTIENGESELLSCHAFT IN MUENCHEN C/O BAKER & MCKENZIE LLP ATTN: IRA A. REID 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| MEDAMERICA HEALTH SYSTEMS EMPLOYEE RETIREMENT PLAN | C/O PREMIER HEALTH PARTNERS ATTN: KATHY HAUSER, TREASURY MANAGER 40 WEST FOURTH STREET, SUITE 2110 DAYTON OH 45402 |
| MEDICAL CENTER OF THE ROCKIES | 2315 E. HARMONY ROAD SUITE 200 ATTN: STEVE ELLSWORTH FORT COLLINS CO 80528 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MEDIOBANCA - BANCA KI CREDITO FINANZIARIO S.P.A | PIAZZETTA E. CUCCIA, 1 MILAN 20121 ITALY |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. | 9F, 100, CHI-LIN ROAD TAIPEI TAIWAN |
| MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. | 9F, NO. 100, CHI-LIN ROAD TAIPEI CITY 104 TAIWAN |
| MEISTER, ROBERT A. | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022-4689 |
| MEISTER, ROBERT A. | 101 SEMINOLE AVENUE PALM BEACH FL 33480 |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | MARCH HOUSE 25-28 ADELAIDE ROAD DUBLIN 2 IRELAND |
| MERCER GLOBAL INVESTMENTS EUROPE LTD | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MERRILL LYNCH GLOBAL SELECTS PORTFOLIOS PLC FOR AND | EMERGING MARKET DEBT PORTFOLIO I ATTN: MICHAEL ACKER 1700 MERRILL LYNCH DRIVE PENNINGTON NJ 08534 |
| MERRILL LYNCH GLOBAL SELECTS PORTFOLIOS PLC FOR AND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MERRICK PLACE, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH CAPITAL SERVICES, INC. | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: SHORT CREDIT MASTER FUND L.P. C/O BANK OF AMERICA MERRILL LYNCH ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: GENFINA SCRL (FORMERLY KNOWN AS GENFINA SA) C/O BANK OF AMERICA MERRILL LYNCH; ATTN: GARY COHEN, RONALD TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: STRAUMUR-BURDARAS INVESTMENT BANK HF ATTN: JEFFREY BENESH AND RONALD TOROK BANK OF AMERICA TOWER - 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WHARTON ASIAN SPECIAL OPPORTUNITIES COMPANY 1 LIMITED ATTN: GARY S. COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: WHARTON ASIAN ARBITRAGE FUND I, A SUB-FUND OF WHARTON ASIAN ARBITRAGE FUND; ATTN: GARY S. COHEN AND RON TOROK C/O BANK OF AMERICA MERRILL LYNCH BANK OF AMERICA TOWER - 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DAVIDE CAMPARI-MILANO S.P.A. ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER- 3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED ATTN: JEFFREY BENESH AND RON TOROK BANK OF AMERICA TOWER-3RD FLOOR ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: UNITED OVERSEAS BANK LIMITED (UOB) ATTN: JEFFERY BENESH AND RON TOROK BANK OF AMERICAS-3RD FLOOR ONE BRYAN PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK ATTN: GARY S. COHEN BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | C/O CADWALADER WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MERRILL LYNCH INTERNATIONAL | 10036 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | C/O FREDRIC SOSNICK & NED S. SCHODEK SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MERRILL LYNCH INTERNATIONAL BANK LIMITED | ATTN: CHRISTOPHER J. HAAS BANK OF AMERICA TOWER ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: KAWASAKI HEAVY INDUSTRIES, LTD. C/O MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: GARY S. COHEN / JEFF BENESH / RON TOROK BANK OF AMERICA TOWER, 3RD FLOOR ONE BRYANT PART NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: KAGOME CO., LTD C/O MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER 3RD FLOOR, ONE BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: CYBERAGENT FX, INC. C/O MERRILL LYNCH CREDIT PRODUCTS LLC ATTN: GARY S. COHEN, JEFF BENESH, RON TOROK BANK OF AMERICA TOWER 3RD FLOOR 1 BRYANT PARK NEW YORK NY 10036 |
| MERRILL LYNCH JAPAN FINANCE CO., LTD. | TRANSFEROR: MAXIS CORPORATION C/O MERRILL LYNCH CREDIT PRODUCTS LLC, ATTN: G. COHEN, J. BENESH BANK OF AMERICA TOWER, 3RD FL ONE BRYANT PARK NEW YORK NY 10038 |
| METAL BOX PENSION TRUSTEES LIMITED | C/O CROWN PACKAGING UK PLC PERRY WOOD WALK WORCESTER WR5 1EG UNITED KINGDOM |
| METAL BOX PENSION TRUSTEES LIMITED | C/O XAFINITY PAYMASTER ATTN: CATHY ASTON, UK PENSIONS MANAGER WILDWOOD DRIVE WORCESTER WR5 2QX UNITED KINGDOM |
| METAL BOX PENSION TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| METLIFE ASSURANCE LIMITED | 15 BEDFORD STREET LONDON WC2E 9HE UNITED KINGDOM |
| METLIFE ASSURANCE LIMITED | TODD LURIE, ESQ. C/O METLIFE INVESTMENTS – LEGAL DEPT. P.O BOX 1902 10 PARK AVENUE MORRISTOWN NJ 07962 |
| METROPOLITAN CAPITAL ADVISORS INTERNATIONAL, LTD | ATTN: DORA VARDIS 660 MADISON AVE 18TH FL NEW YORK NY 10065 |
| METROPOLITAN CAPITAL ADVISORS, L.P. | ATTN: DORA VARDIS 660 MADISON AVE 18TH FL NEW YORK NY 10065 |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF I | METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF ITS SEPARATE ACCOUNT #389 10 PARK AVENUE, P.O. BOX 1902 MORRISTOWN NJ 07962 |
| METROPOLITAN LIFE INSURANCE COMPANY ON BEHALF OF I | NO. 389 1 METLIFE PLAZA 27-01 QUEENS PLAZA NORTH LONG ISLAND CITY NY 11101 |
| MGM INTERNATIONAL ASSURANCE LTD | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| MGM INTERNATIONAL ASSURANCE LTD | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | ATTN: JENNIFER M. JACKSON ASSISTANT ATTORNEY GENERAL STATE OPERATIONS DIVISION P.O. BOX 30754 LANSING MI 48909 |
| MICHIGAN TOBACCO SETTLEMENT FINANCE AUTHORITY | PO BOX 30754 LANSING MI 48909 |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT 501 N.W. GRAND BLVD. OKLAHOMA CITY OK 73118 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| MILLENNIUM PARTNERS, L.P. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL 666 FIFTH AVENUE, 8TH FLOOR NEW YORK NY 10103 |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| MINCH NORTON EMPLOYEE BENEFIT PLAN | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO ATTN:  DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| MINISTRY OF ECONOMY AND FINANCE OF THE REPUBLIC OF | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| MINNESOTA STATE BOARD OF INVESTMENT | C/O ASSISTANT ATTORNEY GENERAL JEREMEY D EIDEN OFFICE OF THE MINNESOTA |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MINNESOTA STATE BOARD OF INVESTMENT | ATTORNEY GENERAL 445 MINNESOTA STREET, SUITE 900 SAINT PAUL MN 55101-2127 |
| MINNESOTA STATE BOARD OF INVESTMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MIRAE ASSET SECURITIES CO., LTD. | EAST TOWER 15F, MIRAE ASSET CENTER 1 67 SUHA-DONG, JUNG-GU SEOUL 100-210 SOUTH KOREA |
| MIRAE ASSET SECURITIES CO., LTD. | KELLEY DRYE & WARREN LLP 101 PARK AVENUE ATTN: BENJAMIN BLAUSTEIN, ESQ. NEW YORK NY 10178 |
| MISSOURI LOCAL GOVERNMENT | EMPLOYEES RETIREMENT SYSTEM P.O. BOX 1665 JEFFERSON CITY MO 65102 |
| MISSOURI LOCAL GOVERNMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | ATTN: MS. HISAKO KUBO & MS. KUMIKO MORITO; LEGAL GROUP, MGMT PLANNING MEJIRODAI BLDG 3-29-20 MEJIRODAI BUNKYO-KU TOKYO 112-8688 JAPAN |
| MITSUBISHI UFJ SECURITIES HOLDINGS CO., LTD. | MORRISON & FOERSTER LLP ATTN: LARREN M. NASHELSKY, ESQ. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL DEPARTMENT ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND PUBLIC AFFAIRS ROPEMAKER PLACE, 25 ROPEMAKER STREET LONDON EC2Y 9AJ UNITED KINGDOM |
| MITSUBISHI UFJ TRUST AND BANKING CORP. | ATTN: DERIVATIVES DOCUMENTATION ADMINISTRATION GLOBAL MARKETS BUS. UNIT 4-5 MARUNOUCHI, 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUBISHI UFJ TRUST AND BANKING CORPORATION | ATTN: DERIVATIVES DOCUMENTATION ADMIN GLOBAL MARKETS BUSINESS UNIT MITSUBISHI UFJ TRUST AND BANKING CORPORATION 4-5, MARUNOUCHI, 1-CHOME CHIYODA-KU TOKYO 100-8212 JAPAN |
| MITSUI & CO. COMMODITY RISK MANAGEMENT LIMITED | F/K/A MITSUI & CO. ENERGY RISK MANAGEMENT LTD. ATTN: MASAYUKI MINEGISHI 200 PARK AVENUE, 31ST FLOOR NEW YORK NY 10166 |
| MIZRAHI TEFAHOT BANK, LTD | ATTN: IRENE GRUBER, LEGAL DIVISION 7 JABOTINSKY STREET RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | MIZRAHI TEFAHOT BANK LIMITED 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE, 34TH FLOOR NEW YORK NY 10022 |
| MIZUHO CAPITAL MARKETS CORPORATION | ATTN: DOUGLAS FRANKEL, GENERAL COUNSEL 1440 BROADWAY NEW YORK NY 10018 |
| MIZUHO CAPITAL MARKETS CORPORATION | SZYFER, CLAUDE G. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| MIZUHO INTERNATIONAL PLC | ATTN: HEAD OR LEGAL BRACKEN HOUSE, ONE FRIDAY STREET LONDON EC4M 9JA UNITED KINGDOM |
| MIZUHO SECURITIES CO LTD | ATTN: LEGAL DEPT OTEMACHI FIRST SQUARE 1-5-1, OTEMACHI CHIYODA-KU, TOKYO 100-0004 JAPAN |
| MLC INVESTMENTS LIMITED | 105-153 MILLER STREET ATTN: SCOTT WALKER NORTH SYDNEY NSW 2000 AUSTRALIA |
| MLC INVESTMENTS LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MONARCH MASTER FUNDING LTD | TRANSFEROR: YORVIK PARTNERS LLP C/O MONARCH ALTERNATIVE CAPITAL LP 535 MADISON AVENUE, 26TH FLOOR NEW YORK NY 10022 |
| MONTREAL TRUST COMPANY OF CANADA | AS TRUSTEE FOR FLATROCK TRUST MANAGER, CORPORATE TRUST DEPT. 100 UNIVERSITY AVENUE, 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| MONTREAL TRUST COMPANY OF CANADA | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 27 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MONTREAL TRUST COMPANY OF CANADA | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MOORE GLOBAL FIXED INCOME FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO FUND, LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| MOORE MACRO MARKETS FUND (MASTER) LP | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF |

| Claim Name | Address Information |
|---|---|
| MOORE MACRO MARKETS FUND (MASTER) LP | THE AMERICAS NEW YORK NY 10020 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FORMERLY KNOWN AS MORGAN STANLEY & CO. INTERNATIONAL LIMITED) 20 CABOT SQUARE CANARY WHARF LONDON E11 4QW UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FKA MORGAN STANLEY & CO. INTERNATIONAL LTD) ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP MORGAN STANLEY & CO. INTERNATIONAL PLC 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | STRADLEY RONON STEVENS & YOUNG LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CFCM LOIRE-ATLANTIQUE & CENTRE-QUEST ATTN: BRIAN CRIPPS 20 BANK STREET, CANARY WHARF, FLOOR 02 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CREDIT INDUSTRIEL ET COMMERCIAL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CM-CIC ASSET MANAGEMENT ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: BANQUE FEDERATIVE DU CREDIT MUTUEL ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: TRIBRIDGE AF 1 LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4Q UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | MORGAN STANLEY CAPITAL SERVICES INC. ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: HOWARD R. HAWKINS, ESQ. CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | ATTN: PATRICK SCIARRONE 25 CABOT SQUARE CANARY WAHRF, FL. 5 LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY MORTGAGE SERVICING LIMITED | BRIAN TRUST MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND - P GLOBAL BOND MASTER FUND 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: MORGAN STANLEY CREDIT PRODUCTS JAPAN CO, LTD ATTN: JOSH RAWLINS 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK (BANKRUPTCY) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORTGAGE FUNDING 2008 1-PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| MORTGAGE FUNDING 2008 1-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| MOTOR INSURERS' BUREAU OF HONG KONG | LEVEL 28, THREE PACIFIC PLACE 1 QUEEN'S ROAD EAST HONG KONG |
| MOTOR INSURERS' BUREAU OF HONG KONG | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| MSD CREDIT OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: SHANTI ASSET MANAGEMENT C/O MSDC MANAGEMENT, L.P. ATTN: MARCELLO LIGUORI 645 FIFTH AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| MT. WILSON CLO II LTD | C/O WESTERN ASSET MANAGEMENT COMPANY 385 E COLORADO BLVD PASADENA CA 91101 |
| MTR CORPORATION LIMITED PROVIDENT FUND SCHEME | 22/F, MTR HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY, KOWLOON HONG KONG |
| MTR CORPORATION LIMITED RETIREMENT SCHEME | 22/F, MTR HEADQUARTERS BUILDING, TELFORD PLAZA KOWLOON BAY, KOWLOON HONG KONG |
| MUNCHENER HYPOTHEKEN EG | C/O ALSTON & BIRD LLP ATTN: WILLIAM SUGDEN, ESQ 1201 WEST PEACHTREE STREET ATLANTA GA 30309 |
| MUNICIPAL CORRECTIONS FINANCE LP | ALVAREZ & MARSAL ATTN: MICHAEL RIOS 1271 AVENUE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| MUNICIPAL CORRECTIONS FINANCE LP | ATTN: DONOVAN HICKS 5565 BANKERS AVENUE BATON ROUGE LA 70808 |
| MUNICIPALITY FINANCE PLC | ATTN: LEGAL COUNSEL MATTI KANERVA P.O. BOX 744 ANTINKATU 3C, 5TH FLOOR 00101 HELSINKI FINLAND |
| MUNICIPALITY FINANCE PLC | MIKKO OJALA PELTONEN, RUOKONEN & ITAINEN LTD, ATTORNEYS AT LAW FABIANINKATU 23 HELSINKI 00130 FINLAND |
| MUNICIPALITY FINANCE PLC | JORDAN A. WISHNEW MORRISON FOERSTER LLP 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ESQ 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| NATIONAL BANK OF CANADA | ATTN: BENOIT BLAIS 600 DE LA GAUCHETIERE OUEST, 9 IEME ETAGE MONTREAL QC H3B 4L2 CANADA |
| NATIONAL BANK OF CANADA | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| NATIONAL CITY BANK | PENELOPE CHRISTOPHOROU CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONAL CITY BANK | C/O PNC BANK, NATIONAL ASSOCIATION ATTN: HEATHER JORGENSON ONE PNC PLAZA 249 FIFTH AVENUE, 9TH FLOOR PITTSBURGH PA 15222 |
| NATIONAL IRISH BANK PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NATIONAL IRISH BANK PENSION SCHEME | ATTN: ENDA MCMAHON ATTN: KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NATIONAL IRISH BANK PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACT | CURRENCY STRATEGY) (103637) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| NATIONAL RAILROAD RETIREMENT INVESTMENT TRUST (ACT | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NATIONWIDE LIFE INSURANCE COMPANY (INC) | ATTENTION: NATIONWIDE INVESTMENTS - DERIVATIVES ONE NATIONWIDE PLAZA COLOMBUS OH 43215 |
| NATIXIS | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| NATIXIS | 1251 AVENUE OF THE AMERICAS LBBY 3 NEW YORK NY 10020-1104 |
| NATIXIS FINANCIAL PRODUCTS INC | ATTN: THOMAS G. SHARPE 9 WEST 57TH STREET, 15TH FLOOR NEW YORK NY 10019 |
| NATIXIS FINANCIAL PRODUCTS INC | 1251 AVENUE OF THE AMERICAS LBBY 3 NEW YORK NY 10020-1104 |
| NESTLE IN THE USA PENSION TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| NEW IRELAND SUPERANNUATION FUND | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NEW IRELAND SUPERANNUATION FUND | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | NIXON PEABODY LLP ATTN: ELIZABETH M. COLUMBO, ESQ. 437 MADISON AVENUE, 18TH FLOOR NEW YORK NY 10022 |
| NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY | ATTN: MAUREEN BABIS, EXECUTIVE DIRECTOR 110 WILLIAM STREET NEW YORK NY 10038 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ATTN: THOMAS PAOLICELLI, EXECUTIVE DIRECTOR 75 PARK PLACE NEW YORK NY 10007 |
| NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY | ORRICK, HERRINGTON, SUTCLIFFE, LLP ATTN: LORRAINE MCGOWEN 51 WEST 52ND STREET NEW YORK NY 10019 |
| NEWS AMERICA INCORPORATED | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWS AMERICA INCORPORATED | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| NEWTONVILLE PARTNERS L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| NEXEN MARKETING | ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN MARKETING SINGAPORE PTELTD ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXEN MARKETING | TRANSFEROR: NEXEN ENERGY MARKETING EUROPE LIMITED ATTN: SUSAN SCHULLI, VICE PRESIDENT AND GENERAL COUNSEL 1700, 801-7 AVE SW CALGARY AB T2P 3P7 CANADA |
| NEXGEN CAPITAL LIMITED | ATTN: CLAIRE CUNNEEN, LEGAL DEPARTMENT ORMONDE HOUSE 12 LOWER LEESON STREET DUBLIN 2 IRELAND |
| NEXGEN CAPITAL LIMITED | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO; ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| NOMURA CORPORATE FUNDING AMERICAS, LLC | TRANSFEROR: STONE LION PORTFOLIO LP C/O NOMURA AMERICAS ATTN: REHANA WIJENAYAKE 2 WORLD FINANCIAL CENTER BUILDING 2, FLOOR 21 NEW YORK NY 10281-1198 |
| NOMURA INTERNATIONAL PLC | ATTN: ROBERT EVELEIGH 1 ANGEL LANE LONDON EC4R 3AB UNITED KINGDOM |
| NOMURA INTERNATIONAL PLC | DOUGLAS P BARTNER / SOLOMON J. NOH SHERMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NOMURA INTERNATIONAL PLC | ROBERT PIASIO NOMURA INTERNATIONAL PLC 2 WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| NOMURA SECURITIES CO., LTD. | TRANSFEROR: ASAHI MUTUAL LIFE INSURANCE CO. FINANCIAL PRODUCT DEPARTMENT 2-2-2, OTEMACHI, CHIYODAKU TOKYO JAPAN |
| NOMURA SECURITIES CO., LTD. | C/O HIROAKI USUI; TRANSACTION LEGAL DEPT URBANNET OTEMACHI BUILDING 2-2-2 OTEMACHI, CHIYODA-KU TOKYO 100-8130 JAPAN |
| NOMURA SECURITIES CO., LTD. | DOUGLAS P BARTNER / SOLOMON J NOH SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| NORDDEUTSCHE LANDESBANK GIROZENTRALE | ATTN: SUSANNE KOLDEWEY ATTN: DR. SASCHA LOTZE FRIEDRICHSWALL 10 HANNOVER 30159 GERMANY |
| NORDEA BANK AB | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK AB | STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ. 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK AB (PUBL) | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |

| Claim Name | Address Information |
|---|---|
| NORDEA BANK AB (PUBL) | ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC | SMALANDSGATAN 17 ATTN: MARIA KRONSTROM STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC | STROOCK & STROOCK & LAVAN LLP ATTN: ANDREW DENATALE, ESQ 180 MAIDEN LANE NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC | STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE ATTN: ANDREW DENATALE, ESQ. NEW YORK NY 10038 |
| NORDEA BANK FINLAND PLC (PUBL) | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC (PUBL) | ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURAN | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHA | STRATEGY FUND, GLOBAL BOND SUB-FUND (103644) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| NORTHERN TRUST FUND SERVICES (IRELAND) LTD ON BEHA | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| NORTHSIDE GUARANTY, LLC | ONE OVERTON PARK, SUITE 400 3625 CUMBERLAND BOULEVARD ATLANTA GA 30339 |
| NRC PARTNERS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| NRC PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| NRW.BANK | ATTN: DR. TORSTEN FREUND, LEGAL DEPARTMENT KAVALLERIESTRASSE 22 40213 DUSSELDORF GERMANY DUSSELDORF 40213 GERMANY |
| NRW.BANK | MICHAEL H. TORKIN ESQ. SOLOMAN J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVE. NEW YORK NY 10022 |
| NTGI-QM COLLECTIVE DAILY ALL COUNTRY WORLD | INDEX EX-US EQUITY FUND-LENDING ATTN: DIEDRE ROWAN 50 S. LASALLE ST., (C-4) CHICAGO IL 60603 |
| NUI GALWAY PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| NUI GALWAY PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNTS PORTF | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN MULTI-STRATEGY INCOME FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN MULTI-STRATEGY INCOME FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| NUVEEN SHORT DURATION BOND FUND | WINSTON & STRAWN LLP ATTN: JAI KHANNA 35 W. WACKER DRIVE CHICAGO IL 60601 |
| NUVEEN SHORT DURATION BOND FUND | C/O NUVEEN ASSET MANAGEMENT ATTN: KEVIN MCCARTHY - GENERAL COUNSEL 333 WEST WACKER DRIVE, 33RD FLOOR CHICAGO IL 60606 |
| O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITE | C/O UBS FUND SERVICES (CAYMAN) LTD, UBS HOUSE 227 ELGIN AVENUE P.O. BOX 852 GEORGE TOWN KY1-1103 CAYMAN ISLANDS |
| O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITE | ATTN: NICOLE TORTAROLO UBS O'CONNOR LLC 299 PARK AVENUE NEW YORK NY 10171 |
| O.M.I. PROVINCIAL ACCOUNT | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| O.M.I. PROVINCIAL ACCOUNT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| OAK HILL SECURITIES FUND II LP | C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P. 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76112 |
| OAK HILL SECURITIES FUND LP | OAK HILL SECURITIES FUND, L.P. C/O OAK HILL ADVISORS, L.P. 1114 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P. ATTN: SCOTT KRASE 201 MAIN STREET, SUITE 1250 FORT WORTH TX 76102 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL LOS ANGELES CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, LP 333 SOUTH GRAND AVE, 28TH FL LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, LP | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL 2, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEFF ARNOLD 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIIIPARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OC/SD MEZZ 1 LLC | KIRKLAND & ELLIS LLP ATTN: EDWARD O SASSOWER & SCOTT J. GORDON 601 LEXINGTON AVE NEW YORK NY 10022 |
| OC/SD MEZZ 1 LLC | C/O ARCHSTONE ATTN: ARIEL AMIR 9200 EAT PANORAM CIRCLE, SUITE 400 ENGLEWOOD CO 80112 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | MASTER FUND, LTD. C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OCH-ZIFF CAPITAL STRUCTURE ARBITRAGE | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | ATTN: RICHARD TING 333 S. GRAND AVENUE, 28TH FLOOR LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: JEREMY BOOKER 333 SOUTH GRAND AVE., 28TH FL LOS ANGELES CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, LP | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OCM OPPORTUNITIES FUND VIIB, PARALLEL, L.P. | TRANSFEROR: MORGAN STANLEY BANK INTERNATIONAL LIMITED C/O OAKTREE CAPITAL MANAGEMENT, L.P. ATTN: WILLIAM SANTANGELO 333 SOUTH GRAND AVE, 28TH FLOOR LOS ANGELES CA 90017 |
| OCTAVIAN MULTISTRATEGY SPC - SYSTEMATIC CURRENCY S | C/- RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| OFFSHORE ASSET HOLDING VEHICLE A, LTD | TRANSFEROR: SPCP GROUP, LLC ATTN: BRADFORD TOBIN 2 GREENWICH PLAZA GREENWICH CT 06830 |
| OFID - OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PARKRING 8 VIENNA 1010 AUSTRIA |
| OFID - OPEC FUND FOR INTERNATIONAL | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

| Claim Name | Address Information |
|---|---|
| DEVELOPMENT | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| OFID – OPEC FUND FOR INTERNATIONAL DEVELOPMENT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS ATTN: DOUGLAS R. DAVIS NEW YORK NY 10019-6064 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | ATTN: MILLIE KIM 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| ONTARIO TEACHERS' PENSION PLAN BOARD | ATTN: JEFF DAVIS 5650 YONGE STREET SUITE 500 TORONTO ON M2M 4H5 CANADA |
| ONTARIO TEACHERS' PENSION PLAN BOARD | SHEARMAN & STERLING LLP SOLOMON J. NOH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ONYX FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| ONYX FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ONYX FUNDING LIMITED –SERIES 2006-1 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ONYX FUNDING LIMITED –SERIES 2006-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ORE HILL HUB FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC 452 5TH AVE FL 25 NEW YORK NY 10018-2777 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ ASIA MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ EUROPE MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | MASTER FUND, LP C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ GLOBAL SPECIAL INVESTMENTS | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD. | C/O OZ MANAGEMENT LP 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ MASTER FUND, LTD. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| OZ MASTER FUND, LTD. | C/O OZ MANAGEMENT LP ATTN: JOEL M. FRANK, CFO 9 WEST 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| OZ SPECIAL MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O OCH-ZIFF CAPITAL MANAGEMENT GROUP ATTN: LESLIE EVANS 9 WEST 57TH STREET, 13TH FLOOR NEW YORK NY 10019 |
| PACIFIC INVESTMENT MANAGEMENT COMPANY LLC | ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE FUNDS | PL INFLATION MANAGED FUND 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| PACIFIC LIFE FUNDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PACIFIC LIFE FUNDS | CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFIC LIFE INSURANCE COMPANY | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PACIFIC LIFE INSURANCE COMPANY | 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660-6397 |
| PACIFIC SELECT FUND | INFLATION MANAGED PORTFOLIO 700 NEWPORT CENTER DR NEWPORT BEACH CA 92660 |
| PACIFIC SELECT FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PACIFICCORP RETIREMENT PLAN | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PACIFICCORP RETIREMENT PLAN | C/O RICHARD CULL, LEGAL COUNSEL AUGUSTUS ASSET MANAGERS LIMITED 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| PALOMA INDUSTRIES NOGATA PLANT LTD | HIDEHIKO SUZUKI CLIFFORD CHANCE LAW OFFICE (GAIKOKUHO KYODO JIGYO) AKASAKA TAMEIKE TOWER, 6TH FLOOR, 2-17-7, AKASAKA, MINATO-KU TOKYO 107-0052 JAPAN |
| PALOMA INDUSTRIES NOGATA PLANT LTD | C/O AUTUMN D. HIGHSMITH 2323 VICTORY AVE., STE 700 DALLAS TX 75219-7673 |
| PAPILLON, MARIE J. | 16426 NE 31ST AVENUE NORTH MIAMI BEACH FL |
| PAPILLON, MARIE J. | MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, CHARLES E. LEVIN 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| PAR-FOUR MASTER FUND LTD | EDWARD LABRENZ PAR-FOUR MASTER FUND, LTD. C/O PAR-FOUR INVESTMENT MANAGEMENT, LLC 50 TICE BOULEVARD WOODCLIFF LAKE NJ 07677 |
| PAR-FOUR MASTER FUND LTD | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| PARIS, FRANK M. | C/O LEVENFELD PEARLSTEIN LLC ATTN: STEVEN R JAKUBOWSKI ESQ 2 N LASALLE STE 1300 CHICAGO IL 60602 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | ATTN: JAG PATHIRANA 4455 WEST 16TH STREET HAWTHORNE CA 90250 |
| PARKING AUTHORITY OF THE CITY OF HAWTHORNE, CA | MARK GORTON, ESQ. 2721 FLORENCE PL SACRAMENTO CA 95818-3122 |
| PARS ASPIRE FUND – (#4817) | ATTN: TOM RICE 49, AVENUE J.F. KENNEDY L-1855 LUXEMBOURG LUXEMBOURG |
| PARS ASPIRE FUND – (#4817) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE SUITE 100 ATTN: KEVIN BROADWATER NEWPORT BEACH CA 92660 |
| PAUL HAMLYN FOUNDATION | 5-11 LEEKE STREET LONDON WC1X 9HY UNITED KINGDOM |
| PAUL HAMLYN FOUNDATION | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH 1251 AVENUE OF AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: SHINYOUNG SECURITIES CO., LTD. 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO LTD 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO., INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO, INC. 1251 AVENUE OF THE AMERICAS 50TH FLOOR NEW YORK NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVIO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PAULSON ENHANCED LTD. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVIO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| PB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP LLC ATTN: SCOTT STONE 10 ST. JAMES AVENUE, SUITE 2000 BOSTON MA 02116 |
| PBC 1 LTD. | SIDLEY AUSTIN LLP ATTN: ROBERT SCHEININGER 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PBC 1 LTD. | TRANSFEROR: PAULSON & CO. INC C/O PAULSON & CO. INC 1251 AVENUE OF THE AMERICAS, 50TH FL NEW YORK NY 10020 |
| PEARL FINANCE PLC - SERIES 2003-8 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA- VP, GLOBAL CORP TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-8 | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PEARL FINANCE PLC - SERIES 2003-8 | REED SMITH LLP 599 LEXINGTON AVENUE ATTN: MICHAEL J. VENDITTO, ESQ. NEW YORK NY 10022 |
| PEARL FINANCE PLC - SERIES 2003-8 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 134 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PEBBLE CREEK LCDO 2006-1 LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET MARK ELLENBERG, ESQ. WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2006-1 LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2007-3, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. MARK ELLENBERG, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| PEBBLE CREEK LCDO 2007-3, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET NW WASHINGTON DC 20004 |
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO & ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PENN MUTUAL LIFE INSURANCE COMPANY | ATTN: JOSHUA MYERS 600 DRESHER ROAD, C1A HORSHAM PA 19044 |
| PENN VIRGINIA CORPORATION | THREE RADNOR CORPORATE CENTER, SUITE 300 100 MATSONFORD ROAD RADNOR PA 19087 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - | 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - | 101 PARK AVENUE ATTN: ROBERT MENDELSON, MORGAN, LEWIS & BOCKIUS LLP NEW YORK NY 10178 |
| PENSION ASSET COMMITTEE OF TWIN CITIES HOSPITALS - | ASSOCIATION PENSION PLAN, C/O SUSAN SLOCUM 3001 METRO DRIVE # 500 BLOOMINGTON MN 55425 |
| PENSION FUND OF THE CHRISTIAN CHURCH (DISCIPLES OF | ATTN: DAVID STONE 130 EAST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| PENSION RESERVES INVESTMENT TRUST | ATTN: STANLEY MAVROMATES 84 STATE STREET SUITE 250 BOSTON MA 02109 |
| PENSIONSKASSE UNILEVER SCHWEIZ | EMIL SOLIVA, RENSION FUND MANAGER FRAND WIDEMEIJER, MEMBER BOARD OF TRUSTEES HINTERBERGSTRASSE 28, PO BOX 5364 6330  CHAM SWITZERLAND |
| PEOPLE'S BANK OF CHINA | C/O STATE ADMINISTRATION OF FOREIGN EXCHANGE ATTN: MS. WAN TONGJUN & MR. CUI HAILIANG 3/F PING'AN MANSION 23 JINRONG STREET, XICHENG DISTRICT BEIJING 100140 CHINA |

| Claim Name | Address Information |
|---|---|
| PERMAL STONE LION FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION PORTFOLIO L.P. AND STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD 461 FIFTH AVENUE, 14TH FL NEW YORK NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC STONE LION CAPITAL PARTNERS L.P. ATTN: ZACHARY NUZZI 555 5TH AVENUE, 18TH FLOOR NEW YORK NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FLOOR NEW YORK NY 10017 |
| PERRY PARTNERS INTERNATIONAL, INC. | C/O PERRY CORP ATTN: MICHAEL NEUS 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| PERRY PARTNERS, L.P. | ATTN: MICHAEL NEUS 767 FIFTH AVENUE 19TH FLOOR NEW YORK NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O PERRY CAPITAL, L.L.C. ATTN: AARON ZELIG 767 FIFTH AVENUE, 19TH FLOOR NEW YORK NY 10153 |
| PGL PENSION SCHEME | 1 WYTHALL GREEN WAY WYTHALL, BIRMINGHAM B47 6WG UNITED KINGDOM |
| PGL PENSION SCHEME | IGNIS INVESTMENT SERVICES LIMITED LEGAL DEPT. ATTN: COLIN HAY 50 BOTHWELL STREET GLASGOW G2 6HR UNITED KINGDOM |
| PGL PENSION SCHEME | JAMES O. MOORE 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PHARO MASTER FUND, LTD | ATTN: JEFF HANLON 1370 AVENUE OF THE AMERICAS SUITE 2603 NEW YORK NY 10019 |
| PHARO MASTER FUND, LTD | KATTEN MUCHIN ROSENMAN LLP ATTN: MARILYN SELBY OKOSHI 575 MADISON AVENUE NEW YORK NY 10022 |
| PHILIPPINE AIRLINES, INC. | ATTN: MICHAEL TAN, AVP TREASURY 5TH FLOOR PNB FINANCIAL CENTER PRES. DIOSDADO P. MACAPAGAL AVE. CCP COMPLEX PASAY CITY 1200 PHILIPPINES |
| PHILIPS PENSION TRUSTEES LTD, | K&L GATES LLP ATTN: RICHARD S. MILLER 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHILIPS PENSION TRUSTEES LTD, | AS TRUSTEE OF THE PHILIPS PENSION FUND C/O ALLIANCE BERNSTEIN L.P. ATTN: MICHAEL COFFEE 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| PHOENIX 2002-1 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-1 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX 2002-2 LIMITED | C/O THE BANK OF NEW YORK MELLON GLOBAL CORPORATE TRUST SERVICES – DEFAULT GROUP ATTN: SANJAY JOBANPUTRA ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| PHOENIX 2002-2 LIMITED | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX F1 | NEUBRANDENBURGSTRASSE S.A.R.L ATTN: COLIN BLACKMORE JER REAL ESTATE ADVISORS (UK) LTD. CLARGES HOUSE, CLARGES STREET LONDON W1J 8AD UNITED KINGDOM |
| PHOENIX F1 | MICHAEL H. TORKIN ESQ. & NED S. SCHODEK ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PHOENIX LIFE ASSURANCE LIMITED | C/O HENDERSON GLOBAL INVESTORS LIMITED ATTN: GRAHAM FOGGIN 201 BISHOPSGATE LONDON EC2M 3AE UNITED KINGDOM |
| PHOENIX LIFE ASSURANCE LIMITED | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN BOSTON MA 02110 |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | ATTN: RICHARD LEBRUN BUTTERFIELD HOUSE FORT STREET, P.O. BOX 2330 SUITE 100 GEORGETOWN CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II CAYMAN UNIT TRUS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY III 4803 | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY III 4803 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND – 4899 | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND – 4899 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC (#3994) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV IDF LLC (#3994) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V (#4825) | ATTN: RICHARD LEBRUN WALKERS FUND SERVICES LIMITED 87 MARY STREET GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V (#4825) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND – 4942 | PIMCO OFFSHORE FUNDS ATTN: RICHARD LEBRUN 87 MARY STREET, GEORGE TOWN GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND – 4942 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND – (#2742) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND – (#2742) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL AGGREGATE | EX-JAPAN BOND FUND (M) – (#3706) PIMCO BERMUDA TRUST II ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL AGGREGATE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND – 3738 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL BOND EX-JAPAN FUND – 3738 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND (#3 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND (#3 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA LIBOR PLUS FUND (M) – (#2739) | PIMCO BERMUDA TRUST II ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO BERMUDA LIBOR PLUS FUND (M) – (#2739) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO BERMUDA US LOW DURATION FUND– 2741 | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE | EX-JAPAN (YEN-HEDGED) BOND FUND – 2818 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE | EX-JAPAN YEN-HEDGED BOND FUND II-2759 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 SUITE 100 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE | EX-JAPAN YEN-HEDGED INCOME FUND 2781 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE | EX-JAPAN YEN-HEDGE INCOME FUND 2781 PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND –(#2733) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| PIMCO CAYMAN GLOBAL AGGREGATE BOND FUND - (#2733) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN BOND FUND - | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL AGGREGATE EX-JAPAN INCOME FUND | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED) BOND FUN | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL EX-JAPAN (YEN-HEDGED) BOND FUN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL EX-JAPAN BOND (#2730) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND 2764 | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL HIGH INCOME FUND 2764 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTRAL DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL LIBOR PLUS | (U.S. DOLLAR-HEDGED) FUND - (#3801) PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL LIBOR PLUS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND - (# | PIMCO CAYMAN TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO CAYMAN GLOBAL MULTIPLE REAL RETURN FUND - (# | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY FUND - 731 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY FUND - 731 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY PORTFOLIO - (#6 | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO COMMODITYREALRETURN STRATEGY PORTFOLIO - (#6 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (#771) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (#771) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) | PIMCO BERMUDA TRUST ATTN: SCOTT CARNACHAN BUTTERFIELD HOUSE FORT STREET PO BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO EMERGING MARKETS BOND FUND (M) - (#2737) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND PORTFOLIO - (#688) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO EMERGING MARKETS BOND PORTFOLIO - (#688) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (U.S. DOLLAR-HEDGED) - (#7 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (U.S. DOLLAR-HEDGED) - (#7 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE SUITE 100 NEWPORT BEACH CA 92660 |

| Claim Name | Address Information |
|---|---|
| PIMCO FOREIGN BOND FUND (UNHEDGED) – (#719) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO FOREIGN BOND FUND (UNHEDGED) – (#719) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (UNHEDGED) (#775) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND (UNHEDGED) (#775) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND US DOLLAR-HEDGED 785 | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND FUND US DOLLAR-HEDGED 785 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND PORTFOLIO (UNHEDGED) – (# 2680) | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND PORTFOLIO (UNHEDGED) – (# 2680) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL BOND STRATEGY FUND – 3751 | PIMCO BERMUDA TRUST IV ATTN: SCOTT CARNACHAN BUTTERFIEDL HOUSE FORT STREET P.O. BOX 2330 GEORGETOWN CAYMAN ISLANDS |
| PIMCO GLOBAL BOND STRATEGY FUND – 3751 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) | ATTN: LAWRENCE G. ALTADONNA, TREASURER 1633 BROADWAY, 41ST FLOOR NEW YORK NY 10019 |
| PIMCO GLOBAL STOCKS PLUS & INCOME FUND (# 429) | ATTN: BRIAN SHLISSEL 1345 AVENUE OF THE AMERICAS, 3RD FLOOR NEW YORK NY 10105 |
| PIMCO REAL ESTATE REAL RETURN STRATEGY FUND (#788) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL ESTATE REAL RETURN STRATEGY FUND (#788) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND – (# 795) | PIMCO FUNDS ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN FUND – (# 795) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN PORTFOLIO – 691 | PIMCO VARIABLE INSURANCE TRUST ATTN: STEPHEN KING 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN PORTFOLIO – 691 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PIMCO REAL RETURN TRUST – (#6031) | PIMCO COLLECTIVE INVESTMENT TRUST P.O. BOX 52129 PHOENIX AZ 85072 |
| PIMCO REAL RETURN TRUST – (#6031) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN:  KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PINEY BRANCH PARK INC. | ROBIN E. KELLER, ESQ. 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC. | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| PINEY BRANCH PARK INC. | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| PINEY BRANCH PARK INC. | C/O QVT FINANCIAL LP 1177 AVENUE OF THE AMERICAS, 9TH FL NEW YORK NY 10036 |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | ATTN: AMBROSE PAXSON 28 WEST 44TH STREET, 15TH FLOOR NEW YORK NY 10036 |
| PING EXCEPTIONAL VALUE MASTER FUND L.P. | KEVIN SCANLAN DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PINNACLE AMERICAN CORE PLUS BOND FUND | CHRISTINE DE LIMA, SCOTIA CAPITAL INC. 40 KING STREET WEST, 16TH FLOOR TORONTO ON M5H 1H1 CANADA |
| PINNACLE AMERICAN CORE PLUS BOND FUND | ROBERT MENDELSON MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| PIONEER FUNDS- US RESEARCH FUND | F/K/A PIONEER FUNDS- US EQUITY 130/30 C/O PIONEER INVESTMENT MANAGEMENT, INC ATTN: LEGAL DEPARTMENT SKIP NAUMNIK & ELLIOTT DOBIN, ESQ 60 STATE STREET, 13TH FLOOR BOSTON MA 02109 |
| PIONEER FUNDS- US RESEARCH FUND | CHRISTINE BRENNAN BINGHAM MCCUTCHEN LLP ONE FEDERAL STREET BOSTON MA 02110 |
| PJ CARROLL & CO LTD PENSION PLAN FOR | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SALARY & FACT | MESPIL ROAD DUBLIN 4 IRELAND |
| PJ CARROLL & CO LTD PENSION PLAN FOR SALARY & FACT | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PJM INTERCONNECTION, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP C/O NICHOLAS J. LEPORE, III 1600 MARKET STREET, SUITE 3600 PHILADELPHIA PA 19103 |
| PJM INTERCONNECTION, LLC | C/O NICHOLAS J. LEPORE, III SCHNADER HARRISON SEGAL & LEWIS LLP 1600 MARKET STREET, STE 3600 PHILADELPHIA PA 19103 |
| PMT CREDIT OPPORTUNITIES FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC 452 5TH AVE FL 25 NEW YORK NY 10018-2777 |
| POLARIS INVESTMENT SA | POLARIS FUND GED GLOBAL BOND TOTAL REF. III ATTN: FRANCESCO GENTILONI SKVERI, MANAGING DIRECTOR 5, ALLEE SCHEFFER L-2520 LUXEMBOURG |
| POLARIS INVESTMENT SA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| POLLYSON INTERNATIONAL LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| POLLYSON INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| POLLYSON INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| POLLYSON INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| PORT OF TACOMA | EUNICE RIM K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PORT OF TACOMA | C/O K&L GATES LLP ATTN: DAVID C NEU, ESQ. 925 FOURTH AVENUE SUITE 2900 SEATTLE WA 98104 |
| POSILLIPO FINANCE II S.R.L. | C/O SIMMONS & SIMMONS ATTN: MICHEAL DODSON VIA DI SAN BASILIO ROME 00187 ITALY |
| POSILLIPO FINANCE II S.R.L. | C/O SIMMONS & SIMMONS ATTN: MICHAEL DODSON VIA DI SAN BASILIO ROME 00187 ITALY |
| POSILLIPO FINANCE II S.R.L. | VIA ELEONORA DUSE 53 ROME 00197 ITALY |
| POSILLIPO FINANCE II S.R.L. | CLIFFORD CHANCE US LLP ATTENTION: PEGGY WELSH 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| POSILLIPO FINANCE II S.R.L. | C/O BALNK ROME LLP ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POSILLIPO FINANCE II S.R.L. | C/O BLANK ROME LLP ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POSILLIPO FINANCE S. R. L. | SIMMONS & SIMMONS ATTN: MICHAEL DIDSON VIA DI SAN BASILIO 72 ROME 00187 ITALY |
| POSILLIPO FINANCE S. R. L. | VIA GUSTAVO FARA 35 MILAN 20124 ITALY |
| POSILLIPO FINANCE S. R. L. | C/O BLANK ROME ATTN: ANDREW ECKSTEIN THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| POUDRE VALLEY HEALTH CARE, INC. | ATTN: STEVE ELLSWORTH 2315 E. HARMONY ROAD SUITE 200 FORT COLLINS CO 80528 |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | JOHN YEAP PINSENT MASONS 50TH FLOOR, CENTRAL PLAZA 18 HARBOUR ROAD HONG KONG SAR HONG KONG |
| POWER SECTOR ASSETS AND LIABILITIES MGMT CORP. | TRANSFEROR: NATIONAL POWER CORPORATION ATTN: PRESIDENT AND CEO 7TH FLOOR BANKMER BUILDING 6756 AYALA AVENUE MAKATI CITY 1226 PHILIPPINES |
| PP OPPORTUNITIES LTD. | ROBERT SCHEININGER SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD. | MICHAEL GREENBLATT SIDLEY AUSTIN LLP 787 7TH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD. | SIDLEY AUSTIN LLP ATTN: MICHAEL GREENBLATT 787 7TH AVENUE NEW YORK NY 10019 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: BARCLAYS BANK PLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O PAULSON & CO. INC. ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: YORVIK PARTNERS LLP ATTN: JAMES OLIVO 1251 AVENUE OF THE AMERICAS, 50TH FLOOR NEW YORK NY 10020 |

| Claim Name | Address Information |
|---|---|
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER 6 BROAD STREET-5TH FLOOR LONDON EC2M 7JH UNITED KINGDOM |
| PREFERRED RESIDENTIAL SECURITIES 06-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | MORGAN, LEWIS & BOCKIUS LLP ATTN: ROBERT MENDELSON 101 PARK AVENUE NEW YORK NY 10178 |
| PREMIER HEALTH PARTNERS OPERATING INVESTMENT PROGR | 110 N MAIN ST STE 200 DAYTON OH 45402-3705 |
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE | ATTN: KATHRYN MURTAGH, CHIEF COMPLIANCE OFFICER, HARVARD MANAGEMENT 600 ATLANTIC AVENUE BOSTON MA 02210 |
| PRIMONE INC. | AKARA BULDING, 24 DE CASTRO STREET WICKHAMS CAY I, ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS |
| PRIMONE INC. | PRIMWEST 210-212, ROUTE DE JUSSY PRESINGE 1243 SWITZERLAND |
| PRINCIPAL LIFE INSURANCE COMPANY | ATTN: DEBRA EPP (G-34-W23) 711 HIGH STREET DES MOINES IA 50392-0301 |
| PROMARK INVESTMENTS TRUSTEES LIMITED | GRIFFIN HOUSE (UK1-100-020) OSBORNE ROAD LUTON LUI 3YT UNITED KINGDOM |
| PROMARK INVESTMENTS TRUSTEES LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| PROTECTIVE LIFE INSURANCE CO, INC | JAYNA LAMAR 1901 6TH AVENUE NO. STE 2400 BIRMINGHAM AL 35203 |
| PROVENDOR LIQUIDITY LLC | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL STEPHAN/ROBERT RYAN C/O ELLIOTT MANAGEMENT CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| PROVINCE OF BRITISH COLUMBIA | ATTN: MANAGER, OPS, DEBT MGMT, 620 SUPERIOR STREET, 2ND FLOOR VICTORIA BC V8V 1X4 CANADA |
| PROVINCE OF BRITISH COLUMBIA | DOUGLAS P. BARTNER SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PSEG ENERGY RESOURCES & TRADE LLC | ATTN: SUZANNE M. KLAR, ESQ. 80 PARK PLAZA, T5D NEWARK NJ 07101 |
| PSEG INC. MASTER RETIREMENT TRUST | ATTN: PETER CARUSO 80 PARK PLAZA T6B NEWARK NJ 07102 |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | ATTN: THE MANAGING DIRECTOR (RE 2001-3 SERIES) PARNASSUSTOREN, LOCATELLIKADE 1, 1076 AZ AMSTERDAM P.O. BOX 75215 AMSTERDAM 1070 AE NETHERLANDS |
| PUMICE INVESTMENTS (NETHERLANDS) B.V. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PVHA/SIMS VENTURES, LLC | 40 A1A N. SUITE 110 PONTE VERDA BEACH FL 32082 |
| PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI SPOLKA AKC | UL. PULAWSKA 15 WARSAW 12 00- 975 POLAND |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| PYXIS FINANCE LIMITED | C/O HSBC HOUSE ATTN: THE DIRECTORS 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1- 1102 CAYMAN ISLANDS |
| PYXIS FINANCE LIMITED | ATTN:  THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| PYXIS FINANCE LIMITED | BY HSBC TRUSTEE (C. I.) LIMITED (AS ATTORNEY) ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET ST. HELIER JE4 9PF UNITED KINGDOM |
| PYXIS FINANCE LIMITED | BY HSBC TRUSTEE (C. I.) LIMITED (AS ATTORNEY) ATTN: IAN GRAHAM, SENIOR MANAGER, CORPORATE SERVICES P. O. BOX 88 1 GRENVILLE STREET, ST. HELIER, JERSEY JE4 9PF UNITED KINGDOM |
| PYXIS FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| PYXIS FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ., DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| QFR MASTER VICTORIA FUND, L.P. | 1 BRYANT PARK FL 37 489 FIFTH AVENUE, 31ST FLOOR NEW YORK NY 10036-6737 |
| QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| QIC LIMITED, F/K/A QUEENSLAND INVESTMENT CORPORATI | AS TRUSTEE FOR THE QIC ACTIVE CURRENCY TRUST ATTN: GENERAL COUNSEL LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| QIC LIMITED, F/K/A QUEENSLAND INVESTMENT CORPORATI | AS TRUSTEE FOR THE QIC DIVERSIFIED FIXED INTEREST FUND NO. 1 ATTN: GENERAL COUNSEL LEVEL 5, CENTRAL PLAZA TWO, 66 EAGLE STREET BRISBANE, QUEENSLAND 4000 AUSTRALIA |
| QUANTUM PARTNERS LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| QUANTUM PARTNERS LP | C/O SOROS FUND MANAGEMENT LLC ATTN: JAY SCHOENFARBER 888 SEVENTH AVENUE, 31ST FLOOR NEW YORK NY 10106 |
| QUANTUM PARTNERS LP | JAY SCHOENFARBER SOROS FUND MANAGEMENT LLC 888 SEVENTH AVENUE, 33RD FLOOR NEW YORK NY 10106 |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-1 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GOODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-3 SERIES) MOURANT & CO. LIMITED 22 GREENVILLE STREET ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| QUARTZ FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| QUARTZ FINANCE PLC - SERIES 2003-3 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2003-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 147 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 148 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-1A | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-1A | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 151 NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-1B | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-1B | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 152 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PLC - SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN: SANJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PLC - SERIES 2005-2 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 153 NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET B ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SERIES 2003-1 ELDON STREET A ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES-DEFUALT GROUP ONE CANADA |

| Claim Name | Address Information |
|---|---|
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | SQUARE LONDON E14 5AL UNITED KINGDOM |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. LENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUARTZ FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| QUEENSFERRY B LLC | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY C LLC | TRANSFEROR: CVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY D LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY E LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY F LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY G LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY H LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY I LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY J LLC | TRANSFEROR: CVI GVF LUX MASTER SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY K LLC | TRANSFEROR: C.V.I G.V.F. LUX MASTER S.A.R.L.. UK C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY L LLC | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE SARL C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY M LLC | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSFERRY T LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| QUEENSLAND INVESTMENT CORPORATION AS TRUSTEE OF QI | INTEREST FUND NO 1 (103250) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| QUEENSLAND INVESTMENT CORPORATION AS TRUSTEE OF QI | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| QUINTESSENCE FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| QUINTESSENCE FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FL NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10035 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| R2 INVESTMENTS, LDC | C/O AMALGAMATED GADGET, L.P. 301 COMMERCE STREET, SUITE 3200 FORT WORTH TX 76102-4140 |

| Claim Name | Address Information |
|---|---|
| RABOBANK NEDERLAND, NEW YORK BRANCH | HUNTON & WILLIAMS LLP RIVERFRONT PLAZA, EAST TOWER ATTN: JR SMITH, ESQ 951 E. BYRD STREET RICHMOND VA 23219-4074 |
| RAIFFEISENLANDESBANK NIEDEROSTERREICH-WIEN AG | ATTN: LEGAL DEPARTMENT 1020 WIEN, FRIEDRICH-WILHELM-RAIFFEISEN-PLATZ 1 VIENNA AUSTRIA |
| RAILWAYS PENSION TRUSTEE COMPANY LIMITED | 2ND FLOOR, CAMOMILE COURT 23 CAMOMILE STREET LONDON EC3A 7LL UNITED KINGDOM |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS CONVERTIBLE ARBITRAGE MASTER FUND, LTD | F/K/A RCG LATITUDE MASTER FUND LTD C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | ANDREW K. GLENN, ESQ. KASOWITZ, BENSON, TORRES & FRIEDMAN LLP 1633 BROADWAY NEW YORK NY 10019 |
| RAMIUS ENTERPRISE MASTER FUND LTD, FKA RCG ENTERPR | C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| RBC ASSET MANAGEMENT INC. | ATTN: EMILY JELICH, ASST GENERAL COUNSEL 14TH FLOOR, NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 CANADA |
| RBC DEXIA INVESTOR SERVICES TRUST | AS TRUSTEE FOR RBC CANADIAN MASTER TRUST PO BOX 7500, STATION A TORONTO ON MSW 1P9 CANADA |
| RBC DEXIA INVESTOR SERVICES TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| RCG PB, LTD | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP ANDREW K. GLENN, ESQ. 1633 BROADWAY NEW YORK NY 10019 |
| RCG PB, LTD | C/O RAMIUS LLC ATTN: OWEN LITTMAN 599 LEXINGTON AVE NEW YORK NY 10022 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE LLP ATTN:MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: 32 CAPITAL MASTER FUND SPC LTD., FOR AND ON BEHALF OF ITS SEGREGATED PORTFOLIO, GLOBAL MARKET NEUTRAL SEGREGATED PORTFOLIO C/O RICHARDS KIBBE & ORBE LLP; ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REALCLUB HOLDINGS LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| REDWOOD MASTER FUND, LTD. | C/O REDWOOD CAPITAL MANAGEMENT, LLC 910 SYLVAN AVENUE, SUITE 130 ENGLEWOOD CLIFFS NJ 07632 |
| REDWOOD MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| RELIANT ENERGY SERVICES, INC NKA RRI,INC | C/O LOWENSTEIN SANDLER PC ATTN: S. JASON TEELE 65 LIVINGSTONE AVENUE ROSELAND NJ 07068 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | JENIFER C. DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C. DEMARCO AND SARAH CAMPBELL CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |

| Claim Name | Address Information |
| --- | --- |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: ARMAND APONTE NEW YORK NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | M.J.S.J. MULLER ING BANK NV LOCATIONCODE: AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | JENNIFER C. DEMARCO, ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE | E DO CREDITO PUBLICO IP ATTN: DAVID DYKHOUSE C/O PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| RESTRUCTURED ASSET CERTIFICATES | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. (CONTROL NO. D&T 26) 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES | REED SMITH LLP ATTN :MICHAEL J VENDITTO D&T 51 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES | WITH ENHANCED RETURNS, SERIES 2002-10-TR TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES | WITH ENHANCED RETURNS, SERIES 1998-I-P TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET CERTIFICATES WITH | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 52 NEW YORK NY 10022 |
| RESTRUCTURED ASSET CERTIFICATES WITH | ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG 101 BARCLAY STREET NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 52 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. D&T 53 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES | WITH ENHANCED RETURNS, SERIES 2002-26 TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHERNBERG 101 BARCLAY STREET, 8W NEW YORK NY 10286 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL# D&T 55 NEW YORK NY 10022 |
| RESTRUCTURED ASSET SECURITIES WITH ENHANCED | RETURNS, SERIES 2002-20 C TRUST C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: STUART ROTHENBERG 101 BARCLAY STREET, 8 WEST NEW YORK NY 10286 |
| RETIREMENT HOUSING FOUNDATION, ET AL. | ATTN: FRANK ROSSELLO, CFO/VP OF FINANCE 911 N. STUDEBAKER RD. LONG BEACH CA 90815-4900 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | RGM TRADING INTERNATIONAL LIMITED HOGUET NEWMAN REGAL & KENNEY LLP JOSH RIEVMAN, ESQ 10 EAST 40TH STREET NEW YORK NY 10016 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | 221 W 6TH STREET, SUITE 1600 AUSTIN TX 78701 |
| RIC II PLC THE GLOBAL BOND (EURO HEDGED) FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC MULTISTRATEGY BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC MULTISTRATEGY BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIC-OMIGSA GLOBAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC-OMIGSA GLOBAL BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIC-OMIGSA GLOBAL MONEY MARKET FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIC-OMIGSA GLOBAL MONEY MARKET FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |

| Claim Name | Address Information |
|---|---|
| RIF CORE BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIF CORE BOND FUND | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIML RUSSELL INTERNATIONAL BOND FUND – $A HEDGED | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| RIML RUSSELL INTERNATIONAL BOND FUND – $A HEDGED | 1301 2ND AVE FL 18 SEATTLE WA 98101-3814 |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | ACTING AS THE TRUSTEE OF THE RIO TINTO 2009 PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| RIO TINTO PENSION 2009 TRUSTEES LIMITED | ACTING AS THE TRUSTEE OF THE RIO TINTO PENSION FUND 2 EASTBOURNE TERRACE LONDON W2 6LG UNITED KINGDOM |
| ROBECO FIXED INCOME STRATEGIES SPC, RESPECT OF SEG | ATTN: A KLEP & M STOFFERS COOLSINGEL 120 AG ROTTERDAM 3011 NETHERLANDS |
| ROBERT A SCHOELLHORN TRUST | C/O LEVENFELD PEARLSTEIN LLC ATTN: STEVEN R JAKUBOWSKI ESQ 2 N LASALLE STE 1300 CHICAGO IL 60602 |
| ROBERT STOCKDALE | C/O NSK PENSION NSK EUROPE LTD BELMONT PLACE, BELMONT ROAD MAIDENHEAD BERKSHIRE SL6 6BT UNITED KINGDOM |
| ROBERT STOCKDALE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| ROCKVIEW TRADING, LTD | C/O ROCKVIEW MANAGEMENT LLC METRO CENTER ONE STATION PLACE STAMFORD CT 06902 |
| ROCKVIEW TRADING, LTD | JAMES MOORE DECHERT LLP 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ, PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114 |
| ROSE, WALTER E. | C/O ARI H. JAFFE KOHRMAN JACKSON & KRANTZ PLL ONE CLEVELAND CENTER, 20TH FLOOR 1375 E. 9TH STREET CLEVELAND OH 44114-1793 |
| ROSS FINANCIAL CORPORATION | C/O DART MANAGEMENT LIMITED P. O. BOX 31363, 45 MARKET STREET, SUITE 3211, ATTN: MARK VANDEVELDE, CFA, DIRECTOR CAMANA BAY GRAND CAYMAN KY1-1206 CAYMAN ISLANDS |
| ROYAL BANK OF CANADA | ATTN: EMILY JELICH, ASST. GENERAL COUNSEL 14TH FLOOR NORTH TOWER 200 BAY STREET, ROYAL BANK PLAZA RBC LAW GROUP TORONTO ON M5J 2J5 CANADA |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V. C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND N.V. | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: FINANTIA SECURITIES LIMTIED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: FINANTIA SECURITIES LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VINCI S.A. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: SJL MOORE, LTD. ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: SABMILLER PLC ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: CAISSE REGIONALE ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF SCOTLAND, PLC, THE | 10019 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ROYAL CHARTER PROPERTIES - EAST, INC. | ATTN: MARK E. LARMORE 525 EAST 68TH STREET NEW YORK NY 10021 |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ROYAL CITY OF DUBLIN HOSPITAL TRUST | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | ATTN: ELISA EA 2054, BOULEVARD ANATOLE FRANCE SAINT - DENIS CEDEX 93206 FRANCE |
| RTE RESEAU DE TRANSPORT D'ELECTRICITE | DAVID NEIER WINSTON & STRAWN LLP 200 PARK AVENUE NEW YORK NY 10166 |
| RUBY FINANCE PLC - SERIES 2003-4 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2003-4 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 154 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC - SERIES 2005-IA16 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC - SERIES 2005-IA16 | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 172 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-3 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-3 | MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-3 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2007-7 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CORPORATE TRUST LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-2 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 174 NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-2 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK |

| Claim Name | Address Information |
|---|---|
| RUBY FINANCE PLC- SERIES 2006-2 | NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 559 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUBY FINANCE PLC- SERIES 2006-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| RUST BELT HOLDINGS II, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| RUST BELT HOLDINGS II, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150 |
| RUST BELT HOLDINGS III, LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: ALICE BELISLE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| RUST BELT HOLDINGS III, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH PO BOX 8155 NEW YORK NY 10150 |
| RUT THE INTERNATIONAL BOND FUND | C/O ELLIOT COHEN RUSSELL INVESTMENTS 1301 SECOND AVENUE, 18TH FLOOR SEATTLE WA 98101 |
| SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND | ATTN: MELISSA HILL SABRE FUND MANAGEMENT LIMITED, 14 BUCKINGHAM GATE LONDON SW1E 6LB UNITED KINGDOM |
| SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ | ATTN: MELISSA HILL SABRE FUND MANAGEMENT LIMITED, 14 BUCKINGHAM GATE LONDON SW1E 6LB UNITED KINGDOM |
| SAC CAPITAL ASSOCIATES, LLC | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC CAPITAL ASSOCIATES, LLC | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SAC GLOBAL INVESTMENTS LP | ATTN: PETER NUSSBAUM 72 CUMMINGS POINT ROAD STAMFORD CT 06902 |
| SAC GLOBAL INVESTMENTS LP | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST CAPITAL INTERNATIONAL MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST EMERGING MARKETS MASTER FUND LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SACAMANO PARTNERS, L.L.C. | TRANSFEROR: BLUECREST STRATEGIC LIMITED C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SAGAMORE CLO, LTD. | C/O MAPLES FINANCE LIMITED ATTN: JOSEPH ROTONDO, INVESCO SENIOR SECURED MANAGEMENT, INC AS COLLATERAL MANAGER P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SAGAMORE CLO, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SAGAMORE CLO, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET N.W. WASHINGTON DC 20004 |
| SAINT JOSEPH'S UNIVERSITY | C/O MICHAEL J. CORDONE, ESQ. STRADLEY RONON STEVENS & YOUNG, LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | ROBERT MENDELSON, MORGAN LEWIS & BOCKIUS LLP 101 PARK AVENUE NEW YORK NY 10178 |
| SALT RIVER PIMA MARICOPA INDIAN COMMUNITY | C/O ANTHONY FARESE, TREASURER OFFICE OF THE TREASURER, SRP-MIC 10,005 EAST OSBORN ROAD SCOTTSDALE AZ 85256 |
| SALVATION ARMY, THE | A NEW YORK RELIGIOUS & CHARITABLE CORPORATION 440 WEST NYACK ROAD P.O. BOX C-435 WEST NYACK NY 10994 |
| SAMBA FINANCIAL GROUP | ATTN: GOOLAN H. LAHER PO BOX 833 RIYADH 11421 SAUDI ARABIA |
| SAMBA FINANCIAL GROUP | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAMPO BANK PLC | C/O DMLEGAL (REG: 4676) DANSKE BANK A/S ATTN: HANNE OLESEN HOLMENS KANAL 2-12 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SAMPO BANK PLC | COPENHAGEN DK-1092 DENMARK |
| SAMPO BANK PLC | EDWARD A. SMITH VENABLE LLP COUNSEL TO SAMPO BANK PLC 1270 AVENUE OF AMERICAS, 25TH FL. NEW YORK NY 10020 |
| SAMSUNG LIFE INSURANCE CO., LTD. | ATTN: PAUL H. JANG, SENIOR COUNSEL LEGAL DEPARTMENT, 26TH FLOOR 150, TAEPYUNGRO 2-GA JUNG-GU SEOUL 100-716 SOUTH KOREA |
| SAMSUNG LIFE INSURANCE CO., LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAN DIEGO COUNTY EMPLOYEE RETIREMENT SYSTEMS | C/O BEN T. CAUGHEY ICE MILLER LLP ONE AMERICAN SQUARE, SUITE 2900 INDIANAPOLIS IN 46282-0200 |
| SAN DIEGO COUNTY EMPLOYEE RETIREMENT SYSTEMS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SANKATY CREDIT OPPORTUNITIES III, L.P. | ATTN: JEFFREY B HAWKINS 200 CLARENDON STREET BOSTON MA 02116 |
| SANKATY CREDIT OPPORTUNITIES, LP | ATTN: MARK I. BANE, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SANKATY CREDIT OPPORTUNITIES, LP | ATTN: JEFFREY B. HAWKINS JOHN HANCOCK TOWER 200 CLARENDON STREET BOSTON MA 02116 |
| SANKATY CREDIT OPPORTUNITIES, LP | ATTN: ALFRED O. ROSE, ESQ. ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: MARK I. BANE, ESQ. ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: JEFFREY B. HAWKINS JOHN HANCOCK TOWER 200 CLARENDON STREET BOSTON MA 02116 |
| SANKATY SPECIAL SITUATIONS I, L.P. | ATTN: ALFRED O. ROSE, ESQ. ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199 |
| SANMINA-SCI CORPORATION | 10100 SANTA MONICA BLVD STE 1300 LOS ANGELES CA 90067-4114 |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | ON BEHALF OF FONDO SUPERSELECCION DIVIDENDO, FI ATTN: ANTONIO FAZ ESCANO & MARIA ESPERANZA MONTE CARRASCO CIUDAD GRUPO SANTANDER AVDA. DE CANTABRIA, S/N EDIFICIO PINAR 28660 BOADILLA DEL MONTE MADRID SPAIN |
| SANTANDER ASSET MANAGEMENT, S.A. S.G.I.I.C. | O'MELVENY & MYERS LLP ATTN: GERALD C BENDER, ESQ. TIMES SQUARE TOWER 7 TIMES SQUARE NEW YORK NY 10036 |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE COMPANY LIMITED SERIES 2005-1 CLASS | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 207 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02A2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 208 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-02B1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 209 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-10 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-10 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 204 |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PLC - SERIES 2006-10 | NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-3 CLASS A1 | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 213 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2006-O2B1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE EMEA 209 NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-5 | C/O BANK OF NEW YORK MELLON - LONDON BRANCH, THE ATTN: SANAJAY JOBANPUTRA - VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-5 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 223 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC - SERIES 2007-9 | C/O THE BANK OF NEW YORK MELLON - LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC - SERIES 2007-9 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 225 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PLC SERIES 2008-1 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PLC SERIES 2008-1 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2004- | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005- | ATTN: SANJAY JOBANPUTRA C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC COMPANY LIMITED SERIES 2005- | ATTN: MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005- 3C C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH GLOBAL CORPORATE TRUST ATTN: SANJAY JOBANPUTRA- VICE PRESIDENT ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2005-3B C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL COPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2006-02A2 C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH GLOBAL CORPORATE TRUST ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-4 ATTN: SANAJAY JOBANPUTRA C/O BNY CORPORATE TRUSTEE SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | SERIES 2004-12 ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL CORPORATE TRUST C/O BNY CORPORATE TRUST SERVICES LIMITED GLOBAL CORPORATE TRUST SERVICES- DEFAULT GROUP ONE CANADO SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | REED SMITH LLP ATTN:  MICHAEL J. VENDITTO, ESQ. EMEA 238 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY | ATTN: MICAHEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY – SERIES 200 | C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANJAY JOBANPUTRA, VICE PRESIDENT, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY – SERIES 200 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. CONTROL: EMEA 239 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| SAPHIR FINANCE PUBLIC LIMITED COMPANY SERIES 2005- | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SARATOGA CLO I, LTD. | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS P.O. BOX 1093 GT, QUEENSGATE HOUSE, SOUTH CHURCH STREET, GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| SARATOGA CLO I, LTD. | C/O INVESCO SENIOR SECURED MANAGEMENT, INC. ATTN: BENJAMIN GRUDER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SARATOGA CLO I, LTD. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: GREGG S. JUBIN, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20004 |
| SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD. | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE FUND II, L.P. | C/O SATELLITE ADVISORS, L.L.C. PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE FUND IV, LP | C/O SATELLITE ADVISORS, LLC PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND IX, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND V, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND VI, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND VIII, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATELLITE OVERSEAS FUND, LTD | C/O SATELLITE ASSET MANAGEMENT, LP PO BOX 5136 NEW YORK NY 10185-5136 |
| SATER, ADEL & LAYLA AL BALUSHI | HOUSE 246, ROAD 2507, BLOCK 225 BAHRAIN |
| SAUDI ARABIAN MONETARY AGENCY | PO BOX 2992 AL MAATHER ROAD RIYADH 11169 SAUDI ARABIA |
| SAUDI ARABIAN MONETARY AGENCY | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SAUDI ARABIAN MONETARY AGENCY | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SAXO BANK A/S | ATTN: THOMAS JULIAN GRAVERS PHILIP HEYMANS ALLE 14 HELLERUP 2900 DENMARK |
| SAXO BANK A/S | SIDLEY AUSTIN LLP ATTN: LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SCHRODER INTERNATIONAL SELECTION FUND ABSOLUTE RET | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INTERNATIONAL SELECTION FUND STRATEGIC CR | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER INVESTMENT MANAGEMENT COMPANY LIMITED | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/ CHRITIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCHRODER STRATEGIC BOND FUND | C/O SCHRODER INVESTMENT MANAGEMENT LIMITED ATTN: LEGAL DEPARTMENT/CHRISTIAN CANO 31 GRESHAM STREET LONDON EC2V 7QA UNITED KINGDOM |
| SCOGGIN CAPITAL MANAGEMENT, LP II | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: NICOLE KRAMER 660 MADISON AVENUE, 20TH FL. NEW YORK NY 10065 |
| SCOGGIN INTERNATIONAL FUND, LTD. | C/O SCOGGIN CAPITAL MANAGEMENT ATTN: NICOLE KRAMER 660 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10065 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SCOTIABANK (IRELAND) LIMITED | ATTN: JOHN R. M. CAMPBELL I.F.S.C. HOUSE CUSTOM HOUSE QUAY DUBLIN 1 IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | M.J.S.J. MULLER ING BANK NV LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG AMSTERDAM THE NETHERLANDS |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | JENNIFER C DEMARCO ESQ CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | JENNIFER C DEMARCO CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| SECURITY LIFE OF DENVER INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC ATTN: A. APONTE 230 PARK AVENUE NEW YORK NY 10169 |
| SERENGETI LYCAON MM LP | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MGMT LP; ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI LYCAON MM LP | TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI LYCAON MM LP | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: MP BANK HF C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP C/O SERENGETI ASSET MANAGEMENT LP ATTN: E FINEGAN; 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY, 632 BROADWAY, 12TH FL NEW YORK NY 10012 |
| SERENGETI OPPORTUNITIES PARTNERS, LP | TRANSFEROR: LONGACRE OPPORTUNITY FUND, L.P. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SERENGETI OVERSEAS MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD. ATTN: SHAKER CHOUDHURY 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012 |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | ATTN: RICHARD OLLIVER P.O. BOX 78 18 THE ESPLANADE ST HELIER JE4 8RT JERSEY CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | ATT: RICHARD OLLIVER P.O. BOX 78 18 THE ESPLANADE ST HELIER JE4 8RT JERSEY CHANNEL ISLANDS |
| SG HAMBROS BANK (CHANNEL ISLANDS) LIMITED | MAYER BROWN LLP ATT: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | THE SHELL CONTRIBUTORY PENSION FUND C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| SHELL PENSIONS TRUST LIMITED IN ITS CAPACITY AS TR | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |

| Claim Name | Address Information |
|---|---|
| SHIEH, PETER | HEAD OF TREASURY AND LOAN ADMINISTRATION HONG KONG HOUSING SOCIETY 29TH FLOOR, WORLD TRADE CENTER, 280 GLOUCESTER ROAD, CAUSEWAY BAY HONG KONG |
| SHK ASIA DYNAMIC HOLDINGS LTD. | ATTN: MR. CHRISTOPHE LEE SHK FUND MANAGEMENT LIMITED 121FL, CITIC TOWER 1 TIM MEI AVENUE CENTRAL HONG KONG |
| SID R. BASS MANAGEMENT TRUST | ATTN: WILLIAM O. REIMANN 201 MAIN STREET SUITE 3200 FORT WORTH TX 76102 |
| SID R. BASS MANAGEMENT TRUST | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SIG ENERGY, LLLP | 401 CITY AVENUE SUITE 220 BALA CYNWYD PA 19004 |
| SILVER POINT CAPITAL FUND, LP | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SILVER POINT CAPITAL OFFSHORE FUND, LTD. | C/O SILVER POINT CAPITAL, L.P. ATTN: ELISSIA GREENBERG, VICK SANDHU, KIOWA KOSCHE & PETER OLIVER TWO GREENWICH PALZA, 1ST FLOOR GREENWICH CT 06830 |
| SIMPSON MEADOWS | ANDREW B. ECKSTEIN, ESQ. BLANK ROME LLP THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI – CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNWYD PA 19004 |
| SIMPSON MEADOWS | ATTN: JAMES J. KONISZEWSKI, CFO C/O SIMPSON SENIOR SERVICES 150 MONUMENT ROAD, SUITE 105 BALA CYNMYD PA 19004 |
| SIRIUS INTERNATIONAL LIMITED | C/O AZABU INTERNATIONAL INC. SENGOKUYAMA ANNEX 215 TORANOMON MINATO-KU TOKYO 105-0001 JAPAN |
| SISTEMA UNIVERSITARIO ANA G. MENDEZ, INCORPORADO | ATTN: ADA L. SOLA-FERNANDEZ PO BOX 21345 SAN JUAN PR 00928-1345 |
| SISTERS OF CHARITY | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| SISTERS OF CHARITY | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SJL MOORE, LTD. | C/O MOORE CAPITAL MANAGEMENT, LP ATTN: JAMES DANZA, 52ND FLOOR 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | ATTN: HELENE HELLNERS S-106 40 STOCKHOLM SWEDEN |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | SIDLEY AUSTIN LLP LEE S. ATTANASIO ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SMC CREDIT OPPORTUNITIES FUND, LTD | TRANSFEROR: GOLDMAN SACHS SMC CREDIT OPPORTUNITIES 2008 FUND, L.P. ATTN: GREGORY P. HO SPRING MOUNTAIN CAPITAL, LP 65 EAST 55TH STREET, 33RD FLOOR NEW YORK NY 10022 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN ALPHA STRATEGIES MASTER LTD | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST., SUITE 301 DURHAM NC 27701 |
| SMITH BREEDEN INVESTMENT GRADE CORE BOND MASTER LT | BILL SCHWARTZ C/O SMITH BREEDEN ASSOCIATES, INC. 280 S. MANGUM ST. SUITE 301 DURHAM NC 27701 |
| SMITHKLINE BEECHAM CORPORATION | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP ATTN: MICHEAL D. DAYAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SMITHKLINE BEECHAM CORPORATION | ATTN: WILLIAM J. MOSHER, ESQ. VICE PRESIDENT AND SECRETARY ONE FRANKLIN PLAZA (FP2355) 200 N. 16TH STREET PHILADELPHIA PA 19102 |
| SMURFIT KAPPA ACQUISITIONS | F/K/A JSG ACQUISITITIONS F/K/A MDCP ACQUISITIONS I ATTN: BRENDAN GLYNN BEECH HILL CLONSKEAGH DUBLIN 4 IRELAND |
| SMURFIT KAPPA ACQUISITIONS | KIRKLAND & ELLIS LLP ATTN: SCOTT J. GORDON, CINDY CHEN DELANO, CLEMENT YEE 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| SO CAL UNITED FOOD & COMMERCIAL WORKERS | UNIONS & FOOD EMPLOYERS 6425 KATELLA AVENUE CYPRESS CA 90630 |
| SOCIETY OF AFRICAN MISSIONS (SMA) | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |

| Claim Name | Address Information |
|---|---|
| SOCIETY OF AFRICAN MISSIONS (SMA) | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SOLA LTD | C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: RYAN ROLFERT 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLA LTD | MARK SHERRILL SUTHERLAND ASBILL & RENNIN LLP 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |
| SOLAR INVESTMENT GRADE CBO I, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO I, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST-SOLAR INVESTMENT GRADE CBO I, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISERS LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | KRISTI FEINZIG SUN CAPITAL ADVISER LLC AS COLLATERAL MANAGER ONE SUN LIFE EXECUTIVE PARK SC 1311 WELLESLEY MA 02481 |
| SOLAR INVESTMENT GRADE CBO II, LTD | THE BANK OF NEW YORK TRUST COMPANY, AS TRUSTEE ATTN: GLOBAL CORPORATE TRUST – SOLAR INVESTMENT GRADE CBO II, LTD 601 TRAVIS, 16TH FLOOR HOUSTON TX 77002 |
| SOLUS CORE OPPORTUNITIES L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICE 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: SOLUS CORE OPPORTUNITIES MASTER FUND LTD C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS CORE OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: DEUTSCHE BANK AG C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: COMPLIANCE DEPT. 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: GORDON YEAGER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND L.P. | TRANSFEROR: BARCLAYS BANK PLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. ATTN: GORDON YEAGER 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022 |
| SOUTH AFRICA RESERVE BANK | (100007) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| SOUTH AFRICA RESERVE BANK | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| SOUTH AFRICAN RESERVE BANK | PO BOX 427 PRETORIA 0001 SOUTH AFRICA |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| SOUTHERN PACIFIC SECURITIES 05-1 PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| SOVEREIGN BANK | 75 STATE STREET MAI-SST-04-01 BOSTON MA 02109 |
| SOVEREIGN BANK | 75 STATE STREET, MA1-SST-04-01 BOSTON MA 02109 |
| SPARKASSE AACHEN | ATTN: MR. JOSEF BORRMANN LEGAL DEPARTMENT FREIDRICH-WILHELM-PLATZ 1-4 AACHEN 52059 GERMANY |

| Claim Name | Address Information |
|---|---|
| SPARKASSE AACHEN | RECHTSABTEILUNG ATTN: JOSEF BORRMANN FRIEDRICH-WILHELM-PLATZ 1-4 AACHEN 52062 GERMANY |
| SPARKASSE PFORZHEIM CALW | ANSTALT DES OEFFENTILCHEN RECHTS ATTN: MR. MICHAEL TRAUTHWEIN POSTSTRABE 3 PFORZHEIM DE-75172 GERMANY |
| SPCP GROUP LLC, AS AGENT FOR SILVER POINT CAPITAL | POINT CAPITAL OFFSHORE FUND, LTD AS SUCCESSOR TO ROUND TABLE GLOBAL MULTI-STRATEGY MASTER FUND, LTD ATTN: BRIAN JARMAIN TWO GREENWICH PLAZA GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: CENTRAL EUROPEAN MEDIA ENTERPRISES LTD. AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP, ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD. C/O SILVER POINT CAPITAL, LP; ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: SOLENT CREDIT OPPORTUNITIES MASTER FUND AS AGENT FOR SILVER POINT CAPITAL FUND, LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: DEPFA BANK PLC ATTN: BRIAN JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS, SILVER POINT CAPITAL LP 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: INTER-AMERICAN DEVELOPMENT BANK AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND, LTD ATTN: ADAM J. DEPANFILIS 660 STEAMBOAT ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: THE ROYAL BANK OF SCOTLAND PLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: TPG CREDIT STRATEGIES FUND, L.P. ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: ALLIANCE LAUNDRY SYSTEMS LLC ATTN: ADAM J. DEPANFILIS SILVER POINT CAPITAL, LP 660 STEAMBOAD ROAD GREENWICH CT 06830 |
| SPCP GROUP, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: ADAM DEPANFILIS 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC | ANDREWS KURTH LLP ATTN:DAVID HOYT 450 LEXINGTON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| SPCP GROUP, LLC | ALLEN AND OVERY ATTN: VICTOR WAINGORT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| SPCP GROUP, LLC | RONALD S. BEACHER, ESQ. DAY PITNEY LLP 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | DAY PITNEY LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPCP GROUP, LLC | ROPES & GRAY LLP ATTN: MARC HIRSCHFIELD, ESQ. 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SPCP GROUP, LLC | INTER-AMERICAN DEVELOPMENT BANK ATTN: SOREN ELBECH 1300 NEW YORK AVENUE WASHINGTON DC 20577 |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL | TRANSFEROR: ALPSTAR EUROPEAN CREDIT OPPORTUNITY MASTER FUND LTD SILVER POINT CAPITAL OFFSHORE FUND, LTD C/O SPCP GROUP, LLC ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830 |
| SPCP GROUP, LLC, AS AGENT FOR SILVER POINT CAPITAL | PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036 |
| SPIRE MASTER FUND LTD. | C/O TOWER RESEARCH CAPITOL LLC 377 BROADWAY, 11TH FLOOR NEW YORK NY 10013 |
| SPOKANE PUBLIC FACILITIES DISTRICT | C/O JANE PEARSON FOSTER PEPPER PLLC 1111 THIRD AVENUE, SUITE 3400 SEATTLE WA 98101-3299 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SRI FUND, L.P. | C/O SRI GENPAR, L.P. ATTN: WILLIAM O. REIMANN 201 MAIN STREET, SUITE 3200 FORT WORTH TX 76102 |
| SRI FUND, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | C/O SRM ADVISERS (LONDON) LLP ATTN: IAN BARCLAY 3 CADOGAN GATE LONDON SW1X 0AS UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | CHARLES KOSTER & RICHARD GRAHAM WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ST JOSEPHS UNIVERSITY | C/O MICHAEL J. CORDONE STRADLEY RONON STEVENS & YOUNG LLP 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| ST. JOHN OF GOD ORDER - IRISH PROVINCE | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| STACY FLIER | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STACY FLIER | AUTHORIZED SIGNATORY ON BEHALF OF ENLIGHTENMENT PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND OR 97239 |
| STACY FLIER | AUTHORIZED SIGNATORY ON BEHALF OF LONGUE VUE PARTNERS CTC CONSULTING, LLC 4380 SW MACADAM, SUITE 490 PORTLAND OR 97239 |
| STANDARD BANK PLC | TRANSFEROR: EM OPPORTUNITIES BOND FUND, INC. 20 GRESHAM STREET LONDON EC2V 7JE UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP 35 VINE STREET REF; EAM/EJA LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA ATTN: TRISTAN SOCAS 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD BANK PLC | C/O FIELD FISHER WATERHOUSE LLP REF: EAM/EJA 35 VINE STREET LONDON EC3N 2AA UNITED KINGDOM |
| STANDARD CHARTERED FIRST BANK AS TRUSTEE AND | HI ASSET MANAGEMENT CO. LTD. (FKA CJ ASSET MANAGEMENT CO, LTD) AS INVESTMENT MANAGER FOR CJ 2 STAR SD CLIQUET PRIVATE DERIVATIVES TRUST 22 11/F HI INVESTMENT SECURITIES BUILDING 25-15 YOUIDO-DONG, YOUNGDEUNGPO-GU SEOUL 150-878 SOUTH KOREA |
| STARK CRITERION MASTER FUND LTD. | ATTN: MARTHA TSUCHIHASHI C/O STARK CRITERION MANAGEMENT LLC 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STARK MASTER FUND LTD. | C/O STARK OFFSHORE MANAGEMENT, LLC ATTENTION: JUSTIN LONGLEY 3600 SOUTH LAKE DRIVE ST. FRANCIS WI 53235 |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | C/O GOLDMAN SACHS ASSEST MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| STATE BOARD OF ADMINISTRATION OF FLORIDA (103233) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| STATE OF LOUISIANA, DEPARTMENT OF TREASURY | TOBACCO SETTLEMENT FINANCING CORPORATION C/O LOUISIANA DEPARTMENT OF JUSTICE BENJAMIN A. HUXEN II, ASST ATTORNEY GENERAL P.O. BOX 94005 BATON ROUGE LA 70804-9005 |
| STATE OF OREGON | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE OF OREGON | C/O CAROLYN G. WADE DEPARTMENT OF JUSTICE 1162 COURT STREET NE SALEM OR 97301 |
| STATE STREET BANK AND TRUST COMPANY, | STEVEN LOZNER BINGHAM MCCUTCHEN LLP 399 PARK AVENUE NEW YORK NY 10022 |
| STATE STREET BANK AND TRUST COMPANY, | AS CUSTODIAN FOR THE PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI ATTN: KEVIN COURTNEY 1 LINCOLN STREET SFC 32 BOSTON MA 02111 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST, IN RESPECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STREET, STE 3206A GARDENIA COURT CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CAYMAN UNIT TRUST, IN RESPECT OF ITS SERIES TRUST, PACIFIC LIBOR ALPHA CAYMAN UNIT TRUST 45 MARKET STEET, STE 3206A GARDENIA COURT CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CAYMAN UNIT TRUST, IN REPSECT OF ITS SUB-TRUST GMT LIBOR ALPHA CAYMAN UNIT TRUST (103001) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT, 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. TTEE OF GL | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STATE UNIVERSITIES RETIREMENT SYSTEM | ATTN: DANIEL ALLEN, CHIEF INVESTMENT OFFICER 1901 FOX DRIVE CHAMPAIGN IL 61820 |
| STEVEN G. HOLDER LIVING TRUST | C/O ROBERT D. ALBERGOTTI HAYNES & BOONE LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE MEDIA P | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | C/O BLUEBAY ASSET MANAGEMENT PLC ATTN: SIMON SUTCLIFFE 77 GROSVENOR STREET LONDON W1K 3JR UNITED KINGDOM |
| STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR DE METALEK | DAVID LEMAY, ESQ. & CHRISTY RIVERA CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| STICHTING BEWAARDER ZORGFONDS UVIT | DE RUYTERKADE 6-I AMSTERDAM 1013 AA NETHERLANDS |
| STICHTING BEWAARDER ZORGFONDS UVIT | P.O. BOX 5040 ARNHEM 6802 THE NETHERLANDS |
| STICHTING BEWAARDER ZORGFONDS UVIT | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING CUSTODY ROBECO INSTITUTIONAL | C/O MOSES & SINGER LLP ATTN: ALAN KOLOD/KENT KOLBIG THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174-1299 |
| STICHTING DOW PENSIOENFONDS | HERBERT H. DOWWEG 5 HOEK 4542 NM NETHERLANDS |
| STICHTING DOW PENSIOENFONDS | ANNE MARIE P. KELLEY DILWORTH PAXSON LLP 457 HADDONFIELD ROAD SUITE 700 CHERRY HILL NJ 08002 |
| STICHTING DOW PENSIOENFONDS | KATHLEEN L. MAXWELL SR. PARALEGAL, CORPORATE & FINANCIAL LAW THE DOW CHEMICAL COMPANY 2030 DOW CENTER MIDLAND MI 48674 |
| STICHTING DOW PENSIOENFONDS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING GEMEENSCHAPPELYK BELEGGINGSFONDS FNV | NARITAWEG 10 AMSTERDAM 1043 BX NETHERLANDS |
| STICHTING PENSIOENFONDS APOTHEKERS | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| STICHTING PENSIOENFONDS APOTHEKERS | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 0210-3333 |
| STICHTING PENSIOENFONDS CAMPINA | HOUTTUINLAAN 4 3447 GM WOERDEN NETHERLANDS |
| STICHTING PENSIOENFONDS CAMPINA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 02660 |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST DZ 1100 NETHERLANDS |
| STICHTING PENSIOENFONDS CORPORATE EXPRESS | PO BOX 23456 AMSTERDAM-ZUIDOOST 1100 DZ NETHERLANDS |
| STICHTING PENSIOENFONDS DE ENCI | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| STICHTING PENSIOENFONDS DE ENCI | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| STICHTING PENSIOENFONDS GRONTMY | TAV W.J.M. BERNDSEN POSTBUS 203 AE DE BILT 3730 NETHERLANDS |

| Claim Name | Address Information |
|---|---|
| STICHTING PENSIOENFONDS SDB | PO BOX 120 BEILEN AC 9410 NETHERLANDS |
| STICHTING PENSIOENFONDS SDB | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.B. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | C/O SHELL ASSET MANAGEMENT COMPANY, B.V. ATTN: TJALLING WIERSMA P.O. BOX 575 THE HAGUE CN 2501 NETHERLANDS |
| STICHTING SHELL PENSIOENFONDS | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. ATTN: DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| STONE HARBOR INVESTMENT FUNDS PLC | C/O STONE HARBOR INVESTMENT PARTNERS LP 31 WEST 52ND STREET, 16TH FLOOR NEW YORK NY 10012 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: CLAUDIA BORG 461 5TH AVE, 14TH FLOOR NEW YORK NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: BARCLAYS BANK PLC C/O STONE LION CAPITAL PARTNERS LP; ATTN: BRIAN WOOD 461 5TH AVE, 14TH FL NEW YORK NY 10017 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: CVI GVF (LUX) MASTER S.A.E.L. C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: STONEHILL OFFSHORE PARTNERS LIMITED C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL MASTER FUND, LTD. | TRANSFEROR: RADCLIFFE SPC, LTD., ON BEHALF OF THE CLASS A SEGREGATED PORTFOLIO; C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: PAUL D. MALEK, ESQ. 885 THIRD AVE., 30TH FLOOR NEW YORK NY 10022 |
| STONEHILL OFFSHORE PARTNERS LIMITED | TRANSFEROR: STONEHILL INSTITUTIONAL PARTNERS LP C/O STONEHILL CAPITAL MANAGEMENT, LLC ATTN:  STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| STRATEGIC VALUE MASTER FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS, LLC ATTN: MARC SILEO, AMY SIM 100 WEST PUTNAM AVENUE GREENWICH CT 06380 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | JAMES E. MCKEE C/O TRICADIA CAPITAL MANAGEMENT LLC 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| STRUCTURED CREDIT OPPORTUNITIES FUND II LP | C/O MARINER INVESTMENT GROUP, LLC ATTN: JOHN KELTY 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUCCESSAL GROUP LLC | TRANSFEROR: CCP QUANTITATIVE MASTER FUND LIMITED C/O RICHARDS KIBBE & ORBE ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SUCCESSAL GROUP LLC | TRANSFEROR: BNP PARIBAS SECURITIES CORP. C/O RICHARDS KIBBE & ORBE LLP ATTN: LARRY HALPERIN ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| SUMITOMO MITSUI BANKING CORPORATION | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SUMITOMO MITSUI BANKING CORPORATION | ATTN: SCOTT DIAMOND, LEGAL 277 PARK AVENUE, 6TH FLOOR NEW YORK NY 10172-0601 |
| SUMITOMO MITSUI TRUST BANK, LIMITED | TOSHIO SAKUDO THE SUMITOMO TRUST & BANKING CO., LTD. GRAN-TOKYO SOUTH TOWER 9-2 MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-6611 JAPAN |
| SUMITOMO MITSUI TRUST BANK, LIMITED | TOSHIO SAKUDO THE SUMITOMO TRUST & BANKING CO., LTD GRAN-TOKYO, SOUTH TOWER 9-2, MARUNOUCHI 1-CHOME CHIYODA-KU TOKYO 100-6611 JAPANA |
| SUMITOMO MITSUI TRUST BANK, LIMITED | F/K/A SUMITOMO TRUST & BANKING CO., LTD., THE C/O SEWARD & KISSEL LLP ATTN: RONALD L. COHEN, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| SUMITOMO MITSUI TRUST BANK, LIMITED | MASAYA YAMASHIRO., BRUCE A. ORTWINE, ESQ. THE SUMITOMO TRUST & BANKING CO., |

| Claim Name | Address Information |
|---|---|
| SUMITOMO MITSUI TRUST BANK, LIMITED | LTD 527 MADISON AVENUE NEW YORK NY 10022 |
| SUMMIT ACADEMY | ATTN: BRIAN BEAUDRIE 30494 OLMSTEAD, BUILDING B FLAT ROCK MI 48134 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SUN LIFE ASSURANCE SOCIETY PLC | AXA IM GS LTD ATTN: NATHALIE LOIR-STEGGALL/JOSIE TUBBS LEGAL DEPARTMENT 7 NEWGATE STREET LONDON EC1A 7NX UNITED KINGDOM |
| SUN LIFE ASSURANCE SOCIETY PLC | ATTN: LEGAL DEPARTMENT 5 OLD BROAD STREET LONDON EC2N 1AD UNITED KINGDOM |
| SUNAMERICA LIFE INSURANCE COMPANY | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| SUNAMERICA LIFE INSURANCE COMPANY | LEGAL DEPARTMENT 1 SUNAMERICA CENTER, 37TH FLOOR ATTN: ALISON CHEN LOS ANGELES CA 90067 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATTN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNAMERICA LIFE INSURANCE COMPANY | 21650 OXNARD STREET, 6TH FLOOR ATN: STEWART POLAKOV SENIOR VICE PRESIDENT & CONTROLLER MAIL STOP 6-9 WOODLAND HILLS CA 91367 |
| SUNKEN LEDGE, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SUNRISE PARTNERS LIMITED PARTNERSHIP | ATTN: MICHAEL BERNER TWO AMERICAN LANE GREENWICH CT 06836-2571 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 19 NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-4 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNTRUST BANK | DAVID BLOOM, ESQ. FIRST VP AND GENERAL COUNSEL SUNTRUST BANKS, INC. 303 PEACHTREE STREET 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | SUNTRUST BANKS, INC ATTN: DAVID BLOOM, ESQ, FIRST VP AND ASSOCIATE GENERAL COUNSEL 303 PEACHTREET STREET, 36TH FLOOR ATLANTA GA 30308 |
| SUNTRUST BANK | ATTN: SHEILA JOBE 3333 PEACHTREE ROAD, NE ATLANTA FINANCIAL CENTER SOUTH TOWER, 9TH FLOOR, MAIL CODE 3716 ATLANTA GA 30326 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: MARINER LDC ATTN: SUSAN LANCASTER 767 FIFTH AVENUE, 45TH FLOOR NEW YORK NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN |

| Claim Name | Address Information |
|---|---|
| SUPER CASPIAN CAYMAN FUND LIMITED | CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CAPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P. ATTN: SUSAN LANCASTER C/O CASPIAN CAPITAL LP 500 MAMARONECK AVENUE HARRISON NY 10528 |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | ATTN: MIKE GRDOSIC, INVESTMENT MANAGER GPO BOX 2639 ADELAIDE 5001 AUSTRALIA |
| SUPERANNUATION FUNDS MANAGEMENT CORPORATION OF SOU | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| SUPERIOR ENERGY SERVICES INC | ATTN: WILLIAM B. MASTERS 1105 PETERS ROAD HARVEY LA 70058 |
| SUTTER HEALTH- EDEN ACCOUNT | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| SUTTER HEALTH- EDEN ACCOUNT | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SVMF 48, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O STRATEGIC VALUE PARTNERS LLC ATTN: MARC SILEO / AMY SIM 100 WEST PUTNAM AVE GREENWICH CT 06830 |
| SWEARENGEN PLACE, L.L.C. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O ROPES & GRAY LLP ATTN: LISA RAGOSTA PRUDENTIAL TOWER, 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | MAYER BROWN LLP ATTN: BRIAN TRUST 1675 BROADWAY NEW YORK NY 10019 |
| SWIFT MASTER AUTO RECEIVABLES TRUST | C/O ALLY FINANCIAL INC. ATTN: STEPHEN VAN DOLSEN 1185 AVENUE OF THE AMERICAS, 2ND FLOOR NEW YORK NY 10036 |
| SWISS RE FINANCIAL PRODUCTS CORPORATION | TRANSFEROR: SR GGI MASTER MA, LTD. C/O SWISS RE SERVICES LIMITED 30 ST. MARY AXE ATTN: NICHOLAS RAYMOND LONDON EC3A 8EP UNITED KINGDOM |
| SWISS REINSURANCE COMPANY LTD | ATTN:  PETER M. WYLER AND NICK RAYMOND MYTHENQUAI 50/60 ZURICH 8022 SWITZERLAND |
| SWISS REINSURANCE COMPANY LTD | CLIFFORD CHANCE US LLP ATTN:  JENNIFER C. DEMARCO, DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBLATT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | C/O CRAIG J. ALBERT REITLER KAILAS & ROSENBALTT LLC 885  3RD AVE NEW YORK NY 10022 |
| SYLVIA AGOSTINI LIVING TRUST DTD 5/12/2000 | 6365 COLLINS AVE., APT 3603 MIAMI BEACH FL 33143 |
| T ASIA L HOLDINGS, LTD. | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| T ASIA L HOLDINGS, LTD. | TRANSFEROR: TIGER ASIA FUND LP C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | ATTN: CAROL LEE TACONIC CAPITAL PARTNERS 1.5 LP C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE, 8TH FLOOR NEW YORK NY 10022 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON C/O TACONIC CAPITAL ADVISORS LP ATTN: MICHAEL ZACZYK 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND, L.P. | ATTN: CAROL F. LEE, GENERAL COUNSEL C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TACONIC OPPORTUNITY FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO. C/O TACONIC CAPITAL ADVISORS LP ATTN: TIM ANDRIKS 450 PARK AVE, 8TH FLOOR NEW YORK NY 10022 |
| TAISHIN INTERNATIONAL BANK | ADELINE JAI 12F., 118 REN-AL RD., SEC. 4, DA-AN DISTRICT TAIPEI 106 TAIWAN |
| TAISHIN INTERNATIONAL BANK | C/O MORRISON & FOERSTER LLO KAREN OSTAD 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |

| Claim Name | Address Information |
|---|---|
| TAKAMIYA CO., LTD. | 1-1 MAEDA KIGYO DANCHI YAHATAM HIGASHI-KU KITAKYUSHU-CITY FUKUOKA 805-8539 JAPAN |
| TAO L HOLDINGS, LTD. | WHITE & CASE LLP ATTN: ABRAHAM ZYLBERBERG 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| TAO L HOLDINGS, LTD. | TRANSFEROR: TIGER ASIA OVERSEAS FUND LTD. C/O TIGER ASIA MANAGEMENT LLC ATTN: PATRICK HALLIGAN 101 PARK AVENUE NEW YORK NY 10128 |
| TATE LYLE GROUP PENSION SCHEME | BY ALLIANCEBERNSTEIN L.P., AS INVESTMENT ADVISER 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9A) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9B) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTRO NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TCA EVENT INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ELIZABETH KEELEY C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TCA EVENT INVESTMENTS S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TCA EVENT INVESTMENTS S.A.R.L. | TRANSFEROR: TACONIC CAPITAL PARTNERS 1.5 L.P. C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TCA EVENT INVESTMENTS S.A.R.L. | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVENUE NEW YORK NY 10022 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: ELIZABETH KEELEY C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O TACONIC CAPITAL ADVISORS LP ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| TCA SPV I LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O TACONIC CAPITAL ADVISORS LP 450 PARK AVENUE NINTH FLOOR NEW YORK NY 10022 |
| TCA SPV I LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O TACONIC CAPITAL ADVISORS LLC ATTN: REINHOLD ADAM 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TCA SPV I LLC | DAVID KARP SCHULTE ROTH & ZABEL LLP 919 THIRD AVE. NEW YORK NY 10022 |
| TCA SPV I LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O TACONIC CAPITAL ADVISORS LLC ATTN: ALEXANDRA GRIGOS 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TCA SPV I LLC | SCHULTE ROTH & ZABEL LLP ATTN: DAVID KARP 919 THIRD AVE. NEW YORK NY 10022 |
| TEACHERS RETIREMENT SYSTEM OF LOUISIANA | C/O AUGUSTUS ASSET MANAGERS LIMITED ATTN: RICHARD CULL, LEGAL COUNSEL 12 ST. JAMES'S PLACE LONDON SW1A 1NX UNITED KINGDOM |
| TEACHERS RETIREMENT SYSTEM OF THE STATE OF ILLINOI | ATTN: TASSI MATON DIRECTOR OF INVESTMENT OPERATIONS 2815 WEST WASHINGTON STREET SPRINGFIELD IL 62702 |
| TEB PORTFOY YONETEMI AS | F/K/A FORTIS PORTFOY YONETIMI BNPP IP BELGIUM LEGAL OTC TEAM ATTN: GREET RAMAUT ACI: 1YB1A 55 RUE DU PROGRES BRUSSELS 1210 BELGIUM |
| TEB PORTFOY YONETEMI AS | DOUGLAS O. BARTNER, ESQ. & SOLOMON J. NOH ESQ SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TECOMARA N.V. | C/O HSBC SECURITIES SERVICES (BERMUDA) LIMITED, AS MANAGING DIRECTOR 6 FRONT STREET HAMILTON HM 11 BERMUDA |
| TECOMARA N.V. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TELEFONICA, S.A. | ATTN: CARLOS JIMENEZ ZATO / BELEN SOTOCA REDONDO DISTRITO C, EDIFICIO CENTRAL |

LEHMAN BROTHERS HOLDINGS INC.

| Claim Name | Address Information |
|---|---|
| TELEFONICA, S.A. | PLANTA 3 RONDA DE LA COMUNICACIONS MADRID 28050 SPAIN |
| TELSTRA SUPER PTY LTD | AS TRUSTEE OF TELSTRA SUPERANNUATION SCHEME LEVEL 8, 215 SPRING STREET MELBOURNE VIC 3000 AUSTRALIA |
| TELSTRA SUPER PTY LTD | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TEMPO VOLATILITY MASTER FUND L.P. | C/O JD CAPITAL MANAGEMENT LLC 2 GREENWICH PLAZA, 2ND FLOOR ATTN: DONALD MCCARTHY GREENWICH CT 06830 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL TENOR CAPITAL MANAGEMENT COMPANY LP 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TENOR OPPORTUNITY MASTER FUND, LTD. | ATTN: RAVI PATEL 1180 AVENUE OF THE AMERICAS, SUITE 1940 NEW YORK NY 10036 |
| TEWKSBURY INVESTMENT FUND LTD | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TEWKSBURY INVESTMENT FUND LTD | C/O STEVENS CAPITAL MANAGEMENT LP ATTN MICHAEL ALFANO 201 KING OF PRUSSIA ROAD SUITE 400 WAYNE PA 19087 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE CONTROL NO. MBS 94 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 35 B NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | REED SMITH LLP ATTN: MICHAEL J VENDITTO, ESQ 599 LEXINGTON AVE MBS 33 NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, AS TRUSTEE | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-6 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON, TRUSTEE FOR CREDITOR | STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10 ATTN: MARTIN FEIG, VICE PRESIDENT 101 BARCLAY STREET; 8 WEST NEW YORK NY 10286 |
| THE LIVERPOOL LIMITED PARTNERSHIP | TRANSFEROR: YORVIK PARTNERS LLP C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| THE MORNINGSIDE MINISTRIES FOUNDATION, INC. | ATTN: JOAN DIXON, VICE-PRESIDENT OF FINANCE 700 BABCOCK ROAD SAN ANTONIO TX 78201 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: MARATHON GLOBAL EQUITY MASTER FUND, LTD. ATTN: FRANCESCA SENA 600 WASHINGTON BLVD. STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | TRANSFEROR: CASTLE MARKET HOLDINGS LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD STAMFORD CT 06901 |
| THE ROYAL BANK OF SCOTLAND, PLC | ANDREWS KURTH LLP ATTN: DAVID HOYT 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE ROYAL BANK OF SCOTLAND, PLC | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| THE ROYAL BANK OF SCOTLAND, PLC | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| THE TARGET PORTFOLIO TRUST, | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L | ATTN: M. SADIQ PESHIMAM PRUDENTIAL INVESTMENTS 100 MULBERRY STREET NEWARK NJ 07102 |
| THE TARGET PORTFOLIO TRUST, ON BEHALF OF THE INT'L | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| THE TRUSTEES OF THE JAGUAR PENSION PLAN | BLOCK 33 SOLIHULL LONDON B92 8NW UNITED KINGDOM |
| THIRD AVENUE SPECIAL SITUATIONS MASTER FUND, L.P. | C/O SEWARD & KISSEL LLP ATTN: ARLENE R ALVES ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| THIRD AVENUE SPECIAL SITUATIONS MASTER | SARAH S. KELLEHER, ESQ. THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND, L.P. |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FUND, L.P. | C/O THIRD AVENUE MANAGEMENT LLC 622 THIRD AVENUE, 32ND FLOOR NEW YORK NY 10017 |
| THREADNEEDLE MANAGEMENT LUXEMBOURG SA ON BEHALF OF | EMERGING MARKET LOW DURATION PORTFOLIO ATTN: HEAD OF LEGAL C/O 60TH ST. MARY AXE LONDON EC3A 8JQ UNITED KINGDOM |
| TM-LB CLAIMS VEHICLE LTD | ARGONAUT HOUSE ATTN: MICHAEL COLLINS, DIRECTOR 5 PARK ROAD HAMILTON HM 09 BERMUDA |
| TM-LB CLAIMS VEHICLE LTD | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TM-LB CLAIMS VEHICLE LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| TOB CAPITAL LP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| TOB CAPITAL LP | ATTN: EDWARD SUN 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | GERALDINE PONTO GIBBONS P.C. COUNSEL TO TOBACCO SETTLEMENT FINANCING CORP ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | GIBBONS P.C. ATTN: GERALDINE PONTO, ESQ., COUNSEL TO TOBACCO SETTLEMENT FINANCING CORPORATION ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | CRED. NUMBER 1000193252 ATTN: NANCY FELDMAN 50 WEST STATE STREET 5TH FLOOR TRENTON NJ 08625 |
| TOBACCO SETTLEMENT FINANCING CORPORATION | C/O K & L GATES LLP ATTN: ROBERT N. MICHAELSON, ESQ., EUNICE RIM, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TODAKA MINING CO., LTD. | 6-7 GONOMOTO-MACHI TSUKUMI CITY OITA PREF JAPAN |
| TOKIO MARINE & NICHIDO FIRE INS. CO, LTD | ATTN: FIXED INCOME GROUP, INVESTMENT DEPARTMENT I 6-4 SANBANCHO CHIYODA-KU TOKYO 102-8014 JAPAN |
| TOLLIVER PLACE, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O ROPES & GRAY LLP ATTN: JONATHAN REISMAN PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| TOMAR TRUST | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| TOMAR TRUST | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-1 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 240 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | C/O BANK OF NEW YORK MELLON-LONDON BRANCH, THE ATTN:  SANAJAY JOBANPUTRA-VICE PRESIDENT GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| TOPAZ FINANCE LIMITED SERIES 2005-2 | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ. EMEA 241 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TORONTO-DOMINION BANK, THE | C/O PATRICK L. HAYDEN MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| TOTAL PRODUCE IRELAND PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| TOTAL PRODUCE IRELAND PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| TRANSAMERICA PIMCO REAL RETURN TIPS, | A SERIES OF TRANSAMERICA FUNDS C/O DENNIS P. GALLAGHER, VICE PRESIDENT GENERAL COUNSEL & SECRETARY 570 CARILLON PARKWAY SAINT PETERSBURG FL 33716 |
| TREMBLANT PARTNERS LP | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TREMBLANT PARTNERS LP | C/O TREMBLANT CAPITAL GROUP ATTN: LEGAL & COMPLIANCE 767 FIFTH AVENUE, FLOOR 12A NEW YORK NY 10153 |
| TREMBLANT PARTNERS LTD. | JEROME RANAWAKE AND GAVIN WOODS FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| TREMBLANT PARTNERS LTD. | C/O TREMBLANT CAPITAL GROUP ATTN: LEGAL & COMPLIANCE 767 FIFTH AVENUE, FLOOR |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TREMBLANT PARTNERS LTD. | 12A NEW YORK NY 10153 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O TRICADIA CAPITAL MANAGEMENT LLC ATTN: JAMES E. MCKEE 780 THIRD AVENUE, 29TH FLOOR NEW YORK NY 10017 |
| TRICADIA DISTRESSED AND SPECIAL SITUATIONS MASTER | C/O MARINER INVESTMENT GROUP, INC. ATTN: JOHN KELTY 500 MAMARONECK AVENUE, SUITE 101 HARRISON NY 10528 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP ATTN: JEFFREY D. SAFERSTEIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| TRILANTIC CAPITAL PARTNERS FUND III CAYMAN ROLLOVE | C/O TRILANTIC CAPITAL MANAGEMENT LLC ATTNL CHARLES AYRES 399 PARK AVENUE 15TH FLOOR NEW YORK NY 10022 |
| TRUSTEES EXECUTORS LIMITED | ATTENTION: LUIZA MORAN PO BOX 3222 WELLINGTON NEW ZEALAND |
| TRUSTEES EXECUTORS LIMITED | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF HOSPITAL AUTHORITY PROVIDENT FUND SCHE | TRUSTEE FOR HOSPITAL AUTHORITY PROVIDENT FUND SCHEME (103025) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL CHRISTCHURCH COURT 10-15 NEWGATE STREET ATTN: BENJAMIN ROBINSON LONDON EC1A 7HD UNITED KINGDOM |
| TRUSTEES OF THE 3M PENSION AND LIFE ASSURANCE SCHE | 3M CENTRE, CAIN ROAD BRACKNELL RG12 8HT UNITED KINGDOM |
| TRUSTEES OF THE JAGUAR PENSION PLAN, THE | BLOCK 33 SOLIHULL LONDON B92 8NW UNITED KINGDOM |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | HOUSE OF COMMONS 7 MILLBANK LONDON SW1A UNITED KINGDOM |
| TRUSTEES OF THE PARLIAMENTARY CONTRIBUTORY PENSION | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES OF THE ROLLS-ROYCE ANCILLARY BENEFIT PLAN | C/O MR. D N COLCLOUGH ROLLS - ROYCE PLC JUBILLE HOUSE (JH-19) PO BOX 31 DERBY DF2A885 UNITED KINGDOM |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| TRUSTEES OF THE SCOTIA GAS NETWORKS PENSION SCHEME | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE S | C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| TRUSTEES OF THE SERCO PENSION AND LIFE ASSURANCE S | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME THAMES SUGAR REFINERY FACTORY ROAD LONDON E16 2EW UNITED KINGDOM |
| TRUSTEES OF THE TATE AND | LYLE GROUP PENSION SCHEME C/O ABERDEEN ASSET MANAGERS LIMITED BOWS BELL HOUSE- ATTN: BRETT BUNTING 1 BREAD STREET LONDON EC4M 9HH UNITED KINGDOM |
| TRUSTEES OF THE TYCO UK PENSION | COMMON INEVSTMENT FUND (103066) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL 120 FLEET STREET RIVER COURT LONDON EC4A 2BE UNITED KINGDOM |
| TRUSTEES OF THE TYCO UK PENSION | DAVID AMAN, ESQ. CLEARY GOTTLIEN STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| TRUSTEES OF THE VIRIDIAN GROUP PENSION SCHEME | 120 MALONE ROAD BELFAST BT9 5HT UNITED KINGDOM |
| TRUSTEES OF THE VIVENDI UNIVERSAL PENSION SCHEME | C/O BOB FOLLEY, SENIOR CONSULTANT, TTEE GOVERNANCE SERVICES JARDINE LLOYD THOMPSON 6 CRUTCHED FRIARS LONDON EC3N 2PH UNITED KINGDOM |
| TRUSTEES OF THE VIVENDI UNIVERSAL PENSION SCHEME | KEVIN BROADWATER PACIFIC INVESTMENT MANAGEMENT COMPANY LLC 840N NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| TRUSTEES, OF THE NEI COMMON INVESTMENT FUND, THE | C/O MR D N COLCLOUGH ROLLS-ROYCE PLC JUBILEE HOUSE (JH-19) PO BOX 31 DERBY DE24 8BJ UNITED KINGDOM |
| TSO, LLC | TRANSFEROR: YORVIK PARTNERS LLP C/O ASHURST LLP ATTN: PATRICIA SEDDON 7 TIMES SQUARE, 42ND FLOOR NEW YORK NY 10036 |
| TSO, LLC | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TSS FUND LTD. | C/O TIKEHAU INVESTMENT MANAGEMENT S.A.S. ATTN: BRUNO DE PAMPELONNE 29 RUE DE MIROMESNIL PARIS 75008 FRANCE |
| TSS FUND LTD. | SIDLEY AUSTIN LLP ATTN: ALEX ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TSS FUND LTD. | SIDLEY AUSTIN LLP ATTN: LEE ATTANASIO 787 SEVENTH AVENUE NEW YORK NY 10019 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR BVI GLOBAL PORTFOLIO L.P., THE | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR FAMILY FUND II LLC | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR FAMILY FUND II LLC | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TUDOR PROPRIETARY TRADING, L.L.C. | TUDOR INVESTMENT CORPORATION, PROCESS AGENT ATTN: STEPHEN N. WALDMAN 1275 KING ST. GREENWICH CT 06831 |
| TUDOR PROPRIETARY TRADING, L.L.C. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | FORTIS BANK NV/SA ANNMERIE JUNG AND PHILIP STEEGMANS MONTAGNE DE PARC, 3 BRUSSELS BELGIUM |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | YILDIZ POSTA CAD, NO: 5434353 GAYRETTEPE TURKEY |
| TURK DIS TICARET BANKASI (AKA FORTIS BANK TURKEY) | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 1201 F. ST. N.W. SUITE 1100 WASHINGTON DC 20004 |
| TURKIYE SINAI KALKINMA BANKASI AS | ATTN: KORHAN AKLAR MECLISI MEBUSAN CAD. 81 FINDIKLI 34427 ISTANBUL TURKEY |
| TURKIYE SINAI KALKINMA BANKASI AS | CLIFFORD CHANCE 31 W 52ND STREET NEW YORK NY 10019 |
| TWO SIGMA HORIZON PORTFOLIO, LLC | C/O TWO SIGMA INVESTMENTS, LLC ATTN: MICHAEL MARINIC 379 WEST BROADWAY, 5TH FLOOR NEW YORK NY 10012 |
| TYCO ELECTRONICS CORPORATION AS SPONSOR FOR TYCO E | BENEFIT PLANS MASTER FUND JING YANG, CAPITAL PLANNING 1050 WESTLAKES DRIVE BERWYN PA 19312 |
| TYKHE FUND LTD | ATTN: MICHAEL COLLINS ARGONAUT HOUSE 5 PARK ROAD HAMILTON HM 09 BERMUDA |
| TYKHE FUND LTD | FRESHFIELDS BRUCKHAUS DERINGER US LLP ATTN: JEROME RANAWAKE & GAVIN WOODS 520 MADISON AVENUE 34TH FLOOR NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR U.S. BANK CORPORATE TRUST SERVICES ED-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: TIMOTHY PILLAR, VICE PRESIDENT US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | ATTN: PAMELA WIEDER, VP US BANK CORPORATE TRUST SERVICES, ED-MN-WS1D 60 LIVINGSTON AVENUE ST PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | BINGHAM MCCUTCHEN LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) INC. ACTING | PACE SELECT ADVISORS TRUST RE UBS PACE ALTERNATIVE STRATEGIES INVESTMENTS PORTFOLIO (103224) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURC COURT, 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| UBS GLOBAL ASSET MANAGEMENT (AMERICAS) | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA |

| Claim Name | Address Information |
|---|---|
| INC. ACTING | NEW YORK NY 10006 |
| UBS SECURITIES JAPAN CO., LTD. | TRANSFEROR: UBS SECURITIES JAPAN, LTD ATTN: KAZUYA ICHIKAWA/MARIE MIYAZAWA OTEMACHI FIRST SQUARE 5-1, OTEMACHI 1-CHOME CHIYODA-KU TOKYO 100-0004 JAPAN |
| UK CORPORATE BOND FUND - (# 4692) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK CORPORATE BOND FUND - (# 4692) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING COREPLUS FUND (#3681) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING COREPLUS FUND (#3681) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UK STERLING INVESTMENT GRADE CREDIT FUND 4690 | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING INVESTMENT GRADE CREDIT FUND 4690 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE NEWPORT BEACH CA 92660 |
| UK STERLING LONG AVERAGE DURATION FUND - 4683 | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC ATTN: TOM RICE STYNE HOUSE, UPPER HATCH STREET DUBLIN 2 IRELAND |
| UK STERLING LONG AVERAGE DURATION FUND - 4683 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UNICAJA BANCO S.A., F/K/A MONTES DE PIEDAD Y CAJA | AHORROS DE RONDA, CADIZ, ALMERIA, MALAGA, Y ANTEQUERA ATTN: PABLO GONZALEZ MARTIN & JORGER JUAN MARTA VAZQUEZ C/CABALLERO DE GRACIA, 26 PLANTA 3 MADRID 28013 SPAIN |
| UNICAJA BANCO S.A., F/K/A MONTES DE PIEDAD Y CAJA | CLIFFORD CHANCE, S.L. ATTN: MR. LUIS BELART PASEO DE LA CASTELLANA, 110 MADRID 28046 SPAIN |
| UNICAJA BANCO S.A., F/K/A MONTES DE PIEDAD Y CAJA | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNICREDIT BANK CZECH REPUBLIC, A.S. | TRANSFEROR: ANTHRACITE INVESTMENTS (CAYMAN) LIMITED ZELETAVSKA 1525/1, 140 92 PRAHA 4 - MICHLE CZECH REPUBLIC |
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FU | C/O BANK OF IRELAND ASSET MANAGEMENT ATTN: ENDA MCMAHON & KEITH WALSH 40 MESPIL ROAD DUBLIN 4 IRELAND |
| UNION OF PRESENTATION SRS (C) COMMON INVESTMENT FU | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA V. VENETO N. 8 BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | AREA AFFARI LEGALI E CONTENZIOSO PIAZZA VITTORIO VENETO, 8 BERGAMO 24121 ITALY |
| UNITED ARAB EMIRATES GENERAL PENSION AND | SOCIAL SECURITY AUTHORITY PO BOX 47000 CARREFOUR/TOYOTA GARAGE AIRPORT ROAD ABU DHABI UNITED ARAB EMIRATES |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY | ATTN: LOIS A. CLARK / BRIAN D. SULLIVAN 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNITED COMPANY, THE | LEACH TRAVELL BRITT PC ATTN: LAWRENCE A. KATZ, ESQ. 8270 GREENSBORO DRIVE, SUITE 1050 MCLEAN VA 22102 |
| UNITED COMPANY, THE | THE UNITED COMPANY 1005 GLENWAY AVENUE BRISTOL VA 24201 |
| UNIVERSAL INVESTMENTGESELLSCHAFT - | BRM-UNIVERSAL-FUNDS ERLENSTRASSE 2 FRANKFURT 60325 GERMANY |
| UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH A/C 550845 | ATTN: LEGAL AND COMPLIANCE DEPARTMENT AM HAUPTBAHNHOF 18 FRANKFURT AM MAIN 60329 GERMANY |
| UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ, GARETH OLD, ESQ. 31 |

| Claim Name | Address Information |
|---|---|
| A/C 550845 | WEST 52ND STREET NEW YORK NY 10019 |
| UNIVERSITY OF TEXAS, THE, INVESTMENT MANAGEMENT CO | ATTN: ANNA CECILIA GONZALEZ, GENERAL COUNSEL AND CCO 401 CONGRESS AVENUE, SUITE 2800 AUSTIN TX 78701 |
| UNIVERSITY OF TEXAS, THE, INVESTMENT MANAGEMENT CO | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| UPTON A LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| URUGRAIN S.A. | LEONARD A. BUDYONNY, ESQ. URUGRAIN S.A. C/O LOUIS DREYFUS CORPORATION 40 DANBURY ROAD WILTON CT 06897 |
| URUGRAIN S.A. | C/O SEWARD & KISSEL LLP ATTN: RONALD L COHEN ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| US BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| US BANK NATIONAL ASSOCIATION | TIMOTHY PILLAR, VP EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| US BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NA, AS TRUSTEE & DERIVATIVES AGENT C/O U.S. BANK GLOBAL CORPORATE TRUST SERVICES MK-IL-SL8 190 S. LASALLE STREET CHICAGO IL 60603 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BARCLAYS BANK PLC ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1570 MINNEAPOLIS MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CAPSTONE VOLATILITY MASTER (CAYMAN) LIMITED ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERRICK, GEINSTEIN LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | RUBIN, PAUL ESQ. HERICK, FEINSTEIN, LLP 2 PARK AVENUE NEW YORK NY 10016 |
| VENOCO, INC. | TERRY L. ANDERSON, ESQ. GENERAL COUNSEL 6267 CARPINTERIA AVENUE CARPINTERIA CA 93013 |
| VERIZON MASTER SAVINGS TRUST | C/O VERIZON INVESTMENT MGMT. CORP. 1 VERIZON WAY BASKING RIDGE NJ 07920 |
| VERIZON MASTER SAVINGS TRUST | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVER | (105064) C/O GOLDMAN SACHS ASSET MANAGEMENT INTERNATIONAL ATTN: BENJAMIN ROBINSON CHRISTCHURCH COURT 10-15 NEWGATE STREET LONDON EC1A 7HD UNITED KINGDOM |
| VERIZON VEBA PARTNERSHIP FUNDAMENTAL CURRENCY OVER | DAVID AMAN, ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| VERMONT PENSION INVESTMENT COMMITTEE | C/O BETH PEARCE 109 STATE STREET, 4TH FLOOR PAVILION BUILDING MONTPELIER VT 05602 |
| VGE III PORTFOLIO LTD. | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VICKERS GROUP PENSION TRUSTEES LTD. | C/O MR D N COLCLOUGH ROLLS - ROYCE PLC JUBILEE HOUSE (JH-19) PO BOX 31 DERBY DE24 8BJ UNITED KINGDOM |
| VICKERS PENSION TRUSTEES LIMITED AS TRUSTEE OF | THE VICKERS GROUP PENSION SCHEME C/O ROSS CERAMICS LIMITED DERBY ROAD DENBY DE5 8NX UNITED KINGDOM |
| VICKERS PENSION TRUSTEES LTD AS TRUSTEE OF THE | VICKER GROUP PENSION SCHEME C/O ROSS CERAMICS LTD DERBY ROAD DENBY DE5 8NX UNITED KINGDOM |
| VIKING GLOBAL EQUITIES II LP | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VIKING GLOBAL EQUITIES LP | ATTN: ERIC KOMITEE, COUNSEL 55 RAILROAD AVE. GREENWICH CT 06830 |
| VITTORIA FUND - ACQ, L.P. | C/O SEWARD & KISSEL LLP ATTN: LAURIE R. BINDER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10017 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: BUTTERFIELD TRUST (BERMUDA) LIMITED, AS TRUSTEE ON BEHALF OF HFR EM ADVANTAGE MASTER TRUST 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., C/O VONWIN CAPITAL, LLC; ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |

| Claim Name | Address Information |
|---|---|
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: GILA RIVER POWER, L.P. C/O VONWIN CAPITAL, LLC; ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: GILA RIVER POWER, L.P. C/O VONWIN CAPITAL, LLC; ATTN: ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HIGHBRIDGE ASIA OPPORTUNITIES MASTER FUND, LP C/O VONWIN CAPITAL, LLC; ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: HIGHBRIDGE CONVERTIBLE ARBITRAGE MASTER FUND LP C/O VONWIN CAPITAL, LLC; ROGER VON SPIEGEL, MANAGING DIRECTOR 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: NEXSTAR DEVELOPING OPPORTUNTIES MASTER FUND, LTD VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: NEXSTAR DEVELOPING OPPORTUNITIES MASTER FUND, LTD VONWIN CAPITAL, LLC ITS GENERAL PARTNER ATTN: ROGER VON SPIEGEL 261 FIFTH AVENUE, 22ND FLOOR NEW YORK NY 10016 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL N. GOLBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONGROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET, 21ST FLOOR ATTN: DAVID M. KERR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET; 21ST FLOOR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |
| VR GLOBAL PARTNERS,LP | ATTN: PETER CLATEMAN C/O VR ADVISORY SERVICES (USA) LLC 400 MADISON AVENUE, 15TH FLOOR NEW YORK NY 10017 |
| WALLACE, JASON J. | HOLLACE T. COHEN, ESQ. TROUTMAN SANDERS, LLP 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | TROUTMAN SANDERS, LLP ATTN: HOLLACE T. COHEN, ESQ. 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| WALLACE, JASON J. | 400 DOHENY ROAD BEVERLY HILLS CA 90210 |
| WALT DISNEY CO. MASTER RETIREMENT PLAN, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1982 385 E. COLORADO BLVD. PASADENA CA 91101 |
| WALT DISNEY CO. MASTER RETIREMENT PLAN, THE | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1982 385 E. COLORADO BLVD PASADENA CA 91101 |
| WALT DISNEY COMPANY, THE | DEWEY & LEBOEUF LLP ATTN: IRENA M. GOLDSTEIN 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | ATTN: IRENA GOLDSTEIN DEWEY & LEBOEUF LLP 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND 77 WEST 66TH ST 15TH FLOOR NEW YORK NY 10023 |
| WALT DISNEY COMPANY, THE | ATTN: ALEC M. LIPKIND, VICE PRESIDENT, COUNSEL 77 WEST 66TH STREET, 15 FLOOR NEW YORK NY 10023 |
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORPORATION 40 WEST 57TH STREET NEW YORK NY 10019 |
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| WARWICKSHIRE HOLDINGS LLC | TRANSFEROR: UBS AG, STAMFORD BRANCH C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019-4001 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | ROBERT MENDELSON, MORGAN, LEWIS * BOCKIUS LLP 101 PARK AVE NEW YORK NY 10178 |
| WASHINGTON STATE PLUMBING AND PIPEFITTING | INDUSTRY PENSION PLAN C/O JERI TRICE, ZENITH AMINISTRATORS 201 QUEEN ANNE AVENUE NORTH, SUITE 100 SEATTLE WA 98109-4896 |
| WASHINGTON STATE TOBACCO SETTLEMENT AUTHORITY | C/O K&L GATES LLP ATTN: MARC L. BARRECA, ESQ 925 FOURTH AVENUE, SUITE 2900 SEATTLE WA 98104 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | SIDLEY AUSTIN LLP ATTN; LEE S. ATTANASIO, ALEX R. ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WATERSTONE MARKET NEUTRAL MASTER FUND, LTD. | C/O WATERSTONE CAPITAL MANAGEMENT, L.P. 2 CARLSON PARKWAY, SUITE 260 ATTN: KURT PETERSON PLYMOUTH MN 55447 |
| WELLMONT HEALTH SYSTEM | C/O TRUMAN ESMOND, CFO 1905 AMERICAN WAY KINGSPORT TN 37660 |
| WELLS FARGO & COMPANY | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO & COMPANY | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP ATTN:  MICHAEL M. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 ATTN: MARY SOHLBERG MAC N9311- 161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS INDENTURE TRUSTEE C/O MINTZ LEVIN ATTN: DANIEL S. BLECK, ESQ ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS SUCCESSOR BY MERGER WITH WACHOVIA BANK, N.A. ATTN: TOM CAMBERN, EXECUTIVE V.P. 301 SOUTH COLLEGE STREET, 15TH FLOOR CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS TRUSTEE FOR THE SUPPLEMENTAL INTEREST TRUST FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2008-1 ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL, LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTU | C/O MINTZ LEVIN ATTN: DANIEL S. BLECK ONE FINANCIAL CENTER BOSTON MA 02111 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH |

| Claim Name | Address Information |
|---|---|
| NOT INDIVI | SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE FOR THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST, SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO SECURITIES INTERNATIONAL | (F/K/A WACHOVIA SECURITIES INTERNATIONAL LIMITED) 1 PLANTATION PLACE 30 FENCHURCH STREET LONDON EC3M 3BD UNITED KINGDOM |
| WELLS FARGO SECURITIES INTERNATIONAL | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO SECURITIES INTERNATIONAL | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D 1053-300 CHARLOTTE NC 28288 |
| WESTERNBANK PUERTO RICO | C/O WILLIAM M SILVERMAN & PETER FELDMAN OTTERBOURG STEINDLER HOUSTON & ROSEN 230 PARK AVENUE NEW YORK NY 10169 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT, 51 FLOOR 7 WORLD TRADE CENTER 250 GREENWICH AVENUE NEW YORK NY 10007 |
| WESTLB AG | 250 GREENWICH ST FL 50 NEW YORK NY 10007-2111 |
| WESTLB AG | ATTN: LEGAL DEPARTMENT 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | WEST LB AG, NEW YORK BRANCH 250 GREENWICH ST NEW YORK NY 10007-2140 |
| WESTLB AG | MARC C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT 1201 F. STREET, N.W. WASHINGTON DC 20004 |
| WESTLB AG | CADWALADER, WICKERSHAM & TAFT ATTN: MARC. C. ELLENBERG, ESQ. 1201 F. STREET, N.W. WASHINGTON DC 20004 |
| WESTPAC BANKING CORPORATION | ATTN: CHIEF OPERATING OFFICER 575 FIFTH AVENUE, 39TH FLOOR NEW YORK NY 10017 |
| WESTPAC BANKING CORPORATION | CHARLES BERRY ARNOLD & PORTER LLP 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WESTPAC BANKING CORPORATION | ARNOLD & PORTER LLP ATTN: CHARLES G. BERRY 399 PARK AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | BEREICH RECHT/ LEGAL DEPARTMENT ATTN: CHRISTIANE SCHMITZ LUDWIG- ERHARD- ALLEE 20 DUSSELDORF D- 40227 GERMANY |
| WGZ BANK AG, WESTDEUTSCHE GENOSSENSCHAFTS-ZENTRALB | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | VEHICLE NO. 66 OY) BOX 52 HELSINKI 00101 FINLAND |
| WH2005/NIAM III EAST HOLDING OY (FORMERLY KNOWN AS | ATTENTION: SETH GROSSHANDLER, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WHITE MARLIN CDO 2007-1 LIMITED | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| WHITE MARLIN CDO 2007-1 LIMITED | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| WHITECREST PARTNERS, L.P. | BINGHAM MCCUTCHEN LLP ATTN: CHRISTINE AYOTTE-BRENNAN ONE FEDERAL STREET BOSTON MA 02110 |
| WHITECREST PARTNERS, L.P. | C/O ABRAMS CAPITAL, LLC ATTN: BILL WALL 222 BERKELEY STREET, 22ND FLOOR BOSTON MA 02116 |
| WILLIAM AND FLORA HEWLETT FOUNDATION, THE | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WILLIAM AND FLORA HEWLETT FOUNDATION, THE | 2121 SAND HILL RD. MENLO PARK CA 94061 |
| WILLIAMS GAS MARKETING INC. | ATTN: RANDALL O'NEAL, MANAGER LOSS RECOVERY DEPT. ONE WILLIAMS CENTER MD # 50-4 TULSA OK 74102 |
| WILMAR TRADING PTE. LTD. | BAKER & MCKENZIE, WONG & LEOW ATTN: LEE KIAT SENG MILLENIA TOWER, #27-01 1 TEMASEK AVENUE 039192 SINGAPORE |
| WILMAR TRADING PTE. LTD. | ATTENTION: COLIN TAN 56 NEIL ROAD 088830 SINGAPORE |

| Claim Name | Address Information |
| --- | --- |
| WILMAR TRADING PTE. LTD. | BAKER & MCKENZIE LLP ATTN: LAWRENCE P. VONCKX 130 EAST RANDOLPH DRIVE, SUITE 3600 CHICAGO IL 60601 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE | TRANSFEROR: ORE HILL HUB FUND LTD. 452 5TH AVE FL 25 NEW YORK NY 10018-2777 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC-WILSHIRE | TRANSFEROR: BARCLAYS BANK PLC 452 5TH AVE FL 25 NEW YORK NY 10018-2777 |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| WINCENT INVESTMENT LIMITED | ATTN: MR. TIMON LIU C/O P.O. BOX 210, 1ST FLOOR, NO.1 THE MEWS, ANN STREET, ST. HELIER, JERSEY, CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| WINCENT INVESTMENT LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| WINCHESTER MEDICAL CENTER, INC. | C/O KEVIN DOWNES MCGUIREWOODS LLP 1345 AVE. OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| WINDERMERE PRIVATE PLACEMENT I S.A. | TMF MANAGEMENT LUXEMBOURG S.A. PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | ATTN: FREDERIC LAHAYE PO BOX 8 GRAND DUCHY OF LUXEMBOURG L-2010 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | C/O TMF MANAGEMENT LUXEMBOURG S.A. ATTN: ERIK VAN OS & AUDREY POTIER 1 ALLEE SCHEFFER LUXEMBOURG L-2520 LUXEMBOURG |
| WINDERMERE PRIVATE PLACEMENT I S.A. | BERWIN LEIGHTON PAISNER LLP ATTN: TAMARA BOX ADELAIDE HOUSE LONDON BRIDGE LONDON EC4R 9HA UNITED KINGDOM |
| WINDERMERE PRIVATE PLACEMENT I S.A. | JULIANA OLIVEIRA, JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WINNITEX INVESTMENT COMPANY LIMITED | WINNITEX INVESTMENT COMPANY LIMITED UNITS 1-5, 36TH FLOOR CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |
| WINNITEX INVESTMENT COMPANY LIMITED | ATTN: BRIAN CHAN, CHIEF FINANCIAL OFFICER UNITS 1-5, 36TH FLOOR CABLE TV TOWER 9 HOI SHING ROAD TSUEN WAN, N.T. HONG KONG |
| WOLTERS KLUWER N.V. | ATTN: MR. FOLKERT VAN BREUGEL, LEGAL COUNSEL ZUIDPOOLSINGEL 2 P.O. BOX 1030 2400 BA ALPHEN A/D RIJN NETHERLANDS |
| WOLVERINE FLAGSHIP FUND TRADING LIMITED | ATTN: KEN NADEL 175 W. JACKSON BLVD, SUITE 200 CHICAGO IL 60604 |
| WOO HAY TONG INVESTMENT LTD. | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y ODZ UNITED KINGDOM |
| WOO HAY TONG INVESTMENT LTD. | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| WOORI 2 STAR DERIVATIVES FUND KH-3 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 SOUTH KOREA |
| WOORI 2 STAR DERIVATIVES FUND KW-8 | MR. SANGWOO PARK/WOORI ASSET MANAGEMENT 23-8 YOIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-876 SOUTH KOREA |
| WORKCOVER CORPORATION OF SOUTH AUSTRALIA | ATTN: ALISTAIR MACKAY 100 WAYMOUTH STREET ADEBAIDE 5000 AUSTRALIA |
| WORKCOVER CORPORATION OF SOUTH AUSTRALIA | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVIN BROADWATER 840 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| WUESTENROT HYPOTHEKENBANK AKTIENGESELLSCHAFT PFANDB | HOHENZOLLERNSTR. 46 LUDWIGSBURG 71638 GERMANY |
| WUESTENROT HYPOTHEKENBANK AKTIENGESELLSCHAFT PFANDB | WUESTENROT HYPOTHEKEN BANK AG HOHENZOLLERNSTR 46 LUDWIGSBURG 71638 GERMANY |
| XEROX (IRELAND) LIMITED PENSION SCHEME | C/O BANK OF IRELAND ASSET MANAGEMENT 40 MESPIL ROAD DUBLIN 4 IRELAND |
| XEROX (IRELAND) LIMITED PENSION SCHEME | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO / DAVID A. SULLIVAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| XEROX PENSIONS LTD (FOR XEROX PENSION SCHEME) | ATTN: RON HITCHINS 20-24 TEMPLE END HIGH WYCOMBE BUCKINGHAMSHIRE HP13 5DR UNITED KINGDOM |
| YB INSTITUTIONAL LIMITED PARTNERSHIP | C/O THE BAUPOST GROUP LLC ATTN:SCOTT STONE 10 ST. JAMES STREET, SUITE 2000 BOSTON MA 02116 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| YIELD STRATEGIES FUND I L.P. | 2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929 |
| YIELD STRATEGIES FUND II, L.P. | 2029 CENTURY PARK E STE 2010 2049 CENTURY PARK EAST, SUITE 330 LOS ANGELES CA 90067-2929 |
| YORK ASIAN OPPORTUNITIES MASTER FUND, LP | C/O YORK CAPITAL MANAGEMENT ATTN: JOHN FOSINA 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, LP | C/O YORK CAPITAL MANAGEMENT ATTN: JOHN FOSINA 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK CAPITAL MANAGEMENT, LP | TRANSFEROR: AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED ATTN: LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING ATTN: LAURN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC C/O YORK CAPITAL MGT; ATTN:LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BARCLAYS BANK PLC C/O YORK CAPITAL MANAGEMENT ATTN: MARGARET MAURO 767 5TH AVE., 17TH FL NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O YORK CAPITAL MANAGEMENT/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O YORK CAPITAL MANAGEMENT; ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O YORK CAPITAL MANAGEMENT / LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK GLOBAL VALUE PARTNERS, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN: JOHN FOSINA 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK HOSPITAL PA | ATTN: SENIOR VP FINANCE/CFO 45 MONUMENT ROAD, SUITE 200 YORK PA 17403 |
| YORK HOSPITAL PA | 45 MONUMENT RD STE 200 YORK PA 17403 |
| YORK INVESTMENT LIMITED | C/O YORK CAPITAL MANAGEMENT ATTN: JOHN FOSINA 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT UNIT TRUST | C/O YORK CAPITAL MANAGEMENT ATTN: ADAM SEMLER 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YORK SELECT, L.P. | C/O YORK CAPITAL MANAGEMENT ATTN:JOHN FOSINA 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| YPSO FRANCE SAS | ATTN: JULIEN ELMALEH 10, RUE ALBERT EINSTEIN - CHAMPS-SUR-MARNE 77437 MARNE LA VALLEE CEDEX 2 FRANCE |
| YPSO FRANCE SAS | RICHARD PERKS AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| YUGEN KAISHA CHISEN | TRANSFEROR: NOMURA SECURITIES CO. LTD. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO JAPAN |
| YUGEN KAISHA CHISEN | TRANSFEROR: CVI GVF LUXEMBOURG TWELVE S.A.R.L. FUJI BUILDING 10F 3-2-3, MARUNOUCHI CHIYODA-KU TOKYO JAPAN |
| ZACISDAMAN, L.L.C. | ATTN: MARC HAUSER TWO NORTH RIVERSIDE PLAZA SUITE 600 CHICAGO IL 60606 |
| ZAIS OPPORTUNITY MASTER FUND, LTD. | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE ATTN: PAGET DARE BRYAN AND ALEX CHEUNG 28/F, JARDINE HOUSE ONE CONNAUGHT PLACE, CENTRAL HONG KONG |
| ZAMA INTERNATIONAL LIMITED | ATTN: MR. TIMON LIU C/O PO BOX 210, 1ST FLOOR, NO. 1 THE MEWS ANN STREET, ST. HELIER, JERSEY CHANNEL ISLANDS JE4 8SY UNITED KINGDOM |
| ZAMA INTERNATIONAL LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER DEMARCO AND DAVID SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ZEPHYR RECOVERY 2004-1 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-1 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-1 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-2 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-2 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY 2004-3 LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY 2004-3 LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-A LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETHAN SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-A LP | ZAIS GROUP, LLC ATTN: RUSSELL PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-A LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-B LP | DEUTSCHE BANK (CAYMAN), LTD ELIZABETH SQUARE PO BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-B LP | ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-B LP | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L. SHEARER, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O DEUTSCHE BANK (CAYMAN), LTD. ELIZABETHAN SQUARE P.O. BOX 1984 GT GRAND CAYMAN CAYMAN ISLANDS |
| ZEPHYR RECOVERY II-C | ZEPHYR RECOVERY II-C LP C/O ZAIS GROUP, LLC ATTN: RUSSELL C. PRINCE 2 BRIDGE AVENUE, SUITE 322 RED BANK NJ 07701 |
| ZEPHYR RECOVERY II-C | C/O SEWARD & KISSEL LLP ATTN: JUSTIN L SHEARER, ESQ ONE BATTERY PARK PLAZA NEW YORK NY 10004-1485 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE A | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ZIRCON FINANCE LIMITED SERIES 2007-1 TRANCHE B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: SANAJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON- LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-17 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: SANAJAY JOBANPUTRA- VICE PRESIDENT, GLOBAL C/O THE BANK OF NEW YORK MELLON -LONDON BRANCH CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-3 | ATTN: MICHAEL J. VENDITTO, ESQ. REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9A | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| ZIRCON FINANCE LIMITED SERIES 2007-9B | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ZURCHER KANTONALBANK | ATTN: ESTHER KUONI & ROGER BACHMANN BAHNHOFSTRASSE 9 ZURICH CH-8001 SWITZERLAND |
| ZURCHER KANTONALBANK | MICHAEL J. CANNING & ANTHONY BOCCANFUSO ARNOLD & PORTER LLP 399 PARK AVE 34TH FLOOR NEW YORK NY 10022 |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJESSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLANN 1161 AMSTERDAM 1077 NETHERLANDS |
| ZWINGER OPCO 6BV | C/O WHITEHALL MANAGEMENT SERVICES BV ATTN: GERARD MEIJSSEN, MANAGING DIRECTOR D-TOWER 11TH FLOOR STRAWINSKYLAAN 1161 AMSTERDAM 1077 XX NETHERLANDS |
| ZWINGER OPCO 6BV | CLEARLY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| ZWINGER OPCO 6BV | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: SETH GROSSHANDLER, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

**Total Creditor count  3687**

**MTN _ (D.I. 37670) ADV CASE 544 5-31-13**

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.
ATTN: ERIC P. HEICHEL
COUNSEL TO: CEDE & CO AS NOMINEE FOR THE
DEPOSITORY TRUST COMPANY
805 THIRD AVENUE, 10TH FLOOR
NEW YORK,  NY  10022

**MTN _ (D.I. 37670) ADV CASE 545  5-31-13**

SEWARD KISSEL LLP
COUNSEL TO: BERYL FINANCE LTD.
ATTN: DALE C. CHRISTENSEN, JR.
ONE BATTER PARK PLAZA
NEW YORK, NY 10004

**MTN _ (D.I. 37670) ADV CASE 547 5-31-13**

MORRISON & FOERSTER LLP
ATTN: BRETT H. MILLER, STACY L. MOLISON
COUNSEL TO: FARGLORY LIFE INSURANCE CO, LTD.
1290 AVENUE OF THE AMERICAS
NEW YORK,  NEW YORK 10104

**MTN _ (D.I. 37670) ADV CASE 547  5-31-13**

TORYS LLP
ATTN: ALISON D. BAUER, ESQ.
CHRISTOPHER M. CAPARELLI , ESQ.
COUNSEL TO:  INTEGRA CANADIAN FIXED INCOME PLUS FUND
1114 AVENUE OF THE AMERICAS, 23RD FLOOR
NEW YORK, NEW YORK 10036

**MTN _ (D.I. 37670) ADV CASE 547 5-31-13**

LOWENSTEIN SANDLER
ATTN: JEFFREY D. PROLL, ESQ., JEFFREY A. KRAMER, ESQ.
COUNSEL TO: BANK SIOPAC F/K/A INTERNATIONAL BANK OF
TAIPEI
65 LIVINGSTON AVENUE
ROSELAND,  NJ 07068