# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>   Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P. of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nomura Corporate Funding Americas, LLC | Pinebank Catalyst Master Fund, Ltd. (f/k/a Brownstone Partners Catalyst Master Fund, Ltd.) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Nomura Corporate Funding Americas, LLC
c/o Nomura Americas
2 World Financial Center
Building 2, Floor 21
New York, NY 10281
Attn:   Rehana Wijenayake
Phone:  212-667-1510
E-mail: rehana.wijenayake@nomura.com

Court Claim # (if known): 66562

Amount of Claim Transferred: $603,924.97

Date Claim Filed:  April 23, 2010

Last Four Digits of Acct. #: _____     Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

NOMURA CORPORATE FUNDING AMERICAS, LLC

By: _____        Date: June 3, 2013
    Transferee/Transferee's Agent
    **Sandor Hau**
    **Managing Director**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

536-174/COURT/3678006.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>   Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 66562 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on          .

| Pinebank Catalyst Master Fund, Ltd. (f/k/a Brownstone Partners Catalyst Master Fund, Ltd.)<br><br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br><br>Pinebank Catalyst Master Fund, Ltd.<br>100 Park Avenue<br>32nd Floor<br>New York, NY 10017<br>Attn:    David Zornitsky<br>Phone:  212-351-3334<br>Fax:    212-351-3351<br>Email:  bankdebt@pinebankasset.com | Nomura Corporate Funding Americas, LLC<br><br>Name of Transferee<br><br>Address of Transferee:<br><br>Nomura Corporate Funding Americas, LLC<br>c/o Nomura Americas<br>2 World Financial Center<br>Building 2, Floor 21<br>New York, NY 10281<br>Attn:    Rehana Wijenayake<br>Phone:  212-667-1510<br>E-mail:  rehana.wijenayake@nomura.com |
|---|---|

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                                    CLERK OF THE COURT

## EXHIBIT 1-B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, **Pinebank Catalyst Master Fund, Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Corporate Funding Americas, LLC** ("Buyer") all rights, title and interest in and to the claim of Seller referenced as proof of claim number 66562, in the amount of $603,924.97 (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc. Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated the 30th day of May, 2013.

SELLER:

**PINEBANK CATALYST MASTER FUND, LTD.**

BY: _____
Name: David Zbrudsky
Title: CFO, Pinebank Asset Mgt. LP

BUYER:

**NOMURA CORPORATE FUNDING AMERICAS, LLC**

By: _____
Name: Jose Galvan
Title: Executive Director

12

536-174/AGR/3674245.4