UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (JMP)
                                                                  :    (Jointly Administered)
                          Debtors.                                :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 36119, 36941,
                                                                       37043, 37401, 37575, 37577, 37578,
                                                                       37596, 37598, 37601, 37605, 37606,
                                                                       37608, 37609

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 31, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    /s/ Lauren Rodriguez
                                                    Lauren Rodriguez

Sworn to before me this
4th day of June, 2013
/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36119, 36941, 37043...37606, 37608, 37609_AFF_5-31-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
    To:  CREDIT SUISSE
         ATTN: ALLEN GAGE
         1 MADISON AVENUE
         NEW YORK NY 10010
```

Please note that your claim # 5055829-82 in the above referenced case and in the amount of
         $0.00   Unliquidated     has been transferred **(unless previously expunged by court order)**

```
         CREDIT SUISSE
         TRANSFEROR: CREDIT SUISSE
         ATTN: ALLEN GAGE
         1 MADISON AVENUE
         NEW YORK NY 10010
```

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

```
                      UNITED STATES BANKRUPTCY COURT
                      Southern District of New York
                      One Bowling Green
                      New York, NY 10004-1408
```

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 99999    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/31/2013                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 31, 2013.

# EXHIBIT B

```
TIME: 10:20:33                                    LEHMAN BROTHERS HOLDING INC.                                         PAGE:   1
DATE: 05/31/13                                          CREDITOR LISTING

Name                                              Address
CASTLERIGG MASTER INVESTMENTS LTD.                TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH, INC C/O SANDELL ASSET MANAGEMENT CORP. 40 WEST 57TH ST. NEW YORK NY 10019
CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.         TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CENTERBRIDGE CREDIT PARTNERS, L.P.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC ATTN: LAUREN GRAINER 375 PARK AVENUE, 12TH FLOOR NEW YORK NY 10152-0002
CORBIN OPPORTUNITY FUND, L.P.                     TRANSFEROR: RBS SECURITIES INC. C/O CORBIN CAPITAL PARTNERS, L.P. 590 MADISON AVENUE, 31ST FLOOR NEW YORK NY 10022
CREDIT SUISSE                                     TRANSFEROR: ATTN: ALLEN GAGE 1 MADISON AVENUE NEW YORK NY 10010
CREDIT SUISSE                                     TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG LONDON BRANCH                    TRANSFEROR: PIMCO TOTAL RETURN TRUST - (#6034) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. ATTN: JEFFREY OLINSKY 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH                   TRANSFEROR: PIMCO TOTAL RETURN TRUST - (#6034) C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATTHEW WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: YORVIK PARTNERS LLP ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
MERRILL LYNCH INTERNATIONAL                       CADWALADER, WICKERSHAM & TAFT LLP ATTN: JILL KAYLOR ONE WORLD FINANCAL CENTER NEW YORK NY 10281
MERRILL LYNCH INTERNATIONAL                       MERRILL LYNCH, DUBLIN BLOCK D, CENTRAL PARK, LEOPARDSTOWN ATTEN: DAVE PURDOM/ JOHN PRINCE DUBLIN 18 IRELAND
MERRILL LYNCH INTERNATIONAL                       MERRILL LYNCH FINANCIAL CENTRE ATTN: ANNIKA WESTLING 2 KING EDWARD STREET LONDON EC1A 1HQ UNITED KINGDOM
MERRILL LYNCH, PIERCE, FENNER & SMITH, INC        BANK OF AMERICA MERRILL LYNCH ONE BRYAN PARK, 3 FLOOR ATTN: FREDERICK MORRIS NEW YORK NY 10036
PIMCO TOTAL RETURN TRUST - (#6034)                TRANSFEROR: MERRILL LYNCH INTERNATIONAL ATTN: GREGORY W. PONDER 214 N TYRON STREET NC1-027-14-01 CHARLOTTE NC 28255
QPTF LLC                                          PIMCO COLLECTIVE INVESTMENT TRUST P.O. BOX 52129 PHOENIX AZ 85072
QUANTUM PARTNERS LP                               TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE NEW YORK NY 10106
QUANTUM PARTNERS LP                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTENTION: SUZANNE AUERBACH - COMPLIANCE DEPT. 888 SEVENTH AVENUE NEW YORK NY 10106
RBS SECURITIES INC.                               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVE NEW YORK NY 10106
SERENGETI LYCAON MM L.P.                          TRANSFEROR: ATLANTIC INTERNATIONAL FINANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BLVD. STAMFORD CT 06901
                                                  TRANSFEROR: GOLDMAN SACHS & CO. SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR NEW YORK NY 10012
YORVIK PARTNERS LLP                               TRANSFEROR: YORVIK CAPITAL LTD 11 IRONMONGER LANE LONDON EC2V 8EY UNITED KINGDOM


Total Number of Records Printed                   27
```

EPIQ BANKRUPTCY SOLUTIONS, LLC