[Lehman Brothers]

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY



TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to LOMBARD ODIER & CIE, Geneva ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 2 1 FEV. 2013

Date: MAY 24, 2013

**Transferor**

**Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.

LOMBARD ODIER & CIE

Quai Général –Guisan 2 / P.O. Box 3580

Rue de la Corraterie 11

CH- 1211 Geneva 3

CH – 1204 Geneva

Lombard Odier & Cie
by proxy:

Signature : Giorgio Gagliani
Associate Director

Signature :
José Filella
Vice President

Signature :
D. GRILLON

Signature :
Franck Guidemann
Assistant Vice President

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0327728464 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | EUR 300'000.- |

**27.05.13**  **003.80**
CH-1200
Genève 11
PRIORITY
Stand 2
750229
LA POSTE

Lehman Brothers Holdings Claims Processing

c/o Epiq Bankruptcy Solutions, LLC

FDR station, PO Box 5076

NEW-YORK, NY ~~10150~~ - 5076

FILED / RECEIVED
MAY 31 2013

1015035076