United States Bankruptcy Court
Southern District of New York

In re: Lehman Brothers Holdings Inc           Case No.    08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ADK Soho Fund | Yorvik Partners LLP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
155 Wooster Street
New York, NY 20012
United States

e-mail: micah@adkcapital.com

Tel :   +1 212 230 4536

Court Claim # (if known): 59233

Amount of Claim: 0.6290544525% (EUR 32,000 of EUR 5,087,000) of amount filed under ISIN XS0248142894) under claim number 59233. (As per attached claim form)

Date Claim Filed: 28 October 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 6/5/13
    Transferor/Transferor's Agent

By: _____    Date: June 5, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.