B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.,</u>    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)
Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Strategic Value Master Fund, Ltd.</u>        <u>Deutsche Bank AG, London Branch</u>
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>58233</u>
should be sent:
                            Amount of Claim Transferred: <u>$1,156,470.81</u>
Attn: Ben Edwards/Stephen Scanapieco
Strategic Value Partners, LLC            Date Claim Filed: <u>October 30, 2009</u>
100 West Putnam Avenue
Greenwich, CT 06830                Debtor: <u>Lehman Brothers Holdings Inc.</u>
Fax: 203-618-3502
Email: legal@svpglobal.com

Phone: <u>(203)618-3560/3574</u>            Phone: _____
Last Four Digits of Acct #: _____    Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

788343v.1 9999/00999

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

STRATEGIC VALUE MASTER FUND, LTD.
By: Strategic Value Master Fund, LLC
Its Investment Manager

By: _____    Date: June 5, 2013
    Lewis Schwartz
    Chief Financial Officer
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

788343v.1 9999/00999

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 58233

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Strategic Value Master Fund, Ltd.**
Attn: Marc Sileo / Amy Sim / Ben Edwards
Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830
Phone: (203) 618-3574 / 3589 / 3560
Fax: (203) 618-3502
Email: legal@svpglobal.com

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 58233, solely to the extent of **$1,156,470.81** (the "Assigned Claim") out of the aggregate $920,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   May 29  , 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
   Name:
   Title:

By: _____
   Name:
   Title:

**Strategic Value Master Fund, Ltd.**
By: Strategic Value Partners, LLC
Its Investment Manager

By: _____
   Name:
   Title:

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 58233

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Strategic Value Master Fund, Ltd.**
Attn: Marc Sileo / Amy Sim / Ben Edwards
Strategic Value Partners, LLC
100 West Putnam Avenue
Greenwich, CT 06830
Phone: (203) 618-3574 / 3589 / 3560
Fax: (203) 618-3502
Email: legal@svpglobal.com

its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 58233, solely to the extent of **$1,156,470.81** (the "Assigned Claim") out of the aggregate $920,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ___May 29___, 2013.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____        By: _____
    Name:                                      Name:
    Title:                                     Title:

**Strategic Value Master Fund, Ltd.**
By: Strategic Value Partners, LLC
Its Investment Manager

By: _____
    Name: Lewis Schwartz
    Title: Chief Financial Officer