Klein, DeNatale, Goldner,
  Cooper, Rosenlieb & Kimball, LLP
T. Scott Belden, Esq. (CA Bar No. 184387)
Lisa Holder, Esq. (CA Bar No. 217752)
Attorneys for Superior Pipelines, Inc.
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | (Chapter 11) |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS**

SUPERIOR PIPELINES, INC., a California corporation ("Superior"), hereby requests that its counsel be removed from the Court's and all parties mailing and electronic service lists.

Dated: June 4, 2013
Bakersfield, California

Respectfully Submitted,

/s/ T. Scott Belden
T. SCOTT BELDEN (CA Bar No. 184387)
Admitted *Pro hac vice*
Klein, DeNatale, Goldner,
  Cooper, Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Facsimile: (661) 326-0418
Email: SBelden@KleinLaw.com

Attorneys for Superior Pipelines, Inc.

30Q496002.DOC

1

## **PROOF OF SERVICE**

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action; my business address is 4550 California Avenue, Bakersfield, California 93309.

On **June 5**, 2013, I served the foregoing document described as follows:

**REQUEST FOR REMOVAL FROM MAILING AND ELECTRONIC SERVICE LISTS**

[X] by placing true copies thereof addressed as follows:

[ ] by placing the original addressed as follows:

Susan Connor; aaaronson@dilworthlaw.com; maosbny@willkie.com; mabrams@willkie.com; acker@chapman.com; dadler@mccarter.com; lalshibib@reedsmith.com; aalfonso@kayescholer.com; daniel.bloom@kayescholer.com; rcappiello@kayescholer.com; gjeanlouis@kayescholer.com; tania.ingman@kayescholer.com; dalvarado@rgrdlaw.com; e_file_sd@rgrdlaw.com; sanderson@bernsteinshur.com; acummings@bernsteinshur.com; lkubiak@bernsteinshur.com; angelich.george@arentfox.com; angelich.george@arentfox.com; lane.katie@arentfox.com; tannweiler@greerherz.com; rick.antonoff@pillsburylaw.com; gianni.dimos@pillsburylaw.com; barnold@whdlaw.com; chandy@whdlaw.com; ashmead@sewkis.com; emcdonnell@sidley.com; lattard@kayescholer.com; lattard@kayescholer.com; douglas.bacon@lw.com; chefiling@lw.com; beth.arnold@lw.com; donald.badaczewski@dechert.com; ingrid.bagby@cwt.com; betty.comerro@cwt.com; michele.maman@cwt.com; hball@ba-boult.com; mtaylor@ba-boult.com; wballaine@lcbf.com; rgleason@pbfcm.com; ebcalvo@pbfcm.com; dbarber@bsblawyers.com; dbarrack@fulbright.com; lawrence.bass@hro.com; bassey@hugheshubbard.com; pbasta@kirkland.com; jacob.goldfinger@kirkland.com; batista007@aol.com; rbeacher@daypitney.com; abeaumont@fklaw.com; lehmanbros@fklaw.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; hbeltzer@morganlewis.com; evan.benanti@bingham.com

[ ] **BY MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

30Q496002.DOC

☐ **BY FACSIMILE**   I placed such document in a facsimile machine with the fax number (661)326-0418 on _____, at _____.m. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service. The person served consented in writing to being served by facsimile under *FRCP, Rule 5, and Federal Rules of Bankruptcy Procedure, Rule 7005*.

☒ **BY ELECTRONIC MAIL**

☐ **BY OVERNIGHT SERVICE**   On the above date, I enclosed the above-described document(s) in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused the envelope(s) to be deposited in the overnight delivery service box maintained by _____, in Bakersfield, California before _____ P.M. I am readily familiar with the business practice at my place of business for collection and processing of documents and correspondence for overnight delivery by this courier. In the ordinary course of business, all documents and correspondence so collected and processed are deposited in the box maintained by this courier on the same day it is collected and processed.

☐ **BY PERSONAL SERVICE**   I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

Executed on **June 5**, 2013, at Bakersfield, California.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____Rozemma Rucker_____        /s/ Rozemma Rucker_____
Type or Print Name                                         Signature

30Q496002.DOC

3