UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :    (Jointly Administered)
                Debtors.                           :
                                                   :
------------------------------------------------------------------x    Ref. Docket Nos. 36995, 36997,
                                                        37575, 37576, 37610-37613, 37652,
                                                        37658-37662

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           /s/ Lauren Rodriguez
                                           Lauren Rodriguez

Sworn to before me this
5th day of June, 2013

/s/ Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

08-13555-mg    Doc 37774    Filed 06/05/13    Entered 06/05/13 20:26:03    Main Document
    Pg 2 of 5

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  BANK LEUMI USA
         ATTN: DONALD BITTKER
         562 FIFTH AVENUE
         NEW YORK NY 10036

Please note that your claim # 59840-04 in the above referenced case and in the amount of
    $4,000,000.00   allowed at $4,074,166.67      has been transferred (**unless previously expunged by court order**)

         J.P. MORGAN SECURITIES LLC
         TRANSFEROR: BANK LEUMI USA
         C/O J.P. MORGAN SECURITIES
         ATTN: JEFFREY L. PANZO
         383 MADISON AVENUE, FLOOR 37
         NEW YORK NY 10179

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    Southern District of New York
                    One Bowling Green
                    New York,NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 37652     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/03/2013                             Vito Genna, Clerk of Court


                                             /s/ Lauren Rodriguez
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  June 3, 2013.

EXHIBIT B

```
TIME: 15:39:02                                          LEHMAN BROTHERS HOLDING INC.                                          PAGE:   1
DATE: 06/03/13                                              CREDITOR LISTING


Name                                      Address
AIA WEALTH MANAGEMENT COMPANY LIMITED     TRANSFEROR: FALCON PRIVATE BANK LTD, AS AGENT FOR ITS CUSTOMERS 11/F, AIA FINANCIAL CENTRE ATTN: MANOJ RAMACHANDRAN
                                          712 PRINCE EDWARD ROAD EAST. KOWLOON  HONG KONG
AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT   AXA INVESTMENT MANAGERS PARIS ATTN: STEPHANIE BROUSSARD/CHARLOTTE BRETTE LEGAL DEPARTMENT COEUR DEFENSE TOUR B LA DEFENSE 4
 OF                                       100 ESPLANADE DU GENERAL DE GAULLE PARIS LA DEFENSE, CEDEX  92932 FRANCE
AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT   WIN-FONDS ATTN: LEGAL DEPARTMENT INNERE KANALSTRASSE 95 KOLN  50823 GERMANY
 OF
BANK LEUMI USA                            ATTN: DONALD BITTKER 562 FIFTH AVENUE NEW YORK NY 10036
DE CLERCQ, FRANCOISE                      DEMINOR INTERNATIONAL S.C.R.L. ED. VAN NIEUWENHUYSE LAAN 6 BT. 8 BRUSSELS  1160 BELGIUM
DE CLERCQ, FRANCOISE                      RUE VANDERCAMMEN 22 BRUXELLES  1160 BELGIUM
DEMINOR INTERNATIONAL SCRL                TRANSFEROR: DE CLERCQ, FRANCOISE AVENUE EDMOND VAN NIEUWENHUYSE 6 B 8 RPM 0452511928 BRUXELLES BRUSSELS B1160 BELGIUM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
                                          LONDON EC2N2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH           TRANSFEROR: SPCP GROUP, LLC ATTN: RICH VICHAIDITH 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005
FALCON PRIVATE BANK LTD, AS AGENT FOR     SCHELLENBERG WITTMER ATTENTION: PHILIPPE BORENS, ESQ., AND BENNO STRUB, ESQ. LOWENSTRASSE 19 P.O. BOX 1876 ZURICH  8021 SWITZERLAND
 ITS CUSTOMERS
FALCON PRIVATE BANK LTD, AS AGENT FOR     PELIKANSTRASSE 37 PO BOX 1376 ZURICH  8021 SWITZERLAND
 ITS CUSTOMERS
GOLDMAN SACHS & CO.                       TRANSFEROR: ALSTON INVESTMENTS LLC ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                       TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
J.P. MORGAN SECURITIES LLC                TRANSFEROR: BANK LEUMI USA C/O J.P. MORGAN SECURITIES ATTN: JEFFREY L. PANZO 383 MADISON AVENUE, FLOOR 37 NEW YORK NY 10179
QPTF LLC                                  TRANSFEROR: QUANTUM PARTNERS LP C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH-COMPLIANCE DEPT 888 SEVENTH AVENUE
                                          NEW YORK NY 10106
QUANTUM PARTNERS LP                       TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
QUANTUM PARTNERS LP                       TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O SOROS FUND MANAGMENT LLC 888 SEVENTH AVE NEW YORK NY 10106
QUANTUM PARTNERS LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT
                                          888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106
QUANTUM PARTNERS LP                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O SOROS FUND MANAGEMENT LLC ATTN: SUZANNE AUERBACH - COMPLIANCE DEPT.
                                          888 SEVENTH AVENUE, 32ND FLOOR NEW YORK NY 10106
SERENGETI LYCAON MM L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN: ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                          NEW YORK NY 10012
SERENGETI LYCAON MM L.P.                  TRANSFEROR: GOLDMAN SACHS & CO. SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER ATTN; ERIN FINEGAN 632 BROADWAY, 12TH FLOOR
                                          NEW YORK NY 10012
SILVER POINT CAPITAL FUND, LP             ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017
SILVER POINT CAPITAL FUND, LP             TRANSFEROR: GOLDMAN SACHS & CO. ATTN: DAVID F. STEINMETZ C/O SILVER POINT CAPITAL, L.P. GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER      ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
 FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER      TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
 FUND, LP                                 GREENWICH CT 06830
SPCP GROUP, LLC                           PRYOR CASHMAN LLP ATTN: RONALD S. BEACHER, ESQ. 7 TIMES SQUARE NEW YORK NY 10036
SPCP GROUP, LLC                           TRANSFEROR: DEUTSCHE BANK AG, LONDON ATTN: BRIAN A. JARMAIN 2 GREENWICH PLAZA, 1ST FLOOR GREENWICH CT 06830


Total Number of Records Printed     28                                                                                     EPIQ BANKRUPTCY SOLUTIONS, LLC
```