**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of **CASAM GLG European Long-Short Fund Limited** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $8,379,360.30 | 42910 |

have been transferred and assigned to **CVI CVF II Lux Master SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | CVI CVF II Lux Master SARL | SELLER: | CASAM GLG European Long-Short Fund Limited |
| Address: | C/o Carval Investors UK Limited, 3rd Floor, 25 Great Pulteney Street, London, W1F 9LT, UK | Address: | c/o Amundi Investments USA, LLC 1301 Avenue of the Americas, 58th Floor ~~58th~~ /14TH New York, NY 10019, ~~USA~~ |
| | BY CARVAL INVESTORS ... | | |
| Signature: | | Signature: | |
| Name: | ~~SHORT~~ | Name: | Franck DARGENT |
| Title: | ~~...TIONS MANAGER~~ | Title: | Authorized Signatory |
| Date: | 5/3/2013 | Date: | 27 MAY 2013 |