**LBHI TRANSFER NOTICE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| Ch-11 LEHMAN BROTHERS HOLDINGS, INC. | Chapter 11 |
| Debtor | |

**NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that any and all claims of **CASAM CAAM Equity Market Neutral Fund Limited (f/k/a CASAM Systeia Equity Quant Fund)** ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $3,716,824.00 | 29351 |

have been transferred and assigned to **CVI CVF II Lux Master SARL** ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: CVI CVF II Lux Master SARL
Address: C/o Carval Investors UK Limited,
3rd Floor, 25 Great Pulteney Street,
London,
W1F 9LT,
UK

SELLER: Amundi Alternative Investments Ireland Limited, as manager of, and solely on behalf of, Amundi Equity Market Neutral Fund (f/k/a CASAM CAAM Equity Market Neutral Fund and as CASAM Systeia Equity Quant Fund), a sub-fund of Amundi Investment Fund (f/k/a CASAM Investment Fund)

Address: Amundi Investment Fund, Amundi Equity Neutral Fund c/o Amundi Alternative Investments, SAS
90, boulevard Pasteur
75730 PARIS Cedex 15, FRANCE

BY CARVAL INVESTORS

Signature: [signed]
Name: DAVID SHORT
Title: OPERATIONS MANAGER
Date: 5/6/2013

Signature: [signed]
Name: Franck DARGENT
Title: Authorized Signatory
Date: 27 MAY 2013