**LBHI TRANSFER NOTICE**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CHINAFUND LP** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CVI CVF II Lux Master S.à r.l.** (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $6,563,895.58 (the "LBHI Claim"), and assigned claim no. 33465.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 19 day of APRIL 2013.

| ASSIGNEE: | CVI CVF II LUX MASTER S.A R.L. | ASSIGNOR: | CHINAFUND LP |
|---|---|---|---|
| Address: | 25 Great Pulteney Street London W1F 9LT United Kingdom | Address: | 1100 Jensen Drive Lake Forest IL 60045 United States of America |
| Tel: | +0044 207 292 7724 | Tel: | +1 847 295 7278 |
| Attention: | Matt Shipton | Attention: | Kai Jiang |

BY CARVAL INVESTORS UK LIMITED

Signature: _____

Name: DAVID SHORT

Title: OPERATIONS MANAGER

Date: _____

Signature: _____

Name: JIANG KAI

Title: DIRICTOR

Date: 4-17-13