WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
**In re**                                               :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :        **08-13555 (JMP)**
:
Debtors.                                   :        **(Jointly Administered)**
:
------------------------------------------------------------------------------x

### NOTICE OF HEARING ON THE
### THREE HUNDRED FORTY-THIRD OMNIBUS OBJECTION
### TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

      **PLEASE TAKE NOTICE** that a hearing to consider the Three Hundred Forty-Third Omnibus Objection to Claims (No Liability Claims) [ECF No. 30032] will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, on **June 13 at 10:00 a.m. (Eastern Time)**, *solely* as to the claims listed on the annexed **Exhibit A**.

Dated: June 6, 2013
      New York, New York

                                 /s/ Robert J. Lemons
                                 Robert J. Lemons

                                 WEIL, GOTSHAL & MANGES LLP
                                 767 Fifth Avenue
                                 New York, New York 10153
                                 Telephone:  (212) 310-8000
                                 Facsimile:   (212) 310-8007

                                 Attorneys for Lehman Brothers Holdings Inc.
                                 and Certain of Its Affiliates

# Exhibit A

## Claims to Be Heard at the June 13, 2013 Hearing:

| Claimant Name | Claim Number |
|---|---|
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES II, L.P. | 67965 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, L.P. | 67966 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS II LP | 67988 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS II LP | 67989 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS (NORBAN) II LP | 67990 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS II, LP | 67991 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND II LP | 67992 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS II LP | 67993 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 67994 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS II, L.P. | 67995 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES II, LTD | 68027 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 67964 |
| LBREP III PP (CAN) GP LLC | 67967 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III, LP | 67968 |
| REPE CANADA LP | 67969 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 67973 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 67974 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 67975 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 67976 |
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 67977 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III NYC, L.P. | 67978 |
| LEHMAN BROTHERS REAL ESTATE III, L.P. | 67979 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-A, L.P. | 67980 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III, L.P. | 67981 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND III, L.P. | 67982 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS (NYC) III LP | 67983 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III TRS, L.P. | 67984 |

2

| Claimant Name | Claim Number |
|---|---|
| LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS III, L.P. | 67985 |
| LEHMAN BROTHERS REAL ESTATE PARTNERS III, L.P. | 67986 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | 67987 |
| LEHMAN BROTHERS REAL ESTATE FUND III, LP | 68006 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES III LLC | 68013 |
| LEHMAN BROTHERS REAL ESTATE ASSOCIATES III, L.P. | 68014 |
| LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS III-B, L.P. | 68016 |
| LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS III, L.P. | 68017 |
| LEHMAN BROTHERS REAL ESTATE OFFSHORE CAPITAL PARTNERS III, LP | 68018 |
| PP III US SPV, L.P. | 68019 |
| PP III NON-US SPV, L.P. | 68020 |
| LBREP III PP CAN, L.P. | 68021 |
| LBOREP III CAN, L.P. | 68022 |
| OFFSHORE FUNDS III NONUS SPV,, L.P. | 68023 |
| OFFSHORE FUNDS III US SPV, L.P. | 68024 |
| LBOREP III PARTNERS | 68030 |

US_ACTIVE:\44271121\1\58399.0008