## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**CVI CVF II LUX MASTER S.À.R.L.** ("Seller"), with its registered office at 9320 Excelsior Boulevard, Hopkins, Minnesota 55343, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Master Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVF II LUX FINCO, LLC**, with offices at and an address of 9320 Excelsior Boulevard, Hopkins, Minnesota 55343 ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) in the amount of $37,000,000, docketed as Claim No. 13939 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the __6th__ day of June, 2013.

| CVI CVF II LUX MASTER S.À.R.L.<br>By Carval Investors, LLC<br>Its attorney-in-fact<br><br>By: _____<br>(Signature of authorized corporate officer)<br><br>Name: _____<br>Title: Tiffany Parr<br>Tel.: Authorized Signer | CVF II LUX FINCO, LLC<br>By Carval Investors, LLC<br>Its attorney-in-fact<br><br>By: _____<br>(Signature of authorized corporate officer)<br><br>Name: _____<br>Title: Tiffany Parr<br>Tel.: Authorized Signer |
|---|---|

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**CVI CVF II LUX MASTER S.À.R.L.** ("Seller"), with its registered office at 9320 Excelsior Boulevard, Hopkins, Minnesota 55343, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Master Assignment of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **CVF II LUX FINCO, LLC**, with offices at and an address of 9320 Excelsior Boulevard, Hopkins, Minnesota 55343 ("Purchaser"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $37,000,000, docketed as Claim No. 13940 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Purchaser herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Purchaser.

IN WITNESS WHEREOF, dated as of the 6th day of June, 2013.

| CVI CVF II LUX MASTER S.À.R.L. | CVF II LUX FINCO, LLC |
|---|---|
| By Carval Investors, LLC | By Carval Investors, LLC |
| Its attorney-in-fact | Its attorney-in-fact |
| By: _[signature]_ | By: _[signature]_ |
| (Signature of authorized corporate officer) | (Signature of authorized corporate officer) |
| Name: Tiffany Parr | Name: Tiffany Parr |
| Title: Authorized Signer | Title: Authorized Signer |
| Tel.: | Tel.: |