WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,             :    **08-13555 (JMP)**
:
Debtors.                                :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PLAN ADMINISTRATOR'S**
**OMNIBUS OBJECTION TO CLAIMS FILED BY DEBORAH E. FOCHT**

**PLEASE TAKE NOTICE** that the hearing on the Omnibus Objection (the

"Objection") of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third

Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, to

the Claims Filed by Deborah E. Focht ("Focht") (ECF No. 34303), that was scheduled for June

13, 2013, at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to June 27, 2013, at**

**10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be

heard. The Hearing will be held before the Honorable James M. Peck, United States Bankruptcy

Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room

601, and the Hearing may be further adjourned from time to time without further notice other

US_ACTIVE:\44203043\1\58399.0003

than an announcement at the Hearing.

Dated: June 6, 2013
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2