UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re                                                               :   Chapter 11 Case No.
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                            :   08-13555 (JMP)
                                                                    :   (Jointly Administered)
            Debtors.                                                :
                                                                    :
-------------------------------------------------------------------x   Ref. Docket Nos. 36995, 36997,
                                                                        37003, 37046, 37047, 37536, 37538,
                                                                        37582-37585, 37624, 37625, 37632,
                                                                        37637, 37638, 37642-37645, 37678,
                                                                        37693, 37694, 37697, 37698, 37703,
                                                                        37704, 37716-37719

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2013, I caused to be served the "Notice of Transfer of Claim Pursuant to F.R.B.P.3001 (E) (2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
6th day of June, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 36995, 36997, 37003...37704, 37716-37719_AFF_6-5-13.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

```
To:  BARCLAYS BANK PLC                                    BARCLAYS BANK PLC
     TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP    ANTHONY VITIELLO
     ATTN: DANIEL MIRANDA                                 745 SEVENTH AVENUE, 2ND FLOOR
     745 SEVENTH AVENUE, 2ND FLOOR                        NEW YORK NY 10019
     NEW YORK NY 10019
```

Please note that your claim # 62821-05 in the above referenced case and in the amount of
    $0.00   allowed at $2,887,723.45         has been transferred **(unless previously expunged by court order)**

```
     STONEHILL MASTER FUND LTD.
     TRANSFEROR: BARCLAYS BANK PLC
     C/O STONEHILL CAPITAL MANAGEMENT LLC
     ATTN; STEVEN D. NELSON
     885 THIRD AVENUE, 30TH FLOOR
     NEW YORK NY 10022
```

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 37717    in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/05/2013                           Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 5, 2013.

EXHIBIT B

08-13555-mg    Doc 37799    Filed 06/06/13    Entered 06/06/13 16:56:59    Main Document
Pg 4 of 6

```
TIME: 12:56:03                                    LEHMAN BROTHERS HOLDING INC.                                                    PAGE:   1
DATE: 06/05/13                                          CREDITOR LISTING

Name                                              Address
BANCO COOPERATIVO ESPANOL, S.A.                   ATTN: CAPITAL MARKETS VIRGEN DE LOS PELIGROS, 4 MADRID 28013 SPAIN
BANCO COOPERATIVO ESPANOL, S.A.                   CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019
BANCO SANTANDER (SUISSE) S.A., AS AGENT           ATTN: LEGAL DEPARTMENT 5-7 AMI-LEVRIER GENEVA 1201 SWITZERLAND
BANCO SANTANDER (SUISSE) S.A., AS AGENT           DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020
BARCLAYS BANK PLC                                 ANTHONY VITIELLO 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 ANTHONY VITIELLO BARCLAYS BANK PlAC 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P. ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
BARCLAYS BANK PLC                                 TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019
CITIBANK PRIVATKUNDEN AG & CO. KGAA               TRANSFEROR: VARDE INVESTMENT PARTNERS, LP ATTN: DANIEL MIRANDA 745 SEVENTH AVENUE, 2ND FLOOR NEW YORK NY 10019-6064
CITIBANK PRIVATKUNDEN AG & CO. KGAA               PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064
CITIGROUP FINANCIAL PRODUCTS, INC.                ATTN: WILHELM HUELSKEN KASERNENSTRASSE 10 DUSSELDORF 40213 GERMANY
CITIGROUP FINANCIAL PRODUCTS, INC.                ELANIT A SNOW PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019
CREDIT SUISSE AG                                  TRANSFEROR: LOAN VALUE OC MASTER FUND LTD. ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720
CREDIT SUISSE AG                                  TRANSFEROR: BANCO SANTANDER (SUISSE) S.A., AS AGENT C/O CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON                          TRANSFEROR: UBS AG C/O CRAVATH, SWAINE & MOORE LLP ATTN: MS. STEPHANIE TUMBIOLO 825 8TH AVENUE NEW YORK NY 10019
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: PRIMUS CLO I, LTD. ATTN: RICH VICHAIDITH 60 WALL ST., 3RD FLOOR NEW YORK NY 10005
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: DEXIA CREDIT LOCAL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              CONOR MCGOVERN 21ST FLOOR, 99 BISHOPSGATE LONDON EC2N 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              TRANSFEROR: BANCO COOPERATIVO ESPANOL, S.A. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM
DEUTSCHE BANK AG, LONDON BRANCH (UK)              WINCHESTER HOUSE ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM
DEXIA CREDIT LOCAL                                CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019
DEXIA CREDIT LOCAL                                TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE
DIADEM CITY CDO LIMITED SERIES 2008-2             C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
DIADEM CITY CDO LIMITED SERIES 2008-2             MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
DIAMOND FINANCE PLC SERIES 2006-2                 C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
DIAMOND FINANCE PLC SERIES 2006-2                 MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT ASSOCIATES, L.P.                          TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
ELLIOTT INTERNATIONAL, L.P.                       TRANSFEROR: CITIGROUP GLOBAL MARKETS INC. C/O ELLIOTT MANAGEMENT CORPORATION ATTN: MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019
FAIR HARBOR CAPITAL, LLC                          TRANSFEROR: SORENSN, OSSUR AS ASSIGNEE OF SORENSN, OSSUR ANSONIA FINANCE STATION PO BOX 237037 NEW YORK NY 10023
FEHLHABER, CHRISTINE                              TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA VOGLERSTR. 51 DRESDEN 01277 GERMANY
GOLDMAN SACHS & CO.                               TRANSFEROR: CAJA DE CASTILLA LA MANCHA VIDA Y PENSIONES S.A. SEGUROS Y REASEGUROS ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT ASSOCIATES, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS & CO.                               TRANSFEROR: ELLIOTT INTERNATIONAL, L.P. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
GOLDMAN SACHS LENDING PARTNERS, LLC               TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH ATTN: RICK CANONICO 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302
HBK MASTER FUND, L.P.                             TRANSFEROR: ILLIQUIDX LLP C/O HBK SERVICES LLC 2101 CEDAR SPRINGS ROAD, SUITE 700 DALLAS TX 75201
ILLIQUIDX LLP                                     TRANSFEROR: HBK MASTER FUND, L.P. ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: INTESA SANPAOLO SPA ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
ILLIQUIDX LLP                                     TRANSFEROR: STICHTING THE IAMEX VALUE FOUNDATION ATTN: MR. CELESTINO AMORE 80 FLEET STREET LONDON EC4Y 1EL UNITED KINGDOM
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: DIADEM CITY CDO LIMITED SERIES 2008-2 C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: DIAMOND FINANCE PLC SERIES 2006-2 C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
LEHMAN BROTHERS SPECIAL FINANCING INC.            TRANSFEROR: ZIRCON FINANCE LIMITED SERIES 2007-17 C/O LEHMAN BROTHERS HOLDINGS INC. ATTN: DERIVATIVES LEGAL 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020
PRIMUS CLO I, LTD.                                PRIMUS ASSET MGMT. 360 MADISON AVE., 23RD FL NEW YORK NY 10017
PRIMUS CLO I, LTD.                                C/O CIFC ASSET MANAGEMENT ATTN: ROBERT RANOCCHIA 250 PARK AVE., 5TH FLOOR NEW YORK NY 10177
SERENGETI OPPORTUNITIES MM L.P.                   TRANSFEROR: SERENGETI OVERSEAS LTD C/O SERENGETI ASSET MANAGEMENT LP ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL NEW YORK NY 10012

                                                                                                                                  EPIQ BANKRUPTCY SOLUTIONS, LLC
```

```
TIME: 12:56:03                                      LEHMAN BROTHERS HOLDING INC.                                                    PAGE:  2
DATE: 06/05/13                                            CREDITOR LISTING

Name                                             Address
SILVER POINT CAPITAL FUND, LP                    ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
SILVER POINT CAPITAL FUND, LP                    TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
                                                 GREENWICH CT 06830
SILVER POINT CAPITAL OFFSHORE MASTER             ERIC RUIZ DAVIS POLK & WARDWELL LLP 450 LEXINGTON AVENUE NEW YORK NY 10017-3904
FUND, LP
SILVER POINT CAPITAL OFFSHORE MASTER             TRANSFEROR: GOLDMAN SACHS & CO. C/O SILVER POINT CAPITAL, L.P. ATTN: DAVID F. STEINMETZ 2 GREENWICH PLAZA, FIRST FLOOR
FUND, LP                                         GREENWICH CT 06830
SOLUS CORE OPPORTUNITIES LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS CORE OPPORTUNITIES LP                      TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ATERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND II MASTER LP.                TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND LP                           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY FUND OFFSHORE MASTER LP           TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP ATTN: SOLUS COMPLIANCE
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SOLUS RECOVERY LH FUND LP.                       TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LLP ATTN: SOLUS COMPLIANCE OFFICER
                                                 410 PARK AVENUE, 11TH FLOOR NEW YORK NY 10022
SORENSN, OSSUR                                   DALATROD 9 POSTBOX 1263 TORSHAVN FO-110 FAROE ISLANDS
STICHTING THE TAMEX VALUE FOUNDATION             TRANSFEROR: ERSEL SIM SPA ATTN: J. KAPTEIN KEIZERSGRACHT 268 AMSTERDAM 1016 EV NETHERLANDS
STONEHILL MASTER FUND LTD.                       TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                 NEW YORK NY 10022
STONEHILL MASTER FUND LTD.                       TRANSFEROR: BARCLAYS BANK PLC C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN; STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR
                                                 NEW YORK NY 10022
UBS AG                                           BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND
UBS AG                                           ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND
VARDE INVESTMENT PARTNERS, LP                    ATTN: EDWINA P.J. STEFFER 8500 NORMANDALE LAKE BOULEVARD SUITE 1500 MINNEAPOLIS MN 55437
VARDE INVESTMENT PARTNERS, LP                    C/O BROWN RUDNICK LLP HOWARD STEEL, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036
VARDE INVESTMENT PARTNERS, LP                    TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: EDWINA PJ STEFFER 8500 NORMANDALE LAKE BLVD., STE 1500 MINNEAPOLIS MN 55437
ZIRCON FINANCE LIMITED SERIES 2007-17            C/O BNY CORPORATE TRUSTEE SERVICES ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM
ZIRCON FINANCE LIMITED SERIES 2007-17            MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022


Total Number of Records Printed               69

                                                                                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
```