**Presentment Date and Time: June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: June 12, 2013 at 12:00 noon (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                        :
**In re**                                               :   **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :   **08-13555 (JMP)**
                                                        :
**Debtors.**                                            :   **(Jointly Administered)**
_____:

**NOTICE OF PRESENTMENT OF**
**SUPPLEMENTAL ORDER GRANTING DEBTORS' TWO HUNDRED SEVENTEENTH**
**OMNIBUS OBJECTION TO DISALLOW AND EXPUNGE CERTAIN CLAIMS**

  **PLEASE TAKE NOTICE** that the undersigned will present the annexed Supplemental Order Granting Debtors' Two Hundred Seventeenth Omnibus Objection to Disallow and Expunge Certain Claims (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time).**

  **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Order with proof of service is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **June 12, 2013 at 12:00 noon (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

  **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 6, 2013
      New York, New York

                                       /s/ Garrett A. Fail
                                       Garrett A. Fail
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       *Attorneys for Lehman Brothers Holdings Inc.*
                                       *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (JMP)
                                                     :
                        Debtors.                     : (Jointly Administered)
----------------------------------------------------------------x

**SUPPLEMENTAL ORDER GRANTING**
**DEBTORS' TWO HUNDRED SEVENTEENTH OMNIBUS**
**OBJECTION TO DISALLOW AND EXPUNGE CERTAIN CLAIMS**

Upon the two hundred seventeenth omnibus objection to claims, dated September 16, 2011 (the "Two Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Subordinated Guarantee Claims, all as more fully described in the Two Hundred Seventeenth Omnibus Objection to Claims; and due and proper notice of the Two Hundred Seventeenth Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the holder of the Subordinated Guarantee Claim listed on Exhibit 1 attached hereto having filed a response to the Two Hundred Seventeenth Omnibus Objection to Claims [ECF No. 21996] (the "Response"); and the holder of the No Liability Claim listed on Exhibit 1 having withdrawn the Response [ECF No. 22690]; and the Court having found and determined that the relief sought in the Two Hundred Seventeenth Omnibus Objection to Claims is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Two Hundred Seventeenth Omnibus Objection to Claims.

that the legal and factual bases set forth in the Two Hundred Seventeenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Two Hundred Seventeenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claim listed on <u>Exhibit 1</u> annexed hereto that relate to the securities identified by ISIN XS0243852562, whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
       New York, New York

                                          UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

08-13555-mg    Doc 37810    Filed 06/06/13    Entered 06/06/13 19:01:05    Main Document
Pg 5 of 6

US_ACTIVE:\44271795\1\58399.0011

08-13555-jmp Doc 37810 Filed 06/06/13 Entered 06/06/13 19:01:05 Main Document
Pg 6 of 6

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (JMP)
OMNIBUS OBJECTION 217: EXHIBIT 1 – NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | DEKA INVESTMENT GMBH, ON BEHALF OF: | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/2009 | 58964 | $427,320.00 * | $427,320.00 |
| | | | | | TOTAL | $427,320.00 | $427,320.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts

Page 1 of 1