**Presentment Date and Time: June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: June 12, 2013 at 12:00 noon (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | : | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| _____ | : | |

**NOTICE OF PRESENTMENT OF**
**SUPPLEMENTAL ORDER GRANTING THREE HUNDRED**
**SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Supplemental Order Granting Three Hundred Seventy-Eighth Omnibus Objection to Claims (No Liability Claims) (the "Order") to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **June 13, 2013 at 10:00 a.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Order with proof of service is served and filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers and the undersigned so as to be received by **June 12, 2013 at 12:00 noon (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Order on **June 27, 2013 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: June 6, 2013
      New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (JMP)
                                                                   :
                          Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING THREE HUNDRED SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the three hundred seventy-eighth omnibus objection to claims, dated December 7, 2012 (the "Three Hundred Seventy-Eighth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the No Liability Claims, all as more fully described in the Three Hundred Seventy-Eighth Omnibus Objection to Claims; and due and proper notice of the Three Hundred Seventy-Eighth Omnibus Objection to Claims having been provided; and it appearing that no other or further notice need be provided; and the holder of the No Liability Claim listed on Exhibit 1 attached hereto having filed a response to the Three Hundred Seventy-Eighth Omnibus Objection to Claims [ECF No. 34217] (the "Response"); and the holder of the No Liability Claim listed on Exhibit 1 having withdrawn the Response [ECF No. 36837]; and the Court having found and determined that the relief sought in the Three Hundred Seventy-Eighth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Three Hundred Seventy-Eighth Omnibus Objection to Claims.

all parties in interest, and that the legal and factual bases set forth in the Three Hundred Seventy-Eighth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Three Hundred Seventy-Eighth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claim listed on Exhibit 1 annexed hereto that relate to the securities identified by ISIN XS0215349357 or ISIN XS0229269856, whether liquidated, unliquidated or undetermined, are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2013
      New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

US_ACTIVE:\44271939\1\58399.0011

OMNIBUS OBJECTION 378: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BANK OF VALLETTA P.L.C. | 08-13555 (JMP) | Lehman Brothers Holdings Inc. | 10/30/09 | 58114 | XS0229269856 | $3,491,415.00 * |
| | | | | | | TOTAL | $ 3,491,415.00 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to the Debtors' Three Hundred Seventy-Eighth Omnibus Objection.

Page 1 of 1