United States Bankruptcy Court
For the Southern District of New York

| Lehman Brothers Holdings, Inc. | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } Case No. |
| | } 08-13555 |
| Debtor | } |

## NOTICE OF WITHDRAWAL OF NOTICE OF TRANSFER

PLEASE TAKE NOTICE that the Notice of Transfer for **Ameban Investments Ltd. (**related Docket No. 37138) by Liquidity Solutions Inc is hereby withdrawn.

By:/s/ Jeffrey Caress
Liquidity Solutions Inc
(201) 968-0001

2000546