UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc., et al

Case No. 08-13555 (JMP)
(Jointly Administered)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claim referenced herein.

| Name of Transferee:<br>ATTESTOR VALUE MASTER FUND LP | Name of Transferor:<br>Deutsche Bank AG, London Branch |
|---|---|
| Notices to Transferee should be sent to:<br>ATTESTOR VALUE MASTER FUND LP<br>c/o Attestor Capital LLP<br>21 Upper Brook Street<br>London W1K 7PY<br>United Kingdom<br>+44 20 7074 9621<br>Attn: Anke Heydenreich<br>Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor:<br>*(Court use only)* |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Deutsche Bank AG, London Branch<br>Winchester House<br>1 Great Winchester Street<br>London EC2N 2DB<br>Phone: +44 20 7547 2400 / +44 20 7547 2400<br>Attn: Simon Glennie/Michael Sutton<br>Email: simon.glennie@db.com,<br>michael.sutton@db.com |
| Transferred Claim Amount: $3,808,810.60 | |
| Court Claim No. (if known):<br>21953 | |
| Date Claim Filed:<br>21 September 2009 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 4/6/2013
Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

# EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Deutsche Bank AG, London Branch (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Attestor Value Master Fund L.P. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re, Chapter 11, Case No. 08-13555, pending in the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the principal amount of $3,808,810.60 (plus all interest, fees and costs) (the "**Claim**").

**Claim No. 21953.**

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31 day of May 2013.

Deutsche Bank AG, London Branch

By: _____
Name:
Title:

Jamie Foote
Vice President

Simon Glennie
Vice President

Attestor Value Master Fund L.P.
acting by Attestor Capital LLP

By: _____
Name: JAN PETERS
Title: Managing Member