B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**　　　　　　　　　　　　Case No. **08-13555**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **EMPYREAN INVESTMENTS, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66799 |
|---|---|
| | Total Amount of Claim Transferred: USD $4,748,303.37 |
| Banc of America Credit Products, Inc. | |
| c/o Bank of America Merrill Lynch | |
| Bank of America Tower – 3rd Floor | |
| One Bryant Park | |
| New York, NY 10036 | Date Claim Filed: June 7, 2010 |
| Attn: Gary S. Cohen / Ante Jakic | |
| Telephone: (646) 855-7450 | |
| Fax: (646) 834-9780 / (804) 264-1108 | |
| E-mail: g.cohen@baml.com / ante.jakic@baml.com | |
| Email: bas.infomanager@bankofamerica.com | |

Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:　*/s/Ronald Torok*　　　　　　　Date:　　June 7, 2013
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Capital Partners, LP

      Empyrean Investments, LLC, its successors and assigns, with offices located at c/o Empyrean Capital Partners, LP, 10250 Constellation Blvd., Ste 2950, Los Angeles, CA 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Partial Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $4,748,303.37, docketed as Claim No. 66799 (amending proof of claim number 27942 and 15733) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this partial transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 7th day of June, 2013.

**EMPYREAN INVESTMENTS, LLC**

By: _____
(Signature of authorized corporate officer)
Name: Sterling Hathaway
Title: Authorized Signatory

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
(Signature of authorized corporate officer)
Name:
Title:

NYC01_84720207v3_383422-00002 6/4/2013 6:32 PM

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Empyrean Capital Partners, LP

Empyrean Investments, LLC, its successors and assigns, with offices located at c/o Empyrean Capital Partners, LP, 10250 Constellation Blvd., Ste 2950, Los Angeles, CA 90067 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Partial Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Banc of America Credit Products, Inc., with offices located at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, NY 10036 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) in the amount of $4,748,303.37, docketed as Claim No. 66799 (amending proof of claim number 27942 and 15733) (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this partial transfer and sale of the Claim as an unconditional sale and assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of June, 2013.

**EMPYREAN INVESTMENTS, LLC**

By:_____
(Signature of authorized corporate officer)
Name:
Title:

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By:_____
(Signature of authorized corporate officer)
Name: Ronald Torok
Title: Managing Director

NYC01_84720207v3_383422-00002 6/4/2013 6:32 PM